George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**SUMMARY SHEET FOR COMBINED SEVENTEENTH MONTHLY FEE STATEMENT AND FINAL FEE APPLICATION OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | |
|---|---|
| **Name of Applicant:** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Applicant's Role in Case:** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | November 25, 2019 *nunc pro tunc* to September 15, 2019 |
| **Monthly Period for which Compensation and Expenses is Sought:** | March 1, 2021 through March 5, 2021[2] |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

[2]  WilmerHale's representation of the Debtors ended as of March 5, 2021.

| | |
|---|---|
| **Total Compensation Requested for Monthly Period:** | $16,304.44[3] |
| **Total Reimbursement of Expenses Requested for Monthly Period:** | $488.22 |
| **Total Compensation and Expenses Requested for Monthly Period:** | $16,792.66 |
| **Final Application Period for which Compensation and Expenses is Sought:** | September 16, 2019 through March 5, 2021 |
| **Total Compensation Requested for Final Application Period:** | $1,662,796.32[4] |
| **Total Reimbursement of Expenses Requested for Final Application Period:** | $14,213.03 |
| **Total Compensation and Expenses Requested for Final Application Period:** | $1,677,009.35 |
| **Total Unpaid Postpetition Amount Sought in Application:** | $32,137.75 |
| **Total Unpaid Prepetition Amount Sought in Application:** | $186,056.22[5] |
| **Total Unpaid Amounts Sought in Application:** | $218,193.97 |
| **Total Compensation Approved by Interim Order to Date:** | $1,594,735.99 |
| **Total Expenses Approved by Interim Order to Date:** | $13,724.81 |
| **Total Allowed Compensation Paid to Date:** | $1,594,735.99[6] |
| **Total Allowed Expenses Paid to Date:** | $13,724.81 |
| **Blended Rate in Application for all Attorneys:** | 799.93 |
| **Blended Rate in Application for all Timekeepers:** | 702.85 |
| **Compensation Sought in Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed:** | $0.00 |

---

[3]  This amount reflects an agreed reduction in fees in the aggregate amount of $2,707.96.

[4]  This amount reflects an agreed reduction of fees in the aggregate amount of $2,877.26 and does not include any holdback.

[5]  Prior to the Petition Date, WilmerHale incurred fees and expenses in the total amount of $186,056.22,which remain unpaid as of the date of this Application.  WilmerHale intends to apply these unpaid prepetition amounts against the retainer that WilmerHale continues to hold. WilmerHale is seeking authorization to do so in this Application.

[6]  This amount includes agreed recommendation reductions of fees in the aggregate amount of $37,161.77 as set forth in the omnibus orders granting the interim fee applications.

| | |
|---|---|
| **Expenses Sought in Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed:** | $0.00 |
| **Number of Professionals Included in Application:** | 40 |
| **If Applicable, Number of Professionals in Application not Included in Staffing Plan Approved by Client:** | N/A |
| **If Applicable, Difference Between Fees Budgeted and Compensation Sought During Application Period:** | N/A |
| **Number of Professionals Billing Fewer Than 15 Hours to the Case During Application Period:** | 21 |
| **Are any rates higher than those approved or disclosed at retention?** | Yes.  WilmerHale increased its billing rates on January 1, 2020 and January 1, 2021 for all professionals and on September 1, 2020 for certain professionals. WilmerHale also negotiated a reduction of those rates with Purdue Pharma, L.P. |

## SUMMARY OF INTERIM FEE APPLICATIONS AND PENDING MONTHLY FEE STATEMENTS

| Interim Fee Application, File Date & Dkt. Nos. | Period Covered | Total Requested | | Holdback Amount | Reduction Pursuant to Interim Orders | Total Allowed to Date | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | | | Fees | Expenses |
| First Interim Fee Appl. 3/16/20 & 3/25/20 [Dkt. Nos. 941 & 982] | 9/16/19 - 1/31/20 | $448,644.25 | $3,529.30 | $89,728.85 | $12,059.00[1] | $436,585.25 | $3,529.30 |
| Second Interim Fee Appl. 7/15/20 [Dkt. No. 1395] | 2/1/20 - 5/31/20 | $294,865.56 | $2,416.88 | $58,973.11 | $10,488.30[2] | $284,377.26 | $2,416.88 |
| Third Interim Fee Appl. 11/16/20 & 12/2/20 [Dkt. Nos. 1969 & 2051] | 6/1/20 - 9/30/20 | $49,505.70[3] | $244.56 | $9,901.14 | $14,614.47[4] | $35,642.20 | $244.56 |
| Fourth Interim Fee Appl. 3/17/21 [Dkt. No. 2507] | 10/1/20 – 1/31/21 | $838,131.28 | $7,534.07 | $167,626.26 | $0.00[5] | $838,131.28 | $7,534.07 |
| Sixteenth Fee Statement 3/26/21 [Dkt. No. 2565] | 2/1/21 – 2/28/21 | $15,345.09[6] | $0.00 | $3,069.02 | *Pending.* | *Pending.* | *Pending.* |
| Seventeenth Fee Statement[7] | 3/1/21 – 3/5/21 | $16,304.44 | $488.22 | $0.00[8] | *Pending.* | *Pending.* | *Pending.* |
| **TOTAL** | | **$1,662,796.32** | **$14,213.03** | **$329,298.38** | **$37,161.77** | **$1,594,735.99** | **$13,724.81** |

[1] On May 15, 2020, this Court entered an omnibus order [Docket No. 1159], which authorized the Debtors to pay 80% of WilmerHale's fees ($358,915.40) and 100% of the expenses ($3,529.30) for the interim period. On June 26, 2020, this Court entered an omnibus supplemental order [Docket No. 1306], which directed payment of the fees that were subject to a 20% holdback in the reduced amount of $77,669.85.

[2] On September 2, 2020, this Court entered an omnibus order [Docket No. 1649], which authorized the Debtors to pay WilmerHale's fees in the amount of $284,377.26 and expenses in the amount of $2,416.88 for the interim period. This omnibus order included an agreed recommended reduction of fees in the amount of $10,488.30.

[3] On November 16, 2020, WilmerHale filed an application [Docket No. 1969] seeking approval of fees in the amount of $50,256.67. On December 2, 2020, WilmerHale filed an amended application [Docket No. 2051] to correct an error with respect to the rates that were applied for services rendered in September 2020.

[4] On December 16, 2020, this Court entered an omnibus order [Docket No. 2144], which authorized the Debtors to pay WilmerHale's fees in the amount of $35,642.20 and expenses in the amount of $244.56 for the interim period. This omnibus order included an agreed recommended reduction of fees in the amount of $14,614.47 and resulted in an overpayment in the amount of $3,962.37. The Debtors reduced the subsequent payment made to WilmerHale by $3,962.37.

[5] On April 22, 2021, this Court entered an omnibus order [Docket No. 2698], which authorized the Debtors to pay WilmerHale's fees in the amount of $838,131.28 and expenses in the amount of $7,534.07 for the interim period. This omnibus order did not include an agreed recommended reduction of fees or expenses.

[6] On March 26, 2021, WilmerHale filed a fee statement [Docket No. 2565] seeking approval of fees in the amount of $12,276.07, which is 80% of the total fees that WilmerHale incurred during the monthly fee period. The total fees for this period was $15,345.09.

[7] The amounts for the Seventeenth Monthly Fee Statement are included in this Application.

[8] WilmerHale's representation of the Debtors ended as of March 5, 2021. This Application is WilmerHale's Combined Seventh Monthly Fee Statement and Final Fee Application. As such, WilmerHale is seeking approval of payment of all amounts due for the monthly period in this Application.

## SUMMARY OF MONTHLY FEE STATEMENTS

| Monthly Fee Statement & Docket Nos. | Date Filed | Period Covered | Total Requested | | Total Allowed to Date | | Unpaid Balance |
|---|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses | |
| First Fee Statement [Dkt. Nos. 730 & 739] | 1/10/20 & 1/13/20 | 9/16/19 – 11/30/19 | $273,955.00[9] | $418.89 | $436,585.25 | $3,529.30 | $0.00 |
| Second Fee Statement [Dkt. No. 844] | 2/19/20 | 12/1/19 – 12/31/19 | $50,639.17[10] | $161.18 | | | |
| Third Fee Statement [Dkt. No. 907] | 3/11/20 | 1/1/20 – 01/31/20 | $124,050.08[11] | $2,949.23 | | | |
| **TOTAL FOR FIRST INTERIM PERIOD** | | | **$448,644.25** | **$3,529.30** | | | |
| Fourth Fee Statement [Dkt. No. 1046] | 4/15/20 | 2/1/20 – 2/28/20 | $96,888.88[12] | $1,710.34 | $284,377.26 | $2,416.88 | $0.00 |
| Fifth Fee Statement [Dkt. No. 1267] | 6/15/20 | 3/1/20 – 3/31/20 | $140,578.24[13] | $267.79 | | | |
| Sixth Fee Statement [Dkt. No. 1268] | 6/15/20 | 4/1/20 – 4/30/20 | $43,725.00[14] | $193.25 | | | |
| Seventh Fee Statement [Dkt. No. 1380] | 7/14/20 | 5/1/20 – 5/31/20 | $13,673.44[15] | $245.50 | | | |
| **TOTAL FOR SECOND INTERIM PERIOD** | | | **$294,865.56** | **$2,416.88** | | | |

---

[9]  This amount reflects an agreed reduction in fees in the amount of $48,345.00.

[10]  This amount reflects an agreed reduction in fees in the amount of $8,936.33.

[11]  This amount reflects an agreed reduction in fees in the amount of $17,830.92 and 50% reduction of non-working travel time in the amount of $6,710.00 for a total reduction in the aggregate amount of $24,540.92.

[12]  This amount reflects an agreed reduction in fees in the amount of $13,212.12.

[13]  This amount reflects an agreed reduction in fees in the amount of $19,169.76.

[14]  This amount reflects an agreed reduction in fees in the amount of $5,962.50.

[15]  This amount reflects an agreed reduction in fees in the amount of $1,864.56.

| Monthly Fee Statement & Docket Nos. | Date Filed | Period Covered | Total Requested | | Total Allowed to Date | | Unpaid Balance |
|---|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses | |
| Eighth Fee Statement [Dkt. No. 1583] | 8/18/20 | 6/1/20 – 6/30/20 | $19,457.44[16] | $115.20 | $35,642.20[17] | $244.56 | $0.00 |
| Ninth Fee Statement [Dkt. No. 1722] | 9/24/20 | 7/1/20 – 7/31/20 | $13,866.90[18] | $14.74 | | | |
| Tenth Fee Statement [Dkt. No. 1844] | 10/26/20 | 8/1/20 – 8/31/20 | $7,390.24[19] | $29.70 | | | |
| Eleventh Fee Statement [Dkt. Nos. 1931 & 2050] | 11/12/20 & 12/2/20 | 9/1/20 – 9/30/20 | $8,791.12[20] | $84.92 | | | |
| TOTAL FOR THIRD INTERIM PERIOD | | | $49,505.70 | $244.56 | | | |
| Twelfth Fee Statement [Dkt. No. 2074] | 12/7/20 | 10/1/20 –10/31/20 | $48,670.57[21] | $14.82 | $838,131.28 | $7,534.07 | $0.00 |
| Thirteenth Fee Statement [Dkt. No. 2207] | 12/29/20 | 11/1/20 –11/30/20 | $416,616.87[22] | $14.89 | | | |
| Fourteenth Fee Statement [Dkt. No. 2377] | 2/11/21 | 12/1/20 –12/31/20 | $340,209.69[23] | $2,211.59 | | | |
| Fifteenth Fee Statement [Docket No. 2505] | 3/17/21 | 1/1/21 – 1/31/21 | $32,634.15[24] | $5,292.77 | | | |
| TOTAL FOR FOURTH INTERIM PERIOD | | | $838,131.28 | $7,534.07 | | | |

---

[16] This amount reflects an agreed reduction in fees in the amount of $2,871.56.

[17] The omnibus order that authorized the Debtors to pay fees for the third interim period included an agreed recommended reduction of fees in the amount of $14,614.47, which resulted in an overpayment in the amount of $3,962.37. The Debtors reduced the subsequent payment made to WilmerHale by $3,962.37.

[18] This amount reflects an agreed reduction in fees in the aggregate amount of $2,447.10.

[19] This amount reflects an agreed reduction in fees in the aggregate amount of $1,007.76.

[20] This amount reflects an agreed reduction in fees in the aggregate amount of $1,551.38.

[21] This amount reflects an agreed reduction in fees in the aggregate amount of $8,588.93.

[22] This amount reflects an agreed reduction in fees in the aggregate amount of $73,520.63.

[23] This amount reflects an agreed reduction in fees in the aggregate amount of $60,037.01.

[24] This amount reflects an agreed reduction in fees in the aggregate amount of $5,758.97.

| Monthly Fee Statement & Docket Nos. | Date Filed | Period Covered | Total Requested | | Total Allowed to Date | | Unpaid Balance |
|---|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses | |
| Sixteenth Fee Statement [Docket No. 2565] | 3/26/21 | 2/1/21 – 2/28/21 | $15,345.09[25] | $0.00 | *Pending.* | *Pending.* | $15,345.09 |
| Seventeenth Fee Statement[26] | 5/11/21 | 3/1/21 – 3/5/21 | $16,304.44[27] | $488.22 | *Pending.* | *Pending.* | $16,792.66 |
| **TOTAL FOR FIFTH AND FINAL INTERIM PERIOD** | | | **$31,649.53** | **$488.22** | *Pending.* | *Pending.* | **$32,137.75** |
| **GRAND TOTAL** | | | **$1,662,796.32** | **$14,213.03** | *Pending.* | *Pending.* | **$32,137.75** |

---

[25]  This amount reflects an agreed reduction in fees in the aggregate amount of $2,707.96.

[26]  The amounts for the Seventeenth Monthly Fee Statement are included in this Application.

[27]  This amount reflects an agreed reduction in fees in the aggregate amount of $2,877.26.

**COMPENSATION BY PROFESSIONAL**

**MARCH 1, 2021 – MARCH 5, 2021**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs; Litigation / Controversy. | 1,025.00 | 3.00 | 3,075.00 |
| **Partners Total** | | | **3.00** | **3,075.00** |
| **Associates & Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; joined firm in 2004; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 555.00 | 9.80 | 5,439.00 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs; Litigation / Controversy. | 965.00 | 1.80 | 1,737.00 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 638.00 | 0.40 | 255.20 |
| **Associates & Attorneys Total** | | | **12.00** | **7,431.20** |
| **Paraprofessionals** | | | | |
| Kevin Le | Litigation Support Coordinator; joined Firm in 2009; Litigation Support. | 505.00 | 9.00 | 4,545.00 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 290.00 | 3.10 | 899.00 |

---

[1]  WilmerHale increased its standard billing rates for all professionals effective as of January 1, 2021 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 575.00 | 5.50 | 3,162.50 |
| Saige Wenik | Paralegal; joined Firm in 2017; Regulatory and Government Affairs. | 345.00 | 0.20 | 69.00 |
| **Paraprofessionals Total** | | | **17.80** | **8,675.50** |
| **TOTAL** | | | **32.80** | **$19,181.70** |
| **Less Agreed Reduction** | | | | **-$2,877.26** |
| **GRAND TOTAL** | | | **32.80** | **$16,304.44** |

## COMPENSATION BY PROFESSIONAL
## FINAL APPLICATION PERIOD

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,355.00 | 10.10 | 13,685.50 |
| | | 1,550.00 | 133.40 | 206,770.00 |
| Alyssa DaCunha | Partner; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs; Litigation / Controversy. | 850.00 | 86.00 | 73,100.00 |
| | | 965.00 | 392.30 | 378,569.50 |
| | | 1,025.00 | 23.90 | 24,497.50 |
| George W. Shuster, Jr. | Partner; admitted to MA Bar since 2001 and NY Bar since 2010; Bankruptcy & Financial Restructuring | 1,060.00 | 3.10 | 3,286.00 |
| Aaron Zebley | Partner; admitted to NY Bar since 1997 and DC Bar since 2014; Litigation / Controversy; Regulatory and Government Affairs. | 1,029.00 | 168.30 | 173,180.70 |
| | | 1,080.45 | 4.20 | 4,537.92 |
| **Partners Total** | | | **821.30** | **$877,627.12** |
| **Counsel** | | | | |
| John T. Byrnes | Counsel; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 775.00 | 48.40 | 37,510.00 |
| | | 940.00 | 8.80 | 8,272.00 |
| | | 955.00 | 0.30 | 286.50 |
| Kaitlyn A. Ferguson | Counsel; admitted to NY Bar since 2013 and DC Bar since 2014; Regulatory and Government Affairs. | 955.00 | 17.10 | 16,330.50 |
| Sean A. Hayes | Counsel; admitted to DC Bar since 2006; Regulatory and Government Affairs. | 825.00 | 3.10 | 2,557.50 |

---

[2] WilmerHale increased its billing rates on January 1, 2020 and January 1, 2021 for all professionals and on September 1, 2020 for certain professionals and negotiated a reduction of those rates with the Debtors. This summary chart includes multiple entries for certain professionals and paraprofessionals to reflect the different rates.

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Isley Gostin | Counsel; admitted to NY and IL Bars since 2011 and DC Bar since 2012; Bankruptcy & Financial Restructuring. | 850.00 | 0.50 | 425.00 |
| Lauren Lifland | Counsel; admitted to NY Bar since 2012; Bankruptcy & Financial Restructuring. | 1,040.00 | 3.90 | 4,056.00 |
| Nancy L. Manzer | Special Counsel; admitted to NY and DC Bar since 1989 and VA Bar since 2002; Bankruptcy & Financial Restructuring. | 990.00 | 34.70 | 34,353.00 |
| **Counsel Total** | | | **116.80** | **$103,790.50** |
| **Associates & Attorneys** | | | | |
| Ridge M. Blanchard | Associate; admitted to MA Bar since 2017 and DC Bar since 2018; Regulatory and Government Affairs. | 525.00 | 2.50 | 1,637.50 |
| | | 730.00 | 127.20 | 92,856.00 |
| Patricia Hromada | Sr. Staff Attorney; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 475.00 | 88.50 | 42,037.50 |
| | | 525.00 | 47.30 | 24,832.50 |
| | | 555.00 | 11.40 | 6,327.00 |
| Lydia M. Lichlyter | Associate; admitted to DC Bar since 2019; Regulatory and Government Affairs. | 655.00 | 23.20 | 15,196.00 |
| Sheila E. Menz | Sr. Associate; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs; Litigation / Controversy. | 590.00 | 153.30 | 90,447.00 |
| | | 815.00 | 71.20 | 58,028.00 |
| | | 860.00 | 169.40 | 145,684.00 |
| | | 965.00 | 10.00 | 9,650.00 |
| Meredith Moriarty | Discovery Attorney; admitted to OH Bar since 2010; Discovery Solutions. | 90.00 | 4.60 | 414.00 |
| Allyson M. Pierce | Associate; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 595.00 | 16.80 | 9,996.00 |
| | | 690.00 | 6.40 | 4,416.00 |
| | | 797.50 | 0.90 | 717.75 |
| Elena M. Satten-Lopez | Associate; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 495.00 | 35.80 | 17,721.00 |
| | | 550.00 | 294.80 | 162,140.00 |
| | | 638.00 | 10.90 | 6,954.20 |

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jeffrey Schomig | Attorney; admitted to MD Bar since 1997 and DC Bar since 2000; Litigation / Controversy. | 700.00 | 0.90 | 630.00 |
| Phoebe Stroede | Sr. Discovery Attorney; admitted to OH Bar since 2012; Discovery Solutions. | 300.00 | 121.10 | 36,330.00 |
| | | 315.00 | 0.30 | 94.50 |
| **Associates & Attorneys Total** | | | **1,196.50** | **$726,108.95** |
| **Paraprofessionals** | | | | |
| Clara Cabrera | Research & Reference Supervisor; Library and Research Services. | 505.00 | 0.40 | 202.00 |
| Jeremiah Chandler | Co-op Student; Discovery Solutions. | 135.00 | 1.60 | 216.00 |
| Truong Chau | Litigation Support Coordinator; Litigation Support. | 480.00 | 4.80 | 2,304.00 |
| Russell Coker | Paralegal; Litigation / Controversy. | 445.00 | 6.40 | 2,848.00 |
| Leighton Crawford | Sr. Paralegal; Litigation / Controversy. | 465.00 | 0.50 | 232.50 |
| Jeffrey Dillard | Reference Coordinator; Library and Research Services. | 415.00 | 1.10 | 456.50 |
| Eric Robert Dolce | Project Assistant; Litigation / Controversy. | 310.00 | 0.90 | 279.00 |
| Wendi Hoffenberg | Sr. Research and Reference Specialist; Library and Research Services. | 505.00 | 0.60 | 303.00 |
| William E. Lannon | Paralegal; Regulatory and Government Affairs. | 280.00 | 11.40 | 3,192.00 |
| | | 385.00 | 45.90 | 17,671.50 |
| | | 420.00 | 2.10 | 882.00 |
| Allyson Lazarre | Co-op Student; Litigation Support. | 155.00 | 0.90 | 139.50 |
| Kevin Le | Litigation Support Coordinator; Litigation Support. | 430.00 | 2.90 | 1,247.00 |
| | | 480.00 | 3.70 | 1,776.00 |
| | | 505.00 | 9.50 | 4,797.50 |
| Paul J. Maher | Sr. Research and Reference Specialist; Library and Research Services. | 455.00 | 0.20 | 91.00 |
| Aaron P. Murphy | Research and Reference Specialist; Library and Research Services. | 375.00 | 1.40 | 525.00 |
| | | 415.00 | 3.10 | 1,286.50 |

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Erica Rhodes | Legislative Assistant; Regulatory and Government Affairs. | 310.00 | 2.20 | 682.00 |
| Elizabeth W. Rockett | Legislative Assistant; Regulatory and Government Affairs. | 245.00 | 42.40 | 10,388.00 |
| | | 275.00 | 130.90 | 35,997.50 |
| | | 290.00 | 26.30 | 7,627.00 |
| Karen Rutherford | Research and Reference Specialist; Library and Research Services. | 415.00 | 0.20 | 83.00 |
| Megan I. Scanlon | Sr. Research and Reference Specialist; Library and Research Services. | 505.00 | 0.30 | 151.50 |
| Tamir Shemesh | Project Assistant; Securities Litigation & Enforcement. | 245.00 | 44.50 | 10,902.50 |
| | | 275.00 | 31.50 | 8,662.50 |
| Yolande Thompson | Sr. Paralegal; Bankruptcy & Financial Restructuring. | 425.00 | 55.90 | 23,757.50 |
| | | 545.00 | 145.40 | 79,243.00 |
| | | 575.00 | 15.20 | 8,740.00 |
| Saige Wenik | Paralegal; Regulatory and Government Affairs. | 325.00 | 39.90 | 12,967.50 |
| | | 345.00 | 0.50 | 172.50 |
| Edgar Zoz | Legislative and Public Policy Manager; Regulatory and Government Affairs. | 470.00 | 1.80 | 846.00 |
| **Paraprofessionals Total** | | | **634.40** | **$238,669.50** |
| **TOTAL** | | | **2,769.00** | **$1,946,196.07** |
| **Less Agreed Reduction** | | | | **-$283,399.75** |
| **GRAND TOTAL** | | | **2,769.00** | **$1,662,796.32** |

**Total Attorney Hours for Final Fee Period:**     **2,134.60**

**Total Attorney Compensation for Final Fee Period:**     **$1,707,526.57**

**Attorney Blended Hourly Rate for Final Fee Period:**     **799.93**

**Total Paraprofessional Hours for Final Fee Period:**     **634.40**

**Total Paraprofessional Compensation for Final Fee Period:**     **$238,669.50**

**Paraprofessional Blended Hourly Rate for Final Fee Period:**     **$376.21**

**All Professionals Blended Hourly Rate for Final Fee Period:**     **702.85**

George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**COMBINED SEVENTEENTH MONTHLY FEE STATEMENT AND FINAL FEE APPLICATION OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the

above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby

respectfully submits this combined Seventeenth Monthly Fee Statement (the "**Monthly Fee**

**Statement**") for the period from March 1, 2021 through March 5, 2021 ("**Monthly Fee Period**")

and final fee application (the "**Application**") for the period from September 16, 2019 through

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

March 5, 2021 (the "**Final Fee Period**") pursuant to 11 U.S.C. §§ 330 and 331 for final allowance of compensation for professional services rendered and for reimbursement of expenses incurred in connection therewith and respectfully represents:

### PRELIMINARY STATEMENT

1.      This Application has been prepared in accordance with the guidelines and applicable requirements established by the Office of the United States Trustee (as amended, the "**UST Guidelines**"), the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, adopted by the Court in General Order M-447 on January 29, 2013 (the "**Local Guidelines**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**").

2.      By this Application, WilmerHale seeks final allowance of compensation for legal services rendered on behalf of the Debtors (i) during the Monthly Fee Period in the aggregate amount of **$16,304.44**[2] and for reimbursement of actual and necessary expenses incurred in connection with rendering such services in the aggregate amount of **488.22** and (ii) during the Final Fee Period in the aggregate amount of **$1,662,796.32**[3] and for reimbursement of actual and necessary expenses incurred in connection with rendering such services in the aggregate amount of **14,213.03**, including all holdbacks, pursuant to sections 330 and 331 of the Bankruptcy Code. During the Final Fee Period, WilmerHale attorneys and paraprofessionals expended a total of **2,769.00** hours for which compensation is sought, including **32.80** hours that was expended during the Monthly Fee Period.

---

[2]  This amount reflects an agreed reduction in fees in the aggregate amount of $2,877.26.

[3]  This amount reflects a reduction of fees in the aggregate amount of $283,399.75 on account of an agreed reduction in the aggregate amount of $276,689.75 and reduction of non-working travel time in the amount of $6,710.00.

3.      The fees charged by WilmerHale in these cases are billed in accordance with its agreed-upon billing rates and procedures in effect during the Final Fee Period. The rates charged by WilmerHale for the services rendered in these chapter 11 cases do not (and will not) exceed the rates WilmerHale customarily charges for services rendered in comparable matters. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable assignments in a competitive national legal market.

4.      Pursuant to the UST Guidelines, annexed hereto as <u>Exhibit A</u> is a schedule setting forth the Customary and Comparable Compensation Disclosures.

5.      Annexed hereto as <u>Exhibit B</u> is a schedule setting forth all WilmerHale professionals and paraprofessionals who have performed services during the Monthly and Final Fee Periods, the capacities in which each such individual is employed by WilmerHale, the department in which each individual practices, the hourly billing rate charged by WilmerHale for services performed by such individual, the year in which each professional was licensed to practice law, if applicable, and the aggregate number of hours expended in this matter and fees billed therefor.

6.      Annexed hereto as <u>Exhibit C</u> is a schedule setting forth the Budget and Staffing Plan, pursuant to the UST Guidelines.

7.      Annexed hereto as <u>Exhibit D</u> is a summary of the number of hours and amounts billed by WilmerHale during the Monthly and Final Fee Periods, organized by project categories, pursuant to the UST Guidelines.

8.      Annexed hereto as <u>Exhibit E</u> is a summary of the expenses incurred by WilmerHale during the Monthly and Final Periods, pursuant to the UST Guidelines.

9.      Pursuant to the Local Guidelines, a certification regarding compliance with the same is annexed hereto as <u>Exhibit F.</u>

3

## JURISDICTION

10.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and

1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief

sought herein are sections 330 and 331 of chapter 11 of title 11 of the United States Code (the

"**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedures, Local

Bankruptcy Rule 2016-1 and the UST Guidelines.

## BACKGROUND

11.     On September 15, 2019 (the "**Petition Date**"), each of the Debtors filed a

voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are

continuing to operate their business and manage their properties as debtors in possession

pursuant to sections 1007(a) and 1108 of the Bankruptcy Code.

12.     On September 27, 2019, the Office of the United States Trustee appointed an

Official Committee of Unsecured Creditors (the "**Creditors Committee**") [Docket No. 131].

13.     On November 5, 2019, the Debtors filed the *Application of Debtors for Authority*

*to Retain and Employ Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel to the*

*Debtors Nunc Pro Tunc to the Petition Date*, [Docket No. 428] (the "Retention Application"),

which was granted by order entered on November 25, 2019 [Docket No. 544].

14.     Pursuant to the Interim Compensation Order, retained professionals are authorized

to submit monthly fee statements. The Debtors are authorized to pay such professional an

amount equal to eighty percent (80%) of the fees and one hundred percent (100%) of the

expenses requested in such monthly fee statement, provided that no objection to a monthly fee

statement is timely filed. The Interim Compensation Order further directs professionals to submit

an application requesting interim allowance of the compensation and reimbursement of expenses

sought in the monthly statements, including any holdback, pursuant to sections 330 and 331 of

4

the Bankruptcy Code.

15.    On January 10, 2020, WilmerHale requested allowance of compensation in the amount of **$219,164.00**[4] (80% of the actual fees incurred in the amount of **$273,955.00**) and reimbursement of expenses in the amount of **$418.89** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on September 16, 2019 through and including November 30, 2019 [Docket Nos. 730, 739] (the "**First Fee Statement**").

16.    On February 19, 2020, WilmerHale requested allowance of compensation in the amount of **$40,511.34**[5] (80% of the actual fees incurred in the amount of **$50,639.17**) and reimbursement of expenses in the amount of **$161.18** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on December 1, 2019 through and including December 31, 2019 [Docket No. 844] (the "**Second Fee Statement**").

17.    On March 11, 2020, WilmerHale requested allowance of compensation in the amount of **$99,240.06**[6] (80% of the actual fees incurred in the amount of **$124,050.08**) and reimbursement of expenses in the amount of **$2,949.23** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on January 1, 2020 through and including January 31, 2020 [Docket No. 907] (the "**Third Fee Statement**").

18.    On March 16, 2020, WilmerHale filed the *First Interim Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation and*

---

[4]  This amount reflects an agreed reduction in fees in the amount of $48,345.00.

[5]  This amount reflects an agreed reduction in fees in the amount of $8,936.33.

[6]  This amount reflects an agreed reduction in fees in the amount of $17,830.92 and 50% reduction of non-working travel time in the amount of $6,710.00 for a total reduction in the aggregate amount of $24,540.92.

*Reimbursement of Expenses* [Docket No. 941] (the "**First Interim Fee Application**") seeking approval of payment for the amounts requested in the First, Second, and Third Fee Statements.

19.    On March 25, 2020, WilmerHale filed the *Supplement to First Interim Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation and Reimbursement of Expenses* [Docket No. 982].

20.    On April 8, 2020, the Court entered an *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [Docket No. 1023].

21.    On April 15, 2020, WilmerHale requested allowance of compensation in the amount of **$77,511.10**[7] (80% of the actual fees incurred in the amount of **$96,888.88**) and reimbursement of expenses in the amount of **$1,710.34** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on February 1, 2020 through and including February 29, 2020 [Docket No. 1046] (the "**Fourth Fee Statement**").

22.    On May 15, 2020, the Court entered the *Omnibus Order Granting First Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses* [Docket No. 1159] awarding 80% of WilmerHale's fees and 100% of the expenses requested in the First Interim Fee Application.

23.    On June 15, 2020, WilmerHale requested allowance of compensation in the amount of **$112,462.59**[8] (80% of the actual fees incurred in the amount of **$140,578.24**) and reimbursement of expenses in the amount of **$267.79** incurred in connection with the actual,

---

[7] This amount reflects an agreed reduction in fees in the amount of $13,212.12.

[8] This amount reflects an agreed reduction in fees in the amount of $19,169.76.

reasonable and necessary professional services rendered during the period commencing on March 1, 2020 through and including March 31, 2020 [Docket No. 1267] (the "**Fifth Fee Statement**").

24.    On June 15, 2020, WilmerHale requested allowance of compensation in the amount of **$34,980.00**[9] (80% of the actual fees incurred in the amount of **$43,725.00**) and reimbursement of expenses in the amount of **$193.25** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on April 1, 2020 through and including April 30, 2020 [Docket No. 1268] (the "**Sixth Fee Statement**").

25.    On June 26, 2020, the Court entered the *Omnibus Supplemental Order Authorizing and Directing Payment of First Interim Fee Period Holdback Amounts* [Docket No. 1306] directing payment of WilmerHale's fees that were subject to a 20% holdback in the reduced amount of $77,669.85.

26.    On July 14, 2020, WilmerHale requested allowance of compensation in the amount of **$10,938.75**[10] (80% of the actual fees incurred in the amount of **$13,673.44**) and reimbursement of expenses in the amount of **$245.50** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on May 1, 2020 through and including May 31, 2020 [Docket No. 1380] (the "**Seventh Fee Statement**").

27.    On July 15, 2020, WilmerHale filed the *Second Interim Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation and Reimbursement of Expenses* [Docket No. 1395] (the "**Second Interim Fee Application**") seeking approval of payment for the amounts requested in its Fourth, Fifth, Sixth, and Seventh Fee Statements.

---

[9]  This amount reflects an agreed reduction in fees in the amount of $5,962.50.

[10]  This amount reflects an agreed reduction in fees in the amount of $1,864.56.

28.     On August 18, 2020, WilmerHale requested allowance of compensation in the amount of **$15,565.95**[11] (80% of the actual fees incurred in the amount of **$19,457.44)**) and reimbursement of expenses in the amount of **$115.20** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on June 1, 2020 through and including June 30, 2020 [Docket No. 1583] (the "**Eighth Fee Statement**").

29.     On September 2, 2020, the Court entered the *Omnibus Order Granting Second Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses* [Docket No. 1649], which allowed payment of WilmerHale's fees in the amount of $284,377.26 and reimbursement of expenses in the amount of $2,416.88 with respect to WilmerHale's Second Interim Fee Application.  This omnibus order also included an agreed recommended reduction of fees in the amount of $10,488.30.

30.     On September 24, 2020, WilmerHale requested allowance of compensation in the amount of **$11,093.52**[12] (80% of the actual fees incurred in the amount of **$13,866.90**) and reimbursement of expenses in the amount of **$14.74** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on July 1, 2020 through and including July 31, 2020 [Docket No. 1722] (the "**Ninth Fee Statement**").

31.     On October 26, 2020, WilmerHale requested allowance of compensation in the amount of **$5,912.19**[13] (80% of the actual fees incurred in the amount of **$7,390.24**) and reimbursement of expenses in the amount of **$29.70** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on

---

[11]  This amount reflects an agreed reduction in fees in the amount of $2,871.56.

[12]  This amount reflects an agreed reduction in fees in the aggregate amount of $2,447.10.

[13]  This amount reflects an agreed reduction in fees in the aggregate amount of $1,007.76.

August 1, 2020 through and including August 31, 2020 [Docket No. 1844] (the "**Tenth Fee Statement**").

32.    On November 12, 2020, WilmerHale requested allowance of compensation in the amount of **$7,633.67**[14] (80% of the actual fees incurred in the amount of **$9,542.09**) and reimbursement of expenses in the amount of **$84.92** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on September 1, 2020 through and including September 30, 2020 [Docket No. 1931] (the "**Eleventh Fee Statement**").

33.    On November 16, 2020, WilmerHale filed the *Third Interim Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation and Reimbursement of Expenses* [Docket No. 1969] (the "**Third Interim Fee Application**") seeking approval of payment for the amounts requested in its Eighth, Ninth, Tenth, and Eleventh Fee Statements.

34.    On December 2, 2020, WilmerHale filed an amended Eleventh Fee Statement to correct an error with respect to the rates that were applied and requested allowance of compensation in the amount of **$7,032.90**[15] (80% of the actual fees incurred in the amount of **$8,791.12**) and reimbursement of expenses in the amount of **$84.92** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on September 1, 2020 through and including September 30, 2020 [Docket No. 2050].

35.    On December 2, 2020, WilmerHale filed the *Amended Third Interim Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation and*

---

[14] This amount reflects an agreed reduction in fees in the amount of $1,683.91.

[15] This amount reflects an agreed reduction in fees in the amount of $1,551.38.

*Reimbursement of Expenses* [Docket No. 1969] to correct an error with respect to the rates that were applied and seeking approval of payment for the amounts requested in its Eighth, Ninth, Tenth, and Eleventh Fee Statements.

36.    On December 7, 2020, WilmerHale requested allowance of compensation in the amount of **$38,936.46**[16] (80% of the actual fees incurred in the amount of **$48,670.57**) and reimbursement of expenses in the amount of **$14.82** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on October 1, 2020 through and including October 31, 2020 [Docket No. 2074] (the "**Twelfth Fee Statement**").

37.    On December 16, 2020, the Court entered the *Omnibus Order Granting Third Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses* [Docket No. 2144] awarding fees in the amount of $35,642.20 and reimbursement of expenses in the amount of $244.56 with respect to WilmerHale's Third Interim Fee Application.  This omnibus order also included an agreed recommended reduction of fees in the amount of $14,614.47.

38.    On December 29, 2020, WilmerHale requested allowance of compensation in the amount of **$333,293.50**[17] (80% of the actual fees incurred in the amount of **$416,616.87**) and reimbursement of expenses in the amount of **$14.89** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on November 1, 2020 through and including November 30, 2020 [Docket No. 2207] (the "**Thirteenth Fee Statement**").

---

[16] This amount reflects an agreed reduction in fees in the aggregate amount of $8,588.93.

[17]  This amount reflects an agreed reduction in fees in the aggregate amount of $73,520.63.

39.     On February 11, 2021, WilmerHale requested allowance of compensation in the amount of **$272,167.75**[18] (80% of the actual fees incurred in the amount of **$340,209.69**) and reimbursement of expenses in the amount of **$2,211.59** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on December 1, 2020 through and including December 31, 2020 [Docket No. 2377] (the "**Fourteenth Fee Statement**").

40.     On March 17, 2021, WilmerHale requested allowance of compensation in the amount of **$26,107.32**[19] (80% of the actual fees incurred in the amount of **$32,634.15**) and reimbursement of expenses in the amount of **$5,292.77** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on January 1, 2021 through and including January 31, 2021 [Docket No. 2505] (the "**Fifteenth Fee Statement**").

41.     On March 26, 2021, WilmerHale requested allowance of compensation in the amount of **$12,276.07**[20] (80% of the actual fees incurred in the amount of **$15,345.09**) and reimbursement of expenses in the amount of **$0.00** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on February 1, 2021 through and including February 28, 2021 [Docket No. 2565] (the "**Sixteenth Fee Statement**").

42.     On April 22, 2021, the Court entered the *Omnibus Order Granting Fourth Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses* [Docket No. 2698]

---

[18]  This amount reflects an agreed reduction in fees in the aggregate amount of $60,037.01.

[19]  This amount reflects an agreed reduction in fees in the aggregate amount of $5,758.97.

[20]  This amount reflects an agreed reduction in fees in the aggregate amount of $2,707.96.

awarding fees in the amount of $838,131.28 and reimbursement of expenses in the amount of $7,534.07 with respect to WilmerHale's Fourth Interim Fee Application. This omnibus order did not include an agreed recommended reduction of fees or expenses.

43.    On the date of this Application, WilmerHale is requesting allowance of compensation in the amount of **$16,304.44**[21] (100% of the actual fees incurred[22]) and reimbursement of expenses in the amount of **$488.22** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on March 1, 2021 through and including March 5, 2021.

44.    During the Final Fee Period, other than pursuant to the Interim Compensation Order, WilmerHale received no payment and no promises of payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between WilmerHale and any other person, other than partners of the firm, for the sharing of compensation to be received for services rendered in these cases.

45.    Pursuant to the Interim Compensation Order, during the Final Fee Period, WilmerHale sent the Debtors, the U.S. Trustee, the Creditors Committee, and the Fee Examiner monthly fee statements setting forth WilmerHale's fees for professional services rendered and expenses incurred during the Final Fee Period. In connection with preparing each of the monthly statements and this Application, WilmerHale has adjusted its fees and expenses in favor of the estates. Specifically, WilmerHale reduced its fees by **$283,399.75** pursuant to its agreement with

---

[21]  This amount reflects an agreed reduction in fees in the aggregate amount of $2,877.26.

[22]  WilmerHale's representation of the Debtors ended as of March 5, 2021. This Application is WilmerHale's Combined Seventh Monthly Fee Statement and Final Fee Application. As such, WilmerHale is seeking approval of payment of all amounts due for the Monthly Fee Period in this Application.

Purdue Pharma, L.P.  No party has objected to any of WilmerHale's monthly statements filed during the Final Fee Period.

## SUMMARY OF SERVICES RENDERED

46.    This Application requests final allowance of the compensation for and reimbursement of expenses sought in the Sixteenth Fee Statement and invoices for the Monthly Fee Period (collectively, the "**Monthly Statements**"), annexed hereto as Exhibits G-H, including all holdbacks, pursuant to sections 330 and 331 of the Bankruptcy Code.

47.    During the Final Fee Period, a total of **2,769.00** hours was incurred by all timekeepers, with the fees totaling **$1,662,796.32**[23] for a blended rate of **$799.93** per hour for attorneys and **$376.21** for paraprofessionals.  WilmerHale believes that these rates are reasonable and fair in light of the complexity of these cases.

48.    The services performed during the Final Fee Period generally include the following categories, as summarized below, but is not intended to be a detailed description of the work performed. Rather, it is merely an attempt to highlight certain of those areas in which services were rendered to the Debtors.  A more detailed description of WilmerHale's services are reflected in the Monthly Statements.

### A.  Fee/Employment Applications

49.    During the Monthly and Final Fee Periods, WilmerHale professionals expended time preparing monthly fee statements, fee applications, and other documents related to WilmerHale's retention as special counsel to the Debtors.

50.    WilmerHale expended **5.50** hours with a value of **$3,162.50** in this category during the Monthly Fee Period.

---

[23]  This amount reflects a reduction of fees in the aggregate amount of $283,399.75 on account of an agreed reduction in the aggregate amount of $276,689.75 and reduction of non-working travel time in the amount of $6,710.00.

51.     WilmerHale expended **324.20** hours with a value of **$199,490.25** in this category during the Final Fee Period.

### B.  Congressional Investigation

52.     During the Monthly and Final Fee Periods, WilmerHale professionals expended time preparing materials relevant to continuing to advise Purdue Pharma LP in connection with certain inquiries by Congressional committees into opioid product sales and marketing practices as set forth in the retention application.

53.     WilmerHale expended **27.30** hours with a value of **$16,019.20** in this category during the Monthly Fee Period.

54.     WilmerHale expended **2,444.80** hours with a value of **$1,746,705.82** in this category during the Final Fee Period.

### UNPAID PREPETITION AMOUNTS AND RETAINER

55.     As set forth in WilmerHale Retention Application, on August 20, 2019, WilmerHale received a retainer of $250,000.00 (the "Retainer") in connection with its representation of the Debtors.  As of the date of this Application, the Retainer has not been applied to any invoices and WilmerHale continues to hold the full amount of the Retainer.

56.     Prior to the Petition Date, WilmerHale incurred fees and expenses in the total amount of $186,056.22, which was invoiced after the Petition Date and remains unpaid as of the date of this Application.  WilmerHale intends to apply these unpaid prepetition amounts against the Retainer.   The respective invoices are annexed hereto as Exhibit H.

57.     WilmerHale is seeking authorization for the Debtors to pay any prepetition amounts that remain unpaid and to apply such amounts to the Retainer in this Application.

## <u>ALLOWANCE OF COMPENSATION</u>

58.      The allowance of interim compensation for services rendered and reimbursement

of expenses in bankruptcy cases is expressly provided for in section 331 of the Bankruptcy Code:

> [A]ny professional person employed under section 327 . . . may apply to the
> court not more than once every 120 days after an order for relief in a case
> under this title, or more often if the court permits, for such compensation
> for services rendered . . . as is provided under section 330 of this title.

11 U.S.C. § 331. Moreover, this Court has authorized the filing of this Application in the

Interim Compensation Order.

59.      With respect to the level of compensation, section 330 of the Bankruptcy Code

provides, in pertinent part, that the Court may award to a professional person "reasonable

compensation for actual, necessary services rendered . . . ." 11 U.S.C. § 330(a)(1)(A).

Furthermore, section 330(a)(3) provides that

> In determining the amount of reasonable compensation to be awarded
> to . . . [a] professional person, the court shall consider the nature, the
> extent, and the value of such services, taking into account all relevant
> factors, including –
>
> (A)      the time spent on such services;
>
> (B)      the rates charged for such services;
>
> (C)      whether the services were necessary to the administration of, or
> beneficial at the time at which the service was rendered toward
> the completion of, a case under this title;
>
> (D)      whether the services were performed within a reasonable
> amount of time commensurate with the complexity, importance,
> and nature of the problem, issue, or task addressed;
>
> (E)      with respect to a professional person, whether the person is
> board certified or otherwise has demonstrated skill and
> experience in the bankruptcy field; and
>
> (F)      whether the compensation is reasonable based on the customary
> compensation charged by comparably skilled practitioners in
> cases other than cases under this title.

11 U.S.C. § 330(a)(3).

60.     The total time spent by WilmerHale attorneys and paraprofessionals during the

Final Fee Period was **2,769.00** hours with the fees totaling **$1,662,796.32**[24]. The work involved,

and thus the time expended, was carefully assigned in light of the experience and expertise

required for a particular task. As shown by this Application and supporting documents,

WilmerHale spent its time economically and without unnecessary duplication of time.

61.     The fees charged by WilmerHale in these cases are billed in accordance with its

agreed-upon billing rates and procedures in effect during the Final Fee Period.

62.     The professional services rendered by WilmerHale required a high degree of

professional competence and expertise so that the numerous issues requiring evaluation and

determination by the Debtors could be addressed with skill and dispatch. The professional

services have, therefore, required WilmerHale to expend substantial time and effort. It is

respectfully submitted that the services rendered to the Debtors were necessary and beneficial to

the administration of the chapter 11 cases, and were performed efficiently, effectively and

economically.

63.     Most of the services performed by partners, counsel, and associates at

WilmerHale were rendered by WilmerHale's regulatory and government affairs group.

WilmerHale has a prominent practice in this area. Due to the facts and circumstances of the

Debtors' chapter 11 cases, attorneys from WilmerHale's litigation and bankruptcy & financial

restructuring practice groups have also been involved with WilmerHale's representation of the

Debtors. Like the regulatory and government affairs group, the litigation and bankruptcy &

financial restructuring practice groups enjoy national and international reputations for their

expertise. Overall, WilmerHale brings to these chapter 11 cases a particularly high level of skill

---

[24]  This amount reflects a reduction of fees in the aggregate amount of $283,399.75 on account of an agreed
reduction in the aggregate amount of $276,689.75 and reduction of non-working travel time in the amount of
$6,710.00.

16

and knowledge, which inured to the benefit of the Debtors and their estates.

64.    WilmerHale charges for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date such services are rendered, subject to sections 328(a), 1103(a) and 330 of the Bankruptcy Code. The hourly rates are subject to periodic adjustments in order to reflect economic and other conditions. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

65.    Pursuant to the Interim Compensation Order, WilmerHale's monthly fees are subject to a 20% "holdback." However, WilmerHale respectfully requests that the Court not "hold back" any portion of the allowed fees. The amount of WilmerHale's holdback for the monthly fee statements filed during the Final Fee Period ending March 5, 2021 is **$329,298.38**. WilmerHale requests that all of its fees and expenses, including any holdback amount, be approved for payment, and suggests that there is no need for a continuing holdback of fees sought for the Final Fee Period.

66.    WilmerHale incurred actual out-of-pocket expenses in connection with the rendition of the professional services to the Debtors in the aggregate amount of **$14,213.03** for which WilmerHale respectfully requests reimbursement in full. The disbursements and expenses have been incurred in accordance with WilmerHale's normal practice of charging clients for expenses clearly related to and required by particular matters. WilmerHale has endeavored to minimize these expenses to the fullest extent possible.

67.    For the purpose of setting billing rates, WilmerHale does not include charges for photocopying, document printing, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage, and certain other office services, because the needs of each client for such services differ. Instead, to the extent such expenses are

incurred, WilmerHale itemizes the related charges. WilmerHale believes that it is fairest to charge each client only for the services actually used in performing services for it.  The actual expenses incurred in providing professional services to the Debtors were absolutely necessary, reasonable, and justified under the circumstances to serve the needs of the Debtors.

68.    In summary, the services rendered by WilmerHale were necessary and beneficial to the Debtors and their estates, and were consistently performed in a timely manner commensurate with the complexity, importance, novelty and nature of the issues involved. Accordingly, WilmerHale respectfully submits that approval and allowance of the compensation and expense reimbursement sought herein is warranted.

69.    No prior application has been made in this Court or in any other court for the relief requested herein for the Final Fee Period.

**WHEREFORE**, WilmerHale respectfully requests that this Court enter an order:

(a)    approving compensation in the amount of **$16,304.44** for actual, necessary legal services that WilmerHale incurred during the Monthly Fee Period, including any holdback, and (ii) payment of **$488.22** for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Monthly Fee Period.

(b)    approving final allowance of **$1,662,796.32** for compensation for professional services rendered to the Debtors during the Final Fee Period;

(c)    approving final reimbursement of WilmerHale's necessary and actual out-of-pocket expenses incurred in connection with the rendering of such services during the Final Fee Period in the amount of **$14,213.03**;

(d)    authorizing and directing WilmerHale to apply any unpaid fees and expenses awarded, including any holdback and unpaid prepetition amounts, to the Retainer;

18

(e)      authorizing and directing WilmerHale to return any remaining balance of

the Retainer to the Debtors; and

(f)      granting to WilmerHale such other and further relief as this Court may

deem just and proper.

Dated: May 11, 2021

By:      /s/ George W. Shuster, Jr.
George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors
in Possession*

# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

WilmerHale's hourly rates for services rendered in these chapter 11 cases are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled attorneys. In addition, WilmerHale's hourly rates for services rendered in these chapter 11 cases are comparable to the rates charged by the firm, and by comparably skilled practitioners in other firms, for complex regulatory and government affairs matters, whether in court or otherwise, regardless of whether a fee application is required. WilmerHale's blended hourly rates for attorneys and paraprofessionals for the 12-month period preceding the end of the Final Fee Period are as set forth below.

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE | |
| --- | --- | --- |
| | **Billed**<br>Firmwide for preceding year, excluding bankruptcy[1] | **Billed**<br>Final Fee Application |
| Partner | 1,108.24 | 1,068.58 |
| Counsel | 921.01 | 888.62 |
| Associate & Attorney | 618.23 | 606.86 |
| Paraprofessional | 395.54 | 376.21 |
| **All Timekeepers Aggregated:** | **$777.74** | **$702.85** |

---

[1] The blended hourly rate includes discounts and write-downs to reflect amounts that were actually billed by the firm.

## **EXHIBIT B**

### SUMMARY OF TIMEKEEPERS IN MONTHLY FEE STATEMENT

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs; Litigation / Controversy. | 1,025.00 | 3.00 | 3,075.00 |
| **Partners Total** | | | **3.00** | **3,075.00** |
| **Associates & Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; joined firm in 2004; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 555.00 | 9.80 | 5,439.00 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs; Litigation / Controversy. | 965.00 | 1.80 | 1,737.00 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 638.00 | 0.40 | 255.20 |
| **Associates & Attorneys Total** | | | **12.00** | **7,431.20** |
| **Paraprofessionals** | | | | |
| Kevin Le | Litigation Support Coordinator; joined Firm in 2009; Litigation Support. | 505.00 | 9.00 | 4,545.00 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 290.00 | 3.10 | 899.00 |

---

[1] WilmerHale increased its standard billing rates for all professionals effective as of January 1, 2021 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 575.00 | 5.50 | 3,162.50 |
| Saige Wenik | Paralegal; joined Firm in 2017; Regulatory and Government Affairs. | 345.00 | 0.20 | 69.00 |
| **Paraprofessionals Total** | | | **17.80** | **8,675.50** |
| **TOTAL** | | | **32.80** | **$19,181.70** |
| **Less Agreed Reduction** | | | | **-$2,877.26** |
| **GRAND TOTAL** | | | **32.80** | **$16,304.44** |

## SUMMARY OF TIMEKEEPERS IN FINAL FEE APPLICATION

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,355.00 | 10.10 | 13,685.50 |
| | | 1,550.00 | 133.40 | 206,770.00 |
| Alyssa DaCunha | Partner; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs; Litigation / Controversy. | 850.00 | 86.00 | 73,100.00 |
| | | 965.00 | 392.30 | 378,569.50 |
| | | 1,025.00 | 23.90 | 24,497.50 |
| George W. Shuster, Jr. | Partner; admitted to MA Bar since 2001 and NY Bar since 2010; Bankruptcy & Financial Restructuring | 1,060.00 | 3.10 | 3,286.00 |
| Aaron Zebley | Partner; admitted to NY Bar since 1997 and DC Bar since 2014; Litigation / Controversy; Regulatory and Government Affairs. | 1,029.00 | 168.30 | 173,180.70 |
| | | 1,080.45 | 4.20 | 4,537.92 |
| **Partners Total** | | | **821.30** | **$877,627.12** |
| **Counsel** | | | | |
| John T. Byrnes | Counsel; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 775.00 | 48.40 | 37,510.00 |
| | | 940.00 | 8.80 | $8,272.00 |
| | | 955.00 | 0.30 | $286.50 |
| Kaitlyn A. Ferguson | Counsel; admitted to NY Bar since 2013 and DC Bar since 2014; Regulatory and Government Affairs. | 955.00 | 17.10 | $16,330.50 |
| Sean A. Hayes | Counsel; admitted to DC Bar since 2006; Regulatory and Government Affairs. | 825.00 | 3.10 | 2,557.50 |

[2] WilmerHale increased its billing rates on January 1, 2020 and January 1, 2021 for all professionals and on September 1, 2020 for certain professionals and negotiated a reduction of those rates with the Debtors. This summary chart includes multiple entries for certain professionals and paraprofessionals to reflect the different rates.

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate$^2$ | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Isley Gostin | Counsel; admitted to NY and IL Bars since 2011 and DC Bar since 2012; Bankruptcy & Financial Restructuring. | 850.00 | 0.50 | 425.00 |
| Lauren Lifland | Counsel; admitted to NY Bar since 2012; Bankruptcy & Financial Restructuring. | 1,040.00 | 3.90 | 4,056.00 |
| Nancy L. Manzer | Special Counsel; admitted to NY and DC Bar since 1989 and VA Bar since 2002; Bankruptcy & Financial Restructuring. | 990.00 | 34.70 | 34,353.00 |
| **Counsel Total** | | | **116.80** | **$103,790.50** |
| **Associates & Attorneys** | | | | |
| Ridge M. Blanchard | Associate; admitted to MA Bar since 2017 and DC Bar since 2018; Regulatory and Government Affairs. | 525.00 | 2.50 | 1,637.50 |
| | | 730.00 | 127.20 | 92,856.00 |
| Patricia Hromada | Sr. Staff Attorney; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 475.00 | 88.50 | 42,037.50 |
| | | 525.00 | 47.30 | 24,832.50 |
| | | 555.00 | 11.40 | 6,327.00 |
| Lydia M. Lichlyter | Associate; admitted to DC Bar since 2019; Regulatory and Government Affairs. | 655.00 | 23.20 | 15,196.00 |
| Sheila E. Menz | Sr. Associate; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs; Litigation / Controversy. | 590.00 | 153.30 | 90,447.00 |
| | | 815.00 | 71.20 | 58,028.00 |
| | | 860.00 | 169.40 | 145,684.00 |
| | | 965.00 | 10.00 | 9,650.00 |
| Meredith Moriarty | Discovery Attorney; admitted to OH Bar since 2010; Discovery Solutions. | 90.00 | 4.60 | 414.00 |
| Allyson M. Pierce | Associate; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 595.00 | 16.80 | 9,996.00 |
| | | 690.00 | 6.40 | 4,416.00 |
| | | 797.50 | 0.90 | $717.75 |
| Elena M. Satten-Lopez | Associate; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 495.00 | 35.80 | 17,721.00 |
| | | 550.00 | 294.80 | 162,140.00 |
| | | 638.00 | 10.90 | 6,954.20 |

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jeffrey Schomig | Attorney; admitted to MD Bar since 1997 and DC Bar since 2000; Litigation / Controversy. | 700.00 | 0.90 | 630.00 |
| Phoebe Stroede | Sr. Discovery Attorney; admitted to OH Bar since 2012; Discovery Solutions. | 300.00 | 121.10 | 36,330.00 |
| | | 315.00 | 0.30 | 94.50 |
| **Associates & Attorneys Total** | | | **1,196.50** | **$726,108.95** |
| **Paraprofessionals** | | | | |
| Clara Cabrera | Research & Reference Supervisor; Library and Research Services. | 505.00 | 0.40 | 202.00 |
| Jeremiah Chandler | Co-op Student; Discovery Solutions. | 135.00 | 1.60 | 216.00 |
| Truong Chau | Litigation Support Coordinator; Litigation Support. | 480.00 | 4.80 | 2,304.00 |
| Russell Coker | Paralegal; Litigation / Controversy. | 445.00 | 6.40 | 2,848.00 |
| Leighton Crawford | Sr. Paralegal; Litigation / Controversy. | 465.00 | 0.50 | 232.50 |
| Jeffrey Dillard | Reference Coordinator; Library and Research Services. | 415.00 | 1.10 | 456.50 |
| Eric Robert Dolce | Project Assistant; Litigation / Controversy. | 310.00 | 0.90 | 279.00 |
| Wendi Hoffenberg | Sr. Research and Reference Specialist; Library and Research Services. | 505.00 | 0.60 | 303.00 |
| William E. Lannon | Paralegal; Regulatory and Government Affairs. | 280.00 | 11.40 | 3,192.00 |
| | | 385.00 | 45.90 | 17,671.50 |
| | | 420.00 | 2.10 | 882.00 |
| Allyson Lazarre | Co-op Student; Litigation Support. | 155.00 | 0.90 | 139.50 |
| Kevin Le | Litigation Support Coordinator; Litigation Support. | 430.00 | 2.90 | 1,247.00 |
| | | 480.00 | 3.70 | 1,776.00 |
| | | 505.00 | 9.50 | 4,797.50 |
| Paul J. Maher | Sr. Research and Reference Specialist; Library and Research Services. | 455.00 | 0.20 | 91.00 |
| Aaron P. Murphy | Research and Reference Specialist; Library and Research Services. | 375.00 | 1.40 | 525.00 |
| | | 415.00 | 3.10 | 1,286.50 |

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Erica Rhodes | Legislative Assistant; Regulatory and Government Affairs. | 310.00 | 2.20 | 682.00 |
| Elizabeth W. Rockett | Legislative Assistant; Regulatory and Government Affairs. | 245.00 | 42.40 | 10,388.00 |
| | | 275.00 | 130.90 | 35,997.50 |
| | | 290.00 | 26.30 | 7,627.00 |
| Karen Rutherford | Research and Reference Specialist; Library and Research Services. | 415.00 | 0.20 | 83.00 |
| Megan I. Scanlon | Sr. Research and Reference Specialist; Library and Research Services. | 505.00 | 0.30 | 151.50 |
| Tamir Shemesh | Project Assistant; Securities Litigation & Enforcement. | 245.00 | 44.50 | 10,902.50 |
| | | 275.00 | 31.50 | 8,662.50 |
| Yolande Thompson | Sr. Paralegal; Bankruptcy & Financial Restructuring. | 425.00 | 55.90 | 23,757.50 |
| | | 545.00 | 145.40 | 79,243.00 |
| | | 575.00 | 15.20 | 8,740.00 |
| Saige Wenik | Paralegal; Regulatory and Government Affairs. | 325.00 | 39.90 | 12,967.50 |
| | | 345.00 | 0.50 | 172.50 |
| Edgar Zoz | Legislative and Public Policy Manager; Regulatory and Government Affairs. | 470.00 | 1.80 | 846.00 |
| **Paraprofessionals Total** | | | **634.40** | **$238,669.50** |
| **TOTAL** | | | **2,769.00** | **$1,946,196.07** |
| **Less Agreed Reduction** | | | | **-$283,399.75** |
| **GRAND TOTAL** | | | **2,769.00** | **$1,662,796.32** |

# EXHIBIT C

## BUDGET

| PROJECT CATEGORY | ESTIMATED HOURS / MONTH | ESTIMATED FEES / MONTH |
|---|---|---|
| Fee/Employment Applications | 25 | $7,500.00 |
| Congressional Investigation | 65 | $35,250.00 |
| **TOTAL** | **90** | **$42,750.00** |

## STAFFING PLAN

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS | RANGE OF HOURLY RATE |
|---|---|---|
| Partner | 2 | $1,025.00 - $1,745.00 |
| Counsel | 2 | $955.00 - 1,040.00 |
| Associate / Attorney | 5 | $315.00 - $965.00 |
| Paraprofessional | 6 | $290.00 - $575.00 |

# EXHIBIT D

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**
**FOR MONTHLY FEE PERIOD**

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Fee and Retention Applications | 5.50 | 3,162.50 |
| Congressional Investigation | 27.30 | 16,019.20 |
| **Total** | **32.80** | **$19,181.70** |
| **Less Agreed Reduction** | | **-$2,877.26** |
| **GRAND TOTAL** | **32.80** | **$16,304.44** |

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**
**FOR FINAL FEE PERIOD**

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Fee and Retention Applications | 324.20 | 199,490.25 |
| Congressional Investigation | 2,444.80 | 1,746,705.82 |
| **Total** | **2,769.00** | **$1,946,196.07** |
| **Less Agreed Reduction** | | **-$276,689.75** |
| **Less 50% Non-Working Travel**[1] | | **-6,710.00** |
| **GRAND TOTAL** | **2,769.00** | **$1,662,796.32** |

---

[1] During the First Interim Fee Period, fees for legal services rendered by WilmerHale included non-working travel time in the aggregate amount of $13,420.00. In accordance with the U.S. Trustee's Guidelines, WilmerHale deducted 50% of the respective professionals' hourly rates from the respective Fee Statement.

# EXHIBIT E

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY
FOR MONTHLY FEE PERIOD**

| CATEGORY | AMOUNT |
|---|---:|
| Courier Services | 472.05 |
| Federal Express | 16.17 |
| **TOTAL** | **$488.22** |

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY
FOR FINAL FEE PERIOD**

| CATEGORY | AMOUNT |
|---|---:|
| Courier Services | 1,857.80 |
| Court Services | 280.00 |
| Data Hosting | 518.40 |
| Document Printing Color[1] | 792.00 |
| Federal Express | 757.73 |
| Local Transportation | 113.42 |
| Meals-Out of Town | 155.40 |
| Miscellaneous (Hard Drive) | 169.07 |
| Out of Town Lodging | 911.40 |
| Photocopying | 21.50 |
| Photocopying Color | 0.20 |
| Transcript | 6,177.70 |
| Travel | 2,458.41 |
| **TOTAL** | **$14,213.03** |

---

[1] During the Final Fee Period, WilmerHale charged $0.10 per page for color document printing and $0.00 per page for printing in black and white.

# **EXHIBIT F**

## **Certification**

George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P., *et al.*,** | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**CERTIFICATION IN RESPECT OF COMBINED SEVENTEENTH MONTHLY
FEE STATEMENT AND FINAL FEE APPLICATION OF WILMER CUTLER
PICKERING HALE AND DORR LLP FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Alyssa DaCunha, hereby certify as follows:

1.      I am a partner with the applicant firm, Wilmer Cutler Pickering Hale and Dorr

LLP ("**WilmerHale**"), with responsibility for the representation of the above-captioned debtors

and debtors in possession. I submit this Certification in compliance with the *Order Establishing*

*Procedures for Interim Compensation and Reimbursement of Expenses for Retained*

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

*Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation**

**Order"**), General Order M-447 of the Bankruptcy Court for the Southern District of New York

(the "**Local Guidelines**"), and applicable requirements established by the Office of the United

States Trustee (as amended, the "**UST Guidelines**").

2.        This certification is made in respect of the *Combined Seventeenth Monthly Fee*

*Statement and Final Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP for*

*Allowance of Compensation and Reimbursement of Expenses* (the "**Application**"), for the period

commencing September 16, 2019 through and including March 5, 2021 in accordance with the

Local Guidelines.

3.        With respect to section B.1 of the Local Guidelines, I certify that:

   a.        I have read the Application;

   b.        to the best of my knowledge, information and belief formed after

             reasonable inquiry, the fees and disbursements sought in the

             Application fall within the Local Guidelines and UST Guidelines;

   c.        except to the extent that fees or disbursements are prohibited by

             the Local Guidelines or the UST Guidelines, the fees and expense

             reimbursements sought are billed at rates customarily employed by

             WilmerHale in bankruptcy matters of this type and generally

             accepted by WilmerHale's clients in such matters; and

   d.        in providing a reimbursable service, WilmerHale does not make a

             profit on that service, whether the service is performed by

             WilmerHale in-house or through a third party.

4.        With respect to section B.2 of the Local Guidelines, I certify that, in accordance

with the terms of the Interim Compensation Order, the Debtors, the United States Trustee, the

Official Committee of Unsecured Creditors (the "**Creditors Committee**"), and the Fee Examiner

have been provided with a statement of the fees and disbursements accrued during such month

containing a list of professionals and paraprofessionals providing services, their billing rates, the

aggregate hours spent by each professional and paraprofessional, a general description of the

services rendered, and a reasonably detailed breakdown of the disbursements incurred for each

month.

5.      With respect to section B.3 of the Local Guidelines, I certify that the Debtors, the

United States Trustee, the Creditors Committee, and the Fee Examiner are each being provided

with a copy of this Application.

6.      WilmerHale respectfully addresses the questions set forth in section C.5 of the

UST Guidelines as follows:

a.      **Question:** Did you agree to any variations from, or alternatives to, your
standard or customary billing rates, fees or terms for services pertaining to
this engagement that were provided during the application period? If so,
please explain.

Answer: The fees charged by WilmerHale in these cases are billed in
accordance with its agreed-upon billing rates. Prior to the petition date, the
Debtors and WilmerHale agreed to a discounted fee arrangement, which
WilmerHale and the Debtors agreed to maintain during the Final Fee Period.

b.      **Question:** If the fees sought in the fee application as compared to the fees
budgeted for the time period covered by the fee application are higher by
10% or more, did you discuss the reasons for the variation with the client?

Answer: During the Fourth Interim Fee Period, fees sought in the fee
application were more than 10% higher than the fees budgeted for the time
period covered because there was a congressional hearing, which required
preparation work, that had been scheduled after the respective budget was
submitted. WilmerHale had discussions with the client regarding the
variation in the fees for the Fourth Interim Fee Period.

c.      **Question:** Have any of the professionals included in this fee application
varied their hourly rate based on the geographic location of the bankruptcy
case?

Answer: The professionals included in the Application did not vary their
hourly rate based on geographic location of the bankruptcy case.

d.   **Question:** Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices other than reasonable fees for preparing fee applications? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application). If so, please quantify by hours and fees.

Answer: During the Final Fee Period, in connection with preparing certain monthly fee statements, WilmerHale expended approximately 27.80 hours for an aggregate value of $16,125.50 reviewing time records and invoices to ensure compliance with fee guidelines.

e.   **Question:** Does the fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

Answer: During the Final Fee Period, in connection with preparing certain monthly fee statements, WilmerHale expended approximately 21.80 hours for an aggregate value of $11,249.50 reviewing time records to redact any privileged or other confidential information.

f.   **Question:** If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

Answer: During the Final Fee Period, WilmerHale increased its billing rates on January 1, 2020 and January 1, 2021 for all professionals and on September 1, 2020 for certain professionals. WilmerHale also negotiated a reduction of those rates with Purdue Pharma, L.P.

Dated: May 11, 2021

 /s/ Alyssa DaCunha
Alyssa DaCunha
WILMER CUTLER PICKERING HALE
 AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

# EXHIBIT G

**Detailed Time Records and Expenses for Monthly Statements**

WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | |

**SIXTEENTH MONTHLY FEE STATEMENT OF WILMER CUTLER
PICKERING HALE AND DORR LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL
COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE
<u>PERIOD FROM FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021</u>**

| | |
|---|---|
| **Name of Applicant** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | February 1, 2021 through February 28, 2021 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $12,276.07[2] (80% of $15,345.09) |
| Total reimbursement of expenses requested in this statement | $0.00 |
| Total compensation and reimbursement requested in this statement | $12,276.07 |
| **This is a(n):**  _X Monthly Application   __ Interim Application   __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019 [Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Sixteenth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2021 Through February 28, 2021* ("**Fee Statement**").[3]  By this Fee Statement, WilmerHale seeks (i) compensation in the amount of $12,276.07, which is 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $15,345.09), and (ii)

---

[2]  This amount reflects an agreed reduction in fees in the aggregate amount of $2,707.96.

[3]  The period from February 1, 2021 through and including February 28, 2021 is referred to herein as the "**Fee Period**."

payment of $0.00 for the actual, necessary expenses that WilmerHale incurred in connection

with rendering such services during the Fee Period.

### Itemization of Services Rendered and Disbursement Incurred

1.     Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees

incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and

paraprofessionals during the Fee Period with respect to each of the project categories

WilmerHale established in accordance with its internal billing procedures.  As reflected in

**Exhibit A**, WilmerHale incurred $18,053.05 in fees during the Fee Period and, pursuant to its

agreement with Purdue Pharma, L.P., reduced that amount to $15,345.09.  Pursuant to this Fee

Statement, WilmerHale seeks compensation for 80% of such fees, totaling $12,276.07.

2.     Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and

paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who

rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period

and the title, hourly rate, aggregate hours worked and the amount of fees earned by each

professional.  The blended hourly billing rate of attorneys for all services provided during the

Fee Period is $955.00.[4]  The blended hourly billing rate of all paraprofessionals is $394.42.[5]

3.     Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or

disbursed in the amount of $0.00 in connection with providing professional services to the

Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's

direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.

Only the clients for whom the services are actually used are separately charged for such services.

The effect of including such expenses as part of the hourly billing rates would unfairly impose

---

[4]  The blended hourly billing rate of $955.00 for attorneys is derived by dividing the total fees for attorneys of $11,269.05 by the total hours of 11.80.

[5]  The blended hourly billing rate of $394.42 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $6,784.00 by the total hours of 17.20.

additional cost upon clients who do not require extensive photocopying, delivery and other

services.

4.      Attached hereto as **Exhibit D** are the related invoices showing the time records of

WilmerHale for the Fee Period organized by project category with a daily time log describing the

time spent by each attorney and other professional during the Fee Period as well as an

itemization of expenses.

**Notice**

5.      WilmerHale will provide notice of this Fee Statement in accordance with the

Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the

Debtors, respectfully requests (i) compensation in the amount of **$12,276.07**, which is equal to

80% of the total amount of reasonable compensation for actual, necessary legal services that

WilmerHale incurred in connection with such services during the Fee Period (i.e., $15,345.09),

and (ii) payment of **$0.00** for the actual, necessary expenses that WilmerHale incurred in

connection with such services during the Fee Period.

Dated: March 26, 2021

By:      */s/ George W. Shuster, Jr.*
WILMER CUTLER PICKERING
HALE AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors
in Possession*

**Exhibit A**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee and Retention Applications (B160) | 12.80 | $9,639.75 |
| Congressional Investigation (L120) | 16.20 | $8,413.30 |
| **Total** | **29.00** | **$18,053.05** |
| **Less Agreed Reduction** | | **-$2,707.96** |
| **GRAND TOTAL** | **29.00** | **$15,345.09** |

## Exhibit B

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs; Litigation / Controversy. | 1,025.00 | 8.60 | 8,815.00 |
| **Partners Total** | | | **8.60** | **$8,815.00** |
| **Associates & Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; joined firm in 2004; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 555.00 | 0.70 | 388.50 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs; Litigation / Controversy. | 965.00 | 1.00 | 965.00 |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 797.50 | 0.90 | 717.75 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 638.00 | 0.60 | 382.80 |
| **Associates & Attorneys Total** | | | **3.20** | **$2,454.05** |
| **Paraprofessionals** | | | | |
| William E. Lannon | Congressional and Regulatory Investigations Paralegal; joined firm in 2015; Regulatory and Government Affairs. | 420.00 | 1.10 | 462.00 |

---

[1] WilmerHale increased its standard billing rates for all professionals effective as of January 1, 2021 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 290.00 | 10.30 | 2,987.00 |
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 575.00 | 5.80 | 3,335.00 |
| **Paraprofessionals Total** | | | **17.20** | **$6,784.00** |
| **TOTAL** | | | **29.00** | **$18,053.05** |
| **Less Agreed Reduction** | | | | **-$2,707.96** |
| **GRAND TOTAL** | | | **29.00** | **$15,345.09** |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| None | 0.00 |
| **TOTAL** | **$0.00** |

**Exhibit D**

**Detailed Time Records and Expenses**

# WILMERHALE [WH]

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ▮▮▮▮▮
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 03/25/21 |
| Invoice No. | 2626432 |
| Matter No. | 1653300-00137 |

FOR LEGAL SERVICES RENDERED through February 28, 2021 in connection with the Fee and Retention Applications matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 9,639.75 |
| Less: 15% Discount | | -1,445.96 |
| **Total Amount Due** | **$** | **8,193.79** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ▮▮▮▮▮

Routing Number: ▮▮▮▮▮

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership   Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300
Matter No. 1653300-00137

Purdue Pharma, L.P.
Fee and Retention Applications

Invoice No. 2626432
Invoice Date 03/25/21
Legal Services through February 28, 2021

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 02/01/21 | Thompson, Yolande | 2.80 | Prepare draft Monthly Fee Statement for December 2020 |
| 02/02/21 | Pierce, Allyson | 0.20 | Review draft of December fee statement |
| 02/02/21 | Pierce, Allyson | 0.10 | Emails with Ms. Thompson, Ms. DaCunha and Mr. Shuster re draft of December fee statement |
| 02/02/21 | Thompson, Yolande | 0.50 | Finalize draft Monthly Fee Statement |
| 02/02/21 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re draft fee statement |
| 02/08/21 | DaCunha, Alyssa | 0.70 | Draft summary of key issues re bankruptcy disclosures |
| 02/08/21 | DaCunha, Alyssa | 0.50 | Teleconference with Mr. Berman, Mr. Shuster re bankruptcy disclosures |
| 02/08/21 | DaCunha, Alyssa | 1.80 | Multiple communications with Mr. Kesselman, Mr. Berman, Mr. Brown re bankruptcy disclosures |
| 02/08/21 | Pierce, Allyson | 0.10 | Circulate calendar invite re upcoming deadline for interim fee application |
| 02/08/21 | Pierce, Allyson | 0.10 | Emails from Mr. Shuster and Ms. DaCunha re upcoming deadline for interim fee application |
| 02/08/21 | Thompson, Yolande | 0.10 | Review emails from Mr. Shuster and Ms. Pierce re Fourth Interim Fee Applications |
| 02/09/21 | DaCunha, Alyssa | 1.50 | Attend to bankruptcy court issues |
| 02/09/21 | Thompson, Yolande | 0.10 | Email to Ms. Pierce re status of December fee statement |
| 02/10/21 | DaCunha, Alyssa | 0.50 | Multiple communications with Mr. Shuster re bankruptcy disclosures |
| 02/10/21 | Pierce, Allyson | 0.10 | Email Ms. DaCunha re review of December fee statement |
| 02/10/21 | Thompson, Yolande | 0.20 | Emails with Ms. Thom in Accounting re Ms. DaCunha's revisions to invoice for December fee statement |
| 02/10/21 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce and Ms. DaCunha re December fee statement |

Client No. 1653300                  Purdue Pharma, L.P.
Matter No. 1653300-00137            Fee and Retention Applications

Invoice No. 2626432
Invoice Date 03/25/21
Legal Services through February 28, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/11/21 | Lannon, William E. | 1.10 | Redact fee statement |
| 02/11/21 | Pierce, Allyson | 0.10 | Emails from Ms. Thompson re finalized fee statement |
| 02/11/21 | Pierce, Allyson | 0.20 | Review finalized monthly fee statement |
| 02/11/21 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re finalized fee statement |
| 02/11/21 | Thompson, Yolande | 0.30 | Finalize December fee statement |
| 02/11/21 | Thompson, Yolande | 0.20 | E-file Monthly Fee Statement for December 2020 |
| 02/11/21 | Thompson, Yolande | 0.10 | Prepare Certificate of Service for fee statement |
| 02/11/21 | Thompson, Yolande | 0.10 | Serve fee statement upon notice parties via email |
| 02/11/21 | Thompson, Yolande | 0.10 | Coordinate with Office Services re sending filed fee statement to Chambers and notice parties via FedEx and first class mail |
| 02/11/21 | Thompson, Yolande | 0.10 | E-file Certificate of Service |
| 02/11/21 | Thompson, Yolande | 0.10 | Prepare service materials |
| 02/11/21 | Thompson, Yolande | 0.10 | Emails with Ms. Thom re LEDES files for December invoices and submitting invoices to client |
| 02/11/21 | Thompson, Yolande | 0.10 | Review redacted invoice for December 2020 |
| 02/11/21 | Thompson, Yolande | 0.10 | Download, update files with filed Fee Statement and related Certificate of Service |
| 02/11/21 | Thompson, Yolande | 0.10 | Emails with Ms. DaCunha and Mr. Shuster re approval of finalized fee statement |
| 02/11/21 | Thompson, Yolande | 0.10 | Review emails from Ms. DaCunha, Ms. Hartman, and Mr. Lannon re redacted invoice for December fee statement |
| 02/16/21 | Thompson, Yolande | 0.10 | Email to Ms. Nobis, fee review coordinator, enclosing LEDES data for December fee statement |
| 02/16/21 | Thompson, Yolande | 0.10 | Emails with Ms. Carter re invoices for January 2021 |
| 02/16/21 | Thompson, Yolande | 0.10 | Emails with Ms. Thom re LEDES files for December invoices |
| **Total** | | **12.80** | |

Client No. 1653300

Matter No. 1653300-00137

Purdue Pharma, L.P.

Fee and Retention Applications

Invoice No. 2626432
Invoice Date 03/25/21
Legal Services through February 28, 2021

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| DaCunha, Alyssa | 5.00 | 1,025.00 | 5,125.00 |
| Pierce, Allyson | 0.90 | 797.50 | 717.75 |
| Thompson, Yolande | 5.80 | 575.00 | 3,335.00 |
| Lannon, William E. | 1.10 | 420.00 | 462.00 |
| **Total Legal Services** | **12.80** | | **$9,639.75** |

# WILMERHALE  [WH]

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ▮▮▮▮▮
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 03/25/21 |
| Invoice No. | 2626433 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through February 28, 2021 in connection with the Post
Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 8,413.30 |
| Less: 15% Discount | | -1,262.00 |
| **Total Amount Due** | **$** | **7,151.30** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ▮▮▮▮▮

Routing Number: ▮▮▮▮▮

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2626433
Invoice Date 03/25/21
Legal Services through February 28, 2021

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| L120 - Analysis/Strategy | | | |
| 02/01/21 | Menz, Sheila E. | 0.20 | Analyze █████████████████ |
| 02/01/21 | Rockett, Elizabeth W. | 0.70 | Complete ████████████████ |
| 02/02/21 | Rockett, Elizabeth W. | 0.70 | Complete ████████████████ |
| 02/03/21 | Rockett, Elizabeth W. | 0.70 | Complete ████████████████ |
| 02/03/21 | Satten-Lopez, Elena M. | 0.60 | Analyze ██████████████████ |
| 02/04/21 | Rockett, Elizabeth W. | 0.70 | Complete ████████████████ |
| 02/05/21 | Rockett, Elizabeth W. | 0.70 | Complete ████████████████ |
| 02/08/21 | Rockett, Elizabeth W. | 0.70 | Complete ████████████████ |
| 02/09/21 | DaCunha, Alyssa | 1.00 | Participate in ████████████ |
| 02/09/21 | Rockett, Elizabeth W. | 0.70 | Complete ████████████████ |
| 02/10/21 | Rockett, Elizabeth W. | 0.70 | Complete ████████████████ |
| 02/11/21 | Rockett, Elizabeth W. | 0.70 | Complete ████████████████ |
| 02/12/21 | Rockett, Elizabeth W. | 0.40 | Complete ████████████████ |
| 02/16/21 | DaCunha, Alyssa | 0.70 | Participate in ████████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2626433
Invoice Date 03/25/21
Legal Services through February 28, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/16/21 | Rockett, Elizabeth W. | 0.40 | Complete ███████████████ |
| 02/17/21 | Rockett, Elizabeth W. | 0.40 | Complete ███████████████ |
| 02/22/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████████ |
| 02/23/21 | DaCunha, Alyssa | 0.50 | Participate in ███████████ |
| 02/23/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████████ |
| 02/24/21 | DaCunha, Alyssa | 0.30 | Multiple communications with ███████ |
| 02/24/21 | DaCunha, Alyssa | 0.80 | Participate in ██████████ |
| 02/24/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████████ |
| 02/25/21 | Hromada, Patricia | 0.40 | E-mail communications with ████████ |
| 02/25/21 | Menz, Sheila E. | 0.50 | Strategize with ███████████████ |
| 02/25/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████████ |
| 02/26/21 | DaCunha, Alyssa | 0.30 | Multiple communications with ███████ |
| 02/26/21 | Hromada, Patricia | 0.30 | E-mail communications with ████████ |
| 02/26/21 | Menz, Sheila E. | 0.30 | Strategize with ███████████████ |
| **Total** | | **16.20** | |

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00136               Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2626433
Invoice Date 03/25/21
Legal Services through February 28, 2021

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| DaCunha, Alyssa | 3.60 | 1,025.00 | 3,690.00 |
| Menz, Sheila E. | 1.00 | 965.00 | 965.00 |
| Satten-Lopez, Elena M. | 0.60 | 638.00 | 382.80 |
| Hromada, Patricia | 0.70 | 555.00 | 388.50 |
| Rockett, Elizabeth W. | 10.30 | 290.00 | 2,987.00 |
| **Total Legal Services** | **16.20** | | **$8,413.30** |

| Task | Description | Hours | Value |
|---|---|---|---|
| L120 | Analysis/Strategy | 16.20 | 8,413.30 |
| **Total Legal Services** | | **16.20** | **$8,413.30** |

Page 4 of 4

# WILMERHALE [WH]

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 04/22/21 |
| Invoice No. | 2629926 |
| Matter No. | 1653300-00137 |

FOR LEGAL SERVICES RENDERED through March 5, 2021 in connection with the Fee and Retention Applications matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 3,162.50 |
| Less: 15% Discount | | -474.38 |
| Total Disbursements | | 16.17 |
| **Total Amount Due** | **$** | **2,704.29** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ██████

Routing Number: ██████

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC 20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to: P.O. Box 7247-8760 Philadelphia, PA 19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300
Matter No. 1653300-00137

Purdue Pharma, L.P.
Fee and Retention Applications

Invoice No. 2629926
Invoice Date 04/22/21
Legal Services through March 5, 2021

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/04/21 | Thompson, Yolande | 1.50 | Prepare draft Fourth Interim Fee Application |
| 03/04/21 | Thompson, Yolande | 1.30 | Prepare draft Monthly Fee Statement for January 2021 |
| 03/05/21 | Thompson, Yolande | 0.60 | Proofread, update, finalize January 2021 Monthly Fee Statement |
| 03/05/21 | Thompson, Yolande | 2.00 | Update draft Fourth Interim Fee Application |
| 03/05/21 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re January 2021 Monthly Statement |
| **Total** | | **5.50** | |

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00137               Fee and Retention Applications

Invoice No. 2629926
Invoice Date 04/22/21
Legal Services through March 5, 2021

| Date | Cost | Description |
| --- | --- | --- |
| 03/04/21 | 16.17 | Federal Express Corp; Invoice# 727941987 (Feb-16,2021); Inv#727941987 783656034780 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| | 16.17 | |

Total Disbursements      $      **16.17**

Client No. 1653300
Matter No. 1653300-00137

Purdue Pharma, L.P.
Fee and Retention Applications

Invoice No. 2629926
Invoice Date 04/22/21
Legal Services through March 5, 2021

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thompson, Yolande | 5.50 | 575.00 | 3,162.50 |
| **Total Legal Services** | **5.50** | | **$3,162.50** |

**DISBURSEMENTS**

| Description | Total |
|---|---|
| FEDERAL EXPRESS | 16.17 |
| **Total Disbursements** | **$16.17** |

# WILMERHALE |WH|

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ▮▮▮▮▮
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 04/22/21 |
| Invoice No. | 2629925 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through March 5, 2021 in connection with the Post Bankruptcy:
House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 16,019.20 |
| Less: 15% Discount | | -2,402.88 |
| Total Disbursements | | 472.05 |
| **Total Amount Due** | **$** | **14,088.37** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ▮▮▮▮▮

Routing Number: ▮▮▮▮▮

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC 20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to: P.O. Box 7247-8760 Philadelphia, PA 19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2629925
Invoice Date 04/22/21
Legal Services through March 5, 2021

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| L120 - Analysis/Strategy | | | |
| 03/01/21 | Hromada, Patricia | 1.60 | Conduct █████████ |
| 03/01/21 | Le, Kevin | 0.70 | Analyze ████████ |
| 03/01/21 | Menz, Sheila E. | 0.30 | Confer with ████████ |
| 03/01/21 | Menz, Sheila E. | 0.50 | Email correspondence with ████████ |
| 03/01/21 | Rockett, Elizabeth W. | 0.70 | Complete ████████ |
| 03/01/21 | Wenik, Saige | 0.20 | Prepare ████████ |
| 03/02/21 | DaCunha, Alyssa | 0.30 | Multiple communications with ████████ |
| 03/02/21 | DaCunha, Alyssa | 0.70 | Participate in ████████ |
| 03/02/21 | Hromada, Patricia | 0.60 | Confer with ████████ |
| 03/02/21 | Hromada, Patricia | 2.40 | Conduct ████████ |
| 03/02/21 | Le, Kevin | 2.30 | Analyze ████████ |
| 03/02/21 | Rockett, Elizabeth W. | 0.70 | Complete ████████ |
| 03/03/21 | DaCunha, Alyssa | 0.60 | Multiple communications with ████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2629925
Invoice Date 04/22/21
Legal Services through March 5, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/03/21 | Hromada, Patricia | 0.30 | Confer with |
| 03/03/21 | Hromada, Patricia | 1.90 | Conduct |
| 03/03/21 | Le, Kevin | 2.90 | Analyze |
| 03/03/21 | Menz, Sheila E. | 0.50 | Email correspondence with |
| 03/03/21 | Menz, Sheila E. | 0.50 | Draft |
| 03/03/21 | Rockett, Elizabeth W. | 0.50 | Complete |
| 03/03/21 | Satten-Lopez, Elena M. | 0.10 | Review |
| 03/04/21 | Hromada, Patricia | 0.40 | Confer with |
| 03/04/21 | Le, Kevin | 1.20 | Analyze |
| 03/04/21 | Rockett, Elizabeth W. | 0.70 | Complete |
| 03/05/21 | DaCunha, Alyssa | 0.40 | Confer with |
| 03/05/21 | DaCunha, Alyssa | 1.00 | Attend to |
| 03/05/21 | Hromada, Patricia | 1.80 | Conduct |
| 03/05/21 | Hromada, Patricia | 0.60 | Confer with |
| 03/05/21 | Hromada, Patricia | 0.20 | Confer with |
| 03/05/21 | Le, Kevin | 1.90 | Analyze |
| 03/05/21 | Rockett, Elizabeth W. | 0.50 | Complete |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2629925
Invoice Date 04/22/21
Legal Services through March 5, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/05/21 | Satten-Lopez, Elena M. | 0.30 | Review █████████████████ ██████ |
| | | **27.30** | |

**Total**    **27.30**

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2629925
Invoice Date 04/22/21
Legal Services through March 5, 2021

| Date | Cost | Description |
|------|------|-------------|
| 03/03/21 | 472.05 | Washington Express dba Washington Express Visa; Invoice# 192406 (Nov-30,2020); 11/30/2020 Tkpr: 31638 Track#: 3150486 Inv#:192406 Sent To: 13500 EDS Dr -- Michelle Leonard |
| | 472.05 | |

Total Disbursements     $      472.05

Client No. 1653300  
Matter No. 1653300-00136

Purdue Pharma, L.P.  
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2629925  
Invoice Date 04/22/21  
Legal Services through March 5, 2021

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| DaCunha, Alyssa | 3.00 | 1,025.00 | 3,075.00 |
| Menz, Sheila E. | 1.80 | 965.00 | 1,737.00 |
| Satten-Lopez, Elena M. | 0.40 | 638.00 | 255.20 |
| Hromada, Patricia | 9.80 | 555.00 | 5,439.00 |
| Le, Kevin | 9.00 | 505.00 | 4,545.00 |
| Wenik, Saige | 0.20 | 345.00 | 69.00 |
| Rockett, Elizabeth W. | 3.10 | 290.00 | 899.00 |
| **Total Legal Services** | **27.30** | | **$16,019.20** |

| Task | Description | Hours | Value |
|---|---|---|---|
| L120 | Analysis/Strategy | 27.30 | 16,019.20 |
| **Total Legal Services** | | **27.30** | **$16,019.20** |

**DISBURSEMENTS**

| Description | Total |
|---|---|
| COURIER SERVICES | 472.05 |
| **Total Disbursements** | **$472.05** |

# **EXHIBIT H**

## **Unpaid Prepetition Invoices**

# WILMERHALE  WH

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ▇▇▇▇
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

|  |  |
|---|---|
| Invoice Date | 10/11/19 |
| Invoice No. | 2559342 |
| Matter No. | 1653300-00135 |

FOR LEGAL SERVICES RENDERED through August 31, 2019 in connection with the House Energy &
Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 103,552.00 |
| Less 15% Discount | | -15,532.80 |
| Total Disbursements | | 574.45 |
| **Total Amount Due** | **$** | **88,593.65** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ▇▇▇▇

Routing Number: ▇▇▇▇

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00135              House Energy & Commerce Inquiry

Invoice No. 2559342
Invoice Date 10/11/19
Legal Services through August 31, 2019

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/01/19 | Byrnes, John T. | 0.40 | Call with ███████████████████████ |
| 08/01/19 | Menz, Sheila E. | 0.70 | Multiple communications with ████████████████ |
| 08/01/19 | Menz, Sheila E. | 0.80 | Finalize ███████████████ |
| 08/02/19 | Byrnes, John T. | 0.10 | Review ████████████████ |
| 08/02/19 | Hromada, Patricia | 0.60 | Coordinate ███████████████ |
| 08/02/19 | Hromada, Patricia | 1.20 | Conduct ████████████ |
| 08/05/19 | Byrnes, John T. | 2.30 | Review ██████████████████████ |
| 08/05/19 | Hromada, Patricia | 1.30 | Review, analyze ████████████████ |
| 08/05/19 | Hromada, Patricia | 0.80 | Coordinate ███████████████ |
| 08/05/19 | Hromada, Patricia | 0.50 | Conduct ██████████████████ |
| 08/06/19 | Byrnes, John T. | 5.20 | Draft ████████████ |
| 08/06/19 | Byrnes, John T. | 0.20 | Call with ██████████████ |
| 08/06/19 | Hromada, Patricia | 2.30 | Review and analyze ████████████ |
| 08/06/19 | Hromada, Patricia | 0.80 | Conduct ██████████████████ |
| 08/06/19 | Hromada, Patricia | 0.40 | Email correspondence with ████████████ |
| 08/06/19 | Rockett, Elizabeth W. | 0.50 | Complete ███████████████ |

Client No. 1653300
Matter No. 1653300-00135

Purdue Pharma, L.P.
House Energy & Commerce Inquiry

Invoice No. 2559342
Invoice Date 10/11/19
Legal Services through August 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/06/19 | Stroede, Phoebe | 1.60 | Apply ███████████████████ |
| 08/07/19 | Byrnes, John T. | 3.50 | Revise ██████████████████ |
| 08/07/19 | Rockett, Elizabeth W. | 0.50 | Complete █████████████ |
| 08/07/19 | Stroede, Phoebe | 0.70 | Provide ████████████████████ |
| 08/08/19 | Byrnes, John T. | 0.40 | Review ████████████ |
| 08/08/19 | Chau, Truong | 1.20 | Quality control ████████████████████████ |
| 08/08/19 | DaCunha, Alyssa | 3.50 | Participate in ███████████ |
| 08/08/19 | DaCunha, Alyssa | 0.40 | Review, revise █████████ |
| 08/08/19 | DaCunha, Alyssa | 1.00 | Participate in ██████████ |
| 08/08/19 | Hromada, Patricia | 1.70 | Conduct ██████████ |
| 08/08/19 | Hromada, Patricia | 0.80 | Conduct ████████████████ |
| 08/08/19 | Hromada, Patricia | 0.30 | Communicate with ████████ |
| 08/08/19 | Lannon, William E. | 1.00 | File ██████████ |
| 08/08/19 | Lannon, William E. | 0.90 | Prepare ████████████ |
| 08/08/19 | Menz, Sheila E. | 0.30 | Multiple communications with ████████ |
| 08/08/19 | Menz, Sheila E. | 0.10 | Review ██████████████ |
| 08/08/19 | Menz, Sheila E. | 0.10 | Draft █████████ |
| 08/08/19 | Menz, Sheila E. | 0.20 | Communicate with █████████ |
| 08/08/19 | Menz, Sheila E. | 2.10 | Review ██████████ |

Client No. 1653300
Matter No. 1653300-00135

Purdue Pharma, L.P.
House Energy & Commerce Inquiry

Invoice No. 2559342
Invoice Date 10/11/19
Legal Services through August 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/08/19 | Rockett, Elizabeth W. | 0.50 | Complete ███████ |
| 08/08/19 | Stroede, Phoebe | 0.60 | Conduct ███████ |
| 08/09/19 | Brodof, Matthew | 4.10 | Conduct ███████ |
| 08/09/19 | Chandler, Jeremiah | 0.30 | Create ███████ |
| 08/09/19 | Chandler, Jeremiah | 0.40 | Assist ███████ |
| 08/09/19 | Chau, Truong | 0.30 | Prepare ███████ |
| 08/09/19 | DaCunha, Alyssa | 0.50 | Participate in ███████ |
| 08/09/19 | Hromada, Patricia | 1.60 | Conduct ███████ |
| 08/09/19 | Kim, Jane I. | 3.30 | Prepare ███████ |
| 08/09/19 | Menz, Sheila E. | 0.50 | Multiple communications with ███████ |
| 08/09/19 | Menz, Sheila E. | 3.00 | Review ███████ |
| 08/09/19 | Menz, Sheila E. | 0.20 | Draft, finalize ███████ |
| 08/09/19 | Moriarty, Meredith | 5.40 | Conduct ███████ |
| 08/09/19 | Rockett, Elizabeth W. | 0.50 | Complete ███████ |
| 08/11/19 | Brooks, Cadene R. | 2.60 | Conduct ███████ |
| 08/11/19 | Brooks, Cadene R. | 1.80 | Conduct ███████ |
| 08/11/19 | Gottschall, Matthew | 1.60 | Conduct ███████ |
| 08/11/19 | Stroede, Phoebe | 0.20 | Conduct ███████ |
| 08/12/19 | DaCunha, Alyssa | 0.30 | Confer with ███████ |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00135                    House Energy & Commerce Inquiry

Invoice No. 2559342
Invoice Date 10/11/19
Legal Services through August 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/12/19 | Gottschall, Matthew | 4.60 | Conduct ███████████████████ |
| 08/12/19 | Hromada, Patricia | 0.70 | Coordinate ████████████ |
| 08/12/19 | Lannon, William E. | 0.70 | File ███████████ |
| 08/12/19 | Rockett, Elizabeth W. | 0.50 | Complete ████████████ |
| 08/13/19 | DaCunha, Alyssa | 0.60 | Participate in ████████ |
| 08/13/19 | Gottschall, Matthew | 3.70 | Conduct ███████████ |
| 08/13/19 | Menz, Sheila E. | 0.20 | Communicate with █████████ |
| 08/13/19 | Menz, Sheila E. | 0.30 | Review ███████████ |
| 08/13/19 | Rockett, Elizabeth W. | 0.50 | Complete ████████████ |
| 08/13/19 | Stroede, Phoebe | 0.90 | Provide █████████ |
| 08/14/19 | Byrnes, John T. | 0.30 | Draft ██████████ |
| 08/14/19 | DaCunha, Alyssa | 2.00 | Participate in █████████ |
| 08/14/19 | DaCunha, Alyssa | 2.00 | Participate in ████████████ |
| 08/14/19 | Devine, Ryan | 2.50 | Conduct ████████████ |
| 08/14/19 | Hromada, Patricia | 0.90 | Conduct ████████████ |
| 08/14/19 | Menz, Sheila E. | 0.30 | Pull ██████████ |
| 08/14/19 | Menz, Sheila E. | 0.10 | Communicate with ████████ |
| 08/14/19 | Rockett, Elizabeth W. | 0.50 | Complete ████████████ |
| 08/14/19 | Stroede, Phoebe | 0.90 | Confer with ███████████ |

Client No. 1653300  
Matter No. 1653300-00135

Purdue Pharma, L.P.  
House Energy & Commerce Inquiry

Invoice No. 2559342  
Invoice Date 10/11/19  
Legal Services through August 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/15/19 | Devine, Ryan | 6.10 | Conduct ██████████████████████████ |
| 08/15/19 | Hromada, Patricia | 2.10 | Review, analyze ███████████████████████ |
| 08/15/19 | Lannon, William E. | 1.00 | Prepare ███████████████████ |
| 08/15/19 | Menz, Sheila E. | 1.80 | QC ████████████ |
| 08/15/19 | Menz, Sheila E. | 3.30 | Summarize ███████████████ |
| 08/15/19 | Menz, Sheila E. | 1.20 | Analyze, prep ████████████████████ |
| 08/15/19 | Menz, Sheila E. | 0.60 | Revise ████████████████ |
| 08/15/19 | Rockett, Elizabeth W. | 0.50 | Complete ██████████████ |
| 08/15/19 | Shemesh, Tamir | 1.50 | Prepare ███████████████ |
| 08/15/19 | Stroede, Phoebe | 0.70 | Search ██████████████████ |
| 08/16/19 | Byrnes, John T. | 0.60 | Review ██████████████ |
| 08/16/19 | DaCunha, Alyssa | 0.50 | Research ███████████████ |
| 08/16/19 | Devine, Ryan | 3.90 | Conduct ███████████████████ |
| 08/16/19 | Hromada, Patricia | 1.80 | Review, analyze ████████████████ |
| 08/16/19 | Menz, Sheila E. | 0.30 | Multiple communications with ████████████ |
| 08/16/19 | Menz, Sheila E. | 1.90 | Finalize ███████████████ |
| 08/16/19 | Menz, Sheila E. | 1.30 | Revise █████████████████ |

Client No. 1653300
Matter No. 1653300-00135

Purdue Pharma, L.P.
House Energy & Commerce Inquiry

Invoice No. 2559342
Invoice Date 10/11/19
Legal Services through August 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | ████████████ |
| 08/16/19 | Menz, Sheila E. | 1.60 | Review ██████████████ |
| 08/16/19 | Moriarty, Meredith | 2.50 | Conduct ████████████████████ |
| 08/16/19 | Rockett, Elizabeth W. | 0.50 | Complete ██████████████ |
| 08/16/19 | Shemesh, Tamir | 3.80 | Prepare ███████████████ |
| 08/16/19 | Stroede, Phoebe | 0.20 | Confer with █████████████ |
| 08/16/19 | Stroede, Phoebe | 1.90 | Conduct ███████████ |
| 08/18/19 | Byrnes, John T. | 0.50 | Review ████████████ |
| 08/18/19 | Moriarty, Meredith | 1.80 | Conduct ████████████████ |
| 08/18/19 | Stroede, Phoebe | 3.20 | Conduct ███████████ |
| 08/19/19 | Byrnes, John T. | 2.30 | Review █████████████ |
| 08/19/19 | Chau, Truong | 0.20 | Collect ███████████████ |
| 08/19/19 | DaCunha, Alyssa | 1.30 | Review ██████████████ |
| 08/19/19 | Devine, Ryan | 6.00 | Conduct ██████████████ |
| 08/19/19 | Gottschall, Matthew | 4.40 | Conduct ██████████████ |
| 08/19/19 | Hromada, Patricia | 0.90 | Communicate with ████████████ |
| 08/19/19 | Hromada, Patricia | 1.90 | Review, analyze ██████████████ |
| 08/19/19 | Menz, Sheila E. | 1.60 | Continue reviewing ██████████ |
| 08/19/19 | Menz, Sheila E. | 0.30 | Review ████████████ |

Client No. 1653300
Matter No. 1653300-00135

Purdue Pharma, L.P.
House Energy & Commerce Inquiry

Invoice No. 2559342
Invoice Date 10/11/19
Legal Services through August 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/19/19 | Menz, Sheila E. | 0.20 | Multiple communications with ███████████ |
| 08/19/19 | Menz, Sheila E. | 0.30 | Review ███████████ |
| 08/19/19 | Menz, Sheila E. | 0.10 | Call with ███████████ |
| 08/19/19 | Menz, Sheila E. | 0.20 | QC ███████████ |
| 08/19/19 | Rockett, Elizabeth W. | 0.50 | Complete ███████████ |
| 08/19/19 | Shemesh, Tamir | 2.00 | Prepare ███████████ |
| 08/19/19 | Stroede, Phoebe | 3.80 | Conduct ███████████ |
| 08/20/19 | Brown, Reginald | 0.70 | Update call |
| 08/20/19 | Byrnes, John T. | 2.00 | Review ███████████ |
| 08/20/19 | DaCunha, Alyssa | 0.50 | Confer re ███████████ |
| 08/20/19 | DaCunha, Alyssa | 0.60 | Telecon with ███████████ |
| 08/20/19 | Gottschall, Matthew | 0.60 | Conduct ███████████ |
| 08/20/19 | Hromada, Patricia | 0.90 | Coordinate ███████████ |
| 08/20/19 | Hromada, Patricia | 0.40 | Conduct ███████████ |
| 08/20/19 | Menz, Sheila E. | 5.00 | Complete ███████████ |
| 08/20/19 | Rockett, Elizabeth W. | 0.50 | Complete ███████████ |
| 08/20/19 | Shemesh, Tamir | 0.70 | Prepare ███████████ |
| 08/20/19 | Stroede, Phoebe | 1.00 | Conduct ███████████ |
| 08/20/19 | Stroede, Phoebe | 0.20 | Apply ███████████ |

Client No. 1653300
Matter No. 1653300-00135

Purdue Pharma, L.P.
House Energy & Commerce Inquiry

Invoice No. 2559342
Invoice Date 10/11/19
Legal Services through August 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/21/19 | DaCunha, Alyssa | 0.40 | Telecon with ███████ |
| 08/21/19 | DaCunha, Alyssa | 1.70 | Participate in ███████ |
| 08/21/19 | DaCunha, Alyssa | 0.40 | Telecon with ███████ |
| 08/21/19 | Devine, Ryan | 5.40 | Conduct ███████ |
| 08/21/19 | Hromada, Patricia | 0.40 | Conduct ███████ |
| 08/21/19 | Menz, Sheila E. | 0.20 | Analyze ███████ |
| 08/21/19 | Menz, Sheila E. | 0.10 | Email with ███████ |
| 08/21/19 | Rockett, Elizabeth W. | 0.50 | Complete ███████ |
| 08/21/19 | Stroede, Phoebe | 2.50 | Conduct ███████ |
| 08/22/19 | Brown, Reginald | 0.70 | Update call with ███████ |
| 08/22/19 | DaCunha, Alyssa | 0.50 | Confer with ███████ |
| 08/22/19 | Devine, Ryan | 4.00 | Conduct ███████ |
| 08/22/19 | Hromada, Patricia | 0.60 | Conduct ███████ |
| 08/22/19 | Hromada, Patricia | 2.40 | Review, analyze ███████ |
| 08/22/19 | Rockett, Elizabeth W. | 0.50 | Complete ███████ |
| 08/22/19 | Stroede, Phoebe | 3.20 | Conduct ███████ |
| 08/23/19 | Devine, Ryan | 1.00 | Conduct ███████ |
| 08/23/19 | Hromada, Patricia | 1.60 | Review ███████ |
| 08/23/19 | Hromada, Patricia | 0.90 | Coordinate ███████ |

Client No. 1653300
Matter No. 1653300-00135

Purdue Pharma, L.P.
House Energy & Commerce Inquiry

Invoice No. 2559342
Invoice Date 10/11/19
Legal Services through August 31, 2019

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| | | | |
| 08/23/19 | Rockett, Elizabeth W. | 0.50 | Complete |
| 08/25/19 | Devine, Ryan | 1.60 | Conduct |
| 08/26/19 | Byrnes, John T. | 0.20 | Review |
| 08/26/19 | Devine, Ryan | 0.40 | Conduct |
| 08/26/19 | Gottschall, Matthew | 4.10 | Conduct |
| 08/26/19 | Menz, Sheila E. | 8.70 | Review |
| 08/26/19 | Menz, Sheila E. | 0.30 | Analyze |
| 08/26/19 | Rockett, Elizabeth W. | 0.50 | Complete |
| 08/26/19 | Stroede, Phoebe | 0.20 | Assign |
| 08/27/19 | DaCunha, Alyssa | 0.80 | Discuss |
| 08/27/19 | Gottschall, Matthew | 6.00 | Conduct |
| 08/27/19 | Menz, Sheila E. | 1.40 | Review |
| 08/27/19 | Menz, Sheila E. | 2.60 | Complete |
| 08/27/19 | Menz, Sheila E. | 0.30 | Multiple email correspondence with |
| 08/27/19 | Stroede, Phoebe | 0.40 | Assign |
| 08/27/19 | Stroede, Phoebe | 0.30 | Provide |
| 08/27/19 | Zoz, Edgar | 0.60 | Complete |
| 08/28/19 | Brown, Reginald | 0.60 | update call |
| 08/28/19 | Byrnes, John T. | 1.20 | Call with |

Client No. 1653300
Matter No. 1653300-00135

Purdue Pharma, L.P.
House Energy & Commerce Inquiry

Invoice No. 2559342
Invoice Date 10/11/19
Legal Services through August 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/28/19 | DaCunha, Alyssa | 0.30 | Telecon with ███████ |
| 08/28/19 | DaCunha, Alyssa | 0.50 | Participate in ███████ |
| 08/28/19 | Devine, Ryan | 5.20 | Conduct ███████ |
| 08/28/19 | Evans, DeAnna | 0.30 | Review ███████ |
| 08/28/19 | Menz, Sheila E. | 0.10 | Speak with ███████ |
| 08/28/19 | Menz, Sheila E. | 0.90 | Review ███████ |
| 08/28/19 | Stroede, Phoebe | 0.40 | Determine ███████ |
| 08/28/19 | Zoz, Edgar | 0.50 | Complete ███████ |
| 08/29/19 | Brown, Reginald | 0.20 | Debrief ███████ |
| 08/29/19 | Brown, Reginald | 0.20 | Call with ███████ |
| 08/29/19 | Devine, Ryan | 4.10 | Conduct ███████ |
| 08/29/19 | Menz, Sheila E. | 0.20 | Communicate with ███████ |
| 08/29/19 | Menz, Sheila E. | 1.40 | Review ███████ |
| 08/29/19 | Zoz, Edgar | 0.50 | Complete ███████ |
| 08/30/19 | Brown, Reginald | 1.40 | Call with ███████ |
| 08/30/19 | DaCunha, Alyssa | 0.80 | Participate in ███████ |
| 08/30/19 | DaCunha, Alyssa | 0.20 | Telecon with ███████ |
| 08/30/19 | Devine, Ryan | 6.40 | Conduct ███████ |
| 08/30/19 | Menz, Sheila E. | 1.00 | Prep for ███████ |
| 08/30/19 | Menz, Sheila E. | 2.70 | QC ███████ |
| 08/30/19 | Menz, Sheila E. | 0.60 | Collate ███████ |

Client No. 1653300
Matter No. 1653300-00135

Purdue Pharma, L.P.
House Energy & Commerce Inquiry

Invoice No. 2559342
Invoice Date 10/11/19
Legal Services through August 31, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/30/19 | Menz, Sheila E. | 0.90 | Review ▮▮▮▮▮▮ |
| 08/30/19 | Stroede, Phoebe | 0.40 | Provide ▮▮▮▮▮▮ |
| 08/30/19 | Stroede, Phoebe | 4.10 | Create ▮▮▮▮▮▮ |
| 08/30/19 | Zoz, Edgar | 0.50 | Complete ▮▮▮▮▮▮ |
| 08/31/19 | Devine, Ryan | 0.90 | Conduct ▮▮▮▮▮▮ |
| 08/31/19 | Gottschall, Matthew | 0.40 | Conduct ▮▮▮▮▮▮ |
| **Total** | | **265.30** | |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00135                    House Energy & Commerce Inquiry

Invoice No. 2559342
Invoice Date 10/11/19
Legal Services through August 31, 2019

**LEGAL SERVICES**

| Timekeeper | Hours | Rate |
|---|---|---|
| Brown, Reginald | 3.80 | 1,355.00 |
| DaCunha, Alyssa | 18.80 | 850.00 |
| Byrnes, John T. | 19.20 | 775.00 |
| Evans, DeAnna | 0.30 | 660.00 |
| Menz, Sheila E. | 50.00 | 590.00 |
| Brooks, Cadene R. | 4.40 | 590.00 |
| Hromada, Patricia | 27.80 | 475.00 |
| Chau, Truong | 1.70 | 430.00 |
| Zoz, Edgar | 2.10 | 420.00 |
| Stroede, Phoebe | 27.40 | 300.00 |
| Lannon, William E. | 3.60 | 280.00 |
| Rockett, Elizabeth W. | 7.50 | 245.00 |
| Kim, Jane I. | 3.30 | 245.00 |
| Shemesh, Tamir | 8.00 | 245.00 |
| Chandler, Jeremiah | 0.70 | 135.00 |
| Gottschall, Matthew | 25.40 | 75.00 |
| Devine, Ryan | 47.50 | 75.00 |
| Moriarty, Meredith | 9.70 | 75.00 |
| Brodof, Matthew | 4.10 | 75.00 |
| **Total Legal Services** | **265.30** | |

**DISBURSEMENTS**

| Description | Total |
|---|---|
| WHDS MONTHLY HOSTING COST PREDICTABILITY SERVICE OFFERING | 111.25 |

Client No. 1653300
Matter No. 1653300-00135

Purdue Pharma, L.P.
House Energy & Commerce Inquiry

Invoice No. 2559342
Invoice Date 10/11/19
Legal Services through August 31, 2019

| Description | Total |
|---|---|
| PHOTOCOPY | 1.20 |
| DOCUMENT PRINTING COLOR | 462.00 |
| **Total Disbursements** | **$574.45** |

# WILMERHALE |WH|

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 09/26/19 |
| Invoice No. | 2559387 |
| Matter No. | 1653300-00135 |

FOR LEGAL SERVICES RENDERED through September 11, 2019 in connection with the House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 31,401.00 |
| Less 15% Discount | | -4,710.15 |
| **Total Amount Due** | **$** | **26,690.85** |

**PLEASE NOTE:**
**In preparation for our fiscal year end, please remit payment by Friday December 27, 2019.**
**If you have a fiscal year-end billing deadline, please advise us by emailing**
**WHFinanceClientAccounting@wilmerhale.com.  Thank you, in advance.**

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ███████

Routing Number: ███████

Citibank NA 1101 Pennsylvania Avenue NW Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                  Purdue Pharma, L.P.
Matter No. 1653300-00135            House Energy & Commerce Inquiry

Invoice No. 2559387
Invoice Date 09/26/19
Legal Services through September 11, 2019

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 09/01/19 | Brown, Reginald | 0.50 | Call with █████████ ███ |
| 09/01/19 | Brown, Reginald | 0.80 | Strategy call with ████████ ██████ |
| 09/03/19 | Brodof, Matthew | 8.00 | Conduct ██████████████████ |
| 09/03/19 | Brown, Reginald | 1.60 | Purdue Board ██████████ ██ |
| 09/03/19 | Byrnes, John T. | 0.40 | Call with ███████████████ |
| 09/03/19 | Byrnes, John T. | 0.30 | Draft ███ |
| 09/03/19 | Byrnes, John T. | 0.30 | Call with ████████ |
| 09/03/19 | Devine, Ryan | 9.00 | Conduct ████████████ |
| 09/03/19 | Gottschall, Matthew | 4.10 | Conduct ████████ |
| 09/03/19 | Menz, Sheila E. | 1.80 | Identify ███████████ |
| 09/03/19 | Menz, Sheila E. | 4.50 | Finish ████████ |
| 09/03/19 | Moriarty, Meredith | 3.10 | Conduct █████████ |
| 09/03/19 | Stroede, Phoebe | 0.60 | Apply ██████████ |
| 09/04/19 | Brodof, Matthew | 6.30 | Conduct ████████ |
| 09/04/19 | Byrnes, John T. | 0.20 | Draft ███████ |
| 09/04/19 | Byrnes, John T. | 0.50 | Attend ████████ |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00135              House Energy & Commerce Inquiry

Invoice No. 2559387
Invoice Date 09/26/19
Legal Services through September 11, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | ████████████████ |
| 09/04/19 | Devine, Ryan | 4.50 | Conduct ████████████████████████ |
| 09/04/19 | Gottschall, Matthew | 6.20 | Conduct ████████████████████████ |
| 09/04/19 | Menz, Sheila E. | 2.70 | Review ████████████████ |
| 09/04/19 | Menz, Sheila E. | 0.10 | Call with ████████████████ |
| 09/04/19 | Moriarty, Meredith | 5.10 | Conduct ████████████████████████ |
| 09/04/19 | Rockett, Elizabeth W | 0.50 | Complete ███████████████████ |
| 09/04/19 | Stroede, Phoebe | 0.60 | Conduct ████████████████████ |
| 09/05/19 | Byrnes, John T. | 0.80 | Review █████████████████████ |
| 09/05/19 | Devine, Ryan | 4.40 | Conduct ████████████████████████ |
| 09/05/19 | Menz, Sheila E. | 0.40 | Multiple communications with ██████████████ |
| 09/05/19 | Menz, Sheila E. | 2.80 | Draft ████████████████████ |
| 09/05/19 | Menz, Sheila E. | 0.30 | Draft ████████████████████ |
| 09/05/19 | Menz, Sheila E. | 0.50 | Draft ████████████████ |
| 09/05/19 | Menz, Sheila E. | 0.40 | Analyze ████████████████ |
| 09/05/19 | Menz, Sheila E. | 0.60 | Analyze ██████████████ |
| 09/05/19 | Menz, Sheila E. | 0.20 | Draft ████████████████ |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00135                    House Energy & Commerce Inquiry

Invoice No. 2559387
Invoice Date 09/26/19
Legal Services through September 11, 2019

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/05/19 | Menz, Sheila E. | 0.20 | Revise ███████████████ |
| 09/05/19 | Menz, Sheila E. | 3.50 | Continue reviewing ██████████ |
| 09/05/19 | Menz, Sheila E. | 0.30 | Revise ████████ |
| 09/05/19 | Moriarty, Meredith | 2.80 | Conduct ██████████████ |
| 09/05/19 | Stroede, Phoebe | 0.30 | Provide ████████████ |
| 09/05/19 | Stroede, Phoebe | 0.70 | Identify ██████████████ |
| 09/06/19 | Brodof, Matthew | 2.60 | Conduct ███████████████ |
| 09/06/19 | Brown, Reginald | 1.50 | Purdue ████████ update calls |
| 09/06/19 | DaCunha, Alyssa | 0.50 | Revise ████████ |
| 09/06/19 | DaCunha, Alyssa | 0.50 | Telecon with ██████████ |
| 09/07/19 | DaCunha, Alyssa | 0.30 | Revise ████████ |
| 09/07/19 | Menz, Sheila E. | 0.30 | Implement ████████████ |
| 09/09/19 | DaCunha, Alyssa | 0.40 | Confer with ██████████ |
| 09/09/19 | Menz, Sheila E. | 0.20 | Email communications with ████████ |
| 09/09/19 | Menz, Sheila E. | 1.00 | Review ██████████ |
| 09/09/19 | Menz, Sheila E. | 0.20 | Email communications with ██████████ |
| 09/09/19 | Menz, Sheila E. | 6.50 | Complete ██████████ |
| 09/10/19 | Brooks, Cadene Russell | 1.00 | Conduct ████████ |
| **Total** | | **94.90** | |

Client No. 1653300
Matter No. 1653300-00135

Purdue Pharma, L.P.
House Energy & Commerce Inquiry

Invoice No. 2559387
Invoice Date 09/26/19
Legal Services through September 11, 2019

**LEGAL SERVICES**

| Timekeeper | Hours | Rate |
|---|---|---|
| Brown, Reginald | 4.40 | 1,355.00 |
| DaCunha, Alyssa | 1.70 | 850.00 |
| Byrnes, John T. | 2.50 | 775.00 |
| Menz, Sheila E. | 26.50 | 590.00 |
| Brooks, Cadene Russell | 1.00 | 590.00 |
| Stroede, Phoebe | 2.20 | 300.00 |
| Rockett, Elizabeth W | 0.50 | 245.00 |
| Gottschall, Matthew | 10.30 | 90.00 |
| Brodof, Matthew | 16.90 | 90.00 |
| Devine, Ryan | 17.90 | 90.00 |
| Moriarty, Meredith | 11.00 | 90.00 |
| **Total Legal Services** | **94.90** | |

# WILMERHALE |WH|

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ▮
(800) 526-6682(t)
(937) 395-2200(f)

Colleen  MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 10/30/19 |
| Invoice No. | 2566580 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through September 15, 2019 in connection with the Post
Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 82,271.00 |
| Less 15% Discount | | -12,340.65 |
| Total Disbursements | | 25,841.37 |
| **Total Amount Due** | **$** | **95,771.72** |
| Less: Credit | | -25,000.00 |
| **Total Balance Due** | **$** | **70,771.72** |

**PLEASE NOTE:**
**In preparation for our fiscal year end, please remit payment by Friday December 27, 2019.**
**If you have a fiscal year-end billing deadline, please advise us by emailing**
**WHFinanceClientAccounting@wilmerhale.com.   Thank you, in advance.**

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ▮

Routing Number: ▮

Citibank NA 1101 Pennsylvania Avenue NW Washington, DC 20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to: P.O. Box 7247-8760 Philadelphia, PA 19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership. Our United Kingdom offices are operated under a separate Delaware limited liability partnership.

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2566580
Invoice Date 10/30/19
Legal Services through September 15, 2019

Colleen   MacDonald
Purdue  Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/03/19 | Hromada, Patricia | 1.80 | Review ███████ |
| 09/03/19 | Hromada, Patricia | 0.60 | Communicate with ███████ |
| 09/03/19 | Hromada, Patricia | 0.10 | Conduct ███████ |
| 09/03/19 | Hromada, Patricia | 0.80 | Analyze ███████ |
| 09/03/19 | Menz, Sheila E. | 0.10 | Communicate with ███████ |
| 09/03/19 | Menz, Sheila E. | 0.30 | Teleconference with ███████ |
| 09/03/19 | Menz, Sheila E. | 0.20 | Communicate with ███████ |
| 09/03/19 | Menz, Sheila E. | 0.70 | Teleconference with ███████ |
| 09/03/19 | Menz, Sheila E. | 0.20 | Multiple communications with ███████ |
| 09/03/19 | Zoz, Edgar | 0.50 | Complete ███████ |
| 09/04/19 | Hromada, Patricia | 0.30 | Communicate with ███████ |
| 09/04/19 | Hromada, Patricia | 0.60 | Revise ███████ |
| 09/04/19 | Hromada, Patricia | 1.60 | Review ███████ |
| 09/04/19 | Menz, Sheila E. | 0.30 | Analyze ███████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2566580
Invoice Date 10/30/19
Legal Services through September 15, 2019

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 09/04/19 | Menz, Sheila E. | 0.10 | Analyze |
| 09/04/19 | Menz, Sheila E. | 0.30 | Teleconference with |
| 09/04/19 | Menz, Sheila E. | 0.20 | Communicate with |
| 09/04/19 | Menz, Sheila E. | 0.60 | Manage |
| 09/04/19 | Menz, Sheila E. | 0.10 | Revise |
| 09/04/19 | Menz, Sheila E. | 0.70 | Review |
| 09/04/19 | Menz, Sheila E. | 0.30 | Communicate with |
| 09/04/19 | Menz, Sheila E. | 0.50 | Draft |
| 09/04/19 | Menz, Sheila E. | 0.80 | Draft |
| 09/05/19 | Hromada, Patricia | 1.60 | Analyze |
| 09/05/19 | Hromada, Patricia | 0.90 | Review |
| 09/05/19 | Rockett, Elizabeth W | 0.50 | Complete |
| 09/06/19 | Byrnes, John T. | 0.20 | Teleconference with |
| 09/06/19 | Hromada, Patricia | 0.40 | Communicate with |
| 09/06/19 | Hromada, Patricia | 2.20 | Review |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2566580
Invoice Date 10/30/19
Legal Services through September 15, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/06/19 | Menz, Sheila E. | 3.40 | Draft ███████ |
| 09/06/19 | Menz, Sheila E. | 2.20 | Analyze, ███████ |
| 09/06/19 | Menz, Sheila E. | 0.30 | Revise ███████ |
| 09/06/19 | Menz, Sheila E. | 0.20 | Communicate with ███████ |
| 09/06/19 | Menz, Sheila E. | 0.70 | Multiple communications with ███████ |
| 09/06/19 | Menz, Sheila E. | 0.10 | Communicate with ███████ |
| 09/06/19 | Menz, Sheila E. | 0.10 | Teleconference with ███████ |
| 09/06/19 | Menz, Sheila E. | 0.90 | Analyze ███████ |
| 09/06/19 | Menz, Sheila E. | 0.30 | Draft ███████ |
| 09/06/19 | Menz, Sheila E. | 0.30 | Teleconference with ███████ |
| 09/06/19 | Rockett, Elizabeth W | 0.50 | Complete ███████ |
| 09/06/19 | Stroede, Phoebe | 0.30 | Attend ███████ |
| 09/06/19 | Stroede, Phoebe | 0.30 | Identify ███████ |
| 09/06/19 | Stroede, Phoebe | 1.80 | Identify ███████ |
| 09/06/19 | Stroede, Phoebe | 3.40 | Apply ███████ |
| 09/07/19 | Menz, Sheila E. | 3.40 | Analyze ███████ |
| 09/09/19 | Brown, Reginald | 1.00 | Participate in ███████ |
| 09/09/19 | Byrnes, John T. | 0.20 | Review ███████ |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2566580
Invoice Date 10/30/19
Legal Services through September 15, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/09/19 | Hromada, Patricia | 1.10 | Conduct ████████████████████ |
| 09/09/19 | Hromada, Patricia | 1.40 | Review ████████████████████ |
| 09/09/19 | Menz, Sheila E. | 0.40 | Begin reviewing ████████ |
| 09/09/19 | Menz, Sheila E. | 0.30 | Analyze ████████████████ |
| 09/09/19 | Menz, Sheila E. | 0.10 | Draft ████████████ |
| 09/09/19 | Menz, Sheila E. | 0.30 | Multiple communications with ████████████████ |
| 09/09/19 | Menz, Sheila E. | 0.80 | Revise ████████████████ |
| 09/09/19 | Rockett, Elizabeth W | 0.50 | Complete ████████████ |
| 09/09/19 | Stroede, Phoebe | 1.20 | Search ████████████████ |
| 09/09/19 | Stroede, Phoebe | 0.30 | Communicate with ████████████ |
| 09/10/19 | Byrnes, John T. | 0.80 | Meet with ████████████ |
| 09/10/19 | Byrnes, John T. | 0.30 | Review ████████ |
| 09/10/19 | DaCunha, Alyssa | 0.80 | Confer with ████████████████ |
| 09/10/19 | DaCunha, Alyssa | 0.40 | Teleconference with ████████████ |
| 09/10/19 | Hromada, Patricia | 1.50 | Conduct ████████████████████ |
| 09/10/19 | Hromada, Patricia | 1.60 | Review ████████████████████ |
| 09/10/19 | Lannon, William E. | 1.50 | Prepare ████████████ |
| 09/10/19 | Menz, Sheila E. | 1.20 | Multiple communications with ████████████████ |

Client No. 1653300                         Purdue Pharma, L.P.
Matter No. 1653300-00136                   Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2566580
Invoice Date 10/30/19
Legal Services through September 15, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | ███████████████████████ |
| 09/10/19 | Menz, Sheila E. | 0.10 | Communicate with ██████████████████ |
| 09/10/19 | Menz, Sheila E. | 0.10 | Teleconference with ███████████████ |
| 09/10/19 | Menz, Sheila E. | 2.90 | Revise ████████████████████████ |
| 09/10/19 | Menz, Sheila E. | 0.60 | Review ███████████████████ |
| 09/10/19 | Menz, Sheila E. | 0.50 | Multiple communications with ██████████ |
| 09/10/19 | Menz, Sheila E. | 1.40 | Analyze ███████████████████████ |
| 09/10/19 | Rockett, Elizabeth W | 0.50 | Complete ██████████████████ |
| 09/10/19 | Shemesh, Tamir | 2.50 | Prepare ██████████████████ |
| 09/10/19 | Stroede, Phoebe | 0.90 | Conduct ████████████████████████ |
| 09/10/19 | Stroede, Phoebe | 0.20 | Search █████████████ |
| 09/11/19 | Byrnes, John T. | 0.10 | Review ██████████████████ |
| 09/11/19 | DaCunha, Alyssa | 2.30 | Participate in ███████████████ |
| 09/11/19 | Hromada, Patricia | 1.90 | Review ████████████████ |
| 09/11/19 | Hromada, Patricia | 1.90 | Identify ██████████████ |
| 09/11/19 | Hromada, Patricia | 0.90 | Conduct ███████████████████████ |
| 09/11/19 | Lannon, William E. | 0.60 | Prepare ████████████████ |
| 09/11/19 | Menz, Sheila E. | 2.50 | Conduct ████████████████████ |
| 09/11/19 | Menz, Sheila E. | 4.20 | Draft ██████████████████████ |
| 09/11/19 | Menz, Sheila E. | 2.80 | Begin reviewing ████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2566580
Invoice Date 10/30/19
Legal Services through September 15, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/11/19 | Rockett, Elizabeth W | 0.50 | Complete ████████████████████ |
| 09/11/19 | Shemesh, Tamir | 1.50 | Prepare ████████████████ |
| 09/11/19 | Stroede, Phoebe | 3.30 | Apply ████████████ |
| 09/12/19 | Byrnes, John T. | 0.30 | Review ████████████ |
| 09/12/19 | DaCunha, Alyssa | 8.00 | Travel ████████ |
| 09/12/19 | DaCunha, Alyssa | 1.00 | Confer with ████████████ |
| 09/12/19 | DaCunha, Alyssa | 6.00 | Participate in ████████ |
| 09/12/19 | Hromada, Patricia | 0.60 | Identify ██████████ |
| 09/12/19 | Hromada, Patricia | 2.40 | Review ███████████ |
| 09/12/19 | Hromada, Patricia | 0.60 | Conduct █████████████████ |
| 09/12/19 | Hromada, Patricia | 0.80 | Revise ████████████ |
| 09/12/19 | Menz, Sheila E. | 0.50 | E-mail correspondence with ████████ |
| 09/12/19 | Menz, Sheila E. | 0.10 | Draft ██████████ |
| 09/12/19 | Menz, Sheila E. | 5.30 | Continue reviewing ████████ |
| 09/12/19 | Rockett, Elizabeth W | 0.50 | Complete ██████████ |
| 09/12/19 | Rockett, Elizabeth W | 0.30 | Compile █████████████ |
| 09/12/19 | Stroede, Phoebe | 1.20 | Identify █████████████ |
| 09/12/19 | Stroede, Phoebe | 1.20 | Apply ██████████ |
| 09/12/19 | Stroede, Phoebe | 0.20 | Provide █████████████ |
| 09/13/19 | Brown, Reginald | 1.00 | ███ update call with ████████ |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2566580
Invoice Date 10/30/19
Legal Services through September 15, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/13/19 | Byrnes, John T. | 0.10 | Review ███████ |
| 09/13/19 | Chandler, Jeremiah | 0.30 | Create ███████ |
| 09/13/19 | Chau, Truong | 1.60 | Quality control of ███████ |
| 09/13/19 | DaCunha, Alyssa | 0.60 | Participate in ███████ |
| 09/13/19 | DaCunha, Alyssa | 0.50 | Discuss ███████ |
| 09/13/19 | DaCunha, Alyssa | 0.80 | Participate in ███████ |
| 09/13/19 | DaCunha, Alyssa | 0.30 | Discuss ███████ |
| 09/13/19 | DaCunha, Alyssa | 0.90 | Participate in ███████ |
| 09/13/19 | Hromada, Patricia | 2.30 | Review ███████ |
| 09/13/19 | Hromada, Patricia | 1.50 | Conduct ███████ |
| 09/13/19 | Hromada, Patricia | 1.30 | Communicate with ███████ |
| 09/13/19 | Menz, Sheila E. | 5.10 | Complete ███████ |
| 09/13/19 | Menz, Sheila E. | 0.50 | Multiple e-mails with ███████ |
| 09/13/19 | Menz, Sheila E. | 1.60 | Finalize ███████ |
| 09/13/19 | Rockett, Elizabeth W | 0.50 | Complete ███████ |
| 09/13/19 | Shemesh, Tamir | 1.00 | Prepare ███████ |
| 09/13/19 | Shemesh, Tamir | 1.00 | Deliver ███████ |
| 09/14/19 | Brown, Reginald | 0.40 | Attend to ███████ |
| 09/14/19 | DaCunha, Alyssa | 0.60 | Review ███████ |
| 09/14/19 | Menz, Sheila E. | 0.40 | Revise ███████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2566580
Invoice Date 10/30/19
Legal Services through September 15, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/14/19 | Menz, Sheila E. | 0.50 | E-mail communications with |
| 09/14/19 | Menz, Sheila E. | 0.10 | Distribute |
| 09/14/19 | Menz, Sheila E. | 0.90 | Review |
| 09/14/19 | Menz, Sheila E. | 1.40 | Begin reviewing |
| 09/15/19 | Menz, Sheila E. | 8.10 | Continue reviewing |
| 09/17/19 | DaCunha, Alyssa | 0.40 | Discuss |
| 09/30/19 | Menz, Sheila E. | 0.10 | Begin reviewing |
| **Total** | | **146.40** | |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2566580
Invoice Date 10/30/19
Legal Services through September 15, 2019

## LEGAL SERVICES

| Timekeeper | Hours | Rate |
|------------|-------|------|
| Brown, Reginald | 2.40 | 1,355.00 |
| DaCunha, Alyssa | 22.60 | 850.00 |
| Byrnes, John T. | 2.00 | 775.00 |
| Menz, Sheila E. | 60.10 | 590.00 |
| Hromada, Patricia | 30.70 | 475.00 |
| Chau, Truong | 1.60 | 430.00 |
| Zoz, Edgar | 0.50 | 420.00 |
| Stroede, Phoebe | 14.30 | 300.00 |
| Lannon, William E. | 2.10 | 280.00 |
| Rockett, Elizabeth W | 3.80 | 245.00 |
| Shemesh, Tamir | 6.00 | 245.00 |
| Chandler, Jeremiah | 0.30 | 135.00 |
| **Total Legal Services** | **146.40** | |

## DISBURSEMENTS

| Description | Total |
|------------|-------|
| WHDS MONTHLY HOSTING COST PREDICTABILITY SERVICE OFFERING | 111.25 |
| TRAVEL | 622.83 |
| PHOTOCOPY | 0.40 |
| MISCELLANEOUS | 25,000.00 |
| MEALS-OUT OF TOWN | 53.86 |
| LOCAL TRANSPORTATION | 51.53 |
| DOCUMENT PRINTING COLOR | 1.50 |
| **Total Disbursements** | **$25,841.37** |