**Subject**   Notification of Intention to Request Disclosure under Rule 26.1(b)

**From**   Joshua Williams <joshuawilliams133@aol.com>

**To:**   <eli.vonnegut@davispolk.com>

**Date**   Today at 3:40 PM

Eli, this is JR Williams.
I am requesting a disclosure of Molly Christine Sackler's interest in Purdue Pharmaceuticals. I was her heir apparent before her death and would like a disclosure of holdings In Purdue Pharmaceuticals.
All briefs with evidence corresponding to her death should be filed with the second circuit. I will need an extension to produce evidence of my holdings.
I intend to file a motion requesting the disclosure of any holdings greater than ten percent in her corporation.
I am also interested in postponing any decision to restructure or final judgements until a wrongful death lawsuit is initiated in the state of Massachusetts with depositions conducted.
I would prefer a 180 day stay until we can produce evidence of Molly Christine Sackler's holdings and who they were conveyed to. I believe the outcome of this motion may prove that the corporation has shareholders that haven't been accounted for.
This will also give us a chance to prove organized crime's potential involvement in fraudulently obtaining shares in Purdue Pharmaceuticals.
Please Respond before Wednesday's judgement with any grounds for opposition to this motion.

Sincerely, JR Williams


Sent from the all new AOL app for iOS