DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## AMENDED[2] AGENDA FOR MAY 12, 2021 HEARING

| | |
|---|---|
| Time and Date of Hearing: | May 12, 2021 at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. Please register with Court Solutions at www.court-solutions.com. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] **Amended items appear in bold text.**

|  |  |
|---|---|
|  | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 1329734379##. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. |

I. **UNCONTESTED MATTERS:**

1. ***Motion to Establish Confirmation Schedule and Protocols.*** Debtors' Motion for Order Establishing Confirmation Schedule and Protocols [ECF No. 2536]

    Objection Deadline: April 23, 2021 at 4:00 p.m. (prevailing Eastern Time). The deadline for any party that timely filed an objection to file a supplemental objection was May 3, 2021, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Objection of the Public School District Creditors to Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms Of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto – Baltimore City Board. of School Commissioners, Board of Chicago School District No. 299, Board of Education of East Aurora School District 131, Board of Education of Miami-Dade County Public Schools, Board of Education of Thornton Fractional Township High School District 215, Board of Education of Thornton Township High School District 205 [ECF No. 2720]

    B. Joint Objection of Distributors, Manufacturers and Pharmacies to Debtors' Motion for Order Establishing Confirmation Schedule and Protocols – Allergan Finance LLC, AmerisourceBergen Drug Corp., CVS Caremark Part D Sers., L.L.C., Johnson & Johnson, McKesson Corp., Sun Pharma. Canada Inc., Teva Pharma. USA, Inc., Walgreen Co. and certain corporate affiliates and subsidiaries, Walmart, Inc. [ECF No. 2721]

    C. Objection of the Cherokee Nation to Disclosure Statement for Chapter 11 Plan of Purdue Pharma L.P. and Its Affiliated Debtors and Debtors' Motion for Establishing Schedule and Protocols [ECF No. 2730]

    D. Statement of the Raymond Sackler Family in Support of the Debtors' Confirmation Procedures Order [ECF No. 2792]

Reply:

A. Debtors' Statement in Further Support of Debtors' Motion for Order Establishing Confirmation Schedule and Protocols [ECF No. 2840]

Related Documents:

A. Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2487]

B. Notice of Adjournment of Hearing on Debtors' Motion for Order Establishing Confirmation Schedule and Protocols [ECF No. 2626]

C. First Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2731]

D. Notice of Filing of Plan Supplement Pursuant to the First Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2732]

E. Notice of Filing of Blackline of First Amended Plan [ECF No. 2733]

F. Notice of Filing of Second Plan Supplement Pursuant to the First Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2737]

G. Notice of Adjournment of Hearing on Debtors' Motion for Order Establishing Confirmation Schedule and Protocols [ECF No. 2782]

Status: This matter is going forward on **an uncontested** basis.

## II. CONTINUED MATTERS:

2. ***Motion to Approve Disclosure Statement.*** Debtors' Motion to Approve the (I) Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto [ECF No. 2489]

Objection Deadline: April 23, 2021 at 4:00 p.m. (prevailing Eastern Time) (for all parties other than the NAS Children Ad Hoc Committee, with respect to whom the Objection Deadline was extended to April 26, 2021 at 4:00 p.m. (prevailing Eastern Time), the Ad Hoc Group of Non-Consenting States, with respect to whom the Objection Deadline was extended to April 29, 2021 at 9:00 a.m. (prevailing Eastern Time) and the Official Committee of Unsecured Creditors, with respect to whom the Objection Deadline was extended to May 10, 2021 at 12:00 p.m. (prevailing Eastern Time)). The deadline for any party that timely filed an

objection to file a supplemental objection was May 3, 2021, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. Letter From Aaron R. Stimus Objecting To Certain Claims [ECF No. 2627]

B. Objection to Document 2494 Filed By Jeanette Tostenson [ECF No. 2634]

C. Pro Se Letter from Kevin McKenney Sr. [ECF No. 2648]

D. Pro Se Letter from Ralph Olsen M.D. [ECF No. 2652]

E. Pro Se Letter from Susan D. Haswell [ECF No. 2653]

F. Pro Se Letter from Scotti Madison [ECF No. 2654]

G. Objection of United States Trustee to Disclosure Statement for Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2686]

H. Objection of The State of West Virginia, ex rel. Patrick Morrisey, Attorney General to Debtors' Motion to Approve Disclosure Statement [ECF No. 2703]

I. Objection of Independent Emergency Room Physician, Dr. Michael Masiowski, Individually, and as Putative Class Representative to Disclosure Statement for Chapter 11 Plan of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 2708]

J. Objection to the Debtors' Disclosure Statement Motion by Navigators Specialty Insurance Company, American Guarantee, and Liability Insurance Company and Steadfast Insurance Company [ECF No. 2710]

K. Bridge House Corporation's Objection to Debtor's Disclosure Statement and Solicitation Procedures Motion [ECF No. 2711]

L. Objection to Disclosure Statement and Solicitation Procedures Motion on Behalf of Certain Treatment Provider Creditors: Carpenter Health Network [ECF No. 2712]

M. Objection to Disclosure Statement and Solicitation Procedures Motion on Behalf of the City of Chillicothe, Ohio [ECF No. 2713]

N. Objection to Disclosure Statement and Solicitation Procedures Motion on Behalf of the City of Covington, Louisiana [ECF No. 2714]

O. Objection to Disclosure Statement and Solicitation Procedures Motion on Behalf of the Four Winds Tribe Louisiana Cherokee [ECF No. 2715]

P. Objection to Disclosure Statement and Solicitation Procedures Motion on Behalf of the Parish of DeSoto [ECF No. 2716]

Q. Objection to Disclosure Statement and Solicitation Procedures Motion on Behalf of the Northwestern Band of the Shoshone Nation [ECF No. 2717]

R. Objection to Disclosure Statement and Solicitation Procedures Motion on Behalf of Dr. Gregory Fernandez in his Official Capacity as the Coroner of St. Bernard Parish [ECF No. 2718]

S. Joint Objection of Distributors, Manufacturers and Pharmacies to Debtors' Motion for an Order Approving Disclosure Statement [ECF No. 2719]

T. Objection of the Public School District Creditors to Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms Of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto – Baltimore City Board. of School Commissioners, Board of Chicago School District No. 299, Board of Education of East Aurora School District 131, Board of Education of Miami-Dade County Public Schools, Board of Education of Thornton Fractional Township High School District 215, Board of Education of Thornton Township High School District 205 [ECF No. 2720]

U. Supplement to Johnson & Johnson and Related Entities Joinder to Distributors', Manufacturers' and Pharmacies' Joint Objection to Debtors' Motion for an Order Approving Disclosure Statement -- Alza Corporation, Janssen Ortho LLC, Janssen Pharma., Inc., Ortho-McNeil-Janssen Pharma., Inc. [ECF No. 2722]

V. Joinder to the West Virginia Objection to Debtors' Motion to Approve Disclosure Statement [ECF No. 2723]

W. Joinder to West Virginia's Objection to Debtors' Motion to Approve Disclosure Statement by Uphur County Commission, Randolph County Commission, Doddridge County Commission, Marion County Commission, Wetzel County Commission, Tyler

19-23649-shl    Doc 2847    Filed 05/11/21    Entered 05/11/21 20:58:04    Main Document
                                    Pg 6 of 9

County Commission, Ohio County Commission, Marshall County Commission, Lewis County Commission, Monongalia County Commission, Hancock County Commission, Brooke County Commission [ECF No. 2725]

X. Objection of the Cherokee Nation to Disclosure Statement for Chapter 11 Plan of Purdue Pharma L.P. and Its Affiliated Debtors and Debtors' Motion for Establishing Schedule and Protocols [ECF No. 2730]

Y. Objection to Motion to the Disclosure Statement and the Plan Generally Filed by Patsy Newmeyer [ECF No. 2742]

Z. Objection to Motion to the Disclosure Statement and the Plan Generally Filed by Maria Luisa C. Pena Wife, Executor of the Francisco I. Pena MD Estate [ECF No. 2743]

AA. Objection to Motion to the Disclosure Statement and the Plan Generally Filed by Daniel L. Jackson [ECF No. 2744]

BB. Ad Hoc Committee on Accountability's Objection to the Disclosure Statement and the First Amended Disclosure Statement for Chapter 11 Plan of Purdue Pharma, L.P., et al. [ECF No. 2745]

CC. NAS Ad Hoc Committee's Limited Objection to Disclosure Statement and Solicitation Procedures Motion [ECF No. 2746]

DD. Joinder to State of West Virginia's Objection to Debtor's Motion to Approve Disclosure Statement [ECF No. 2749]

EE. The Ad Hoc Group of Non-Consenting States' Objection to Debtors' Motion to Approve the (I) Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto [ECF No. 2762]

FF. Objecting to the Disclosure Statement filed by Kelvin X Singleton [ECF No. 2767]

GG. Supplement to Objection of the Public School District Creditors to Debtors' Motion to Approve (I) The Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto [ECF No. 2773]

HH. Supplemental Objection to Disclosure Statement by Independent ER Physician [ECF No. 2794]

II. Objection of Peter W. Jackson to Amended Disclosure Statement [ECF No. 2819]

JJ. Objection Letter, Filing and Reasoning Filed by Aaron R. Stimus [ECF No. 2822]

KK. Second Supplemental Objection to Disclosure Statement by Independent ER Physician [ECF No. 2828]

Reply:

A. Reply by the Side A Initial Covered Sackler Persons in Support of Disclosure Statement for Second Amended Plan [ECF No. 2833]

Related Documents:

A. Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2487]

B. Disclosure Statement for Chapter 11 Plan for Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2488]

C. Notice of Filing of Appendix F to the Disclosure Statement [ECF No. 2491]

D. Notice of Disclosure Statement Hearing [ECF No. 2494]

E. Notice of Adjournment of Disclosure Statement Hearing [ECF No. 2625]

F. First Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2731]

G. Notice of Filing of Plan Supplement Pursuant to the First Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2732]

H. Notice of Filing of Blackline of First Amended Plan [ECF No. 2733]

I. Disclosure Statement for First Amended Chapter 11 Plan for Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2734]

J. Notice of Filing of Blacklines of Disclosure Statement for First Amended Plan [ECF No. 2735]

K. Notice of Filing of Revised Proposed Order Approving (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto [ECF No. 2736]

L. Notice of Filing of Second Plan Supplement Pursuant to the First Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2737]

M. Notice of Adjournment of Disclosure Statement Hearing [ECF No. 2780]

N. Amended Disclosure Statement for First Amended Chapter 11 Plan for Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2788]

O. Notice of Filing of Blackline of Amended Disclosure Statement for First Amended Plan [ECF No. 2789]

P. Second Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2823]

Q. Notice of Filing of Blackline of Second Amended Plan [ECF No. 2824]

R. Disclosure Statement for Second Amended Chapter 11 Plan for Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2825]

S. Notice of Filing Blackline of Disclosure Statement for Second Amended Chapter 11 Plan [ECF No. 2826]

<u>Status</u>: This matter has been adjourned to May 20, 2021 at 10:00 a.m. (prevailing Eastern Time).

Dated: May 11, 2021
       New York, New York

                        DAVIS POLK & WARDWELL LLP

                        By:  */s/ Eli J. Vonnegut*
                               Eli J. Vonnegut

                        450 Lexington Avenue
                        New York, New York 10017
                        Telephone: (212) 450-4000
                        Facsimile:  (212) 701-5800
                        Marshall S. Huebner
                        Benjamin S. Kaminetzky
                        Timothy Graulich
                        Eli J. Vonnegut
                        Christopher S. Robertson

                        *Counsel to the Debtors*
                        *and Debtors in Possession*