UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**SEVENTEENTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | February 1, 2021 through February 28, 2021 |
| Monthly Fees Incurred: | $381,199.00 |

---

[1]. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

| | |
|---|---|
| Monthly Expenses Incurred: | $9.99 |
| Total Fees and Expenses Due: | $381,208.99 |

This is a:  __X__ monthly  _____ interim  _____ final application

**PRIOR APPLICATIONS:**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.60 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, and $15,000 were allocated evenly across fees from the first, second, third, and fourth interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from February 1, 2021 through and including February 28, 2021 (the "**Fee Period**") amount to:

   | | |
   |---|---:|
   | Professional Fees | $381,199.00 |
   | Expenses | 9.99 |
   | **TOTAL** | **$381,208.99** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---:|
   | Professional Fees at 80% | $304,959.20 |
   | Expenses at 100% | 9.99 |
   | **TOTAL** | **$304,969.19** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6. A summary of expenses incurred during the Fifth Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7. Detailed breakdown of the expenses incurred during the Fifth Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

**NOTICE AND OBJECTION PROCEDURES**

9. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than May 26, 2021 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

10. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

11. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be

preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated:  New York, New York
        May 12, 2021

                        FTI CONSULTING, INC.
                        Financial Advisors to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P.

By:   */s/ Matthew Diaz*
       Matthew Diaz, Senior Managing Director
       Three Times Square, 10th Floor
       New York, New York 10036
       Telephone: (212) 499-3611
       Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD FEBRUARY 1, 2021 TO FEBRUARY 28, 2021**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Sr Managing Director | Restructuring | $ 1,120 | 83.2 | $ 93,184.00 |
| Joffe, Steven | Sr Managing Director | Tax | 1,165 | 17.7 | 20,620.50 |
| Simms, Steven | Sr Managing Director | Restructuring | 1,295 | 14.8 | 19,166.00 |
| Bromberg, Brian | Director | Restructuring | 840 | 182.3 | 153,132.00 |
| Kim, Ye Darm | Sr Consultant | Restructuring | 635 | 110.9 | 70,421.50 |
| Kurtz, Emma | Consultant | Restructuring | 470 | 52.5 | 24,675.00 |
| **GRAND TOTAL** | | | | **461.4** | **$ 381,199.00** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD FEBRUARY 1, 2021 TO FEBRUARY 28, 2021**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 6.6 | $ 3,102.00 |
| 3 | Financing Matters (DIP, Exit, Other) | 1.8 | 1,307.00 |
| 6 | Asset Sales | 38.7 | 30,508.50 |
| 7 | Analysis of Domestic Business Plan | 39.9 | 34,126.50 |
| 10 | Analysis of Tax Issues | 19.0 | 21,712.50 |
| 14 | Analysis of Claims/Liab Subject to Compro | 41.7 | 34,115.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 228.9 | 186,373.50 |
| 18 | Review of Historical Transactions | 45.3 | 36,213.00 |
| 19 | Case Management | 3.6 | 3,220.00 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 18.3 | 17,050.00 |
| 22 | Meetings with Other Parties | 3.9 | 4,368.00 |
| 24 | Preparation of Fee Application | 13.5 | 9,009.00 |
| 28 | Review of IAC Business Plan | 0.2 | 94.00 |
|  | **GRAND TOTAL** | **461.4** | **$ 381,199.00** |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2021 TO FEBRUARY 28, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 2/1/2021 | Kurtz, Emma | 0.5 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/2/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/3/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/4/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/5/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/8/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/9/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/10/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/11/2021 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/12/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/15/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/16/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/17/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/18/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/19/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/22/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/23/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/24/2021 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/25/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 2/26/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **6.6** | |
| 3 | 2/1/2021 | Bromberg, Brian | 0.8 | Discuss borrowing capacity with Debtors. |
| 3 | 2/1/2021 | Kim, Ye Darm | 1.0 | Participate in call with Debtors re: potential financing sources. |
| **3 Total** | | | **1.8** | |
| 6 | 2/1/2021 | Bromberg, Brian | 1.3 | Review potential buyer diligence responses. |
| 6 | 2/2/2021 | Kim, Ye Darm | 0.2 | Participate in call re: bid proposal opex sensitivity scenarios. |
| 6 | 2/2/2021 | Bromberg, Brian | 0.5 | Discuss buyer diligence with Houlihan. |
| 6 | 2/2/2021 | Kim, Ye Darm | 0.5 | Participate in call w/ UCC advisors re: bid diligence items. |
| 6 | 2/2/2021 | Diaz, Matthew | 0.6 | Participate in a call with the creditors' advisers to discuss the bid. |
| 6 | 2/2/2021 | Kim, Ye Darm | 0.6 | Participate on call w AHC professionals re: bid diligence request items. |
| 6 | 2/2/2021 | Bromberg, Brian | 0.7 | Discuss buyer diligence with UCC. |
| 6 | 2/2/2021 | Kim, Ye Darm | 0.7 | Update bid proposal license payment opex savings analysis. |
| 6 | 2/2/2021 | Bromberg, Brian | 0.8 | Discuss buyer diligence with Houlihan. |
| 6 | 2/2/2021 | Kim, Ye Darm | 0.9 | Participate in call re: bid diligence requests. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD FEBRUARY 1, 2021 TO FEBRUARY 28, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 2/2/2021 | Kim, Ye Darm | 0.9 | Participate in call with UCC advisors, HL, bidder re: bid structure alternatives. |
| 6 | 2/2/2021 | Diaz, Matthew | 1.2 | Participate in a call with a possible buyer. |
| 6 | 2/2/2021 | Bromberg, Brian | 1.3 | Discuss buyer counterproposal with buyer. |
| 6 | 2/2/2021 | Kim, Ye Darm | 1.3 | Prepare analysis re: bid proposal license payments with opex savings scenarios. |
| 6 | 2/2/2021 | Bromberg, Brian | 1.9 | Review buyer proposal calculations. |
| 6 | 2/3/2021 | Kim, Ye Darm | 1.3 | Call w/ bidder: bid structure alternatives. |
| 6 | 2/4/2021 | Bromberg, Brian | 1.0 | Discuss buyer proposal modeling. |
| 6 | 2/8/2021 | Diaz, Matthew | 0.8 | Participation in call with bidder re: diligence requests. |
| 6 | 2/8/2021 | Bromberg, Brian | 1.9 | Review latest buyer proposal terms. |
| 6 | 2/8/2021 | Bromberg, Brian | 2.0 | Participate in diligence call with buyer. |
| 6 | 2/9/2021 | Bromberg, Brian | 0.5 | Review latest buyer proposal terms. |
| 6 | 2/9/2021 | Kurtz, Emma | 0.8 | Participate in call with Houlihan and Kramer Levin re: bid and potential response. |
| 6 | 2/9/2021 | Bromberg, Brian | 1.0 | Participate in call with counsel and Houlihan re: buyer diligence. |
| 6 | 2/11/2021 | Kim, Ye Darm | 0.7 | Discuss ongoing workstreams re: bid diligence. |
| 6 | 2/11/2021 | Simms, Steven | 0.7 | Participate in call re: bid proposal. |
| 6 | 2/11/2021 | Kim, Ye Darm | 0.7 | Review latest HL presentation re: bid diligence. |
| 6 | 2/11/2021 | Kim, Ye Darm | 0.8 | Review HL one-pagers re: bid proposal diligence. |
| 6 | 2/11/2021 | Kim, Ye Darm | 1.2 | Review latest materials supporting updated bid proposal. |
| 6 | 2/12/2021 | Kim, Ye Darm | 0.5 | Participate in call re: ongoing bid diligence workstreams. |
| 6 | 2/16/2021 | Kim, Ye Darm | 0.6 | Review latest draft of bid proposal considerations presentation. |
| 6 | 2/16/2021 | Bromberg, Brian | 0.7 | Discuss buyer presentation with counsel ahead of call with NCSG. |
| 6 | 2/16/2021 | Simms, Steven | 1.3 | Participate in meeting with potential buyer. |
| 6 | 2/16/2021 | Bromberg, Brian | 1.4 | Participate in call with buyer and Committee. |
| 6 | 2/16/2021 | Kim, Ye Darm | 1.7 | Participate in call with AHC and bidder. |
| 6 | 2/16/2021 | Kim, Ye Darm | 2.0 | Participate in call with AHC and NCSG re: updated bid proposal. |
| 6 | 2/16/2021 | Bromberg, Brian | 2.0 | Participate in call with NCSG re: buyer. |
| 6 | 2/18/2021 | Kim, Ye Darm | 0.7 | Review bid GTN terms file. |
| 6 | 2/19/2021 | Kim, Ye Darm | 1.0 | Participate in call with bidder re: diligence questions list. |
| **6 Total** | | | **38.7** | |
| 7 | 2/1/2021 | Bromberg, Brian | 0.5 | Review materials for call with Debtors re: business plan forecasts. |
| 7 | 2/1/2021 | Bromberg, Brian | 1.1 | Participate in call with counsel on Debtor business plan scenarios. |
| 7 | 2/1/2021 | Bromberg, Brian | 1.1 | Participate in pre call on business plan forecasts. |
| 7 | 2/1/2021 | Bromberg, Brian | 1.2 | Participate in call with AGs on Debtors business plan scenarios. |
| 7 | 2/1/2021 | Bromberg, Brian | 1.5 | Review latest version of dist. values scenarios presentation. |
| 7 | 2/2/2021 | Bromberg, Brian | 1.6 | Review buyer proposal diligence questions. |
| 7 | 2/9/2021 | Bromberg, Brian | 0.6 | Participate in call with counsel and Houlihan re: upcoming diligence meetings. |
| 7 | 2/9/2021 | Diaz, Matthew | 1.2 | Review the business plan scenario slides for the AHC. |
| 7 | 2/9/2021 | Bromberg, Brian | 1.5 | Revise new core case slides re: business plan. |
| 7 | 2/9/2021 | Bromberg, Brian | 1.6 | Revise new slides re: business plan scenarios. |
| 7 | 2/9/2021 | Bromberg, Brian | 2.0 | Prepare new core case slides. |
| 7 | 2/10/2021 | Bromberg, Brian | 0.9 | Prepare target cash flow by segment summary. |
| 7 | 2/10/2021 | Bromberg, Brian | 1.0 | Participate in minimum cash discussion with Debtors. |
| 7 | 2/11/2021 | Kim, Ye Darm | 0.3 | Process revisions to downside impact slide. |
| 7 | 2/11/2021 | Bromberg, Brian | 0.5 | Participate in call with team re: domestic workplan. |
| 7 | 2/11/2021 | Bromberg, Brian | 0.6 | Discuss domestic business plan model with Houlihan. |
| 7 | 2/11/2021 | Bromberg, Brian | 0.7 | Revise waterfall portion of Houlihan model. |
| 7 | 2/11/2021 | Bromberg, Brian | 0.9 | Review domestic business plan model assumptions. |
| 7 | 2/11/2021 | Bromberg, Brian | 1.5 | Discuss and review core only deck revisions. |
| 7 | 2/12/2021 | Bromberg, Brian | 0.7 | Discuss minimum cash requirements with Debtors. |
| 7 | 2/12/2021 | Bromberg, Brian | 0.7 | Participate in discussion re: case update with internal team. |
| 7 | 2/12/2021 | Bromberg, Brian | 2.0 | Review latest domestic business plan model. |
| 7 | 2/15/2021 | Bromberg, Brian | 0.9 | Review updated core case business plan presentation. |
| 7 | 2/15/2021 | Bromberg, Brian | 1.0 | Discuss plan distributions model with Houlihan. |
| 7 | 2/15/2021 | Bromberg, Brian | 1.2 | Discuss plan distributions model with internal team. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD FEBRUARY 1, 2021 TO FEBRUARY 28, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 2/15/2021 | Bromberg, Brian | 1.5 | Finalize slides for updated core case business plan presentation. |
| 7 | 2/16/2021 | Bromberg, Brian | 1.1 | Discuss post emergence domestic business with MSGE. |
| 7 | 2/17/2021 | Bromberg, Brian | 1.5 | Finalize and send latest versions of domestic cash flow analysis. |
| 7 | 2/19/2021 | Bromberg, Brian | 0.3 | Review changes in domestic business plan. |
| 7 | 2/19/2021 | Bromberg, Brian | 1.0 | Participate in call on gross to net diligence. |
| 7 | 2/22/2021 | Bromberg, Brian | 1.6 | Review latest plan distributions model from HL. |
| 7 | 2/23/2021 | Bromberg, Brian | 1.5 | Participate in plan distributions option discussion w/ HL. |
| 7 | 2/25/2021 | Bromberg, Brian | 0.9 | Discuss plan distributions model and analysis with team. |
| 7 | 2/25/2021 | Diaz, Matthew | 1.2 | Review of the estimated sources and uses of cash at emergence. |
| 7 | 2/26/2021 | Bromberg, Brian | 0.5 | Summarize call re: plan distributions option for internal distribution. |
| 7 | 2/26/2021 | Bromberg, Brian | 1.0 | Discuss plan distributions option with clients. |
| 7 | 2/27/2021 | Bromberg, Brian | 1.0 | Review latest Xtampza actuals data. |
| **7 Total** | | | **39.9** | |
| 10 | 2/1/2021 | Joffe, Steven | 1.8 | Participate in call with AHC, NCSG, UCC re: tax structuring. |
| 10 | 2/2/2021 | Joffe, Steven | 1.5 | Participate in call with AHC re: tax considerations. |
| 10 | 2/3/2021 | Bromberg, Brian | 0.7 | Participate in tax call re: NewCo. |
| 10 | 2/3/2021 | Joffe, Steven | 0.8 | Participate in call with BR, KL re: tax structuring. |
| 10 | 2/8/2021 | Bromberg, Brian | 0.6 | Participate in call with tax team for update on IACs. |
| 10 | 2/8/2021 | Joffe, Steven | 2.5 | Review new bid proposal, Sackler contribution terms and call with BR and KL tax teams |
| 10 | 2/10/2021 | Joffe, Steven | 0.4 | Review IAC tax term sheets. |
| 10 | 2/10/2021 | Joffe, Steven | 1.8 | Participate in call with counsel re: tax issues. |
| 10 | 2/16/2021 | Joffe, Steven | 0.5 | Review of bid documents for potential tax issues. |
| 10 | 2/16/2021 | Joffe, Steven | 1.5 | Participate in meeting with bidder to discuss proposed deal and tax implications. |
| 10 | 2/16/2021 | Joffe, Steven | 1.9 | Participate in follow up call re: tax impact from bid. |
| 10 | 2/17/2021 | Joffe, Steven | 1.0 | Participate in call with AHC re: tax considerations for bid. |
| 10 | 2/23/2021 | Joffe, Steven | 0.5 | Review proposed changes to the IAC contribution agreement re: tax considerations. |
| 10 | 2/24/2021 | Joffe, Steven | 1.1 | Participate in AHC Call re: updates to tax impact. |
| 10 | 2/25/2021 | Joffe, Steven | 1.1 | Participate in call with counsel re: latest on tax analysis. |
| 10 | 2/26/2021 | Joffe, Steven | 0.5 | Review cash options re: tax considerations. |
| 10 | 2/26/2021 | Joffe, Steven | 0.8 | Participate in call regarding tax impact of plan distributions options. |
| **10 Total** | | | **19.0** | |
| 14 | 2/3/2021 | Kim, Ye Darm | 0.4 | Review Brattle presentation re: claims estimate. |
| 14 | 2/3/2021 | Bromberg, Brian | 2.0 | Review claims questions on plan term sheet. |
| 14 | 2/4/2021 | Bromberg, Brian | 0.5 | Review updated recovery analysis on claims. |
| 14 | 2/4/2021 | Bromberg, Brian | 0.7 | Discuss plan treatment of claims with Debtors. |
| 14 | 2/4/2021 | Bromberg, Brian | 1.4 | Review state claims presentation. |
| 14 | 2/4/2021 | Kim, Ye Darm | 1.9 | Prepare analysis re: DOJ claims sensitivities. |
| 14 | 2/5/2021 | Kim, Ye Darm | 0.4 | Process updates to the DOJ claim slides. |
| 14 | 2/5/2021 | Bromberg, Brian | 0.6 | Review response to counsel re: claims recoveries. |
| 14 | 2/5/2021 | Bromberg, Brian | 0.6 | Review updated recovery analysis slides on claims. |
| 14 | 2/5/2021 | Kim, Ye Darm | 1.1 | Produce updated slides re: illustrative DOJ claim. |
| 14 | 2/5/2021 | Diaz, Matthew | 1.1 | Review the sensitivity analysis in connection with the proposed payouts of the DOJ claims. |
| 14 | 2/8/2021 | Bromberg, Brian | 0.9 | Review the convenience class claim analysis. |
| 14 | 2/8/2021 | Bromberg, Brian | 1.1 | Process updates to the DOJ claim analysis slides. |
| 14 | 2/8/2021 | Diaz, Matthew | 1.2 | Review the plan claims and related proposed treatment. |
| 14 | 2/8/2021 | Diaz, Matthew | 1.2 | Review the updated DOJ claims analysis. |
| 14 | 2/12/2021 | Kim, Ye Darm | 0.7 | Review Debtors potential convenience class claims build up. |
| 14 | 2/12/2021 | Bromberg, Brian | 0.9 | Review updated convenience claim analysis. |
| 14 | 2/12/2021 | Kim, Ye Darm | 1.4 | Prepare draft analysis and slide re: illustrative convenience class. |
| 14 | 2/13/2021 | Bromberg, Brian | 0.9 | Review latest convenience claim analysis. |
| 14 | 2/15/2021 | Bromberg, Brian | 0.7 | Review latest convenience claim analysis. |
| 14 | 2/15/2021 | Kim, Ye Darm | 1.2 | Prepare analysis and slide on illustrative convenience class. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2021 TO FEBRUARY 28, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 2/16/2021 | Kim, Ye Darm | 0.4 | Process revisions to illustrative convenience class analysis slides. |
| 14 | 2/16/2021 | Kim, Ye Darm | 0.7 | Process revisions to illustrative convenience class analysis presentation. |
| 14 | 2/16/2021 | Diaz, Matthew | 1.3 | Review Purdue convenience class presentation and claim treatment slides. |
| 14 | 2/17/2021 | Diaz, Matthew | 0.6 | Review the updated DOJ claims analysis. |
| 14 | 2/17/2021 | Kim, Ye Darm | 0.7 | Process revisions to slides re: illustrative DOJ claim and convenience class. |
| 14 | 2/17/2021 | Bromberg, Brian | 0.7 | Review edited convenience class slide. |
| 14 | 2/17/2021 | Bromberg, Brian | 0.7 | Review the DOJ claims analysis. |
| 14 | 2/17/2021 | Bromberg, Brian | 0.8 | Prepare revisions to convenience class analysis. |
| 14 | 2/17/2021 | Kim, Ye Darm | 1.2 | Update analysis re: illustrative DOJ claim. |
| 14 | 2/18/2021 | Kim, Ye Darm | 1.1 | Prepare revisions to DOJ payout analysis. |
| 14 | 2/22/2021 | Kim, Ye Darm | 0.3 | Participate in call re: DOJ payout analysis. |
| 14 | 2/22/2021 | Diaz, Matthew | 0.5 | Review the updated DOJ claim analysis. |
| 14 | 2/22/2021 | Bromberg, Brian | 0.7 | Review the latest DOJ claim analysis. |
| 14 | 2/22/2021 | Kim, Ye Darm | 0.9 | Revise DOJ payout analysis for Sackler contribution assumption. |
| 14 | 2/22/2021 | Kim, Ye Darm | 1.1 | Process updates to slides re: DOJ payout. |
| 14 | 2/22/2021 | Bromberg, Brian | 1.1 | Revise updated DOJ claim slides. |
| 14 | 2/22/2021 | Kim, Ye Darm | 1.3 | Process revisions to DOJ payout analysis. |
| 14 | 2/22/2021 | Diaz, Matthew | 2.7 | Review claims classes and the plan treatment. |
| 14 | 2/23/2021 | Kim, Ye Darm | 0.6 | Process revisions to DOJ payout analysis. |
| 14 | 2/23/2021 | Bromberg, Brian | 0.6 | Review revised DOJ claims analysis. |
| 14 | 2/23/2021 | Kim, Ye Darm | 0.8 | Process revisions to DOJ analysis re: illustrative payouts. |
| 14 | 2/23/2021 | Bromberg, Brian | 1.0 | Participate in DOJ call re: claim. |
| 14 | 2/23/2021 | Bromberg, Brian | 1.0 | Review and provide revisions re: DOJ claims slides. |
| **14 Total** | | | **41.7** | |
| 16 | 2/1/2021 | Kim, Ye Darm | 0.3 | Process revisions to Sackler settlement sensitivity presentation. |
| 16 | 2/1/2021 | Diaz, Matthew | 0.6 | Participate in a call with the Debtors to discuss liquidity post emergence. |
| 16 | 2/1/2021 | Kim, Ye Darm | 0.6 | Review UCC presentation re: comparison of alternatives. |
| 16 | 2/1/2021 | Kim, Ye Darm | 0.9 | Update presentation re: Sackler settlement sensitivities for new scenarios. |
| 16 | 2/1/2021 | Kim, Ye Darm | 1.6 | Update analysis re: Sackler settlement for additional sensitivity scenarios. |
| 16 | 2/1/2021 | Diaz, Matthew | 1.7 | Participate in a call with the NCSG, MSGE and the AHC to discuss the distributable value analysis. |
| 16 | 2/1/2021 | Kim, Ye Darm | 1.9 | Participate in meeting with AHC/NCSG/MSGE group re: strategic options. |
| 16 | 2/1/2021 | Diaz, Matthew | 1.9 | Review the latest distributable value report. |
| 16 | 2/1/2021 | Simms, Steven | 2.1 | Participate in call with clients on plan proposal and strategic alternatives. |
| 16 | 2/2/2021 | Kim, Ye Darm | 0.3 | Process revisions to settlement contributions scenario summary. |
| 16 | 2/2/2021 | Kim, Ye Darm | 0.5 | Participate in call re: settlement contribution scenarios |
| 16 | 2/2/2021 | Kim, Ye Darm | 0.6 | Build crediting mechanism into settlement scenario model. |
| 16 | 2/2/2021 | Kim, Ye Darm | 0.7 | Review updated draft term sheet |
| 16 | 2/2/2021 | Simms, Steven | 0.8 | Participate in call re: plan issues. |
| 16 | 2/2/2021 | Kim, Ye Darm | 1.5 | Participate in call w AHC re: negotiations. |
| 16 | 2/3/2021 | Kim, Ye Darm | 0.8 | Review latest draft term sheet. |
| 16 | 2/3/2021 | Bromberg, Brian | 1.3 | Review operating parameters term sheet. |
| 16 | 2/3/2021 | Bromberg, Brian | 1.5 | Discuss operating parameters with team. |
| 16 | 2/4/2021 | Simms, Steven | 0.8 | Participate in call with Debtor on Plan term sheet. |
| 16 | 2/4/2021 | Bromberg, Brian | 1.0 | Discuss plan term sheet with Debtors. |
| 16 | 2/4/2021 | Kim, Ye Darm | 1.0 | Participate in call re: draft plan term sheet. |
| 16 | 2/4/2021 | Diaz, Matthew | 1.2 | Review and edit the plan term sheet demonstrative. |
| 16 | 2/4/2021 | Diaz, Matthew | 1.3 | Participate in a call with the Debtors to discuss the plan term sheet. |
| 16 | 2/4/2021 | Diaz, Matthew | 1.8 | Review the plan term sheet and related open items. |
| 16 | 2/4/2021 | Diaz, Matthew | 1.9 | Review of the distributable value analysis. |
| 16 | 2/4/2021 | Bromberg, Brian | 2.3 | Review and send comments on parameters term sheet. |
| 16 | 2/5/2021 | Kim, Ye Darm | 0.9 | Review latest distributable value scenario estimates. |
| 16 | 2/5/2021 | Kurtz, Emma | 1.3 | Analyze differences between IAC list included in Debtors' proposed contribution agreement with FTI IAC list to understand excluded entities. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD FEBRUARY 1, 2021 TO FEBRUARY 28, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 2/5/2021 | Diaz, Matthew | 1.6 | Review and develop responses to plan open item issues relating to claims and cash at emergence. |
| 16 | 2/5/2021 | Bromberg, Brian | 2.7 | Review contribution agreement and provide comments. |
| 16 | 2/8/2021 | Kurtz, Emma | 0.4 | Prepare further revisions to comparison of Sackler Contribution Agreement IAC list in Exhibit C to previously received lists of IAC entities. |
| 16 | 2/8/2021 | Simms, Steven | 0.7 | Review presentation on settlement options for AHC. |
| 16 | 2/8/2021 | Kurtz, Emma | 0.9 | Prepare revisions to analysis of proposed Sackler Contribution Agreement per internal comments. |
| 16 | 2/8/2021 | Bromberg, Brian | 1.0 | Continue to review contribution agreement and provide revisions. |
| 16 | 2/8/2021 | Diaz, Matthew | 1.7 | Review the updated distributable value analysis. |
| 16 | 2/8/2021 | Bromberg, Brian | 2.2 | Review contribution agreement and provide revisions. |
| 16 | 2/9/2021 | Kurtz, Emma | 0.4 | Prepare revisions to comparison analysis of Exhibit C of contribution agreement to IAC entity list per internal comments. |
| 16 | 2/9/2021 | Simms, Steven | 0.5 | Correspond with counsel on settlement items and presentation. |
| 16 | 2/9/2021 | Diaz, Matthew | 0.5 | Participate in a call with counsel to discuss the presentation to the Committee on various strategic alternatives. |
| 16 | 2/9/2021 | Bromberg, Brian | 0.8 | Write up summary of contribution agreement diligence. |
| 16 | 2/9/2021 | Bromberg, Brian | 1.3 | Review and comment on contribution agreement diligence. |
| 16 | 2/9/2021 | Bromberg, Brian | 1.9 | Review disclaimer plan distributions proposal. |
| 16 | 2/9/2021 | Kurtz, Emma | 2.4 | Prepare analysis of pledged entities in Exhibit D of the proposed contribution agreement to evaluate entities and assets not included. |
| 16 | 2/10/2021 | Kurtz, Emma | 0.3 | Attend internal call to discuss comparison of AHC term sheet proposal and the Debtors' response. |
| 16 | 2/10/2021 | Kurtz, Emma | 0.4 | Participate in follow-up call with AHC advisors to discuss Debtors' response to term sheet. |
| 16 | 2/10/2021 | Diaz, Matthew | 0.5 | Review the Debtors' counter to our financial plan provisions. |
| 16 | 2/10/2021 | Kurtz, Emma | 0.6 | Prepare revisions to draft slides comparing the AHC term sheet to the Debtors' response per internal comments. |
| 16 | 2/10/2021 | Diaz, Matthew | 0.7 | Review plan distributions opportunities analysis. |
| 16 | 2/10/2021 | Bromberg, Brian | 0.8 | Discuss operating parameters with team. |
| 16 | 2/10/2021 | Kurtz, Emma | 0.8 | Draft slides comparing the AHC term sheet and the Debtors' response re: distributions and operating parameters. |
| 16 | 2/10/2021 | Kurtz, Emma | 1.1 | Participate in call with the Debtors advisors to discuss the company's response to the AHC operating parameters and distributions term sheet. |
| 16 | 2/10/2021 | Diaz, Matthew | 1.1 | Review the updated slide deck to the committee on strategic alternatives and plan financial requirements. |
| 16 | 2/10/2021 | Bromberg, Brian | 1.3 | Finalize draft response on contribution agreement. |
| 16 | 2/10/2021 | Diaz, Matthew | 1.5 | Participate in a call with the Debtors' advisors and Houlihan to discuss the minimum cash distributions set forth in the plan. |
| 16 | 2/10/2021 | Kurtz, Emma | 1.8 | Prepare further revisions to analysis of Exhibit C and D of the contribution agreement to evaluate included IACs and pledged entities. |
| 16 | 2/10/2021 | Bromberg, Brian | 1.8 | Review prepared exhibits on contribution agreement. |
| 16 | 2/10/2021 | Diaz, Matthew | 1.9 | Participate in the AHC call to discuss the cash flow analysis, newco, Burke and other items. |
| 16 | 2/10/2021 | Bromberg, Brian | 2.0 | Work on operating parameters slides and model. |
| 16 | 2/10/2021 | Bromberg, Brian | 3.4 | Work on operating parameters slides and model. |
| 16 | 2/11/2021 | Kurtz, Emma | 0.2 | Prepare revisions to diligence request list re: Sackler contribution agreement per internal comments. |
| 16 | 2/11/2021 | Kurtz, Emma | 0.3 | Attend call with HL to discuss updates to minimum cash and revised scenarios. |
| 16 | 2/11/2021 | Kurtz, Emma | 0.4 | Participate on call with Counsel re: potential AHC response to Sackler Contribution Agreement. |
| 16 | 2/11/2021 | Kim, Ye Darm | 0.4 | Review analysis re: illustrative claims distributions. |
| 16 | 2/11/2021 | Kim, Ye Darm | 0.4 | Review UCC analysis re: comparison of Sackler contribution scenarios. |
| 16 | 2/11/2021 | Kim, Ye Darm | 0.5 | Participate in call w HL re: updated tax assumptions to cash flow. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD FEBRUARY 1, 2021 TO FEBRUARY 28, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 2/11/2021 | Bromberg, Brian | 0.6 | Discuss contribution agreement comments with counsel. |
| 16 | 2/11/2021 | Kurtz, Emma | 0.7 | Draft diligence questions list re: Sackler Contribution Agreement. |
| 16 | 2/11/2021 | Kim, Ye Darm | 0.9 | Update allocation analysis presentation slides. |
| 16 | 2/11/2021 | Bromberg, Brian | 1.0 | Review contribution agreement outstanding diligence list. |
| 16 | 2/11/2021 | Bromberg, Brian | 1.0 | Review latest draft of the plan distributions analysis. |
| 16 | 2/11/2021 | Bromberg, Brian | 1.4 | Review MDT proceeds and expenses analysis. |
| 16 | 2/11/2021 | Bromberg, Brian | 1.8 | Prepare new waterfall analysis with different contribution assumptions. |
| 16 | 2/11/2021 | Kim, Ye Darm | 3.3 | Update allocation model re: distributable value. |
| 16 | 2/12/2021 | Kurtz, Emma | 0.3 | Discuss internally re: analysis of Debtors' response to AHC term sheet and draft slides. |
| 16 | 2/12/2021 | Kurtz, Emma | 0.3 | Participate in call with PJT to discuss cash flow build to Debtors' proposed minimum distributions in plan term sheet. |
| 16 | 2/12/2021 | Kim, Ye Darm | 0.5 | Review HL slides on bid transaction considerations. |
| 16 | 2/12/2021 | Kim, Ye Darm | 0.6 | Participate in call re: minimum distribution workplan. |
| 16 | 2/12/2021 | Simms, Steven | 0.6 | Participate in correspondence re: Debtor Plan and strategic alternatives. |
| 16 | 2/12/2021 | Kim, Ye Darm | 0.6 | Review PJT draft slides on minimum distribution and operating parameters. |
| 16 | 2/12/2021 | Kim, Ye Darm | 0.7 | Participate in call with PJT re: minimum distribution considerations. |
| 16 | 2/12/2021 | Bromberg, Brian | 0.7 | Review Debtor counter on distributions. |
| 16 | 2/12/2021 | Kim, Ye Darm | 0.8 | Review HL one-pager analyses re: updated bid proposal. |
| 16 | 2/12/2021 | Kurtz, Emma | 0.9 | Draft slides comparing AHC term sheet proposal and Debtors' updated response re: operating parameters and distributions. |
| 16 | 2/12/2021 | Kim, Ye Darm | 1.1 | Review HL plan distributions draft scenario analysis. |
| 16 | 2/12/2021 | Kurtz, Emma | 1.2 | Prepare revisions to slides re: AHC term sheet and Debtors' response per internal comments. |
| 16 | 2/12/2021 | Bromberg, Brian | 1.4 | Review Debtors counterproposal presentation slides. |
| 16 | 2/12/2021 | Bromberg, Brian | 1.8 | Review Houlihan plan distributions model calculations. |
| 16 | 2/12/2021 | Bromberg, Brian | 1.9 | Process revisions to OpCo distribution analysis. |
| 16 | 2/12/2021 | Diaz, Matthew | 2.0 | Review the latest draft plan. |
| 16 | 2/12/2021 | Kim, Ye Darm | 2.7 | Prepare bridge analysis re: prior distributable value assumptions. |
| 16 | 2/13/2021 | Bromberg, Brian | 0.5 | Review latest revisions on contribution diligence items. |
| 16 | 2/13/2021 | Kurtz, Emma | 0.8 | Prepare further revisions to presentation re: AHC term sheet and Debtors' response per internal comments. |
| 16 | 2/13/2021 | Bromberg, Brian | 1.1 | Review updated Houlihan plan distributions model calculations. |
| 16 | 2/13/2021 | Bromberg, Brian | 1.2 | Discuss Debtors' operating parameters counterproposal slides with team. |
| 16 | 2/13/2021 | Bromberg, Brian | 1.5 | Review Debtors' operating parameters counterproposal slides. |
| 16 | 2/13/2021 | Diaz, Matthew | 1.8 | Review the updated plan distributions analysis. |
| 16 | 2/13/2021 | Bromberg, Brian | 3.4 | Review plan draft and provide commentary. |
| 16 | 2/14/2021 | Kurtz, Emma | 0.3 | Prepare revisions to analysis comparing the AHC's original term sheet proposal, revised term sheet proposal, and the Debtors' latest response. |
| 16 | 2/14/2021 | Kurtz, Emma | 0.8 | Review audited 2018 IAC financials to ensure the entities are included in Exhibit C of the Sackler Contribution Agreement. |
| 16 | 2/14/2021 | Kurtz, Emma | 0.9 | Prepare revisions to analysis of Sackler contribution agreement and follow-up diligence questions re: additional lists of IAC entities. |
| 16 | 2/14/2021 | Diaz, Matthew | 1.8 | Review the latest draft of the operating parameters presentation. |
| 16 | 2/15/2021 | Kim, Ye Darm | 0.7 | Review latest draft of HL scenarios presentation. |
| 16 | 2/15/2021 | Kurtz, Emma | 0.9 | Prepare revisions to operating parameters and disbursements slides re: response to Debtors' term sheet. |
| 16 | 2/15/2021 | Kim, Ye Darm | 0.9 | Update prior model to estimate distributable value impact from delayed emergence. |
| 16 | 2/15/2021 | Kurtz, Emma | 1.0 | Attend internal call to discuss HL disclaiming states analysis. |
| 16 | 2/15/2021 | Kim, Ye Darm | 1.0 | Participate in call re: min distribution requirements. |
| 16 | 2/15/2021 | Kim, Ye Darm | 1.1 | Analyze variances between OpCo cash flows. |
| 16 | 2/15/2021 | Bromberg, Brian | 1.2 | Review impact of Sackler contribution assumptions. |
| 16 | 2/15/2021 | Bromberg, Brian | 1.2 | Review updated operating parameter counter numbers. |
| 16 | 2/15/2021 | Diaz, Matthew | 1.3 | Perform detailed review of the plan distributions analysis. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2021 TO FEBRUARY 28, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 2/15/2021 | Kim, Ye Darm | 1.8 | Prepare updated allocation slides for new emergence assumption. |
| 16 | 2/15/2021 | Bromberg, Brian | 1.9 | Update operating parameters proposal. |
| 16 | 2/15/2021 | Kurtz, Emma | 1.9 | Update term sheet analysis re: AHC expected distributions to reflect latest HL model incorporating 12/31/21 emergence. |
| 16 | 2/15/2021 | Diaz, Matthew | 2.1 | Review the latest operating parameters presentation. |
| 16 | 2/15/2021 | Bromberg, Brian | 2.2 | Review revised Houlihan plan distributions model calculations. |
| 16 | 2/15/2021 | Bromberg, Brian | 2.4 | Review extended emergence impact model re: distributable value. |
| 16 | 2/15/2021 | Kim, Ye Darm | 3.1 | Process revisions to allocation model for new emergence assumptions. |
| 16 | 2/15/2021 | Bromberg, Brian | 3.2 | Review impact of extended emergence date to forecasted distributable value. |
| 16 | 2/16/2021 | Diaz, Matthew | 0.3 | Participate in a call with PJT to discuss the proposed operating parameters. |
| 16 | 2/16/2021 | Kurtz, Emma | 0.4 | Prepare updates to proposed AHC response to Debtors' term sheet per internal comments. |
| 16 | 2/16/2021 | Simms, Steven | 0.5 | Participate in meeting with NCSG re: settlement diligence updates. |
| 16 | 2/16/2021 | Bromberg, Brian | 0.6 | Process revisions to operating parameters term sheet. |
| 16 | 2/16/2021 | Kim, Ye Darm | 0.6 | Review latest HL draft of core case overview presentation. |
| 16 | 2/16/2021 | Kim, Ye Darm | 0.7 | Process updates to adjust Sackler contribution for distributable value analysis. |
| 16 | 2/16/2021 | Bromberg, Brian | 0.9 | Discuss operating parameters counters with team. |
| 16 | 2/16/2021 | Bromberg, Brian | 0.9 | Review slides on net distributable value. |
| 16 | 2/16/2021 | Bromberg, Brian | 1.0 | Draft summary of operating parameters offer. |
| 16 | 2/16/2021 | Bromberg, Brian | 1.4 | Review bridge analysis re: distributable value models. |
| 16 | 2/16/2021 | Diaz, Matthew | 1.7 | Review the Purdue operating parameters report. |
| 16 | 2/16/2021 | Kim, Ye Darm | 2.2 | Process revisions to bridge analysis between OpCo variances. |
| 16 | 2/17/2021 | Kurtz, Emma | 0.3 | Attend call with advisors re: diligence on trusts and questions for the Debtors to understand the contribution agreement. |
| 16 | 2/17/2021 | Kim, Ye Darm | 0.7 | Review the latest plan distributions analysis. |
| 16 | 2/17/2021 | Diaz, Matthew | 1.1 | Review the updated plan distributions analysis. |
| 16 | 2/17/2021 | Bromberg, Brian | 1.2 | Process updates to the operating parameters term sheet. |
| 16 | 2/17/2021 | Kim, Ye Darm | 1.9 | Participate in call re: plan issues/min cash requirements. |
| 16 | 2/17/2021 | Diaz, Matthew | 2.0 | Participate in a call with the AHC due diligence committee to discuss plan issues. |
| 16 | 2/17/2021 | Diaz, Matthew | 2.1 | Detail review of the operating parameters presentation. |
| 16 | 2/17/2021 | Bromberg, Brian | 2.1 | Participate in pre-call with subcommittee on plan issues. |
| 16 | 2/18/2021 | Simms, Steven | 0.3 | Review summary of settlement issues from counsel. |
| 16 | 2/18/2021 | Simms, Steven | 0.6 | Participate in correspondence on settlement items. |
| 16 | 2/18/2021 | Diaz, Matthew | 0.6 | Review the updated operating parameters proposal. |
| 16 | 2/18/2021 | Bromberg, Brian | 1.5 | Continue processing revisions to the operating parameters term sheet. |
| 16 | 2/18/2021 | Bromberg, Brian | 1.5 | Finalize and send operating parameters term sheet to Debtors advisors. |
| 16 | 2/19/2021 | Kurtz, Emma | 0.3 | Attend call with the Debtors' to discuss the AHC response to their latest term sheet proposal. |
| 16 | 2/19/2021 | Bromberg, Brian | 0.6 | Discuss operating parameters with Debtors. |
| 16 | 2/19/2021 | Kim, Ye Darm | 0.6 | Participate in call re: min disbursements. |
| 16 | 2/19/2021 | Kim, Ye Darm | 0.7 | Review draft governance term sheets. |
| 16 | 2/19/2021 | Bromberg, Brian | 1.0 | Discuss operating performance reporting with Debtors and summarize. |
| 16 | 2/22/2021 | Simms, Steven | 0.4 | Participate in correspondence on plan issues. |
| 16 | 2/22/2021 | Kim, Ye Darm | 0.5 | Review latest distributable value model from HL. |
| 16 | 2/22/2021 | Bromberg, Brian | 1.4 | Follow up with counsel on contribution agreement. |
| 16 | 2/22/2021 | Kim, Ye Darm | 1.6 | Review latest HL plan distributions analysis and model. |
| 16 | 2/23/2021 | Kurtz, Emma | 0.3 | Discuss internally re: case updates and deliverables related to plan negotiations and contribution agreement. |
| 16 | 2/23/2021 | Simms, Steven | 0.4 | Review summary report on outstanding plan issues. |
| 16 | 2/23/2021 | Kim, Ye Darm | 0.5 | Participate in call re: Plan obligation analysis. |
| 16 | 2/23/2021 | Bromberg, Brian | 0.6 | Discuss list of plan comments for counsel. |
| 16 | 2/23/2021 | Bromberg, Brian | 0.7 | Prepare DOJ presentation speaking points. |
| 16 | 2/23/2021 | Kim, Ye Darm | 0.8 | Participate in call re: PoR diligence workstreams. |
| 16 | 2/23/2021 | Kim, Ye Darm | 0.8 | Review latest HL plan distributions analysis slides and model. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD FEBRUARY 1, 2021 TO FEBRUARY 28, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 2/23/2021 | Kim, Ye Darm | 1.0 | Participate in call with the AHC/DOJ re: payouts. |
| 16 | 2/23/2021 | Diaz, Matthew | 1.5 | Participate in a call with the DOJ to discuss the plan process. |
| 16 | 2/23/2021 | Bromberg, Brian | 1.7 | Review the latest plan draft. |
| 16 | 2/23/2021 | Bromberg, Brian | 1.8 | Discuss workstreams re: plan of reorganization. |
| 16 | 2/23/2021 | Kim, Ye Darm | 2.8 | Prepare summary analysis of emergence obligations re: PoR. |
| 16 | 2/23/2021 | Diaz, Matthew | 2.9 | Perform detailed review and provide commentary on the proposed Purdue plan. |
| 16 | 2/24/2021 | Bromberg, Brian | 1.2 | Continue review of latest version of emergence cash sources and uses analysis. |
| 16 | 2/24/2021 | Bromberg, Brian | 1.7 | Review latest version of emergence cash sources and uses. |
| 16 | 2/24/2021 | Kim, Ye Darm | 2.1 | Process revisions to emergence obligation analysis re: PoR. |
| 16 | 2/24/2021 | Bromberg, Brian | 3.0 | Review and comment on emergence cash waterfall. |
| 16 | 2/25/2021 | Diaz, Matthew | 0.5 | Review the Debtors' term sheet counter. |
| 16 | 2/25/2021 | Bromberg, Brian | 0.6 | Request emergence date information from Debtors. |
| 16 | 2/25/2021 | Bromberg, Brian | 0.7 | Discuss minimum distributions with Debtors. |
| 16 | 2/25/2021 | Simms, Steven | 0.7 | Participate in correspondence on plan distributions and alternative plan options. |
| 16 | 2/25/2021 | Diaz, Matthew | 0.8 | Review the latest proposed plan distributions analysis. |
| 16 | 2/25/2021 | Bromberg, Brian | 0.9 | Revise and send cash flow table for operating parameters. |
| 16 | 2/25/2021 | Kurtz, Emma | 1.0 | Attend call with Debtors' advisors re: response to AHC proposed term sheet, including operating parameters and disbursements. |
| 16 | 2/25/2021 | Diaz, Matthew | 1.0 | Participate in a call with the Debtors' advisors to discuss their proposed operating parameters counter. |
| 16 | 2/25/2021 | Kim, Ye Darm | 1.0 | Participate in call re: min disbursement requirements. |
| 16 | 2/25/2021 | Kim, Ye Darm | 1.1 | Participate in meeting re: plan distributions and emergence cash. |
| 16 | 2/25/2021 | Bromberg, Brian | 1.2 | Discuss plan distributions option and operating parameters with counsel. |
| 16 | 2/25/2021 | Diaz, Matthew | 1.2 | Participate in a call with the AHC's professionals to discuss the plan distributions analysis. |
| 16 | 2/25/2021 | Kim, Ye Darm | 1.4 | Participate in call re: plan distributions analysis with counsel. |
| 16 | 2/25/2021 | Bromberg, Brian | 1.5 | Review cash flows for operating parameters. |
| 16 | 2/25/2021 | Kurtz, Emma | 2.1 | Prepare further revisions to summary analysis of proposed net assets to identify value of pledged assets in the contribution agreement. |
| 16 | 2/26/2021 | Kim, Ye Darm | 0.5 | Participate in call re: operating parameters counter. |
| 16 | 2/26/2021 | Bromberg, Brian | 0.6 | Discuss updated operating parameters counters with team. |
| 16 | 2/26/2021 | Kim, Ye Darm | 0.6 | Review PJT operating parameters counter term sheet. |
| 16 | 2/26/2021 | Kim, Ye Darm | 0.8 | Participate in call w/ HL re: latest plan distributions model. |
| 16 | 2/26/2021 | Diaz, Matthew | 0.9 | Participate in a call with the Debtors to discuss emergence cash. |
| 16 | 2/26/2021 | Kurtz, Emma | 1.0 | Attend call with the Debtors' advisors re: plan issues. |
| 16 | 2/26/2021 | Bromberg, Brian | 1.0 | Discuss emergence cash and plan issues with Debtors. |
| 16 | 2/26/2021 | Kim, Ye Darm | 1.1 | Participate in call with Alix re: plan issues |
| 16 | 2/26/2021 | Kurtz, Emma | 2.6 | Prepare draft analysis of potential AHC response to the Debtors' latest term sheet using latest cash flow numbers and illustrative assumptions. |
| 16 | 2/28/2021 | Bromberg, Brian | 1.0 | Follow up with counsel on plan issues. |
| **16 Total** | | | **228.9** | |
| 18 | 2/1/2021 | Bromberg, Brian | 1.0 | Review Sackler settlement overview slides. |
| 18 | 2/1/2021 | Diaz, Matthew | 1.6 | Review the updated Sackler contribution analysis. |
| 18 | 2/2/2021 | Bromberg, Brian | 1.2 | Review and revise discounting for Sackler contribution slides. |
| 18 | 2/2/2021 | Diaz, Matthew | 1.2 | Review the updated Sackler settlement analysis. |
| 18 | 2/3/2021 | Diaz, Matthew | 1.1 | Review the updated Sackler settlement/contribution analysis. |
| 18 | 2/4/2021 | Diaz, Matthew | 0.6 | Review the proposed Sackler contribution settlement. |
| 18 | 2/5/2021 | Kim, Ye Darm | 0.9 | Review draft contribution agreement documents. |
| 18 | 2/5/2021 | Kim, Ye Darm | 1.7 | Prepare summary of asset breakout by payor group (Side-B). |
| 18 | 2/8/2021 | Bromberg, Brian | 1.4 | Review Sackler IAC entities in contribution agreement. |
| 18 | 2/9/2021 | Bromberg, Brian | 1.0 | Review Sackler asset reports for valuation figures. |
| 18 | 2/9/2021 | Diaz, Matthew | 1.4 | Review and provide comments to the proposed Sackler contribution agreement. |
| 18 | 2/9/2021 | Diaz, Matthew | 1.4 | Review the proposed Sackler contribution agreement analysis. |
| 18 | 2/10/2021 | Diaz, Matthew | 0.9 | Review proposed revisions to the Sackler contribution agreement. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2021 TO FEBRUARY 28, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 2/11/2021 | Diaz, Matthew | 1.1 | Review the latest Sackler contribution agreement. |
| 18 | 2/12/2021 | Kim, Ye Darm | 0.9 | Review UCC trust asset analysis presentation and analysis. |
| 18 | 2/12/2021 | Kurtz, Emma | 1.1 | Review previously provided information on Side A individuals' and trusts' net asset values to identify asset value of potential paying parties in credit support framework of contribution agreement. |
| 18 | 2/12/2021 | Kurtz, Emma | 1.6 | Prepare analysis of credit support framework section of contribution agreement to identify the various paying parties and contribution amounts for Side A and Side B. |
| 18 | 2/13/2021 | Diaz, Matthew | 1.1 | Review the latest Sackler contribution analysis. |
| 18 | 2/14/2021 | Diaz, Matthew | 1.9 | Review the latest Sackler contribution agreement. |
| 18 | 2/17/2021 | Kim, Ye Darm | 0.5 | Participate in call re: diligence on trusts. |
| 18 | 2/17/2021 | Bromberg, Brian | 0.6 | Discuss Sackler diligence with advisors of Debtors and UCC. |
| 18 | 2/17/2021 | Bromberg, Brian | 1.2 | Review Sackler asset information. |
| 18 | 2/17/2021 | Kurtz, Emma | 1.4 | Prepare revisions to analysis of Sackler family assets to incorporate A-side non-ICSP trusts and individuals to ensure completeness of credit support framework paying parties. |
| 18 | 2/19/2021 | Diaz, Matthew | 0.4 | Participate in a call with PJT to discuss the proposed Sackler contribution settlement. |
| 18 | 2/19/2021 | Diaz, Matthew | 0.4 | Review the updated Sackler contribution settlement. |
| 18 | 2/23/2021 | Kim, Ye Darm | 0.4 | Review Alix Trust diligence tracker requests. |
| 18 | 2/23/2021 | Kurtz, Emma | 1.1 | Prepare analysis of B-side paying parties identified in the proposed Sackler Contribution Agreement to evaluate net asset value. |
| 18 | 2/24/2021 | Bromberg, Brian | 1.4 | Review latest Sackler asset reports. |
| 18 | 2/24/2021 | Bromberg, Brian | 1.7 | Comment on summary of Sackler assets by paying group. |
| 18 | 2/24/2021 | Kurtz, Emma | 2.6 | Prepare revisions to analysis of proposed paying parties in Sackler Contribution Agreement re: net asset value per internal comments. |
| 18 | 2/24/2021 | Kurtz, Emma | 3.3 | Prepare analysis of A-side estimated paying parties per the family groups identified in the proposed Sackler Contribution Agreement to evaluate net asset value. |
| 18 | 2/25/2021 | Kim, Ye Darm | 0.5 | Participate in call re: paying parties trust analysis. |
| 18 | 2/25/2021 | Kim, Ye Darm | 0.5 | Participate in call w/ Huron re: Sackler Asset Reports. |
| 18 | 2/25/2021 | Kurtz, Emma | 0.6 | Attend call with Huron to discuss updated net asset reports for the A-side and B-side. |
| 18 | 2/25/2021 | Bromberg, Brian | 0.7 | Discuss Sackler assets with Huron Consulting. |
| 18 | 2/25/2021 | Bromberg, Brian | 0.9 | Finalize Sackler asset summary. |
| 18 | 2/25/2021 | Kurtz, Emma | 1.1 | Continue to prepare revisions to analysis of proposed paying parties in Sackler Contribution Agreement re: net asset value per internal comments. |
| 18 | 2/25/2021 | Bromberg, Brian | 1.2 | Comment on summary of Sackler assets by paying group. |
| 18 | 2/26/2021 | Diaz, Matthew | 0.3 | Participate in a call with Providence to discuss the Sackler due diligence. |
| 18 | 2/26/2021 | Bromberg, Brian | 0.5 | Coordinate diligence call on trusts assets. |
| 18 | 2/26/2021 | Diaz, Matthew | 0.9 | Review the Sackler contribution analysis. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2021 TO FEBRUARY 28, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| **18 Total** | | | **45.3** | |
| 19 | 2/15/2021 | Simms, Steven | 0.6 | Review items on settlement for AHC. |
| 19 | 2/17/2021 | Kurtz, Emma | 0.7 | Review recently uploaded dataroom documents to update dataroom index and share with team. |
| 19 | 2/21/2021 | Bromberg, Brian | 1.0 | Gather professional fee estimate for 2021 from advisors to send to Debtors. |
| 19 | 2/24/2021 | Bromberg, Brian | 0.4 | Analyze professional fee estimate for 2021 from advisors to send to Debtors. |
| 19 | 2/25/2021 | Bromberg, Brian | 0.5 | Participate in discussion re: Purdue diligence workplan with team. |
| 19 | 2/26/2021 | Simms, Steven | 0.4 | Participate in internal correspondence re: outstanding plan items. |
| **19 Total** | | | **3.6** | |
| 21 | 2/2/2021 | Diaz, Matthew | 1.3 | Participate in a call with the AHC to discuss the status of mediation and other topics. |
| 21 | 2/2/2021 | Bromberg, Brian | 1.3 | Participate in weekly Committee call re: distributable value scenarios. |
| 21 | 2/10/2021 | Simms, Steven | 1.8 | Participate in weekly AHC meeting and re: plan alternatives. |
| 21 | 2/10/2021 | Bromberg, Brian | 1.8 | Participate in weekly Committee call re: operating parameters. |
| 21 | 2/16/2021 | Diaz, Matthew | 1.1 | Participate in a call with counsel and the mediation sub committee to prepare for the call with the NCSG. |
| 21 | 2/17/2021 | Kim, Ye Darm | 1.0 | Participate in call w AHC re: distributable value. |
| 21 | 2/17/2021 | Diaz, Matthew | 1.1 | Participate in the AHC call to discuss the plan, Sackler settlement and other topics. |
| 21 | 2/17/2021 | Bromberg, Brian | 1.1 | Participate in weekly Committee call re: diligence updates. |
| 21 | 2/17/2021 | Kurtz, Emma | 2.1 | Attend call with AHC advisors re: Debtors' proposed term sheet issues and AHC potential response. |
| 21 | 2/24/2021 | Bromberg, Brian | 1.2 | Participate in weekly Committee call re: diligence updates. |
| 21 | 2/24/2021 | Kim, Ye Darm | 1.4 | Participate in call with AHC re: bid diligence. |
| 21 | 2/24/2021 | Diaz, Matthew | 1.5 | Participate in the AHC call to discuss the plan process, Sackler settlement and other topics. |
| 21 | 2/24/2021 | Simms, Steven | 1.6 | Participate in call with AHC on outstanding plan items and diligence status. |
| **21 Total** | | | **18.3** | |
| 22 | 2/16/2021 | Diaz, Matthew | 0.8 | Participate in a call with the MSGE to discuss the buyer's proposal and certain plan issues. |
| 22 | 2/16/2021 | Diaz, Matthew | 1.4 | Review the updated diligence presentation to the NCSG. |
| 22 | 2/16/2021 | Diaz, Matthew | 1.7 | Participate in a call with the AHC and the NCSG to discuss the potential buyer and other topics. |
| **22 Total** | | | **3.9** | |
| 24 | 2/15/2021 | Kim, Ye Darm | 3.5 | Prepare the December fee app. |
| 24 | 2/19/2021 | Kim, Ye Darm | 3.2 | Prepare January 2021 Fee App. |
| 24 | 2/22/2021 | Diaz, Matthew | 0.9 | Review the December bill. |
| 24 | 2/23/2021 | Kim, Ye Darm | 0.3 | Process revisions to December bill. |
| 24 | 2/24/2021 | Kim, Ye Darm | 2.5 | Continue to prepare the January bill. |
| 24 | 2/24/2021 | Kim, Ye Darm | 3.1 | Prepare the January bill. |
| **24 Total** | | | **13.5** | |
| 28 | 2/1/2021 | Kurtz, Emma | 0.2 | Discuss internally re: analysis of general ledgers and reconciliation to global P&L. |
| **28 Total** | | | **0.2** | |
| **Grand Total** | | | **461.4** | |

**EXHIBIT D**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD FEBRUARY 1, 2021 TO FEBRUARY 28, 2021**

| **Expense Type** | **Amount** |
|---|---:|
| Other | $ 9.99 |
| **Grand Total** | **$ 9.99** |

**EXHIBIT E**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**EXPENSE DETAIL**
**FOR THE PERIOD FEBRUARY 1, 2021 TO FEBRUARY 28, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 2/13/2021 | Diaz, Matthew | Other | Access to internet to respond to case emails while working on flight. | $ 9.99 |
| | | **Working Meals Total** | | **$ 9.99** |
| | | **Grand Total** | | **$ 9.99** |