UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | |
| | : | Case No. 19-23649 (RDD) |
| Debtors | : | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

To: The clerk of court and all parties of record.

**PLEASE TAKE NOTICE** that the undersigned attorney, who is admitted to practice before the Court, hereby enters this Notice of Appearance pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure as counsel to Peter W. Jackson, a creditor and party in interest, and requests that all notices given or required to be given in these cases and/or related proceedings be given and served upon:

Karen F. Neuwirth
Martin S. Rapaport, P.C.
18 East 48th Street, 6th FL
New York, N.Y.  10017
Tel:  917-608-2715
Email: karenneuwirth@aol.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Rule 2002 et seq. but also includes, without limitation, notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, disclosure statements, plans of reorganization, or any other document brought before this Court with respect to this Proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic transmission or otherwise. The Clerk of the

Court is requested to place the names and addresses of counsel as set forth in this Notice on any Master Service List in this Proceeding.

Dated: May 11, 2021

/s/ *Karen F. Neuwirth*
KAREN F. NEUWIRTH, ESQ.
MARTIN S. RAPAPORT, P.C.
18 EAST 48TH STREET, 6TH FL
NEW YORK, N.Y.  10017
917-608-2715
karenneuwirth@aol.com
*Counsel for Peter W. Jackson*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2021, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers was filed via this Court's CM/ECF system and will be forwarded by electronic transmission to all parties registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF).

/s/ Karen F. Neuwirth
KAREN F. NEUWIRTH
MARTIN S. RAPAPORT, P.C.

**Exhibit A**

| | | |
|---|---|---|
| Air Liquide Industrial U.S. LP<br>Attn: President or General Counsel 9811 Katy Freeway Suite 100<br>Houston, TX 77024 | Ronald George Dandar<br>c/o Legal Mail Department<br>50 Overlook Drive KQ7780 Labelle, PA 15450 | State of Nevada Attorney General<br>Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City, NV 89701 |
| Chambers of Honorable Robert D. Drain<br>Purdue Pharma L.P. - Chambers Copy US Bankruptcy Court SDNY 300 Quarropas Street, Room 248<br>White Plains, NY 10601 | State of Alabama Attorney General Attn: Bankruptcy Department<br>P.O. Box 300152 Montgomery, AL 36130-0152 | State of New Mexico Attorney General<br>Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| Commonwealth of Puerto Rico<br>Attn: Bankruptcy Department<br>Apartado 9020192<br>San Juan, PR 00902-0192 | State of Colorado Attorney General Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center 1300 Broadway, 10th Floor<br>Denver, CO 80203 | State of Ohio Attorney General<br>Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215 |
| Fetzko Law Offices, P.C.<br>Attn: Brian Fetzko<br>12 Evergreen Drive, Suite 102 Middletown, NY 10940 | State of Florida Attorney General<br>Attn: Bankruptcy Department<br>The Capitol, PL 01 Tallahassee, FL 32399-1050 | State of Oklahoma Attorney General<br>Bankruptcy Department<br>313 NE 21st Street<br>Oklahoma City, OK 73105 |
| Ikon Financial Services<br>Attn: President or General Counsel 1738 Bass Rd<br>Macon, GA 31210-1043 | State of Georgia Attorney General<br>Attn: Bankruptcy Department<br>40 Capital Square, SW Atlanta, GA 30334-1300 | Washington DC Attorney General<br>Attn: Bankruptcy Department<br>441 4th Street, NW<br>Washington, DC 20001 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia, PA 19104-5016 | State of Idaho Attorney General<br>Attn: Bankruptcy Department<br>700 W. Jefferson Street P.O. Box 83720 Boise, ID 83720-1000 | State of Pennsylvania Attorney General<br>Attn: Bankruptcy Department Strawberry Square 16th Floor Harrisburg, PA |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | State of Indiana Attorney General<br>Attn: Bankruptcy Department<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204 | State of Rhode Island Attorney General<br>Attn: Bankruptcy Department<br>150 South Main Street<br>Providence, RI 02903 |
| Kimm Law Firm<br>Attn: Michael S. Kimm<br>333 Sylvan Avenue, Suite 106 Englewood Cliffs, NJ 07632 | State of Iowa Attorney General<br>Attn: Bankruptcy Department 1305 E. Walnut Street Des Moines, IA 50319 | State of South Carolina Attorney General<br>Attn: Bankruptcy Department P.O. Box 11549<br>Columbia, SC 29211-1549 |

| | | |
|---|---|---|
| State of Kansas Attorney General Attn: Bankruptcy Department 120 SW 10th Ave., 2nd Floor Topeka, KS 66612-1597 | State of Minnesota Attorney General Attn: Bankruptcy Department 1400 Bremer Tower 445 Minnesota Street St. Paul, MN 55101-2131 | State of Wisconsin Attorney Gene Bankruptcy Department Wisc Department of Justice State Capitol, Room 114 East, P. 7857 Madison, WI 53707-78 |
| State of Kentucky Attorney General Attn: Bankruptcy Department 700 Capitol Avenue, Suite 118 Frankfort, KY 40601 | State of Mississippi Attorney General Attn: Bankruptcy Department Walter Sillers Building 550 High Street, Suite 1200, P.O. Box 220 Jackson, MS 39201 | State of Wyoming Attorney Gene Bankruptcy Department 123 Capitol Building 200 W. 24th Street Cheyenne, WY 8F2002 |
| U.S. Bank Equipment Finance Attn: President or General Counsel 1310 Madrid Street Marshall, MN 56258 | U.S. Department of Justice Attn: Legal Department 950 Pennsylvania Avenue, NW Washington, DC 20530-0001 | United States Attorney's Off Attn: U.S. Attorney 300 Quarropas Street, Room White Plains, NY 10601-41 |
| Chambers of the Honorable Judge Robert D. Drain United States Court for the Southern District of New York ("Chambers"), United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 248, | United States Trustee for the Southern District of New York (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, New York 10014 Attn: Paul K. Schwartzberg. | |