Jasmine Ball
Maura Kathleen Monaghan
Jeffrey J. Rosen
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836

*Attorneys for Beacon Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                          ss.:
COUNTY OF NEW YORK  )

I, Kimberly Hollingsworth, being duly sworn, deposes and says that I am over eighteen (18) years of age and am not a party to the above-captioned proceeding. I am employed by Debevoise & Plimpton LLP.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

On the 10th of May 2021, I caused true and correct copies of the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**. On the 12th of May 2021, I caused true and correct copies of the following document to be served via First Class Mail upon the service list attached hereto as **Exhibit C**:

- *Notice Reply by the Side A Initial Covered Sackler Persons in Support of Disclosure Statement for Second Amended Plan* [ECF 2833]

/s/ *Kimberly Hollingsworth*
Kimberly Hollingsworth

Sworn to before me, while I was in
New York County and the affiant was in
New York County, this 12th day of May, 2021

/s/ *Hiroko Hara*
Notary Public

HIROKO HARA
NOTARY PUBLIC, State of New York
No. 01HA6143515
Qualified in New York County
Commission Expires April 10, 2022

## EXHIBIT A

**Exhibit A**
Master Service List and Affected Parties Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| **MSL as of 5/4/2021** | | |
| Andrews & Thornton | Attn: Anne Andrews, Sean T. Higgins, Robert S. Siko | aa@andrewsthornton.com shiggins@andrewsthornton.com rsiko@andrewsthornton.com |
| State of West Virginia Attorney General | Attn: Abby Cunningham, Assistant AG for West Virginia | Abby.G.Cunningham@wvago.gov |
| State of Arizona Attorney General | Attn: Bankruptcy Department | aginfo@azag.gov |
| State of Nebraska Attorney General | Attn: Bankruptcy Department | ago.info.help@nebraska.gov |
| State of Vermont Attorney General | Attn: Bankruptcy Department | ago.info@vermont.gov |
| State of Massachusetts Attorney General | Attn: Bankruptcy Department | ago@state.ma.us |
| O'Melveny & Myers LLP | Attn: Adam P. Haberkorn | ahaberkorn@omm.com |
| Ohio Attorney General | Attn: Alison L. Archer, Assistant AG | Alison.Archer@ohioattorneygeneral.gov |
| Troutman Pepper Hamilton Sanders LLP | Attn: Alissa K. Piccione | Alissa.Piccione@troutman.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Andrew M. Troop and Andrew V. Alfano | andrew.troop@pillsburylaw.com andrew.alfano@pillsburylaw.com |
| Kirkland & Ellis LLP | Attn: Anne G. Wallice | Anne.Wallice@Kirkland.com |
| Morrison & Foerster LLP | Attn: Alexander G. Rheaume | ARheaume@mofo.com |
| State of New Jersey Attorney General | Attn: Bankruptcy Department | askconsumeraffairs@lps.state.nj.us |
| State of Missouri Attorney General | Attn: Bankruptcy Department | attorney.general@ago.mo.gov |
| State of Alaska Attorney General | Attn: Bankruptcy Department | attorney.general@alaska.gov |
| State of Connecticut Attorney General | Attn: Bankruptcy Department | Attorney.General@ct.gov |
| State of Delaware Attorney General | Attn: Bankruptcy Department | Attorney.General@state.DE.US |
| State of New Hampshire Attorney General | Attn: Bankruptcy Department | attorneygeneral@doj.nh.gov |

**Exhibit A**
Master Service List and Affected Parties Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Eglet Adams | Attn: Robert M. Adams, Artemus W. Ham, & Erica D. Entsminger | badams@egletlaw.com aham@egletlaw.com eentsminger@egletlaw.com |
| Carter Ledyard & Milburn LLP | Attn: Aaron R. Cahn | bankruptcy@clm.com |
| State of California Attorney General | Attn: Bankruptcy Department | bankruptcy@coag.gov |
| Morrison & Foerster LLP | Attn: Benjamin W. Butterfield | BButterfield@mofo.com |
| Hagens Berman Sobol Shapiro LLP | Attn: Ben Harrington | benh@hbsslaw.com |
| California Department of Justice | Attn: Bernard A. Eskandari, Timothy D. Lundgren, and Michelle Burkart | bernard.eskandari@doj.ca.gov michelle.burkart@doj.ca.gov timothy.lundgren@doj.ca.gov |
| Scott+Scott Attorneys at Law LLP | Attn: Beth Kaswan and Judith S. Scolnick | bkaswan@scott-scott.com jscolnick@scott-scott.com |
| State of Texas | Attn: Rachel R. Obaldo, Esq. | bk-robaldo@oag.texas.gov |
| BMC Group, Inc. | Attn: T Feil | bmc@ecfAlerts.com |
| Office of the State of Idaho Attorney General | Attn: Brett T. DeLange - Deputy AG Chief, Consumer Protection Division | brett.delange@ag.idaho.gov |
| Husch Blackwell LLP | Attn: Caleb T. Holzaepfel | Caleb.Holzaepfel@huschblackwell.com |
| Cooper Law Firm, LLC | Attn: Celeste Brustowicz, Jessica Detty, & Lisa Richardson | cbrustowicz@clfnola.com jdetty@clfnola.com lrichardson@clfnola.com |
| Agentis PLLC | Attn: Christopher B. Spuches, Esq. | cbs@agentislaw.com |
| Reed Smith LLP | Attn: Christopher A. Lynch | clynch@reedsmith.com |
| Commonwealth of Pennsylvania | Attn: Carol E. Momjian - Senior Deputy AG | cmomjian@attorneygeneral.gov |
| State of Oregon Attorney General | Attn: Bankruptcy Department | consumer.hotline@doj.state.or.us |
| State of Maine Attorney General | Attn: Bankruptcy Department | consumer.mediation@maine.gov |
| State of South Dakota Attorney General | Attn: Bankruptcy Department | consumerhelp@state.sd.us |
| State of Louisiana Attorney General | Attn: Bankruptcy Department | ConsumerInfo@ag.state.la.us |
| State of Montana Attorney General | Attn: Bankruptcy Department | contactdoj@mt.gov |

2

**Exhibit A**
Master Service List and Affected Parties Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| White & Case LLP | Attn: J. Christopher Shore, Michele J. Meises, Alice Tsier, Ashley R. Chase | cshore@whitecase.com<br>michele.meises@whitecase.com<br>alice.tsier@whitecase.com<br>ashley.chase@whitecase.com |
| Reed Smith LLP | Attn: Claudia Z. Springer | cspringer@reedsmith.com |
| Jenner & Block, LLP | Attn: Catherine L. Steege, Esq. | CSteege@jenner.com |
| Ballard Spahr LLP | Attn: Tobey M. Daluz and Laurel D. Roglen | daluzt@ballardspahr.com<br>roglenl@ballardspahr.com |
| Bracewell LLP | Attn: Daniel S. Connolly & Robert G. Burns | daniel.connolly@bracewell.com<br>robert.burns@bracewell.com |
| Office of the New York State Attorney General | Attn: David E. Nachman | David.Nachman@ag.ny.gov |
| Office of the State of Connecticut Attorney General | Attn: Denise S. Mondell, Assistant AG | Denise.Mondell@ct.gov |
| Attorney General of Washington | Attn: Dina L. Yunker - Assistant Attorney General | dina.yunker@atg.wa.gov |
| Brown & Connery, LLP | Attn: Donald K. Ludman | dludman@brownconnery.com |
| Creadore Law Firm PC | Attn: Donald Creadore | donald@creadorelawfirm.com |
| Barrett Law Group, P.A. | Attn: John W. Barrett, Esq. | DonBarrettPA@gmail.com |
| Blitman & King LLP | Attn: Daniel R. Brice | drbrice@bklawyers.com |
| Haug Partners LLP | Attn: David A. Zwally | dzwally@haugpartners.com |
| Binder & Schwartz LLP | Attn: Eric B. Fisher | efisher@binderschwartz.com |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| Elizabeth A. Citrin, P.C. | Attn: Elizabeth A. Citrin | elizabeth@elizabethcitrin.com |
| State of Washington Attorney General | Attn: Bankruptcy Department | emailago@atg.wa.gov |
| Ask LLP | Attn: Edward E. Neiger, Esq. Jennifer A. Christian, Esq. | eneiger@askllp.com<br>jchristian@askllp.com |
| Commonwealth of Massachusetts | Attn: Eric M. Gold, Assistant AG | eric.gold@mass.gov |
| Wilk Auslander LLP | Attn: Eric J. Snyder | esnyder@wilkauslander.com |
| Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation | Attn: Sander L. Esserman and Peter C. D'Apice | esserman@sbep-law.com<br>dapice@sbep-law.com |

**Exhibit A**
Master Service List and Affected Parties Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Fredrick Hill | | fredhill70@gmail.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler, Esquire | gbressler@mdmc-law.com |
| Brown Rudnick LLP | Attn: Gerard T. Cicero and David J. Molton | GCicero@brownrudnick.com DMolton@brownrudnick.com |
| Foley & Lardner LLP | Attn: Geoffrey S. Goodman | ggoodman@foley.com |
| VSCP Law | Attn: Gregory Spizer | gspizer@vscplaw.com |
| Milbank LLP | Attn: Gerard Uzzi, Esq., Eric Stodola, Esq., & Alex Lees, Esq. | guzzi@milbank.com estodola@milbank.com alees@milbank.com |
| Doster, Ullom & Boyle, LLC | Attn: Gregory D. Willard | GWillard@dubllc.com |
| State of Hawaii Attorney General | Attn: Bankruptcy Department | hawaiiag@hawaii.gov |
| Office of the Indiana Attorney General | Attn: Heather M. Crockett, Amanda K. Quick, Curtis T. Hill Jr. | Heather.Crockett@atg.in.gov |
| Troutman Pepper Hamilton Sanders LLP | Attn: Henry J. Jaffe, Marcy J. McLaughlin Smith | Henry.Jaffe@troutman.com Marcy.Smith@troutman.com |
| Levenfeld Pearlstein, LLC | Attn: Harold D. Israel | hisrael@lplegal.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley, Sara L. Brauner, & Edan Lisovicz | idizengoff@akingump.com apreis@akingump.com mhurley@akingump.com sbrauner@akingump.com elisovicz@akingump.com |
| McGrail & Bensinger LLP | Attn: Ilana Volkov | ivolkov@mcgrailbensinger.com |
| Cole Schotz P.C. | Attn: Justin R. Alberto | jalberto@coleschotz.com |
| Kirkland & Ellis LLP | Attn: James A. Stempel | James.Stempel@Kirkland.Com |
| Simpson Thacher & Bartlett LLP | Attn: Elisha D. Graff, Jamie J. Fell | jamie.fell@stblaw.com egraff@stblaw.com |
| Tucker Arensberg, P.C. | Attn: Jordan S. Blask, Esq. | jblask@tuckerlaw.com |
| Haug Partners LLP | Attn: John C. Dougherty | jdougherty@haugpartners.com |
| Mololamken LLP | Attn: Justin M. Ellis, Steven F. Molo, Jessica Ortiz | jellis@mololamken.com smolo@mololamken.com jortiz@mololamken.com |
| Frankgecker LLP | Attn: Joseph D. Frank and Jeremy C. Kleinman | jfrank@fgllp.com jkleinman@fgllp.com |

**Exhibit A**
Master Service List and Affected Parties Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Buchalter, a Professional Corporation | Attn: Jeffrey K. Garfinkle, Esq., Daniel H. Slate, Esq. | jgarfinkle@buchalter.com dslate@buchalter.com |
| Office of the State of Vermont Attorney General | Attn: Jill S. Abrams | Jill.abrams@vermont.gov |
| Office of the South Carolina Attorney General | Attn: Jared Q. Libet - Assistant Deputy AG | jlibet@scag.gov |
| Purdue Pharma L.P. | Attn: President or General Counsel | Jon.Lowne@pharma.com |
| Cuneo Gilbert & Laduca, LLP | Attn: Jonathan W. Cuneo, Esq. | jonc@cuneolaw.com |
| Cuneo Gilbert & Laduca, LLP | Attn: Jonathan W. Cuneo, Esq. | jonc@cuneolaw.com |
| Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Aaron H. Stulman, D. Ryan Slaugh | jryan@potteranderson.com astulman@potteranderson.com rslaugh@potteranderson.com |
| Sahn Ward Coschignano, PLLC | Attn: Joel M. Shafferman | jshafferman@swc-law.com |
| State of North Carolina Attorney General | Attn: Jessica Sutton | jsutton2@ncdoj.gov |
| Morgan & Morgan | Attn: Juan R. Martinez | juanmartinez@forthepeople.com |
| California Department of Justice | Attn: Judith A. Fiorentini - Supervising Deputy Attorney General | judith.fiorentini@doj.ca.gov |
| Morgan & Morgan | Attn: James Young | jyoung@forthepeople.com |
| Office of the New York State Attorney General | Attn: Kathryn J. Blake, Assistant AG | Kathryn.Blake@ag.ny.gov |
| National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| Kramer Levin Naftalis & Frankel | Attn: Kenneth Eckstein and Rachael Ringer | keckstein@kramerlevin.com rringer@kramerlevin.com |
| Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab and Kenneth T. Law | Klaw@bbslaw.com |
| Caplin & Drysdale, Chartered | Attn: Kevin Maclay, James Wehner, Jeffrey Liesemer, Todd Phillips | kmaclay@capdale.com jwehner@capdale.com jliesemer@capdale.com tphillips@capdale.com |

5

**Exhibit A**
Master Service List and Affected Parties Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| N.C. Department of Justice | Attn: Katherine M. McCraw | kmccraw@ncdoj.gov |
| Godfrey & Kahn, S.C. | Attn: Katherine Stadler | kstadler@gklaw.com |
| The Reporters Committee for Freedom of the Press | Attn: Katie Townsend | ktownsend@rcfp.org |
| Office of the New Jersey State Attorney General | Attn: Lara J. Fogel, Deputy AG | lara.fogel@law.njoag.gov |
| Foley & Lardner LLP | Attn: Leah M. Eisenberg, Esq. | leisenberg@foley.com |
| Gilbert, LLP | Attn: Craig Literland, Kami Quinn, and Scott Gilbert | litherlandc@gilbertlegal.com<br>quinnk@gilbertlegal.com<br>gilberts@gilbertlegal.com |
| State of New York Attorney General | Attn: Louis J. Testa | Louis.Testa@ag.ny.gov |
| Luskin, Stern & Eisler LLP | Attn: Michael Luskin and Richard Stern | luskin@lsellp.com<br>stern@lsellp.com |
| State of Virginia Attorney General | Attn: Bankruptcy Department | mailoag@oag.state.va.us |
| Husch Blackwell LLP | Attn: Marshall C. Turner | marshall.turner@huschblackwell.com |
| Tennessee Attorney General's Office | Attn: Marvin Clements, Bankruptcy Division | Marvin.Clements@ag.tn.gov |
| Bentley & Bruning P.A. | Attn: Morgan R. Bentley and David A. Wallace | mbentley@bentleyandbruning.com<br>dwallace@bentleyandbruning.com |
| Motley Rice LLC | Attn: Michael M. Buchman | mbuchman@motleyrice.com |
| Otterbourg P.C. | Attn: Melanie L. Cyganowski, Esq. & Jennifer S. Feeney | mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com |
| RAWLINGS & ASSOCIATES | Attn: Mark D. Fischer | mdf@rawlingsandassociates.com |
| Kleinberg, Kaplan, Wolff & Cohen, P.C. | Attn: Matthew J. Gold and Robert M. Tuchman | mgold@kkwc.com<br>rtuchman@kkwc.com |
| Goodwin Procter LLP | Attn: Michael H. Goldstein, William P. Weintraub, & Howard S. Steel | mgoldstein@goodwinlaw.com<br>wweintraub@goodwinlaw.com<br>hsteel@goodwinlaw.com |
| State of Michigan Attorney General | Attn: Bankruptcy Department | miag@michigan.gov |

**Exhibit A**
Master Service List and Affected Parties Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Consovoy McCarthy PLLC | Attn: J. Michael Connolly | mike@consovoymccarthy.com |
| Joseph Hage Aaronson LLC | Attn: Gregory P. Joseph, Mara Leventhal, Douglas J. Pepe, Peter R. Jerdee, & Christopher J. Stanley | mleventhal@jha.com<br>dpepe@jha.com<br>pjerdee@jha.com<br>cstanley@jha.com<br>gjoseph@jha.com |
| MacElree Harvey, Ltd. | Attn: Michael G. Louis | mlouis@macelree.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Michael Morano, Esquire, Nicole Leonard, Esquire | mmorano@mdmc-law.com<br>nleonard@mdmc-law.com |
| Pennsylvania Office of Attorney General | Attn: Melissa L. Van Eck - Senior Deputy AG | mvaneck@attorneygeneral.gov |
| State of North Dakota Attorney General | Attn: Bankruptcy Department | ndag@nd.gov |
| Stevens & Lee, P.C. | Attn: Nicholas F. Kajon and Constantine D. Pourakis | nfk@stevenslee.com<br>cp@stevenslee.com |
| New York State Department of Financial Services | Attn: Nicolas G. Keller - Assistant Counsel | nicolas.keller@dfs.ny.gov |
| Marcus & Shapira LLP | Attn: Darlene M. Nowak, Esq., Robert M. Barnes, Esq. | nowak@marcus-shapira.com<br>rbarnes@marcus-shapira.com |
| State of Arkansas Attorney General | Attn: Bankruptcy Department | oag@ArkansasAG.gov |
| State of Maryland Attorney General | Attn: Bankruptcy Department | oag@oag.state.md.us |
| Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson | panderson@foxswibel.com |
| Office of The United States Trustee | Attn: Paul Schwartzberg | paul.schwartzberg@usdoj.gov |
| State of Texas | Attn: Paul L. Singer, Esq. | paul.singer@oag.texas.gov |
| State of Texas Attorney General | Attn: Bankruptcy Department | public.information@oag.state.tx.us |
| Davis Polk & Wardwell LLP | Attn: Marshall Scott Huebner, Benjamin S. Kaminetzky, Timothy Graulich, Christopher Robertson and Eli J. Vonnegut | Purdue.noticing@dpw.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Attn: Thomas M. Sobol, Lauren G. Barnes | purduebankruptcy@hbsslaw.com |

7

**Exhibit A**

Master Service List and Affected Parties Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Prime Clerk, LLC | Attn: Herb Baer | purduepharmateam@primeclerk.com<br>serviceqa@primeclerk.com |
| State of Tennessee Attorney General | Attn: Bankruptcy Department | reg.boards@tn.gov |
| Jenner & Block, LLP | Attn: Richard Levin, Esq. | rlevin@jenner.com |
| Keller Lenkner LLC | Attn: Seth A. Meyer | sam@kellerlenkner.com |
| Mitchell & Speights | Attn: Samuel F. Mitchell | sam@mitchellspeights.com |
| Missouri Department of Revenue | Attn: Steven A. Ginther - Special Assistant AG | sdnyecf@dor.mo.gov |
| Tarter Krinsky & Drogin LLP | Attn: Scott S. Markowitz, Esq., Rocco A. Cavaliere, Esq., & Michael Z. Brownstein, Esq. | smarkowitz@tarterkrinsky.com<br>rcavaliere@tarterkrinsky.com<br>mbrownstein@tarterkrinsky.com |
| Brown Rudnick LLP | Attn: Steven D. Pohl | spohl@brownrudnick.com |
| Bielli & Klauder, LLC | Attn: Thomas D. Bielli | tbielli@bk-legal.com |
| White & Case LLP | Attn: Thomas E. Lauria, Laura L. Femino | tlauria@whitecase.com<br>laura.femino@whitecase.com |
| Ohio Attorney General | Attn: Patricia D. Lazich, Assistant AG | Trish.Lazich@ohioattorneygeneral.gov |
| Waldrep LLP | Attn: Thomas W. Waldrep, Jr., James C. Lanik, Jennifer B. Lyday | twaldrep@waldrepllp.com<br>jlyday@waldrepllp.com<br>jlanik@waldrepllp.com |
| State of Utah Attorney General | Attn: Bankruptcy Department | uag@utah.gov |
| Office of the New York State Attorney General | Attn: Muhammad Umair Khan | Umair.Khan@ag.ny.gov |
| Attorney General for the State of Wisconsin | Attn: Jennifer L. Vandermeuse - Assistant Attorney General | vandermeusejl@doj.state.wi.us |
| Loeb & Loeb LLP | Attn: Vadim J. Rubinstein, Esq | vrubinstein@loeb.com |
| State of Illinois Attorney General | Attn: Bankruptcy Department | webmaster@atg.state.il.us |
| Alston & Bird LLP | Attn: William Sugden and Jacob Johnson | will.sugden@alston.com<br>jacob.johnson@alston.com |
| Alston & Bird LLP | Attn: William Hao | william.hao@alston.com |
| Office of the State of Iowa Attorney General | Attn: William R. Pearson - Assistant AG | william.pearson@ag.iowa.gov |

**Exhibit A**
Master Service List and Affected Parties Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| **Affected Parties** | | |
| Peter Jackson | Attn: Jonathan C. Lipson | jlipson@temple.edu |
| Leslie Tostenson | Attn: Jeanette Tostenson | jtostenson@qwiznibet.com |
| ER Physician Mike Masiowski | Attn: Paul S. Rothstein, P.A. | PSR@RothsteinForJustice.com |
| Navigators Specialty Insurance Company | Attn: Isley Markman Gostin | isley.gostin@wilmerhale.com |
| Navigators Specialty Insurance Company | Attn: Colleen P. Sorensen | csorensen@hww-law.com |
| American Guarantee and Liability Insurance Company and Steadfast Insurance Company | Attn: Kelly H. Tsai | ktsai@crowell.com |
| American Guarantee and Liability Insurance Company and Steadfast Insurance Company | Attn: Mark D. Plevin | mplevin@crowell.com |
| American Guarantee and Liability Insurance Company and Steadfast Insurance Company | Attn: Lynn H. Murray | lhmurray@shb.com |
| Bridge House Corporation | Attn: Mark S. Stein | mstein@lowestein.com |
| Carpenter Health Network Creditors | Attn: Corey D. Moll | cmoll@phjlaw.com |
| City of Chillicothe | Attn: Corey D. Moll | cmoll@phjlaw.com |
| City of Covington | Attn: Corey D. Moll | cmoll@phjlaw.com |
| Four Winds Tribe Louisiana Cherokee | Attn: Corey D. Moll | cmoll@phjlaw.com |
| Parish of DeSoto | Attn: Corey D. Moll | cmoll@phjlaw.com |
| Northwestern Band of the Shoshone Nation | Attn: Corey D. Moll | cmoll@phjlaw.com |
| Dr. Gregory Fernadez, Coroner of St. Bernard Parish | Attn: Corey D. Moll | cmoll@phjlaw.com |
| Barbour County et al. | Attn: Amanda Peterson | apeterson@forthepeople.com |
| Brooke County et al. | Attn: Hunter J. Shkolnik | Hunter@NSPRLaw.com |
| Ad Hoc Committee on Accountability | Attn: Michael S. Quinn | mquinn@eandblaw.com |

# **EXHIBIT B**

**Exhibit B**
Master Service List and Affected Parties Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| **MSL as of 5/4/2021** | | | | | | |
| Air Liquide Industrial U.S. LP | Attn: President or General Counsel | 9811 Katy Freeway | Suite 100 | Houston | TX | 77024 |
| Commonwealth of Puerto Rico | Attn: Bankruptcy Department | Apartado 9020192 | | San Juan | PR | 00902-0192 |
| Fetzko Law Offices, P.C. | Attn: Brian Fetzko | 12 Evergreen Drive, Suite 102 | | Middletown | NY | 10940 |
| Ikon Financial Services | Attn: President or General Counsel | 1738 Bass Rd | | Macon | GA | 31210-1043 |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 |
| Kimm Law Firm | Attn: Michael S. Kimm | 333 Sylvan Avenue, Suite 106 | | Englewood Cliffs | NJ | 07632 |
| Ronald George Dandar | c/o Legal Mail Department | 50 Overlook Drive | KQ7780 | Labelle | PA | 15450 |
| State of Alabama Attorney General | Attn: Bankruptcy Department | P.O. Box 300152 | | Montgomery | AL | 36130-0152 |
| State of Colorado Attorney General | Attn: Bankruptcy Department | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| State of Florida Attorney General | Attn: Bankruptcy Department | The Capitol, PL 01 | | Tallahassee | FL | 32399-1050 |
| State of Georgia Attorney General | Attn: Bankruptcy Department | 40 Capital Square, SW | | Atlanta | GA | 30334-1300 |
| State of Idaho Attorney General | Attn: Bankruptcy Department | 700 W. Jefferson Street | P.O. Box 83720 | Boise | ID | 83720-1000 |

**Exhibit B**
Master Service List and Affected Parties Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| State of Indiana Attorney General | Attn: Bankruptcy Department | Indiana Government Center South | 302 W. Washington St., 5th Floor | Indianapolis | IN | 46204 |
| State of Iowa Attorney General | Attn: Bankruptcy Department | 1305 E. Walnut Street | | Des Moines | IA | 50319 |
| State of Kansas Attorney General | Attn: Bankruptcy Department | 120 SW 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| State of Kentucky Attorney General | Attn: Bankruptcy Department | 700 Capitol Avenue, Suite 118 | | Frankfort | KY | 40601 |
| State of Minnesota Attorney General | Attn: Bankruptcy Department | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| State of Mississippi Attorney General | Attn: Bankruptcy Department | Walter Sillers Building | 550 High Street, Suite 1200, P.O. Box 220 | Jackson | MS | 39201 |
| State of Nevada Attorney General | Attn: Bankruptcy Department | 100 North Carson Street | | Carson City | NV | 89701 |
| State of New Mexico Attorney General | Attn: Bankruptcy Department | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| State of Ohio Attorney General | Attn: Bankruptcy Department | 30 E. Broad St., 14th Floor | | Columbus | OH | 43215 |
| State of Oklahoma Attorney General | Attn: Bankruptcy Department | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| State of Pennsylvania Attorney General | Attn: Bankruptcy Department | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 |
| State of Rhode Island Attorney General | Attn: Bankruptcy Department | 150 South Main Street | | Providence | RI | 02903 |

**Exhibit B**
Master Service List and Affected Parties Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| State of South Carolina Attorney General | Attn: Bankruptcy Department | P.O. Box 11549 | | Columbia | SC | 29211-1549 |
| State of Wisconsin Attorney General | Attn: Bankruptcy Department | Wisconsin Department of Justice | State Capitol, Room 114 East, P.O. Box 7857 | Madison | WI | 53707-7857 |
| State of Wyoming Attorney General | Attn: Bankruptcy Department | 123 Capitol Building | 200 W. 24th Street | Cheyenne | WY | 82002 |
| U.S. Bank Equipment Finance | Attn: President or General Counsel | 1310 Madrid Street | | Marshall | MN | 56258 |
| U.S. Department of Justice | Attn: Legal Department | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530-0001 |
| United States Attorney's Office | Attn: U.S. Attorney | 300 Quarropas Street, Room 248 | | White Plains | NY | 10601-4150 |
| Washington DC Attorney General | Attn: Bankruptcy Department | 441 4th Street, NW | | Washington | DC | 20001 |
| **Affected Parties** | | | | | | |
| Estate of Robert Kelly Newmeyer | Attn: Patsy J. Newmeyer | 1470 Orange Rd | | Ashland | OH | 48805 |
| Estate of Francisco I. Pena, M.D. | Attn: Maria Luisa C. Pena | 1902 O'Kane | | Laredo | TX | 78043 |
| Daniel L. Jackson | Attn: Daniel L. Jackson | 742 Second Street | | Coldwater | MS | 38618 |
| Kelvin X. Singleton | Attn: Kelvin X. Singleton | 1600 California Drive | Y109 | Vacaville | CA | 95696 |

3

# **EXHIBIT C**

**Exhibit C**
Additional Affected Parties Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Estate of Trent Alexander Madison | Attn: Scotti Madison | P.O. Box 159223 | Nashville | TN | 37215 |
| Kevin McKenney Sr. | Attn: Kevin McKenney Sr. | 2388 Prince John Ct. | Quinton | VA | 23141 |
|  | Attn: Susan D. Haswell | 74 Washington Rd | Cromwell | CT | 6416 |

1