UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

PURDUE PHARMA, LP., *et al.*

CASE NO. 19-23649 (RDD)

MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Michael S. Nagurka, Esq., hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the Borough of South River in the above-captioned action.

I am in good standing of the bars of the states of New Jersey and New York and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: 04/27/2021

Respectfully Submitted,

/s/ *Michael S. Nagurka, Esq.*

Applicant's Name: Michael S. Nagurka

Firm Name: Rothstein, Mandell, Strohm, Halm & Cipriani, P.A.

Address: 150 Airport Road, Suite 600
P.O. Box 3017

City / State / Zip: Lakewood, New Jersey 08701

Telephone / Fax: (732) 363-0777 / (732) 905-6555

E-Mail: mnagurka@rmshc.law

r|m|s|h|c
Rothstein, Mandell, Strohm,
Halm & Cipriani, P.A.
ATTORNEYS AT LAW

150 Airport Road
Suite 600
Lakewood, NJ 08701

o: 732.363.0777
f: 732.905.6555



RECEIVED
MAY 6 2021
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

**PURDUE PHARMA, LP.,** *et al.*

CASE NO. 19-23649 (RDD)

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York to represent Municipal Corporation, Borough of Seaside Heights (Claim #113199). All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
U.S.B.J.

r|m|s|h|c
Rothstein, Mandell, Strohm,
Haim & Cipriani, P.A.
ATTORNEYS AT LAW

150 Airport Road
Suite 600
Lakewood, NJ 08701

o: 732.363.0777
f: 732.905.6555

**rmshc**

**Rothstein, Mandell, Strohm, Halm & Cipriani, P.A.**

ATTORNEYS AT LAW

Charles H. Mandell
Laura M. Halm
Jean L. Cipriani

ASSOCIATES
Jared J. Monaco
Lauren R. Staiger
Robin La Bue
Andrea E. Wyatt
Michael S. Nagurka

OF COUNSEL
Brian C. Bartlett
Melanie S. Appleby

April 28, 2021

Ruby J. Krajick, Clerk of Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408



RECEIVED
MAY - 6 2021
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

**Re:  In re Purdue Pharma, LP, et al.
Case No. 19-23649 (RDD)**

Dear Ms. Krajick:

This firm represents the interests of the Borough of Seaside Heights in the above-referenced matter. Attached hereto please find the following:

1) Notice of *Pro Hac Vice* Motion to admit Michael S. Nagurka, Esq. to the Southern District of New York for purposes of this case.

2) Proposed Form of Order;

3) CD containing PDF of motion paperwork and DOC file of proposed order; and

4) Check for fees ($200.00).

Thank you for your prompt attention to this matter. Please do not hesitate to contact the undersigned with any questions.

Respectfully submitted,

MICHAEL S. NAGURKA
For the Firm
mnagurka@rmshc.law

Encl.