**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL DECLARATION OF ARIK PREIS IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PURDUE PHARMA L.P.,** ***ET AL.*** **TO RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP AS COUNSEL,** ***NUNC PRO TUNC*** **TO SEPTEMBER 26, 2019**

Pursuant to 28 U.S.C. § 1746 and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), I, Arik Preis, hereby declare as follows:

1. I am an attorney admitted to practice in the State of New York and the United States District Court for the Southern District of New York. I am a partner at the firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"). Akin Gump maintains offices at, among other places, One Bryant Park, New York, New York 10036. There are no disciplinary proceedings pending against me.

2. I am familiar with the matters set forth herein and make this supplemental declaration (the "Supplemental Declaration") in connection with the *Application of the Official Committee of Unsecured Creditors* (the "Committee") *of Purdue Pharma L.P.,* et al. *to Retain and*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

*Employ Akin Gump Strauss Hauer & Feld LLP as Counsel,* Nunc Pro Tunc *to September 29, 2019* [ECF No. 421] (the "Application")[2] filed on November 5, 2019, my initial declaration attached as Exhibit B to the Application (the "Initial Declaration"), the *Supplemental Declaration of Arik Preis in Support of the Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel*, Nunc Pro Tunc, *to September 26, 2019* [ECF No. 1336], the *Second Supplemental Declaration of Arik Preis in Support of the Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel*, Nunc Pro Tunc, *to September 26, 2019* [ECF No. 1564], the *Third Supplemental Declaration of Arik Preis in Support of the Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel*, Nunc Pro Tunc, *to September 26, 2019* [ECF No. 1887], the *Fourth Supplemental Declaration of Arik Preis in Support of the Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel*, Nunc Pro Tunc, *to September 26, 2019* [ECF No. 2151] and the *Fifth Supplemental Declaration of Arik Preis in Support of the Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel*, Nunc Pro Tunc, *to September 26, 2019* [ECF No. 2704].[3]  As set forth in the Application, Akin Gump committed to file a supplemental declaration pursuant to Bankruptcy Rule 2014 to the extent it discovers new information that is relevant to the Application and merits disclosure.  *See* Initial

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

[3] On November 21, 2019, the Court entered the *Order Authorizing the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al., To Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Nunc Pro Tunc to September 26, 2019* [ECF No. 1190].

Declaration ¶ 20.  Accordingly, in connection with Akin Gump's representation of the Committee,[4] I submit this Supplemental Declaration to provide the additional disclosure set forth herein.

### Specific Disclosure

3.      On March 29, 2021, Matthew Friedrick agreed to join Akin Gump as an associate in the Financial Restructuring Group in the New York office effective as of May 10, 2021.  Prior to his employment at Akin Gump, Mr. Friedrick was employed as an associate in the Bankruptcy and Restructuring group at Kramer Levin Naftalis & Frankel LLP ("Kramer Levin").  Kramer Levin is counsel to the Ad Hoc Committee, as defined in the *Verified Statement Pursuant to Bankruptcy Rule 2019* [ECF No. 279].

4.      Mr. Friedrick will not be involved in Akin Gump's representation of the Committee.  In addition, in order to avoid the appearance of impropriety and to avoid any improper disclosure of confidences of the Committee, Akin Gump will notify lawyers and staff that Mr. Friedrick may not be involved in Akin Gump's representation of the Committee or otherwise participate in discussions regarding the same and will establish an ethical wall between the attorneys and staff representing the Committee and Mr. Friedrick.

5.      In light of the foregoing, I do not believe that Mr. Friedrick's connections to Kramer

---

[4] On September 26, 2019, pursuant to section 1102 of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee for Region 2 (the "U.S. Trustee") appointed nine members to sit on the Committee.  *See Appointment of Official Committee of Unsecured Creditors* [ECF No. 131].  As originally constituted, the Committee comprised the following members: (i) The Blue Cross and Blue Shield Association; (ii) CVS Caremark Part D Services L.L.C. and CaremarkPCS Health, L.L.C.; (iii) Ryan Hampton; (iv) Cheryl Juaire; (v) LTS Lohmann Therapy Systems, Corp.; (vi) Pension Benefit Guaranty Corporation; (vii) Walter Lee Salmons; (viii) Kara Trainor; and (ix) West Boca Medical Center.  *Id*.  Following careful consideration and consistent with the Committee's fiduciary obligations to all unsecured creditors, the Committee determined to add three *ex officio* members: (x) Cameron County, Texas, on behalf of approximately 1,317 entities, including 1,245 cities, counties and other governmental entities, nine Native American tribal nations, 13 hospital districts, 16 independent public school districts, 32 medical groups and two funds across 38 states and territories; (y) the Cheyenne and Arapaho tribes, on behalf of certain Native American Tribes and Native American affiliated creditors; and (z) Thornton Township High School District 205 on behalf of certain public school districts.  *See Second Amended Verified Statement of the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al. *Pursuant to Bankruptcy Rule 2019 to Disclose Addition of Third Ex Officio Member* [ECF No. 1294].

Levin preclude Akin Gump from meeting the disinterestedness standard under the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief on this 17th day of May 2021.

/s/ *Arik Preis*
Name: Arik Preis