UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re**

**PURDUE PHARMA, LP.,** *et al.*

**Debtors.**

**Chapter 11**
**CASE NO. 19-23649 (RDD)**

**(Jointly Administered**

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the movant of Michael S. Nagurka to be admitted to practice, *pro hac vice* to represent Municipal Corporation, Borough of Seaside Heights (the "Client") in these chapter 11 cases, and it appearing that the movant is a member in good standing of the bar in the states of New Jersey and New York, it is hereby

ORDERED, that Michael S. Nagurka, Esq. is admitted to practice, *pro hac vice* in these chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee is paid.

Dated: White Plains, New York
          May 17, 2021

/s/ *Robert D. Drain*
United States Bankruptcy Judge

r|m|s|h|c
Rothstein, Mandell, Strohm,
Halm & Cipriani, P.A.
ATTORNEYS AT LAW

150 Airport Road
Suite 600
Lakewood, NJ 08701

o: 732.363.0777
f: 732.905.6555

r|m|s|h|c

Rothstein, Mandell, Strohm,
Halm & Cipriani, P.A.
ATTORNEYS AT LAW

150 Airport Road
Suite 600
Lakewood, NJ 08701

o: 732.363.0777
f: 732.905.6555