DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## AGENDA FOR MAY 20, 2021 HEARING

| | |
|---|---|
| Time and Date of Hearing: | May 20, 2021 at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. Please register with Court Solutions at www.court-solutions.com. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

|  |  |
|---|---|
|  | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 1328564780##. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. |

I. **STATUS CONFERENCE:**

1. ***Status Conference Regarding Motion to Approve Disclosure Statement.*** Debtors' Motion to Approve the (I) Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto [ECF No. 2489]

    Related Documents: All documents listed with respect to item fourteen below.

II. **UNCONTESTED MATTERS:**

2. ***Prime Clerk Interim Fee Application.*** Application for Interim Professional Compensation of Prime Clerk LLC, as Administrative Advisor to the Debtors, for Services Rendered and Reimbursement of Expenses for the Period from February 1, 2020 through January 31, 2021 [ECF No. 2482]

    Objection Deadline: May 13, 2021 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Reply: None

    Related Documents:

    A. Notice of Hearing on Interim Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation and Reimbursement of Expenses for the Period from February 1, 2020 through January 31, 2021 [ECF No. 2776]

    Status: This matter is going forward on an uncontested basis.

3. ***U.S Trustee Settlement Motion.*** Motion of United States Trustee Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Entry of an Order Approving (1) Settlement Agreement with Skadden Arps Slate Meagher & Flom, LLP, Wilmer Cutler Pickering Hale and Dorr, LLP, and Dechert, LLP and (2) Certain Releases by the Debtors [ECF No. 2764]

2

   Objection Deadline: May 13, 2021 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received: None

   Reply: None

   Related Documents: None

   Status: This matter is going forward on an uncontested basis.

4. ***Kyle M. Parks Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date filed by Kyle M. Parks [ECF No. 2057]

   Objection Deadline: May 13, 2021 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received: None

   Reply: None

   Related Documents:

    A. Notice of Hearing of Motion to File Proof of Claim after Claims Bar Date [ECF No. 2058]

    B. Corrected Notice of Hearing of Motion to File Proof of Claim After Claims Bar Date [ECF No. 2080]

    C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [ECF No. 2267]

    D. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086 and 2088 [ECF No. 2356]

    E. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2496]

    F. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2639]

    G. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 2865]

   Status: This matter is going forward on an uncontested basis.

5. ***Arlandis C. Issac Late Claim Motion.*** Motion Tolling Filing Deadline (Claim submitted but not filed - pending disposition of the motion) filed by Arlandis C. Issac [ECF No. 2069]

Objection Deadline: May 13, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Reply: None

Related Documents:

    A. Notice of Hearing: Motion Tolling Filing Deadline [ECF No. 2070]

    B. Corrected Notice of Hearing of Motion Tolling Filing Deadline [ECF No. 2082]

    C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [ECF No. 2267]

    D. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086 and 2088 [ECF No. 2356]

    E. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2496]

    F. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2639]

    G. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 2865]

Status: This matter is going forward on an uncontested basis.

6. ***Andre S. Youngblood Late Claim Motion.*** Motion for Tolling Filing Deadline (Claim submitted but not filed - pending disposition of the motion) filed by Andre S. Youngblood [ECF No. 2071]

    Objection Deadline: May 13, 2021 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Reply: None

    Related Documents:

        A. Notice of Hearing: Motion Tolling Filing Deadline [ECF No. 2072]

        B. Corrected Notice of Hearing of Motion Tolling Filing Deadline [ECF No. 2084]

C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [ECF No. 2267]

D. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086 and 2088 [ECF No. 2356]

E. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2496]

F. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2639]

G. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 2865]

Status: This matter is going forward on an uncontested basis.

7. ***Shane Christian Peterson Late Claim Motion.*** Motion to Request Extension for Filling Proof of Claim (Claim was not included with the motion) filed by Shane Christian Peterson [ECF No. 2086]

Objection Deadline: May 13, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Reply: None

Related Documents:

A. Notice of Hearing of Motion to Request Extension for Filling Proof of Claim [ECF No. 2087]

B. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [ECF No. 2267]

C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086 and 2088 [ECF No. 2356]

D. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2496]

E. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2639]

      F. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 2865]

    <u>Status</u>: This matter is going forward on an uncontested basis.

8. ***Neil W. King Late Claim Motion.*** Motion for Tolling Filing Deadline (Claim submitted but not filed - pending disposition of the motion) filed by Neil W. King [ECF No. 2088]

    <u>Objection Deadline</u>: May 13, 2021 at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>: None

    <u>Reply</u>: None

    <u>Related Documents</u>:

      A. Notice of Hearing Motion Tolling Filing Deadline [ECF No. 2089]

      B. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [ECF No. 2267]

      C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086 and 2088 [ECF No. 2356]

      D. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2496]

      E. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2639]

      F. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 2865]

    <u>Status</u>: This matter is going forward on an uncontested basis.

9. ***Troy A. Pesina Late Claim Motion.*** Motion to File Proof of Claim After Claims Bar Date filed by Troy A. Pesina [ECF No. 2193]

    <u>Objection Deadline</u>: May 13, 2021 at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>: None

    <u>Reply</u>: None

    <u>Related Documents</u>:

  A. Notice of Hearing of Motion to File Proof of Claim After Claims Bar Date [ECF No. 2258]

  B. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2193 and 2211 [ECF No. 2357]

  C. Response to Notice of Hearing [ECF No. 2374]

  D. Notice of Adjournment Regarding Motion to File Proof of Claim After Claims Bar Date [ECF No. 2391]

  E. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2193 and 2211 [ECF No. 2495]

  F. Declaration in Support of Request for Acceptance of Claim Filed After "Bar Date" [ECF No. 2543]

  G. Letter to Judge Drain Regarding the 4/21/21 Hearing [ECF No. 2597]

  H. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2193 and 2211 [ECF No. 2640]

  I. Motion to Allow Claims / Request Permission for Leave of Court to Amend General Opioid and Personal Injury Claims (claims 61633 & 619085) filed by Troy A. Pesina [ECF No. 2649]

  J. Letter /Request for Court Order Filed by Troy A. Pesina [ECF No. 2650]

  K. Declaration In Support of Motion for Extension of Bar Date and Clearity filed by Troy A. Pesina [ECF No. 2662]

  L. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 2865]

  Status: This matter is going forward on an uncontested basis.

10. **Lisa M. Acquaviva Late Claim Motion.** Motion to File Proof of Claim After Claims Bar Date [ECF No. 2211]

  Objection Deadline: May 13, 2021 at 4:00 p.m. (prevailing Eastern Time).

  Responses Received: None

  Reply: None

Related Documents:

A. Notice of Hearing for Motion to File Proof of Claim After Claims Bar Date [ECF No. 2237]

B. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2193 and 2211 [ECF No. 2357]

C. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2193 and 2211 [ECF No. 2495]

D. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2193 and 2211 [ECF No. 2640]

E. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 2865]

Status: This matter is going forward on an uncontested basis.

11. **Brian Lee Danner Late Claim Motion.** Motion to File Proof of Claim After Claims Bar Date filed by Brian Lee Danner [ECF No. 2458]

Objection Deadline: May 13, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Reply: None

Related Documents:

A. Notice of Hearing for Motion to File Proof of Claim After Claims Bar Date filed by Brian Lee [ECF No. 2459]

B. Declaration in Support of Motion to File Proof of Claim After Bar Date filed by Brian Lee Danner [ECF No. 2593]

C. Letter to the Court/Request for Court Order Filed by Brian Lee Danner [ECF No. 2635]

D. Notice of Adjournment of Hearing Regarding Motion to File Proof of Claim After Extended General Bar Date Filed at Docket Number 2458 [ECF No. 2641]

E. Motion to Allow Claims /Request Permission for Leave of Court to Amend General Opioid and Personal Injury Claims (Claim 618545, 619087 and 618573) filed by Brian Lee Danner [ECF No. 2651]

8

    F. Declaration In Support of Motion for Extension of Bar Date and Clarity filed by Brian Lee Danner [ECF No. 2661]

    G. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 2865]

Status: This matter is going forward on an uncontested basis.

### III. MATTERS IN ADVERSARY PROCEEDING CASE NO. 19-08289:

12. ***Motion to Extend Preliminary Injunction***. Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 258].

    Objection Deadline: May 14, 2021 at 4:00 p.m. (prevailing Eastern Time)

    Responses Received:

        A. Limited Objection of the Ad Hoc Committee on Accountability to Debtors' Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 261]

        B. Continuing Objection and Voluntary Commitment in Response to Purdue's Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 262]

    Reply:

        A. Reply Memorandum in Further Support of Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 263]

    Related Documents:

        A. Memorandum of Law in Support of Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 259]

Status: This matter is going forward on a contested basis.

### IV. MATTERS IN ADVERSARY PROCEEDING CASE NO. 21-07005:

13. ***Motion to Seal.*** Plaintiff's Motion for Entry of an Order (I) Authorizing Plaintiffs to Redact and File Under Seal Certain Confidential Information and (II) Granting Related Relief. Adv. Pro. No. 21-07005 [ECF No. 129]

    Objection Deadline: May 17, 2021 at 4:00 p.m. (prevailing Eastern Time)

    Responses Received: None

    Related Documents:

9

A. Motion to Dismiss Adversary Proceeding for Lack of Personal Jurisdiction (Chubb Bermuda Insurance Ltd. (f/k/a ACE Bermuda Insurance Ltd.)). Adv. Pro. No. 21-07005 [ECF No. 77]

B. Memorandum of Law in Support of Motion to Dismiss for Lack of Personal Jurisdiction (Chubb Bermuda Insurance Ltd. (f/k/a ACE Bermuda Insurance Ltd.)). Adv. Pro. No. 21-07005 [ECF No. 78]

C. Motion to Dismiss Adversary Proceeding for Lack of Personal Jurisdiction (Arch Reinsurance Ltd.). Adv. Pro. No. 21-07005 [ECF No. 80]

D. Memorandum of Law in Support of Motion to Dismiss for Lack of Personal Jurisdiction (Arch Reinsurance Ltd.). Adv. Pro. No. 21-07005 [ECF No. 81]

E. Motion to Dismiss Adversary Proceeding for Lack of Personal Jurisdiction (Allied World Assurance Company, Ltd.). Adv. Pro. No. 21-07005 [ECF No. 82]

F. Memorandum of Law in Support of Defendant Allied World Assurance Company Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction. Adv. Pro. No. 21-07005 [ECF No. 83]

G. Motion to Dismiss Adversary Proceeding (Liberty Mutual Insurance Europe SE (f/k/a Liberty International Insurance Company)). Adv. Pro. No. 21-07005 [ECF No. 84]

H. Memorandum of Law in Support of the Motion of Liberty Mutual Insurance Europe SE to Dismiss for Lack of Personal Jurisdiction. Adv. Pro. No. 21-07005 [ECF No. 85]

I. Motion to Dismiss Adversary Proceeding for Lack of Personal Jurisdiction (XL Bermuda). Adv. Pro. No. 21-07005 [ECF No. 88]

J. Motion to Dismiss Adversary Proceeding for Lack of Personal Jurisdiction (HDI Global SE (f/k/a Gerling-Konzern General Insurance Company)). Adv. Pro. No. 21-07005 [ECF No. 90]

K. Memorandum of Law in Support of Defendant HDI Global SE's Motion to Dismiss for Lack of Personal Jurisdiction. Adv. Pro. No. 21-07005 [ECF No. 92]

L. Notice of Hearing on Plaintiffs' Motion to Redact and File Under Seal Certain Confidential Information. Adv. Pro. No. 21-07005 [ECF No. 130]

    M. Declaration of Jason S. Rubinstein in Support of Plaintiffs' Consolidated Memorandum of Law in Opposition to Defendants' Motions to Dismiss for Lack of Personal Jurisdiction. Adv. Pro. No. 21-07005 [ECF No. 131]

    N. Declaration of Ann V. Kramer in Support of Plaintiffs' Consolidated Memorandum of Law in Opposition to Defendants' Motions to Dismiss for Lack of Personal Jurisdiction. Adv. Pro. No. 21-07005 [ECF No. 92]

Status: This matter is going forward on an uncontested basis.

## V. CONTINUED MATTERS:

14. ***Motion to Approve Disclosure Statement.*** Debtors' Motion to Approve the (I) Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto [ECF No. 2489]

    Objection Deadline: April 23, 2021 at 4:00 p.m. (prevailing Eastern Time) (for all parties other than the NAS Children Ad Hoc Committee, with respect to whom the Objection Deadline was extended to April 26, 2021 at 4:00 p.m. (prevailing Eastern Time), the Ad Hoc Group of Non-Consenting States, with respect to whom the Objection Deadline was extended to April 29, 2021 at 9:00 a.m. (prevailing Eastern Time) and the Official Committee of Unsecured Creditors, with respect to whom the Objection Deadline was extended to May 18, 2021 at 12:00 p.m. (prevailing Eastern Time)). The deadline for any party that timely filed an objection to file a supplemental objection was May 3, 2021, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

        A. Letter From Aaron R. Stimus Objecting To Certain Claims [ECF No. 2627]

        B. Objection to Document 2494 Filed By Jeanette Tostenson [ECF No. 2634]

        C. Pro Se Letter from Kevin McKenney Sr. [ECF No. 2648]

        D. Pro Se Letter from Ralph Olsen M.D. [ECF No. 2652]

        E. Pro Se Letter from Susan D. Haswell [ECF No. 2653]

        F. Pro Se Letter from Scotti Madison [ECF No. 2654]

G. Objection of United States Trustee to Disclosure Statement for Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2686]

H. Objection of The State of West Virginia, ex rel. Patrick Morrisey, Attorney General to Debtors' Motion to Approve Disclosure Statement [ECF No. 2703]

I. Objection of Independent Emergency Room Physician, Dr. Michael Masiowski, Individually, and as Putative Class Representative to Disclosure Statement for Chapter 11 Plan of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 2708]

J. Objection to the Debtors' Disclosure Statement Motion by Navigators Specialty Insurance Company, American Guarantee, and Liability Insurance Company and Steadfast Insurance Company [ECF No. 2710]

K. Bridge House Corporation's Objection to Debtor's Disclosure Statement and Solicitation Procedures Motion [ECF No. 2711]

L. Objection to Disclosure Statement and Solicitation Procedures Motion on Behalf of Certain Treatment Provider Creditors: Carpenter Health Network [ECF No. 2712]

M. Objection to Disclosure Statement and Solicitation Procedures Motion on Behalf of the City of Chillicothe, Ohio [ECF No. 2713]

N. Objection to Disclosure Statement and Solicitation Procedures Motion on Behalf of the City of Covington, Louisiana [ECF No. 2714]

O. Objection to Disclosure Statement and Solicitation Procedures Motion on Behalf of the Four Winds Tribe Louisiana Cherokee [ECF No. 2715]

P. Objection to Disclosure Statement and Solicitation Procedures Motion on Behalf of the Parish of DeSoto [ECF No. 2716]

Q. Objection to Disclosure Statement and Solicitation Procedures Motion on Behalf of the Northwestern Band of the Shoshone Nation [ECF No. 2717]

R. Objection to Disclosure Statement and Solicitation Procedures Motion on Behalf of Dr. Gregory Fernandez in his Official Capacity as the Coroner of St. Bernard Parish [ECF No. 2718]

S.  Joint Objection of Distributors, Manufacturers and Pharmacies to Debtors' Motion for an Order Approving Disclosure Statement [ECF No. 2719]

T.  Objection of the Public School District Creditors to Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms Of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto – Baltimore City Board. of School Commissioners, Board of Chicago School District No. 299, Board of Education of East Aurora School District 131, Board of Education of Miami-Dade County Public Schools, Board of Education of Thornton Fractional Township High School District 215, Board of Education of Thornton Township High School District 205 [ECF No. 2720]

U.  Supplement to Johnson & Johnson and Related Entities Joinder to Distributors', Manufacturers' and Pharmacies' Joint Objection to Debtors' Motion for an Order Approving Disclosure Statement -- Alza Corporation, Janssen Ortho LLC, Janssen Pharma., Inc., Ortho-McNeil-Janssen Pharma., Inc. [ECF No. 2722]

V.  Joinder to the West Virginia Objection to Debtors' Motion to Approve Disclosure Statement [ECF No. 2723]

W.  Joinder to West Virginia's Objection to Debtors' Motion to Approve Disclosure Statement by Uphur County Commission, Randolph County Commission, Doddridge County Commission, Marion County Commission, Wetzel County Commission, Tyler County Commission, Ohio County Commission, Marshall County Commission, Lewis County Commission, Monongalia County Commission, Hancock County Commission, Brooke County Commission [ECF No. 2725]

X.  Objection of the Cherokee Nation to Disclosure Statement for Chapter 11 Plan of Purdue Pharma L.P. and Its Affiliated Debtors and Debtors' Motion for Establishing Schedule and Protocols [ECF No. 2730]

Y.  Objection to Motion to the Disclosure Statement and the Plan Generally Filed by Patsy Newmeyer [ECF No. 2742]

Z.  Objection to Motion to the Disclosure Statement and the Plan Generally Filed by Maria Luisa C. Pena Wife, Executor of the Francisco I. Pena MD Estate [ECF No. 2743]

AA. Objection to Motion to the Disclosure Statement and the Plan Generally Filed by Daniel L. Jackson [ECF No. 2744]

BB. Ad Hoc Committee on Accountability's Objection to the Disclosure Statement and the First Amended Disclosure Statement for Chapter 11 Plan of Purdue Pharma, L.P., et al. [ECF No. 2745]

CC. NAS Ad Hoc Committee's Limited Objection to Disclosure Statement and Solicitation Procedures Motion [ECF No. 2746]

DD. Joinder to State of West Virginia's Objection to Debtor's Motion to Approve Disclosure Statement [ECF No. 2749]

EE. The Ad Hoc Group of Non-Consenting States' Objection to Debtors' Motion to Approve the (I) Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto [ECF No. 2762]

FF. Objecting to the Disclosure Statement filed by Kelvin X Singleton [ECF No. 2767]

GG. Supplement to Objection of the Public School District Creditors to Debtors' Motion to Approve (I) The Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto [ECF No. 2773]

HH. Supplemental Objection to Disclosure Statement by Independent ER Physician [ECF No. 2794]

II. Objection of Peter W. Jackson to Amended Disclosure Statement [ECF No. 2819]

JJ. Objection Letter, Filing and Reasoning Filed by Aaron R. Stimus [ECF No. 2822]

KK. Second Supplemental Objection to Disclosure Statement by Independent ER Physician [ECF No. 2828]

LL. Reply by the Side A Initial Covered Sackler Persons in Support of Disclosure Statement for Second Amended Plan [ECF No. 2833]

MM. Submission by The Raymond Sackler Family of a Proposed Position Statement for Inclusion or Reference in the Debtors' Disclosure Statement [ECF No. 2853]

NN. Statement Regarding Objection to Debtors' Motion to Approve Disclosure Statement [ECF No. 2857]

OO. Supplemental Objection of Peter W. Jackson to Amended Disclosure Statement [ECF No. 2881]

Related Documents:

A. Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2487]

B. Disclosure Statement for Chapter 11 Plan for Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2488]

C. Notice of Filing of Appendix F to the Disclosure Statement [ECF No. 2491]

D. Notice of Disclosure Statement Hearing [ECF No. 2494]

E. Notice of Adjournment of Disclosure Statement Hearing [ECF No. 2625]

F. First Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2731]

G. Notice of Filing of Plan Supplement Pursuant to the First Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2732]

H. Notice of Filing of Blackline of First Amended Plan [ECF No. 2733]

I. Disclosure Statement for First Amended Chapter 11 Plan for Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2734]

J. Notice of Filing of Blacklines of Disclosure Statement for First Amended Plan [ECF No. 2735]

K. Notice of Filing of Revised Proposed Order Approving (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto [ECF No. 2736]

L. Notice of Filing of Second Plan Supplement Pursuant to the First Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2737]

M. Notice of Adjournment of Disclosure Statement Hearing [ECF No. 2780]

N. Amended Disclosure Statement for First Amended Chapter 11 Plan for Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2788]

O. Notice of Filing of Blackline of Amended Disclosure Statement for First Amended Plan [ECF No. 2789]

P. Second Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2823]

Q. Notice of Filing of Blackline of Second Amended Plan [ECF No. 2824]

R. Disclosure Statement for Second Amended Chapter 11 Plan for Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2825]

S. Notice of Filing Blackline of Disclosure Statement for Second Amended Chapter 11 Plan [ECF No. 2826]

T. Notice of Adjournment of Disclosure Statement Hearing [ECF No. 2839]

U. Notice of Filing of Third Plan Supplement Pursuant to the Second Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2867]

V. Notice of Filing of Fourth Plan Supplement Pursuant to the Second Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2868]

W. Notice of Adjournment of Disclosure Statement Hearing [ECF No. 2882]

Status: This matter has been adjourned to May 26, 2021 at 9:00 a.m. (prevailing Eastern Time).

Dated: May 19, 2021
New York, New York

      DAVIS POLK & WARDWELL LLP

      By: */s/ Darren S. Klein*
           Eli J. Vonnegut

      450 Lexington Avenue
      New York, New York 10017
      Telephone: (212) 450-4000
      Facsimile: (212) 701-5800
      Marshall S. Huebner
      Benjamin S. Kaminetzky
      Timothy Graulich
      Eli J. Vonnegut
      Christopher S. Robertson

      *Counsel to the Debtors*
      *and Debtors in Possession*