AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

Plaintiff (s),
V.
Purdue Pharma L.P., et al.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 19-23649

Notice is hereby given that, subject to approval by the court, __No Attorney__ substitutes
(Party (s) Name)

_____, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Blake L. Holt__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: _____
Address: _____
Telephone: _____ Facsimile _____
E-Mail (Optional): _____

I consent to the above substitution.
Date: __12-31-20__

_____
(Signature of Party (s))

I consent to being substituted.
Date: __10/1/2020__

Blake L. Holt
/s/ Blake L. Holt
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]