UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        :
In re                                                   :            Chapter 11
                                                        :
PURDUE PHARMA L.P., *et al.*,                           :            Case No. 19-23649 (RDD)
                                                        :
                                   Debtors.             :            Jointly Administered
                                                        :
------------------------------------------------------- x

**ORDER PURSUANT TO SECTIONS 105(a), 327, 328, AND 330 OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING (1) SETTLEMENT AGREEMENT BETWEEN THE UNITED STATES TRUSTEE, SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP, WILMER CUTLER PICKERING HALE AND DORR LLP, AND DECHERT LLP AND (2) CERTAIN RELEASES BY THE DEBTORS**

Upon the United States Trustee's motion, dated April 29, 2021 (the "Motion"), pursuant to sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Rule 2014 of the Federal Rule of Bankruptcy Procedure for entry of an order approving (1) a settlement agreement (the "Settlement Agreement") between the United States Trustee, Skadden, Arps, Slate, Meagher & Flom, LLP, Wilmer Cutler Pickering Hale and Dorr, LLP, and Dechert LLP and (2) certain releases by the Debtors [Docket No. 2763]; and an amended Settlement Agreement, dated May 18, 2021 having been filed on May 20, 2021 [Docket No. 2888] (the "Amended Settlement Agreement"); and, after due and sufficient notice of the Motion, there being no objections to the requested relief; and upon the record of the hearing held by the Court on the Motion on May 20, 2021; and, after due deliberation, the Court having determined that United States Trustee and the Debtors have established sufficient cause for the relief granted herein, in that the Amended Settlement Agreement is fair and reasonable, properly resolves the controversies at issue in the

light of the merits and the cost and delay of litigation, and is in the best interests of the Debtors estates and creditors, it is hereby

    ORDERED, the Motion is granted, and it is further

    ORDERED, the Amended Settlement Agreement is approved and the Debtors are authorized to perform it according to its terms.

Dated: White Plains, New York
       May 20, 2021

                                        */s/Robert D. Drain*
                                        HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE