**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF PRIME CLERK LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES FOR THE <u>PERIOD FROM FEBRUARY 1, 2020 THROUGH JANUARY 31, 2021</u>**

Upon consideration of the application (the "**Application**") filed by Prime Clerk LLC (the "**Applicant**") , pursuant to sections 327, 328, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking allowance of interim compensation for professional services rendered and reimbursement of actual and necessary expenses incurred from February 1, 2020 through and including January 31, 2021 (the "**Fee Period**") in connection therewith; and an independent fee examiner (the "**Fee Examiner**") having been appointed in these cases in accordance with the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023] (the "**Fee Examiner Order**"); and the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Fee Examiner having reviewed the Application in accordance with the Fee Examiner Order; and the Fee Examiner and the Applicant having agreed to the recommended fee and expense reductions as set forth on **Schedule A** hereto; and the Fee Examiner having no objection to the interim allowance and payment of the Applicant's fees and expenses in the amounts set forth on **Schedule A** hereto under the column headings "Fees Allowed for First Interim Fee Application" and "Expenses Allowed for First Interim Fee Application"; and the total amount of the Applicant's fees and expenses sought in the Fee Period together with the amounts allowed pursuant to prior Fee Applications being set forth on **Schedule B** hereto; and due and proper notice having been provided pursuant to Bankruptcy Rules 2002(a)(6) and (c)(2) and the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529], and it appearing that no other or further notice need be provided; and there being no objections to the relief granted herein; and a hearing having been held on May 20, 2021 to consider the Application; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and this matter being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of all of the proceedings had before the Court; and good and sufficient cause appearing for the relief granted hereby,

IT IS HEREBY ORDERED THAT:

1. The Application is granted as set forth on **Schedule A** hereto.

2. The Applicant is awarded, on an interim basis, (a) compensation for professional services rendered during the Fee Period and (b) reimbursement for actual and necessary expenses

incurred by the Applicant, in the amounts set forth under the column headings "Fees Allowed for First Interim Fee Application" and "Expenses Allowed for First Interim Fee Application" on **Schedule A** hereto.

3. The Debtors are authorized and directed to pay the Applicant promptly the amounts of fees and expenses approved by this Order and set forth under the column headings "Fees Allowed for First Interim Fee Application" and "Expenses Allowed for First Interim Fee Application" on **Schedule A** hereto, to the extent such amounts have not previously been paid.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: May 21, 2021
      White Plains, New York

/s/ Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

## Schedule A

### Interim Fee Application: February 1, 2020 through January 31, 2021

**Case No:** 19-23649 (RDD)
**Case Name:** In re Purdue Pharma L.P., *et al.*

| Applicant | Date and Docket Number of Application | Fees Requested on First Interim Fee Application | Expenses Requested on First Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for First Interim Fee Application | Expenses Allowed for First Interim Fee Application |
|---|---|---|---|---|---|---|---|
| **Debtors' Professionals** | | | | | | | |
| Prime Clerk LLC | Mar. 15, 2021 ECF No. 2482 | $16,432.25 | $0.00 | $0.00 | $0.00 | $16,432.25 | $0.00 |

Date Order Signed: 5/21/2021

Initials: RDD  USBJ

**Schedule B**

**Interim Fee Applications: Petition Date through January 31, 2021**

**Case No:** 19-23649 (RDD)
**Case Name:** In re Purdue Pharma L.P., *et al.*

| Applicant | Total Fees Requested | Total Fees Paid[2] | Total Expenses Requested | Total Expenses Paid |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Prime Clerk LLC[3] | $16,432.25 | $16,432.25 | $0.00 | $0.00 |

---

[2] Includes amounts to be paid pursuant to this Order.
[3] Prime Clerk LLC did not incur any fees or expenses in its capacity as administrative advisor prior to February 2020, nor did it incur any fees or expenses in such capacity from March through July 2020, or from September through November 2020. Due to the *de minimis* amounts incurred during the prior interim periods, this Application is Prime Clerk LLC's first interim fee application.

Date Order Signed: 5/21/2021                                          Initials: RDD USBJ