## MOTION

IN RE: PURDUE PHARMA L.P.                                    CASE NO: 19-23649-RRD

SOCIAL SECURITY/TAXPAYER ID/EMPLOYERID/OTHER NOS:

06-1307484

---

IN RE: TO THE NOTICE OF HEARING DATED: MAY 10TH 2021 I RECVED ON MAY 14TH 2021 CALIFORNIA HEARTH CARE FACILITY PRISON IN STOCKTON WILL NOT ALLOWE ME TO USE A COMPUTER TO GO ON LINE TO WWW.COURTSOLUTIONS.COM WITH OUT A COURT ORDER AT 11:00 AM PTST I WILL TRY TO CALL THE (646)7604600 CALLECT THIS IS ALL WE ARE ALLOUD TO DO. PLEASE NOTE AFTER I HAVE DONE THIS I WILL HAVE DONE ALL I CAN DO AT THIS TIME WITHOUT A COURT ORDER. I PRAY THAT THE COURT DOSE NOT BAR MY MOTION TO FILE PROOF OF CLAIM AFTER CLAIMS BAR DATE.

DATE: MAY 15TH 2021

EARL COBB G11693

X *Earl Cobb* (signature)

CC. COPY OF LETTER TO MARSHALL SCOTT HUEBNER

CC. COPY OF LETTER TO EDDIE ANDINO DIVISIONAL MANAGER

FILED
U.S. BANKRUPTCY COURT
2021 MAY 21 P 2:39
S.D. OF N.Y.

TO: EDDIE ANDINO, DIVISIONAL MANAGER

FILED
U.S. BANKRUPTCY COURT
2021 MAY 21  P 2 39
S.D. OF N.Y.

SIR I RECVED YOUR LETTER NOTICE OF HERING DATED MAY 10TH 2021
FOR THE COURT STAFFMEMBER WHO GRANTED PERMISSION FOR ME TO APPEAR
TELEPHONICALLY. I CAN ONLEY MAKE COLLECT CALL FORM THE PRISON.
AND WE ARE NOT ALLOUED TO USE THE COMPUTERS SO I CANNOT CONTACT YOU AT
WWW.COURTSOLUTIONS.COM. I TRYED TO CALL THE 646 7604600 BUT I DIDNOT GET THU
GHT BECUSE YOU DO NOT ACCEPT CALLECTE CALLS I HAD MY MOTHER CALL THE NUMBER
AND THY ASKED FOR A 6 DIGTT NUMBER THAT WE DO NOT KNOW AT THIS TIME
I HAVE A COURT DATE SET FOR THE 16TH OF MAY AND IM GOING TO MISS IT
BECUSE I CANT ACSSES THE COURT THE WAYS THAT YOU GAVE ME DO TO ME BEING IN
PRISON. I WANT TO DO THIS I WANT MY MOTION TO BE HERED PLEASE PROVIED
OTHER WAYS LIKE , WRITON MOTION, COURT ORDER, FOR TELLACONFERENCE CALLS, ECT,
ECT, PLEASE HELP ME I DO NOT HAVE ANY OTHER WAYS TO CONTACT THE COURTS
THANK YOU FOR YOUR TIME AND HELP IN THIS MATTER

DATE 5-15-21

x [signature]

CC. COPY OF MOTION SENT TO COURT

CC. COPY OF LETTER SENT TO MARSHALL SCOTT HUEBNER

TO: MARSHALL SCOTT HUEBNER

AT: 450 LEXINGTON AVENUE

NEW YORK, NY 10017

SIR I RECEVED A LETTER NOTICE OF HEARING DATED MAY 10TH 2021 FOR A TELECONFERENCE CALL FROM EDDIE ANDINO, DIVISIONAL MANAGER.

SIR IM IN PRISON I CANNOT USE A COMPUTOR SO I CANT GO ON LINE TO WWW.COURTSOLUTIONS.COM I TRYED TO CALL THE (646)7604600. BUT YOU DUENOT EXSEPT CALLCET CALLS . I HAD MY MOTHER CALL TH NUMBER AND THEY ASKED FOR A 6 DIGIT NUMBER THAT WE DIDNOT KNOW . I DONOT KNOW WHAT TO DO AT THIS TIME I HAVE A COURT DATE SET FOR THE 16TH OF MAY AND IM GOING TO MISS IT BECUSE I CANT ACESS THE COURTS THE WAYS YOU GAVE ME DO TO BEING IN PRISON I WANT TO DO THIS IWANT MY MOTION TO BE HERED PLEASE PRVIED OTHER ALL TRNITES LIKE, WRITEN MOTION, COURT ORDER , FOR TELLACONFERENCE CALL, ECT, ECT, PLAESE HELP ME ANY WAY YOU CAN AS I HAVE NO OTHER WAY TO CONTACTE THE COURTS. THANK YOU FOR YOUR TIMEAND YOUR HELP IN THIS MATTER.

DATE 5-14-21

EARL COBB 6-11693

x Earl Cobb

    CC. COPY OF MOTION SENT TO COURT

    CC. COPY OF LETTER SENT TO EDDIE ANDINO, DIVISIONAL MANAGER

## MOTION

IN RE: PURDUE PHARMA L.P.                                    CASE NO:19-23649-RRD

SOCIAL SECURITY/TAXPAYER ID/EMPLOYERID/OTHER NOS:

06-1307484

---

IN RE: TO THE NOTICE OF HEARING DATED:MAY 10TH 2021 I RECVED ON MAY 14TH 2021 CALIFORNIA HEARTH CARE FACILITY PRISON IN STOCKTON WILL NOT ALLOWE ME TO USE A COMPUTER TO GO ON LINE TO WWW.COURTSOLUTIONS.COM WITH OUT A COURT ORDER AT 11:00 AM PTST I WILL TRY TO CALL THE (646)7604600 CALLECT THIS IS ALL WE ARE ALLOUD TO DO. PLEASE NOTE AFTER I HAVE DONE THIS I WILL HAVE DONE ALL I CAN DO AT THIS TIME WITHOUT A COURT ORDER. I PRAY THAT THE COURT DOSE NOT BAR MY MOTION TO FILE PROOF OF CLAIM AFTER CLAIMS BAR DATE.

DATE: MAY 15TH 2021

EARL COBB G11693

x *[signature]* Earl Cobb

CC. COPY OF LETTER TO MARSHALL SCOTT HUEBNER

CC. COPY OF LETTER TO EDDIE ANDINO DIVISIONAL MANAGER