DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE THAT DISCLOSURE STATEMENT HEARING THAT IS SCHEDULED FOR MAY 26, 2021 AT 9:00 A.M. (ET) WILL BE CONDUCTED THROUGH ZOOM**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*(IV) Certain Dates with Respect Thereto* seeking entry of an order approving, among other things, (a) the adequacy of information in the Disclosure Statement, (b) Solicitation and Voting Procedures, (c) forms of Ballots, notices and notice procedures in connection therewith and (d) certain dates with respect thereto is scheduled for May 26, 2021, at 9:00 a.m. (prevailing Eastern Time) (the "**Disclosure Statement Hearing**") pursuant to the notice filed at Docket No. 2882.[2]

**PLEASE TAKE FURTHER NOTICE** that, at the Court's directive, the Disclosure Statement Hearing **will be conducted through Zoom** before the Honorable Robert D. Drain.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the Disclosure Statement Hearing, and have not already so informed counsel to the above-captioned debtors or the Court, should consult the Court's calendar with respect to the day of the Disclosure Statement Hearing at https://www.nysb.uscourts.gov/calendars/rdd.html for information regarding how to be added as a participant.

**PLEASE TAKE FURTHER NOTICE** that Members of the public who wish to listen to, but not participate in, the Disclosure Statement Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 1320562346##.

**PLEASE TAKE FURTHER NOTICE** that the Court will send a link to all participants to register for Zoom before the Disclosure Statement Hearing.

---

[2] Please note that the Disclosure Statement Hearing will commence at 9:00 a.m. (prevailing Eastern Time) notwithstanding the reference to 10:00 a.m. (prevailing Eastern Time) in paragraph 3(a)(ii) of the *Amended Order Granting Debtors' Motion for Order Establishing Confirmation Schedule and Protocols* [D.I. 2894].

#94586916v4

Dated: May 21, 2021
New York, New York

DAVIS POLK & WARDWELL LLP

By: */s/ Eli J. Vonnegut*
Eli J. Vonnegut

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

#94586916v4