**TARTER KRINSKY & DROGIN**
*Counsel for NAS Ad Hoc Committee*
1350 Broadway, 11th Floor
New York, NY 10018
Tel: (212) 216-8000
Scott S. Markowitz, Esq.
Rocco A. Cavaliere, Esq.
Michael Z. Brownstein, Esq.
Email: smarkowitz@tarterkrinsky.com
Email: rcavaliere@tarterkrinsky.com
Email: mbrownstein@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| Debtors.[1] | : | (Jointly Administered) |

# NOTICE OF WITHDRAWAL OF NAS AD HOC COMMITTEE'S JOINDER TO STATE OF WEST VIRGINIA'S OBJECTION TO DEBTORS' MOTION TO APPROVE DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE** that the NAS Children Ad Hoc Committee, through its counsel, Tarter Krinsky & Drogin LLP, hereby withdraws, without prejudice, its *Joinder to State of West Virginia's Objection to Debtors' Motion to Approve Disclosure Statement* [Docket No. 2749].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors shall include their affiliates and other entities under their control. The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

{Client/085978/1/02397188.DOCX;1 }

Dated: May 24, 2021
New York, New York

        **TARTER KRINSKY & DROGIN LLP**
        *Counsel for NAS Ad Hoc Committee*

By: s/ Scott S. Markowitz
    Scott S. Markowitz, Esq.
    Rocco A. Cavaliere, Esq.
    Michael Z. Brownstein, Esq.
    1350 Broadway, 11th Floor
    New York, NY 10018
    Tel: (212) 216-8000
    Scott S. Markowitz, Esq.
    Rocco A. Cavaliere, Esq.
    Michael Z. Brownstein, Esq.
    Email: smarkowitz@tarterkrinsky.com
    Email: rcavaliere@tarterkrinsky.com
    Email: mbrownstein@tarterkrinsky.com

**MARTZELL, BICKFORD & CENTOLA**
Scott R. Bickford (LA 1165)
Spencer R. Doody (LA 27795)
338 Lafayette Street
New Orleans, LA 70130
Telephone: 504-581-9065
Facsimile: 504-581-7635
sbickford@mbfirm.com
srd@mbfirm.com
usdcndoh@mbfirm.com

**CREADORE LAW FIRM PC**
450 Seventh Avenue, 14th Floor
New York, NY 10123
Telephone: 212.355.7200
Donald Creadore, Esq. (NY 2090702)
donald@creadorelawfirm.com

**LAW OFFICES OF KENT HARRISON ROBBINS, P.A**.
242 Northeast 27th Street
Miami, Florida 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Email: khr@khrlawoffices.com

{Client/085978/1/02397188.DOCX;1 }