**Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**[PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMIT IN FILING OMNIBUS REPLY IN OPPOSITION TO THE OBJECTIONS TO THE DEBTORS' DISCLOSURE STATEMENT**

Upon the motion, dated May 24, 2021 ("**Motion**"), of Purdue Pharma L.P. ("**PPLP**") and certain affiliated debtors, as debtors and debtors in possession (collectively, the "**Debtors**"), for an order granting leave to exceed the page limit in filing the Debtors' omnibus reply brief (including the omnibus objections response chart attached thereo) in support of the Debtors' *Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto* [Dkt. No. 2489], the Court finds that the Debtors have shown good cause to exceed the page limit set out by the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures*, entered on November 18, 2019 [Dkt. No. 498]. Based on this finding, it is hereby:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

ORDERED, that the Debtors may exceed this Court's page limit for replies and statements and file an omnibus reply that is 94 pages in length (including the omnibus objections response chart), exclusive of the table of contents and table of authorities.

Dated: White Plains, New York
      May __, 2021

 

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE