UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., et al., | Case No. 19-23649 (RDD) |
| Debtors. [1] | (Jointly Administered) |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR SUN PHARMACEUTICALS CANADA, INC., SUN PHARMACEUTICAL INDUSTRIES, INC., AND RANBAXY PHARMACEUTICALS CANADA INC.**

It is hereby stipulated that Jenna Pellecchia, 2 Independence Way, Princeton, NJ 08540, be substituted as attorney of record for Sun Pharmaceuticals Canada, Inc., Sun Pharmaceutical Industries, Inc., and Ranbaxy Pharmaceuticals Canada Inc., in place and stead of the undersigned attorneys as of the date hereof.

All future pleadings and court filings should be served upon:

Jenna Pellecchia, Esquire
Sun Pharmaceutical Industries Inc.
2 Independence Way
Princeton, NJ 08540
Jenna.Pellecchia@sunpharma.com

*[Signature page follows]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Withdrawing Attorneys: | Substitute Attorney: |
|---|---|
| By: /s/ *Henry J. Jaffe*<br>Henry J. Jaffe<br>Marcy J. McLaughlin Smith<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Hercules Plaza<br>1313 N. Market Street, Suite 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Tel: (302) 777-6500<br>Fax: (302) 421-8390<br>Email: Henry.Jaffe@troutman.com<br>       Marcy.Smith@troutman.com<br><br>-and-<br><br>Alissa K. Piccione<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>875 Third Avenue<br>New York, New York 10022<br>Tel: (212) 704-6000<br>Fax: (212) 704-6288<br>Email: Alissa.Piccione@troutman.com<br><br>-and-<br><br>Suzanne Forbis Mack<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 981-4000<br>Fax: (215) 981-4750<br>Email: Suzanne.Mack@troutman.com<br><br>Dated: May 25, 2021 | By: /s/ *Jenna Pellecchia*<br>Jenna Pellecchia<br>Sun Pharmaceutical Industries Inc.<br>2 Independence Way<br>Princeton, NJ 08540<br>Jenna.Pellecchia@sunpharma.com<br><br>Dated: May 25, 2021 |

#116370721 v1