**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**NOTICE OF EIGHTEENTH MONTHLY FEE STATEMENT OF JONES DAY FOR**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS**
**FOR THE PERIOD FROM APRIL 1, 2021 THROUGH APRIL 30, 2021**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | April 1, 2021 through April 30, 2021 |
| **Amount of Compensation Requested (after agreed upon 13% discount):** | $272,377.43 |
| **Less 20% Holdback** | $54,475.49 |
| **Net of Holdback**: | $217,901.94 |
| **Amount of Expense Reimbursement Requested:** | $13,759.92 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $231,661.86 |
| **This is a** | X__ Monthly ____Interim ___ Final Fee Statement |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this eighteenth monthly fee statement (the "Eighteenth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from April 1, 2021 through April 30, 2021 (the "Eighteenth Monthly Fee Period"). By this Eighteenth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $231,661.86 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Eighteenth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

**SERVICES RENDERED AND EXPENSES INCURRED**

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Eighteenth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]      The total amount sought for fees reflects application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $40,700.08 for the Eighteenth Monthly Fee Period). In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2021, Jones Day is using 2020 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 13% reduction.

hourly billing rate of Jones Day timekeepers during the Eighteenth Monthly Fee Period is approximately $765.97.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Eighteenth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Eighteenth Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Eighteenth Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Eighteenth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Eighteenth Monthly Fee Period.

[5]      The time records included in **Exhibit D** have been minimally redacted to protect privileged information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq.,

Email: dklauder@bk-legal.com.

6.      Objections to this Eighteenth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, New York 10281, Attn: Anna Kordas (akordas@jonesday.com) no later than June 8, 2021 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

7.      If no objections to this Eighteenth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Eighteenth Monthly Fee Statement.

8.      To the extent that an objection to this Eighteenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Eighteenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Eighteenth Monthly Fee Statement has

been made to this or any other court.

Dated: May 25, 2021                          /s/ Anna Kordas
      New York, NY                          JONES DAY
                                                      John J. Normile
                                                      Anna Kordas
                                                      250 Vesey Street
 New York, NY 10281
 Telephone:      (212) 326-3939
 Facsimile:      (212) 755-7306
 Email:          jjnormile@jonesday.com
                   akordas@jonesday.com

*Special Counsel to the Debtors and*
*Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**APRIL 1, 2021 – APRIL 30, 2021**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|------|-------------------|------|-------------------|-------|--------|
| **PARTNER** | | | | | |
| Matthew W. Johnson | 2007 | $850.00 | $739.50 | 0.8 | $680.00 |
| Gasper J. LaRosa | 2002 | $1,125.00 | $978.75 | 2.0 | $2,250.00 |
| Christopher Morrison | 2001 | $1,025.00 | $891.75 | 12.4 | $12,710.00 |
| John J. Normile | 1989 | $1,250.00 | $1,087.50 | 96.1 | $120,125.00 |
| **TOTAL PARTNER:** | | | | **111.3** | **$135,765.00** |
| **COUNSEL** | | | | | |
| Kelsey I. Nix | 1988 | $1,180.00 | $1,062.00 | 37.3 | $44,014.00 |
| **TOTAL COUNSEL:** | | | | **37.3** | **$44,014.00** |
| **ASSOCIATE** | | | | | |
| Chané Buck | 2017 | $575.00 | $500.25 | 5.3 | $3,047.50 |
| Anna Kordas | 2014 | $800.00 | $696.00 | 4.0 | $3,200.00 |
| Kevin V. McCarthy | 2016 | $715.00 | $622.05 | 96.0 | $68,640.00 |
| Adam M. Nicolais | 2017 | $655.00 | $569.85 | 74.7 | $48,928.50 |
| **TOTAL ASSOCIATE:** | | | | **180.0** | **$123,816.00** |
| **PARALEGAL & STAFF** | | | | | |
| Monika Barrios | N/A | $325.00 | $282.75 | 0.3 | $97.50 |
| Jason J. Darensbourg | N/A | $350.00 | $304.50 | 23.2 | $8,120.00 |
| Kristina Horn | N/A | $425.00 | $369.75 | 2.4 | $1,020.00 |
| Martin Ihle | N/A | $350.00 | $304.50 | 0.3 | $105.00 |
| Yuri Mozolev | N/A | $175.00 | $152.25 | 0.8 | $140.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **27.0** | **$9,482.50** |
| **TOTAL:** | | | | **355.6** | **$313,077.50** |

**<u>EXHIBIT B</u>**

**COMPENSATION BY PROJECT CATEGORY**
**<u>APRIL 1, 2021 – APRIL 30, 2021</u>**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 242.2 | $218,887.50 |
| Intellipharmaceutics Corp. | 6.8 | $5,308.50 |
| Strategic Corporate Advice | 3.0 | $2,145.00 |
| Retention Matters | 13.2 | $10,845.00 |
| Accord Healthcare Inc. | 90.4 | $75,891.50 |
| **TOTAL** | 355.6 | **$313,077.50** |
| **13% DISCOUNT** | | **$40,700.08** |
| **TOTAL FEES** | | **$272,377.43** |

**<u>EXHIBIT C</u>**

**EXPENSE SUMMARY**
**<u>APRIL 1, 2021 – APRIL 30, 2021</u>**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $13,300.00 |
| Court Costs | $459.92 |
| **TOTAL** | **$13,759.92** |

## **EXHIBIT D**

## **TIME DETAIL**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

May 21, 2021                                                              305158-610005

Invoice: 33497718

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through April 30, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 218,887.50 |
| Less 13% Fee Discount | | (28,455.37) |
| | USD | 190,432.13 |

## DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Consultants and Agents Fees | 11,800.00 | |
| Court Reporter Fees | 57.92 | |
| Filing Fees and Related | 402.00 | |
| | | 12,259.92 |
| **TOTAL** | **USD** | **202,692.05** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610005/33497718 WITH YOUR PAYMENT

JONES DAY

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page 2
May 21, 2021
Invoice:  33497718

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| M W JOHNSON | 0.80 | 850.00 | 680.00 |
| G J LAROSA | 2.00 | 1,125.00 | 2,250.00 |
| C M MORRISON | 12.40 | 1,025.00 | 12,710.00 |
| J J NORMILE | 62.40 | 1,250.00 | 78,000.00 |
| OF COUNSEL |  |  |  |
| K I NIX | 36.40 | 1,180.00 | 42,952.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 47.60 | 715.00 | 34,034.00 |
| A M NICOLAIS | 65.30 | 655.00 | 42,771.50 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 13.20 | 350.00 | 4,620.00 |
| LEGAL SUPPORT |  |  |  |
| K HORN | 1.80 | 425.00 | 765.00 |
| PROJECT ASST |  |  |  |
| M IHLE | 0.30 | 350.00 | 105.00 |
| **TOTAL** | **242.20** | **USD** | **218,887.50** |

JONES DAY

305158-610005                                                                    Page 3
                                                                            May 21, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice:  33497718

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/01/21 | K MCCARTHY | 5.00 |

Prepare for and participate in Court status teleconference (0.5), including internal pre- and post-hearing calls (0.5); communicate internally ████████████████████████████████ (0.8); review/analyze legal research regarding ████████████████████████████████ (1.6); communicate internally, with co-counsel, and with document discovery vendor regarding prior case document productions (0.7); ████████████████████████████████████ ) (0.4); prepare for and participate in teleconference with P. Hendler regarding upcoming case deadlines and related action items (0.5).

| 04/01/21 | C M MORRISON | 1.00 |

Confer with J. Normile, P. Hendler, and K. McCarthy regarding hearing (.3); prepare for and participate in hearing (.5); confer internally regarding outcomes and strategy (.2).

| 04/01/21 | A M NICOLAIS | 3.80 |

████████████████████████████████████████████████████████ (1.7); drafting summary re same (1.1) communication in firm with K. McCarthy re same (.2); updating Purdue weekly tracker with new Collegium schedule and updates (.7); communication in firm with K. McCarthy re same (.1).

| 04/01/21 | K I NIX | 2.60 |

████████████████████████████████████████████████ (1.8); prepared email to J. Normile regarding ██████████ (.3); work regarding ██████████████ (.5).

| 04/01/21 | J J NORMILE | 3.60 |

Preparation for and participation in teleconference with P. Hendler and K. McCarthy regarding upcoming status conference before Judge Saylor (1.0); preparation for and participation in status teleconference before Judge Saylor (.50); preparation of correspondence regarding status conference before Judge Saylor (.30); review of correspondence and status of prior discovery in pending matters (1.0); review of various correspondence regarding ████████████████████ (.80).

| 04/02/21 | M IHLE | 0.30 |

Save all most recent Pleadings documents to R Drive and Caselink.

| 04/02/21 | K MCCARTHY | 5.50 |

Draft/revise stipulation regarding 434 patent and communicate internally, with co-counsel, with client, and with opposing counsel regarding same (2.5); coordinate hearing transcript order and invoice payment (0.5); review/analyze Collegium's pending motions to be addressed in supplemental briefing ordered by Court ████████████ (1.0) communicate internally regarding same (0.5); prepare for and participate in teleconference with J. Normile and P. Hendler regarding upcoming deadlines and related action items (0.7); call with A. Nicolais regarding outstanding assignments (0.3).

| 04/02/21 | C M MORRISON | 0.30 |

Confer internally (.1) and revise stipulation regarding consolidation (.2).

| 04/02/21 | A M NICOLAIS | 3.30 |

Drafting complaint for new '434 patent (1.7); communication in firm with K. McCarthy re same (.2); further edits/revisions to research summary ██████████ for B. Koch (.5); continue edits/revisions to weekly tracker (.9).

| 04/02/21 | K I NIX | 0.50 |

Studied transcript of April 1 hearing before Judge Saylor (.3); studied proposed stipulation and email from K. McCarthy (.2).

JONES DAY

305158-610005                                                                                                    Page 4
                                                                                                          May 21, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                              Invoice:  33497718

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**04/02/21    J J NORMILE                                                            5.80**
Preparation for and participation in teleconference with P. Hendler and K. McCarthy regarding various discovery tasks (1.0); review of legal research regarding ███████████████ and related correspondence from K. McCarthy and A. Nicolais (2.0); review of Judge Saylor's case management scheduling order and related correspondence (.80); review and revision of draft 434 complaint and related team correspondence (2.0).

**04/03/21    J J NORMILE                                                            1.00**
Review of correspondence from B. Koch and P. Hendler and supporting materials regarding legal research on ████████████████████████.

**04/04/21    A M NICOLAIS                                                           0.50**
Reviewing Collegium motion to stay pending PGR and Motion to strike supplemental declaration.

**04/04/21    J J NORMILE                                                            2.30**
Review of various correspondence regarding ████████████ (.30); review of various correspondence and drafts of 434 complaint (1.0); review of background materials in preparation for supplemental briefs on the issue of staying the 961 patent (1.0).

**04/05/21    K MCCARTHY                                                            1.00**
Prepare for and participate in teleconference with J. Normile, P. Hendler, and A. Nicolais regarding draft 434 patent complaint and related stipulation (0.7); finalize updated stipulations regarding adding and dismissing certain parties and patents, and communicate with C. Morrison regarding same (0.3).

**04/05/21    C M MORRISON                                                          0.20**
Communicate with clerk regarding stipulations.

**04/05/21    A M NICOLAIS                                                          4.20**
Edits/revisions to new '434 Complaint (1.5); communication in firm with P. Hendler and J. Normile re same (.5); drafting update of Collegium litigation matters for bankruptcy status update (.7); drafting outreach to ███████████████ re updates and confirmation of representation (0.5); weekly Purdue meeting (.4); drafting weekly update tracker (.4); communication in firm re IPC document destruction deadline (.2).

**04/05/21    J J NORMILE                                                           3.80**
Preparation for and participation in various teleconferences with P. Hendler, K. McCarthy and A. Nicolais regarding draft case management schedules and review and revise same (1.5); preparation for and participation in weekly team teleconference with B. Koch, R. Inz, R. Kreppel, P. Hendler and A. Nicolais (.80); review and revise draft 434 complaint (1.10) and various teleconferences and emails regarding same (.40).

**04/06/21    J J DARENSBOURG                                                       1.80**
Manage shared database for attorneys of correspondence regarding ████████████████████ (.8); draft Joint Stipulation to consolidate 434 patent case (.8); case management plan meeting availability, and status conference court transcripts (.2).

**04/06/21    K MCCARTHY                                                            0.40**
Attention to case administrative tasks, including coordinating docketing of case deadlines in new scheduling order and filing of expert, client, and vendor correspondence (0.4).

**04/06/21    C M MORRISON                                                          0.80**
Review and analyze draft complaint for 434 patent (.5); communicate with clerk regarding stipulations (.3).

**04/06/21    A M NICOLAIS                                                          8.10**
Edits/revisions to 434 patent complaint (1.5); incorporating edits/revisions from B. Koch, P. Hendler and R. Inz re same (1.0); research for recent caselaw re motions ████████████ (1.0); drafting summary of research re same (.5); reviewing past discussions between parties re Collegium's motion to strike supplemental declaration (.8); communication in firm re all (.5); research past disputes re ████████████████████ and drafting summary of same for P. Hendler (.5); ████████████████████ (1.2); drafting summary re same for K. Nix (1.1).

# JONES DAY

305158-610005                                                              Page 5
                                                                      May 21, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice: 33497718

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

04/06/21      K I NIX                                                      2.30

██████████████████████████████████████████████████████████████████████
████████

04/06/21      J J NORMILE                                                  4.10
Continued attention to preparation of 434 complaint including various correspondence with B. Koch, P. Hendler, R. Inz and A. Nicolais and review of comments to same (2.0); preparation of litigation action item list (.80); ███████████████████████████████████████████████████████████ (.80); review of various stipulations entered by Judge Saylor and forward same to client (.50).

04/07/21      M W JOHNSON                                                  0.80
Discuss pending PTAB motion to terminate in view of stay-lift motion in district court with J. Normile (0.3); draft updated briefing regarding stay-lift motion.

04/07/21      C M MORRISON                                                 0.80
Review proposed changes to complaint and confer with B. Kock, R. Inez, P. Hendler, and J. Normile regarding same.

04/07/21      A M NICOLAIS                                                 2.40
Drafting letters to ███████████████████████████ (1.2); team meeting re 434 patent complaint (.5); updates/edits to complaint (.5); edits to stipulation of consolidation (.2).

04/07/21      K I NIX                                                      1.30

██████████████████████████████████████████████████████████████████████
████████

04/07/21      J J NORMILE                                                  3.10
Preparation for and participation in teleconference regarding draft 434 complaint and review of various comments from B. Koch, P. Hendler, A. Nicolais and K. McCarthy (2.3); review of correspondence regarding a stipulation for consolidation including emails from P. Hendler, A. Nicolais and O. Langer (.80).

04/08/21      K MCCARTHY                                                   0.40
Prepare for and participate in teleconference with J. Normile, P. Hendler, and A. Nicolais regarding draft 434 patent complaint and related filing materials (0.4).

04/08/21      A M NICOLAIS                                                 8.40
Meeting with J. Normile, P. Hendler and K. McCarthy re 434 Complaint (.5); edits/revisions to same (1.0); █████████████████████████████████████████████████████ (1.5); drafting summary re same (1.5); researching case-law re supplemental claim construction declarations (1.0); drafting supplemental submission to court re motion to strike (1.5); researching caselaw re ████████ ████████████████████████████████ (1.0); communication in firm with 434 asserted claims (.4).

04/08/21      K I NIX                                                      1.30
Work regarding damages (1.0); studied damages apportionment decisions (.3).

04/08/21      J J NORMILE                                                  2.50
Preparation for and participation in teleconference with P. Hendler, K. McCarthy and A. Nicolais regarding potential Twombley motion by Collegium (1.0); attention to finalizing the 434 complaint and stipulation of consolidation including various correspondence and teleconferences with P. Hendler, K. McCarthy, R. Kreppel, B. Koch and R. Inz (1.5).

04/09/21      J J DARENSBOURG                                             1.90
Manage shared database for attorneys of correspondence regarding edits to Joint Stipulation Consolidating 434 patent case█████████████████████████████████████████████████████████████████
█████████████████████████████

**JONES DAY**

305158-610005                                                                    Page 6
                                                                              May 21, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice: 33497718

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**04/09/21    K MCCARTHY                                    3.00**
Review/analyze prior case correspondence regarding █████████████████
communicate internally regarding same (0.8); draft/revise '434 patent complaint and communicate with A.
Nicolais regarding edits to same (0.9); review/analyze preliminary infringement analysis and communicate
internally and with client regarding asserted claims of '434 patent (0.9); attention to case file, including
collection and filing of client and expert correspondence (0.4).

**04/09/21    C M MORRISON                                  1.00**
Attention to filing 484 Complaint (.5); attention to service (.2); confer with clerk and file civil action cover
and category form (.3).

**04/09/21    A M NICOLAIS                                  3.20**
Communication in firm re caselaw research re ███████████████████████████ (.5);
continue research re same (.4); edits/revisions/final review of 434 patent complaint (.5); preparing exhibits
and final papers for filing (.3); ████████████████████████████████████
█████ (1.5).

**04/09/21    K I NIX                                       2.60**
███████████████████████████ and preparation for and follow up regarding same;
prepared for client meeting regarding ██████████

**04/09/21    J J NORMILE                                   1.00**
Attention to finalizing the 434 complaint and stipulation of consolidation (.50); review of correspondence
regarding ████████████████████████ (.50).

**04/10/21    J J NORMILE                                   1.50**
Review of various correspondence regarding upcoming case management events including preparation of
supplemental memorandum relating to the stay of the 961 patent.

**04/11/21    J J NORMILE                                   0.80**
Review of various correspondence regarding upcoming case management issues and review of drafts of
same.

**04/12/21    K HORN                                        0.90**
Review files for Infringement Contentions requested by B. Koch.

**04/12/21    K MCCARTHY                                    3.00**
Review and provide proposed edits to Purdue's supplemental memorandum regarding Collegium's pending
motions (0.9); review and provide proposed edits to █████████████████████
██████ (0.6); attention to ███████████████ (0.5); attention to case correspondence and
case files (0.5); review/analyze recent hearing transcripts and communicate internally regarding same (0.5).

**04/12/21    A M NICOLAIS                                  4.90**
Communication in firm with K. McCarthy re Collegium action items (.2); drafting letters to
████████████████████ (.4); drafting joint supplemental submission re Collegium's motion
to stay 961 patent pending PGR (2.0); communication with P. Hendler and J. Normile re same (.3);
incorporating edits revisions re same (.2); review of '961 action pleadings and correspondence re Collegium
protective order for new 434 case (.5); internal team meeting with J. Normile & P. Hendler re Purdue action
items (.5); drafting weekly status updates (.3); Purdue weekly team meeting (.5).

**04/12/21    K I NIX                                       3.20**
Reviewed undertaking ████████████████████ (1.5); worked on
summary of ████████████ (1.0); reviewed ████████████ (.5); studied opinions citing
████████ (.2).

**04/12/21    J J NORMILE                                   2.00**
Preparation for and participation in team teleconference with B. Koch, R. Silbert, R. Inz, R. Kreppel, P.
Hendler, A. Nicolais and K. McCarthy (.50); related status teleconference with P. Hendler, K. McCarthy
and A. Nicolais (.50); review of background materials of Collegium designated expert, Dr. Chambliss (.50);
review of background materials and various emails regarding Purdue expert, P. Constantinides (.50).

**JONES DAY**

305158-610005                                                                              Page 7
                                                                                      May 21, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                    Invoice:  33497718

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

04/13/21     J J DARENSBOURG                                              2.20
Manage shared database for attorneys of correspondence regarding ███████ Chambliss executed documents, Joint Stipulation to consolidate cases, ███████████

04/13/21     K MCCARTHY                                                   3.00
Draft/revise joint supplemental submission regarding Collegium's pending motions (0.8); prepare for and participate in teleconference with J. Normile, P. Hendler, and A. Nicolais regarding same (0.5); attention to miscellaneous case files and correspondence (1.1); █████ (0.3); finalize and serve letter on opposing counsel regarding protective order applicability to 434 patent action (0.3).

04/13/21     C M MORRISON                                                 1.20
Review and revise supplemental memorandum and confer internally regarding same.

04/13/21     A M NICOLAIS                                                 5.00
Meeting with J. Normile, P. Hendler and K. McCarthy re draft supplemental memo re motion to stay/strike (.4); edits revisions re same (1.3); incorporating edits/revisions of C. Morrison, B. Koch and R. Inz. re same (1.0); further communication in firm re same (.4); preparing supporting exhibits re same (.4); drafting letter to Collegium counsel re adoption of Protective Order for 434 case (.4); meeting with █████ re case status and upcoming action items (.7); edits/revisions to █████ (.4).

04/13/21     K I NIX                                                      4.20
Studied Purdue's and Collegium's draft submissions to Judge Saylor regarding Collegium's motion to stay proceedings on 961 patent pending termination of PGR and motion to strike Constantinides declaration (1.5); teleconference with J. Normile regarding █████ (1.0); worked on summary of █████ (.5); █████ (.6); and █████ (.6).

04/13/21     J J NORMILE                                                  3.50
Attention to preparation of supplemental memorandum relating to Collegium's motion to stay the 961 patent and motion to strike including various team teleconferences and review of team comments to same (1.5); attention to updating outstanding discovery to █████ (.50); review of correspondence relating to securing official copies of the file histories of the patents-in-suit (.50); preparation for and participation in teleconference with K. Nix regarding █████ (1.0).

04/14/21     K MCCARTHY                                                   3.50
Prepare for and participate in client teleconference with J. Normile and P. Hendler regarding case strategy (2.5); review/analyze █████ received from client and communicate internally and with B. Koch regarding same (1.0).

04/14/21     C M MORRISON                                                 0.80
Confer internally and with Collegium counsel regarding service, answer, and joint supplement.

04/14/21     A M NICOLAIS                                                 2.90
Edits/revisions to joint supplemental submission and exhibits and communications in firm re same (.7); Collegium case plan meeting (2.0); call with K. McCarthy re Purdue action items (.2).

04/14/21     K I NIX                                                      2.30
Video meeting with B. Koch, R. Kreppel, R. Inz, J. Normile P. Hendler, K. McCarthy and A. Nicolais regarding case strategy and preparation for and follow up regarding same (1.0); █████ (.6), and email to B. Koch and R. Kreppel regarding same (.7).

305158-610005                                                                Page 8
                                                                        May 21, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice:  33497718

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

04/14/21    J J NORMILE                                                      5.00
Preparation for and participation in team teleconference with B. Koch, R. Inz, R. Kreppel, P. Hendler, K. McCarthy and A. Nicolais (2.5); review of various correspondence from C. Morrison, P. Hendler and C. Pinahs regarding service of process of 434 complaint and joint supplemental memorandum (1.5); review of correspondence and memo from K. Nix regarding ███████████ (1.0).

04/15/21    J J DARENSBOURG                                                  2.10
Manage Constantinides Declarations and deposition transcripts and oral argument demonstratives and transcript for review by P Hendler.

04/15/21    K MCCARTHY                                                       2.50
Draft/revise supplemental memorandum regarding Collegium's pending motions and communicate internally regarding proposed edits to same (1.0); finalize supplemental memorandum and exhibits for filing (0.5); attention to case management tasks (0.6); review/analyze Collegium's supplemental submission and communicate with client regarding same (0.4).

04/15/21    C M MORRISON                                                     0.70
Review, revise, and file supplemental memo regarding pending motions (.5); communicate with Collegium regarding '484 Patent and disputes (.2).

04/15/21    K I NIX                                                          1.60
Reviewed parties' submissions regarding Collegium's pending motions (.6); e-mails with B. Koch, R. Kreppel and J. Normile regarding ███████████████████ (1.0).

04/15/21    J J NORMILE                                                      2.00
Review of various correspondence regarding preparation of initial disclosures including certified copies of file histories (1.0); review and revise case management plan including K. McCarthy edits (.50); attention to preparation of joint memorandum including various correspondence (.50).

04/16/21    G J LAROSA                                                       1.00
Communicate (in firm) regarding discovery and scheduling.

04/16/21    K MCCARTHY                                                       3.00
Draft/revise ██████████████████ and communicate internally regarding same (0.8); attention to internal and opposing counsel correspondence regarding Collegium's deadline to respond to Purdue's 434 patent complaint (0.5); attention to miscellaneous case correspondence regarding ████████ (0.7); review/analyze case management plan received from client (1.0).

04/16/21    C M MORRISON                                                     0.40
Confer with J. Normile and P. Hendler regarding Collegium communications and draft responsive communication regarding extensions.

04/16/21    K I NIX                                                          1.60
███████████████████████████████████████████████████████████████████████

04/16/21    J J NORMILE                                                      1.50
Attention to various discovery matters (.50); review of various correspondence regarding Collegium request for an extension to answer the 434 complaint (1.0).

04/17/21    J J NORMILE                                                      1.50
Review of correspondence from P. Hendler regarding ███████████████████ and attention to various discovery and potential motion issues.

**JONES DAY**

305158-610005                                                                    Page 9
                                                                         May 21, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                    Invoice:  33497718

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/19/21 | K MCCARTHY | 2.50 |

Teleconference with J. Normile regarding outstanding drafts (0.2); attention to miscellaneous case management tasks, including docketing deadlines, reviewing and responding to case correspondence, and communicating with co-counsel regarding 961 PGR oral hearing transcript (1.0); ((draft/revise ████████ (0.3); coordinate collection and storage of original patent ribbon copies for trial exhibits and communicate internally and with client regarding same (0.5); ((review/analyze ██████████████ (0.5).

| 04/19/21 | A M NICOLAIS | 1.40 |

Drafting Purdue weekly update report (.5); communication in firm with K. McCarthy re same and incorporating suggested edits re tracker (.5); weekly Purdue team meeting (.4).

| 04/19/21 | K I NIX | 0.50 |

Studied e-mails regarding service of the 434 complaint and Collegium's threatened Rule 12 motion to dismiss.

| 04/19/21 | J J NORMILE | 2.80 |

Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Kreppel, R. Inz, P. Hendler, K. McCarthy and A. Nicolais (.80); attention to various discovery issues including correspondence with K. McCarthy regarding original patent deeds and various correspondence and teleconferences regarding ████████████ (2.0).

| 04/20/21 | K MCCARTHY | 1.50 |

Attention to miscellaneous case files and correspondence (0.5); ((review/analyze ██████████████ (0.4); prepare for and participate in teleconference with B. Koch regarding same (0.4); ((communicate with ████████████████████ (0.2).

| 04/20/21 | A M NICOLAIS | 0.20 |

Communication in firm with K. McCarthy re Collegium action items (.2).

| 04/20/21 | J J NORMILE | 1.00 |

((Review of ████████████████ (.50); review of various correspondence relating to outstanding discovery issues (.50).

| 04/21/21 | K HORN | 0.90 |

Manage client and expert correspondence files. Organize and update electronic case files.

| 04/21/21 | K MCCARTHY | 5.00 |

((Review/analyze ████████████████████ (1.5); perform legal research regarding Collegium's Rule 12 motion arguments and communicate with P. Hendler and A. Nicolais regarding same (2.0); attention to miscellaneous internal and opposing counsel correspondence regarding Collegium's motion for extension and motion to dismiss 434 patent case (1.0); attention to miscellaneous case files and client correspondence regarding original patent copies (0.5).

| 04/21/21 | A M NICOLAIS | 4.40 |

Research caselaw and regulations re ██████████████ (2.5); drafting summary re same (1.0); ((reviewing ████████ (.7); communication in firm with K. McCarthy re same (.2).

| 04/21/21 | K I NIX | 1.60 |

Studied information regarding ██████████████

| 04/21/21 | J J NORMILE | 1.60 |

Review of various correspondence from team members regarding Collegium's proposed motion to dismiss the 434 complaint and related meet and confer conference (.80); review of correspondence from Collegium's proposed motion for an extension of time to answer the 434 complaint (.30); review of various correspondence regarding the upcoming conference ████████████████ (.50).

JONES DAY

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page 10
May 21, 2021
Invoice:  33497718

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**04/22/21   J J DARENSBOURG**                                2.00
Manage shared database for attorneys of correspondence regarding ████████████ draft Joint
Supplemental Submission, draft Protective Order for 434 Action, and ████████████████

**04/22/21   G J LAROSA**                                     1.00
Communicate (in firm) regarding preparation for discovery.

**04/22/21   K MCCARTHY**                                     2.00
Prepare for and participate in teleconference with J. Normile, P. Hendler, and C. Morrison regarding
Collegium's intended motions (0.6); draft/revise initial and supplemental infringement contentions and
communicate with A. Nicolais regarding same (0.8); ████████████████████████████
████████████████ (0.6).

**04/22/21   C M MORRISON**                                   1.30
Review and analyze motion for extension and draft opposition.

**04/22/21   A M NICOLAIS**                                   4.40
Drafting motion to consolidate Collegium cases (.25); ████████████████████████████
████████ (.25); communication with K. McCarthy re Twombley/Iqbal motion research (.4); researching
████████████████████████████████ (2.0); ████████████████
████████████████████████████████ (.5); analyzing and drafting summary re same (1.0).

**04/22/21   K I NIX**                                        1.20
Reviewed materials regarding ████████████████████████ in preparation for client call
tomorrow.

**04/22/21   J J NORMILE**                                    1.50
Preparation for and participation in teleconference with K. McCarthy and P. Hendler regarding Collegium's
proposed motion to dismiss the 434 complaint and review of various correspondence from C. Morrison
and C. Pinahs regarding same.

**04/23/21   K MCCARTHY**                                     1.50
Prepare for and participate in meet and confer with opposing counsel regarding Collegium's intended
motions (0.8); attention to internal case files and correspondence with K. Nix and P. Hendler regarding
████████████████████████ (0.7).

**04/23/21   C M MORRISON**                                   1.50
Draft/revise opposition to motion for extension (1.0). Phone call with Collegium regarding motion to
dismiss (.5).

**04/23/21   K I NIX**                                        4.60
████████████████████████████████████████████████
████████████████████████████████████

**04/23/21   J J NORMILE**                                    3.00
████████████████████████████████████████ (1.0);
preparation for and participation ████████████████████████████ (1.0);
preparation for and participation ████████████████████ (.50); review
████████████████████████ (.50).

**04/26/21   J J DARENSBOURG**                                3.20
Manage shared database for attorneys of correspondence and pleadings regarding original copies of patents-
in-suit, ████████████████████████████████████████████████
████████████████████████████████████████████ manage shared database
for attorneys of correspondence regarding oral hearing transcript.

**04/26/21   K MCCARTHY**                                     0.50
Prepare for and participate in teleconference with J. Normile and P. Hendler regarding upcoming deadlines
and ongoing tasks (0.5).

JONES DAY

305158-610005                                                          Page 11
                                                                   May 21, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice: 33497718

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

04/26/21    C M MORRISON                                              0.70
Confer internally regarding status and strategy (.5); revise and file opposition to motion for extension (.2).

04/26/21    A M NICOLAIS                                              2.30
Meeting with Collegium internal team re opposition to motion to extension and Collegium action items (.3);
communication in firm with K. McCarthy re same (.2); drafting ████████████████████ (1.6);
drafting notice re same (.2).

04/26/21    K I NIX                                                   1.30
((Reviewed ████████████████████████████

04/26/21    J J NORMILE                                               4.50
Preparation for and participation in weekly team teleconference including B. Koch, R. Kreppel, R. Inz, R.
Silbert, P. Hendler, K. McCarthy and A. Nicolais (1.0); preparation for and team teleconference with C.
Morrison, P. Hendler, A. Nicolais and K. McCarthy regarding Collegium's motion for extension of time
and other pending procedural matters (1.5); review of various correspondence in preparation for upcoming
teleconference ████████████████████████████████ and review of
background materials for same (2.0).

04/27/21    C M MORRISON                                              0.30
Confer with P. Hendler regarding communication from Robins Kaplan and proposed response regarding
motion to dismiss.

04/27/21    K I NIX                                                   1.10
Studied ████████████████████████████

04/27/21    J J NORMILE                                               1.50
((Preparation for ████████████████████████████████████
████████████████████████████

04/28/21    K MCCARTHY                                               2.50
((Prepare for and participate in ████████████████████████████████████ (1.0); draft/revise
████████████████████████████ (0.8); review/analyze ████████████████
████████████████████████ (0.7) )).

04/28/21    C M MORRISON                                              1.40
((Prepare for and participate in ████████████████████████████████████
████████████████████ (1.1); confer with J. Normile regarding same(.3).

04/28/21    A M NICOLAIS                                             2.30
Edits/revisions to Purdue weekly tracker; ████████████████████████ (.7); meeting
with K. McCarthy re ████████████████████████ (.5); edits/revisions to
████████████████████ (.9) )).

04/28/21    K I NIX                                                  0.30
████████████████████████████████

04/28/21    J J NORMILE                                               1.50
((Preparation for and participation in ████████████████████████████████████████████
████████████████████████████████

04/29/21    K MCCARTHY                                               1.00
Prepare for and participate in teleconference with P. Hendler and A. Nicolais regarding ████████████
████████████████████████ (0.6); prepare for and participate in ████████████████████████
████████████████████████ (0.2), and communicate internally and with client
regarding same (0.2).

JONES DAY

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page 12
May 21, 2021
Invoice:  33497718

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/29/21 | A M NICOLAIS | 3.60 |
| | Communication with P. Hendler and K. McCarthy re ███████████████ (.5); communication with Kevin McCarthy re same (.3); drafting ██████ re same (2.8). | |
| 04/29/21 | K I NIX | 1.00 |
| | ████████████████████████████████████ | |
| 04/30/21 | K MCCARTHY | 0.80 |
| | ((Prepare for and participate in ████████████████ (0.4); draft/revise ████████████████ (0.4) )). | |
| 04/30/21 | K I NIX | 1.30 |
| | ████████████████████████ | |
| **TOTAL** | | **242.20** |

**JONES DAY**

305158-610005                                                        Page 13
                                                                   May 21, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice:  33497718

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **CONSULTANTS FEES** | | | | |
| 04/15/21 | NYC ACCOUNTING | NYC | 1,800.00 | |
| 04/22/21 | NYC ACCOUNTING | NYC | 10,000.00 | |
| | **Consultants fees Subtotal** | | | **11,800.00** |
| **COURT REPORTER FEES** | | | | |
| 04/06/21 | K MCCARTHY | NYC | 57.92 | |
| | Court reporter fees - MARIANNE KUSA RYLL 4/2/2021 (status conference transcript - case no. 15CV13099 4/1/2021) | | | |
| | **Court reporter fees Subtotal** | | | **57.92** |
| **FILING FEES AND RELATED** | | | | |
| 04/15/21 | C M MORRISON | BOS | 402.00 | |
| | Filing fees and related Complaint filing fee 09-Apr-2021 | | | |
| | **Filing fees and related Subtotal** | | | **402.00** |
| | **TOTAL** | | **USD** | **12,259.92** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

May 21, 2021                                                    305158-610013

                                                          Invoice: 33497721

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through April 30, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 5,308.50 |
| Less 13% Fee Discount | | (690.10) |
| | USD | 4,618.40 |

### DISBURSEMENTS & CHARGES

| | |
|---|---|
| Consultants and Agents Fees | 1,500.00 |
| | 1,500.00 |

| | | |
|---|---|---|
| **TOTAL** | **USD** | **6,118.40** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610013/33497721 WITH YOUR PAYMENT

JONES DAY

305158-610013

Page 2
May 21, 2021
Invoice:  33497721

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

### TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 1.50 | 1,250.00 | 1,875.00 |
| OF COUNSEL |  |  |  |
| K I NIX | 0.20 | 1,180.00 | 236.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 2.70 | 715.00 | 1,930.50 |
| A M NICOLAIS | 1.40 | 655.00 | 917.00 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 1.00 | 350.00 | 350.00 |
| **TOTAL** | **6.80** | **USD** | **5,308.50** |

JONES DAY

305158-610013                                                                              Page 3
                                                                                      May 21, 2021

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                    Invoice: 33497721

## SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 04/06/21 | K MCCARTHY | 0.60 |

((Attention to ███████████████████████████████████████████████████
██████████████████████████████████ (0.3); teleconference with A. Nicolais
regarding coordinating same (0.3).

| 04/06/21 | A M NICOLAIS | 0.40 |

Communication in firm with K. McCarthy re IPC document destruction and production summary (.1);
communication with P. Hendler re same (.3).

| 04/08/21 | K MCCARTHY | 0.60 |

Prepare for and participate in teleconference with P. Hendler, and A. Nicolais regarding ███████████
██████████████████████ (0.4); communicate internally and with co-counsel regarding
outstanding action items (0.2).

| 04/08/21 | A M NICOLAIS | 1.00 |

Communication in firm with P. Hendler and K. McCarthy re IPC document destruction and produced
documents (.4); drafting summary re same (.6).

| 04/22/21 | K MCCARTHY | 1.50 |

Draft/revise joint stipulation regarding protective order deadlines (0.6); ████████████████████
█████████████ (0.5); finalize and coordinate filing of same with local counsel (0.4).

| 04/22/21 | J J NORMILE | 1.50 |

Review of correspondence ████████████████ regarding protective order and
various teleconferences with K. McCarthy and R. Smith regarding same.

| 04/26/21 | J J DARENSBOURG | 0.60 |

Manage shared database for attorneys of correspondence and pleadings regarding Joint Stipulation of
Document destruction.

| 04/26/21 | K I NIX | 0.20 |

Reviewed stipulated order entered by court.

| 04/27/21 | J J DARENSBOURG | 0.40 |

Manage/calendar extended IPC document destruction deadlines for attorneys.

| **TOTAL** | | **6.80** |

**JONES DAY**

305158-610013                                                                                     Page 4
                                                                                            May 21, 2021
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                          Invoice:  33497721


## DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **CONSULTANTS FEES** | | | | |
| 04/06/21 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | **Consultants fees Subtotal** | | | **1,500.00** |
| | **TOTAL** | | **USD** | **1,500.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

May 21, 2021                                                                 305158-610028

Invoice: 33497727

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through April 30, 2021:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 75,891.50 |
| Less 13% Fee Discount | | (9,865.89) |
| | USD | 66,025.61 |
| **TOTAL** | **USD** | **66,025.61** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610028/33497727 WITH YOUR PAYMENT

**JONES DAY**

305158-610028

Page 2

May 21, 2021

Accord Healthcare Inc.

Invoice:  33497727

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 28.60 | 1,250.00 | 35,750.00 |
| OF COUNSEL |  |  |  |
| K I NIX | 0.70 | 1,180.00 | 826.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 42.70 | 715.00 | 30,530.50 |
| A M NICOLAIS | 8.00 | 655.00 | 5,240.00 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 9.00 | 350.00 | 3,150.00 |
| LEGAL SUPPORT |  |  |  |
| K HORN | 0.60 | 425.00 | 255.00 |
| STAFF |  |  |  |
| Y MOZOLEV | 0.80 | 175.00 | 140.00 |
| **TOTAL** | **90.40** | **USD** | **75,891.50** |

JONES DAY

305158-610028                                                                                    Page 3
                                                                                          May 21, 2021
Accord Healthcare Inc.                                                          Invoice:  33497727

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**04/01/21    K MCCARTHY                                                    2.50**
Draft/revise Answer to Accord's counterclaims and communicate internally regarding edits to same (1.0);
((review/analyze ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮ (0.8); attention to case administration tasks and miscellaneous case correspondence (0.7).

**04/01/21    A M NICOLAIS                                                  1.70**
Edits/revisions to Accord Answer to Counterclaims (1.4); communication in firm with K. McCarthy and J.
Normile re same (.2); ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.1).

**04/01/21    J J NORMILE                                                   1.80**
Attention to various issues regarding Purdue's Answer to Accord's counterclaims including ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮.

**04/02/21    K MCCARTHY                                                    3.50**
Draft/revise Answer to Accord counterclaims and communicate internally regarding same (1.0);
draft/revise proposed scheduling order and communicate internally regarding same (2.0); attention to
miscellaneous case filings and correspondence (0.5).

**04/02/21    K I NIX                                                       0.40**
Studied answer and affirmative defenses to Accord's counterclaims.

**04/02/21    J J NORMILE                                                   1.50**
Continued review and revision of Answer to Accord's counterclaims and review of various correspondence
regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**04/03/21    K MCCARTHY                                                    4.00**
Draft/revise proposed scheduling order and communicate internally regarding same (3.50); draft/revise
proposed protective order (0.5).

**04/03/21    J J NORMILE                                                   1.00**
Review of various correspondence regarding draft case management schedule and drafts of same.

**04/05/21    J J DARENSBOURG                                               0.40**
Manage/obtain certified copies of prosecution histories for patents-in-suit.

**04/05/21    Y MOZOLEV                                                     0.50**
Research to find information on certified patent file histories, for J. Darensbourg (NY).

**04/05/21    A M NICOLAIS                                                  0.50**
Edits/revisions to the Accord joint proposed scheduling order.

**04/05/21    J J NORMILE                                                   1.50**
Review of various correspondence relating to draft case management schedules and review and revise same.

**04/06/21    J J DARENSBOURG                                               0.80**
Manage shared database for attorneys of correspondence and pleadings regarding Joint Proposed
Scheduling Order, Answer and Affirmative Defenses to Counterclaims, and Accord USA.

**04/06/21    A M NICOLAIS                                                  0.60**
Meeting with P. Hendler, J. Normile and R. Smith re propose Accord schedule (.3); edits/revisions/review
of proposed schedule re same (.3).

**04/06/21    J J NORMILE                                                   1.00**
Preparation for and participation in teleconference with P. Hendler, A. Nicolais and R. Smith regarding
case management issues including preparation of scheduling order.

**JONES DAY**

305158-610028                                                                          Page 4
                                                                                   May 21, 2021
Accord Healthcare Inc.                                                      Invoice:  33497727

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**04/08/21      J J NORMILE**                                                            1.00
Review of correspondence from counsel for Accord and review and revise draft case management schedule including review of various team comments.

**04/09/21      J J DARENSBOURG**                                                        0.20
Manage shared database for attorneys of correspondence regarding proposed revisions to Joint Proposed Scheduling Order.

**04/09/21      K MCCARTHY**                                                             0.50
Review/analyze Accord's edits to proposed scheduling order and communicate internally regarding same (0.3); attention to miscellaneous internal correspondence regarding production of patent file histories for patents-in-suit (0.2).

**04/09/21      A M NICOLAIS**                                                           1.90
Drafting joint letter to D. Hall re Accord case (1.9).

**04/09/21      J J NORMILE**                                                            1.80
Preparation for and participation in meet and confer with counsel for Accord relating to case management schedule (.80); related teleconference with P. Hendler regarding same and attention to proposed settlement issues (1.0).

**04/10/21      J J NORMILE**                                                            1.00
Review of various correspondence from P. Hendler, A. Nicolais and K. McCarthy regarding upcoming case management events and preparation of drafts of same.

**04/12/21      K MCCARTHY**                                                             3.00
Prepare for and participate in teleconference with J. Normile and P. Hendler regarding upcoming case deadlines and ongoing tasks (0.5); prepare for and participate in weekly client teleconference regarding litigation status updates (0.5); draft/revise weekly litigation tracker (0.2); draft/revise stipulation and proposed order regarding Accord USA (0.8); coordinate collection of certified patents and certified patent file histories (0.5); review/analyze ███████ (0.5).

**04/12/21      A M NICOLAIS**                                                           0.80
Edits/revisions to joint proposed scheduling order and joint letter to Court (.8).

**04/12/21      K I NIX**                                                                0.30
Reviewed proposed term sheet.

**04/12/21      J J NORMILE**                                                            1.50
Various teleconferences and correspondence with P. Hendler, A. Nicolais and K. McCarthy regarding preparation of updated case management schedule, stipulation regarding Accord Healthcare USA and settlement proposal forwarded by Accord.

**04/13/21      J J DARENSBOURG**                                                        0.90
Manage previously produced file histories for possible production in Accord; manage shared database for attorneys of Accord proposed term sheet.

**04/13/21      K MCCARTHY**                                                             2.50
Draft/revise stipulation and proposed order regarding Accord USA and communicate internally and with opposing counsel regarding edits to same (1.5); attention to case files and correspondence (0.8); teleconference with J. Normile regarding Accord OCA (0.2).

**04/13/21      J J NORMILE**                                                            2.50
Continued attention to preparation of joint stipulation regarding Accord Healthcare USA, proposed case management schedule and joint letter to the court including various teleconferences with K. McCarthy.

**04/14/21      K MCCARTHY**                                                             2.00
Draft/revise proposed scheduling order and cover letter and communicate internally regarding same (0.8); draft/revise Accord USA stipulation and communicate with co-counsel and opposing counsel regarding same (0.7); draft/revise Purdue's initial disclosures (0.5).

**JONES DAY**

305158-610028

Accord Healthcare Inc.

Page 5
May 21, 2021
Invoice:  33497727

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/14/21 | A M NICOLAIS | 0.40 |

Edits/revisions to Accord joint letter to court and joint schedule (.2); communication in firm re same (.2).

| 04/14/21 | J J NORMILE | 2.00 |

Various correspondence and teleconferences relating to preparation of joint stipulation, scheduling order and letter to Magistrate Judge Hall and review of drafts of same.

| 04/15/21 | J J DARENSBOURG | 1.00 |

Manage shared database for attorneys of correspondence regarding Joint Proposed Scheduling Order and Stipulation concerning Accord USA.

| 04/15/21 | K MCCARTHY | 3.50 |

Draft/revise parties' proposed scheduling order and cover letter (0.8), and communicate internally and with client and local counsel regarding proposed edits to same (0.7); communicate with opposing counsel regarding proposed scheduling order, cover letter, and joint stipulation regarding Accord USA (0.5); attention to case files and correspondence (0.5); draft/revise Purdue's initial disclosures (0.5); finalize parties' proposed schedule, cover letter, and stipulation regarding Accord USA for filing (0.5).

| 04/15/21 | J J NORMILE | 2.00 |

Review of various correspondence from K. McCarthy and A. Barkoff regarding stipulation and various upcoming discovery events.

| 04/16/21 | J J DARENSBOURG | 0.40 |

Manage/prepare file histories for production to Defendant.

| 04/16/21 | K MCCARTHY | 2.00 |

Review/analyze ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and communicate with P. Hendler regarding same (0.5); attention to miscellaneous correspondence ▮▮▮▮▮▮ (1.0); communicate internally regarding order of certified copies of patents and file histories (0.5).

| 04/16/21 | Y MOZOLEV | 0.30 |

Research to find and to contact vendors to retrieve certified patent copies, for J. Darensbourg.

| 04/16/21 | J J NORMILE | 2.00 |

Attention to preparation of initial disclosures including patent in suit file histories and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| 04/19/21 | K HORN | 0.60 |

Manage files, update pleadings folder and file histories for production per K. McCarthy.

| 04/19/21 | K MCCARTHY | 5.00 |

Draft/revise litigation tracker and communicate with A. Nicolais regarding same (0.5); attention to case management, including coordinating retention of recent case filings and correspondence (1.0); prepare for and participate in weekly client teleconference regarding litigation status updates (0.5); participate in e-deposition training with TSG (0.5); draft/revise Purdue's ID of accused products and asserted patents and communicate internally regarding proposed edits to same (1.5); coordinate preparation of Purdue document production and communicate internally, with client, and with document discovery vendor regarding same (1.0).

| 04/19/21 | J J NORMILE | 1.50 |

Review of draft identification of accused products prepared by K. McCarthy and review of various correspondence regarding potential discovery issues.

| 04/20/21 | K MCCARTHY | 2.00 |

Attention to miscellaneous case files and correspondence (0.7); attention to document discovery issues related to upcoming document production of patent file histories (0.7); draft/revise Purdue's ID of accused products and asserted patents ▮▮▮▮▮▮▮▮▮▮ (0.6).

JONES DAY

305158-610028                                                                Page 6
                                                                        May 21, 2021
Accord Healthcare Inc.                                          Invoice: 33497727

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**04/20/21**    J J NORMILE                                              **1.00**
Attention to various upcoming submissions including identification of accused products and initial disclosures.

**04/21/21**    J J DARENSBOURG                                          **1.80**
Manage/draft document production letter and prepare zip file for review by P Hendler.

**04/21/21**    K MCCARTHY                                               **2.00**
Draft/revise Purdue's ID of accused products and asserted patents, and communicate with client regarding proposed edits to same (0.8); coordination collection and preparation of initial document production of patent file histories, ███████████████████████████████ ███████ (1.2).

**04/21/21**    J J NORMILE                                              **1.00**
Review of various correspondence and drafts, identification of accused products and related comments from various team members.

**04/22/21**    K MCCARTHY                                               **1.50**
Draft/revise Purdue's ID of accused products and asserted patents and communicate internally and with local counsel regarding edits to same (0.6); coordinate preparation of document production and related production cover letter (0.6); draft/revise proposed stipulated protective order (0.3).

**04/23/21**    J J DARENSBOURG                                          **1.90**
Manage/prepare/serve document production on opposing counsel.

**04/23/21**    K MCCARTHY                                               **1.50**
Review/analyze Accord scheduling order and communicate internally regarding docketing of same (0.6); finalize and coordinate for filing Purdue's ID of accused products and asserted patents (0.4); finalize and coordinate for service document production and related cover letter (0.5).

**04/23/21**    J J NORMILE                                              **0.50**
Review of various correspondence and comments relating to Purdue's identification of accused products including correspondence from R. Smith.

**04/26/21**    J J DARENSBOURG                                          **1.00**
Manage shared database for attorneys of correspondence and pleadings regarding draft Purdue's ID of Products and Patents, Stipulation concerning Accord USA, revised Scheduling Order, and document production of .file histories.

**04/26/21**    K MCCARTHY                                               **0.50**
Prepare for and participate in weekly client teleconference regarding litigation status updates (0.5).

**04/26/21**    A M NICOLAIS                                             **1.70**
Drafting Purdue weekly updates with addition of Accord schedule (1.2); weekly Purdue meeting (.5).

**04/27/21**    J J DARENSBOURG                                          **0.60**
Manage/share document production with litigation support team for Andrews, Held, and Malloy.

**04/28/21**    K MCCARTHY                                               **3.50**
Draft/revise Purdue's initial disclosures and ███████████████████████████████ ██████████████ (2.5); communicate internally, with local counsel, and with opposing counsel regarding Accord's initial disclosures and related case deadlines (1.0).

**04/28/21**    A M NICOLAIS                                             **0.40**
Reviewing Accord initial disclosures and Accord's ANDA re initial disclosures (.3); communication in firm with K. McCarthy re same (.1).

**04/28/21**    J J NORMILE                                              **1.50**
Review and revise draft initial disclosures and various correspondence regarding same.

JONES DAY

305158-610028

Page 7
May 21, 2021

Accord Healthcare Inc.

Invoice: 33497727

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/29/21 | K MCCARTHY | 2.50 |

██████████████████████████████████ (0.5); draft/revise ██████████████████████ ████████ (1.0); finalize Purdue's initial disclosures and coordinate filing of same (0.5); attention to organization of case files and correspondence, and communicate with paralegal team regarding same (0.5).

| | | |
|---|---|---|
| 04/29/21 | J J NORMILE | 1.50 |

██████████████████ (.50); review and revise ██████████████ (.50); review of various correspondence regarding proposed protective order (.50).

| | | |
|---|---|---|
| 04/30/21 | K MCCARTHY | 0.70 |

Draft/revise proposed stipulated protective order (0.7).

| | | |
|---|---|---|
| 04/30/21 | J J NORMILE | 1.00 |

Review of draft protective order and stipulation to extend the time for filing of same and related correspondence from R. Smith, P. Hendler and A. Barkoff.

**TOTAL**                                                                                       **90.40**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

May 21, 2021                                             305158-640002

Invoice: 33497730

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through April 30, 2021:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 2,145.00 |
| Less 13% Fee Discount | | (278.85) |
| | USD | 1,866.15 |
| **TOTAL** | **USD** | **1,866.15** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33497730 WITH YOUR PAYMENT

**JONES DAY**

305158-640002                                                                    Page 2
                                                                          May 21, 2021
Strategic Corporate Advice                                        Invoice:  33497730


TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| ASSOCIATE | | | |
| K MCCARTHY | 3.00 | 715.00 | 2,145.00 |
| **TOTAL** | **3.00** | **USD** | **2,145.00** |

**JONES DAY**

305158-640002                                                              Page 3

                                                                    May 21, 2021

Strategic Corporate Advice                                  Invoice:  33497730

### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/12/21 | K MCCARTHY | 1.00 |
| | ((Draft/revise ██████████ (1.0). | |
| 04/16/21 | K MCCARTHY | 2.00 |
| | ((Draft/revise ██████████████ (2.0). | |
| **TOTAL** | | **3.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

May 21, 2021                                                          305158-999007

                                                                Invoice: 33497731

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through April 30, 2021:

| | | |
|---|---|---:|
| Retention Matters | USD | 10,845.00 |
| Less 13% Fee Discount | | (1,409.85) |
| | USD | 9,435.15 |
| **TOTAL** | **USD** | **9,435.15** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|:---:|:---:|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33497731 WITH YOUR PAYMENT

**JONES DAY**

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 3.60 | 1,250.00 | 4,500.00 |
| ASSOCIATE | | | |
| C BUCK | 5.30 | 575.00 | 3,047.50 |
| A KORDAS | 4.00 | 800.00 | 3,200.00 |
| PARALEGAL | | | |
| M T BARRIOS | 0.30 | 325.00 | 97.50 |
| **TOTAL** | **13.20** | **USD** | **10,845.00** |

JONES DAY

305158-999007                                                                          Page 3
                                                                                  May 21, 2021
Retention Matters                                                      Invoice: 33497731

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

04/01/21       A KORDAS                                                      0.30
Correspond with J. McCarthy and C. Buck regarding fee application and February fee statement.

04/05/21       J J NORMILE                                                   0.80
Review of correspondence from K. Barrett regarding preparation of Purdue Collegium case update and
attention to drafting same.

04/07/21       J J NORMILE                                                   1.00
Attention to finalizing Collegium-Purdue joint status report including various correspondence from K.
Barrett and A. Nicolais.

04/08/21       J J NORMILE                                                   0.30
Review of correspondence from K. Barrett of Davis Polk regarding joint status report to the SDNY.

04/12/21       A KORDAS                                                      0.40
Review correspondence from fee examiner (.1); correspond with J. Normile regarding same (.1); correspond
with J. McCarthy regarding scheduled claim (.2).

04/12/21       J J NORMILE                                                   0.50
Review of various correspondence and attached drafts from O. Langer and K. Barrett regarding status
update on pending appeal.

04/14/21       A KORDAS                                                      0.30
Correspond with J. McCarthy and C. Buck regarding monthly fee statements and ███████████████
███████████.

04/20/21       C BUCK                                                        1.00
Update excel fee spreadsheet for Sixteenth Monthly Fee Statement.

04/20/21       A KORDAS                                                      0.50
Review/analyze February invoices and █████████████████ (.3); correspond with C. Buck and J.
McCarthy regarding same (.2).

04/21/21       C BUCK                                                        0.90
Revise excel spread sheet for sixteenth fee application.

04/21/21       A KORDAS                                                      0.40
Appear for/attend hearing on fee applications; correspond with J. Normile regarding same.

04/21/21       J J NORMILE                                                   0.50
Attention to April Omnibus Hearing including review of correspondence from A. Kordas (.50).

04/22/21       C BUCK                                                        1.10
Revise fee application excel.

04/22/21       A KORDAS                                                      0.70
Draft/revise fee statement worksheet (.3); correspond with C. Buck and billing department regarding rate
adjustments (.3); review invoices in connection with same (.1).

04/23/21       C BUCK                                                        1.70
Draft sixteenth monthly fee statement.

04/23/21       A KORDAS                                                      1.40
Draft/revise monthly fee statement (.5); draft/revise corresponding work sheet (.3); review invoices for
redactions (.5); correspond with C. Buck regarding same (.1).

04/26/21       M T BARRIOS                                                   0.30
File sixteenth monthly fee statement and coordinate service of same.

**JONES DAY**

Page 4

May 21, 2021

Retention Matters

Invoice: 33497731

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/26/21 | C BUCK | 0.60 |
| | Finalize sixteenth monthly fee statement for filing. | |
| 04/26/21 | J J NORMILE | 0.50 |
| | Preparation of March invoice. | |
| **TOTAL** | | **13.20** |