**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                      :

**In re:**                          :       **Chapter 11**
                      :

**PURDUE PHARMA L.P,** *et al.*,     :       **Case No. 19-23649 (RDD)**
                      :

**Debtors.**[1]                :
                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FOURTEENTH MONTHLY FEE STATEMENT OF**
**HOULIHAN LOKEY CAPITAL, INC., INVESTMENT BANKER AND CO-FINANCIAL**
**ADVISOR TO THE AD HOC COMMITTEE, FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| | |
|---|---|
| **Name of Applicant** | Houlihan Lokey Capital, Inc. |
| **Authorized to Provide Professional Services to:** | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | August 26, 2020 |
| **Period for which compensation and reimbursement is sought** | February 1, 2021 through and including February 28, 2021 |
| **Amount of Compensation sought as actual, reasonable, and necessary** | $200,000.00 |
| **Current Fee Request** | $160,000.00 (80% of $200,000.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $632.23 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Amount of Compensation and Expenses sought as allowed under the Fee Order | $200,632.23 |
|---|---|
| Total Fees and Expenses Inclusive of Holdback | $160,632.23 |
| **This is a(n):**    <u>X</u> monthly    ___interim application    ___final application | |

## SUMMARY OF MONTHLY FEE STATEMENTS

| Application | Total Compensation and Expenses Incurred for Period Covered | | Total Amount Requested in Fee Statements | | Total Unpaid |
|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Fees (80%) | Expenses (100%) | Fees and Expenses |
| 8/27/2020 [Dkt. No. 1669] | 1/1/2020-1/31/2020 | $200,000.00 | $22,704.61 | $160,000.00 | $20,965.53[2] | $0.00 |
| 8/27/2020 [Dkt. No. 1670] | 2/1/2020-2/29/2020 | $200,000.00 | $3,387.40 | $160,000.00 | $3,387.40 | $0.00 |
| 8/27/2020 [Dkt. No. 1671] | 3/1/2020-3/31/2020 | $200,000.00 | $2,034.15 | $160,000.00 | $2,034.15 | $0.00 |
| 8/27/2020 [Dkt. No. 1672] | 4/1/2020-4/30/2020 | $200,000.00 | $201.57 | $160,000.00 | $201.57 | $0.00 |
| 8/27/2020 [Dkt. No. 1673] | 5/1/2020-5/31/2020 | $200,000.00 | $208.41 | $160,000.00 | $208.41 | $0.00 |
| 11/13/2020 [Dkt. No. 1946] | 6/1/2020-6/30/2020 | $200,000.00 | $179.82 | $160,000.00 | $179.82 | $0.00 |
| 11/13/2020 [Dkt. No. 1947] | 7/1/2020-7/31/2020 | $200,000.00 | $439.54 | $160,000.00 | $439.54 | $0.00 |
| 11/13/2020 [Dkt. No. 1948] | 8/1/2020-8/31/2020 | $200,000.00 | $296.45 | $160,000.00 | $296.45 | $0.00 |
| 11/13/2020 [Dkt. No. 1949] | 9/1/2020-9/30/2020 | $200,000.00 | $42.46 | $160,000.00 | $42.46 | $0.00 |
| 1/15/2021 [Dkt. No. 2283] | 10/1/2020-10/31/2020 | $200,000.00 | $323.63 | $160,000.00 | $323.63 | $0.00 |
| 1/15/2021 [Dkt. No. 2284] | 11/1/2020-11/30/2020 | $200,000.00 | $316.01 | $160,000.00 | $316.01 | $0.00 |
| 1/15/2021 [Dkt. No. 2285] | 12/1/2020-12/31/2020 | $200,000.00 | $173.22 | $160,000.00 | $173.22 | $0.00 |
| 3/17/2021 [Dkt. No. 2517] | 1/1/2021-1/31/2021 | $200,000.00 | $341.02 | $160,000.00 | $341.02 | $0.00 |

---

[2] Includes $1,739.08 of additional voluntary expense reductions as agreed upon with the Fee Examiner.

Pursuant to sections 363(b) and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "**Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**," and together with the Fee Order, the "**Orders**"), Houlihan Lokey Capital, Inc. (the "**Applicant**"), Investment Banker and Co-Financial Advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Ad Hoc Committee**"), hereby submits this Fourteenth Monthly Fee Statement (the "**Statement**") for the period of February 1, 2021 through and including February 28, 2021 (the "**Monthly Fee Period**").

## Itemization of Services Rendered by Applicant

Annexed hereto as "**Exhibit A**" is a schedule of the individuals and their respective titles that provided services during this Monthly Fee Period and the total number of hours spent by each individual during this Monthly Fee Period by project category.

Annexed hereto as "**Exhibit B**" is a schedule of fees and actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit C**" is a detailed schedule of the actual, necessary expenses that Applicant incurred during the Monthly Fee Period.

Annexed hereto as "**Exhibit D**" are the time records of Applicant for this Monthly Fee Period organized by project category with a daily time log explaining the time spent by each professional.

In accordance with the Fee Order, Applicant has separately recorded work performed relating to allocation of value among the Debtors' creditors, and, to the best of its knowledge, Applicant has not included time relating to such allocation in this Application.[3]

### Notice

Applicant will provide notice of this Application in accordance with the Orders. Applicant submits that no other or further notice be given.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If no objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses incurred during the Monthly Fee Period.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Applicant an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

---

[3] Applicant may request fees related to allocation among creditors at a later date by separate motion.

WHEREFORE, Applicant respectfully requests (i) compensation in the amount of $160,000.00, which represents 80% of fees for services rendered by Applicant as investment banker and co-financial advisor to the Ad Hoc Committee during this Monthly Fee Period, and (ii) reimbursement of the actual, necessary expenses incurred and recorded by Applicant during this Monthly Fee Period in the amount of $632.23.

Dated: New York, New York
     May 25, 2021

Respectfully submitted,

By:   _/s/ Saul E. Burian_
                                              
Saul E. Burian, Managing Director
**HOULIHAN LOKEY CAPITAL, INC.**
245 Park Ave
New York, New York 10167
Telephone: (212) 497-4245
Email:  sburian@hl.com

**EXHIBIT A**

## Purdue Pharma L.P.

Houlihan Lokey

*Time Detail - Summary*
*(Units in hours)*

**Category Code:**

| | |
|---|---|
| 1 = Asset Analysis & Recovery | 7 = Emergency Financing |
| 2 = Assumption & Rejection of Leases & Contracts | 8 = Litigation |
| 3 = Business Operations | 9 = Meetings & Communications with Ad Hoc Committee & Creditors |
| 4 = Case Administration | 10 = Non-Working Travel |
| 5 = Claims Analysis | 11 = Plan & Disclosure Statement |
| 6 = Employment and Fee Applications | 12 = Intercreditor Allocation |

| | S. Burian MD | D. Drone MD | G. Coutts MD | H. Schenk SVP | A. Benjamin VP | H. Sun Associate | A. San Analyst | Total |
|---|---|---|---|---|---|---|---|---|
| **February 1, 2021 - February 28, 2021** | | | | | | | | |
| 1 | 48.5 | 49.5 | 75.0 | 94.0 | 115.0 | 145.0 | 192.5 | 719.5 |
| 2 | - | - | - | - | - | - | - | - |
| 3 | - | - | - | - | - | - | - | - |
| 4 | 3.0 | - | 3.0 | 3.0 | 3.0 | 1.0 | 3.0 | 16.0 |
| 5 | - | - | - | - | - | - | - | - |
| 6 | 1.5 | - | 2.0 | 4.0 | 2.0 | 4.0 | 4.0 | 17.5 |
| 7 | - | - | - | - | - | - | - | - |
| 8 | - | - | - | - | - | - | - | - |
| 9 | 34.5 | 33.5 | 37.5 | 36.0 | 38.5 | 36.5 | 38.5 | 255.0 |
| 10 | - | - | - | - | - | - | - | - |
| 11 | - | - | - | - | - | - | - | - |
| 12 | - | - | - | - | - | - | - | - |
| **February 2021 Total** | **87.5** | **83.0** | **117.5** | **137.0** | **158.5** | **186.5** | **238.0** | **1,008.0** |

**EXHIBIT B**



**HOULIHAN LOKEY**

**Invoice # 16569-6**

## PERSONAL & CONFIDENTIAL

April 19, 2021

Purdue Pharma L.P.
201 Tresser Blvd
Stamford, Connecticut 06901
United States

Client # 36555
Case # 72528

ATTN: Jon Lowne, Senior Vice President and Chief Financial Officer

**Professional Fees**

| | | |
|---|---:|---:|
| Monthly Fee due February 1, 2021 | $ 200,000.00 | |
| Professional Fees Due | | $ 200,000.00 |

**Out of Pocket Expenses**

| | | |
|---|---:|---:|
| Total Out of Pocket Expenses | $ 632.23 | |
| Total Out of Pocket Expenses Due | | $ 632.23 |

**TOTAL AMOUNT DUE AND PAYABLE**                                   $   200,632.23

### PAYMENT DUE UPON RECEIPT

| Please Send Checks To: | Wire Transfer Instructions: |
|---|---|
| Houlihan Lokey Capital, Inc. | Bank of America |
| Accounts Receivable Department | Wire Transfer ABA #026009593 |
| 10250 Constellation Boulevard, 5th Floor | ACH ABA #121000358 |
| Los Angeles, California 90067-6802 | fbo Houlihan Lokey Capital, Inc. |
| | Account #1453120593 |
| | Swift Code (Int'l Wires Only): BOFAUS3N |
| | Federal ID #95-4024056 |

10250 Constellation Boulevard, 5th Floor • Los Angeles, California 90067 • tel.310.553.8871 • fax.310.553.2173 • www.HL.com
Broker-dealer services through Houlihan Lokey Capital, Inc.

**EXHIBIT C**

# Purdue Pharma L.P.

Houlihan Lokey

*Expense Detail - Summary*

| February 2021 Summary Table: | Total Out of Pocket Expenses | Voluntary Reduction | Net Out of Pocket Expenses |
|---|---:|---:|---:|
| **[A]** Lodging | - | - | - |
| **[B]** Travel & Overtime Meals | 29.17 | - | 29.17 |
| **[C]** Airfare | - | - | - |
| **[D]** Ground Transportation | 11.25 | - | 11.25 |
| **[E]** Telephone and Data | 591.81 | - | 591.81 |
| **February 2021 Total** | **$632.23** | **$0.00** | **$632.23** |

**[A]** *No Lodging Expenses*

**[B]** *2 Overtime Meals*

**[C]** *No Airfare Expenses*

**[D]** *1 Ground Transportation Expense*

**[E]** *12 Telephone Bills & 4 Global Conference Call Systems Expenses*

**EXHIBIT D**

## Purdue Pharma L.P.

Houlihan Lokey

*Time Detail for:*    *Saul Burian*
*(Units in hours)*

**Category Code:**
1 = Asset Analysis and Recovery
2 = Assumption and Rejection of Leases and Contracts
3 = Business Operations
4 = Case Administration
5 = Claims Analysis
6 = Employment and Fee Applications

7 = Emergency Financing
8 = Litigation
9 = Meetings & Communications with Ad Hoc Committee & Creditors
10 = Non-Working Travel
11 = Plan and Disclosure Statement
12 = Intercreditor Allocation

| Date | Day | Notes | Total Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **February 2021** | | | | | | | | | | | | | | | |
| 2/1/2021 | Mon | Call with FTI, Akin, and Province, call with Ad Hoc Committee, MSGE, NCSG, and UCC, review analysis | 5.0 | 2.0 | - | - | - | - | - | - | - | 3.0 | - | - | - |
| 2/2/2021 | Tue | HL internal call, call with Alix, PJT, and FTI, HL internal call, call with Ad Hoc Committee, call with Ad Hoc Committee's Professionals, MSGE's Professionals, and UCC's Professionals, review analysis, review diligence materials | 7.5 | 2.5 | - | - | - | - | - | - | - | 5.0 | - | - | - |
| 2/3/2021 | Wed | Call with FTI and Province, HL internal call, review analysis, review diligence materials | 3.0 | 1.5 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/4/2021 | Thu | HL internal call, call with Ad Hoc Committee Mediation Subgroup and Debtors, review analysis | 4.5 | 3.0 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/5/2021 | Fri | Call with monitor, review analysis, review diligence materials, review January fee application | 2.5 | 1.0 | - | - | - | - | 0.5 | - | - | 1.0 | - | - | - |
| 2/6/2021 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/7/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/8/2021 | Mon | Call with Gilbert, call with Ad Hoc Committee's Professionals and UCC's Professionals, call with Alix, PJT, FTI, Jefferies, and Province, HL internal call, review analysis, review diligence materials | 8.5 | 3.5 | - | - | - | - | - | - | - | 5.0 | - | - | - |
| 2/9/2021 | Tue | Call with FTI and Gilbert, review diligence materials, review January fee application | 3.0 | 2.0 | - | - | - | - | 0.5 | - | - | 0.5 | - | - | - |
| 2/10/2021 | Wed | Call with Alix, PJT, and FTI, recurring call with Ad Hoc Committee, call with Ad Hoc Committee Mediation Subgroup, review analysis | 7.5 | 3.5 | - | - | - | - | - | - | - | 4.0 | - | - | - |
| 2/11/2021 | Thu | Review analysis, review diligence materials | 4.5 | 4.5 | - | - | - | - | - | - | - | - | - | - | - |
| 2/12/2021 | Fri | Review analysis | 2.0 | 2.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/13/2021 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/14/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/15/2021 | Mon | Review analysis, review diligence materials | 3.0 | 3.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/16/2021 | Tue | Call with Ad Hoc Committee, call with Ad Hoc Committee Professionals, call with Ad Hoc Committee and NCSG, call with FTI and Caplin & Drysdale, review diligence materials | 7.0 | 2.5 | - | - | - | - | - | - | - | 4.5 | - | - | - |
| 2/17/2021 | Wed | Call into omnibus hearing, call with Ad Hoc Committee Mediation Subgroup, recurring call with Ad Hoc Committee, review analysis | 9.0 | 4.0 | - | - | 3.0 | - | - | - | - | 2.0 | - | - | - |
| 2/18/2021 | Thu | Review analysis, review diligence materials, review January fee application | 3.5 | 3.0 | - | - | - | - | 0.5 | - | - | - | - | - | - |
| 2/19/2021 | Fri | Call with Alix, PJT, and FTI, call with Debtors, Alix, PJT, FTI, Jefferies, and Province, review analysis, review diligence materials | 3.0 | 1.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 2/20/2021 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/21/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/22/2021 | Mon | Review analysis, review diligence materials | 2.5 | 2.5 | - | - | - | - | - | - | - | - | - | - | - |
| 2/23/2021 | Tue | Call with Ad Hoc Committee Mediation Subgroup, review analysis | 3.0 | 2.0 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 2/24/2021 | Wed | Recurring call with Ad Hoc Committee, review analysis | 4.5 | 3.0 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/25/2021 | Thu | Call with Alix, PJT, and FTI, call with Ad Hoc Committee's Professionals, review analysis | 4.0 | 2.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 2/26/2021 | Fri | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/27/2021 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/28/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **February 2021 Total** | | | **87.5** | **48.5** | **-** | **-** | **3.0** | **-** | **1.5** | **-** | **-** | **34.5** | **-** | **-** | **-** |

13

**Purdue Pharma L.P.**                                                                                                                                Houlihan Lokey

*Time Detail for:*    *Dimitri Drone*

*(Units in hours)*

**Category Code:**

1 = Asset Analysis and Recovery
2 = Assumption and Rejection of Leases and Contracts
3 = Business Operations
4 = Case Administration
5 = Claims Analysis
6 = Employment and Fee Applications

7 = Emergency Financing
8 = Litigation
9 = Meetings & Communications with Ad Hoc Committee & Creditors
10 = Non-Working Travel
11 = Plan and Disclosure Statement
12 = Intercreditor Allocation

| Date | Day | Notes | Total Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **February 2021** | | | | | | | | | | | | | | | |
| 2/1/2021 | Mon | Call with FTI, Akin, and Province, call with Ad Hoc Committee, MSGE, NCSG, and UCC, review analysis | 5.0 | 2.0 | - | - | - | - | - | - | - | 3.0 | - | - | - |
| 2/2/2021 | Tue | Call with Alix, PJT, and FTI, HL internal call, call with Ad Hoc Committee, call with Ad Hoc Committee's Professionals, MSGE's Professionals, and UCC's Professionals, review analysis, review diligence materials | 7.5 | 3.5 | - | - | - | - | - | - | - | 4.0 | - | - | - |
| 2/3/2021 | Wed | Call with FTI and Province, HL internal call, review analysis, review diligence materials | 4.5 | 3.0 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/4/2021 | Thu | HL internal call, call with Ad Hoc Committee Mediation Subgroup and Debtors, review analysis | 4.5 | 3.0 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/5/2021 | Fri | Call with monitor, review analysis, review diligence materials | 2.5 | 1.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 2/6/2021 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/7/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/8/2021 | Mon | Call with Ad Hoc Committee's Professionals and UCC's Professionals, call with Alix, PJT, FTI, Jefferies, and Province, HL internal call, review analysis, review diligence materials | 5.5 | 1.5 | - | - | - | - | - | - | - | 4.0 | - | - | - |
| 2/9/2021 | Tue | Call with FTI and Gilbert, review diligence materials | 2.0 | 1.5 | - | - | - | - | - | - | - | 0.5 | - | - | - |
| 2/10/2021 | Wed | Call with Alix, PJT, and FTI, recurring call with Ad Hoc Committee Mediation Subgroup, review analysis | 7.0 | 3.0 | - | - | - | - | - | - | - | 4.0 | - | - | - |
| 2/11/2021 | Thu | Review analysis, review diligence materials | 3.0 | 3.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/12/2021 | Fri | Review analysis | 2.5 | 2.5 | - | - | - | - | - | - | - | - | - | - | - |
| 2/13/2021 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/14/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/15/2021 | Mon | Review analysis, review diligence materials | 3.0 | 3.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/16/2021 | Tue | Call with Ad Hoc Committee, call with Ad Hoc Committee Professionals, call with Ad Hoc Committee and NCSG, call with FTI and Caplin & Drysdale, review diligence materials | 6.5 | 2.0 | - | - | - | - | - | - | - | 4.5 | - | - | - |
| 2/17/2021 | Wed | Call with Ad Hoc Committee Mediation Subgroup, recurring call with Ad Hoc Committee, review analysis | 6.5 | 4.5 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 2/18/2021 | Thu | Review analysis, review diligence materials | 3.0 | 3.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/19/2021 | Fri | Call with Alix, PJT, and FTI, call with Debtors, Alix, PJT, FTI, Jefferies, and Province, review analysis, review diligence materials | 4.0 | 2.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 2/20/2021 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/21/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/22/2021 | Mon | Review analysis, review diligence materials | 3.5 | 3.5 | - | - | - | - | - | - | - | - | - | - | - |
| 2/23/2021 | Tue | Call with Ad Hoc Committee Mediation Subgroup, review analysis | 3.0 | 2.0 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 2/24/2021 | Wed | Recurring call with Ad Hoc Committee, review analysis | 4.0 | 2.5 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/25/2021 | Thu | Call with Alix, PJT, and FTI, call with Ad Hoc Committee's Professionals, review analysis | 3.0 | 1.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 2/26/2021 | Fri | Call with Ad Hoc Committee Mediation Subgroup, review diligence materials | 2.5 | 1.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 2/27/2021 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/28/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **February 2021 Total** | | | **83.0** | **49.5** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **33.5** | **-** | **-** | **-** |

**Purdue Pharma L.P.**                                                                                                                    Houlihan Lokey

*Time Detail for:*    *Geoffrey Coutts*
*(Units in hours)*

**Category Code:**

| | |
|---|---|
| 1 = Asset Analysis and Recovery | 7 = Emergency Financing |
| 2 = Assumption and Rejection of Leases and Contracts | 8 = Litigation |
| 3 = Business Operations | 9 = Meetings & Communications with Ad Hoc Committee & Creditors |
| 4 = Case Administration | 10 = Non-Working Travel |
| 5 = Claims Analysis | 11 = Plan and Disclosure Statement |
| 6 = Employment and Fee Applications | 12 = Intercreditor Allocation |

| Date | Day | Notes | Total Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **February 2021** | | | | | | | | | | | | | | | |
| 2/1/2021 | Mon | Call with FTI, Akin, and Province, call with Ad Hoc Committee, MSGE, NCSG, and UCC, review analysis | 7.5 | 4.5 | - | - | - | - | - | - | - | 3.0 | - | - | - |
| 2/2/2021 | Tue | HL internal call, call with Alix, PJT, and FTI, HL internal call, call with Ad Hoc Committee, call with Ad Hoc Committee's Professionals, MSGE's Professionals, and UCC's Professionals, review analysis, review diligence materials | 10.5 | 5.5 | - | - | - | - | - | - | - | 5.0 | - | - | - |
| 2/3/2021 | Wed | Call with FTI and Province, HL internal call, review analysis, review diligence materials | 5.5 | 4.0 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/4/2021 | Thu | HL internal call, call with Ad Hoc Committee Mediation Subgroup and Debtors, review analysis | 5.0 | 3.5 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/5/2021 | Fri | Call with monitor, review analysis, review diligence materials, review January fee application | 4.5 | 3.0 | - | - | - | - | 0.5 | - | - | 1.0 | - | - | - |
| 2/6/2021 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/7/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/8/2021 | Mon | HL internal call, call with Gilbert, call with Ad Hoc Committee's Professionals and UCC's Professionals, call with Alix, PJT, FTI, Jefferies, and Province, HL internal call, review analysis, review diligence materials | 10.5 | 5.0 | - | - | - | - | - | - | - | 5.5 | - | - | - |
| 2/9/2021 | Tue | Call with FTI and Gilbert, review diligence materials, review January fee application | 4.0 | 3.0 | - | - | - | - | 0.5 | - | - | 0.5 | - | - | - |
| 2/10/2021 | Wed | Call with Alix, PJT, and FTI, recurring call with Ad Hoc Committee, call with Ad Hoc Committee Mediation Subgroup, review analysis | 9.0 | 5.0 | - | - | - | - | - | - | - | 4.0 | - | - | - |
| 2/11/2021 | Thu | Review analysis, review diligence materials | 6.0 | 6.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/12/2021 | Fri | HL internal call, review analysis | 4.0 | 2.5 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/13/2021 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/14/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/15/2021 | Mon | Review analysis, review diligence materials | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/16/2021 | Tue | Call with Ad Hoc Committee, call with Ad Hoc Committee Professionals, call with Ad Hoc Committee and NCSG, call with FTI and Caplin & Drysdale, review diligence materials | 7.5 | 3.0 | - | - | - | - | - | - | - | 4.5 | - | - | - |
| 2/17/2021 | Wed | Call into omnibus hearing, call with Ad Hoc Committee Mediation Subgroup, recurring call with Ad Hoc Committee, review analysis | 10.0 | 5.0 | - | - | 3.0 | - | - | - | - | 2.0 | - | - | - |
| 2/18/2021 | Thu | Review analysis, review diligence materials, review January fee application | 4.0 | 3.5 | - | - | - | - | 0.5 | - | - | - | - | - | - |
| 2/19/2021 | Fri | Call with Alix, PJT, and FTI, call with Debtors, Alix, PJT, FTI, Jefferies, and Province, review analysis, review diligence materials | 4.0 | 2.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 2/20/2021 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/21/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/22/2021 | Mon | Review analysis, review diligence materials | 5.0 | 5.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/23/2021 | Tue | Call with Ad Hoc Committee Mediation Subgroup, review analysis | 3.5 | 2.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 2/24/2021 | Wed | Recurring call with Ad Hoc Committee, review analysis | 5.5 | 4.0 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/25/2021 | Thu | Call with Alix, PJT, and FTI, call with Ad Hoc Committee's Professionals, review analysis | 4.0 | 2.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 2/26/2021 | Fri | Call with Ad Hoc Committee Mediation Subgroup, review January fee application, review diligence materials | 3.5 | 2.0 | - | - | - | - | 0.5 | - | - | 1.0 | - | - | - |
| 2/27/2021 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/28/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **February 2021 Total** | | | **117.5** | **75.0** | **-** | **-** | **3.0** | **-** | **2.0** | **-** | **-** | **37.5** | **-** | **-** | **-** |

**Purdue Pharma L.P.**                                                                                                                                          Houlihan Lokey

*Time Detail for:*   *Hannes Schenk*
*(Units in hours)*

**Category Code:**

| | |
|---|---|
| 1 = Asset Analysis and Recovery | 7 = Emergency Financing |
| 2 = Assumption and Rejection of Leases and Contracts | 8 = Litigation |
| 3 = Business Operations | 9 = Meetings & Communications with Ad Hoc Committee & Creditors |
| 4 = Case Administration | 10 = Non-Working Travel |
| 5 = Claims Analysis | 11 = Plan and Disclosure Statement |
| 6 = Employment and Fee Applications | 12 = Intercreditor Allocation |

| Date | Day | Notes | Total Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **February 2021** | | | | | | | | | | | | | | | |
| 2/1/2021 | Mon | Call with FTI, Akin, and Province, call with Ad Hoc Committee, MSGE, NCSG, and UCC, review analysis | 10.0 | 7.0 | - | - | - | - | - | - | - | 3.0 | - | - | - |
| 2/2/2021 | Tue | HL internal call, call with Alix, PJT, and FTI, HL internal call, call with Ad Hoc Committee, call with Ad Hoc Committee's Professionals, MSGE's Professionals, and UCC's Professionals, review analysis, review diligence materials | 11.5 | 6.5 | - | - | - | - | - | - | - | 5.0 | - | - | - |
| 2/3/2021 | Wed | Call with FTI and Province, HL internal call, review analysis, review diligence materials | 7.5 | 6.0 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/4/2021 | Thu | HL internal call, call with Ad Hoc Committee Mediation Subgroup and Debtors, review analysis | 5.5 | 4.0 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/5/2021 | Fri | Call with monitor, review analysis, review diligence materials, review January fee application | 4.5 | 3.0 | - | - | - | - | 0.5 | - | - | 1.0 | - | - | - |
| 2/6/2021 | Sat | Review Analysis | 2.0 | 1.0 | - | - | - | - | 1.0 | - | - | - | - | - | - |
| 2/7/2021 | Sun | Review Analysis | 2.0 | 1.0 | - | - | - | - | 1.0 | - | - | - | - | - | - |
| 2/8/2021 | Mon | HL internal call, call with Gilbert, call with Ad Hoc Committee's Professionals and UCC's Professionals, call with Alix, PJT, FTI, Jefferies, and Province, HL internal call, review analysis, review diligence materials | 12.0 | 6.5 | - | - | - | - | - | - | - | 5.5 | - | - | - |
| 2/9/2021 | Tue | Call with FTI and Gilbert, review diligence materials, review January fee application | 4.0 | 3.0 | - | - | - | - | 0.5 | - | - | 0.5 | - | - | - |
| 2/10/2021 | Wed | Call with Alix, PJT, and FTI, recurring call with Ad Hoc Committee, call with Ad Hoc Committee Mediation Subgroup, review analysis | 9.5 | 5.5 | - | - | - | - | - | - | - | 4.0 | - | - | - |
| 2/11/2021 | Thu | Review analysis, review diligence materials | 6.5 | 6.5 | - | - | - | - | - | - | - | - | - | - | - |
| 2/12/2021 | Fri | Review analysis | 3.5 | 3.5 | - | - | - | - | - | - | - | - | - | - | - |
| 2/13/2021 | Sat | Review analysis | 1.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/14/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/15/2021 | Mon | Review analysis, review diligence materials | 5.0 | 5.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/16/2021 | Tue | Call with Ad Hoc Committee, call with Ad Hoc Committee Professionals, call with Ad Hoc Committee and NCSG, call with FTI and Caplin & Drysdale, review diligence materials | 7.5 | 3.0 | - | - | - | - | - | - | - | 4.5 | - | - | - |
| 2/17/2021 | Wed | Call into omnibus hearing, call with Ad Hoc Committee Mediation Subgroup, recurring call with Ad Hoc Committee, review analysis | 10.5 | 5.5 | - | - | 3.0 | - | - | - | - | 2.0 | - | - | - |
| 2/18/2021 | Thu | Review analysis, review diligence materials, review January fee application | 5.5 | 5.0 | - | - | - | - | 0.5 | - | - | - | - | - | - |
| 2/19/2021 | Fri | Call with Alix, PJT, and FTI, call with Debtors, Alix, PJT, FTI, Jefferies, and Province, review analysis, review diligence materials | 4.5 | 2.5 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 2/20/2021 | Sat | Review analysis | 0.5 | 0.5 | - | - | - | - | - | - | - | - | - | - | - |
| 2/21/2021 | Sun | Review analysis | 1.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/22/2021 | Mon | Review analysis, review diligence materials | 5.5 | 5.5 | - | - | - | - | - | - | - | - | - | - | - |
| 2/23/2021 | Tue | Call with Ad Hoc Committee Mediation Subgroup, review analysis | 4.0 | 3.0 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 2/24/2021 | Wed | Recurring call with Ad Hoc Committee, review analysis | 6.0 | 4.5 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/25/2021 | Thu | Call with Alix, PJT, and FTI, call with Ad Hoc Committee's Professionals, review analysis | 4.0 | 2.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 2/26/2021 | Fri | Call with Ad Hoc Committee Mediation Subgroup, review January fee application, review diligence materials | 3.5 | 2.0 | - | - | - | - | 0.5 | - | - | 1.0 | - | - | - |
| 2/27/2021 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/28/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **February 2021 Total** | | | **137.0** | **94.0** | **-** | **-** | **3.0** | **-** | **4.0** | **-** | **-** | **36.0** | **-** | **-** | **-** |

**Purdue Pharma L.P.**                                                                                                              Houlihan Lokey

*Time Detail for:*   *Andrew Benjamin*
*(Units in hours)*

**Category Code:**
1 = Asset Analysis and Recovery
2 = Assumption and Rejection of Leases and Contracts
3 = Business Operations
4 = Case Administration
5 = Claims Analysis
6 = Employment and Fee Applications

7 = Emergency Financing
8 = Litigation
9 = Meetings & Communications with Ad Hoc Committee & Creditors
10 = Non-Working Travel
11 = Plan and Disclosure Statement
12 = Intercreditor Allocation

| Date | Day | Notes | Total Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|------|-----|-------|-------------|---|---|---|---|---|---|---|---|---|----|----|----|
| **February 2021** | | | | | | | | | | | | | | | |
| 2/1/2021 | Mon | Call with FTI, Akin, and Province, call with Ad Hoc Committee, MSGE, NCSG, and UCC, review analysis | 11.5 | 8.5 | - | - | - | - | - | - | - | 3.0 | - | - | - |
| 2/2/2021 | Tue | HL internal call, call with Alix, PJT, and FTI, HL internal call, call with Ad Hoc Committee, call with Ad Hoc Committee's Professionals, MSGE's Professionals, and UCC's Professionals, review analysis, review diligence materials | 12.0 | 7.0 | - | - | - | - | - | - | - | 5.0 | - | - | - |
| 2/3/2021 | Wed | Call with FTI and Province, HL internal call, review analysis, review diligence materials | 8.0 | 6.5 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/4/2021 | Thu | HL internal call, call with Ad Hoc Committee Mediation Subgroup and Debtors, review analysis | 6.5 | 5.0 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/5/2021 | Fri | Call with monitor, review analysis, review diligence materials, review January fee application | 5.0 | 3.5 | - | - | - | - | 0.5 | - | - | 1.0 | - | - | - |
| 2/6/2021 | Sat | Review analysis | 2.0 | 2.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/7/2021 | Sun | Review analysis | 2.0 | 2.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/8/2021 | Mon | HL internal call, call with Gilbert, call with Ad Hoc Committee's Professionals and UCC's Professionals, call with Alix, PJT, FTI, Jefferies, and Province, HL internal call, review analysis, review diligence materials | 13.5 | 8.0 | - | - | - | - | - | - | - | 5.5 | - | - | - |
| 2/9/2021 | Tue | Call with FTI and Gilbert, review diligence materials, review January fee application | 4.0 | 3.0 | - | - | - | - | 0.5 | - | - | 0.5 | - | - | - |
| 2/10/2021 | Wed | Call with Alix, PJT, and FTI, recurring call with Ad Hoc Committee, call with Ad Hoc Committee Mediation Subgroup, review analysis | 10.0 | 6.0 | - | - | - | - | - | - | - | 4.0 | - | - | - |
| 2/11/2021 | Thu | Call with FTI, review analysis, review diligence materials | 8.5 | 7.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 2/12/2021 | Fri | HL internal call, review analysis | 5.5 | 4.0 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/13/2021 | Sat | Review analysis | 1.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/14/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/15/2021 | Mon | Review analysis, review diligence materials | 7.0 | 7.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/16/2021 | Tue | Call with Ad Hoc Committee, call with Ad Hoc Committee Professionals, call with Ad Hoc Committee and NCSG, call with FTI and Caplin & Drysdale, review diligence materials | 8.0 | 3.5 | - | - | - | - | - | - | - | 4.5 | - | - | - |
| 2/17/2021 | Wed | Call into omnibus hearing, call with Ad Hoc Committee Mediation Subgroup, recurring call with Ad Hoc Committee, review analysis | 11.0 | 6.0 | - | - | 3.0 | - | - | - | - | 2.0 | - | - | - |
| 2/18/2021 | Thu | Review analysis, review diligence materials, review January fee application | 6.0 | 5.5 | - | - | - | - | 0.5 | - | - | - | - | - | - |
| 2/19/2021 | Fri | Call with Alix, PJT, and FTI, call with Debtors, Alix, PJT, FTI, Jefferies, and Province, review analysis, review diligence materials | 6.0 | 4.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 2/20/2021 | Sat | Review analysis | 0.5 | 0.5 | - | - | - | - | - | - | - | - | - | - | - |
| 2/21/2021 | Sun | Review analysis | 2.0 | 2.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/22/2021 | Mon | Review analysis, review diligence materials | 7.5 | 7.5 | - | - | - | - | - | - | - | - | - | - | - |
| 2/23/2021 | Tue | Call with Ad Hoc Committee Mediation Subgroup, review analysis | 4.5 | 3.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 2/24/2021 | Wed | Recurring call with Ad Hoc Committee, review analysis | 6.5 | 5.0 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/25/2021 | Thu | Call with Alix, PJT, and FTI, call with Ad Hoc Committee's Professionals, review analysis | 5.0 | 3.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 2/26/2021 | Fri | Call with Ad Hoc Committee Mediation Subgroup, review January fee application, review diligence materials | 4.0 | 2.5 | - | - | - | - | 0.5 | - | - | 1.0 | - | - | - |
| 2/27/2021 | Sat | Review analysis | 1.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/28/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **February 2021 Total** | | | **158.5** | **115.0** | **-** | **-** | **3.0** | **-** | **2.0** | **-** | **-** | **38.5** | **-** | **-** | **-** |

**Purdue Pharma L.P.**                                                                                                     Houlihan Lokey

*Time Detail for:*    *Henry Sun*

*(Units in hours)*

**Category Code:**

| | |
|---|---|
| 1 = Asset Analysis and Recovery | 7 = Emergency Financing |
| 2 = Assumption and Rejection of Leases and Contracts | 8 = Litigation |
| 3 = Business Operations | 9 = Meetings & Communications with Ad Hoc Committee & Creditors |
| 4 = Case Administration | 10 = Non-Working Travel |
| 5 = Claims Analysis | 11 = Plan and Disclosure Statement |
| 6 = Employment and Fee Applications | 12 = Intercreditor Allocation |

| Date | Day | Notes | Total Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **February 2021** | | | | | | | | | | | | | | | |
| 2/1/2021 | Mon | Call with FTI, Akin, and Province, call with Ad Hoc Committee, MSGE, NCSG, and UCC, prepare and review analysis | 14.0 | 11.0 | - | - | - | - | - | - | - | 3.0 | - | - | - |
| 2/2/2021 | Tue | HL internal call, call with Alix, PJT, and FTI, HL internal call, call with Ad Hoc Committee, call with Ad Hoc Committee's Professionals, MSGE's Professionals, and UCC's Professionals, review analysis, review diligence materials | 13.5 | 8.5 | - | - | - | - | - | - | - | 5.0 | - | - | - |
| 2/3/2021 | Wed | Call with FTI and Province, HL internal call, prepare and review analysis, review diligence materials | 12.0 | 10.5 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/4/2021 | Thu | HL internal call, call with Ad Hoc Committee Mediation Subgroup and Debtors, review analysis | 9.0 | 7.5 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/5/2021 | Fri | Call with monitor, review analysis, review diligence materials, review January fee application | 7.0 | 5.0 | - | - | - | - | 1.0 | - | - | 1.0 | - | - | - |
| 2/6/2021 | Sat | Prepare and review analysis | 3.0 | 3.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/7/2021 | Sun | Prepare and review analysis | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/8/2021 | Mon | HL internal call, call with Gilbert, call with Ad Hoc Committee's Professionals and UCC's Professionals, call with Alix, PJT, FTI, Jefferies, and Province, HL internal call, prepare and review analysis, review diligence materials | 15.0 | 9.5 | - | - | - | - | - | - | - | 5.5 | - | - | - |
| 2/9/2021 | Tue | Call with FTI and Gilbert, review diligence materials, review January fee application | 6.0 | 4.5 | - | - | - | - | 1.0 | - | - | 0.5 | - | - | - |
| 2/10/2021 | Wed | Call with Alix, PJT, and FTI, recurring call with Ad Hoc Committee, call with Ad Hoc Committee Mediation Subgroup, prepare and review analysis | 12.5 | 8.5 | - | - | - | - | - | - | - | 4.0 | - | - | - |
| 2/11/2021 | Thu | Call with FTI, prepare and review analysis, review diligence materials | 11.0 | 10.0 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 2/12/2021 | Fri | HL internal call, review analysis | 6.5 | 5.0 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/13/2021 | Sat | Review analysis | 1.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/14/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/15/2021 | Mon | Prepare and review analysis, review diligence materials | 9.0 | 9.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/16/2021 | Tue | Call with Ad Hoc Committee, call with Ad Hoc Committee Professionals, call with Ad Hoc Committee and NCSG, call with FTI and Caplin & Drysdale, review diligence materials | 5.5 | 3.0 | - | - | - | - | - | - | - | 2.5 | - | - | - |
| 2/17/2021 | Wed | Call into omnibus hearing, call with Ad Hoc Committee Mediation Subgroup, recurring call with Ad Hoc Committee, prepare and review analysis | 6.0 | 3.0 | - | - | 1.0 | - | - | - | - | 2.0 | - | - | - |
| 2/18/2021 | Thu | Review analysis, review diligence materials, review January fee application | 8.0 | 7.0 | - | - | - | - | 1.0 | - | - | - | - | - | - |
| 2/19/2021 | Fri | Call with Alix, PJT, and FTI, call with Debtors, Alix, PJT, FTI, Jefferies, and Province, review analysis, review diligence materials | 8.5 | 6.5 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 2/20/2021 | Sat | Review analysis | 0.5 | 0.5 | - | - | - | - | - | - | - | - | - | - | - |
| 2/21/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/22/2021 | Mon | Prepare and review analysis, review diligence materials | 7.5 | 7.5 | - | - | - | - | - | - | - | - | - | - | - |
| 2/23/2021 | Tue | Call with Ad Hoc Committee Mediation Subgroup, review analysis | 7.5 | 6.5 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 2/24/2021 | Wed | Recurring call with Ad Hoc Committee, review analysis | 7.5 | 6.0 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/25/2021 | Thu | Call with Alix, PJT, and FTI, call with Ad Hoc Committee's Professionals, review analysis | 6.5 | 4.5 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 2/26/2021 | Fri | Call with Ad Hoc Committee Mediation Subgroup, review January fee application, review diligence materials | 5.5 | 3.5 | - | - | - | - | 1.0 | - | - | 1.0 | - | - | - |
| 2/27/2021 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/28/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **February 2021 Total** | | | 186.5 | 145.0 | - | - | 1.0 | - | 4.0 | - | - | 36.5 | - | - | - |

**Purdue Pharma L.P.**                                                                                       Houlihan Lokey

*Time Detail for:*  Aron San
*(Units in hours)*

**Category Code:**
1 = Asset Analysis and Recovery
2 = Assumption and Rejection of Leases and Contracts
3 = Business Operations
4 = Case Administration
5 = Claims Analysis
6 = Employment and Fee Applications

7 = Emergency Financing
8 = Litigation
9 = Meetings & Communications with Ad Hoc Committee & Creditors
10 = Non-Working Travel
11 = Plan and Disclosure Statement
12 = Intercreditor Allocation

| Date | Day | Notes | Total Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **February 2021** | | | | | | | | | | | | | | | |
| 2/1/2021 | Mon | Call with FTI, Akin, and Province, call with Ad Hoc Committee, MSGE, NCSG, and UCC, prepare analysis | 16.0 | 13.0 | - | - | - | - | - | - | - | 3.0 | - | - | - |
| 2/2/2021 | Tue | HL internal call, call with Alix, PJT, and FTI, HL internal call, call with Ad Hoc Committee, call with Ad Hoc Committee's Professionals, MSGE's Professionals, and UCC's Professionals, prepare analysis, review diligence materials | 16.5 | 11.5 | - | - | - | - | - | - | - | 5.0 | - | - | - |
| 2/3/2021 | Wed | Call with FTI and Province, HL internal call, prepare analysis, review diligence materials | 13.5 | 12.0 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/4/2021 | Thu | HL internal call, call with Ad Hoc Committee Mediation Subgroup and Debtors, prepare analysis | 14.0 | 12.5 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/5/2021 | Fri | Call with monitor, prepare analysis, review diligence materials, prepare January fee application | 10.5 | 8.5 | - | - | - | - | 1.0 | - | - | 1.0 | - | - | - |
| 2/6/2021 | Sat | Prepare and review analysis | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/7/2021 | Sun | Prepare and review analysis | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/8/2021 | Mon | HL internal call, call with Gilbert, call with Ad Hoc Committee's Professionals and UCC's Professionals, call with Alix, PJT, FTI, Jefferies, and Province, HL internal call, prepare analysis, review diligence materials | 16.0 | 10.5 | - | - | - | - | - | - | - | 5.5 | - | - | - |
| 2/9/2021 | Tue | Call with FTI and Gilbert, review diligence materials, prepare January fee application | 8.0 | 6.5 | - | - | - | - | 1.0 | - | - | 0.5 | - | - | - |
| 2/10/2021 | Wed | Call with Alix, PJT, and FTI, recurring call with Ad Hoc Committee, call with Ad Hoc Committee Mediation Subgroup, prepare analysis | 14.0 | 10.0 | - | - | - | - | - | - | - | 4.0 | - | - | - |
| 2/11/2021 | Thu | Call with FTI, prepare analysis, review diligence materials | 13.0 | 12.0 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 2/12/2021 | Fri | HL internal call, prepare analysis | 10.5 | 9.0 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/13/2021 | Sat | Review analysis | 4.0 | 4.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/14/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/15/2021 | Mon | Prepare analysis, review diligence materials | 10.5 | 10.5 | - | - | - | - | - | - | - | - | - | - | - |
| 2/16/2021 | Tue | Call with Ad Hoc Committee, call with Ad Hoc Committee Professionals, call with Ad Hoc Committee and NCSG, call with FTI and Caplin & Drysdale, review diligence materials | 10.0 | 5.5 | - | - | - | - | - | - | - | 4.5 | - | - | - |
| 2/17/2021 | Wed | Call into omnibus hearing, call with Ad Hoc Committee Mediation Subgroup, recurring call with Ad Hoc Committee, prepare analysis | 13.5 | 8.5 | - | - | 3.0 | - | - | - | - | 2.0 | - | - | - |
| 2/18/2021 | Thu | Prepare analysis, review diligence materials, prepare January fee application | 10.0 | 9.0 | - | - | - | - | 1.0 | - | - | - | - | - | - |
| 2/19/2021 | Fri | Call with Alix, PJT, and FTI, call with Debtors, Alix, PJT, FTI, Jefferies, and Province, prepare analysis, review diligence materials | 10.0 | 8.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 2/20/2021 | Sat | Prepare analysis | 1.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/21/2021 | Sun | Prepare analysis | 3.0 | 3.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/22/2021 | Mon | Prepare analysis, review diligence materials | 11.5 | 11.5 | - | - | - | - | - | - | - | - | - | - | - |
| 2/23/2021 | Tue | Call with Ad Hoc Committee Mediation Subgroup, prepare analysis | 9.0 | 8.0 | - | - | - | - | - | - | - | 1.0 | - | - | - |
| 2/24/2021 | Wed | Recurring call with Ad Hoc Committee, prepare analysis | 9.5 | 8.0 | - | - | - | - | - | - | - | 1.5 | - | - | - |
| 2/25/2021 | Thu | Call with Alix, PJT, and FTI, call with Ad Hoc Committee's Professionals, prepare analysis | 8.0 | 6.0 | - | - | - | - | - | - | - | 2.0 | - | - | - |
| 2/26/2021 | Fri | Call with Ad Hoc Committee Mediation Subgroup, prepare January fee application, review diligence materials | 6.0 | 4.0 | - | - | - | - | 1.0 | - | - | 1.0 | - | - | - |
| 2/27/2021 | Sat | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2/28/2021 | Sun | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **February 2021 Total** | | | **238.0** | **192.5** | **-** | **-** | **3.0** | **-** | **4.0** | **-** | **-** | **38.5** | **-** | **-** | **-** |