# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: Purdue Pharma L.P.    Case No. 19-23649

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC<br>Name of Transferee | LPW TRAINING SERVICES LLC<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598<br><br>Phone: 516-255-1801<br>Last four digits of Acct#: N/A | Court Claim # (if known): N/A<br>Amount of Claim: USD$85,471.53<br>Schedule # 1167581<br>Date Claim Filed: N/A<br>Phone: (732) 356-0872<br>Last four digits of Acct.#: N/A<br><br>Name and Current Address of Transferor:<br><br>LPW TRAINING SERVICES LLC<br>1938 WASHINGTON VALLEY RD 2ND FL<br>MARTINSVILLE, NJ 08836 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: N/A<br>Last four digits of Acct#: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross    Date: May 26, 2021
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:    United States Bankruptcy Court ("Bankruptcy Court")
       Southern District of New York
       Attention: Clerk


AND TO:   Adlon Therapeutics L.P.
          Case No 19-23654 (the "Debtor"),
          (Jointly administered under Purdue Pharma L.P. Case No. 19-23649)

Claim # N/A

**LPW TRAINING SERVICES LLC**, its successors, and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer, and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$85,471.53** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 20th DAY OF May, 2021.


ASSIGNOR: LPW TRAINING SERVICES LLC

_Liza Pizarro-White_
(Signature)

Liza Pizarro-White
(Print Name)

CEO
(Title)


ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

**Adlon Therapeutics L.P.**  Case Number: 19-23654 (RDD)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C U D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|

### Unpaid Prepetiton Trade Payables

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.1 | BIOECLIPSE LLC<br>PO BOX 512323<br>PHILADELPHIA, PA 19175 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $113,381 |
| 3.2 | CZARNOWSKI DISPLAY SERVICE INC<br>6067 EAGLE WAY<br>CHICAGO, IL 60678-1060 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $9,459 |
| 3.3 | DEERFIELD AGENCY<br>950 W VALLEY RD STE 3000<br>WAYNE, PA 19087 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $15,335 |
| 3.4 | DMD AMERICA INC<br>205 S SALINA ST STE 400<br>SYRACUSE, NY 13202 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $173 |
| 3.5 | ENORMOUS CREATIVE LLC<br>32 N DIVISION ST 1ST FLR<br>PEEKSKILL, NY 10566 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $11,475 |
| 3.6 | ERX NETWORK HOLDINGS INC<br>PO BOX 25485<br>SALT LAKE CITY, UT 84125 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $2,389 |
| 3.7 | INVENTIV COMMERCIAL SERVICES LLC<br>500 ATRIUM DR<br>SOMERSET, NJ 08873 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $419,671 |
| 3.8 | IQVIA INC<br>PO BOX 8500-784290<br>PHILADELPHIA, PA 19178-4290 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $107,808 |
| 3.9 | JS MCCARTHY PRINTERS<br>15 DARIN DR<br>AUGUSTA, ME 04330 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $239 |
| 3.10 | LPW TRAINING SERVICES LLC<br>1938 WASHINGTON VALLEY RD  2ND FL<br>MARTINSVILLE, NJ 08836 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $85,472 ← |
| 3.11 | MEDICAL RESEARCH CONSULTANTS<br>10550 RICHMOND AVE STE 310<br>HOUSTON, TX 77042 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $624 |

# Prime Clerk
A KROLL BUSINESS

## Creditor Information - Schedule # 1167581

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| LPW TRAINING SERVICES LLC<br>1938 WASHINGTON VALLEY RD 2ND FL<br>MARTINSVILLE, NJ 08836 | Adlon Therapeutics L.P. | n/a |
| | Date Filed | Schedule Number |
| | n/a | 1167581 |

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | $85,471.53 | | | | $85,471.53 | Scheduled |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $85,471.53 | | | | $85,471.53 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign