FOR LEGAL USE ONLY

United States
Federal Court Clerk                    FILED
United States Bankruptcy Court    U.S. BANKRUPTCY COURT 5-15-21
for the Southern District of New York  2021 MAY 24 P 2:08
300 Quarropas Street,                  S.D. OF N.Y.
White Plains, NY 10601

    re: Troy A. Pesina case: 19-23649 (rdd)
docket number 2193 change of address.

Dear Federal Court Clerk,
    I apoligize for this inconvinance. On April 29th of 2021 I was transferd from County Jail to State Prison. Upon my arrival I was placed on a 14 day quarintine and unable to write the court because my phone book was in my property and not accesible.
    I would like any new "Notices" to be send to me at the following address;

    Troy A. Pesina D.O.C #756092
    Washington Corrections Center R-5-B-15
    P.O. Box 900
    Shelton, WA. 98584-0974

    I would like to know what was the ruling by Honorable Judge Robert D. Drain

FOR LEGAL USE ONLY

FOR LEGAL USE ONLY

FOR LEGAL USE ONLY

FOR LEGAL USE ONLY

For the "Late Claim Motions".

Thank You.

Sincerly, Troy A. Pesina

Troy A. Pesina D.O.C 756092
Unit·R-5  Cell·B-15
WCC - Washington Corrections Center
P.O. Box 900
Shelton, WA. 98584

P.S.
If any motions where filed after May 27TH, 2021 in reguards to the "Late Claim Motion" filed by me please send me a copy.

FOR LEGAL USE ONLY

FOR LEGAL USE ONLY

FOR LEGAL USE ONLY