**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

## AFFIDAVIT OF SERVICE

I, Andrew Chan, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

*/s/ Andrew Chan*
Andrew Chan

Dated:  May 26, 2021

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 26, 2021, by Andrew Chan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.
*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**<u>Exhibit A</u>**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2573 | Flw Southeast Inc<br>Attn: Steve Calbert<br>4451 Canton Rd<br>Marietta, GA 30066 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | April 9, 2021 |
| 2619 | New Frontier Mktg Assoc LLC<br>44 Main Street Suite 5<br>Millburn,  NJ 07041 | ASM Capital X LLC<br>ASM Capital<br>Attn: Adam S. Moskowitz<br>7600 Jericho Turnpike Suite 302<br>Woodbury NY 11797 | May 25, 2021 |
| 2628 | Charles Stefanini Consulting LLC<br>15 Cunningham Dr<br>Framingham, MA 01701 | Argo Partners<br>Attn: Scott Krochek<br>12 West 37th Street, Ste 900<br>New York NY 10018 | May 25, 2021 |
| 2629 | Ecoscape Solutions Group LLC<br>PO Box 936347<br>Atlanta, GA 31193-6347 | Argo Partners<br>Attn: Scott Krochek<br>12 West 37th Street, Ste 900<br>New York, NY 10018 | May 25, 2021 |

In re: Purdue Pharma L.P., *et al.*
Case No. 19-23649 (RDD)

Exhibit A

Claim Transfer Service List

Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2655 | Dezenhall Resources<br>Attn: Maya Shackley, CFO<br>3407 Holly Street<br>Alexandria, VA 22305<br><br>Dezenhall Resources<br>1130 Connecticut Avenue NW<br>Washington, DC 20036-3904<br><br>Dezenhall Resources<br>Attn: Maya Shackley, CFO<br>2121 K Street, NW<br>Suite 920<br>Washington, DC 20037 | Argo Partners<br>Attn: Scott Krochek<br>12 West 37th Street, Ste. 900<br>New York, NY 10018 | May 25, 2021 |
| 2657 | Alacrita Consulting Inc<br>Attn: Tatiana Gould<br>303 Wyman St. Ste 325<br>Waltham, MA 02451 | Argo Partners<br>Attn: Scott Krochek<br>12 West 37th Street, Ste. 900<br>New York, NY 10018 | May 25, 2021 |
| 2783 | Messagebank LLC<br>Attn: Leonard Fink<br>260 Madison Ave 17th Fl.<br>New York, NY 10016 | CRG Financial LLC<br>Attn: Allison Axenrod<br>100 Union Avenue<br>Cresskill, NJ 07626 | May 25, 2021 |
| 2872 | Davidson Davidson & Kappel LLC<br>Attn: Alicia Mayer<br>89 Eighth Avenue, 16th Fl.<br>New York NY 10018 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill NJ 07626 | May 21, 2021 |

In re: Purdue Pharma L.P., *et al.*

Case No. 19-23649 (RDD)