ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PURDUE PHARMA L.P., et al.,[1] | ) Case No. 19-23649 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**TWENTIETH MONTHLY FEE STATEMENT OF ARNOLD & PORTER KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | April 1, 2021 through April 30, 2021 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
| --- | --- |
| Total Compensation Incurred | $76,856.59[2] |
| Less 20% Holdback | $15,371.32 |
| Total Reimbursement Requested | $70.00 |
| Total Compensation and Reimbursement Requested in this Statement | $61,555.27 |

**This is a(n):**    X Monthly Application    __  Interim Application    __  Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from April 1, 2021 Through April 30, 2021* (this "**Fee Statement**").[3]    By this Fee Statement, A&P seeks (i) compensation in the amount of

---

[2]    This amount reflects a reduction in fees in the amount of $13,562.91 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]    The period from April 1, 2021, through and including April 30, 2021, is referred to herein as the "**Fee Period**."

$61,485.27 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $76,856.59) and (ii) payment of $70.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### **Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $76,856.59 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $61,485.27.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $920.23.[4] The blended hourly billing rate of all paraprofessionals is $344.25.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that A&P incurred or disbursed in the amount of $70.00 in connection with providing professional services to the Debtors during the Fee Period.

---

[4]   This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]   This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.       Attached hereto as **<u>Exhibit D</u>** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

### <u>Notice</u>

5.       A&P will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A&P submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $61,485.27, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $76,856.59) and (ii) payment of $70.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

May 27, 2021                                  Respectfully submitted,


By:  _/s/_ Rory Greiss
                               **ARNOLD & PORTER KAYE SCHOLER LLP**
                               Rory Greiss
                               250 West 55th Street
                               New York, New York 10019
                               rory.greiss@arnoldporter.com

                               **-AND-**

                               Rosa J. Evergreen
                               601 Massachusetts Ave, NW
                               Washington, DC 2001-3743
                               rosa.evergreen@arnoldporter.com

                               ***Special Counsel to the Debtors***

## Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Miscellaneous - General Advice | 1.80 | $1,858.95 |
| Commercial Contracts Advice | 6.10 | $5,623.60 |
| Project Alive | 3.90 | $3,626.10 |
| Oncology Development Agreement | 3.20 | $3,304.80 |
| Amendment to Shionogi Collaboration | 1.30 | $1,093.95 |
| Retention and Fee Applications | 14.20 | $8,460.05 |
| Project Kelp III | 8.00 | $6,555.63 |
| Project Montana | 1.20 | $1,009.80 |
| General Patent Settlement | 10.30 | $10,637.33 |
| Project Chione | 16.60 | $14,262.15 |
| Government Contracts | 2.30 | $2,336.23 |
| IT Contract Advice | 19.00 | $18,088.00 |
| **Total**[6] | **87.90** | **$76,856.59** |

---

[6]  This amount reflects a reduction in fees in the amount of $13,562.91 on account of voluntary discounts as described in the Retention Application.

**Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,000.00 | 2.00 | $2,000.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,420.00 | 0.90 | $1,278.00 |
| Greiss, Rory | Partner | 1981 | 1,215.00 | 31.10 | $37,786.50 |
| Handwerker, Jeffrey L. | Partner | 1995 | 1,195.00 | 2.30 | $2,748.50 |
| Rothman, Eric | Partner | 2008 | 990.00 | 9.30 | $9,207.00 |
| Moskatel, Ira | Counsel | 1975 | 1,120.00 | 19.00 | $21,280.00 |
| Clements, Ginger | Associate | 2016 | 815.00 | 3.00 | $2,445.00 |
| Zausner, Ethan | Associate | 2017 | 815.00 | 13.30 | $10,839.50 |
| Reddix, Darrell | Legal Assistant | | 405.00 | 7.00 | $2,835.00 |
| **Total** | | | | **87.90** | **90,419.50** |
| Less 15% Discount | | | | | ($13,562.91) |
| **Discounted Total** | | | | | **$76,856.59** |
| Less 20% Holdback | | | | | ($15,371.32) |
| **Total Amount Requested Herein** | | | | | **$61,485.27** |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| Filing Fees | $70.00 |
| **Total Expenses** | **$70.00** |

**Exhibit D**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

May 25, 2021
Invoice # 30127491
EIN 53-0208605

**Client/Matter # 1049218.00001**

Miscellaneous

1000000570

| | | |
|---|---|---|
| **For Legal Services Rendered through April 30, 2021** | $ | 2,187.00 |
| Less Discount: | | -328.05 |
| **Fee Total** | | **1,858.95** |
| **Total Amount Due** | $ | **1,858.95** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                               P.O. Box 759451
                               Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 25, 2021

Invoice # 30127491

**(1049218.00001)**
**Miscellaneous**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 04/30/21 | 1.80 | Draft Supplement No. 2 to BCAT Agreement. |
| **Total Hours** | | **1.80** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Rory Greiss | 1.80 | 1,215.00 | 2,187.00 |
| **TOTAL** | **1.80** | | **2,187.00** |

**Total Current Amount Due**                                    **$1,858.95**

# Arnold&Porter

**Purdue Pharma L.P.**                                        May 25, 2021
**Attn: Maria Barton**                               Invoice # 30127492
**General Counsel**                                     EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through April 30, 2021** | $ | 6,616.00 |
| Discount: | | -992.40 |
| **Fee Total** | | **5,623.60** |
| **Total Amount Due** | $ | **5,623.60** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**       Arnold & Porter Kaye Scholer LLP
                P.O. Box 759451
                Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 25, 2021

Invoice # 30127492

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 04/19/21 | 0.80 | Draft Marketing Agreement. |
| Deborah L. Feinstein | 04/19/21 | 0.50 | Edit compliance guidelines. |
| Rory Greiss | 04/20/21 | 0.90 | Review, revise amended sublicense agreement (.6); correspondence with E. Zausner re: revisions (.3). |
| Ethan Zausner | 04/20/21 | 0.70 | Review, analyze updated sublicense agreement and related emails. |
| Deborah L. Feinstein | 04/20/21 | 0.10 | Revise antitrust policy. |
| Rory Greiss | 04/22/21 | 0.60 | Review, comment on revised agreement. |
| Ethan Zausner | 04/22/21 | 0.80 | Revise sublicense agreement. |
| Ethan Zausner | 04/23/21 | 0.20 | Correspond with A&P teams re: sublicense agreement. |
| Rory Greiss | 04/26/21 | 0.90 | Review, analyze slides from BOD approval of sublicense and most recent draft of agreement (.5); correspondence with R. Inz re: question of whether further approval is required (.2); correspondence with A&P team re: preparing new draft of agreement (.2). |
| Ethan Zausner | 04/26/21 | 0.30 | Further revise sublicense agreement. |
| Deborah L. Feinstein | 04/28/21 | 0.30 | Edit compliance guidelines. |
| **Total Hours** | | **6.10** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Deborah L. Feinstein | 0.90 | 1,420.00 | 1,278.00 |
| Rory Greiss | 2.40 | 1,215.00 | 2,916.00 |
| Eric Rothman | 0.80 | 990.00 | 792.00 |
| Ethan Zausner | 2.00 | 815.00 | 1,630.00 |
| **TOTAL** | **6.10** | | **6,616.00** |

May 25, 2021                                                                                    Invoice # 30127492

**Total Current Amount Due**                                                              **$5,623.60**

# Arnold&Porter

**Purdue Pharma L.P.**                                                    May 25, 2021
**Attn: Roxana Aleali**                                          Invoice # 30127493
**Associate General Counsel**                                   EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00134**

Project Alive

20180002128

| | | |
|---|---|---|
| **For Legal Services Rendered through April 30, 2021** | $ | 4,266.00 |
| Discount: | | -639.90 |
| **Fee Total** | | 3,626.10 |
| **Total Amount Due** | $ | **3,626.10** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**              Arnold & Porter Kaye Scholer LLP
                              P.O. Box 759451
                              Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 25, 2021                                                                 Invoice # 30127493

**(1049218.00134)**
**Project Alive**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 04/23/21 | 1.80 | Review, a correspondence from K. McCarthy re: ability to contact CMO before option exercise (.3); review provisions of agreement (.6); call with E. Rothman to discuss terms of letter to be drafted (.5); review draft letter and comment (.4). |
| Eric Rothman | 04/23/21 | 2.10 | Telephone conference with Purdue to discuss Project Alive matters (.5); draft documentation re: sale (1.6). |

**Total Hours**                        **3.90**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 1.80 | 1,215.00 | 2,187.00 |
| Eric Rothman | 2.10 | 990.00 | 2,079.00 |
| **TOTAL** | **3.90** | | **4,266.00** |

**Total Current Amount Due**                                    **$3,626.10**

# Arnold&Porter

**Purdue Pharma L.P.**                                      May 25, 2021
**Attn: Roxana Aleali**                            Invoice # 30127494
**Associate General Counsel**                        EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00143**

Oncology Development Agreement

20190002456


**For Legal Services Rendered through April 30, 2021**          $        3,888.00

  Discount:                                                            -583.20

**Fee Total**                                                         3,304.80


**Total Amount Due**                                         $        **3,304.80**


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                   Arnold & Porter Kaye Scholer LLP
                                   P.O. Box 759451
                                   Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 25, 2021

**(1049218.00143)**
**Oncology Development Agreement**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 04/09/21 | 3.20 | Review APA, Exclusive US License, Assignment Agreement and related agreements (.6); draft email to K. McCarthy regarding relevant provisions of agreements in connection with possible assignment of US License agreement (1.0). |
| **Total Hours** | | **3.20** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 3.20 | 1,215.00 | 3,888.00 |
| **TOTAL** | **3.20** | | **3,888.00** |

| **Total Current Amount Due** | **$3,304.80** |
|---|---|

# Arnold&Porter

**Purdue Pharma L.P.**                                            May 25, 2021
**Attn: Roxana Aleali**                                    Invoice # 30127495
**Associate General Counsel**                                EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00144**

Amendment to Shionogi Collaboration

20190002605

**For Legal Services Rendered through April 30, 2021**        $        **1,287.00**

Discount:                                                        -193.05

**Fee Total**                                                    **1,093.95**

**Total Amount Due**                                    $        **1,093.95**

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**            Arnold & Porter Kaye Scholer LLP
                            P.O. Box 759451
                            Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 25, 2021                                                                                       Invoice # 30127495

**(1049218.00144)**
**Amendment to Shionogi Collaboration**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 04/23/21 | 1.30 | Review, analyze Shionogi Agreement (.4); analyze amendments re same (.9). |

**Total Hours**                          **1.30**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Eric Rothman | 1.30 | 990.00 | 1,287.00 |
| **Subtotal:** | **1.30** | | **1,287.00** |
| **TOTAL** | **1.30** | | **1,287.00** |

**Total Current Amount Due**                                                    **$1,093.95**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

May 25, 2021
Invoice # 30127496
EIN 53-0208605

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through April 30, 2021** | $ | 9,953.00 |
| Discount: | | -1,492.95 |
| **Fee Total** | | 8,460.05 |
| **Disbursements Recorded through April 30, 2021** | | 70.00 |
| **Total Amount Due** | $ | 8,530.05 |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 759451
                          Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 25, 2021

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 04/01/21 | 0.50 | Review and finalize February Monthly Statement for filing. |
| Rosa J. Evergreen | 04/01/21 | 0.10 | Review final monthly statement for filing. |
| Darrell B. Reddix | 04/01/21 | 0.90 | Finalize eighteenth monthly fee report including exhibits in preparation filing(.8); serve same (.1). |
| Rosa J. Evergreen | 04/02/21 | 0.10 | Communicate with R. Greiss re March statement. |
| Rosa J. Evergreen | 04/05/21 | 0.10 | Communicate with R. Greiss re hearing. |
| Rosa J. Evergreen | 04/08/21 | 0.20 | Communicate with R. Greiss re fee application hearing and filings. |
| Rosa J. Evergreen | 04/09/21 | 0.10 | Communicate with R. Greiss re 4th interim fee application. |
| Darrell B. Reddix | 04/12/21 | 1.90 | Prepare nineteenth monthly fee report including exhibits. |
| Darrell B. Reddix | 04/13/21 | 0.50 | Prepare nineteenth monthly fee report including exhibits. |
| Darrell B. Reddix | 04/14/21 | 0.50 | Finalize nineteenth monthly fee report including exhibits. |
| Rosa J. Evergreen | 04/16/21 | 0.20 | Correspond with A&P team re fee statement. |
| Rory Greiss | 04/20/21 | 0.40 | Review Proposed Omnibus Order Granting Fourth Interim Fee Application. |
| Rosa J. Evergreen | 04/20/21 | 0.20 | Communicate with R. Greiss re Purdue interim compensation hearing (.1); review, analyze proposed order re same (.1). |
| Darrell B. Reddix | 04/20/21 | 0.50 | Prepare nineteenth monthly fee report including exhibits. |
| Rory Greiss | 04/21/21 | 1.30 | Attend portion of Bankruptcy Court hearing at request of Judge Drain (1.0); confirm amounts in proposed order for outstanding legal fees (.3). |
| Rosa J. Evergreen | 04/21/21 | 0.20 | Correspond with A&P hearing re fee application. |
| Darrell B. Reddix | 04/21/21 | 0.50 | Review, analyze proposed order regarding Fee Application (.2); correspond with A&P team re: same (.3). |
| Ginger Clements | 04/22/21 | 0.80 | Telephone conference with D. Reddix re monthly fee statement exhibit (.5); correspond with R. Evergreen re U.S. Trustee guidelines (.3). |
| Rosa J. Evergreen | 04/22/21 | 0.30 | Communicate with G. Clements re fee applications (.2); follow-up with R. Greiss re same (.1). |
| Darrell B. Reddix | 04/22/21 | 1.00 | Prepare nineteenth monthly fee report including exhibits (.5); telephone conference with G. Clements re same (.5). |
| Ginger Clements | 04/23/21 | 1.00 | Draft time entry memorandum re U.S. Trustee guidelines (.9); correspond with R. Greiss, R. Evergreen re same (.1). |
| Darrell B. Reddix | 04/23/21 | 0.90 | Prepare nineteenth monthly fee report including exhibits. |
| Rosa J. Evergreen | 04/24/21 | 0.20 | Communicate with R. Greiss and G. Clements re fee application. |
| Ginger Clements | 04/26/21 | 0.10 | Correspond with R. Greiss, R. Evergreen re time entry memorandum. |
| Ginger Clements | 04/28/21 | 0.40 | Correspond with A&P team re U.S. Trustee guidelines and local rules. |

May 25, 2021                                                                 Invoice # 30127496

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ginger Clements | 04/29/21 | 0.70 | Review, analyze invoices re compliance with U.S. Trustee guidelines. |
| Rosa J. Evergreen | 04/29/21 | 0.30 | Review, analyze March invoice (.2); review communication from G. Clements and D. Reddix re same (.1). |
| Darrell B. Reddix | 04/29/21 | 0.30 | Prepare nineteenth monthly fee report including exhibits. |
| **Total Hours** | | **14.20** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 2.00 | 1,000.00 | 2,000.00 |
| Rory Greiss | 2.20 | 1,215.00 | 2,673.00 |
| Ginger Clements | 3.00 | 815.00 | 2,445.00 |
| Darrell B. Reddix | 7.00 | 405.00 | 2,835.00 |
| **TOTAL** | **14.20** | | **9,953.00** |

**Disbursements:**

| Category | Amount |
|----------|--------|
| Filing Fees | 70.00 |
| **Total Disbursements** | **70.00** |

**Total Current Amount Due**                                    **$8,530.05**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

May 25, 2021
Invoice # 30127497
EIN 53-0208605

**Client/Matter # 1049218.00151**

Project Kelp III

20200002984

| | | |
|---|---|---|
| **For Legal Services Rendered through April 30, 2021** | $ | 7,712.50 |
| Discount: | | -1,156.87 |
| **Fee Total** | | **6,555.63** |
| **Total Amount Due** | $ | **6,555.63** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                                   P.O. Box 759451
                                   Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 25, 2021

**(1049218.00151)**
**Project Kelp III**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 04/08/21 | 0.90 | Correspondence with K. McCarthy re: preparation of summary outline of transaction (.4); correspondence with E. Zausner re: preparing a draft; discuss precedents (.5). |
| Ethan Zausner | 04/08/21 | 2.10 | Draft summary of agreement terms. |
| Ethan Zausner | 04/09/21 | 2.30 | Draft summary of agreement terms. |
| Rory Greiss | 04/12/21 | 1.30 | Review and comment on draft summary of transaction prepared by E. Zausner. |
| Rory Greiss | 04/15/21 | 0.30 | Correspondence with D. Saussy and E. Rothman re: summary of transaction. |
| Eric Rothman | 04/15/21 | 1.10 | Draft Kelp III Agreement summary. |

**Total Hours**          **8.00**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 2.50 | 1,215.00 | 3,037.50 |
| Eric Rothman | 1.10 | 990.00 | 1,089.00 |
| Ethan Zausner | 4.40 | 815.00 | 3,586.00 |
| **TOTAL** | **8.00** | | **7,712.50** |

**Total Current Amount Due**                    **$6,555.63**

# Arnold&Porter

**Purdue Pharma L.P.**                                      May 25, 2021
**Attn: Roxana Aleali**                              Invoice # 30127498
**Associate General Counsel**                           EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00152**

Project Montana

20210003079

| | |
|---|---|
| **For Legal Services Rendered through April 30, 2021** | **1,188.00** |
| Discount: | <u>-178.20</u> |
| **Fee Total** | **1,009.80** |
| **Total Amount Due**                                   $ | **<u>1,009.80</u>** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

| | |
|---|---|
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 759451 |
| | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 25, 2021

**(1049218.00152)**
**Project Montana**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 04/09/21 | 1.20 | Correspond with A&P related to open point on Project Montana. |

**Total Hours**          **1.20**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Eric Rothman | 1.20 | 990.00 | 1,188.00 |
| **Subtotal:** | **1.20** | | **1,188.00** |
| **TOTAL** | **1.20** | | **1,188.00** |

**Total Current Amount Due**          **$1,009.80**

# Arnold&Porter

**Purdue Pharma L.P.**                                    May 25, 2021
**Attn: Rachel Kreppel**                          Invoice # 30127499
**Associate General Counsel**                        EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00153**

General Patent Settlement

20210003082

| | |
|---|---|
| **For Legal Services Rendered through April 30, 2021** | **12,514.50** |
| Discount: | <u>-1,877.17</u> |
| **Fee Total** | **10,637.33** |
| **Total Amount Due** | **$        <u>10,637.33</u>** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                  Arnold & Porter Kaye Scholer LLP
                                 P.O. Box 759451
                                 Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  <u>**Invoice@arnoldporter.com**</u>

May 25, 2021                                                                 Invoice # 30127499

**(1049218.00153)**
**General Patent Settlement**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 04/12/21 | 0.50 | Correspond with R. Kreppel re: fully executed confidentiality agreement. |
| Rory Greiss | 04/27/21 | 3.70 | Call with R. Kreppel re: issues to be reviewed under OxyContin and Hysingla settlements (1.1); review OxyContin settlement agreements (2.6). |
| Rory Greiss | 04/28/21 | 1.30 | Further review OxyContin settlement documents. |
| Rory Greiss | 04/29/21 | 3.30 | Review of OxyContin and Hysingla Settlements in preparation for discussion with R. Kreppel. |
| Rory Greiss | 04/30/21 | 1.50 | Teleconference with R. Kreppel re: OxyContin and Hysingla Settlements. |

**Total Hours**                            **10.30**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Rory Greiss | 10.30 | 1,215.00 | 12,514.50 |
| **Subtotal:** | **10.30** | | **12,514.50** |
| **TOTAL** | **10.30** | | **12,514.50** |

**Total Current Amount Due**                                      **$10,637.33**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

May 25, 2021
Invoice # 30127500
EIN 53-0208605

**Client/Matter # 1049218.00154**

Project Chione

20210003087

| | |
|---|---:|
| **For Legal Services Rendered through April 30, 2021** | **16,779.00** |
| Discount: | <u>-2,516.85</u> |
| **Fee Total** | **14,262.15** |
| **Total Amount Due** $ | <u>**14,262.15**</u> |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**       Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  <u>**Invoice@arnoldporter.com**</u>

May 25, 2021                                                                        Invoice # 30127500


**(1049218.00154)**
**Project Chione**


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 04/05/21 | 1.10 | Prepare for videoconference with G. Misra, K. McCarthy and Z. Haseeb re: revised term sheet (.4); videoconference with Purdue team, E. Rothman and E. Zausner to discuss changes to term sheet (.7). |
| Eric Rothman | 04/05/21 | 1.60 | Teleconference with R. Greiss and E. Zausner (.7); review, revise term sheet for potential outlicense transaction (.9). |
| Ethan Zausner | 04/05/21 | 1.30 | Review, analyze updated term sheet and related notes (.6); call with E. Rothman and R. Greiss to discuss term sheet (.7). |
| Rory Greiss | 04/06/21 | 1.40 | Review revised term sheet (.6); telephone conference with E. Rothman and E. Zausner re: same (.8). |
| Eric Rothman | 04/06/21 | 1.20 | Teleconference with R. Greiss and E. Zausner re: term sheet (.8); review and edit term sheet for potential outlicense transaction (.4). |
| Ethan Zausner | 04/06/21 | 1.50 | Call with R. Greiss and E. Rothman to discuss term sheet (.8); revise term sheet (.7). |
| Rory Greiss | 04/07/21 | 1.90 | Review and modify revised term sheet (1.5); correspondence with E. Zausner and E. Rothman re: changes (.4). |
| Ethan Zausner | 04/07/21 | 2.10 | Further revise term sheet. |
| Rory Greiss | 04/08/21 | 1.20 | Review, comment on revised draft of term sheet (.9); correspondence with E. Zausner and Purdue team re: same (.3). |
| Ethan Zausner | 04/08/21 | 0.80 | Further revise term sheet. |
| Rory Greiss | 04/19/21 | 1.30 | Review term sheet issues (.5); videoconference with E. Zausner and E. Rothman to discuss changes and response to Purdue team (.8). |
| Ethan Zausner | 04/19/21 | 1.20 | Call with E. Rothman and R. Greiss to discuss term sheet (.8); further revise term sheet (.4). |

**Total Hours**                    **16.60**

May 25, 2021                                                                 Invoice # 30127500

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Rory Greiss | | 6.90 | 1,215.00 | 8,383.50 |
| Eric Rothman | | 2.80 | 990.00 | 2,772.00 |
| | **Subtotal:** | **9.70** | | **11,155.50** |
| **Associate** | | | | |
| Ethan Zausner | | 6.90 | 815.00 | 5,623.50 |
| | **Subtotal:** | **6.90** | | **5,623.50** |
| **TOTAL** | | **16.60** | | **16,779.00** |

**Total Current Amount Due**                                      $14,262.15

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

May 25, 2021
Invoice # 30127501
EIN 53-0208605

**Client/Matter # 1049218.00155**

Government Contracts

20210003110

| | |
|---|---|
| **For Legal Services Rendered through April 30, 2021** | **2,748.50** |
| Discount: | <u>-412.27</u> |
| **Fee Total** | **2,336.23** |
| **Total Amount Due** | $  **<u>2,336.23</u>** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**   Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 25, 2021

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Jeffrey L. Handwerker | 04/11/21 | 0.30 | Review materials from E. Rothman in preparation for call. |
| Jeffrey L. Handwerker | 04/15/21 | 2.00 | Prepare for call re: government contracts (.8); call with Skadden team and K. McCarthy re: same (.6); draft summary re: same (.6). |

**Total Hours**                    **2.30**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Jeffrey L. Handwerker | 2.30 | 1,195.00 | 2,748.50 |
| **Subtotal:** | **2.30** | | **2,748.50** |
| **TOTAL** | **2.30** | | **2,748.50** |

**Total Current Amount Due**                                         **$2,336.23**

# Arnold&Porter

**Purdue Pharma L.P.**                                              May 25, 2021
**Attn: Roxana Aleali**                                      Invoice # 30127502
**Associate General Counsel**                                  EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00156**

IT Contract Advice

20210003096

**For Legal Services Rendered through April 30, 2021**                 **21,280.00**

 Discount:                                                            -3,192.00

**Fee Total**                                                        **18,088.00**

**Total Amount Due**                                    $          **18,088.00**

**Wire Transfer Instructions:**

|                      |                                          |
|----------------------|------------------------------------------|
| Account Name:        | Arnold & Porter Kaye Scholer LLP         |
| Bank Info:           | Wells Fargo Bank NA                       |
|                      | 420 Montgomery Street                     |
|                      | San Francisco, CA  94104                  |
| Account Number:      | 4127865475                                |
| ABA Number:          | 121000248 (ACH and wires)                 |
| Swift Code:          | WFBIUS6S                                   |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
                                     P.O. Box 759451
                                     Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 25, 2021                                                                    Invoice # 30127502

**(1049218.00156)**
**IT Contract Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ira D. Moskatel | 04/20/21 | 2.00 | Review, analyze SAP documents (1.2); correspond with K. McCarthy re: same (.8). |
| Ira D. Moskatel | 04/21/21 | 3.00 | Telephone conference with Purdue legal and IT managers re potential solutions to SAP impasse (1.5); review, analyze relevant documents and case law (1.5). |
| Ira D. Moskatel | 04/22/21 | 3.00 | Correspond with K. McCarthy re maintenance schedule issues (2.0); correspond with same re additional SAP amendments (1.0). |
| Ira D. Moskatel | 04/23/21 | 1.00 | Review Oracle cloud agreement context. |
| Ira D. Moskatel | 04/26/21 | 1.50 | Review e-mails from K. McCarthy re SAP about-face and current Oracle ordering documents and agreements. |
| Ira D. Moskatel | 04/27/21 | 3.00 | Conduct detailed factual and legal analysis of approaches to Rimini suport and associated risks. |
| Ira D. Moskatel | 04/28/21 | 1.50 | Telephone conference with K. McCarthy re Rimini Street arrangement. |
| Ira D. Moskatel | 04/29/21 | 1.50 | Continue to analyze full course of action re Rimini. |
| Ira D. Moskatel | 04/30/21 | 2.50 | Telephone conference with K. McCarthy, J. Narli, Rimini counsel re: structuring of Rimini support arrangement (.8); follow up telephone conference with K. McCarthy re: same (.2); begin preparation of issue recap and drafting approaches (1.5). |

**Total Hours**                            **19.00**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Counsel** | | | |
| Ira D. Moskatel | 19.00 | 1,120.00 | 21,280.00 |
| **Subtotal:** | **19.00** | | **21,280.00** |
| **TOTAL** | **19.00** | | **21,280.00** |

**Total Current Amount Due**                                    $18,088.00

Page 1