KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Scott Davidson

*Special Counsel to the Debtors and Debtors in Possessions*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P., *et al.*,** [1] | **Case No. 19-23649 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**TWENTIETH MONTHLY FEE STATEMENT OF KING & SPALDING LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
APRIL 1, 2021 THROUGH APRIL 30, 2021**

| | |
|---|---|
| **Name of Applicant** | King & Spalding LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 543] |
| **Period for Which Compensation and Reimbursement is Sought** | April 1, 2021 through April 30, 2021 |

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total Compensation Requested in this Statement** | $248,498.72 (80% of $310,623.40) |
| **Total Reimbursement Requested in this Statement** | $70.00 |
| **Total Compensation and Reimbursement Requested in this Statement** | $248,568.72 |
| **This is a(n):**   **X**  Monthly Application  __  Interim Application  __  Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of King & Spalding LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated November 25, 2019 [Docket No. 543] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), King & Spalding LLP ("**K&S**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from April 1, 2021*

*Through April 30, 2021* (this "**Fee Statement**").[2]  By this Fee Statement, and after taking into account certain voluntary discounts and reductions,[3] K&S seeks (i) compensation in the amount of $248,498.72, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that K&S incurred in connection with such services during the Fee Period (*i.e.*, $310,623.40) and (ii) payment of $70.00, for the actual, necessary expenses that K&S incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by K&S partners, counsel, associates, discovery counsel, privilege review attorneys, and paraprofessionals during the Fee Period with respect to each of the project categories K&S established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, K&S incurred $310,623.40 in fees during the Fee Period.  Pursuant to this Fee Statement, K&S seeks reimbursement for 80% of such fees, totaling $248,498.72.

2.      Attached hereto as **Exhibit B** is a chart of K&S professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended

---

[2]     The period from April 1, 2021 through and including April 30, 2021 is referred to herein as the "**Fee Period**."

[3]     K&S agreed as a courtesy to the Debtors to bill at approximately 90% of its hourly rates in effect when the services are rendered.  Additionally, K&S agreed to offer additional discounts, including on a sliding scale on fees exceeding certain amounts.

hourly billing rate of attorneys for all services provided during the Fee Period is $261.10.[4]  The blended hourly billing rate of all paraprofessionals is $368.43.[5]

3.    Attached hereto as **Exhibit C** is a chart of expenses that K&S incurred or disbursed in the amount of $70.00 in connection with providing professional services to the Debtors during the Fee Period.

4.    Attached hereto as **Exhibit D** are the time records of K&S for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

**Notice**

5.    K&S will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  K&S submits that no other or further notice be given.

WHEREFORE, K&S, in connection with services rendered on behalf of the Debtors during the Fee Period, respectfully requests (i) compensation in the amount of $248,498.72, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that K&S incurred in connection with such services during the Fee Period (*i.e*., $310,623.40) and (ii) payment of $70.00 for the actual, necessary expenses that K&S incurred in connection with such services during the Fee Period.

---

[4]    The blended hourly rate of $261.10 for attorneys is derived by dividing the total fees for attorneys of $308,044.40 by the total hours of 1,179.8.

[5]    The blended hourly rate of $368.43 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $2,579.00 by the total hours of 7.0.

Dated:   May 28, 2021
        New York, New York

                                   **KING & SPALDING LLP**

                                   */s/ Scott Davidson*

                                   Scott Davidson
                                   1185 Avenue of the Americas
                                   New York, New York  10036-2601
                                   Telephone: (212) 556-2100
                                   Facsimile:  (212) 556-2222

                                   *Special Counsel to the Debtors and Debtors in Possession*

**<u>Exhibit A</u>**

**Fees by Project Category**[6]

---

[6]    The total fees listed in Exhibit A do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Analysis/Strategy | 75.8 | $39,771.50 |
| Document/File Management | 2.6 | $819.00 |
| Document Production (Defense) | 1,074.2 | $257,808.00 |
| Retention and Fee Applications | 34.2 | $31,863.50 |
| **TOTALS** | **1,186.8** | **$330,262.00** |

**<u>Exhibit B</u>**

**Professional & Paraprofessional Fees[7]**

---

[7] The hourly billing rate and total compensation listed in Exhibit B for each timekeeper do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey Bucholtz | Partner; joined K&S 2009; admitted to Washington, D.C. 1996 | $1,195.00 | 10.7 | $12,786.50 |
| Rose Jones | Partner; joined K&S 2003; admitted to Georgia 2002 | $500.00 | 23.6 | $11,800.00 |
| John Tucker | Partner; joined K&S 1999; admitted to Kentucky 1995, Georgia 2000 | $500.00 | 4.4 | $2,200.00 |
| **Counsel** | | | | |
| Scott Davidson | Counsel; joined K&S 2009; admitted to New York 1996 | $1,290.00 | 14.5 | $18,705.00 |
| **Associate** | | | | |
| Leia Shermohammed | Associate; joined K&S 2017; admitted to Georgia 2015 | $745.00 | 15.3 | $11,398.50 |
| **Discovery Counsel** | | | | |
| Nicole Bass | Discovery counsel; joined K&S 2010; admitted to Georgia 2010 | $350.00 | 37.1 | $12,985.00 |
| **Privilege Review Attorneys** | | | | |
| Kyle Brahe | Privilege review attorney; joined K&S 2017; admitted to Georgia 2010 | $240.00 | 11.0 | $2,640.00 |
| Enver Can | Privilege review attorney; joined K&S 2018; admitted to New York 2010, Washington D.C. 2018 | $240.00 | 19.3 | $4,632.00 |
| Elizabeth Crockett | Privilege review attorney; joined K&S 1994; admitted to Virginia 1994, Washington, D.C. 1997 | $240.00 | 6.4 | $1,536.00 |
| Jeffrey Domozick | Privilege review attorney; joined K&S 2018; admitted to Georgia 2018 | $240.00 | 21.3 | $5,112.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Douglas | Privilege review attorney; joined K&S 2003; admitted to Georgia 1999 | $240.00 | 197.2 | $47,328.00 |
| Frankie Evans | Privilege review attorney; joined K&S 2000; admitted to Georgia 1999 | $240.00 | 21.7 | $5,208.00 |
| Austin Gibson | Privilege review attorney; joined K&S 2017; admitted to Georgia 2016 | $240.00 | 19.6 | $4,704.00 |
| Gary Greco | Privilege review attorney; joined K&S 2000; admitted to Maryland 1995 | $240.00 | 36.0 | $8,640.00 |
| Chris Harris | Privilege review attorney; joined K&S 2007; admitted to Georgia 2006 joined K&S 2007; admitted to Georgia 2006 | $240.00 | 13.8 | $3,312.00 |
| Remy Jones | Privilege review attorney; joined K&S 2018; admitted to Georgia 2015 | $240.00 | 18.3 | $4,392.00 |
| Lori Maryscuk | Privilege review attorney; joined K&S 2000; admitted to Georgia 1997 | $240.00 | 16.4 | $3,936.00 |
| Ed McCafferty | Privilege review attorney; joined K&S 2004; admitted to New York 1993, Pennsylvania 1994, Washington, D.C. 2009 | $240.00 | 58.2 | $13,968.00 |
| Scott McClure | Privilege review attorney; joined K&S 1998; admitted to New Mexico 1994, Washington, D.C. 1997 | $240.00 | 6.5 | $1,560.00 |
| Liz McGovern | Privilege review attorney; joined K&S 2014; admitted to Georgia 2014 | $240.00 | 34.5 | $8,280.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bob Neufeld | Privilege review attorney; joined K&S 2006; admitted to Georgia 1997, New Jersey 1999, New York 2001 | $240.00 | 3.1 | $744.00 |
| Shane Orange | Privilege review attorney; joined K&S 2014; admitted to Georgia 2013 | $240.00 | 108.2 | $25,968.00 |
| Chong Pak | Privilege review attorney; joined K&S 2015; admitted to Georgia 2012 | $240.00 | 11.2 | $2,688.00 |
| Justin Saxon | Privilege review attorney; joined K&S 2006; admitted to Georgia 2005 | $240.00 | 9.2 | $2,208.00 |
| Reilly Schreck | Privilege review attorney; joined K&S 2012; admitted to Georgia 2012 | $240.00 | 76.0 | $18,240.00 |
| Joseph Sherman | Privilege review attorney; joined K&S 2018; admitted to Georgia 2017 | $240.00 | 69.5 | $16,680.00 |
| Brent Tucker | Privilege review attorney; joined K&S 2014; admitted to Georgia 2013 | $240.00 | 17.8 | $4,272.00 |
| David Vandiver | Privilege review attorney; joined K&S 1999; admitted to Georgia 1990 | $240.00 | 145.3 | $34,872.00 |
| Hao Wang | Privilege review attorney; joined K&S 2016; admitted to Georgia 2017 | $240.00 | 16.9 | $4,056.00 |
| Amanda Wheeler | Privilege review attorney; joined K&S 2008; admitted to Washington, D.C. 2002 | $240.00 | 37.0 | $8,880.00 |
| Treaves Williams | Privilege review attorney; joined K&S 2003; admitted to Georgia 1999 | $240.00 | 99.8 | $23,952.00 |

| Litigation Support | | | | |
|---|---|---|---|---|
| Jeanine Schroer | Litigation Technology Specialist; joined K&S 2000 | $315.00 | 2.6 | $819.00 |
| **Paralegals** | | | | |
| Natasha Gadsden | Paralegal; joined K&S 2006 | $400.00 | 4.4 | $1,760.00 |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| Telephone/Conference Calls – Interim Fee Hearing | $70.00 |
| **TOTAL** | **$70.00** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10432662 |
| Invoice Date | 05/05/21 |
| Client No. | 08714 |
| Matter No. | 158001 |

RE: DOJ Opioid Marketing Investigations
Client Matter Reference: 20190002327

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 04/30/21:

| | | |
|---|---|---|
| Fees | $ | 12,786.50 |
| Less Courtesy Discount (12%) | | -1,534.38 |
| **Total this Invoice** | **$** | **11,252.12** |

*Payment is Due Upon Receipt*

| 08714 | Purdue Pharma LP | | | | Invoice No. 10432662 |
| 158001 | DOJ Opioid Marketing Investigations | | | | Page 2 |
| 05/05/21 | | | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 04/05/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, C. Duggan, M. Florence, team regarding bankruptcy and DOJ issues | 1.8 |
| 04/06/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, S. Birnbaum, P. Fitzgerald, M. Florence, C. Duggan, team regarding DOJ and bankruptcy issues | 1.1 |
| 04/07/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, C. Duggan, team regarding DOJ issues | 0.3 |
| 04/13/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, S. Birnbaum, P. Fitzgerald, team regarding bankruptcy and DOJ issues (0.8); review materials regarding bankruptcy issues (0.2) | 1.0 |
| 04/14/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, S. Stefanik, team regarding DOJ and bankruptcy issues | 0.3 |
| 04/19/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, team regarding DOJ and bankruptcy issues | 0.2 |
| 04/20/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, S. Birnbaum, P. Fitzgerald, team regarding bankruptcy and DOJ issues | 0.9 |
| 04/22/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, S. Birnbaum, Board, D. Consla, M. Florence, team regarding bankruptcy and DOJ issues | 1.4 |
| 04/23/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, E. Vonnegut, team regarding bankruptcy and DOJ issues | 0.3 |
| 04/27/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, S. Birnbaum, P. Fitzgerald, R. Silbert regarding bankruptcy and DOJ issues (1.1); review materials regarding DOJ and litigation issues (0.5) | 1.6 |
| 04/28/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, E. Vonnegut, R. Aleali, P. Fitzgerald, B. Koch, B. Kaminetzky, team regarding bankruptcy, DOJ, and litigation issues | 1.8 |
| | | | | | 10.7 |

08714     Purdue Pharma LP                                              Invoice No. 10432662
158001    DOJ Opioid Marketing Investigations                                      Page 3
05/05/21

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Jeffrey Bucholtz | Partner | 10.7 | 1195.00 | 12,786.50 |
| Total | | 10.7 | | $12,786.50 |

08714      Purdue Pharma LP                                          Invoice No. 10432662
158001     DOJ Opioid Marketing Investigations                                  Page 4
05/05/21


**Task Summary - Fees**

| Task | | Hours | Value |
|------|---|------|------|
| L120 | Analysis/Strategy | 10.7 | 11,252.12 |
| | Total Fees | 10.7 | 11,252.12 |

# KING & SPALDING

---

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10432663 |
| Invoice Date | 05/05/21 |
| Client No. | 08714 |
| Matter No. | 240001 |

RE: Retention And Fee Application
Client Matter Reference: 20190002705

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 04/30/21:

| | | |
|---|---|---|
| Fees | $ | 31,863.50 |
| Less Courtesy Discount (12%) | | -3,823.62 |
| Fees | $ | 28,039.88 |
| Expenses | | 70.00 |
| **Total this Invoice** | **$** | **28,109.88** |

*Payment is Due Upon Receipt*

08714      Purdue Pharma LP                                    Invoice No. 10432663
240001     Retention And Fee Application                                    Page 2
05/05/21

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 04/08/21 | S Davidson | L120 | A104 | Review Fee Examiner's Interim Report and attachment (0.5); review certain information from monthly fee statements (0.5); review prior responses to interim reports (0.4); draft response to interim report (1.1); review and revise draft response (0.3); circulate response to J. Bucholtz and R. Jones (0.1); e-mails with J. Bucholtz regarding comment on response (0.2) | 3.1 |
| 04/09/21 | S Davidson | L120 | A104 | E-mails with R. Jones regarding response to Fee Examiner's Interim Report (0.3); review, revise and finalize response to Interim Report (0.7); e-mail response to Fee Examiner (0.2) | 1.2 |
| 04/15/21 | S Davidson | L120 | A104 | Review response (0.2); e-mails with Fee Examiner regarding status (0.2); review Fee Examiner's reply to response to Interim Report (0.3); review certain information regarding same (0.4); e-mails with R. Jones and J. Tucker regarding same (0.3); phone conversation with R. Jones regarding same (0.2); phone call and e-mail to Fee Examiner (0.2) | 1.8 |
| 04/15/21 | L Shermohammed | L190 | A104 | Analyze supplemental conflicts reports of all parties in interest in relation to the retention application as required under the Bankruptcy Code | 3.2 |
| 04/16/21 | S Davidson | L120 | A104 | E-mails with Fee Examiner regarding call (0.1); prepare for call with Fee Examiner (0.6); conference call with Fee Examiner regarding Interim Report (0.4); e-mails with R. Jones regarding results of call (0.3); e-mails with Fee Examiner regarding same and consent to reduction (0.3) | 1.8 |
| 04/19/21 | S Davidson | L120 | A104 | Review notice of fee hearing (0.2); register for fee hearing (0.2) | 0.4 |
| 04/20/21 | S Davidson | L120 | A104 | Review Fourth Interim Fee Application in preparation for hearing (0.7); review certain information in monthly fee statements (0.6); compile notes for upcoming hearing (0.5); e-mails with Debtors' counsel regarding draft Fee | 2.1 |

08714      Purdue Pharma LP                                    Invoice No. 10432663
240001     Retention And Fee Application                                     Page 3
05/05/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | Order (0.2); review agenda for hearing (0.1) | |
| 04/21/21 | S Davidson | L120 | A104 | Final preparation for hearing on Fourth Interim Fee Application (0.9); attend fee hearing (0.4); e-mails with group regarding results of fee hearing (0.3) | 1.6 |
| 04/21/21 | N Gadsden | L210 | A103 | Draft exhibits for monthly fee application | 4.4 |
| 04/22/21 | S Davidson | L120 | A104 | Review as-entered Fee Order and circulate same to group | 0.3 |
| 04/22/21 | L Shermohammed | L210 | A103 | Draft March monthly fee statement | 1.8 |
| 04/28/21 | L Shermohammed | L210 | A103 | Draft, revise and finalize March monthly fee statement | 5.2 |
| 04/29/21 | S Davidson | L120 | A104 | Review draft of monthly fee statement (0.4); make revisions to draft of monthly fee statement and finalize (0.5); coordinate filing and service of monthly fee statement (0.3); e-mail to Fee Examiner regarding LEDES data (0.1); review certain retention matters (0.6); e-mails with J. Bucholtz regarding same (0.3) | 2.2 |
| 04/29/21 | L Shermohammed | L190 | A104 | Analyze supplemental conflicts reports of all parties in interest in relation to the retention application as required under the Bankruptcy Code | 5.1 |
| | | | | | 34.2 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Scott Davidson | Counsel | 14.5 | 1290.00 | 18,705.00 |
| Leia Shermohammed | Associate | 15.3 | 745.00 | 11,398.50 |
| Natasha Gadsden | Paralegal | 4.4 | 400.00 | 1,760.00 |
| Total | | 34.2 | | $31,863.50 |

**Expenses Incurred**

| | | |
|--|--|--|
| 04/21/21 | Court Reporter - Vendor: Davidson, Scott; Invoice #: 4533702604221245; Date: 4/22/2021; Court Solutions fee to attend Purdue hearing | 70.00 |
| | Total Expenses | 70.00 |

| 08714 | Purdue Pharma LP | Invoice No. 10432663 |
| 240001 | Retention And Fee Application | Page 4 |
| 05/05/21 | | |

## Task Summary - Fees

| Task | | Hours | Value |
|------|------|-------|-------|
| L120 | Analysis/Strategy | 14.5 | 16,460.40 |
| L190 | Other Case Assessment | 8.3 | 5,441.48 |
| L210 | Pleadings | 11.4 | 6,138.00 |
| | Total Fees | 34.2 | 28,039.88 |

## Task Summary - Disbursements

| Task | | Value |
|------|------|-------|
| EXP | EXPENSES | 70.00 |
| | Total Expenses | 70.00 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10435139 |
| Invoice Date | 05/24/21 |
| Client No. | 44444 |
| Matter No. | 190003 |

RE: DOJ/NJ/ME
Client Matter Reference: 20190002258

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 04/30/21:

| | | |
|---|---|---|
| Fees | $ | 174,748.00 |
| Less Tiered Discount | | -8,737.40 |
| **Total this Invoice** | **$** | **166,010.60** |

*Payment is Due Upon Receipt*

44444      Purdue Pharma, LP (Document Matters)                         Invoice No. 10435139
190003     DOJ/NJ/ME                                                              Page 2
05/24/21

**PROFESSIONAL SERVICES**

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 04/01/21 | N Bass | L120 | A101 | Manage privilege review | 3.1 |
| 04/01/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 11.4 |
| 04/01/21 | F Evans | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 4.4 |
| 04/01/21 | R Jones | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 3.1 |
| 04/01/21 | R Jones | L120 | A110 | Prepare documents for production | 1.7 |
| 04/01/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.2 |
| 04/01/21 | J Schroer | L140 | A110 | Prepare documents and data for privilege review in connection with custodial documents relating to the DOJ/NJ/ME investigation | 0.7 |
| 04/01/21 | J Tucker | L120 | A110 | Manage review in connection with custodial documents relating to the DOJ investigation | 0.4 |
| 04/01/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.4 |
| 04/01/21 | T Williams | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 6.5 |
| 04/02/21 | N Bass | L120 | A101 | Manage privilege review | 3.8 |
| 04/02/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.1 |
| 04/02/21 | R Jones | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 7.1 |
| 04/02/21 | R Jones | L120 | A110 | Prepare documents for production | 2.1 |
| 04/02/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME | 0.5 |

44444   Purdue Pharma, LP (Document Matters)            Invoice No. 10435139
190003   DOJ/NJ/ME                         Page 3
05/24/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | investigation | |
| 04/02/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.1 |
| 04/02/21 | R Schreck | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 3.6 |
| 04/02/21 | J Sherman | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 3.5 |
| 04/02/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 5.3 |
| 04/02/21 | H Wang | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 3.6 |
| 04/02/21 | T Williams | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 7.9 |
| 04/05/21 | N Bass | L120 | A101 | Manage privilege review | 5.1 |
| 04/05/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.6 |
| 04/05/21 | R Jones | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.1 |
| 04/05/21 | R Jones | L120 | A110 | Prepare documents for production | 1.4 |
| 04/05/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.7 |
| 04/05/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.6 |
| 04/05/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.7 |
| 04/05/21 | R Schreck | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME | 7.2 |

44444          Purdue Pharma, LP (Document Matters)                    Invoice No. 10435139
190003         DOJ/NJ/ME                                                              Page 4
05/24/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | investigation | |
| 04/05/21 | J Sherman | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.6 |
| 04/05/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 7.3 |
| 04/05/21 | T Williams | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.1 |
| 04/06/21 | N Bass | L120 | A101 | Manage privilege review | 4.4 |
| 04/06/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.4 |
| 04/06/21 | R Jones | L120 | A110 | Prepare documents for production | 0.9 |
| 04/06/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.1 |
| 04/06/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.2 |
| 04/06/21 | R Schreck | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.1 |
| 04/06/21 | J Sherman | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.3 |
| 04/06/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.4 |
| 04/06/21 | T Williams | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.1 |
| 04/07/21 | N Bass | L120 | A101 | Manage privilege review | 0.3 |
| 04/07/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 6.3 |
| 04/07/21 | R Schreck | L320 | A104 | Quality control for privilege in | 8.4 |

44444        Purdue Pharma, LP (Document Matters)                                    Invoice No. 10435139
190003      DOJ/NJ/ME                                                                              Page 5
05/24/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | connection with custodial documents relating to the DOJ/NJ/ME investigation | |
| 04/07/21 | J Sherman | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.3 |
| 04/07/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.1 |
| 04/07/21 | T Williams | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.1 |
| 04/08/21 | N Bass | L120 | A101 | Manage privilege review | 2.7 |
| 04/08/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.6 |
| 04/08/21 | R Schreck | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.2 |
| 04/08/21 | J Sherman | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.3 |
| 04/08/21 | J Tucker | L120 | A110 | Manage review in connection with custodial documents relating to the DOJ investigation | 0.5 |
| 04/08/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.2 |
| 04/08/21 | T Williams | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.9 |
| 04/09/21 | N Bass | L120 | A101 | Manage privilege review | 3.1 |
| 04/09/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.4 |
| 04/09/21 | R Jones | L120 | A110 | Prepare documents for production | 1.3 |
| 04/09/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME | 1.4 |

44444      Purdue Pharma, LP (Document Matters)                          Invoice No. 10435139
190003     DOJ/NJ/ME                                                                    Page 6
05/24/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | investigation | |
| 04/09/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.1 |
| 04/09/21 | R Schreck | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.1 |
| 04/09/21 | J Sherman | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.1 |
| 04/09/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.1 |
| 04/09/21 | T Williams | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.9 |
| 04/10/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 0.8 |
| 04/10/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 5.2 |
| 04/10/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 3.1 |
| 04/10/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.1 |
| 04/10/21 | T Williams | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.9 |
| 04/11/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 0.7 |
| 04/11/21 | R Jones | L120 | A110 | Prepare documents for production | 0.4 |
| 04/11/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME | 3.8 |

44444     Purdue Pharma, LP (Document Matters)                   Invoice No. 10435139
190003      DOJ/NJ/ME                                                   Page 7
05/24/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | investigation | |
| 04/11/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.1 |
| 04/11/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.2 |
| 04/11/21 | T Williams | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.4 |
| 04/12/21 | N Bass | L120 | A101 | Manage privilege review | 2.4 |
| 04/12/21 | E Crockett | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 6.4 |
| 04/12/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.3 |
| 04/12/21 | G Greco | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 6.7 |
| 04/12/21 | R Jones | L120 | A110 | Prepare documents for production | 1.6 |
| 04/12/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 5.7 |
| 04/12/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.6 |
| 04/12/21 | R Schreck | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 7.6 |
| 04/12/21 | J Sherman | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.4 |
| 04/12/21 | J Tucker | L120 | A110 | Manage review in connection with custodial documents relating to the DOJ investigation | 0.4 |
| 04/12/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents | 10.1 |

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10435139
190003     DOJ/NJ/ME                                                                              Page 8
05/24/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | relating to the DOJ/NJ/ME investigation | |
| 04/12/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 5.8 |
| 04/13/21 | N Bass | L120 | A101 | Manage privilege review | 2.8 |
| 04/13/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.2 |
| 04/13/21 | J Schroer | L140 | A110 | Prepare documents and data for privilege review in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.6 |
| 04/13/21 | J Sherman | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.1 |
| 04/13/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.4 |
| 04/14/21 | N Bass | L120 | A101 | Manage privilege review | 3.4 |
| 04/14/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.6 |
| 04/14/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.2 |
| 04/14/21 | R Schreck | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 3.7 |
| 04/14/21 | J Sherman | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 5.9 |
| 04/14/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 7.6 |
| 04/15/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.4 |
| 04/15/21 | S Orange | L320 | A104 | Manage QC for privilege in connection | 2.3 |

44444         Purdue Pharma, LP (Document Matters)                    Invoice No. 10435139
190003        DOJ/NJ/ME                                                         Page 9
05/24/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | with custodial documents relating to the DOJ/NJ/ME investigation | |
| 04/15/21 | J Tucker | L120 | A110 | Manage review in connection with custodial documents relating to the DOJ investigation | 0.7 |
| 04/16/21 | N Bass | L120 | A101 | Manage privilege review | 0.8 |
| 04/16/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.9 |
| 04/16/21 | G Greco | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.8 |
| 04/16/21 | R Jones | L120 | A110 | Prepare documents for production | 0.9 |
| 04/16/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 5.3 |
| 04/16/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.3 |
| 04/16/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 5.1 |
| 04/17/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.2 |
| 04/19/21 | N Bass | L120 | A101 | Manage privilege review | 1.2 |
| 04/19/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.6 |
| 04/19/21 | R Jones | L120 | A110 | Prepare documents for production | 0.6 |
| 04/19/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 6.2 |
| 04/19/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.7 |
| 04/19/21 | J Schroer | L140 | A110 | Prepare documents and data for privilege review in connection with custodial documents relating to the DOJ/NJ/ME investigation | 0.3 |

44444        Purdue Pharma, LP (Document Matters)                                    Invoice No. 10435139
190003      DOJ/NJ/ME                                                                                Page 10
05/24/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 04/19/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 6.7 |
| 04/20/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 7.3 |
| 04/20/21 | R Schreck | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.1 |
| 04/20/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.1 |
| 04/21/21 | N Bass | L120 | A101 | Manage privilege review | 0.5 |
| 04/21/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.7 |
| 04/21/21 | R Jones | L120 | A110 | Prepare documents for production | 0.5 |
| 04/21/21 | R Schreck | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 3.3 |
| 04/21/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 7.8 |
| 04/22/21 | J Tucker | L120 | A110 | Manage review in connection with custodial documents relating to the DOJ investigation | 0.5 |
| 04/23/21 | N Bass | L120 | A101 | Manage privilege review | 0.3 |
| 04/23/21 | R Jones | L120 | A110 | Prepare documents for production | 0.4 |
| 04/26/21 | R Jones | L120 | A110 | Prepare documents for production | 0.6 |
| 04/28/21 | N Bass | L120 | A101 | Manage privilege review | 0.4 |
| 04/28/21 | S McClure | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.2 |
| 04/29/21 | S McClure | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 4.3 |
| 04/30/21 | R Jones | L120 | A110 | Prepare documents for production | 0.5 |

694.9

44444        Purdue Pharma, LP (Document Matters)                                    Invoice No. 10435139
190003        DOJ/NJ/ME                                                                          Page 11
05/24/21

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---:|---:|---:|
| Rose Jones | Partner | 12.9 | 500.00 | 6,450.00 |
| John Tucker | Partner | 2.5 | 500.00 | 1,250.00 |
| Bob Neufeld | Privilege Review Attorney | 3.1 | 240.00 | 744.00 |
| Elizabeth Crockett | Privilege Review Attorney | 6.4 | 240.00 | 1,536.00 |
| Nicole Bass | Discovery Counsel | 34.3 | 350.00 | 12,005.00 |
| Michael Douglas | Privilege Review Attorney | 137.0 | 240.00 | 32,880.00 |
| Frankie Evans | Privilege Review Attorney | 4.4 | 240.00 | 1,056.00 |
| Gary Greco | Privilege Review Attorney | 9.5 | 240.00 | 2,280.00 |
| Remy Jones | Privilege Review Attorney | 18.3 | 240.00 | 4,392.00 |
| Lori Maryscuk | Privilege Review Attorney | 2.2 | 240.00 | 528.00 |
| Ed McCafferty | Privilege Review Attorney | 31.0 | 240.00 | 7,440.00 |
| Scott McClure | Privilege Review Attorney | 6.5 | 240.00 | 1,560.00 |
| Liz McGovern | Privilege Review Attorney | 2.7 | 240.00 | 648.00 |
| Shane Orange | Privilege Review Attorney | 54.5 | 240.00 | 13,080.00 |
| Reilly Schreck | Privilege Review Attorney | 67.3 | 240.00 | 16,152.00 |
| David Vandiver | Privilege Review Attorney | 130.7 | 240.00 | 31,368.00 |
| Hao Wang | Privilege Review Attorney | 3.6 | 240.00 | 864.00 |
| Amanda Wheeler | Privilege Review Attorney | 13.1 | 240.00 | 3,144.00 |
| Treaves Williams | Privilege Review Attorney | 82.8 | 240.00 | 19,872.00 |
| Joseph Sherman | Privilege Review Attorney | 69.5 | 240.00 | 16,680.00 |
| Jeanine Schroer | Litigation Technology Specialist | 2.6 | 315.00 | 819.00 |
| Total | | 694.9 | | $174,748.00 |

44444     Purdue Pharma, LP (Document Matters)                    Invoice No. 10435139
190003    DOJ/NJ/ME                                                          Page 12
05/24/21

**Task Summary - Fees**

| Task | | Hours | Value |
|------|---|-------|-------|
| L120 | Analysis/Strategy | 49.7 | 19,705.00 |
| L140 | Document/File Management | 2.6 | 819.00 |
| L320 | Document Production (Defense) | 642.6 | 154,224.00 |
|      | Total Fees | 694.9 | 174,748.00 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10435134 |
| Invoice Date | 05/24/21 |
| Client No. | 44444 |
| Matter No. | 190016 |

RE: UCC Document Review
Client Matter Reference: 20200002840

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 04/30/21:

| | | |
|---|---|---|
| Fees | $ | 110,864.00 |
| Less Tiered Discount | | -5,543.20 |
| **Total this Invoice** | **$** | **105,320.80** |

*Payment is Due Upon Receipt*

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10435134 |
|---|---|---|---|---|---|
| 190016 | UCC Document Review | | | | Page 2 |
| 05/24/21 | | | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 04/14/21 | R Jones | L120 | A110 | Prepare documents for production | 0.8 |
| 04/22/21 | J Domozick | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 3.4 |
| 04/22/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC matter | 8.4 |
| 04/22/21 | G Greco | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 5.2 |
| 04/22/21 | R Jones | L120 | A110 | Prepare documents for production | 1.2 |
| 04/22/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 5.8 |
| 04/22/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC matter | 4.9 |
| 04/22/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC matter | 6.7 |
| 04/22/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 4.3 |
| 04/22/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 6.9 |
| 04/23/21 | J Domozick | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 1.2 |
| 04/23/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC matter | 8.4 |
| 04/23/21 | G Greco | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 3.3 |
| 04/23/21 | R Jones | L120 | A110 | Prepare documents for production | 0.7 |
| 04/23/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC matter | 3.1 |
| 04/23/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC matter | 4.1 |

44444      Purdue Pharma, LP (Document Matters)                    Invoice No. 10435134
190016     UCC Document Review                                                  Page 3
05/24/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 04/23/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 0.9 |
| 04/26/21 | N Bass | L120 | A101 | Manage privilege review | 2.8 |
| 04/26/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC matter | 7.1 |
| 04/26/21 | R Jones | L120 | A110 | Prepare documents for production | 0.8 |
| 04/26/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC matter | 1.2 |
| 04/27/21 | J Domozick | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 4.7 |
| 04/27/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC matter | 8.4 |
| 04/27/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 3.3 |
| 04/27/21 | G Greco | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 6.3 |
| 04/27/21 | R Jones | L120 | A110 | Prepare documents for production | 1.3 |
| 04/27/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 4.8 |
| 04/27/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC matter | 4.9 |
| 04/27/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC matter | 10.2 |
| 04/27/21 | J Tucker | L120 | A110 | Manage review in connection with custodial documents relating to the UCC matter | 0.4 |
| 04/27/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 0.4 |
| 04/27/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 1.6 |
| 04/28/21 | K Brahe | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 2.1 |

44444        Purdue Pharma, LP (Document Matters)                              Invoice No. 10435134
190016       UCC Document Review                                                               Page 4
05/24/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 04/28/21 | E Can | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 4.2 |
| 04/28/21 | J Domozick | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 3.2 |
| 04/28/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC matter | 9.3 |
| 04/28/21 | F Evans | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 7.9 |
| 04/28/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 8.1 |
| 04/28/21 | G Greco | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 8.4 |
| 04/28/21 | C Harris | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 2.1 |
| 04/28/21 | R Jones | L120 | A110 | Prepare documents for production | 1.9 |
| 04/28/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 6.1 |
| 04/28/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 8.2 |
| 04/28/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC matter | 4.8 |
| 04/28/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC matter | 11.1 |
| 04/28/21 | B Tucker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 4.1 |
| 04/28/21 | J Tucker | L120 | A110 | Manage review in connection with custodial documents relating to the UCC matter | 0.9 |
| 04/28/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 1.6 |
| 04/28/21 | H Wang | L320 | A104 | Quality control for privilege in connection with custodial documents | 2.1 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10435134 |
|---|---|---|---|---|---|
| 190016 | UCC Document Review | | | | Page 5 |
| 05/24/21 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | relating to the UCC matter | |
| 04/28/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 8.1 |
| 04/28/21 | T Williams | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 7.9 |
| 04/29/21 | K Brahe | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 6.8 |
| 04/29/21 | E Can | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 9.8 |
| 04/29/21 | J Domozick | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 8.8 |
| 04/29/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC matter | 10.4 |
| 04/29/21 | F Evans | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 9.4 |
| 04/29/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 8.2 |
| 04/29/21 | G Greco | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 3.3 |
| 04/29/21 | C Harris | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 9.3 |
| 04/29/21 | R Jones | L120 | A110 | Prepare documents for production | 2.1 |
| 04/29/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 6.9 |
| 04/29/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 8.4 |
| 04/29/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC matter | 8.8 |
| 04/29/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC matter | 10.3 |
| 04/29/21 | C Pak | L320 | A104 | Quality control for privilege in | 10.1 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10435134 |
|---|---|---|---|---|---|
| 190016 | UCC Document Review | | | | Page 6 |
| 05/24/21 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | connection with custodial documents relating to the UCC matter | |
| 04/29/21 | J Saxon | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 8.1 |
| 04/29/21 | R Schreck | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 4.6 |
| 04/29/21 | B Tucker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 9.4 |
| 04/29/21 | J Tucker | L120 | A110 | Manage review in connection with custodial documents relating to the UCC matter | 0.6 |
| 04/29/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 7.2 |
| 04/29/21 | H Wang | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 9.5 |
| 04/29/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 6.4 |
| 04/29/21 | T Williams | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 9.1 |
| 04/30/21 | K Brahe | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 2.1 |
| 04/30/21 | E Can | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 5.3 |
| 04/30/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC matter | 8.2 |
| 04/30/21 | C Harris | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 2.4 |
| 04/30/21 | R Jones | L120 | A110 | Prepare documents for production | 1.9 |
| 04/30/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 1.2 |
| 04/30/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC matter | 5.3 |

44444       Purdue Pharma, LP (Document Matters)                          Invoice No. 10435134
190016      UCC Document Review                                                          Page 7
05/24/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 04/30/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC matter | 10.1 |
| 04/30/21 | C Pak | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 1.1 |
| 04/30/21 | J Saxon | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 1.1 |
| 04/30/21 | R Schreck | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 4.1 |
| 04/30/21 | B Tucker | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 4.3 |
| 04/30/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 1.1 |
| 04/30/21 | H Wang | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 1.7 |
| | | | | | 447.0 |

| 44444 | Purdue Pharma, LP (Document Matters) | Invoice No. 10435134 |
|---|---|---|
| 190016 | UCC Document Review | Page 8 |
| 05/24/21 | | |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Rose Jones | Partner | 10.7 | 500.00 | 5,350.00 |
| John Tucker | Partner | 1.9 | 500.00 | 950.00 |
| Nicole Bass | Discovery Counsel | 2.8 | 350.00 | 980.00 |
| Kyle Brahe | Privilege Review Attorney | 11.0 | 240.00 | 2,640.00 |
| Michael Douglas | Privilege Review Attorney | 60.2 | 240.00 | 14,448.00 |
| Frankie Evans | Privilege Review Attorney | 17.3 | 240.00 | 4,152.00 |
| Gary Greco | Privilege Review Attorney | 26.5 | 240.00 | 6,360.00 |
| Lori Maryscuk | Privilege Review Attorney | 14.2 | 240.00 | 3,408.00 |
| Ed McCafferty | Privilege Review Attorney | 27.2 | 240.00 | 6,528.00 |
| Liz McGovern | Privilege Review Attorney | 31.8 | 240.00 | 7,632.00 |
| Shane Orange | Privilege Review Attorney | 53.7 | 240.00 | 12,888.00 |
| Chong Pak | Privilege Review Attorney | 11.2 | 240.00 | 2,688.00 |
| Reilly Schreck | Privilege Review Attorney | 8.7 | 240.00 | 2,088.00 |
| David Vandiver | Privilege Review Attorney | 14.6 | 240.00 | 3,504.00 |
| Hao Wang | Privilege Review Attorney | 13.3 | 240.00 | 3,192.00 |
| Amanda Wheeler | Privilege Review Attorney | 23.9 | 240.00 | 5,736.00 |
| Treaves Williams | Privilege Review Attorney | 17.0 | 240.00 | 4,080.00 |
| Enver Can | Privilege Review Attorney | 19.3 | 240.00 | 4,632.00 |
| Jeffrey Domozick | Privilege Review Attorney | 21.3 | 240.00 | 5,112.00 |
| Austin Gibson | Privilege Review Attorney | 19.6 | 240.00 | 4,704.00 |
| Chris Harris | Privilege Review Attorney | 13.8 | 240.00 | 3,312.00 |
| Justin Saxon | Privilege Review Attorney | 9.2 | 240.00 | 2,208.00 |
| Brent Tucker | Privilege Review Attorney | 17.8 | 240.00 | 4,272.00 |
| Total | | 447.0 | | $110,864.00 |

44444      Purdue Pharma, LP (Document Matters)                              Invoice No. 10435134
190016     UCC Document Review                                                              Page 9
05/24/21


**Task Summary - Fees**

| Task | | Hours | Value |
|------|---|-------|-------|
| L120 | Analysis/Strategy | 15.4 | 7,280.00 |
| L320 | Document Production (Defense) | 431.6 | 103,584.00 |
| | Total Fees | 447.0 | 110,864.00 |