UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re:                                              :          Chapter 11
                                                    :
PURDUE PHARMA L.P., *et al.*,                       :          Case No. 19-23649 (RDD)
                                                    :
                            Debtors.[1]             :          (Jointly Administered)
                                                    :

------------------------------------------------------------ x

## STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES
## OF PJT PARTNERS LP FOR THE PERIOD OF
## APRIL 1, 2021 THROUGH APRIL 30, 2021

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of April 1, 2021 through April 30, 2021 (the "Sixteenth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined).  In support of this Monthly Fee Statement, PJT states as follows:

## I. **Background**

1.      On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code").  The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.    On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.    On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.    On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. <u>PJT's Request for Payment of Fees and Expenses</u>

5.    For the Sixteenth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $106,894.74, and (b) in accordance with the Procedures Order, seeks payment in the amount of $286,894.74 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Sixteenth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Sixteenth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses.

Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Sixteenth Compensation Period but not included herein.

6.   An invoice detailing the monthly fees earned and out-of-pocket expenses incurred by PJT during the Sixteenth Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned and out-of-pocket expenses incurred during the Sixteenth Compensation Period is outlined below:

| Sixteenth Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| April 1 – 30, 2021 | $225,000.00 | ($45,000.00) | $106,894.74 | **$286,894.74** |

7.   The amount of compensation and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.  PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 389.5 hours expended by PJT professionals in providing investment banking services to the Debtors during the Sixteenth Compensation Period are provided in <u>Appendix B</u>. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | April 2021 |
|---|---|
| Jamie O'Connell | 22.5 |
| Joe Turner | 52.0 |
| George South | 9.0 |
| Rafael Schnitzler | 13.5 |
| Tom Melvin | 102.5 |
| Jovana Arsic | 59.5 |
| James Carbaugh | 9.5 |
| Lukas Schwarzmann | 99.5 |
| Jasmine Wu | 21.5 |
| **Total Hours** | **389.5** |

## III. <u>Requested Relief</u>

8.   Pursuant to the Retention Order and the Procedures Order, with respect to PJT's

(a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of

$106,894.74, in each case earned or incurred during the Sixteenth Compensation Period, PJT

hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | 106,894.74 |
| **Total Amount Due** | **$286,894.74** |

Dated: May 28, 2021                    PJT PARTNERS LP

                                       By: /s/ John James O'Connell
                                       John James O'Connell III
                                       Partner
                                       280 Park Avenue
                                       New York, NY 10017
                                       (212) 364-7800

**APPENDIX A**

PJT Partners

PJT

May 20, 2021

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---:|
| Monthly Fee for the period of April 1, 2021 through April 30, 2021: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |

Out-of-pocket expenses processed through May 3, 2021:[1]

| | | | |
|---|---|---:|---:|
| Meals | $ | 40.15 | |
| Legal Services | | 99,128.50 | |
| Research | | 7,726.09 | 106,894.74 |
| **Total Amount Due** | | **$** | **286,894.74** |

**Invoice No. 10017549**

---
[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

| | GL Detail May-21 | Total Expenses |
|---|---|---|
| Employee Meals | $ 40.15 | $ 40.15 |
| Legal Services | 99,128.50 | 99,128.50 |
| Research - Online Database | 7,726.09 | 7,726.09 |
| **Total Expenses** | **$ 106,894.74** | **$ 106,894.74** |
| | | |
| **Meals** | | **$ 40.15** |
| **Legal Services** | | **99,128.50** |
| **Research** | | **7,726.09** |
| **Total Expenses** | | **$ 106,894.74** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through May 3, 2021**
**Invoice No. 10017549**

**Employee Meals**

| | | | |
|---|---|---|---|
| Schwarzmann (weeknight working dinner meal) | 03/25/21 | 21.06 | |
| Schwarzmann (weeknight working dinner meal) | 03/26/21 | 19.09 | |
| **Subtotal - Employee Meals** | | **$** | **40.15** |

**Legal Services**

| | | | |
|---|---|---|---|
| Simpson Thacher & Bartlett LLP (legal services) | 04/14/21 - 04/30/21 | 99,128.50 | |
| **Subtotal - Legal Services** | | | **99,128.50** |

**Research - Online Database**

| | | | |
|---|---|---|---|
| de Almeida (retrieved documents from Court docket via PACER) | 10/07/20 | 4.00 | |
| de Almeida (retrieved documents from Court docket via PACER) | 10/10/20 | 5.70 | |
| de Almeida (retrieved documents from Court docket via PACER) | 10/26/20 | 4.00 | |
| de Almeida (retrieved documents from Court docket via PACER) | 10/28/20 | 4.60 | |
| de Almeida (retrieved documents from Court docket via PACER) | 10/29/20 | 14.60 | |
| de Almeida (retrieved documents from Court docket via PACER) | 11/16/20 | 6.00 | |
| de Almeida (retrieved documents from Court docket via PACER) | 11/17/20 | 3.10 | |
| South (KLDiscovery electronic discovery and data recovery services) | 04/01/21 - 04/30/21 | 7,684.09 | |
| **Subtotal - Research - Online Database** | | | **7,726.09** |
| **Total Expenses** | | **$** | **106,894.74** |

Invoice No. 010559747

May 3, 2021

PJT PARTNERS LP RESTRUCTURING ADVISORY

Simpson Thacher & Bartlett LLP
425 LEXINGTON AVENUE, NEW YORK, NEW YORK 10017-3954

For all professional services rendered and recorded through April 30, 2021, in
connection with Purdue Pharma.                                              $99,128.50

**AMOUNT DUE**                                                           **$99,128.50**

TAX IDENTIFICATION NUMBER:          13-5395280

PLEASE SEND REMITTANCE TO:          SIMPSON THACHER & BARTLETT LLP
                                    P. O. BOX 29008
                                    NEW YORK, NEW YORK 10087-9008
OR WIRE/ACH REMITTANCE TO:          JPMORGAN CHASE, 270 PARK AVENUE, NEW YORK CITY

                                    FOR THE ACCOUNT OF
                                    SIMPSON THACHER & BARTLETT LLP
                                    ACCOUNT #127057338
                                    ABA #021000021
                                    SWIFT CODE : CHASUS33
                                    PLEASE CONFIRM WIRE INSTRUCTIONS BY CALLING
                                    ACCOUNTS RECEIVABLE DEPARTMENT 212-455-2344
                                    SEND REMITTANCE AND ALL OTHER INQUIRIES TO
                                    LIST-ACCOUNTSRECEIVABLE@LISTS.STBLAW.COM
        PLEASE REFERENCE THE INVOICE NUMBER ABOVE WITH YOUR REMITTANCE

CLIENT:      002467        PJT PARTNERS LP RESTRUCTURING ADVISORY
MATTER:      0029          PURDUE PHARMA

| Timekeeper Name | Hours |
|---|---|
| Graff, Elisha D. | 1.50 |
| Turner, Alan | 0.60 |
| **PARTNER** | **2.10** |
| | |
| Fell, Jamie | 32.60 |
| Mitnick, Jonathan | 4.20 |
| **ASSOCIATE** | **36.80** |
| | |
| Anderson, Mary Margaret | 25.40 |
| Baysah, Ciatta | 27.70 |
| Cauvin, Jean-Louis | 21.00 |
| Clancy, Dylan P. | 19.50 |
| Pomes, David | 28.80 |
| **STAFF ATTORNEY** | **122.40** |
| | |
| Flynn, Shaun | 0.50 |
| **LIT SUP ANALYST** | **0.50** |
| | |
| Azoulai, Moshe | 3.20 |
| **PRAC SUP DIRECT** | **3.20** |
| | |
| **TOTAL:** | **165.00** |

CLIENT:          002467          PJT PARTNERS LP RESTRUCTURING ADVISORY
MATTER:        0029               PURDUE PHARMA

| Timekeeper Name | Date | Description | Hours |
|---|---|---|---|
| Azoulai, Moshe | 04/14/21 | Advise regarding engagement of eDiscovery provider. | 0.30 |
| Fell, Jamie | 04/14/21 | Virtual meetings re: discovery collection (1.0) and follow-up prep and emails re same (0.7). | 1.70 |
| Graff, Elisha D. | 04/14/21 | Emails w/ G South (.3) and internal team (.1) re: discovery issues; review search terms (.2); t/c w/ G South and team re: doc review and protocol (.5). | 1.10 |
| Mitnick, Jonathan | 04/14/21 | Meeting with George South to kick-off representation | 0.40 |
| Turner, Alan | 04/14/21 | Call w/ G. South re discovery issues | 0.40 |
| Azoulai, Moshe | 04/15/21 | Coordinate eDiscovery engagement with KLDiscovery. | 0.80 |
| Fell, Jamie | 04/15/21 | Continue prep for document collection and review and emails w/ M. Azolai re same. | 1.20 |
| Graff, Elisha D. | 04/15/21 | Emails w/ client (.1) and J Fell (.1) re: doc review. | 0.20 |
| Fell, Jamie | 04/16/21 | Prep/coordination for document review with lit support, vendors, etc. | 1.00 |
| Azoulai, Moshe | 04/18/21 | Coordinate eDiscovery engagement with KLDiscovery. | 0.30 |
| Azoulai, Moshe | 04/19/21 | T/c with KLDiscovery to discuss upcoming eDiscovery engagement; Coordinate revisions to the Statement of Work and ESI data transfer | 1.50 |
| Fell, Jamie | 04/19/21 | Review and mark-up KLD SOW (0..9) and emails w/ STB and PJT re same (0.5). | 1.60 |
| Turner, Alan | 04/19/21 | Review vendor engagement letter, and emails with J. Fell re same | 0.20 |
| Azoulai, Moshe | 04/20/21 | Coordinate eDiscovery engagement with KLDiscovery. | 0.30 |
| Fell, Jamie | 04/20/21 | Coordination w/ lit support and vendors re: SOW; platform set up; coding; search parameters; etc.; finalization and execution of SOW. | 2.00 |
| Flynn, Shaun | 04/20/21 | Participate on conference call with KLD regarding document collection and review issues. | 0.50 |
| Fell, Jamie | 04/22/21 | Coordination w/ vendor re: searches, hit counts and batch set up. | 1.20 |
| Fell, Jamie | 04/23/21 | T/cs, emails w/ KLD and DPW re search parameters, results, timing, etc. | 1.10 |
| Graff, Elisha D. | 04/23/21 | Emails w/ J Fell re: doc production issues. | 0.20 |
| Fell, Jamie | 04/24/21 | T/cs, emails w/ KLD, DPW and lit support re: searches, results and document platform set up. | 1.70 |
| Fell, Jamie | 04/25/21 | Finishing batch and platform set up (0.8); begin first level review (2.5). | 3.30 |
| Fell, Jamie | 04/26/21 | Finish set up of document batches, coding panel etc. (1.4) and begin first level review of documents (4.3). | 5.70 |
| Mitnick, Jonathan | 04/26/21 | Document review | 2.00 |
| Anderson, Mary Margaret | 04/27/21 | Reading protocol (.6); Reviewing documents (2.0) | 2.60 |
| Baysah, Ciatta | 04/27/21 | Document review | 5.00 |
| Clancy, Dylan P. | 04/27/21 | First level doc. review. | 2.00 |
| Fell, Jamie | 04/27/21 | Continue first level review of documents (5.0); communications w/ review team to on board and discuss review/questions (1.0); communications w/ vendor re QC/coding/etc. (0.8). | 6.80 |
| Mitnick, Jonathan | 04/27/21 | Document review | 1.10 |
| Pomes, David | 04/27/21 | Review protocol for purposes of document review | 0.20 |

CLIENT:       002467            PJT PARTNERS LP RESTRUCTURING ADVISORY
MATTER:       0029              PURDUE PHARMA

| Timekeeper Name | Date | Description | Hours |
|---|---|---|---|
| Pomes, David | 04/27/21 | Document review | 6.30 |
| Anderson, Mary Margaret | 04/28/21 | Reviewing documents (8) | 8.00 |
| Baysah, Ciatta | 04/28/21 | Doc review | 9.00 |
| Cauvin, Jean-Louis | 04/28/21 | Reviewed documents. | 8.50 |
| Clancy, Dylan P. | 04/28/21 | First level doc. review. | 6.00 |
| Fell, Jamie | 04/28/21 | Continue first level review. | 5.30 |
| Pomes, David | 04/28/21 | Document review | 10.00 |
| Anderson, Mary Margaret | 04/29/21 | Reviewing documents (7.8) | 7.80 |
| Baysah, Ciatta | 04/29/21 | Doc review | 9.00 |
| Cauvin, Jean-Louis | 04/29/21 | Reviewed documents. | 8.50 |
| Clancy, Dylan P. | 04/29/21 | First level doc. review. | 6.00 |
| Mitnick, Jonathan | 04/29/21 | Document review | 0.70 |
| Pomes, David | 04/29/21 | Document review | 10.20 |
| Anderson, Mary Margaret | 04/30/21 | Reviewing documents (7) | 7.00 |
| Baysah, Ciatta | 04/30/21 | Doc review | 4.70 |
| Cauvin, Jean-Louis | 04/30/21 | Reviewed documents. | 4.00 |
| Clancy, Dylan P. | 04/30/21 | First level doc. review. | 5.50 |
| Pomes, David | 04/30/21 | Document review | 2.10 |
| **TOTAL** | | | **165.00** |

Page 1 of 1



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

**Bill To Customer:**

PJT Partners Inc
Attention: George South
280 Park Ave FL 15W
New York, NY 10017-1206
United States

| | |
|---|---|
| Invoice Number: | P0100181821 |
| Invoice Date: Service | 05/10/2021 |
| Dates: | 04/01/2021 - 04/30/2021 |
| Job Number: | 7508999 |
| PO Number: Matter | |
| Reference: Invoice | PURDUE PHARMA L.P., et al |
| Amount Due: | 7,684.09 USD |

Account Manager: Drury, Dale          Payment Terms: Net 30 Days          Due Date: 06/09/2021

| PROCESSING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Selective ESI Processing - Data Ingestion | 95.71 | Units | 15.0000 | N | 1,435.65 | USD |
| Selective ESI Processing - Processing Responsive Data | 9.82 | Units | 95.0000 | N | 932.90 | USD |
| OCR | 10,469 | Units | 0.0200 | N | 209.38 | USD |
| **TOTAL PROCESSING** | | | | | **2,577.93** | |

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 73.74 | Units | 9.0000 | N | 663.66 | USD |
| User Access - Relativity | 8 | Units | 65.0000 | N | 520.00 | USD |
| **TOTAL HOSTING** | | | | | **1,183.66** | |

| PROFESSIONAL SERVICES | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Professional Services - Project Management | 16.4 | Units | 150.0000 | N | 2,460.00 | USD |
| Professional Services - Technical Solutions | 11.7 | Units | 125.0000 | N | 1,462.50 | USD |
| **TOTAL PROFESSIONAL SERVICES** | | | | | **3,922.50** | |

| | | |
|---|---|---|
| **Subtotal** | 7,684.09 | |
| **Tax** (0.00%) | 0.00 | |
| **Invoice Amount Due** | 7,684.09 | USD |

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 22.5 |
| Joe Turner | Managing Director | 52.0 |
| George South | Managing Director | 9.0 |
| Rafael Schnitzler | Director | 13.5 |
| Tom Melvin | Vice President | 102.5 |
| Jovana Arsic | Associate | 59.5 |
| James Carbaugh | Associate | 9.5 |
| Lukas Schwarzmann | Analyst | 99.5 |
| Jasmine Wu | Analyst | 21.5 |
| | **Total** | **389.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 04/01/21 | 0.5 | Weekly conference call with management and advisors regarding various matters |
| Jamie O'Connell | 04/01/21 | 1.0 | Zoom meeting regarding disclosure statement exhibit |
| Jamie O'Connell | 04/02/21 | 0.5 | Correspondences regarding financial matter |
| Jamie O'Connell | 04/05/21 | 0.5 | Internal team call regarding various matters |
| Jamie O'Connell | 04/06/21 | 0.5 | Dialed into pre-trial conference |
| Jamie O'Connell | 04/06/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 04/07/21 | 1.5 | Board call |
| Jamie O'Connell | 04/08/21 | 0.5 | Weekly conference call with management and advisors regarding various matters |
| Jamie O'Connell | 04/08/21 | 0.5 | Conference call regarding financial matter |
| Jamie O'Connell | 04/09/21 | 1.0 | Calls regarding financial matter |
| Jamie O'Connell | 04/12/21 | 0.5 | Internal team call regarding various matters |
| Jamie O'Connell | 04/13/21 | 0.5 | Call and correspondences regarding various matters |
| Jamie O'Connell | 04/13/21 | 1.0 | Dialed into Special Committee call |
| Jamie O'Connell | 04/13/21 | 0.5 | Weekly conference call with advisors regarding various matters |
| Jamie O'Connell | 04/14/21 | 0.5 | Internal call regarding financial analysis |
| Jamie O'Connell | 04/15/21 | 0.5 | Call regarding discovery process |
| Jamie O'Connell | 04/15/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 04/16/21 | 1.5 | Dialed into board call |
| Jamie O'Connell | 04/16/21 | 0.5 | Conference call regarding discovery matter |
| Jamie O'Connell | 04/18/21 | 0.5 | Review and comment on financial analysis |
| Jamie O'Connell | 04/19/21 | 0.5 | Calls and correspondences regarding various matters |
| Jamie O'Connell | 04/20/21 | 1.0 | Dialed into Special Committee call |
| Jamie O'Connell | 04/21/21 | 1.5 | Dialed into court hearing (did not attend entire hearing) |
| Jamie O'Connell | 04/22/21 | 1.5 | Dialed into board call (did not attend entire call) |
| Jamie O'Connell | 04/22/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 04/26/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 04/27/21 | 1.0 | Dialed into Special Committee call |
| Jamie O'Connell | 04/27/21 | 0.5 | Weekly advisor call |
| Jamie O'Connell | 04/28/21 | 0.5 | Review and comment on draft pleading |
| Jamie O'Connell | 04/28/21 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 04/29/21 | 1.0 | Weekly conference call with management and advisors regarding various matters |
| | | **22.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 04/02/21 | 0.5 | Correspondences regarding financial matter |
| Joe Turner | 04/02/21 | 0.5 | Call with creditor advisors regarding financial matter |
| Joe Turner | 04/05/21 | 0.5 | Internal team call regarding various matters |
| Joe Turner | 04/05/21 | 1.0 | Correspondences regarding various financial matters |
| Joe Turner | 04/06/21 | 0.5 | Dialed into pre-trial conference |
| Joe Turner | 04/06/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 04/07/21 | 2.5 | Dial in to BOD call (inc. prep time) |
| Joe Turner | 04/08/21 | 0.5 | Weekly conference call with management and advisors regarding various matters |
| Joe Turner | 04/08/21 | 0.5 | Conference call regarding financial matter |
| Joe Turner | 04/08/21 | 1.0 | Correspondences regarding various financial matters |
| Joe Turner | 04/08/21 | 1.0 | Review of various financial materials |
| Joe Turner | 04/09/21 | 1.0 | Co-advisors calls regarding financial matter |
| Joe Turner | 04/09/21 | 0.5 | 2x calls with potential stakeholders regarding financial matter |
| Joe Turner | 04/12/21 | 0.5 | Internal team call regarding various matters |
| Joe Turner | 04/12/21 | 0.5 | Call with creditor advisors regarding financial matter |
| Joe Turner | 04/12/21 | 1.0 | Review of various financial materials, including Plan documents |
| Joe Turner | 04/13/21 | 0.5 | Call and correspondences regarding various matters |
| Joe Turner | 04/13/21 | 1.0 | Dialed into Special Committee call |
| Joe Turner | 04/13/21 | 0.5 | Weekly conference call with advisors regarding various matters |
| Joe Turner | 04/13/21 | 1.0 | 2x calls with potential stakeholders regarding financial matter |
| Joe Turner | 04/13/21 | 1.0 | Review of various financial materials, including Plan documents |
| Joe Turner | 04/14/21 | 0.5 | Internal call regarding financial analysis |
| Joe Turner | 04/14/21 | 1.0 | Correspondences regarding various financial matters |
| Joe Turner | 04/14/21 | 0.5 | Call with potential stakeholders regarding financial matter |
| Joe Turner | 04/14/21 | 0.5 | Correspondence relating to Plan materials |
| Joe Turner | 04/14/21 | 0.5 | Internal call regarding financial analysis |
| Joe Turner | 04/15/21 | 0.5 | Call regarding discovery process |
| Joe Turner | 04/15/21 | 0.5 | Correspondences regarding various matters |
| Joe Turner | 04/16/21 | 1.5 | Dialed into board call |
| Joe Turner | 04/16/21 | 0.5 | Correspondences regarding various matters |
| Joe Turner | 04/16/21 | 0.5 | Conference call regarding discovery matter |
| Joe Turner | 04/18/21 | 1.5 | Review and comment on financial analysis |
| Joe Turner | 04/19/21 | 0.5 | Calls and correspondences regarding various matters |
| Joe Turner | 04/20/21 | 1.0 | Dialed into Special Committee call |
| Joe Turner | 04/21/21 | 2.0 | Dialed into court hearing |
| Joe Turner | 04/21/21 | 2.0 | Review of various financial analyses |
| Joe Turner | 04/21/21 | 1.0 | Correspondence relating to Plan materials |
| Joe Turner | 04/22/21 | 2.0 | Review of various financial analyses |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 04/22/21 | 1.0 | Correspondence relating to Plan materials |
| Joe Turner | 04/22/21 | 3.0 | Dialed into board call (inc. prep time) |
| Joe Turner | 04/22/21 | 2.0 | Review of various financial analyses |
| Joe Turner | 04/22/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 04/23/21 | 2.5 | Review of various financial analyses |
| Joe Turner | 04/23/21 | 1.0 | Correspondence relating to Plan materials |
| Joe Turner | 04/24/21 | 1.5 | Review of various financial analyses |
| Joe Turner | 04/24/21 | 0.5 | Correspondence relating to Plan materials |
| Joe Turner | 04/26/21 | 1.0 | Correspondences regarding various matters |
| Joe Turner | 04/27/21 | 2.0 | Dialed into board call (inc. prep time) |
| Joe Turner | 04/27/21 | 1.0 | Correspondences regarding various matters |
| Joe Turner | 04/27/21 | 1.0 | Review of various financial analyses |
| Joe Turner | 04/28/21 | 1.0 | Correspondences regarding various matters |
| Joe Turner | 04/29/21 | 1.0 | Weekly conference call with management and advisors regarding various matters |
| | | **52.0** | |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| George South | 04/06/21 | 1.0 | Call with Davis Polk and PJT re: document reserve |
| George South | 04/14/21 | 0.5 | Reviewed email search parameters and related discussions |
| George South | 04/14/21 | 0.5 | Follow-up call with Davis Polk re: document reserve |
| George South | 04/15/21 | 0.5 | Call with PJT team re: document reserve |
| George South | 04/16/21 | 0.5 | Call with Davis Polk re: document reserve |
| George South | 04/16/21 | 1.0 | Emails with Global Relay re: email searches and related review and follow-up |
| George South | 04/16/21 | 0.5 | Call with Simpson re: email review |
| George South | 04/20/21 | 1.5 | Review and follow-up with Simpson re: KL Discovery retention agreement |
| George South | 04/20/21 | 1.5 | Correspondence with Simpson and Global Relay re: email review |
| George South | 04/26/21 | 1.0 | Various correspondence with J. Fell at Simpson re: email review and related follow-up |
| George South | 04/30/21 | 0.5 | Correspondence w/J. Fell at Simpson re: document review |
| | | **9.0** | |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 04/01/21 | 1.0 | Review and comment on financial analysis |
| Rafael Schnitzler | 04/05/21 | 1.0 | Internal team call regarding various matters |
| Rafael Schnitzler | 04/06/21 | 0.5 | Correspondences regarding various matters |
| Rafael Schnitzler | 04/07/21 | 2.5 | Dialed into board call |
| Rafael Schnitzler | 04/15/21 | 0.5 | Correspondences regarding various matters |
| Rafael Schnitzler | 04/16/21 | 1.5 | Dialed into board call |
| Rafael Schnitzler | 04/16/21 | 0.5 | Conference call regarding discovery matter |
| Rafael Schnitzler | 04/18/21 | 1.5 | Review and comment on financial analysis |
| Rafael Schnitzler | 04/21/21 | 0.5 | Review and comment on financial analysis |
| Rafael Schnitzler | 04/22/21 | 3.0 | Dialed into board call |
| Rafael Schnitzler | 04/22/21 | 1.0 | Review and comment on financial analysis |
| | | **13.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 04/01/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Thomas Melvin | 04/01/21 | 1.0 | Internal team call to discuss financial analysis |
| Thomas Melvin | 04/01/21 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 04/01/21 | 1.0 | Review diligence questions from potential future stakeholder groups |
| Thomas Melvin | 04/01/21 | 0.5 | E-mail correspondence with internal team regarding financial analysis |
| Thomas Melvin | 04/01/21 | 0.5 | E-mail correspondence with creditor financial advisors regarding recent intercreditor discussions |
| Thomas Melvin | 04/02/21 | 0.5 | Call with AlixPartners and creditor financial advisors regarding financial analysis |
| Thomas Melvin | 04/02/21 | 1.0 | Review various internal analyses |
| Thomas Melvin | 04/02/21 | 0.5 | E-mail correspondence with DPW regarding upcoming meeting |
| Thomas Melvin | 04/03/21 | 0.5 | E-mail correspondence with internal team regarding upcoming meetings with DPW |
| Thomas Melvin | 04/05/21 | 0.5 | Call with Company management regarding financial analysis |
| Thomas Melvin | 04/05/21 | 0.5 | Call with AlixPartners and creditor financial advisors regarding negotiations and recent discussions with stakeholders |
| Thomas Melvin | 04/05/21 | 1.0 | Call with Company management regarding financial analysis |
| Thomas Melvin | 04/05/21 | 0.5 | Weekly internal team call |
| Thomas Melvin | 04/05/21 | 0.5 | Call with AlixPartners and creditor financial advisors regarding Plan-related matters |
| Thomas Melvin | 04/05/21 | 1.0 | E-mail correspondence with DPW regarding various creditor negotiations |
| Thomas Melvin | 04/05/21 | 1.0 | E-mail correspondence with creditor advisors regarding various negotiations |
| Thomas Melvin | 04/05/21 | 1.0 | Review and prepare responses to diligence requests from creditor financial advisors |
| Thomas Melvin | 04/05/21 | 2.5 | Review various internal financial analyses |
| Thomas Melvin | 04/06/21 | 2.0 | Attended telephonic pre-trial conference |
| Thomas Melvin | 04/06/21 | 1.0 | Call with DPW regarding various matters |
| Thomas Melvin | 04/06/21 | 1.0 | Weekly debtor advisor call |
| Thomas Melvin | 04/06/21 | 1.0 | Review various internal financial analyses |
| Thomas Melvin | 04/06/21 | 1.0 | Review and prepare responses to diligence requests from creditor financial advisors |
| Thomas Melvin | 04/07/21 | 1.5 | Attended telephonic Board meeting |
| Thomas Melvin | 04/07/21 | 0.5 | Call with AlixPartners and potential stakeholder |
| Thomas Melvin | 04/07/21 | 1.0 | Review diligence questions from potential future stakeholder groups |
| Thomas Melvin | 04/07/21 | 1.0 | Review questions from creditor financial advisors |
| Thomas Melvin | 04/07/21 | 1.0 | Review various internal analyses |
| Thomas Melvin | 04/07/21 | 1.0 | E-mail correspondence with creditor financial advisors regarding recent intercreditor discussions |
| Thomas Melvin | 04/07/21 | 0.5 | Prepare and review weekly call agenda |
| Thomas Melvin | 04/07/21 | 0.5 | Review AlixPartners financial analysis |
| Thomas Melvin | 04/08/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Thomas Melvin | 04/08/21 | 0.5 | Call with AlixPartners and potential stakeholder |
| Thomas Melvin | 04/08/21 | 1.0 | Review diligence questions from potential future stakeholder groups |
| Thomas Melvin | 04/08/21 | 1.0 | E-mail correspondence with AlixPartners and DPW regarding various matters |
| Thomas Melvin | 04/08/21 | 1.0 | Review and prepare responses to diligence requests from creditor financial advisors |
| Thomas Melvin | 04/09/21 | 0.5 | Call with AlixPartners and creditor financial advisors regarding Company insurance policies |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 04/09/21 | 0.5 | Review and respond to inquiries from Company management |
| Thomas Melvin | 04/09/21 | 2.0 | Review drafts of Plan and Disclosure Statement exhibits |
| Thomas Melvin | 04/09/21 | 2.0 | Review AlixPartners financial analyses |
| Thomas Melvin | 04/09/21 | 0.5 | Review diligence questions from potential future stakeholder groups |
| Thomas Melvin | 04/09/21 | 0.5 | E-mail correspondence with creditor advisors regarding various matters |
| Thomas Melvin | 04/10/21 | 0.5 | Review E-mail correspondence with Company management, AlixPartners and DPW |
| Thomas Melvin | 04/12/21 | 1.0 | Review E-mail correspondence with Company management, AlixPartners and DPW |
| Thomas Melvin | 04/13/21 | 1.0 | Attended telephonic Special Committee meeting |
| Thomas Melvin | 04/13/21 | 0.5 | Call with DPW, AlixPartners and Company management regarding certain disclosures |
| Thomas Melvin | 04/13/21 | 1.0 | Weekly debtor advisor call |
| Thomas Melvin | 04/13/21 | 0.5 | Call with AlixPartners and potential stakeholder |
| Thomas Melvin | 04/13/21 | 0.5 | Review E-mail correspondence with Company management, AlixPartners and DPW |
| Thomas Melvin | 04/14/21 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 04/14/21 | 0.5 | Review E-mail correspondence with Company management, AlixPartners and DPW |
| Thomas Melvin | 04/15/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Thomas Melvin | 04/15/21 | 1.0 | Call with AlixPartners, DPW and creditor advisors regarding settlement agreement |
| Thomas Melvin | 04/15/21 | 0.5 | Review E-mail correspondence with Company management, AlixPartners and DPW |
| Thomas Melvin | 04/15/21 | 0.5 | Correspondence with internal team regarding review of AlixPartners analysis |
| Thomas Melvin | 04/16/21 | 1.0 | Call with DPW regarding various matters |
| Thomas Melvin | 04/16/21 | 0.5 | Review E-mail correspondence with Company management, AlixPartners and DPW |
| Thomas Melvin | 04/17/21 | 0.5 | Review inquiry from Company management |
| Thomas Melvin | 04/18/21 | 1.5 | Review AlixPartners draft exhibit |
| Thomas Melvin | 04/19/21 | 0.5 | Call with AlixPartners and creditor financial advisors regarding Plan and Disclosure Statement exhibit drafts |
| Thomas Melvin | 04/19/21 | 1.0 | Review and prepare responses to diligence requests from creditor financial advisors |
| Thomas Melvin | 04/19/21 | 2.0 | Review drafts of Plan and Disclosure Statement exhibits |
| Thomas Melvin | 04/19/21 | 1.0 | E-mail correspondence with AlixPartners regarding various matters |
| Thomas Melvin | 04/19/21 | 1.5 | Review financial analysis for upcoming meeting |
| Thomas Melvin | 04/20/21 | 1.0 | Attended telephonic Special Committee meeting |
| Thomas Melvin | 04/20/21 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 04/20/21 | 0.5 | Call with AlixPartners and creditor financial advisors regarding Plan and Disclosure Statement exhibit drafts |
| Thomas Melvin | 04/20/21 | 1.0 | Weekly debtor advisor call |
| Thomas Melvin | 04/20/21 | 0.5 | Call with AlixPartners and DPW regarding Plan and Disclosure Statement exhibit drafts |
| Thomas Melvin | 04/20/21 | 0.5 | Call with AlixPartners and Company management regarding various matters |
| Thomas Melvin | 04/20/21 | 1.0 | Review and prepare responses to diligence requests from creditor financial advisors |
| Thomas Melvin | 04/20/21 | 3.5 | Review drafts of Plan and Disclosure Statement exhibits |
| Thomas Melvin | 04/21/21 | 1.5 | Attended telephonic omnibus hearing |
| Thomas Melvin | 04/21/21 | 4.0 | Review drafts of Plan and Disclosure Statement exhibits |
| Thomas Melvin | 04/21/21 | 1.0 | E-mail correspondence with AlixPartners and DPW regarding various matters |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 04/22/21 | 2.0 | Attended telephonic Board meeting |
| Thomas Melvin | 04/22/21 | 1.0 | Call with AlixPartners and creditor financial advisors regarding Plan and Disclosure Statement exhibit drafts |
| Thomas Melvin | 04/22/21 | 0.5 | Call with AlixPartners regarding various matters |
| Thomas Melvin | 04/22/21 | 0.5 | E-mail correspondence with creditor financial advisors regarding Plan and Disclosure Statement draft exhibits |
| Thomas Melvin | 04/22/21 | 3.5 | Review drafts of Plan and Disclosure Statement exhibits |
| Thomas Melvin | 04/22/21 | 1.0 | Review diligence requests from creditor financial advisors |
| Thomas Melvin | 04/22/21 | 0.5 | Review various internal analyses |
| Thomas Melvin | 04/23/21 | 1.0 | Call with internal team to review financial analysis |
| Thomas Melvin | 04/23/21 | 1.0 | E-mail correspondence with AlixPartners and DPW regarding various matters |
| Thomas Melvin | 04/23/21 | 3.5 | Review drafts of Plan and Disclosure Statement exhibits |
| Thomas Melvin | 04/23/21 | 1.0 | Review diligence requests from creditor financial advisors |
| Thomas Melvin | 04/24/21 | 3.0 | Review drafts of Plan and Disclosure Statement exhibits |
| Thomas Melvin | 04/26/21 | 1.0 | Review E-mail correspondence with AlixPartners and DPW |
| Thomas Melvin | 04/27/21 | 1.0 | Attended telephonic Special Committee meeting |
| Thomas Melvin | 04/27/21 | 1.0 | Weekly debtor advisor call |
| Thomas Melvin | 04/27/21 | 0.5 | Review diligence requests from creditor financial advisors |
| Thomas Melvin | 04/28/21 | 2.0 | Review and respond to inquiry from Company management |
| Thomas Melvin | 04/29/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Thomas Melvin | 04/29/21 | 2.0 | Prepare and review internal analysis |
| Thomas Melvin | 04/29/21 | 1.0 | Review request from creditor advisors |
| Thomas Melvin | 04/30/21 | 2.0 | Prepare and review internal analysis |
|  |  | **102.5** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 04/01/21 | 1.5 | Biweekly catch-up call |
| Jovana Arsic | 04/01/21 | 2.0 | Review financial analysis |
| Jovana Arsic | 04/01/21 | 1.0 | Internal call regarding financial analysis |
| Jovana Arsic | 04/01/21 | 0.5 | Call regarding financial analysis |
| Jovana Arsic | 04/02/21 | 0.5 | Correspondences regarding financial matter |
| Jovana Arsic | 04/02/21 | 0.5 | Call with creditor advisors regarding financial matter |
| Jovana Arsic | 04/02/21 | 2.0 | Review financial analysis |
| Jovana Arsic | 04/05/21 | 0.5 | Internal team call regarding various matters |
| Jovana Arsic | 04/05/21 | 1.0 | Correspondences regarding various financial matters |
| Jovana Arsic | 04/05/21 | 2.0 | Work on financial analysis |
| Jovana Arsic | 04/06/21 | 1.0 | Work on financial analysis |
| Jovana Arsic | 04/08/21 | 1.0 | Weekly conference call with management and advisors regarding various matters |
| Jovana Arsic | 04/08/21 | 0.5 | Conference call regarding financial matter |
| Jovana Arsic | 04/08/21 | 1.0 | Review of various financial materials |
| Jovana Arsic | 04/09/21 | 1.0 | Co-advisors calls regarding financial matter |
| Jovana Arsic | 04/09/21 | 1.0 | 2x calls with potential stakeholders regarding financial matter |
| Jovana Arsic | 04/09/21 | 1.0 | Review financial analysis |
| Jovana Arsic | 04/12/21 | 0.5 | Internal team call regarding various matters |
| Jovana Arsic | 04/12/21 | 0.5 | Call with creditor advisors regarding financial matter |
| Jovana Arsic | 04/13/21 | 0.5 | Call and correspondences regarding various matters |
| Jovana Arsic | 04/13/21 | 0.5 | Weekly conference call with advisors regarding various matters |
| Jovana Arsic | 04/13/21 | 1.0 | 2x calls with potential stakeholders regarding financial matter |
| Jovana Arsic | 04/14/21 | 0.5 | Internal call regarding financial analysis |
| Jovana Arsic | 04/14/21 | 1.0 | Correspondences regarding various financial matters |
| Jovana Arsic | 04/14/21 | 0.5 | Call with potential stakeholders regarding financial matter |
| Jovana Arsic | 04/14/21 | 0.5 | Internal call regarding financial analysis |
| Jovana Arsic | 04/14/21 | 2.0 | Work on financial analysis |
| Jovana Arsic | 04/15/21 | 0.5 | Correspondences regarding various matters |
| Jovana Arsic | 04/15/21 | 2.0 | Work on financial analysis |
| Jovana Arsic | 04/16/21 | 0.5 | Correspondences regarding various matters |
| Jovana Arsic | 04/16/21 | 1.0 | Work on financial analysis |
| Jovana Arsic | 04/18/21 | 2.0 | Work on financial analysis |
| Jovana Arsic | 04/18/21 | 3.0 | Work on financial analysis |
| Jovana Arsic | 04/19/21 | 0.5 | Calls and correspondences regarding various matters |
| Jovana Arsic | 04/19/21 | 3.0 | Work on financial analysis and Plan materials |
| Jovana Arsic | 04/20/21 | 2.0 | Work on financial analysis |
| Jovana Arsic | 04/21/21 | 2.0 | Work on financial analyses and Plan materials |
| Jovana Arsic | 04/22/21 | 2.0 | Work on financial analyses |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 04/23/21 | 2.5 | Work on financial analyses and Plan materials |
| Jovana Arsic | 04/23/21 | 1.0 | Correspondence relating to Plan materials |
| Jovana Arsic | 04/23/21 | 3.0 | Review of financial analyses |
| Jovana Arsic | 04/24/21 | 3.0 | Review of financial analyses |
| Jovana Arsic | 04/26/21 | 1.0 | Correspondences regarding various matters |
| Jovana Arsic | 04/27/21 | 1.0 | Correspondences regarding various matters |
| Jovana Arsic | 04/27/21 | 1.0 | Review of various financial analyses |
| Jovana Arsic | 04/28/21 | 1.0 | Correspondences regarding various matters |
| Jovana Arsic | 04/28/21 | 1.0 | Work on financial analyses |
| Jovana Arsic | 04/29/21 | 1.0 | Weekly conference call with management and advisors regarding various matters |
| | | **59.5** | |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| James Carbaugh | 04/01/21 | 1.0 | Financial analysis review |
| James Carbaugh | 04/01/21 | 0.5 | Financial analysis and internal coordination |
| James Carbaugh | 04/02/21 | 0.5 | Financial analysis |
| James Carbaugh | 04/03/21 | 2.5 | Financial analysis and internal coordination |
| James Carbaugh | 04/03/21 | 1.0 | Weekly advisor call |
| James Carbaugh | 04/12/21 | 0.5 | Internal call |
| James Carbaugh | 04/14/21 | 0.5 | Financial analysis |
| James Carbaugh | 04/20/21 | 1.0 | Weekly advisor call |
| James Carbaugh | 04/22/21 | 1.0 | Coordination with AlixPartners |
| James Carbaugh | 04/27/21 | 1.0 | Weekly advisor call |
| | | **9.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 04/01/21 | 1.5 | Biweekly catch-up call |
| Lukas Schwarzmann | 04/01/21 | 1.0 | Internal call regarding financial analysis |
| Lukas Schwarzmann | 04/01/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 04/01/21 | 4.0 | Review financial analysis |
| Lukas Schwarzmann | 04/02/21 | 0.5 | Call with creditor advisors |
| Lukas Schwarzmann | 04/02/21 | 5.0 | Financial analysis |
| Lukas Schwarzmann | 04/05/21 | 1.0 | Internal call regarding financial analysis |
| Lukas Schwarzmann | 04/05/21 | 1.0 | Correspondences regarding various financial matters |
| Lukas Schwarzmann | 04/05/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 04/06/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 04/06/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 04/06/21 | 1.0 | Weekly call among advisors |
| Lukas Schwarzmann | 04/07/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 04/08/21 | 1.0 | Biweekly call |
| Lukas Schwarzmann | 04/09/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 04/12/21 | 0.5 | Weekly internal call |
| Lukas Schwarzmann | 04/13/21 | 1.0 | Weekly call among advisors |
| Lukas Schwarzmann | 04/13/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 04/14/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 04/15/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 04/15/21 | 1.5 | Biweekly catch-up call |
| Lukas Schwarzmann | 04/18/21 | 5.0 | Financial analysis |
| Lukas Schwarzmann | 04/19/21 | 8.0 | Financial analysis |
| Lukas Schwarzmann | 04/20/21 | 5.0 | Financial analysis |
| Lukas Schwarzmann | 04/20/21 | 1.0 | Call regarding financial analysis |
| Lukas Schwarzmann | 04/20/21 | 1.0 | Weekly call among advisors |
| Lukas Schwarzmann | 04/21/21 | 5.0 | Financial analysis |
| Lukas Schwarzmann | 04/22/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 04/22/21 | 7.0 | Financial analysis |
| Lukas Schwarzmann | 04/23/21 | 5.0 | Financial analysis |
| Lukas Schwarzmann | 04/24/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 04/26/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 04/27/21 | 1.0 | Weekly call among advisors |
| Lukas Schwarzmann | 04/27/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 04/28/21 | 5.0 | Financial analysis |
| Lukas Schwarzmann | 04/29/21 | 1.5 | Biweekly catch-up call |
| Lukas Schwarzmann | 04/29/21 | 2.0 | Financial analysis |
| | | **99.5** | |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jasmine Wu | 04/01/21 | 1.0 | Financial analysis review |
| Jasmine Wu | 04/01/21 | 0.5 | Financial analysis and internal coordination |
| Jasmine Wu | 04/02/21 | 5.0 | Financial analysis |
| Jasmine Wu | 04/03/21 | 2.5 | Financial analysis and internal coordination |
| Jasmine Wu | 04/03/21 | 1.0 | Weekly advisor call |
| Jasmine Wu | 04/12/21 | 0.5 | Internal call |
| Jasmine Wu | 04/14/21 | 4.0 | Financial analysis |
| Jasmine Wu | 04/15/21 | 4.0 | Financial analysis |
| Jasmine Wu | 04/20/21 | 1.0 | Weekly advisor call |
| Jasmine Wu | 04/22/21 | 1.0 | Coordination with AlixPartners |
| Jasmine Wu | 04/27/21 | 1.0 | Weekly advisor call |
| | | **21.5** | |