**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P. , _et al._,** | Case No. 19-23649 (RDD) |
| Debtors. [1] | (Jointly Administered) |

### MONTHLY FEE STATEMENT OF PRIME CLERK LLC,
### AS ADMINISTRATIVE ADVISOR TO THE DEBTORS,
### FOR THE PERIOD FROM APRIL 1, 2021 THROUGH APRIL 30, 2021

By this monthly fee statement (the "**Statement**"), pursuant to sections 327, 330 and 331 of

title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2016-1 of the Local Rules of the

United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy**

**Rules**"), Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to the above captioned debtors

and debtors in possession (collectively, the "**Debtors**"), hereby seeks compensation and

reimbursement for reasonable and necessary fees and expenses incurred for the period from April

1, 2021 through April 30, 2021 (the "**Statement Period**").   In accordance with the _Order_

_Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained_

_Professionals_ [Docket No. 529] (the "**Compensation Order**"), Prime Clerk seeks (i) allowance

of reasonable and necessary fees incurred during the Statement Period in an amount equal to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

$63,523.24 and payment of $50,818.59, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in an amount equal to $0.00.  In support of the Statement, Prime Clerk respectfully represents as follows:

| | |
|---|---|
| Name of Professional: | Prime Clerk LLC |
| Authorized to Provide Administrative Advisor Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 21, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for which compensation and reimbursement is sought: | April 1, 2021 through April 30, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $63,523.24[2] |
| 80% of compensation sought as actual, reasonable and necessary: | $50,818.59 |
| Amount of expense reimbursement sought as actual, reasonable and necessary | $0.00 |
| **Total amount to be paid at this time:** | **$50,818.59** |

---

[2] In accordance with the Compensation Order, at the expiration of the Objection Deadline (as defined in the Compensation Order), the Debtors are authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Statement to which no Objection (as defined in the Compensation Order) has been served.

### Prior Monthly Fee Statements

| Date Filed; ECF No. | Period Covered | Fees | Expenses | Fees | Expenses | Holdback (20%) |
|---|---|---|---|---|---|---|
| 3/1/21; ECF No. 2431 | 2/1/20 – 2/29/20; 8/1/20 – 8/31/20; 12/1/20 – 1/31/21 | $16,432.25 | $0.00 | $16,432.25 | $0.00 | N/A |
| 3/30/21; ECF No. 2575 | 2/1/21 – 2/28/21 | $31,671.25 (payment of 80% or $25,337.00) | $0.00 | $25,337.00 (80% of $31,671.25) | $0.00 | $6,334.25 |
| 4/30/21; ECF No. 2785 | 3/1/21 – 3/31/21 | $50,324.80 (payment of 80% or $40,259.84) | $0.00 | $40,259.84 (80% of $50,324.80) | $0.00 | $10,064.96 |

### Prior Interim Fee Application

| Date Filed; ECF No. | Period Covered | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| 3/15/21; ECF No. 2482 | 2/1/20 – 1/31/21 | $16,432.25 | $0.00 | $16,432.25 | $0.00 |

### Summary of Hours Billed by Prime Clerk Employees During the Statement Period

| Employee Name | Title | Total Hours | Rate | Total |
|---|---|---|---|---|
| Johnson, Craig | Director of Solicitation | 24.30 | $231.50 | $5,625.45 |
| Orchowski, Alex T | Director of Solicitation | 26.80 | $231.50 | $6,204.20 |
| Sharp, David | Director of Solicitation | 3.80 | $231.50 | $879.70 |
| Baer, Herb C | Director | 0.20 | $214.90 | $42.98 |
| Brountzas, Katina | Director | 1.60 | $214.90 | $343.84 |
| Brunswick, Gabriel | Director | 0.80 | $214.90 | $171.92 |
| Dubin, Mariah | Director | 0.20 | $214.90 | $42.98 |
| Faust, Georgia L | Director | 2.50 | $214.90 | $537.25 |
| Brown, Mark M | Solicitation Consultant | 21.10 | $209.40 | $4,418.34 |
| Jadonath, Anna | Solicitation Consultant | 31.50 | $209.40 | $6,596.10 |
| Liu, Calvin L | Solicitation Consultant | 1.10 | $209.40 | $230.34 |
| Mackey, Tessa Rose Lord | Solicitation Consultant | 16.70 | $209.40 | $3,496.98 |

| Steinberg, Zachary | Solicitation Consultant | 55.10 | $209.40 | $11,537.94 |
| Vyskocil, Ryan J | Solicitation Consultant | 144.80 | $209.40 | $30,321.12 |
| Hughes, James T | Consultant | 0.80 | $165.30 | $132.24 |
| | **TOTAL** | **331.30** | | **$70,581.38[3]** |
| | **BLENDED RATE** | | **$213.04** | |

### Summary of Fees Billed by Subject Matter During the Statement Period

| Matter Description | Total Hours | Total |
| --- | --- | --- |
| Call Center / Credit Inquiry | 47.30 | $10,091.81 |
| Retention / Fee Application | 1.00 | $214.90 |
| Solicitation | 283.00 | $60,274.67 |
| **TOTAL** | **331.30** | **$70,581.38[4]** |

### Summary of Expenses Incurred by Prime Clerk Employee During the Statement Period

| Description | Total |
| --- | --- |
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

*[Remainder of page intentionally left blank]*

---

[3, 4] This amount has been discounted to $63,523.24 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $191.74.

## Jurisdiction

1.      The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference of the United States District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.).   This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).   Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.   The predicates for the relief requested herein are sections 327, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and the Local Bankruptcy Rules.

## Background

2.      On September 15 and September 16, 2019 (together, the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.  The Debtors continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code.  Joint administration of the Debtors' cases was authorized by the Court by entry of an order on September 18, 2019.  On September 27, 2019, the Office of the United States Trustee for the Southern District of New York appointed an Official Committee of Unsecured Creditors to serve in these chapter 11 cases.

## Retention of Prime Clerk

3.      On November 21, 2019, the Court entered the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 531] (the "**Administrative Advisor Order**"), which authorized the Debtors to employ and retain Prime Clerk as administrative advisor *nunc pro tunc* to the Petition Date.

## Relief Requested

4.       Prime Clerk submits this Statement in accordance with the Compensation Order. All services for which Prime Clerk requests compensation were performed for, or on behalf of, the Debtors.

5.       Prime Clerk seeks (a) allowance of reasonable and necessary fees incurred during the Statement Period in the total amount of $63,523.24 and payment of $50,818.59, which represents 80% of the total amount, and (b) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $0.00.

6.       Prime Clerk maintains computerized records of the time spent by employees of Prime Clerk in connection with its role as administrative agent to the Debtors.  In that regard, **Exhibit A**: (a) identifies the employee that rendered services in each task category; (b) describes each service such employee performed; (c) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing services; and (d) as applicable, sets forth the type of expenses incurred.  **Exhibit B** hereto sets forth the type of expenses incurred by each Prime Clerk employee during the Statement Period, if any.  In addition, Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its employees and cover routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned and are subject to periodic adjustments to reflect economic and other conditions.

7.       In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the rates charged for such services, (d) the nature and extent of the services rendered, (e) the value of such services and (f) the costs of comparable services other than in a case under this title.

**Notice**

8.      Pursuant to the Compensation Order, this Statement will be served upon the Notice Parties (as defined in the Compensation Order).  Prime Clerk submits, in light of the relief requested, no other or further notice is necessary.

**Conclusion**

9.      WHEREFORE, pursuant to the Compensation Order, Prime Clerk respectfully requests (i) allowance of reasonable and necessary fees for the Statement Period in the total amount of $63,523.24 and payment of $50,818.59, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $0.00.

Dated:  May 28, 2021
　　　　New York, New York                          Prime Clerk LLC


                                                    */s/ Shira D. Weiner*
                                                    Shira D. Weiner
                                                    General Counsel
                                                    One Grand Central Place
                                                    60 East 42nd Street, Suite 1440
                                                    New York, NY 10165
                                                    Telephone: (212) 257-5450
                                                    Email: sweiner@primeclerk.com

                                                    *Administrative Advisor to the Debtors*

## **Exhibit A**

**Fee Detail**



## Hourly Fees by Employee through April  2021

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| JTH | Hughes, James T | CO - Consultant | 0.80 | $165.30 | $132.24 |
| MMB | Brown, Mark M | SA - Solicitation Consultant | 21.10 | $209.40 | $4,418.34 |
| AJAD | Jadonath, Anna | SA - Solicitation Consultant | 31.50 | $209.40 | $6,596.10 |
| CLL | Liu, Calvin L | SA - Solicitation Consultant | 1.10 | $209.40 | $230.34 |
| TRLM | Mackey, Tessa Rose Lord | SA - Solicitation Consultant | 16.70 | $209.40 | $3,496.98 |
| ZS | Steinberg, Zachary | SA - Solicitation Consultant | 55.10 | $209.40 | $11,537.94 |
| RJV | Vyskocil, Ryan J | SA - Solicitation Consultant | 144.80 | $209.40 | $30,321.12 |
| HCB | Baer, Herb C | DI - Director | 0.20 | $214.90 | $42.98 |
| KBRO | Brountzas, Katina | DI - Director | 1.60 | $214.90 | $343.84 |
| GB | Brunswick, Gabriel | DI - Director | 0.80 | $214.90 | $171.92 |
| MDU | Dubin, Mariah | DI - Director | 0.20 | $214.90 | $42.98 |
| GLF | Faust, Georgia L | DI - Director | 2.50 | $214.90 | $537.25 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 24.30 | $231.50 | $5,625.45 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 26.80 | $231.50 | $6,204.20 |
| DS | Sharp, David | DS - Director of Solicitation | 3.80 | $231.50 | $879.70 |
| | | **TOTAL:** | **331.30** | | **$70,581.38** |

## Hourly Fees by Task Code through April  2021

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| INQR | Call Center / Credit Inquiry | 47.30 | $10,091.81 |
| RETN | Retention / Fee Application | 1.00 | $214.90 |
| SOLI | Solicitation | 283.00 | $60,274.67 |
| | **TOTAL:** | **331.30** | **$70,581.38** |

Purdue Pharma

Page 2
Invoice #: 15570

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 04/01/21 | AJAD | SA | Review and analyze incoming law firm directive forms | Solicitation | 3.20 |
| 04/01/21 | ATO | DS | Quality assurance review of responses to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 1.50 |
| 04/01/21 | CJ | DS | Supervise processing of solicitation directives from law firms | Solicitation | 0.70 |
| 04/01/21 | MDU | DI | Review, respond to, and redirect solicitation directive inquiries | Call Center / Credit Inquiry | 0.20 |
| 04/01/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 1.50 |
| 04/01/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 2.50 |
| 04/01/21 | TRLM | SA | Review and analyze incoming law firm directive forms | Solicitation | 1.60 |
| 04/01/21 | ZS | SA | Review and analyze incoming law firm directive forms | Solicitation | 7.10 |
| 04/02/21 | AJAD | SA | Review and analyze incoming law firm directive forms | Solicitation | 4.00 |
| 04/02/21 | CJ | DS | Manage processing of solicitation directives and the quality assurance review thereof | Solicitation | 1.10 |
| 04/02/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 3.20 |
| 04/02/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 3.00 |
| 04/02/21 | RJV | SA | Confer and coordinate with C. Johnson, A. Orchowski, G. Brunswick, and B. Senecal (Prime Clerk) re privacy concerns and email flow | Solicitation | 0.30 |
| 04/02/21 | TRLM | SA | Respond to law firm inquiries related to solicitation directive | Call Center / Credit Inquiry | 0.60 |
| 04/02/21 | ZS | SA | Review and analyze incoming law firm directive forms | Solicitation | 6.80 |
| 04/03/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 1.00 |
| 04/04/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 0.20 |
| 04/05/21 | AJAD | SA | Review and analyze incoming law firm directive forms | Solicitation | 5.00 |
| 04/05/21 | ATO | DS | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 0.60 |
| 04/05/21 | ATO | DS | Respond to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 0.30 |
| 04/05/21 | CJ | DS | Manage processing of solicitation directives and the quality assurance review thereof | Solicitation | 1.30 |
| 04/05/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 6.00 |
| 04/05/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 4.70 |
| 04/05/21 | TRLM | SA | Review and analyze incoming law firm directive forms | Solicitation | 3.30 |
| 04/05/21 | ZS | SA | Review and analyze incoming law firm directive forms | Solicitation | 10.40 |
| 04/06/21 | AJAD | SA | Review and analyze incoming law firm directive forms | Solicitation | 2.80 |

Purdue Pharma

| 04/06/21 | ATO | DS | Prepare plan class reports for upcoming solicitation mailing | Solicitation | 0.20 |
|---|---|---|---|---|---|
| 04/06/21 | ATO | DS | Respond to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 0.30 |
| 04/06/21 | CJ | DS | Manage collection, processing, and quality assurance review of solicitation directives submitted by law firms | Solicitation | 1.40 |
| 04/06/21 | MMB | SA | Quality assurance review of incoming solicitation directives and client lists | Solicitation | 6.70 |
| 04/06/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 5.00 |
| 04/06/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 2.00 |
| 04/06/21 | ZS | SA | Review and analyze incoming law firm directive forms | Solicitation | 2.50 |
| 04/07/21 | AJAD | SA | Review and analyze incoming law firm directive forms | Solicitation | 2.00 |
| 04/07/21 | ATO | DS | Coordinate with C. Johnson, R. Vyskocil, K. Brountzas, G. Faust, R. Stitt, S. Chan and V. Haidopoulos (Prime Clerk) re updates to solicitation and tabulation frequently asked questions | Call Center / Credit Inquiry | 0.30 |
| 04/07/21 | ATO | DS | Respond to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 0.60 |
| 04/07/21 | CJ | DS | Manage collection, preparation, and quality assurance review of solicitation directives submitted by law firms | Solicitation | 1.10 |
| 04/07/21 | CJ | DS | Coordinate with A. Orchowski, R. Vyskocil, K. Brountzas, G. Faust, R. Stitt, S. Chan, and V. Haidopoulos (Prime Clerk) re updates to solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.30 |
| 04/07/21 | CLL | SA | Review and analyze FAQ materials and procedures to be implemented in upcoming solicitation | Call Center / Credit Inquiry | 1.10 |
| 04/07/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 1.10 |
| 04/07/21 | GLF | DI | WebEx meeting with C. Johnson, A. Orchowski, R. Vyskocil, K. Brountzas, R. Stitt, C. Chan, and V. Haidopoulos (Prime Clerk) re updates to solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.30 |
| 04/07/21 | KBRO | DI | Coordinate with A. Orchowski, R. Vyskocil, K. Brountzas, G. Faust, R. Stitt, S. Chan, and V. Haidopoulos (Prime Clerk) re updates to solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.30 |
| 04/07/21 | MMB | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 7.30 |
| 04/07/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 4.50 |
| 04/07/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 1.50 |
| 04/07/21 | TRLM | SA | Review and analyze incoming law firm directive forms | Solicitation | 1.40 |
| 04/07/21 | ZS | SA | Review and analyze incoming law firm directive forms | Solicitation | 1.70 |
| 04/08/21 | AJAD | SA | Review and analyze incoming law firm directive forms | Solicitation | 1.80 |
| 04/08/21 | CJ | DS | Supervise processing and quality assurance review of solicitation directives submitted by law firms | Solicitation | 0.90 |
| 04/08/21 | MMB | SA | Quality assurance review of incoming solicitation directives and client lists | Solicitation | 2.60 |
| 04/08/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 2.00 |

Purdue Pharma

| 04/08/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 1.00 |
|---|---|---|---|---|---|
| 04/08/21 | TRLM | SA | Review and analyze incoming law firm directive forms | Solicitation | 2.30 |
| 04/08/21 | TRLM | SA | Respond to law firm inquiries related to law firm directive | Call Center / Credit Inquiry | 0.70 |
| 04/08/21 | ZS | SA | Review and analyze incoming law firm directive forms | Solicitation | 2.40 |
| 04/09/21 | AJAD | SA | Review and analyze incoming law firm directive forms | Solicitation | 1.90 |
| 04/09/21 | ATO | DS | Quality assurance review of responses to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.40 |
| 04/09/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 3.50 |
| 04/09/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 1.00 |
| 04/09/21 | ZS | SA | Review and analyze incoming law firm directive forms | Solicitation | 3.40 |
| 04/12/21 | AJAD | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 1.50 |
| 04/12/21 | ATO | DS | Respond to inquiries from Dylan Consla (Davis Polk) related to solicitation | Solicitation | 0.40 |
| 04/12/21 | CJ | DS | Manage quality assurance review of solicitation directives submitted by law firms | Solicitation | 1.10 |
| 04/12/21 | RJV | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 1.00 |
| 04/12/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 3.00 |
| 04/12/21 | ZS | SA | Review and analyze incoming law directive forms | Solicitation | 1.50 |
| 04/13/21 | AJAD | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 1.00 |
| 04/13/21 | CJ | DS | Coordinate outstanding solicitation tasks | Solicitation | 0.50 |
| 04/13/21 | CJ | DS | Confer with R. Vyskocil (Prime Clerk) re status of returned solicitation directives and results thereof | Solicitation | 0.20 |
| 04/13/21 | MMB | SA | Quality assurance review of incoming law firm directive forms and client lists | Solicitation | 1.90 |
| 04/13/21 | RJV | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.50 |
| 04/13/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 4.30 |
| 04/13/21 | RJV | SA | Confer with R. Vyskocil (Prime Clerk) re status of returned solicitation directives and results thereof | Solicitation | 0.20 |
| 04/13/21 | TRLM | SA | Review and analyze incoming law firm directive forms | Solicitation | 0.50 |
| 04/13/21 | ZS | SA | Review and analyze incoming law firm directive forms | Solicitation | 2.10 |
| 04/14/21 | AJAD | SA | Review and analyze incoming law firm directive forms | Solicitation | 1.80 |
| 04/14/21 | ATO | DS | Coordinate with Dylan Consla (Davis Polk) regarding frequently asked questions related to solicitation | Solicitation | 0.60 |
| 04/14/21 | KBRO | DI | Confer with A. Orchowski, R. Vyskocil, C. Johnson, R. Stitt, V. Haidopoulos, and C. Chan (Prime Clerk) re updates to | Call Center / Credit Inquiry | 0.30 |

| | | | | | |
|---|---|---|---|---|---|
| | | | FAQs pertaining to noticing of solicitation materials | | |
| 04/14/21 | RJV | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 1.30 |
| 04/14/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 6.20 |
| 04/14/21 | TRLM | SA | Review and analyze incoming law firm directive forms | Solicitation | 1.00 |
| 04/14/21 | ZS | SA | Review and analyze incoming law firm directive forms | Solicitation | 4.00 |
| 04/15/21 | AJAD | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 1.00 |
| 04/15/21 | ATO | DS | Confer with C. Johnson and R. Vyskocil (Prime Clerk) re analysis of claims, claimants, and corresponding law firms for solicitation purposes | Solicitation | 0.20 |
| 04/15/21 | ATO | DS | Prepare plan class reports for upcoming solicitation mailing | Solicitation | 2.70 |
| 04/15/21 | CJ | DS | Confer with A. Orchowski and R. Vyskocil (Prime Clerk) re analysis of claims, claimants, and corresponding law firms for solicitation purposes | Solicitation | 0.20 |
| 04/15/21 | MMB | SA | Quality assurance review of incoming law firm directive forms and client lists | Solicitation | 1.40 |
| 04/15/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 5.00 |
| 04/15/21 | RJV | SA | Confer with A. Orchowski and C. Johnson (Prime Clerk) re analysis of claims, claimants, and corresponding law firms for solicitation purposes | Solicitation | 0.20 |
| 04/15/21 | ZS | SA | Review and analyze incoming law firm directive forms | Solicitation | 1.40 |
| 04/16/21 | ATO | DS | Confer with R. Vyskocil and C. Johnson (Prime Clerk) re coordinating with law firms to cure inconsistencies in solicitation directives | Solicitation | 0.30 |
| 04/16/21 | CJ | DS | Manage the quality assurance review of solicitation directives submitted by law firms | Solicitation | 1.10 |
| 04/16/21 | CJ | DS | Confer with R. Vyskocil and A. Orchowski (Prime Clerk) re coordinating with law firms to cure inconsistencies in solicitation directives | Solicitation | 0.30 |
| 04/16/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 4.50 |
| 04/16/21 | RJV | SA | Respond to claimant inquiries related to solicitation | Call Center / Credit Inquiry | 0.70 |
| 04/19/21 | AJAD | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 1.00 |
| 04/19/21 | ATO | DS | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 0.40 |
| 04/19/21 | ATO | DS | Prepare plan class reports for upcoming solicitation mailing | Solicitation | 3.80 |
| 04/19/21 | CJ | DS | Supervise outreach in connection with solicitation directives submitted by law firms | Solicitation | 0.60 |
| 04/19/21 | CJ | DS | Coordinate with G. Brunswick and K. Brountzas (Prime Clerk) re solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.20 |
| 04/19/21 | KBRO | DI | Confer with G. Brunswick and C. Johnson (Prime Clerk) re | Call Center / | 0.20 |

Purdue Pharma

Page 6

Invoice #: 15570

| Date | | | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | solicitation and tabulation FAQs | Credit Inquiry | |
| 04/19/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 1.50 |
| 04/19/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 4.50 |
| 04/19/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 2.00 |
| 04/19/21 | TRLM | SA | Respond to law firm inquiries related to solicitation | Solicitation | 1.80 |
| 04/19/21 | ZS | SA | Review and analyze incoming law firm directives | Solicitation | 0.80 |
| 04/19/21 | ZS | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 2.00 |
| 04/20/21 | AJAD | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 0.80 |
| 04/20/21 | ATO | DS | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 0.40 |
| 04/20/21 | ATO | DS | Confer with G. Brunswick, R. Vyskocil, and C. Johnson (Prime Clerk) re reconciling deficient solicitation directives submitted by law firms | Solicitation | 0.20 |
| 04/20/21 | CJ | DS | Confer with G. Brunswick, R. Vyskocil, and A. Orchowski (Prime Clerk) re reconciling deficient solicitation directives submitted by law firms | Solicitation | 0.20 |
| 04/20/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.60 |
| 04/20/21 | GB | DI | Draft monthly fee statement | Retention / Fee Application | 0.80 |
| 04/20/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 3.80 |
| 04/20/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 1.20 |
| 04/20/21 | RJV | SA | Confer with C. Johnson (Prime Clerk) re inquiries from D. Consla (DPW) re noticing and mailing procedures as part of solicitation | Solicitation | 0.10 |
| 04/20/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 2.50 |
| 04/20/21 | RJV | SA | Coordinate with C. Johnson, and A. Orchowski (Prime Clerk) re  reconciling deficient solicitation directives | Solicitation | 0.20 |
| 04/20/21 | RJV | SA | Confer with G. Brunswick, C. Johnson, and A. Orchowski (Prime Clerk) re reconciling deficient solicitation directives submitted by law firms | Solicitation | 0.20 |
| 04/20/21 | ZS | SA | Review and analyze incoming law firm directive forms | Solicitation | 0.60 |
| 04/21/21 | AJAD | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 1.00 |
| 04/21/21 | ATO | DS | Telephone conference with R. Vyskocil and C. Johnson (Prime Clerk) related to solicitation | Solicitation | 0.50 |
| 04/21/21 | ATO | DS | Telephone conference with R. Vyskocil and G. Faust (Prime Clerk) regarding solicitation inquiries | Call Center / Credit Inquiry | 0.50 |
| 04/21/21 | ATO | DS | Prepare plan class reports for upcoming solicitation mailing | Solicitation | 1.40 |
| 04/21/21 | ATO | DS | Review and analyze solicitation materials and procedures to | Solicitation | 0.70 |

| | | | | | |
|---|---|---|---|---|---|
| | | | be implemented in upcoming solicitation | | |
| 04/21/21 | CJ | DS | WebEx with A. Orchowski and R. Vyskocil (Prime Clerk) re outstanding solicitation tasks | Solicitation | 0.30 |
| 04/21/21 | CJ | DS | Coordinate with G. Brunswick, R. Vyskocil, and A. Orchowski (Prime Clerk) re deficient solicitation directives submitted by law firms | Solicitation | 0.20 |
| 04/21/21 | CJ | DS | Review format of exhibit to accompany master ballots | Solicitation | 0.40 |
| 04/21/21 | CJ | DS | Coordinate with H. Baer, R. Vyskocil, and A. Orchowski (Prime Clerk) re plan-classing the claims register in preparation for solicitation | Solicitation | 0.20 |
| 04/21/21 | CJ | DS | Coordinate with R. Vyskocil (Prime Clerk) re format of exhibit to accompany master ballot | Solicitation | 0.20 |
| 04/21/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.80 |
| 04/21/21 | GLF | DI | WebEx meeting with A. Orchowski, R. Vyskocil, K. Brountzas, R. Stitt, C. Chan, and V. Haidopoulos (Prime Clerk) re procedures for responding to solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.50 |
| 04/21/21 | MMB | SA | Coordinate with C. Johnson (Prime Clerk) re solicitation mailing matrix | Solicitation | 0.20 |
| 04/21/21 | RJV | SA | Review and respond to inquiry from D. Consla (DPW) related to late solicitation directives received | Solicitation | 0.30 |
| 04/21/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.50 |
| 04/21/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 2.00 |
| 04/21/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 2.00 |
| 04/21/21 | RJV | SA | Coordinate with C. Johnson (Prime Clerk) re format of exhibit to accompany master ballot | Solicitation | 0.20 |
| 04/21/21 | RJV | SA | Coordinate with H. Baer, C. Johnson, and A. Orchowski (Prime Clerk) re plan-classing the claims register in preparation for solicitation | Solicitation | 0.20 |
| 04/21/21 | RJV | SA | Confer and coordinate with A. Orchowski, R. Stiff, C. Chan, V. Haidopoulos, G. Faust, and K, Brountzas (Prime Clerk) re communications | Call Center / Credit Inquiry | 0.30 |
| 04/21/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 3.70 |
| 04/21/21 | RJV | SA | Coordinate with G. Brunswick, C. Johnson, and A. Orchowski (Prime Clerk) re deficient solicitation directives submitted by law firms | Solicitation | 0.20 |
| 04/21/21 | RJV | SA | WebEx with A. Orchowski and C. Johnson (Prime Clerk) re outstanding solicitation tasks | Solicitation | 0.30 |
| 04/21/21 | TRLM | SA | Respond to law firms inquiries related to solicitation | Call Center / Credit Inquiry | 1.00 |
| 04/21/21 | ZS | SA | Review and analyze incoming law firm directive forms | Solicitation | 2.80 |
| 04/22/21 | AJAD | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 1.20 |

Purdue Pharma

| 04/22/21 | CJ | DS | Outreach re solicitation directives submitted by law firms and preparing master ballot schedules based thereon | Solicitation | 1.40 |
|---|---|---|---|---|---|
| 04/22/21 | CJ | DS | Coordinate responses and updates to FAQs re solicitation and tabulation | Call Center / Credit Inquiry | 1.10 |
| 04/22/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.70 |
| 04/22/21 | KBRO | DI | Confer with G. Brunswick and C. Johnson (Prime Clerk) re solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.20 |
| 04/22/21 | MMB | SA | Quality assurance review of incoming law firm directive forms and client lists | Solicitation | 0.70 |
| 04/22/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 3.50 |
| 04/22/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 3.00 |
| 04/22/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 2.50 |
| 04/23/21 | ATO | DS | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 0.20 |
| 04/23/21 | CJ | DS | Manage the quality assurance review and reconcilation of solicitation directives submitted by law firms | Solicitation | 0.80 |
| 04/23/21 | CJ | DS | Confer with R. Vyskocil (Prime Clerk) re reconciling deficiencies in solicitation directives submitted by law firms | Solicitation | 0.10 |
| 04/23/21 | GLF | DI | Review incoming creditor inquiries in connection with solicitation directive (.5); correspond internally re resolution to same (.6) | Call Center / Credit Inquiry | 1.10 |
| 04/23/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 4.00 |
| 04/23/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 4.50 |
| 04/23/21 | RJV | SA | Respond to creditor inquiries related to solicitation | Solicitation | 3.50 |
| 04/25/21 | ATO | DS | Prepare plan class reports for upcoming solicitation mailing | Solicitation | 2.60 |
| 04/26/21 | ATO | DS | Prepare plan class reports for upcoming solicitation mailing | Solicitation | 0.70 |
| 04/26/21 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.30 |
| 04/26/21 | CJ | DS | Manage preparations for drafting plan class report | Solicitation | 0.80 |
| 04/26/21 | HCB | DI | Coordinate with D. Consla (Davis Polk) regarding notice of fee application for May hearing | Retention / Fee Application | 0.20 |
| 04/26/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 1.50 |
| 04/26/21 | RJV | SA | Respond to creditor inquiries related to solicitation | Solicitation | 1.30 |
| 04/26/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 1.50 |
| 04/27/21 | CJ | DS | Coordinate service of master ballots and custom exhibits to law firms as part of solicitation | Solicitation | 1.10 |
| 04/27/21 | CJ | DS | Manage preparation of draft plan class report | Solicitation | 0.70 |
| 04/27/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.60 |
| 04/27/21 | RJV | SA | Confer with C. Johnson (Prime Clerk) re format of master ballots and accompanying exhibit | Solicitation | 0.40 |

Purdue Pharma

Page 9

Invoice #: 15570

| 04/27/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 1.50 |
|---|---|---|---|---|---|
| 04/27/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 1.00 |
| 04/27/21 | RJV | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 2.80 |
| 04/27/21 | TRLM | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.50 |
| 04/28/21 | AJAD | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 1.00 |
| 04/28/21 | AJAD | SA | Meet and confer with A. Orchowski, R. Vyskocil, C. Johnson, T. Mackey, and Z. Steinberg (Prime Clerk) re outstanding solicitation tasks and timetable for completion thereof | Solicitation | 0.50 |
| 04/28/21 | ATO | DS | WebEx meeting with C. Johnson, R. Vyskocil, G. Faust, K. Brountzas, R. Stitt, C. Chan, and V. Haidopoulos (Prime Clerk) re procedures for responding to solicitation and tabulation frequently asked questions | Call Center / Credit Inquiry | 0.60 |
| 04/28/21 | ATO | DS | WebEx meeting with C. Johnson, R. Vyskocil, A. Jadonath, T. Mackey, and Z. Steinberg (Prime Clerk) re outstanding solicitation tasks and timetable for completion thereof | Solicitation | 0.50 |
| 04/28/21 | CJ | DS | WebEx meeting with A. Orchowski, R. Vyskocil, G. Faust, K. Brountzas, R. Stitt, C. Chan, and V. Haidopoulos (Prime Clerk) re procedures for responding to solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.60 |
| 04/28/21 | CJ | DS | WebEx meeting with A. Orchowski, R. Vyskocil, A. Jadonath, T. Mackey, and Z. Steinberg (Prime Clerk) re outstanding solicitation tasks and timetable for completion thereof | Solicitation | 0.50 |
| 04/28/21 | GLF | DI | WebEx meeting with C. Johnson, A. Orchowski, R. Vyskocil, K. Brountzas, R. Stitt, C. Chan, and V. Haidopoulos (Prime Clerk) re procedures for responding to solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.60 |
| 04/28/21 | KBRO | DI | WebEx meeting with A. Orchowski, R. Vyskocil, G. Faust, C. Johnson, R. Stitt, C. Chan, and V. Haidopoulos (Prime Clerk) re procedures for responding to solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.60 |
| 04/28/21 | RJV | SA | Confer and coordinate with C. Johnson, A. Orchowski, Z. Steinberg, T. Mackey, and A. Jadonath (Prime Clerk) re solicitation work flows | Solicitation | 0.50 |
| 04/28/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 3.00 |
| 04/28/21 | RJV | SA | WebEx meeting with A. Orchowski, C. Johnson, A. Jadonath, T. Mackey, and Z. Steinberg (Prime Clerk) re outstanding solicitation tasks and timetable for completion thereof | Solicitation | 0.60 |
| 04/28/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 0.80 |
| 04/28/21 | RJV | SA | Review and respond to inquiry from D. Consla (Davis Polk) related to solicitation directives received | Solicitation | 1.50 |
| 04/28/21 | TRLM | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 04/28/21 | ZS | SA | Review and analyze incoming law firm directive forms | Solicitation | 0.80 |

Purdue Pharma                                                                                   Page 10

                                                                                    Invoice #: 15570

| 04/28/21 | ZS | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 3.00 |
|----------|-----|-----|--------------------------------------------------------------------------------------------------------|--------------|------|
| 04/29/21 | ATO | DS | Confer with C. Johnson and R. Vyskocil (Prime Clerk) re draft plan class report | Solicitation | 0.30 |
| 04/29/21 | ATO | DS | Prepare plan class reports for upcoming solicitation mailing | Solicitation | 3.40 |
| 04/29/21 | CJ | DS | Review and provide comments to plan class report | Solicitation | 2.40 |
| 04/29/21 | MMB | SA | Quality assurance review of incoming law firm directive forms and client lists | Solicitation | 0.30 |
| 04/29/21 | RJV | SA | Confer with A. Orchowski and C. Johnson (Prime Clerk) re draft plan class report | Solicitation | 0.30 |
| 04/29/21 | RJV | SA | Confer with C. Johnson (Prime Clerk) re report to DPW of claims to be voted through master ballot based on directive submissions | Solicitation | 0.30 |
| 04/29/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 1.50 |
| 04/29/21 | RJV | SA | Review solicitation documents for purposes of plan-classing of creditor database | Solicitation | 2.00 |
| 04/29/21 | RJV | SA | Review and respond to inquiries from D. Consla (DPW) related to solicitation directives received. | Solicitation | 2.60 |
| 04/29/21 | ZS | SA | Review and analyze incoming law firm directive forms | Solicitation | 0.40 |
| 04/30/21 | ATO | DS | Prepare plan class reports for upcoming solicitation mailing | Solicitation | 1.90 |
| 04/30/21 | CJ | DS | Manage finalization of draft plan class report | Solicitation | 1.20 |
| 04/30/21 | CJ | DS | Coordinate with R. Vyskocil (Prime Clerk) re preparations to implement solicitation and tabulation procedures | Solicitation | 0.60 |
| 04/30/21 | CJ | DS | Coordinate with A. Orchowski and R. Vyskocil (Prime Clerk) re finalizing plan class report | Solicitation | 0.50 |
| 04/30/21 | JTH | CO | Setup of electronic ballot platform on case website | Solicitation | 0.80 |
| 04/30/21 | RJV | SA | Coordinate with A. Orchowski and C. Johnson (Prime Clerk) re finalizing plan class report | Solicitation | 0.50 |
| 04/30/21 | RJV | SA | Coordinate with C. Johnson (Prime Clerk) re preparations to implement solicitation and tabulation procedures | Solicitation | 0.60 |
| 04/30/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 1.50 |
| 04/30/21 | RJV | SA | Review solicitation documents for purposes of plan-classing of creditor database | Solicitation | 2.10 |
| 04/30/21 | RJV | SA | Review and respond to inquiry from D. Consla (DPW) related to solicitation directives received | Solicitation | 0.50 |
| 04/30/21 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.40 |

**Total Hours**      **331.30**

## Exhibit B

## Detail of Expenses Incurred by Prime Clerk Employees During the Statement Period

| Description | Total |
| --- | --- |
| N/A | $0.00 |
| **TOTAL** | **$0.00** |