**Hearing Date and Time: June 1, 2021, at 3:00 p.m. (prevailing Eastern Time)**

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Darren S. Klein
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF SUPPLEMENTAL HEARING ON DEBTORS' MOTION TO APPROVE (I) THE ADEQUACY OF INFORMATION IN THE DISCLOSURE STATEMENT, (II) SOLICITATION AND VOTING PROCEDURES, (III) FORMS OF BALLOTS, NOTICES AND NOTICE PROCEDURES IN CONNECTION THEREWITH, AND (IV) CERTAIN DATES WITH RESPECT THERETO**

**PLEASE TAKE NOTICE** that on March 15, 2021, Purdue Pharma L.P. and its

affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed (i) the *Joint*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* (as may be modified, amended, or supplemented from time to time, the "**Plan**") and (ii) the *Disclosure Statement for Chapter 11 Plan for Purdue Pharma L.P. and Its Affiliated Debtors* (as modified, amended, or supplemented from time to time, the "**Disclosure Statement**").[2]

PLEASE TAKE FURTHER NOTICE that the hearing on the *Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto* (the "**Motion**") seeking entry of an order approving, among other things, (a) the adequacy of information in the Disclosure Statement, (b) Solicitation and Voting Procedures, (c) forms of Ballots, notices and notice procedures in connection therewith and (d) certain dates with respect thereto was held before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**") on May 20, 2021, at 10:00 a.m. (prevailing Eastern Time) (the "**Disclosure Statement Hearing**").

PLEASE TAKE FURTHER NOTICE that, if necessary, a supplemental hearing on the Motion will be held before the Bankruptcy Court on **June 1, 2021, at 3:00 p.m. (prevailing Eastern Time)** (the "**Supplemental Hearing**"), or at such other time as the Bankruptcy Court may determine.

PLEASE TAKE FURTHER NOTICE that the sole purpose of the Supplemental Hearing is to consider incremental changes to the Disclosure Statement, which the Bankruptcy

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or Disclosure Statement, as applicable.  The Debtors reserve the right to amend, supplement, or modify the Plan or the Disclosure Statement.

Court found contains sufficient information pursuant to Section 1125(a) of the Bankruptcy Code, subject to certain changes set forth on the record at the Disclosure Statement Hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("General Order M-543") and at the Court's directive, the Supplemental Hearing **will be conducted through Zoom** before the Honorable Robert D. Drain. All participants to the Disclosure Statement Hearing held on May 26, 2021 at 10:00 a.m. will be automatically invited to participate in this Supplemental Hearing.  Any other parties or members of the public wishing **to participate in** the Hearing should consult the Court's calendar with respect to the day of the Hearing at https://www.nysb.uscourts.gov/calendars/rdd.html for information regarding how to be added as a participant.  Members of the public who wish to listen to, **but not participate in**, the Supplemental Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 1321426181##.

PLEASE TAKE FURTHER NOTICE that the Supplemental Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Supplemental Hearing or a later hearing.  The Debtors will file an agenda before the Supplemental Hearing, which may modify or supplement the motions to be heard at the Supplemental Hearing.

PLEASE TAKE FURTHER NOTICE that the Disclosure Statement (including the Plan and the other exhibits thereto), the Motion or related documents, may be obtained at no charge from Prime Clerk LLC, the Solicitation Agent retained by the Debtors in these chapter 11 cases (the "**Solicitation Agent**"), by (a) calling the Debtors' restructuring hotline at (844) 217-0912 (toll-free) or (347) 859-8093 (international); (b) visiting the Debtors' restructuring website at https://restructuring.primeclerk.com/purduepharma; (c) writing to Purdue Pharma Ballot

3

Processing, c/o Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New

York, New York 10165; and/or (d) emailing purduepharmainfo@primeclerk.com.  You may also

obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at

http://www.nysb.uscourts.gov.

Dated:    May 29, 2021
              New York, New York

                                                    DAVIS POLK & WARDWELL LLP

                                                    By:    /s/ Darren S. Klein

                                                    450 Lexington Avenue
                                                    New York, New York 10017
                                                    Telephone: (212) 450-4000
                                                    Facsimile:  (212) 701-5800
                                                    Marshall S. Huebner
                                                    Benjamin S. Kaminetzky
                                                    Timothy Graulich
                                                    Eli J. Vonnegut
                                                    Darren S. Klein
                                                    Christopher S. Robertson

                                                    *Counsel to the Debtors
                                                    and Debtors in Possession*