**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 19-23649 (RDD) |
| PURDUE PHARMA L.P., *et al.*, | Chapter 11 |
| Debtors.¹ | |
| PURDUE PHARMA L.P., *et al.*, | Adversary Proceeding No. 21-07005 (RDD) |
| Plaintiffs, | |
| v. | |
| AIG SPECIALTY INSURANCE COMPANY (F/K/A AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY), *et al.*, | |
| Defendants. | |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Mark D. Plevin to be admitted, *pro hac vice*, to represent American Guarantee and Liability Insurance Company and Steadfast Insurance Company (the "Clients") in both (i) the above-referenced cases, *In re Purdue Pharma L.P., et al.*, Case No. 19-23649 (RDD), as parties in interest, and (ii) in the above-referenced adversary proceeding, *Purdue Pharma L.P., et al. v. AIG Specialty Ins. Co., et al.*, Adv. Proc. No. 21-07005 (RDD), as defendants in the above-

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

referenced adversary proceeding; and upon the movant's certification that the movant is a member in good standing of the bar in the District of Columbia and the State of California, and is admitted to practice before the United States Circuit Courts for the District of Columbia Circuit, Third Circuit, Fourth Circuit, Fifth Circuit, Sixth Circuit, Seventh Circuit, Ninth Circuit, and the Federal Circuit and the United States District Courts for the District of Columbia, Central District of California, Eastern District of California, Northern District of California, Northern District of Illinois, Eastern District of Michigan, and the United States Court of International Trade, it is hereby

**ORDERED**, that Mark D. Plevin, Esq. is admitted to practice, *pro hac vice*, to represent the Clients in both (i) the above-referenced cases, *In re Purdue Pharma L.P., et al.*, Case No. 19-23649 (RDD) and (ii) the above-referenced adversary proceeding, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June 1, 2021                    /s/ *Robert D. Drain*
       White Plains, New York                Hon. Robert D. Drain
                                   United States Bankruptcy Judge