**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                                                                          Case No.: _____ (RDD)

                                                                                                      Chapter ___

                                          Debtor

------------------------------------------------------------x

                                                                                                      Adversary Proceeding No.: _____

                                          Plaintiff

                              v.


                                          Defendant

------------------------------------------------------------x


**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*


I, _____, request admission, ***pro hac vice***, before the Honorable _____, to represent _____, a _____ in the above-referenced   case   adversary proceeding.


*I certify that I am a member in good standing* of the bar in the State of New Jersey and _____ and, if applicable, the bar of the U.S. District Court for the _____ Districts of _____.


I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.


Dated: _____

_____, New York                    _____

*Mailing Address*:

                                                                                    _____
                                                                                    _____
                                                                                    _____

*E-mail address*: lzabel@reedsmith.com

*Telephone number*: (____)_____