**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                                           Case No.: _____(RDD)

                                                                                                           Chapter ___

                                        Debtor

---------------------------------------------------------------x

                                                                                                           Adversary Proceeding No.: _____

                                        Plaintiff

                          v.


                                        Defendant

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of _____, to be admitted, *pro hac vice*, to represent _____, (the "Client") a _____ in the above referenced     case     adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _____and New Jersey and, if applicable, the bar of the U.S. District Court for the Districts of Pennsylvania and New Jersey and it is hereby

      **ORDERED**, that _____, Esq., is admitted to practice, *pro hac vice*, in the above referenced     case     adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York                /s/ _____

                                                                UNITED STATES BANKRUPTCY JUDGE