Wednesday May 19th, 2021

Mr. Michael W. Normile III
Oak Ridge, Tennessee 37830
PI Claim Number 82739

The Honorable Judge Robert D. Drain
300 Quarropas Street
US Bankruptcy Court SDNY
White Plains, New York 10601

Your Honor Sir:

    My Name is Michael W. Normile III, a 100% Permanent and Totally Disabled, Totally Disabled Individually Unemployable, Veteran of foreign war, and have been 5 times now denied for Social Security Income. I truly respect that your time is extremely valuable as well as limited, so I'll make every attempt to keep this correspondence brief.

    Your Honor, I am 54 years old (this coming May 22nd) have unfortunately been lied to by and am a personal injury claimant with a suit against Purdue Pharma, and hopefully, the Sackler family, if I can locate a good lawyer in a short time, but have been advised that a deal with the government has made them protected from liability.. I've been a pain management patient for the last 16+ years, and to be honest with you, I'm going to list all of the reasons why. It'll make sense in the latter part of this correspondence. Like I've stated, I was lied to, defrauded by, and to be quite serious, murdered (in progress) by, the aforementioned.

    For those 16 years, I was subject to a great multitude of random pill counts as well as to submit to random drug screens understandably. Even being extremely, physically, dependent on the medications, Not once ever, was I found to be so much as a single pill short, and all drug screens (D.O.T. style) were appropriate. I've got enough health issues without using Illegal drugs or abusing the legal ones I'm legitimately prescribed. I'm one of the rare few, that actually support the protocols. I'm writing this in the unlikely hopes and dreams, that you'll be able or willing, to enter it into evidence or the record, as it relates to the Chapter 11 bankruptcy being requested by Purdue. Done for one and only one reason, in an attempt to avoid responsibility for their actions, and pure unadulterated greed. Greed, because of the Sacklers being guilty of 3 major felonies including skimming illegal royalties and the like, then getting away [paying a mere couple cents on the dollar) with a barely felt slap on the wrist of 2 Billion dollars over 10 years. 200 million a year? That's barely more than their royalties and tax deductions. That's not called a fine, it's a donation with a lot of zeroes in it that sounds like a great deal to those who don't regularly see such numbers, in lieu of punitive damages.

    As I stated earlier, I'm only 54 years old. I do not, nor have I ever, indulged in the use or abuse of alcohol except for my 21st birthday and after taking 4 days to fully recover from the hangover from it, I swore never to touch it again. On January `12th of this year, I was terminally diagnosed with end stage, non-alcoholic cirrhosis and end

1

stage Liver Disease, with an associated ailment called "Ascites". Where since the liver can no longer flow or filter/convert the blood via the portal vein, it fills the abdomen with fluid compressing the diaphragm, making it quite difficult to breathe, the diuretics prescribed to aid in removing of the fluid forces me to wake every 90 minutes to 2 hours to relieve an overfilled bladder. Sleep or rest is difficult at best due to this, and dehydrating cramps are constantly hurting to a **major** degree. Add to this, I've got a 3-4cm umbilical hernia from torn Mesh Product, and again, I can't be put under general anesthesia to correct it, causing a great chance of infection. I'm immune-compromised as it is, that would be a death sentence.

In order for you to truly grasp the reason I'm writing all of this and understand why I feel that certification at the currently proposed levels of compensation are clearly and woefully, inadequate. I must include a brief background of my health at this time. Again, I am a 54-year-old male, with a diminished Pancreas due to both diabetes and injections of insulin daily, I severely injured my back while serving aboard the USS Abraham Lincoln causing 4 slipped or degenerated discs, during one of the launch cycles, the pilot started fidgeting around inside of the cockpit with his hands after having been given the "Hands out" signal. This and a sweeping motion, made contact with the gear selection handle thus lowering the arresting gear hook as I was transiting from one side of the aircraft to the other underneath the tail cone. The hook caught me transitioning and pinned my skull to the flight line under 3000 pounds of pressure. I've never recovered from it, and the resulting illness called "Cluster/Tic Syndrome" a combination of chronic severe cluster headaches and the most severe form of Trigeminal Neuralgia called "Tic Doloureaux. It's the most painful affliction known to modern medical science, without a cure, and only gets markedly and progressively worse over time. It's better known as "Suicide Syndrome" as most afflicted either successfully commit suicide, fail at the attempt, or wish they could. I'm rare in not thinking that way, but I have in the past due to the pain. I suffer the attacks 3 to 5 times a day, every single day without relief, for 3 to 5 or more, hours per episode. That's why I am on pain medications and have been for the last 16 years. My Liver and kidneys are at stage 3 and end stages of failure, and I have a condition called Ascites which is in itself horribly painful, filling my abdomen with fluid making breathing extremely difficult, eating and sleeping all but impossible most times, and it is Terminal. My doctors have directly linked it and my medical status directly to having taken 4-6 million milligrams of "buffers and fillers not necessary in the medications" for the 10 years the patents were being manipulated making a non-buffered generic impossible. I was finally able to get hold (via Purdue of course) a "Roxicodone" version of non-buffered medications. For the last 6 years.

The VA states that "they aren't on their formulary" thus they refuse to pay for them even for my service-connected disability so I'm out of pocket a combined $3200/month just for 2 of the 3 opiates I'm prescribed. The time released versions. A total of 90 pills your honor. Just under $3400 for all 3. That's WITH insurance. BCBS was also kind enough to advise me that they would cover them "for the time being while fighting this case in the courts" as the ACA has a loophole which states that if you have a service-connected disability, suffered during a period of honorable service, then as an

2

employee of the United States Government, they are not obligated to cover the medication, it's the government's responsibility. So due to their patent manipulation, heck, even if it weren't being manipulated, the sheer greed of insane profits (after all, they were found guilty of skimming illegal royalties) I stopped counting after we hit the $400,000 mark. You can do the math for the current annual cost. That's just a hair under $41,000/year. More than they are willing to compensate at a maximum. Not even a single year's cost of the meds, for a ruined lifetime, and a destroyed family.

I truly realize that this is a civil, not a criminal proceeding, but unless I'm mistaken, in all 50 states, if a person dies, while a felony has been committed, then the party is guilty of capital murder. I WILL DIE, as a result of the Ascites. It's not a matter of if, but when. As I am a triple transplant needed recipient, my chances are less than 1%. The treatment regimen to even buy me time, is EXTREMELY painful, time consuming and extremely expensive. Up to and averaging just shy of $7000 a week towards the end for the periosentisys. That will be over many months. Thankfully, I'm only once a month at the time being, and we are already in chapter 13 bankruptcy because of it and can not afford a single more, but they are billing us all the same or I will die in a matter of a few weeks. The Citizen's United SCOTUS decision may have stated that "corporations are people too" that may fly, until you need to place a murder charge, then who do you charge?

I also have an umbilical hernia from failed hernia mesh implantation. Normally it wouldn't be a big deal. However, due to the Ascites, and the formation of Varices in my body, (severely now, swollen veins that carry blood flow they weren't designed to carry, at pressures they aren't meant to carry, since the liver can no longer filter blood via the Portal vein) and throat, corrective surgery is impossible. These varices are located in the throat, esophagus, and stomach. If ANY emergency were to crop up during surgery, they have to intubate me as a precaution or as a lifesaving precaution, should they accidentally (a high percentage of happening due to the narrowing from swelling) nick those varices in the process, I will bleed out in less than a minute and there's absolutely nothing that they can do to stop it. Another risk is with the fluid flow through the hernia from the ascites, there is enormous risk of infection. That will kill me in a matter of days.

Another side effect of the end stage, liver disease caused by the meds, is the fact that your body now has extreme difficulty digesting and processing proteins. The small intestine normally converts it into ammonia, the liver filters it and converts it to urea, the kidneys filter it out as urine. This no longer occurs. The ammonia levels now rising on average, what now happens is the body can no longer expel it almost at all, it travels throughout the bloodstream, Crosses the blood/brain barrier, and causes what's called "Hepatic Encephalopathy". This has already begun affecting me significantly and noticeably. My once 177 Mensa Level I.Q., and vast vocabulary have diminished. I am now quite forgetful, I have to search for my words, my memory is full of holes, and I need help occasionally even reading directions. It mimics the effects of early onset dementia.

The medications caused extreme, SEVERE, "flash anger" issues for a great many years which destroyed my family, and twice, I've almost killed someone, a doctor, with my temper that I never had before. Once in an ER, once almost throwing one out of a 5th story window. I have a 50-page statement documenting every issue I've had

3

detrimentally from these medications I was never told about or lied to about. I will submit them at the appropriate time and place, so I'll not drone on further.

    Your honor sir, I beg you, PLEASE, do not allow the certification of this chapter 11 filing which will limit their liability to a mere, at most, $48,000 per claim. Not having "billions" which they illegally skimmed off of the business, for my health care, or a league of lawyers, is not a crime. I can't even get the leaking roof to my home which collapsed the ceiling in my bedroom last week when it rained, fixed, we are so poor due to my medical costs. I implore you sir, please admit this into evidence. I thank you ever so much, for taking up so much of your so little and valuable time, to accommodate my request. I hope to receive a reply, but with so many cases, I can accept if you don't have a chance and will merely be happy it was read and considered. Again, Thank you ever so much.

Very sincerely, and with the utmost respect,


Michael Wilford Normile III