DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
Darren S. Klein
James I. McClammy
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

**NOTICE OF FILING OF REVISED
PROPOSED ORDER APPROVING (I) THE ADEQUACY
OF INFORMATION IN THE DISCLOSURE STATEMENT,
(II) SOLICITATION AND VOTING PROCEDURES, (III) FORMS
OF BALLOTS, NOTICES AND NOTICE PROCEDURES IN CONNECTION
THEREWITH, AND (IV) CERTAIN DATES WITH RESPECT THERETO**

**PLEASE TAKE NOTICE** that on March 15, 2021, the above-captioned debtors and

debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion to Approve (I) the*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto* [D.I. 2489] (the "**Disclosure Statement Motion**"), along with a proposed form of order attached thereto as **Exhibit A** (the "**Initial Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed revised proposed forms of order with respect to the Disclosure Statement Motion on April 24, 2021 [D.I. 2736] (the "**First Amended Proposed Order**") and on May 24, 2021 [D.I. 2913] (the "**Second Amended Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that on June 2, 2021, the Debtors filed the *Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* [D.I. 2967] (the "**Fifth Amended Plan**") and the *Disclosure Statement for Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* [D.I. 2969] (the "**Disclosure Statement for Fifth Amended Plan**").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised proposed form of order (the "**Third Amended Proposed Order**").  A blackline of the Third Amended Proposed Order reflecting changes from the Second Amended Proposed Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Disclosure Statement Motion (the "**Disclosure Statement Hearing**") was held on **May 26, 2021, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that a supplemental hearing on the Disclosure Statement Motion (the "**First Supplemental Hearing**") was held before the Bankruptcy Court on **June 1, 2021, at 3:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that a second supplemental hearing on the Disclosure Statement Motion (the "**Second Supplemental Hearing**") will be held before the Bankruptcy Court on **June 2, 2021, at 3:00 p.m. (prevailing Eastern Time)**, or at such other time as the Bankruptcy Court may determine; *provided* that, pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**"),[2] the Second Supplemental Hearing **shall be conducted via Zoom videoconference** for those parties who will be participating in the Second Supplemental Hearing so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court.[3]

**PLEASE TAKE FURTHER NOTICE** that, to the extent the Debtors make further revisions to the Third Amended Proposed Order prior to the Disclosure Statement Hearing, the Debtors will file or present further blacklined copies of such revised documents to the Bankruptcy Court either at or before the Second Supplemental Hearing.

---

[2] A copy of General Order M-543 can be obtained by visiting http://www.nysb.uscourts.gov/news/court-operations-under-exigent-circumstances-created-covid-19.

[3] Parties or members of the public who wish to participate in the Second Supplemental Hearing should consult the Court's calendar with respect to the day of the Second Supplemental Hearing at https://www.nysb.uscourts.gov/calendars/rdd.html for information regarding how to be added as a participant. Members of the public who wish to listen to, but not participate in, the Second Supplemental Hearing free of charge may do so telephonically at a number to be provided.

3

Dated: June 2, 2021
       New York, New York

                              DAVIS POLK & WARDWELL LLP

                              By: */s/ Darren S. Klein*

                              450 Lexington Avenue
                              New York, New York 10017
                              Telephone: (212) 450-4000
                              Facsimile: (212) 701-5800
                              Marshall S. Huebner
                              Benjamin S. Kaminetzky
                              Eli J. Vonnegut
                              James I. McClammy
                              Christopher S. Robertson

                              *Counsel to the Debtors
                              and Debtors in Possession*