**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------

**FIFTEENTH MONTHLY FEE STATEMENT OF KPMG LLP FOR**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS TAX CONSULTANT FOR THE DEBTORS**
**AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM APRIL 1, 2021 THROUGH APRIL 30, 2021**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | The Debtors and the Official Committee of Unsecured Creditors |
| Date of Retention: | February 24, 2020, *nunc pro tunc* to December 23, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | April 1, 2021 through April 30, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $          100,865.00 |
| Less 20% Holdback: | $          (20,173.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $                  0.00 |
| Total Fees and Expenses Due: | $            80,692.00 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: June 2, 2021

 _/s/ Howard Steinberg_
 Howard Steinberg
 Partner, KPMG LLP
 1350 Avenue of the Americas
 New York, New York 10019
 (212) 872-6562

**EXHIBIT A**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary Of Hours and Discounted Fees Incurred By Professional
April 1, 2021 through April 30, 2021

| Professional Person | Position & Department | Country of Origin | Total Billed Hours | Hourly Billing Rate | | Total Compensation | |
|---|---|---|---|---|---|---|---|
| Ashley Armfield | Senior Associate - M&A Tax | US | 36.9 | $ | 534 | $ | 19,704.60 |
| Casey Nunez | Managing Director - M&A Tax | US | 15.6 | $ | 794 | $ | 12,386.40 |
| Devon Rowles | Associate - M&A Tax | US | 21.7 | $ | 350 | $ | 7,595.00 |
| Douglas Holland | Principal - Washington National Tax | US | 2.8 | $ | 985 | $ | 2,758.00 |
| Howard Steinberg | Partner - M&A Tax | US | 24.1 | $ | 856 | $ | 20,629.60 |
| Isaac Hirsch | Managing Director - International Tax | US | 20.7 | $ | 819 | $ | 16,953.30 |
| Jared Curzan | Manager - International Tax | US | 5.5 | $ | 650 | $ | 3,575.00 |
| Jess Commisso | Associate - M&A Tax | US | 17.6 | $ | 350 | $ | 6,160.00 |
| Mark Hoffenberg | Principal - Washington National Tax | US | 5.2 | $ | 980 | $ | 5,096.00 |
| Monica Plangman | Director - Bankruptcy | US | 3.1 | $ | 279 | $ | 864.90 |
| Scott Salmon | Partner - Washington National Tax | US | 2.2 | $ | 905 | $ | 1,991.00 |
| Wendy Shaffer | Manager - Bankruptcy | US | 15.6 | $ | 202 | $ | 3,151.20 |
| **Subtotal of Hours and Discounted Fees** | | | **171.0** | | | **$** | **100,865.00** |
| | | | | | | | |
| **Total Discounted Fees** | | | | | | **$** | **100,865.00** |
| Out of Pocket Expenses | | | | | | $ | - |
| **Total Fees and Out of Pocket Expenses** | | | | | | **$** | **100,865.00** |
| Less Holdback Adjustment (20%) | | | | | | $ | (20,173.00) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | | | **$** | **80,692.00** |
| | | | | | | | |
| **Blended Hourly Rate** | | | | **$** | **589.85** | | |

**EXHIBIT B**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary of Hours and Discounted Fees Incurred by Category
April 1, 2021 through April 30, 2021

| Category | Exhibit | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| Bankruptcy Tax Consulting Services | C1 | 152.3 | $ 96,848.90 |
| Non -Working Travel Time | C2 | 0.0 | $ - |
| Retention Services | C3 | 0.0 | $ - |
| Fee Application Preparation Services | C4 | 18.7 | $ 4,016.10 |
| **Total** | | **171.0** | **$ 100,865.00** |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Scott Salmon | 04/01/21 | Began KPMG WNT (Washington National Tax) level research into certain tax considerations (0.3) and drafted a list of items for consideration and discussion to provide to KPMG project team (0.1) | 0.4 | $905 | $ 362.00 |
| Ashley Armfield | 04/01/21 | 0.7 Senior Associate review of KPMG prepared structure deck for disposition structures and location of certain subsidiaries pursuant to request from L. Altus (Davis Polk). | 0.7 | $534 | $ 373.80 |
| Ashley Armfield | 04/01/21 | 0.8 Drafting email response regarding certain subsidiaries involved in proposed dispositions pursuant to Davis Polk & Wardwell (DPW) request from L. Altus. | 0.8 | $534 | $ 427.20 |
| Isaac Hirsch | 04/01/21 | (1.4) Prepare for call with Norton Rose, Debevoise & Plimpton, Akin, and Davis Polk (taking place on 4/2) by reviewing most current version of Purdue cash tax model. | 1.4 | $819 | $ 1,146.60 |
| Ashley Armfield | 04/01/21 | 1.6 Meeting with I. Hirsch, C. Nunez, and A. Armfield (all KPMG core M&A team) to discuss key items of cash tax modeling and settlement in preparation for external call with Norton Rose, Debevoise, Akin, and Davis Polk (taking place on 4/2). | 1.6 | $534 | $ 854.40 |
| Casey Nunez | 04/01/21 | 1.6 Meeting with I. Hirsch, C. Nunez, and A. Armfield (all KPMG core M&A team) to discuss key items of cash tax modeling and settlement in preparation for external call with Norton Rose, Debevoise, Akin, and Davis Polk (taking place on 4/2). | 1.6 | $794 | $ 1,270.40 |
| Isaac Hirsch | 04/01/21 | 1.6 Meeting with I. Hirsch, C. Nunez, and A. Armfield (all KPMG core M&A team) to discuss key items of cash tax modeling and settlement in preparation for external call with Norton Rose, Debevoise, Akin, and Davis Polk (taking place on 4/2). | 1.6 | $819 | $ 1,310.40 |
| Howard Steinberg | 04/01/21 | Prepare for call with Norton Rose, Debevoise & Plimpton, Akin, and Davis Polk (taking place on 4/2) by performing partner review of the most current version of Purdue cash tax model. | 1.6 | $856 | $ 1,369.60 |
| Ashley Armfield | 04/02/21 | 0.3 Drafted email to team regarding key takeaways from external call related to terms of settlement and effective tax rate. | 0.3 | $534 | $ 160.20 |
| Ashley Armfield | 04/02/21 | 0.3 Reviewing bankruptcy court docket, as of 4/2/2021, to identify pertinent information relating to the settlement. | 0.3 | $534 | $ 160.20 |
| Ashley Armfield | 04/02/21 | (0.4) Call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member) to discuss next steps to prepare for external discussion with external counsel (Debevoise & Plimpton, Davis Polk, Akin Gump, etc.) regarding the settlement. | 0.4 | $534 | $ 213.60 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Casey Nunez | 04/02/21 | (0.4) Call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member) to discuss next steps to prepare for external discussion with external counsel (Debevoise & Plimpton, Davis Polk, Akin Gump, etc.) regarding the settlement. | 0.4 | $794 | $ 317.60 |
| Howard Steinberg | 04/02/21 | (0.4) Call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member) to discuss next steps to prepare for external discussion with external counsel (Debevoise & Plimpton, Davis Polk, Akin Gump, etc.) regarding the settlement. | 0.4 | $856 | $ 342.40 |
| Isaac Hirsch | 04/02/21 | (0.4) Call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member) to discuss next steps to prepare for external discussion with external counsel (Debevoise & Plimpton, Davis Polk, Akin Gump, etc.) regarding the settlement. | 0.4 | $819 | $ 327.60 |
| Mark Hoffenberg | 04/02/21 | (0.4) Call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member) to discuss next steps to prepare for external discussion with external counsel (Debevoise & Plimpton, Davis Polk, Akin Gump, etc.) regarding the settlement. | 0.4 | $980 | $ 392.00 |
| Ashley Armfield | 04/02/21 | (1.0) External call with family counsel and other external counsel, Alix Partners (G. Koch), FTI (S. Joffee), Davis Polk (L. Altus), Akin Gump (H. Jacobson), Debevoise (J. Rosen), Milbank (B. Kennedy), Norton Rose (L. Schreyer), Kramer Levin (H. Stoopack), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member) to discuss terms of settlement and effective tax rate. | 1.0 | $534 | $ 534.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Casey Nunez | 04/02/21 | (1.0) External call with family counsel and other external counsel, Alix Partners (G. Koch), FTI (S. Joffee), Davis Polk (L. Altus), Akin Gump (H. Jacobson), Debevoise (J. Rosen), Milbank (B. Kennedy), Norton Rose (L. Schreyer), Kramer Levin (H. Stoopack), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member) to discuss terms of settlement and effective tax rate. | 1.0 | $ 794 | $ 794.00 |
| Howard Steinberg | 04/02/21 | (1.0) External call with family counsel and other external counsel Alix Partners (G. Koch), FTI (S. Joffee), Davis Polk (L. Altus), Akin Gump (H. Jacobson), Debevoise (J. Rosen), Milbank (B. Kennedy), Norton Rose (L. Schreyer), Kramer Levin (H. Stoopack), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member) to discuss terms of settlement and effective tax rate. | 1.0 | $ 856 | $ 856.00 |
| Isaac Hirsch | 04/02/21 | (1.0) External call with family counsel and other external counsel Alix Partners (G. Koch), FTI (S. Joffee), Davis Polk (L. Altus), Akin Gump (H. Jacobson), Debevoise (J. Rosen), Milbank (B. Kennedy), Norton Rose (L. Schreyer), Kramer Levin (H. Stoopack), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member) to discuss terms of settlement and effective tax rate. | 1.0 | $ 819 | $ 819.00 |
| Mark Hoffenberg | 04/02/21 | (1.0) External call with family counsel and other external counsel, Alix Partners (G. Koch), FTI (S. Joffee), Davis Polk (L. Altus), Akin Gump (H. Jacobson), Debevoise (J. Rosen), Milbank (B. Kennedy), Norton Rose (L. Schreyer), Kramer Levin (H. Stoopack), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member) to discuss terms of settlement and effective tax rate. | 1.0 | $ 980 | $ 980.00 |
| Casey Nunez | 04/02/21 | (1.3) Preparation for upcoming call with family counsel by reviewing key tax drivers in cash tax modeling. | 1.3 | $ 794 | $ 1,032.20 |
| Ashley Armfield | 04/02/21 | 1.3 Review of updates that may be pertinent following discussion with external counsel (same day) regarding the estimated effective tax rate. | 1.3 | $ 534 | $ 694.20 |
| Scott Salmon | 04/02/21 | (1.5) Finalized WNT level research of certain tax considerations and (0.3) drafted detailed email with list of findings to KPMG project team for consideration and discussion | 1.8 | $ 905 | $ 1,629.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Howard Steinberg | 04/02/21 | Preparation for upcoming call with family counsel by reviewing assumptions/methodologies utilized in the most recent version of the Purdue cash tax model | 2.0 | $856 | $ 1,712.00 |
| Ashley Armfield | 04/05/21 | (1.1) Participated in catch-up call with I. Hirsch, C. Nunez, and A. Armfield (all KPMG core M&A team) to discuss family effective tax rates and key assumptions | 1.1 | $534 | $ 587.40 |
| Casey Nunez | 04/05/21 | (1.1) Participated in catch-up call with I. Hirsch, C. Nunez, and A. Armfield (all KPMG core M&A team) to discuss family effective tax rates and key assumptions | 1.1 | $794 | $ 873.40 |
| Isaac Hirsch | 04/05/21 | (1.1) Participated in catch-up call with I. Hirsch, C. Nunez, and A. Armfield (all KPMG core M&A team) to discuss family effective tax rates and key assumptions | 1.1 | $819 | $ 900.90 |
| Casey Nunez | 04/05/21 | (1.2) Performed M&A Tax Managing Director review of list of certain foreign subsidiaries as requested by clients. | 1.2 | $794 | $ 952.80 |
| Isaac Hirsch | 04/05/21 | (1.2) Performed managing director review of updated cash tax model deliverable related to family effective tax rates for purposes of sending same to Akin and DPW. | 1.2 | $819 | $ 982.80 |
| Howard Steinberg | 04/05/21 | Performed partner level review of latest tax research regarding state trust (0.8) and list of certain foreign subsidiaries as requested by client (0.6) | 1.4 | $856 | $ 1,198.40 |
| Ashley Armfield | 04/06/21 | 0.4 Drafting email to J. Commisso (KPMG) regarding to-do items pursuant to providing an updated cash tax deliverable and responding to client request. | 0.4 | $534 | $ 213.60 |
| Ashley Armfield | 04/06/21 | (0.6) Discussion with C. Nunez and A. Armfield (both KPMG core M&A team) to discuss certain foreign subsidiaries within disposition structures. | 0.6 | $534 | $ 320.40 |
| Casey Nunez | 04/06/21 | (0.6) Discussion with C. Nunez and A. Armfield (both KPMG core M&A team) to discuss certain foreign subsidiaries within disposition structures. | 0.6 | $794 | $ 476.40 |
| Casey Nunez | 04/06/21 | (0.7) Performed M&A Managing Director review of state tax request list provided by KPMG state and local tax team | 0.7 | $794 | $ 555.80 |
| Ashley Armfield | 04/06/21 | 0.8 Updating Purdue cash tax model to include break out of family A versus Family B results pursuant to request from external counsel (Davis Polk. and Akin Gump). | 0.8 | $534 | $ 427.20 |
| Ashley Armfield | 04/06/21 | 0.9 Drafting summary of results, to send via email to KPMG Washington National Tax group, regarding cash tax modeling pursuant to ultimately sharing with external counsel. | 0.9 | $534 | $ 480.60 |
| Ashley Armfield | 04/06/21 | 2.3 Performed Senior Associate review and concurrently updated draft email of certain foreign subsidiaries present in disposition structures. | 2.3 | $534 | $ 1,228.20 |
| Jess Commisso | 04/06/21 | 3.1 Performed analysis of current disposition entity structures to determine inclusion of certain foreign subsidiaries. | 3.1 | $350 | $ 1,085.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Casey Nunez | 04/07/21 | (0.3) Perform M&A Tax Managing Director review of draft transmittal email to clients to relay tax modeling updates and certain foreign subsidiaries. | 0.3 | $794 | $ 238.20 |
| Casey Nunez | 04/07/21 | (1.1) Perform M&A Tax Managing Director review of updated cash tax model deliverable to present various scenarios. | 1.1 | $794 | $ 873.40 |
| Howard Steinberg | 04/07/21 | Performed Partner level review of updated client deliverable, which includes summary of effective tax rates between families for each model scenario. | 1.4 | $856 | $ 1,198.40 |
| Ashley Armfield | 04/08/21 | (0.3) Discussion with I. Hirsch (KPMG International tax core US team member), C. Nunez (KPMG M&A tax core US team member), A. Armfield (KPMG M&A tax core US team member), D. Rowles (KPMG M&A tax core US team member), and J. Commisso (KPMG M&A tax core US team member) regarding status of cash tax model deliverable per the newly filed Chapter 11 plan. | 0.3 | $534 | $ 160.20 |
| Casey Nunez | 04/08/21 | (0.3) Discussion with I. Hirsch (KPMG International tax core US team member), C. Nunez (KPMG M&A tax core US team member), A. Armfield (KPMG M&A tax core US team member), D. Rowles (KPMG M&A tax core US team member), and J. Commisso (KPMG M&A tax core US team member) regarding status of cash tax model deliverable per the newly filed Chapter 11 plan. | 0.3 | $794 | $ 238.20 |
| Devon Rowles | 04/08/21 | (0.3) Discussion with I. Hirsch (KPMG International tax core US team member), C. Nunez (KPMG M&A tax core US team member), A. Armfield (KPMG M&A tax core US team member), D. Rowles (KPMG M&A tax core US team member), and J. Commisso (KPMG M&A tax core US team member) regarding status of cash tax model deliverable per the newly filed Chapter 11 plan. | 0.3 | $350 | $ 105.00 |
| Isaac Hirsch | 04/08/21 | (0.3) Discussion with I. Hirsch (KPMG International tax core US team member), C. Nunez (KPMG M&A tax core US team member), A. Armfield (KPMG M&A tax core US team member), D. Rowles (KPMG M&A tax core US team member), and J. Commisso (KPMG M&A tax core US team member) regarding status of cash tax model deliverable per the newly filed Chapter 11 plan. | 0.3 | $819 | $ 245.70 |
| Jess Commisso | 04/08/21 | (0.3) Discussion with I. Hirsch (KPMG International tax core US team member), C. Nunez (KPMG M&A tax core US team member), A. Armfield (KPMG M&A tax core US team member), D. Rowles (KPMG M&A tax core US team member), and J. Commisso (KPMG M&A tax core US team member) regarding status of cash tax model deliverable per the newly filed Chapter 11 plan. | 0.3 | $350 | $ 105.00 |
| Isaac Hirsch | 04/08/21 | (1.4) Performed managing director review of latest draft deliverable, which includes summary of effective tax rates between families for various scenarios. | 1.4 | $819 | $ 1,146.60 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|
| Howard Steinberg | 04/08/21 | Performed Partner review of transmittal letter for latest deliverable which summarizes effective tax rates for various scenarios (0.8); Partner review of the state tax information request list provided by KPMG state & local tax team (0.7) | 1.5 | $ 856 | $ | 1,284.00 |
| Ashley Armfield | 04/09/21 | 0.3 Call with I. Hirsch and A. Armfield (both Core M&A tax team) to discuss updates to be made on structures with certain foreign subsidiaries. | 0.3 | $ 534 | $ | 160.20 |
| Isaac Hirsch | 04/09/21 | 0.3 Call with I. Hirsch and A. Armfield (both Core M&A tax team) to discuss updates to be made on structures with certain foreign subsidiaries. | 0.3 | $ 819 | $ | 245.70 |
| Ashley Armfield | 04/09/21 | 0.5 Conference call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), and D. Rowles (KPMG M&A tax – core US team member) to discuss key items related to Purdue cash tax modeling, including modeling assumptions and effective tax rates, pursuant to issuing client deliverable. | 0.5 | $ 534 | $ | 267.00 |
| Casey Nunez | 04/09/21 | 0.5 Conference call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), and D. Rowles (KPMG M&A tax – core US team member) to discuss key items related to Purdue cash tax modeling, including modeling assumptions and effective tax rates, pursuant to issuing client deliverable. | 0.5 | $ 794 | $ | 397.00 |
| Devon Rowles | 04/09/21 | 0.5 Conference call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), and D. Rowles (KPMG M&A tax – core US team member) to discuss key items related to Purdue cash tax modeling, including modeling assumptions and effective tax rates, pursuant to issuing client deliverable. | 0.5 | $ 350 | $ | 175.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Douglas Holland | 04/09/21 | 0.5 Conference call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), and D. Rowles (KPMG M&A tax – core US team member) to discuss key items related to Purdue cash tax modeling, including modeling assumptions and effective tax rates, pursuant to issuing client deliverable. | 0.5 | $985 | $ 492.50 |
| Howard Steinberg | 04/09/21 | 0.5 Conference call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), and D. Rowles (KPMG M&A tax – core US team member) to discuss key items related to Purdue cash tax modeling, including modeling assumptions and effective tax rates, pursuant to issuing client deliverable. | 0.5 | $856 | $ 428.00 |
| Isaac Hirsch | 04/09/21 | 0.5 Conference call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), and D. Rowles (KPMG M&A tax – core US team member) to discuss key items related to Purdue cash tax modeling, including modeling assumptions and effective tax rates, pursuant to issuing client deliverable. | 0.5 | $819 | $ 409.50 |
| Mark Hoffenberg | 04/09/21 | 0.5 Conference call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), and D. Rowles (KPMG M&A tax – core US team member) to discuss key items related to Purdue cash tax modeling, including modeling assumptions and effective tax rates, pursuant to issuing client deliverable. | 0.5 | $980 | $ 490.00 |
| Ashley Armfield | 04/09/21 | 0.7 Drafting email to be sent to external counsel regarding updated cash tax model with regards to deliverable related to certain foreign subsidiaries. | 0.7 | $534 | $ 373.80 |
| Ashley Armfield | 04/09/21 | 0.9 Updating cash tax modeling pursuant to providing to external counsel (Davis Polk and Akin Gump) based on discussion with KPMG Washington National Tax team. | 0.9 | $534 | $ 480.60 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Howard Steinberg | 04/09/21 | Performing partner level review of updated deliverable regarding certain foreign subsidiaries (0.9) and updated cash tax model deliverable, summarizing effective tax rates for various scenarios in preparation to send to the client (1.1) | 2.0 | $ 856 | $ 1,712.00 |
| Ashley Armfield | 04/09/21 | 2.1 Updating deck related to certain foreign subsidiaries pursuant to discussion with KPMG managing director (I. Hirsch). | 2.1 | $ 534 | $ 1,121.40 |
| Isaac Hirsch | 04/09/21 | (2.2) Performed final international tax managing director review of cash tax model deliverable (for various scenarios) in preparation for sending same to Akin and DPW | 2.2 | $ 819 | $ 1,801.80 |
| Jared Curzan | 04/12/21 | Performed tax research on certain tax issues at the shareholder level. | 2.7 | $ 650 | $ 1,755.00 |
| Jared Curzan | 04/13/21 | (2.0) Continued, from prior day, to perform tax research related to potential tax attributes available at the trust level and (0.8) drafting email of findings for managing director review (1.1) | 2.8 | $ 650 | $ 1,820.00 |
| Howard Steinberg | 04/14/21 | Prepared for external call with advisors by reviewing updated client deliverable, with a focus on key tax drivers in cash tax modeling | 1.4 | $ 856 | $ 1,198.40 |
| Ashley Armfield | 04/15/21 | 0.3 Conference call with I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), D. Rowles (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to prepare for external call with other advisors regarding updated client deliverable and cash tax modeling assumptions. | 0.3 | $ 534 | $ 160.20 |
| Casey Nunez | 04/15/21 | 0.3 Conference call with I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), D. Rowles (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to prepare for external call with other advisors regarding updated client deliverable and cash tax modeling assumptions. | 0.3 | $ 794 | $ 238.20 |
| Devon Rowles | 04/15/21 | 0.3 Conference call with I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), D. Rowles (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to prepare for external call with other advisors regarding updated client deliverable and cash tax modeling assumptions. | 0.3 | $ 350 | $ 105.00 |
| Isaac Hirsch | 04/15/21 | 0.3 Conference call with I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), D. Rowles (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to prepare for external call with other advisors regarding updated client deliverable and cash tax modeling assumptions. | 0.3 | $ 819 | $ 245.70 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Jess Commisso | 04/15/21 | 0.3 Conference call with I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), D. Rowles (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to prepare for external call with other advisors regarding updated client deliverable and cash tax modeling assumptions. | 0.3 | $ 350 | $    105.00 |
| Ashley Armfield | 04/15/21 | 0.4 Call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to prepare for discussion with Norton Rose regarding proposed effective tax rates pursuant to the newly filed Chapter 11 plan of reorganization. | 0.4 | $ 534 | $    213.60 |
| Douglas Holland | 04/15/21 | 0.4 Call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to prepare for discussion with Norton Rose regarding proposed effective tax rates pursuant to the newly filed Chapter 11 plan of reorganization. | 0.4 | $ 985 | $    394.00 |
| Howard Steinberg | 04/15/21 | 0.4 Call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to prepare for discussion with Norton Rose regarding proposed effective tax rates pursuant to the newly filed Chapter 11 plan of reorganization. | 0.4 | $ 856 | $    342.40 |
| Isaac Hirsch | 04/15/21 | 0.4 Call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to prepare for discussion with Norton Rose regarding proposed effective tax rates pursuant to the newly filed Chapter 11 plan of reorganization. | 0.4 | $ 819 | $    327.60 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Jess Commisso | 04/15/21 | 0.4 Call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to prepare for discussion with Norton Rose regarding proposed effective tax rates pursuant to the newly filed Chapter 11 plan of reorganization. | 0.4 | $350 | $ 140.00 |
| Mark Hoffenberg | 04/15/21 | 0.4 Call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to prepare for discussion with Norton Rose regarding proposed effective tax rates pursuant to the newly filed Chapter 11 plan of reorganization. | 0.4 | $980 | $ 392.00 |
| Ashley Armfield | 04/15/21 | (1.4) Call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), H. Jacobson (Akin), L. Kelly (Norton Rose), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), D. Rowles (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to discuss a comparison of KPMG and Norton Rose's proposed effective tax rates pursuant to the newly filed Chapter 11 plan of reorganization. | 1.4 | $534 | $ 747.60 |
| Devon Rowles | 04/15/21 | (1.4) Call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), H. Jacobson (Akin), L. Kelly (Norton Rose), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), D. Rowles (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to discuss a comparison of KPMG and Norton Rose's proposed effective tax rates pursuant to the newly filed Chapter 11 plan of reorganization. | 1.4 | $350 | $ 490.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Douglas Holland | 04/15/21 | (1.4) Call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), H. Jacobson (Akin), L. Kelly (Norton Rose), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), D. Rowles (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to discuss a comparison of KPMG and Norton Rose's proposed effective tax rates pursuant to the newly filed Chapter 11 plan of reorganization. | 1.4 | $985 | $ 1,379.00 |
| Howard Steinberg | 04/15/21 | (1.4) Call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), H. Jacobson (Akin), L. Kelly (Norton Rose), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), D. Rowles (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to discuss a comparison of KPMG and Norton Rose's proposed effective tax rates pursuant to the newly filed Chapter 11 plan of reorganization. | 1.4 | $856 | $ 1,198.40 |
| Isaac Hirsch | 04/15/21 | (1.4) Call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), H. Jacobson (Akin), L. Kelly (Norton Rose), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), D. Rowles (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to discuss a comparison of KPMG and Norton Rose's proposed effective tax rates pursuant to the newly filed Chapter 11 plan of reorganization. | 1.4 | $819 | $ 1,146.60 |
| Jess Commisso | 04/15/21 | (1.4) Call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), H. Jacobson (Akin), L. Kelly (Norton Rose), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), D. Rowles (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to discuss a comparison of KPMG and Norton Rose's proposed effective tax rates pursuant to the newly filed Chapter 11 plan of reorganization. | 1.4 | $350 | $ 490.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Mark Hoffenberg | 04/15/21 | (1.4) Call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), H. Jacobson (Akin), L. Kelly (Norton Rose), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), D. Rowles (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to discuss a comparison of KPMG and Norton Rose's proposed effective tax rates pursuant to the newly filed Chapter 11 plan of reorganization. | 1.4 | $980 | $ 1,372.00 |
| Isaac Hirsch | 04/15/21 | Prepared for call with L. Kelly (Norton Rose) by reviewing Norton Rose calculations (1.1) and updated cash tax model (1.2). | 2.3 | $819 | $ 1,883.70 |
| Howard Steinberg | 04/15/21 | Reviewing updated modeling assumptions (1.4) and newly filed Chapter 11 bankruptcy proceeding (1.4) to prepare for upcoming client call. | 2.8 | $856 | $ 2,396.80 |
| Devon Rowles | 04/15/21 | Reviewing updated modeling assumptions (1.3); reviewing cash tax model to prepare for client call (0.9); additional review of the newly filed Chapter 11 bankruptcy proceeding to ensure takeaways related to same (1.7). | 3.9 | $350 | $ 1,365.00 |
| Casey Nunez | 04/16/21 | (0.4) Reviewed summary of results from call with Debevoise in preparation for upcoming call with Davis Polk and Akin regarding effective tax rates. | 0.4 | $794 | $ 317.60 |
| Ashley Armfield | 04/16/21 | 0.4 Drafting email to KPMG project team regarding key takeaways from external call with DPW and Akin (regarding cash tax model and effective tax rates). | 0.4 | $534 | $ 213.60 |
| Ashley Armfield | 04/16/21 | (0.7) Meeting with I. Hirsch (KPMG Core team - International tax) and A. Armfield (KPMG Core team – M&A) to discuss updates to be made to the cash tax model in preparation for external call with Davis Polk and Akin relating to entity valuations | 0.7 | $534 | $ 373.80 |
| Isaac Hirsch | 04/16/21 | (0.7) Meeting with I. Hirsch (KPMG Core team - International tax) and A. Armfield (KPMG Core team – M&A) to discuss updates to be made to the cash tax model in preparation for external call with Davis Polk and Akin relating to entity valuations | 0.7 | $819 | $ 573.30 |
| Ashley Armfield | 04/16/21 | (1.0) External call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), and H. Jacobson (Akin), M. Hoffenberg (KPMG Washington National Tax), C. Nunez (KPMG M&A tax – core US team member), I. Hirsch (KPMG International tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), D. Rowles (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to discuss the updated effective tax rates, specifically to adjust for revised cash tax modeling assumptions, and overall engagement next steps following discussion with Norton Rose. | 1.0 | $534 | $ 534.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Casey Nunez | 04/16/21 | (1.0) External call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), and H. Jacobson (Akin), M. Hoffenberg (KPMG Washington National Tax), C. Nunez (KPMG M&A tax – core US team member), I. Hirsch (KPMG International tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), D. Rowles (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to discuss the updated effective tax rates, specifically to adjust for revised cash tax modeling assumptions, and overall engagement next steps following discussion with Norton Rose. | 1.0 | $794 | $ 794.00 |
| Devon Rowles | 04/16/21 | (1.0) External call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), and H. Jacobson (Akin), M. Hoffenberg (KPMG Washington National Tax), C. Nunez (KPMG M&A tax – core US team member), I. Hirsch (KPMG International tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), D. Rowles (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to discuss the updated effective tax rates, specifically to adjust for revised cash tax modeling assumptions, and overall engagement next steps following discussion with Norton Rose. | 1.0 | $350 | $ 350.00 |
| Isaac Hirsch | 04/16/21 | (1.0) External call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), and H. Jacobson (Akin), M. Hoffenberg (KPMG Washington National Tax), C. Nunez (KPMG M&A tax – core US team member), I. Hirsch (KPMG International tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), D. Rowles (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to discuss the updated effective tax rates, specifically to adjust for revised cash tax modeling assumptions, and overall engagement next steps following discussion with Norton Rose. | 1.0 | $819 | $ 819.00 |
| Jess Commisso | 04/16/21 | (1.0) External call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), and H. Jacobson (Akin), M. Hoffenberg (KPMG Washington National Tax), C. Nunez (KPMG M&A tax – core US team member), I. Hirsch (KPMG International tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), D. Rowles (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to discuss the updated effective tax rates, specifically to adjust for revised cash tax modeling assumptions, and overall engagement next steps following discussion with Norton Rose. | 1.0 | $350 | $ 350.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Mark Hoffenberg | 04/16/21 | (1.0) External call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), and H. Jacobson (Akin), M. Hoffenberg (KPMG Washington National Tax), C. Nunez (KPMG M&A tax – core US team member), I. Hirsch (KPMG International tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), D. Rowles (KPMG M&A tax – core US team member), and J. Commisso (KPMG M&A tax – core US team member) to discuss the updated effective tax rates, specifically to adjust for revised cash tax modeling assumptions, and overall engagement next steps following discussion with Norton Rose. | 1.0 | $980 | $ 980.00 |
| Ashley Armfield | 04/16/21 | 1.9 Updated the Purdue cash tax model for value allocation and key assumptions based on updated facts from external call on 4/15 with client and Norton Rose. | 1.9 | $534 | $ 1,014.60 |
| Isaac Hirsch | 04/16/21 | 2.1 Prepare for call with DPW and Akin by reviewing updated cash tax model and assumptions - that reflects revisions since call with Norton Rose | 2.1 | $819 | $ 1,719.90 |
| Ashley Armfield | 04/19/21 | 0.6 Brainstorming and concurrently drafting email to J. Commisso and D. Rowles (KPMG) regarding what information needs to be included in detailed cash tax model explanation. | 0.6 | $534 | $ 320.40 |
| Jess Commisso | 04/19/21 | 1.2 Began to prepare process memo related to the Purdue cash tax model. | 1.2 | $350 | $ 420.00 |
| Ashley Armfield | 04/20/21 | 0.4 Conference call between A. Armfield (KPMG M&A tax – core US team member), J. Commisso (KPMG M&A tax – core US team member), and D. Rowles (KPMG M&A tax – core US team member) to discuss drafting a memo which documents the methodologies utilized in the Purdue cash tax model, including specific inputs, key modeling assumptions, and overall flow of the tax calculation, to support prior client deliverables. | 0.4 | $534 | $ 213.60 |
| Devon Rowles | 04/20/21 | 0.4 Conference call between A. Armfield (KPMG M&A tax – core US team member), J. Commisso (KPMG M&A tax – core US team member), and D. Rowles (KPMG M&A tax – core US team member) to discuss drafting a memo which documents the methodologies utilized in the Purdue cash tax model, including specific inputs, key modeling assumptions, and overall flow of the tax calculation, to support prior client deliverables. | 0.4 | $350 | $ 140.00 |
| Jess Commisso | 04/20/21 | 0.4 Conference call between A. Armfield (KPMG M&A tax – core US team member), J. Commisso (KPMG M&A tax – core US team member), and D. Rowles (KPMG M&A tax – core US team member) to discuss drafting a memo which documents the methodologies utilized in the Purdue cash tax model, including specific inputs, key modeling assumptions, and overall flow of the tax calculation, to support prior client deliverables. | 0.4 | $350 | $ 140.00 |
| Jess Commisso | 04/20/21 | Continued (from 4/19) preparation of process memo related to the Purdue cash tax model. | 3.9 | $350 | $ 1,365.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Howard Steinberg | 04/20/21 | Performed partner level review of the updated cash tax model and concurrently drafted email to KPMG core US team members regarding overall next steps for the engagement, specifically regarding documentation of a process memo. | 1.7 | $856 | $ 1,455.20 |
| Jess Commisso | 04/20/21 | 1.1 Continued (same day) preparation of process memo related to the Purdue cash tax model. | 1.1 | $350 | $ 385.00 |
| Devon Rowles | 04/20/21 | 3.9 Drafting a memo which documents the methodologies utilized in the Purdue cash tax model, including specific inputs, key modeling assumptions, and overall flow of the tax calculation, to support prior client deliverables. | 3.9 | $350 | $ 1,365.00 |
| Ashley Armfield | 04/21/21 | 0.3 Performed research related to international taxation concept with regards to external call (same day) with L. Altus (Davis Polk) and H. Jacobson (Akin). | 0.3 | $534 | $ 160.20 |
| Ashley Armfield | 04/21/21 | Call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), and H. Jacobson (Akin), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), J. Commisso (KPMG M&A tax – core US team member), and D. Rowles (KPMG M&A tax – core US team member) to discuss potential US tax considerations as a result of the sale of various disposition entities. | 0.5 | $534 | $ 267.00 |
| Casey Nunez | 04/21/21 | Call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), and H. Jacobson (Akin), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), J. Commisso (KPMG M&A tax – core US team member), and D. Rowles (KPMG M&A tax – core US team member) to discuss potential US tax considerations as a result of the sale of various disposition entities. | 0.5 | $794 | $ 397.00 |
| Devon Rowles | 04/21/21 | Call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), and H. Jacobson (Akin), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), J. Commisso (KPMG M&A tax – core US team member), and D. Rowles (KPMG M&A tax – core US team member) to discuss potential US tax considerations as a result of the sale of various disposition entities. | 0.5 | $350 | $ 175.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Douglas Holland | 04/21/21 | Call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), and H. Jacobson (Akin), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), J. Commisso (KPMG M&A tax – core US team member), and D. Rowles (KPMG M&A tax – core US team member) to discuss potential US tax considerations as a result of the sale of various disposition entities. | 0.5 | $985 | $ 492.50 |
| Howard Steinberg | 04/21/21 | Call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), and H. Jacobson (Akin), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), J. Commisso (KPMG M&A tax – core US team member), and D. Rowles (KPMG M&A tax – core US team member) to discuss potential US tax considerations as a result of the sale of various disposition entities. | 0.5 | $856 | $ 428.00 |
| Isaac Hirsch | 04/21/21 | Call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), and H. Jacobson (Akin), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), J. Commisso (KPMG M&A tax – core US team member), and D. Rowles (KPMG M&A tax – core US team member) to discuss potential US tax considerations as a result of the sale of various disposition entities. | 0.5 | $819 | $ 409.50 |
| Jess Commisso | 04/21/21 | Call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), and H. Jacobson (Akin), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), J. Commisso (KPMG M&A tax – core US team member), and D. Rowles (KPMG M&A tax – core US team member) to discuss potential US tax considerations as a result of the sale of various disposition entities. | 0.5 | $350 | $ 175.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Mark Hoffenberg | 04/21/21 | Call with T. Matlock (Davis Polk), L. Altus (Davis Polk), J. Koachian (Akin), and H. Jacobson (Akin), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax – core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax – core US team member), C. Nunez (KPMG M&A tax – core US team member), A. Armfield (KPMG M&A tax – core US team member), J. Commisso (KPMG M&A tax – core US team member), and D. Rowles (KPMG M&A tax – core US team member) to discuss potential US tax considerations as a result of the sale of various disposition entities. | 0.5 | $980 | $ 490.00 |
| Isaac Hirsch | 04/21/21 | 0.6 Prepare for external conference call with Davis Polk and Akin Gump by performing research regarding potential US tax implications of the sale of various disposition entities | 0.6 | $819 | $ 491.40 |
| Ashley Armfield | 04/21/21 | 0.6 Review of Purdue bankruptcy docket, as of 4/21/2021, for pertinent information regarding the tax settlement of Purdue. | 0.6 | $534 | $ 320.40 |
| Casey Nunez | 04/21/21 | 1.2 Prepare for external conference call with Davis Polk and Akin Gump by performing research regarding potential US tax implications of the sale of various disposition entities | 1.2 | $794 | $ 952.80 |
| Jess Commisso | 04/21/21 | 1.4 Continued, from previous day, preparation of process memo related to the Purdue cash tax model. | 1.4 | $350 | $ 490.00 |
| Howard Steinberg | 04/21/21 | Prepare for external conference call with Davis Polk and Akin Gump by performing partner level review of research regarding potential US tax implications of the sale of various disposition entities | 1.4 | $856 | $ 1,198.40 |
| Ashley Armfield | 04/21/21 | 1.6 Senior Associate review and concurrently updating the model narrative facts section in support of KPMG's cash tax modeling regarding the settlement. | 1.6 | $534 | $ 854.40 |
| Ashley Armfield | 04/21/21 | 1.8 Review of draft of narrative documentation to support cash tax model provided by D. Rowles and J. Commisso (both KPMG). | 1.8 | $534 | $ 961.20 |
| Devon Rowles | 04/21/21 | 3.9 Continue (from prior day) drafting a memo which documents the methodologies utilized in the Purdue cash tax model, including specific inputs, key modeling assumptions, and overall flow of the tax calculation, to support prior client deliverables. | 3.9 | $350 | $ 1,365.00 |
| Devon Rowles | 04/22/21 | Review of bankruptcy court docket, as of 4.23.2021, to identify relevant tax information / case updates. | 1.4 | $350 | $ 490.00 |
| Howard Steinberg | 04/26/21 | Partner review and concurrently commenting on latest tax research regarding potential US tax implications of the sale of various disposition entities. | 1.7 | $856 | $ 1,455.20 |
| Ashley Armfield | 04/27/21 | 0.4 Drafted summary that contains nuanced tax considerations with regards to the amended plan settlement - in order to provide to KPMG project team. | 0.4 | $534 | $ 213.60 |
| Ashley Armfield | 04/27/21 | 0.5 Performed Senior Associate review of summary email regarding the amended plan of reorganization of Purdue (as drafted by J. Commisso - KPMG) and concurrently drafted review comments. | 0.5 | $534 | $ 267.00 |

## EXHIBIT C1

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Ashley Armfield | 04/27/21 | 0.6 Reviewing bankruptcy docket, as of 4/27/2021, for amended filing relating to Purdue settlement. | 0.6 | $ 534 | $ 320.40 |
| Ashley Armfield | 04/27/21 | 1.6 Review of public creditor trust distribution procedures court document 2737 with focus on pertinent tax considerations of the settlement. | 1.6 | $ 534 | $ 854.40 |
| Ashley Armfield | 04/27/21 | 1.8 Reviewing amended plan of reorganization Court docket No. 2731 for pertinent tax information and related funds flow. | 1.8 | $ 534 | $ 961.20 |
| Devon Rowles | 04/27/21 | Review of the amended Chapter 11 plan of reorganization filed in the bankruptcy docket, with focus on related tax considerations and concurrently summarizing the plan for KPMG project team. | 1.9 | $ 350 | $ 665.00 |
| Jess Commisso | 04/27/21 | 2.6 Review of disclosure statement that supports the Amended Plan of Reorganization and concurrently drafted summary of same in order to share with KPMG project team. | 2.6 | $ 350 | $ 910.00 |
| Howard Steinberg | 04/29/21 | Partner level review of the amended Chapter 11 plan of reorganization filed in the bankruptcy docket, with focus on related tax considerations. | 1.0 | $ 856 | $ 856.00 |
| Casey Nunez | 04/29/21 | (2.1) Performed M&A Tax Managing Director review of disclosure statement for tax consequences. | 2.1 | $ 794 | $ 1,667.40 |
| Devon Rowles | 04/29/21 | 2.3 Drafted memo which documents the methodologies utilized in the Purdue cash tax model, including appendices for legal entity structures for each of the potential disposition entities. | 2.3 | $ 350 | $ 805.00 |
| Ashley Armfield | 04/30/21 | 2.8 Performed senior associate review of comments on write up regarding foreign tax calculation as prepared by J. Commisso and D. Rowles (KPMG) as part of the cash tax model. | 2.8 | $ 534 | $ 1,495.20 |
| **Total Bankruptcy Tax Consulting Services** | | | **152.3** | | **$ 96,848.90** |

**EXHIBIT C2**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Non -Working Travel Time
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | *no fees billed for these services in current month* | | | |
| | | **Total Non-Working Travel Time** | | | $            - |

**EXHIBIT C3**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Retention Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | *no fees billed for these services in current month* | | | |
| | | **Total Retention Services** | **0.0** | | **$        -** |

**EXHIBIT C4**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Fee Application Preparation Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Wendy Shaffer | 04/05/21 | Continue, from earlier in the day, to update Purdue February/March monthly fee statement to include data received from professionals as of 4/5/2021. | 2.0 | $ 202 | $ 404.00 |
| Wendy Shaffer | 04/05/21 | Updates to Purdue February/March monthly fee statement to include data received from professionals as of 4/5/2021. | 3.9 | $ 202 | $ 787.80 |
| Monica Plangman | 04/15/21 | Review of Purdue fee examiner report and discussion with W. Shaffer (KPMG) regarding next steps to address. | 0.6 | $ 279 | $ 167.40 |
| Wendy Shaffer | 04/15/21 | 0.6 Review of Purdue fee examiner report and discussion with M. Plangman (KPMG) regarding next steps to address; 0.7 Performed procedures to address Fee examiner comments related to Purdue Pharma 4th Interim application and 0.2 drafted detailed email to C. Nunez (KPMG) with results of same and questions regarding go forward to address. | 1.5 | $ 202 | $ 303.00 |
| Wendy Shaffer | 04/16/21 | 0.1 Review response from C. Nunez (KPMG) regarding items questions by Fee Examiner in Purdue Pharma 4th Interim fee application. | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 04/16/21 | 2.5 Updates to Purdue 14th monthly fee statement to include data received from professionals as of 4/16/2021 and | 2.5 | $ 202 | $ 505.00 |
| Wendy Shaffer | 04/19/21 | 0.4 Updates to Exhibit C4 of Purdue Pharma 14th monthly fee statement to include data received from professionals as of 4/19/2021. | 0.4 | $ 202 | $ 80.80 |
| Wendy Shaffer | 04/20/21 | 0.2 Drafted email to Purdue Fee Examiner regarding response related to comments on Purdue Pharma 4th Interim fee application. | 0.2 | $ 202 | $ 40.40 |
| Wendy Shaffer | 04/20/21 | 0.2 Updates to Exhibit C4 of Purdue Pharma 14th monthly fee statement to include data received from professionals as of 4/20/2021 | 0.2 | $ 202 | $ 40.40 |
| Monica Plangman | 04/20/21 | 0.1 review response emails regarding Fee Examiner documents and KPMG's respons, (0.1) transmit email to  S. Carlin (KPMG) regarding same. | 0.2 | $ 279 | $ 55.80 |
| Monica Plangman | 04/20/21 | 0.8 Review Fee Examiner documents and transmit emails to draw to a conclusion and address reduction due to upcoming deadline. | 0.8 | $ 279 | $ 223.20 |
| Wendy Shaffer | 04/21/21 | 0.1 Review of Proposed Order related to Purdue Pharma 4th Interim fee application and 0.1 drafted email to D. Consla (YCS&T) to provide approval of same. | 0.2 | $ 202 | $ 40.40 |
| Wendy Shaffer | 04/22/21 | 0.2 Review of updated Work in Progress report for Purdue Pharma to confirm billable hours for February and March. | 0.2 | $ 202 | $ 40.40 |
| Wendy Shaffer | 04/22/21 | 1.7 Updates to exhibit C1 of Purdue 14th monthly fee statement to include data received from professionals as of 4/22/2021 and 0.1 send copy of same to A. Armfield (KPMG) with questions related to services to be billed. | 1.8 | $ 202 | $ 363.60 |
| Wendy Shaffer | 04/26/21 | 0.8 Updates to Purdue Pharma 14th monthly fee statement per A. Armfield (KPMG) and 0.1 Drafted email to M. Plangman (KPMG) to request review approval of Purdue Pharma 14th monthly fee statement exhibits. | 0.9 | $ 202 | $ 181.80 |
| Monica Plangman | 04/27/21 | Begin Director review and concurrently provide comments regarding monthly fee statement. | 0.2 | $ 279 | $ 55.80 |

**EXHIBIT C4**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Fee Application Preparation Services
April 1, 2021 through April 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Wendy Shaffer | 04/28/21 | 0.7 Begin to draft Purdue Pharma 5th Interim fee application Narrative and Certification. | 0.7 | $ 202 | $   141.40 |
| Wendy Shaffer | 04/28/21 | 0.7 Updates to Purdue 14th monthly fee statement exhibits per direction from M. Plangman and A. Armfield (KPMG) | 0.7 | $ 202 | $   141.40 |
| Monica Plangman | 04/28/21 | Finalize Director review and concurrently provide comments regarding monthly fee statement. | 1.2 | $ 279 | $   334.80 |
| Wendy Shaffer | 04/29/21 | 0.1 Drafted email to D. Consla (Davis Polk) to request filing and service of KPMG's 14th monthly fee statement. | 0.1 | $ 202 | $    20.20 |
| Monica Plangman | 04/29/21 | Final director approval of monthly fee statement, prior to filing. | 0.1 | $ 279 | $    27.90 |
| Wendy Shaffer | 04/29/21 | 0.1 Finalized (PDF) Purdue Pharma 14th monthly fee statement and 0.1 send copy of Purdue Pharma 14th monthly fee statement PDF to M. Plangman (KPMG) for final approval. | 0.2 | $ 202 | $    40.40 |
| | | **Total Fee Application Preparation Services** | **18.7** | | **$  4,016.10** |

**EXHIBIT D**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary of Out of Pocket Expenses
April 1, 2021 through April 30, 2021

| Category | | Amount |
|---|---|---|
| Airfare | $ | - |
| Lodging | $ | - |
| Meals | $ | - |
| Ground Transportation | $ | - |
| Miscellaneous | $ | - |
| **Total** | **$** | **-** |

**EXHIBIT D1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Detail of Out of Pocket Expenses
April 1, 2021 through April 30, 2021

| Name | Date | Description | Amount |
|------|------|-------------|--------|
| | | **Air Fare Subtotal** | $ - |
| | | **Lodging Subtotal** | $ - |
| | | **Meals Subtotal** | $ - |
| | | **Total Ground Transportation** | $ - |
| | | **Miscellaneous Subtotal** | $ - |
| | | **Total Out of Pocket Expenses** | $ - |