IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**In re:**

**PURDUE PHARMA L.P., et al.,**                         Chapter 11

                    **Debtors.**[1]                         CASE NO.: 19-23649 (RDD)

                                      (Jointly Administered)

## SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT'S JOINDER IN SECOND SUPPLEMENT TO OBJECTION OF THE PUBLIC SCHOOL DISTRICT CREDITORS TO DEBTORS' MOTION TO APPROVE (I) THE ADEQUACY OF INFORMATION IN THE DISCLOSURE STATEMENT, (II) SOLICITATION AND VOTING PROCEDURES, (III) FORMS OF BALLOT NOTICES AND NOTICE PROCEDURES IN CONNECTION THEREWITH, AND (IV) CERTAIN DATES WITH RESPECT THERETO

      Plaintiff, Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System, Inc., by and through the undersigned counsel, hereby submits the following Joinder in the Second Supplement to Objection of the Public School District Creditors to Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto filed May 24, 2021 (Dkt. No. 2916) ("Second Supplement "). Sarasota County Public Hospital District incorporates and adopts herein by reference the entirety of said Second Supplement and further states:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration numberin the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard,Stamford, CT 06901.

1

Sarasota County Public Hospital District ("the District") filed a claim in this matter based on claims brought against the Purdue entities and other defendants in the Opioid Litigation.

The District intends to join in objections of the Second Supplement to the Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto (ECF No. 2489).

For reasons given in the Second Supplement (incorporated here by reference), which the District joins, the District requests that the Court (i) sustain their objections; (ii) deny approval of the Disclosure Statement; and (iii) grant such other and further relief as the Court deems appropriate.

Dated: June 2, 2021.

BENTLEY LAW FIRM, P.A.

_____
**MORGAN R. BENTLEY, ESQ.**
Florida Bar No. 0962287
mbentley@thebentleylawfirm.com
**DAVID A. WALLACE, ESQ.**
Florida Bar No. 0608386
dwallace@thebentleylawfirm.com
783 South Orange Avenue, Third Floor
Sarasota, Florida  34236
Telephone: (941) 556-9030 Facsimile: (941) 312-5316
Secondary Email: mdiven@thebentleylawfirm.com
*Attorneys for Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System*

**WILLIAM F. ROBERTSON, JR., ESQ.**
The Robertson Law Firm P.A.
Florida Bar No. 436607
PO Box 49405
Sarasota, FL  34230-6405
941-374-9008
bill@robertson.law.com
*Attorney for Plaintiff Sarasota County Public Hospital District*