UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRIC OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case Nos. 19-23649-RDD (Jointly Administered) |
| Debtors. 1 | |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Celeste Brustowicz ("the Movant") to be admitted, *pro hac vice*, to represent creditor Kara Trainor Brucato in these cases, and upon Movant's certification that the Movant is a member in good standing with the bar in the State of Louisiana and is also admitted to practice before the United States District Court for the Eastern District of Louisiana, the United States District Court for the Western District of Louisiana, the United States District Court for the Middle District of Louisiana, and the Louisiana Supreme Court, it is hereby

ORDERED, that Celeste Brustowicz is admitted to practice *pro hac vice* in the above referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: White Plains, New York
       June 3, 2021

/s/ *Robert D. Drain*
UNITED STATES BANKRUPTCY JUDGE