**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:

    PURDUE PHARMA, L.P., et al.,

                            Debtors.

-------------------------------------------------------------x

Case No.: 19-23649 (RDD)

Chapter 11

(Jointly Administered)

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Lauren S. Zabel to be admitted, *pro hac vice*, to represent AmerisourceBergen Drug Corp. (the "Client") in the above referenced ☑ cases ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the States of Pennsylvania and New Jersey and the bar of the U.S. District Court for the Districts of Pennsylvania and New Jersey and it is hereby

**ORDERED**, that Lauren S. Zabel, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ cases ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
        June 3, 2021

                                      */s/Robert D. Drain*
                                      UNITED STATES BANKRUPTCY JUDGE