UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *ET AL*<br><br>Debtors.[1] | Chapter 11<br><br>Case NO. 19-23649 (RDD)<br><br>**(Jointly Administered)** |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion of Samuel F. Mitchell to be admitted, **pro hac vice,** to represent Tucson Medical Center in the above-captioned cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Colorado and the bar of the U.S. District Court for the District of Colorado, it is hereby

**ORDERED** that Samuel F. Mitchell, Esq., is admitted to practice, **pro hac vice**, in the above-captioned cases to represent Tucson Medical Center, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June 3, 2021　　　　　　　　　　　　　*/s/Robert D. Drain*
　　　　White Plains, New York　　　　　　　United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.