UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. [1] | : | |

------------------------------------------------------x

## [PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Geoffrey S. Goodman, to be admitted, ***pro hac vice***, to represent CVS Caremark Part D Services, L.L.C., CaremarkPCS Health, L.L.C., CVS Pharmacy, Inc. and various related entities in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the State of Maryland and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Geoffrey S. Goodman, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent CVS Caremark Part D Services, L.L.C., CaremarkPCS Health, L.L.C., CVS Pharmacy, Inc. and various related entities in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

/s/ _____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

4816-5948-5931