AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**THIRTEENTH MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM MARCH 1, 2021 THROUGH MARCH 31, 2021**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Applicant | Cole Schotz P.C. |
|---|---|
| **Name of Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | September 15, 2019 |
| **Date of Order Approving Employment** | April 22, 2020 (*nunc pro tunc* to February 24, 2020) |
| **Time Period Covered** | March 1, 2021 – March 31, 2021 |
| **Total Fees Incurred** | $55,160.50 |
| **20% Holdback** | $11,032.10 |
| **Total Fees Less 20% Holdback** | $44,128.40 |
| **Total Expenses Incurred** | $157.75 |
| **Total Fees and Expenses Requested** | $55,318.25 |

Cole Schotz P.C. ("Cole Schotz"), in its capacity as efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma, L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Thirteenth Monthly Fee Statement") covering the period from March 1, 2021 through and including March 31, 2021 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [D.I. 529]. By this Thirteenth Monthly Fee Statement, Cole Schotz requests (a) interim allowance and payment of compensation in the amount of $55,160.50 for fees on account of reasonable and necessary professional services rendered to the Committee by Cole Schotz and (b) reimbursement of actual and necessary costs and expenses in the amount of $157.75 incurred by Cole Schotz during the Compensation Period.

**FEES FOR SERVICES RENDERED
DURING THE COMPENSATION PERIOD**

1. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Cole Schotz professional and paraprofessional that provided services to the Committee during the

2

Compensation Period. The rates charged by Cole Schotz for services rendered to the Committee are the same rates that Cole Schotz charges generally for professional services rendered to its non-bankruptcy clients.

2. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Cole Schotz professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3. **Exhibit C** sets forth a complete itemization of tasks performed by Cole Schotz professionals and paraprofessionals that provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED DURING THE COMPENSATION PERIOD

4. **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

5. **Exhibit E** sets forth a complete itemization of disbursements incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

## NOTICE OF OBJECTION PROCEDURES

6. Notice of this Thirteenth Monthly Fee Statement will be given to (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne (Jon.Lowne@pharma.com); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson (christopher.robertson@davispolk.com) and Dylan Consla (dylan.consla@davispolk.com); (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (Paul.Schwartzberg@usdoj.gov); and (iv) the independent fee examiner appointed

3

in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801 (dklauder@bk-legal.com) (collectively, the "Notice Parties").

7. Objections to this Thirteenth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and undersigned counsel to the Committee so as to be received by no later than June 18, 2021 at 12:00 p.m. (ET) (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8. If no objections to this Thirteenth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Thirteenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirteenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: June 4, 2021  **AKIN GUMP STRAUSS HAUER & FELD LLP**
New York, New York

/s/    *Arik Preis*
Ira Dizengoff
Arik Preis
Mitchell Hurley
Sara Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*- and –*

**COLE SCHOTZ P.C.**
Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com

*Co-Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

# EXHIBIT A

## Timekeeper Summary

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) (since 2020) | $645.00 | 14.4 | $9,288.00 |
| Jason R. Melzer | 2003 | Member (Litigation) (since 2009) | $655.00 | 6.3 | $4,126.50 |
| Lauren M. Manduke | 2009 | Member (Litigation) (since 2017) | $520.00 | 18.2 | $9,464.00 |
| Patrick J. Reilley | 2003 | Member (Bankruptcy) (since 2011) | $640.00 | 6.6 | $4,224.00 |
| Warren Usatine | 1995 | Member (Bankruptcy) (since 2004) | $825.00 | 12.6 | $10,395.00 |
| Susan Usatine | 1998 | Member (Litigation) (since 2006) | $635.00 | 1.6 | $1,016.00 |
| Donald A. Ottaunick | 1984 | Member (Litigation) (since 2000) | $735.00 | 0.6 | $441.00 |
| Michael C. Klauder | 2014 | Member (Litigation) (since 2021) | $430.00 | 4.9 | $2,107.00 |
| Anthony De Leo | 2013 | Associate (Bankruptcy) (since 2020) | $575.00 | 6.6 | $3,795.00 |
| Larry Morton | N/A | Paralegal (Bankruptcy) (since 2020) | $315.00 | 27.2 | $8,568.00 |
| Anastasia Bellisari | N/A | Paralegal (Environmental) (since 2019) | $280.00 | 6.2 | $1,736.00 |
| TOTAL | | | | 105.2 | $55,160.50 |

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.5 | $472.50 |
| Committee Matters and Creditor Meetings | 9.8 | $6,290.00 |
| Creditor Inquiries | 0.9 | $580.50 |
| Document Review/Committee Investigation | 27.9 | $13,540.50 |
| Litigation/Gen. (Except Automatic Stay Relief) | 37.5 | $24,001.00 |
| Fee Application Matters/Objections | 24.4 | $8,379.00 |
| Preparation for and Attendance at Hearings | 2.5 | $1,447.50 |
| Reorganization Plan | 0.7 | $449.50 |
| **TOTAL** | **105.2** | **$55,160.50** |

# EXHIBIT C

## Invoice

# Cole Schotz P.C.

Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

FEDERAL ID# 22-2113414

New Jersey — New York — Maryland — Texas — Florida

PURDUE PHARM, L.P.
N/A - FEE APPLICATION ONLY

|  |  |
|---|---|
| Invoice Date: | April 7, 2021 |
| Invoice Number: | 887023 |
| Matter Number: | 60810-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2021

| **CASE ADMINISTRATION** | | | 1.50 | 472.50 |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 03/22/21 | LSM | REGISTER AND ARRANGE TELEPHONIC APPEARANCES | 1.00 | 315.00 |
| 03/24/21 | LSM | PROCESS FILING FEES FOR TELEPHONIC APPEARANCES FOR J. ALBERTO, W. USATINE, A. DE LEO AND M. KLAUDER | 0.50 | 157.50 |

| **COMMITTEE MATTERS AND CREDITOR MEETINGS** | | | 9.80 | 6,290.00 |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 03/01/21 | PJR | PARTICIPATE IN COMMITTEE CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.40 | 256.00 |
| 03/01/21 | PJR | REVIEW EMAILS FROM A. PREIS AND COMMITTEE MATERIALS IN ADVANCE OF COMMITTEE CALL RE: CASE STATUS | 0.30 | 192.00 |
| 03/01/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON, L. SZLEZINGER AND UCC MEMBERS | 0.40 | 258.00 |
| 03/04/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON, L. SZLEZINGER AND UCC MEMBERS | 0.70 | 451.50 |
| 03/04/21 | PJR | PARTICIPATE IN COMMITTEE CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.70 | 448.00 |
| 03/04/21 | PJR | REVIEW EMAIL FROM A. PREIS AND RELATED COMMITTEE MATERIALS IN ADVANCE OF COMMITTEE CALL | 0.20 | 128.00 |
| 03/08/21 | JRA | PARTICIPATE (PARTIAL) IN UCC UPDATE CALL WITH A. PREIS AND UCC MEMBERS | 0.50 | 322.50 |
| 03/08/21 | PJR | PARTICIPATE IN COMMITTEE CALL WITH MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.60 | 384.00 |
| 03/08/21 | PJR | REVIEW EMAILS FROM A. PREIS AND COMMITTEE MATERIALS IN ADVANCE OF COMMITTEE CALL | 0.30 | 192.00 |
| 03/11/21 | PJR | REVIEW EMAIL FROM A. PREIS AND RELATED DOCUMENTS IN ADVANCE OF COMMITTEE | 0.40 | 256.00 |
| 03/11/21 | PJR | PARTICIPATE IN COMMITTEE CALL WITH MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.50 | 320.00 |
| 03/12/21 | JRA | REVIEW A. PREIS UCC UPDATE | 0.20 | 129.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 60810-0001

Invoice Number 887023  
April 7, 2021  
Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/15/21 | PJR | PARTICIPATE IN COMMITTEE CALL WITH MEMBERS AND COMMITTEE PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.30 | 192.00 |
| 03/15/21 | PJR | REVIEW EMAIL FROM A. PREIS AND COMMITTEE MATERIALS IN ADVANCE OF COMMITTEE CALL | 0.30 | 192.00 |
| 03/15/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS | 0.30 | 193.50 |
| 03/18/21 | JRA | REVIEW UCC UPDATE MATERIALS | 0.30 | 193.50 |
| 03/18/21 | PJR | PARTICIPATE IN CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 1.10 | 704.00 |
| 03/20/21 | JRA | REVIEW A. PREIS UCC UPDATE | 0.20 | 129.00 |
| 03/22/21 | JRA | EMAILS WITH A. PREIS RE AGENDA FOR TODAY'S UCC UPDATE CALL | 0.10 | 64.50 |
| 03/22/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON, L. SZLEZINGER AND UCC MEMBERS | 0.30 | 193.50 |
| 03/22/21 | PJR | PARTICIPATE ON COMMITTEE CALL WITH MEMBERS AND COMMITTEE PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.40 | 256.00 |
| 03/24/21 | PJR | REVIEW EMAIL FROM A. PREIS RE: CASE STATUS AND OPEN ISSUES | 0.10 | 64.00 |
| 03/25/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, L. SZLEZINGER AND UCC MEMBERS | 0.40 | 258.00 |
| 03/25/21 | PJR | PARTICIPATE ON CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.40 | 256.00 |
| 03/25/21 | PJR | REVIEW EMAILS FROM A. PREIS RE: COMMITTEE UPDATE, HEARING ISSUES AND CASE STATUS | 0.20 | 128.00 |
| 03/29/21 | JRA | EMAILS WITH A. PREIS AND OCC MEMBERS RE TODAY'S CALL AND SACKLER UPDATE | 0.20 | 129.00 |

**CREDITOR INQUIRIES**     0.90     580.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/27/21 | JRA | RETURN CREDITOR INQUIRY RE PLAN FILING | 0.50 | 322.50 |
| 03/29/21 | JRA | RESPOND TO CREDITOR INQUIRY RE PLAN AND CLAIMS STATUS | 0.20 | 129.00 |
| 03/29/21 | JRA | ADDITIONAL T/C WITH CREDITOR RE CLAIM FILING | 0.20 | 129.00 |

**DOCUMENT REVIEW/COMMITEE INVESTIGATION**     27.90     13,540.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.20 | 336.00 |
| 03/02/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.30 | 364.00 |
| 03/02/21 | LYM | CALL WITH S. USATINE AND J.MELZER RE: CLOSEOUT OF DOCUMENTS TAGGED 'HIGH' BUT NOT "HOT" | 0.50 | 260.00 |

**COLE SCHOTZ P.C.**

Re:   OFFICIAL COMMITTEE OF UNSECURED CREDITORS                                  Invoice Number  887023
      Client/Matter No. 60810-0001                                                       April 7, 2021
                                                                                              Page 3

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/03/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.00 | 280.00 |
| 03/04/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.10 | 308.00 |
| 03/05/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.30 | 364.00 |
| 03/06/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS AND "CATCHALL 2021" DOCUMENTS | 2.80 | 1,456.00 |
| 03/07/21 | DAO | REVIEW DOCUMENTS | 0.60 | 441.00 |
| 03/07/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 3.10 | 1,612.00 |
| 03/08/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 3.80 | 1,976.00 |
| 03/09/21 | LYM | CONTINUE REVIEW OF "HIGH" BUT NOT "HOT" DOCUMENTS | 1.20 | 624.00 |
| 03/10/21 | LYM | SECOND LEVEL REVIEW OF DOCUMENTS TAGGED "HIGH" BUT NOT "HOT" | 1.60 | 832.00 |
| 03/11/21 | JRM | ATTEND UCC CALL. | 0.70 | 458.50 |
| 03/12/21 | APB | REVIEW STATUS OF ADDITIONAL BATCHES ON RELATIVITY | 0.30 | 84.00 |
| 03/15/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 1.30 | 676.00 |
| 03/16/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 0.90 | 468.00 |
| 03/18/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 0.90 | 468.00 |
| 03/21/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 0.80 | 416.00 |
| 03/23/21 | JRM | WORK ON REPORTING FOR UCC'S ANALYSIS OF PLAN TREATMENT. | 1.50 | 982.50 |
| 03/24/21 | JRM | WORK ON REPORTING FOR UCC'S ANALYSIS OF PLAN TREATMENT. | 0.70 | 458.50 |
| 03/31/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 1.30 | 676.00 |

**FEE APPLICATION MATTERS/OBJECTIONS**                                                    **24.40**   **8,379.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/02/21 | LSM | REVIEW INVOICE AND EDIT FOR JANUARY 2021 MONTHLY FEE APPLICATION | 0.50 | 157.50 |
| 03/03/21 | LSM | EMAILS WITH J. ALBERTO REGARDING JANUARY 2021 MONTHLY FEE APPLICATION AND SECOND INTERIM FEE APPLICATION | 0.30 | 94.50 |
| 03/04/21 | LSM | DRAFT THIRD INTERIM FEE APPLICATION FOR COLE SCHOTZ | 1.70 | 535.50 |
| 03/04/21 | JRA | EMAILS WITH E. LISCOVICZ AND LM RE FEE APPS | 0.30 | 193.50 |
| 03/04/21 | LSM | REVIEW AND REVISE JANUARY MONTHLY FEE APPLICATION FOR COLE SCHOTZ REGARDING JANUARY, 2021 FEES/EXPENSES AND FORWARD SAME TO CO-COUNSEL | 0.60 | 189.00 |
| 03/05/21 | LSM | COMPILE AND REVIEW FOUR MONTHLY FEE APPLICATION FOR THIRD INTERIM FEE APPLICATION DRAFT | 0.70 | 220.50 |
| 03/05/21 | LSM | CONTINUE DRAFT OF THIRD INTERIM FEE APPLICATION FOR COLE SCHOTZ | 1.30 | 409.50 |
| 03/07/21 | JRA | REVISE FEBRUARY FEE APP | 0.60 | 387.00 |

**COLE SCHOTZ P.C.**

| | | | |
|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number  887023 |
| | Client/Matter No. 60810-0001 | | April 7, 2021 |
| | | | Page 4 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/08/21 | LSM | REVISE FEBRUARY FEE APP | 0.50 | 157.50 |
| 03/08/21 | LSM | CONTINUE DRAFT OF THIRD INTERIM FEE APPLICATION FOR COLE SCHOTZ | 3.70 | 1,165.50 |
| 03/09/21 | LSM | CONTINUE DRAFT OF THIRD INTERIM FEE APPLICATION FOR COLE SCHOTZ | 1.30 | 409.50 |
| 03/10/21 | LSM | CONTINUE DRAFT THIRD INTERIM FEE APPLICATION FOR COLE SCHOTZ | 1.50 | 472.50 |
| 03/11/21 | LSM | COMPLETE DRAFT OF THIRD INTERIM FEE APPLICATION AND FORWARD TO J. ALBERTO WITH COMMENTS | 3.10 | 976.50 |
| 03/13/21 | JRA | EMAILS WITH FEE EXAMINER AND LM RE 11TH FEE APP | 0.20 | 129.00 |
| 03/15/21 | JRA | REVISE DRAFT THIRD INTERIM FEE APP | 1.00 | 645.00 |
| 03/25/21 | LSM | UPDATE INTERIM FEE APPLICATION TEMPLATE PER CO-COUNSEL COMMENTS AND SUGGESTIONS. | 0.60 | 189.00 |
| 03/25/21 | LSM | DRAFT TWELFTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ FEES/EXPENSES FOR FEBRUARY 2021 | 2.80 | 882.00 |
| 03/26/21 | LSM | CONTINUE DRAFT OF TWELFTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.90 | 283.50 |
| 03/29/21 | LSM | CONTINUE DRAFT OF TWELFTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.90 | 283.50 |
| 03/30/21 | LSM | COMPLETE DRAFT OF COLE SCHOTZ TWELFTH MONTHLY FEE APPLICATION AND FORWARD SAME TO J. ALBERTO | 1.90 | 598.50 |

**LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)**                                         **37.50**       **24,001.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/21 | WU | REVIEW AND RESPOND TO MULTIPLE EMAILS RE: SCHEDULING/BRIEFING | 0.20 | 165.00 |
| 03/02/21 | WU | CALL WITH PLAINTIFF SIDE COUNSEL RE: COMMUNICATION WITH COURT RE: 3/24 CONFERENCE | 0.20 | 165.00 |
| 03/02/21 | WU | REVIEW ZURICH MATERIALS AND 2006 AGREEMENT RE: RELEASE PROVISIONS AND EMAILS RE: SAME | 0.40 | 330.00 |
| 03/02/21 | WU | REVIEW AND RESPOND TO EMAILS RE: COMMUNICATION WITH COURT RE: 3/24 CONFERENCE | 0.20 | 165.00 |
| 03/02/21 | JRA | FURTHER EMAILS WITH P. BREENE, A. PREIS, W. USATINE AND INSURERS RE STATUS CONFERENCE | 0.40 | 258.00 |
| 03/02/21 | JRA | EMAILS WITH R. SHORE AND W. USATINE RE PRETRIAL CONFERENCE | 0.20 | 129.00 |
| 03/03/21 | JRA | EMAILS WITH P. BREENE, A. KRAMER AND W. USATINE RE SCHEDULING | 0.30 | 193.50 |
| 03/03/21 | WU | REVIEW AND RESPOND TO EMAILS RE: MOTION SCHEDULING AND BRIEFING | 0.20 | 165.00 |
| 03/04/21 | ADL | EMAILS RE: SCHEDULING ORDER IN INSURANCE ADVERSARY (.1); EMAIL SUPPORT STAFF RE: NOTICE OF APPEARANCE (.2); REVISE NOTICE OF APPEARANCE (.3) | 0.60 | 345.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 887023 |
| | Client/Matter No. 60810-0001 | | | April 7, 2021 |
| | | | | Page 5 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/04/21 | LSM | REVIEW ADVERSARY DOCKET AND DRAFT NOTICE OF APPEARANCE REGARDING ADVERSARY CASE | 0.50 | 157.50 |
| 03/04/21 | JRA | EMAILS WITH A. PREIS, S. BRAUNER AND UCC MEMBERS RE SACKLER NEGOTIATIONS | 0.40 | 258.00 |
| 03/04/21 | JRA | EMAILS WITH A. DELEO AND W. USATINE RE ADVERSARY SCHEDULING AND LOGISTICS | 0.40 | 258.00 |
| 03/05/21 | JRA | EMAILS WITH W. USATINE AND A. DELEO RE SCHEDULING ORDER | 0.30 | 193.50 |
| 03/05/21 | ADL | REVIEW AKIN COMMENTS TO NOA; EMAIL CS TEAM RE: SAME | 0.30 | 172.50 |
| 03/05/21 | ADL | REVIEW NOTICES OF APPEARANCE IN OTHER ADVERSARY PROCEEDINGS | 0.30 | 172.50 |
| 03/05/21 | LSM | REVIEW ADVERSARY SCHEDULING ORDER AND UPDATE CASE CALENDAR WITH ADVERSARY DEADLINES | 0.50 | 157.50 |
| 03/05/21 | LSM | REVISE AND REVIEW NOTICE OF APPEARANCE IN ADVERSARY PROCEEDINGS | 0.30 | 94.50 |
| 03/05/21 | JRA | EMAILS WITH A. DELEO RE APPEARANCE IN AP | 0.20 | 129.00 |
| 03/06/21 | SMU | REVIEW PRIVILEGE/PRIORITY DOCUMENTS | 0.90 | 571.50 |
| 03/07/21 | WU | REVIEW AIG COVERAGE LETTER AND CASES | 0.30 | 247.50 |
| 03/07/21 | SMU | REVIEW PRIVILEGE/PRIORITY DOCUMENTS | 0.70 | 444.50 |
| 03/08/21 | WU | REVIEW EMAILS RE: SEARCH TERMS | 0.10 | 82.50 |
| 03/08/21 | LSM | REVISE, FILE AND ORGANIZE SERVICE OF NOTICE APPEARANCE IN ADVERSARY PROCEEDING | 0.40 | 126.00 |
| 03/08/21 | WU | REVIEW EMAILS AND DOCUMENTS RE: POLICY MATTERS | 0.40 | 330.00 |
| 03/08/21 | JRA | REVIEW AIG COVERAGE LETTER | 0.40 | 258.00 |
| 03/08/21 | WU | REVIEW DRAFT COMMON INTEREST AGREEMENT AND EMAILS RE: SAME | 0.30 | 247.50 |
| 03/09/21 | MXK | REVIEW SEARCH TERM LIST AND RELEVANT EMAILS IN PREPARATION FOR DISCUSSION WITH CO-COUNSEL RE: JURISDICTIONAL DISCOVERY | 0.50 | 215.00 |
| 03/10/21 | MXK | PREPARE FOR AND PARTICIPATE IN CALL WITH CO-COUNSEL RE: DISCOVERY RELATED TO PERSONAL JURISDICTION, SEARCH TERMS, STRATEGY. | 0.80 | 344.00 |
| 03/11/21 | MXK | REVIEW AND ANALYZE PROPOSED SEARCH TERMS FOR DISCOVERY INTO PERSONAL JURISDICTION ISSUES | 0.30 | 129.00 |
| 03/13/21 | JRA | REVIEW REVISED SACKLER TERM SHEET (.2) AND EMAILS WITH A. PREIS RE SAME (.1) | 0.30 | 193.50 |
| 03/16/21 | WU | REVIEW RULE 26 AND PRO INITIAL DISCLOSURE REQUIREMENTS; REVIEW FORM PRETRIAL ORDER | 0.60 | 495.00 |
| 03/16/21 | WU | CONFERENCE CALL WITH PLAINTIFFS' COUNSEL RE: 3/24 CONFERENCE | 0.50 | 412.50 |
| 03/16/21 | WU | REVIEW PLAN DOCUMENTS AND PRESS REPORTS RE: PLAN ISSUES AND TIMING | 1.20 | 990.00 |
| 03/17/21 | WU | CONTINUED REVIEW OF PLAN /DISCLOSURE STATEMENT DOCUMENTS AND ISSUES RE: INSURANCE LITIGATION | 0.70 | 577.50 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 887023 |
| | Client/Matter No. 60810-0001 | | | April 7, 2021 |
| | | | | Page 6 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 03/17/21 | WU | REVIEW PROTECTIVE ORDER AND EMAILS RE: SAME | 0.40 | 330.00 |
| 03/17/21 | WU | REVIEW DRAFT EMAILS TO ADVERSARY COUNSEL AND EMAILS WITH PLAINTIFF GROUP RE: SAME | 0.30 | 247.50 |
| 03/17/21 | WU | REVIEW AND COMMENT ON PROPOSED SCHEDULING ORDER AND REVIEW AND RESPOND TO MULTIPLE EMAILS RE: SAME | 0.50 | 412.50 |
| 03/18/21 | MXK | CALL WITH CO-COUNSEL RE: ANALYSIS OF SEARCH TERMS, STRATEGY | 0.80 | 344.00 |
| 03/19/21 | WU | REVIEW AND RESPOND TO MULTIPLE EMAILS RE: 3/24 CONFERENCE | 0.30 | 247.50 |
| 03/19/21 | JRM | WORK ON REPORTING FOR UCC'S ANALYSIS OF PLAN TREATMENT. | 0.50 | 327.50 |
| 03/19/21 | JRA | REVIEW LETTER FROM INSURERS | 0.10 | 64.50 |
| 03/20/21 | WU | REVIEW AND COMMENT ON MULTIPLE EMAILS AND VERSIONS OF LETTER RE: 3/24 CONFERENCE | 0.70 | 577.50 |
| 03/20/21 | JRA | EMAILS WITH W. USATINE, A. PREIS AND R. LEVERIDGE RE LETTER RESPONSE TO INSURERS | 0.40 | 258.00 |
| 03/21/21 | WU | REVIEW AND RESPOND TO MULTIPLE EMAILS RE: CORRESPONDENCE TO COURT AND 3/24 CONFERENCE ISSUES AND STRATEGY | 0.40 | 330.00 |
| 03/21/21 | JRA | EMAILS WITH P. BREENE AND M. HURLEY RE RESPONSE TO INSURERS LETTER | 0.30 | 193.50 |
| 03/22/21 | JRA | EMAILS WITH A. DELEO AND W. USATINE RE MOTION TO WITHDRAW REFERENCE | 0.30 | 193.50 |
| 03/22/21 | ADL | EMAILS RE: PRE-TRIAL CONFERENCE IN INSURANCE ADVERSARY | 0.20 | 115.00 |
| 03/22/21 | ADL | INITIAL REVIEW OF MOTION TO WITHDRAW THE REFERENCE IN INSURANCE ADVERSARY | 1.20 | 690.00 |
| 03/22/21 | ADL | RESEARCH RE: RESPONSE DEADLINE FOR MOTION TO WITHDRAW THE REFERENCE IN INSURANCE ADVERSARY (.4); EMAILS WITH CS TEAM RE: SAME (.1) | 0.50 | 287.50 |
| 03/22/21 | WU | REVIEW CARRIER LETTER TO COURT RE: 3/24 CONFERENCE | 0.10 | 82.50 |
| 03/22/21 | WU | REVIEW DRAFTS OF LETTER TO COURT AND EMAILS RE: SAME | 0.40 | 330.00 |
| 03/22/21 | WU | REVIEW AND ANALYSIS OF MOTION TO WITHDRAW THE REFERENCE FILED BY CARRIERS AND SUPPORTING BRIEF | 1.10 | 907.50 |
| 03/22/21 | JRM | WORK ON REPORTING FOR UCC'S ANALYSIS OF PLAN TREATMENT. | 1.30 | 851.50 |
| 03/22/21 | MXK | REVIEW LIBERTY MUTUAL'S MOTION TO WITHDRAW REFERENCE OF THE ADVERSARY PROCEEDING | 0.50 | 215.00 |
| 03/23/21 | ADL | EMAIL CS TEAM RE: MOTION TO WITHDRAW REFERENCE IN INSURANCE ADVERSARY | 0.10 | 57.50 |
| 03/23/21 | ADL | EMAIL W. USATINE RE: PRETRIAL CONFERENCE IN INSURANCE ADVERSARY | 0.10 | 57.50 |
| 03/23/21 | JRA | EMAILS WITH A. PREIS AND S. BRAUNER RE INSURANCE ADVERSARY | 0.30 | 193.50 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 887023 |
| | Client/Matter No. 60810-0001 | | | April 7, 2021 |
| | | | | Page 7 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/23/21 | MXK | PARTICIPATE IN MEET-AND-CONFER CALL WITH INSURANCE COUNSEL | 0.20 | 86.00 |
| 03/23/21 | WU | CALL WITH CARRIER'S COUNSEL RE: COURT CONFERENCE | 0.20 | 165.00 |
| 03/23/21 | WU | EMAILS RE: CALL WITH CARRIERS AND COURT CONFERENCE | 0.20 | 165.00 |
| 03/23/21 | WU | REVIEW CORRESPONDENCE TO COURT RE: PRETRIAL CONFERENCE AND OUTLINE ISSUES RE: SAME | 0.50 | 412.50 |
| 03/23/21 | JRA | REVIEW MOTION/BRIEF IN SUPPORT OF WITHDRAWAL OF REFERENCE | 0.60 | 387.00 |
| 03/24/21 | WU | REVIEW AND RESPOND TO MULTIPLE EMAILS RE: RESCHEDULING OF PRETRIAL CONFERENCE | 0.20 | 165.00 |
| 03/24/21 | WU | PREPARE FOR AND ATTEND 3/24 CONFERENCE (ADJOURNED BY COURT) | 0.90 | 742.50 |
| 03/24/21 | ADL | CONTINUE TO REVIEW MOTION TO WITHDRAW THE REFERENCE AS TO INSURANCE ADVERSARY | 1.10 | 632.50 |
| 03/24/21 | ADL | REVIEW LETTERS RE: PRE-TRIAL CONFERENCE IN INSURANCE ADVERSARY | 0.20 | 115.00 |
| 03/24/21 | ADL | ADDITIONAL REVIEW OF COMPLAINT IN INSURANCE ADVERSARY | 1.20 | 690.00 |
| 03/24/21 | WU | CONFERENCE CALL WITH CO-PLAINTIFF'S COUNSEL GROUP RE: PREPARATION FOR 3/24 STATUS CONFERENCE | 0.80 | 660.00 |
| 03/24/21 | ADL | ATTEND PRETRIAL CONFERENCE IN INSURANCE ADVERSARY | 0.50 | 287.50 |
| 03/24/21 | LSM | ASSIST WITH HEARING PREPARATIONS FOR MARCH 24, 2021 PRETRIAL CONFERENCE | 0.40 | 126.00 |
| 03/24/21 | LSM | RESEARCH ADVERSARY CASE DOCKET, COMPILE ALL PRETRIAL LETTERS AND FORWARD SAME TO W. USATINE | 0.50 | 157.50 |
| 03/24/21 | ADL | EMAIL W. USATINE RE: PRETRIAL CONFERENCE IN INSURANCE ADVERSARY | 0.20 | 115.00 |
| 03/24/21 | JRA | EMAILS WITH W. USATINE, A. PREIS AND R. LEVERIDGE RE MEET AND CONFER | 0.40 | 258.00 |
| 03/24/21 | MXK | ATTEND TELEPHONIC COURT HEARING | 0.50 | 215.00 |
| 03/24/21 | MXK | CALL WITH CO-COUNSEL RE: PREPARATION FOR COURT HEARING | 0.80 | 344.00 |
| 03/25/21 | LSM | REVIEW NOTICE OF ADJOURNED PRETRIAL CONFERENCE TO APRIL 6TH | 0.10 | 31.50 |
| 03/25/21 | JRM | WORK ON REPORTING FOR SACKLER INVESTIGATION AND QC REVIEW. | 1.60 | 1,048.00 |
| 03/29/21 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH ADJOURNED PRETRIAL CONFERENCE FOR APRIL 6TH | 0.20 | 63.00 |
| 03/29/21 | ADL | REVIEW NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE | 0.10 | 57.50 |
| 03/31/21 | WU | REVIEW SEVERAL EMAILS/CORRESPONDENCE RE: SERVICE ISSUES AND BRIEFING SCHEDULE | 0.30 | 247.50 |
| 03/31/21 | MXK | REVIEW CORRESPONDENCE BETWEEN CO-COUNSEL RE: INSURANCE PARTIES; CALL WITH CO-COUNSEL RE: SAME. | 0.50 | 215.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 887023 |
| | Client/Matter No. 60810-0001 | April 7, 2021 |
| | | Page 8 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/31/21 | JRA | EMAILS WITH P. BREENE AND J. HUDSON RE XL LETTER | 0.20 | 129.00 |

| **PREPARATION FOR AND ATTENDANCE AT HEARINGS** | | | **2.50** | **1,447.50** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/04/21 | LSM | REVISE NOTICE OF APPEARANCE PER A. DE LEO COMMENTS AND FORWARD SAME TO A. DE LEO | 0.50 | 157.50 |
| 03/09/21 | JRA | EMAILS WITH A. DELEO, S. USATINE AND A. PREIS RE TOMORROW'S HEARING | 0.40 | 258.00 |
| 03/19/21 | JRA | EMAILS WITH W. USATINE AND A. DELEO RE 3/24 STATUS CONFERENCE | 0.20 | 129.00 |
| 03/22/21 | JRA | EMAILS WITH W. USATINE RE STATUS CONFERENCE | 0.10 | 64.50 |
| 03/23/21 | JRA | EMAILS WITH W. USATINE, R. SHORE, P. BREENE AND R> LEVERIDGE RE STATUS CONFERENCE | 0.50 | 322.50 |
| 03/23/21 | JRA | EMAILS WITH A. PREIS RE MEET AND CONFER AND TOMORROW'S HEARING | 0.20 | 129.00 |
| 03/24/21 | JRA | EMAILS WITH A. PREIS AND W. USATINE RE TODAY'S HEARING | 0.20 | 129.00 |
| 03/25/21 | JRA | EMAILS WITH A. PREIS RE YESTERDAY'S HEARING | 0.20 | 129.00 |
| 03/25/21 | JRA | EMAILS WITH W. USATINE AND P. BREENE RE HEARING ADJOURNMENT | 0.20 | 129.00 |

| **REORGANIZATION PLAN** | | | **0.70** | **449.50** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/04/21 | PJR | REVIEW AND ANALYZE DRAFT REVISED PLAN | 0.40 | 256.00 |
| 03/19/21 | JRA | EMAILS WITH A. PREIS RE PLAN OPEN ISSUES | 0.30 | 193.50 |
| | | TOTAL HOURS | 105.20 | |

PROFESSIONAL SERVICES:                                                                                  $55,160.50

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Alberto, Justin | Member | 14.40 | 645.00 | 9,288.00 |
| Anastasia Bellisari | Paralegal | 6.20 | 280.00 | 1,736.00 |
| DeLeo, Anthony | Associate | 6.60 | 575.00 | 3,795.00 |
| Donald A. Ottaunick | Member | 0.60 | 735.00 | 441.00 |
| Jason R. Melzer | Member | 6.30 | 655.00 | 4,126.50 |
| Lauren M. Manduke | Member | 18.20 | 520.00 | 9,464.00 |
| Michael C. Klauder | Member | 4.90 | 430.00 | 2,107.00 |
| Morton, Larry | Paralegal | 27.20 | 315.00 | 8,568.00 |
| Patrick J. Reilley | Member | 6.60 | 640.00 | 4,224.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 887023 |
| | Client/Matter No. 60810-0001 | | | April 7, 2021 |
| | | | | Page 9 |

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|
| Susan Usatine | Member | 1.60 | 635.00 | 1,016.00 |
| Warren Usatine | Member | 12.60 | 825.00 | 10,395.00 |
| | **Total** | **105.20** | | **$55,160.50** |

# EXHIBIT D

## EXPENSE SUMMARY
## MARCH 1, 2021 THROUGH MARCH 31, 2021

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Online Research | WestLaw | $17.75 |
| Conference Call | Court Solutions | $140.00 |
| **TOTAL** | | **$157.75** |

## EXHIBIT E

### Expense Detail

2

**COLE SCHOTZ P.C.**

| | | | |
|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number  887023 |
| | Client/Matter No. 60810-0001 | | April 7, 2021 |
| | | | Page 10 |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---:|---:|
| 09/16/20 | ONLINE RESEARCH | 1.00 | 9.25 |
| 02/04/21 | ONLINE RESEARCH | 2.00 | 0.20 |
| 02/04/21 | ONLINE RESEARCH | 4.00 | 0.40 |
| 02/10/21 | ONLINE RESEARCH | 1.00 | 0.10 |
| 02/10/21 | ONLINE RESEARCH | 14.00 | 1.40 |
| 02/10/21 | ONLINE RESEARCH | 1.00 | 0.10 |
| 02/10/21 | ONLINE RESEARCH | 17.00 | 1.70 |
| 02/10/21 | ONLINE RESEARCH | 2.00 | 0.20 |
| 02/10/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 02/10/21 | ONLINE RESEARCH | 14.00 | 1.40 |
| 03/24/21 | CONFERENCE CALL | 1.00 | 70.00 |
| 03/24/21 | CONFERENCE CALL | 1.00 | 70.00 |
| | **Total** | | **$157.75** |

TOTAL SERVICES AND COSTS:	$	55,318.25