BEDELL CRISTIN JERSEY PARTNERSHIP
Edward Drummond
26 New Street
Saint Helier, Jersey JE2 3RA
Tel: +44 (0)1534 814814
edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**ELEVENTH MONTHLY FEE STATEMENT OF**
**BEDELL CRISTIN JERSEY PARTNERSHIP**
**FOR PROFESSIONAL SERVICES RENDERED AS SPECIAL FOREIGN COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR**
**THE PERIOD OF MARCH 1, 2021 THROUGH MARCH 31, 2021**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---|
| Name of Applicant: | Bedell Cristin Jersey Partnership |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | June 29, 2020 *nunc pro tunc* to February 27, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | March 1, 2021 through March 31, 2021 |
| Fees Incurred: | $71,607.00 |
| 20% Holdback: | $14,321,40 |
| Total Compensation Less 20% Holdback: | $57,285.60 |
| Monthly Expenses Incurred: | $0.00 |
| Total Fees and Expenses Requested: | **$71,607.00** |

This is a __x__ monthly ____ interim ____ final application

Bedell Cristin Jersey Partnership ("Bedell Cristin"), special foreign counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Eleventh Monthly Fee Statement") covering the period from March 1, 2021 through and including March 31, 2021 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023].

By this Eleventh Monthly Fee Statement, Bedell Cristin requests interim allowance and payment of compensation in the amount of $57,285.60 (80% of $71,607.00) for fees on account of reasonable and necessary professional services rendered to the Committee by Bedell Cristin during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, hourly billing rates and aggregate hours spent by each Bedell Cristin professional and paraprofessional who provided services to the Committee during the Compensation Period. The rates charged by Bedell, Cristin for services rendered to the Committee are the same rates that Bedell Cristin charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Bedell Cristin professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Bedell Cristin professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

Bedell Cristin confirms that no disbursements or expenses were incurred by it during the Compensation Period.

**NOTICE AND OBJECTION PROCEDURES**

Notice of this Eleventh Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Eleventh Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on June 18, 2021** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If no objections to this Eleventh Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees identified herein.

If an objection to this Eleventh Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Eleventh Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved,

4

it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: St Helier, Jersey
June 4, 2021

Bedell Cristin Jersey Partnership

By: */s/ Edward Drummond*
26 New Street, St Helier, Jersey, JE2 3RA
Telephone: +44 (0) 1534 814621
Edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured Creditors Purdue Pharma L.P.,* et al.

**Exhibit A**

**Timekeeper Summary**

| **Partners** | **Department** | **Rate** | **Hours** | **Amount ($)** |
|---|---|---|---|---|
| Advocate E. Drummond | Litigation | $770.00 | 42.6 | $32,802.00 |
| Advocate M. Paul | Financial Services Law | $770.00 | 16.9 | $13,013.00 |
| Advocate M. Dunlop | Financial Services Law | $770.00 | 1 | 770.00 |
| Advocate R. Gardner | Litigation | $770.00 | 0.2 | 154.00 |
| Advocate R. Christie | Litigation | $770.00 | 0.1 | 77.00 |
| **Partner Total** | | | **60.8** | **$46,816.00** |
| **Senior Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs. E Shaw | Litigation | $565.00 | 23.4 | $13,221.00 |
| **Senior Associate Total** | | | **23.4** | **$13,221.00** |
| **Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs C. C. Young | Litigation | $445.00 | 26 | $11,570.00 |
| **Associate Total** | | | **26** | **$11,570.00** |
| **Staff Attorneys Total** | | | **110.2** | **$71,607.00** |
| **Total Hours / Fees Requested** | | | **110.2** | **$71,607.00** |

## TOTAL FEES FOR THE COMPENSATION PERIOD

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $770 | 60.8 | $46,816.00 |
| Senior Associate | $565 | 23.4 | $13,221.00 |
| Associates | $445 | 26 | $11,570.00 |
| **Blended Attorney Rate** | **$649.79** | | |
| **Blended Rate for All Timekeepers** | **$649.79** | | |
| **Total Hours / Fees Requested:** | | **110.2** | **$71,607.00** |

**Exhibit B**

**Task Code Summary**

| Task Code | Matter | Hours | Value($) |
|---|---|---|---|
| 3 | Bedell Cristin Fees | 12.2 | $5,884.00 |
| 13 | Analysis of Pre-Petition Transactions | 98 | $65,723.00 |
| | **TOTAL:** | **110.2** | **$71,607.00** |

**Exhibit C**

**Itemized Fees**

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York  
NY 10036

**Our ref** EBD/CCY/136744.0001  
**Invoice No** 363273  
**Tax date** 26 April 2021  
**GST No.** 0009162  
**Tel:** +44 (0) 1534 814814

**INVOICE**  
Advice re: Purdue Pharma LP

|  | Charge | GST Rate |
|---|---|---|
| **Professional Fees** | | |
| Professional work rendered from 1 March to 31 March 2021. | 71,607.00 | 0.0% |
| Total excluding GST | US$ 71,607.00 | |
| Total GST | US$ 0.00 | |
| **TOTAL BALANCE DUE** | **US$ 71,607.00** | |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE  
Account Name: Bedell Group Services Offices   USD  
Swift Code: BARCGB22  

Sort Code: 20-45-05  
Account Number: 62384922  
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,  
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**  
A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29392178-1

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York  
NY 10036  

| | |
|---|---|
| **Our ref** | EBD/CCY/136744.0001 |
| **Invoice No** | 363273 |
| **Tax date** | 26 April 2021 |
| **GST No.** | 0009162 |
| **Tel:** | +44 (0) 1534 814814 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate E. Drummond** | | |
| 03/03/21 | 0003 - Fees - speak CY. | 0:06 | 77.00 |
| 04/03/21 | 0013 Claim - Review draft documents from Akin Gump. | 1:24 | 1,078.00 |
| 05/03/21 | 0013 Claim - Research re: draft agreement (4.4 hrs). Call with ES (1.2 hrs). | 5:36 | 4,312.00 |
| 08/03/21 | 0013 Claim - Series of emails from Akin (0.3). Research (2.1). Speak ES and CY (0.7). Call with counsel for all parties (0.9). Post-call email to Akin (0.5). Call with SOS (0.3). | 4:48 | 3,696.00 |
| 09/03/21 | 0013 Claim - drafting detailed email to comments to Akin Gump (2.0). Exchange of emails re: call (0.3). Speak CY (0.2). | 2:30 | 1,925.00 |
| 10/03/21 | 0013 Claim - Review queries received overnight from Akin (0.4). Email exchange with ES (0.4). Call with ES (0.3). Email to Akin (0.5). Emails re: Jersey legal point (0.3). | 1:54 | 1,463.00 |
| | 0013 Claim - Telephone call with US and Jersey counsel | 1:24 | 1,078.00 |
| | 0003 Fees - approved Jan monthly fee statement and Feb invoice. | 0:24 | 308.00 |
| 11/03/21 | 0013 Claim - reviewing revised draft agreements (1.7). Email of comments to ES and CY (0.3). | 2:00 | 1,540.00 |
| | 0013 Claim - Email detailed note of calls to ES (0.7). | 0:42 | 539.00 |
| | 0003 Fees - review 3rd interim fee statement (0.2). Comments to CY (0.2). | 0:24 | 308.00 |
| 12/03/21 | 0003 Fees - Call with CY (0.2). Final amendments to 3rd interim fee statement (0.2). | 0:24 | 308.00 |
| 15/03/21 | 0013 Claim - Email exchange with Akin Gump (0.4). | 0:24 | 308.00 |
| 16/03/21 | 0013 Claim - review ES emails re: draft agreement (1.4). Review case re: recognition; note for file (0.5). Emails with Akin Gump re: call (0.3). | 2:12 | 1,694.00 |
| 17/03/21 | 0013 Claim - email exchange with Akin re: Plan. | 0:12 | 154.00 |
| | 0013 Claim - Call with Akin Gump and Kramer Levin. | 1:00 | 770.00 |
| 18/03/21 | 0013 Claim - review emails from Akin Gump. | 0:06 | 77.00 |
| 24/03/21 | 0013 Claim - Reviewing revised draft agreement. | 0:12 | 154.00 |
| 25/03/21 | 0013 Claims - Email to Akin Gump. Review ES comments. | 0:06 | 77.00 |
| | 0003 Fees - Approve 10th monthly fees statement (Feb) | 0:06 | 77.00 |
| 26/03/21 | 0013 Claims - Review amended agreement (2.0). Review ES comments (1.0). Drafting note of comments (1.7); emailing to ES (0.1); email to Akin Gump (0.1); discuss ES (0.2); email to MAP (0.1). | 5:12 | 4,004.00 |
| 29/03/21 | 0013 Claim - Email exchange with ES re: agreement (0.5). Speak MAP (0.9). Emails to MAP (0.5). Speak MAP (1.0). Email to Akin Gump (0.3). Email to team (0.3). | 3:30 | 2,695.00 |
| 30/03/21 | 0013 Claim - emails re: call with US lawyers tomorrow (0.4). Research for call (2.2). | 2:36 | 2,002.00 |
| 31/03/21 | 0013 Claims - Research (2.3). Speak ES (0.4). Team pre-call (0.5). Review recent authority re: confession of judgment (0.7) | 3:54 | 3,003.00 |
| | 0013 - Call with US lawyers (1.5). | 1:30 | 1,155.00 |
| | **Advocate M. Paul** | | |
| 29/03/21 | 0013 Claim - Reviewing background documents (2.0), researching relevant legal Jersey claim issues (2.5), Internal call with ED (1.0) | 5:30 | 4,235.00 |
| 30/03/21 | 0013 Claim - Considering legal issues dealing with Jersey trustees (1.0) reviewing relevant legal documents (2.4) | 3:24 | 2,618.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE  
Account Name: Bedell Group Services Offices  USD  
Swift Code: BARCGB22  

Sort Code: 20-45-05  
Account Number: 62384922  
IBAN: GB88 BARC 2045 0562 3849 22  

26 New Street, St Helier, Jersey,  
Channel Islands, JE2 3RA  

**Bedell Cristin Jersey Partnership**  
A list of Partners is available for inspection at the principal office  

bedellcristin.com

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29392178-1

# BEDELL CRISTIN

LEGAL SERVICES

Advice re: Purdue Pharma LP

| | | Our ref | EBD/CCY/136744.0001 |
|---|---|---|---|
| | | Invoice No | 363273 |
| | | Tax date | 26 April 2021 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate M. Paul** | | |
| | 0013 Claim - Consideration Jersey Legal trust issues | 2:24 | 1,848.00 |
| 31/03/21 | 0013 Claim - Further work reviewing legal documents (2.0) and researching relevant legal issues (1.4) | 3:24 | 2,618.00 |
| | 0013 Claim - Prep for call (0.2), attending internal call with Ed (0.5) then attending call with US lawyers (1.5) | 2:12 | 1,694.00 |
| | **Advocate M.T. Dunlop** | | |
| 30/03/21 | 0013 Claim - Internal calls with MP re Jersey legal trust issues. | 1:00 | 770.00 |
| | **Advocate R.S. Christie** | | |
| 10/03/21 | 0013 Claim: Reviewing email from ED re Jersey Legal trust issue | 0:06 | 77.00 |
| | **Advocate. R.O. Gardner** | | |
| 10/03/21 | 0013: Claim - reviewing email from ED re: Jersey Legal trust issue | 0:12 | 154.00 |
| | **Mrs E. Shaw** | | |
| 05/03/21 | 0013 - Jersey Trust Issues: reviewing terms of settlement agreement; internal call to discuss queries. | 2:54 | 1,638.50 |
| 08/03/21 | 0013- Jersey Trust Review: research and internal call re Contribution Agreement | 2:24 | 1,356.00 |
| 09/03/21 | 0013 - Jersey Trust Review: considering exchanges following all party call and issues arising | 0:30 | 282.50 |
| 10/03/21 | 0013 - Jersey Trust Issues: research re matters arising in Contribution Agreement; internal call to discuss same. | 1:12 | 678.00 |
| 11/03/21 | 0013 - jersey Trust Review: Review and internal comms re settlement agreement | 1:54 | 1,073.50 |
| 15/03/21 | 0013 - Jersey Trust Review: consideration and exchanges re Settlement Agreement discussion points. | 2:00 | 1,130.00 |
| 17/03/21 | Review exchanges before call | 0:12 | 113.00 |
| | 0013 - Jersey Trust Issues: call with Akin & Kramer Levin | 1:12 | 678.00 |
| 24/03/21 | 0013 - Jersey Trust Issues : review and internal exchange re updated Settlement Agreement | 3:00 | 1,695.00 |
| 26/03/21 | 0013 - Jersey Trust Review: various internal calls and review of docs re comments on latest draft Settlement Agreement | 2:24 | 1,356.00 |
| 29/03/21 | 0013 Jersey Trust Issues - review exchanges | 1:30 | 847.50 |
| 30/03/21 | 0013 - Jersey Trust issues: internal exchanges re calls | 0:12 | 113.00 |
| 31/03/21 | 0013 - Jersey Trust Issues: considering various issues re settlement agreement and exchanges re same. | 1:24 | 791.00 |
| | 0013 - Jersey Trust Issues: internal pre-calls ahead of call with AK & KL. | 0:54 | 508.50 |
| | 0013 - Jersey Trust Issues: call with AG & KL | 1:42 | 960.50 |
| | **Mrs C. C. Young** | | |
| 01/03/21 | 0003: Fees - interim fee application | 2:06 | 934.50 |
| 04/03/21 | 0013: Claim - Review files from client | 1:42 | 756.50 |
| 08/03/21 | 0013: Claim - Call with Akin Gump and others (0.9), internal discussion (0.6), call court (0.2) | 1:42 | 756.50 |
| 09/03/21 | 0003: fees -interim fee application | 0:54 | 400.50 |
| | 0013: claim - Review correspondence and documents from client | 0:24 | 178.00 |
| 10/03/21 | 00013: Claim - Internal call (0.6) Call with Akin Gump and US team (1.0) | 1:36 | 712.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE    Sort Code: 20-45-05
Account Name: Bedell Group Services Offices  USD    Account Number: 62384922
Swift Code: BARCGB22    IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,    **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA    A list of Partners is available for inspection at the principal office

bedellcristin.com    BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29392178-1

# BEDELL CRISTIN

LEGAL SERVICES

|  |  |
|---|---|
| Advice re: Purdue Pharma LP | Our ref: EBD/CCY/136744.0001 |
|  | Invoice No: 363273 |
|  | Tax date: 26 April 2021 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
|  | **Mrs C. C. Young** |  |  |
|  | 0003: fee - interim fee application (0.8) monthly fee statement and information requested by fee examiner (1.0) emails to Akin Gump (0,3) | 2:06 | 934.50 |
| 11/03/21 | 00013: Claim - review document and correspondence | 0:42 | 311.50 |
|  | 0003: Fees - interim fee application (1.8) email to Purdue (0.2) | 2:00 | 890.00 |
| 17/03/21 | 0013: Claim - Call with Akin Gump | 1:06 | 489.50 |
|  | 0003: Fees - correspondence with Akin Gump (.3), review interim fee application, (.3) | 0:36 | 267.00 |
| 18/03/21 | 0003: Fees - Monthly fee statement | 1:06 | 489.50 |
| 22/03/21 | 0003 Fees: fee data collation for Jan and Feb | 0:54 | 400.50 |
| 24/03/21 | 0013: Claim - review documents | 1:06 | 489.50 |
| 25/03/21 | 0003: Monthly fee statement | 1:06 | 489.50 |
| 26/03/21 | 0013: Claim - review documents | 0:42 | 311.50 |
| 30/03/21 | 0013: claim - research jersey law issue | 1:54 | 845.50 |
| 31/03/21 | 0013: Claim - telephone call with Akin Gump and Kramer Levin (1.6), Research on Jersey Law points (2.2), internal call with ED, ES, MP, (0.5), | 4:18 | 1,913.50 |
|  | Total:- | 110:12 | 71,607.00 |
|  | Advocate E. Drummond | 42:36 | 32,802.00 |
|  | Advocate R.S. Christie | 0:06 | 77.00 |
|  | Advocate. R.O. Gardner | 0:12 | 154.00 |
|  | Advocate M. Paul | 16:54 | 13,013.00 |
|  | Advocate M.T. Dunlop | 1:00 | 770.00 |
|  | Mrs E. Shaw | 23:24 | 13,221.00 |
|  | Mrs C. C. Young | 26:00 | 11,570.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE    Sort Code: 20-45-05
Account Name: Bedell Group Services Offices  USD    Account Number: 62384922
Swift Code: BARCGB22    IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,    **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA    A list of Partners is available for inspection at the principal office

**bedellcristin.com**    BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29392178-1