**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF SEVENTEENTH MONTHLY FEE STATEMENT OF
JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM MARCH 1, 2021 THROUGH MARCH 31, 2021**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | March 1, 2021 through March 31, 2021 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $4,607.50 |

This is a(n):   monthly  x    interim  __    final application  __

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**SEVENTEENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
**March 1, 2021 through March 31, 2021**

**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | - |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 72.0 |
| 4 | Debtor Communication | - |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence | 100.5 |
| 10 | Business Plan | - |
| 11 | Case Strategy | - |
| | | **172.5** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-head/Managing Director, Debt Advisory & Restructuring | 24.5 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 10.5 |
| Jaspinder Kanwal | Senior Vice President, Debt Advisory & Restructuring | 26.0 |
| Ben Troester | Associate, Debt Advisory & Restructuring | 33.5 |
| Kevin Chen | Analyst, Debt Advisory & Restructuring | 37.5 |
| Kevin Sheridan | Co-head/Managing Director, Global Healthcare Investment Banking | 10.5 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 9.0 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 10.0 |
| Connor Hattersley | Analyst, Global Healthcare Investment Banking | 11.0 |
| | | **172.5** |

## SEVENTEENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC

### EXPENSES BY CATEGORY
### March 1, 2021 through March 31, 2021

| Category | March 2021 |
|---|---|
| Meals | $ - |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | 4,607.50 |
| General | - |
| **Total Expenses** | **$4,607.50** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**SEVENTEENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2021 THROUGH MARCH 31, 2021**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from March 1, 2021 through March 31, 2021 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $4,607.50. In support of this Fee Statement, Jefferies respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3. On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131]. Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4. On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application").[2] A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5. On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Retention Application.

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6.      On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

**Relief Requested**

7.      By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from March 1, 2021 through March 31, 2021; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $4,607.50.

3

8.  All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee.  Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order.  Such time records are attached hereto as Exhibit A.

9.  The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters.  Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

## Actual and Necessary Expenses

10. Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order.  As set forth in greater detail in the summary attached hereto as Exhibit B, Jefferies' total expenses incurred during the Compensation Period are $4,607.50, including outside counsel fees as permitted under the Retention Order.

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from March 1, 2021 through March 31, 2021; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $4,607.50.

Dated: June 4, 2021　　　　　　　　　　　　Respectfully submitted,
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　*/s/ Leon Szlezinger*
　　　　　　　　　　　　　　　　　　　　　　Leon Szlezinger
　　　　　　　　　　　　　　　　　　　　　　Managing Director and Joint Global Head of
　　　　　　　　　　　　　　　　　　　　　　Debt Advisory & Restructuring
　　　　　　　　　　　　　　　　　　　　　　JEFFERIES LLC

# Exhibit A

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| | **March 1, 2021 - March 31, 2021 Hours for Creditor Communication** | | **72.0** | |
| 03/01/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 03/01/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 03/01/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 03/01/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 03/01/21 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 03/01/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 03/01/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 03/01/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 03/01/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 03/04/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 03/04/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 03/04/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 03/04/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 03/04/21 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 03/04/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 03/04/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 03/04/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 03/04/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 03/08/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 03/08/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 03/08/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 03/08/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 03/08/21 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 03/08/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 03/08/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 03/08/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 03/08/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 03/11/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 03/11/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 03/11/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 03/11/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 03/11/21 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 03/11/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 03/11/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 03/11/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 03/11/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 03/15/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 03/15/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 03/15/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 03/15/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 03/15/21 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 03/15/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 03/15/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 03/15/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 03/15/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 03/18/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 03/18/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 03/18/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 03/18/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 03/18/21 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 03/18/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 03/18/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 03/18/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 03/18/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 03/22/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 03/22/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 03/22/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 03/22/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 03/22/21 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 03/22/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 03/22/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 03/22/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 03/22/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 03/25/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 03/25/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 03/25/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 03/25/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 03/25/21 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 03/25/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 03/25/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 03/25/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 03/25/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| | | **March 1, 2021 - March 31, 2021 Hours for Due Diligence** | **100.5** | |
| 03/01/21 | Jaspinder Kanwal | *Review Draft Contribution Agreement & Supporting Documents* | 0.5 | 9 |
| 03/01/21 | Benjamin Troester | *Review Contribution Agreement* | 0.5 | 9 |
| 03/01/21 | Kevin Chen | *Review Contribution Agreement Draft* | 1.0 | 9 |
| 03/02/21 | Leon Szlezinger | *Discussion re: Diligence on Trusts* | 0.5 | 9 |
| 03/02/21 | Leon Szlezinger | *Discussion re: Credit Support Review* | 1.5 | 9 |
| 03/02/21 | Leon Szlezinger | *Review Sackler Credit Support Documents* | 0.5 | 9 |
| 03/02/21 | Jaspinder Kanwal | *Discussion re: Diligence on Trusts* | 0.5 | 9 |
| 03/02/21 | Jaspinder Kanwal | *Review Credit Support Diligence* | 0.5 | 9 |
| 03/02/21 | Jaspinder Kanwal | *Discussion re: Credit Support Review* | 1.5 | 9 |
| 03/02/21 | Benjamin Troester | *Discussion re: Diligence on Trusts* | 0.5 | 9 |
| 03/02/21 | Benjamin Troester | *Review Credit Support Diligence Documents* | 1.5 | 9 |
| 03/02/21 | Benjamin Troester | *Discussion re: Credit Support Review* | 1.5 | 9 |
| 03/02/21 | Kevin Chen | *Discussion re: Diligence on Trusts* | 0.5 | 9 |
| 03/02/21 | Kevin Chen | *Review Due Diligence re: Sackler Credit Support* | 2.0 | 9 |
| 03/02/21 | Kevin Chen | *Discussion re: Credit Support Review* | 1.5 | 9 |
| 03/03/21 | Leon Szlezinger | *Discussion re: Contributions* | 1.0 | 9 |
| 03/03/21 | Leon Szlezinger | *Review Revised Plan* | 2.0 | 9 |
| 03/03/21 | Leon Szlezinger | *Review Diligence Documents re: Trusts* | 0.5 | 9 |
| 03/03/21 | Jaspinder Kanwal | *Discussion re: Contributions* | 1.0 | 9 |
| 03/03/21 | Benjamin Troester | *Discussion re: Contributions* | 1.0 | 9 |
| 03/03/21 | Benjamin Troester | *Review Revised Plan and Supporting Documents* | 1.0 | 9 |
| 03/03/21 | Benjamin Troester | *Review Trust Diligence Documents* | 1.0 | 9 |
| 03/03/21 | Kevin Chen | *Discussion re: Contributions* | 1.0 | 9 |
| 03/03/21 | Kevin Chen | *Review Diligence Documents re: Trusts* | 2.0 | 9 |
| 03/03/21 | Kevin Chen | *Review Dataroom Uploads* | 1.5 | 9 |
| 03/04/21 | Jaspinder Kanwal | *Review Revised POR* | 1.0 | 9 |
| 03/04/21 | Benjamin Troester | *Review Dataroom Due Diligence* | 0.5 | 9 |
| 03/04/21 | William Maselli | *Review Various Dataroom Documents* | 0.5 | 9 |
| 03/07/21 | Jaspinder Kanwal | *Review Draft Contribution Agreement & Supporting Documents* | 0.5 | 9 |
| 03/07/21 | Benjamin Troester | *Review Contribution Agreement Supporting Documents* | 1.0 | 9 |
| 03/07/21 | Kevin Chen | *Review Contribution Agreement Draft* | 1.5 | 9 |
| 03/07/21 | Kevin Chen | *Review Dataroom Uploads* | 0.5 | 9 |
| 03/08/21 | Leon Szlezinger | *Review Sackler Credit Support Documents* | 1.0 | 9 |
| 03/08/21 | Leon Szlezinger | *Review Plan Key Issues List* | 1.5 | 9 |
| 03/08/21 | Benjamin Troester | *Review Credit Support Diligence Documents* | 0.5 | 9 |
| 03/08/21 | Benjamin Troester | *Review Plan Key Issues List* | 1.0 | 9 |
| 03/08/21 | Kevin Chen | *Review Due Diligence re: Sackler Credit Support* | 2.0 | 9 |
| 03/09/21 | Leon Szlezinger | *Discussion re: Diligence on Trusts* | 1.0 | 9 |
| 03/09/21 | Robert White | *Review Plan Key Issues List* | 0.5 | 9 |
| 03/09/21 | Jaspinder Kanwal | *Review Credit Support Diligence* | 0.5 | 9 |
| 03/09/21 | Jaspinder Kanwal | *Review Plan Key Issues List* | 2.0 | 9 |
| 03/09/21 | Jaspinder Kanwal | *Discussion re: Diligence on Trusts* | 1.0 | 9 |
| 03/09/21 | Benjamin Troester | *Discussion re: Diligence on Trusts* | 1.0 | 9 |
| 03/09/21 | Kevin Chen | *Review POR Key Issues List* | 0.5 | 9 |
| 03/09/21 | Kevin Chen | *Discussion re: Diligence on Trusts* | 1.0 | 9 |
| 03/10/21 | Jaspinder Kanwal | *Review Draft Disclosure Statement* | 1.0 | 9 |
| 03/10/21 | Benjamin Troester | *Review Draft of Disclosure Statement* | 2.0 | 9 |
| 03/10/21 | Benjamin Troester | *Review Dataroom Due Diligence* | 1.0 | 9 |
| 03/10/21 | Kevin Chen | *Review Disclosure Statement Draft* | 1.0 | 9 |
| 03/11/21 | Leon Szlezinger | *Review Disclosure Statement Draft* | 1.0 | 9 |
| 03/11/21 | Leon Szlezinger | *Review Update Draft Contribution Agreement and Supporting Documents* | 1.0 | 9 |
| 03/11/21 | Leon Szlezinger | *Discussion re: IAC Business Update* | 0.5 | 9 |
| 03/11/21 | Robert White | *Discussion re: IAC Business Update* | 0.5 | 9 |
| 03/11/21 | Jaspinder Kanwal | *Review Draft Contribution Agreement & Supporting Documents* | 0.5 | 9 |
| 03/11/21 | Jaspinder Kanwal | *Discussion re: IAC Business Update* | 0.5 | 9 |
| 03/11/21 | Benjamin Troester | *Review Update Draft Contribution Agreement and Supporting Documents* | 1.0 | 9 |
| 03/11/21 | Benjamin Troester | *Discussion re: IAC Business Update* | 0.5 | 9 |
| 03/11/21 | Kevin Chen | *Review IAC Diligence* | 1.0 | 9 |
| 03/11/21 | Kevin Chen | *Review Update Draft Contribution Agreement and Supporting Documents* | 1.0 | 9 |
| 03/11/21 | Kevin Chen | *Discussion re: IAC Business Update* | 0.5 | 9 |
| 03/11/21 | Kevin Sheridan | *Discussion re: IAC Business Update* | 0.5 | 9 |
| 03/11/21 | James Wiltshire | *Discussion re: IAC Business Update* | 0.5 | 9 |
| 03/11/21 | William Maselli | *Discussion re: IAC Business Update* | 0.5 | 9 |
| 03/11/21 | Connor Hattersley | *Discussion re: IAC Business Update* | 0.5 | 9 |
| 03/11/21 | Connor Hattersley | *Review IAC Diligence Documents* | 0.5 | 9 |
| 03/12/21 | Leon Szlezinger | *Discussion re: Diligence on Trusts* | 1.0 | 9 |
| 03/12/21 | Leon Szlezinger | *Review Sackler Credit Support Documents* | 0.5 | 9 |
| 03/12/21 | Jaspinder Kanwal | *Discussion re: Diligence on Trusts* | 1.0 | 9 |
| 03/12/21 | Jaspinder Kanwal | *Review Credit Support Diligence* | 0.5 | 9 |
| 03/12/21 | Benjamin Troester | *Discussion re: Diligence on Trusts* | 1.0 | 9 |
| 03/12/21 | Benjamin Troester | *Review Credit Support Diligence Documents* | 1.0 | 9 |
| 03/12/21 | Kevin Chen | *Discussion re: Diligence on Trusts* | 1.0 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 03/12/21 | Kevin Chen | *Review Due Diligence re: Sackler Credit Support* | 2.0 | 9 |
| 03/13/21 | Benjamin Troester | *Review Revised Draft Plan and Supporting Documents* | 2.0 | 9 |
| 03/16/21 | Leon Szlezinger | *Reviewed Plan & Disclosure Statement* | 1.5 | 9 |
| 03/16/21 | Robert White | *Reviewed Plan & DS* | 1.0 | 9 |
| 03/16/21 | Jaspinder Kanwal | *Reviewed Plan & Disclosure Statement (Filed Version)* | 2.5 | 9 |
| 03/16/21 | Benjamin Troester | *Reviewed Plan & Disclosure Statement* | 1.0 | 9 |
| 03/16/21 | Kevin Chen | *Reviewed Filed Plan & Disclosure Statement* | 2.5 | 9 |
| 03/17/21 | Jaspinder Kanwal | *Review Updated Business Plan Materials* | 1.5 | 9 |
| 03/17/21 | Benjamin Troester | *Review Business Plan Update Materials* | 1.5 | 9 |
| 03/17/21 | Kevin Sheridan | *Reviewed Plan & Disclosure Statement* | 1.5 | 9 |
| 03/18/21 | Leon Szlezinger | *Review Business Plan Materials* | 0.5 | 9 |
| 03/18/21 | Kevin Chen | *Review Business Plan Update Materials* | 1.0 | 9 |
| 03/18/21 | Kevin Chen | *Review Dataroom Uploads* | 0.5 | 9 |
| 03/18/21 | William Maselli | *Review Various Dataroom Documents* | 0.5 | 9 |
| 03/19/21 | Leon Szlezinger | *Review Plan Key Issues List* | 0.5 | 9 |
| 03/19/21 | Leon Szlezinger | *Discussion re: IAC Sale Process Update* | 0.5 | 9 |
| 03/19/21 | Robert White | *Discussion re: IAC Sale Process Update* | 0.5 | 9 |
| 03/19/21 | Jaspinder Kanwal | *Discussion re: IAC Sale Process Update* | 0.5 | 9 |
| 03/19/21 | Benjamin Troester | *Review Plan Key Issues List* | 1.0 | 9 |
| 03/19/21 | Benjamin Troester | *Discussion re: IAC Sale Process Update* | 0.5 | 9 |
| 03/19/21 | Kevin Chen | *Review POR Key Issues List* | 0.5 | 9 |
| 03/19/21 | Kevin Chen | *Review IAC Diligence* | 1.0 | 9 |
| 03/19/21 | Kevin Chen | *Discussion re: IAC Sale Process Update* | 0.5 | 9 |
| 03/19/21 | Kevin Sheridan | *Discussion re: IAC Sale Process Update* | 0.5 | 9 |
| 03/19/21 | James Wiltshire | *Discussion re: IAC Sale Process Update* | 0.5 | 9 |
| 03/19/21 | William Maselli | *Discussion re: IAC Sale Process Update* | 0.5 | 9 |
| 03/19/21 | Connor Hattersley | *Discussion re: IAC Sale Process Update* | 0.5 | 9 |
| 03/20/21 | Jaspinder Kanwal | *Review Plan Key Issues List* | 0.5 | 9 |
| 03/22/21 | Kevin Chen | *Review Dataroom Uploads* | 0.5 | 9 |
| 03/23/21 | Benjamin Troester | *Review Dataroom Due Diligence* | 1.0 | 9 |
| 03/26/21 | Kevin Chen | *Review Dataroom Uploads* | 0.5 | 9 |
| 03/29/21 | Benjamin Troester | *Review IAC Due Diligence* | 1.0 | 9 |
| 03/29/21 | Kevin Chen | *Review IAC Due Diligence* | 1.0 | 9 |
| 03/30/21 | Jaspinder Kanwal | *Review IAC Diligence* | 0.5 | 9 |
| 03/30/21 | Connor Hattersley | *Review IAC Diligence Documents* | 1.5 | 9 |
| | **March 1, 2021 - March 31, 2021 Total Hours** | | **172.5** | |

**<u>Exhibit B</u>**

**Expenses**

19-23649-shl Doc 2997 Filed 06/04/21 Entered 06/04/21 19:20:22 Main Document Pg 13 of 16

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|
| Baker Botts | $4,607.50 | 03/31/21 | Legal | Legal invoice from counsel |

**BAKER BOTTS L.L.P.**

Austin London
Brussels Moscow
Dallas New York
Dubai Palo Alto
Hong Kong Riyadh
**Houston** San Francisco
Washington

TAX ID 74-1195457

Jefferies LLC
520 Madison Avenue
New York, NY  10022
Attn:  Leon Szlezinger

| | |
|---|---|
| Invoice Number: | 1740897 |
| Invoice Date: | April 6, 2021 |
| Attorney: | R L Spigel |

Total fees for services and expenses for the matter shown below through March 31, 2021.

**082383.0108**
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/01/21 | J R Herz | 0.2 | Email R. Spigel concerning case status (.1); email K. Chen concerning next fee app (.1) |
| 03/10/21 | R M Fontenla | 3.4 | Emails with J. Herz regarding Fourth Interim Fee Application (0.3); revise same (3.1). |
| 03/10/21 | J R Herz | 0.7 | Review documents relating to next interim fee app. (.1); email R. Fontella re. same (.1); begin to draft fourth interim application (.2); review and revise Jan. 2021 fee statement based on input from Jefferies (.3). |
| 03/11/21 | J R Herz | 0.2 | Finalize Jan. 2021 fee statement (.1); email Akin team regarding same (.1). |
| 03/13/21 | J R Herz | 0.9 | Review and revise fourth interim fee app. |
| 03/13/21 | R L Spigel | 0.3 | Review 4th interim fee application and email with J. Herz re same |
| 03/14/21 | J R Herz | 0.1 | Email Jefferies team concerning interim fee app |
| 03/16/21 | J R Herz | 0.2 | Finalize fourth interim fee app. |
| 03/17/21 | J R Herz | 0.7 | Revise interim fee app. |
| 03/25/21 | J R Herz | 0.1 | Email L. Szlezinger concerning hearing on 4th Interim Fee App. |

| | | |
|---|---|---|
| **Matter Hours** | | 6.80 |
| **Matter Fees** | | $4,607.50 |

**BAKER BOTTS LLP**

JEFFERIES LLC  
Purdue Retention

Invoice No:       1740897  
Invoice Date:    April 6, 2021  
Matter:              082383.0108

### 2021 Lawyer Summary

| Timekeeper | HOURS | RATE | TOTAL |
|---|---|---|---|
| Herz, J R | 3.1 | 940.00 | 2,914.00 |
| Spigel, R L | 0.3 | 1,225.00 | 367.50 |
| | **3.4** | | **$3,281.50** |

### 2021 Non-Lawyer Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Fontenla, R M | 3.4 | 390.00 | 1,326.00 |
| | **3.4** | | **$1,326.00** |

| | |
|---|---|
| Total Current Fees | $4,607.50 |
| **Total Due This Invoice** | **$4,607.50** |

Page 2