Eisenberg & Baum, LLP
Michael S. Quinn
24 Union Square East, PH
New York, New York 10003
(212) 353-8700
*Counsel to the Ad Hoc Committee on Accountability*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*[1] | Case No.  19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**Initial Expert Witness Disclosure**

Pursuant to the Confirmation Schedule and Protocols, the Ad Hoc Committee on Accountability, by and through Undersigned Counsel, respectfully submits its Initial Expert Witness Disclosure and designates its initial experts and the subject of each experts' testimony as follows.  At the present time, the Committee on Accountability reasonably expects to offer the expert testimonies of the following professionals in the fields of medicine and public health:

Stephen Gelfand, MD
Myrtle Beach, South Carolina

Stephen Loyd, MD
Cedar Recovery, Chief Medical Officer
Middle Tennessee

The experts will offer evidence related to the feasibility of the Plan under 11 U.S.C § 1129(a)(11), ongoing harm, and the treatment of future claims.

Dated: June 7, 2021            Respectfully Submitted,
       New York, NY            Eisenberg & Baum, LLP

---

[1] The debtors in these chapter 11 cases ("Debtors" or "Purdue"), along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014) (collectively, the "Bankruptcy Cases").

-1-

-2-

By: <u>/s/ Michael S. Quinn</u>
Michael S. Quinn (mq-1640)
24 Union Square East, Fourth Floor
New York, New York  10003
(212) 353-8700
mquinn@eandblaw.com
*Counsel to Ad Hoc Committee on Accountability*

-2-