

# Atlantic Law Center

1335 S Ridgewood Ave
Holly Hill, FL 32117
(386) 256-3132 Fax (386) 281-3516
Raquel@AtlanticLawCenter.com

FILED
U.S. BANKRUPTCY COURT
2021 JUN -7 P 12: 05
S.D. OF N.Y.

June 1, 2021

Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

In re: PURDUE PHARMA L.P., et al.,

Claim #: 615495

To Whom It May Concern,

   This letter it is to state that Peter Arthur Yates is not represented by our offices and that all further communication should be directed solely to him. Our offices helped fill out his paperwork as a courtesy and do not represent him in his claim. Our offices are unaware of his last known physical address, his last known phone number is 407-756-8866.

Sincerely,

Raquel Levy, Esq.