FILED
U.S. BANKRUPTCY COURT
2021 JUN -9 P 12: 25
S.D. OF N.Y.

Mark Walker M10655
Sheridan Corr Center
4017 E. 2306 Rd.
Sheridan, Ill 60551

Honorable Judge Drian
U.S Bankruptcy Court
300 Quarropas St.
White Plains, NY 10601

RE: Purdue Pharma L.L.P   19-23649-rdd
claim #'s 22993, 23559   address change

Dear Judge.

    I'm not going to keep filing MOTIONS on accessing the Court, As I know your ~~busine~~ busy. I apologize for the runaway train my MOTION for contempt Sanctions became I just wanted you to understand how "out of control" Weston Ill. Cor. Center officials are and they need to be punished for the contempt, I'm not the only one they act this way too.

1/3

Further I wanted to inform the Court I was transferred to a new prison on 5/28/21 (address on cover pge) so if the Court issue(s) any Orders regarding the MOTION I could be served them.

I did file a grievance #21-1336 (reciept enclosed), I have not been able to photocopy thus-far, But will send copy so you can read prison official response

1. As For getting pleadings from web-site prison claimed they only had to get criminal pleadings and cited NO policy. That was a lie the prison uses the Pacer system for civil suits.

2. As for telephone appearance, Prison claimed the Court wanted "all day phone calls to the Court" and claimed it "was not feasable" for them. Again another lie, they're required to give us legal calls to the Courts and attorneys when requested by outside entities Again they cited "NO POLICY'S".

$\frac{2}{3}$

I did send Prime Clerk my new address in a letter, Hopefully that will work, I never did recieve the documents "PI claim questionare" they said they'd send, Nor any ballots either, FYI.

At any rate, I hope you would GRANT my MOTION and hold prison officials at WICC (Western) accountable for the refusal to follow your Court Order.

I will forward a copy of the Grievance for your review, if you would like.

Thank-you for taking the time with this letter and my MOTION, If you need to speak to me, this prison will set-up a incoming legal call by calling 815-496-2181 Warden Miles.

Have a great day...

Yours Truly

[signature]

3/3

# State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M10655 | **Counseling Date** | 05/19/21 11:15:09:233 |
| **Offender Name** | WALKER, MARK | **Type** | Collateral |
| **Current Admit Date** | 11/19/2018 | **Method** | Grievance |
| **MSR Date** | 09/22/2023 | **Location** | WIL CLINICAL SERVICES-YARD OFFICE |
| **HSE/GAL/CELL** | 02-D -17 | **Staff** | CRARY, LORI L., Office Coordinator |

Grievance office received grievance #21-1336 regarding staff conduct, dated 5/18/2021. Forward to counselor for response.

**Print Date** 5/19/2021

Refusal to follow Court Order

Mark Walker #M10655
Western Illinois Correctional Center
2500 Route 99 S.
Mount Sterling, IL 62353

April 24, 2021

Dear Mark,

Thank you for contacting Prime Clerk, the appointed claims and noticing agent for Purdue Pharma L.P.'s chapter 11 case.

If you have a medical emergency, please call 911 or go to the nearest emergency room.

In order to report an adverse event, please call +1 (888) 726-7535 and press 2 or email AEReport2@pharma.com. Please note, the Adverse Event Hotline cannot assist you with questions regarding filing a claim or the chapter 11 proceedings in general.

The requested amendments and supplements to the joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (the "Plan") and the Disclosure Statement for Chapter 11 Plan for Purdue Pharma L.P. and its Affiliated Debtors (the "Disclosure Statement") will be sent under separate cover. Though the Plan sets forth the proposed treatment of claims, the Plan remains subject to Court approval and as such is not binding. As the claims agent, Prime Clerk cannot speculate as to how the filing of the Plan may impact individual claims filed in the bankruptcy case.

The Debtors have not yet commenced the mailing of ballots. At this stage, no one has received a ballot. If the Court finds that the Disclosure Statement contains adequate information and makes all other necessary findings, after the Court enters the order approving the Disclosure Statement and solicitation procedures, Prime Clerk will commence solicitation by, among other things, mailing ballots to creditors entitled to vote and the notice of the timing of the confirmation hearing to all creditors and parties in interest.

If you are inquiring as to the Notice of Disclosure Statement Hearing [Docket No. 2494], please be sure to review the Notice in its entirety as well as the below information:

You are receiving the Notice of Disclosure Statement Hearing because Federal Bankruptcy Rules require that all known parties in interest be notified of certain milestone events in the Debtors' chapter 11 proceedings. This Notice is meant to inform you that on March 15, 2021, the Debtors filed their (i) Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [Docket No. 2487] (as may be amended from time to time, the "Plan"); (ii) Disclosure Statement for Chapter 11 Plan for Purdue Pharma L.P. and its Affiliated Debtors [Docket No. 2488] (as may be amended from time to time, the "Disclosure Statement"); and (iii) Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto (the "Disclosure Statement Motion").

Rev'd
5/10/21

The Notice of Disclosure Statement Hearing is also meant to inform you of certain dates and deadlines. Should you decide to take any action, please be sure to do so in accordance with any applicable procedures and file any response by the applicable deadline.

Further, the hearing to consider the approval of the Disclosure Statement Motion and among other things, (a) the adequacy of information in the Disclosure Statement, (b) Solicitation and Voting Procedures, (c) forms of Ballots, notices and notice procedures in connection there with and (d) certain dates with respect thereto, has been adjourned to May 15, 2021, at 10:00 a.m. (Prevailing Eastern Time). The Disclosure Statement Hearing may be continued from time to time by the Court or the Debtors without further notice other than by such adjournment being announced in open court, by Agenda Filed with the Court, and/or by a Notice of Adjournment Filed with the Court.

PLEASE NOTE: Objections to the Debtors' Disclosure Statement and Motion must be filed and served so that it is received no later than April 23, 2021, at 4:00 p.m. (Prevailing Eastern Time). *[handwritten annotation: "Purdue cheated me on this Objection ability"]*

PLEASE NOTE: that the Notice is intended for informational purposes and no action is necessary on your part upon receipt of the Notice.

A copy of the Notice, as well as other publicly available pleadings, may be obtained free of charge at: https://restructuring.primeclerk.com/purduepharma/Home-DocketInfo

For information regarding the Debtors' chapter 11 proceedings, please visit: https://restructuring.primeclerk.com/purduepharma/Home-Index

For further information, you may call the restructuring hotline toll-free at (844) 217-0912 or use the live chat feature at purduepharmaclaims.com/contact.html.

As the appointed claims and noticing agent to the Debtors, Prime Clerk is not authorized to provide legal or financial advice. We recommend you contact your own legal counsel. If you do not have legal representation, you may wish to contact counsel to the Unsecured Creditors' Committee for further action. The Official Committee of Unsecured Creditors (the "Committee") was appointed in these cases to represent the interests of all unsecured creditors. The Committee can be reached via Kurtzman Carson Consultants ("KCC"), the Information Agent for the Committee, at (888) 647-1738 (U.S./Canada) or (310) 751-2625 (International) or https://www.kccllc.net/purduecreditors/inquiry.

PLEASE NOTE: Prime Clerk is the appointed claims and noticing agent for Purdue Pharma L.P.'s chapter 11 case. As such, we are not permitted to provide legal or financial advice. Further, Prime Clerk is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.

Regards,

**Prime Clerk Inquiries**
Prime Clerk LLC, A Kroll Business

T: +1 844 217 0912
T: +1 347 859 8093

850 Third Avenue