UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.,*<br><br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**NINETEENTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM APRIL 1, 2021 THROUGH APRIL 30, 2021**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | April 1, 2021 through April 30, 2021 |
| Monthly Fees Incurred: | $415,904.00 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred: $0.00

Total Fees and Expenses Due: $415,904.00

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $304,959.20 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $410,916.00 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, and $15,000 were allocated evenly across fees from the first, second, third, and fourth interim period, respectively.

3

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from April 1, 2021 through and including April 30, 2021 (the "**Fee Period**") amount to:

   | | |
   |---|---:|
   | Professional Fees | $415,904.00 |
   | Expenses | 0.00 |
   | **TOTAL** | **$415,904.00** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---:|
   | Professional Fees at 80% | $332,723.00 |
   | Expenses at 100% | 0.00 |
   | **TOTAL** | **$332,723.00** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

**NOTICE AND OBJECTION PROCEDURES**

7. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than June 25, 2021 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

8. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
June 11, 2021

                                    FTI CONSULTING, INC.
Financial Advisors to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P.

By:   */s/ Matthew Diaz*
       Matthew Diaz, Senior Managing Director
       Three Times Square, 10th Floor
       New York, New York 10036
       Telephone: (212) 499-3611
       Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD APRIL 1, 2021 TO APRIL 30, 2021**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Sr. Managing Director | Restructuring | $ 1,120 | 84.8 | $ 94,976.00 |
| Joffe, Steven | Sr. Managing Director | Tax | $ 1,165 | 11.8 | $ 13,747.00 |
| Simms, Steven | Sr. Managing Director | Restructuring | $ 1,295 | 12.1 | $ 15,669.50 |
| Bromberg, Brian | Sr. Director | Restructuring | $ 850 | 204.6 | $ 173,831.00 |
| Kim, Ye Darm | Sr. Consultant | Restructuring | $ 635 | 110.7 | $ 70,294.50 |
| Kurtz, Emma | Sr. Consultant | Restructuring | $ 580 | 81.7 | $ 47,386.00 |
| **GRAND TOTAL** | | | | **505.7** | **$ 415,904.00** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD APRIL 1, 2021 TO APRIL 30, 2021**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 8.1 | $ 4,806.00 |
| 2 | Cash & Liquidity Analysis | 1.4 | 1,228.50 |
| 3 | Financing Matters (DIP, Exit, Other) | 1.7 | 1,424.00 |
| 6 | Asset Sales | 2.9 | 2,229.50 |
| 7 | Analysis of Domestic Business Plan | 7.2 | 6,597.00 |
| 10 | Analysis of Tax Issues | 17.6 | 18,452.00 |
| 14 | Analysis of Claims/Liab Subject to Compro | 3.3 | 2,784.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 256.8 | 200,791.50 |
| 18 | Review of Historical Transactions | 176.6 | 153,630.00 |
| 19 | Case Management | 1.5 | 1,156.00 |
| 20 | General Mtgs with Debtor & Debtors' Prof | 0.5 | 317.50 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 13.6 | 12,165.00 |
| 24 | Preparation of Fee Application | 14.5 | 10,323.00 |
| | **GRAND TOTAL** | **505.7** | **$ 415,904.00** |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2021 TO APRIL 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 4/1/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/5/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/6/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/7/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/8/2021 | Kurtz, Emma | 0.5 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/9/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/12/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/13/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/14/2021 | Kurtz, Emma | 0.4 | Review January flash report to evaluate year to date performance. |
| 1 | 4/14/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/14/2021 | Bromberg, Brian | 0.4 | Review monthly operating report. |
| 1 | 4/15/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/20/2021 | Kurtz, Emma | 0.6 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/21/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/22/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/23/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/26/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/27/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/28/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/29/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 4/30/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **8.1** | |
| 2 | 4/8/2021 | Diaz, Matthew | 0.7 | Review the Purdue estimated emergence cash presentation. |
| 2 | 4/8/2021 | Kim, Ye Darm | 0.7 | Review Alix emergence date cash flow presentation. |
| **2 Total** | | | **1.4** | |
| 3 | 4/2/2021 | Kim, Ye Darm | 0.6 | Participate in call with HL and PJT re: financing issues. |
| 3 | 4/2/2021 | Bromberg, Brian | 0.7 | Participate in call re: exit financing with PJT. |
| 3 | 4/5/2021 | Diaz, Matthew | 0.4 | Review projected cash flows associated with initial financing interests. |
| **3 Total** | | | **1.7** | |
| 6 | 4/28/2021 | Kim, Ye Darm | 2.1 | Review materials re: Project Ox. |
| 6 | 4/29/2021 | Diaz, Matthew | 0.8 | Review certain IAC sale materials. |
| **6 Total** | | | **2.9** | |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2021 TO APRIL 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 4/12/2021 | Diaz, Matthew | 0.5 | Review the business plan cost savings due diligence analysis. |
| 7 | 4/12/2021 | Bromberg, Brian | 1.0 | Review cost savings information presentation. |
| 7 | 4/14/2021 | Diaz, Matthew | 0.5 | Participate in a call with Alix to discuss the cost reduction study. |
| 7 | 4/14/2021 | Bromberg, Brian | 0.5 | Review cost saving diligence request list. |
| 7 | 4/14/2021 | Bromberg, Brian | 0.7 | Discuss cost savings diligence with Debtors. |
| 7 | 4/16/2021 | Diaz, Matthew | 0.9 | Review the disclosure statement projections from the Debtors. |
| 7 | 4/19/2021 | Kim, Ye Darm | 0.5 | Participate in call re: DS projections exhibits. |
| 7 | 4/19/2021 | Kim, Ye Darm | 0.8 | Review DS financial projections exhibits. |
| 7 | 4/20/2021 | Diaz, Matthew | 1.3 | Review the DS projections and related bridge to previous analysis reviewed. |
| 7 | 4/22/2021 | Kim, Ye Darm | 0.5 | Participate in call re: projections exhibits. |
| **7 Total** | | | **7.2** | |
| 10 | 4/2/2021 | Joffe, Steven | 1.1 | Participate in tax call with KPMG, Davis Polk. |
| 10 | 4/6/2021 | Joffe, Steven | 0.3 | Review cash distribution presentation re: tax implications. |
| 10 | 4/7/2021 | Joffe, Steven | 1.4 | Participate in tax call with AHC. |
| 10 | 4/8/2021 | Joffe, Steven | 1.1 | Particiate in call re: tax issues with AHC professionals. |
| 10 | 4/12/2021 | Joffe, Steven | 0.6 | Participate in call with Jersey counsel re: tax considerations. |
| 10 | 4/12/2021 | Joffe, Steven | 2.2 | Review KPMG munipharma decks re: tax analysis. |
| 10 | 4/12/2021 | Diaz, Matthew | 0.6 | Review the updated KPMG tax analysis. |
| 10 | 4/12/2021 | Kim, Ye Darm | 1.3 | Review tax presentations from KPMG. |
| 10 | 4/13/2021 | Joffe, Steven | 1.1 | Review Mundipharma memo re: tax considerations. |
| 10 | 4/13/2021 | Bromberg, Brian | 0.7 | Discuss tax implications of IAC sale with team. |
| 10 | 4/14/2021 | Joffe, Steven | 1.1 | Participate in AHC call regarding settlement negotiations and tax impact. |
| 10 | 4/15/2021 | Bromberg, Brian | 1.1 | Discuss IAC tax call with Debtor advisors and Norton Rose. |
| 10 | 4/16/2021 | Joffe, Steven | 1.0 | Participate in call with KPMG regarding Norton Rose tax calculations. |
| 10 | 4/16/2021 | Joffe, Steven | 0.6 | Participate in call with counsel regarding escrows. |
| 10 | 4/16/2021 | Kim, Ye Darm | 0.5 | Participate in call re: IAC pledge tax. |
| 10 | 4/16/2021 | Bromberg, Brian | 1.0 | Discuss IAC tax call with Debtor Advisors and UCC. |
| 10 | 4/16/2021 | Bromberg, Brian | 0.6 | Discuss pledge taxes on IAC equity. |
| 10 | 4/29/2021 | Joffe, Steven | 1.3 | Participate in AHC call re: updates on tax considerations. |
| **10 Total** | | | **17.6** | |
| 14 | 4/1/2021 | Kim, Ye Darm | 0.6 | Participate in call re: DOJ Claims Analysis. |
| 14 | 4/1/2021 | Diaz, Matthew | 0.5 | Participate in call with counsel to discuss the DOJ unsecured claim. |
| 14 | 4/1/2021 | Bromberg, Brian | 0.6 | Discuss DOJ claims with Houlihan Lokey. |
| 14 | 4/1/2021 | Kurtz, Emma | 0.6 | Attend call with counsel to discuss potential response to DOJ proposal. |
| 14 | 4/5/2021 | Diaz, Matthew | 0.5 | Participate in call with the Debtors to discuss the DOJ unsecured claim. |
| 14 | 4/5/2021 | Bromberg, Brian | 0.5 | Discuss DOJ claims with Debtors. |
| **14 Total** | | | **3.3** | |
| 16 | 2/14/2021 | Bromberg, Brian | 2.9 | Discuss and mark up counterproposal slides with team. |
| 16 | 2/14/2021 | Bromberg, Brian | 2.0 | Review revised Houlihan plan alternative strategy model. |
| 16 | 2/14/2021 | Bromberg, Brian | 1.8 | Finalize and send contribution agreement diligence list. |
| 16 | 2/14/2021 | Bromberg, Brian | 1.2 | Review comments on contribution agreement diligence. |
| 16 | 4/1/2021 | Diaz, Matthew | 0.6 | Review the updated recovery analysis. |
| 16 | 4/1/2021 | Kim, Ye Darm | 0.7 | Process revisions to the Attorneys fees allocation analysis. |
| 16 | 4/1/2021 | Kim, Ye Darm | 0.7 | Review collar mechanic breaking point detail. |
| 16 | 4/1/2021 | Kim, Ye Darm | 0.7 | Review updated disclosure statement and appendices. |
| 16 | 4/1/2021 | Bromberg, Brian | 1.0 | Review Attorney fees allocation analysis model. |
| 16 | 4/1/2021 | Bromberg, Brian | 1.0 | Review asset presentations to create outline of diligence presentation. |
| 16 | 4/2/2021 | Kim, Ye Darm | 0.8 | Prepare downside cash allocation scenarios. |
| 16 | 4/2/2021 | Kim, Ye Darm | 0.7 | Prepare summary excel to share with HL re: downside cash scenarios. |
| 16 | 4/2/2021 | Kim, Ye Darm | 0.8 | Review drafts of NOAT and TAFT agreements. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2021 TO APRIL 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 4/2/2021 | Bromberg, Brian | 1.9 | Review and respond to settlement acceleration questions. |
| 16 | 4/2/2021 | Bromberg, Brian | 2.9 | Review latest cash downside scenarios presentation. |
| 16 | 4/3/2021 | Kim, Ye Darm | 0.6 | Review HL summary of downside case cash flows. |
| 16 | 4/3/2021 | Kim, Ye Darm | 0.6 | Review HL's updated downside case cash forecast. |
| 16 | 4/3/2021 | Bromberg, Brian | 1.5 | Review latest downside scenarios with Houlihan. |
| 16 | 4/5/2021 | Simms, Steven | 0.4 | Participate in correspondence with team re: outstanding plan strategy items. |
| 16 | 4/5/2021 | Diaz, Matthew | 0.6 | Participate in a call with Alix to discuss the plan related emergence costs. |
| 16 | 4/5/2021 | Kim, Ye Darm | 0.5 | Participate in call re: plan emergence cost issues. |
| 16 | 4/5/2021 | Kurtz, Emma | 2.8 | Prepare analysis of A-side proposed payment groups' net assets by liquidity and location to include in settlement presentation. |
| 16 | 4/5/2021 | Kurtz, Emma | 1.8 | Prepare analysis of proposed settlement agreement covenants and collateral proposals for the A-side and B-side to incorporate into presentation. |
| 16 | 4/5/2021 | Bromberg, Brian | 1.8 | Draft settlement outstanding issues list. |
| 16 | 4/5/2021 | Bromberg, Brian | 1.8 | Review and edit latest asset summary presentation. |
| 16 | 4/5/2021 | Bromberg, Brian | 0.7 | Discuss D&O insurance points with Debtors. |
| 16 | 4/6/2021 | Kim, Ye Darm | 0.3 | Review HL analysis on distributable value waterfall. |
| 16 | 4/6/2021 | Kim, Ye Darm | 0.4 | Review HL distributable analysis re: insurance. |
| 16 | 4/6/2021 | Kurtz, Emma | 0.8 | Draft PEO clearance request list for Counsel re: settlement agreement presentation. |
| 16 | 4/6/2021 | Kurtz, Emma | 2.7 | Prepare revisions to settlement agreement presentation to reflect latest proposals from A-side per internal comments. |
| 16 | 4/6/2021 | Bromberg, Brian | 1.0 | Review the MDT operating budget. |
| 16 | 4/6/2021 | Bromberg, Brian | 1.8 | Review cash flow analysis on distributable value. |
| 16 | 4/6/2021 | Bromberg, Brian | 2.0 | Review A-Side asset backup files. |
| 16 | 4/6/2021 | Bromberg, Brian | 1.2 | Draft settlement outstanding issues list. |
| 16 | 4/6/2021 | Bromberg, Brian | 0.6 | Discuss outstanding issues list with Debtors and UCC. |
| 16 | 4/6/2021 | Simms, Steven | 0.4 | Participate in correspondence re: insurance items. |
| 16 | 4/7/2021 | Diaz, Matthew | 0.6 | Review open plan issues and related next steps. |
| 16 | 4/7/2021 | Kim, Ye Darm | 0.8 | Review amended plan and governance term sheet. |
| 16 | 4/7/2021 | Kurtz, Emma | 2.4 | Prepare revisions to presentation re: Sackler settlement agreement per comments from Counsel. |
| 16 | 4/7/2021 | Bromberg, Brian | 0.5 | Review Houlihan revisions on Settlement agreement deck. |
| 16 | 4/7/2021 | Bromberg, Brian | 2.5 | Revise recommendation list for presentation. |
| 16 | 4/8/2021 | Diaz, Matthew | 1.3 | Participate in a call with the AHC due diligence subcommittee to discuss open plan issues. |
| 16 | 4/8/2021 | Kim, Ye Darm | 0.5 | Participate in call re: private settlement sensitivities analysis. |
| 16 | 4/8/2021 | Kim, Ye Darm | 0.9 | Process updates to settlement acceleration analysis. |
| 16 | 4/8/2021 | Kim, Ye Darm | 1.1 | Continue processing updates to settlement acceleration analysis. |
| 16 | 4/8/2021 | Kim, Ye Darm | 0.9 | Review HL analysis on emergence cash estimate. |
| 16 | 4/8/2021 | Kurtz, Emma | 2.1 | Prepare revisions to analysis of settlement agreement to evaluate A-side US assets and coverage of payment obligations. |
| 16 | 4/8/2021 | Kurtz, Emma | 0.6 | Discuss internally re: diligence received regarding Sackler settlement agreement and additional diligence requests to make. |
| 16 | 4/8/2021 | Bromberg, Brian | 1.5 | Review A Side asset backup files. |
| 16 | 4/8/2021 | Bromberg, Brian | 0.8 | Discuss settlement agreement language with counsel. |
| 16 | 4/8/2021 | Bromberg, Brian | 2.3 | Review A Side asset backup files and selected asset sample. |
| 16 | 4/8/2021 | Bromberg, Brian | 1.0 | Discuss A Side diligence with UCC and Debtors. |
| 16 | 4/8/2021 | Bromberg, Brian | 1.2 | Prepare responses to follow up diligence questions on domestic business plan. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2021 TO APRIL 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 4/9/2021 | Diaz, Matthew | 1.6 | Review the updated disclosure statement. |
| 16 | 4/9/2021 | Kurtz, Emma | 2.9 | Prepare revisions to analysis of settlement agreement re: A-side net assets coverage to reflect the latest net assets information received from Huron. |
| 16 | 4/9/2021 | Bromberg, Brian | 2.0 | Review updated asset coverage analysis. |
| 16 | 4/9/2021 | Bromberg, Brian | 0.9 | Discuss outstanding diligence items with Debtor and UCC advisors. |
| 16 | 4/9/2021 | Bromberg, Brian | 1.0 | Discuss emergence cash and plan issues with Debtors and prepare summary. |
| 16 | 4/9/2021 | Bromberg, Brian | 1.1 | Finalize and send asset diligence request list to Huron. |
| 16 | 4/9/2021 | Simms, Steven | 0.4 | Participate in correspondence on case items re: Plan issues. |
| 16 | 4/11/2021 | Bromberg, Brian | 3.0 | Review latest draft of the Sackler Contribution Agreement. |
| 16 | 4/12/2021 | Simms, Steven | 0.6 | Participate in correspondence with team re: outstanding plan strategy items. |
| 16 | 4/12/2021 | Diaz, Matthew | 1.6 | Review the updated plan analysis re: Sackler contribution agreement. |
| 16 | 4/12/2021 | Kim, Ye Darm | 1.2 | Review latest Alix settlement agreement build walkthrough excel. |
| 16 | 4/12/2021 | Kim, Ye Darm | 0.3 | Review one-pager re: MDT operating reserve. |
| 16 | 4/12/2021 | Kurtz, Emma | 2.7 | Prepare revisions to settlement agreement analysis presentation to reflect updated A-side Group 8 proposal. |
| 16 | 4/12/2021 | Kurtz, Emma | 1.9 | Prepare revisions to settlement agreement presentation to reflect latest covenants and collaterals proposals. |
| 16 | 4/12/2021 | Kurtz, Emma | 2.6 | Prepare analysis of asset location by country for A-side proposed obligors to evaluate US and ex-US assets. |
| 16 | 4/12/2021 | Kurtz, Emma | 1.1 | Prepare revisions to settlement agreement analysis presentation per internal comments. |
| 16 | 4/12/2021 | Bromberg, Brian | 3.2 | Review latest A Side asset supporting information. |
| 16 | 4/12/2021 | Bromberg, Brian | 0.9 | Participate in call re: Jersey asset security. |
| 16 | 4/12/2021 | Bromberg, Brian | 1.1 | Review analysis re: emergence cash uses. |
| 16 | 4/12/2021 | Bromberg, Brian | 1.5 | Review Sackler settlement language in contribution agreement. |
| 16 | 4/12/2021 | Kurtz, Emma | 0.7 | Attend call with UCC Jersey Counsel to discuss settlement agreement re: collateral and covenants enforcement in Jersey trusts. |
| 16 | 4/13/2021 | Simms, Steven | 0.6 | Participate in call re: outstanding abatement issues |
| 16 | 4/13/2021 | Kim, Ye Darm | 0.3 | Participate in call w/ Jersey counsel. |
| 16 | 4/13/2021 | Kim, Ye Darm | 1.0 | Participate in call re: abatement term sheet. |
| 16 | 4/13/2021 | Bromberg, Brian | 0.6 | Discuss Jersey law security considerations. |
| 16 | 4/13/2021 | Bromberg, Brian | 1.1 | Participate in call regarding A side offers. |
| 16 | 4/13/2021 | Bromberg, Brian | 1.4 | Review latest A Side asset support information. |
| 16 | 4/13/2021 | Bromberg, Brian | 1.2 | Discuss abatement term sheet with clients. |
| 16 | 4/13/2021 | Bromberg, Brian | 0.9 | Review latest draft of plan documents. |
| 16 | 4/13/2021 | Bromberg, Brian | 1.0 | Review A Side asset backup information. |
| 16 | 4/13/2021 | Kurtz, Emma | 0.8 | Participate in call with UCC Jersey counsel to discuss settlement agreement proposal and methods of enforcement of Jersey trusts and assets. |
| 16 | 4/13/2021 | Kurtz, Emma | 0.4 | Draft summary of call with UCC Jersey Counsel to share insights with team. |
| 16 | 4/14/2021 | Kim, Ye Darm | 1.0 | Participate in call re: abatement term sheet issues. |
| 16 | 4/14/2021 | Kim, Ye Darm | 0.9 | Review latest abatement term sheet draft. |
| 16 | 4/14/2021 | Kurtz, Emma | 1.7 | Prepare revisions to settlement agreement analysis presentation to reflect latest verbal offer from A-side Group 2. |
| 16 | 4/14/2021 | Kurtz, Emma | 1.6 | Prepare revisions to settlement agreement analysis presentation per internal comments. |
| 16 | 4/14/2021 | Bromberg, Brian | 0.9 | Discuss asset diligence with Huron consulting. |
| 16 | 4/14/2021 | Bromberg, Brian | 0.7 | Review provided dataroom information. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2021 TO APRIL 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 4/14/2021 | Bromberg, Brian | 1.4 | Review latest version of coverage presentation. |
| 16 | 4/14/2021 | Bromberg, Brian | 1.5 | Participate in Committee call re: coverage. |
| 16 | 4/14/2021 | Bromberg, Brian | 1.0 | Participate in call with A Side Counsel re: asset coverage. |
| 16 | 4/14/2021 | Kurtz, Emma | 0.9 | Attend call with Huron to discuss settlement agreement and related diligence processes. |
| 16 | 4/15/2021 | Kurtz, Emma | 1.5 | Attend call with advisors to discuss potential counters to proposed settlement agreement. |
| 16 | 4/15/2021 | Bromberg, Brian | 1.0 | Participate in call with A Side Counsel re: asset collateral. |
| 16 | 4/16/2021 | Diaz, Matthew | 1.5 | Review the updated draft plan. |
| 16 | 4/16/2021 | Kim, Ye Darm | 1.2 | Review draft of financial projections exhibit from Alix. |
| 16 | 4/16/2021 | Bromberg, Brian | 1.1 | Review sample methodology for asset testing. |
| 16 | 4/16/2021 | Bromberg, Brian | 1.9 | Review latest A Side asset diligence analysis. |
| 16 | 4/16/2021 | Bromberg, Brian | 0.6 | Participate in call with Huron re: diligence requests. |
| 16 | 4/17/2021 | Kim, Ye Darm | 0.5 | Review HL observations re: financial projections exhibit. |
| 16 | 4/17/2021 | Bromberg, Brian | 3.0 | Review financial projection disclosure statement exhibits. |
| 16 | 4/18/2021 | Bromberg, Brian | 2.0 | Continue review of financial projection disclosure statement exhibits. |
| 16 | 4/19/2021 | Kim, Ye Darm | 0.3 | Review org chart of Purdue entities. |
| 16 | 4/19/2021 | Simms, Steven | 0.8 | Participate in correspondence with team re: outstanding plan items. |
| 16 | 4/19/2021 | Diaz, Matthew | 0.5 | Participate in a call with counsel to review the MDT reserve. |
| 16 | 4/19/2021 | Kim, Ye Darm | 1.0 | Participate in call re: M&A diligence workplan. |
| 16 | 4/19/2021 | Kim, Ye Darm | 1.1 | Participate in call with HL re: M&A diligence workplan. |
| 16 | 4/19/2021 | Kim, Ye Darm | 0.6 | Participate in call re: MDT costs. |
| 16 | 4/19/2021 | Bromberg, Brian | 1.1 | Discuss effectuation of NewCo asset transfers. |
| 16 | 4/19/2021 | Bromberg, Brian | 0.6 | Discuss MDT and TopCo costs with internal team. |
| 16 | 4/19/2021 | Bromberg, Brian | 0.9 | Make revisions to cost estimates analysis. |
| 16 | 4/19/2021 | Bromberg, Brian | 1.9 | Review financial projection disclosure statement exhibit. |
| 16 | 4/19/2021 | Bromberg, Brian | 0.7 | Discuss MDT and TopCo costs with Debtors. |
| 16 | 4/19/2021 | Bromberg, Brian | 0.4 | Discuss NewCo transfer with Houlihan. |
| 16 | 4/20/2021 | Kim, Ye Darm | 0.5 | Review A-side collateral support materials from Huron. |
| 16 | 4/20/2021 | Kim, Ye Darm | 0.7 | Review latest bridge analysis re: NOAT distributions. |
| 16 | 4/20/2021 | Bromberg, Brian | 2.0 | Prepare analysis to bridge distributions from disclosure statement. |
| 16 | 4/20/2021 | Bromberg, Brian | 1.0 | Prepare commentary on Debtors' financial projections. |
| 16 | 4/20/2021 | Bromberg, Brian | 1.7 | Finalize and send bridge analysis to counsel. |
| 16 | 4/20/2021 | Bromberg, Brian | 1.4 | Review collateral term sheet markup. |
| 16 | 4/21/2021 | Simms, Steven | 0.6 | Participate in correspondence re: plan issues with counsel. |
| 16 | 4/21/2021 | Kim, Ye Darm | 0.9 | Participate in call re: M&A diligence questions. |
| 16 | 4/21/2021 | Kim, Ye Darm | 0.4 | Review HL's M&A diligence list tracker. |
| 16 | 4/21/2021 | Kim, Ye Darm | 0.7 | Review latest draft financial projections exhibit from Alix. |
| 16 | 4/21/2021 | Kurtz, Emma | 0.9 | Review proposed diligence topics re: process of proposed asset transfers to NewCo per the plan. |
| 16 | 4/21/2021 | Bromberg, Brian | 1.9 | Review collateral term sheet markup. |
| 16 | 4/21/2021 | Bromberg, Brian | 1.0 | Review asset diligence requests for B Side. |
| 16 | 4/21/2021 | Bromberg, Brian | 1.0 | Discuss NewCo transfer with Houlihan. |
| 16 | 4/21/2021 | Bromberg, Brian | 0.7 | Discuss diligence requests of B Side with UCC. |
| 16 | 4/21/2021 | Simms, Steven | 0.7 | Participate in call re: preparation for hearing on plan issues. |
| 16 | 4/21/2021 | Kurtz, Emma | 0.9 | Attend call with the UCC advisors to discuss settlement agreement proposals and potential responses. |
| 16 | 4/22/2021 | Kim, Ye Darm | 0.5 | Participate in call re: M&A diligence questions. |
| 16 | 4/22/2021 | Kim, Ye Darm | 0.5 | Participate in call re: M&A diligence resources. |
| 16 | 4/22/2021 | Diaz, Matthew | 1.9 | Review the latest DS financial projections. |
| 16 | 4/22/2021 | Kim, Ye Darm | 0.7 | Review latest financial projections exhibit from Alix. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2021 TO APRIL 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 4/22/2021 | Kurtz, Emma | 0.6 | Prepare updates to A-side settlement agreement assets diligence tracker to reflect latest information provided by the A-side. |
| 16 | 4/22/2021 | Kurtz, Emma | 1.3 | Draft diligence request list re: asset transfer to NewCo contemplated in the plan. |
| 16 | 4/22/2021 | Kurtz, Emma | 0.8 | Review clarification from Huron re: IACs included in contribution agreement to evaluate response. |
| 16 | 4/22/2021 | Kurtz, Emma | 0.8 | Prepare revisions to draft diligence request list re: asset transfers to NewCo per internal comments. |
| 16 | 4/22/2021 | Kurtz, Emma | 0.9 | Draft questions to Huron re: remaining known IACs excluded from the settlement agreement exhibits. |
| 16 | 4/22/2021 | Bromberg, Brian | 1.8 | Review Debtors' valuation and liquidation analysis exhibits. |
| 16 | 4/22/2021 | Bromberg, Brian | 0.3 | Participate in discussion re: NewCo transfer with internal team. |
| 16 | 4/22/2021 | Bromberg, Brian | 1.0 | Discuss asset diligence requests of B Side with Milbank. |
| 16 | 4/22/2021 | Bromberg, Brian | 0.6 | Continue discussion of NewCo transfer with team. |
| 16 | 4/22/2021 | Bromberg, Brian | 2.5 | Review diligence questions on NewCo transfer. |
| 16 | 4/22/2021 | Bromberg, Brian | 0.7 | Participate in discussion of DS valuation exhibit with Debtors. |
| 16 | 4/22/2021 | Bromberg, Brian | 2.2 | Process revisions to the DS projections bridge analysis. |
| 16 | 4/22/2021 | Simms, Steven | 0.6 | Participate in correspondence re: revisions to plan items. |
| 16 | 4/22/2021 | Bromberg, Brian | 0.7 | Review latest IAC entities list for settlement. |
| 16 | 4/23/2021 | Diaz, Matthew | 1.5 | Review post emergence planning due diligence list and work plan. |
| 16 | 4/23/2021 | Kim, Ye Darm | 0.8 | Review draft of latest abatement term sheet and trust agreement documents. |
| 16 | 4/23/2021 | Simms, Steven | 0.5 | Participate in correspondence on case items re: settlement negotiations. |
| 16 | 4/25/2021 | Bromberg, Brian | 1.5 | Participate in discussion re: A Side proposals with counsel. |
| 16 | 4/25/2021 | Bromberg, Brian | 2.5 | Participate in discussion of A Side proposals with counsel and Debevoise. |
| 16 | 4/26/2021 | Diaz, Matthew | 0.6 | Review the post emergence plan due diligence list. |
| 16 | 4/26/2021 | Kim, Ye Darm | 0.5 | Participate in call re: M&A diligence questions. |
| 16 | 4/26/2021 | Kim, Ye Darm | 0.5 | Review updated M&A diligence request list. |
| 16 | 4/26/2021 | Diaz, Matthew | 0.5 | Review the disclosure statement objection summaries. |
| 16 | 4/26/2021 | Kurtz, Emma | 0.8 | Incorporate internal comments into draft diligence list re: plan of reorganization NewCo transaction. |
| 16 | 4/26/2021 | Kurtz, Emma | 0.8 | Review latest B-side support documents provided and latest A-side verbal offers to understand changes to settlement agreement. |
| 16 | 4/26/2021 | Bromberg, Brian | 2.7 | Review latest B Side collateral proposal. |
| 16 | 4/26/2021 | Bromberg, Brian | 2.0 | Review diligence questions on NewCo transfer. |
| 16 | 4/26/2021 | Bromberg, Brian | 0.5 | Review updated settlement list of IACs. |
| 16 | 4/27/2021 | Kim, Ye Darm | 2.9 | Build additional functionality to Sackler contribution model. |
| 16 | 4/27/2021 | Kim, Ye Darm | 1.8 | Process updates to the Sackler Contribution model. |
| 16 | 4/27/2021 | Kim, Ye Darm | 1.0 | Prepare updated net distributable value slides re: delayed scenarios. |
| 16 | 4/27/2021 | Kurtz, Emma | 2.7 | Prepare analysis of collateral proposal to evaluate proposed assets and supporting statements to verify coverage of B-side obligations. |
| 16 | 4/27/2021 | Kurtz, Emma | 1.4 | Prepare analysis of historical returns and volatility of investment vehicles included in the B-side collateral proposals. |
| 16 | 4/27/2021 | Kurtz, Emma | 1.3 | Prepare presentation summarizing B-side collateral proposal and analysis of proposed assets to include. |
| 16 | 4/27/2021 | Bromberg, Brian | 2.2 | Review latest Settlement Agreement draft. |
| 16 | 4/27/2021 | Bromberg, Brian | 1.9 | Review contribution payment model mechanics. |
| 16 | 4/27-2021 | Bromberg, Brian | 0.6 | Discuss B Side collateral analysis with team. |
| 16 | 4/27/2021 | Bromberg, Brian | 1.5 | Review latest B Side collateral proposal. |
| 16 | 4/27/2021 | Bromberg, Brian | 1.1 | Discuss Sackler diligence with advisors of Debtors and UCC. |
| 16 | 4/27/2021 | Bromberg, Brian | 1.2 | Participate in discussion re: delayed payment analysis. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2021 TO APRIL 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 4/27/2021 | Bromberg, Brian | 1.4 | Review draft of the delayed payment analysis. |
| 16 | 4/27/2021 | Simms, Steven | 0.6 | Review presentation on outstanding plan items |
| 16 | 4/28/2021 | Kim, Ye Darm | 1.2 | Prepare updated slides and model re: delayed scenarios. |
| 16 | 4/28/2021 | Kim, Ye Darm | 1.3 | Prepare first draft of notes re: Sackler contribution model scenarios. |
| 16 | 4/28/2021 | Kim, Ye Darm | 0.8 | Update delayed scenarios for HL comments. |
| 16 | 4/28/2021 | Kim, Ye Darm | 0.9 | Update contribution model to include summary walkthroughs. |
| 16 | 4/28/2021 | Kurtz, Emma | 2.1 | Review revised draft Sackler settlement agreement to evaluate changes. |
| 16 | 4/28/2021 | Bromberg, Brian | 1.0 | Discuss delayed payment analysis with team. |
| 16 | 4/28/2021 | Bromberg, Brian | 1.3 | Discuss delayed payment analysis with Houlihan. |
| 16 | 4/28/2021 | Bromberg, Brian | 2.8 | Review updated delayed payment model. |
| 16 | 4/28/2021 | Bromberg, Brian | 2.0 | Prepare write-up for walk-through of payment model. |
| 16 | 4/28/2021 | Bromberg, Brian | 1.1 | Continue to review latest version of the payment model. |
| 16 | 4/28/2021 | Bromberg, Brian | 1.2 | Finalize and send delayed payment analysis to counsel. |
| 16 | 4/29/2021 | Kim, Ye Darm | 1.2 | Review updated model re: Sackler settlement analysis. |
| 16 | 4/29/2021 | Kurtz, Emma | 1.3 | Review revised obligor and collateral proposals from A-side Groups 2 and 3 to evaluate changes to coverage. |
| 16 | 4/29/2021 | Bromberg, Brian | 1.8 | Review latest A Side asset and collateral offers. |
| 16 | 4/29/2021 | Bromberg, Brian | 1.3 | Review payment mechanic scenarios. |
| 16 | 4/29/2021 | Bromberg, Brian | 1.3 | Review updated payment model scenarios. |
| 16 | 4/29/2021 | Bromberg, Brian | 1.3 | Participate in Committee call re: ongoing asset diligence. |
| 16 | 4/29/2021 | Bromberg, Brian | 1.2 | Participate in discussion re: slides to prepare on diligence updates. |
| 16 | 4/30/2021 | Simms, Steven | 0.6 | Participate in correspondence re: outstanding Sackler issues. |
| 16 | 4/30/2021 | Kim, Ye Darm | 0.3 | Review updated M&A diligence list. |
| 16 | 4/30/2021 | Kim, Ye Darm | 2.8 | Update Sackler contribution model for tax rate sensitivities. |
| 16 | 4/30/2021 | Kurtz, Emma | 1.2 | Review updated obligor, covenants, and collateral proposals received from A-side groups 1, 5 and 6. |
| 16 | 4/30/2021 | Kurtz, Emma | 2.8 | Prepare analysis of latest A-side obligor proposals to evaluate coverage of settlement obligations. |
| 16 | 4/30/2021 | Kurtz, Emma | 1.6 | Prepare analysis of latest A-side covenants and collateral proposals to compare to previously requested changes. |
| 16 | 4/30/2021 | Kurtz, Emma | 1.4 | Prepare presentation analyzing latest A-side and B-side obligor, covenants, and collateral proposals. |
| 16 | 4/30/2021 | Bromberg, Brian | 0.8 | Participate in discussion re: slides to prepare on diligence updates. |
| 16 | 4/30/2021 | Bromberg, Brian | 2.0 | Review latest draft of diligence update slides. |
| 16 | 4/30/2021 | Bromberg, Brian | 2.2 | Process revision to diligence update slides. |
| 16 | 4/30/2021 | Bromberg, Brian | 0.9 | Review updated Sackler payment mechanics. |
| **16 Total** | | | **256.8** | |
| 18 | 4/1/2021 | Bromberg, Brian | 1.5 | Prepare response to counsel questions on Sackler assets. |
| 18 | 4/1/2021 | Bromberg, Brian | 1.0 | Participate in call with Sackler, Debtor, AHC, and UCC Counsel re: Sackler offers. |
| 18 | 4/1/2021 | Bromberg, Brian | 0.7 | Summarize key points for the Sackler offers call for internal distribution. |
| 18 | 4/1/2021 | Diaz, Matthew | 1.4 | Review the latest Sackler contribution analysis. |
| 18 | 4/2/2021 | Bromberg, Brian | 1.7 | Review older presentation re: Sackler offers and process updates. |
| 18 | 4/2/2021 | Bromberg, Brian | 2.5 | Finalize and send draft of Sackler asset presentation. |
| 18 | 4/2/2021 | Diaz, Matthew | 1.4 | Review the presentation to the AHC on the Sackler contribution agreement. |
| 18 | 4/2/2021 | Kim, Ye Darm | 2.1 | Update Sackler asset analysis figures for latest proposals. |
| 18 | 4/2/2021 | Kim, Ye Darm | 1.1 | Prepare summary slides re: updated Sackler asset proposals. |
| 18 | 4/3/2021 | Bromberg, Brian | 1.5 | Review and send updated draft of Sackler asset presentation. |
| 18 | 4/3/2021 | Kim, Ye Darm | 0.9 | Process updates to Sackler asset proposal presentation slides. |
| 18 | 4/4/2021 | Bromberg, Brian | 3.5 | Process edits to Sackler asset presentation. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2021 TO APRIL 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 4/5/2021 | Kim, Ye Darm | 1.5 | Prepare summary slide re: Sackler contribution and pledged asset outstanding issues. |
| 18 | 4/5/2021 | Kurtz, Emma | 2.6 | Prepare revisions to presentation for the AHC re: proposed Sackler settlement agreement per internal comments. |
| 18 | 4/5/2021 | Bromberg, Brian | 1.8 | Review comments on Sackler asset presentation. |
| 18 | 4/5/2021 | Bromberg, Brian | 0.6 | Discuss Sackler asset presentation with team. |
| 18 | 4/5/2021 | Bromberg, Brian | 3.2 | Process revisions to the Sackler asset report. |
| 18 | 4/5/2021 | Bromberg, Brian | 1.0 | Discuss Sackler asset diligence with UCC and Debtors. |
| 18 | 4/5/2021 | Bromberg, Brian | 1.0 | Discuss latest Sackler asset presentation with internal team. |
| 18 | 4/5/2021 | Diaz, Matthew | 0.9 | Detail review of the Side B collateral proposal. |
| 18 | 4/5/2021 | Diaz, Matthew | 1.9 | Perform detailed review of the presentation to the AHC on the coverage and other asset categories. |
| 18 | 4/5/2021 | Diaz, Matthew | 0.5 | Participate in a call with Alix/Province to discuss the settlement due diligence analysis. |
| 18 | 4/5/2021 | Diaz, Matthew | 2.1 | Perform detailed review of the updated AHC Presentation on the Sackler contribution agreement. |
| 18 | 4/5/2021 | Diaz, Matthew | 0.8 | Review the scenario examples re: the contribution agreement. |
| 18 | 4/5/2021 | Kim, Ye Darm | 0.6 | Participate in call re: coverage analysis. |
| 18 | 4/5/2021 | Kim, Ye Darm | 0.5 | Participate in call re: coverage analysis model. |
| 18 | 4/5/2021 | Kim, Ye Darm | 0.5 | Participate in call re: sample for Sackler assets. |
| 18 | 4/5/2021 | Kim, Ye Darm | 1.1 | Review latest draft of asset coverage presentation. |
| 18 | 4/5/2021 | Kurtz, Emma | 0.5 | Attend call with Alix and Province to discuss the proposed settlement agreement and the A-side and B-side asset proposals. |
| 18 | 4/6/2021 | Bromberg, Brian | 1.4 | Review comments and revisions to Sackler asset presentation. |
| 18 | 4/6/2021 | Bromberg, Brian | 0.9 | Review PEO information in Sackler asset presentation slides. |
| 18 | 4/6/2021 | Diaz, Matthew | 0.4 | Draft correspondence to counsel on the status of the Sackler settlement agreement. |
| 18 | 4/6/2021 | Diaz, Matthew | 1.4 | Participate in a call with counsel to discuss the Sackler presentation to the AHC. |
| 18 | 4/6/2021 | Diaz, Matthew | 0.5 | Participate in a call with Alix to discuss the Sackler settlement agreement. |
| 18 | 4/6/2021 | Diaz, Matthew | 0.4 | Participate in a call with Province to discuss the Sackler settlement agreement. |
| 18 | 4/6/2021 | Diaz, Matthew | 3.4 | Detail review and editing of the Sackler settlement agreement presentation to the Committee. |
| 18 | 4/6/2021 | Diaz, Matthew | 1.3 | Review the updated A side financial statements. |
| 18 | 4/6/2021 | Kim, Ye Darm | 1.2 | Review credit support proposal excel files. |
| 18 | 4/7/2021 | Bromberg, Brian | 1.1 | Process revisions to presentation on Sackler assets. |
| 18 | 4/7/2021 | Bromberg, Brian | 1.0 | Review the largest Sackler asset summary analysis. |
| 18 | 4/7/2021 | Bromberg, Brian | 1.4 | Discuss Sackler asset presentation updates with team. |
| 18 | 4/7/2021 | Bromberg, Brian | 1.7 | Revise Sackler asset presentation for internal comments. |
| 18 | 4/7/2021 | Bromberg, Brian | 1.5 | Participate in AHC call re: Sackler asset diligence. |
| 18 | 4/7/2021 | Diaz, Matthew | 1.5 | Participate in a call with the lawyers to review the AHC presentation re: Sackler assets. |
| 18 | 4/7/2021 | Diaz, Matthew | 0.7 | Participate in a call with the lawyers to prepare for the AHC call re: Sackler diligence. |
| 18 | 4/7/2021 | Diaz, Matthew | 3.6 | Perform final review and revisions of the Sackler settlement presentation. |
| 18 | 4/7/2021 | Diaz, Matthew | 1.5 | Develop possible recommendations for the Sackler settlement presentation. |
| 18 | 4/7/2021 | Kim, Ye Darm | 1.3 | Participate in call re: Sackler asset coverage. |
| 18 | 4/7/2021 | Kim, Ye Darm | 0.6 | Participate in call re: coverage analysis updates. |
| 18 | 4/7/2021 | Kim, Ye Darm | 2.2 | Prepare summary analysis of key A-side assets for review. |
| 18 | 4/7/2021 | Kim, Ye Darm | 1.8 | Process updates to key A-side asset summary analysis. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2021 TO APRIL 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 4/7/2021 | Kim, Ye Darm | 0.6 | Review B-side asset selection analysis. |
| 18 | 4/8/2021 | Bromberg, Brian | 1.1 | Prepare list of additional sample assets for Sackler counsel. |
| 18 | 4/8/2021 | Diaz, Matthew | 0.6 | Review the proposed A-Side asset sample. |
| 18 | 4/8/2021 | Diaz, Matthew | 1.1 | Review the updated presentation on the Sackler settlement, per changes from the call with the AHC. |
| 18 | 4/8/2021 | Diaz, Matthew | 0.8 | Review Sackler open due diligence items and coordinate with Province/Alix. |
| 18 | 4/8/2021 | Kim, Ye Darm | 1.5 | Participate in call re: diligence on Sackler assets and related requests. |
| 18 | 4/8/2021 | Kim, Ye Darm | 0.6 | Participate in call re: A-side asset list. |
| 18 | 4/8/2021 | Kim, Ye Darm | 1.8 | Process updated summary analysis re: key A-side assets. |
| 18 | 4/8/2021 | Kim, Ye Darm | 0.9 | Process revisions to A-side asset summary analysis. |
| 18 | 4/8/2021 | Kim, Ye Darm | 0.8 | Process revisions to A-side key asset summary analysis. |
| 18 | 4/8/2021 | Kim, Ye Darm | 0.7 | Process additional revisions to key asset summary analysis. |
| 18 | 4/8/2021 | Kim, Ye Darm | 0.8 | Review UCC list of side A assets to test. |
| 18 | 4/9/2021 | Bromberg, Brian | 3.2 | Review summary of Sackler asset categories and supporting excel analysis. |
| 18 | 4/9/2021 | Bromberg, Brian | 0.6 | Continue review of Sackler asset coverage analysis. |
| 18 | 4/9/2021 | Diaz, Matthew | 1.0 | Participate in a call with Province and Alix to discuss the A side asset analysis. |
| 18 | 4/9/2021 | Diaz, Matthew | 0.5 | Research and revise email to Huron on open due diligence. |
| 18 | 4/9/2021 | Diaz, Matthew | 0.7 | Review the updated A-side asset analysis. |
| 18 | 4/9/2021 | Kim, Ye Darm | 1.0 | Participate in call re: A-side asset backup selection. |
| 18 | 4/9/2021 | Kim, Ye Darm | 1.8 | Prepare consolidated list of selected A-side assets for review. |
| 18 | 4/9/2021 | Kim, Ye Darm | 2.1 | Prepare coverage analysis of domestic assets and updated key asset list. |
| 18 | 4/9/2021 | Kurtz, Emma | 0.6 | Attend call with Alix and Province to discuss Sackler settlement agreement diligence re: proposed payment groups' net assets. |
| 18 | 4/12/2021 | Kim, Ye Darm | 1.6 | Review Sackler credit proposal term sheet and exhibits. |
| 18 | 4/12/2021 | Bromberg, Brian | 2.0 | Review updated presentation slides re: Sackler assets. |
| 18 | 4/12/2021 | Bromberg, Brian | 1.5 | Review updated Sackler asset presentation. |
| 18 | 4/12/2021 | Diaz, Matthew | 1.6 | Review the updated Sackler due diligence analysis. |
| 18 | 4/12/2021 | Kim, Ye Darm | 0.7 | Review A-side group credit support proposal. |
| 18 | 4/13/2021 | Diaz, Matthew | 0.9 | Participate in a call with the A-Side on the credit support package. |
| 18 | 4/13/2021 | Diaz, Matthew | 1.7 | Review the updated Sackler diligence analysis. |
| 18 | 4/14/2021 | Bromberg, Brian | 1.0 | Discuss Sackler asset report with counsel. |
| 18 | 4/14/2021 | Bromberg, Brian | 2.7 | Review latest version of Sackler asset presentation. |
| 18 | 4/14/2021 | Diaz, Matthew | 1.4 | Participate in a call with the A-side to discuss the Sackler settlement. |
| 18 | 4/14/2021 | Diaz, Matthew | 0.6 | Participate in a call with the AHC to discuss the Sackler settlement, plan and outstanding diligence. |
| 18 | 4/14/2021 | Diaz, Matthew | 0.9 | Participate in a call with counsel to discuss the Sackler settlement and related next steps. |
| 18 | 4/14/2021 | Kim, Ye Darm | 0.5 | Participate in call re: Sackler asset diligence. |
| 18 | 4/14/2021 | Kim, Ye Darm | 0.5 | Participate in post-call re: Sackler asset diligence. |
| 18 | 4/14/2021 | Kim, Ye Darm | 0.4 | Review A-side group asset support materials. |
| 18 | 4/15/2021 | Bromberg, Brian | 2.7 | Review Sackler provided diligence re: asset coverage. |
| 18 | 4/15/2021 | Bromberg, Brian | 1.4 | Review Sackler provided diligence on B Side asset report. |
| 18 | 4/15/2021 | Diaz, Matthew | 1.5 | Participate in a call with the A-Side to discuss their credit and covenant proposals. |
| 18 | 4/15/2021 | Diaz, Matthew | 0.6 | Review the updated Sackler presentation to the AHC. |
| 18 | 4/15/2021 | Diaz, Matthew | 0.4 | Review the A-side group asset coverage proposal. |
| 18 | 4/15/2021 | Diaz, Matthew | 0.5 | Review the latest A-side diligence analysis. |
| 18 | 4/15/2021 | Kim, Ye Darm | 1.0 | Participate in call re: A-side credit support. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2021 TO APRIL 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 4/16/2021 | Bromberg, Brian | 1.0 | Review Sackler provided diligence re: asset support. |
| 18 | 4/16/2021 | Diaz, Matthew | 0.6 | Review and process revisions to the proposed "ask" to the Sackler A-side. |
| 18 | 4/16/2021 | Diaz, Matthew | 0.7 | Review the updated Sackler due diligence analysis. |
| 18 | 4/16/2021 | Kim, Ye Darm | 0.5 | Participate in call with Huron re: Sackler asset due diligence. |
| 18 | 4/16/2021 | Kim, Ye Darm | 0.9 | Prepare sample of select assets for A-side groups. |
| 18 | 4/16/2021 | Kim, Ye Darm | 0.7 | Review A-side reconciliation excel support file. |
| 18 | 4/19/2021 | Bromberg, Brian | 1.0 | Prepare for discussion on Sackler assets diligence analysis. |
| 18 | 4/19/2021 | Bromberg, Brian | 0.8 | Discuss Sackler asset diligence with team. |
| 18 | 4/19/2021 | Bromberg, Brian | 2.1 | Review latest Sackler asset diligence analysis. |
| 18 | 4/19/2021 | Diaz, Matthew | 0.6 | Review the latest B-side term sheet. |
| 18 | 4/19/2021 | Kim, Ye Darm | 0.5 | Participate in call re: Sackler asset diligence. |
| 18 | 4/20/2021 | Kurtz, Emma | 2.3 | Review diligence received from the Sackler A-side to create analysis of outstanding requests. |
| 18 | 4/20/2021 | Kurtz, Emma | 2.2 | Prepare summary analysis of B-side Sackler assets diligence process to evaluate diligence received and diligence outstanding. |
| 18 | 4/20/2021 | Kurtz, Emma | 1.1 | Prepare revisions to Sackler settlement agreement diligence summaries per internal comments. |
| 18 | 4/20/2021 | Bromberg, Brian | 0.9 | Review updated Sackler asset diligence analysis. |
| 18 | 4/20/2021 | Bromberg, Brian | 1.2 | Evaluate latest Sackler collateral offers. |
| 18 | 4/20/2021 | Diaz, Matthew | 0.6 | Review the Sackler B-Side proposal recommendations. |
| 18 | 4/20/2021 | Diaz, Matthew | 0.7 | Review the Milbank response to the pledge agreement. |
| 18 | 4/20/2021 | Diaz, Matthew | 0.4 | Update and circulate the recommendations based on the B-side response to the pledge agreement. |
| 18 | 4/20/2021 | Kim, Ye Darm | 0.6 | Review Huron provided Sackler holding company lists |
| 18 | 4/21/2021 | Kurtz, Emma | 0.9 | Prepare further revisions to diligence tracker re: Sackler A-side and B-side assets per internal comments. |
| 18 | 4/21/2021 | Bromberg, Brian | 2.2 | Review Sackler asset tracker and diligence. |
| 18 | 4/21/2021 | Diaz, Matthew | 0.6 | Review the Sackler due diligence tracking list and related open items. |
| 18 | 4/21/2021 | Diaz, Matthew | 0.8 | Review the latest draft of the B-side proposals. |
| 18 | 4/21/2021 | Kim, Ye Darm | 0.6 | Participate in call re: B-side asset proposals. |
| 18 | 4/21/2021 | Kim, Ye Darm | 0.6 | Review Huron provided materials re: fund returns. |
| 18 | 4/21/2021 | Kim, Ye Darm | 0.8 | Review B-side group asset support materials from Huron. |
| 18 | 4/22/2021 | Diaz, Matthew | 1.2 | Participate in a call with counsel to discuss the B-Side economics of the settlement agreement. |
| 18 | 4/22/2021 | Diaz, Matthew | 0.9 | Review the updated Sackler settlement agreement. |
| 18 | 4/22/2021 | Kim, Ye Darm | 1.8 | Produce updated analysis re: contribution payment mechanics. |
| 18 | 4/23/2021 | Kurtz, Emma | 1.6 | Prepare updates to Sackler A-side assets diligence tracker to incorporate the latest information provided. |
| 18 | 4/23/2021 | Diaz, Matthew | 0.3 | Review and test correspondence from the A-side re the settlement agreement. |
| 18 | 4/23/2021 | Diaz, Matthew | 1.4 | Review updated shareholder due diligence analysis. |
| 18 | 4/23/2021 | Kim, Ye Darm | 0.7 | Review A-side asset support materials from Huron. |
| 18 | 4/25/2021 | Diaz, Matthew | 1.5 | Review A-side asset analysis to prepare for call with counsel on the A-side negotiation. |
| 18 | 4/25/2021 | Diaz, Matthew | 1.2 | Participate in a call with counsel to discuss the A-side negotiation. |
| 18 | 4/25/2021 | Diaz, Matthew | 2.1 | Participate in a call with the Debtors and the Sacklers to discuss the settlement agreement. |
| 18 | 4/25/2021 | Diaz, Matthew | 0.5 | Review the IAC legal entities in connection with the Sackler settlement agreement. |
| 18 | 4/26/2021 | Simms, Steven | 0.6 | Participate in correspondence re: Sackler settlement items. |
| 18 | 4/27/2021 | Kim, Ye Darm | 1.2 | Review revised Sackler settlement agreement documents. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2021 TO APRIL 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 4/27/2021 | Diaz, Matthew | 0.7 | Review the B-side collateral agreement mark up. |
| 18 | 4/27/2021 | Kim, Ye Darm | 0.5 | Participate in call re: B-side collateral. |
| 18 | 4/28/2021 | Diaz, Matthew | 2.1 | Review the updated Sackler settlement analysis. |
| 18 | 4/28/2021 | Diaz, Matthew | 0.7 | Review the latest B-side proposals. |
| 18 | 4/28/2021 | Kim, Ye Darm | 0.9 | Review updated A-side credit support term sheets. |
| 18 | 4/28/2021 | Simms, Steven | 0.4 | Particiapte in correspondence re: status of Sackler asset diligence items. |
| 18 | 4/29/2021 | Bromberg, Brian | 1.0 | Discuss latest updates to Sackler asset diligence with counsel. |
| 18 | 4/29/2021 | Bromberg, Brian | 1.1 | Participate in call re: Sackler offers with Debtors and UCC. |
| 18 | 4/29/2021 | Diaz, Matthew | 1.1 | Review the A-side groups' collateral/obligor/covenant proposals. |
| 18 | 4/29/2021 | Diaz, Matthew | 1.0 | Participate in a call with the Debtors, AHC and UCC's advisors to discuss the A-side proposals. |
| 18 | 4/29/2021 | Diaz, Matthew | 0.9 | Participate in a call with the AHC advisers to discuss the A and B side proposals. |
| 18 | 4/29/2021 | Kim, Ye Darm | 1.0 | Participate on call re: A-side asset diligence. |
| 18 | 4/30/2021 | Kurtz, Emma | 1.1 | Prepare revisions to presentation re: Sackler A-side and B-side latest settlement agreement proposals per internal comments. |
| 18 | 4/30/2021 | Diaz, Matthew | 1.5 | Review the updated A-Side analysis. |
| 18 | 4/30/2021 | Kim, Ye Darm | 0.5 | Participate in call re: Sackler asset diligence. |
| 18 | 4/30/2021 | Kim, Ye Darm | 1.1 | Review A-side credit proposal term sheet and exhibits. |
| **18 Total** | | | **176.6** | |
| 19 | 4/14/2021 | Kurtz, Emma | 0.8 | Review dataroom upload from E&Y to evaluate documents produced. |
| 19 | 4/16/2021 | Simms, Steven | 0.4 | Participate in correspondence with team re: outstanding case issues. |
| 19 | 4/20/2021 | Kurtz, Emma | 0.3 | Review recently uploaded dataroom documents to share with team. |
| **19 Total** | | | **1.5** | |
| 20 | 4/9/2021 | Kim, Ye Darm | 0.5 | Participate in call re: insurance issues w Debtors. |
| **20 Total** | | | **0.5** | |
| 21 | 4/7/2021 | Simms, Steven | 0.9 | Participate in call with AHC re: status of diligence on case items |
| 21 | 4/7/2021 | Diaz, Matthew | 1.5 | Participate in the AHC call to discuss the Sackler settlement, plan issues and other topics. |
| 21 | 4/7/2021 | Kim, Ye Darm | 1.2 | Participate in weekly AHC call re: diligence updates. |
| 21 | 4/7/2021 | Kurtz, Emma | 1.2 | Attend call with Kramer, Brown Rudnick and Houlihan to discuss presentation to the AHC re: analysis of proposed Sackler settlement agreement. |
| 21 | 4/7/2021 | Kurtz, Emma | 0.8 | Attend call with Kramer, Brown Rudnick, and Houlihan to prepare for presentation to the AHC re: Sackler settlement agreement. |
| 21 | 4/8/2021 | Simms, Steven | 0.8 | Review latest analysis of Sackler diligence items for AHC call |
| 21 | 4/14/2021 | Simms, Steven | 1.1 | Participate in call re: case issues with AHC. |
| 21 | 4/14/2021 | Kim, Ye Darm | 1.1 | Participate in weekly AHC meeting re: diligence updates. |
| 21 | 4/14/2021 | Kurtz, Emma | 0.8 | Attend call with Counsel to discuss settlement agreement diligence progress and proposed recommendations. |
| 21 | 4/29/2021 | Simms, Steven | 1.1 | Participate in AHC Call re: diligence updates. |
| 21 | 4/29/2021 | Diaz, Matthew | 0.9 | Participate in the AHC meeting to discuss the plan, settlement agreement and other topics. |
| 21 | 4/29/2021 | Kim, Ye Darm | 1.2 | Participate in weekly AHC call re: diligence updates. |
| 21 | 4/29/2021 | Kurtz, Emma | 1.0 | Attend call with Counsel to discuss proposed B-side collateral and revised A-side proposals re: Sackler settlement agreement. |
| **21 Total** | | | **13.6** | |
| 24 | 4/20/2021 | Kim, Ye Darm | 3.1 | Prepare draft of the February bill. |
| 24 | 4/20/2021 | Kim, Ye Darm | 2.3 | Continue preparing draft of the February bill. |
| 24 | 4/21/2021 | Diaz, Matthew | 0.3 | Review the interim fee order. |
| 24 | 4/21/2021 | Kim, Ye Darm | 3.2 | Prepare draft of the March bill. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2021 TO APRIL 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 4/21/2021 | Kim, Ye Darm | 1.9 | Continue preparation of the March bill. |
| 24 | 4/26/2021 | Diaz, Matthew | 0.9 | Review the February monthly statement. |
| 24 | 4/26/2021 | Diaz, Matthew | 1.1 | Review the March fee application. |
| 24 | 4/27/2021 | Kim, Ye Darm | 1.7 | Process revisions to the draft Feb and March bills. |
| **24 Total** | | | **14.5** | |
| **Grand Total** | | | **505.7** | |