Les Burris
1575 Deming Drive
Orlando, Florida 32825
(407) 489-0498
Lesburris1@aol.com
Claim #6177

U.S. Clerk of the                                                            June 9, 2021
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY10601

Dear Honorable Judge Robert Drain,

It is disappointing to be in the position we are in as creditors.  Our loved ones have died and suffered due to the policies of Purdue Pharma. Purdue Pharma pleaded to Federal crimes. Our loved ones have been used as steeping stones for everyone to get paid, mostly lawyers and consultants except for the families of those harmed.  We consider this not only insult to injury, but a slap in the face in what is regarded as the most preposterous legal rape in the history of Federal Bankruptcy cases. Never in the history of bankruptcy proceedings has an entity filed for bankruptcy and walked away as billionaires. Never in the history of bankruptcy proceedings has there been a cap on personal injury awards, but here we are. Its apparent this is the future of America, since legal precedent is being set here for the sole purpose to abuse the foundation of this great nation.

Everyone who has complained about the Disclosure Statement has not come up with a better plan, but please consider a better working solution to creating a better payout for all creditors.  I am not a lawyer, or an accountant, but I know that there are laws out there whether it's uniform commercial code law or prior legal precedent that can apply to this case.  The question is, is the legal system willing to work for the greater good of the many instead of the good for the few or one? To increase the payouts for creditors which currently, at best a paltry $48,000 dollars, I respectfully ask that you consider the following remedy.  It's the same concept behind buying a car or a house. When a person buys a car or a house, they are not able to obtain the title until it is all paid off.  Well, if you reverse the roles, Purdue is the buyer and the creditors are the "car or house".  The car or a  better payout is a debt in the form of a credit line extended to the creditors.  The creditors can have a credit line that belongs to them just as if they were the Sacklers. This credit line is in addition to the awards granted. That credit line can extend for as long as Purdue pharma is a working profitable entity, which it is.  This credit line would not only be extended out to the personal injury trust, but also for other claimants.  It essentially places Purdue as an entity of work or servitude to it's creditors until it pays off it's debt to them. The creditors will have a credit line according to the health of the company, and over time, when assets are seized from the Sacklers, that credit line can be paid off. Another idea is to open a

treasury account with a credit line that the Sacklers have to pay back to the government once new discovery has proven harm to the creditors. Whoever manages these funds has to have a "cap" or a functioning budget that has to be approved so that there is no runaway spending. Eventually, Purdue the entity can pay back it's creditors without a cap on awards. The millions of dollars that where paid to the Department of Justice by the Sacklers can be sort of like a PMI on a house. Respectfully, your honor, your decisions will impact case law for years and we as creditors please ask that you consider any relief measures offered for reparations in this case. As creditors, we think that the settlements should be greater than the harm Purdue Pharma has instilled on our loved ones.

Respectfully,

Les Burris