UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br> Purdue Pharma L.P. et al., <br> Debtors.[1] | Chapter: 11 <br> Case No: 19-23649 (RDD) <br> Jointly Administered |

| | |
|---|---|
| Purdue Pharma L.P. et al., <br> Plaintiffs, <br> v. <br> Commonwealth of Massachusetts, et al. | Case No: 19-08289 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Assistant Attorney General Jennifer L. Vandermeuse hereby notifies the Court, pursuant to Local Rule 2090-1 (e), that she is withdrawing her appearance as attorney of record for the State of Wisconsin. Assistant Attorneys General S. Michael Murphy and Laura E. McFarlane will continue to represent the State of Wisconsin in this matter.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Assistant Attorney General Vandermeuse is moving to another section of the Wisconsin Department of Justice's Division of Legal Services, and is no longer assigned to this case.

For these reasons, Assistant Attorney General Vandermeuse respectfully notifies the Court that she withdraws her appearance in this case as an Attorney of Record for the State of Wisconsin.

Dated: June 15, 2021, Madison, Wisconsin

        JOSHUA L. KAUL
        Attorney General of Wisconsin

        <u>/s/Jennifer L. Vandermeuse</u>
        JENNIFER L. VANDERMEUSE
        Assistant Attorney General
        State Bar #1070979
        17 West Main Street, P.O. Box 7857
        Madison, WI 53707
        (608) 266-7741
        vandermeusejl@doj.state.wi.us

        Attorneys for State of Wisconsin