**EXHIBIT 2** *Italicized entries are former clients or their affiliates from unrelated matters.*

**List of Potential Parties in Interest** *Bold italicized entries are current clients or their affiliates from unrelated matters.*

| Category | Party in Interest |
|---|---|
| Other Related Entities | GALLO TRUST 3 F/B/O CLARE ELIZABETH SACKLER |
| Other Related Entities | GALLO TRUST 3 F/B/O DAVID A. SACKLER |
| Other Related Entities | GALLO TRUST 3 F/B/O MADELEINE SACKLER |
| Other Related Entities | GALLO TRUST 3 F/B/O MARIANNA R. SACKLER |
| Other Related Entities | GALLO TRUST 3 F/B/O REBECCA K. SACKLER |
| Other Related Entities | GOREY TRUST |
| Other Related Entities | HALM TRUST |
| Other Related Entities | HALM TRUST 06/08/93 DECLARATION OF TRUST BY MILLBORNE LIMITED |
| Other Related Entities | HEATHERIDGE TRUST COMPANY LIMITED |
| Other Related Entities | HERCULES TRUST |
| Other Related Entities | HERCULES TRUST, 06/08/93 DECLARATION OF TRUST BY HILLSIDE LIMITED |
| Other Related Entities | ILENE S. LEFCOURT TRUST 88 |
| Other Related Entities | ILENE S. LEFCOURT TRUST 96 |
| Other Related Entities | ILENE SACKLER LEFCOURT REVOCABLE TRUST |
| Other Related Entities | IRREVOCABLE TRUST UNDER DECLARATION DATED AS OF APRIL 25, 1991 |
| Other Related Entities | IRREVOCABLE TRUST UNDER DECLARATION DATED AS OF AUGUST 25, 1992 |
| Other Related Entities | IRREVOCABLE TRUST UNDER DECLARATION DATED AS OF SEPTEMBER 19, 1995 F/B/O ISSUE OF RICHARD S. SACKLER |
| Other Related Entities | ISL 2010 FAMILY TRUST |
| Other Related Entities | ISL 2011 FAMILY TRUST |
| Other Related Entities | JACKSON RIVER TRUST |
| Other Related Entities | JDS CT RESIDENCE TRUST 1 |
| Other Related Entities | JDS CT RESIDENCE TRUST 2 |
| Other Related Entities | JDS FIDUCIARY MANAGEMENT TRUST |
| Other Related Entities | JDS FIELD POINT CIRCLE TRUST (GARAGE PARCEL) |
| Other Related Entities | JDS FIELD POINT CIRCLE TRUST (RESIDENCE PARCEL) |
| Other Related Entities | JDS NORTH BAY TRUST |
| Other Related Entities | JDS REVOCABLE POUROVER TRUST |
| Other Related Entities | JDS TRUST, DECEMBER 23, 1989 (JONATHAN SACKLER FAMILY) |
| Other Related Entities | JHSS 2010 TRUST |
| Other Related Entities | JHSS 2013 TRUST |
| Other Related Entities | JML 2010 FAMILY TRUST |
| Other Related Entities | JML POUR-OVER TRUST |
| Other Related Entities | JONATHAN D. SACKLER LIFE INSURANCE TRUST |
| Other Related Entities | JSS TRUST 98 |
| Other Related Entities | JUNE 5, 1974 SETTLEMENT (MORTIMER: "MAYDEAN TRUSTEE" OR "ANZ ONE LIMITED," JERSEY, UK) |
| Other Related Entities | KAS 2010 FAMILY TRUST |
| Other Related Entities | KAS 2011 FAMILY TRUST |
| Other Related Entities | KATHE A. SACKLER 2001 TRUST |
| Other Related Entities | KATHE A. SACKLER TRUST 88 |
| Other Related Entities | KATHE A. SACKLER TRUST 96 |
| Other Related Entities | KLT 2010 FAMILY TRUST |
| Other Related Entities | KLT POUR-OVER TRUST |
| Other Related Entities | KOKINO LLC |
| Other Related Entities | LA COUPE TRUST |
| Other Related Entities | LINARITE HOLDINGS LLC, A DELAWARE LIMITED LIABILITY COMPANY |
| Other Related Entities | MCM FIDUCIARY MANAGEMENT TRUST |
| Other Related Entities | MDAS 2010 FAMILY TRUST |
| Other Related Entities | MDAS 2011 FAMILY TRUST |
| Other Related Entities | MDAS INVESTMENT TRUST |
| Other Related Entities | MDS 2002 TRUST |
| Other Related Entities | MDS 2006 TRUST |
| Other Related Entities | MEDICHEM TRUST |
| Other Related Entities | MEERKAT TRUST LUNE RIVER TRUST |
| Other Related Entities | MEMPHIS PHARMA TRUST |

**EXHIBIT 2**                                                           *Italicized entries are former clients or their affiliates from unrelated matters.*

**List of Potential Parties in Interest**                               *Bold italicized entries are current clients or their affiliates from unrelated matters.*

| Category | Party in Interest |
|---|---|
| Other Related Entities | MEMPHIS PHARMA TRUST, 04/03/95 |
| Other Related Entities | MIL TRUST |
| Other Related Entities | MILLBORNE TRUST COMPANY LIMITED |
| Other Related Entities | MILLENNIUM TRUST |
| Other Related Entities | MILLSAW REALTY INC., A NEW YORK CORPORATION |
| Other Related Entities | MILLSAW REALTY L.P., A DELAWARE LIMITED PARTNERSHIP |
| Other Related Entities | MILTON TRUST |
| Other Related Entities | MNP CONSULTING LIMITED, A DELAWARE CORPORATION |
| Other Related Entities | MONDAI TRUST |
| Other Related Entities | MOONSTONE HOLDINGS LLC, A DELAWARE LIMITED LIABILITY COMPANY |
| Other Related Entities | MORDAS CONSOLIDATED PURPOSE TRUST |
| Other Related Entities | MORDAS OR JERSEY C.I. TRUST NO. 2, 12/16/76 SETTLEMENT BETWEEN MORTIMER DAVID SACKLER AND MORDAS TRUST LIMITED |
| Other Related Entities | MORTIMER DA SACKLER TRUST 1996 |
| Other Related Entities | MORTIMER DA SACKLER TRUST 2002 |
| Other Related Entities | MORVETTA TRUST |
| Other Related Entities | MRCS TRUST, DECEMBER 30, 1989 (MILES R. C. SACKLER) |
| Other Related Entities | MRS TRUST, DECEMBER 21, 1989 (MARIANNA R. SACKLER) |
| Other Related Entities | MS TRUST, DECEMBER 26, 1989 (MADELEINE SACKLER) |
| Other Related Entities | MTS 2002 TRUST |
| Other Related Entities | MTS 2006 TRUST |
| Other Related Entities | MUNDI LAB TRUST |
| Other Related Entities | MUNDIPHARMA INC., A NEW YORK CORPORATION |
| Other Related Entities | MUNDIPHARMA LLC, A DELAWARE LIMITED LIABILITY COMPANY |
| Other Related Entities | MUNDIPHARMA PHARMACEUTICALS INC., A NEW YORK CORPORATION |
| Other Related Entities | 1974 IRREVOCABLE TRUST FBO BEVERLY SACKLER AND JONATHAN D. SACKLER (THE "74-AJ TRUST") |
| Other Related Entities | AJ IRREVOCABLE TRUST |
| Other Related Entities | ANGONOKA TRUST |
| Other Related Entities | AR IRREVOCABLE TRUST |
| Other Related Entities | BANELA CORPORATION, A BRITISH VIRGIN ISLANDS COMPANY |
| Other Related Entities | BEACON COMPANY |
| Other Related Entities | BEACON TRUST |
| Other Related Entities | BEAVER POND 1 |
| Other Related Entities | BEAVER POND 2 |
| Other Related Entities | BETAL TRUST 12/01/93 |
| Other Related Entities | BEVERLY SACKLER REVOCABLE TRUST |
| Other Related Entities | BEVERLY SACKLER TRUST 1 FBO DAVID ALEX SACKLER 12/20/1989 (THE "GALLO TRUST 1") |
| Other Related Entities | BEVERLY SACKLER TRUST 2 FBO DAVID ALEX SACKLER 12/20/1989 (THE "GALLO TRUST 2") |
| Other Related Entities | BEVERLY SACKLER TRUST 3 FBO DAVID ALEX SACKLER 12/20/1989 (THE "GALLO TRUST 3") |
| Other Related Entities | BJSS 2010 TRUST |
| Other Related Entities | BJSS 2013 TRUST |
| Other Related Entities | BR HOLDINGS ASSOCIATES INC., A NEW YORK CORPORATION |
| Other Related Entities | BR HOLDINGS ASSOCIATES L.P., A DELAWARE LIMITED PARTNERSHIP |
| Other Related Entities | BRP TRUST |
| Other Related Entities | BSS TRUST 98 |
| Other Related Entities | CANADIAN PARTNERSHIP TRUST |
| Other Related Entities | CAP 1, LLC, A DELAWARE LIMITED LIABILITY COMPANY |
| Other Related Entities | CES TRUST, DECEMBER 27, 1989 (CLARE E. SACKLER) |
| Other Related Entities | CLOVER TRUST |
| Other Related Entities | COBO BAY TRUST |
| Other Related Entities | CORNICE FIDUCIARY MANAGEMENT LLC, A WYOMING LIMITED LIABILITY COMPANY |
| Other Related Entities | CORNICE TRUST |
| Other Related Entities | CRYSTAL FIDUCIARY COMPANY, LLC |
| Other Related Entities | CRYSTAL TRUST |
| Other Related Entities | DABB TRUST |

**EXHIBIT 2**

*Italicized entries are former clients or their affiliates from unrelated matters.*

**List of Potential Parties in Interest**

***Bold italicized entries are current clients or their affiliates from unrelated matters.***

| Category | Party in Interest |
|---|---|
| Other Related Entities | DAS CHART (DAVID A. SACKLER) 12/20/89 |
| Other Related Entities | DATA LLC, A WYOMING LIMITED LIABILITY COMPANY |
| Other Related Entities | DATA TRUST |
| Other Related Entities | DAVID A. SACKLER 2012 TRUST |
| Other Related Entities | DECEMBER 17, 2001 TRUST |
| Other Related Entities | DIAGONAL BLUE TRUST |
| Other Related Entities | FAIRFIELD TRUST |
| Other Related Entities | FIDINC TRUST |
| Other Related Entities | FLAT CREEK PURPOSE TRUST |
| Other Related Entities | FPC TRUST |
| Other Related Entities | SOFT RIVER PURPOSE TRUST |
| Other Related Entities | SS TANAGER TRUST |
| Other Related Entities | STANHOPE GATE CORPORATION |
| Other Related Entities | STILLWATER HOLDINGS LLC F/K/A STILLWATER LLC |
| Other Related Entities | SUMMER ROAD LLC, A DELAWARE LIMITED LIABILITY COMPANY |
| Other Related Entities | TADDEO TRUST |
| Other Related Entities | TAHINI TRUST 06/07/82 |
| Other Related Entities | TES BARE TRUST |
| Other Related Entities | TES BEACON 2012 TRUST |
| Other Related Entities | TES BEACON 2013 TRUST |
| Other Related Entities | TES BEACON 2014 TRUST |
| Other Related Entities | THE 1974 IRREVOCABLE INVESTMENT TRUST (THE "INVESTMENT TRUST") |
| Other Related Entities | THE 1974 IRREVOCABLE TRUST FBO BEVERLY SACKLER AND RICHARD S. SACKLER (THE "74-AR TRUST") |
| Other Related Entities | THE MORTIMER AND JACQUELINE SACKLER FOUNDATION |
| Other Related Entities | THE MORTIMER D. SACKLER FOUNDATION INC. |
| Other Related Entities | THE PURDUE FREDERICK COMPANY INC., A NEW YORK CORPORATION |
| Other Related Entities | THE PURDUE PHARMA TRUST/REGIO TRUST, 12/31/93 SETTLEMENT |
| Other Related Entities | THE RAYMOND R. SACKLER TRUST 1 DTD 12/23/89 (THE "1A TRUST") |
| Other Related Entities | THE RAYMOND R. SACKLER TRUST 1B TRUST DTD 12/23/89 (THE "1B TRUST") |
| Other Related Entities | THE RAYMOND R. SACKLER TRUST 2 DTD 12/23/89 (THE "2A TRUST") |
| Other Related Entities | THE RAYMOND R. SACKLER TRUST 2B DTD 12/23/89 (THE "2B TRUST") |
| Other Related Entities | THE SACKLER LEFCOURT CENTER FOR CHILD DEVELOPMENT INC. |
| Other Related Entities | THE SHACK SACKLER FOUNDATION |
| Other Related Entities | THE TRUST B U/A/ 11/4/74 FBO BEVERLY SACKLER (THE "74B TRUST") |
| Other Related Entities | THE TRUST U/A 11/5/74 FBO BEVERLY SACKLER (THE "74A TRUST") |
| Other Related Entities | THEMAR CONSOLIDATED PURPOSE TRUST |
| Other Related Entities | THERE E. SACKLER 2008 TRUST |
| Other Related Entities | THERESA E. SACKLER 1988 TRUST |
| Other Related Entities | TOM & KELLY TRUST |
| Other Related Entities | TRUST BY MORTIMER D. SACKLER & OGIER TRUSTEE LIMITED 08/02/93 SETTLEMENT |
| Other Related Entities | TRUST U/A DATED DECEMBER 23, 1989 FBO THE ISSUE OF JONATHAN D. SACKLER |
| Other Related Entities | TRUST U/A DATED DECEMBER 23, 1989 FBO THE ISSUE OF RICHARD S. SACKLER, M.D. |
| Other Related Entities | TRUST UNDER AGREEMENT DATED AUGUST 29, 2003 F/B/O JONATHAN D. SACKLER |
| Other Related Entities | TRUST UNDER AGREEMENT DATED AUGUST 29, 2003 F/B/O RICHARD S. SACKLER |
| Other Related Entities | TRUST UNDER AGREEMENT DATED DECEMBER 23, 1980 F/B/O JONATHAN D. SACKLER ("JDS XPC TRUST") |
| Other Related Entities | TRUST UNDER AGREEMENT DATED DECEMBER 23, 1980 F/B/O RICHARD S. SACKLER ("RSS XPC TRUST") |
| Other Related Entities | TRUST UNDER AGREEMENT DATED DECEMBER 3, 1979 F/B/O JONATHAN D. SACKLER ("JDS BRP TRUST") |
| Other Related Entities | TRUST UNDER AGREEMENT DATED DECEMBER 3, 1979 F/B/O RICHARD S. SACKLER ("RSS BRP TRUST") |

**EXHIBIT 2**  *Italicized entries are former clients or their affiliates from unrelated matters.*

List of Potential Parties in Interest  *Bold italicized entries are current clients or their affiliates from unrelated matters.*

| Category | Party in Interest |
|---|---|
| Other Related Entities | TRUST UNDER AGREEMENT DATED JUNE 16, 1980 F/B/O JONATHAN D. SACKLER ("JDS FPC |
| Vendors | *ANALYSIS GROUP INC* |
| Vendors | ARCHIVE360 INC |
| Banks | BANK OF OKLAHOMA |
| Vendors | BIOSCIENCE LABORATORIES INC |
| Vendors | *BROWNSTEIN HYATT FARBER SCHRECK LLP* |
| Vendors | COMMISSIONER OF SOCIAL SERVICES (CONNECTICUT) |
| Vendors | DAVOS CHEMICAL COPORATION |
| Vendors | DENTONS US LLP |
| Vendors | DEPARTMENT OF HEALTH SERVICES (CALIFORNIA) |
| Vendors | DEPT OF HEALTH & HUMAN SERVICES (NEBRASKA) |
| Vendors | DEPT OF MEDICAL ASSISTANCE SERVICES (VIRGINIA) |
| Vendors | DISTEK INC |
| Vendors | DOLT THOMPSON SHEPERD KINNEY |
| Banks | ***DREYFUS FUNDS*** |
| Vendors | ECG INC |
| Vendors | FREUND VECTOR CORP |
| Vendors | GERRESHEIMER BUNDE GMBH |
| Vendors | GLOBAL OVERVIEW LLC |
| Vendors | HEALTH AND HUMAN SERVICES COMM (TEXAS) |
| Vendors | HEALTH CARE AUTHORITY (WASHINGTON) |
| Vendors | HEALTH CARE FINANCE & POLICY (NEVADA) |
| Vendors | HEALTHCARE RESEARCH WORLDWIDE INC |
| Vendors | HOWORTH AIR TECHNOLOGY LTD |
| Vendors | INTEGRICHAIN |
| Vendors | ***INTRALINKS INC*** |
| Vendors | KASOWITZ BENSON TORRES LLP |
| Vendors | ***KPMG LLP*** |
| Vendors | LLX SOLUTIONS LLC |
| Vendors | MALVERN PANALYTICAL INC |
| Vendors | MUNDIPHARMA RESEARCH LTD |
| Vendors | *NORAMCO LLC* |
| Other Related Entities | TRUST UNDER AGREEMENT MADE THE 11TH DAT OF MAY 2005 |
| Other Related Entities | TRUST UNDER DECLARATION OF TRUST DATED AUGUST 23, 1988 F/B/O JONATHAN D. SACKLER AND ISSUE OF JONATHAN D. SACKLER |
| Other Related Entities | TRUST UNDER DECLARATION OF TRUST DATED AUGUST 23, 1988 F/B/O RICHARD S. SACKLER AND ISSUE OF RICHARD S. SACKLER |
| Other Related Entities | TRUST UNDER DECLARATION OF TRUST DATED DECEMBER 17, 1991 F/B/O RICHARD S. SACKLER AND ISSUE OF RICHARD S. SACKLER |
| Other Related Entities | TRUST UNDER DECLARATION OF TRUST DATED DECEMBER 17M 1991 F/B/O JONATHAN D. SACKLER AND ISSUE OF JONATHAN D. SACKLER |
| Other Related Entities | TRUST UNDER DECLARATION OF TRUST NO. 1 DATED NOVEMBER 25, 1996 |
| Other Related Entities | TRUST UNDER DECLARATION OF TRUST NO. 2 DATED NOVEMBER 25, 1996 |
| Other Related Entities | VARUS TRUST |
| Other Related Entities | XPC TRUST |
| Customers | A PLUS CORPORATION |
| Creditor Committee Professionals | BEDELL CRISTIN |
| Customers | BRP |
| Creditor Committee Professionals | COLE SCHOTZ P.C |
| Creditor Committee Professionals | *COMPASS LEXECON* |
| Ad Hoc Group of NAS Babies | COOPER LAW FIRM NOLA (CLFNOLA) |
| Creditor Committee Professionals | COULTER & JUSTICE |

**EXHIBIT 2**  *Italicized entries are former clients or their affiliates from unrelated matters.*

**List of Potential Parties in Interest**  *Bold italicized entries are current clients or their affiliates from unrelated matters.*

| Category | Party in Interest |
|---|---|
| Ad Hoc Group of NAS Babies | DAVID NUTT & ASSOCIATES |
| Ad Hoc Group of NAS Babies | FAYARD LEGAL |
| Customers | ***GIANT EAGLE*** |
| Utilities | GREENLIGHT COMMUNITY BROADBAND |
| Customers | HEB GROCERY CO. |
| Customers | INDEPENDENT PHARMACY COOPERATIVE (IPC) |
| Customers | INDEPENDENT PHARMACY DISTRIBUTOR (IPD) |
| Customers | KEYSOURCE MEDICAL |
| Customers | ***KROGER*** |
| Ad Hoc Group of NAS Babies | KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK |
| Creditor Committee Professionals | *KURTZMAN CARSON CONSULTANTS LLC* |
| Customers | LEGACY PHARMACEUTICAL |
| Ad Hoc Group of NAS Babies | LISTON & DEAS |
| Vendors | NOVUS INTELLIGENCE LLC |
| Customers | PBA HEALTH |
| Vendors | POMS CORPORATION |
| Customers | PRICE CHOPPER |
| Vendors | STATE OF DELAWARE DIVISION OF PROFESSIONAL REGULATION |
| Vendors | THE LAW OFFICES OF KENNETH R. FEINBERG, PC (DC) |
| Vendors | THE LUMINATIONS GROUP LLC |
| Ad Hoc Group of NAS Babies | THOMPSON BARNEY |
| Vendors | UNIVAR USA INC |
| Vendors | UPADHYE CWIK LLP |
| Vendors | UPPSALA MONITORING CENTRE |
| Vendors | US CHAMBER LITIGATION CENTER |
| Multistate Group Entity | WATTS GUERRA LLP |
| Vendors | ***WELLS FARGO BANK NA*** |
| Vendors | WELOCALIZE INC |
| Individual Victims Group | *WHITE & CASE LLP* |
| Vendors | *WINN DIXIE* |
| Vendors | WOLF&COMPANY P C |
| Vendors | ZCL CHEMICALS LTD |
| Major Co-Defendants | *ABBOTT LABORATORIES, INC.* |
| Major Co-Defendants | ***ACTAVIS ELIZABETH LLC*** |
| Major Co-Defendants | ***ACTAVIS KADIAN LLC*** |
| Major Co-Defendants | ACTAVIS LABORATORIES FL, INC. |
| Major Co-Defendants | ACTAVIS LABORATORIES NY, INC. |
| Major Co-Defendants | ACTAVIS LABORATORIES UT, INC. |
| Major Co-Defendants | *ACTAVIS LLC* |
| Major Co-Defendants | ***ACTAVIS MID ATLANTIC LLC*** |
| Major Co-Defendants | ***ACTAVIS PHARMA, INC.*** |
| Major Co-Defendants | ACTAVIS PLC |
| Major Co-Defendants | ACTAVIS SOUTH ATLANTIC LLC |
| Major Co-Defendants | ACTAVIS TOTOWA LLC |
| Major Co-Defendants | *ACTAVIS, INC.* |
| Major Co-Defendants | ***ALLERGAN FINANCE LLC*** |
| Major Co-Defendants | ***ALLERGAN PLC*** |
| Major Co-Defendants | ***ALLERGAN SALES, LLC*** |
| Major Co-Defendants | ***ALLERGAN USA, INC.*** |
| Major Co-Defendants | ***AMERISOURCEBERGEN CORPORATION*** |
| Major Co-Defendants | AMERISOURCEBERGEN SERVICES CORPORATION |
| Major Co-Defendants | ***ANDA PHARMACEUTICALS, INC.*** |
| Major Co-Defendants | ***ANDA, INC.*** |
| Major Co-Defendants | ASSERTIO THERAPEUTICS, INC. |
| Major Co-Defendants | ***CARDINAL HEALTH PHARMACY SERVICES, LLC*** |

**EXHIBIT 2**                                                              *Italicized entries are former clients or their affiliates from unrelated matters.*

**List of Potential Parties in Interest**                                  *Bold italicized entries are current clients or their affiliates from unrelated matters.*

| Category | Party in Interest |
|---|---|
| Major Co-Defendants | ***CARDINAL HEALTH TECHNOLOGIES LLC*** |
| Major Co-Defendants | ***CARDINAL HEALTH, INC.*** |
| Major Co-Defendants | CVS HEALTH SOLUTIONS, L.L.C. |
| Major Co-Defendants | *CVS PHARMACY INC.* |
| Major Co-Defendants | CVS RX SERVICES, INC. |
| Major Co-Defendants | DEPOMED, INC. |
| Major Co-Defendants | ENDO GENERICS HOLDING, INC. |
| Major Co-Defendants | ***ENDO HEALTH SOLUTIONS INC.*** |
| Major Co-Defendants | ***ENDO INTERNATIONAL PLC*** |
| Major Co-Defendants | ***ENDO PHARMACEUTICALS, INC.*** |
| Major Co-Defendants | H.D. SMITH WHOLESALE DRUG CO. |
| Major Co-Defendants | INSYS MANUFACTURING LLC |
| Major Co-Defendants | *INSYS PHARMA, INC.* |
| Major Co-Defendants | *INSYS THERAPEUTICS, INC.* |
| Major Co-Defendants | ***JANSSEN PHARMACEUTICALS, INC.*** |
| Major Co-Defendants | ***MALLINCKRODT BRAND PHARMACEUTICALS, INC.*** |
| Major Co-Defendants | ***MALLINCKRODT ENTERPRISES HOLDINGS, INC.*** |
| Major Co-Defendants | ***MALLINCKRODT ENTERPRISES LLC*** |
| Major Co-Defendants | ***MALLINCKRODT LLC*** |
| Major Co-Defendants | ***MALLINCKRODT PLC*** |
| Major Co-Defendants | *MCKESSON CORPORATION* |
| Major Co-Defendants | *MCKESSON MEDICAL-SURGICAL, INC.* |
| Major Co-Defendants | *MCKESSON SPECIALTY CARE DISTRIBUTION CORPORATION* |
| Major Co-Defendants | *MCKESSON SPECIALTY DISTRIBUTION, LLC* |
| Major Co-Defendants | ***MYLAN BERTEK PHARMACEUTICALS, INC.*** |
| Major Co-Defendants | ***MYLAN INSTITUTIONAL, INC.*** |
| Major Co-Defendants | ***MYLAN LABORATORIES, INC.*** |
| Major Co-Defendants | ***MYLAN N.V.*** |
| Major Co-Defendants | ***MYLAN PHARMACEUTICALS, INC.*** |
| Major Co-Defendants | *MYLAN PHARMS, INC.* |
| Major Co-Defendants | *MYLAN SPECIALTY, L.P.* |
| Major Co-Defendants | ***MYLAN TECHNOLOGIES, INC.*** |
| Major Co-Defendants | ***MYLAN, INC.*** |
| Major Co-Defendants | NORAMCO, INC. |
| Major Co-Defendants | ***RITE AID CORPORATION*** |
| Major Co-Defendants | ***RITE AID CORPORATION OF NEW YORK, INC.*** |
| Major Co-Defendants | ***RITE AID HEADQUARTERS CORPORATION*** |
| Major Co-Defendants | ***RITE AID OF GEORGIA, INC.*** |
| Major Co-Defendants | ***RITE AID OF MARYLAND, INC.*** |
| Major Co-Defendants | ***RITE AID OF MASSACHUSETTS INC.*** |
| Major Co-Defendants | ***RITE AID OF MICHIGAN, INC.*** |
| Major Co-Defendants | ***RITE AID OF NEW YORK, INC.*** |
| Major Co-Defendants | ***RITE AID OF NORTH CAROLINA, INC.*** |
| Major Co-Defendants | ***RITE AID OF OHIO, INC.*** |
| Major Co-Defendants | ***RITE AID OF WEST VIRGINIA, INC.*** |
| Major Co-Defendants | TEVA BIOPHARMACEUTICALS USA, INC. |
| Major Co-Defendants | ***TEVA PHARMACEUTICAL INDUSTRIES LTD.*** |
| Major Co-Defendants | ***TEVA PHARMACEUTICALS USA, INC.*** |
| Major Co-Defendants | WALGREEN CO. |
| Major Co-Defendants | WALGREEN EASTERN CO., INC. |
| Major Co-Defendants | WALGREEN LOUISIANA CO., INC. |
| Major Co-Defendants | WALGREEN OF PUERTO RICO, INC. |
| Major Co-Defendants | WALGREEN PHARMACY |
| Major Co-Defendants | ***WALGREENS BOOTS ALLIANCE INC.*** |
| Major Co-Defendants | WAL-MART STORES EAST, INC. |
| Major Co-Defendants | WAL-MART STORES EAST, LP |

**EXHIBIT 2**  *Italicized entries are former clients or their affiliates from unrelated matters.*

**List of Potential Parties in Interest**  *Bold italicized entries are current clients or their affiliates from unrelated matters.*

| Category | Party in Interest |
|---|---|
| **Category** | *Party in Interest* |
| Major Co-Defendants | WAL-MART STORES TEXAS, LLC |
| Major Co-Defendants | ***WALMART, INC.*** |
| Other Related Entities | NORTH BAY ASSOCIATES |
| Other Related Entities | OCTOBER 31, 1974 TRUST |
| Other Related Entities | PALP TRUST |
| Other Related Entities | PERELLE BAY TRUST |
| Other Related Entities | PERTHLITE HOLDINGS LLC, A DELAWARE LIMITED LIABILITY COMPANY |
| Other Related Entities | ***PHARMACEUTICAL RESEARCH ASSOCIATES L.P. F/K/A PURDUE HOLDINGS L.P.*** |
| Other Related Entities | PICKERING TRUST |
| Other Related Entities | PLP ASSOCIATES HOLDINGS INC., A NEW YORK CORPORATION |
| Other Related Entities | PLP ASSOCIATES HOLDINGS L.P., A DELAWARE LIMITED PARTNERSHIP |
| Other Related Entities | RACINE TRUST |
| Other Related Entities | RAYMOND & BEVERLY SACKLER FOUNDATION, INC. |
| Other Related Entities | RAYMOND R. SACKLER CREDIT SHELTER TRUST U/A 3/29/2012 |
| Other Related Entities | RAYMOND R. SACKLER GST EXEMPT MARITAL TRUST U/A 3/29/2012 |
| Other Related Entities | RESERVE TRUST |
| Other Related Entities | ***RHODES TECHNOLOGIES INC., A DELAWARE CORPORATION*** |
| Other Related Entities | RICHARD S. SACKLER LIFE INSURANCE TRUST |
| Other Related Entities | RICHARD S. SACKLER TRUST F/B/O DAVID A. SACKLER MARCH 8, 1990 |
| Other Related Entities | RICHARD S. SACKLER TRUST U/A 9/30/2004 |
| Other Related Entities | RICHARD SACKLER FAMILY FOUNDATION |
| Other Related Entities | RKS TRUST, DECEMBER 22, 1989 (REBECCA K. SACKLER) |
| Other Related Entities | ROSEBAY MEDICAL COMPANY L.P., A DELAWARE LIMITED PARTNERSHIP |
| Other Related Entities | ROSEBAY MEDICAL COMPANY LLC, A DELAWARE LIMITED LIABILITY COMPANY |
| Other Related Entities | ROSEBAY MEDICAL COMPANY, INC., A DELAWARE CORPORATION |
| Other Related Entities | ROSELITE HOLDINGS LLC, A DELAWARE LIMITED LIABILITY COMPANY |
| Other Related Entities | RSS 2012 FAMILY TRUST |
| Other Related Entities | RSS CT RESIDENCE TRUST 1 |
| Other Related Entities | RSS CT RESIDENCE TRUST 2 |
| Other Related Entities | RSS FIDUCIARY MANAGEMENT TRUST |
| Other Related Entities | RSS FIELD POINT CIRCLE TRUST (GARAGE PARCEL) |
| Other Related Entities | RSS FIELD POINT CIRCLE TRUST (RESIDENCE PARCEL) |
| Other Related Entities | RSS NORTH BAY TRUST |
| Other Related Entities | RSS REVOCABLE POUROVER TRUST |
| Other Related Entities | RSS TRUST, DECEMBER 23, 1989 (RICHARD S. SACKLER FAMILY) |
| Other Related Entities | SACKLER FOUNDATION INC. |
| Other Related Entities | SASS 2010 TRUST |
| Other Related Entities | SASS 2013 TRUST |
| Other Related Entities | SDS 2002 TRUST |
| Other Related Entities | SDS 2006 TRUST |
| Other Related Entities | SILVER TRUST |
| Plaintiffs | A.M.H. (CASE/REFERENCE NO: E165792/2018) |
| Other Professionals | BIELLI & KLAUDER, LLC (FEE EXAMINER) |
| UCC Member | *BLUE CROSS AND BLUE SHIELD ASSOCIATION* |
| Private Insurance Class | *BLUE CROSS BLUE SHIELD ASSOCIATION* |
| Private Insurance Class | BLUE CROSS BLUE SHIELD OF LOUISIANA |
| UCC Member | CHERYL JUAIRE |
| UCC Member | *CVS CAREMARK PART D SERVICES, L.L.C. AND CAREMARK PCS HEALTH, L.L.C.* |
| Private Insurance Class | DUGAN LAW FIRM |
| Other Professionals | ***ERNST & YOUNG (CANADA), COURT APPOINTED INFORMATION OFFICER*** |
| Private Insurance Class | HAGENS BERMAN (HBSSLAW) |
| Public Schools | HENRICHSEN LAW GROUP, P.L.L.C. |
| Public Schools | HUGHES SOCOL PIERS RESNICK & DYM, LTD. |
| Private Insurance Class | INDEPENDENT HEALTH |
| UCC Member | KARA TRAINOR |
| Private Insurance Class | LOUISIANA HEALTH SERVICES |

**EXHIBIT 2**                                               *Italicized entries are former clients or their affiliates from unrelated matters.*

**List of Potential Parties in Interest**                   *Bold italicized entries are current clients or their affiliates from unrelated matters.*

| Category | Party in Interest |
|---|---|
| Private Insurance Class | LOWEY DANNENBERG P.C. |
| UCC Member | LTS LOHMANN THERAPY SYSTEMS CORPORATION |
| Public Schools | MEHRI & SKALET, PLLC |
| Private Insurance Class | MORGAN & MORGAN |
| UCC Member | ***PENSION BENEFIT GUARANTY CORPORATION*** |
| Other Professionals | PHILLIPS ADR (MEDIATOR) |
| Private Insurance Class | RAWLINGS & ASSOCIATES |
| Private Insurance Class | ROBINS KAPLAN |
| UCC Member | RYAN HAMPTON |
| Private Insurance Class | SHIPMAN & GOODWIN |
| Plaintiffs | ST. MARTIN PARISH (ST. MARTIN PARISH V. AMERISOURCEBERGEN DRUG CORP.) |
| Private Insurance Class | STEVENS LEE |
| Public Schools | TERRELL HOGAN |
| Other Professionals | THE LAW OFFICES OF KENNETH FEINBERG (MEDIATOR) |
| Public Schools | THE STEWART LAW FIRM, PLLC |
| Other Professionals | TOM VILSACK (COURT APPOINTED MONITOR) |
| *Private Insurance Class* | ***UNITED HEALTHCARE SERVICES INC.*** |
| UCC Member | WALTER LEE SALMONS |
| UCC Member | *WEST BOCA MEDICAL CENTER* |
| Former Directors & Officers | *MARK TIMNEY* |
| Former Directors & Officers | *JOHN H. STEWART* |
| Former Directors & Officers | *CRAIG LANDAU* |
| Vendors | ACLAIRO PHARMACEUTICAL DEVELOPMENT |
| *Vendors* | *ANKURA INTERMEDIATE HOLDINGS LP* |
| Vendors | CERIDIAN CLIENTS FUND TRUST |
| Vendors | CHANGE HEALTHCARE SOLUTONS LLC |
| Vendors | CHATTEM CHEMICALS INC |
| Vendors | DIVERSIFIED SEARCH LLC |
| Vendors | EHEALTHSCREENINGS LLC |
| Vendors | EPLUS TECHNOLOGY INC |
| Vendors | EVALUATEPHARMA LTD |
| Vendors | FCB WORLDWIDE INC |
| Vendors | FOXHIRE |
| Vendors | FRONTIER HUB LLC |
| Vendors | FW WEBB CO |
| ***Vendors*** | ***GARTNER INC*** |
| ***Vendors*** | ***GEODIS USA INC*** |
| Vendors | GLOBALDATA PUBLICATIONS INC |
| Vendors | HCL TECHNOLOGIES CORP SVCS LTD |
| Vendors | HCP CONCIERGE LLC |
| Vendors | HILL TOP RESEARCH INC |
| Vendors | INFORMA UK LIMITED |
| Vendors | INTELLIPHARMACEUTICS CORP |
| Vendors | INTERCHEM TRADING CORPORATION |
| Vendors | INVIVO BRANDS LLC |
| Vendors | IPSOS INSIGHT LLC |
| Vendors | KLARIA AB |
| Vendors | LIEBERMAN INC |
| Vendors | M FRANK HIGGINS & CO INC |
| Vendors | MAINE BOARD OF PHARMACY |
| Vendors | MAINTENANCE MANAGEMENT INC |
| Vendors | MULLENLOWE US INC |
| ***Vendors*** | ***NUTRITION AND BIOSCIENCES USA 1 LLC*** |
| Vendors | PATHEON SOFTGELS INC |
| Vendors | PHARMACEUTICAL BUYERS INC |
| Vendors | PORZIO LIFE SCIENCES |

**EXHIBIT 2**  *Italicized entries are former clients or their affiliates from unrelated matters.*

**List of Potential Parties in Interest**  *Bold italicized entries are current clients or their affiliates from unrelated matters.*

| Category | Party in Interest |
|---|---|
| Vendors | PRECISIONXTRACT INC |
| Vendors | PROGRESSIVE BUSINESS SOLUTIONS INC |
| Vendors | ***PROOFPOINT INC*** |
| Vendors | PROPHARMA PV INC |
| Vendors | QRAL GROUP LLC |
| Vendors | ***SERVICENOW INC*** |
| Vendors | *SKILLSOFT CORPORATION* |
| Vendors | SYNEOS HEALTH CONSULTING INC |
| Vendors | SYNEOS HEALTH LLC |
| Vendors | SYNTEGON US HOLDINGS INC |
| Vendors | UPMC MAGEE WOMENS HOSPITAL |
| Vendors | VENEBIO GROUP LLC |
| Vendors | VINYL DEVELOPMENT LLC |
| ***Vendors*** | ***VMWARE INC*** |