DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| **Debtors.**[1] | **(Jointly Administered)** |

### AMENDED[2] AGENDA FOR JUNE 16, 2021 HEARING

Time and Date of Hearing:   June 16, 2021 at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:   In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] **Amended items appear in bold text.**

1325074730##.

Copies of Motions:     A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.

## I. UNCONTESTED MATTER:

1. ***Earl Cobb Late Claim Motion.*** Motion to File Proof of Claim after Bar Date filed by Earl Cobb [ECF No. 2834]

    Objection Deadline: June 13, 2021

    Responses Received: None.

    Related Documents:

    A. Notice of Motion to File Proof of Claim after Bar Date Filed [ECF No. 2835]

    B. Letter regarding motion to file proof of claim after the bar date & reporting problems connecting to May 14, 2021 hearing [ECF No. 2899]

    C. Notice of Filing of Proposed Order Granting Late Claim Motion [ECF No. 3011]

    Status: This matter is going forward on an uncontested basis.

## II. MATTERS IN ADVERSARY PROCEEDING CASE NO. 19-08289:

2. ***Motion to Extend Preliminary Injunction.*** Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 269]

    Objection Deadline: June 11, 2021 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Continuing Objection and Voluntary Comment in Response to Purdue's Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 272]

    Reply Deadline: June 15, 2021 at 12:00 p.m.

    Reply:

    A. **Reply Memorandum in Further Support of Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 273]**

  Related Documents:

    A. Memorandum of Law in Support of Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 270]

  Status: This matter is going forward on a contested basis.

### III. CONTESTED MATTER:

3. *Peter Jackson Examiner Appointment Application.* Application for Appointment of Chapter 11 Examiner [ECF No. 2963]

  Objection Deadline: June 13, 2021 at 4:00 p.m. (prevailing Eastern Time).

  Responses Received:

    A. Debtors' Opposition to Motion for Order to Appoint an Examiner [ECF No. 3020]

    B. Opposition to Peter W. Jackson's Motion for Order to Appoint Examiner by Multi-State Governmental Entities Group [ECF No. 3021]

    C. Ad Hoc Committee's Objection to Motion to Appoint an Examiner [ECF No. 3022]

    D. Objection of the Official Committee of Unsecured Creditors to Motion to Appoint Examiner Pursuant to 11 U.S.C. § 1104(c) [ECF No. 3023]

  Reply:

    A. **Reply of Peter W. Jackson to Objections to Motion for Order to Appoint Examiner Pursuant to 11 U.S.C. § 1104(c) [ECF No. 3034]**

  Related Documents: None.

  Status: This matter is going forward on a contested basis.

Dated: June 15, 2021
New York, New York

        DAVIS POLK & WARDWELL LLP

        By: */s/ Eli J. Vonnegut*

        450 Lexington Avenue
        New York, New York 10017
        Telephone: (212) 450-4000
        Facsimile: (212) 701-5800
        Marshall S. Huebner
        Benjamin S. Kaminetzky
        Timothy Graulich
        Eli J. Vonnegut
        Christopher S. Robertson

        *Counsel to the Debtors
and Debtors in Possession*