UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., et al. [1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Karen F. Neuwirth, hereby declare as follows:

I am a resident of New York State, over eighteen years of age, am not a party to this action nor interested in this action. I am co-counsel to Peter W. Jackson, a creditor and party in interest in this action.

On the 15th of June, 2021, I caused a copy of the Reply Memorandum of Law on Peter W. Jackson's Motion to Appoint an Examiner pursuant to 11 U.S.C. §1104(c) and attached Declaration [ECF document #3034] to be served via ECF filing of said document upon all parties registered to receive electronic notice in this case.

Dated:    June 16, 2021
             Queens, New York

                                          /s/ Karen F. Neuwirth
                                          Karen F. Neuwirth
                                          Martin S. Rapaport, P.C.
                                          Counsel to Peter W. Jackson
                                          18 East 48th Street, 6th FL
                                          New York, N.Y.  10017
                                          (917) 608-2715
                                          manhatoffice@yahoo.com

---

[1] The debtors in these chapter 11 cases ("**Debtors**" or "**Purdue**"), along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. ("**PPLP**") (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014) (collectively, the "**Bankruptcy Cases**").