UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.,*<br><br>**Debtors** | Chapter 11<br><br>Case No. 19-23649 (RDD)<br>(Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Daniel A. Horowitz to be admitted *pro hac vice* to represent the United Food and Commercial Workers Local 152 Health and Welfare Plan in the above captioned bankruptcy cases, and upon the movant's certification that the movant is a member in good standing of the bars of the State of new Jersey and the State of Pennsylvania, it is hereby

ORDERED that Daniel A. Horowitz, Esq. is admitted to practice *pro hac vice* in the above-captioned cases to represent the aforementioned United Food and Commercial Workers Local 152 Health and Welfare Plan in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June 17, 2021
      White Plains, New York

                                      /s/ Robert D. Drain
                                      The Honorable Robert D. Drain
                                      United States Bankruptcy Judge