**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No.: 19-23649 (RDD) |
| PURDUE PHARMA, L.P., et al. | Chapter 11<br>(Jointly Administered) |
| Debtors. | |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Mark S. Stein to be admitted, *pro hac vice*, to represent Bridge House Corporation, Claim No. 116615 (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Louisiana and the bar of the U.S. District Court for the Eastern District of Louisiana, it is hereby

**ORDERED,** that Mark S. Stein, Esq., is admitted to practice, *pro hac vice*, in the above reference cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing has been paid.

Dated: White Plains, New York
June 17, 2021

/s/ Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

{00610491.DOCX;1}

{00622952.DOCX;1}