UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

# ORDER ADMITTING
# CHANÉ BUCK TO PRACTICE, *PRO HAC VICE*

Upon the motion of Chané Buck to be admitted, *pro hac vice,* to represent Purdue Pharma L.P., *et al.,* as special counsel, in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, it is hereby:

**ORDERED**, that Chané Buck is admitted to practice *pro hac vice*, in the above-referenced cases to represent Purdue Pharma L.P., *et al.,* as special counsel, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid. This order does not satisfy any requirement under 11 U.S.C. § 327 for Court authorization of the debtors herein to retain counsel

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated:  June 17, 2021
       White Plains, New York

                                      /s/ Robert D. Drain
                            HONORABLE ROBERT D. DRAIN
                            UNITED STATES BANKRUPTCY JUDGE