**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No.: 19-23649 (RDD) |
| PURDUE PHARMA, L.P., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER ON APPLICATION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of **Corey D. Moll**, to be admitted, *pro hac vice*, to represent: "Class 4" Claimants with Claim numbers: 143350, 144101, 144726, 144762; "Class 5" Claimants with Claim numbers: 143356, 143357; and "Class 6" Claimants with Claim numbers 135435, 145857, 145861, 145870, 145881, 145887, 145889, 145907, 145929, 145935, 145950, 145973, 145991, 145994, 146016, 146025, 146030, 146043, 146057, 146059, 146060, 146062, 146084, 146092, 146130, 146134, 146135, 146147, 146154, 146155, 146161, (the "Clients") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Louisiana and the bar of the U.S. District Court for the Eastern District of Louisiana, it is hereby

**ORDERED,** that the application of **Corey D. Moll, Esq.**, to practice, *pro hac vice*, in the above reference cases to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, is granted, provided that the filing has been paid.

Dated: White Plains, New York
          June 21, 2021

                                                                  */s/Robert D. Drain*
                                                                  UNITED STATES BANKRUPTCY JUDGE