**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **PURDUE PHARMA L.P., et al.,**[1] | ) | **Case No. 19-23649 (RDD)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

**TWENTY-FIRST MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM MAY 1, 2021 THROUGH MAY 31, 2021**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | May 1, 2021 through May 31, 2021 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $85,756.95[2] |
| Less 20% Holdback | $17,151.39 |
| Total Reimbursement Requested | $0.00 |
| Total Compensation and Reimbursement Requested in this Statement | $68,605.56 |

**This is a(n):**  <u>X</u> Monthly Application    __ Interim Application    __ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from May 1, 2021 Through May 31, 2021* (this "**Fee Statement**").[3]  By this Fee Statement, A&P seeks (i) compensation in the amount of

---

[2]    This amount reflects a reduction in fees in the amount of $15,133.55 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]    The period from May 1, 2021, through and including May 31, 2021, is referred to herein as the "**Fee Period**.".

$68,605.56 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $85,756.95) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### **Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $85,756.95 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $68,605.56.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $802.63.[4]  The blended hourly billing rate of all paraprofessionals is $344.25.[5]

3.      A&P did not incur or disburse any expenses during the Fee Period..

4.      Attached hereto as **Exhibit C** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

## **Notice**

5.      A&P will provide notice of this Fee Statement in accordance with the Interim

Compensation Order. A&P submits that no other or further notice be given.


*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $68,605.56, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $85,756.95) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

June 21, 2021                                    Respectfully submitted,


By:  _/s/ Rory Greiss_
**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

***Special Counsel to the Debtors***

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Miscellaneous - General Advice | 16.90 | $15,948.13 |
| Commercial Contracts Advice | 35.40 | $24,911.38 |
| Project Alive | 8.40 | $7,508.48 |
| Amendment to Shionogi Collaboration | 1.30 | $1,093.95 |
| Retention and Fee Applications | 12.10 | $7,032.90 |
| General Patent Settlement | 3.10 | $3,201.53 |
| Project Chione | 2.30 | $2,171.33 |
| Government Contracts | 23.00 | $15,406.25 |
| IT Contract Advice | 5.40 | $5,140.80 |
| Project Falcon | 3.00 | $3,342.20 |
| **Total[6]** | **110.90** | **$85,756.95** |

---

[6]  This amount reflects a reduction in fees in the amount of $15,133.55 on account of voluntary discounts as described in the Retention Application.

**<u>Exhibit B</u>**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,000.00 | 1.10 | $1,100.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,420.00 | 1.40 | $1,988.00 |
| Greiss, Rory | Partner | 1981 | 1,215.00 | 29.60 | $35,964.00 |
| Handwerker, Jeffrey L. | Partner | 1995 | 1,195.00 | 7.40 | $8,843.00 |
| Rothman, Eric | Partner | 2008 | 990.00 | 14.60 | $14,454.00 |
| Moskatel, Ira | Counsel | 1975 | 1,120.00 | 8.00 | $8,960.00 |
| Clements, Ginger | Associate | 2016 | 815.00 | 1.10 | $896.50 |
| Crain, David | Associate | Pending | 520.00 | 11.70 | $6,084.00 |
| Joo, Daisy Y. | Associate | 2020 | 595.00 | 15.60 | $9,282.00 |
| Miljevic, Mina | Associate | 2016 | 815.00 | 9.60 | $7,824.00 |
| Yang, Jae | Associate | 2020 | 595.00 | 1.80 | $1,071.00 |
| Zausner, Ethan | Associate | 2017 | 815.00 | 1.90 | $1,548.50 |
| Reddix, Darrell | Legal Assistant | | 405.00 | 7.10 | $2,875.50 |
| **Total** | | | | **110.90** | **100,890.50** |
| Less 15% Discount | | | | | ($15,133.55) |
| **Discounted Total** | | | | | **$85,756.95** |
| Less 20% Holdback | | | | | ($17,151.39) |
| **Total Amount Requested Herein** | | | | | **$68,605.56** |

**Exhibit C**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**                                                          June 16, 2021
**Attn: Roxana Aleali**                                                 Invoice # 30128380
**Associate General Counsel**                                          EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00001**

Miscellaneous

1000000570


| | | |
|---|---|---|
| **For Legal Services Rendered through May 31, 2021** | $ | **18,762.50** |
| Less Discount: | | -2,814.37 |
| **Fee Total** | | **15,948.13** |
| **Total Amount Due** | $ | **15,948.13** |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

| | |
|---|---|
| Or Remit To: | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 759451 |
| | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 16, 2021                                                                                          Invoice # 30128380

**(1049218.00001)**
**Miscellaneous**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 05/03/21 | 1.30 | Finalize draft of Supplement to BCAT Agreement incorporating R. Kreppel's comments. |
| Rory Greiss | 05/17/21 | 2.40 | Review correspondence from R. Inz regarding foreign license, applicable royalty rates and other issues (.5); review documentation regarding original license agreement (1.2); videoconference with E. Rothman and J. Yang regarding foreign license (.7). |
| Eric Rothman | 05/17/21 | 0.60 | Teleconference with R. Greiss and J. Yang to discuss certain IP licenses. |
| Jae Yang | 05/17/21 | 1.50 | Attend call with R. Greiss and E. Rothman re foreign license (.5); review license agreement review chart (.2); review license agreement for Israel (.5); review emails (.3). |
| Rory Greiss | 05/18/21 | 2.20 | Continued work on questions regarding foreign license agreement; royalty rates and other issues, including analysis of latest license agreement (1.3) and preparation of email setting forth principal terms and relationship to prior agreements (.9). |
| Jae Yang | 05/18/21 | 0.30 | Review license agreement review chart (.2); review emails (.1). |
| Rory Greiss | 05/20/21 | 2.40 | Review R. Inz correspondence regarding latest changes from other side re: Mexico Sublicense (.4); review proposed revisions (.6); correspondence regarding our suggestions for revisions (.6); review and sign off on revised agreement prepared by E. Zausner (.8). |
| Ethan Zausner | 05/20/21 | 1.30 | Worked on sublicense agreement (.9) and related emails (.4). |
| Rory Greiss | 05/21/21 | 1.40 | Review correspondence from R. Kreppel re: BCAT agreement (.4); finalize revisions to sublicense (1.0). |
| Rory Greiss | 05/24/21 | 3.20 | Review comments from D. Kyle and R. Kreppel re: Supplement No. 2 (.5); conference call with R. Kreppel to discuss revisions to be made (.6); revise Supplement No. 2 and send to R. Kreppel (1.0); review 2013 license agreement documents (.7); correspondence with R. Inz re: agreements and license agreement chart (.4). |
| Rory Greiss | 05/27/21 | 0.30 | Correspondence with R. Kreppel re: Supplement No. 2 draft. |
| **Total Hours** | | **16.90** | |

June 16, 2021                                                                    Invoice # 30128380

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 13.20 | 1,215.00 | 16,038.00 |
| Eric Rothman | 0.60 | 990.00 | 594.00 |
| Jae Yang | 1.80 | 595.00 | 1,071.00 |
| Ethan Zausner | 1.30 | 815.00 | 1,059.50 |
| **TOTAL** | **16.90** | | **18,762.50** |

**Total Current Amount Due**                                            **$15,948.13**

# Arnold&Porter

**Purdue Pharma L.P.**                                    June 16, 2021
**Attn: Maria Barton**                              Invoice # 30128382
**General Counsel**                                   EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**


**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233


**For Legal Services Rendered through May 31, 2021**    $       29,307.50

  Discount:                                                   -4,396.12

**Fee Total**                                             24,911.38


**Total Amount Due**                                 $       24,911.38


**Wire Transfer Instructions:**

|                    |                                      |
|--------------------|--------------------------------------|
| Account Name:      | Arnold & Porter Kaye Scholer LLP     |
| Bank Info:         | Wells Fargo Bank NA                  |
|                    | 420 Montgomery Street                |
|                    | San Francisco, CA  94104             |
| Account Number:    | 4127865475                           |
| ABA Number:        | 121000248 (ACH and wires)            |
| Swift Code:        | WFBIUS6S                             |

**Or Remit To:**            Arnold & Porter Kaye Scholer LLP
                            P.O. Box 759451
                            Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 16, 2021                                                                    Invoice # 30128382

**(1049218.00117)**
**Commercial Contracts Advice**


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 05/05/21 | 0.70 | Correspondence with E. Rothman and Z. Haseeb re: materials transfer agreement to be prepared (.3); review precedent and discuss with E. Rothman (.4). |
| David Crain | 05/05/21 | 4.60 | Review precedent Material Transfer Agreement (1.8); revise precedent Material Transfer Agreement (2.8). |
| Rory Greiss | 05/07/21 | 1.50 | Review and comment on initial draft of materials transfer agreement prepared by D. Crain. |
| David Crain | 05/07/21 | 0.60 | Review Rory's comments (.2); revise Material Draft Agreement (.4). |
| Rory Greiss | 05/10/21 | 0.50 | Review E. Rothman comments on mta draft (.3); correspondence with E. Rothman and D. Crain re: next steps (.2). |
| Eric Rothman | 05/10/21 | 1.10 | Review and comment on materials transfer agreement. |
| Ira D. Moskatel | 05/10/21 | 1.00 | Begin preparation of draft non-exclusive source code license. |
| David Crain | 05/10/21 | 1.70 | Revise material transfer agreement (.5); research into survival provisions in life sciences transactions (1.2). |
| Mina Miljevic | 05/10/21 | 0.10 | Emails with client on API Supply Agreement. |
| Rory Greiss | 05/11/21 | 0.70 | Review and comment on revised draft of materials transfer agreement (.5); correspondence with D. Crain and E. Rothman re: same (.2). |
| Eric Rothman | 05/11/21 | 1.20 | Review and comment on materials transfer agreement. |
| Ira D. Moskatel | 05/11/21 | 1.00 | Complete draft non-exclusive license agreement form and e-mail to K. McCarthy. |
| David Crain | 05/11/21 | 3.20 | Revise material transfer agreement. |
| Rory Greiss | 05/12/21 | 1.50 | Finalize draft of materials transfer agreement with D. Crain (1.0); draft email and transmit to Purdue (.5). |
| Eric Rothman | 05/12/21 | 1.30 | Review and comment on working draft of Supply Agreement. |
| Ira D. Moskatel | 05/12/21 | 0.60 | E-mails from and to K. McCarthy re required changes to draft non-exclusive license. |
| David Crain | 05/12/21 | 1.60 | Revise material transfer agreement. |
| Mina Miljevic | 05/12/21 | 3.00 | Review API supply agreement. |

June 16, 2021                                                                    Invoice # 30128382

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 05/13/21 | 1.20 | Teleconference with client to discuss working draft of Supply Agreement. |
| Mina Miljevic | 05/13/21 | 1.50 | Discuss API supply agreement with client (.6) and revise the same (.9). |
| Mina Miljevic | 05/14/21 | 3.00 | Revise API supply agreement. |
| Mina Miljevic | 05/15/21 | 1.50 | Revise API supply agreement. |
| Eric Rothman | 05/18/21 | 1.80 | Work on draft of Supply Agreement (1.1); email with client re same (.7). |
| Mina Miljevic | 05/18/21 | 0.50 | Revise API supply agreement (.3); emails re: API supply agreement (.2). |

**Total Hours**                                  **35.40**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 4.90 | 1,215.00 | 5,953.50 |
| Eric Rothman | 6.60 | 990.00 | 6,534.00 |
| Ira D. Moskatel | 2.60 | 1,120.00 | 2,912.00 |
| David Crain | 11.70 | 520.00 | 6,084.00 |
| Mina Miljevic | 9.60 | 815.00 | 7,824.00 |
| **TOTAL** | **35.40** | | **29,307.50** |

**Total Current Amount Due**                                        **$24,911.38**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

June 16, 2021
Invoice # 30128383
EIN 53-0208605

**Client/Matter # 1049218.00134**

Project Alive

20180002128

| | | |
|---|---|---|
| **For Legal Services Rendered through May 31, 2021** | $ | 8,833.50 |
| Discount: | | -1,325.02 |
| **Fee Total** | | 7,508.48 |
| **Total Amount Due** | $ | 7,508.48 |

**Wire Transfer Instructions:**

|  | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 16, 2021

Invoice # 30128383

**(1049218.00134)**
**Project Alive**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 05/03/21 | 2.10 | Reviewed and commented on Alive Option-related letter (1.4); teleconference with R. Greiss re same (.6). |
| Rory Greiss | 05/04/21 | 0.70 | Call with E. Rothman re: his discussion with Alive's counsel (.5); correspondence with E. Rothman and K. McCarthy (.2). |
| Eric Rothman | 05/04/21 | 2.20 | Teleconference with Alive counsel to discuss Project Alive matters (.6), teleconference with Purdue re same (.5); work on documentation re sale (1.1). |
| Rory Greiss | 05/05/21 | 1.10 | Telephone conference with E. Rothman re: option exercise issue (.4); review E. Rothman's revised draft of side letter (.5); correspondence with K. McCarthy and E. Rothman re: draft (.2). |
| Eric Rothman | 05/05/21 | 1.80 | Emails with Purdue (.7); review, revise documentation re Project Alive (1.1). |
| Rory Greiss | 05/06/21 | 0.50 | Correspondence with E. Rothman and K. McCarthy re: side letter. |

**Total Hours**              **8.40**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 2.30 | 1,215.00 | 2,794.50 |
| Eric Rothman | 6.10 | 990.00 | 6,039.00 |
| **TOTAL** | **8.40** | | **8,833.50** |

**Total Current Amount Due**                              **$7,508.48**

# Arnold&Porter

**Purdue Pharma L.P.**                                                    June 16, 2021
**Attn: Roxana Aleali**                                            Invoice # 30128379
**Associate General Counsel**                                        EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00144**

Amendment to Shionogi Collaboration

20190002605

| | | |
|---|---|---|
| **For Legal Services Rendered through May 31, 2021** | $ | **1,287.00** |
| Discount: | | <u>-193.05</u> |
| **Fee Total** | | **1,093.95** |
| **Total Amount Due** | $ | <u>**1,093.95**</u> |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 759451
                          Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 16, 2021

Invoice # 30128379

**(1049218.00144)**
**Amendment to Shionogi Collaboration**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 05/10/21 | 1.30 | Prepared revised draft of Amendment to Collaboration Agreement. |
| **Total Hours** | | **1.30** | |

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|--|-------|------|-------|
| **Partner** | | | | |
| Eric Rothman | | 1.30 | 990.00 | 1,287.00 |
| | **Subtotal:** | **1.30** | | **1,287.00** |
| **TOTAL** | | **1.30** | | **1,287.00** |

**Total Current Amount Due**                                    **$1,093.95**

# Arnold&Porter

**Purdue Pharma L.P.**                                June 16, 2021
**Attn: Roxana Aleali**                          Invoice # 30128384
**Associate General Counsel**                   EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through May 31, 2021** | $ | 8,274.00 |
| Discount: | | -1,241.10 |
| **Fee Total** | | 7,032.90 |
| **Total Amount Due** | $ | **7,032.90** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 759451
                          Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 16, 2021                                                                    Invoice # 30128384

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ginger Clements | 05/05/21 | 0.10 | Review correspondence with A&P team re monthly fee statement. |
| Rosa J. Evergreen | 05/05/21 | 0.20 | Communication with R. Greiss re fee application (.1); attention to March invoices (.1). |
| Rory Greiss | 05/07/21 | 0.50 | Review Monthly Statement for March prepared by D. Reddix (.3); correspondence with A&P team re: same (.2). |
| Rosa J. Evergreen | 05/07/21 | 0.30 | Review March fee application (.2); communicate with D. Reddix and R. Greiss re same (.1). |
| Darrell B. Reddix | 05/07/21 | 1.90 | Prepare nineteenth monthly fee report including exhibits. |
| Ginger Clements | 05/10/21 | 0.10 | Review correspondence with A&P team re invoices. |
| Rosa J. Evergreen | 05/10/21 | 0.10 | Attention to fee application. |
| Darrell B. Reddix | 05/10/21 | 3.00 | Finalize nineteenth monthly report for filing (.2); serve same (.1); prepare twentieth monthly fee report including exhibits (2.7). |
| Ginger Clements | 05/11/21 | 0.10 | Review correspondence re May invoices. |
| Darrell B. Reddix | 05/11/21 | 0.10 | Prepare twentieth monthly fee report including exhibits. |
| Ginger Clements | 05/12/21 | 0.70 | Review, analyze invoices re compliance with U.S. Trustee guidelines and local rules. |
| Darrell B. Reddix | 05/12/21 | 0.20 | Prepare twentieth monthly fee report including exhibits. |
| Rory Greiss | 05/13/21 | 0.50 | Correspondence regarding revised April narratives with B. Buchholtz and D. Reddix. |
| Rosa J. Evergreen | 05/13/21 | 0.10 | Review, analyze April invoice. |
| Rory Greiss | 05/19/21 | 0.40 | Correspondence with Purdue billing folks re: new matter to be opened and other billing issues. |

Page 1

June 16, 2021                                                                                         Invoice # 30128384

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 05/20/21 | 0.40 | Work with B. Buchholtz re: information to be sent to Fee Examiner for March statement. |
| Rosa J. Evergreen | 05/26/21 | 0.10 | Correspond with R. Greiss re fee application. |
| Rory Greiss | 05/27/21 | 0.60 | Review and sign off on monthly statement for April (.4); correspondence with D. Reddix and R. Evergreen re: filing statement (.2). |
| Ginger Clements | 05/27/21 | 0.10 | Review correspondence with A&P team re filing monthly fee statement. |
| Rosa J. Evergreen | 05/27/21 | 0.30 | Review and comment on April statement (.2); communication with D. Reddix re filing same (.1). |
| Darrell B. Reddix | 05/27/21 | 1.90 | Prepare twentieth monthly fee report including exhibits (1.7); file and serve same (.2). |
| Rory Greiss | 05/28/21 | 0.40 | Correspondence re: new matter with C. MacDonald and send LEDES data for April to Fee Examiner. |

**Total Hours**                      **12.10**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 1.10 | 1,000.00 | 1,100.00 |
| Rory Greiss | 2.80 | 1,215.00 | 3,402.00 |
| Ginger Clements | 1.10 | 815.00 | 896.50 |
| Darrell B. Reddix | 7.10 | 405.00 | 2,875.50 |
| **TOTAL** | **12.10** | | **8,274.00** |

**Total Current Amount Due**                                                        **$7,032.90**

# Arnold&Porter

**Purdue Pharma L.P.**                                      June 16, 2021
**Attn: Rachel Kreppel**                               Invoice # 30128386
**Associate General Counsel**                            EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00153**

General Patent Settlement

20210003082


**For Legal Services Rendered through May 31, 2021**          $          **3,766.50**

 Discount:                                                        -564.97

**Fee Total**                                                    **3,201.53**


**Total Amount Due**                                      $          **3,201.53**


**Wire Transfer Instructions:**

              Account Name:      Arnold & Porter Kaye Scholer LLP
              Bank Info:         Wells Fargo Bank NA
                                 420 Montgomery Street
                                 San Francisco, CA  94104
              Account Number:    4127865475
              ABA Number:        121000248 (ACH and wires)
              Swift Code:        WFBIUS6S

**Or Remit To:**                 Arnold & Porter Kaye Scholer LLP
                                 P.O. Box 759451
                                 Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 16, 2021                                                                 Invoice # 30128386

**(1049218.00153)**
**General Patent Settlement**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 05/03/21 | 1.90 | Prepare for call with R. Kreppel and R. Silbert re: settlements (.7); discuss issues with R. Kreppel and R. Silbert (1.2). |
| Rory Greiss | 05/13/21 | 1.20 | Review various settlement agreements to respond to questions raised by Purdue team (.9) and correspondence re: same (.3). |

**Total Hours**                               **3.10**

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|---|-------|------|-------|
| **Partner** | | | | |
| Rory Greiss | | 3.10 | 1,215.00 | 3,766.50 |
| | **Subtotal:** | **3.10** | | **3,766.50** |
| **TOTAL** | | **3.10** | | **3,766.50** |

**Total Current Amount Due**                                               $3,201.53

# Arnold&Porter

**Purdue Pharma L.P.**                                                          June 16, 2021
**Attn: Roxana Aleali**                                                    Invoice # 30128385
**Associate General Counsel**                                              EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00154**

Project Chione

20210003087

| | | |
|---|---|---|
| **For Legal Services Rendered through May 31, 2021** | $ | **2,554.50** |
| Discount: | | <u>-383.17</u> |
| **Fee Total** | | **2,171.33** |
| **Total Amount Due** | $ | <u>**2,171.33**</u> |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**              Arnold & Porter Kaye Scholer LLP
                              P.O. Box 759451
                              Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 16, 2021

Invoice # 30128385

**(1049218.00154)**
**Project Chione**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 05/26/21 | 1.70 | Review Chione comments to Term Sheet (1.1); correspondence with Purdue team re: suggested revisions (.6). |
| Ethan Zausner | 05/26/21 | 0.60 | Review of updated term sheet and attention to related emails. |

**Total Hours**      **2.30**

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|--|-------|------|-------|
| **Partner** | | | | |
| Rory Greiss | | 1.70 | 1,215.00 | 2,065.50 |
| | **Subtotal:** | **1.70** | | **2,065.50** |
| **Associate** | | | | |
| Ethan Zausner | | 0.60 | 815.00 | 489.00 |
| | **Subtotal:** | **0.60** | | **489.00** |
| | **TOTAL** | **2.30** | | **2,554.50** |

**Total Current Amount Due**      **$2,171.33**

Page 1

# Arnold&Porter

**Purdue Pharma L.P.**                                                    June 16, 2021
**Attn: Roxana Aleali**                                          Invoice # 30128381
**Associate General Counsel**                                   EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00155**

Government Contracts

20210003110


**For Legal Services Rendered through May 31, 2021**                    **18,125.00**


Discount:                                                              -2,718.75

**Fee Total**                                                          **15,406.25**


**Total Amount Due**                                          $         **15,406.25**


**Wire Transfer Instructions:**

        Account Name:          Arnold & Porter Kaye Scholer LLP
        Bank Info:             Wells Fargo Bank NA
                               420 Montgomery Street
                               San Francisco, CA  94104
        Account Number:        4127865475
        ABA Number:            121000248 (ACH and wires)
        Swift Code:            WFBIUS6S

**Or Remit To:**                       Arnold & Porter Kaye Scholer LLP
                               P.O. Box 759451
                               Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 16, 2021                                                          Invoice # 30128381


**(1049218.00155)**
**Government Contracts**


**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Jeffrey L. Handwerker | 05/04/21 | 1.30 | Review of updated term sheet and attention to related emails. |
| Daisy Y. Joo | 05/07/21 | 0.10 | Review change of control materials provided by J. Handwerker. |
| Jeffrey L. Handwerker | 05/10/21 | 0.30 | Call with D. Joo re: next step. |
| Daisy Y. Joo | 05/10/21 | 0.40 | Call with J. Handwerker regarding novation process (.2); review materials re: same (.2). |
| Daisy Y. Joo | 05/11/21 | 0.80 | Review contracts in connection with novation process. |
| Daisy Y. Joo | 05/13/21 | 2.90 | Review government contracts (1.2) and relevant regulations to determine appropriate process for novations (1.7). |
| Daisy Y. Joo | 05/14/21 | 6.80 | Review government contracts for relevant provisions (.8); organize and identify missing government contracts (2.5); research agency guidance to determine appropriate process for novations (3.5). |
| Jeffrey L. Handwerker | 05/15/21 | 0.50 | Review novation summary and call strategy in preparation for calls. |
| Jeffrey L. Handwerker | 05/19/21 | 0.50 | Review correspondence to HRSA and CMS and comment re: same. |
| Daisy Y. Joo | 05/19/21 | 0.50 | Identify and send communication to relevant contacts at CMS and HRSA to arrange call regarding transition of government contracts. |
| Jeffrey L. Handwerker | 05/20/21 | 0.50 | Review CMS responses and comment re: same (.4); prepare for VA calls (.1). |
| Jeffrey L. Handwerker | 05/21/21 | 2.00 | Prepare for (.5); and participate in two VA calls (1.1); and follow up with K. McCarthy and team re: same (.4). |
| Jeffrey L. Handwerker | 05/24/21 | 1.00 | Prepare for and attend call with Purdue team to discuss next steps. |
| Daisy Y. Joo | 05/24/21 | 1.00 | Draft client government contracts tracking chart. |
| Jeffrey L. Handwerker | 05/25/21 | 0.80 | Finalize charts (.3); calls with D. Joo re: government outreach and next steps (.5). |
| Daisy Y. Joo | 05/25/21 | 1.30 | Review and revise government tracking chart (.4); draft and update CMS meeting forms (.5); coordinate meeting logistics with Medicare coverage gap discount group (.4). |
| Jeffrey L. Handwerker | 05/26/21 | 0.50 | Call with CMS re: CGDP and follow up re: same. |
| Daisy Y. Joo | 05/26/21 | 1.80 | Prepare for and attend call with Medicare coverage gap discount group (1.0); update government contracts tracking chart (.8). |

June 16, 2021                                                    Invoice # 30128381

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| **Total Hours** | | **23.00** | |

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|--|-------|------|-------|
| **Partner** | | | | |
| Jeffrey L. Handwerker | | 7.40 | 1,195.00 | 8,843.00 |
| | Subtotal: | **7.40** | | **8,843.00** |
| **Associate** | | | | |
| Daisy Y. Joo | | 15.60 | 595.00 | 9,282.00 |
| | Subtotal: | **15.60** | | **9,282.00** |
| | **TOTAL** | **23.00** | | **18,125.00** |

**Total Current Amount Due**                                    **$15,406.25**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

June 16, 2021
Invoice # 30128388
EIN 53-0208605

**Client/Matter # 1049218.00156**

IT Contract Advice

20210003096

| | |
|---|---:|
| **For Legal Services Rendered through May 31, 2021** | **6,048.00** |
| Discount: | -907.20 |
| **Fee Total** | **5,140.80** |
| **Total Amount Due**                       $ | **5,140.80** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 16, 2021                                                                         Invoice # 30128388

**(1049218.00156)**
**IT Contract Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ira D. Moskatel | 05/04/21 | 3.00 | Preparation of briefing memo on 3rd party maintenance issues. |
| Ira D. Moskatel | 05/05/21 | 0.70 | E-mails from and to K. McCarthy relating to classifications in briefing memorandum. |
| Ira D. Moskatel | 05/11/21 | 1.70 | E-mail analysis to K. McCarthy re termination triggers and potential copyright infringement exposures. |

**Total Hours**                          **5.40**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Counsel** | | | |
| Ira D. Moskatel | 5.40 | 1,120.00 | 6,048.00 |
| **Subtotal:** | **5.40** | | **6,048.00** |
| **TOTAL** | **5.40** | | **6,048.00** |

**Total Current Amount Due**                                           $5,140.80

# Arnold&Porter

**Purdue Pharma L.P.**                                           June 16, 2021
**Attn: Rachel Kreppel**                                    Invoice # 30128387
**Associate General Counsel**                                  EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | |
|---|---:|
| **For Legal Services Rendered through May 31, 2021** | **3,932.00** |
| Discount: | -589.80 |
| **Fee Total** | **3,342.20** |
| **Total Amount Due**                      $ | **3,342.20** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                        P.O. Box 759451
                        Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

June 16, 2021

Invoice # 30128387

**(1049218.00157)**
**Project Falcon**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 05/24/21 | 0.90 | Call with R. Kreppel re: Project Falcon (.3); conference call with D. Feinstein, R. Kreppel and C. Ricarte re: Project Falcon (.6). |
| Deborah L. Feinstein | 05/24/21 | 0.70 | Calls re: Project Falcon. |
| Rory Greiss | 05/25/21 | 0.40 | Correspondence with D. Feinstein's regarding Project Falcon. |
| Deborah L. Feinstein | 05/25/21 | 0.70 | Call regarding Project Falcon (.4); report re same (.3). |
| Rory Greiss | 05/27/21 | 0.30 | Correspondence with Purdue team regarding organization of new matter. |

**Total Hours** **3.00**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Deborah L. Feinstein | 1.40 | 1,420.00 | 1,988.00 |
| Rory Greiss | 1.60 | 1,215.00 | 1,944.00 |
| **Subtotal:** | **3.00** | | **3,932.00** |
| **TOTAL** | **3.00** | | **3,932.00** |

**Total Current Amount Due** **$3,342.20**