2000 Cheney Highway

Suite 103, 273

Titusville, Fl 32780


June 16, 2021


US Bankruptcy Court

Southern District of New York

300 Quarrops Street

White Plains, NY 10601-4140


Attention Judge Drain,

We represent an advocacy organization with chapters in all 50 states, Canada, UK, and Australia. We advocate for the rights of patients globally. We have become aware of a proposed bankruptcy settlement of the Purdue Company and companies. We are in the process of obtaining and studying the 499-page document as it specifically affects our 50,000 members and millions of other Americans, and indeed citizens in most countries of the world. Many of our members wish to make claims in the bankruptcy separate from the class action lawsuits that have been filed by all 50 states and multiple municipalities. We want a seat at the table pre- and post-bankruptcy, and will be filing additional court documents, but wish to make your honor and the court aware of our intentions. For further correspondence please reach out to names and contact information listed.


Respectfully submitted,

Don't Punish Pain Rally

Dr. Arnold Feldman

225-939-1252

Docharley123@gmail.com