UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** ) | Chapter 11 |
| ) | Case No. 19-23649 (RDD) |
| **PURDUE PHARMA L.P.,** *et al.*, ) | |
| ) | |
| **Debtors.** ) | (Joint Administration Pending) |
| ) | |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of JAMES E. MILLER (the "Movant") to be admitted *pro hac vice* to Represent the Sheet Metal Workers Local No. 25 Health & Welfare Fund in the above-referenced cases, and upon Movant's certification that he is a member in good standing of the bars of the states of California, Connecticut, New Jersey and Pennsylvania and of the Northern, Southern and Central Districts of California; the Eastern District of Pennsylvania; the District of Colorado; and the Court of Appeals for the First, Second, Third, Fourth, Sixth, Ninth and Tenth Circuits, it is hereby

**ORDERED** that JAMES E. MILLER, Esq. is admitted to practice *pro hac vice* in the above-referenced cases to represent the Sheet Metal Workers Local No. 25 Health & Welfare Fund in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
June 21, 2021

/s/Robert D. Drain
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY