**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.* [1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Erica L. Maier, hereby declare as follows:

I am a resident of the United States of America, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am a legal assistant for counsel to Peter W. Jackson, a creditor and party in interest in the above-captioned cases.

On the 16th of June, 2021, I caused a copy of the *Reply of Peter W. Jackson to Objections to Motion for Order to Appoint an Examiner Pursuant to 11 U.S.C. § 1104(c)* [ECF No. 3034] and a copy of the *Declaration of Jonathan C. Lipson in Support of Reply of Peter W. Jackson to Objections to Motion for Order to Appoint an Examiner Pursuant to 11 U.S.C. § 1104(c)* [ECF No. 3034-1] to be served upon the parties identified on Exhibit A, attached hereto, by overnight mail, postage prepaid.

Executed on June 17, 2021

/s/ Erica L. Maier
Erica L. Maier
Temple University-Beasley School of Law
1719 North Broad St.
Philadelphia, PA 19122
215-204-7874
emaier@temple.edu

---

[1] The debtors in these chapter 11 cases ("**Debtors**" or "**Purdue**"), along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014) (collectively, the "**Bankruptcy Cases**").

## Exhibit A

| | | |
|---|---|---|
| Air Liquide Industrial U.S. LP<br>Attn: President or General Counsel<br>9811 Katy Freeway Suite 100<br>Houston, TX 77024 | Ronald George Dandar<br>c/o Legal Mail Department<br>50 Overlook Drive KQ7780 Labelle,<br>PA 15450 | State of Nevada Attorney General<br>Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City, NV 89701 |
| Chambers of Honorable Robert D.<br>Drain Purdue Pharma L.P. - Chambers<br>Copy US Bankruptcy Court SDNY 300<br>Quarropas Street, Room 248<br>White Plains, NY 10601 | State of Alabama Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 300152 Montgomery, AL<br>36130-0152 | State of New Mexico Attorney General<br>Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| Commonwealth of Puerto Rico<br>Attn: Bankruptcy Department<br>Apartado 9020192<br>San Juan, PR 00902-0192 | State of Colorado Attorney General<br>Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | State of Ohio Attorney General<br>Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215 |
| Fetzko Law Offices, P.C.<br>Attn: Brian Fetzko<br>12 Evergreen Drive, Suite 102<br>Middletown, NY 10940 | State of Florida Attorney General<br>Attn: Bankruptcy Department<br>The Capitol, PL 01 Tallahassee, FL<br>32399-1050 | State of Oklahoma Attorney General<br>Attn: Bankruptcy Department<br>313 NE 21st Street<br>Oklahoma City, OK 73105 |
| Ikon Financial Services<br>Attn: President or General Counsel<br>1738 Bass Rd<br>Macon, GA 31210-1043 | State of Georgia Attorney General<br>Attn: Bankruptcy Department<br>40 Capital Square, SW Atlanta, GA<br>30334-1300 | Washington DC Attorney General<br>Attn: Bankruptcy Department<br>441 4th Street, NW<br>Washington, DC 20001 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia, PA 19104-5016 | State of Idaho Attorney General<br>Attn: Bankruptcy Department<br>700 W. Jefferson Street P.O. Box 83720<br>Boise, ID 83720-1000 | State of Pennsylvania Attorney General<br>Attn: Bankruptcy Department<br>Strawberry Square 16th Floor<br>Harrisburg, PA 17120 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | State of Indiana Attorney General<br>Attn: Bankruptcy Department<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204 | State of Rhode Island Attorney General<br>Attn: Bankruptcy Department<br>150 South Main Street<br>Providence, RI 02903 |
| Kimm Law Firm<br>Attn: Michael S. Kimm<br>333 Sylvan Avenue, Suite 106<br>Englewood Cliffs, NJ 07632 | State of Iowa Attorney General<br>Attn: Bankruptcy Department 1305 E.<br>Walnut Street Des Moines, IA 50319 | State of South Carolina Attorney<br>General Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia, SC 29211-1549 |

State of Kansas Attorney General
Attn: Bankruptcy Department
120 SW 10th Ave., 2nd Floor Topeka, KS 66612-1597

State of Minnesota Attorney General
Attn: Bankruptcy Department
1400 Bremer Tower
445 Minnesota Street
St. Paul, MN 55101-2131

State of Wisconsin Attorney General
Attn: Bankruptcy Department
Wisconsin Department of Justice
State Capitol, Room 114 East, P.O. Box 7857 Madison, WI 53707-7857

State of Kentucky Attorney General
Attn: Bankruptcy Department
700 Capitol Avenue, Suite 118
Frankfort, KY 40601

State of Mississippi Attorney General
Attn: Bankruptcy Department
Walter Sillers Building
550 High Street, Suite 1200,
P.O. Box 220 Jackson, MS 39201

State of Wyoming Attorney General
Attn: Bankruptcy Department
123 Capitol Building
200 W. 24th Street
Cheyenne, WY 8F2002

U.S. Bank Equipment Finance
Attn: President or General Counsel
1310 Madrid Street
Marshall, MN 56258

U.S. Department of Justice
Attn: Legal Department
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Attorney's Office
Attn: U.S. Attorney
300 Quarropas Street, Room 248
White Plains, NY 10601-4150

Chambers of the Honorable Judge Robert D. Drain
United States Court for the Southern District of New York ("Chambers"), United States Bankruptcy Court for the Southern District of New York. 300

United States Trustee for the Southern District of New York (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, New York 10014
Attn: Paul K. Schwartzberg.