**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: PURDUE PHARMA L.P., et al.,　　　　　　　　　　　　　　　　　　　　　　　Case No.: 19-23649 (RDD)
　　　　Debtors　　　　　　　　　　　　　　　　　　　　　　　Reporting Period May 1, 2021 to May 31, 2021

**CORPORATE MONTHLY OPERATING REPORT**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1a | Yes | - |
| Bank Account Balances | MOR-1b | Yes | - |
| Consolidated Statement of Operations | MOR-2 | Yes | - |
| Consolidated Balance Sheet | MOR-3 | Yes | - |
| Schedule of Post-petition Taxes | MOR-4 | - | Yes |
| Schedule of Payments to Insiders and Restructuring Professional Fees | MOR-5 | Yes | - |
| Debtor Questionnaire | MOR-6 | Yes | - |

This Monthly Operating Report has been prepared solely for the purposes of complying with the monthly reporting requirements applicable in these chapter 11 cases and is in a format that the Debtors believe is acceptable to the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited, and is not prepared in accordance with GAAP.

I declare under penalty of perjury that this report and the attached documents are true and correct to the best of my knowledge and belief.

_/s/ J. R. Lowne_　　　　　　　　　　　　　　　　　　　　　　　　　　　　6/21/2021
Signature of Authorized Individual*　　　　　　　　　　　　　　　　　　　Date

JON LOWNE　　　　　　　　　　　　　　　　　　　　　　　　　　　　6/21/2021
Printed Name of Authorized Individual　　　　　　　　　　　　　　　　　Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation.

| In re: PURDUE PHARMA L.P., et al., | Case No.: 19-23649 (RDD) |
|---|---|
| Debtors | Reporting Period May 1, 2021 to May 31, 2021 |

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS ($)

| Case No. | Debtor Entity Name: | Net Receipts [2] | Net Disbursements [1] |
|---|---|---:|---:|
| 087-19-23648 | PURDUE PHARMA INC. | $ - | $ 266,717 |
| 087-19-23649 | PURDUE PHARMA L.P. | 120,240,908 | 42,554,127 |
| 087-19-23650 | PURDUE TRANSDERMAL TECHNOLOGIES, L.P. | - | - |
| 087-19-23651 | PURDUE PHARMA MANUFACTURING L.P. | - | - |
| 087-19-23652 | PURDUE PHARMACEUTICALS L.P. | - | 7,523,274 |
| 087-19-23653 | IMBRIUM THERAPEUTICS L.P. | - | 1,134,619 |
| 087-19-23654 | ADLON THERAPEUTICS L.P. | - | 4,045,335 |
| 087-19-23655 | GREENFIELD BIO VENTURES L.P. | - | 85 |
| 087-19-23656 | SEVEN SEAS HILL CORP. | - | - |
| 087-19-23657 | OPHIR GREEN CORP. | - | - |
| 087-19-23658 | PURDUE PHARMA OF PUERTO RICO | - | 871 |
| 087-19-23659 | AVRIO HEALTH L.P. | - | 4,034,676 |
| 087-19-23660 | PURDUE PHARMACEUTICAL PRODUCTS L.P. | - | 25,519 |
| 087-19-23661 | PURDUE NEUROSCIENCE COMPANY | - | - |
| 087-19-23662 | NAYATT COVE LIFESCIENCE INC. | - | 410,000 |
| 087-19-23663 | BUTTON LAND L.P. | - | - |
| 087-19-23664 | PAUL LAND INC. | - | - |
| 087-19-23665 | QUIDNICK LAND L.P. | - | - |
| 087-19-23666 | RHODES ASSOCIATES L.P. | - | - |
| 087-19-23667 | RHODES PHARMACEUTICALS L.P. | 16,487,381 | 18,739,161 |
| 087-19-23668 | RHODES TECHNOLOGIES | 5,138,136 | 591,541 |
| 087-19-23669 | UDF LP | - | - |
| 087-19-23670 | SVC PHARMA LP | - | 4,800 |
| 087-19-23671 | SVC PHARMA INC. | - | - |
| **Totals:** | | **$ 141,866,425** | **$ 79,330,726** |

**Footnotes**

1) The Net Disbursements exclude intercompany transactions among Debtors

2) The Net Receipts exclude intercompany transactions among Debtors

| In re: PURDUE PHARMA L.P., et al., | | | | Case No.: 19-23649 (RDD) |
|---|---|---|---|---|
| Debtors | | | | May 31, 2021 |

**BANK ACCOUNT BALANCES ($)[1]**

| Debtor | Bank | Account Number | Description | Balance as of Month End |
|---|---|---|---|---:|
| Purdue Pharma L.P. | American Express National Bank (Restricted Cash) | xxxxxxx65041 | CD | $ 750,229 |
| Purdue Pharma L.P. | Wells Fargo (Restricted Cash) | xxxx2400 | Escrow | 10,866,456 |
| Purdue Pharma L.P. | East West Bank | xxxxxx9773 | LOC/Collateral | 10,008,484 |
| Purdue Pharma L.P. | East West Bank | xxxxxx9808 | LOC/Collateral | 5,253,403 |
| Purdue Pharma L.P. | East West Bank | xxxxxx9836 | LOC/Collateral | 1,661,417 |
| Purdue Pharma L.P. | East West Bank | xxxxxx9136 | Money Market Account | 200,033,331 |
| Purdue Pharma L.P. | Metropolitan Commercial Bank | xxxxxx4813 | Money Market Account | 100,296,603 |
| Purdue Pharma L.P. | Bank of Oklahoma | xxxxx8720 | Money Market Account | 100,208,151 |
| Purdue Pharma L.P. | Goldman Sachs #520 | xxxx8266 | Money Market Fund | 53,827,441 |
| Purdue Pharma L.P. | Goldman Sachs #506 | xxxx0462 | Money Market Fund | 514,602,552 |
| Purdue Pharma L.P. | East West Bank | xxxxxx9129 | Operating | 18,644,341 |
| Purdue Pharma L.P. | East West Bank | xxxxxx9388 | ERISA | 197,925 |
| Purdue Pharma L.P. | Bank of Oklahoma | xxxxx6017 | Trust | 15,282,714 |
| Purdue Pharma L.P. | East West Bank | xxxxxx9549 | Operating | 350,663 |
| Purdue Pharma L.P. | Wells Fargo (Restricted Cash) | xxxx1100 | Trust | 10,274,577 |
| Purdue Pharma L.P. | Wells Fargo (Restricted Cash) | xxxx6600 | Trust | 59,187,565 |
| Purdue Pharma L.P. | Metropolitan Commercial Bank (Restricted Cash) | xxxxxx4767 | Trust | 107,146 |
| Purdue Pharma L.P. | Wells Fargo (Restricted Cash) | xxxx0300 | Trust | 10,392,919 |
| Purdue Pharma L.P. | Bank of Oklahoma | xxxxx4018 | Trust | 25,106,717 |
| Purdue Pharma Inc. | East West Bank | xxxxxx9213 | Operating | 1,008,324 |
| Purdue Pharmaceuticals L.P. | Wells Fargo (Restricted Cash) | xxxx5300 | Trust | 125,989 |
| Imbrium Therapeutics L.P. | East West Bank | xxxxxx9241 | Operating | - |
| Adlon Therapeutics L.P. | East West Bank | xxxxxx9248 | Operating | - |
| Greenfield BioVentures L.P. | East West Bank | xxxxxx9234 | Operating | - |
| Purdue Pharma of Puerto Rico | East West Bank | xxxxxx9185 | Operating | - |
| Avrio Health L.P. | East West Bank | xxxxxx9199 | Operating | - |
| Purdue Neuroscience Company | East West Bank | xxxxxx9227 | Operating | - |
| Nayatt Cove Lifescience Inc. | East West Bank | xxxxxx9220 | Operating | - |
| Button Land L.P. | East West Bank | xxxxxx9297 | Operating | - |
| Paul Land Inc. | East West Bank | xxxxxx9290 | Operating | - |
| Quidnick Land L.P. | East West Bank | xxxxxx9304 | Operating | - |
| Rhodes Technologies | East West Bank | xxxxxx9262 | Operating | - |
| SVC Pharma LP | East West Bank | xxxxxx9276 | Operating | - |
| SVC Pharma Inc. | East West Bank | xxxxxx9283 | Operating | - |
| **Total** | | | | **$ 1,138,186,948** |

**Footnotes**
1) The company has closed some inactive accounts. Only active accounts are presented in this schedule.

| In re: | PURDUE PHARMA L.P., et al., | Case No.: 19-23649 (RDD) |
|---|---|---|
| | Debtors | Reporting Period May 1, 2021 to May 31, 2021 |

**CONSOLIDATED STATEMENT OF OPERATIONS** ($M) [1,2]
**Consolidated Results of Purdue Pharma, L.P. and all Debtors except Purdue Pharma, Inc**

| | Current Month | 2021 Year to Date | 2019 Cumulative Filing to Date [3] |
|---|---:|---:|---:|
| Net Sales | $ 70 | $ 334 | $ 1,499 |
| Cost of Goods Sold | (16) | (76) | (385) |
| Gross Profit | 54 | 258 | 1,113 |
| Sales and Promotion | (8) | (43) | (189) |
| Research and Development | (6) | (30) | (143) |
| General and Administrative | (6) | (29) | (162) |
| Legal Fees - Ordinary Course | (1) | (5) | (20) |
| Medical Affairs | (3) | (15) | (64) |
| Milestones & Alliances | (1) | (5) | (13) |
| Health Care Reform Fee | (1) | (4) | (22) |
| Other US | 1 | (1) | (1) |
| Incentive Bonus | (4) | (17) | (59) |
| Settlement Expense | - | - | (11,111) |
| Total Operating Expenses | (29) | (148) | (11,783) |
| Operating Profit | 25 | 110 | (10,669) |
| Legal Fees - Non-Recurring | (20) | (116) | (590) |
| Other [4] | (8) | (31) | (74) |
| Total Non-Operating Expenses | (28) | (147) | (664) |
| Profit / (Loss) [5] | $ (3) | $ (37) | $ (11,333) |

**Footnotes**

1) The numbers reflected in the Consolidated Statement of Operations are shown in MILLIONS.

2) The financial statements and supplemental information contained herein are limited in scope and cover a limited time period. Moreover, such information is preliminary and unaudited. The financial position and results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and as a result, may not reflect the consolidated financial position and results of operations of the Debtors in the future.

3) Cumulative results for 2019 are beginning September 1, 2019 as operating results for the partial month from the filing date of September 15, 2019 to September 30, 2019 are not available.

4) Includes non-cash write downs of $62M related to Rhodes Technologies assets and a fixed asset impairment of $8M, offset by a gain recorded on an investment of $15M.

5) The 2020 expense included $11.1 billion which includes the $8.344 billion DOJ settlement that was executed by the Company, $225.1 million for the DOJ settlement that was executed by the Shareholders of the Company, and $1.275 billion and $1.247 billion related to the Company's best estimate for the probable loss related to opioid-related cases against the Shareholders and Company, respectively for 2020, which is consistent with the Disclosure Statement. Refer disclosures on Liabilities Subject to Compromise that follow.

| In re: PURDUE PHARMA L.P., et al., | Case No.: 19-23649 (RDD) |
|---|---|
| Debtors | Reporting Period May 1, 2021 to May 31, 2021 |

**PURDUE PHARMA, INC. STATEMENT OF OPERATIONS** ($000) [1,2]

|  | Current Month | 2021 Year to Date | 2019 Cumulative Filing to Date [3] |
|---|---:|---:|---:|
| Management Fee Income | $ 29 | $ 146 | 611 |
| General and Administrative Expenses | - | - | (66) |
| Operating Income | 29 | 146 | 545 |
|  |  |  |  |
| Income from Unconsolidated Associated Companies | (71) | (282) | (1,449) |
| Total Other Income | (71) | (282) | (1,449) |
|  |  |  |  |
| Pre-Tax Income | (42) | (136) | (904) |
|  |  |  |  |
| Income Tax Provision | 11 | 37 | 230 |
|  |  |  |  |
| Net Income | $ (31) | $ (99) | $ (674) |

**Footnotes**

1) The numbers reflected in the Statement of Operations are shown in THOUSANDS.

2) The financial statements and supplemental information contained herein are limited in scope and cover a limited time period. Moreover, such information is preliminary and unaudited. The financial position and results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and as a result, may not reflect the consolidated financial position and results of operations of the Debtors in the future.

3) Cumulative results for 2019 are beginning September 1, 2019 as operating results for the partial month from the filing date of September 15, 2019 to September 30, 2019 are not available.

| In re: PURDUE PHARMA L.P., et al., | Case No.: 19-23649 (RDD) |
|---|---|
| Debtors | May 31, 2021 |

## CONSOLIDATED BALANCE SHEET ($M) [1,2]
### Consolidated Results of Purdue Pharma, L.P. and all Debtors except Purdue Pharma, Inc.

|  | Book Value |
|---|---:|
| **ASSETS** |  |
| **CURRENT ASSETS** |  |
| Cash & Cash Equivalents | $ 993 |
| Available For Sale Investments | 13 |
| Accounts Receivable, Net | 127 |
| Due From Associated Companies | 5 |
| Other Receivables | 2 |
| Inventories, Net | 91 |
| Prepaid Expenses & Other Current Assets | 58 |
| Restricted Cash | 1 |
| **TOTAL CURRENT ASSETS** | **1,290** |
|  |  |
| Property and Equipment, net | 64 |
| Investments at Cost | 38 |
| Restricted Cash - Long-Term | 148 |
| Intangible Assets, Net | 95 |
| Other Assets | 18 |
| **TOTAL ASSETS** | **$ 1,653** |
|  |  |
| **LIABILITIES AND EQUITY** |  |
| **CURRENT LIABILITIES** |  |
| Accounts Payable | $ 62 |
| Accrued Expenses | 286 |
| **TOTAL CURRENT LIABILITIES** | **348** |
|  |  |
| Other Liabilities | 76 |
| Due to Associated Companies | 11 |
| Liabilities Subject to Compromise [3] | 13,900 |
| **TOTAL LIABILITIES** | **14,335** |
|  |  |
| **EQUITY** |  |
| Retained Earnings & Partners' Capital | (12,637) |
| Accumulated Other Comprehensive Loss | (45) |
| **TOTAL EQUITY** | **(12,682)** |
|  |  |
| **TOTAL LIABILITIES AND EQUITY** | **$ 1,653** |

**Footnotes**

1) The numbers reflected in the Consolidated Balance Sheet are shown in MILLIONS.

2) The financial statements and supplemental information contained herein are limited in scope and cover a limited time period.  Moreover, such information is preliminary, unaudited, and subject to change.

3) Refer disclosures on Liabilities Subject to Compromise that follow.

| In re: PURDUE PHARMA L.P., et al., | Case No.: 19-23649 (RDD) |
|---|---|
| Debtors | Reporting Period May 1, 2021 to May 31, 2021 |

## Liabilities Subject to Compromise and Contingencies

Various lawsuits, claims and proceedings are pending or threatened against the Company. The most significant are described below. The Company recorded $13.9 billion and $3.0 billion of Liabilities Subject to Compromise as at December 31, 2020 and 2019, respectively, and settlement expense of $11.1 billion in 2020, $0 in 2019. The 2020 expense included $11.1 billion which includes the $8.344 billion DOJ settlement that was executed by the Company, $225.1 million for the DOJ settlement that was executed by the Shareholders of the Company, and $1.275 billion and $1.247 billion related to the Company's best estimate for the probable loss related to opioid-related cases against the Shareholders and Company, respectively for 2020, which is consistent with the Disclosure Statement.

|  | December 31, | |
|---|---:|---:|
|  | 2020 | 2019 |
|  | *(In Thousands)* | |
| Opioid Litigation Contingency Accrual |  |  |
|   Shareholder Settlement | **$ 4,275,000** | $3,000,000 |
|   Company Settlement | **1,247,500** | - |
|   Company DOJ Settlement | **8,344,000** | - |
|   Company Unsecured Federal Claims | **20,000** | - |
| Accounts Payable | **10,460** | 8,862 |
| Retiree Long Term Incentives | **2,489** | 3,305 |
| Independent Associated Companies | **-** | 2,747 |
| Severance | **1,093** | 1,093 |
| Total Liabilities Subject to Compromise | **$ 13,900,542** | $ 3,016,007 |

Certain amounts described in the table above are subject to the approval of the Bankruptcy Court and the ultimate amount paid to the various claimants may be less than the amounts approved by the Bankruptcy Court.

*Shareholder Settlement*

On September 11, 2019, the Company announced that it had reached an agreement in principle on a framework for settling the U.S. opioid-related actions brought by state attorneys general, local governments, and other entities to reach a final resolution of all outstanding claims (the "Proposed National Settlement"). Under the Proposed National Settlement structure the Company's existing shareholders would: (1) relinquish all of their equity interests in the Company and consent to the transfer of all of the Company's assets to a public benefit company or similar post-bankruptcy emergence structure for the benefit of claimants and the U.S. public; (2) divest their non-U.S. pharmaceutical companies; and (3) contribute a minimum of $3 billion over seven years, with potential additional contributions if the proceeds from the divestiture of the non-U.S. pharmaceutical companies exceed $3 billion.

| | |
|---|---|
| In re: PURDUE PHARMA L.P., et al., | Case No.: 19-23649 (RDD) |
| Debtors | Reporting Period May 1, 2021 to May 31, 2021 |

The Debtors filed a Plan and Disclosure Statement on March 15, 2021. The Plan significantly increases the value available to creditors compared to the Proposed National Settlement, most notably by raising the amount that the Company's existing shareholders will be required to pay in the aggregate from $3.0 billion to $4.5 billion. Of this sum, $4.275 billion will be paid for the benefit of creditors in this bankruptcy case over 9 years (10 years if certain amounts are paid ahead of schedule in the first 6 years) as set forth in the Plan.

The Company's shareholders entered into a settlement agreement directly with the DOJ in November 2020. The Company's shareholders paid the DOJ $225.1 million in November 2020, which is inclusive of interest. The settlement payment made by the Company's shareholders was recorded as a settlement expense and treated as a capital contribution.

The Company had concluded that it was probable that a loss has been incurred as a result of the Proposed National Settlement, and the Company recorded a provision in its 2018 consolidated financial statements for the initial Proposed National Settlement in accordance with ASC 450, Accounting for Contingencies, in the amount of $3.0 billion. As no amount was better than any other in the range, this represented the low end of the range of the loss which the Company ultimately expected to be paid by the principal shareholders of the Company.

In 2020, the Company recorded an additional loss of $1.275 billion related to the amended Proposed National Settlement for a total of $4.275 billion, representing the amount in excess of the $3 billion accrued in 2018; and the Company concluded that it is probable that a $4.275 billion loss has been incurred for the Proposed National Settlement in accordance with ASC 450, Accounting for Contingencies, representing the amounts the Company's shareholders are required to pay as described in the Disclosure Statement. The corresponding liabilities associated with the settlement charge of $4.275 billion and $3.0 billion are included in Liabilities Subject to Compromise at December 31, 2020 and 2019, respectively.

The Company will reclassify the liability that will be paid by the Company's shareholders to equity as a capital contribution at such time as a settlement agreement is executed and the shareholders are legally bound to make the cash settlement.

*Company Settlement*

The Plan also incorporated a mediated agreement as to the fixed amounts that will be paid to various classes of private creditors, with residual value under the Plan being distributed through two newly established national opioid abatement trusts, the National Opioid Abatement Trust (the "NOAT") and the Tribe Trust, on account of the claims brought by state and local municipalities and counties and Native American tribes. The vast majority of the filed Proofs of Claim assert unsecured opioid litigation claims, including the claims included in the following classes under the Plan: Non-Federal Domestic Governmental Claims (Class 4); Tribe Claims (Class 5); Hospital Claims (Class 6); Third-Party Payor Claims (Class 7); Ratepayer Claims (Class 8); NAS Monitoring Claims (Class 9); NAS PI Claims (Class 10a) and Non-NAS PI Claims (Class 10b). While there are claims filed against the Company as Secured Claims (Class 1) or Other Priority Claims (Class 2) the claims have not been evaluated or deemed allowed by the Bankruptcy Court and the Company does not believe it is either probable or estimable that this will become an allowed claim, under ASC 852, Reorganizations. Further, the Company does not believe these claims are probable or estimable under ASC 450. The Federal Government Unsecured Claims (Class 3) are covered by

19-23649-shl    Doc 3054    Filed 06/21/21    Entered 06/21/21 21:54:58    Main Document
Pg 9 of 18

| In re: PURDUE PHARMA L.P., et al., | Case No.: 19-23649 (RDD) |
|---|---|
| Debtors | Reporting Period May 1, 2021 to May 31, 2021 |

part of the Company's DOJ settlement of $8.344 billion (see below).

Because of the number of claims made against the Company and the complexity and expense of litigating the validity and amount of each of the filed claims, the Company does not expect the Company or the Bankruptcy Court to ever make a determination on whether any particular claim will ultimately be allowed, nor will there be a claims allowance process heard by the Court. Rather, the Company and the various creditor groups worked through mediators to negotiate cash distribution amounts that are proposed to be distributed on account of claims included in Classes 4-10, in the total estimated amount of approximately $5.5225 billion. The NAS and Non-NAS PI Claims (Classes 10a and 10b) have a combined cash funding range of $700 million to $750 million. As no amount is better than any other in the range, in calculating the $5.5225 billion, the Company assumed the low end of the range of the loss for this Class. The Company has concluded that it is probable that a loss has been incurred and the Company recorded a provision in its 2020 consolidated financial statements in accordance with ASC 450, Accounting for Contingencies, in the amount of $1.2475 billion, representing the difference between the $5.5225 billion and the $4.275 billion recorded related to the Company's shareholders proposed cash contribution.

There are other claims that have been filed against the Company that are not included in the settlement proposals described above that in aggregate are in excess of $600 million. These claims range from those filed by physicians, dentists, wholesalers, treatment centers and other Sackler entities. The Company either does not consider these claims to be valid, anticipates the claims will be released under the settlement proposal, or views the loss accrual as neither probable, nor estimable under ASC 450.

*Federal Matters (Company DOJ Settlement)*

In July 2020, the DOJ filed claims in the Chapter 11 Cases in the aggregate amount of at least $12.5 billion relating to PPLP's past practices related to the production, sale, marketing and distribution of opioid products.

On October 21, 2020, PPLP entered into (i) a plea agreement (the "Plea Agreement") with the United States, acting through the United States Attorney's Office for the District of New Jersey (the "NJ USAO"), the United States Attorney's Office for the District of Vermont (the "VT USAO"), and the United States Department of Justice, Civil Division, Consumer Protection Branch ("DOJ Consumer Protection"), and (ii) a civil settlement agreement (the "Civil Settlement Agreement" and, together with the Plea Agreement, and including the settlements contemplated thereby and the other terms and conditions thereof, the "DOJ Resolution") with the United States, acting through the United States Department of Justice, Civil Division, Commercial Litigation Branch ("DOJ Commercial Litigation"), NJ USAO, and VT USAO and on behalf of the Office of Inspector General of the United States Department of Health and Human Services ("HHS-OIG"), the Defense Health Agency, acting on behalf of the TRICARE Program, 10 U.S.C. §§ 1071-11 l0b ("TRICARE"), and the Office of Personnel Management. The DOJ Resolution fully resolves the DOJ's civil and criminal investigations into PPLP's practices related to the production, sale, marketing and distribution of opioid products from May 2007 through the present.

Under the Plea Agreement, PPLP agreed to plead guilty to three counts as detailed in the Plea Agreement: (i) a dual-object conspiracy to defraud the United States and to violate the Food, Drug, and Cosmetic Act, (ii) conspiracy to violate the Federal Anti-Kickback Statute related to Purdue's payments to healthcare providers,; and (iii) conspiracy to violate the Federal Anti-Kickback Statute related to Purdue's payments to Practice Fusion.

19-23649-shl    Doc 3054    Filed 06/21/21    Entered 06/21/21 21:54:58    Main Document
Pg 10 of 18

| In re: PURDUE PHARMA L.P., et al., | Case No.: 19-23649 (RDD) |
|---|---|
| Debtors | Reporting Period May 1, 2021 to May 31, 2021 |

The Bankruptcy Court approved the Debtors entering into the DOJ Resolution on November 18, 2020. The DOJ Resolution provides for the following:

1. a $2 billion criminal forfeiture judgment which will be treated as an allowed super priority administrative claim in the bankruptcy (the "DOJ Forfeiture Judgment Claim");

2. $3.544 billion in criminal fines which will be treated as an allowed, unsubordinated, undisputed, noncontingent, liquidated general unsecured claim in the bankruptcy (the "DOJ Criminal Fine Claim"); and

3. a $2.8 billion civil damages claim which is an allowed, unsubordinated, non-contingent, liquidated general unsecured claim (the "DOJ Civil Claim"), subject to certain rescission rights on the part of the DOJ.

While the total amount of claims under the DOJ Resolution is $8.344 billion, only the $2.8 billion DOJ Civil Claim was allowed by the court order approving the Debtors entering into the DOJ Resolution. The other two claims will become allowed upon the later of (i) the entry of a judgment of conviction by the United States District Court for the District of New Jersey (the "District Court"); and (ii) confirmation of the Plan. On November 24, 2020, PPLP pled guilty before the District Court to the three felony counts set forth in the Plea Agreement.

The timeline for plan confirmation and emergence from chapter 11 is expected to include, among other things: (1) approval of the pending Disclosure Statement and motion to approve the Disclosure Statement and solicitation and noticing procedures and materials (the "Disclosure Statement Motion") and a related scheduling motion (the "Motion for Schedule and Protocols"); (2) voting on the Plan by eligible creditors; and (3) confirmation of the Plan by the Bankruptcy Court following a hearing.

Pursuant to the Plea Agreement, the sentencing hearing in the District Court is expected to take place at least 75 days following confirmation of a Plan (and at least seven days before emergence). Prior to the sentencing hearing, PPLP may withdraw from the Plea Agreement if: (1) the Bankruptcy Court rejects, or otherwise declines to confirm, a Plan that provides for the emergence of a public benefit company (or entity with a similar mission); or (2) the Office of Inspector General, U.S. Department of Health and Human Services exercises, or states an intent to exercise, any available authority to exclude PPLP's successor public benefit company (or entity with a similar mission) from participation in federal healthcare programs. At the sentencing hearing, the District Court will decide whether to accept the Plea Agreement. If the District Court rejects the Plea Agreement, Purdue or DOJ may withdraw from the Plea Agreement. If the District Court accepts the Plea Agreement at the sentencing hearing, it will enter the $2 billion forfeiture judgment and a judgment of conviction will be entered soon after the sentencing hearing.

Upon entry of the judgment of conviction, and so long as a plan of reorganization has been confirmed, then:

1. the $2 billion DOJ Forfeiture Judgment will be treated as an allowed super priority administrative claim in the bankruptcy; and

2. the $3.544 billion DOJ Criminal Fine Claim will be treated as an allowed, unsubordinated, non-contingent, liquidated general unsecured claim in the bankruptcy.

| | |
|---|---:|
| In re: PURDUE PHARMA L.P., et al., | Case No.: 19-23649 (RDD) |
| **Debtors** | **Reporting Period May 1, 2021 to May 31, 2021** |

Pursuant to the Plea Agreement, the United States has agreed to provide an offset credit (the "Forfeiture Judgment Credit") for value distributed or otherwise conferred in settlement of claims asserted by upon the non-federal government creditors, up to $1.775 billion (out of the $2 billion DOJ Forfeiture Judgment), provided that the Debtors obtain confirmation of a Plan that provides that all of the Debtors' assets are transferred to a public benefit company (or entity with a similar mission). The Company will make a $225 million upfront payment to the United States in partial satisfaction of the DOJ Forfeiture Judgment within three business days following the entry of a judgment of conviction pursuant to the Plea Agreement.

If the Bankruptcy Court does not confirm a Plan of Reorganization in the Chapter 11 Cases that provides for the emergence from the Chapter 11 Cases of a public benefit company (or entity with a similar mission), the Company and the United States each have the option to rescind the Civil Settlement Agreement. In addition, if Purdue defaults on any material obligation under the Civil Settlement Agreement, if a Plan otherwise consistent with the Civil Settlement Agreement is not confirmed or the Chapter 11 Cases are dismissed or converted, or the Debtors' obligations under the Civil Settlement Agreement are voided for any reason, the United States may rescind the Civil Settlement Agreement.

Pursuant to the Plea Agreement, PPLP is obligated to cooperate with the NJ USAO, the VT USAO, and DOJ Consumer Protection Branch in their ongoing investigations (and resulting prosecutions, if any) of individuals and third parties arising out of conduct relating to PPLP. The Company is complying with this obligation, and continues to respond to subpoenas, CIDs, and requests for documents and information from the federal government in connection with these investigations.

The Company recorded liabilities subject to compromise of $8.344 billion representing the total of the DOJ claim amounts. With regard to the total accrual of $8.344 billion, $2.8 billion was allowed by the Court, recorded under ASC 852, with the remaining claim amount of $5.544 billion recorded under ASC 450 based on the already signed settlement agreement with the DOJ, and as such the Company concluded that its liability under the settlement with the DOJ was probable and estimable. As noted above, the Company believes that the ultimate payment on account of the DOJ Forfeiture Judgment will be $225 million subject to the settlement agreement provisions described above.

On May 24, 2021, in supplements to the Disclosure Statement and the Plan, the Company agreed to a payment of $20 million in full and final satisfaction of the other Federal Government Unsecured Claims (Class 3) which represent the other Federal Agency Claims filed by HHS, VA, HIS, and the Centers for Medicare & Medicaid Services. The $20 million was recorded under ASC 450 as a loss is deemed probable and estimable based on the agreement reflected in the Disclosure Statement and Plan.

*Canadian Litigation*

In addition to the civil litigation filed in the United States, the Company also faces lawsuits filed in Canada by a proposed class of Canadian provincial and territorial governmental plaintiffs related to the marketing of OxyContin. The lawsuits were filed against Purdue Canada (which is an entity owned by related parties of the Company for the ultimate benefit of the Sackler family), the Company, and other manufacturers and distributors of opioid products. On December 30, 2019, following a motion filed by the Company, the Ontario Superior Court of Justice (Commercial List) presiding over the Company's ancillary proceedings under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, issued an order recognizing the Preliminary Injunction and staying all actions,

| | |
|---|---:|
| **In re: PURDUE PHARMA L.P., et al.,** | **Case No.: 19-23649 (RDD)** |
| **Debtors** | **Reporting Period May 1, 2021 to May 31, 2021** |

proceedings and claims related to the prescription of opioids in Canada as against the Company and certain other related parties. Claims against the Company, which were filed in the amount of approximately $67.4 billion, in respect of the Canadian governmental class action lawsuits are expected to be resolved through the Company's emergence from bankruptcy with all other claims. The claims have not been evaluated or deemed allowed by the Bankruptcy Court and the Company does not believe it is either probable or estimable that this will become an allowed claim, under ASC 852, Reorganizations. Further, the Company does not believe the claim is probable or estimable under ASC 450.

| In re: PURDUE PHARMA L.P., et al., | Case No.: 19-23649 (RDD) |
|---|---|
| Debtors | May 31, 2021 |

## PURDUE PHARMA, INC. BALANCE SHEET ($000) [1,2]

|  | Book Value |
|---|---:|
| **Assets** |  |
| Currents assets: |  |
|   Cash and cash equivalents | $ 1,008 |
|   Prepaid expenses | 343 |
| Due from Associated Companies | 513 |
| **Total current assets** | **1,864** |
|  |  |
|   Investments | 10,039 |
| **Total assets** | $ **11,903** |
|  |  |
| **Liabilities and equity** |  |
| Current liabilities: |  |
|   Accounts payable | $ 463 |
| Due to Associated Companies | 255 |
| Accrued Expenses | 178 |
| **Total liabilites** | **896** |
|  |  |
|   Common stock | 1 |
|   Additional paid-in capital | 499 |
|   Retained earnings | 10,572 |
|   Accumulated other comprehensive loss | (65) |
| **Total equity** | **11,007** |
|  |  |
| **Total liabilites and equity** | $ **11,903** |

**Footnotes**

1) The numbers reflected in the Consolidated Balance Sheet are shown in THOUSANDS.

2) The financial statements and supplemental information contained herein are limited in scope and cover a limited time period.  Moreover, such information is preliminary, unaudited, and subject to change.

| | |
|---|---|
| In re: PURDUE PHARMA L.P., et al., | Case No.: 19-23649 (RDD) |
| Debtors | Reporting Period May 1, 2021 to May 31, 2021 |

## SCHEDULE OF POST PETITION TAXES

Office of the U. S. Trustee

Re: Monthly Operating Report Attestation Regarding Post Petition Taxes

The Debtor, PURDUE PHARMA L.P. and its affiliate Debtors hereby submit this attestation regarding post petition taxes.

All post petition taxes, which are not subject to dispute or reconciliation, are current. There are no material disputes or reconciliations.

_____
Signature

In re: PURDUE PHARMA L.P., et al.,  
Debtors

Case No.: 19-23649 (RDD)  
Reporting Period May 1, 2021 to May 31, 2021

## SCHEDULE OF PAYMENTS TO INSIDERS ($)

| NAME | AMOUNT PAID DURING THE REPORTING PERIOD | CUMULATIVE [1] |
|---|---:|---:|
| ***Compensation*** | | |
| Chomiak, Caroline | $ - | $ 261,662 |
| Kesselman, Marc L [2] | 185,215 | 9,863,672 |
| Landau, Craig J | 263,034 | 8,956,371 |
| Lowne, Jonathan R | 86,312 | 3,623,737 |
| Lundie, David R | 68,720 | 2,791,129 |
| Mancinelli II, Vincent F | 43,488 | 1,613,366 |
| Mazzi, Christian | - | 439,030 |
| Medeiros, Paul | - | 1,280,482 |
| Shamblen, Randy | 35,654 | 1,736,877 |
| Strassburger, Philip C | - | 1,614,331 |
| **Total Compensation** | **682,423** | **32,180,657** |
| | | |
| ***Director Fees*** | | |
| Boer, F Peter | - | 1,225,000 |
| Buckfire, Kenneth A | - | 1,225,000 |
| Cola, Michael | - | 1,225,000 |
| Collins, Michael J | - | 25,000 |
| Dubel, John | - | 1,225,000 |
| Miller, Robert S | 208,333 | 3,958,333 |
| Muhlhauser, Eckhard | - | 25,000 |
| Pickett, Cecil | - | 1,225,000 |
| **Total Director Fees** | **208,333** | **10,133,333** |
| | | |
| ***T&E Reimbursements*** | | |
| Boer, F Peter | - | 10,907 |
| Buckfire, Kenneth A | - | 1,565 |
| Chomiak, Caroline | - | 30,408 |
| Cola, Michael | - | 1,388 |
| Debone, Louis | - | 1,245 |
| Dubel, John | - | 4,714 |
| Kesselman, Marc L | 549 | 54,031 |
| Landau, Craig J | 707 | 87,053 |
| Lowne, Jonathan R | - | 2,184 |
| Lundie, David R | 27 | 30,023 |
| Mancinelli II, Vincent F | 39 | 44,968 |
| Mazzi, Christian | - | 3,734 |
| Medeiros, Paul | - | 38,687 |
| Miller, Robert S | - | 10,315 |
| Pickett, Cecil | - | 1,298 |
| Shamblen, Randy | - | 11,738 |
| Strassburger, Philip C | - | 16,150 |
| **Total T&E Reimbursements** | **1,321** | **350,408** |
| | | |
| ***Housing Payments*** | | |
| Kesselman, Marc L | 4,673 | 102,774 |
| **Total Housing Payments** | **4,673** | **102,774** |

| In re: PURDUE PHARMA L.P., et al., | Case No.: 19-23649 (RDD) |
|---|---|
| Debtors | Reporting Period May 1, 2021 to May 31, 2021 |

### SCHEDULE OF PAYMENTS TO INSIDERS ($)

| NAME | AMOUNT PAID DURING THE REPORTING PERIOD | CUMULATIVE [1] |
|---|---:|---:|
| ***Indemnification Payments*** | | |
| Barton, Maria | - | 4,208 |
| Baker, Stuart D [3] | 41,779 | 1,731,695 |
| Butcher, James A | - | 527 |
| Friedman, Michael | - | 243,818 |
| Landau, Craig J | 257,912 | 4,415,538 |
| Lundie, David R | - | 50,458 |
| Motahari, Saeed | - | 24,680 |
| Roncalli, Anthony | - | 903,008 |
| Stewart, John | - | 266,225 |
| Strassburger, Philip | - | 46,935 |
| Timney, Mark | - | 1,521,223 |
| Purdue Pharma Inc Independent Directors [4] | 20,370 | 1,947,673 |
| **Total Indemnification Payments** | **320,061** | **11,155,989** |
| | | |
| ***Payments to Independent Associated Companies*** | | |
| Mundibiopharma Ltd | - | 55,332 |
| Mundipharma DC BV | - | 345,460 |
| Mundipharma International Ltd | - | 11,053 |
| Mundipharma International Technical Operations Ltd | - | 21,782 |
| Mundipharma IT Services Ltd | - | 278,603 |
| Mundipharma Laboratories GmbH | - | 1,590,148 |
| Mundipharma Research Ltd | - | 3,613,807 |
| Mundipharma Singapore Holdings Pte Ltd | - | 60,675 |
| One Stamford Realty L.P. | 17,026 | 16,648,961 |
| Pharmaceutical Research Associates Inc. | - | 2,656,390 |
| Purdue Pharma Canada | 191,468 | 5,700,269 |
| Purdue Pharma Technologies Inc. | - | 26,350 |
| Terramar Foundation | - | 1,000 |
| TXP Services Inc. [5] | 58,333 | 7,101,365 |
| **Total Payments to Independent Associated Companies** | **266,828** | **38,111,194** |
| | | |
| **Total Payments to Insiders** | **$ 1,483,640** | **$ 92,034,355** |

**Footnotes**

1) Represents payments made since the Commencement Date.

2) Automobile allowance for Marc L. Kesselman is partially received in cash and partially through personal usage of a company-owned vehicle.

3) Indemnification payments made in June 2020 on behalf of Stuart D. Baker were inadvertently in amounts exceeding the 50% reimbursement rate approved by the Special Committee of Purdue Pharma Inc.'s Board of Directors, totaling $12,390. Overpayments are in the process of being reversed through future invoice credits, repayment from respective law firms, and/or reimbursement from Stuart D. Baker. Currently, $2,308.0 of this total remains outstanding.

4) These indemnification payments relate to litigation in which the following current and former Independent Directors of Purdue Pharma Inc. are all listed as defendants: Boer, F Peter; Costa, Paolo; Lewent, Judy; Pickett, Cecil; and Snyderman, Ralph.

5) Payments to TXP include a monthly charge of approximately $58,333 for Anthony Roncalli's service as a Director for Purdue Pharma Inc.

In re: PURDUE PHARMA L.P., et al.,  
Debtors

Case No.: 19-23649 (RDD)  
Reporting Period May 1, 2021 to May 31, 2021

**SCHEDULE OF RETAINED RESTRUCTURING PROFESSIONAL FEES ($)**

| NAME | AMOUNT PAID DURING THE REPORTING PERIOD | CUMULATIVE [1,2,3] |
|---|---|---|
| *Estate Professionals* | | |
| Davis Polk & Wardwell LLP | $  - | $  112,241,807 |
| AlixPartners, LLP | - | 19,139,924 |
| PJT Partners LP | - | 3,704,386 |
| Ernst & Young | - | 1,660,161 |
| Cornerstone Research | 40,506 | 3,754,857 |
| Prime Clerk LLC | 4,519,368 | 60,809,519 |
| **Total Estate Professionals** | **4,559,874** | **201,310,653** |
| | | |
| *Creditor Committee Professionals* | | |
| Akin Gump Strauss Hauer & Feld LLP | 2,268,240 | 72,415,090 |
| Bayard, P.A. | - | 1,170,655 |
| Cole Schotz P.C. | - | 15,680,702 |
| Jefferies LLC | - | 3,757,733 |
| KPMG | 139,866 | 3,751,111 |
| Province, Inc. | - | 20,046,838 |
| Kurtzman Carson Consultants LLC | - | 652,161 |
| Bedell Cristin | - | 360,101 |
| **Total Creditor Committee Professionals** | **2,408,106** | **117,834,390** |
| | | |
| *Ad Hoc Committee Professionals* | | |
| Kramer Levin Naftalis & Frankel LLP | 317,136 | 9,931,922 |
| Brown Rudnick LLP | 986,427 | 6,323,086 |
| Gilbert LLP | 685,570 | 6,318,085 |
| Otterbourg PC | 180,878 | 2,547,060 |
| FTI Consulting, Inc | 8,892 | 8,140,708 |
| Houlihan Lokey | - | 2,628,909 |
| Compass Lexecon | - | - |
| Coulter & Justice | - | - |
| **Total Ad Hoc Committee Professionals** | **2,178,904** | **35,889,770** |
| | | |
| *Special Counsel to the Debtors* | | |
| Arnold Porter & Kaye Scholer | - | 2,202,829 |
| Dechert LLP | 551,649 | 8,175,560 |
| Jones Day | - | 2,839,815 |
| King & Spalding LLP | - | 18,894,221 |
| Skadden, Arps, Slate, Meagher & Flom LLP | 1,822,820 | 21,550,093 |
| Wilmer Cutler Pickering Hale and Door LLP | - | 1,440,835 |
| **Total Special Counsel Professionals** | **2,374,469** | **55,103,353** |
| | | |
| **The Law Offices of Kenneth Feinberg (Mediator)** | - | 5,502,648 |
| **Phillips ADR (Mediator)** | - | 5,504,089 |
| **Bielli & Klauder, LLC (Fee Examiner)** | 88,000 | 611,375 |
| **Tom Vilsack (Court appointed monitor)** | - | 201,350 |
| **NextChapter LLC (New Court Appointed Monitor - Steve Bullock)** | 66,995 | 66,995 |
| **Ernst & Young (Canada), Court Appointed Information Officer** | - | 226,715 |
| | | |
| **Total Retained Restructuring Professional Fees** | **$ 11,676,348** | **$ 422,251,337** |

**Footnotes**

1) Represents payments made since the Commencement Date

2) Prior periods may have been corrected to include payments erroneously omitted in earlier reports

3) Amounts exclude fees approved and paid via prepetition retainer balances

| In re: PURDUE PHARMA L.P., et al., | Case No.: 19-23649 (RDD) |
|---|---|
| Debtors | Reporting Period May 1, 2021 to May 31, 2021 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No | Comments |
|---|---|---|---|
| Have any assets been sold or transferred outside the normal course of business this reporting period? | | X | |
| Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X | |
| Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X | |
| Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X | |
| Is the Debtor delinquent in paying any insurance premium payment? | | X | |
| Have any payments been made on pre-petition liabilities this reporting period? | | X | |
| Are any post petition receivables (accounts, notes or loans) due from related parties? | X | | Purdue Pharma, LP receives royalties from affiliated entities for foreign sales of certain products. |
| Are any post petition payroll taxes past due? | | X | |
| Are any post petition State or Federal income taxes past due? | | X | |
| Are any post petition real estate taxes past due? | | X | |
| Are any other post petition taxes past due? | | X | |
| Have any pre-petition taxes been paid during this reporting period? | | X | |
| Are any amounts owed to post petition creditors delinquent? | | X | |
| Are any wage payments past due? | | X | |
| Have any post petition loans been received by the Debtor from any party? | | X | |
| Is the Debtor delinquent in paying any U.S. Trustee fees? | | X | |
| Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X | |
| Have the owners or shareholders received any compensation outside of the normal course of business? | | X | |