June 18, 2021

Daniel West, on behalf of Brian West
Claim #6750, Case No. 19-23649, Purdue Pharma L.P
839 Tata Ln.
South Lake Tahoe, CA  96150

Honorable Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

Dear Honorable Judge Drain,

I am writing on behalf of my son Brian West, who's life was irreparably harmed by oxycodone and Purdue Pharma. I was disappointed to see that his claim falls under section 4.13 Other General Unsecured Claims in the Purdue Pharma reorganization plan dated 3/15/21, and that it is listed simply as "disputed".

I have been attempting to follow this case, but as a non-lawyer, it is dizzying. However, I can glean enough information to see that a variety of law firms are sucking half a million dollars every month out of any available funds, and it is clear to me that their goal is to keep those payments coming for as long as possible, regardless of the amount left to pay any legitimate claims like Brian's.

Your honor, as you navigate this complex case, I ask you to keep two thoughts in mind:
1. Don't forget the little guy. While the dollar amount of claims like Brian's pales in comparison to others, his life will never be the same and he deserves reparations as much as any larger creditor. Approval of his claim would give him the chance to fulfill the potential that was stolen from him by oxycodone.
2. Purdue Pharma and its executives do not deserve anything once this is finished. Their coffers should be empty and all of them should be forced to live only a very modest life at best going forward, if not a life in jail. Please do not hesitate to treat them harshly as their heartless criminal actions deserve no better.

Regards,

Daniel West