UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN PAYNE ELLIS<br>CREDITOR<br><br>V.<br><br>PURDUE PHARMA L.P. et, al,<br>DEBTORS | CHAPTER 11<br>CASE NO: 19-23649 (RDD)<br><br>EXCUSABLE NEGLECT<br>LATE CLAIMS MOTION<br>BE RECOGNIZED AS<br>BEING TIMELY |

COMES NOW, BENJAMIN PAYNE ELLIS, REQUESTING

FOR CREDITORS LATE CLAIMS BE RECOGNIZED

AS BEING FILED TIMELY UNDER FEDERAL

RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)

EXCUSABLE NEGLECT SHOULD BE APLIED

TO CREDITOR FOR THE FOLLOWING SITUATIONS

ARE OUT OF CREDITORS CONTROL

PG.#1

1.) THE GLOBAL PANDEMIC HAS STOPPED ALL INTERACTIONS WITH THOSE IN THE COMMUNITY AND LIMITED THE CREDITORS ABILITY TO COMMUNICATE AND GATHER INFORMATION THAT WOULD NOT NORMALLY HAVE BEEN A BARRIER IF NOT FOR THE COVID-19. THIS REASON ALONE IS AN ACT OF GOD WHICH IS OUT OF THE CREDITORS CONTROLL.

2.) I HAVE BEEN INCARCERATED SINCE 01-01-2020 ALL ACCESS TO INFORMATION IS LIMITED AND ALL INFORMATION THAT COMES INTO JAIL IS CONTROLLED BY AN OFFICER. WE ARE ONLY ALLOWED CERTEN PUBLICATIONS, WHICH

PG.#2

THE JAIL MUST APPROVE OF TIME OUT OF

THE CELL IS VERY LIMITED TO NEW RESTRICTIONS

SO TIME TO SPEAK ON THE PHONE IS MINIMAL.

THE PANDEMIC HAS HALTED ALL COMMUNICATIONS

AND CONTACT WITH PEOPLE PREVENTING ME

FROM FILING ON TIME.

PG.# 3

THE RELIEF SOUGHT HERE IS PROPER AS THIS IS RISING OUT OF THE SOUTHERN DISTRICT OF NEW YORK AND PURSUANT TO 28 U.S.C. §§ 1408 AND 1409 FOR THE REASONS AS BEFORE MENTIONED I BEG THIS COURT FOR THE RELIEF SOUGHT.

BENJAMIN PAYNE ELLIS
06-15-2021

*Benjamin Payne Ellis* (signature)

ADDRESS: BENJAMIN PAYNE ELLIS #898237
℅ WASHINGTON CORRECTIONS CENTER
P.O. BOX 900   (R-5-B-6-L)
SHELTON, WA   98584

PG. #4