# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Purdue Pharma L.P. | CASE NO.: 19–23649–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 06–1307484 | CHAPTER: 11 |

---

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be heard by the Honorable Robert D. Drain on 7/19/2021 at 10:00 AM to consider and act upon the following:

Motion to File Proof of Claim After Claims Bar Date filed by Benjamin Payne Ellis with hearing to be held on 7/19/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD).

Hearings before Judge Drain shall take place virtually using Zoom for Government. You must register your appearance utilizing the electronic appearance portal (https://ecf.nysb.uscourts.gov/cgi–bin/nysbAppearances.pl) located on the Courts website. Appearances must be entered no later than 4 pm on the day prior to the hearing date. If you are unable to participate virtually by Zoom, then you may participate by telephone. To participate by telephone, you must contact the Chambers of the Honorable Robert D. Drain or the Clerk's Office at least 24 hours in advance of the hearing and provide the following:

o Name
o Case Number
o Email Address
o Telephone contact number
o Your role in the matter scheduled

The Court will send an email with an invitation to participate by Zoom containing a hyperlink, meeting ID, passcode and teleconferencing number 1–2 days prior to the hearing. If you are only joining by telephone, the teleconferencing phone number will be provided in the invitation.

Instructions on using Zoom are located on the Courts website (https://www.nysb.uscourts.gov/zoom–video–hearing–guide

Hearing participants are also advised of the following:
(a) Any such appearance is an appearance in federal court, subject to sanction for improper or inappropriate conduct, including, without limitation, being disconnected,

(b) Those who appear on an active Zoom connection are limited to those who are parties to the matter at issue with the right to address the court about it,

(c) Parties who otherwise require listen–only access must select "Listen–only" when registering an appearance through the electronic appearance portal (https://ecf.nysb.uscourts.gov/cgi–bin/nysbAppearances.pl).

| | |
|---|---|
| Dated: June 23, 2021 | Vito Genna<br>Clerk of the Court |