# Notice Recipients

District/Off: 0208–7          User: Admin          Date Created: 6/23/2021

Case: 19–23649–rdd          Form ID: 143          Total: 4

**Recipients of Notice of Electronic Filing:**
aty          Eli J. Vonnegut          eli.vonnegut@davispolk.com
aty          Marshall Scott Huebner          marshall.huebner@davispolk.com

                                                            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Purdue Pharma L.P.          One Stamford Forum          201 Tresser Boulevard          Stamford, CT 06901
cr          Benjamin Payne Ellis          #898237 Washington Corrections Center          PO Box 900 (R.5.B.6.L)          Shelton, WA 98584

                                                            TOTAL: 2