UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
: 
In re                                                      :    Chapter 11
                                                           :
PURDUE PHARMA L.P., *et al.*,                              :    Case No. 19-23649 (RDD)
                                                           :
                                            Debtors.       :    Jointly Administered
                                                           :
---------------------------------------------------------- x

### NOTICE OF APPOINTMENT OF EXAMINER

To: Stephen D. Lerner, Esq.,

You are hereby notified of your appointment as Examiner of the estates of the above-captioned Debtors, subject to Court approval.

Dated: New York, New York
　　　　June 24, 2021

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM K. HARRINGTON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE, Region 2

　　　　　　　　　　　　　　　　By:　　/s/ *Paul Schwartzberg*
　　　　　　　　　　　　　　　　　　　　Paul Schwartzberg
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　201 Varick Street, Rm 1006
　　　　　　　　　　　　　　　　　　　　New York, New York 10014
　　　　　　　　　　　　　　　　　　　　Tel. No. (212) 510-0500