KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036-2601
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222
Scott Davidson

*Special Counsel to the Debtors and Debtors in Possessions*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, [1] | **Case No. 19-23649 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**TWENTY-FIRST MONTHLY FEE STATEMENT OF KING & SPALDING LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
MAY 1, 2021 THROUGH MAY 31, 2021**

| | |
|---|---|
| **Name of Applicant** | King & Spalding LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 543] |
| **Period for Which Compensation and Reimbursement is Sought** | May 1, 2021 through May 31, 2021 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total Compensation Requested in this Statement** | $64,943.01<br>(80% of $81,178.76) |
| **Total Reimbursement Requested in this Statement** | $0.00 |
| **Total Compensation and Reimbursement Requested in this Statement** | $64,943.01 |
| **This is a(n):** __X__ Monthly Application ___ Interim Application ___ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of King & Spalding LLP as Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019 [Docket No. 543] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), King & Spalding LLP ("**K&S**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from May 1, 2021*

*Through May 31, 2021* (this "**Fee Statement**").[2]  By this Fee Statement, and after taking into account certain voluntary discounts and reductions,[3] K&S seeks (i) compensation in the amount of $64,943.01, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that K&S incurred in connection with such services during the Fee Period (*i.e.*, $81,178.76) and (ii) payment of $0.00, for the actual, necessary expenses that K&S incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by K&S partners, counsel, associates, discovery counsel, privilege review attorneys, and paraprofessionals during the Fee Period with respect to each of the project categories K&S established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, K&S incurred $81,178.76 in fees during the Fee Period.  Pursuant to this Fee Statement, K&S seeks reimbursement for 80% of such fees, totaling $64,943.01.

2.      Attached hereto as **Exhibit B** is a chart of K&S professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended

---

[2]      The period from May 1, 2021 through and including May 31, 2021 is referred to herein as the "**Fee Period**."

[3]      K&S agreed as a courtesy to the Debtors to bill at approximately 90% of its hourly rates in effect when the services are rendered.  Additionally, K&S agreed to offer additional discounts, including on a sliding scale on fees exceeding certain amounts.

hourly billing rate of attorneys for all services provided during the Fee Period is $406.51.[4]  The blended hourly billing rate of all paraprofessionals is $406.23.[5]

3.    Attached hereto as **Exhibit C** is a chart of expenses that K&S incurred or disbursed in the amount of $0.00 in connection with providing professional services to the Debtors during the Fee Period.

4.    Attached hereto as **Exhibit D** are the time records of K&S for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.    K&S will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  K&S submits that no other or further notice be given.

WHEREFORE, K&S, in connection with services rendered on behalf of the Debtors during the Fee Period, respectfully requests (i) compensation in the amount of $64,943.01, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that K&S incurred in connection with such services during the Fee Period (*i.e.*, $81,178.76) and (ii) payment of $0.00 for the actual, necessary expenses that K&S incurred in connection with such services during the Fee Period.

---

[4]    The blended hourly rate of $406.51 for attorneys is derived by dividing the total fees for attorneys of $78,213.26 by the total hours of 192.4.

[5]    The blended hourly rate of $406.23 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $2,965.50 by the total hours of 7.3.

Dated:   June 28, 2021
         New York, New York

**KING & SPALDING LLP**

*/s/ Scott Davidson*
Scott Davidson
1185 Avenue of the Americas
New York, New York  10036-2601
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222

*Special Counsel to the Debtors and Debtors in
Possession*

## Exhibit A

**Fees by Project Category[6]**

---

[6]    The total fees listed in Exhibit A do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Analysis/Strategy | 45.8 | $40,728.00 |
| Document Production (Defense) | 127.6 | $30,624.00 |
| Retention and Fee Applications | 26.3 | $17,829.00 |
| **TOTALS** | **199.7** | **$89,181.00** |

## **Exhibit B**

**Professional & Paraprofessional Fees**[7]

---

[7]    The hourly billing rate and total compensation listed in Exhibit B for each timekeeper do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey Bucholtz | Partner; joined K&S 2009; admitted to Washington, D.C. 1996 | $1,195.00 | 18.2 | $21,749.00 |
| David Farber | Partner; joined K&S 2013; admitted to Washington, D.C. 1988, New York 1988 | $1,205.00 | 4.3 | $5,181.50 |
| Rose Jones | Partner; joined K&S 2003; admitted to Georgia 2002 | $500.00 | 10.4 | $5,200.00 |
| Preeya N Pinto | Partner; joined K&S 2011; admitted to Washington, D.C. 2010, New York 2001 | $1,065.00 | 5.5 | $5,857.50 |
| John Tucker | Partner; joined K&S 1999; admitted to Kentucky 1995, Georgia 2000 | $500.00 | 1.0 | $500.00 |
| **Counsel** | | | | |
| Scott Davidson | Counsel; joined K&S 2009; admitted to New York 1996 | $1,290.00 | 1.3 | $1,677.00 |
| **Associate** | | | | |
| Leia Shermohammed | Associate; joined K&S 2017; admitted to Georgia 2015 | $745.00 | 17.7 | $13,186.50 |
| **Discovery Counsel** | | | | |
| Nicole Bass | Discovery counsel; joined K&S 2010; admitted to Georgia 2010 | $350.00 | 6.4 | $2,240.00 |
| **Privilege Review Attorneys** | | | | |
| Elizabeth Crockett | Privilege review attorney; joined K&S 1994; admitted to Virginia 1994, Washington, D.C. 1997 | $240.00 | 14.2 | $3,408.00 |
| Michael Douglas | Privilege review attorney; joined K&S 2003; admitted to Georgia 1999 | $240.00 | 30.9 | $7,416.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Gary Greco | Privilege review attorney; joined K&S 2000; admitted to Maryland 1995 | $240.00 | 3.3 | $792.00 |
| Lori Maryscuk | Privilege review attorney; joined K&S 2000; admitted to Georgia 1997 | $240.00 | 10.7 | $2,568.00 |
| Ed McCafferty | Privilege review attorney; joined K&S 2004; admitted to New York 1993, Pennsylvania 1994, Washington, D.C. 2009 | $240.00 | 8.3 | $1,992.00 |
| Scott McClure | Privilege review attorney; joined K&S 1998; admitted to New Mexico 1994, Washington, D.C. 1997 | $240.00 | 11.8 | $2,832.00 |
| Liz McGovern | Privilege review attorney; joined K&S 2014; admitted to Georgia 2014 | $240.00 | 7.3 | $1,752.00 |
| Bob Neufeld | Privilege review attorney; joined K&S 2006; admitted to Georgia 1997, New Jersey 1999, New York 2001 | $240.00 | 3.2 | $768.00 |
| Shane Orange | Privilege review attorney; joined K&S 2014; admitted to Georgia 2013 | $240.00 | 7.4 | $1,776.00 |
| Chong Pak | Privilege review attorney; joined K&S 2015; admitted to Georgia 2012 | $240.00 | 9.4 | $2,256.00 |
| Justin Saxon | Privilege review attorney; joined K&S 2006; admitted to Georgia 2005 | $240.00 | 4.5 | $1,080.00 |
| Eric Smedley | Privilege review attorney; joined K&S 2000; admitted to Georgia 1999 | $240.00 | 2.7 | $648.00 |
| David Vandiver | Privilege review attorney; joined K&S 1999; admitted to Georgia 1990 | $240.00 | 4.9 | $1,176.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Amanda Wheeler | Privilege review attorney; joined K&S 2008; admitted to Washington, D.C. 2002 | $240.00 | 9.0 | $2,160.00 |
| **Paralegals** | | | | |
| Natasha Gadsden | Paralegal; joined K&S 2006 | $400.00 | 6.6 | $2,640.00 |
| Kathleen Noebel | Paralegal; joined K&S 2016 | $465.00 | 0.7 | $325.50 |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| **TOTAL** | **$0.00** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10440541 |
| Invoice Date | 06/08/21 |
| Client No. | 08714 |
| Matter No. | 158001 |

RE: DOJ Opioid Marketing Investigations
Client Matter Reference: 20190002327

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 05/31/21:

| | | |
|---|---|---|
| Fees | $ | 32,788.00 |
| Less Courtesy Discount (12%) | | -3,934.56 |
| **Total this Invoice** | **$** | **28,853.44** |

*Payment is Due Upon Receipt*

08714      Purdue Pharma LP                                        Invoice No. 10440541
158001     DOJ Opioid Marketing Investigations                                   Page 2
06/08/21

**PROFESSIONAL SERVICES**

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 05/03/21 | J Bucholtz | L120 | A104 | Review materials regarding bankruptcy and DOJ issues | 0.2 |
| 05/04/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, S. Birnbaum, P. Fitzgerald, team regarding bankruptcy and DOJ issues | 0.9 |
| 05/05/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, M. Florence regarding DOJ issues | 0.2 |
| 05/06/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, M. Florence, team regarding DOJ issues | 0.2 |
| 05/07/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, E. Vonnegut, D. Farber, P. Pinto regarding DOJ and bankruptcy issues, review materials regarding same | 1.8 |
| 05/07/21 | P N Pinto | L120 | A104 | Review materials regarding bankruptcy and DOJ issues | 0.3 |
| 05/08/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, E. Vonnegut, P. Pinto, D. Farber, team regarding DOJ and bankruptcy issues | 0.8 |
| 05/08/21 | D Farber | L120 | A104 | Review materials (0.4); call with E. Vonnegut, J. Bucholtz, P. Pinto regarding bankruptcy and DOJ issues (0.8) | 1.2 |
| 05/08/21 | P N Pinto | L120 | A104 | Telephone conference with J. Bucholtz, D. Farber and E. Vonnegut regarding bankruptcy and DOJ issues | 0.7 |
| 05/09/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, E. Vonnegut, P. Pinto, D. Farber, team regarding DOJ and bankruptcy issues | 0.7 |
| 05/09/21 | P N Pinto | L120 | A104 | Review and revise materials regarding bankruptcy and DOJ issues | 4.5 |
| 05/10/21 | J Bucholtz | L120 | A105 | Confer with M. Florence, D. Farber, P. Pinto, team regarding DOJ and bankruptcy issues, review materials regarding same | 0.4 |
| 05/11/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, S. Birnbaum, P. Fitzgerald, D. Farber, P. Pinto, team regarding bankruptcy and DOJ issues | 1.1 |
| 05/12/21 | J Bucholtz | L120 | A107 | Confer with M. Florence, P. Fitzgerald, D. Kratzer, D. Farber, team regarding bankruptcy and DOJ issues | 1.1 |

08714      Purdue Pharma LP                                                    Invoice No. 10440541
158001     DOJ Opioid Marketing Investigations                                           Page 3
06/08/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 05/12/21 | D Farber | L120 | A108 | Confer with J. Bucholtz regarding DOJ and bankruptcy issues | 0.2 |
| 05/13/21 | J Bucholtz | L120 | A105 | Confer with H. Coleman, D. Farber, P. Pinto, team regarding bankruptcy and DOJ issues | 0.3 |
| 05/14/21 | J Bucholtz | L120 | A106 | Confer with D. Farber, H. Coleman, team regarding DOJ and bankruptcy issues | 0.3 |
| 05/14/21 | D Farber | L120 | A108 | Confer with H. Coleman, team regarding DOJ and bankruptcy issues | 0.7 |
| 05/16/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, M. Florence, D. Farber, H. Coleman, team regarding DOJ and bankruptcy issues | 0.5 |
| 05/16/21 | D Farber | L120 | A104 | Review and comment upon DOJ and bankruptcy issues | 1.4 |
| 05/17/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, M. Florence, team regarding DOJ and bankruptcy issues | 0.2 |
| 05/18/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, E. Vonnegut, S. Birnbaum, P. Fitzgerald, team regarding bankruptcy and DOJ issues | 1.1 |
| 05/20/21 | J Bucholtz | L120 | A106 | Confer with D. Farber, S. Massman, Z. Levine, team regarding DOJ and bankruptcy issues | 0.5 |
| 05/20/21 | D Farber | L120 | A104 | Review and analyze materials regarding DOJ and bankruptcy issues | 0.8 |
| 05/21/21 | J Bucholtz | L120 | A107 | Confer with D. Consla, P. Fitzgerald, D. Farber, H. Klaibo, team regarding DOJ and bankruptcy issues, review materials regarding same | 0.8 |
| 05/24/21 | J Bucholtz | L120 | A107 | Confer with M. Florence, team regarding DOJ and bankruptcy issues, review materials regarding same | 0.7 |
| 05/25/21 | J Bucholtz | L120 | A107 | Confer with M. Florence, D. Klein, team regarding bankruptcy and DOJ issues | 0.2 |
| 05/26/21 | J Bucholtz | L120 | A104 | Attend bankruptcy court hearing, review materials regarding same | 4.7 |
| 05/27/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, R. Aleali, Board, team regarding DOJ and bankruptcy issues | 1.5 |

28.0

08714      Purdue Pharma LP                                          Invoice No. 10440541
158001     DOJ Opioid Marketing Investigations                                  Page 4
06/08/21

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|------------|--------|------:|-----:|------:|
| Jeffrey Bucholtz | Partner | 18.2 | 1195.00 | 21,749.00 |
| David Farber | Partner | 4.3 | 1205.00 | 5,181.50 |
| Preeya N Pinto | Partner | 5.5 | 1065.00 | 5,857.50 |
| Total |  | 28.0 |  | $32,788.00 |

08714     Purdue Pharma LP                                          Invoice No. 10440541
158001    DOJ Opioid Marketing Investigations                               Page 5
06/08/21

**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|------:|------:|
| L120 | Analysis/Strategy | 28.0 | 28,853.44 |
| | Total Fees | 28.0 | 28,853.44 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10440542 |
| Invoice Date | 06/08/21 |
| Client No. | 08714 |
| Matter No. | 240001 |

RE: Retention And Fee Application
Client Matter Reference: 20190002705

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 05/31/21:

| | | |
|---|---|---|
| Fees | $ | 17,829.00 |
| Less Courtesy Discount (12%) | | -2,139.48 |
| **Total this Invoice** | **$** | **15,689.52** |

08714      Purdue Pharma LP                                          Invoice No. 10440542
240001     Retention And Fee Application                                         Page 2
06/08/21


## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 05/03/21 | L Shermohammed | L190 | A104 | Analyze supplemental conflicts reports of all parties in interest in relation to the retention application as required under the Bankruptcy Code | 2.1 |
| 05/04/21 | L Shermohammed | L190 | A104 | Analyze supplemental conflicts reports of all parties in interest in relation to the retention application as required under the Bankruptcy Code | 2.5 |
| 05/05/21 | L Shermohammed | L190 | A104 | Analyze supplemental conflicts reports of all parties in interest in relation to the retention application as required under the Bankruptcy Code | 1.1 |
| 05/06/21 | L Shermohammed | L190 | A104 | Analyze supplemental conflicts reports of all parties in interest in relation to the retention application as required under the Bankruptcy Code | 1.4 |
| 05/10/21 | L Shermohammed | L210 | A103 | Draft April monthly fee statement | 2.2 |
| 05/18/21 | L Shermohammed | L190 | A104 | Analyze supplemental conflicts reports of all parties in interest in relation to the retention application as required under the Bankruptcy Code | 2.7 |
| 05/21/21 | L Shermohammed | L210 | A103 | Continue drafting April monthly fee application | 2.4 |
| 05/26/21 | N Gadsden | L210 | A103 | Draft exhibits to monthly fee statement | 6.6 |
| 05/27/21 | L Shermohammed | L210 | A103 | Draft, revise, and finalize April monthly fee statement | 3.3 |
| 05/28/21 | S Davidson | L120 | A104 | Review draft of monthly fee statement (.3); make revisions to draft of monthly fee statement and finalize (.6); coordinate filing and service of monthly fee statement (.3); e-mail to Fee Examiner regarding LEDES data (.1) | 1.3 |
| 05/28/21 | K Noebel | L210 | A111 | Prepare and e-file Twentieth Monthly Fee Statement of King & Spalding LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors and Debtors in Possession for the Period From April 1, 2021 Through April 30, 2021 | 0.7 |

26.3

08714      Purdue Pharma LP                                    Invoice No. 10440542
240001     Retention And Fee Application                                    Page 3
06/08/21

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Scott Davidson | Counsel | 1.3 | 1290.00 | 1,677.00 |
| Leia Shermohammed | Associate | 17.7 | 745.00 | 13,186.50 |
| Natasha Gadsden | Paralegal | 6.6 | 400.00 | 2,640.00 |
| Kathleen Noebel | Paralegal | 0.7 | 465.00 | 325.50 |
| Total | | 26.3 | | $17,829.00 |

08714     Purdue Pharma LP                                                    Invoice No. 10440542
240001    Retention And Fee Application                                              Page 4
06/08/21

**Task Summary - Fees**

| Task | | Hours | Value |
|------|---|------|-------|
| L120 | Analysis/Strategy | 1.3 | 1,475.76 |
| L190 | Other Case Assessment | 9.8 | 6,424.88 |
| L210 | Pleadings | 15.2 | 7,788.88 |
| | Total Fees | 26.3 | 15,689.52 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10441709 |
| Invoice Date | 06/03/21 |
| Client No. | 44444 |
| Matter No. | 190003 |

RE: DOJ
Client Matter Reference: 20190002258

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 05/31/21:

| | | |
|---|---|---|
| Fees | $ | 38,564.00 |
| Less Tiered Discount | | -1,928.20 |
| **Total this Invoice** | **$** | **36,635.80** |

*Payment is Due Upon Receipt*

44444        Purdue Pharma, LP (Document Matters)                                    Invoice No. 10441709
190003       DOJ/NJ/ME                                                                              Page 2
06/03/21

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 05/03/21 | N Bass | L120 | A101 | Manage privilege review | 1.1 |
| 05/03/21 | R Jones | L120 | A110 | Prepare documents for production | 0.9 |
| 05/04/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.1 |
| 05/05/21 | N Bass | L120 | A101 | Manage privilege review | 0.3 |
| 05/05/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.1 |
| 05/06/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 3.5 |
| 05/06/21 | R Jones | L120 | A110 | Prepare documents for production | 1.7 |
| 05/06/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 3.7 |
| 05/06/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 2.3 |
| 05/06/21 | J Tucker | L120 | A101 | Manage review in connection with documents relating to the DOJ investigation | 1.0 |
| 05/07/21 | N Bass | L120 | A101 | Manage privilege review | 0.4 |
| 05/07/21 | E Crockett | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.1 |
| 05/07/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 8.1 |
| 05/07/21 | G Greco | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 3.3 |
| 05/07/21 | R Jones | L120 | A110 | Prepare documents for production | 1.9 |
| 05/07/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.6 |
| 05/07/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 4.2 |
| 05/07/21 | S McClure | L320 | A104 | Review background materials in connection with quality control for privilege in connection with documents | 7.1 |

44444        Purdue Pharma, LP (Document Matters)                                    Invoice No. 10441709
190003       DOJ/NJ/ME                                                                              Page 3
06/03/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | relating to the DOJ investigation | |
| 05/07/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 1.7 |
| 05/07/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 2.3 |
| 05/07/21 | C Pak | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 4.6 |
| 05/07/21 | J Saxon | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 4.5 |
| 05/07/21 | E Smedley | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.1 |
| 05/07/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 3.3 |
| 05/07/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 6.1 |
| 05/08/21 | E Crockett | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 5.1 |
| 05/08/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.8 |
| 05/08/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 1.1 |
| 05/08/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.1 |
| 05/08/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.1 |
| 05/09/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.1 |
| 05/09/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.8 |
| 05/10/21 | N Bass | L120 | A101 | Manage privilege review | 0.4 |
| 05/10/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection | 8.6 |

44444    Purdue Pharma, LP (Document Matters)                                    Invoice No. 10441709
190003    DOJ/NJ/ME                                                                              Page 4
06/03/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|------------|------|----------|-------------|-------|
| | | | | with documents relating to the DOJ investigation | |
| 05/10/21 | R Jones | L120 | A110 | Prepare documents for production | 1.4 |
| 05/10/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 5.3 |
| 05/10/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 1.3 |
| 05/10/21 | S McClure | L320 | A104 | Review background materials in connection with quality control for privilege in connection with documents relating to the DOJ investigation | 4.7 |
| 05/10/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 0.4 |
| 05/10/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.7 |
| 05/10/21 | C Pak | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 4.8 |
| 05/10/21 | E Smedley | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 05/10/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 1.6 |
| 05/10/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 0.8 |
| 05/11/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 7.4 |
| 05/11/21 | R Jones | L120 | A110 | Prepare documents for production | 1.2 |
| 05/11/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 3.6 |
| 05/12/21 | N Bass | L120 | A101 | Manage privilege review | 0.4 |
| 05/14/21 | N Bass | L120 | A101 | Manage privilege review | 0.3 |
| 05/14/21 | R Jones | L120 | A110 | Prepare documents for production | 0.5 |
| 05/17/21 | N Bass | L120 | A101 | Manage privilege review | 0.3 |
| 05/17/21 | R Jones | L120 | A110 | Prepare documents for production | 0.4 |
| 05/19/21 | N Bass | L120 | A101 | Manage privilege review | 0.4 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10441709 |
|---|---|---|---|---|---|
| 190003 | DOJ/NJ/ME | | | | Page 5 |
| 06/03/21 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 05/24/21 | N Bass | L120 | A101 | Manage privilege review | 2.4 |
| 05/24/21 | R Jones | L120 | A110 | Prepare documents for production | 1.3 |
| 05/26/21 | N Bass | L120 | A101 | Manage privilege review | 0.4 |
| 05/26/21 | R Jones | L120 | A110 | Prepare documents for production | 1.1 |
| | | | | | 145.4 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Rose Jones | Partner | 10.4 | 500.00 | 5,200.00 |
| John Tucker | Partner | 1.0 | 500.00 | 500.00 |
| Bob Neufeld | Privilege Review Attorney | 3.2 | 240.00 | 768.00 |
| Elizabeth Crockett | Privilege Review Attorney | 14.2 | 240.00 | 3,408.00 |
| Nicole Bass | Discovery Counsel | 6.4 | 350.00 | 2,240.00 |
| Michael Douglas | Privilege Review Attorney | 30.9 | 240.00 | 7,416.00 |
| Gary Greco | Privilege Review Attorney | 3.3 | 240.00 | 792.00 |
| Lori Maryscuk | Privilege Review Attorney | 10.7 | 240.00 | 2,568.00 |
| Ed McCafferty | Privilege Review Attorney | 8.3 | 240.00 | 1,992.00 |
| Scott McClure | Privilege Review Attorney | 11.8 | 240.00 | 2,832.00 |
| Liz McGovern | Privilege Review Attorney | 7.3 | 240.00 | 1,752.00 |
| Shane Orange | Privilege Review Attorney | 7.4 | 240.00 | 1,776.00 |
| Chong Pak | Privilege Review Attorney | 9.4 | 240.00 | 2,256.00 |
| Eric Smedley | Privilege Review Attorney | 2.7 | 240.00 | 648.00 |
| David Vandiver | Privilege Review Attorney | 4.9 | 240.00 | 1,176.00 |
| Amanda Wheeler | Privilege Review Attorney | 9.0 | 240.00 | 2,160.00 |
| Justin Saxon | Privilege Review Attorney | 4.5 | 240.00 | 1,080.00 |
| Total | | 145.4 | | $38,564.00 |

44444    Purdue Pharma, LP (Document Matters)                          Invoice No. 10441709
190003    DOJ/NJ/ME                                                                        Page 6
06/03/21

**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|-------|-------|
| L120 | Analysis/Strategy | 17.8 | 7,940.00 |
| L320 | Document Production (Defense) | 127.6 | 30,624.00 |
|      | Total Fees | 145.4 | 38,564.00 |