UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**SIXTEENTH MONTHLY FEE STATEMENT OF KPMG LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS TAX CONSULTANT FOR THE DEBTORS
AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM MAY 1, 2021 THROUGH MAY 31, 2021**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | The Debtors and the Official Committee of Unsecured Creditors |
| Date of Retention: | February 24, 2020, *nunc pro tunc* to December 23, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | May 1, 2021 through May 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $ 22,610.40 |
| Less 20% Holdback: | $ (4,522.08) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $ 0.00 |
| Total Fees and Expenses Due: | $ 18,088.32 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Dated: June 28, 2021

                                      */s/ Howard Steinberg*
                                      Howard Steinberg
                                      Partner, KPMG LLP
                                      1350 Avenue of the Americas
                                      New York, New York 10019
                                      (212) 872-6562

**EXHIBIT A**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary Of Hours and Discounted Fees Incurred By Professional
May 1, 2021 through May 31, 2021

| Professional Person | Position & Department | Country of Origin | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Ashley Armfield | Senior Associate - M&A Tax | US | 17.5 | $ 534 | $ 9,345.00 |
| Casey Nunez | Managing Director - M&A Tax | US | 1.4 | $ 794 | $ 1,111.60 |
| Devon Rowles | Associate - M&A Tax | US | 9.8 | $ 350 | $ 3,430.00 |
| Douglas Holland | Principal - Washington National Tax | US | 0.2 | $ 985 | $ 197.00 |
| Howard Steinberg | Partner - M&A Tax | US | 3.8 | $ 856 | $ 3,252.80 |
| Isaac Hirsch | Managing Director - International Tax | US | 1.8 | $ 819 | $ 1,474.20 |
| Jess Commisso | Associate - M&A Tax | US | 6.6 | $ 350 | $ 2,310.00 |
| Mark Hoffenberg | Principal - Washington National Tax | US | 0.2 | $ 980 | $ 196.00 |
| Monica Plangman | Director - Bankruptcy | US | 0.8 | $ 279 | $ 223.20 |
| Wendy Shaffer | Manager - Bankruptcy | US | 5.3 | $ 202 | $ 1,070.60 |
| **Subtotal of Hours and Discounted Fees** | | | **47.4** | | **$ 22,610.40** |
| **Total Discounted Fees** | | | | | $ 22,610.40 |
| Out of Pocket Expenses | | | | | $ - |
| **Total Fees and Out of Pocket Expenses** | | | | | **$ 22,610.40** |
| Less Holdback Adjustment (20%) | | | | | $ (4,522.08) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | | **$ 18,088.32** |
| **Blended Hourly Rate** | | | | $ 477.01 | |

**EXHIBIT B**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary of Hours and Discounted Fees Incurred by Category
May 1, 2021 through May 31, 2021

| Category | Exhibit | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| Bankruptcy Tax Consulting Services | C1 | 41.3 | $ 21,316.60 |
| Non-Working Travel Time | C2 | 0.0 | $ - |
| Retention Services | C3 | 0.0 | $ - |
| Fee Application Preparation Services | C4 | 6.1 | $ 1,293.80 |
| **Total** | | **47.4** | **$ 22,610.40** |

**EXHIBIT C1**

**Purdue Pharma L.P.**
Case No. 19-23649
Bankruptcy Tax Consulting Services
May 1, 2021 through May 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Ashley Armfield | 05/03/21 | 0.8 Drafting email to D. Rowles and J. Commisso (both KPMG) regarding next steps related to preparation of Purdue cash tax memorandum. | 0.8 | $ 534 | $ 427.20 |
| Ashley Armfield | 05/03/21 | 1.8 Drafting cash tax memorandum specifically regarding the flow of income subject to tax through various structures. | 1.8 | $ 534 | $ 961.20 |
| Ashley Armfield | 05/03/21 | 1.9 Senior Associate review of cash tax model calculations regarding the proposed settlement amendments. | 1.9 | $ 534 | $ 1,014.60 |
| Jess Commisso | 05/06/21 | 3.2 Updates to the Purdue Cash Tax Model Process Memo per review comments received from KPMG senior associate (A. Armfield). | 3.2 | $ 350 | $ 1,120.00 |
| Devon Rowles | 05/10/21 | 0.7 Review of amended Chapter 11 plan of reorganization filed in the bankruptcy docket regarding the updated settlement terms, with focus on related tax considerations and concurrently summarizing the plan for KPMG project team. | 0.7 | $ 350 | $ 245.00 |
| Devon Rowles | 05/10/21 | 0.9 Review of bankruptcy court docket as of 5.10.2021 to identify relevant tax information and case updates. | 0.9 | $ 350 | $ 315.00 |
| Casey Nunez | 05/11/21 | (1.2) Performed Managing Director review of summary of tax-related provisions in current plan/disclosures | 1.2 | $ 794 | $ 952.80 |
| Devon Rowles | 05/11/21 | 3.9 Continue (from prior day) review of the amended Chapter 11 plan of reorganization filed in the bankruptcy docket regarding the updated settlement terms, with focus on related tax considerations and concurrently summarizing the plan for KPMG project team. | 3.9 | $ 350 | $ 1,365.00 |
| Jess Commisso | 05/12/21 | 2.2 Updates to the Purdue Cash Tax Model Process Memo per review comments received from KPMG senior associate (A. Armfield). | 2.2 | $ 350 | $ 770.00 |
| Ashley Armfield | 05/18/21 | 2.1 Review of second amended joint chapter 11 plan of reorganization with focus on potential tax impacts. | 2.1 | $ 534 | $ 1,121.40 |
| Ashley Armfield | 05/19/21 | 2.3 Senior Associate review of cash tax model memorandum describing methodology of tax calculations. | 2.3 | $ 534 | $ 1,228.20 |
| Howard Steinberg | 05/24/21 | Partner level review of the amended Chapter 11 plan of reorganization filed in the bankruptcy docket, with focus on related tax considerations | 1.0 | $ 856 | $ 856.00 |
| Howard Steinberg | 05/25/21 | Partner level review of the disclosure schedules provided in the third amended Chapter 11 plan of reorganization, with focus on related tax considerations. | 0.8 | $ 856 | $ 684.80 |
| Devon Rowles | 05/25/21 | Reviewed the third amended Chapter 11 plan of reorganization filed in the bankruptcy docket, with focus on related tax considerations and concurrently summarizing the plan for KPMG project team. | 1.2 | $ 350 | $ 420.00 |
| Ashley Armfield | 05/25/21 | Summarizing third amended and restated plan of reorganization (0.5) and accompanied disclosure schedule (1.8) pursuant to summarizing relevant tax updates to provide to broader KPMG project team. | 2.3 | $ 534 | $ 1,228.20 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
May 1, 2021 through May 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Ashley Armfield | 05/26/21 | Call with H. Steinberg (KPMG Lead Partner - bankruptcy and restructuring), C. Nunez (KPMG Core team member M&A Tax), I. Hirsch (KPMG Core team member International tax), M. Hoffenberg (KPMG Lead Principal Washington National Tax), D. Holland (KPMG Principal International Tax), and A. Armfield (KPMG core team member M&A tax) to discuss the third amended plan submitted to the bankruptcy court and next steps. | 0.2 | $ 534 | $ 106.80 |
| Mark Hoffenberg | 05/26/21 | Call with H. Steinberg (KPMG Lead Partner - bankruptcy and restructuring), C. Nunez (KPMG Core team member M&A Tax), I. Hirsch (KPMG Core team member International tax), M. Hoffenberg (KPMG Lead Principal Washington National Tax), D. Holland (KPMG Principal International Tax), and A. Armfield (KPMG core team member M&A tax) to discuss the third amended plan submitted to the bankruptcy court and next steps. | 0.2 | $ 980 | $ 196.00 |
| Howard Steinberg | 05/26/21 | Call with H. Steinberg (KPMG Lead Partner - bankruptcy and restructuring), C. Nunez (KPMG Core team member M&A Tax), I. Hirsch (KPMG Core team member International tax), M. Hoffenberg (KPMG Lead Principal Washington National Tax), D. Holland (KPMG Principal International Tax), and A. Armfield (KPMG core team member M&A tax) to discuss the third amended plan submitted to the bankruptcy court and next steps. | 0.2 | $ 856 | $ 171.20 |
| Douglas Holland | 05/26/21 | Call with H. Steinberg (KPMG Lead Partner - bankruptcy and restructuring), C. Nunez (KPMG Core team member M&A Tax), I. Hirsch (KPMG Core team member International tax), M. Hoffenberg (KPMG Lead Principal Washington National Tax), D. Holland (KPMG Principal International Tax), and A. Armfield (KPMG core team member M&A tax) to discuss the third amended plan submitted to the bankruptcy court and next steps. | 0.2 | $ 985 | $ 197.00 |
| Casey Nunez | 05/26/21 | Call with H. Steinberg (KPMG Lead Partner - bankruptcy and restructuring), C. Nunez (KPMG Core team member M&A Tax), I. Hirsch (KPMG Core team member International tax), M. Hoffenberg (KPMG Lead Principal Washington National Tax), D. Holland (KPMG Principal International Tax), and A. Armfield (KPMG core team member M&A tax) to discuss the third amended plan submitted to the bankruptcy court and next steps. | 0.2 | $ 794 | $ 158.80 |
| Isaac Hirsch | 05/26/21 | Call with H. Steinberg (KPMG Lead Partner - bankruptcy and restructuring), C. Nunez (KPMG Core team member M&A Tax), I. Hirsch (KPMG Core team member International tax), M. Hoffenberg (KPMG Lead Principal Washington National Tax), D. Holland (KPMG Principal International Tax), and A. Armfield (KPMG core team member M&A tax) to discuss the third amended plan submitted to the bankruptcy court and next steps. | 0.2 | $ 819 | $ 163.80 |
| Isaac Hirsch | 05/26/21 | 0.4 Perform managing director review of the Purdue cash tax model process memorandum describing methodology of tax calculations. | 0.4 | $ 819 | $ 327.60 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
May 1, 2021 through May 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Ashley Armfield | 05/26/21 | 0.6 Performed additional review of Purdue disclosure schedule with regards to questions posed by H. Steinberg (KPMG Partner) during catch up meeting (same day). | 0.6 | $ 534 | $ 320.40 |
| Jess Commisso | 05/26/21 | 0.8 Review of newly updated Purdue Chapter 11 Plan of Reorganization pursuant to sharing tax liability details with KPMG project team. | 0.8 | $ 350 | $ 280.00 |
| Ashley Armfield | 05/26/21 | 1.8 Reviewing disclosure schedule relating to the fourth amended plan uploaded to the bankruptcy docket, specifically relating to the certain settlement agreements. | 1.8 | $ 534 | $ 961.20 |
| Ashley Armfield | 05/26/21 | 1.8 Senior Associate review and concurrently updating cash tax model process memo (as prepared by J. Commisso and D. Rowles - KPMG) regarding allocation of income between certain Purdue shareholders. | 1.8 | $ 534 | $ 961.20 |
| Howard Steinberg | 05/26/21 | Partner review and concurrently commenting on latest Purdue disclosures schedules filed in the bankruptcy docket, in preparation for call with KPMG project team. | 1.8 | $ 856 | $ 1,540.80 |
| Devon Rowles | 05/26/21 | Review of the fourth amended Chapter 11 plan of reorganization filed in the bankruptcy docket, with focus on related tax considerations and concurrently summarizing the plan for KPMG project team. | 3.1 | $ 350 | $ 1,085.00 |
| Jess Commisso | 05/27/21 | 0.4 Compilation of cash tax model support documentation pursuant to updating the Cash Tax Model Process Memorandum appendix. | 0.4 | $ 350 | $ 140.00 |
| Isaac Hirsch | 05/27/21 | Continued, from prior day, to perform managing director review of the Purdue cash tax model process memorandum describing methodology of tax calculations. | 1.2 | $ 819 | $ 982.80 |
| Ashley Armfield | 05/27/21 | 1.9 Drafting methodology memo regarding cash tax modeling of potential tax deductions. | 1.9 | $ 534 | $ 1,014.60 |
| **Total Bankruptcy Tax Consulting Services** | | | **41.3** | | **$ 21,316.60** |

**EXHIBIT C2**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Non -Working Travel Time
May 1, 2021 through May 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | *no fees billed for these services in current month* | | | |
| | | **Total Non-Working Travel Time** | | | $ - |

**EXHIBIT C3**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Retention Services
May 1, 2021 through May 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | *no fees billed for these services in current month* | | | |
| | | **Total Retention Services** | **0.0** | | **$ -** |

**EXHIBIT C4**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Fee Application Preparation Services
May 1, 2021 through May 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Wendy Shaffer | 05/04/21 | 0.1 Drafted email to D. Consla (KPMG) regarding status of filing of KPMG Purdue Pharma 14th monthly fee statement; | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 05/07/21 | 0.1 Pulled copy of Purdue Pharma filed 14th monthly off of court docket for use in Interim fee application. | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 05/07/21 | 0.3 Prepared Purdue 14th monthly fee statement exhibits in Excel to send to fee examiner and 0.1 send copy of Purdue 14th monthly fee statements in Excel to M. Plangman (KPMG) for review/approval. | 0.4 | $ 202 | $ 80.80 |
| Wendy Shaffer | 05/07/21 | 0.6 Updates to Purdue Pharma 14th monthly fee statement exhibits per direction from M. Pera (Davis Polk) and 0.1 drafted email to D. Pera (Davis Polk) to provide copy of revised KPMG 14th monthly fee statement to request filing and service. | 0.7 | $ 202 | $ 141.40 |
| Monica Plangman | 05/09/21 | Performed Director review of Purdue Fee Examiner file and concurrently provide comments | 0.1 | $ 279 | $ 27.90 |
| Wendy Shaffer | 05/11/21 | 0.1 Drafted email to B. Masumoto (US Trustee) to provide copy of KPMG's 14th monthly fee statement for review. | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 05/11/21 | 0.1 Drafted email to Purdue fee examiner to provide copy of Purdue Pharma 14th monthly fee statement (in Excel) for review. | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 05/11/21 | 0.2 Begin to prepare Purdue Pharma 15th monthly fee statement exhibits; | 0.2 | $ 202 | $ 40.40 |
| Wendy Shaffer | 05/12/21 | 1.3 Updated exhibit C1 of Purdue Pharma 15th monthly fee statement to include data received from professionals as of 5/12/2021. | 1.3 | $ 202 | $ 262.60 |
| Wendy Shaffer | 05/13/21 | 0.1 Drafted email to A. Armfield (KPMG) to address outstanding questions related to services provided in Purdue Pharma 15th monthly fee statement | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 05/13/21 | 0.2 Updates to exhibit C1 of Purdue Pharma 15th monthly fee statement to include data received from professionals as of 5/13/2021. | 0.2 | $ 202 | $ 40.40 |
| Wendy Shaffer | 05/20/21 | 0.5 Updates to Purdue Pharma 15th monthly fee statement to include updates received from professionals as of 5/19/2021 and 0.1 review of updated KPMG Work in Progress report to confirm billable hours for April. | 0.6 | $ 202 | $ 121.20 |
| Wendy Shaffer | 05/24/21 | 0.2 Finalize and send Purdue Pharma 15th monthly fee statement exhibits to M. Plangman (KPMG) for review. | 0.2 | $ 202 | $ 40.40 |
| Wendy Shaffer | 05/24/21 | 0.5 Updates to Purdue Pharma 15th monthly fee statement per direction from A. Armfield (KPMG). | 0.5 | $ 202 | $ 101.00 |
| Wendy Shaffer | 05/25/21 | 0.1 Drafted email to C. Nunez (KPMG) regarding status of Purdue Pharma 15th monthly fee statement and next steps related to finalization. | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 05/26/21 | 0.1 Drafted email to H. Steinberg (KPMG) partner) to request approval/permission to electronic signature to Purdue Pharma 15th monthly fee statement; | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 05/26/21 | 0.1 Finalized Purdue Pharma 15th monthly fee statement cover sheet and send to M. Plangman (KPMG) for approval; | 0.1 | $ 202 | $ 20.20 |

**EXHIBIT C4**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Fee Application Preparation Services
May 1, 2021 through May 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Wendy Shaffer | 05/26/21 | 0.2 Updated Purdue Pharma 15th monthly fee statement exhibits per direction from M. Plangman (KPMG). | 0.2 | $ 202 | $ 40.40 |
| Wendy Shaffer | 05/26/21 | 0.2 Drafted email to D. Consla (Davis Polk) to request review / filing and service of KPMG's 15th monthly fee statement. | 0.2 | $ 202 | $ 40.40 |
| Monica Plangman | 05/26/21 | Director review of 15th monthly fee statement exhibits and cover sheet and concurrently provide comments. | 0.7 | $ 279 | $ 195.30 |
| | | **Total Fee Application Preparation Services** | **6.1** | | **$ 1,293.80** |

**EXHIBIT D**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary of Out of Pocket Expenses
May 1, 2021 through May 31, 2021

| Category | Amount |
|---|---|
| Airfare | $ - |
| Lodging | $ - |
| Meals | $ - |
| Ground Transportation | $ - |
| Miscellaneous | $ - |
| **Total** | **$ -** |

**EXHIBIT D1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Detail of Out of Pocket Expenses
May 1, 2021 through May 31, 2021

| **Name** | **Date** | **Description** | **Amount** |
|---|---|---|---|
| | | **Air Fare Subtotal** | $ - |
| | | **Lodging Subtotal** | $ - |
| | | **Meals Subtotal** | $ - |
| | | **Total Ground Transportation** | $ - |
| | | **Miscellaneous Subtotal** | $ - |
| | | **Total Out of Pocket Expenses** | $ - |