**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF NINETEENTH MONTHLY FEE STATEMENT OF JONES DAY FOR**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS**
**FOR THE PERIOD FROM MAY 1, 2021 THROUGH MAY 31, 2021**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | May 1, 2021 through May 31, 2021 |
| **Amount of Compensation Requested (after 13% discount):** | $147,575.93 |
| **Less 20% Holdback** | $29,515.19 |
| **Net of Holdback**: | $118,060.74 |
| **Amount of Expense Reimbursement Requested:** | $2,118.69 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $120,179.43 |
| **This is a** | X  Monthly  _____ Interim  ___ Final Fee Statement |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this nineteenth monthly fee statement (the "Nineteenth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from May 1, 2021 through May 31, 2021 (the "Nineteenth Monthly Fee Period"). By this Nineteenth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $120,179.43 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Nineteenth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

**SERVICES RENDERED AND EXPENSES INCURRED**

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Nineteenth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]      The total amount sought for fees reflects (a) voluntary write offs in the amount of $2,732.50 and (b) application of a subsequent 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $24,784.08 for the Nineteenth Monthly Fee Period), for an overall voluntary reduction of approximately 14.4%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2021, Jones Day is using 2020 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 14.4% reduction.

hourly billing rate of Jones Day timekeepers during the Nineteenth Monthly Fee Period is approximately $726.62.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Nineteenth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Nineteenth Monthly Fee Period

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Nineteenth Monthly Fee Period.[5]

## NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Nineteenth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Nineteenth Monthly Fee Period.

[5]      The time records included in **Exhibit D** have been minimally redacted to protect privileged information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq.,

Email: dklauder@bk-legal.com.

6.      Objections to this Nineteenth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 4655 Executive Drive, Suite 1500, San Diego, CA 92121 Attn: Chané Buck (cbuck@jonesday.com) no later than July 12, 2021 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

7.      If no objections to this Nineteenth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees identified in this Nineteenth Monthly Fee Statement.

8.      To the extent that an objection to this Nineteenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Nineteenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

## NO PRIOR REQUEST

9.      No prior request for the relief sought in this Nineteenth Monthly Fee Statement has

been made to this or any other court.

Dated: June 28, 2021
      New York, NY

   _/s/  Chané Buck_____

JONES DAY
Chané Buck
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone:    (858) 314-1158
Facsimile:    (844) 345-3178
Email:         cbuck@jonesday.com

– and –

John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:    (212) 326-3939
Facsimile:    (212) 755-7306
Email:         jjnormile@jonesday.com
               akordas@jonesday.com

*Special Counsel to the Debtors and*
*Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**MAY 1, 2021 – MAY 31, 2021**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Gasper J. LaRosa | 2002 | $1,125.00 | $978.75 | 6.0 | $6,750.00 |
| Christopher Morrison | 2001 | $1,025.00 | $891.75 | 4.0 | $4,100.00 |
| John J. Normile | 1989 | $1,275.00 | $1,109.25 | 47.2 | $59,000.00 |
| **TOTAL PARTNER:** | | | | **57.2** | **$69,850.00** |
| **COUNSEL** | | | | | |
| Kelsey I. Nix | 1988 | $1,225.00 | $1,065.75 | 25.5 | $30,090.00 |
| **TOTAL COUNSEL:** | | | | **25.5** | **$30,090.00** |
| **ASSOCIATE** | | | | | |
| Chané Buck | 2017 | $575.00 | $500.25 | 7.2 | $4,140.00 |
| Anna Kordas | 2014 | $800.00 | $696.00 | 2.3 | $1,840.00 |
| Kevin V. McCarthy | 2016 | $725.00 | $630.75 | 30.0 | $21,450.00 |
| Adam M. Nicolais | 2017 | $675.00 | $587.25 | 44.0 | $28,820.00 |
| **TOTAL ASSOCIATE:** | | | | **83.5** | **$56,250.00** |
| **PARALEGAL & STAFF** | | | | | |
| Monika Barrios | N/A | $325.00 | $282.75 | 0.3 | $97.50 |
| Jason J. Darensbourg | N/A | $350.00 | $304.50 | 29.2 | $10,220.00 |
| Kristina Horn | N/A | $425.00 | $369.75 | 6.4 | $2,720.00 |
| Marguerite Melvin | N/A | $400.00 | $348.00 | 1.0 | $400.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **36.9** | **$13,437.50** |
| **TOTAL:** | | | | **203.1** | **$169,627.50** |

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**

**MAY 1, 2021 – MAY 31, 2021**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 129.4 | $113,100.00 |
| Strategic Corporate Advice | 8.8 | $6,034.00 |
| Retention Matters | 12.3 | $8,352.50 |
| Accord Healthcare Inc. | 52.6 | $42,141.00 |
| **TOTAL** | 203.1 | **$169,627.50** |
| **13% DISCOUNT** | | **$22,051.58** |
| **TOTAL FEES** | | **$147,575.93** |

## **EXHIBIT C**

**EXPENSE SUMMARY**
**MAY 1, 2021 – MAY 30, 2021**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $1,500.00 |
| Printing Charges | $40.80 |
| Mailing Charges | $2.40 |
| Court Costs | $200.00 |
| Publication Expenses | $375.49 |
| **TOTAL** | **$2,118.69** |

## **EXHIBIT D**

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 23, 2021                                                        305158.610005
                                                                    Invoice: 210900141

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through May 31, 2021:

| | | |
|---|---|---:|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 113,100.00 |
| Less 13% Discount | | (14,703.00) |
| Total Billed Fees | USD | 98,397.00 |

### Disbursement & Charges Summary

| | | |
|---|---:|---:|
| Document Reproduction Charges | 40.80 | |
| Filing Fees and Related | 200.00 | |
| | USD | 240.80 |
| **TOTAL** | **USD** | **98,637.80** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                        Citibank, N.A.
New York, NY                          New York, NY
Account Name:  Jones Day              Account Name:  Jones Day
Account No:  37026407                 Account No:  37026407
ABA No:  021000089                    ABA No:  021000089
                                      Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610005/210900141 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 210900141

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 5.00 | 1,125.00 | 5,625.00 |
| C M Morrison | 4.00 | 1,025.00 | 4,100.00 |
| J J Normile | 28.90 | 1,250.00 | 36,125.00 |
| Of Counsel |  |  |  |
| K I Nix | 25.10 | 1,180.00 | 29,618.00 |
| Associate |  |  |  |
| K McCarthy | 13.40 | 715.00 | 9,581.00 |
| A M Nicolais | 29.70 | 655.00 | 19,453.50 |
| Paralegal |  |  |  |
| J J Darensbourg | 17.40 | 350.00 | 6,090.00 |
| Legal Support |  |  |  |
| K Horn | 5.90 | 425.00 | 2,507.50 |
| **TOTAL** | **129.40** | **USD** | **113,100.00** |

# JONES DAY

305158.610005

Page: 3
June 23, 2021
Invoice: 210900141

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|

05/03/21        J J Darensbourg                                         0.20
Manage shared database for attorneys of Order Granting in Part and Denying in Part Collegium's Motion for Extension of Time to File Response to Complaint.

05/03/21        K McCarthy                                              1.50
Prepare for and participate in weekly client teleconference regarding ████████████ (0.7); review litigation status tracker and communicate with A. Nicolais regarding edits to same (0.2); attention to miscellaneous litigation ████████████ and related documents (0.6).

05/03/21        C M Morrison                                            0.20
Confer with K. McCarthy regarding upcoming deadlines.

05/03/21        K I Nix                                                 1.80
Work████████████████████ (.8); ████████████████████ (1.0).

05/03/21        J J Normile                                            1.00
Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, R. Kreppel, K. McCarthy, A. Nicolais and P. Hendler.

05/04/21        J J Darensbourg                                        3.20
Manage shared database for attorneys of correspondence regarding █████████████ and ██████████████████ (2.2)  Manage/prepare Pro Hac Vice forms for K McCarthy and A Nicolais (1.0)

05/04/21        K McCarthy                                             1.40
Review/analyze ████████████ and communicate internally and ████████████ regarding same (0.8); prepare for and participate in teleconference with B. Koch and P. Hendler regarding case strategy (0.6).

05/04/21        J J Normile                                            0.80
Various correspondence and teleconferences with K. McCarthy and P. Hendler regarding draft ████████████████████.

05/05/21        K McCarthy                                             0.50
Draft/revise PHV motion and communicate internally and with opposing counsel regarding same (0.5).

05/05/21        A M Nicolais                                           1.20
Edits/revisions to draft ████████████ (.7); Review/edit draft discovery stipulation (.5).

05/05/21        K I Nix                                                2.20
████████████████████████████████ (1.8); e-mail to J. Normile regarding teleconference with ████████████████ (.4)

# JONES DAY

| 05/05/21 | J J Normile | 1.60 |

Review of various correspondence regarding ████████████████████████████ (.80);
review and revise draft ██████████████████ (.80).

| 05/06/21 | K Horn | 1.70 |

Review production logs, files and correspondence for document productions (1.2). Review files for deposition
exhibits ████████████ per P. Hendler and transfer files of same (.5).

| 05/06/21 | K McCarthy | 0.50 |

Attention to miscellaneous case correspondence and files (0.5).

| 05/06/21 | C M Morrison | 0.30 |

Confer with K. McCarthy regarding communication from Collegium's counsel.

| 05/06/21 | A M Nicolais | 1.00 |

Meeting re J. Normile, P. Hendler and K. McCarthy regarding ████████████████ (.2);
edits/revisions re same (.8).

| 05/06/21 | K I Nix | 2.10 |

Work regarding ████████████████████████

| 05/06/21 | J J Normile | 2.60 |

Preparation for and participation in teleconference with K. McCarthy, A. Nicolais and P. Hendler regarding
████████████████████ (1.3); review of various correspondence regarding ██████ (.80);
review of correspondence regarding various pro hac vice motions from C. Pinahs, C. Morrison and K.
McCarthy (.50).

| 05/07/21 | K Horn | 0.50 |

Review files for additional ████████ for P. Hendler and transfer of same (.2) Revise McCarthy ad
Nicolais Pro Hac Vice and Motion in preparation for filing per K. McCarthy (.3)

| 05/07/21 | K McCarthy | 3.00 |

Draft/revise ████████████ and communicate internally regarding ████████████████
████████ related to same (1.2); attention to miscellaneous case correspondence regarding ██████
██████ (0.5); coordinate preparation of PHV motions (0.5); review/analyze Collegium's motion to dismiss
and communicate internally regarding same (0.8).

| 05/07/21 | C M Morrison | 1.00 |

Review and analyze motion to dismiss (.6); confer with Collegium and file PHV motions (.4).

| 05/07/21 | K I Nix | 3.20 |

Studied Collegium's motion to dismiss the 434 complaint and memorandum (.8); teleconference with J.
Normile regarding ████████ (1.0); teleconference ████████████████████
████████ (.7); e-mail to ████████ (.2); work regarding ████████ (.5).

| 05/07/21 | J J Normile | 1.00 |

Preparation for and participation in teleconference with K. Nix regarding ████████████ and
review of background materials regarding same.

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 5
June 23, 2021
Invoice: 210900141

| Date | Timekeeper | Hours |
|---|---|---|
| 05/10/21 | J J Darensbourg | 1.50 |

Manage cases cited in Collegium's Memorandum of Law in Support of Their Motion to Dismiss (.5). Manage shared database for attorneys of Collegium's Motion to Dismiss Complaint Alleging Infringement of '434 Patent and Purdue's Assented to Motion for Leave to Appear Pro Hac Vice for admission of K McCarthy and A Nicolais and accompanying documents (1.0).

| 05/10/21 | G J Larosa | 1.00 |
|---|---|---|

Communicate (in firm) regarding case status and strategy and reviewed related pleadings.

| 05/10/21 | K McCarthy | 3.00 |
|---|---|---|

Prepare for and participate in weekly client call with B.Koch, J. Normile, and others regarding litigation status updates, including review of weekly litigation tracker (1.0); review/analyze Collegium's motion to dismiss and communicate internally regarding same (0.7); draft/revise ▮▮▮▮▮ and communicate with A. Nicolais regarding same (0.8); attention to internal correspondence regarding upcoming initial disclosures and corresponding document production (0.5).

| 05/10/21 | A M Nicolais | 0.80 |
|---|---|---|

Communication in firm with K. McCarthy re Collegium's motion to dismiss (.3); review/analyze ▮▮▮▮▮ protocol (.4); communication in firm with P. Hendler re same (.1).

| 05/10/21 | K I Nix | 1.40 |
|---|---|---|

E-mails with J. Normile regarding ▮▮▮▮▮ and Collegium's motion to dismiss; teleconference ▮▮▮▮▮ studied and revised ▮▮▮▮▮.

| 05/10/21 | J J Normile | 1.00 |
|---|---|---|

Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Kreppel, R. Inz, P. Hendler, K. McCarthy and A. Nicolais (.50); review of various correspondence regarding ▮▮▮▮▮ (.50).

| 05/11/21 | J J Darensbourg | 0.60 |
|---|---|---|

Manage/order certified file history of US Patent Number 10,407,434.

| 05/11/21 | G J Larosa | 1.00 |
|---|---|---|

Communicate (in firm) regarding case status and strategy.

| 05/11/21 | K McCarthy | 1.00 |
|---|---|---|

Prepare for and participate in teleconference with J. Normile, C. Morrison, A. Nicolais, and P. Hendler regarding Purdue's response to Collegium's motion to dismiss (0.5); teleconferences and correspondence with P. Hendler and A. Nicolais regarding litigation testing issues (0.5).

| 05/11/21 | C M Morrison | 0.70 |
|---|---|---|

Confer internally regarding response to motion to dismiss (.4); confer with K. McCarthy regarding upcoming deadlines (.3).

| 05/11/21 | A M Nicolais | 1.90 |
|---|---|---|

Collegium internal team meeting re Collegium's motion to dismiss (.5); meeting with P. Hendler and K. McCarthy ▮▮▮▮▮ (.3); meeting with K. McCarthy re ▮▮▮▮▮ (.4); review/analyze Collegium's Twombly motion (.7).

**JONES DAY**

305158.610005                                                                                    Page: 6
                                                                                                    June 23, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                   Invoice: 210900141

| 05/11/21 | K I Nix | 0.30 |
|---|---|---|

Reviewed ███████████████████████████████

| 05/11/21 | J J Normile | 0.80 |
|---|---|---|

Preparation for and participation in teleconference with C. Morrison, P. Hendler, K. McCarthy and A. Nicolais regarding preparation of amended complaint.

| 05/12/21 | J J Darensbourg | 0.60 |
|---|---|---|

Manage shared database for attorneys of correspondence and pleading regarding Pro Hac Vice Motions of attorneys for Purdue and Collegium and organization of discovery documents for K Nix.

| 05/12/21 | K McCarthy | 1.00 |
|---|---|---|

Attention to internal case team correspondence regarding PHV motions and upcoming document productions (0.5); draft/revise amended 434 patent complaint and communicate with A. Nicolais regarding same (0.5).

| 05/12/21 | A M Nicolais | 2.00 |
|---|---|---|

Drafting amended '434 complaint.

| 05/12/21 | K I Nix | 2.30 |
|---|---|---|

██████████████████████ (1.3); ███████████████████ (.5); completed ████████ (.5).))

| 05/13/21 | J J Darensbourg | 3.50 |
|---|---|---|

Manage shared database for attorneys of correspondence with experts (1.5); draft ████████████████████████████ (1.5).  Draft Pro Hac Vice Admission papers for K Nix (.5)

| 05/13/21 | K McCarthy | 1.50 |
|---|---|---|

Coordinate preparation, finalizing, and filing of PHV motions (0.6); draft/revise Purdue's amended 434 patent complaint and communicate internally regarding same (0.9).

| 05/13/21 | A M Nicolais | 3.70 |
|---|---|---|

Drafting amended '434 complaint (1.6); drafting ████████████████████ and cover document (2.1).

| 05/13/21 | K I Nix | 0.40 |
|---|---|---|

Work regarding pro hac vice motion and declaration and e-mails with K. McCarthy and J. Darensbourg regarding same.

| 05/13/21 | J J Normile | 0.80 |
|---|---|---|

Preparation for and participation in teleconference with B. Koch, K. McCarthy and P. Hendler regarding ████████████████████████

| 05/14/21 | J J Darensbourg | 0.30 |
|---|---|---|

Manage/prepare '434 prosecution history for production to Defendants.

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| 05/14/21 | A M Nicolais | 2.50 |
|---|---|---|

Meeting with P. Hendler and K. McCarthy re draft amended complaint (.5); edits/revisions re same (.8); edits/revisions to ███████████████ (1.2).

| 05/14/21 | K I Nix | 0.60 |
|---|---|---|

Worked on ██████████████

| 05/16/21 | J J Normile | 2.00 |
|---|---|---|

Review and revise draft amended 434 complaint and review of various background materials regarding same.

| 05/17/21 | J J Darensbourg | 0.60 |
|---|---|---|

Manage cited statutes and rules from Collegium's Reply in Support of Their Motion to Dismiss for attorney review.

| 05/17/21 | C M Morrison | 0.50 |
|---|---|---|

Review and revise draft motion to seal and accompanying communication; confer with A. Nicolais and K. McCarthy regarding procedure for sealing third party information.

| 05/17/21 | A M Nicolais | 4.00 |
|---|---|---|

Drafting Rule 26 initial disclosures for '434 patent (2.0); edits/revisions to first amended complaint (.4); reviewing Collegium Protective Order and drafting relevant provisions to C. Morrison re amended complaint (.4); drafting motion to file amended complaint under seal and drafting communication with opposing counsel re same (.9); communication in firm re all (.3).

| 05/17/21 | J J Normile | 1.60 |
|---|---|---|

Review and revise amended 434 complaint and related correspondence and teleconferences regarding same (.80); preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, R. Kreppel, P. Hendler and A. Nicolais (.80).

| 05/18/21 | J J Darensbourg | 1.60 |
|---|---|---|

Manage/prepare certified file history and patent for production to Defendant.

| 05/18/21 | G J Larosa | 1.00 |
|---|---|---|

Review/analyze discovery materials and conferred in firm regarding same.

| 05/18/21 | C M Morrison | 0.20 |
|---|---|---|

Phone call with P. Hendler regarding motion to dismiss.

| 05/18/21 | A M Nicolais | 4.70 |
|---|---|---|

████████████████████████ (.3); edits/revisions to 434 patent Rule 26 initial disclosures (1.2); edits/revisions to draft first amended complaint (.8); Edits/revisions to motion to seal amended complaint and communication with opposing counsel re same (.4); edits/revisions to ███████ ████████████████ (1.5); correspondence in firm re all (.5).

| 05/18/21 | K I Nix | 1.10 |
|---|---|---|

Reviewed motion for leave to file amended complaint under seal (.6); work regarding ███████ and discovery (.5).

# JONES DAY

305158.610005

Page: 8
June 23, 2021
Invoice: 210900141

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| | | |
|---|---|---|
| 05/18/21 | J J Normile | 2.80 |

████████████████████████ (.80); review of draft initial disclosures for the 434 patent including various correspondence and teleconferences with A. Nicolais and P. Hendler (1.5); review of various correspondence to Collegium regarding amended complaint (.50).

| | | |
|---|---|---|
| 05/19/21 | J J Darensbourg | 2.90 |

Manage/prepare certified file history and patent for production to Defendant (1.9). Review/cite check ████████████████ (1.0).

| | | |
|---|---|---|
| 05/19/21 | K Horn | 1.20 |

Cite check First Amended Complaint per A. Nicolais.

| | | |
|---|---|---|
| 05/19/21 | C M Morrison | 0.50 |

Draft/revise notice regarding amended complaint and confer with P. Hendler regarding same.

| | | |
|---|---|---|
| 05/19/21 | A M Nicolais | 1.10 |

Edits/revisions to ████████████████ (.6); communication in firm re ████████████ (.2); review/analyze draft production and cover letter (.3);

| | | |
|---|---|---|
| 05/19/21 | K I Nix | 1.10 |

Revised draft ████████████████████ and email to J. Normile regarding same (.7); work regarding ████████████ (.4).

| | | |
|---|---|---|
| 05/19/21 | J J Normile | 1.50 |

Review and revise Rule 26 initial disclosures relating to the 434 patent and attention to preparation of ████ ████████.

| | | |
|---|---|---|
| 05/20/21 | K Horn | 2.50 |

Cite check Amended Complaint and ████████████████████████ per A. Nicolais.

| | | |
|---|---|---|
| 05/20/21 | A M Nicolais | 5.20 |

Edits/revisions to initial disclosures (.6); review/analyze/edit ████████████ and amended complaint (2.0); cite check re same (1.0); drafting redactions re same (.5); meeting with P. Hendler re same (.4); meeting with B. Koch re same (.4); communication in firm re document productions (.3).

| | | |
|---|---|---|
| 05/20/21 | K I Nix | 1.40 |

E-mails to B. Koch and R. Kreppe████████████████████ (.6); studied comments and proposed revisions from B. Koch and R. Kreppel, and work regarding same (.8).

| | | |
|---|---|---|
| 05/20/21 | J J Normile | 3.00 |

████████████████████████████ (1.0); review and revise notice of mootness and review various comments from B. Koch, R. Kreppel and R. Inz (1.0); review various correspondence regarding ████████████ (.50); review of correspondence from ████████████████████ (.50).

| | | |
|---|---|---|
| 05/21/21 | J J Darensbourg | 0.60 |

Manage/serve document production on opposing counsel.

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 9
June 23, 2021
Invoice: 210900141

05/21/21          C M Morrison                                    0.60
Confer with clerk regarding motion for leave to file under seal (.2); review and file amended complaint (.4).

05/21/21          A M Nicolais                                    1.60
Final edits/revisions to amended complaint, ███████████████████████ (.9); communication in firm re same (.3); preparing filings/service re same (.4).

05/21/21          K I Nix                                         1.80
Studied amended complaint in response to motion to dismiss (.6); revised ███████████████ in light of client comments and ████████████████ (.2); revised ███████ ██████ in light of client comments and ████████████████ (1.0).

05/21/21          J J Normile                                     2.50
Attention to finalizing amended complaint, ██████████████████████ and motion to seal (1.5); review of various correspondence relating to ████████████ (.50); review of various correspondence regarding ████████████████ (.50).

05/22/21          K I Nix                                         0.80
Studied Purdue's initial disclosures and ██████████████████████████ (.3); reviewed ████████████████ (.5).

05/24/21          J J Darensbourg                                 0.20
Manage shared database for attorneys of Plaintiffs' Motion for Leave to File Under Seal Their First Amended Complaint and Purdue's Redacted First Amended Complaint.

05/24/21          G J Larosa                                      2.00
Communicate (in firm) regarding case status and strategy and reviewed related materials.

05/24/21          K I Nix                                         0.80
Work regarding ██████████████████████ including e-mails with B. Koch, R. Kreppel and ████████ (.4); work regarding ███████ (.4).

05/24/21          J J Normile                                     1.10
Review of correspondence relating to ████████████ (.30); review of various correspondence and background materials regarding ████████ (.80).

05/25/21          J J Darensbourg                                 0.40
Manage/prepare Pro Hac Vice Admission forms for G LaRosa.

05/25/21          K I Nix                                         0.50
████████████████████████

05/25/21          J J Normile                                     1.50
Preparation for and participation in weekly team teleconference with B. Koch, R. Inz, P. Hendler and A. Nicolais (.50); review of various correspondence relating to ████████████████ (1.0).

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 10
June 23, 2021
Invoice: 210900141

| 05/26/21 | J J Darensbourg | 0.80 |
|---|---|---|

Manage shared database for attorneys of correspondence and pleadings regarding Disclosure of Prof. Michael Crimmins Pursuant to Protective Order, Preliminary Contentions, Scheduling Orders, and Amended Complaint.

| 05/26/21 | K I Nix | 0.60 |
|---|---|---|

Attention to ███████████████████████████████████████████████ including e-mails with B. Koch, R. Kreppel and J. Normile regarding same (.4); ███████████████████████████████████████ (.2).

| 05/26/21 | J J Normile | 1.50 |
|---|---|---|

Review of various correspondence relating to ███████████████ and review of various materials regarding miscellaneous discovery matters.

| 05/27/21 | J J Darensbourg | 0.40 |
|---|---|---|

Prepare certified file history for '434 patent for production to Defendant.

| 05/27/21 | K I Nix | 1.00 |
|---|---|---|

Work regarding ████████████████████████████████████████ ██████.

| 05/27/21 | J J Normile | 0.80 |
|---|---|---|

Attention to █████████████████████████████████

| 05/28/21 | K I Nix | 1.70 |
|---|---|---|

██████████████████████████████████████████████

| 05/28/21 | J J Normile | 1.00 |
|---|---|---|

Attention to various outstanding discovery issues and preparation of third-party discovery.

|  | **TOTAL** | **129.40** |
|---|---|---|

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 210900141

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|---|---|---|---|---|
| **DOCUMENT REPRODUCTION CHARGES** | | | | |
| 05/13/21 | NYC Accounting | NYC | 40.80 | |
| Duplication charges through 05/13/2021 - 408 b&w copies @ $0.10 each | | | | |
| **Document Reproduction Charges Subtotal** | | | | **40.80** |
| **FILING FEES AND RELATED** | | | | |
| 05/13/21 | C M Morrison | BOS | 200.00 | |
| Filing fees and related Pro Hac Vice admission fees for K. McCarthy and A. Nicolais 11-May-2021 | | | | |
| **Filing Fees and Related Subtotal** | | | | **200.00** |
| **Total Disbursements and Charges** | | | **USD** | **240.80** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 23, 2021

305158.610013
Invoice: 210900143

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through May 31, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 0.00 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Consultants and Agents Fees | 1,500.00 | |
| | USD | 1,500.00 |
| **TOTAL** | **USD** | **1,500.00** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610013/210900143 WITH YOUR PAYMENT

# JONES DAY

305158.610013

Page: 2
June 23, 2021

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Invoice: 210900143

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 05/10/21 | NYC Accounting | NYC | 1,500.00 | |
| | Consultants fees - PACE ANALYTICAL SERVICES, LLC for professional services rendered - April 2021. | | | |
| **Consultants and Agents Fees Subtotal** | | | | **1,500.00** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **1,500.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 23, 2021

305158.610028
Invoice: 210900158

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through May 31, 2021:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 42,141.00 |
| Less 13% Discount | | (5,478.33) |
| Total Billed Fees | USD | 36,662.67 |

## Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Publication Expenses | 375.49 | | |
| | | USD | 375.49 |
| **TOTAL** | | **USD** | **37,038.16** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089
Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610028/210900158 WITH YOUR PAYMENT

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 2
June 23, 2021
Invoice: 210900158

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| G J Larosa | 1.00 | 1,125.00 | 1,125.00 |
| J J Normile | 16.80 | 1,250.00 | 21,000.00 |
| **Of Counsel** | | | |
| K I Nix | 0.40 | 1,180.00 | 472.00 |
| **Associate** | | | |
| K McCarthy | 12.10 | 715.00 | 8,651.50 |
| A M Nicolais | 10.00 | 655.00 | 6,550.00 |
| **Paralegal** | | | |
| J J Darensbourg | 11.80 | 350.00 | 4,130.00 |
| **Legal Support** | | | |
| K Horn | 0.50 | 425.00 | 212.50 |
| **TOTAL** | **52.60** | **USD** | **42,141.00** |

# JONES DAY

305158.610028                                                                           Page: 3
                                                                                   June 23, 2021
Accord Healthcare Inc.                                                       Invoice: 210900158


### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|

**05/03/21**          J J Darensbourg                                            2.70

Manage shared database for attorneys of correspondence and pleadings regarding document production files and draft and filed initial disclosures and identification of products and patents.

**05/03/21**          K McCarthy                                                 2.00

Draft/revise proposed protective order and related discovery stipulation and communicate internally regarding same (1.6); attention to case administration tasks related to docketing, internal case calendar, and expert correspondence (0.4).

**05/03/21**          J J Normile                                               1.50

Review and revise discovery stipulation and protective order and review of various correspondence from P. Hendler and K. McCarthy regarding same.

**05/04/21**          J J Darensbourg                                            0.40

Manage shared database for attorneys of correspondence regarding extension of time to serve initial disclosures.

**05/04/21**          K McCarthy                                                 3.10

Draft/revise proposed protective order and related discovery stipulation and communicate internally and with client regarding edits to same (2.3); prepare for and participate in teleconferences with J. Normile and P. Hendler regarding document drafts (0.8).

**05/04/21**          J J Normile                                               2.00

Review and revise draft discovery stipulation and protective order and various teleconferences and emails with P. Hendler and K. McCarthy regarding same (1.5); review of background materials from prior cases regarding discovery stipulation and review of R. Inz comments to same (.50).

**05/05/21**          J J Darensbourg                                            0.30

Manage shared database for attorneys of correspondence regarding setting up new Relativity database and Draft Protective Order and Discovery Stipulation.

**05/05/21**          K McCarthy                                                 1.50

Draft/revise proposed protective order and related discovery stipulation (0.5); prepare for and participate in teleconference with B. Koch regarding edits to same (0.8); serve drafts on opposing counsel (0.2).

**05/05/21**          J J Normile                                               1.30

Preparation for and participation in teleconference with B. Koch, P. Hendler and K. McCarthy regarding discovery stipulation and draft protective order and review and revise same.

**05/07/21**          K McCarthy                                                 1.00

Draft/revise ███████████████████████ and communicate with A. Nicolais regarding same (0.6); attention to miscellaneous internal and opposing counsel correspondence regarding draft protective order and related discovery stipulation (0.4).

**05/07/21**          J J Normile                                               0.80

Review of various correspondence regarding draft discovery stipulation and draft protective order.

**JONES DAY**

305158.610028                                                                 Page: 4
                                                                         June 23, 2021
Accord Healthcare Inc.                                        Invoice: 210900158


| 05/10/21 | G J Larosa | 1.00 |

Communicate (in firm) regarding strategy and reviewed related materials.


| 05/10/21 | K McCarthy | 2.00 |

Prepare for and participate in teleconferences with opposing counsel regarding draft protective order and one-week deadline extension, and communicate internally and with local counsel regarding same (1.3); draft/revise protective order and related discovery stipulation in accordance with same (0.7).


| 05/10/21 | J J Normile | 1.00 |

Review of correspondence from K. McCarthy regarding stipulation with Accord relating to draft protective order and discovery stipulation including extension of time to file same.


| 05/11/21 | J J Darensbourg | 0.40 |

Manage shared database for attorneys of correspondence and pleadings regarding Draft Protective Order and Discovery Stipulation and prior discovery stipulations in related cases.


| 05/12/21 | K McCarthy | 1.50 |

Communicate internally regarding upcoming document productions and other case deadlines, and coordinate related preparations with paralegal team (0.5); attention to client and vendor correspondence regarding patent file histories (0.5); attention to internal, co-counsel, and opposing counsel correspondence regarding updated draft of proposed protective order and related discovery stipulation (0.5).


| 05/12/21 | K I Nix | 0.40 |

Studied Purdue's initial disclosures and identification of asserted patents and accused products, and Accord's initial disclosures.


| 05/12/21 | J J Normile | 0.50 |

Review of various correspondence from K. McCarthy and P. Hendler regarding status of draft protective order and discovery stipulation.


| 05/13/21 | J J Darensbourg | 0.40 |

Manage shared database for attorneys of correspondence regarding draft protective order and discovery stipulation, production deadline and certified patents and file histories.


| 05/13/21 | J J Normile | 0.80 |

Review of correspondence relating to Accord's 5/7/21 submission and related issues concerning draft protective order and discovery stipulation.


| 05/14/21 | J J Darensbourg | 0.30 |

Manage/prepare certified patents-in-suit for production to Defendants.


| 05/14/21 | K McCarthy | 1.00 |

Draft/revise proposed protective order and related discovery stipulation, and attention to internal, client, and opposing counsel correspondence regarding same (1.0).


| 05/14/21 | J J Normile | 0.80 |

Review of various correspondence from K. McCarthy and R. Smith regarding draft protective order and discovery stipulation and related email from A. Barkoff regarding same.

# JONES DAY

305158.610028                                                                                           Page: 5
                                                                                                  June 23, 2021
Accord Healthcare Inc.                                                                    Invoice: 210900158

05/17/21              J J Darensbourg                                        0.60
Manage/prepare certified file patents-in-suit for production to Defendants.  Manage shared database for
attorneys of correspondence regarding prior discovery stipulations and proposed protective order.

05/17/21              A M Nicolais                                           0.80
Edits/revisions to proposed discovery stipulation and protective order (.4); communication in firm and with
opposing counsel re same (.4).

05/17/21              J J Normile                                            0.80
Attention to finalizing draft protective order and discovery stipulation and review of correspondence regarding
same.

05/18/21              J J Darensbourg                                        0.20
Manage shared database for attorneys of (Proposed) Stipulated Protective Order and Stipulation and
(Proposed) Order Regarding Discovery.

05/18/21              K Horn                                                 0.50
Review certified patents for production.

05/18/21              J J Normile                                            1.00
Preparation for and participation in teleconference ███████████████████████
██████████ and related teleconferences and correspondence with B. Koch, P. Hendler and A. Nicolais.

05/19/21              J J Darensbourg                                        0.70
Manage/prepare certified patents-in-suit for production to Defendant.

05/19/21              J J Normile                                            0.80
Review of correspondence from A. Barkoff regarding Accord production of FDA documents and attention to
review of Accord supplemental production.

05/20/21              J J Darensbourg                                        2.40
Manage Accord document production and prepare certified patents-in-suit document production for attorney
review.

05/20/21              A M Nicolais                                           0.40
Review/analyze Accord subsequent document production (.4).

05/21/21              J J Darensbourg                                        0.60
Manage/serve document production on opposing counsel.

05/26/21              J J Darensbourg                                        0.70
Manage shared database for attorneys of correspondence and pleadings regarding document productions,
Stipulated Protective Order, and Stipulation and Order Regarding Discovery.

05/26/21              J J Normile                                            1.00
Review of various materials in preparation for ████████████████████ and review of related
correspondence.

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 6
June 23, 2021
Invoice: 210900158

| Date | Attorney | Hours |
|------|----------|-------|
| 05/27/21 | J J Darensbourg | 2.10 |

Prepare certified file histories for patents-in-suit for production to Defendant.

| 05/27/21 | A M Nicolais | 6.50 |

Drafting ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉ (5.5); reviewing Accord's ANDA re evidence for same (1.0).

| 05/28/21 | A M Nicolais | 1.30 |

Drafting ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ (1.1); communication in firm with K. McCarthy re same (.2).

| 05/28/21 | J J Normile | 1.50 |

Attention to ▉▉▉▉▉▉▉▉▉▉

| 05/29/21 | J J Normile | 1.00 |

Continued review of background materials relating to ▉▉▉▉▉▉▉ and related correspondence from A. Nicolais and P. Hendler.

| 05/30/21 | A M Nicolais | 1.00 |

Edits/revisions to ▉▉▉▉▉▉▉▉▉

| 05/30/21 | J J Normile | 1.00 |

Continued review of background materials relating to ▉▉▉▉▉▉▉ and related correspondence from A. Nicolais and P. Hendler.

| 05/31/21 | J J Normile | 1.00 |

Continued review of additional ▉▉▉▉▉▉▉▉ and review of correspondence from A. Nicolais and P. Hendler.

**TOTAL**      **52.60**

# JONES DAY

305158.610028

Page: 7
June 23, 2021
Invoice: 210900158

Accord Healthcare Inc.

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **PUBLICATION EXPENSES** | | | | |
| 05/25/21 | C R Fellbaum | PAL | 375.49 | |
| | Publication expenses - MICROPATENT LLC  - Certified Patent File Histories  (Invoice #1128120 dated 05/11/21) | | | |
| **Publication Expenses Subtotal** | | | | **375.49** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **375.49** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 23, 2021

305158.640002
Invoice: 210900159

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through May 31, 2021:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 6,034.00 |
| Less 13% Discount | | (784.42) |
| Total Billed Fees | USD | 5,249.58 |
| **TOTAL** | **USD** | **5,249.58** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 640002/210900159 WITH YOUR PAYMENT

# JONES DAY

305158.640002

Strategic Corporate Advice

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Associate |  |  |  |
| K McCarthy | 4.50 | 715.00 | 3,217.50 |
| A M Nicolais | 4.30 | 655.00 | 2,816.50 |
| **TOTAL** | **8.80** | **USD** | **6,034.00** |

# JONES DAY

305158.640002

Strategic Corporate Advice

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 05/03/21 | A M Nicolais | 1.70 |
| | Drafting weekly Purdue updates (.5); weekly Purdue meeting (.7); reviewing docketing deadlines re Accord deadlines (.5). | |
| 05/05/21 | K McCarthy | 1.00 |
| | Draft/revise Purdue litigation budget estimates (1.0). | |
| 05/06/21 | K McCarthy | 3.50 |
| | Draft/revise Purdue litigation budgets (2.9) and communicate with J. Normile regarding same (0.6). | |
| 05/10/21 | A M Nicolais | 0.90 |
| | Drafting weekly Purdue updates (.4); weekly Purdue meeting (.5). | |
| 05/17/21 | A M Nicolais | 1.10 |
| | Weekly Purdue team meeting (.5); plan/prepare weekly updates re same (.6). | |
| 05/25/21 | A M Nicolais | 0.60 |
| | Drafting weekly updates (.3); weekly Purdue meeting (.3). | |

**TOTAL**  **8.80**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 23, 2021                                                                                            305158.999007
                                                                                                        Invoice: 210900162

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through May 31, 2021:

| | | |
|---|---|---:|
| Retention Matters | USD | 8,352.50 |
| Less 13% Discount | | (1,085.83) |
| Total Billed Fees | USD | 7,266.67 |

### Disbursement & Charges Summary

| | | |
|---|---|---:|
| Postage Charges | 2.40 | |
| | USD | 2.40 |
| **TOTAL** | **USD** | **7,269.07** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                                    Citibank, N.A.
New York, NY                                     New York, NY
Account Name:  Jones Day               Account Name:  Jones Day
Account No:  37026407                    Account No:  37026407
ABA No:  021000089                        ABA No:  021000089
                                                          Swift Code:  CITIUS33

PLEASE REFERENCE 305158 999007/210900162 WITH YOUR PAYMENT

# JONES DAY

305158.999007

Retention Matters

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 1.50 | 1,250.00 | 1,875.00 |
| Associate |  |  |  |
| C Buck | 7.20 | 575.00 | 4,140.00 |
| A Kordas | 2.30 | 800.00 | 1,840.00 |
| Paralegal |  |  |  |
| M T Barrios | 0.30 | 325.00 | 97.50 |
| M M Melvin | 1.00 | 400.00 | 400.00 |
| **TOTAL** | **12.30** | **USD** | **8,352.50** |

# JONES DAY

305158.999007

Retention Matters

Page: 3
June 23, 2021
Invoice: 210900162

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 05/02/21 | C Buck | 0.90 |
| Revise March invoices to comply with UST guidelines. | | |
| 05/05/21 | C Buck | 1.40 |
| Update worksheet for seventeenth monthly fee application. | | |
| 05/06/21 | C Buck | 2.00 |
| Draft Seventeenth Monthly Fee statement and exhibits in support. | | |
| 05/06/21 | A Kordas | 0.80 |
| Draft/revise monthly fee statement; correspond with C. Buck regarding same. | | |
| 05/07/21 | A Kordas | 1.50 |
| Draft/revise fee application and corresponding worksheet (1.3); coordinate filing and service of same (.2). | | |
| 05/10/21 | C Buck | 0.70 |
| Finalize Seventeenth Monthly Fee Statement for filing. | | |
| 05/10/21 | M M Melvin | 0.50 |
| Assemble exhibits with the main document (0.10); review and e-file Jones Day's 17th monthly fee statement (0.20); serve the same by e-mail (0.20). | | |
| 05/18/21 | J J Normile | 1.00 |
| Attention to preparation of bills. | | |
| 05/20/21 | C Buck | 0.90 |
| Revise April invoices for compliance with UST guidelines. | | |
| 05/20/21 | C Buck | 0.30 |
| Review Pro Hac Application. | | |
| 05/20/21 | M M Melvin | 0.50 |
| Draft a Pro Hac Vice application and proposed order for C. Buck (0.30); e-file the same and pay the filing fee (0.20). | | |
| 05/20/21 | J J Normile | 0.50 |
| Attention to review and revision of March and April bills. | | |
| 05/25/21 | M T Barrios | 0.30 |
| Coordinate filing and service of April Fee Statement. | | |
| 05/25/21 | C Buck | 1.00 |
| Finalize fee statement for filing. | | |
| **TOTAL** | | **12.30** |

# JONES DAY

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **POSTAGE CHARGES** | | | | |
| 05/31/21 | NYC Accounting | NYC | 2.40 | |
| | Postage charges- May 2021 | | | |
| **Postage Charges Subtotal** | | | | **2.40** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **2.40** |