# EXHIBIT B

## EXHIBIT B

## Summary of Hours Billed, Rates and Related information

| Name | Billing Rate | Date of Bar Admission | Total Hours Billed | Amount Billed[1] |
|---|---|---|---|---|
| James Martin | $1,320 | 1978 | 25.10 | $27,753.44 |
| Paul Singer | $1,195 | 1968 | 12.20 | $12,537.94 |
| Ann V. Kramer | $1,190 | 1984 | 241.20 | $247,541.23 |
| Paul E. Breene | $1,160 | 1983 | 228.90 | $228,895.18 |
| Michael J. Venditto | $1,160 | 1978 | 172.60 | $170,734.31 |
| John Ellison | $1,130 | 1987 | 1.30 | $1,263.34 |
| Richard Lewis | $1,100 | 1992 | 3.90 | $3,593.57 |
| Peter Hardy | $1,065 | 1983 | 0.30 | $267.64 |
| Lisa A. Szymanski | $800 | 2009 | 305.70 | $208,387.98 |
| Anthony Crawford | $650 | 2012 | 210.05 | $116,680.28 |
| Christina Nitsche | $565 | 2008 | 2.40 | $1,211.36 |
| Catherine Lewis | $555 | 2012 | 11.00 | $5,387.10 |
| Elizabeth F. Vieyra | $540 | 2012 | 144.10 | $65,956.83 |
| Esther Y. Kim | $535 | 2018 | 87.40 | $39,385.77 |
| Thomas Firth-Jones | $520 | 2014 | 23.30 | $10,904.40 |
| Katelin A. Morales | $515 | 2016 | 17.20 | $7,617.88 |
| Elias D. Mantzopoulos | $475 | N/A | 4.00 | $1,710.00 |

---

[1] The amount billed represents an agreed discount from Reed Smith's standard hourly fees. Pursuant to the terms of Reed Smith's engagement, for the period on and after February 1, 2021, the following tiered discounts apply to time charges accruing through January 2022 bills: (i) 10 % of accrued fees less than $500,000; (ii) 14% of accrued fees in excess of $500,000 but less than $1,000,000; (iii) 17% of accrued fees in excess of $1,000,000 but less than $1,500,000; and (iv) 20% of accrued fees above $1,500,000. The applicable discount for each tier applies upon reaching the threshold on fees billed after application of any lower tiered discounts.

| Name | Billing Rate | Date of Bar Admission | Total Hours Billed | Amount Billed[1] |
|---|---|---|---|---|
| Daniel H. Lang | $475 | N/A | 1.00 | $408.50 |
| Dennis Robert | $450 | N/A | 1.10 | $391.60 |
| Enrique Sanroman | $420 | N/A | 0.30 | $108.36 |
| Nora Sooy | $380 | N/A | 34.90 | $11,179.08 |
| Scott DeMaris | $355 | N/A | 4.50 | $1,268.28 |
| Shikendra B. Rhea | $290 | N/A | 18.30 | $4,477.42 |
| Lianna E. Simmonds | $265 | N/A | 35.60 | $8,490.60 |

**Total hours billed during Fee Period**:   1,586.35

**Total value of hours at agreed hourly rate**:   $1,176,152.09

**Blended hourly rate for all attorneys**:[2]   $741.42

---

[2]    Blended hourly rate for all attorneys (excluding paralegal or other paraprofessional time) who billed time during the Fee Period.