# EXHIBIT C

**EXHIBIT C**

| Task | Task Description | Sum of Billed Amount |
|------|-----------------|---------------------:|
| L110 | Case Assess, Dev & Admin-Fact Investigation/Development | $20,492.71 |
| L120 | Case Assess, Dev & Admin-Analysis/Strategy | $284,862.53 |
| L140 | Case Assess, Dev & Admin-Document/File Management | $7,200.00 |
| L160 | Case Assess, Dev & Admin-Settlement/Non-Binding ADR | $15,340.37 |
| L190 | Case Assess, Dev & Admin-Other | $14,381.90 |
| L210 | Pre-Trial Plead & Motion-Pleadings | $320,805.48 |
| L220 | Pre-Trial Plead & Motion-Prelim Injunct/Provision Remedies | $11,660.26 |
| L230 | Pre-Trial Plead & Motion-Court Mandated Conferences | $58,366.34 |
| L240 | Pre-Trial Plead & Motion-Dispositive Motions | $284,625.54 |
| L250 | Pre-Trial Plead & Motion-Other Written Motions/Submissions | $124,392.20 |
| L310 | Discovery-Written Discovery | $10,623.82 |
| L320 | Discovery-Document Production | $16,600.18 |
| L390 | Discovery-Other Discovery | $4,925.55 |
| L440 | Trial Preparation & Trial-Other Trial Prep & Support | $132.87 |
| L450 | Trial Preparation & Trial-Trial & Hearing Attendance | $1,742.34 |
|  |  |  |
|  | **TOTAL** | **$1,176,152.09** |