# EXHIBIT E

## Exhibit E

## Comparable Blended Rates

| Category of Timekeeper | Number of Hours in this Fee Application | Blended Hourly Rate in this Fee Application |
|---|---:|---:|
| Partners | 1,016.45 | $820.88 |
| Associates | 285.4 | $457.12 |
| Counsel | 184.8 | $991.73 |
| Non-attorney timekeepers | 99.7 | $ 281.18 |