REED SMITH LLP
   Paul E. Breene
   Ann Kramer
599 Lexington Avenue
New York, NY 10022-7650
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No.: 19-23649 (RDD)<br><br>(Jointly Administered) |

**NOTICE OF HEARING ON THE APPLICATION OF REED SMITH LLP**
**AS AN ORDINARY COURSE PROFESSIONAL FOR COMPENSATION**
**FOR SERVICES RENDERED IN EXCESS OF THE TIER 1 OCP CAP**
**FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH APRIL 30, 2021**

**PLEASE TAKE NOTICE** that a hearing (the "**Hearing**") with respect to the *Applicalion of Reed Smith LLP as an Ordinary Course Professioanl for Compensation for Services Rendered in Excess of the Tier 1 OCP Cap for the Period from February 1, 2021 through April 30, 2021* [**ECF No. 3075**] (the "**Fee Application**") filed in the above- captioned chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), will be held before the Honorable Robert D. Drain of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), 300 Quarropas Street, White Plains, New York 10601, on **July 19, 2021, at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard; *provided* that, pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**"), such Hearing shall be conducted **via Zoom**[2] so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court.[3] The Final Fee Application and the amounts requested therein are as follows:

| APPLICANT | NATURE OF REPRESENTATION | FEES REQUESTED TO BE ALLOWED FOR FINAL APPLICATION PERIOD (February 1, 2021 through April 30, 2021) | EXPENSES REQUESTED TO BE ALLOWED FOR FINAL APPLICATION PERIOD |
|---|---|---|---|
| Reed Smith LLP [ECF No. 3075] | Debtors in Possession | $ 712,234.57 | - |

**PLEASE TAKE FURTHER NOTICE** that the Fee Application was electronically filed with the Bankruptcy Court. Copies of the Final Fee Application and all other documents filed in the chapter 11 cases may be obtained free of charge by visiting the website of Prime Clerk at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that any parties wishing to participate in the Hearing should consult the Court's calendar with respect to the day of the Hearing at https://www.nysb.uscourts.gov/calendars/rdd.html for information regarding how to be added as a participant.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") to the Fee Application shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and

General Order M-399, to the extent applicable, and shall be served in accordance with the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* entered on November 18, 2019 [ECF No. 498], so as to be actually received no later than **July 12, 2021, at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and a failure to appear may result in relief being granted upon default; *provided* that objecting parties shall attend the Hearing **via Zoom** so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, if no Objections are timely filed and served with respect to the Final Fee Application, the Debtors shall, on or after the Objection Deadline, submit to the Bankruptcy Court a proposed order granting the Fee Application, which order the Bankruptcy Court may enter with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the Hearing.

Dated:  June 28, 2021
        New York, New York

Respectfully submitted,

REED SMITH LLP

/s/ *Paul E. Breene*
    Paul E. Breene
599 Lexington Avenue
New York, NY  10022-7650
Telephone:  (212) 521-5400
Facsimile:  (212) 521-5450
Email: pbreene@reedsmith.com