UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: 
In re : Chapter 11
:
PURDUE PHARMA L.P., *et al.*, : Case No. 19-23649 (RDD)
:
                          Debtors. : Jointly Administered
:
------------------------------------------------------------ x

## ORDER APPROVING APPOINTMENT OF EXAMINER

      Upon the Application of the United States Trustee for Order Approving Appointment of Examiner, dated June 24, 2021; and it appearing that Stephen D. Lerner, Esq., a disinterested person within the meaning of 11 U.S.C. §101(14), has been appointed by the United States Trustee as examiner in the above-captioned reorganization cases of Purdue Pharma, L.P. and its affiliated debtors in possession to perform the tasks set forth in the Court's order directing the appointment of an examiner in these cases; and after due deliberation and sufficient cause appearing, it is hereby

      ORDERED, that the appointment of Stephen D. Lerner, Esq., as examiner, is approved in the bankruptcy cases of Purdue Pharma L.P., *et al.*, pursuant to 11 U.S.C. § 1104(d).

Dated: White Plains, New York
       June 29, 2021

                                                  */s/Robert D. Drain*
                                                  HONORABLE ROBERT D. DRAIN