UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: PURDUE PHARMA L.P., et al.

Debtor

------------------------------------------------------------x

Plaintiff

v.

Defendant

------------------------------------------------------------x

Case No.: 19-23649

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Scott A. Kane, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent the Examiner, a investigative examiner in the above-referenced ☑ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Southern District of Ohio.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 6/29/21
New York, New York

/s/ Scott A. Kane
*Mailing Address*:

Squire Patton Boggs (US) LLP
201 E. Fourth Street, Suite 19
Cincinnati, Ohio 45202
*E-mail address*: scott.kane@squirepb.com
*Telephone number*: (513) 361-1200