**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                          Case No.: _____

                                                                Chapter ___

                    Debtor

---------------------------------------------------------------x

                                                                Adversary Proceeding No.: _____

                    Plaintiff

            v.

                    Defendant

---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Scott A. Kane                           , to be admitted, ***pro hac vice***, to represent  the Examiner                           , (the "Client") a  investigative examiner         in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Ohio                           and, if applicable, the bar of the U.S. District Court for the  Southern    District of  Ohio                          , it is hereby

**ORDERED**, that  Scott A. Kane                           , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York         /s/ _____

                                          UNITED STATES BANKRUPTCY JUDGE