UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re:                                    :        Chapter 11
                                          :
PURDUE PHARMA L.P., *et al.*,             :        Case No. 19-23649 (RDD)
                                          :
                        Debtors.[1]       :        (Jointly Administered)
                                          :

------------------------------------------------------------ x

## STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF MAY 1, 2021 THROUGH MAY 31, 2021

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of May 1, 2021 through May 31, 2021 (the "Seventeenth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

## I. Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.    On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.    On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.    On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. <u>PJT's Request for Payment of Fees and Expenses</u>

5.    For the Seventeenth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $264,486.37, and (b) in accordance with the Procedures Order, seeks payment in the amount of $444,486.37 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Seventeenth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Seventeenth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses.

Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Seventeenth Compensation Period but not included herein.

6.    An invoice detailing the monthly fees earned and out-of-pocket expenses incurred by PJT during the Seventeenth Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned and out-of-pocket expenses incurred during the Seventeenth Compensation Period is outlined below:

| Seventeenth Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| May 1 – 31, 2021 | $225,000.00 | ($45,000.00) | $264,486.37 | **$444,486.37** |

7.    The amount of compensation and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.  PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 214.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Seventeenth Compensation Period are provided in <u>Appendix B</u>. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | May 2021 |
|---|---|
| Jamie O'Connell | 10.0 |
| Joe Turner | 33.5 |
| Tom Melvin | 74.0 |
| Jovana Arsic | 27.5 |
| James Carbaugh | 1.0 |
| Lukas Schwarzmann | 68.0 |
| **Total Hours** | **214.0** |

## III. <u>Requested Relief</u>

8.    Pursuant to the Retention Order and the Procedures Order, with respect to PJT's

(a) monthly fees in the

9.    amount of $225,000.00, and (b) out-of-pocket expenses in the amount of

$264,486.37, in each case earned or incurred during the Seventeenth Compensation Period, PJT

hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | 264,486.37 |
| **Total Amount Due** | **$444,486.37** |

Dated: June 29, 2021                    PJT PARTNERS LP

By: /s/ *John James O'Connell III*
John James O'Connell III
Partner
280 Park Avenue
New York, NY 10017
(212) 364-7800

**APPENDIX A**

**PJT Partners**

**PJT**

June 18, 2021

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---:|---:|
| Monthly Fee for the period of May 1, 2021 through May 31, 2021: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |

Out-of-pocket expenses processed through June 18, 2021:[1]

| | | |
|---|---:|---:|
| Legal Services | $   248,912.50 | |
| Document Discovery Services | 15,573.87 | 264,486.37 |
| **Total Amount Due** | **$** | **444,486.37** |

**Invoice No. 10017786**

---
[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Jun-21 |  | Total Expenses |
|---|---|---|---|
| Legal Services | $ | 248,912.50 | $ | 248,912.50 |
| Document Discovery Services |  | 15,573.87 |  | 15,573.87 |
| **Total Expenses** | **$** | **264,486.37** | **$** | **264,486.37** |

| | | |
|---|---|---|
| **Legal Services** | **$** | **248,912.50** |
| **Document Discovery Services** | | **15,573.87** |
| **Total Expenses** | **$** | **264,486.37** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through June 18, 2021**
**Invoice No. 10017786**

**Legal Services**

| | | | | |
|---|---|---|---|---|
| Simpson Thacher & Bartlett (legal services) | 04/23/21 - 05/20/21 | 248,912.50 | | |
| | **Subtotal - Legal Services** | | **$** | **248,912.50** |

**Document Discovery Services**

| | | | |
|---|---|---|---|
| Global Relay (document discovery services) | 04/26/21 | 2,400.00 | |
| Global Relay (document discovery services) | 04/26/21 | 2,850.00 | |
| KLDiscovery (document discovery and data recovery services) | 05/01/21- 05/31/21 | 10,323.87 | |
| | **Subtotal - Document Discovery Services** | | **15,573.87** |
| | **Total Expenses** | **$** | **264,486.37** |

Invoice No. 010561262

June 1, 2021

PJT PARTNERS LP RESTRUCTURING ADVISORY

Simpson Thacher & Bartlett LLP
425 LEXINGTON AVENUE, NEW YORK, NEW YORK  10017-3954

For all professional services rendered and recorded through May 31, 2021, in
connection with Purdue Pharma.                                                    $248,912.50

**AMOUNT DUE**                                                                   **$248,912.50**

TAX IDENTIFICATION NUMBER:            13-5395280

PLEASE SEND REMITTANCE TO:            SIMPSON THACHER & BARTLETT LLP
                                      P. O. BOX 29008
                                      NEW YORK, NEW YORK 10087-9008
OR WIRE/ACH REMITTANCE TO:            JPMORGAN CHASE, 270 PARK AVENUE, NEW YORK CITY

                                      FOR THE ACCOUNT OF
                                      SIMPSON THACHER & BARTLETT LLP
                                      ACCOUNT #127057338
                                      ABA #021000021
                                      SWIFT CODE : CHASUS33
                                      PLEASE CONFIRM WIRE INSTRUCTIONS BY CALLING
                                      ACCOUNTS RECEIVABLE DEPARTMENT 212-455-2344
                                      SEND REMITTANCE AND ALL OTHER INQUIRIES TO
                                      LIST-ACCOUNTSRECEIVABLE@LISTS.STBLAW.COM
           PLEASE REFERENCE THE INVOICE NUMBER ABOVE WITH YOUR REMITTANCE

CLIENT:      002467        PJT PARTNERS LP RESTRUCTURING ADVISORY
MATTER:      0029          PURDUE PHARMA

| Timekeeper Name | Rate | Hours |
|---|---|---|
| **PARTNER** | | |
| Graff, Elisha D. | 1,725.00 | 0.20 |
| Turner, Alan | 1,725.00 | 0.90 |
| | | |
| **ASSOCIATE** | | |
| Fell, Jamie | 1,170.00 | 105.20 |
| Mitnick, Jonathan | 655.00 | 3.10 |
| | | |
| **STAFF ATTORNEY** | | |
| Anderson, Mary Margaret | 430.00 | 12.80 |
| Baysah, Ciatta | 430.00 | 57.50 |
| Cassagnol, Olivier | 430.00 | 32.90 |
| Cauvin, Jean-Louis | 430.00 | 43.30 |
| Clancy, Dylan P. | 430.00 | 12.00 |
| Phelps, Michele | 430.00 | 28.00 |
| Pomes, David | 430.00 | 63.00 |
| Varghese, Jason | 430.00 | 28.10 |
| | | |
| **LIT SUP ANALYST** | | |
| Flynn, Shaun | 410.00 | 5.50 |
| | | |
| **PRAC SUP DIRECT** | | |
| Azoulai, Moshe | 555.00 | 0.50 |
| | | |
| **TOTAL:** | | **393.00** |

CLIENT:       002467          PJT PARTNERS LP RESTRUCTURING ADVISORY
MATTER:       0029            PURDUE PHARMA

| Timekeeper Name | Date | Description | Hours |
|---|---|---|---|
| Turner, Alan | 04/23/21 | Call with J. Fell re document review issues (0.2); emails with J. Smith re setting up document review (0.3). | 0.50 |
| Azoulai, Moshe | 04/26/21 | T/c to discuss steps to implement a document preservation. | 0.50 |
| Flynn, Shaun | 04/26/21 | Participate on vendor kick off call regarding data collection and processing issues. | 1.00 |
| Fell, Jamie | 04/29/21 | Continue first level review. | 3.30 |
| Fell, Jamie | 04/30/21 | 2L/QC review of documents (4.9) and coordination w/ vendor re: QC searches and prep for sharing (1.4). | 6.30 |
| Fell, Jamie | 05/03/21 | 2L and QC review and begin prep of documents for turning over (3.7); t/c w/ PJT re: document review (0.9); t/c w/ DPW re same (0.6). | 5.20 |
| Mitnick, Jonathan | 05/03/21 | T/cs with DPW and PJT regarding doc review summary and next steps. | 1.40 |
| Turner, Alan | 05/03/21 | Emails with J. Fell re document review and production status. | 0.20 |
| Fell, Jamie | 05/04/21 | Finish QC review and final review/sign-off for documents to share (0.8); begin postproduction QC review (1.0). | 1.80 |
| Fell, Jamie | 05/06/21 | Final revie of metadata and coordinate w/ vendor re: supplemental document search and collection. | 2.00 |
| Baysah, Ciatta | 05/07/21 | First level doc review. | 4.00 |
| Fell, Jamie | 05/07/21 | Coordination w/ vendor re searches, de-duping, loading/batching documents (2.5); emails w/ STB staffing and reviewers re supplemental review (1.0); begin 1L review of new/supplemental documents (4.7). | 8.20 |
| Pomes, David | 05/07/21 | First level document review. | 6.00 |
| Turner, Alan | 05/07/21 | Emails with J. Fell re update on document review. | 0.20 |
| Anderson, Mary Margaret | 05/08/21 | First level review of documents. | 6.50 |
| Baysah, Ciatta | 05/08/21 | First level doc review. | 10.00 |
| Cauvin, Jean-Louis | 05/08/21 | First level review of documents. | 4.00 |
| Clancy, Dylan P. | 05/08/21 | First level doc. review. | 3.50 |
| Fell, Jamie | 05/08/21 | Continue 1L review of documents (12.2); emails w/ team re: review/questions (1.5); coordination w/ vendor re: coding, organized searching/batching and QC review (2.3). | 16.00 |
| Pomes, David | 05/08/21 | First level document review. | 9.10 |
| Anderson, Mary Margaret | 05/09/21 | First level reviewing documents. | 4.00 |
| Baysah, Ciatta | 05/09/21 | First level doc review. | 10.00 |
| Cauvin, Jean-Louis | 05/09/21 | First level review of documents. | 9.00 |
| Clancy, Dylan P. | 05/09/21 | First level doc. review. | 5.50 |
| Fell, Jamie | 05/09/21 | Continue 1L review of documents (8.5); emails w/ STB team re: review/questions; emails w/ reviewer team and prep for on-board of new reviewers (1.4); emails w/ vendor re: status, searches. platform issues, etc. (2.3); review/collect/organize docs for discussion (3.0). | 15.20 |
| Mitnick, Jonathan | 05/09/21 | Assist with question for first level document review. | 0.30 |
| Pomes, David | 05/09/21 | First level odcument review. | 10.30 |
| Anderson, Mary Margaret | 05/10/21 | First level reviewing documents. | 2.30 |
| Baysah, Ciatta | 05/10/21 | First level doc review. | 11.00 |
| Cassagnol, Olivier | 05/10/21 | First level document review. | 4.30 |
| Cassagnol, Olivier | 05/10/21 | Training call & protocol review. | 1.20 |

CLIENT:        002467        PJT PARTNERS LP RESTRUCTURING ADVISORY
MATTER:        0029          PURDUE PHARMA

| Timekeeper Name | Date | Description | Hours |
|---|---|---|---|
| Cauvin, Jean-Louis | 05/10/21 | First level reviewed documents. | 9.00 |
| Clancy, Dylan P. | 05/10/21 | First level doc. review. | 3.00 |
| Fell, Jamie | 05/10/21 | Prep and on-boarding of new reviewers (2.6); continue 1LR document review (4.2); collect/organize docs and t/c w/ PJT (3.1); begin 2LR and QC document review (2.4). | 12.30 |
| Flynn, Shaun | 05/10/21 | Prepare e-discovery data in matter-specific case management system for attorney review. | 2.70 |
| Phelps, Michele | 05/10/21 | Case kick-off meeting (1.2), review of materials (1.5) and begin document review (2.8). | 5.50 |
| Pomes, David | 05/10/21 | First level document review. | 10.00 |
| Varghese, Jason | 05/10/21 | First Level Review. | 4.00 |
| Baysah, Ciatta | 05/11/21 | First level doc review. | 10.00 |
| Cassagnol, Olivier | 05/11/21 | First level document review. | 12.10 |
| Cauvin, Jean-Louis | 05/11/21 | First level reviewed documents. | 9.00 |
| Fell, Jamie | 05/11/21 | Continue 2LR and QC review (7.9); coordination with vendor re: QC searches; prep for sharing (1.9); emails w/ review team re: review/questions (1.9). | 11.70 |
| Mitnick, Jonathan | 05/11/21 | Assistance w/ questions re: document review. | 0.70 |
| Phelps, Michele | 05/11/21 | First level document review. | 10.30 |
| Pomes, David | 05/11/21 | First level document review. | 12.10 |
| Varghese, Jason | 05/11/21 | First Level Review. | 11.00 |
| Baysah, Ciatta | 05/12/21 | First level doc review. | 12.50 |
| Cassagnol, Olivier | 05/12/21 | First level document review. | 15.30 |
| Cauvin, Jean-Louis | 05/12/21 | First level reviewed documents. | 10.00 |
| Fell, Jamie | 05/12/21 | Continue 2LR and QC review (4.9); review, collect and organize docs for discussion (4.3); emails w/ reviewers and STB team re review/questions (1.3); coordination and questions w/ vendor re QC review, platform issues, prep (2.4). | 12.90 |
| Mitnick, Jonathan | 05/12/21 | Assist with document review questions. | 0.70 |
| Phelps, Michele | 05/12/21 | First level document review. | 12.20 |
| Pomes, David | 05/12/21 | First level document review. | 11.00 |
| Varghese, Jason | 05/12/21 | First Level Review. | 13.10 |
| Cauvin, Jean-Louis | 05/13/21 | First level reviewed documents. | 2.30 |
| Fell, Jamie | 05/13/21 | Finalizing 2LR and QC search/review (5.0) and emails w/ vendor and PJT re: same (2.8). | 7.80 |
| Flynn, Shaun | 05/13/21 | Review invoices submitted by vendor. | 0.80 |
| Pomes, David | 05/13/21 | First level document review | 4.50 |
| Fell, Jamie | 05/14/21 | Coordination w/ vendor re: QC searches and duplicating database and emails, t/cs w/ STB team re: status/overview. | 2.50 |
| Graff, Elisha D. | 05/14/21 | T/c w/ J Fell re: production and review status. | 0.20 |
| Flynn, Shaun | 05/20/21 | Review invoices submitted by vendor, communications with J. Fell re same. | 1.00 |
| **TOTAL** | | | **393.00** |

# global RELAY.

# Invoice SIN483380

Global Relay Communications Inc.
220 Cambie Street, 2nd Floor
Vancouver BC V6B 2M9
Phone: (604) 484-6630

| | |
|---|---|
| Invoice Date | 26-Apr-21 |
| Invoice Due Date | 26-May-21 |
| Payment Method | Electronic Transfer |
| Currency | USD |
| Customer Reference | N/A |
| **Invoice Amount** | **$2,400.00** |

**Bill To**
PJT Partners Holdings LP
280 Park Avenue
16th Floor
New York NY 10154
United States

**Attn: Accounts Payable - PJT Partners Holdings LP**

**Data Export - SF01594245 - pjtpartners.com - Requested by George B. South III - Authorized by David Travin - Apr 15, 2021**

"PJT Partners re: Purdue Pharma"

## Invoice Details - Page 1

| | Service | Quantity | Months[1] | Unit Price | Subtotal | Tax | Total |
|---|---|---|---|---|---|---|---|
| 1 | Data Extraction<br>32.9 GB | 33.00 | | $50.00 | $1,650.00 | $0.00 | $1,650.00 |
| 2 | Media - SFTP Delivery | 1.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | Professional Services (eDiscovery)<br>2.5 Hour | 2.50 | | $300.00 | $750.00 | $0.00 | $750.00 |

| | |
|---|---|
| Total Price | $2,400.00 |
| Total Tax | $0.00 |
| **Invoice Total** | **$2,400.00** |

**Thank you for your business.**
For invoice inquiries, email accounting@globalrelay.net
For account inquiries, email customersuccess@globalrelay.net

## Payment Instructions[2]
Please remit payment at your earliest convenience by using one of the following methods.

**Credit Card**
To make a one-time payment, or register your account for automatic payment processing, please click on the following link:
Register Card

Processing fee of 3.55% will be applied to payments over $5,000 (subject to applicable law).

**Check**
**Global Relay Communications Inc.**
220 Cambie Street, 2nd Floor
Vancouver, BC, Canada V6B 2M9

**ACH**
Bank Name: HSBC Bank USA NA
Account Name: Global Relay Communications Inc.
Routing/ABA #: 022000020
USD Account #: 738099279

**Bank Address:**
HSBC Bank USA NA
Buffalo, NY

**Wire Transfer**
Bank Name: HSBC Bank Canada
Account Name: Global Relay Communications Inc.
Transit #: 10270
Bank #: 016
USD Account #: 051260-070
SWIFT Code: HKBCCATT

**Bank Address:**
HSBC Bank Canada
885 West Georgia Street
Vancouver BC, Canada V6C 3G1

**Intermediary / Correspondent Bank:**
Citibank, New York, NY
SWIFT Code: CITIUS33

Please exclude payments from currency conversion service to ensure funds are received in the correct currency.

Payments containing incorrect intermediary / correspondent bank information will be rejected.

Please send remittance advice to accounting@globalrelay.net

**global**RELAY®

# Invoice SIN483510

Global Relay Communications Inc.
220 Cambie Street, 2nd Floor
Vancouver BC V6B 2M9
Phone: (604) 484-6630

| | |
|---|---|
| Invoice Date | 26-Apr-21 |
| Invoice Due Date | 26-May-21 |
| Payment Method | Electronic Transfer |
| Currency | USD |
| Customer Reference | N/A |
| **Invoice Amount** | **$2,850.00** |

**Bill To**
PJT Partners Holdings LP
280 Park Avenue
16th Floor
New York NY 10154
United States

**Attn: Accounts Payable - PJT Partners Holdings LP**

**Data Export - SF01596017 - pjtpartners.com - Requested by George B. South III - Authorized by David Travin - Apr 21, 2021**

"PJT Partners re: Purdue Pharma"

## Invoice Details - Page 1

| | Service | Quantity | Months[1] | Unit Price | Subtotal | Tax | Total |
|---|---|---|---|---|---|---|---|
| 1 | Data Extraction<br>54 GB | 54.00 | | $50.00 | $2,700.00 | $0.00 | $2,700.00 |
| 2 | Media - SFTP Delivery | 1.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | Professional Services (eDiscovery)<br>0.5 Hour | 0.50 | | $300.00 | $150.00 | $0.00 | $150.00 |

| | |
|---|---|
| Total Price | $2,850.00 |
| Total Tax | $0.00 |
| **Invoice Total** | **$2,850.00** |

**Thank you for your business.**
For invoice inquiries, email accounting@globalrelay.net
For account inquiries, email customersuccess@globalrelay.net

## Payment Instructions[2]
Please remit payment at your earliest convenience by using one of the following methods.

**Credit Card**
To make a one-time payment, or register your account for automatic payment processing, please click on the following link:
Register Card

Processing fee of 3.55% will be applied to payments over $5,000 (subject to applicable law)

**Check**
**Global Relay Communications Inc.**
220 Cambie Street, 2nd Floor
Vancouver, BC, Canada V6B 2M9

**ACH**
Bank Name: HSBC Bank USA NA
Account Name: Global Relay Communications Inc.
Routing/ABA #: 022000020
USD Account #: 738099279

**Bank Address:**
HSBC Bank USA NA
Buffalo, NY

**Wire Transfer**
Bank Name: HSBC Bank Canada
Account Name: Global Relay Communications Inc.
Transit #: 10270
Bank #: 016
USD Account #: 051260-070
SWIFT Code: HKBCCATT

**Bank Address:**
HSBC Bank Canada
885 West Georgia Street
Vancouver BC, Canada V6C 3G1

**Intermediary / Correspondent Bank:**
Citibank, New York, NY
SWIFT Code: CITIUS33

Please exclude payments from currency conversion service to ensure funds are received in the correct currency.

Payments containing incorrect intermediary / correspondent bank information will be rejected.

Please send remittance advice to accounting@globalrelay.net

GST/HST Number: 86612 8473 RT0001    US Customers: W-8BEN-E Form is available upon request
Prices are subject to change according to the Master Terms of Service



Page 1 of 1

8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

**Bill To Customer:**

PJT Partners Inc
Attention: George South
280 Park Ave FL 15W
New York, NY 10017-1206
United States

| | |
|---|---|
| Invoice Number: | P0100187654 |
| Invoice Date: | 06/08/2021 |
| Service Dates: | 05/01/2021 - 05/31/2021 |
| Customer Number: | 8004780 |
| Job Number: | 7508999 |
| PO Number: | |
| Matter Reference: | PURDUE PHARMA L.P., et al |
| Invoice Amount Due: | 10,323.87 USD |

Account Manager: Drury, Dale                Payment Terms: Net 30 Days                Due Date: 07/08/2021

| PROCESSING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Selective ESI Processing - Processing Responsive Data | 34.63 | Units | 95.0000 | N | 3,289.85 | USD |
| **TOTAL PROCESSING** | | | | | **3,289.85** | |

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 66.28 | Units | 9.0000 | N | 596.52 | USD |
| User Access - Relativity | 11 | Units | 65.0000 | N | 715.00 | USD |
| **TOTAL HOSTING** | | | | | **1,311.52** | |

| PROFESSIONAL SERVICES | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Professional Services - Project Management | 23.9 | Units | 150.0000 | N | 3,585.00 | USD |
| Professional Services - Technical Solutions | 17.1 | Units | 125.0000 | N | 2,137.50 | USD |
| **TOTAL PROFESSIONAL SERVICES** | | | | | **5,722.50** | |

| | | |
|---|---|---|
| **Subtotal** | 10,323.87 | |
| **Tax** (0.00%) | 0.00 | |
| **Invoice Amount Due** | **10,323.87** | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MAY 1, 2021 THROUGH MAY 31, 2021**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 10.0 |
| Joe Turner | Managing Director | 33.5 |
| Tom Melvin | Vice President | 74.0 |
| Jovana Arsic | Associate | 27.5 |
| James Carbaugh | Associate | 1.0 |
| Lukas Schwarzmann | Analyst | 68.0 |
| | **Total** | **214.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2021 THROUGH MAY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 05/03/21 | 1.0 | Dialed into board meeting |
| Jamie O'Connell | 05/03/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 05/04/21 | 0.5 | Call with counsel regarding disclosure statement |
| Jamie O'Connell | 05/05/21 | 0.5 | Call with J. Turner regarding disclosure statement |
| Jamie O'Connell | 05/06/21 | 0.5 | Call with J. Turner regarding disclosure statement |
| Jamie O'Connell | 05/10/21 | 0.5 | Dialed into special committee call |
| Jamie O'Connell | 05/11/21 | 1.0 | Dialed into board meeting |
| Jamie O'Connell | 05/11/21 | 0.5 | Meeting with J. Turner to discuss various matters |
| Jamie O'Connell | 05/12/21 | 0.5 | Dialed into court hearing (did not attend entire hearing) |
| Jamie O'Connell | 05/13/21 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 05/13/21 | 0.5 | Call with J. Turner to discuss business matter |
| Jamie O'Connell | 05/18/21 | 0.5 | Weekly update call with advisors |
| Jamie O'Connell | 05/25/21 | 1.0 | Dialed into board meeting |
| Jamie O'Connell | 05/25/21 | 0.5 | Weekly update call with advisors |
| Jamie O'Connell | 05/27/21 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 05/27/21 | 0.5 | Dialed into board call |
| Jamie O'Connell | 05/27/21 | 0.5 | Call with J. Turner regarding various matters |
| | | **10.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2021 THROUGH MAY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 05/03/21 | 1.5 | Board meeting (inc. prep time) |
| Joe Turner | 05/03/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 05/04/21 | 1.0 | Weekly advisor call |
| Joe Turner | 05/05/21 | 0.5 | Call with J. O'Connell regarding disclosure statement |
| Joe Turner | 05/06/21 | 0.5 | Call with J. O'Connell regarding disclosure statement |
| Joe Turner | 05/06/21 | 1.5 | Various correspondences regarding financial matters |
| Joe Turner | 05/07/21 | 1.5 | Review of various financial analyses |
| Joe Turner | 05/07/21 | 1.0 | Various correspondences regarding financial matters |
| Joe Turner | 05/09/21 | 0.5 | Various correspondences regarding financial matters |
| Joe Turner | 05/10/21 | 0.5 | Dialed into special committee call |
| Joe Turner | 05/11/21 | 1.0 | Dialed into board meeting |
| Joe Turner | 05/11/21 | 0.5 | Meeting with J. O'Connell to discuss various matters |
| Joe Turner | 05/13/21 | 0.5 | Weekly update call with management and call |
| Joe Turner | 05/13/21 | 0.5 | Call with J. O'Connell to discuss business matter |
| Joe Turner | 05/13/21 | 1.0 | Calls with Alix and management regarding financial matter |
| Joe Turner | 05/13/21 | 1.0 | Various correspondences regarding financial matter |
| Joe Turner | 05/14/21 | 0.5 | Review of various financial analyses |
| Joe Turner | 05/18/21 | 1.5 | Review of various financial analyses |
| Joe Turner | 05/18/21 | 1.0 | Various correspondences regarding financial matter |
| Joe Turner | 05/18/21 | 0.5 | Weekly update call with advisors |
| Joe Turner | 05/20/21 | 6.0 | Dialed in to court hearing |
| Joe Turner | 05/21/21 | 1.0 | Various correspondences regarding financial matter |
| Joe Turner | 05/25/21 | 1.5 | Review of various financial analyses |
| Joe Turner | 05/25/21 | 2.0 | Dialed into board and special committee meetings |
| Joe Turner | 05/25/21 | 0.5 | Weekly update call with advisors |
| Joe Turner | 05/26/21 | 2.0 | Dialed in to court hearing |
| Joe Turner | 05/27/21 | 0.5 | Weekly update call with management and advisors |
| Joe Turner | 05/27/21 | 0.5 | Review of various financial analyses |
| Joe Turner | 05/27/21 | 2.0 | Dialed into board call (inc. prep time) |
| Joe Turner | 05/27/21 | 0.5 | Call with J. O'Connell regarding various matters |
|  |  | **33.5** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2021 THROUGH MAY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 05/03/21 | 1.0 | Attended Board meeting |
| Thomas Melvin | 05/03/21 | 1.5 | E-mail correspondence with AlixPartners regarding various matters |
| Thomas Melvin | 05/03/21 | 2.0 | Review and prepare responses to diligence requests from various stakeholders |
| Thomas Melvin | 05/04/21 | 1.0 | Weekly debtor advisor call |
| Thomas Melvin | 05/04/21 | 1.0 | E-mail correspondence with AlixPartners and DPW regarding various matters |
| Thomas Melvin | 05/04/21 | 2.0 | Review and prepare responses to diligence requests from various stakeholders |
| Thomas Melvin | 05/05/21 | 1.0 | E-mail correspondence with AlixPartners regarding various matters |
| Thomas Melvin | 05/05/21 | 1.0 | Prepare and review agenda for weekly call |
| Thomas Melvin | 05/05/21 | 2.0 | Review and prepare responses to requests from Company management |
| Thomas Melvin | 05/06/21 | 1.0 | Weekly call with advisors and Company management |
| Thomas Melvin | 05/06/21 | 0.5 | Call with Company management to discuss diligence request |
| Thomas Melvin | 05/06/21 | 2.0 | Review responses to requests from Company management |
| Thomas Melvin | 05/06/21 | 1.0 | E-mail correspondence with Company management and AlixPartners regarding various matters |
| Thomas Melvin | 05/07/21 | 0.5 | Call with AlixPartners and creditor financial advisors regarding diligence request |
| Thomas Melvin | 05/07/21 | 3.0 | Review and prepare responses to requests from DPW and Company management |
| Thomas Melvin | 05/07/21 | 1.0 | E-mail correspondence with AlixPartners regarding various financial analyses |
| Thomas Melvin | 05/09/21 | 1.5 | E-mail correspondence with AlixPartners and DPW regarding various matters |
| Thomas Melvin | 05/09/21 | 1.0 | Review and prepare responses to requests from Company management |
| Thomas Melvin | 05/10/21 | 0.5 | Attended Special Committee meeting |
| Thomas Melvin | 05/10/21 | 1.5 | Review and prepare responses to requests from Company management |
| Thomas Melvin | 05/10/21 | 2.0 | Review analysis from AlixPartners |
| Thomas Melvin | 05/11/21 | 1.0 | Attended Board meeting |
| Thomas Melvin | 05/11/21 | 2.0 | Review analysis from AlixPartners |
| Thomas Melvin | 05/11/21 | 0.5 | E-mail correspondence with AlixPartners regarding financial analysis |
| Thomas Melvin | 05/12/21 | 1.0 | Dialed into court hearing |
| Thomas Melvin | 05/12/21 | 2.0 | Review analysis from AlixPartners |
| Thomas Melvin | 05/13/21 | 1.5 | Review draft presentation from Company management |
| Thomas Melvin | 05/13/21 | 2.5 | Analyze and prepare commentary on draft presentation from Company management |
| Thomas Melvin | 05/13/21 | 0.5 | Call with internal team to discuss various matters |
| Thomas Melvin | 05/18/21 | 1.0 | Weekly debtor advisor call |
| Thomas Melvin | 05/18/21 | 1.5 | Review and update analysis at request of DPW |
| Thomas Melvin | 05/18/21 | 1.5 | E-mail correspondence with DPW and AlixPartners regarding various matters |
| Thomas Melvin | 05/18/21 | 2.5 | Review analysis from AlixPartners |
| Thomas Melvin | 05/19/21 | 0.5 | Attended Special Committee meeting |
| Thomas Melvin | 05/19/21 | 1.0 | Attended Board meeting |
| Thomas Melvin | 05/19/21 | 0.5 | Call with internal team to discuss financial analysis |
| Thomas Melvin | 05/19/21 | 2.0 | Review analysis from AlixPartners |
| Thomas Melvin | 05/19/21 | 0.5 | Prepare and review agenda for weekly call |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2021 THROUGH MAY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 05/19/21 | 1.0 | Review analysis requested by DPW |
| Thomas Melvin | 05/20/21 | 2.0 | Dialed into court hearing |
| Thomas Melvin | 05/20/21 | 0.5 | Call with DPW and AlixPartners to discuss financial analysis |
| Thomas Melvin | 05/21/21 | 1.5 | E-mail correspondence with internal team related to data tracker |
| Thomas Melvin | 05/21/21 | 1.5 | Analysis related to data tracker |
| Thomas Melvin | 05/25/21 | 1.0 | Attended Special Committee meeting |
| Thomas Melvin | 05/25/21 | 1.0 | Attended Board meeting |
| Thomas Melvin | 05/25/21 | 0.5 | Weekly debtor advisor call |
| Thomas Melvin | 05/25/21 | 0.5 | Call with DPW and AlixPartners to discuss various matters |
| Thomas Melvin | 05/25/21 | 1.0 | Review materials at request of Company management |
| Thomas Melvin | 05/25/21 | 0.5 | E-mail correspondence with DPW and AlixPartners regarding various matters |
| Thomas Melvin | 05/25/21 | 1.5 | Update and review financial analysis requested by DPW |
| Thomas Melvin | 05/26/21 | 7.0 | Dialed into court hearing |
| Thomas Melvin | 05/26/21 | 0.5 | E-mail correspondence with internal team related to various matters |
| Thomas Melvin | 05/27/21 | 0.5 | Weekly call with advisors and Company management |
| Thomas Melvin | 05/27/21 | 1.5 | Attended Board meeting |
| Thomas Melvin | 05/27/21 | 2.0 | Review analysis from AlixPartners |
| | | **74.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2021 THROUGH MAY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 05/01/21 | 1.0 | Review of financial analysis |
| Jovana Arsic | 05/02/21 | 2.0 | Review of financial analysis |
| Jovana Arsic | 05/03/21 | 1.0 | Review of financial analysis |
| Jovana Arsic | 05/04/21 | 1.0 | Weekly advisor call |
| Jovana Arsic | 05/07/21 | 1.5 | Review of various financial analyses |
| Jovana Arsic | 05/13/21 | 0.5 | Weekly update call with management and call |
| Jovana Arsic | 05/13/21 | 1.0 | Calls with Alix and management regarding financial matter |
| Jovana Arsic | 05/13/21 | 1.0 | Various correspondences regarding financial matter |
| Jovana Arsic | 05/14/21 | 0.5 | Review of various financial analyses |
| Jovana Arsic | 05/18/21 | 1.5 | Review of various financial analyses |
| Jovana Arsic | 05/18/21 | 0.5 | Weekly update call with advisors |
| Jovana Arsic | 05/20/21 | 2.0 | Dialed in to court hearing |
| Jovana Arsic | 05/20/21 | 0.5 | Call with DPW and AlixPartners to discuss financial analysis |
| Jovana Arsic | 05/21/21 | 3.0 | Review of financial analysis |
| Jovana Arsic | 05/24/21 | 2.0 | Review of financial analysis |
| Jovana Arsic | 05/25/21 | 1.5 | Review of financial analysis |
| Jovana Arsic | 05/25/21 | 1.5 | Update and review financial analysis requested by DPW |
| Jovana Arsic | 05/25/21 | 0.5 | Weekly update call with advisors |
| Jovana Arsic | 05/26/21 | 2.0 | Dialed in to court hearing |
| Jovana Arsic | 05/26/21 | 0.5 | E-mail correspondence with internal team related to various matters |
| Jovana Arsic | 05/27/21 | 1.0 | Weekly update call with management and advisors |
| Jovana Arsic | 05/27/21 | 1.0 | Review analysis from AlixPartners |
| Jovana Arsic | 05/27/21 | 0.5 | Review of various financial analyses |
| | | **27.5** | |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**MAY 1, 2021 THROUGH MAY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| James Carbaugh | 05/04/21 | 1.0 | Weekly Purdue Advisor Call |
| | | **1.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2021 THROUGH MAY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 05/01/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 05/02/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 05/03/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 05/04/21 | 1.0 | Weekly advisors call |
| Lukas Schwarzmann | 05/04/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 05/05/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 05/06/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 05/06/21 | 1.0 | Biweekly call |
| Lukas Schwarzmann | 05/07/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 05/09/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 05/10/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 05/11/21 | 1.0 | Weekly advisors call |
| Lukas Schwarzmann | 05/12/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 05/12/21 | 0.5 | Call with operational consultants |
| Lukas Schwarzmann | 05/13/21 | 1.5 | Biweekly call |
| Lukas Schwarzmann | 05/15/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 05/16/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 05/17/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 05/18/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 05/18/21 | 1.0 | Weekly advisors call |
| Lukas Schwarzmann | 05/19/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 05/20/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 05/20/21 | 0.5 | Call with operational consultants |
| Lukas Schwarzmann | 05/21/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 05/24/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 05/25/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 05/25/21 | 1.0 | Weekly advisors call |
| Lukas Schwarzmann | 05/26/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 05/27/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 05/27/21 | 1.5 | Biweekly call |
| | | **68.0** | |