AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel:  (212) 872-1000
Fax:  (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ :
In re:                                                             : Chapter 11
                                                                   :
PURDUE PHARMA L.P., *et al*.,                                      : Case No. 19-23649 (RDD)
                                                                   :
                                    Debtors.[1]                    : (Jointly Administered)
                                                                   :
------------------------------------------------------------------ :

**FOURTEENTH MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.**
**FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM APRIL 1, 2021 THROUGH APRIL 30, 2021**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Applicant | Cole Schotz P.C. |
|---|---|
| **Name of Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | September 15, 2019 |
| **Date of Order Approving Employment** | April 22, 2020 (*nunc pro tunc* to February 24, 2020) |
| **Time Period Covered** | April 1, 2021 – April 30, 2021 |
| **Total Fees Incurred** | $110,317.50 |
| **20% Holdback** | $22,063.50 |
| **Total Fees Less 20% Holdback** | $88,254.00 |
| **Total Expenses Incurred** | $177.20 |
| **Total Fees and Expenses Requested** | $110,494.70 |

Cole Schotz P.C. ("Cole Schotz"), in its capacity as efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma, L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Fourteenth Monthly Fee Statement") covering the period from April 1, 2021 through and including April 30, 2021 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [D.I. 529]. By this Fourteenth Monthly Fee Statement, Cole Schotz requests (a) interim allowance and payment of compensation in the amount of $110,317.50 for fees on account of reasonable and necessary professional services rendered to the Committee by Cole Schotz and (b) reimbursement of actual and necessary costs and expenses in the amount of $177.20 incurred by Cole Schotz during the Compensation Period.

### FEES FOR SERVICES RENDERED
### DURING THE COMPENSATION PERIOD

1.      **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Cole Schotz professional and paraprofessional that provided services to the Committee during the

2

Compensation Period. The rates charged by Cole Schotz for services rendered to the Committee are the same rates that Cole Schotz charges generally for professional services rendered to its non-bankruptcy clients.

2. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Cole Schotz professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3. **Exhibit C** sets forth a complete itemization of tasks performed by Cole Schotz professionals and paraprofessionals that provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED DURING THE COMPENSATION PERIOD

4. **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

5. **Exhibit E** sets forth a complete itemization of disbursements incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

## NOTICE OF OBJECTION PROCEDURES

6. Notice of this Fourteenth Monthly Fee Statement will be given to (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne (Jon.Lowne@pharma.com); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson (christopher.robertson@davispolk.com) and Dylan Consla (dylan.consla@davispolk.com); (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (Paul.Schwartzberg@usdoj.gov); and (iv) the independent fee examiner appointed

3

in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801 (dklauder@bk-legal.com) (collectively, the "Notice Parties").

7.      Objections to this Fourteenth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and undersigned counsel to the Committee so as to be received by no later than July 13, 2021 at 12:00 p.m. (ET) (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8.      If no objections to this Fourteenth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9.      If an objection to this Fourteenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fourteenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: June 29, 2021          **AKIN GUMP STRAUSS HAUER & FELD LLP**
New York, New York

/s/      *Arik Preis*
Ira Dizengoff
Arik Preis
Mitchell Hurley
Sara Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*- and –*

**COLE SCHOTZ P.C.**
Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com

*Co-Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P.,* et al.

**EXHIBIT A**

**Timekeeper Summary**

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) (since 2020) | $645.00 | 15.6 | $10,062.00 |
| Jason R. Melzer | 2003 | Member (Litigation) (since 2009) | $655.00 | 19.2 | $12,576.00 |
| Lauren M. Manduke | 2009 | Member (Litigation) (since 2017) | $520.00 | 8.0 | $4,160.00 |
| Patrick J. Reilley | 2003 | Member (Bankruptcy) (since 2011) | $640.00 | 9.3 | $5,952.00 |
| Warren Usatine | 1995 | Member (Bankruptcy) (since 2004) | $825.00 | 26.9 | $22,192.50 |
| Susan Usatine | 1998 | Member (Litigation) (since 2006) | $635.00 | 7.2 | $4,572.00 |
| Donald A. Ottaunick | 1984 | Member (Litigation) (since 2000) | $735.00 | 3.8 | $2,793.00 |
| Adam J. Sklar | 1996 | Member (Litigation) (since 2009) | $635.00 | 9.1 | $5,778.50 |
| Michael C. Klauder | 2014 | Member (Litigation) (since 2021) | $430.00 | 16.4 | $7,052.00 |
| Nolan E. Shanahan | 2000 | Member (Litigation) (since 2013) | $610.00 | 3.6 | $2,268.00 |
| Jeffrey Sauer | 2018 | Associate (Bankruptcy) (since 2019) | $315.00 | 3.9 | $1,228.50 |
| Anthony De Leo | 2013 | Associate (Bankruptcy) | $575.00 | 32.1 | $18,457.50 |

| | | (since 2020) | | | |
|---|---|---|---|---|---|
| Jack Dougherty | N/A | Law Clerk (Bankruptcy) (since 2020) | $225.00 | 10.8 | $2,430.00 |
| Michael Fitzpatrick | N/A | Law Clerk (Bankruptcy) (since 2020) | $225.00 | 6.9 | $1,552.50 |
| Peter Strom | N/A | Law Clerk (Bankruptcy) (since 2019) | $225.00 | 9.9 | $2,227.50 |
| Madeline Stein | N/A | Law Clerk (Bankruptcy) (since 2019) | $195.00 | 12.7 | $2,857.50 |
| Larry Morton | N/A | Paralegal (Bankruptcy) (since 2020) | $315.00 | 7.2 | $2,268.00 |
| Pauline Z. Ratkowiak | N/A | Paralegal (Bankruptcy) (since 2008) | $315.00 | 0.4 | $126.00 |
| Anastasia Bellisari | N/A | Paralegal (Environmental) (since 2019) | $280.00 | 6.3 | $1,764.00 |
| **TOTAL** | | | | **209.5** | **$110,317.50** |

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 0.5 | $190.00 |
| Committee Matters and Creditor Meetings | 8.9 | $5,714.00 |
| Creditor Inquiries | 0.2 | $129.00 |
| Disclosure Statement/Voting Issues | 2.3 | $1,479.00 |
| Document Review/Committee Investigation | 93.5 | $40,359.00 |
| Litigation/Gen. (Except Automatic Stay Relief) | 89.3 | $55,431.00 |
| Fee Application Matters/Objections | 7.0 | $2,403.00 |
| Preparation for and Attendance at Hearings | 4.5 | $2,704.50 |
| Reorganization Plan | 2.6 | $1,672.50 |
| Retention Matters | 0.5 | $235.50 |
| **TOTAL** | **209.5** | **$110,317.50** |

**EXHIBIT C**

**Invoice**

# COLE SCHOTZ P.C.

Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

**FEDERAL ID# 22-2113414**

New Jersey — New York — Maryland — Texas — Florida

PURDUE PHARM, L.P.
N/A - FEE APPLICATION ONLY

| | |
|---|---|
| Invoice Date: | June 28, 2021 |
| Invoice Number: | 892660 |
| **Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Matter Number: 60810-0001 |

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2021

| **CASE ADMINISTRATION** | | | **0.50** | **190.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 04/21/21 | LSM | ARRANGE REVISED TELEPHONIC APPEARANCE FOR J. ALBERTO FOR APRIL 21, 2021 HEARING | 0.40 | 126.00 |
| 04/21/21 | PJR | REVIEW EMAIL FROM A. PREIS RE: CASE STATUS AND OPEN ISSUES | 0.10 | 64.00 |

| **COMMITTEE MATTERS AND CREDITOR MEETINGS** | | | **8.90** | **5,714.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 04/02/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON, L. SZLEZINGER AND UCC MEMBERS | 0.70 | 451.50 |
| 04/05/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON, L. SZLEZINGER AND UCC MEMBERS | 0.30 | 193.50 |
| 04/06/21 | PJR | REVIEW EMAIL FROM A. PREIS RE: CASE STATUS AND COMMITTEE UPDATE | 0.10 | 64.00 |
| 04/09/21 | JRA | EMAILS WITH A. PREIS RE UCC UPDATE | 0.10 | 64.50 |
| 04/12/21 | PJR | PARTICIPATE ON CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.40 | 256.00 |
| 04/12/21 | PJR | REVIEW AND ANALYZE EMAIL FROM A. PREIS AND COMMITTEE MATERIALS IN ADVANCE OF COMMITTEE CALL | 0.30 | 192.00 |
| 04/15/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON, L. SZLEZINGER AND UCC MEMBERS | 0.60 | 387.00 |
| 04/15/21 | PJR | PARTICIPATE ON CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.60 | 384.00 |
| 04/20/21 | PJR | REVIEW AND ANALYZE COMMITTEE MATERIALS IN ADVANCE OF CALL | 0.50 | 320.00 |
| 04/20/21 | PJR | PARTICIPATE IN COMMITTEE CALL WITH MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 1.30 | 832.00 |
| 04/22/21 | PJR | PARTICIPATE IN COMMITTEE CALL WITH COMMITTEES MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 1.00 | 640.00 |
| 04/22/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS | 1.00 | 645.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  892660 |
|---|---|---|
| | Client/Matter No. 60810-0001 | June 28, 2021 |
| | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 04/24/21 | JRA | REVIEW A. PREIS UCC UPDATE | 0.20 | 129.00 |
| 04/26/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON, L. SZLEZINGER AND UCC MEMBERS | 0.60 | 387.00 |
| 04/26/21 | PJR | PARTICIPATE IN COMMITTEE CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.60 | 384.00 |
| 04/29/21 | JRA | EMAILS WITH A. PREIS RE UCC UPDATE | 0.10 | 64.50 |
| 04/30/21 | PJR | PARTICIPATE IN CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.50 | 320.00 |

| **CREDITOR INQUIRIES** | | | **0.20** | **129.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 04/29/21 | JRA | EMAILS WITH S. BRAUNER RE CLAIM INQUIRY | 0.20 | 129.00 |

| **DISCLOSURE STATEMENT/VOTING ISSUES** | | | **2.30** | **1,479.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 04/21/21 | PJR | REVIEW AND ANALYZE UCC SUMMARY LETTER FOR DISCLOSURE STATEMENT | 0.70 | 448.00 |
| 04/26/21 | JRA | REVIEW DISCLOSURE STATEMENT (1.3); EMAILS WITH A. PREIS RE SAME (.1) | 1.40 | 903.00 |
| 04/30/21 | PJR | REVIEW SUPPLEMENTAL SUMMARY OF DISLOSURE STATEMENT OBJECTIONS | 0.20 | 128.00 |

| **DOCUMENT REVIEW/COMMITEE INVESTIGATION** | | | **93.50** | **40,359.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 04/12/21 | SMU | REVIEW A. PREIS EMAIL RE DISCOVERY ISSUES | 0.20 | 127.00 |
| 04/12/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.20 | 127.00 |
| 04/13/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 1.10 | 572.00 |
| 04/13/21 | SMU | REVIEW A. PREIS EMAIL RE SACKLER INVESTIGATION | 0.30 | 190.50 |
| 04/13/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.20 | 127.00 |
| 04/14/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.20 | 127.00 |
| 04/16/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 1.30 | 676.00 |
| 04/16/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.20 | 127.00 |
| 04/16/21 | SMU | REVIEW A. PREIS EMAIL RE SACKLER ISSUES | 0.20 | 127.00 |
| 04/19/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.10 | 308.00 |
| 04/19/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.80 | 508.00 |
| 04/20/21 | SMU | REVIEW A.PREIS EMAILS AND SUMMARY | 0.60 | 381.00 |
| 04/20/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.90 | 252.00 |
| 04/21/21 | JRM | WORK ON REPORTING FOR UCC'S ANALYSIS OF PLAN TREATMENT. | 1.80 | 1,179.00 |

COLE SCHOTZ P.C.

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  892660 |
| | Client/Matter No. 60810-0001 | June 28, 2021 |
| | | Page 3 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/21/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.70 | 444.50 |
| 04/21/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 0.70 | 364.00 |
| 04/22/21 | JRM | WORK ON REPORTING FOR UCC'S ANALYSIS OF PLAN TREATMENT. | 2.60 | 1,703.00 |
| 04/22/21 | SMU | REVIEW A. PREIS EMAIL RE SACKLER INVESTIGATION | 0.10 | 63.50 |
| 04/23/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.60 | 381.00 |
| 04/23/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW | 2.20 | 1,441.00 |
| 04/26/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.10 | 308.00 |
| 04/26/21 | SMU | REVIEW A. PREIS EMAILS RE SACKLER INVESTIGATION | 0.40 | 254.00 |
| 04/26/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW. | 2.30 | 1,506.50 |
| 04/26/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 0.40 | 208.00 |
| 04/27/21 | JZD | DOCUMENT REVIEW | 2.10 | 472.50 |
| 04/27/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.60 | 381.00 |
| 04/27/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 2.30 | 1,196.00 |
| 04/27/21 | NES | REVIEWING DOJ BATCH. | 3.60 | 2,268.00 |
| 04/27/21 | MS | DOCUMENT REVIEW | 2.10 | 472.50 |
| 04/27/21 | AJS | DOCUMENT REVIEW. | 3.40 | 2,159.00 |
| 04/27/21 | MS | DOCUMENT REVIEW | 2.40 | 540.00 |
| 04/27/21 | MEF | DOCUMENT REVIEW DOJ BATCHES | 2.60 | 585.00 |
| 04/27/21 | DAO | DOCUMENT REVIEW | 3.80 | 2,793.00 |
| 04/27/21 | PTS | DOCUMENT REVIEW - DOJ DOCUMENTS | 2.00 | 450.00 |
| 04/28/21 | MEF | DOCUMENT REVIEW DOJ BATCHES | 4.30 | 967.50 |
| 04/28/21 | JZD | EMAILS W/ J. MELZER RE: STATUS OF DOCUMENT REVIEW | 0.10 | 22.50 |
| 04/28/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.80 | 224.00 |
| 04/28/21 | PTS | DOCUMENT REVIEW | 1.70 | 382.50 |
| 04/28/21 | PTS | DOCUMENT REVIEW | 3.60 | 810.00 |
| 04/28/21 | SMU | FURTHER REVIEW OF DOCS FOR SACKLER INVESTIGATION | 0.90 | 571.50 |
| 04/28/21 | MS | DOCUMENT REVIEW | 2.70 | 607.50 |
| 04/28/21 | PTS | DOCUMENT REVIEW | 2.60 | 585.00 |
| 04/28/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW | 1.80 | 1,179.00 |
| 04/28/21 | AJS | DOCUMENT REVIEW. | 5.70 | 3,619.50 |
| 04/28/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 1.30 | 676.00 |
| 04/28/21 | MS | DOCUMENT REVIEW | 3.30 | 742.50 |
| 04/28/21 | JZD | DOCUMENT REVIEW | 8.60 | 1,935.00 |
| 04/29/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 0.90 | 468.00 |
| 04/29/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.40 | 254.00 |
| 04/29/21 | MS | DOCUMENT REVIEW | 2.20 | 495.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  892660 |
|---|---|---|
| | Client/Matter No. 60810-0001 | June 28, 2021 |
| | | Page 4 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/29/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.20 | 336.00 |
| 04/29/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW. | 1.40 | 917.00 |
| 04/30/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.20 | 336.00 |
| 04/30/21 | SMU | CONTINUED WORK ON SACKLER INVESTIGATION/REVIEW | 0.60 | 381.00 |
| 04/30/21 | JRM | ATTEND UCC CALL. | 1.20 | 786.00 |
| 04/30/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW | 1.90 | 1,244.50 |

| **FEE APPLICATION MATTERS/OBJECTIONS** | | | **7.00** | **2,403.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/15/21 | JRA | EMAILS WITH D. KLAUDER AND S. BRAUNER RE FEE EXAMINER REDUCTIONS AND RESOLUTIONS | 0.30 | 193.50 |
| 04/19/21 | LSM | DRAFT THIRTEENTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ MARCH, 2021 FEES/EXPENSES AND FORWARD SAME TO J. ALBERTO | 3.30 | 1,039.50 |
| 04/21/21 | LSM | COMPILE/REVIEW THIRD INTERIM FEE APPLICATION AND ALL RELATED MONTHLY FEE APPLICATIONS AND FORWARD SAME TO J. ALBERTO WITH COMMENTS | 0.60 | 189.00 |
| 04/23/21 | JRA | FINALIZE FEBRUARY FEE APP (.2) AND EMAILS WITH E. LISCOVICZ RE SAME (.1) | 0.30 | 193.50 |
| 04/23/21 | LSM | REVIEW, REVISE AND FORWARD TWELFTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ FEBRUARY, 2021 FEES/EXPENSES TO CO-COUNSEL | 0.50 | 157.50 |
| 04/29/21 | LSM | REVISE COLE SCHOTZ MONTHLY FEE APPLICATION FOR FEBRUARY 2021 AND FORWARD SAME TO CO-COUNSEL | 1.30 | 409.50 |
| 04/29/21 | LSM | COMPILE, REVIEW AND FORWARD LEDES FILE TO CO-COUNSEL FOR FEBRUARY 2021 FEES/EXPENSES. | 0.20 | 63.00 |
| 04/30/21 | LSM | UPDATE MARCH 2021 FEE APPLICATION AND RELATED EXHIBITS | 0.50 | 157.50 |

| **LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)** | | | **89.30** | **55,431.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/01/21 | ADL | MONITOR DOCKET IN INSURANCE ADVERSARY | 0.10 | 57.50 |
| 04/01/21 | JRA | EMAIL WITH A. PREIS RE SACKLER NEGOTIATIONS | 0.10 | 64.50 |
| 04/01/21 | JRA | EMAILS WITH A. DELEO, A. PREIS AND S. KLEPPER RE BUXTON DEPOSITION | 0.30 | 193.50 |
| 04/02/21 | WU | PREPARE FOR PRETRIAL CONFERENCE | 0.30 | 247.50 |
| 04/02/21 | WU | CONFERENCE WITH CO-PLAINTIFF COUNSEL RE: PRETRIAL CONFERENCE | 0.20 | 165.00 |
| 04/02/21 | PJR | RESEARCH SEAL AND COURTROOM CLOSING ISSUES, INCLUDING REVIEW OF TRANSCRIPTS OF CASE LAW; EMAIL TO M. FARAG RE: REPLY AND SEAL ISSUES | 1.60 | 1,024.00 |

## COLE SCHOTZ P.C.

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number  892660 | |
| | Client/Matter No. 60810-0001 | | June 28, 2021 | |
| | | | Page 5 | |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 04/02/21 | WU | CONTINUED REVIEW AND ANALYSIS OF MOTION TO WITHDRAW REFERENCE | 0.60 | 495.00 |
| 04/03/21 | ADL | REVIEW PLEADINGS IN INSURANCE ADVERSARY AND SUMMARY SAME IN PREPARATION FOR 4-6-2021 PRETRIAL CONFERENCE | 2.70 | 1,552.50 |
| 04/03/21 | JRA | EMAILS WITH A. PREIS AND UCC MEMBERS RE SACKLER ISSUES | 0.20 | 129.00 |
| 04/05/21 | ADL | UPDATE MEMORANDUM FOR PRETRIAL CONFERENCE TO PROVIDE INITIAL SUMMARIES OF RESPONSIVE PLEADINGS FILED BY MULTIPLE DEFENDANTS IN INSURANCE ADVERSARY | 4.10 | 2,357.50 |
| 04/05/21 | ADL | EMAIL J. FORD RE: PRETRIAL CONFERENCE; REVIEW AGENDA FOR 4-6-2021 HEARING | 0.10 | 57.50 |
| 04/05/21 | ADL | REVIEW DOCKET IN INSURANCE ADVERSARY | 0.10 | 57.50 |
| 04/05/21 | ADL | EMAIL CS TEAM RE: PRE-TRIAL CONFERENCE IN INSURANCE ADVERSARY PROCEEDING | 0.10 | 57.50 |
| 04/05/21 | WU | INITIAL REVIEW OF VOLUMINOUS RESPONSIVE PLEADINGS/MOTIONS FILED BY INSURER DEFENDANTS | 1.90 | 1,567.50 |
| 04/06/21 | WU | REVIEW AND COMMENT ON EMAILS AND DRAFTS OF DISCOVERY | 0.50 | 412.50 |
| 04/06/21 | WU | ATTENDANCE 4/6/21 COURT HEARING | 2.40 | 1,980.00 |
| 04/06/21 | WU | CONFERENCE WITH CO-PLAINTIFF'S COUNSEL RE: PRE-TRIAL CONFERENCE | 0.40 | 330.00 |
| 04/06/21 | ADL | REVIEW LIBERTY MUTUAL CORPORATE OWNERSHIP STATEMENT | 0.10 | 57.50 |
| 04/06/21 | ADL | REVIEW NATIONAL UNION MOTION FOR A MORE DEFINITE STATEMENT AND MEMORANDUM IN SUPPORT THEREOF | 0.30 | 172.50 |
| 04/06/21 | ADL | REVIEW LIBERTY MUTUAL ANSWER TO INSURANCE COMPLAINT | 0.50 | 287.50 |
| 04/06/21 | ADL | REVIEW XL ANSWER TO INSURANCE COMPLAINT | 0.40 | 230.00 |
| 04/06/21 | ADL | REVIEW GULF UNDERWRITERS AND ST. PAUL CORPROATE OWNERSHIP STATEMENTS | 0.10 | 57.50 |
| 04/06/21 | ADL | REVIEW GULF UNDERWRITERS MOTION FOR A MORE DEFINITE STATEMENT | 0.30 | 172.50 |
| 04/06/21 | ADL | REVIEW NAVIGATORS ANSWER TO INSURANCE COMPLAINT | 0.40 | 230.00 |
| 04/06/21 | ADL | REVIEW STEADFAST JOINDER TO LIBERTY MUTUAL MOTION TO WITHDRAW THE REFERENCE | 0.10 | 57.50 |
| 04/06/21 | ADL | REVIEW STEADFAST ANSWER TO COMPLAINT | 0.50 | 287.50 |
| 04/06/21 | ADL | REVIEW STEADFAST CORPORATE OWNERSHIP STATEMENT | 0.10 | 57.50 |
| 04/06/21 | ADL | EMAIL W. USATINE RE; SCHEDULING IN INSURANCE MATTER | 0.10 | 57.50 |
| 04/06/21 | ADL | ATTEND PRETRIAL CONFERENCE IN INSURANCE MATTER | 2.20 | 1,265.00 |
| 04/06/21 | ADL | REVIEW MOTION TO STAY INSURANCE ADVERSARY PROCEEDING BASED ON ARBITRATION PROVISIONS | 1.10 | 632.50 |
| 04/06/21 | ADL | EMAIL M. KLAUDER AND P. RATKOWIAK RE: PRETRIAL CONFERENCE IN INSURANCE ADVERSARY | 0.20 | 115.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number  892660 | |
| | Client/Matter No. 60810-0001 | | June 28, 2021 | |
| | | | Page 6 | |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/06/21 | ADL | REVIEW ARCH REINSURANCE MOTION TO WITHDRAW REFERENCE AND MEMORANDUM IN SUPPORT THEREOF | 0.90 | 517.50 |
| 04/06/21 | MXK | ATTEND PRETRIAL CONFERENCE | 2.40 | 1,032.00 |
| 04/06/21 | MXK | REVIEW VARIOUS MOTIONS/FILINGS FROM INSURANCE COMPANIES | 2.00 | 860.00 |
| 04/07/21 | ADL | REVIEW CHUBB MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND PULL CERTAIN CASES CITED THEREIN FOR FURTHER REVIEW | 0.70 | 402.50 |
| 04/07/21 | ADL | REVIEW ARCH MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION | 0.30 | 172.50 |
| 04/07/21 | ADL | REVIEW AIG MOTION TO WITHDRAW REFERENCE | 0.40 | 230.00 |
| 04/07/21 | ADL | REVIEW LIBERTY MUTUAL MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION | 0.30 | 172.50 |
| 04/07/21 | ADL | REVIEW NORTH AMERICAN ELITE AND ASPEN AMERICAN ANSWERS TO INSURANCE COMPLAINT | 2.30 | 1,322.50 |
| 04/07/21 | ADL | REVISIONS TO MEMORANDUM RE: INSURANCE ACTION AND EMAIL CS TEAM RE: SAME | 0.40 | 230.00 |
| 04/07/21 | ADL | REVIEW UK INSURER'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND LETTER RE: SAME | 0.50 | 287.50 |
| 04/07/21 | ADL | REVIEW LIBERTY MUTUAL MOTION FOR STAY AND SUMMARIZE SAME FOR INCLUSION IN MEMORANDUM | 0.80 | 460.00 |
| 04/07/21 | WU | CONTINUED REVIEW AND ANALYSIS OF VARIOUS MOTIONS FILED BY CARRIERS | 1.80 | 1,485.00 |
| 04/07/21 | ADL | REVIEW ALLIED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION | 0.30 | 172.50 |
| 04/07/21 | ADL | REVIEW HDI MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AN SUMMARIZE SAME FOR INCLUSION IN MEMORANDUM | 0.50 | 287.50 |
| 04/07/21 | ADL | REVIEW XL MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION | 0.30 | 172.50 |
| 04/07/21 | ADL | REVIEW CORPORATE OWNERSHIP STATEMENT FOR EVANSTON INSURANCE COMPANY AND NAVIGATORS | 0.10 | 57.50 |
| 04/08/21 | PJR | REVIEW AND ANALYZE SUMMARY OF AIG ADVERSARY, INCLUDING REVIEW OF PLEADINGS | 0.50 | 320.00 |
| 04/08/21 | MXK | REVIEW AND ANALYZE DISCOVERY REQUESTS TO PERSONAL JURISDICTION INSURERS | 0.60 | 258.00 |
| 04/08/21 | ADL | INITIAL REVIEW OF DISCLOSURE STATEMENT | 4.00 | 2,300.00 |
| 04/08/21 | JRA | EMAILS WITH W. USATINE, A. PREIS AND P. BREENE RE MEET AND CONFER | 0.60 | 387.00 |
| 04/08/21 | JRA | EMAILS WITH A. DELEO RE INSURANCE LITIGATION AND PLAN ISSUES RE SAME | 0.10 | 64.50 |
| 04/08/21 | WU | REVIEW DRAFT DISCOVERY; REVIEW EMAILS AND COMMENT RE: MEET AND CONFER AND RELATED ISSUES WITH CARRIERS | 0.40 | 330.00 |
| 04/08/21 | ADL | EMAIL J. ALBERTO RE: INSURANCE LITIGATION | 0.10 | 57.50 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number 892660 | |
| | Client/Matter No. 60810-0001 | | June 28, 2021 | |
| | | | Page 7 | |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 04/08/21 | ADL | REVIEW DOCKET IN INSURANCE ADVERSARY | 0.10 | 57.50 |
| 04/09/21 | ADL | INITIAL REVIEW OF PLAN | 1.60 | 920.00 |
| 04/09/21 | ADL | CONTINUE INTIIAL REVIEW OF DISCLOSURE STATEMENT | 3.40 | 1,955.00 |
| 04/09/21 | MXK | PREPARE FOR AND PARTICIPATE IN MEET-AND-CONFER WITH CERTAIN INSURERS ASSERTING JURISDICITON DEFENSE | 1.80 | 774.00 |
| 04/10/21 | WU | REVIEW DRAFT PERSONAL JURISDICTION RFP'S | 0.30 | 247.50 |
| 04/10/21 | WU | REVIEW PRETRIAL CONFERENCE TRANSCRIPT RE: MEET AND CONFER | 0.10 | 82.50 |
| 04/12/21 | MXK | REVIEW CORRESPONDENCE RE: MEET AND CONFER; REVIEW PROPOSED LETTER TO COURT RE: JUSRIDICTIONAL DISCOVERY | 0.20 | 86.00 |
| 04/12/21 | WU | REVIEW EMAILS AND DRAFT LETTERS RE: DISCOVERY ISSUES IN INSURER ADVERSARY PROCEEDING | 0.40 | 330.00 |
| 04/13/21 | MXK | REVIEW CORRESPONDENCE RE: JURISIDICITONAL DISCOVERY; CALL WITH PLAINTIFFS' COUNSEL RE: SAME, STRATEGY. | 0.50 | 215.00 |
| 04/13/21 | WU | REVIEW AND RESPOND TO MULTIPLE EMAILS AND REVIEWED DOCUMENTS RE: DISCOVERY ISSUES | 0.40 | 330.00 |
| 04/13/21 | JRA | EMAILS WITH R. LEVERIDGE, A. PREIS AND W. USATINE RE INSURER DEFENDANTS AND MOTIONS FILED BY SAME | 0.60 | 387.00 |
| 04/14/21 | MXK | ATTEND MEET AND CONFER CALL WITH PERSONAL JURISDICTION INSURERS RE: SCOPE OF JURISDICTIONAL DISCOVERY, ISSUES WITH SAME. | 1.00 | 430.00 |
| 04/14/21 | ADL | REVIEW XL DEMAND FOR JURY TRIAL AND UPDATE TRACKER | 0.10 | 57.50 |
| 04/14/21 | JRA | FURTHER EMAILS WITH R. LVERIDGE, A. PREIS, P. BREENE RE MEET AND CONFER | 0.40 | 258.00 |
| 04/15/21 | MXK | REVIEW AND ANALYZE VARIOUS COMMUNICATIONS AND DOCUMENTS RE: NEGOTIATIONS WITH PERSONAL JURISDICTION AND ARBITRATION INSURED CONCERNING DISCOVERY | 0.60 | 258.00 |
| 04/15/21 | WU | REVIEW CORRESPONDENCE RE: MEET AND CONFER STATUS WITH INSURERS | 0.20 | 165.00 |
| 04/15/21 | JRA | EMAILS WITH R. SHORE, R. LEVERIDGE AND P. BREENE RE TODAY'S MEET AND CONFER | 0.50 | 322.50 |
| 04/15/21 | WU | REVIEW SEVERAL EMAILS AND DRAFT DISCOVERY RE: UPCOMING 'MEET AND CONFER' WITH ADVERSARIES | 0.40 | 330.00 |
| 04/15/21 | WU | MEET AND CONFER WITH 'PERSONAL JURISDICTION' INSURERS RE: DISCOVERY ISSUES | 0.70 | 577.50 |
| 04/15/21 | MXK | ATTEND MEET-AND-CONFER CONFERENCE WITH ARBITRATION INSURERS | 0.80 | 344.00 |
| 04/16/21 | MXK | REVIEW CORRESPONDENCE RE: MEET-AND-CONFERS ON DISCOVERY ISSUES | 0.20 | 86.00 |
| 04/16/21 | MXK | ATTEND MEET AND CONFER CONFERENCE WITH ARBITRATION INSURERS RE: DISCOVERY | 0.90 | 387.00 |

COLE SCHOTZ P.C.

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 892660 |
|---|---|---|
| | Client/Matter No. 60810-0001 | June 28, 2021 |
| | | Page 8 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/16/21 | JRA | REVIEW DRAFT RESPONSE LETTER RE DISCOVERY ISSUES (.3); EMAILS WITH R. LEVERIDGE, P. BREENE AND A. PREIS RE SAME (.3) | 0.60 | 387.00 |
| 04/16/21 | WU | ATTEND MEET AND CONFER WITH INSURERS' COUNSEL RE: DISCOVERY | 0.80 | 660.00 |
| 04/16/21 | WU | REVIEW MULTIPLE EMAILS RE: INSURER DISCOVERY AND MEET AND CONFER ISSUES | 0.40 | 330.00 |
| 04/17/21 | JRA | EMAILS WITH A. PREIS RE ARBITRATION MEET AND CONFER ISSUES | 0.10 | 64.50 |
| 04/19/21 | ADL | REVIEW DOCKET IN INSURANCE ADVERSARY | 0.10 | 57.50 |
| 04/19/21 | WU | REVIEW MULTIPLE EMAILS RE: MOTION AND BRIEFING SCHEDULE | 0.40 | 330.00 |
| 04/19/21 | MXK | REVIEW AND ANALYZE CORRESPONDENCE BETWEEN COUNSEL RE: JURISDICTIONAL DISCOVERY | 0.40 | 172.00 |
| 04/20/21 | MXK | REVIEW AND ANALYZE DRAFT BRIEF IN OPPOSITION TO LIBERTY'S MOTION TO WITHDRAW THE REFERENCE | 0.50 | 215.00 |
| 04/20/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW | 2.10 | 1,375.50 |
| 04/20/21 | WU | REVIEW AND RESPOND TO EMAILS RE: MOTION SCHEDULE AND DISCOVERY ISSUES | 0.30 | 247.50 |
| 04/20/21 | WU | REVIEW INITIAL DRAFT OF OBJECTION TO MOTION TO WITHDRAW THE REFERENCE | 0.70 | 577.50 |
| 04/21/21 | WU | REVIEW DRAFTS OF CONFIDENTIALITY AGREEMENTS AND MULTIPLE EMAILS RE: SAME | 0.70 | 577.50 |
| 04/22/21 | WU | REVIEW REVISED DRAFTS OF CONFIDENTIALITY ORDER/AGREEMENT AND EMAILS RE: SAME | 0.40 | 330.00 |
| 04/22/21 | WU | REVIEW DRAFT OBJECTION TO MOTION TO STAY | 0.70 | 577.50 |
| 04/22/21 | JRA | EMAILS WITH R. LEVERIDGE, W. USATINE AND A. PREIS RE CONFIDENTIALITY, SEALING AND MEET AND CONFER ISSUES | 0.70 | 451.50 |
| 04/22/21 | WU | CONTINUED REVIEW OF DRAFT OBJECTION TO MOTION TO WITHDRAW THE REFERENCE | 1.10 | 907.50 |
| 04/22/21 | WU | EMAILS AND REVIEW RULES AND SAMPLE MOTIONS RE: MOTIONS TO SEAL | 0.40 | 330.00 |
| 04/22/21 | MXK | REVIEW NUMEROUS EMAILS BETWEEN COUNSEL RE: CONFIDENTIALITY ORDER; PARTICIPATE IN CALL WITH ALL COUNSEL RE: SAME. | 1.00 | 430.00 |
| 04/23/21 | WU | REVIEW AND RESPOND TO EMAILS RE: JURISDICTIONAL DISCOVERY AND RELATED ISSUES | 0.40 | 330.00 |
| 04/23/21 | MXK | REVIEW AND ANALYZE DRAFT BRIEF IN OPPOSITION TO STAY IN FAVOR OF ARBITRATION | 0.50 | 215.00 |
| 04/23/21 | ADL | REVIEW NOTICE OF HEARING RE: DISPOSITIVE MOTIONS | 0.10 | 57.50 |
| 04/25/21 | WU | REVIEW DRAFTS OF TWO OPPOSITION BRIEFS | 0.80 | 660.00 |
| 04/25/21 | WU | REVIEW ORDER AND LETTER RE: SCHEDULING ON MOTIONS AND EMAILS RE: SAME | 0.30 | 247.50 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  892660 |
|---|---|---|
| | Client/Matter No. 60810-0001 | June 28, 2021 |
| | | Page 9 |

| <u>DATE</u> | <u>INITIALS</u> | <u>Description</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 04/25/21 | MXK | REVIEW DRAFT LETTERS TO ADVERSARY AND COURT RE: BRIEFING SCHEDULING FOR MOTION TO WITHDRAW THE REFERENCE. | 0.30 | 129.00 |
| 04/26/21 | MXK | REVIEW ARCH REINSURANCE'S LETTER IN RESPONSE TO JURISDICTIONAL DISCOVERY | 0.30 | 129.00 |
| 04/26/21 | MXK | REVIEW EMAILS FROM VARIOUS INSURANCE COMPANIES RE: MOTION TO WITHDRAW THE REFERENCE, PROCEDURE | 0.20 | 86.00 |
| 04/26/21 | WU | REVIEW DRAFT IN OPPOSITION TO MOTIONS FOR MORE DEFINITIVE STATEMENT | 0.60 | 495.00 |
| 04/26/21 | WU | REVIEW VARIOUS CORRESPONDENCE AND EMAILS RE: DISCOVERY/BRIEFING/MOTIONS/OBJECTION DEADLINES, ETC. | 0.40 | 330.00 |
| 04/26/21 | WU | REVIEW REVISED OPPOSITION BRIEF RE: MOTION TO STAY | 0.70 | 577.50 |
| 04/26/21 | MXK | REVIEW ALLIED WORLD BERMUDA'S LETTER IN RESPONSE TO JURISDICTIONAL DISCOVERY | 0.20 | 86.00 |
| 04/26/21 | WU | REVIEW OPPOSITION BRIEF RE: MOTION TO WITHDRAW THE REFERENCE | 0.70 | 577.50 |
| 04/27/21 | MXK | REVIEW LETTER FROM XL BERMUDA RE: FIRST RESPONSE TO PERSONAL JURISDICITON DISCOVERY REQUESTS | 0.20 | 86.00 |
| 04/27/21 | MXK | REVIEW LETTER FROM CHUBB BERMUDA RE: FIRST RESPONSE TO PERSONAL JURISDICITON DISCOVERY REQUESTS | 0.20 | 86.00 |
| 04/27/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW | 1.90 | 1,244.50 |
| 04/27/21 | JTS | FIRST LEVEL REVIEW OF DOJ BATCHED DOCUMENTS. | 3.90 | 1,228.50 |
| 04/27/21 | WU | CONTINUED REVIEW AND ANALYSIS OF OPPOSITION BRIEFS TO INSURERS' MOTIONS | 0.80 | 660.00 |
| 04/27/21 | MXK | REVIEW AND ANALYZE DRAFT CONSOLIDATED OPPOSITION TO MOTIONS FOR MORE DEFINITE STATEMENT | 0.50 | 215.00 |
| 04/27/21 | WU | REVIEW INSURER DEFENDANTS' RESPONSES TO DOCUMENT DEMANDS | 0.30 | 247.50 |
| 04/28/21 | MXK | REVIEW PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO LIBERTY'S MOTION TO STAY | 0.40 | 172.00 |
| 04/28/21 | MXK | CALL WITH CO-COUNSEL RE: STATUS OF MOTIONS, STRATEGY | 0.40 | 172.00 |
| 04/28/21 | WU | CONFERENCE CALL WITH INSURANCE LITIGATION PARTIES RE: CASE ISSUES | 0.40 | 330.00 |
| 04/28/21 | WU | REVIEW OF REVISED BRIEFS ON SEVERAL INSURER MOTIONS | 1.10 | 907.50 |
| 04/29/21 | WU | CONTINUED REVIEW OF MULTIPLE BRIEFS IN OPPOSITION TO DEFENDANT MOTIONS | 1.10 | 907.50 |
| 04/29/21 | WU | REVIEW AND RESPOND TO MULTIPLE EMAILS RE: INSURER LITIGATION ISSUES | 0.20 | 165.00 |
| 04/29/21 | WU | REVIEW SUMMARY OF MEETING RE: DISCLOSURE STATEMENT OBJECTIONS | 0.10 | 82.50 |
| 04/30/21 | WU | REVIEW EMAIL RE: WITHDRAWAL OF STAY MOTION | 0.10 | 82.50 |
| 04/30/21 | MXK | REVIEW PROPOSED MOTION TO SEAL | 0.30 | 129.00 |

**COLE SCHOTZ P.C.**

Re:      OFFICIAL COMMITTEE OF UNSECURED CREDITORS
         Client/Matter No. 60810-0001

Invoice Number  892660
June 28, 2021
Page 10

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 04/30/21 | ADL | REVIEW AND COMMENT ON MOTION TO SEAL RE: OPPOISITON TO MOTIONS TO DISMISS INSURANCE ADVERSARY (.6); EMAILS RE: SSAME (.1) | 0.70 | 402.50 |
| 04/30/21 | WU | REVIEW AND COMMENT ON MOTION RE: SEALING CONFIDENTIAL DESIGNATED MATERIAL | 0.80 | 660.00 |
| 04/30/21 | WU | REVIEW OF REVISED VERSIONS OF BRIEFS OPPOSING INSURER MOTIONS | 1.20 | 990.00 |
| 04/30/21 | ADL | REVIEW DOCKET IN INSURANCE ADVESARY; EMAIL J. ALBERTO RE: RESPONSE DEADLINE FOR VARIOUS MOTIONS FILED IN SAME | 0.20 | 115.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS**          **4.50**       **2,704.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 04/02/21 | JRA | EMAILS WITH W. USATINE, A. DELEO AND A. PREIS RE 4/6 HEARING | 0.40 | 258.00 |
| 04/03/21 | JRA | EMAILS WITH A. DELEO RE 4/6 HEARING | 0.10 | 64.50 |
| 04/05/21 | JRA | EMAILS WITH W. USATINE RE TOMORROW'S STATUS CONFERENCE | 0.20 | 129.00 |
| 04/05/21 | JRA | FURTHER EMAILS WITH A. PREIS AND W. USATINE RE TOMORROW'S HEARING | 0.60 | 387.00 |
| 04/06/21 | JRA | EMAILS WITH A. PREIS AND W. USATINE RE TODAY'S HEARING AND STRATEGY FOR SAME | 0.50 | 322.50 |
| 04/20/21 | JRA | EMAILS WITH E. LISCOVICZ AND PR RE TOMORROW'S HEARING | 0.30 | 193.50 |
| 04/20/21 | JRA | EMAILS WITH A. PREIS AND E. LISCOVICZ RE TOMORROW'S HEARING | 0.20 | 129.00 |
| 04/20/21 | PVR | EMAIL FROM AND TO J. ALBERTO AND ARRANGE FOR TELEPHONIC APPEARANCE OF J. ALBERTO RE: APRIL 22, 2021 HEARING | 0.20 | 63.00 |
| 04/21/21 | LSM | ASSIST WITH HEARING PREPARATIONS FOR APRIL 21, 2021 HEARING. | 0.40 | 126.00 |
| 04/21/21 | JRA | EMAILS WITH A. PREIS AND UCC MEMBERS RE TODAY'S HEARING | 0.20 | 129.00 |
| 04/21/21 | JRA | REVIEW AND APPROVE DRAFT OMNIBUS FEE ORDER (.1); EMAILS WITH E. LISCOVICZ AND LM RE TODAY'S HEARING ON SAME (.3) | 0.40 | 258.00 |
| 04/21/21 | JRA | ATTEND FEE HEARING (PARTIAL ATTENDANCE) | 1.00 | 645.00 |

**REORGANIZATION PLAN**          **2.60**       **1,672.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 04/10/21 | JRA | REVIEW UCC COMMENTS TO PLAN | 0.60 | 387.00 |
| 04/14/21 | PJR | REVIEW EMAIL FROM A. PREIS RE: SUMMARY OF PLAN ISSUES | 0.20 | 128.00 |
| 04/18/21 | JRA | EMAILS WITH A. PREIS AND UCC MEMBERS RE REVISED PLAN | 0.40 | 258.00 |

**COLE SCHOTZ P.C.**

Re:      OFFICIAL COMMITTEE OF UNSECURED CREDITORS
         Client/Matter No. 60810-0001

Invoice Number  892660
June 28, 2021
Page 11

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 04/19/21 | PJR | REVIEW EMAILS FROM A. PREIS AND REVIEW RELATED PLAN DOCUMENTS RE: PLAN ISSUES | 0.40 | 256.00 |
| 04/25/21 | JRA | REVIEW PLAN COMMENTS (.5); EMAILS WITH A. PREIS RE SAME (.2) | 0.70 | 451.50 |
| 04/25/21 | PJR | REVIEW EMAIL FROM A. PREIS AND SUMMARY OF PLAN ISSUES | 0.30 | 192.00 |

| **RETENTION MATTERS** | | | **0.50** | **235.50** |
|---|---|---|---|---|

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 04/15/21 | PVR | EMAIL FROM AND TO F. PISANO AND RESEARCH RE: PRO HAC MOTION FOR N. PERNICK | 0.20 | 63.00 |
| 04/26/21 | ADL | REVIEW INTERESTED PARTIES LIST RE: POTENTIAL CONFLICT ISSUE (.2); EMAIL M. FITZPATRICK RE: SAME (.1) | 0.30 | 172.50 |

TOTAL HOURS    209.30

PROFESSIONAL SERVICES:                                                    $110,317.50

COLE SCHOTZ P.C.

Re:       OFFICIAL COMMITTEE OF UNSECURED CREDITORS
          Client/Matter No. 60810-0001

Invoice Number  892660
June 28, 2021
Page 12

## TIMEKEEPER SUMMARY

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|
| Adam J. Sklar | Member | 9.10 | 635.00 | 5,778.50 |
| Alberto, Justin | Member | 15.60 | 645.00 | 10,062.00 |
| Anastasia Bellisari | Paralegal | 6.30 | 280.00 | 1,764.00 |
| DeLeo, Anthony | Associate | 32.10 | 575.00 | 18,457.50 |
| Donald A. Ottaunick | Member | 3.80 | 735.00 | 2,793.00 |
| Dougherty, Jack | Law Clerk | 10.80 | 225.00 | 2,430.00 |
| Fitzpatrick, Michael | Law Clerk | 6.90 | 225.00 | 1,552.50 |
| Jason R. Melzer | Member | 19.20 | 655.00 | 12,576.00 |
| Lauren M. Manduke | Member | 8.00 | 520.00 | 4,160.00 |
| Madeline Stein | Associate | 12.70 | 225.00 | 2,857.50 |
| Michael C. Klauder | Member | 16.40 | 430.00 | 7,052.00 |
| Morton, Larry | Paralegal | 7.20 | 315.00 | 2,268.00 |
| Nolan E. Shanahan | Member | 3.60 | 630.00 | 2,268.00 |
| Patrick J. Reilley | Member | 9.30 | 640.00 | 5,952.00 |
| Pauline Z. Ratkowiak | Paralegal | 0.40 | 315.00 | 126.00 |
| Peter Strom | Associate | 9.90 | 225.00 | 2,227.50 |
| Sauer, Jeffrey | Associate | 3.90 | 315.00 | 1,228.50 |
| Susan Usatine | Member | 7.20 | 635.00 | 4,572.00 |
| Warren Usatine | Member | 26.90 | 825.00 | 22,192.50 |
| **Total** | | **209.30** | | **$110,317.50** |

**EXHIBIT D**

**EXPENSE SUMMARY**
**APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Online Research | WestLaw | $107.20 |
| Conference Call | Court Solutions | $70.00 |
| **TOTAL** | | **$177.20** |

**EXHIBIT E**

**Expense Detail**

**COLE SCHOTZ P.C.**

Re:      OFFICIAL COMMITTEE OF UNSECURED CREDITORS       Invoice Number  892660
            Client/Matter No. 60810-0001                    June 28, 2021
                                                 Page 13

**COST DETAIL**

| **DATE** | **Description** | **QUANTITY** | **AMOUNT** |
|---|---|---|---|
| 03/04/21 | ONLINE RESEARCH | 2.00 | 0.20 |
| 03/04/21 | ONLINE RESEARCH | 2.00 | 0.20 |
| 03/04/21 | ONLINE RESEARCH | 2.00 | 0.20 |
| 03/04/21 | ONLINE RESEARCH | 4.00 | 0.40 |
| 03/04/21 | ONLINE RESEARCH | 2.00 | 0.20 |
| 03/04/21 | ONLINE RESEARCH | 6.00 | 0.60 |
| 03/08/21 | ONLINE RESEARCH | 4.00 | 0.40 |
| 03/08/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 03/08/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 03/08/21 | ONLINE RESEARCH | 4.00 | 0.40 |
| 03/08/21 | ONLINE RESEARCH | 4.00 | 0.40 |
| 03/08/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 03/08/21 | ONLINE RESEARCH | 2.00 | 0.20 |
| 03/08/21 | ONLINE RESEARCH | 4.00 | 0.40 |
| 03/08/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 03/10/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 03/10/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 03/10/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 03/10/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 03/10/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 03/10/21 | ONLINE RESEARCH | 8.00 | 0.80 |
| 03/22/21 | ONLINE RESEARCH | 2.00 | 0.20 |
| 03/22/21 | ONLINE RESEARCH | 1.00 | 0.10 |
| 03/22/21 | ONLINE RESEARCH | 1.00 | 0.10 |
| 03/22/21 | ONLINE RESEARCH | 2.00 | 0.20 |
| 03/24/21 | ONLINE RESEARCH | 4.00 | 0.40 |
| 03/24/21 | CONFERENCE CALL | 1.00 | 70.00 |
| 03/24/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 03/24/21 | ONLINE RESEARCH | 8.00 | 0.80 |
| 03/24/21 | ONLINE RESEARCH | 7.00 | 0.70 |
| 03/24/21 | ONLINE RESEARCH | 3.00 | 0.30 |
| 04/06/21 | CONFERENCE CALL | 1.00 | 70.00 |

**Total**        **$177.20**

**COLE SCHOTZ P.C.**

TOTAL SERVICES AND COSTS:                                          $        110,494.70