BEDELL CRISTIN JERSEY PARTNERSHIP
Edward Drummond
26 New Street
Saint Helier, Jersey JE2 3RA
Tel: +44 (0)1534 814814
edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TWELFTH MONTHLY FEE STATEMENT OF
BEDELL CRISTIN JERSEY PARTNERSHIP
FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED
AS SPECIAL FOREIGN COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR
THE PERIOD OF APRIL 1, 2021 THROUGH APRIL 30, 2021**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---|
| Name of Applicant: | Bedell Cristin Jersey Partnership |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | June 29, 2020, *nunc pro tunc* to February 27, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | April 1, 2021 through April 30, 2021 |
| Fees Incurred: | $71,456.00 |
| 20% Holdback: | $14,291.20 |
| Total Compensation Less 20% Holdback: | $57,164.80 |
| Monthly Expenses Incurred: | $90.39 |
| Total Fees and Expenses Requested: | **$71,546.39** |

This is a  x   monthly ____ interim ____ final application

Bedell Cristin Jersey Partnership ("Bedell Cristin"), special foreign counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Twelfth Monthly Fee Statement") covering the period from April 1, 2021 through and including April 30, 2021 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023].

2

By this Twelfth Monthly Fee Statement, Bedell Cristin requests (a) interim allowance and payment of compensation in the amount of $57,164.80 (80% of $71,456.00) for fees on account of reasonable and necessary professional services rendered to the Committee by Bedell Cristin and (b) reimbursement of actual and necessary costs and expenses in the amount of $90.39[2] incurred by Bedell Cristin during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, hourly billing rates and aggregate hours spent by each Bedell Cristin professional and paraprofessional who provided services to the Committee during the Compensation Period. The rates charged by Bedell, Cristin for services rendered to the Committee are the same rates that Bedell Cristin charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Bedell Cristin professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Bedell Cristin professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

---

[2] Expense reports or invoices for such amounts are included within Exhibit E.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Bedell Cristin in connection with services rendered to the Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Bedell Cristin in connection with services rendered to the Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Twelfth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Twelfth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on July 13, 2021** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If no objections to this Twelfth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees identified herein.

If an objection to this Twelfth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Twelfth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: St Helier, Jersey  
June 29, 2021

Bedell Cristin Jersey Partnership

By: /s/ Edward Drummond  
26 New Street, St Helier, Jersey, JE2 3RA  
Telephone: +44 (0) 1534 814621  
Edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured Creditors Purdue Pharma L.P., et al.*

**Exhibit A**

**Timekeeper Summary**

| Partners | Department | Rate | Hours | Amount ($) |
|---|---|---|---|---|
| Advocate E. Drummond | Litigation | $770.00 | 27.9 | 21,483.00 |
| Advocate M. Paul | Financial Services Law | $770.00 | 14.3 | 11,011.00 |
| Advocate M.T. Dunlop | Financial Services Law | $770.00 | 3.1 | 2,387.00 |
| **Partner Total** | | | **45.3** | **34,881.00** |
| **Senior Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs E. Shaw | International Private Client | $565.00 | 43.5 | 24,577.50 |
| **Senior Associate Total** | | | **43.5** | **24,577.50** |
| **Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Miss L. Carter | International Private Client | $465 | 8.5 | 3,952.50 |
| Mrs C. C. Young | Litigation | $445.00 | 8 | 3,560.00 |
| **Associate Total** | | | **16.5** | **7,512.50** |
| **Paralegal** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mr M. G. E. Hill | International Private Client | $345.00 | 13 | 4,485.00 |
| **Paralegal Total** | | | **13** | **4,485.00** |
| **Staff Attorneys Total** | | | **105.3** | **66,971.00** |
| **Total Hours / Fees Requested** | | | **118.3** | **71,456.00** |

## TOTAL FEES FOR THE COMPENSATION PERIOD

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $770 | 45.3 | $34,881.00 |
| Senior Associates | $565 | 43.5 | $24,577.50 |
| Associates | $445-465 | 16.5 | $7,512.50 |
| Paralegal | $345.00 | 13 | $4,485.00 |
| **Blended Attorney Rate** | **$636.00** | | |
| **Blended Rate for All Timekeepers** | **$604.02** | | |
| **Total Hours / Fees Requested:** | | 118.3 | $71,456.00 |

## Exhibit B

### Task Code Summary

| Task Code | Matter | Hours | Value($) |
|---|---|---|---|
| 3 | Bedell Cristin Fees | 7.3 | 3,996.00 |
| 13 | Analysis of Pre-Petition Transactions | 111 | 67,460.00 |
| | **TOTAL:** | **118.3** | **71,456.00** |

**Exhibit C**

**Itemized Fees**

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York  
NY 10036  

**Our ref** EBD/CCY/136744.0001  
**Invoice No** 363597  
**Tax date** 12 May 2021  
**GST No.** 0009162  
**Tel:** +44 (0) 1534 814814  

**INVOICE**  
Advice re: Purdue Pharma LP

|  | Charge | GST Rate |
|---|---|---|
| **Professional Fees** | | |
| To professional services rendered from 01/04/21 to 30/04/21 | 71,456.00 | 0.0% |
| **Expenses** | | |
|  | 0.00 | 0.0% |
| **Third Party Charges** | | |
|  | 0.00 | 0.0% |
| Total excluding GST | US$ 71,456.00 | |
| Total GST | US$ 0.00 | |
| **INVOICE TOTAL** | **US$ 71,456.00** | |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE   Sort Code: 20-45-05  
Account Name: Bedell Group Services Offices  USD           Account Number: 62384922  
Swift Code: BARCGB22                                        IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,  
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**  
A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29439578-1

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York  
NY 10036

| | |
|---|---|
| **Our ref** | KLB/CCY/136744.0001 |
| **Invoice No** | 363597 |
| **Tax date** | 12 May 2021 |
| **GST No.** | 0009162 |
| **Tel:** | +44 (0) 1534 814814 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate E. Drummond** | | |
| 01/04/21 | 0013 Claim - Review English authority and research (1.5); email to US law firm (0.1). Draft email to Akin Gump (1.6). | 3:12 | 2,464.00 |
| 06/04/21 | 0013 Claim - Email exchange with Akin Gump (0.1). Email exchange with ES (0.1). Review MP mark-up of draft (0.4). Speak to MP (0.6). Email to Akin Gump with attachments (0.1). | 1:18 | 1,001.00 |
| 07/04/21 | 0003 - Fees - Speak CY (0.2). | 0:12 | 154.00 |
| | 0013 Claims - Review emails from Akin Gump (0.1). Reply email to Akin Gump (0.1). | 0:12 | 154.00 |
| 08/04/21 | 0003 Fees - review fee examiner's report (0.1). | 0:06 | 77.00 |
| 09/04/21 | 0013 Claim - Emails to arrange call with US law firms (0.3). Call with MP (0.1). Call with MD (0.2). | 0:36 | 462.00 |
| | 0013 Claim - Review amended agreement from DPW (0.6) Review ES comments (0.3). Email to Akin Gump (0.4). | 1:18 | 1,001.00 |
| 11/04/21 | 0013 Claim - Review emails from SB at Akin (0.1). Email to MD (0.1). | 0:12 | 154.00 |
| 12/04/21 | 0013 Claims - Pre-call with MD (1.0). Prep for call (1.0). Call with US lawyers and Ad Hoc (0.6). Emails with Akin Gump (0.4). | 3:00 | 2,310.00 |
| 13/04/21 | 013 Claim - Prep for call (0.2). Call with US lawyers and Ad Hoc Committee (0.9). Follow up call with MD (0.6). Email exchange with Akin Gump re: due diligence (0.3). | 2:00 | 1,540.00 |
| 14/04/21 | 0003 Fees - Email to CY (0.1). Amend draft reply to DK (0.6). Email exchange with CY (0.2) | 0:54 | 693.00 |
| | 0013 Claim - Email from ES re: trust DD (0.2); email exchange with Akin Gump re: trust DD (0.2). | 0:24 | 308.00 |
| 15/04/21 | 0003 Fees - Email re: March time for monthly fee statement. | 0:06 | 77.00 |
| 16/04/21 | 0013 Claim - Review SA (1.5). Drafting note of comments (1.5). Speak to ES re: issues arising (0.5). Revising note (0.5). Email to Akin Gump (0.2). | 4:12 | 3,234.00 |
| | 0013 Claim - Email trust research to ES (0.4) | 0:24 | 308.00 |
| 19/04/21 | 0013 Claim - Email from Akin Gump (0.1); round up email to team (0.4). | 0:30 | 385.00 |
| 20/04/21 | 0003 Fees - email from Akin Gump (0.1). Prep for fee hearing (0.2). | 0:18 | 231.00 |
| 21/04/21 | 0013 Claim - Call from MP (0.3). Email from Akin (0.1); email to BC team (0.1). Speak ES (0.7). Email to SB at Akin Gump (0.1). | 1:18 | 1,001.00 |
| | 0003 Fees - Review email from Akin Gump (0.1). Attending court hearing (0.3). | 0:24 | 308.00 |
| 23/04/21 | 0013 Claim - Email from Akin Gump (0.1). Email to team re: call with US lawyers (0.1). Review MP email (0.2); email to MP (0.1). Review ES memo (0.5). Speak MP (0.2). Email to ES (0.2). Email to Akin Gump re: call (0.1). Email to Akin Gump re: MP's comments on draft agreement (0.2). | 1:42 | 1,309.00 |
| | 0003 Fees - finalize March invoice. | 0:18 | 231.00 |
| 26/04/21 | 0013 Claim - research (1.5). Email exchange with ES and MP (0.6). | 2:06 | 1,617.00 |
| 27/04/21 | 0013 Claim - Prep for call (0.5). Call with US counsel (1.5). Post-call de-brief with BC team (0.7). | 2:42 | 2,079.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE  
Account Name: Bedell Group Services Offices   USD  
Swift Code: BARCGB22

Sort Code: 20-45-05  
Account Number: 62384922  
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,  
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**  
A list of Partners is available for inspection at the principal office

bedellcristin.com

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29439578-1

# BEDELL CRISTIN

LEGAL SERVICES

Advice re: Purdue Pharma LP

| | | Our ref | KLB/CCY/136744.0001 |
|---|---|---|---|
| | | Invoice No | 363597 |
| | | Tax date | 12 May 2021 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate E. Drummond** | | |
| 28/04/21 | 0003 - Fees - call with CY re: remittance payment (0.3). Review March 11th monthly fee statement (0.1); comments to CY (0.1). | 0:30 | 385.00 |
| | **Advocate M. Paul** | | |
| 01/04/21 | 0013 Claim - Reading and responding to email | 0:18 | 231.00 |
| 06/04/21 | 0013 Claim - Reviewing various emails and attachments, working on drafting | 1:42 | 1,309.00 |
| | 0013 Claim - Reviewing comments (0.2)and then call with ED (0.6) | 0:48 | 616.00 |
| 09/04/21 | 0013 Claim - Internal call with Ed Drummond (0.2) | 0:12 | 154.00 |
| 22/04/21 | 0013 Claim: Reviewing latest draft Agreement and comments thereon and considering legal issues in respect of Jersey trust with ED | 3:42 | 2,849.00 |
| 23/04/21 | 0013 Claim: discussions with ED on draft agreement (.2), consideration of Jersey legal Trust issues (1.5), research re legal issues arising therefrom and summarizing views for BC team (1.5) | 3:12 | 2,464.00 |
| 26/04/21 | 0013 Claim: Reviewing comments in respect of Jersey Trust issues and providing note of thoughts to colleagues | 0:54 | 693.00 |
| | 0013 Claim: elaborating thoughts to team on trust power issue | 0:18 | 231.00 |
| 27/04/21 | 0013 Claim: preparation for conference call with US counsel on Jersey Trusts issues (.2), preparatory call with ED and ES (.5); participating in call with US counsel (1.5); obtaining relevant legal materials during call for circulation to colleagues (.2); considering issues in call and then post-con call discussion with ED and ES to discuss the issues raised, including the various new questions from US counsel, and discussing the next steps (.7) | 3:12 | 2,464.00 |
| | **Advocate M.T. Dunlop** | | |
| 12/04/21 | 0013 Claim - Conference call with Akin Gump and Kramer Levin | 1:30 | 1,155.00 |
| 13/04/21 | 0013 Claim - Preparation for call (0.1), conference call (0.9) and post call discussion with ED (0.6) | 1:36 | 1,232.00 |
| | **Mrs C. C. Young** | | |
| 12/04/21 | 0013: Claim - Call with Akin Gump and Kramer Levin (0.7) and internal call (0.1) | 0:48 | 356.00 |
| 13/04/21 | 0013 - claim: telephone call with Akin Gump and Kramer Levin | 0:48 | 356.00 |
| 14/04/21 | 0003: fees - response to fee examiner | 0:30 | 222.50 |
| 22/04/21 | 0003: Fees - monthly fee report | 0:48 | 356.00 |
| 23/04/21 | 0003: fees - monthly fee application | 0:36 | 267.00 |
| 27/04/21 | 0013: Claim - telephone call with Akin Gump | 1:24 | 623.00 |
| 28/04/21 | 0003: fees - monthly fee statement, data fee details | 1:42 | 756.50 |
| 29/04/21 | 0003 Fees: review invoice and documents for error (.5), internal discussion (.5) and correspondence to Akin Gump (EL) (.2) | 1:12 | 534.00 |
| 30/04/21 | 0003: Fees - correspondence to Account | 0:12 | 89.00 |
| | **Miss L. Carter** | | |
| 16/04/21 | 0013 - Jersey Trust Issues. Discuss with ES: considering various Jersey Trust issues | 0:30 | 232.50 |
| 17/04/21 | 0013 - Jersey trust issue. Discuss ES (.3), Research and consider various Jersey Trust issues (1.2). | 1:30 | 697.50 |
| 19/04/21 | 0013 - Jersey Trust issues. Review and consider ED's email. Discuss Research on Jersey Trust issues | 1:30 | 697.50 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE  
Account Name: Bedell Group Services Offices  USD  
Swift Code: BARCGB22

Sort Code: 20-45-05  
Account Number: 62384922  
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,  
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**  
A list of Partners is available for inspection at the principal office

bedellcristin.com

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29439578-1

# BEDELL CRISTIN

LEGAL SERVICES

| | | | |
|---|---|---|---|
| Advice re: Purdue Pharma LP | | Our ref | KLB/CCY/136744.0001 |
| | | Invoice No | 363597 |
| | | Tax date | 12 May 2021 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Miss L. Carter** | | |
| 28/04/21 | 0013 - Jersey Trust issues. Discuss with ES | 0:12 | 93.00 |
| | 0013 - Jersey Trust issues. Research on trust variation and consider issues (.5), prepare note (1.5) | 2:00 | 930.00 |
| 29/04/21 | 0013 Jersey trust issues – legal research on Jersey trusts issues (1.4), consider potential issues and prepare note (1) | 2:24 | 1,116.00 |
| | 0013 Jersey trust issues - discuss Elizabeth, consider issues | 0:24 | 186.00 |
| | **Mr M. G. E. Hill** | | |
| 27/04/21 | 0013 Jersey Trust Issues - Secondary due diligence | 0:42 | 241.50 |
| | 0013 Jersey Trust Issues - Secondary due diligence | 0:54 | 310.50 |
| | 0013 Jersey Trust Issues - Secondary due diligence | 0:30 | 172.50 |
| | 0013 Jersey Trust Issues - Secondary due diligence | 0:42 | 241.50 |
| | 0013 Jersey Trust Issues - Secondary due diligence | 1:12 | 414.00 |
| 28/04/21 | 0013 Jersey Trust Issues - Secondary due diligence | 1:12 | 414.00 |
| | 0013 Jersey Trust Issues - Secondary due diligence | 0:54 | 310.50 |
| | 0013 Jersey Trust Issues - Secondary due diligence | 1:00 | 345.00 |
| | 0013 Jersey Trust Issues - Secondary due diligence | 0:30 | 172.50 |
| | 0013 Jersey Trust Issues- Secondary due diligence | 0:30 | 172.50 |
| 29/04/21 | 0013 Jersey Trust Issues - Secondary due diligence | 0:54 | 310.50 |
| | 0013 Jersey Trust Issues - Secondary due diligence | 0:54 | 310.50 |
| | 0013 Jersey Trust Issues secondary due diligence | 1:24 | 483.00 |
| | 0013 Jersey Trust Issues - Secondary due diligence | 1:12 | 414.00 |
| | 0013 Jersey Trust Issues - Secondary due diligence | 0:30 | 172.50 |
| | **Mrs E. Shaw** | | |
| 01/04/21 | 0013 - Jersey Trust Issues: review exchanges | 0:24 | 226.00 |
| 06/04/21 | 0013 - Jersey Trust issues: internal exchanges and considerations. | 0:54 | 508.50 |
| 07/04/21 | 0013 - Jersey Trust issues: review and consider exchanges | 0:12 | 113.00 |
| 09/04/21 | 0013 - Jersey Trust Issues: review and comments re updated draft Agreement | 3:54 | 2,203.50 |
| 15/04/21 | 0013 Jersey Trust Issues - exchanges re trust DD exercise | 0:24 | 226.00 |
| | 0013 - Jersey Trust Issues: second stage DD of ICSP Trusts | 1:30 | 847.50 |
| 16/04/21 | 0013 - Jersey Trust Issues: second stage DD review (3.5); internal communications re issues (.4) | 3:54 | 2,203.50 |
| 19/04/21 | 0013 - Jersey Trust Issue: research and liaising re Agreement points | 0:42 | 395.50 |
| 21/04/21 | 0013 Jersey Trust Issues: second stage DD review (2.0). Speak ED (0.7). | 2:42 | 1,525.50 |
| 22/04/21 | 0013 Jersey Trusts Issues: 2nd stage DD | 3:42 | 2,090.50 |
| 23/04/21 | 0013 - Jersey Trust issues: 2nd DD (1.0) and internal exchanges re findings (.4) | 1:24 | 791.00 |
| 26/04/21 | 0013 Jersey Trust Summaries: updates to 2nd stage DD and further research following initial comments | 4:42 | 2,655.50 |
| 27/04/21 | 0013 - Jersey Trust issues: stage 2 DD (2.0); research and internal discussions (.7) | 2:42 | 1,525.50 |
| | 0013 - Jersey Trust issues: pre call (.5) and call with creditor parties (1.2) | 1:42 | 960.50 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE    Sort Code: 20-45-05
Account Name: Bedell Group Services Offices  USD              Account Number: 62384922
Swift Code: BARCGB22                                          IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,          **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA                   A list of Partners is available for inspection at the principal office

bedellcristin.com                          BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29439578-1

# BEDELL CRISTIN

LEGAL SERVICES

Advice re: Purdue Pharma LP

| | | Our ref | KLB/CCY/136744.0001 |
| | | Invoice No | 363597 |
| | | Tax date | 12 May 2021 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mrs E. Shaw** | | |
| | 0013 Jersey Trust issues: post call catch up | 0:42 | 395.50 |
| 28/04/21 | 0013 - Jersey Trust Issues: second stage DD (3.5) and research (.7) | 4:12 | 2,373.00 |
| | 0013- Jersey Trust Issues; internal discussions | 0:24 | 226.00 |
| 29/04/21 | 0013 Jersey Trust Issues: 2nd stage DD | 4:00 | 2,260.00 |
| 30/04/21 | 0013 Jersey Trust Issues: 2nd stage DD | 5:24 | 3,051.00 |
| | Total:- | 118:18 | 71,456.00 |
| | Advocate E. Drummond | 27:54 | 21,483.00 |
| | Advocate M. Paul | 14:18 | 11,011.00 |
| | Advocate M.T. Dunlop | 3:06 | 2,387.00 |
| | Mrs C. C. Young | 8:00 | 3,560.00 |
| | Miss L. Carter | 8:30 | 3,952.50 |
| | Mrs E. Shaw | 43:30 | 24,577.50 |
| | Mr M. G. E. Hill | 13:00 | 4,485.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE    Sort Code: 20-45-05
Account Name: Bedell Group Services Offices  USD    Account Number: 62384922
Swift Code: BARCGB22    IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,    **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA    A list of Partners is available for inspection at the principal office

bedellcristin.com    BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29439578-1

## Exhibit D

### Disbursement Summary

| Disbursement Activity | Amount ($) |
|---|---:|
| LoopUp - conference call on 03/02/21 | $90.39 |
| **TOTAL** | **$90.39** |

# Exhibit E

## Itemized Disbursements

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York  
NY 10036

**Our ref**     EBD/CCY/136744.0001  
**Invoice No**  363597  
**Tax date**    12 May 2021  
**GST No.**     0009162  
**Tel:**        +44 (0) 1534 814814

**INVOICE**  
Advice re: Purdue Pharma LP

|  | **Charge** | **GST Rate** |
|---|---|---|
| **Expenses** | | |
| LoopUp - conference call on 03/02/21 | 90.39 | 0.0% |
| Total excluding GST | US$ 90.39 | |
| Total GST | US$ 0.00 | |
| **INVOICE TOTAL** | **US$ 90.39** | |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE   Sort Code: 20-45-05  
Account Name: Bedell Group Services Offices  USD           Account Number: 62384922  
Swift Code: BARCGB22                                          IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,           **Bedell Cristin Jersey Partnership**  
Channel Islands, JE2 3RA                    A list of Partners is available for inspection at the principal office

**bedellcristin.com**                       BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29439596-1