**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF EIGHTEENTH MONTHLY FEE STATEMENT OF**
**JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT**
**BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM APRIL 1, 2021 THROUGH APRIL 30, 2021**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | April 1, 2021 through April 30, 2021 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $7,607.50 |

This is a(n):   monthly  _x_   interim  ___   final application  ___

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**EIGHTEENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
**April 1, 2021 through April 30, 2021**

**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 12.0 |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 65.5 |
| 4 | Debtor Communication | - |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | 27.5 |
| 8 | Travel | - |
| 9 | Due Diligence | 60.5 |
| 10 | Business Plan | - |
| 11 | Case Strategy | - |
| | | **165.5** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-head/Managing Director, Debt Advisory & Restructuring | 21.5 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 8.0 |
| Jaspinder Kanwal | Senior Vice President, Debt Advisory & Restructuring | 23.5 |
| Ben Troester | Associate, Debt Advisory & Restructuring | 34.5 |
| Kamil Abdullah | Analyst, Debt Advisory & Restructuring | 38.0 |
| Kevin Sheridan | Co-head/Managing Director, Global Healthcare Investment Banking | 7.0 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 7.0 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 11.0 |
| Connor Hattersley | Analyst, Global Healthcare Investment Banking | 15.0 |
| | | **165.5** |

**EIGHTEENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**April 1, 2021 through April 30 2021**

| Category | April 2021 |
|---|---|
| Meals | $ - |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | 7,607.50 |
| General | - |
| **Total Expenses** | $7,607.50 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**EIGHTEENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM APRIL 1, 2021 THROUGH APRIL 30, 2021**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured

creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in

possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement")

requesting (a) interim allowance of compensation for professional services rendered on behalf of

the Committee during the period from April 1, 2021 through April 30, 2021 (the "Compensation

Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal

to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement

of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation

Period in connection with its services to the Committee in the amount of $7,607.50.  In support of

this Fee Statement, Jefferies respectfully represents as follows:

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable
jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal
Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034),
Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven
Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P.
(4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove
Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick
Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC
Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford
Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Jurisdiction and Venue**

1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2.     On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.     On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131].  Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4.     On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application").[2]  A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5.     On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order").  Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Retention Application.

2

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6.      On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

## **Relief Requested**

7.      By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from April 1, 2021 through April 30, 2021; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $7,607.50.

3

8.      All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee.  Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order.  Such time records are attached hereto as Exhibit A.

9.      The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters.  Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

## Actual and Necessary Expenses

10.      Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order.  As set forth in greater detail in the summary attached hereto as Exhibit B, Jefferies' total expenses incurred during the Compensation Period are $7,607.50, including outside counsel fees as permitted under the Retention Order.

4

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from April 1, 2021 through April 30, 2021; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $7,607.50.

Dated:  June 29, 2021
       New York, New York

                                      Respectfully submitted,

                                        */s/ Leon Szlezinger*
                                        Leon Szlezinger
                                        Managing Director and Joint Global Head of
                                        Debt Advisory & Restructuring
                                        JEFFERIES LLC

## Exhibit A

**Time Records of Jefferies Professionals**

| Date | Banker | | Hours | Category |
|------|--------|--|-------|----------|
| **April 1, 2021 - April 30, 2021 Hours for Case Administration / General** | | | **12.0** | |
| 04/07/21 | Leon Szlezinger | *Review fee examiner report & supporting documents* | 1.0 | 1 |
| 04/07/21 | Leon Szlezinger | *Discussion re: Fee Examiner Report* | 1.0 | 1 |
| 04/07/21 | Jaspinder Kanwal | *Review fee examiner report & supporting documents* | 1.0 | 1 |
| 04/07/21 | Jaspinder Kanwal | *Discussion re: Fee Examiner Report* | 1.0 | 1 |
| 04/07/21 | Benjamin Troester | *Review fee examiner report & supporting documents* | 1.0 | 1 |
| 04/07/21 | Benjamin Troester | *Discussion re: Fee Examiner Report* | 1.0 | 1 |
| 04/07/21 | Kamil Abdullah | *Review fee examiner report & supporting documents* | 1.0 | 1 |
| 04/07/21 | Kamil Abdullah | *Internal discussion re: Fee Examiner Report* | 1.0 | 1 |
| 04/08/21 | Kamil Abdullah | *Administrative task re: Fee Application* | 0.5 | 1 |
| 04/08/21 | Benjamin Troester | *Internal discussion re: Fees* | 0.5 | 1 |
| 04/08/21 | Kamil Abdullah | *Internal discussion re: Fees* | 0.5 | 1 |
| 04/08/21 | Kamil Abdullah | *Administrative task re: Fee Application* | 0.5 | 1 |
| 04/09/21 | Kamil Abdullah | *Internal discussion re: Datarooms* | 0.5 | 1 |
| 04/09/21 | Benjamin Troester | *Internal discussion re: Datarooms* | 0.5 | 1 |
| 04/12/21 | Benjamin Troester | *Administrative task re: Fee Application* | 0.5 | 1 |
| 04/19/21 | Benjamin Troester | *Administrative task re: Fee Application* | 0.5 | 1 |
| **April 1, 2021 - April 30, 2021 Hours for Creditor Communication** | | | **65.5** | |
| 04/05/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 04/05/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 04/05/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 04/05/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 04/05/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 04/05/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 04/05/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 04/05/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 04/05/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 04/08/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 04/08/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 04/08/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 04/08/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 04/08/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 04/08/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 04/08/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 04/08/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 04/12/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 04/12/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 04/12/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 04/12/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 04/12/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 04/15/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 04/15/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 04/15/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 04/15/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 04/15/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 04/15/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 04/15/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 04/15/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 04/15/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 04/20/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 04/20/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 04/20/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 04/20/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 04/20/21 | Kamil Abdullah | *Attend UCC update call* | 1.5 | 3 |
| 04/22/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 04/22/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 04/22/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 04/22/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 04/22/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 04/22/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 04/22/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 04/22/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 04/22/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 04/26/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 04/26/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 04/26/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 04/26/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 04/26/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 04/27/21 | Leon Szlezinger | *Attend UCC PI TDP call* | 1.5 | 3 |
| 04/27/21 | Jaspinder Kanwal | *Attend UCC PI TDP call* | 1.5 | 3 |
| 04/27/21 | Benjamin Troester | *Attend UCC PI TDP call* | 1.5 | 3 |
| 04/27/21 | Kamil Abdullah | *Attend UCC PI TDP call* | 1.5 | 3 |
| 04/30/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 04/30/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 04/30/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |

| Date | Banker | Detail | Hours | Category |
|------|--------|--------|-------|----------|
| 04/30/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 04/30/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 04/30/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 04/30/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 04/30/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 04/30/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| **April 1, 2021 - April 30, 2021 Hours for Plan of Reorganization** | | | **27.5** | |
| 04/10/21 | Leon Szlezinger | *Review key issues list re: Plan* | 1.0 | 7 |
| 04/10/21 | Benjamin Troester | *Review key issues list re: Plan* | 1.0 | 7 |
| 04/12/21 | Jaspinder Kanwal | *Review key issues list re: Plan* | 1.0 | 7 |
| 04/12/21 | Kamil Abdullah | *Review key issues list re: Plan* | 1.0 | 7 |
| 04/18/21 | Leon Szlezinger | *Review updated plan of reorganization* | 1.5 | 7 |
| 04/18/21 | Benjamin Troester | *Review updated plan of reorganization* | 1.0 | 7 |
| 04/18/21 | Kamil Abdullah | *Review updated plan of reorganization* | 1.0 | 7 |
| 04/19/21 | Leon Szlezinger | *Review key issues list re: Plan* | 1.0 | 7 |
| 04/19/21 | Benjamin Troester | *Review key issues list re: Plan* | 1.0 | 7 |
| 04/20/21 | Jaspinder Kanwal | *Review updated plan of reorganization* | 1.5 | 7 |
| 04/20/21 | Jaspinder Kanwal | *Review key issues list re: Plan* | 1.0 | 7 |
| 04/20/21 | Jaspinder Kanwal | *Review plan of reorganization presentation materials* | 1.5 | 7 |
| 04/20/21 | Benjamin Troester | *Review plan of reorganization presentation materials* | 1.5 | 7 |
| 04/21/21 | Leon Szlezinger | *Review plan of reorganization presentation materials* | 1.0 | 7 |
| 04/21/21 | Leon Szlezinger | *Review draft of UCC plan support letter* | 1.5 | 7 |
| 04/21/21 | Benjamin Troester | *Review draft of UCC plan support letter* | 1.0 | 7 |
| 04/21/21 | Kamil Abdullah | *Review draft of UCC plan support letter* | 1.0 | 7 |
| 04/22/21 | Jaspinder Kanwal | *Review draft of UCC plan support letter* | 2.0 | 7 |
| 04/22/21 | Leon Szlezinger | *Review amended plan and disclosure statements & supporting documents* | 1.0 | 7 |
| 04/26/21 | Benjamin Troester | *Review amended plan and disclosure statements & supporting documents* | 1.0 | 7 |
| 04/27/21 | Benjamin Troester | *Review summary of disclosure statement objections* | 0.5 | 7 |
| 04/29/21 | Jaspinder Kanwal | *Review amended plan and disclosure statements & supporting documents* | 1.0 | 7 |
| 04/29/21 | Jaspinder Kanwal | *Review summary of disclosure statement objections* | 0.5 | 7 |
| 04/29/21 | Kevin Sheridan | *Review of updated plan of reorganization and disclosure statement* | 2.0 | 7 |
| **April 1, 2021 - April 30, 2021 Hours for Due Diligence** | | | **60.5** | |
| 04/01/21 | Leon Szlezinger | *Call with Province to discuss workstreams* | 0.5 | 9 |
| 04/01/21 | Jaspinder Kanwal | *Call with Province to discuss workstreams* | 0.5 | 9 |
| 04/01/21 | Benjamin Troester | *Call with Province to discuss workstreams* | 0.5 | 9 |
| 04/01/21 | Kamil Abdullah | *Call with Province to discuss workstreams* | 0.5 | 9 |
| 04/02/21 | Benjamin Troester | *Review updated Purdue model* | 2.0 | 9 |
| 04/02/21 | Kamil Abdullah | *Review updated Purdue model* | 3.0 | 9 |
| 04/06/21 | Leon Szlezinger | *Review updated cash forecast* | 0.5 | 9 |
| 04/06/21 | Jaspinder Kanwal | *Review updated cash forecast* | 0.5 | 9 |
| 04/06/21 | Benjamin Troester | *Review updated cash forecast* | 0.5 | 9 |
| 04/06/21 | Kamil Abdullah | *Review PPLP data room uploads* | 2.0 | 9 |
| 04/08/21 | Benjamin Troester | *Review PPLP dataroom* | 1.0 | 9 |
| 04/08/21 | Benjamin Troester | *Review IAC presentation materials* | 0.5 | 9 |
| 04/09/21 | Jaspinder Kanwal | *Review historical PPLP projections* | 1.0 | 9 |
| 04/09/21 | Benjamin Troester | *Review historical PPLP projections* | 1.5 | 9 |
| 04/09/21 | William Maselli | *Review updated Purdue model* | 1.5 | 9 |
| 04/09/21 | Connor Hattersley | *Review updated Purdue model* | 2.5 | 9 |
| 04/10/21 | Kamil Abdullah | *Review IAC data room documents* | 2.0 | 9 |
| 04/14/21 | Benjamin Troester | *Review weekly update presentation* | 0.5 | 9 |
| 04/15/21 | Kamil Abdullah | *Review IAC data room uploads* | 1.0 | 9 |
| 04/15/21 | William Maselli | *Review updated cash forecast* | 1.0 | 9 |
| 04/15/21 | Connor Hattersley | *Review updated cash forecast* | 1.0 | 9 |
| 04/16/21 | Kamil Abdullah | *Review of MSGEG Resolution* | 0.5 | 9 |
| 04/18/21 | Kamil Abdullah | *Review of monthly financial update presentation* | 0.5 | 9 |
| 04/18/21 | Kamil Abdullah | *Review of weekly cash reporting presentations* | 1.5 | 9 |
| 04/20/21 | Benjamin Troester | *Review PPLP dataroom* | 1.0 | 9 |
| 04/20/21 | Connor Hattersley | *Review Purdue Feb Financial Results* | 1.5 | 9 |
| 04/21/21 | Kamil Abdullah | *Review of hearing summary* | 1.0 | 9 |
| 04/21/21 | William Maselli | *Review Purdue Feb Financial Results* | 1.5 | 9 |
| 04/22/21 | James Wiltshire | *Review Purdue Feb Financial Results* | 1.0 | 9 |
| 04/26/21 | Kamil Abdullah | *Review of disclosure statement objections* | 1.5 | 9 |
| 04/26/21 | Kamil Abdullah | *Review of personal injury victim TDP* | 1.0 | 9 |
| 04/26/21 | Connor Hattersley | *Review various data room documents* | 2.0 | 9 |
| 04/27/21 | Kamil Abdullah | *Review IAC data room uploads* | 1.0 | 9 |
| 04/27/21 | Kamil Abdullah | *Review disclosure statement objections summary* | 1.0 | 9 |
| 04/28/21 | Benjamin Troester | *Review IAC presentation materials* | 4.0 | 9 |
| 04/29/21 | Leon Szlezinger | *Review IAC sale process materials* | 2.0 | 9 |
| 04/29/21 | Jaspinder Kanwal | *Review IAC sales process materials* | 1.5 | 9 |
| 04/29/21 | Benjamin Troester | *Review IAC presentation materials* | 2.5 | 9 |
| 04/29/21 | Kamil Abdullah | *Review IAC presentation materials* | 3.0 | 9 |
| 04/29/21 | Kamil Abdullah | *Review NCSG disclosure statement objection* | 1.5 | 9 |
| 04/29/21 | Kevin Sheridan | *Review IAC teaser and confidential information memorandum* | 1.0 | 9 |
| 04/29/21 | James Wiltshire | *Review IAC marketing materials* | 1.0 | 9 |
| 04/29/21 | William Maselli | *Review IAC marketing materials* | 1.0 | 9 |
| 04/29/21 | William Maselli | *Review of PPLP materials* | 1.0 | 9 |
| 04/29/21 | Connor Hattersley | *Review IAC marketing materials* | 1.5 | 9 |
| 04/29/21 | Connor Hattersley | *Review of PPLP materials* | 1.5 | 9 |
| **April 1, 2021 - April 30, 2021 Total Hours** | | | **165.5** | |

**<u>Exhibit B</u>**

**Expenses**

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|
| Baker Botts | $7,607.50 | 04/30/21 | Legal | Legal invoice from counsel |

# BAKER BOTTS L.L.P.

| | |
|---|---|
| Austin | London |
| Brussels | Moscow |
| Dallas | New York |
| Dubai | Palo Alto |
| Hong Kong | Riyadh |
| **Houston** | San Francisco |
| | Washington |

TAX ID 74-1195457

Jefferies LLC
520 Madison Avenue
New York, NY 10022
Attn: Leon Szlezinger

| | |
|---|---|
| Invoice Number: | 1745523 |
| Invoice Date: | May 7, 2021 |
| Attorney: | R L Spigel |

---

Total fees for services and expenses for the matter shown below through April 30, 2021.

**082383.0108**
Purdue Retention

---

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/01/21 | J R Herz | 0.1 | Email D. Morefield re. payment of Jan. 21 fee app. |
| 04/06/21 | J R Herz | 0.5 | Draft Feb. 2021 fee statement (.3); review report from Fee Examiner (.2) |
| 04/07/21 | J R Herz | 2.6 | Review documents relating to Fee Examiner report to draft a response to same (1.8); revise based on R. Spigel's comments (.5); email Jefferies team Feb. 2021 fee statement (.1); email R. Spigel concerning Fee Examiner order (.2) |
| 04/07/21 | J R Herz | 0.5 | Call with L. Szlezinger and team concerning Fee Examiner report (.5). |
| 04/07/21 | R L Spigel | 0.1 | Email with J. Herz re Jefferies fee question |
| 04/07/21 | R L Spigel | 0.7 | C/c with L. Szlezinger and team, J. Herz re Fee Examiner report (.5); follow up emails with J. Herz and A. Preis, S. Brauner and to D. Klauder and to L. Szlezinger re same (.2) |
| 04/08/21 | R M Fontenla | 0.5 | Emails with J. Herz regarding documents to be sent to L. Szlezinger (.2) follow up re same (FTP) (0.3). |
| 04/08/21 | J R Herz | 0.2 | Review correspondence concerning Fee Examiner's inquiries (.2) |
| 04/08/21 | R L Spigel | 0.4 | Review and revise response to Fee Examiner; email with L. Szlezinger re same |
| 04/12/21 | R L Spigel | 0.3 | Email to D. Klauder (Fee Examiner) re Fourth Interim Fee App Report |
| 04/13/21 | R L Spigel | 0.1 | Email to D. Klauder re response to Fee Examiner inquiry; review Fee Examiner report |
| 04/14/21 | J R Herz | 0.3 | Call with R. Spigel and D. Klauder concerning Fee Examiner inquiries (.3). |

# BAKER BOTTS LLP

| | |
|---|---|
| Invoice No: | 1745523 |
| Invoice Date: | May 7, 2021 |
| Matter: | 082383.0108 |

JEFFERIES LLC
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/14/21 | R L Spigel | 0.5 | T/c with L. Szlezinger re Fee Examiner report (.2); t./c with D. Klauder and J. Herz re same (.3) |
| 04/20/21 | J R Herz | 0.2 | Review order approving fourth interim fee app (.2). |
| 04/21/21 | J R Herz | 0.4 | Prepare for hearing on fourth interim fee app (.1); attend same (.2); email L. Szlezinger re. hearing (.1) |
| 04/27/21 | J R Herz | 0.2 | Review fee statement. |
| 04/29/21 | J R Herz | 0.3 | Finalize February 2021 fee statement. |

| | |
|---|---|
| **Matter Hours** | **7.90** |
| **Matter Fees** | **$7,749.50** |
| **Less Credit** | **(282.00)** |
| **Matter Fees Total** | **$7,467.50** |

# BAKER BOTTS LLP

| | |
|---|---|
| Invoice No: | 1745523 |
| Invoice Date: | May 7, 2021 |
| Matter: | 082383.0108 |

JEFFERIES LLC
Purdue Retention

### 2021 Lawyer Summary

| Timekeeper | HOURS | RATE | TOTAL |
|---|---|---|---|
| Herz, J R | 5.3 | 940.00 | 4,982.00 |
| Spigel, R L | 2.1 | 1,225.00 | 2,572.50 |
| | **7.4** | | **$7,554.50** |

### 2021 Non-Lawyer Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Fontenla, R M | 0.5 | 390.00 | 195.00 |
| | **0.5** | | **$195.00** |

**For Expenses Incurred:**

| | |
|---|---|
| Court fees AMERICAN EXPRESS JACOB RHINE HERZ Court Fees 4/21/21 Fourth Interim Fee Hearing before Judge Drain in re Jefferies/Purdue, Case No. 19-23649 -- Appearance Fee for Jacob Herz | 70.00 |
| Court fees AMERICAN EXPRESS JACOB RHINE HERZ Court Fees 4/21/21 Fourth Interim Fee Hearing before Judge Drain in re Jefferies/Purdue, Case No. 19-23649 -- Appearance Fee for Leon Szlezinger of Jefferies | 70.00 |

| | |
|---|---|
| **Total Expenses** | **$140.00** |

| | |
|---|---|
| Total Current Fees | $7,749.50 |
| Less Credit | (282.00) |
| Total Current Costs | $140.00 |
| **Total Due This Invoice** | **$7,607.50** |