**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**MONTHLY FEE STATEMENT OF PRIME CLERK LLC,
AS ADMINISTRATIVE ADVISOR TO THE DEBTORS,
FOR THE PERIOD FROM MAY 1, 2021 THROUGH MAY 31, 2021**

By this monthly fee statement (the "**Statement**"), pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**"), Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to the above captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby seeks compensation and reimbursement for reasonable and necessary fees and expenses incurred for the period from May 1, 2021 through May 31, 2021 (the "**Statement Period**"). In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Compensation Order**"), Prime Clerk seeks (i) allowance of reasonable and necessary fees incurred during the Statement Period in an amount equal to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

$27,708.68 and payment of $22,166.94, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in an amount equal to $70.00. In support of the Statement, Prime Clerk respectfully represents as follows:

| | |
|---|---|
| Name of Professional: | Prime Clerk LLC |
| Authorized to Provide Administrative Advisor Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 21, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for which compensation and reimbursement is sought: | May 1, 2021 through May 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $27,708.68 [2] |
| 80% of compensation sought as actual, reasonable and necessary: | $22,166.94 |
| Amount of expense reimbursement sought as actual, reasonable and necessary | $70.00 |
| **Total amount to be paid at this time:** | **$22,236.94** |

---

[2] In accordance with the Compensation Order, at the expiration of the Objection Deadline (as defined in the Compensation Order), the Debtors are authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Statement to which no Objection (as defined in the Compensation Order) has been served.

**Prior Monthly Fee Statements**

| Date Filed; ECF No. | Period Covered | Fees | Expenses | Fees | Expenses | Holdback (20%) |
|---|---|---|---|---|---|---|
| 3/1/21; ECF No. 2431 | 2/1/20 – 2/29/20; 8/1/20 – 8/31/20; 12/1/20 – 1/31/21 | $16,432.25 | $0.00 | $16,432.25 | $0.00 | N/A |
| 3/30/21; ECF No. 2575 | 2/1/21 – 2/28/21 | $31,671.25 (payment of 80% or $25,337.00) | $0.00 | $25,337.00 (80% of $31,671.25) | $0.00 | $6,334.25 |
| 4/30/21; ECF No. 2785 | 3/1/21 – 3/31/21 | $50,324.80 (payment of 80% or $40,259.84) | $0.00 | $40,259.84 (80% of $50,324.80) | $0.00 | $10,064.96 |
| 5/28/21; ECF No. 2955 | 4/1/21– 4/30/21 | $63,523.24 (payment of 80% or $50,818.59) | $0.00 | $50,818.59 (80% of $63,523.24) | $0.00 | $12,704.65 |

**Prior Interim Fee Application**

| Date Filed; ECF No. | Period Covered | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| 3/15/21; ECF No. 2482 | 2/1/20 – 1/31/21 | $16,432.25 | $0.00 | $16,432.25 | $0.00 |

**Summary of Hours Billed by Prime Clerk Employees During the Statement Period**

| Employee Name | Title | Total Hours | Rate | Total |
|---|---|---|---|---|
| Johnson, Craig | Director of Solicitation | 5.30 | $231.50 | $1,226.95 |
| Orchowski, Alex T | Director of Solicitation | 16.00 | $231.50 | $3,704.00 |
| Brunswick, Gabriel | Director | 0.80 | $214.90 | $171.92 |
| Faust, Georgia L | Director | 0.80 | $214.90 | $171.92 |
| Brown, Mark M | Solicitation Consultant | 3.80 | $209.40 | $795.72 |
| Jadonath, Anna | Solicitation Consultant | 7.00 | $209.40 | $1,465.80 |
| Liu, Calvin L | Solicitation Consultant | 3.50 | $209.40 | $732.90 |
| Mackey, Tessa Rose Lord | Solicitation Consultant | 21.80 | $209.40 | $4,564.92 |

3

| | | | | |
|---|---|---|---|---|
| Steinberg, Zachary | Solicitation Consultant | 29.00 | $209.40 | $6,072.60 |
| Vyskocil, Ryan J | Solicitation Consultant | 56.50 | $209.40 | $11,831.10 |
| Haidopoulos, Vicky S | Consultant | 0.30 | $165.30 | $49.59 |
| | **TOTAL** | **144.80** | | **$30,787.42**[3] |
| | **BLENDED RATE** | | **$212.62** | |

**Summary of Fees Billed by Subject Matter During the Statement Period**

| Matter Description | Total Hours | Total |
|---|---|---|
| Call Center / Credit Inquiry | 7.20 | $1,543.05 |
| Retention / Fee Application | 0.80 | $171.92 |
| Solicitation | 136.80 | $29,072.45 |
| **TOTAL** | **144.80** | **$30,787.42**[4] |

**Summary of Expenses Incurred by Prime Clerk Employee During the Statement Period**

| Description | Total |
|---|---|
| Telephonic Hearing | $70.00 |
| **TOTAL** | **$70.00** |

*[Remainder of page intentionally left blank]*

---

[3,4] This amount has been discounted to $27,708.68 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $191.36.

**Jurisdiction**

1. The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference of the United States District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The predicates for the relief requested herein are sections 327, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and the Local Bankruptcy Rules.

**Background**

2. On September 15 and September 16, 2019 (together, the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code. The Debtors continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code. Joint administration of the Debtors' cases was authorized by the Court by entry of an order on September 18, 2019. On September 27, 2019, the Office of the United States Trustee for the Southern District of New York appointed an Official Committee of Unsecured Creditors to serve in these chapter 11 cases.

**Retention of Prime Clerk**

3. On November 21, 2019, the Court entered the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 531] (the "**Administrative Advisor Order**"), which authorized the Debtors to employ and retain Prime Clerk as administrative advisor *nunc pro tunc* to the Petition Date.

**Relief Requested**

4.     Prime Clerk submits this Statement in accordance with the Compensation Order. All services for which Prime Clerk requests compensation were performed for, or on behalf of, the Debtors.

5.     Prime Clerk seeks (a) allowance of reasonable and necessary fees incurred during the Statement Period in the total amount of $27,708.68 and payment of $22,166.94, which represents 80% of the total amount, and (b) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $70.00.

6.     Prime Clerk maintains computerized records of the time spent by employees of Prime Clerk in connection with its role as administrative agent to the Debtors.  In that regard, **Exhibit A**: (a) identifies the employee that rendered services in each task category; (b) describes each service such employee performed; (c) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing services; and (d) as applicable, sets forth the type of expenses incurred.  **Exhibit B** hereto sets forth the type of expenses incurred by each Prime Clerk employee during the Statement Period, if any.  In addition, Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its employees and cover routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned and are subject to periodic adjustments to reflect economic and other conditions.

7.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the rates charged for such services, (d) the nature and extent of the services rendered, (e) the value of such services and (f) the costs of comparable services other than in a case under this title.

## Notice

8. Pursuant to the Compensation Order, this Statement will be served upon the Notice Parties (as defined in the Compensation Order). Prime Clerk submits, in light of the relief requested, no other or further notice is necessary.

## Conclusion

9. WHEREFORE, pursuant to the Compensation Order, Prime Clerk respectfully requests (i) allowance of reasonable and necessary fees for the Statement Period in the total amount of $27,708.68 and payment of $22,166.94, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $70.00.

Dated: June 30, 2021
      New York, New York        Prime Clerk LLC

                                                */s/ Shira D. Weiner*
                                                Shira D. Weiner
                                                General Counsel
                                                One Grand Central Place
                                                60 East 42nd Street, Suite 1440
                                                New York, NY 10165
                                                Telephone: (212) 257-5450
                                                Email: sweiner@primeclerk.com

                                                *Administrative Advisor to the Debtors*

## Exhibit A

**Fee Detail**



**Hourly Fees by Employee through May 2021**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| VSH | Haidopoulos, Vicky S | CO - Consultant | 0.30 | $165.30 | $49.59 |
| MMB | Brown, Mark M | SA - Solicitation Consultant | 3.80 | $209.40 | $795.72 |
| AJAD | Jadonath, Anna | SA - Solicitation Consultant | 7.00 | $209.40 | $1,465.80 |
| CLL | Liu, Calvin L | SA - Solicitation Consultant | 3.50 | $209.40 | $732.90 |
| TRLM | Mackey, Tessa Rose Lord | SA - Solicitation Consultant | 21.80 | $209.40 | $4,564.92 |
| ZS | Steinberg, Zachary | SA - Solicitation Consultant | 29.00 | $209.40 | $6,072.60 |
| RJV | Vyskocil, Ryan J | SA - Solicitation Consultant | 56.50 | $209.40 | $11,831.10 |
| GB | Brunswick, Gabriel | DI - Director | 0.80 | $214.90 | $171.92 |
| GLF | Faust, Georgia L | DI - Director | 0.80 | $214.90 | $171.92 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 5.30 | $231.50 | $1,226.95 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 16.00 | $231.50 | $3,704.00 |
| | | **TOTAL:** | **144.80** | | **$30,787.42** |

**Hourly Fees by Task Code through May 2021**

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| INQR | Call Center / Credit Inquiry | 7.20 | $1,543.05 |
| RETN | Retention / Fee Application | 0.80 | $171.92 |
| SOLI | Solicitation | 136.80 | $29,072.45 |
| | **TOTAL:** | **144.80** | **$30,787.42** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 05/03/21 | CJ | DS | Coordinate with M. Brown (Prime Clerk) re template solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.20 |
| 05/03/21 | MMB | SA | Compile example FAQs and forward to C. Johnson (Prime Clerk) | Call Center / Credit Inquiry | 1.90 |
| 05/03/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 1.50 |
| 05/03/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 4.00 |
| 05/04/21 | CJ | DS | Coordinate draft solicitation and tabulation FAQs with R. Posner (Teneo) | Call Center / Credit Inquiry | 0.50 |
| 05/04/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 1.00 |
| 05/05/21 | ATO | DS | Confer with C. Johnson and R. Vyskocil (Prime Clerk) re outstanding items on solicitation and tabulation task list | Solicitation | 0.60 |
| 05/05/21 | CJ | DS | Confer with A. Orchowski and R. Vyskocil (Prime Clerk) re various outstanding items on solicitation and tabulation task list | Solicitation | 0.60 |
| 05/05/21 | MMB | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.40 |
| 05/05/21 | RJV | SA | Review and respond to inquiry from D. Consla (DPW) related to upcoming solicitation parameters | Solicitation | 0.50 |
| 05/05/21 | RJV | SA | Confer with A. Orchowski and C. Johnson (Prime Clerk) re outstanding items on solicitation and tabulation task list | Solicitation | 0.60 |
| 05/05/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 2.50 |
| 05/06/21 | CJ | DS | Confer with R. Vyskocil (Prime Clerk) re solicitation and tabulation preparations | Solicitation | 0.30 |
| 05/06/21 | RJV | SA | Review solicitation documents for purposes of plan-classing of creditor database | Solicitation | 0.50 |
| 05/06/21 | RJV | SA | Review and respond to inquiry from D. Consla (DPW) related to updated solicitation timeline | Solicitation | 0.70 |
| 05/06/21 | RJV | SA | Confer with C. Johnson (Prime Clerk) re solicitation and tabulation preparations | Solicitation | 0.30 |
| 05/06/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 2.50 |
| 05/07/21 | ATO | DS | Coordinate with C. Johnson and R. Vyskocil (Prime Clerk) re proposed plan classed creditor database | Solicitation | 0.40 |
| 05/07/21 | CJ | DS | Coordinate with A. Orchowski and R. Vyskocil (Prime Clerk) re proposed plan classed creditor database | Solicitation | 0.40 |
| 05/07/21 | RJV | SA | Review solicitation documents for purposes of plan-classing of creditor database | Solicitation | 0.50 |

| Date | Initials | Role | Description | Category | Hours |
|---|---|---|---|---|---|
| 05/07/21 | RJV | SA | Confer with A. Orchowski and R. Johnson (Prime Clerk) re proposed plan classed creditor database | Solicitation | 0.40 |
| 05/07/21 | RJV | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.30 |
| 05/07/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 2.50 |
| 05/10/21 | ATO | DS | Prepare plan class reports for upcoming solicitation purposes | Solicitation | 2.80 |
| 05/10/21 | CJ | DS | Confer with A. Orchowski and R. Vyskocil (Prime Clerk) re outstanding solicitation task list and timetable and plan class report | Solicitation | 0.50 |
| 05/10/21 | RJV | SA | Review solicitation documents for purposes of plan-classing of creditor database | Solicitation | 1.00 |
| 05/10/21 | RJV | SA | Confer with A. Orchowski and C. Johnson (Prime Clerk) re outstanding solicitation task list and timetable and plan class report | Solicitation | 0.50 |
| 05/10/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 6.00 |
| 05/11/21 | AJAD | SA | Review and analyze incoming law firm directive forms | Solicitation | 0.80 |
| 05/11/21 | ATO | DS | Prepare plan class reports for upcoming solicitation mailing | Solicitation | 1.80 |
| 05/11/21 | CJ | DS | Confer with R. Vyskocil (Prime Clerk) re solicitation and tabulation of law firms' clients | Solicitation | 0.30 |
| 05/11/21 | RJV | SA | Confer with C. Johnson (Prime Clerk) re solicitation and tabulation of law firms' clients | Solicitation | 0.30 |
| 05/11/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 1.40 |
| 05/11/21 | ZS | SA | Confer and coordinate with R. Vyskocil (Prime Clerk) re upcoming solicitation timeline | Solicitation | 0.30 |
| 05/12/21 | ATO | DS | Prepare plan class reports for upcoming solicitation mailing | Solicitation | 0.90 |
| 05/12/21 | CJ | DS | Coordinate with R. Vyskocil (Prime Clerk) re reconciliation e-mails to law firms pertaining to client lists for voting purposes | Solicitation | 0.20 |
| 05/12/21 | CJ | DS | Confer with A. Orchowski and R. Vyskocil (Prime Clerk) re outstanding solicitation task list and timetable and plan class report | Solicitation | 0.30 |
| 05/12/21 | CJ | DS | Meet and confer with A. Orchowski, R. Vyskocil, A. Jadonath, T. Mackey, Z. Steinberg (Prime Clerk) re outstanding solicitation task list and timetable | Solicitation | 0.40 |
| 05/12/21 | RJV | SA | Confer with A. Orchowski, C. Johnson, A. Jadonath and Z. Steinberg (Prime Clerk) re outstanding solicitation task list and timetable | Solicitation | 0.40 |
| 05/12/21 | RJV | SA | Confer with A. Orchowski and C. Johnson (Prime Clerk) re outstanding solicitation task list and timetable and plan class report | Solicitation | 0.30 |
| 05/12/21 | RJV | SA | Coordinate with R. Vyskocil (Prime Clerk) re reconciliation e-mails to law firms pertaining to client lists for upcoming voting purposes | Solicitation | 0.20 |

| Date | Initials | Level | Description | Category | Hours |
|---|---|---|---|---|---|
| 05/12/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 3.00 |
| 05/12/21 | TRLM | SA | Confer and coordinate with R. Vyskocil (Prime Clerk) re solicitation preparation | Solicitation | 0.50 |
| 05/12/21 | ZS | SA | Confer and coordinate with R. Vyskocil (Prime Clerk) re upcoming plans for solicitation | Solicitation | 0.50 |
| 05/13/21 | AJAD | SA | Review and analyze incoming law firm directive forms | Solicitation | 1.00 |
| 05/13/21 | CJ | DS | Manage receipt and incorporation of comments from DPW re plan class report | Solicitation | 0.50 |
| 05/13/21 | MMB | SA | Quality assurance review and edit of draft law firm email re solicitation directive notice and procedures | Solicitation | 0.40 |
| 05/13/21 | TRLM | SA | Confer and coordinate with Z. Steinberg (Prime Clerk) re email outreach | Solicitation | 0.40 |
| 05/13/21 | TRLM | SA | Review email re claim number outreach from C. Johnson (Prime Clerk) | Solicitation | 0.50 |
| 05/13/21 | ZS | SA | Confer and coordinate with T. Mackey (Prime Clerk) re organization of out of scope outreach email correspondence | Solicitation | 0.40 |
| 05/14/21 | AJAD | SA | Review and analyze incoming law firm directive forms | Solicitation | 1.00 |
| 05/14/21 | ATO | DS | Prepare plan class reports for upcoming solicitation mailing | Solicitation | 1.00 |
| 05/14/21 | TRLM | SA | Confer and coordinate with Z. Steinberg (Prime Clerk) re claim number outreach | Solicitation | 0.50 |
| 05/14/21 | ZS | SA | Confer and coordinate with T. Mackey (Prime Clerk) re organization of out of scope outreach email correspondence | Solicitation | 0.50 |
| 05/17/21 | ATO | DS | Prepare plan class reports for upcoming solicitation mailing | Solicitation | 0.80 |
| 05/17/21 | ATO | DS | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 0.40 |
| 05/17/21 | RJV | SA | Confer and coordinate with A. Jadonath, Z. Steinberg, T. Mackey and A. Orchowski (Prime Clerk) re upcoming solicitation work flows | Solicitation | 0.50 |
| 05/17/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 1.50 |
| 05/17/21 | TRLM | SA | Confer and coordinate with R. Vyskocil, Z. Steinberg and A. Jadonath (Prime Clerk) re solicitation work flows | Solicitation | 0.50 |
| 05/18/21 | ATO | DS | Prepare plan class reports for upcoming solicitation mailing | Solicitation | 0.70 |
| 05/18/21 | CLL | SA | Quality assurance review of incoming solicitation directives | Solicitation | 0.90 |
| 05/18/21 | GB | DI | Draft monthly fee statement | Retention / Fee Application | 0.30 |
| 05/18/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 2.00 |
| 05/18/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 0.50 |
| 05/19/21 | GLF | DI | Confer with K. Brountzas, G. Faust, R. Stitt and R. Vyskocil (Prime Clerk) re FAQs for noticing-related inquiries | Call Center / Credit Inquiry | 0.50 |
| 05/19/21 | RJV | SA | Confer and coordinate with A. Orchowski, A. Jadonath, Z. Steinberg and T. Mackey (Prime Clerk) re solicitation work | Solicitation | 0.40 |

| Date | Initials | Code | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | flows | | |
| 05/19/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 0.50 |
| 05/19/21 | RJV | SA | Review and respond to inquiry from D. Consla (DPW) related to revised solicitation timeline | Solicitation | 1.50 |
| 05/19/21 | TRLM | SA | Compile and provide details in relation to inquiry and ballot request flow chart | Solicitation | 3.50 |
| 05/19/21 | TRLM | SA | Confer and coordinate with R. Vyskocil, Z. Steinberg and A. Jadonath (Prime Clerk) re solicitation tasks | Solicitation | 0.50 |
| 05/19/21 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 05/19/21 | ZS | SA | Draft email service for upcoming master ballot service | Solicitation | 6.00 |
| 05/19/21 | ZS | SA | Confer and coordinate with R. Vyskocil (Prime Clerk) re upcoming solicitation | Solicitation | 0.50 |
| 05/20/21 | ATO | DS | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 0.30 |
| 05/20/21 | CLL | SA | Confer and coordinate with R. Vyskocil, Z. Steinberg, T. Mackey and A. Jadonath (Prime Clerk) re master ballot tracker | Solicitation | 0.60 |
| 05/20/21 | CLL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 05/20/21 | GB | DI | Telephonically attend hearing on interim fee application | Retention / Fee Application | 0.50 |
| 05/20/21 | RJV | SA | Confer and coordinate with C. Liu, A. Jadonath, Z. Steinberg and T. Mackey (Prime Clerk) re creation of master ballot tracker | Solicitation | 0.70 |
| 05/20/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 0.30 |
| 05/20/21 | TRLM | SA | Compile and provide details in relation to inquiries and ballot request work flow | Solicitation | 3.00 |
| 05/20/21 | TRLM | SA | Create master ballot form tracker | Solicitation | 2.50 |
| 05/20/21 | TRLM | SA | Confer and coordinate with R. Vyskocil, C. Liu, Z. Steinberg and A. Jadonath (Prime Clerk) re solicitation preparation | Solicitation | 0.60 |
| 05/20/21 | ZS | SA | Prepare master ballot draft email for upcoming solicitation | Solicitation | 0.40 |
| 05/20/21 | ZS | SA | Create and test master ballot tracker for upcoming solicitation | Solicitation | 2.00 |
| 05/20/21 | ZS | SA | Confer and coordinate with T. Mackey (Prime Clerk) re inquiry responses, flow chart, for upcoming solicitation | Solicitation | 1.60 |
| 05/21/21 | AJAD | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 1.50 |
| 05/21/21 | RJV | SA | Confer and coordinate with A. Orchowski, A. Jadonath, Z. Steinberg and T. Mackey (Prime Clerk) re review of solicitation imports | Solicitation | 0.50 |
| 05/21/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 0.80 |
| 05/21/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / | 0.50 |

| Date | Initials | Level | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | | Credit Inquiry | |
| 05/21/21 | TRLM | SA | Compile and provide details in relation to inquiries and ballot request flow charts | Solicitation | 1.40 |
| 05/21/21 | TRLM | SA | Confer and coordinate with R. Vsykocil, A. Jadonath and Z. Steinberg (Prime Clerk) re solicitation imports | Solicitation | 0.40 |
| 05/21/21 | TRLM | SA | Update master ballot form tracker | Solicitation | 2.00 |
| 05/21/21 | ZS | SA | Quality assurance review of flash drive solicitation documents | Solicitation | 0.30 |
| 05/21/21 | ZS | SA | Review solicitation flow chart for upcoming solicitation inquiries | Solicitation | 0.80 |
| 05/21/21 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.50 |
| 05/21/21 | ZS | SA | Confer and coordinate with R. Vyskocil (Prime Clerk) re solicitation preparations | Solicitation | 0.50 |
| 05/21/21 | ZS | SA | Update master ballot tracker with revisions for upcoming solicitation | Solicitation | 2.00 |
| 05/24/21 | AJAD | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 1.20 |
| 05/24/21 | ATO | DS | Review responses to inquiries from Dylan Consla (Davis Polk) related to solicitation | Solicitation | 0.40 |
| 05/24/21 | ATO | DS | Prepare plan class reports for upcoming solicitation mailing | Solicitation | 1.90 |
| 05/24/21 | CJ | DS | Confer and coordinate with R. Vyskocil (Prime Clerk) re revised plan classifications | Solicitation | 0.20 |
| 05/24/21 | CJ | DS | Review and revise e-mail to D. Consla (DPW) re materials needed to commence solicitation | Solicitation | 0.20 |
| 05/24/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.70 |
| 05/24/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 2.00 |
| 05/24/21 | RJV | SA | Confer and coordinate with C. Johnson (Prime Clerk) re revised plan classifications | Solicitation | 0.20 |
| 05/24/21 | TRLM | SA | Review and analyze updated solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 4.80 |
| 05/24/21 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 3.80 |
| 05/25/21 | ATO | DS | Prepare plan class reports for upcoming solicitation mailing | Solicitation | 1.30 |
| 05/25/21 | RJV | SA | Review solicitation documents for purposes of plan-classing of creditor database | Solicitation | 1.00 |
| 05/25/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 1.50 |
| 05/25/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.50 |
| 05/25/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 0.30 |
| 05/25/21 | TRLM | SA | Confer and coordinate with R. Vyskocil, Z. Steinberg and A. | Solicitation | 0.20 |

| Date | | | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | Jadonath (Prime Clerk) re updated plan class report | | |
| 05/25/21 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 05/25/21 | ZS | SA | Confer and coordinate with R. Vyskocil (Prime Clerk) re timeline and preparation for upcoming solicitation | Solicitation | 0.40 |
| 05/26/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.50 |
| 05/26/21 | ATO | DS | Prepare plan class reports for upcoming solicitation purposes | Solicitation | 1.30 |
| 05/26/21 | CJ | DS | Coordinate with R. Vyskocil (Prime Clerk) re revised plan classing and customization of ballots and exhibits | Solicitation | 0.40 |
| 05/26/21 | CLL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 05/26/21 | MMB | SA | Confer and coordinate with R. Vyskocil (Prime Clerk) re Plan solicitation | Solicitation | 0.20 |
| 05/26/21 | RJV | SA | Confer and coordinate with A. Orchowski, A. Jadonath, Z. Steinberg, and T. Mackey (Prime Clerk) re updated to master ballot exhibits | Solicitation | 0.50 |
| 05/26/21 | RJV | SA | Coordinate with C. Johnson (Prime Clerk) re revised plan classing and customization of ballots and exhibits | Solicitation | 0.40 |
| 05/26/21 | TRLM | SA | Confer and coordinate with R. Vyskocil, Z. Steinberg and A. Jadonath (Prime Clerk) re solicitation imports and master ballot exhibits | Solicitation | 0.50 |
| 05/26/21 | ZS | SA | Prepare master ballots exhibits for upcoming master ballot emails | Solicitation | 4.00 |
| 05/26/21 | ZS | SA | Review and analyze solicitation imports to be implemented in upcoming solicitation | Solicitation | 1.50 |
| 05/27/21 | AJAD | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 1.50 |
| 05/27/21 | MMB | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.90 |
| 05/27/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 1.00 |
| 05/28/21 | ATO | DS | Prepare plan class reports for upcoming solicitation mailing | Solicitation | 0.60 |
| 05/28/21 | ATO | DS | Telephone conference call with G. Faust, K. Brountzas, C. Chan, V. Haidopoulos, R. Vyskocil and C. Johnson (Prime Clerk) re solicitation frequently asked questions | Call Center / Credit Inquiry | 0.30 |
| 05/28/21 | CJ | DS | Telephone conference call with G. Faust, K. Brountzas, C. Chan, V. Haidopoulos, R. Vyskocil, and A. Orchowski (Prime Clerk) re solicitation FAQs | Call Center / Credit Inquiry | 0.30 |
| 05/28/21 | GLF | DI | Telephone conference call with G. Faust, K. Brountzas, C. Chan, V. Haidopoulos, R. Vyskocil and A. Orchowski (Prime Clerk) re solicitation FAQs | Call Center / Credit Inquiry | 0.30 |
| 05/28/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 5.50 |
| 05/28/21 | RJV | SA | Telephone conference call with G. Faust, K. Brountzas, C. | Call Center / | 0.30 |

|  |  |  | Chan, V. Haidopoulos, R. Vyskocil and A. Orchowski (Prime Clerk) re solicitation FAQs | Credit Inquiry |  |
|---|---|---|---|---|---|
| 05/28/21 | VSH | CO | Telephone conference call with G. Faust, K. Brountzas, C. Chan, C. Johnson, R. Vyskocil and A. Orchowski (Prime Clerk) re solicitation FAQs | Call Center / Credit Inquiry | 0.30 |
|  |  |  |  | **Total Hours** | **144.80** |

## Expense Detail

| **Description** | **Units** | **Rate** | **Amount** |
|---|---|---|---|
| Telephonic Hearing |  |  | $70.00 |
|  |  | **Total Expenses** | **$70.00** |

**Exhibit B**

**Detail of Expenses Incurred by Prime Clerk Employees During the Statement Period**

| Employee Name | Date | Expense Type | Amount |
|---|---|---|---|
| Brunswick, Gabriel | 4/21/2021 | Telephonic Hearing | $70.00 |
| **TOTAL** | | | **$70.00** |