# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>Purdue Pharma L.P.</u>                                    <u>Case No. 19-23649</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>                      <u>CUSTOMER MARKETING GROUP</u>
Name of Transferee                                 Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): <u>N/A</u>
should be sent:                                     Amount of Claim: <u>USD$62,751.76</u>
                                                    Schedule # <u>1167599</u>
TRC MASTER FUND LLC                            Date Claim Filed: <u>N/A</u>
Attn: Terrel Ross                                   Phone: <u>(281) 734-1351</u>
PO Box 633                                          Last four digits of Acct.#:  <u>N/A</u>
Woodmere, NY 11598

                                                    Name and Current Address of Transferor:
Phone:  <u>516-255-1801</u>
Last four digits of Acct#:  <u>N/A</u>              CUSTOMER MARKETING GROUP
                                                    3601 S. Congress Ave. Suite D102
Name and address where transferee payments          Austin, TX 78704
should be sent (if different from above):

Phone:  <u>N/A</u>
Last four digits of Acct#:  <u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                          Date: June  30 ,2021
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 9F478EAE-D777-4D28-9E73-179FC2D35B89

## EVIDENCE OF TRANSFER OF CLAIM

<u>Exhibit A to Assignment of Claim</u>

TO:      United States Bankruptcy Court ("<u>Bankruptcy Court</u>")
         Southern District of New York
         Attention: Clerk

AND TO:  Avrio Health L.P.
         Case No 19- 19-23659 (the "Debtor"),
         (Jointly administered under Purdue Pharma L.P. Case No. 19-23649)

<u>Claim # N/A</u>

**Customer Marketing Group, Inc,** its successors, and assigns ("<u>Assignor</u>"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer, and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("<u>Assignee</u>"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of USD$62,751.76 ("<u>Claim</u>"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS <u>30th</u> DAY OF <u>June</u>, 2021.

ASSIGNOR: **Customer Marketing Group, Inc.**            ASSIGNEE: TRC MASTER FUND LLC

DocuSigned by:
*Stewart Russell Bishop*
(Signature) 393E14C3...                                 _____
                                                        (Signature)

 Stewart Russell Bishop                                  Terrel Ross
_____                         _____
(Print Name)                                            (Print Name)

 CEO & Chairman                                         Managing Member
_____                         _____
(Title)                                                  (Title)

## Prime Clerk

A KROLL BUSINESS

## Creditor Information - Schedule # 1167599

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| CUSTOMER MARKETING GROUP | Avrio Health L.P. | n/a |
| 3601 S. Congress Ave. Suite D102 | **Date Filed** | **Schedule Number** |
| Austin, TX 78704 | n/a | 1167599 |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | $62,751.76 | | | | $62,751.76 | Scheduled |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$62,751.76** | | | | **$62,751.76** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Avrio Health L.P.                                                     Case Number:  19-23659 (RDD)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**       List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with
     nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C U D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|

### Unpaid Prepetiton Trade Payables

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C U D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|
| 3.1 | 65 WEST 36 LLC<br>989 6TH AVE<br>NEW YORK, NY 10018 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $18,988 |
| 3.2 | ACLAIRO PHARMACEUTICAL DEVELOPMENT<br>PO BOX 11308<br>MC LEAN, VA 22102 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $43,521 |
| 3.3 | AMERICAN CLEANING INSTITUTE<br>1331 L STREET NW  STE 650<br>WASHINGTON, DC 20005 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $1,367 |
| 3.4 | BRICK CITY GREENHOUSE LLC<br>637 ELM ST<br>WESTFIELD, NJ 07090 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $6,500 |
| 3.5 | CONSUMER PRODUCT TESTING CO INC<br>70 NEW DUTCH LN<br>FAIRFIELD, NJ 07004-2514 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $4,273 |
| 3.6 | CONTRACT PHARMACAL CORP<br>135 ADAMS AVE<br>HAUPPAUGE, NY 11788-3633 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $271,788 |
| 3.7 | CORPORATE MAILINGS INC<br>14 HENDERSON DR<br>WEST CALDWELL, NJ 07006-6608 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $3,440 |
| 3.8 | CUSTOMER MARKETING GROUP<br>PO BOX 131621<br>THE WOODLANDS, TX 77393 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $62,752 |
| 3.9 | DIRAY MEDIA INC<br>372 DANBURY RD STE 205<br>WILTON, CT 06897 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $21,053 |
| 3.10 | DONALD J ENGLISH<br>2 LAURI DR<br>FLORHAM PARK, NJ 07932 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $2,784 |
| 3.11 | EXTREME REACH<br>75 SECOND AVE STE 720<br>NEEDHAM HEIGHTS, MA 02494 | UNKNOWN<br><br>ACCOUNT NO.:<br>NOT AVAILABLE | ☐ ☐ ☐ | | ☐ | $3,789 |