6/23/21

To the Honorable
Judge Drain

I am an inmate at Cedar Junction Walpole, a state prison in Massachusettes. And Ive been involved with the Purdue Pharma case through a lawsuit I filed Pro Se'

FILED
U.S. BANKRUPTCY COURT
2021 JUN 29 P 3: 09
S.D. OF N.Y.

Now the voting is under time constraints and the police here (CO's) are not giving me access to the courts.

I have legal mail coming in from Prime Clerk for my case and these officers mark it contraband so I have no other avenue to know whats going on. they are violating my Rights? Correct?

Im gonna lose out on my case.

CAN YOU Please ORder the Superintendant DeMOURA to Let me veiw my LegAl MAil. PleAse.

ThANK YOU

Thomas I Hickey W114278
MCI cedAR Junction
P.O. BOX 100
S, WAlpole, MA
02071

[illegible]

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
# DISAPPROVED CORRESPONDENCE/PUBLICATION AND CONTRABAND NOTICE TO INMATE

**Intended Recipient**

| Name of Recipient | Inmate Number (if applicable) | Institution |
|---|---|---|
| Thomas Hickey | W114278 | MCI Cedar Junction |
| **Address - Street or P.O. Box** | **City** | **State and Zip Code** |
| | | |

**Sender**

| Name of Sender | Material Sent (name and date of correspondence/publication) | Institution (if applicable) |
|---|---|---|
| PFS Processing Check LLC | | |
| **Address - Street or P.O. Box** | **City** | **State and Zip Code** |
| One Grand Central Place 60 East 42nd St Suite 4600 | New York | NY 10165 |

**Non-Delivery Information**

| Date Item Postmarked or Date Item Received | Item Rejected for Delivery (letter, package, magazine, book, etc.) |
|---|---|
| 06/21/2021 | [illegible] |

**<u>Reason(s) for Disapproval/Non-Delivery</u>**

Item(s) fall as a whole or in significant part into any one of the following categories:

________ Transmittal of plans for, or the introduction of, contraband into the prison
________ Plans for criminal activity or any activity which violates any departmental or institutional rule, regulation, order or policy
________ Written in code
________ Threatening or harassing correspondence including the sending of sexually explicit material to unwilling recipients
________ Correspondence containing unsanitary or hazardous material (i.e., feces, insects, dirt, debris)
________ Extortion demands
________ Sending cash, drugs, jewelry or other contraband outside the prison
________ The recipient has previously requested not to receive correspondence from the inmate pursuant to 103 CMR 481
________ Improper or no return address
________ Depicts or describes procedures for the construction of weapons, ammunition, bombs, or incendiary devices
________ Depicts, describes or encourages methods of escape from correctional facilities or contains blueprints, drawings or similar descriptions of any correctional institution within the Commonwealth.
________ Depicts or describes procedures for the brewing of alcoholic beverage(s), or the manufacture of drugs
________ Depicts, describes or encourages activities that may lead to the use of physical violence or group disruption
________ Encourages or instructs in the commission of criminal activity
________ Sexually explicit material or material that features nudity. *Per 103 CMR 481.15(3)(c) it is the Deputy Superintendent's decision as to whether or not a publication should be excluded.
___✓___ Item(s) not authorized by 103 CMR 403, Inmate Property Policy.

| Signature of Institution Staff Member | Date Signed |
|---|---|
| [signature] | 06/21/2021 |

**** IMPORTANT ** PLEASE NOTE: IF YOU DISPUTE THIS DECISION, YOU HAVE THE RIGHT TO APPEAL TO THE SUPERINTENDENT BY SUBMISSION OF A WRITTEN APPEAL WITHIN 7 DAYS OF RECEIPT OF THIS NOTICE.**

THIS ALSO SERVES AS YOUR INITIAL CONTRABAND NOTIFICATION UNDER 103 CMR 403.14 FOR THE ABOVE REFERENCED ITEM(S). PLEASE ADVISE THE INSTITUTION PROPERTY OFFICER OF YOUR CHOSEN METHOD OF DISPOSAL.

Distribution: Original - Deputy Superintendent Copy - Property Officer Copy - Inmate

Thomas Hickey W114278
MCI Cedar Junction
P.O. Box 100
S. Walpole, MA
02071

BOSTON MA 021
26 JUN 2021 PM 3 L

(Judge Drain)
United States
Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

USBC SDNY

PURPLE HEART FOREVER USA

10601-414000

This Correspondence is forwarded from a
Massachusetts Correctional Institution. The contents
may not have been evaluated and the Department of
Correction is not responsible for the substance or
content of the enclosed material. If you have received
unwanted correspondence from this inmate, call
1-866-684-2846 to stop future correspondence.