CASE#
19-23649 (RDD)

6/23/21

I Theresa Willis do not agree with not charging all parties my answer is NO we should be paid through the bankruptcy. I loss my children behind the opiod use.

I deserve to be compensated. I AM permanently disable

I deserve funds and these personal companies need to pay all claims everybody involved.

Theresa Will
160 Emporiall Loop
McDonough GA 30253

RECEIVED
JUN 30 2021
U.S. BANKRUPTCY COURT, SDNY