UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**MONTHLY FEE STATEMENT OF CORNERSTONE
RESEARCH FOR COMPENSATION FOR SERVICES
RENDERED AS CONSULTANT TO THE DEBTORS FOR
THE PERIOD FROM
MAY 1, 2021 THROUGH MAY 31, 2021**

| Name of Applicant | Cornerstone Research |
|---|---|
| Applicant's Role in Case | Consultant to Purdue Pharma L.P., *et al.*, |
| Date Order of Employment Signed | June 11, 2020 |
| Period for which compensation and reimbursement is sought | May 1, 2021 through May 31, 2021 |

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $122,897.20 (80% of $153,621.50) |
| Total reimbursement requested in this statement | $0.00 |
| Total compensation and reimbursement requested in this statement | $122,897.20 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

> **This is a(n):**   X  Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Cornerstone Research as Consultants for the Debtors Nunc Pro Tunc to January 14, 2020* [ECF No. 1255] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Cornerstone Research, consultant for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Fee Statement of Cornerstone Research for Services Rendered as Consultant to the Debtor for the Period from May 1, 2021 Through May 31, 2021* (this "**Fee Statement**").[2] By this Fee Statement, Cornerstone Research seeks compensation in the amount of **$122,897.20** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$153,621.50**).

---

[2] The period from May 1, 2021 through and including May 31, 2021, is referred to herein as the "**Fee Period**."

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Cornerstone Research consultants and litigation support staff during the Fee Period with respect to each project category. As reflected in **Exhibit A**, Cornerstone Research incurred **$153,621.50** in fees during the Fee Period. Pursuant to this Fee Statement, Cornerstone Research seeks reimbursement for 80% of such fees, totaling **$122,897.20.**

2. Attached hereto as **Exhibit B** is a chart of Cornerstone Research staff, including the standard hourly rate for each consultant and litigation support staff member who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each individual. The blended hourly billing rate of consultants for all services provided during the Fee Period is $589.72.[3]

3. Attached hereto as **Exhibit C** are the time records of Cornerstone Research for The Fee Period organized by month and project category with a daily time log describing the time spent by each consultant during Fee Period.

**Notice**

4. The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

---

[3] The blended hourly billing rate of $589.72 for consultants is derived by dividing the total fees for consultants of $153,621.50 by the total hours of 260.50.

WHEREFORE, Cornerstone Research, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of **$122,897.20** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$153,621.50**)**.**

Dated:  July 1, 2021
        Boston, Massachusetts

                              CORNERSTONE RESEARCH

                              By:  */s/ Sally Woodhouse*

                              699 Boylston Street
                              Boston, Massachusetts 02116
                              Telephone: (617) 927-3000
                              Facsimile: (617) 927-3100

## Exhibit A

### Fees By Project Category

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Preparation of Fee Statements | 2.60 | $ 1,729.00 |
| Claims Valuation | 257.90 | $ 151,892.50 |
| **Total** | 260.50 | $ 153,621.50 |

**Exhibit B**

**Professional and Paraprofessional Fees**

| Individual | Title | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Professional Fees** | | | | |
| Woodhouse, Sally | Senior Vice President | $ 875.00 | 11.10 | $ 9,712.50 |
| Haque, Rezwan | Senior Manager | $ 665.00 | 73.70 | $ 49,010.50 |
| Lee, James | Senior Manager | $ 665.00 | 11.50 | $ 7,647.50 |
| Abraham, Sarah M. | Manager | $ 625.00 | 39.90 | $ 24,937.50 |
| Guo, Fang | Manager | $ 625.00 | 47.80 | $ 29,875.00 |
| Yanguas, Maria Lucia | Associate | $ 560.00 | 2.90 | $ 1,624.00 |
| Popov, Anton | Associate | $ 510.00 | 26.80 | $ 13,668.00 |
| King, Kyla M. | Research Associate | $ 420.00 | 11.50 | $ 4,830.00 |
| Delsman, Benjamin P. | Analyst | $ 355.00 | 10.30 | $ 3,656.50 |
| Miller, Robert M. | Analyst | $ 355.00 | 16.40 | $ 5,822.00 |
| Bazak, Eric R. | Analyst | $ 330.00 | 8.60 | $ 2,838.00 |
| | | ***Total*** | **260.50** | **$ 153,621.50** |

## Exhibit C

## Time Detail by Project Category and Month

**Project Category: Preparation of Fee Statements**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Haque, Rezwan | 5/6/2021 | 1.2 | Reviewed time narratives for monthly fee statement. |
| Lee, James | 5/6/2021 | 0.1 | Reviewed April fee statement. |
| Haque, Rezwan | 5/21/2021 | 0.7 | Reviewed monthly fee statement. |
| Haque, Rezwan | 5/25/2021 | 0.3 | Reviewed monthly fee statement. |
| Haque, Rezwan | 5/26/2021 | 0.1 | Corresponded with counsel regarding monthly fee statement. |
| Haque, Rezwan | 5/27/2021 | 0.2 | Finalized monthly fee statement. |

**Total    2.6**

**Project Category: Claims Valuation**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Abraham, Sarah M. | 5/3/2021 | 2.0 | Outlined potential expert report for personal injury claims analyses. |
| Lee, James | 5/3/2021 | 0.8 | Reviewed draft expert report outline for personal injury claims valuations. |
| Abraham, Sarah M. | 5/4/2021 | 0.6 | Assisted with potential personal injury claims expert report outline. |
| Lee, James | 5/4/2021 | 0.4 | Reviewed draft expert report for personal injury claimants. |
| Yanguas, Maria Lucia | 5/4/2021 | 0.5 | Reviewed draft personal injury report outline. |
| Abraham, Sarah M. | 5/5/2021 | 0.3 | Assisted with potential personal injury claims expert report outline. |
| Lee, James | 5/5/2021 | 0.5 | Reviewed draft expert report regarding personal injury claims data valuation. |

7

| | | | |
|---|---|---|---|
| Woodhouse, Sally | 5/5/2021 | 0.2 | Reviewed outline of potential topics to cover in personal injury focused expert report. |
| Abraham, Sarah M. | 5/6/2021 | 0.6 | Shared potential outline for personal injury expert report with counsel. |
| Abraham, Sarah M. | 5/7/2021 | 0.7 | Reviewed trust distribution procedures for multiple claimant groups. |
| Abraham, Sarah M. | 5/7/2021 | 0.7 | Call with counsel regarding claims valuation. |
| Abraham, Sarah M. | 5/7/2021 | 0.9 | Discussed claims valuation with team. |
| Guo, Fang | 5/7/2021 | 0.7 | Call with counsel regarding affirmative report. |
| Guo, Fang | 5/7/2021 | 0.9 | Discussed claims valuation analyses with team. |
| Guo, Fang | 5/7/2021 | 2.7 | Reviewed trust distribution procedures. |
| Haque, Rezwan | 5/7/2021 | 0.4 | Reviewed trust distribution procedures. |
| Haque, Rezwan | 5/7/2021 | 0.7 | Call with counsel to discuss hospital claims valuation. |
| Haque, Rezwan | 5/7/2021 | 0.9 | Discussed claims valuation analyses with team. |
| King, Kyla M. | 5/7/2021 | 4.0 | Reviewed and summarized supplement to state and municipal claims allocation document. |
| Lee, James | 5/7/2021 | 0.2 | Reviewed documents received from counsel. |
| Lee, James | 5/7/2021 | 0.5 | Planned next steps for team regarding claims valuation. |
| Lee, James | 5/7/2021 | 0.7 | Call with counsel to discuss personal injury claims valuation. |
| Lee, James | 5/7/2021 | 0.9 | Discussed claims valuation analyses with team. |
| Popov, Anton | 5/7/2021 | 0.9 | Discussed claims valuation analyses with team. |
| Woodhouse, Sally | 5/7/2021 | 0.7 | Phone call with counsel regarding potential affirmative reports. |
| Woodhouse, Sally | 5/7/2021 | 0.9 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 5/7/2021 | 0.9 | Discussed claims valuation analyses with team. |
| Haque, Rezwan | 5/10/2021 | 1.2 | Reviewed hospital trust distribution procedures. |
| King, Kyla M. | 5/10/2021 | 2.5 | Reviewed supplement to state and municipal claims allocation document. |
| King, Kyla M. | 5/10/2021 | 2.7 | Prepared summary of claims allocation. |
| Popov, Anton | 5/10/2021 | 0.9 | Reviewed hospital trust distribution procedures. |
| Bazak, Eric R. | 5/11/2021 | 0.6 | Reviewed claims valuation analyses. |

8

| Name | Date | Hours | Description |
|---|---|---|---|
| Haque, Rezwan | 5/11/2021 | 0.7 | Reviewed hospital trust distribution procedures. |
| Popov, Anton | 5/11/2021 | 0.6 | Reviewed hospital trust distribution procedures. |
| Bazak, Eric R. | 5/12/2021 | 1.3 | Reviewed potential data sources for expert report. |
| Guo, Fang | 5/12/2021 | 1.8 | Prepared summary of trust distribution procedures. |
| Haque, Rezwan | 5/12/2021 | 0.8 | Reviewed hospital claims valuation analyses. |
| Haque, Rezwan | 5/12/2021 | 1.3 | Reviewed and summarized hospital trust distribution procedures. |
| King, Kyla M. | 5/12/2021 | 1.9 | Reviewed and summarized supplement to state and municipal claims allocation document. |
| Abraham, Sarah M. | 5/13/2021 | 3.5 | Reviewed trust distribution procedures for third-party payor and personal injury claimants. |
| Bazak, Eric R. | 5/13/2021 | 3.6 | Reviewed potential data sources for expert report. |
| Guo, Fang | 5/13/2021 | 2.4 | Reviewed trust distribution procedures for public entities. |
| Haque, Rezwan | 5/13/2021 | 1.8 | Planned analysis of hospital trust distribution procedures. |
| Lee, James | 5/13/2021 | 1.0 | Reviewed claims valuation analyses. |
| Lee, James | 5/13/2021 | 1.9 | Reviewed and edited summary of trust distribution procedures. |
| Woodhouse, Sally | 5/13/2021 | 1.2 | Reviewed proposed trust distribution procedures for different claimant groups. |
| Abraham, Sarah M. | 5/14/2021 | 0.7 | Communicated case updates to team. |
| Abraham, Sarah M. | 5/14/2021 | 0.9 | Call with counsel regarding scope of expert reports. |
| Guo, Fang | 5/14/2021 | 0.7 | Discussed claims valuation analyses with team. |
| Guo, Fang | 5/14/2021 | 0.9 | Call with counsel to discuss affirmative expert report. |
| Guo, Fang | 5/14/2021 | 1.2 | Reviewed previous expert reports for abatement cost analysis. |
| Haque, Rezwan | 5/14/2021 | 0.3 | Coordinated follow up research. |
| Haque, Rezwan | 5/14/2021 | 0.5 | Discussed claims valuation analyses with team. |
| Haque, Rezwan | 5/14/2021 | 0.9 | Call with counsel to discuss claims valuation estimates. |
| Lee, James | 5/14/2021 | 0.9 | Attended call with counsel to discuss claims valuation estimates. |

| Name | Date | Hours | Description |
|---|---|---|---|
| Lee, James | 5/14/2021 | 1.2 | Prepared materials for call with counsel regarding claims valuation estimates. |
| Popov, Anton | 5/14/2021 | 0.7 | Discussed claims valuation analyses with team. |
| Woodhouse, Sally | 5/14/2021 | 0.5 | Discussed affirmative report with team members. |
| Woodhouse, Sally | 5/14/2021 | 0.9 | Phone call with counsel to discuss affirmative report. |
| Yanguas, Maria Lucia | 5/14/2021 | 0.5 | Discussed claims valuation analyses with team. |
| Guo, Fang | 5/17/2021 | 2.7 | Worked on draft report outline. |
| Haque, Rezwan | 5/17/2021 | 1.2 | Assisted expert with draft outline. |
| Popov, Anton | 5/17/2021 | 0.7 | Reviewed literature on abatement programs. |
| Delsman, Benjamin P. | 5/18/2021 | 2.2 | Reviewed literature on public health spending. |
| Guo, Fang | 5/18/2021 | 0.4 | Call with expert to discuss affirmative report. |
| Guo, Fang | 5/18/2021 | 2.4 | Worked on draft expert report outline. |
| Haque, Rezwan | 5/18/2021 | 0.4 | Call with expert to discuss trust distribution procedures. |
| Haque, Rezwan | 5/18/2021 | 3.3 | Reviewed academic literature on public health programs. |
| Miller, Robert M. | 5/18/2021 | 1.1 | Conducted academic literature review. |
| Popov, Anton | 5/18/2021 | 1.0 | Prepared summary of academic literature. |
| Popov, Anton | 5/18/2021 | 3.5 | Compiled literature on abatement programs. |
| Woodhouse, Sally | 5/18/2021 | 0.4 | Phone call with expert to discuss affirmative report. |
| Delsman, Benjamin P. | 5/19/2021 | 0.9 | Reviewed academic literature on opioid abatement policies. |
| Haque, Rezwan | 5/19/2021 | 2.4 | Reviewed academic literature on opioid abatement programs. |
| Miller, Robert M. | 5/19/2021 | 3.3 | Conducted academic literature review. |
| Abraham, Sarah M. | 5/20/2021 | 0.5 | Reviewed academic literature. |
| Guo, Fang | 5/20/2021 | 4.0 | Worked on draft expert report. |
| Guo, Fang | 5/20/2021 | 4.0 | Reviewed literature on public finance. |
| Haque, Rezwan | 5/20/2021 | 2.2 | Reviewed academic literature on public health programs. |
| Haque, Rezwan | 5/20/2021 | 2.8 | Assisted expert with draft outline. |
| Miller, Robert M. | 5/20/2021 | 1.5 | Reviewed academic literature sources. |
| Miller, Robert M. | 5/20/2021 | 3.7 | Conducted academic literature search. |
| Popov, Anton | 5/20/2021 | 2.0 | Prepared summary of academic literature. |

| | | | |
|---|---|---|---|
| Popov, Anton | 5/20/2021 | 3.7 | Compiled literature on opioid abatement programs. |
| Abraham, Sarah M. | 5/21/2021 | 0.5 | Discussed analyses for expert report with team. |
| Abraham, Sarah M. | 5/21/2021 | 0.8 | Discussed key points of expert report with counsel. |
| Bazak, Eric R. | 5/21/2021 | 0.2 | Worked on analysis of state allocation percentages. |
| Guo, Fang | 5/21/2021 | 0.5 | Discussed claims valuation analysis with team. |
| Guo, Fang | 5/21/2021 | 0.5 | Worked on draft outline. |
| Guo, Fang | 5/21/2021 | 0.8 | Call with counsel regarding affirmative expert report. |
| Guo, Fang | 5/21/2021 | 1.6 | Worked on draft expert report. |
| Haque, Rezwan | 5/21/2021 | 0.5 | Discussed trust distribution analyses with team. |
| Haque, Rezwan | 5/21/2021 | 0.8 | Call with counsel to discuss trust distribution analyses. |
| Haque, Rezwan | 5/21/2021 | 1.2 | Reviewed economic literature on provision of public goods. |
| Haque, Rezwan | 5/21/2021 | 2.7 | Assisted expert with draft outline. |
| King, Kyla M. | 5/21/2021 | 0.4 | Analyzed states' consolidated claims form. |
| Lee, James | 5/21/2021 | 0.5 | Discussed next steps with team regarding draft expert report. |
| Lee, James | 5/21/2021 | 0.8 | Call with counsel to discuss draft expert report. |
| Miller, Robert M. | 5/21/2021 | 0.3 | Reviewed claims distribution under different schedules. |
| Popov, Anton | 5/21/2021 | 0.5 | Discussed analyses for expert report with team. |
| Popov, Anton | 5/21/2021 | 1.1 | Assisted expert with draft report. |
| Woodhouse, Sally | 5/21/2021 | 0.3 | Discussed report with team. |
| Woodhouse, Sally | 5/21/2021 | 0.7 | Phone call with counsel regarding expert report. |
| Yanguas, Maria Lucia | 5/21/2021 | 0.5 | Discussed claims valuation analyses with team. |
| Guo, Fang | 5/22/2021 | 2.6 | Worked on draft expert report. |
| Woodhouse, Sally | 5/22/2021 | 0.6 | Reviewed draft expert report outline. |
| Abraham, Sarah M. | 5/23/2021 | 3.5 | Reviewed draft report. |
| Abraham, Sarah M. | 5/23/2021 | 4.0 | Aided expert with draft report. |
| Haque, Rezwan | 5/23/2021 | 3.8 | Assisted expert with draft outline. |
| Popov, Anton | 5/23/2021 | 0.3 | Assisted expert with draft t report. |
| Abraham, Sarah M. | 5/24/2021 | 1.0 | Discussed report with expert. |
| Bazak, Eric R. | 5/24/2021 | 2.9 | Worked on analysis of state allocation percentages. |

| | | | |
|---|---|---|---|
| Guo, Fang | 5/24/2021 | 0.7 | Call with expert to discuss analyses for expert report. |
| Guo, Fang | 5/24/2021 | 2.1 | Worked on draft report. |
| Guo, Fang | 5/24/2021 | 2.4 | Reviewed state allocation based on claims valuation. |
| Haque, Rezwan | 5/24/2021 | 0.7 | Call with expert to discuss draft report. |
| Haque, Rezwan | 5/24/2021 | 2.5 | Reviewed prior expert reports. |
| Haque, Rezwan | 5/24/2021 | 2.8 | Reviewed academic literature. |
| Haque, Rezwan | 5/24/2021 | 3.1 | Assisted expert with draft outline. |
| Miller, Robert M. | 5/24/2021 | 1.9 | Reviewed state allocation percentages. |
| Popov, Anton | 5/24/2021 | 1.0 | Assisted expert with draft report. |
| Woodhouse, Sally | 5/24/2021 | 0.7 | Phone call with expert to discuss expert report. |
| Abraham, Sarah M. | 5/25/2021 | 2.8 | Reviewed draft report. |
| Abraham, Sarah M. | 5/25/2021 | 4.0 | Aided expert with draft report. |
| Delsman, Benjamin P. | 5/25/2021 | 2.6 | Summarized literature on opioid abatement programs. |
| Guo, Fang | 5/25/2021 | 2.2 | Worked on draft report. |
| Haque, Rezwan | 5/25/2021 | 1.8 | Reviewed prior expert reports. |
| Haque, Rezwan | 5/25/2021 | 3.1 | Reviewed academic literature. |
| Haque, Rezwan | 5/25/2021 | 3.8 | Assisted expert with draft report. |
| Miller, Robert M. | 5/25/2021 | 1.1 | Assisted expert with draft report. |
| Miller, Robert M. | 5/25/2021 | 2.6 | Conducted academic research for expert report. |
| Popov, Anton | 5/25/2021 | 0.3 | Assisted expert with draft report. |
| Abraham, Sarah M. | 5/26/2021 | 1.8 | Reviewed draft report. |
| Abraham, Sarah M. | 5/26/2021 | 3.8 | Aided expert with draft report. |
| Delsman, Benjamin P. | 5/26/2021 | 2.0 | Reviewed academic literature. |
| Delsman, Benjamin P. | 5/26/2021 | 2.6 | Researched and summarized academic literature on opioid abatement programs. |
| Guo, Fang | 5/26/2021 | 4.1 | Worked on draft report. |
| Haque, Rezwan | 5/26/2021 | 1.2 | Reviewed trust distribution procedures. |
| Haque, Rezwan | 5/26/2021 | 2.3 | Reviewed academic literature. |
| Haque, Rezwan | 5/26/2021 | 2.5 | Reviewed draft outline. |
| Haque, Rezwan | 5/26/2021 | 3.9 | Assisted expert with draft report. |
| Miller, Robert M. | 5/26/2021 | 0.9 | Assisted expert with draft report. |
| Popov, Anton | 5/26/2021 | 1.0 | Reviewed academic literature. |
| Popov, Anton | 5/26/2021 | 3.1 | Assisted expert with draft report. |
| Woodhouse, Sally | 5/26/2021 | 2.0 | Reviewed draft expert report. |
| Abraham, Sarah M. | 5/27/2021 | 1.0 | Call with expert regarding draft report. |
| Abraham, Sarah M. | 5/27/2021 | 3.0 | Aided expert with draft report. |
| Guo, Fang | 5/27/2021 | 1.0 | Call with expert to discuss affirmative expert report. |
| Guo, Fang | 5/27/2021 | 2.3 | Worked on draft expert report. |

| | | | |
|---|---|---|---|
| Haque, Rezwan | 5/27/2021 | 0.6 | Reviewed academic literature. |
| Haque, Rezwan | 5/27/2021 | 0.8 | Reviewed data on opioid abatement funding. |
| Haque, Rezwan | 5/27/2021 | 1.0 | Call with expert to discuss draft report. |
| Haque, Rezwan | 5/27/2021 | 1.8 | Reviewed draft report. |
| Haque, Rezwan | 5/27/2021 | 2.7 | Assisted expert with draft report. |
| Popov, Anton | 5/27/2021 | 2.1 | Assisted expert with draft report. |
| Woodhouse, Sally | 5/27/2021 | 1.0 | Phone call with expert to discuss draft report. |
| Abraham, Sarah M. | 5/28/2021 | 0.5 | Discussed analyses for expert report with team. |
| Abraham, Sarah M. | 5/28/2021 | 0.6 | Call with counsel regarding expert report. |
| Abraham, Sarah M. | 5/28/2021 | 1.2 | Aided expert with draft report. |
| Guo, Fang | 5/28/2021 | 0.6 | Call with counsel regarding affirmative report. |
| Guo, Fang | 5/28/2021 | 1.6 | Worked on draft expert report. |
| Haque, Rezwan | 5/28/2021 | 0.5 | Discussed analyses for expert report with team. |
| Haque, Rezwan | 5/28/2021 | 0.6 | Call with counsel to discuss expert report. |
| Haque, Rezwan | 5/28/2021 | 1.2 | Reviewed report outline to prepare for call with counsel. |
| Haque, Rezwan | 5/28/2021 | 1.3 | Reviewed public data on opioid abatement funding. |
| Haque, Rezwan | 5/28/2021 | 2.2 | Assisted expert with draft report. |
| Lee, James | 5/28/2021 | 0.5 | Discussed next steps with team regarding draft expert report. |
| Lee, James | 5/28/2021 | 0.6 | Call with counsel regarding draft expert report. |
| Popov, Anton | 5/28/2021 | 0.5 | Discussed analyses for expert report with team. |
| Popov, Anton | 5/28/2021 | 2.9 | Searched for literature and data on opioid abatement funding. |
| Woodhouse, Sally | 5/28/2021 | 0.4 | Discussed expert report with team. |
| Woodhouse, Sally | 5/28/2021 | 0.6 | Phone call with counsel to discuss expert report. |
| Yanguas, Maria Lucia | 5/28/2021 | 0.5 | Discussed analyses for expert report with team. |
| **Total** | | **257.9** | |
| **Grand Total** | | **260.5** | |