UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Upon the motion (the "Motion") of Ironshore Specialty Insurance Company, formerly known as TIG Specialty Insurance Company ("TIG"), for relief under 11 U.S.C. § 362(d)(1) from the automatic stay in effect in this case under 11 U.S.C. § 362(a) to pursue through judgment the TIG arbitration described in the Motion (the "Arbitration"); and there being due and sufficient notice of the Motion; and upon the objections thereto and all other related pleadings; and upon the record of, and representations made at, the hearing held by the Court on the Motion on June 21, 2021 (the "Hearing"); and on the same day as the Hearing the Court having granted The Arbitration Insurers' Joint Motion To Stay The Claims Against Them In The Adversary Proceeding In Favor Of Arbitration filed in Adversary Proceeding No. 21-07005 (the "Adversary Proceeding") and to which TIG was a movant; and, after due deliberation, including

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

for the reasons stated by the Court in its bench ruling at the Hearing, the Court having determined that (a) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b) and the Amended Standing Order of Reference, dated January 31, 2012, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, and (c) TIG has established sufficient cause for the relief granted herein; and upon the letters submitted to the Court on July 1, 2021 by Richard Leveridge, Esq., counsel for the plaintiffs in the Adversary Proceeding (the "Plaintiffs"), and George D. Calhoun, Esq. counsel for TIG, regarding the proposed form of this Order; now, therefore,

**IT IS HEREBY ORDERED THAT:**

1. TIG's Motion is granted to the extent set forth herein.

2. The automatic stay in effect in this case under 11 U.S.C. § 362(a) as it applies to the Arbitration is terminated pursuant to 11 U.S.C. § 362(d)(1) to permit the Arbitration to proceed through judgment, subject to the Court's on-the-record ruling and representations made at the Hearing that arbitration-asserting insurers, including TIG, will coordinate and cooperate with the Plaintiffs to conduct the arbitrations, including the Arbitration, efficiently, including, without limitation, with regard to the staging and determination of "gatekeeping" issues, and so as not to re-litigate issues decided by this Court; provided, further, that the foregoing condition does not operate as a stay of the Arbitration.

3. The 14-day stay of this Order under Fed. R. Bankr. P. 4001(a)(3) is waived, for sufficient cause shown, and this Order is effective and enforceable upon its entry.

Dated: July 2, 2021  
    White Plains, New York

*/s/ Robert D. Drain*  
HONORABLE ROBERT D. DRAIN  
UNITED STATES BANKRUPTCY JUDGE