July 1, 2021

FILED
U.S. BANKRUPTCY COURT
2021 JUL -6 P 1: 50
S.D. OF N.Y.

**Honorable Judge Drain**

**300 Quarropas Street**

**White Plains, NY 10601-4140**

**Dear Honorable Judge Drain,**

I am writing to you to express my concerns regarding the Purdue Pharma Disclosure Statement/Plan. I am in the Personal Injury Non NAS group, and as such, I have been given the right to vote on the Company's proposed plan.

**My concerns are as follows;**

**1.)** I found the package that I received, a little overwhelming. Not only was it difficult to understand without a law degree, it was extremely lengthy and in my opinion, one sided.

**2.)** In all fairness, I don't believe any organization, group etc., should be permitted to encourage the voters how to vote and be included in the package without an equally opposing view, that gives the voters a chance to make an informed decision. The two documents that I am referring to are the:

- * Plan Support Letter

- * Letter dated June 3 2021, untitled, addressed to "All Holders of Claims Entitled to Vote on the Plan"

I would like to add that at this point I am still undecided on which way to vote. And I don't know what exactly the option is if I vote against it. I don't feel comfortable taking the advice of the people/organizations that put the package together, as I do not have any opposing information to tell me truthfully what is next if the voters do reject it.

I would also like to state that it's wonderful that the Sacklers may end up keeping their fortunes that killed my only child, my son, and countless others that have died and continue to die. Truthfully, I find it disgusting that's all they care about and that because of it, they seem to be immune from the law and the system in general. It's not fair. Have any of

1

them ever taken Oxycotin or have been addicted to it? Have they ever lost a child to opiate overdose? Probably not. They know better than to even begin using that pain medication. I cannot find the right words for what I want to say, and I apologize. I can only tell you that my son's life was worth a lot more than what the Plan lays out. Especially with costs/fees having to come out of it.

At a minimum, the Purdue Pharma and Sacklers should have to pay court costs out of pocket. It should not have to come out of the proceeds for the victims. They would still have plenty left to celebrate about afterwards. The victims at least, deserve that much. By the time costs/fees are paid, I think we all know where that goes.

My son and I were very close. He was disabled, living at home, and I was his Social Security Representative/Payee. He was in and out of hospitals and in and out of Rehab facilities. He would tell me when he needed to go to rehab and together we arranged it. Because of his addiction to Oxycotin, he gave up his car and driving, after having one too many accidents. Besides he couldn't afford it with the cost of being addicted. The problem was fighting the addiction was very difficult. And it wasn't just him that had a difficult time, any of his friends that were on it, also had a difficult time. In fact, he had lost a friend or two to the same drug. Unless you witness the effects of the addiction first hand, it has got to be difficult to imagine how bad it is. If anyone had told me how bad it can get and the stealing and lies that go along with it, I probably wouldn't believe it was that bad. I would think that they were exaggerating a bit. But I have to say, it is that bad.

The worst part, was finding my son dead on the bathroom floor. There is no pain greater, that I can imagine, that even comes close to losing your child, no matter the age. Especially your only child. We spent a lot of time together, as he didn't socialize much after his addiction started. I feel like when I lost him, I lost everything. There is such an emptiness since his passing, that I can't put into words.

In closing, I would like to say, and not that i am proud to say, I have no empathy for the Sacklers and the fact that they would like to be released from future claims. I don't wish them physical harm, nor do I think bad thoughts of anything happening to them. But I don't care about protecting their fortunes that were made off of the misery and heartaches of others. They do not deserve to keep money earned that way.

Sincerely,

*Teresa vom Saal*

Teresa vomSaal