| ☐ CNMCF / CMR / CMU P.O. Drawer 1328 Los Lunas, NM 87031 | ☐ GCCF P.O. Box 520 Santa Rosa, NM 88435 | ☐ LCCF 6900 W. Millen DR. Hobbs, NM 88244 | ☒ PNM P.O. Box 1059 Santa Fe, NM 87504 | ☐ SNMCF P.O. Box 639 Las Cruces, NM 88004 | ☐ SNMCF-POU P.O. Box 2005 Las Cruces, NM 88004 | ☐ WWCF P.O. Drawer 250 Grants, NM 87020 | ☐ NENMDF 185 Doctor Michael Jenkins Rd. Clayton, NM 88415 | ☐ CCA-NMCC P.O. Box 800 Grants, NM 87020 |
|---|---|---|---|---|---|---|---|---|

Name: JAMES E CRAWLEY
No. 59887   Unit: N 1 B H 103
Date: 6-24-21

RESPECTFULLY SUBMITTED
IN REGARD TO PURDUE PHARMA
CASE# 19-23469
- MY PERSONAL OPINION ON OPIOIDS

MANUFACTURED. HAD TO BE TESTED AND OVER SEEN BY PROFESIONAL'S, TEST SUBJECTS HAD TO OF SHOWN SIGHNS OF DISCOMFORT AND SICKNESS THAT EQUAL ADDICTION. WHEN INTRODUCED TO THE STATES C·D·C· AND A·F·D·A IT WAS OVER SEEN OR JUST IGNORED. I PERSONALY FEEL YOU SHOULD BE HELD ACCOUNTABLE FOR THE LIVES LOST AND LIVES DESTROYED, JUST AS OTHER OPIOID MANUFACTURES SHOULD ALSO BE HELD ACCOUNTABLE FOR THE SAME. BEHIND THESE OPIOID'S A PENDEMIC OF ABUSE AND ADDICTION TO OPIOIDS AND OTHER DRUG'S THAT LEAD TO HEROIN USEAGE IS DISTROYING OUR YOUTH AND PEOPLE IN GENERAL.
I FILED THROUGH PRIME CLERK, "IM INCARCERATED" WITH LITTLE HELP, IVE BEEN TOLD ON LINE I PERSONALY CAN'T SEE OR KNOW BUT IM TOLD YOU NEED MORE INFORMATION, IVE SENT D.O.B S.S.N PLUS DRS PHARMACY'S AND MEDICATIONS, YEARS OF USAGE AND DISTRUCTION CAN BE FOUND ON LINE.
TO DATE 6-22-21 I HAVE NOT BEEN INFORMED OR GIVEN NOTICE OTHER THEN THIS DOCUMENT. IM BEING UNFAIRLY TREATED
THANK YOU FOR ALLOWING ME TO EXPRESS WHAT OPIOIDS HAVE DONE TO ME AND MY LIFE.

James Crawley 59887

IM LOOKING FOR LEGAL HELP!