UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: Case No. 19-23649 (RDD)
In re:                                                         :
: Chapter 11
PURDUE PHARMA, L.P., et al.,[1]                                :
: Jointly Administered
             Debtors.                                          :
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Patrick James Morrisey, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent **the State of West Virginia** in the above-referenced proceedings.

**I certify that I am a member in good standing** of the bar in the State of West Virginia and, if applicable, the bar of the U.S. District Court for the Southern District of West Virginia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 7/2/21

_____
Patrick James Morrisey
West Virginia Attorney General's Office
State Capitol Complex, Bldg. 1, Room E-26
Charleston, WV  25305
Telephone:  304-558-0140
Email:  Patrick.J.Morrisey@wvago.gov

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.