UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––––––––––––––––––––––– x
In re:                                      :  Case No. 19-23649 (RDD)
                                            :
                                            :  Chapter 11
PURDUE PHARMA, L.P., et al.,[1]             :
                                            :  Jointly Administered
         Debtors.                           :
––––––––––––––––––––––––––––––––––––––––––– x

**[PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Patrick James Morrisey, to be admitted ***pro hac vice***, to represent the State of West Virginia in the above referenced proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of West Virginia and, if applicable, the bar of the U.S. District Court for the Southern District of West Virginia it is hereby

**ORDERED**, that Patrick James Morrisey, is admitted to practice, ***pro hac vice***, in the above referenced proceedings to represent the State of West Virginia, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____                    /s/_____
New York, New York                         HONORABLE ROBERT D. DRAIN
                                           UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.