Objection Deadline: July 21, 2021 @ 12:00 p.m. (ET)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649  (RDD) |
| Debtors. | (Jointly Administered) |

**TWENTY-FIRST MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP,**
**FINANCIAL ADVISOR TO THE CHAPTER 11 DEBTORS, FOR**
**ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD OF MAY 1, 2021 THROUGH MAY 31, 2021**

| | | |
|---|---|---|
| **Name of Applicant:** | **ALIXPARTNERS, LLP** | |
| **Applicant's Role in Case:** | **Financial Advisor to the Chapter 11 Debtors** | |
| **Date Order of Employment Signed:** | **November 21, 2019 [Docket No. 528]**, *Nunc Pro Tunc* to **September 15, 2019** | |
| **Time period covered by this statement:** | **Beginning of Period** | **End of Period** |
| | **May 1, 2021** | **May 31, 2021** |
| **Summary of Total Fees and Expenses Requested:** | | |
| **Total fees requested in this statement:** | **$591,028.40 (80% of $738,785.50)** | |
| **Total expenses requested in this statement:** | **$60,281.20** | |
| **Total fees and expenses requested in this statement:** | **$651,309.60** | |
| **This is a(n):   X  Monthly Application ___  Interim Application ___  Final Application** | | |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**FOR THE PERIOD MAY 1, 2021 THROUGH MAY 31, 2021**

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Lisa Donahue | Managing Director | $1,295 | 14.8 | $ 19,166.00 |
| Richard Collura | Managing Director | $1,125 | 1.3 | 1,462.50 |
| Jesse DelConte | Managing Director | $1,055 | 99.1 | 104,550.50 |
| Gabe J Koch | Director | $865 | 200.8 | 173,692.00 |
| HS Bhattal | Director | $865 | 117.6 | 101,724.00 |
| Jamey Hamilton | Director | $865 | 34.9 | 30,188.50 |
| Catherine O'Connor | Director | $825 | 1.9 | 1,567.50 |
| Sam K Lemack | Senior Vice President | $665 | 149.4 | 99,351.00 |
| Kaitlyn A Sundt | Senior Vice President | $530 | 17.6 | 9,328.00 |
| Heather Saydah | Senior Vice President | $480 | 34.0 | 16,320.00 |
| Andrew D DePalma | Vice President | $625 | 77.9 | 48,687.50 |
| Julia Gutierrez | Vice President | $625 | 26.9 | 16,812.50 |
| Lan T Nguyen | Vice President | $530 | 179.0 | 94,870.00 |
| Julia Caitlin Hardy | Vice President | $530 | 12.7 | 6,731.00 |
| Melanie McCabe | Vice President | $430 | 30.2 | 12,986.00 |
| Lisa Marie Bonito | Associate | $465 | 2.9 | 1,348.50 |
| **Total Professional Hours and Fees** | | | **1,001.0** | **$ 738,785.50** |
| Less 20% Holdback | | | | (147,757.10) |
| **Invoice Total** | | | | **$ 591,028.40** |
| | | | | |
| **Average Billing Rate** | | | | **$ 738.05** |

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY**
**FOR THE PERIOD MAY 1, 2021 THROUGH MAY 31, 2021**

| CODE | MATTER CATEGORY | HOURS | FEES |
|------|-----------------|-------|------|
| 101 | Chapter 11 Process/Case Management | 198.5 | $ 132,108.00 |
| 103 | Cash Management | 86.9 | 50,637.00 |
| 104 | Communication with Interested Parties | 161.6 | 104,691.50 |
| 105 | U.S. Trustee / Court Reporting Requirements | 15.2 | 9,368.50 |
| 106 | Business Analysis & Operations | 273.3 | 239,036.00 |
| 107 | POR Development | 134.2 | 113,454.00 |
| 109 | Claims Process | 3.8 | 2,667.00 |
| 110 | Special Projects | 77.4 | 55,837.00 |
| 112 | Retention and Engagement Administration | 0.4 | 317.00 |
| 113 | Fee Statements and Fee Applications | 33.9 | 15,178.50 |
| 114 | Court Hearings | 15.8 | 15,491.00 |
| | | **1,001.0** | **$ 738,785.50** |
| | **Average Billing Rate** | | **$ 738.05** |

**ALIXPARTNERS, LLP**

**SUMMARY OF EXPENSES**

**FOR THE PERIOD MAY 1, 2021 THROUGH MAY 31, 2021**

| EXPENSE CATEGORY | EXPENSE | |
|---|---|---|
| Hosting Fees (GB) | $ | 60,211.20 |
| Legal Fees | | 70.00 |
| **Total** | **$** | **60,281.20** |

AlixPartners, LLP ("AlixPartners"), as financial advisor to the Debtors, hereby submits this twenty-first monthly fee statement  seeking compensation for professional services rendered and reimbursement of out-of-pocket expenses for the period May 1, 2021 through May 31, 2021 (the "Compensation Period"), pursuant to the *Order Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] and the *Order Authorizing Debtors to Retain and Employ AlixPartners, LLP as its Financial Advisor Nunc Pro Tunc to the September 16, 2019* [Docket No. 528].

Detailed time descriptions of the services performed by each professional, organized by discrete project and by day is attached hereto as **Exhibit A**.  Exhibit A (a) identifies the individuals that rendered services in each subject matter; (b) describes each activity or service that each individual performed; and (c) states the number of hours (in tenths of an hour) spent by each individual providing the services during the Compensation Period.

A detailed analysis of the out-of-pocket expenses showing the amount incurred by each professional in each expense category by day is attached hereto as **Exhibit B**.

*[Remainder of page intentionally left blank.]*

**WHEREFORE**, AlixPartners respectfully requests that it be granted an allowance of compensation for professional services rendered during the Compensation Period in the amount of $738,785.50, without prejudice to a final allowance of compensation, plus reimbursement of actual and necessary out-of-pocket expenses incurred in the amount of $60,281.20, and that the Court grant AlixPartners such other and further relief as is just and proper.  Pursuant to the Interim Compensation Order, AlixPartners seeks payment of professional fees in the amount of $591,028.40 (80% of $738,785.50) and expenses in the amount of $60,281.20, for a total amount of $651,309.60.

Dated:   July 7, 2021                            ALIXPARTNERS, LLP
                                                 909 Third Avenue, 28th Floor
                                                 New York, NY  10022


                                                 /s/ Lisa Donahue
                                                 By:  Lisa Donahue
                                                       Managing Director

# Exhibit A

**AlixPartners, LLP**

## Detailed Description of AlixPartners' Fees and Hours by Matter Category

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2136200-2

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 05/03/21 | KAS | Review documents for confirmation related document requests | 2.30 |
| 05/03/21 | SKL | Finalize review of the opioid/non-opioid revenue forecast and circulate updated analysis accordingly. | 2.60 |
| 05/03/21 | SKL | Finalize review of RALP net sales forecast and prepare updates to the product breakout accordingly. | 2.10 |
| 05/03/21 | SKL | Call with S. Lemack, G. Koch and J. DelConte (all AlixPartners) re: NewCo transfer workstream. | 0.40 |
| 05/03/21 | GJK | Call with S. Lemack, G. Koch and J. DelConte (all AlixPartners) re: NewCo transfer workstream. | 0.40 |
| 05/03/21 | JD | Call with S. Lemack, G. Koch and J. DelConte (all AlixPartners) re: NewCo transfer workstream. | 0.40 |
| 05/03/21 | HS | Review documents for production re: confirmation | 3.00 |
| 05/03/21 | HS | Continue to review documents for production re: confirmation | 3.00 |
| 05/04/21 | HS | Review documents for production re: confirmation | 3.00 |
| 05/04/21 | HS | Continue review of documents for production re: confirmation | 3.00 |
| 05/04/21 | HS | Correspondence with J. Lynn and N. Koenig (both AlixPartners) re: privilege review | 0.20 |
| 05/04/21 | HS | Review and code documents for production related to confirmation | 1.90 |
| 05/04/21 | JD | Call with E. Vonnegut, C. Robertson (both AlixPartners), J. Turner, T. Melvin, R. Schnitzler, J. Arsic, L. Schwarzmann (all PJT), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 0.60 |
| 05/04/21 | JD | Call with E. Kardos and J. DelConte (both AlixPartners) re: discovery process. | 0.30 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2136200-2

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/04/21 | HSB | Call with E. Vonnegut, C. Robertson (both AlixPartners), J. Turner, T. Melvin, R. Schnitzler, J. Arsic, L. Schwarzmann (all PJT), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 0.60 |
| 05/04/21 | GJK | Weekly change of control/transfer workplan update meeting with K. McCarthy, Z. Haseeb (both Purdue), C. Robertson, E. Turay, A. Lele (all DPW), and G. Koch, S. Lemack (both AlixPartners). | 0.40 |
| 05/04/21 | GJK | Call with E. Vonnegut, C. Robertson (both AlixPartners), J. Turner, T. Melvin, R. Schnitzler, J. Arsic, L. Schwarzmann (all PJT), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 0.60 |
| 05/04/21 | SKL | Review latest feedback received related to the change of control process and prepare updated PMO tracker and weekly agenda accordingly. | 2.40 |
| 05/04/21 | SKL | Continue to prepare updated opioid/non-opioid revenue forecast summary and circulate analysis accordingly for additional review. | 2.10 |
| 05/04/21 | SKL | Finalize additional review of RALP revenue by product breakout and update opioid/non-opioid revenue forecast summary accordingly. | 1.40 |
| 05/04/21 | KAS | Review documents for confirmation related document requests | 3.00 |
| 05/04/21 | LJD | Call with E. Vonnegut, C. Robertson (both AlixPartners), J. Turner, T. Melvin, R. Schnitzler, J. Arsic, L. Schwarzmann (all PJT), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #             2136200-2

Re:                   Chapter 11 Process/Case Management
Client/Matter #       012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/04/21 | KAS | Continue review of documents for confirmation related document requests | 3.00 |
| 05/04/21 | KAS | Correspondence with E. Kardos (AlixPartners) re: documents for confirmation related document requests | 0.40 |
| 05/04/21 | SKL | Weekly change of control/transfer workplan update meeting with K. McCarthy, Z. Haseeb (both Purdue), C. Robertson, E. Turay, A. Lele (all DPW), and G. Koch, S. Lemack (both AlixPartners). | 0.40 |
| 05/05/21 | KAS | Review documents for confirmation related document requests | 3.00 |
| 05/05/21 | KAS | Continue review of documents for confirmation related document requests | 3.00 |
| 05/05/21 | KAS | Complete review of documents for confirmation related document requests | 1.20 |
| 05/05/21 | KAS | Correspondence with J. Lynn (AlixPartners) re: confirmation related document review | 0.20 |
| 05/05/21 | SKL | Review latest open items and feedback provided in the yesterday's change of control update call and update the open items list and tracker accordingly. | 1.30 |
| 05/05/21 | SKL | Prepare updates to the high-level change of control outline and begin preparing the employee matters workplan accordingly. | 2.60 |
| 05/05/21 | SKL | Continue to review latest notes and feedback provided to the employee matters workstream of the change of control process and prepare updates to the workplan accordingly. | 2.10 |
| 05/05/21 | HS | Complete initial review of documents for production re: confirmation | 1.40 |
| 05/05/21 | HS | Review documents for production re: confirmation | 3.00 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #           2136200-2

Re:                 Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/05/21 | HS | Continue to review documents for production re: confirmation | 3.00 |
| 05/06/21 | HS | Review documents for production re: confirmation | 3.00 |
| 05/06/21 | HS | Continue review of documents for production re: confirmation | 2.30 |
| 05/06/21 | HS | Review documents marked for production re: quality control and privilege | 1.60 |
| 05/06/21 | HSB | Call with M. Kesselman, R. Aleali, J. Lowne (Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libbey (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 0.40 |
| 05/06/21 | JD | Call with M. Kesselman, R. Aleali, J. Lowne (Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libbey (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 0.40 |
| 05/06/21 | SKL | Review latest invoices received and payments made and prepare updated release list accordingly. | 1.10 |
| 05/06/21 | SKL | Review latest Intralinks upload request and prepare documents accordingly. | 1.10 |
| 05/06/21 | SKL | Review latest notes and feedback regarding the components and activities of the employee matters workplan and finalize updates accordingly. | 2.40 |
| 05/06/21 | SKL | Continue to finalize updates to the opioid/non-opioid revenue forecast and circulate latest feedback accordingly. | 1.00 |
| 05/06/21 | KAS | Correspondence with J. Lynn and C. O'Connor (both AlixPartners) re: document review related to confirmation related document requests | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Chapter 11 Process/Case Management |
| Client/Matter # | 012589.00101 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/06/21 | LJD | Call with M. Kesselman, R. Aleali, J. Lowne (Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libbey (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 0.40 |
| 05/06/21 | KAS | Address QC related issues prior to second document production | 0.70 |
| 05/06/21 | GJK | Call with M. Kesselman, R. Aleali, J. Lowne (Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libbey (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 0.40 |
| 05/07/21 | GJK | Call with H. Bhattal. J. DelConte, G. Koch, S. Lemack (all AlixPartners) re: weekly update | 0.50 |
| 05/07/21 | GJK | Call with S. Lemack, G. Koch and J. DelConte (all AlixPartners) re: NewCo transfer workplan. | 0.20 |
| 05/07/21 | KAS | Review draft monthly fee statement | 0.40 |
| 05/07/21 | SKL | Call with K. McCarthy (Purdue) to discuss latest updates to the change of control process. | 0.30 |
| 05/07/21 | SKL | Continue to expand on and finalize revisions to the change of control overview and timeline. | 0.50 |
| 05/07/21 | SKL | Call with S. Lemack, G. Koch and J. DelConte (all AlixPartners) re: NewCo transfer workplan. | 0.20 |
| 05/07/21 | JD | Call with H. Bhattal. J. DelConte, G. Koch, S. Lemack (all AlixPartners) re: weekly update | 0.50 |
| 05/07/21 | JD | Call with S. Lemack, G. Koch and J. DelConte (all AlixPartners) re: NewCo transfer workplan. | 0.20 |
| 05/07/21 | HSB | Call with H. Bhattal. J. DelConte, G. Koch, S. Lemack (all AlixPartners) re: weekly update | 0.50 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Chapter 11 Process/Case Management |
| Client/Matter # | 012589.00101 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/07/21 | HSB | Prepare notes and agenda for Purdue team meeting and discussion of next steps on open items | 0.40 |
| 05/07/21 | HS | Review documents marked for production re: quality control and privilege | 2.90 |
| 05/07/21 | HS | Correspondence with J. Lynn (AlixPartners) and S. Stefanik (DPW) re: document production and transfer | 1.10 |
| 05/07/21 | LTN | Call with H. Bhattal. J. DelConte, G. Koch, S. Lemack (all AlixPartners) re: weekly update | 0.50 |
| 05/10/21 | HS | Emails to and from S. Stefanik (DPW) re: confirmation discovery | 0.40 |
| 05/10/21 | SKL | Prepare updates to the Intralinks dataroom and circulate update user access. | 0.90 |
| 05/10/21 | SKL | Continue to finalize updates to the employee matters/HR transfer workplan. | 1.90 |
| 05/10/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to discuss change of control work plans. | 0.20 |
| 05/10/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to discuss change of control work plans. | 0.20 |
| 05/10/21 | GJK | Review revised employee matters change of control work plan. | 0.60 |
| 05/11/21 | GJK | Weekly change of control/transfer workplan update meeting with K. McCarthy, Z. Haseeb (both Purdue), C. Robertson, E. Turay, A. Lele (all DPW), and G. Koch, S. Lemack (both AlixPartners). | 0.60 |
| 05/11/21 | GJK | Review change of control workplans for working group team call. | 0.60 |
| 05/11/21 | SKL | Weekly change of control/transfer workplan update meeting with K. McCarthy, Z. Haseeb (both Purdue), C. Robertson, E. Turay, A. Lele (all DPW), and G. Koch, S. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #               2136200-2

Re:                     Chapter 11 Process/Case Management
Client/Matter #         012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Lemack (both AlixPartners). | |
| 05/11/21 | SKL | Finalize remaining updates to the HR and corporate identify transfer workplan to review in today's change of control call. | 2.40 |
| 05/11/21 | SKL | Correspondence with G. Koch (AlixPartners) re: change of control update call and next steps for the workplans. | 0.20 |
| 05/11/21 | SKL | Review latest notes and feedback on the change of control process and prepare updated agenda and PMO tracker accordingly for the weekly update call. | 1.40 |
| 05/12/21 | SKL | Begin updating the draft transfer workplan for the IP subgroup and circulate update accordingly. | 1.30 |
| 05/12/21 | SKL | Review latest comments and feedback re: corporate identify workstream and finalize updates to the transfer workplan accordingly. | 1.90 |
| 05/12/21 | SKL | Review latest comments and feedback provided on the IT transfer workplan and Finalize updates to the workplan accordingly. | 2.40 |
| 05/12/21 | SKL | Review latest Intralink update request and updated the change of control data room with the latest batch of IT contracts for review. | 1.70 |
| 05/12/21 | HS | Emails to and from J. Lynn (AlixPartners) and S. Stefanik (DPW) re: confirmation discovery and document production | 0.30 |
| 05/13/21 | HSB | Participate in weekly update call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT). | 0.60 |
| 05/13/21 | SKL | Finalize updates to the IP draft transfer workplan and circulate accordingly. | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #          2136200-2

Re:                Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/13/21 | SKL | Begin preparing updated draft workplan for the contract analysis and transfer workstream re: change of control process and circulate update accordingly. | 1.10 |
| 05/13/21 | SKL | Pull latest batch of documents following the production process and prepare updates to the Intralinks site accordingly. | 1.30 |
| 05/13/21 | LJD | Participate in weekly update call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT). | 0.60 |
| 05/13/21 | SKL | Finalize updates to the draft workplan for the distributor license and controlled substance permits subgroup. | 2.70 |
| 05/13/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to discuss work plans for change of control process. | 0.50 |
| 05/13/21 | GJK | Participate in weekly update call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT). | 0.60 |
| 05/13/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to discuss work plans for change of control process. | 0.50 |
| 05/13/21 | JD | Prepare agenda for weekly update call with management. | 0.30 |
| 05/13/21 | JD | Participate in weekly update call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT). | 0.60 |
| 05/14/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to review various case related matters and provide update | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #           2136200-2

Re:               Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | on transfer workplan process. | |
| 05/14/21 | SKL | Finalize updates to the draft contract analysis/transfer workstream workplan for the change of control process. | 1.80 |
| 05/14/21 | SKL | Finalize updates to the timelines and associated parties for the change of control draft transfer workplans. | 1.90 |
| 05/14/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to review various case related matters and provide update on transfer workplan process. | 0.80 |
| 05/14/21 | HSB | Review status of various Purdue plan related work streams and prepared list of outstanding items for discussion with team | 0.40 |
| 05/17/21 | HSB | Review status of various Purdue plan related work streams and prepared list of outstanding items for discussion with team | 0.30 |
| 05/17/21 | SKL | Email G. Koch (AlixPartners) to touch base on latest items related to the change of control process. | 0.10 |
| 05/17/21 | SKL | Continue to finalize additional updates to the distributor license workplan and circulate to K. McCarthy (Purdue) and R. Aleali (Purdue) accordingly. | 2.30 |
| 05/17/21 | SKL | Continue to finalize additional updates to the contract analysis workplan and circulate to K. McCarthy (Purdue) and R. Aleali (Purdue) accordingly. | 2.20 |
| 05/17/21 | SKL | Finalize remaining updates to the employee matters transfer workplan and circulate to R. Aleali (Purdue) accordingly. | 1.70 |
| 05/18/21 | SKL | Weekly change of control/transfer workplan update meeting with K. McCarthy (Purdue), Z. Haseeb (Purdue), C. Robertson (DPW), E. Turay (DPW), and A. Lele (DPW). | 1.00 |
| 05/18/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss various case related matters and matters related | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Chapter 11 Process/Case Management |
| Client/Matter # | 012589.00101 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | to the transfer workplan process. | |
| 05/18/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to discuss change of control working group call. | 0.20 |
| 05/18/21 | SKL | Review latest notes and feedback provided on the draft transfer workplans and prepare updated PMO tracker for weekly update call. | 2.30 |
| 05/18/21 | SKL | Prepare updates to the IT transfer workplan and circulate following latest weekly update call. | 1.30 |
| 05/18/21 | SKL | Finalize updates to the Project Change Intralinks site based on feedback received during today's weekly update call. | 1.30 |
| 05/18/21 | LJD | Call with E. Vonnegut, C. Robertson, A. Libby (all DPW), J. DelConte, L. Donahue, H. Bhattal, G. Koch (all AlixPartners), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT) re: go forward planning and catch up call. | 0.50 |
| 05/18/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to discuss change of control working group call. | 0.20 |
| 05/18/21 | GJK | Review change of control tracker for working group team meeting. | 0.20 |
| 05/18/21 | GJK | Call with E. Vonnegut, C. Robertson, A. Libby (all DPW), J. DelConte, L. Donahue, H. Bhattal, G. Koch (all AlixPartners), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT) re: go forward planning and catch up call. | 0.50 |
| 05/18/21 | JD | Call with E. Vonnegut, C. Robertson, A. Libby (all DPW), J. DelConte, L. Donahue, H. Bhattal, G. Koch (all AlixPartners), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT) re: go forward planning and catch up call. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2136200-2

Re:                  Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/18/21 | HSB | Call with E. Vonnegut, C. Robertson, A. Libby (all DPW), J. DelConte, L. Donahue, H. Bhattal, G. Koch (all AlixPartners), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT) re: go forward planning and catch up call. | 0.50 |
| 05/18/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss various case related matters and matters related to the transfer workplan process. | 0.60 |
| 05/19/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss various case related matters. | 0.60 |
| 05/19/21 | SKL | Finalize invoice analysis for EY team and circulate feedback accordingly. | 1.40 |
| 05/19/21 | SKL | Finalize updates to the Project Change Intralinks site and circulate update accordingly. | 0.90 |
| 05/19/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss various case related matters. | 0.60 |
| 05/19/21 | SKL | Prepare for and participate in meeting with potential Purdue candidate to discuss the change of control process and prepare updates to K. McCarthy (Purdue) and R. Aleali (Purdue) accordingly. | 0.60 |
| 05/19/21 | SKL | Review latest invoice/payment detail and prepare update re: EY invoice inquiry. | 1.60 |
| 05/19/21 | SKL | Continue to review latest EY invoice reconciliation inquiry and prepare updated analysis accordingly. | 1.30 |
| 05/20/21 | SKL | Review latest notes and feedback provided on the change of control process and finalize updated timeline and key obstacles per C. Robertson (DPW) request. | 2.60 |
| 05/20/21 | SKL | Begin preparing cure cost analysis based on the contracts listed on the SOFA/Schedules and update cure cost analysis accordingly. | 2.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2136200-2

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/20/21 | SKL | Continue to review counterparty detail from the high-priority contract listing and the contracts included on the SOFA/Schedules and update cure cost analysis accordingly. | 2.10 |
| 05/21/21 | SKL | Finalize contract breakdown per FTI request and circulate update internally for sign-off. | 1.30 |
| 05/21/21 | SKL | Prepare for and participate in meeting with Z. Haseeb (Purdue) to discuss state license application process. | 0.40 |
| 05/21/21 | SKL | Finalize updates to the Project Change Intralinks platform per latest feedback provided. | 1.40 |
| 05/21/21 | SKL | Update Intralinks user access and groupings for the Project Change Intralinks site. | 0.50 |
| 05/21/21 | SKL | Continue to update the IP and IT draft transfer workplan based on the latest feedback provided and prepare update accordingly. | 1.00 |
| 05/21/21 | SKL | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 05/21/21 | LJD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 05/21/21 | GJK | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 05/21/21 | JD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 05/21/21 | HSB | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2136200-2

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/21/21 | HSB | Prepare notes and agenda for Purdue team meeting and discussion of next steps on open items | 0.40 |
| 05/21/21 | HSB | Review relevant sections of fifth Monitor Report in response to DOJ's request for info | 0.50 |
| 05/21/21 | ADD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 05/21/21 | LTN | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 05/24/21 | ADD | Compile contract counterparty information for cure cost calculations in response to creditor committee request. | 1.40 |
| 05/24/21 | SKL | Continue to finalize match number updates to the prepetition A/P database to provide updated contract cure analysis accordingly. | 1.10 |
| 05/24/21 | SKL | Finalize updates to the Intralinks website and layout re: state license application process. | 1.60 |
| 05/24/21 | SKL | Prepare additional updates to the Intralinks site based on Z. Haseeb (Purdue) feedback and provide update accordingly. | 0.80 |
| 05/25/21 | SKL | Continue to finalize match number updates to the prepetition A/P database to provide updated contract cure analysis accordingly. | 2.40 |
| 05/25/21 | SKL | Review latest feedback provided on the change of control process and prepare updated PMO tracker and agenda for weekly update call. | 2.60 |
| 05/25/21 | SKL | Call with E. Turay (DPW) to discuss IT contract review process. | 0.10 |
| 05/25/21 | SKL | Weekly change of control/transfer workplan update meeting with K. McCarthy (Purdue), Z. Haseeb (Purdue), | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
| --- | --- |
| Re: | Chapter 11 Process/Case Management |
| Client/Matter # | 012589.00101 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| | | C. Robertson (DPW), E. Turay (DPW), and A. Lele (DPW). | |
| 05/25/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to discuss latest updates re: change of control process. | 0.20 |
| 05/25/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to discuss latest updates re: change of control process. | 0.20 |
| 05/25/21 | GJK | Update and coordinate on weekly Change of Control working group call. | 0.40 |
| 05/25/21 | ADD | Compile contract counterparty information for cure cost calculations in response to creditor committee request. | 2.80 |
| 05/26/21 | HSB | Review Rhodes sales report prepared by L. Nguyen (AlixPartners) | 0.10 |
| 05/26/21 | GJK | Review filed Disclosure Statement body for follow ups related to finalizing Settlement Agreement. | 2.40 |
| 05/26/21 | GJK | Review JDS Collateral Term Sheet filed in Disclosure Statement. | 0.50 |
| 05/26/21 | GJK | Review Side A Term Sheets in Disclosure Statement for any open items (primarily bracketed security values). | 0.60 |
| 05/26/21 | GJK | Review Annex A of Disclosure Statement on Finality and Appellate Issues Term Sheet. | 0.30 |
| 05/26/21 | GJK | Read through of Settlement Agreement Term Sheet included in Disclosure Statement. | 1.10 |
| 05/26/21 | SKL | Review latest feedback provided during the state license application process meeting and prepare updates to the Intralinks site accordingly. | 1.10 |
| 05/26/21 | SKL | Continue to work through the state license application process and prepare updates to the Intralinks site accordingly. | 2.10 |
| 05/26/21 | SKL | Continue to finalize match number updates to the prepetition A/P database to provide updated contract cure | 2.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2136200-2

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | analysis accordingly. | |
| 05/26/21 | JD | Create agenda for weekly update call with Purdue management and advisors. | 0.30 |
| 05/27/21 | SKL | Prepare and circulate updated secured and priority claim analysis. | 1.30 |
| 05/27/21 | SKL | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss latest feedback provided on the change of control process and strategize next steps accordingly. | 1.50 |
| 05/27/21 | SKL | Meeting with K. McCarthy, Z. Haseeb, H. Ghnaimeh (all Purdue) to discuss latest updates re: IT transfer workplan process. | 1.00 |
| 05/27/21 | SKL | Review latest sales forecast info provided and prepared updated future liabilities analysis for DPW team to review. | 2.10 |
| 05/27/21 | GJK | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss latest feedback provided on the change of control process and strategize next steps accordingly. | 1.50 |
| 05/27/21 | HSB | Review amended disclosure statement for Purdue | 1.30 |
| 05/27/21 | HSB | Review Purdue flash report prepared by L. Nguyen (AlixPartners) | 0.80 |
| 05/27/21 | HSB | Review Purdue weekly cash forecast prepared by L. Nguyen (AlixPartners) | 1.10 |
| 05/27/21 | HSB | Review Purdue board deck with April financial results prepared by J. Lowne (Purdue) | 1.10 |
| 05/28/21 | GJK | Review email from S. Lemack (AlixPartners) regarding IT transition, including contacts breakdown. | 0.40 |
| 05/28/21 | SKL | Finalize updates to the future liabilities analysis and circulate to DPW for final sign-off. | 1.40 |
| 05/28/21 | SKL | Finalize contract cure analysis and circulate latest feedback accordingly. | 1.40 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2136200-2 |
| Re: | Chapter 11 Process/Case Management |
| Client/Matter # | 012589.00101 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/28/21 | SKL | Prepare updated high-priority IT contract breakdown and circulate to the IT group for feedback re: change of control process. | 1.60 |
| 05/31/21 | SKL | Prepare updates to the IT transfer workplan and circulate feedback accordingly prior to tomorrow morning's call with the team. | 0.80 |
| 05/31/21 | HSB | Reviewed Purdue OCP report for April 2021 prepared by L. Nguyen (AlixPartners) | 0.20 |
| | | **Total** | **198.50** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                          **F** 214.647.7501
Dallas, TX 75201               **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #           2136200-2

Re:                 Chapter 11 Process/Case Management
Client/Matter #     012589.00101

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Heather Saydah | 33.10 | 480.00 | 15,888.00 |
| Lan T Nguyen | 1.20 | 530.00 | 636.00 |
| Kaitlyn A Sundt | 17.40 | 530.00 | 9,222.00 |
| Andrew D DePalma | 4.90 | 625.00 | 3,062.50 |
| Sam K Lemack | 107.80 | 665.00 | 71,687.00 |
| Gabe J Koch | 14.60 | 865.00 | 12,629.00 |
| HS Bhattal | 11.90 | 865.00 | 10,293.50 |
| Jesse DelConte | 4.80 | 1,055.00 | 5,064.00 |
| Lisa Donahue | 2.80 | 1,295.00 | 3,626.00 |
| **Total Hours & Fees** | **198.50** | | **132,108.00** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Cash Management |
| Client/Matter # | 012589.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/05/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 04.30 cash report | 1.80 |
| 05/05/21 | LTN | Reconcile the interest credits and bank charges in April based on the latest file by T. Gabriele (Purdue) and update the cash summaries in weekly cash reports | 0.60 |
| 05/05/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 04.30 cash report | 1.50 |
| 05/05/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 04.30 cash actuals report | 0.60 |
| 05/06/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 04.30.2021 cash actuals report based on their feedback | 0.70 |
| 05/06/21 | HSB | Meeting with J. Lowne, E. Ruiz, L. Scheinbach (all Purdue), R. Schnitzler (PJT), and H. Bhattal, S. Lemack (both AlixPartners) to review latest cash projections. | 0.40 |
| 05/06/21 | LTN | Reconcile and update Adlon and Avrio Health financials section of the March 2021 PEO monthly flash report | 1.70 |
| 05/06/21 | LTN | Reconcile and update the Rhodes financials section of the March 2021 PEO monthly flash report | 1.20 |
| 05/06/21 | LTN | Review March 2021 Financial statement deck provided by J. Lowne (Purdue) and updated PPLP financials section for PEO monthly flash report | 1.80 |
| 05/06/21 | SKL | Meeting with J. Lowne, E. Ruiz, L. Scheinbach (all Purdue), R. Schnitzler (PJT), and H. Bhattal, S. Lemack (both AlixPartners) to review latest cash projections. | 0.40 |
| 05/07/21 | LTN | Finalize the March 2021 PEO monthly flash report and circulated for internal review | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice #       | 2136200-2       |
| --------------- | --------------- |
| Re:             | Cash Management |
| Client/Matter # | 012589.00103    |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 05/10/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 04.30.2021 and updated the weekly cash report deck | 1.40 |
| 05/10/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 04.30.2021 and updated the weekly cash report deck | 0.50 |
| 05/11/21 | LTN | Revise the weekly cash actuals report for week ended 04.30 based on the internal feedback and circulated for CFO sign-off | 1.10 |
| 05/11/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 05.07 cash report | 1.60 |
| 05/11/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 05.07 cash report | 1.50 |
| 05/11/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 05.07 cash actuals report | 0.60 |
| 05/11/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 05.07.2021 cash actuals report based on their feedback | 0.50 |
| 05/11/21 | HSB | Review Purdue monthly flash report prepared by L. Nguyen (AlixPartners) for March 2021 | 0.80 |
| 05/11/21 | HSB | Review Purdue monthly full board deck prepared by J. Lowne (Purdue) for March 2021 | 1.10 |
| 05/13/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 05.07.2021 and updated the weekly cash report deck | 0.80 |
| 05/13/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 05.07.2021 and updated the weekly cash report deck | 1.10 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Cash Management |
| Client/Matter # | 012589.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/13/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 05.07.2021 cash actuals report based on their feedback | 0.50 |
| 05/13/21 | SKL | Pulled latest AP and payment info from SAP and reviewed latest releases and payments. | 1.10 |
| 05/14/21 | SKL | Run accounts payable release file and review latest AP releases and payments. | 0.80 |
| 05/14/21 | HSB | Review weekly cash flow forecasts prepared by L. Nguyen (AlixPartners) for weeks ended 04/30; 05/07 | 1.20 |
| 05/17/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 05.14 cash report | 1.60 |
| 05/17/21 | LTN | Call with S. Lemack, L. Nguyen (both AlixPartners) to discuss multiple case related matters and discuss the cash forecast | 0.60 |
| 05/17/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 05.14 cash actuals report | 0.40 |
| 05/17/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 05.14 cash report | 1.80 |
| 05/17/21 | LTN | Download AP data from SAP, categorized the operating expense section of Purdue & Rhodes 13-week cash forecast beginning w.e 05.14.2021 | 2.00 |
| 05/17/21 | LTN | Download AR data from SAP, categorized Account Receivables section of Purdue & Rhodes 13w cash forecast beginning w.e 05.14.2021 | 1.70 |
| 05/17/21 | SKL | Call with S. Lemack, L. Nguyen (both AlixPartners) to discuss multiple case related matters and discuss the cash forecast | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Cash Management |
| Client/Matter # | 012589.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/17/21 | JD | Provide comments on the last two weeks of cash forecast to actuals analyses. | 0.60 |
| 05/18/21 | SKL | Calls with S. Lemack, L. Nguyen (AlixPartners) to discuss open cash items prior to Wednesday's cash forecast meeting with M. Jack (Purdue) | 0.10 |
| 05/18/21 | LTN | Prepare the updated weekly sales reports as of 05.14 for Rhodes provided by P. Phouthasone (Purdue) and circulated for CFO review | 0.50 |
| 05/18/21 | LTN | Calls with S. Lemack, L. Nguyen (AlixPartners) to discuss open cash items prior to Wednesday's cash forecast meeting with M. Jack (Purdue) | 0.10 |
| 05/19/21 | LTN | Call among S. Lemack, L. Nguyen (both AlixPartners), M. Jack (Purdue) to walk through the cash forecast | 0.30 |
| 05/19/21 | LTN | Prepare the customer receipts section of the Purdue 13 week cash forecast beg 05.14 based on the latest sales forecast provided by J. Knight (Purdue) | 1.00 |
| 05/19/21 | LTN | Review the latest fee applications from the docket filed by restructuring professionals and update the tracker | 1.80 |
| 05/19/21 | LTN | Update the Restructuring and retained professional fee section to the latest 13w cash forecast beginning week 05.14 | 0.70 |
| 05/19/21 | LTN | Review the latest fee applications from the docket filed by Retained professionals and update the tracker | 0.80 |
| 05/19/21 | LTN | Review the latest rebates tracker provided by D. Krishnan (Purdue) as of May and updated the 13-week cash forecast | 0.90 |
| 05/19/21 | LTN | Prepare the operating expense section of Purdue 13-week cash forecast beginning 05.14 period | 1.60 |
| 05/19/21 | LTN | Prepare the IAC receipts and IAC disbursements section of the Purdue 13-week cash forecast beginning 05.14 | 0.90 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2136200-2 |
| Re: | Cash Management |
| Client/Matter # | 012589.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | period | |
| 05/19/21 | ADD | Research accounts payable questions from Purdue's auditor. | 1.90 |
| 05/19/21 | SKL | Call among S. Lemack, L. Nguyen (both AlixPartners), M. Jack (Purdue) to walk through the cash forecast | 0.30 |
| 05/19/21 | GJK | Review Mundipharma cash balance growth and movement across IACs based on historical balance sheets. | 0.80 |
| 05/19/21 | GJK | Review email and files from M. Atkinson (Province) regarding historical available cash presentation. | 0.30 |
| 05/19/21 | GJK | Review historical Mundipharma board documents for presentation of available cash information. | 1.60 |
| 05/20/21 | ADD | Research accounts payable questions from Purdue's auditor. | 2.30 |
| 05/20/21 | LTN | Prepare the Customer rebates section of Purdue 13-week cash forecast beginning 05.14 period | 1.90 |
| 05/21/21 | LTN | Prepare the latest 13 week forecast to actuals variance summaries report for PPLP and Rhodes beginning 05.14 period | 0.60 |
| 05/21/21 | LTN | Prepare the IAC receipts and IAC disbursements section of Rhodes 13-week cash forecast beginning 05.14 period | 0.90 |
| 05/21/21 | LTN | Prepare the customer receipts section of the Rhodes 13 week cash forecast beginning period 05.14 | 1.40 |
| 05/21/21 | LTN | Prepare the operating expense section of Rhodes 13-week cash forecast beginning 05.14 period | 1.80 |
| 05/21/21 | LTN | Prepare the deck for the latest 13 week forecast beginning 05.14 period for Purdue and Rhodes | 0.80 |
| 05/21/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 05.14.2021 cash actuals report based on their feedback | 0.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #                2136200-2

Re:                      Cash Management
Client/Matter #          012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/21/21 | LTN | Prepare the legal, restructuring and other sections of Rhodes 13-week cash forecast beginning 05.14 period | 1.10 |
| 05/24/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC summary section for week ended 05.21 cash actuals report | 0.40 |
| 05/24/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 05.21.2021 cash actuals report based on their feedback | 0.50 |
| 05/24/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 05.21 cash report | 1.50 |
| 05/24/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 05.14.2021 and updated the weekly cash report deck | 0.90 |
| 05/24/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 05.14.2021 and updated the weekly cash report deck | 1.60 |
| 05/24/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 05.21 cash report | 1.80 |
| 05/25/21 | SKL | Correspondence with L. Nguyen (AlixPartners) re: latest updates to the cash forecast. | 0.20 |
| 05/25/21 | SKL | Review latest Purdue cash forecast and provide updated comments/feedback accordingly. | 1.30 |
| 05/26/21 | SKL | Continue to review latest Rhodes cash forecast and circulate updated comments/feedback accordingly. | 1.40 |
| 05/26/21 | SKL | Call with S. Lemack, L. Nguyen (both AlixPartners) re: OCP April report | 0.20 |
| 05/26/21 | LTN | Update cash restricted transactions to the 13-w cash forecast beginning week ended 05.14 period | 0.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2136200-2

Re:                  Cash Management
Client/Matter #      012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/26/21 | LTN | Reconcile and update Adlon and Avrio Health financials section of the April 2021 PEO monthly flash report | 1.50 |
| 05/26/21 | LTN | Reconcile and update the Rhodes financials section of the April 2021 PEO monthly flash report | 1.40 |
| 05/26/21 | LTN | Finalize the April PEO monthly flash report and circulate for internal review | 1.20 |
| 05/26/21 | LTN | Prepare the updated weekly sales reports as of 05.21 for Rhodes provided by P. Phouthasone (Purdue) and circulated for CFO review | 0.40 |
| 05/26/21 | LTN | Call with S. Lemack, L. Nguyen (both AlixPartners) re: OCP April report | 0.20 |
| 05/26/21 | LTN | Review April 2021 Financial statement deck provided by J. Lowne (Purdue) and updated PPLP financials section for PEO monthly flash report | 1.80 |
| 05/27/21 | LTN | Finalize the 13-w cash forecast deck beginning week 05.14 based on internal feedback and circulated for CFO review | 1.20 |
| 05/27/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss updates on the 13w cash forecast | 0.50 |
| 05/27/21 | LTN | Multiple calls with S. Lemack, L. Nguyen (both AlixPartners) to discuss updates on the 13w cash forecast and OCP tracking | 0.30 |
| 05/27/21 | LTN | Finalize the Purdue 13-w cash forecast beginning week 05.14 period and circulate for internal review | 1.80 |
| 05/27/21 | LTN | Finalize the Rhodes 13-w cash forecast beginning week 05.14 period and circulate for internal review | 1.40 |
| 05/27/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss updates on the 13w cash forecast | 0.50 |
| 05/27/21 | SKL | Multiple calls with S. Lemack, L. Nguyen (both | 0.30 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #                     2136200-2

Re:                           Cash Management
Client/Matter #               012589.00103

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
|      |            | AlixPartners) to discuss updates on the 13w cash forecast and OCP tracking | |
| 05/27/21 | SKL | Finalize updates to the accounts payable database and prepare updates to the contract cure analysis accordingly. | 2.20 |
| 05/28/21 | JD | Provide comments on the latest iteration of the 13 week cash flow forecast. | 0.80 |
| 05/28/21 | LTN | Correspondence with H. Bhattal (AlixPartners) to discuss Liabilities subject to compromise on the April flash report | 0.10 |
| | | **Total** | **86.90** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2136200-2 |
| Re: | Cash Management |
| Client/Matter # | 012589.00103 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Lan T Nguyen | 65.70 | 530.00 | 34,821.00 |
| Andrew D DePalma | 4.20 | 625.00 | 2,625.00 |
| Sam K Lemack | 8.90 | 665.00 | 5,918.50 |
| HS Bhattal | 4.00 | 865.00 | 3,460.00 |
| Gabe J Koch | 2.70 | 865.00 | 2,335.50 |
| Jesse DelConte | 1.40 | 1,055.00 | 1,477.00 |
| **Total Hours & Fees** | **86.90** | | **50,637.00** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2136200-2

Re:                  Communication with Interested Parties
Client/Matter #      012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/01/21 | LTN | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 1.40 |
| 05/01/21 | HSB | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 1.40 |
| 05/01/21 | GJK | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 1.40 |
| 05/01/21 | GJK | Call with A. Libby and J. Weiner (both DPW) regarding proposed term sheets for Side A Group 1, 5, 6 and Side B. | 1.50 |
| 05/02/21 | GJK | Redraft of email to Huron based on feedback from FTI requesting diligence on Side B and Side A Pods 1, 6 & 7. | 0.50 |
| 05/03/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI) and various other advisors re: B side net asset value sample | 0.50 |
| 05/03/21 | JD | Review materials posted to the various diligence data rooms that may be responsive to AHC transfer diligence list. | 1.20 |
| 05/03/21 | JD | Correspondence with Davis Polk, PJT and R. Aleali (Purdue) re: AHC diligence list. | 0.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Communication with Interested Parties |
| Client/Matter # | 012589.00104 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/03/21 | ADD | Draft correspondence requesting approval to upload documents to data room | 0.50 |
| 05/03/21 | ADD | Compile materials submitted in response to diligence requests in preparation for production for creditor committee review. | 1.60 |
| 05/03/21 | JD | Review files uploaded for various creditor committees over the weekend. | 0.30 |
| 05/03/21 | JD | Review responses from Debevoise re: shareholder agreement. | 0.30 |
| 05/03/21 | LTN | Review the latest A-side credit proposals | 0.70 |
| 05/03/21 | LTN | Prepare A-side asset summary and credit support section of the shareholders' settlement presentation | 2.60 |
| 05/03/21 | LTN | Prepare B-side asset summary and credit support section of the shareholders' settlement presentation | 1.60 |
| 05/03/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI) and various other advisors re: B side net asset value sample | 0.50 |
| 05/04/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), M. Atkinson (Province), M. Diaz, B. Bromberg (FTI) re: updates to trust diligence | 0.50 |
| 05/04/21 | LTN | Review the revised credit support temsheets for group 1, 5 and 6 | 1.10 |
| 05/04/21 | LTN | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H. Bhattal, L. Nguyen (both AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 1.00 |
| 05/04/21 | LTN | Call with A. DePalma, S. Lemack, L. Nguyen (all | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #             2136200-2

Re:                   Communication with Interested Parties
Client/Matter #       012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners) to walkthrough the data room | |
| 05/04/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to debrief on counsel and financial advisors discussion of pods 4 and 7. | 0.20 |
| 05/04/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners), A. Libby, J. Weiner (DPW) and various other advisors re: updates on term sheets | 1.10 |
| 05/04/21 | LTN | Revise group 4's asset summary and update the shareholders' settlement presentation accordingly | 0.90 |
| 05/04/21 | HSB | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H. Bhattal, L. Nguyen (both AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 1.00 |
| 05/04/21 | ADD | Compile data room productions instructions | 1.80 |
| 05/04/21 | JD | Call with C. Robertson, A. Lele, E. Turay (all DPW), J. DelConte, S. Lemack (both AlixPartners), R. Aleali (Purdue) re: AHC diligence list. | 0.40 |
| 05/04/21 | ADD | Call with A. DePalma, S. Lemack, L. Nguyen (all AlixPartners) to walkthrough the data room | 0.70 |
| 05/04/21 | ADD | Prepare and upload materials provided by Davis Polk's eDiscovery team for creditor committee review. | 2.00 |
| 05/04/21 | GJK | Call with G. Koch, L. Nguyen (AlixPartners), A. Libby, J. Weiner (DPW) and various other advisors re: updates on term sheets | 1.10 |
| 05/04/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to debrief on counsel and financial advisors discussion of pods 4 and 7. | 0.20 |
| 05/04/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), M. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #          2136200-2

Re:                Communication with Interested Parties
Client/Matter #    012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Atkinson (Province), M. Diaz, B. Bromberg (FTI) re: updates to trust diligence | |
| 05/04/21 | GJK | Prepare for call with counsel and financial advisors regarding Pods 4 and 7. | 0.70 |
| 05/04/21 | SKL | Call with C. Robertson, A. Lele, E. Turay (all DPW), J. DelConte, S. Lemack (both AlixPartners), R. Aleali (Purdue) re: AHC diligence list. | 0.40 |
| 05/04/21 | SKL | Call with A. DePalma, S. Lemack, L. Nguyen (all AlixPartners) to walkthrough the data room | 0.70 |
| 05/05/21 | SKL | Virtual working session with S. Lemack, A. DePalma (both AlixPartners) to discuss M&A diligence list. | 1.50 |
| 05/05/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), J. Weiner, E. Huang (both DPW) re: pledged entities | 0.40 |
| 05/05/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), T. Martin, CW Tan, R. Loh (all HCG), M. Atkinson (Province), M. Diaz, B. Bromberg (FTI) re: updates to trust diligence | 0.40 |
| 05/05/21 | GJK | Call with G. Koch, L. Nguyen (AlixPartners), A. Libby, J. Weiner (DPW) and various other advisors to discuss updates on B-side Collateral term sheet | 1.10 |
| 05/05/21 | ADD | Virtual working session with S. Lemack, A. DePalma (both AlixPartners) to discuss M&A diligence list. | 1.50 |
| 05/05/21 | ADD | Update liabilities subject to compromise calculation for April month end. | 2.50 |
| 05/05/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners), A. Libby, J. Weiner (DPW) and various other advisors to discuss updates on B-side Collateral term sheet | 1.10 |
| 05/05/21 | LTN | Review the latest collateral termsheet for group 7 | 0.30 |
| 05/05/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), J. Weiner, E. Huang (both DPW) re: pledged entities | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Communication with Interested Parties |
| Client/Matter # | 012589.00104 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/05/21 | LTN | Correspondence with Province and FTI re: open items on collar | 0.60 |
| 05/05/21 | LTN | Correspondence with B. Broomberg (FTI) re: pledged entities | 0.30 |
| 05/05/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), T. Martin, CW Tan, R. Loh (all HCG), M. Atkinson (Province), M. Diaz, B. Bromberg (FTI) re: updates to trust diligence | 0.40 |
| 05/06/21 | LTN | Review the latest collateral data for group 1 & 2 of B-side and calculate the net amount after tax | 0.70 |
| 05/06/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners), B. Bromberg (FTI) to discuss IAC pledge entities | 0.20 |
| 05/06/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), T. Martin, CW. Tan, R. Loh (all HCG), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI) re: updates to trust diligence | 0.60 |
| 05/06/21 | LTN | Format and upload DWP data to Intralink | 1.30 |
| 05/06/21 | GJK | Call with B Bromberg (FT) and L. Nguyen (AlixPartners) to discuss pledged entities. | 0.20 |
| 05/06/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), T. Martin, CW. Tan, R. Loh (all HCG), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI) re: updates to trust diligence | 0.60 |
| 05/07/21 | GJK | Prepare for call with Debevoise, Huron, Davis Polk, Akin Gump, Brown Rudnick, Kramer Levin, AlixPartners, Province and FTI regarding counter proposals by Side A Family pods. | 1.30 |
| 05/07/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), A. Libby, J. Weiner (both DPW) and various other advisors re: updates on A- side collateral term sheets | 0.50 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2136200-2

Re:                  Communication with Interested Parties
Client/Matter #      012589.00104

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 05/07/21 | SKL | Call with J. DelConte, H. Bhattal, S. Lemack, L. Nguyen (all AlixPartners), G. Coutts, H. Schenk, A. Benjamin, A. San (all Houlihan), J. Turner, T. Melvin, J. Arsic (all PJT), M. Diaz, B. Bromberg, C. Kim (all FTI) re: AHC diligence request. | 0.70 |
| 05/07/21 | SKL | Call with S. Lemack, L. Nguyen (both AlixPartners) to walk through the dataroom | 0.20 |
| 05/07/21 | LTN | Call with S. Lemack, L. Nguyen (both AlixPartners) to walk through the dataroom | 0.20 |
| 05/07/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), A. Libby, J. Weiner (both DPW) and various other advisors re: updates on A- side collateral term sheets | 0.50 |
| 05/07/21 | LTN | Call with J. DelConte, H. Bhattal, S. Lemack, L. Nguyen (all AlixPartners), G. Coutts, H. Schenk, A. Benjamin, A. San (all Houlihan), J. Turner, T. Melvin, J. Arsic (all PJT), M. Diaz, B. Bromberg, C. Kim (all FTI) re: AHC diligence request. | 0.70 |
| 05/07/21 | LTN | Review the revised article 2 in the settlement agreement and provided comments to J. Weiner (DPW) | 1.30 |
| 05/07/21 | LTN | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H. Bhattal, L. Nguyen (both AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 0.50 |
| 05/07/21 | JD | Call with J. DelConte, H. Bhattal, S. Lemack, L. Nguyen (all AlixPartners), G. Coutts, H. Schenk, A. Benjamin, A. San (all Houlihan), J. Turner, T. Melvin, J. Arsic (all PJT), M. Diaz, B. Bromberg, C. Kim (all FTI) re: AHC diligence request. | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2136200-2 |
| Re: | Communication with Interested Parties |
| Client/Matter # | 012589.00104 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/07/21 | JD | Review updated cash flow breakdown analysis in response to NCSG diligence request and provide comments. | 0.80 |
| 05/07/21 | HSB | Call with J. DelConte, H. Bhattal, S. Lemack, L. Nguyen (all AlixPartners), G. Coutts, H. Schenk, A. Benjamin, A. San (all Houlihan), J. Turner, T. Melvin, J. Arsic (all PJT), M. Diaz, B. Bromberg, C. Kim (all FTI) re: AHC diligence request. | 0.70 |
| 05/07/21 | HSB | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H. Bhattal, L. Nguyen (both AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 0.50 |
| 05/10/21 | ADD | Download materials from the Intralinks VDR for upload to document repository. | 2.10 |
| 05/10/21 | ADD | Upload materials to FTP site for eDiscovery team. | 1.40 |
| 05/10/21 | LTN | Correspondence with J. Weiner (DPW) re: open items on the latest revised settlement agreement | 0.60 |
| 05/10/21 | LTN | Review the latest revised collateral termsheet for A side - group 2 | 0.30 |
| 05/10/21 | LTN | Call with J. Weiner (DPW) to discuss open items on the latest Article 2 agreement | 0.80 |
| 05/10/21 | LTN | Prepare the B side's collateral section in the shareholder presentation deck | 1.00 |
| 05/10/21 | LTN | Prepare the security interest and collateral section for both A and B family groups in the shareholder presentation deck | 1.80 |
| 05/10/21 | LTN | Revise balance sheet presentations for 8 A side groups based on the latest term sheets for the shareholder deck | 1.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Communication with Interested Parties |
| Client/Matter # | 012589.00104 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/11/21 | LTN | Review the latest collateral termsheets for groups 1, 5, 6 of A side and summarized the finding to G. Koch (AlixPartners) | 0.60 |
| 05/11/21 | LTN | Review the revised language in the Collar in the settlement agreement and provided comments to J. Weiner (DPW) | 0.50 |
| 05/12/21 | LTN | Reconcile IAC entities in exhibit E against FTI list provided by B. Bromberg (AlixPartners) | 2.40 |
| 05/12/21 | LTN | Reconcile IAC entities in exhibit E against IAC summary list provided by G. Koch (AlixPartners) | 2.00 |
| 05/12/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners), A. Libby, J. Weiner (DPW) and various other advisors re: updates on B- side collateral term sheet | 1.50 |
| 05/12/21 | LTN | Call with T. Martin, R. Loh, C. Tan (all Huron), M. Atkinson, C. Kaulwalder (both Province), M. Diaz, B. Bromberg (both FTI), G. Koch, L. Nguyen (both AlixPartners) for update on outstanding diligence requests. | 0.50 |
| 05/12/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), T. Martin, C. Tan, R. Loh (both HCG), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI) re: updates to IACs matters | 0.50 |
| 05/12/21 | LTN | Finalize the IACs entities consolidated list and circulated to G. Koch (AlixPartners) for internal review | 2.20 |
| 05/12/21 | HSB | Call with L. Scheinbach (Purdue) re: Purdue financial projections | 0.10 |
| 05/12/21 | GJK | Call with G. Koch, L. Nguyen (AlixPartners), A. Libby, J. Weiner (DPW) and various other advisors re: updates on B- side collateral term sheet | 1.50 |
| 05/12/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), T. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Communication with Interested Parties |
| Client/Matter # | 012589.00104 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Martin, C. Tan, R. Loh (both HCG), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI) re: updates to IACs matters | |
| 05/12/21 | GJK | Call with T. Martin, R. Loh, C. Tan (all Huron), M. Atkinson, C. Kaulwalder (both Province), M. Diaz, B. Bromberg (both FTI), G. Koch, L. Nguyen (both AlixPartners) for update on outstanding diligence requests. | 0.50 |
| 05/13/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), A. Libby, J. Weiner (DPW) and other advisors to discuss IACs entities matters | 0.50 |
| 05/13/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), A. Libby, J. Weiner (both DPW) and other advisors re: updates on B- side collateral term sheet | 1.40 |
| 05/13/21 | LTN | Format and upload DWP data to Intralink | 1.10 |
| 05/13/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), A. Libby, J. Weiner (both DPW) and other advisors re: updates on B- side collateral term sheet | 1.40 |
| 05/13/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), A. Libby, J. Weiner (DPW) and other advisors to discuss IACs entities matters | 0.50 |
| 05/13/21 | LTN | Revise IAC entities list based on B. Bromberg (FTI) feedback | 1.00 |
| 05/13/21 | LTN | Update ownership structure of Beacon Trust to the IACs consolidated list tracker provided D. Porat (Milbank) | 1.20 |
| 05/14/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners), A. Libby, J. Weiner (DPW) and other advisors re: overview of IACs ownership structure | 1.30 |
| 05/14/21 | LTN | Correspondence with FTI and Province regarding to ownership structure of IACs entities | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Communication with Interested Parties |
| Client/Matter # | 012589.00104 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/14/21 | LTN | Review the latest asset data for family group 4 sent by CW. Tan (HCG) and update the asset summary report | 0.80 |
| 05/14/21 | LTN | Review the latest revised collateral termsheets for A & B families provided by J. Weiner (DPW) | 0.90 |
| 05/14/21 | GJK | Call with G. Koch, L. Nguyen (AlixPartners), A. Libby, J. Weiner (DPW) and other advisors re: overview of IACs ownership structure | 1.30 |
| 05/14/21 | JD | Call with G. Coutts (Houlihan) re: business development planning. | 0.30 |
| 05/14/21 | JD | Correspondence with Purdue management and H. Bhattal (AlixPartners) re: outstanding DOJ requests. | 0.50 |
| 05/16/21 | LTN | Prepare the asset coverage analysis and update the shareholder presentation deck | 1.10 |
| 05/16/21 | LTN | Review the latest collateral termsheets and update the proposed obligors and net assets | 1.90 |
| 05/16/21 | LTN | Update the individuals' assets for group 5 - 8 to the asset summary report and update the shareholder deck | 1.30 |
| 05/16/21 | LTN | Finalize the shareholder presentation deck based on G. Koch (AlixPartners) feedback and circulate to A. Libby (DPW) | 1.60 |
| 05/16/21 | LTN | Revise the security and collateral summary section and update the shareholder deck | 1.20 |
| 05/16/21 | LTN | Revise group 4's balance sheet based on the latest trusts' net asset data and update the shareholder presentation deck | 0.90 |
| 05/17/21 | JD | Review production documents per request from codefendants. | 0.70 |
| 05/18/21 | JD | Correspondence with AHC advisors re: updated projections exhibit. | 0.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Communication with Interested Parties |
| Client/Matter # | 012589.00104 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/18/21 | SKL | Meeting with E. Ruiz, L. Scheinbach (both Purdue) and H. Bhattal, S. Lemack (both AlixPartners) to discuss NewCo projection analysis and review the model accordingly. | 0.50 |
| 05/18/21 | LTN | Revise the shareholder presentation deck based on J. Weiner (DPW) feedback | 2.60 |
| 05/18/21 | HSB | Meeting with E. Ruiz, L. Scheinbach (both Purdue) and H. Bhattal, S. Lemack (both AlixPartners) to discuss NewCo projection analysis and review the model accordingly. | 0.50 |
| 05/18/21 | ADD | Review outstanding diligence requests and follow up with remaining times. | 1.40 |
| 05/18/21 | ADD | Review materials produced during the prior week for the creditor committees review. | 1.50 |
| 05/19/21 | ADD | Review outstanding diligence requests and follow up with remaining times. | 1.50 |
| 05/19/21 | ADD | Review cost files provided as part of project plex diligence. | 0.80 |
| 05/19/21 | ADD | Compile spend data and review spend by company. | 2.60 |
| 05/20/21 | ADD | Compile and prepare documents for file repository. | 2.20 |
| 05/20/21 | ADD | Review Intralinks and document repository reconciliation and research discrepancies. | 2.70 |
| 05/20/21 | ADD | Call with C. Robertson (DPW), J. Turner, T. Melvin, L. Schwartzmann (all PJT Partners), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) to discuss Plan projections analysis | 0.50 |
| 05/20/21 | HSB | Call with C. Robertson (DPW), J. Turner, T. Melvin, L. Schwartzmann (all PJT Partners), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) to discuss Plan projections analysis | 0.50 |
| 05/20/21 | HSB | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2136200-2

Re:                  Communication with Interested Parties
Client/Matter #      012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H. Bhattal, L. Nguyen (both AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | |
| 05/20/21 | LTN | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H. Bhattal, L. Nguyen (both AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 0.60 |
| 05/20/21 | LTN | Call among G. Koch, L. Nguyen (both AlixPartners), A. Libby (DPW), J. Ball (Debevoise) and other advisors to discuss updates on A side collateral term sheets | 1.10 |
| 05/20/21 | LTN | Call among G. Koch, L. Nguyen (both AlixPartners), A. Libby, (DPW), I. McClatchey (Milbank) and other advisors re: overview of IACs ownership structure for Mortimer side | 1.90 |
| 05/20/21 | LTN | Call among G. Koch, L. Nguyen (both AlixPartners), A. Libby, J. Weiner (both DPW) and other advisors to discuss updates on A side termsheets | 0.60 |
| 05/20/21 | SKL | Call with C. Robertson (DPW), J. Turner, T. Melvin, L. Schwartzmann (all PJT Partners), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) to discuss Plan projections analysis | 0.50 |
| 05/20/21 | GJK | Call among G. Koch, L. Nguyen (both AlixPartners), A. Libby (DPW), J. Ball (Debevoise) and other advisors to discuss updates on A side collateral term sheets | 1.10 |
| 05/20/21 | GJK | Call among G. Koch, L. Nguyen (both AlixPartners), A. Libby, (DPW), I. McClatchey (Milbank) and other advisors re: overview of IACs ownership structure for Mortimer | 1.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2136200-2

Re:                  Communication with Interested Parties
Client/Matter #      012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | side | |
| 05/20/21 | GJK | Call among G. Koch, L. Nguyen (both AlixPartners), A. Libby, J. Weiner (both DPW) and other advisors to discuss updates on A side termsheets | 0.60 |
| 05/20/21 | JD | Call with C. Robertson (DPW), J. Turner, T. Melvin, L. Schwartzmann (all PJT Partners), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) to discuss Plan projections analysis | 0.50 |
| 05/21/21 | ADD | Review outstanding diligence requests and follow up with remaining times. | 1.10 |
| 05/21/21 | ADD | Review and compile diligence responses in preparation to submit for review. | 1.40 |
| 05/21/21 | ADD | Review and compile responses to questions from Purdue auditor. | 1.50 |
| 05/24/21 | ADD | Compile materials provided in response to diligence requests and update diligence responses. | 1.60 |
| 05/24/21 | ADD | Upload documents provided by Davis Polk's eDiscovery to the data room for creditor committee review. | 2.60 |
| 05/24/21 | LTN | Call among G. Koch, L. Nguyen (both AlixPartners), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI) to discuss various matters on shareholder due diligence | 0.40 |
| 05/24/21 | JD | Review additional documents from Purdue management re: DOJ requests. | 0.40 |
| 05/24/21 | GJK | Call among G. Koch, L. Nguyen (both AlixPartners), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI) to discuss various matters on shareholder due diligence | 0.40 |
| 05/25/21 | LTN | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H Bhattal, L. Nguyen (both AlixPartners), M. Diaz, E. Kurtz, | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2136200-2

Re:                  Communication with Interested Parties
Client/Matter #      012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | |
| 05/25/21 | HSB | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H Bhattal, L. Nguyen (both AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 0.60 |
| 05/25/21 | ADD | Compile information provided by the client and draft responses to outstanding diligence questions. | 2.10 |
| 05/25/21 | ADD | Review outstanding diligence requests and follow up with remaining items | 1.10 |
| 05/26/21 | ADD | Compile and review information to complete license applications. | 1.80 |
| 05/26/21 | ADD | Prepare third-party logistics provider state regulatory applications for Purdue Pharmaceuticals LP. | 2.80 |
| 05/26/21 | ADD | Compile contract counterparty information for cure cost calculations in response to creditor committee request. | 3.10 |
| 05/27/21 | ADD | Compile materials provided in response to diligence requests and update diligence responses. | 1.40 |
| 05/27/21 | ADD | Compile and review information to complete license applications. | 2.60 |
| 05/27/21 | ADD | Prepare third-party logistics provider state regulatory applications for Purdue Pharmaceuticals LP. | 2.30 |
| 05/27/21 | ADD | Review diligence request and follow up with outstanding items. | 1.70 |
| 05/27/21 | LTN | Collate OxyContin data requested by J. DelConte (AlixPartners) | 0.60 |
| 05/27/21 | JD | Review updated NewCo cash flow breakdowns per NCSG | 0.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2136200-2 |
| Re: | Communication with Interested Parties |
| Client/Matter # | 012589.00104 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | request. | |
| 05/28/21 | GJK | Call among G. Koch, L. Nguyen (both AlixPartners), J. Weiner (DPW), B. Kennedy (Milbank), B. Oslo (Kokino) to walk through the revised model | 1.00 |
| 05/28/21 | LTN | Update the futures liability analysis based on feedback from DVP | 0.40 |
| 05/28/21 | LTN | Call among G. Koch, L. Nguyen (both AlixPartners), J. Weiner (DPW), B. Kennedy (Milbank), B. Oslo (Kokino) to walk through the revised model | 1.00 |
| 05/28/21 | ADD | Prepare third-party logistics provider state regulatory applications for Purdue Pharmaceuticals LP. | 2.90 |
| 05/29/21 | LTN | Review group 8's net asset value and correspondence with A. Libby (DPW) | 0.70 |
| | | **Total** | **161.60** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2136200-2

Re:               Communication with Interested Parties
Client/Matter #     012589.00104

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Lan T Nguyen | 65.10 | 530.00 | 34,503.00 |
| Andrew D DePalma | 57.30 | 625.00 | 35,812.50 |
| Sam K Lemack | 4.50 | 665.00 | 2,992.50 |
| HS Bhattal | 5.90 | 865.00 | 5,103.50 |
| Gabe J Koch | 21.60 | 865.00 | 18,684.00 |
| Jesse DelConte | 7.20 | 1,055.00 | 7,596.00 |
| **Total Hours & Fees** | **161.60** | | **104,691.50** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2136200-2

Re:                    U. S. Trustee / Court Reporting Requirements
Client/Matter #        012589.00105

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/04/21 | LTN | Submit revised DOJ fee payment request to J. Lowne and H. Benson (both Purdue) | 0.30 |
| 05/04/21 | JD | Review updated calculations and materials for the quarterly UST fee payments. | 0.30 |
| 05/07/21 | JD | Call with J. Lowne (Purdue) re: MOR payment tracking. | 0.20 |
| 05/10/21 | JD | Call with C. Robertson (DPW) re: MOR reporting. | 0.30 |
| 05/10/21 | JD | Call with J. Lowne (Purdue) re: insider payment MOR reporting options. | 0.30 |
| 05/10/21 | JD | Call with C. Robertson (Purdue) re: MOR payment reporting follow-up questions. | 0.20 |
| 05/13/21 | JD | Correspondence with L. Nguyen (AlixPartners) and Purdue management re: insider payment disclosures in the MOR. | 0.30 |
| 05/13/21 | LTN | Submit data requests to various Purdue teams to prepare the April 2021 MOR | 0.40 |
| 05/14/21 | LTN | Prepare the cash activity section of the April 2021 monthly operating report | 1.70 |
| 05/14/21 | LTN | Prepare the Insider payments section of April 2021 monthly operating report | 1.90 |
| 05/14/21 | LTN | Prepare the bank account balances section of the April 2021 monthly operating report | 1.60 |
| 05/18/21 | LTN | Prepare the professional fee payments section of the April 2021 monthly operating report and circulated to C. MacDonald (Purdue) for review | 1.40 |
| 05/18/21 | LTN | Prepare debtor questionnaire section of the April 2021 MOR | 0.50 |
| 05/20/21 | LTN | Review financial statements provided by J. Lowne (Purdue) and finalized April 2021 MOR for the CFO signoff | 2.10 |
| 05/20/21 | JD | Correspondence with L. Nguyen (AlixPartners) and J. | 0.30 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #                2136200-2

Re:                      U. S. Trustee / Court Reporting Requirements
Client/Matter #          012589.00105

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Lowne (Purdue) re: insider payments in the MOR. | |
| 05/20/21 | JD | Review and provide comments on the draft April MOR prior to sending to Purdue management. | 0.40 |
| 05/20/21 | JD | Review and sign off on updated April MOR. | 0.20 |
| 05/27/21 | LTN | Review the latest OCP data provided by C. MacDonald (Purdue) and prepared OCP report for April 2021 invoices | 1.80 |
| 05/28/21 | LTN | Finalize the OCP report for April 2021 activities based on latest data/ feedback from C. MacDonald (Purdue) and circulate to DWP | 1.00 |
| | | **Total** | **15.20** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2136200-2

Re:              U. S. Trustee / Court Reporting Requirements
Client/Matter #     012589.00105

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Lan T Nguyen | 12.70 | 530.00 | 6,731.00 |
| Jesse DelConte | 2.50 | 1,055.00 | 2,637.50 |
| **Total Hours & Fees** | **15.20** | | **9,368.50** |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                    **F** 214.647.7501
Dallas, TX 75201              **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2136200-2

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/01/21 | GJK | Draft email to Province and FTI regarding BVI asset information and Side B Gross Assets in SPVs. | 0.30 |
| 05/01/21 | GJK | Review potential discussion points for Family Side A term sheets. | 0.70 |
| 05/01/21 | GJK | Review potential discussion points for Family Side B term sheets. | 0.80 |
| 05/02/21 | GJK | Revise draft email to Huron regarding diligence items based on feedback from Province and FTI. | 0.30 |
| 05/02/21 | GJK | Review credit support file for Side A Family Group 5 to tie to Group 5 proposal. | 1.10 |
| 05/02/21 | GJK | Respond to B. Bromberg (FTI) question regarding Richard Sackler pledge, including review of recent Settlement Agreement drafts. | 0.40 |
| 05/02/21 | GJK | Follow up on email exchanges with Province and FTI. | 0.40 |
| 05/03/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss updates on various trust diligence matters | 0.80 |
| 05/03/21 | GJK | Review JDS will information for Side B diligence. | 0.50 |
| 05/03/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), T. Martin, C. Tan, R. Loh (both Huron), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI) to follow up on trust diligence requests | 0.70 |
| 05/03/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), A. Libby, J. Weiner (both DPW) to touch base on collateral and credit support | 0.60 |
| 05/03/21 | GJK | Review files from  C. Tan (Huron) regarding SPV asset location for Side A Family. | 1.30 |
| 05/03/21 | GJK | Develop diligence agenda for call with Huron, working with FAs from Province and FTI. | 0.80 |
| 05/03/21 | JD | Attend Purdue board meeting with board members, C. | 1.00 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                   **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2136200-2 |
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | |
| 05/03/21 | JD | Review diligence request from NCSG and prepare outline of analysis to be responsive. | 0.50 |
| 05/03/21 | JD | Call with J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) to discuss request from creditors (relating to Purdue financial info) | 1.60 |
| 05/03/21 | SKL | Finalize review of the latest M&A diligence list and circulate updated feedback and analysis accordingly. | 1.10 |
| 05/03/21 | SKL | Call with J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) to discuss request from creditors (relating to Purdue financial info) | 1.60 |
| 05/03/21 | LJD | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.00 |
| 05/03/21 | HSB | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.00 |
| 05/03/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss updates on various trust diligence matters | 0.80 |
| 05/03/21 | JD | Review Rhodes forecasted gross profit by product analysis from D. Fogel (Purdue). | 0.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2136200-2

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/03/21 | HSB | Call with J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) to discuss request from creditors (relating to Purdue financial info) | 1.60 |
| 05/03/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), A. Libby, J. Weiner (both DPW) to touch base on collateral and credit support | 0.60 |
| 05/03/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), T. Martin, C. Tan, R. Loh (both Huron), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI) to follow up on trust diligence requests | 0.70 |
| 05/04/21 | JD | Call with M. Kesselman (Purdue) re: materials for discussions with new board members. | 0.20 |
| 05/04/21 | JD | Review operating agreement summary materials prepared for negotiations with the AHC. | 0.90 |
| 05/04/21 | JD | Correspondence with Purdue accounting re: filed claims accounting. | 0.30 |
| 05/04/21 | JD | Provide comments on cost reduction presentation. | 1.00 |
| 05/04/21 | GJK | Review revised Side B Collateral Term Sheet from DPW. | 1.40 |
| 05/04/21 | GJK | Review incurrence test mechanics as described in revised Side B Collateral Term Sheet. | 0.70 |
| 05/04/21 | GJK | Review notes from Purdue Legal, DPW, AlixPartners call regarding AHC diligence request list. | 0.20 |
| 05/04/21 | GJK | Review proposed language from DPW regarding IAC diligence and support from IAC diligence report. | 0.50 |
| 05/04/21 | GJK | Review RSS Trust unrealized gains summary from Huron. | 0.40 |
| 05/04/21 | GJK | Review IAC holding entities list from Huron. | 0.30 |
| 05/04/21 | GJK | Review JDS Trust unrealized gains summary from Huron | 0.50 |
| 05/04/21 | GJK | Review outstanding items for Settlement Agreement to tie out for settlement process. | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/04/21 | GJK | Review SPV contribution provisions in Side B Collateral Term Sheet. | 0.80 |
| 05/05/21 | GJK | Draft email to B. Olson (Sackler Family Office) and B. Kennedy (Milbank) in coordination with J. Weiner (DPW) and input from M. Atkinson (Province) and B. Bromberg (FTI). | 0.80 |
| 05/05/21 | GJK | Review declining collateral impact on incurrence test in Side B Collateral Term Sheet. | 0.60 |
| 05/05/21 | GJK | Research pledged entities as referenced in Settlement Agreement for Exhibit F. | 1.60 |
| 05/05/21 | SKL | Finalize review of the Intralinks site related to the latest M&A diligence list an update the list tracker accordingly. | 0.90 |
| 05/05/21 | JD | Call with J. Lowne (Purdue) re: HR benefits. | 0.20 |
| 05/05/21 | JD | Correspondence with PJT re: preparing board materials for Purdue management. | 0.20 |
| 05/05/21 | JD | Provide comments on draft board presentation pulled together by PJT. | 0.60 |
| 05/05/21 | JD | Review initial draft analysis on forecasted cash flow sources from S. Lemack (AlixPartners) in response to open NCSG request. | 0.80 |
| 05/05/21 | JD | Review draft diligence tracker from S. Lemack (AlixPartners) in response to open AHC requests. Compare to materials provided to date. | 1.00 |
| 05/05/21 | JD | Update latest professional fee tracker and 2021 professional fee budget. | 0.70 |
| 05/05/21 | JD | Correspondence with PJT re: materials for potential board members. | 0.30 |
| 05/06/21 | JD | Call with C. Robertson (DPW) re: outstanding royalty payments. | 0.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #           2136200-2

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/06/21 | JD | Call with J. Lowne (Purdue) re: outstanding royalty payments. | 0.30 |
| 05/06/21 | JD | Review final potential board member Prepare materials from PJT and correspondence with PJT and Purdue management re: same. | 0.70 |
| 05/06/21 | HSB | Multiple calls with H. Bhattal, S. Lemack (both AlixPartners) to discuss updates made to the latest 2025 revenue projection analysis. | 0.30 |
| 05/06/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners) to discuss updates on trust diligence | 0.20 |
| 05/06/21 | SKL | Update the overall timeline and finalize the employee matters transfer workplan. | 1.70 |
| 05/06/21 | SKL | Multiple calls with H. Bhattal, S. Lemack (both AlixPartners) to discuss updates made to the latest 2025 revenue projection analysis. | 0.30 |
| 05/06/21 | LJD | Update call with J. Lowne (Purdue) | 0.40 |
| 05/06/21 | LJD | Update call with J. Dubel (Board Member) | 0.50 |
| 05/06/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to discuss employee matters workplan for change of control process. | 0.50 |
| 05/06/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss trust diligence process. | 0.20 |
| 05/06/21 | GJK | Review operating revenues and expenses for entities 5 and 6 provided by Huron. | 0.40 |
| 05/06/21 | GJK | Review Mundipharma executive summary findings per PJT request for materials developed for Special Committee. | 0.30 |
| 05/06/21 | GJK | Review Termination Event notes from Settlement Agreement and comments from counsel. | 0.80 |
| 05/06/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #                2136200-2

Re:                      Business Analysis & Operations
Client/Matter #          012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|      |           | discuss employee matters workplan for change of control process. | |
| 05/06/21 | GJK | Outline next steps for change of control process workplans. | 0.60 |
| 05/06/21 | GJK | Review Side A Group 4 Credit Support information. | 0.60 |
| 05/06/21 | GJK | Review Side A Group 4 Credit Support detailed breakdown. | 1.10 |
| 05/06/21 | GJK | Research 2018 Mundipharma board reports for potential indications on minimum operating cash needs. | 1.30 |
| 05/07/21 | GJK | Call with M. Diaz (FTI) to discuss incurrence test mechanics in Side B Collateral Term Sheet. | 0.20 |
| 05/07/21 | GJK | Review incurrence test options based on different payment amounts from collateral accounts. | 1.30 |
| 05/07/21 | GJK | Review DPW updates to Settlement Agreement payment mechanic language. | 1.40 |
| 05/07/21 | GJK | Review DPW updates to Settlement Agreement net proceeds language. | 0.80 |
| 05/07/21 | LJD | Review correspondence related to OpEd article in Boston Globe | 0.50 |
| 05/07/21 | JD | Review various codefendant contracts and termination provisions in response to diligence requests from the AHC. | 1.30 |
| 05/07/21 | JD | Provide comments on the latest draft shareholder settlement analysis and bridge to PJT analysis. | 0.40 |
| 05/07/21 | JD | Send along final settlement payment analysis to Davis Polk. | 0.40 |
| 05/07/21 | JD | Review breakdown of various settlement payments over the first two years from PJT analysis. | 0.40 |
| 05/07/21 | JD | Review and provide initial comments on draft shareholder | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #          2136200-2

Re:               Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | settlement payments over the first two years based on the disclosure statement projections. | |
| 05/07/21 | JD | Correspondence with PJT and Purdue management re: operating governance disclosure expectations. | 0.30 |
| 05/07/21 | JD | Call with C. Robertson (DPW) re: HR benefit payments. | 0.20 |
| 05/08/21 | JD | Review and provide comments on the latest update to the cash flow breakdown and distribution analysis. | 0.50 |
| 05/09/21 | JD | Correspondence with PJT and Purdue management re: Prepare materials for potential new board members. | 0.40 |
| 05/09/21 | JD | Provide new comments on the latest cash distribution and cash flow breakdown analysis. | 0.30 |
| 05/09/21 | GJK | Review Mundipharma diligence board decks from 2018 for references on IACs. | 1.70 |
| 05/09/21 | GJK | Review Norton Rose tax example from 2019 to follow entity ownership structure. | 0.80 |
| 05/09/21 | GJK | Review Mundipharma China and Singapore related entities for how potential transaction structure would impact entities. | 1.30 |
| 05/09/21 | GJK | Assess cash build at Mundipharma Canadian entities. | 0.60 |
| 05/09/21 | GJK | Review Mortimer Side Net Asset Presentation for entity related information in support of Settlement Agreement exhibits. | 1.20 |
| 05/10/21 | GJK | Review Raymond Side Net Asset presentation - including two way entities - for IAC references. | 1.60 |
| 05/10/21 | GJK | Review draft of Settlement Agreement presentation from L. Nguyen (AlixPartners). | 0.70 |
| 05/10/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss Collar language edits by DPW and presentation of Side A and Side B proposals. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/10/21 | GJK | Review response from B. Olson (Sackler Family Office) concerning timing of Side A payments and reply to L. Nguyen (AlixPartners) to address. | 0.40 |
| 05/10/21 | JD | Attend Purdue Board Special Committee meeting with special committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell (PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.60 |
| 05/10/21 | JD | Correspondence with J. Lowne (Purdue) and Davis Polk re: employee reimbursements. | 0.30 |
| 05/10/21 | JD | Update latest professional fee forecast with actuals and compare against latest budget. | 0.80 |
| 05/10/21 | JD | Review the latest version of the cash flow breakdown analysis prepared per the open diligence request. | 0.70 |
| 05/10/21 | JD | Correspondence with Davis Polk re: affiliated company royalty agreements. | 0.40 |
| 05/10/21 | JD | Review final term sheet summary from PJT for potential insurers meeting. | 0.40 |
| 05/10/21 | JD | Review latest HRT monthly update report. | 0.50 |
| 05/10/21 | JD | Prepare for special committee board call. | 0.30 |
| 05/10/21 | LJD | Attend Purdue Board Special Committee meeting with special committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell (PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.60 |
| 05/10/21 | LJD | Staffing call with J. Dubel (Board Member) | 0.30 |
| 05/10/21 | LJD | Review March fee statement and comment | 0.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #             2136200-2

Re:                   Business Analysis & Operations
Client/Matter #       012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/10/21 | HSB | Attend Purdue Board Special Committee meeting with special committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell (PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.60 |
| 05/10/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss Collar language edits by DPW and presentation of Side A and Side B proposals. | 0.50 |
| 05/11/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss the revised article 2- Settlement agreement | 0.30 |
| 05/11/21 | HSB | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.10 |
| 05/11/21 | LJD | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.10 |
| 05/11/21 | JD | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.10 |
| 05/11/21 | JD | Correspondence with Davis Polk and internal AlixPartners re: Bloomberg article. | 0.30 |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           alixpartners.com

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/11/21 | JD | Correspondence with H. Bhattal and S. Lemack (both AlixPartners) re: AHC diligence requests. | 0.50 |
| 05/11/21 | JD | Correspondence with Davis Polk and Purdue management re: affiliated company royalty agreements. | 0.70 |
| 05/11/21 | JD | Provide comments on the draft March professionals eyes only flash report. | 0.50 |
| 05/11/21 | JD | Review updated draft cash flow breakdown given comments from PJT. | 0.50 |
| 05/11/21 | JD | Review draft business plan analysis presentation. | 0.50 |
| 05/11/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss the revised article 2- Settlement agreement | 0.30 |
| 05/11/21 | GJK | Walk through of proposed representations in Settlement Agreement from E. Hwang (DPW). | 1.30 |
| 05/11/21 | GJK | Walk through of Family B Collateral Term sheet blackline against Brown Rudnick and DPW drafts. | 2.20 |
| 05/12/21 | GJK | Prepare reconciliation of IAC list from various sources (including EY 2019 list) and input from Huron. | 1.20 |
| 05/12/21 | GJK | Prepare for call to discuss Side B Collateral Term sheet. | 0.80 |
| 05/12/21 | GJK | Review proposed Side B Incurrence Test scenarios at various basket levels. | 0.60 |
| 05/12/21 | GJK | Compare IAC entity list from FTI to internally developed list. | 0.60 |
| 05/12/21 | GJK | Review Side A Millennium Trust entity file and attempt to reconcile to credit support documents. | 0.80 |
| 05/12/21 | GJK | Review MDAS Investment Trust detail from CW Tan (Huron). | 0.30 |
| 05/12/21 | GJK | Review of informational presentations from Raymond Side and Mortimer Side for any references to pledged entities as noted in Exhibit for Settlement Agreement. | 2.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | | | |
|---|---|---|---|
| Invoice # | 2136200-2 | | |
| Re: | Business Analysis & Operations | | |
| Client/Matter # | 012589.00106 | | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/12/21 | GJK | Call with E. Hwang (DPW) to discuss IAC and Pledged entity structure. | 0.20 |
| 05/12/21 | JD | Review updated cash flow breakdown analysis following discussion with Purdue management. | 0.40 |
| 05/12/21 | JD | Call with J. Lowne, L. Scheinbach, E. Ruiz (all Purdue), J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: cash flow forecast breakdown. | 0.30 |
| 05/12/21 | JD | Review and produce Nalmafene monthly reporting. | 0.20 |
| 05/12/21 | JD | Correspondence with Davis Polk and Purdue management re: affiliated company royalty agreements. | 0.40 |
| 05/12/21 | JD | Review final cash flow breakdown file in advance of meeting with Purdue management. | 0.40 |
| 05/12/21 | JD | Review AHC IAC list per shareholder agreement workstream. | 0.20 |
| 05/12/21 | JD | Review latest business plan improvement workplan. | 0.50 |
| 05/12/21 | SKL | Continue to review latest M&A diligence request and prepare updates accordingly. | 1.40 |
| 05/12/21 | SKL | Call with J. Lowne, L. Scheinbach, E. Ruiz (all Purdue), J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: cash flow forecast breakdown. | 0.30 |
| 05/12/21 | HSB | Call with J. Lowne, L. Scheinbach, E. Ruiz (all Purdue), J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: cash flow forecast breakdown. | 0.30 |
| 05/13/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to debrief on B Side Collateral Term Sheet and IAC structure calls. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2136200-2 |
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/13/21 | JD | Develop business planning update outline and timeline. | 0.80 |
| 05/13/21 | JD | Correspondence with Davis Polk and PJT re: audited financials. | 0.20 |
| 05/13/21 | JD | Provide comments on initial draft business development board slides. | 0.70 |
| 05/13/21 | JD | Update latest professional fee forecast for latest actuals. | 0.30 |
| 05/13/21 | JD | Call with J. Lowne (Purdue) re: business development planning. | 0.30 |
| 05/13/21 | JD | Call with J. Turner (PJT) re: Purdue business development planning. | 0.60 |
| 05/13/21 | JD | Review business development presentation comments from PJT. | 0.20 |
| 05/13/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to debrief on B Side Collateral Term Sheet and IAC structure calls. | 0.50 |
| 05/13/21 | GJK | Call with A. Libby, J. Weiner (both DPW) to debrief on IAC call and discuss next steps. | 0.20 |
| 05/13/21 | GJK | Review IAC reconciliations by L. Nguyen (AlixPartners) and B Bromberg (FTI). | 0.60 |
| 05/13/21 | GJK | Follow up correspondence with Province and FTI regarding IAC entity and pledged entity structures. | 0.70 |
| 05/13/21 | GJK | Walk through of individual IAC entity structure charts from Nov 2019 to review for pledged entity structure. | 1.60 |
| 05/13/21 | GJK | Prepare for Collateral B Term Sheet covenants call. | 0.40 |
| 05/13/21 | GJK | Review of March 20 2020 IAC Ownership Structure deck, provided by M. Atkinson (Province) originally provided to UCC by Milbank. | 1.40 |
| 05/13/21 | GJK | Compare IAC schematics from Nov 2019 to IAC schematics in March 2020 presentation. | 1.60 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #               2136200-2

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/14/21 | GJK | Review Side A trust structure documents provided by J. Ball (Debevoise). | 1.10 |
| 05/14/21 | GJK | Trace IAC entities through Side A and Side B proposed pledged entities list. | 1.60 |
| 05/14/21 | GJK | Draft email to Province and FTI regarding review of Side A entities. | 0.20 |
| 05/14/21 | GJK | Search non-pledged entities within Milbank schematic based on walkthrough provided by Norton Rose regarding which entities are pledged vs no!-pledged. | 2.10 |
| 05/14/21 | GJK | Review open items for Side A term sheet proposals. | 0.70 |
| 05/14/21 | GJK | Prepare for call with Norton Rose for walkthrough of IAC ownership structure through pledged entities. | 0.60 |
| 05/14/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss updates on IAC pledged entities and pledgors | 0.90 |
| 05/14/21 | JD | Correspondence with PJT re: discussion with Houlihan about business development planning. | 0.20 |
| 05/14/21 | JD | Provide comments on revised business development board slides. | 0.60 |
| 05/14/21 | SKL | Review latest M&A diligence request and pull high-priority contracts from Intralinks accordingly. | 1.80 |
| 05/14/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss updates on IAC pledged entities and pledgors | 0.90 |
| 05/14/21 | HSB | Review due diligence request and requested info from appropriate personnel at Purdue | 0.30 |
| 05/15/21 | GJK | Review notes to update the Settlement Agreement draft slides for Special Committee meeting. | 1.40 |
| 05/15/21 | GJK | Research and draft response to J. Weiner (DPW) regarding payment parties holdings non-IAC related assets on Family Side B. | 2.20 |

2101 Cedar Springs Road     T 214.647.7500
Suite 1100                  F 214.647.7501
Dallas, TX 75201            alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #          2136200-2

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/15/21 | GJK | Update IAC Net Proceeds impact slide for Special Committee draft presentation. | 1.20 |
| 05/16/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to walk through the shareholder presentation deck | 0.80 |
| 05/16/21 | GJK | Review trust expenses as noted in email from M. Diaz (FTI). | 0.60 |
| 05/16/21 | GJK | Review alternatives to sizing out excess cash sweep for IACs. | 1.10 |
| 05/16/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss revisions to Settlement Agreement slides, including credit support concept for A Side Group 2. | 0.60 |
| 05/16/21 | GJK | Follow up on IAC excess cash open questions. | 0.30 |
| 05/16/21 | GJK | Edit draft Settlement Agreement slides for Special Committee. | 0.40 |
| 05/16/21 | GJK | Follow up changes to proposed Second Tier obligors in A Side Family Group 8. | 0.60 |
| 05/16/21 | GJK | Review proposed obligors from 5/15 Debevoise proposal compared to original proposals. | 0.90 |
| 05/16/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss revisions to Settlement Agreement slides, including credit support concept for A Side Group 2. | 0.60 |
| 05/16/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to walk through the shareholder presentation deck | 0.80 |
| 05/17/21 | LTN | Review the latest revised collateral termsheets for A side multipod | 0.60 |
| 05/17/21 | LTN | Update the ownership structure of Halm Trust section of the IACs consolidated list provided D. Porat (Milbank) | 1.80 |
| 05/17/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners) to follow up on the shareholder presentation deck | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|-----------|-----------|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/17/21 | LTN | Review IAC excess cash and Mundipharma financials deck | 0.30 |
| 05/17/21 | HSB | Review due diligence request and requested info from appropriate personnel at Purdue | 0.20 |
| 05/17/21 | JD | Correspondence with Davis Polk and Purdue management re: affiliated company royalty payments. | 0.30 |
| 05/17/21 | JD | Review regulatory licensing questionnaire from Purdue management. | 0.40 |
| 05/17/21 | JD | Call with R. Aleali (Purdue) re: company regulatory licenses. | 0.20 |
| 05/17/21 | JD | Review and provide comments on the board presentation on a business development deal. | 0.80 |
| 05/17/21 | JD | Review materials and correspond with team re: 2020 year end financials. | 0.50 |
| 05/17/21 | JD | Review correspondence with Purdue management re: updated requests from DOJ re: internal policies and controls. | 0.40 |
| 05/17/21 | GJK | Review multipod revised Term Sheet/Proposal and blackline against Aking Gump draft. | 1.30 |
| 05/17/21 | GJK | Review email exchanges by counsel for Debtor, UCC and AHC. | 0.40 |
| 05/17/21 | GJK | Review UCC 'nits' to Side A Multipod Term Sheet, including reviewing likely reporting timelines by family trusts. | 0.30 |
| 05/17/21 | GJK | Walk through of non-payment mechanics in April 21 draft of Settlement Agreement. | 1.40 |
| 05/17/21 | GJK | Call with G. Koch, L. Nguyen (AlixPartners) to follow up on the shareholder presentation deck | 0.40 |
| 05/17/21 | GJK | Review files for Settlement Agreement draft revisions in response to question from M. Atkinson (Province). | 0.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2136200-2

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/17/21 | GJK | Call with J. Weiner (DPW) to discuss Settlement Agreement deck for Special Committee and general status of diligence information. | 0.50 |
| 05/17/21 | GJK | Follow up on open IAC excess cash issues, including drafting email to Huron regarding open issues. | 0.70 |
| 05/17/21 | GJK | Brainstorm possible alternatives to determining excess cash based on feedback from Huron that Mundipharma is unable to present balance sheet or cash flow projections. | 0.80 |
| 05/17/21 | GJK | Review historical Mundipharma balance sheet information from 2019 YE and 2020 1H budget forecasts. | 0.70 |
| 05/17/21 | GJK | Draft follow up response to Huron outlining position regarding excess cash and minimum operating cash needs. | 1.10 |
| 05/17/21 | GJK | Coordinate with Province and FTI on proposal to Huron/Mundipharma regarding excess cash. | 0.80 |
| 05/17/21 | GJK | Review revised Pod 2 Term Sheet Proposal and blackline against Brown Rudnick version. | 0.80 |
| 05/18/21 | GJK | Review Mundipharma exec updates from Q4 2020/Q1 2021. | 1.40 |
| 05/18/21 | GJK | Review open diligence items for Settlement Agreement process. | 0.80 |
| 05/18/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) re: updates to the shareholder presentation deck | 0.30 |
| 05/18/21 | GJK | Coordinate excess cash proposal to Huron. | 1.40 |
| 05/18/21 | GJK | Edits to Shareholder Agreement deck for Special Committee (main slides). | 1.90 |
| 05/18/21 | GJK | Edits to Settlement Agreement deck for Special Committee (appendix - Pods 1 to 8 trust assets). | 1.30 |
| 05/18/21 | SKL | Review high-priority contracts provided during the | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | diligence process and prepare updated summary accordingly. | |
| 05/18/21 | LJD | Meeting with L. Donahue, J. DelConte and K. McCafferty (all AlixPartners) re: updated business plan workstream planning. | 0.50 |
| 05/18/21 | JD | Discussion with R. Aleali (Purdue) re: license application process. | 0.40 |
| 05/18/21 | JD | Meeting with L. Donahue, J. DelConte and K. McCafferty (all AlixPartners) re: updated business plan workstream planning. | 0.50 |
| 05/18/21 | JD | Meeting with J. DelConte, H. Bhattal, A. DePalma (all AlixPartners) re: updating regulatory licenses. | 0.30 |
| 05/18/21 | JD | Review workstream audit request from Purdue management. | 0.30 |
| 05/18/21 | JD | Correspondence with Purdue management re: assistance with updated licenses. | 0.50 |
| 05/18/21 | JD | Review latest weekly sales report to be shared with creditors. | 0.40 |
| 05/18/21 | JD | Review latest emergence date cash forecast and emergence reserve calculations. | 0.80 |
| 05/18/21 | JD | Correspondence with E. Kardos (AlixPartners) re: potential new workstream. | 0.30 |
| 05/18/21 | JD | Review request from Purdue for help with IT workstream. | 0.20 |
| 05/18/21 | HSB | Review weekly sales report for Rhodes prepared by L. Nguyen (AlixPartners) | 0.10 |
| 05/18/21 | HSB | Meeting with J. DelConte, H. Bhattal, A. DePalma (all AlixPartners) re: updating regulatory licenses. | 0.30 |
| 05/18/21 | ADD | Meeting with J. DelConte, H. Bhattal, A. DePalma (all AlixPartners) re: updating regulatory licenses. | 0.30 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/18/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) re: updates to the shareholder presentation deck | 0.30 |
| 05/19/21 | LTN | Review the latest changes to the collateral termsheet to A side pod 4 | 0.20 |
| 05/19/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to debrief on Mundipharma call | 0.60 |
| 05/19/21 | ADD | Meeting with R. Aleali, K. McCarthy, Z. Haseeb, E. Casinelli, C. George, J. Jimenez (all Purdue), J. Bragg (Skadden), M. Florence (Skadden), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) to discuss the latest re: state license applications. | 0.50 |
| 05/19/21 | ADD | Working session with A. DePalma, S. Lemack (AlixPartners) to discuss the state license application process and make updates to the Intralinks site accordingly. | 1.50 |
| 05/19/21 | HSB | Meeting with R. Aleali, K. McCarthy, Z. Haseeb, E. Casinelli, C. George, J. Jimenez (all Purdue), J. Bragg (Skadden), M. Florence (Skadden), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) to discuss the latest re: state license applications. | 0.50 |
| 05/19/21 | HSB | Attend Purdue Board Special Committee meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (both PJT Partners), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.50 |
| 05/19/21 | HSB | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (both PJT Partners), H. Bhattal, L. Donahue, J. DelConte (all AlixPartners), S. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2136200-2

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Birnbaum (Dechert) | |
| 05/19/21 | JD | Attend Purdue Board Special Committee meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (both PJT Partners), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.50 |
| 05/19/21 | JD | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (both PJT Partners), H. Bhattal, L. Donahue, J. DelConte (all AlixPartners), S. Birnbaum (Dechert) | 1.00 |
| 05/19/21 | JD | Review latest cash flow breakdown update files prior to sending to Davis Polk to review. | 0.50 |
| 05/19/21 | JD | Review final version of the final projections exhibit and public distributions. | 0.30 |
| 05/19/21 | JD | Meeting with R. Aleali, K. McCarthy, Z. Haseeb, E. Casinelli, C. George, J. Jimenez (all Purdue), J. Bragg (Skadden), M. Florence (Skadden), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) to discuss the latest re: state license applications. | 0.50 |
| 05/19/21 | GJK | Prep for call with Mundipharma executives and advisors from Huron, AlixPartners, Province and FTI. | 1.20 |
| 05/19/21 | LJD | Attend Purdue Board Special Committee meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (both PJT Partners), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.50 |
| 05/19/21 | LJD | Attend Purdue Board meeting with board members, C. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2136200-2

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (both PJT Partners), H. Bhattal, L. Donahue, J. DelConte (all AlixPartners), S. Birnbaum (Dechert) | |
| 05/19/21 | LJD | Debrief call with K. Buckfire (Board Member) | 0.30 |
| 05/19/21 | SKL | Meeting with R. Aleali, K. McCarthy, Z. Haseeb, E. Casinelli, C. George, J. Jimenez (all Purdue), J. Bragg (Skadden), M. Florence (Skadden), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) to discuss the latest re: state license applications. | 0.50 |
| 05/19/21 | SKL | Working session with A. DePalma, S. Lemack (AlixPartners) to discuss the state license application process and make updates to the Intralinks site accordingly. | 1.50 |
| 05/19/21 | GJK | Review capex and research/business development spend by Mundipharma, including files provided by Huron for call with Mundipharma executives. | 0.80 |
| 05/19/21 | GJK | Call with M. Princen and A. Breabout (both Mundipharma), Huron and financial advisors for Debtor, AHC and UCC to discuss Mundipharma performance and cash usage. | 0.80 |
| 05/19/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to debrief on Mundipharma call | 0.60 |
| 05/19/21 | GJK | Call with J. Weiner (DPW) to update on Settlement Agreement progress. | 0.70 |
| 05/20/21 | GJK | Prep for Side A discussion with all parties (including review of latest term sheets for each pod). | 1.80 |
| 05/20/21 | GJK | Email exchanges with M. Atkinson (Province) regarding J. Theriault (Chairman, MN Consulting - Mundipharma). | 0.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2136200-2 |
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/20/21 | GJK | Review IAC ownership structure documents in preparation for walkthrough by Norton Rose. | 1.30 |
| 05/20/21 | GJK | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss open item for the change of control workstream and next steps with the state license process. | 0.30 |
| 05/20/21 | SKL | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss open item for the change of control workstream and next steps with the state license process. | 0.30 |
| 05/20/21 | JD | Call with J. Lowne (Purdue) re: liabilities subject to compromise. | 0.30 |
| 05/20/21 | JD | Correspondence with Purdue management re: professional fee payments. | 0.30 |
| 05/20/21 | JD | Review latest business update from Mundipharma. | 0.40 |
| 05/20/21 | JD | Review updated analysis of distributor sales percentages. | 0.20 |
| 05/20/21 | JD | Review WTW slides re: potential KEIP/KERP proposal. | 0.40 |
| 05/21/21 | JD | Call with S. Lemack and J. DelConte (both AlixPartners) re: requests from Purdue management. | 0.30 |
| 05/21/21 | JD | Review and provide comments on the latest business planning workplan. | 0.50 |
| 05/21/21 | JD | Correspondence with Purdue management re: SAP access. | 0.20 |
| 05/21/21 | JD | Correspondence with Davis Polk and Purdue management re: confirmation discovery requests from the AHC. | 0.40 |
| 05/21/21 | JD | Review correspondence from Purdue management re: open DOJ requests. | 0.30 |
| 05/21/21 | JD | Review contract breakdown from S. Lemack (AlixPartners) re: open AHC request. | 0.40 |
| 05/21/21 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss the state license application process and make | 1.00 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #           2136200-2

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | updates to the Intralinks site accordingly. | |
| 05/21/21 | SKL | Call with S. Lemack and J. DelConte (both AlixPartners) re: requests from Purdue management. | 0.30 |
| 05/21/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items related to the state license process and other case related matters. | 0.20 |
| 05/21/21 | SKL | Continue review of high-priority contracts provided during the diligence process and prepare updated breakdown for FTI team to review. | 1.40 |
| 05/21/21 | GJK | Update call with A. Libby (DPW) on current status of Settlement Agreement. | 0.20 |
| 05/21/21 | GJK | Plan potential close out items for diligence from UCC and AHC perspective. | 1.30 |
| 05/21/21 | GJK | Review Settlement Agreement exhibits for IACs and Pledged Entities based on Norton Rose walkthrough. | 0.80 |
| 05/21/21 | GJK | Respond to A. Lele (DPW) regarding updating change of control schematic to share with Kramer Levin. | 0.30 |
| 05/21/21 | GJK | Review and respond to M. Atkinson (Province) email for diligence on Side A Pod 2, 3, 4. | 0.30 |
| 05/21/21 | GJK | Review MDAS (Side A, Pod 4) assets from C. Tan (Huron). | 1.10 |
| 05/21/21 | GJK | Review and respond to M. Atkinson (Province) email regarding MDAS asset document from C. Tan (Huron). | 0.20 |
| 05/21/21 | GJK | Review coverage testing options and potential restrictions for Side A Pod 4. | 1.20 |
| 05/21/21 | ADD | Compile Purdue material contract names and contract parties. | 1.40 |
| 05/21/21 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss the state license application process and make updates to the Intralinks site accordingly. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2136200-2

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/21/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items related to the state license process and other case related matters. | 0.20 |
| 05/21/21 | LTN | Review the collateral data for family group 4 - A side provided by CW. Tan (HCG) | 0.30 |
| 05/22/21 | GJK | Draft response to A Libby (DPW) regarding differences in Pod 4 collateral information provided to Advisors and B Side information provided to advisors. | 0.80 |
| 05/22/21 | GJK | Review MDAS (Pod 4) information provided by Huron to support Pod 4 Term sheet. | 0.20 |
| 05/22/21 | GJK | Compare MDAS investment vehicle information provided by Huron in support of Pod 4 proposal to previous information provided for Pod 4 (MDAS) as general credit support. | 1.70 |
| 05/23/21 | GJK | Respond to M. Atkinson (Province) regarding Pod 4 collateral; review Side B asset disclosure process. | 0.40 |
| 05/23/21 | GJK | Review updated and blacklined Side A Multi-pod Term Sheet. | 1.40 |
| 05/23/21 | GJK | Review Side A Pod 2 collateral restrictions. | 0.60 |
| 05/24/21 | GJK | Review Side A Pod 1 and 7 asset support. | 0.90 |
| 05/24/21 | GJK | Assess non-China/non-Consumer Health projections for Mundipharma. | 1.70 |
| 05/24/21 | GJK | Follow up emails to DPW and Huron regarding diligence items discussed with Province and FTI. | 0.90 |
| 05/24/21 | GJK | Review Debevoise language for estate planning provision in Side A Multipod Term Sheet. | 0.80 |
| 05/24/21 | GJK | Follow up on Mundipharma Project Ox. | 0.20 |
| 05/24/21 | GJK | Review trust progression in the event of the death of trust parties. | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #           2136200-2

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/24/21 | GJK | Review Side A term sheet drafts from DPW to Debevoise. | 1.70 |
| 05/24/21 | GJK | Review updated DPW multipod term sheet and Brown Rudnick comments. | 1.40 |
| 05/24/21 | GJK | Review emails and updates from DPW regarding Settlement Agreement deck and Side B Term Sheet. | 0.70 |
| 05/24/21 | SKL | Call with C. George, K. McCarthy, R. Aleali, J. Jimenez, E. Casinelli (all Purdue), M. Florence, J. Bragg, E. Hellman (all Skadden), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: license applications. | 0.50 |
| 05/24/21 | JD | Call with C. George, K. McCarthy, R. Aleali, J. Jimenez, E. Casinelli (all Purdue), M. Florence, J. Bragg, E. Hellman (all Skadden), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: license applications. | 0.50 |
| 05/24/21 | JD | Correspondence with Purdue management and T. Ghalayini (AlixPartners) re: IT project assistance. | 0.30 |
| 05/24/21 | JD | Review claim details to be provided to E&Y. | 0.40 |
| 05/24/21 | JD | Review correspondence from Davis Polk and Purdue management re: professional fee year end accruals. | 0.40 |
| 05/24/21 | JD | Review master license application gap analysis from Skadden. | 0.70 |
| 05/24/21 | JD | Review documents from Purdue management re: license application process. | 0.50 |
| 05/24/21 | ADD | Call with C. George, K. McCarthy, R. Aleali, J. Jimenez, E. Casinelli (all Purdue), M. Florence, J. Bragg, E. Hellman (all Skadden), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: license applications. | 0.50 |
| 05/24/21 | HSB | Call with C. George, K. McCarthy, R. Aleali, J. Jimenez, E. Casinelli (all Purdue), M. Florence, J. Bragg, E. Hellman (all Skadden), J. DelConte, H. Bhattal, S. Lemack, A. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | DePalma (all AlixPartners) re: license applications. | |
| 05/25/21 | LTN | Update changes to the special committee deck based on the latest collateral data | 2.30 |
| 05/25/21 | LTN | Correspondence with G. Koch (AlixPartners) re: collateral asset data for both group families | 0.90 |
| 05/25/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss updates on collateral term sheets and shareholder deck | 1.20 |
| 05/25/21 | LTN | Review the latest updates to collateral term sheet for B-side family groups | 0.70 |
| 05/25/21 | LTN | Review the latest updates to collateral term sheets for multi pod A-side families | 0.90 |
| 05/25/21 | LTN | Finalize the special committee deck based on feedback from G. Koch (AlixPartners) and circulated to DWP | 1.50 |
| 05/25/21 | HSB | Meeting with J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), L. Donahue, G. Koch, J. DelConte, H. Bhattal (all AlixPartners), A. Lele (DPW) re: update on case progress and go forward planning. | 0.20 |
| 05/25/21 | HSB | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (both PJT Partners), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.80 |
| 05/25/21 | HSB | Attend Purdue Board Special Committee meeting with special committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, (PJT Partners), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), S. Birnbaum (Dechert) | 0.70 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2136200-2

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/25/21 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss state license application process and Intralinks management. | 0.30 |
| 05/25/21 | JD | Provide write up of latest status of year end professional fee accruals for Purdue management and Davis Polk. | 0.60 |
| 05/25/21 | JD | Correspondence from Davis Polk and Purdue management re: accounting for latest settlements. | 0.40 |
| 05/25/21 | JD | Call with J. Lowne, S. Daniel, E. Ruiz, R. Aleali (all Purdue) re: contract renewals. | 0.20 |
| 05/25/21 | JD | Attend Purdue Board Special Committee meeting with special committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW) J. O'Connell, (PJT Partners), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), S. Birnbaum (Dechert) | 0.70 |
| 05/25/21 | JD | Call with J. Lowne (Purdue) re: open audit. | 0.20 |
| 05/25/21 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: confirmation process. | 0.30 |
| 05/25/21 | JD | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (both PJT Partners), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.80 |
| 05/25/21 | JD | Call with J. Lowne (Purdue) re: various open items. | 0.20 |
| 05/25/21 | JD | Meeting with J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), L. Donahue, G. Koch, J. DelConte, H. Bhattal (all AlixPartners), A. Lele (DPW) re: update on case progress and go forward planning. | 0.20 |
| 05/25/21 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) to | 0.30 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                   **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #             2136200-2

Re:                   Business Analysis & Operations
Client/Matter #       012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | discuss state license application process and Intralinks management. | |
| 05/25/21 | LJD | Meeting with J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), L. Donahue, G. Koch, J. DelConte, H. Bhattal (all AlixPartners), A. Lele (DPW) re: update on case progress and go forward planning. | 0.20 |
| 05/25/21 | LJD | Attend Purdue Board Special Committee meeting with special committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, (PJT Partners), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), S. Birnbaum (Dechert) | 0.70 |
| 05/25/21 | LJD | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (both PJT Partners), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.80 |
| 05/25/21 | LJD | Review and comment on business plan update deck | 0.60 |
| 05/25/21 | LJD | Review shareholder settlement overview deck and comment before special committee mtg | 0.50 |
| 05/25/21 | GJK | Meeting with J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), L. Donahue, G. Koch, J. DelConte, H. Bhattal (all AlixPartners), A. Lele (DPW) re: update on case progress and go forward planning. | 0.20 |
| 05/25/21 | GJK | Follow up with DPW, Province and FTI on including asset values in Multipod Term Sheet | 0.70 |
| 05/25/21 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: confirmation process. | 0.30 |
| 05/25/21 | GJK | Review proposed collateral amounts and underlying | 1.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | values in the Multipod and Pod 2 and Pod 4 term sheet proposals. | |
| 05/25/21 | GJK | Compare Family Side A values from SPV compared to original Settlement Agreement deck slides. | 1.60 |
| 05/25/21 | GJK | Provide feedback and edits to revised Settlement Agreement slides based on new collateral values. | 1.80 |
| 05/25/21 | GJK | Respond to C. Klawunder (Province) email on collateral values. | 0.10 |
| 05/25/21 | GJK | Review updated and blacklined Side A Multipod Term sheet. | 1.30 |
| 05/25/21 | GJK | Review updated and blacklined Side A Pod 2 term sheet. | 1.10 |
| 05/25/21 | GJK | Correspondence with L. Nguyen (AlixPartners) re: debrief on call with counsel regarding open Term Sheet items. | 0.20 |
| 05/25/21 | GJK | Update draft Settlement Agreement deck for Special Committee meeting. | 1.40 |
| 05/25/21 | GJK | Review and make additional edits to Settlement Agreement slide deck for Special Committee. | 0.50 |
| 05/25/21 | GJK | Attend Purdue Board Special Committee meeting with special committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, (PJT Partners), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), S. Birnbaum (Dechert) | 0.70 |
| 05/25/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss updates on collateral term sheets and shareholder deck | 1.20 |
| 05/26/21 | GJK | Review updated and blacklined Side A Pod 4. | 1.10 |
| 05/26/21 | GJK | Review filed Disclosure Statement related to Family. | 1.40 |
| 05/26/21 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) to | 0.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2136200-2 |
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | discuss latest updates to the Intralinks site and state license application process. | |
| 05/26/21 | SKL | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners), E. Casinelli, Z. Haseeb (both Purdue) to walk through license application process | 0.70 |
| 05/26/21 | SKL | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners) to discuss next steps on the license application process | 0.30 |
| 05/26/21 | JD | Review latest Rhodes weekly sales report to be provided to creditors. | 0.20 |
| 05/26/21 | JD | Review E&Y disclosure re: updated settlement agreements. | 0.20 |
| 05/26/21 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss latest updates to the Intralinks site and state license application process. | 0.10 |
| 05/26/21 | HSB | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners), E. Casinelli, Z. Haseeb (both Purdue) to walk through license application process | 0.70 |
| 05/26/21 | HSB | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners) to discuss next steps on the license application process | 0.30 |
| 05/26/21 | ADD | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners), E. Casinelli, Z. Haseeb (both Purdue) to walk through license application process | 0.70 |
| 05/26/21 | ADD | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners) to discuss next steps on the license application process | 0.30 |
| 05/26/21 | LTN | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners) to discuss next steps on the license application process | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2136200-2

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/26/21 | LTN | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners), E. Casinelli, Z. Haseeb (both Purdue) to walk through license application process | 0.70 |
| 05/27/21 | LTN | Call with H. Bhattal, S. Lemack, A. DePalma, L. Nguyen (all AlixPartners) re: Purdue state license applications | 0.40 |
| 05/27/21 | ADD | Call with H. Bhattal, S. Lemack, A. DePalma, L. Nguyen (all AlixPartners) re: Purdue state license applications | 0.40 |
| 05/27/21 | HSB | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (all PJT Partners), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.50 |
| 05/27/21 | HSB | Call with H. Bhattal, S. Lemack, A. DePalma, L. Nguyen (all AlixPartners) re: Purdue state license applications | 0.40 |
| 05/27/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) regarding Purdue state license process | 0.20 |
| 05/27/21 | HSB | Attend Purdue advisors catch up call with L. Donahue, H. Bhattal, G. Koch (all AlixPartners) | 0.50 |
| 05/27/21 | JD | Review April flash report to be presented to the Board. | 0.70 |
| 05/27/21 | JD | Call with J. Lowne (Purdue) re: business development investment. | 0.20 |
| 05/27/21 | JD | Call with M. Kesselman (Purdue), M. Huebner and E. Vonnegut (both DPW) re: futures committee analysis. | 0.30 |
| 05/27/21 | JD | Call with S. Lemack and J. DelConte (both AlixPartners) re: futures analysis. | 0.20 |
| 05/27/21 | JD | Correspondence with AlixPartners team re: futures analysis. | 0.50 |
| 05/27/21 | JD | Review workplan re: license renewals. | 0.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2136200-2

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/27/21 | JD | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (all PJT Partners), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.50 |
| 05/27/21 | SKL | Call with S. Lemack and J. DelConte (both AlixPartners) re: futures analysis. | 0.20 |
| 05/27/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) regarding Purdue state license process | 0.20 |
| 05/27/21 | LJD | Attend Purdue advisors catch up call with L. Donahue, H. Bhattal, G. Koch (all AlixPartners) | 0.50 |
| 05/27/21 | LJD | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (all PJT Partners), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.50 |
| 05/27/21 | SKL | Call with H. Bhattal, S. Lemack, A. DePalma, L. Nguyen (all AlixPartners) re: Purdue state license applications | 0.40 |
| 05/27/21 | GJK | Review key open items for finalizing Settlement Agreement (and supporting diligence). | 1.30 |
| 05/27/21 | GJK | Coordinate on Settlement Agreement mechanics call. | 0.40 |
| 05/27/21 | GJK | Attend Purdue advisors catch up call with L. Donahue, H. Bhattal, G. Koch (all AlixPartners) | 0.50 |
| 05/28/21 | GJK | Walkthrough of Milbank redline of Settlement Agreement payment mechanics language. | 2.10 |
| 05/28/21 | GJK | Prepare for call with Sackler Family Office for model walk through, including orienting self to revised excel model provided by Milbank. | 1.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/28/21 | GJK | Call with J. Weiner (DPW) regarding Settlement Agreement status and next steps. | 0.90 |
| 05/28/21 | SKL | Calls with A. DePalma, S. Lemack (both AlixPartners) to finalize future liabilities analysis. | 0.20 |
| 05/28/21 | SKL | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners) to touch base on the license applications. | 0.30 |
| 05/28/21 | SKL | Call with M. Huebner, E. Vonnegut, J. McClammy (all DPW), M. Kesselman, J. Lowne (both Purdue), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: futures analysis. | 0.50 |
| 05/28/21 | JD | Review initial draft analysis and create preliminary presentation to share with various stakeholders. | 2.20 |
| 05/28/21 | JD | Call with J. McClammy (DPW) re: futures analysis. | 0.20 |
| 05/28/21 | JD | Call with M. Huebner, E. Vonnegut, J. McClammy (all DPW), M. Kesselman, J. Lowne (both Purdue), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: futures analysis. | 0.50 |
| 05/28/21 | JD | Revise the futures analysis following comments from Davis Polk and Purdue management. | 1.00 |
| 05/28/21 | JD | Review latest comments and edits to the futures presentation. | 0.30 |
| 05/28/21 | JD | Correspondence with A. DePalma, S. Lemack and L. Nguyen (all AlixPartners) re: futures analysis edits. | 0.30 |
| 05/28/21 | JD | Review E&Y settlement accounting doc update. | 0.20 |
| 05/28/21 | HSB | Call with M. Huebner, E. Vonnegut, J. McClammy (all DPW), M. Kesselman, J. Lowne (both Purdue), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: futures analysis. | 0.50 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/28/21 | ADD | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners) to touch base on the license applications. | 0.30 |
| 05/28/21 | HSB | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners) to touch base on the license applications. | 0.30 |
| 05/28/21 | ADD | Calls with A. DePalma, S. Lemack (both AlixPartners) to finalize future liabilities analysis. | 0.20 |
| 05/28/21 | ADD | Review license application open items and request data from client. | 1.90 |
| 05/28/21 | ADD | Call with A. DePalma and L. Nguyen (both AlixPartners) to discuss DPW comments | 0.70 |
| 05/28/21 | LTN | Review the revised article 2 in the settlement agreement | 1.20 |
| 05/28/21 | LTN | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners) to touch base on the license applications. | 0.30 |
| 05/28/21 | LTN | Call with A. DePalma and L. Nguyen (both AlixPartners) to discuss DPW comments | 0.70 |
| 05/31/21 | GJK | Follow up on FTI and Province emails regarding excess cash sweep by the IACs. | 0.60 |
| | | **Total** | **273.30** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2136200-2 |
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Lan T Nguyen | 21.50 | 530.00 | 11,395.00 |
| Andrew D DePalma | 10.10 | 625.00 | 6,312.50 |
| Sam K Lemack | 19.80 | 665.00 | 13,167.00 |
| HS Bhattal | 14.60 | 865.00 | 12,629.00 |
| Gabe J Koch | 137.10 | 865.00 | 118,591.50 |
| Jesse DelConte | 58.20 | 1,055.00 | 61,401.00 |
| Lisa Donahue | 12.00 | 1,295.00 | 15,540.00 |
| **Total Hours & Fees** | **273.30** | | **239,036.00** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2136200-2 |
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/02/21 | GJK | Call with J. Weiner (DPW) to discuss Settlement Agreement related language and paying parties. | 0.50 |
| 05/02/21 | HSB | Review shareholder proposals and related materials regarding settlement agreement | 0.80 |
| 05/03/21 | HSB | Review Purdue financial projections relating to request for info from creditors | 1.40 |
| 05/03/21 | HSB | Review Purdue financial analysis prepared by PJT Partners | 0.70 |
| 05/03/21 | HSB | Review excel files prepared by J. Lowne (Purdue) with financial projections for Purdue | 1.80 |
| 05/03/21 | HSB | Prepare Purdue financial projections analysis in response to request from creditors | 1.70 |
| 05/03/21 | HSB | Working session with H. Bhattal, S. Lemack (both AlixPartners) to discuss financial analysis for creditors (relating to Purdue financial info) | 2.10 |
| 05/03/21 | LTN | Calculate asset coverage ratios for B side collateral | 0.90 |
| 05/03/21 | GJK | Review mark up of Family Side A pod 1 term sheet. | 1.20 |
| 05/03/21 | GJK | Review mark up of Family Side A pod 5 term sheet. | 1.10 |
| 05/03/21 | GJK | Review mark up of Family Side A pod 6 term sheet. | 0.80 |
| 05/03/21 | GJK | Review collateral support and potential open questions for Family Side A pods 1, 5, 6. | 1.30 |
| 05/03/21 | JD | Call with J. Lowne (Purdue) re: open plan issues. | 0.20 |
| 05/03/21 | SKL | Working session with H. Bhattal, S. Lemack (both AlixPartners) to discuss financial analysis for creditors (relating to Purdue financial info) | 2.10 |
| 05/04/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to continue to expand on the latest 2025 revenue forecast related to the recent diligence request. | 1.10 |
| 05/04/21 | GJK | Walk through of potential open issues with Side A Pod 8 | 0.90 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #          2136200-2

Re:                POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | back stop by other family pods. | |
| 05/04/21 | LTN | Update additional trusts to pod 4's asset presentation based on the latest data provided by CW. Tan (Huron) | 2.10 |
| 05/04/21 | HSB | Update excel analysis draft prepared in response to request from creditors | 2.20 |
| 05/04/21 | HSB | Review Rhodes analysis prepared by S. Lemack (AlixPartners) in connection with financial projections analysis | 0.30 |
| 05/04/21 | HSB | Review term sheets with shareholder proposals and related materials regarding settlement agreement | 1.30 |
| 05/04/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to continue to expand on the latest 2025 revenue forecast related to the recent diligence request. | 1.10 |
| 05/04/21 | JD | Review revised pod 1, 5, 6 term sheets. | 0.70 |
| 05/04/21 | JD | Comment on potential new disclosure statement language re: IACs. | 0.30 |
| 05/04/21 | JD | Review revised pod 5 and 6 term sheets. | 0.40 |
| 05/04/21 | JD | Review revised pod 2 and 3 markup from Debevoise. | 0.80 |
| 05/05/21 | HSB | Review updated term sheets with shareholder proposals regarding settlement agreement | 1.30 |
| 05/05/21 | HSB | Review distributions analysis prepared by PJT Partners | 0.20 |
| 05/05/21 | HSB | Review due diligence request list from Houlihan regarding Purdue transfer work | 0.30 |
| 05/05/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to coordinate on Settlement Agreement diligence. | 0.60 |
| 05/05/21 | GJK | Assess payment support from Side A Pod 1 to cover any defaults from Pods 5, 6, and 7. | 1.60 |
| 05/05/21 | GJK | Review revised Side A pod 2 proposal from Debevoise. | 1.10 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/05/21 | GJK | Review Side A Pod 3 revised proposal from Debevoise. | 1.30 |
| 05/05/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to coordinate on Settlement Agreement diligence. | 0.60 |
| 05/06/21 | GJK | Call with J. Weiner (DPW) to discuss settlement agreement process. | 0.40 |
| 05/06/21 | GJK | Assess asset support for Side A Pods 1 and 7 land. | 1.20 |
| 05/06/21 | HSB | Review updated credit support term sheets with shareholder proposals regarding settlement agreement | 0.70 |
| 05/06/21 | HSB | Review excel worksheets with financial forecasts and related analysis for NewCo | 1.30 |
| 05/06/21 | HSB | Update excel analysis in connection with Purdue financial projections | 2.10 |
| 05/06/21 | HSB | Review excel model with cash flow projections obtained from PJT Partners and obtained relevant inputs for related analysis | 1.60 |
| 05/06/21 | JD | Review marked up pod 1, 5, 6, 7 terms sheets from Debevoise. | 0.70 |
| 05/07/21 | JD | Call with J. DelConte, G. Koch, L. Nguyen, H. Bhattal (all AlixPartners), A. Libbey, J. Weiner, M. Huebner, E. Vonnegut (all DPW), AHC Advisors, UCC Advisors, and Side A advisors re: shareholder settlement agreement. | 1.20 |
| 05/07/21 | HSB | Call with J. DelConte, G. Koch, L. Nguyen, H. Bhattal (all AlixPartners), A. Libbey, J. Weiner, M. Huebner, E. Vonnegut (all DPW), AHC Advisors, UCC Advisors, and Side A advisors re: shareholder settlement agreement. | 1.20 |
| 05/07/21 | HSB | Review NewCo cash flow analysis and related reconciliation prepared by L. Nguyen (AlixPartners) and made additional revisions | 0.80 |
| 05/07/21 | HSB | Review NewCo cash flow analysis prepared by PJT | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Partners and reviewed underlying assumptions | |
| 05/07/21 | HSB | Update Purdue financial projections analysis | 3.10 |
| 05/07/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss various matters including trust diligence, emergence cash | 1.20 |
| 05/07/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss updates related to the 2025 revenue analysis. | 0.20 |
| 05/07/21 | LTN | Call with J. DelConte, G. Koch, L. Nguyen, H. Bhattal (all AlixPartners), A. Libbey, J. Weiner, M. Huebner, E. Vonnegut (all DPW), AHC Advisors, UCC Advisors, and Side A advisors re: shareholder settlement agreement. | 1.20 |
| 05/07/21 | LTN | Reconcile PJT's vs AlixPartners distributions amounts for different constituencies and circulated to J. DelConte (AlixPartners) | 1.70 |
| 05/07/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss various matters including trust diligence, emergence cash | 1.20 |
| 05/07/21 | GJK | Call with J. DelConte, G. Koch, L. Nguyen, H. Bhattal (all AlixPartners), A. Libbey, J. Weiner, M. Huebner, E. Vonnegut (all DPW), AHC Advisors, UCC Advisors, and Side A advisors re: shareholder settlement agreement. | 1.20 |
| 05/07/21 | RC | Review various articles and press coverage on bankruptcy plan and settlement with the Sackler family. | 0.40 |
| 05/07/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss updates related to the 2025 revenue analysis. | 0.20 |
| 05/08/21 | HSB | Update Purdue financial projections analysis and incorporated additional scenario for forecasts | 2.10 |
| 05/08/21 | HSB | Review disclosure statement exhibit and related excel file while updating financial forecasts analysis | 0.70 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2136200-2 |
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/09/21 | HSB | Additional revisions to excel files with Purdue financial projections analysis and included additional relevant details | 3.30 |
| 05/10/21 | HSB | Update Purdue financial projections analysis | 1.90 |
| 05/10/21 | HSB | Review PJT prepared plan related analysis and reconciled amounts | 0.80 |
| 05/10/21 | JD | Call with J. Turner (PJT) re: plan confirmation process. | 0.30 |
| 05/10/21 | GJK | Assess Pod 2 entity pledge, tracing through iterations of Pod 2 proposals. | 1.10 |
| 05/10/21 | GJK | Review Pod 4, Mortimer S. Sackler, proposals and credit support information provided for potential collateral/security support. | 1.70 |
| 05/11/21 | GJK | Review Family Side A Pod 2 term sheet revisions. | 2.10 |
| 05/11/21 | GJK | Review Family Side A Pod 5 Term Sheet revisions. | 2.30 |
| 05/11/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest M&A diligence request. | 0.70 |
| 05/11/21 | HSB | Review latest updates to Purdue financial projections analysis | 0.40 |
| 05/11/21 | HSB | Review Purdue contracts with regards to diligence request | 0.30 |
| 05/11/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest M&A diligence request. | 0.70 |
| 05/11/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss updates on plan projection exhibit | 0.30 |
| 05/11/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss updates on plan projection exhibit | 0.30 |
| 05/12/21 | HSB | Update additional scenario for Purdue financial projections analysis | 1.40 |
| 05/12/21 | HSB | Review supporting information and underlying excel files | 0.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | projections analysis | |
| 05/12/21 | HSB | Update Purdue financial projections analysis related to DS Exhibit | 2.10 |
| 05/12/21 | GJK | Keyword search through Mundipharma Board and Budget books for references to pledge entities to support diligence for Settlement Agreement. | 1.60 |
| 05/12/21 | JD | Review latest draft shareholder settlement agreements. | 0.70 |
| 05/13/21 | JD | Call with R. Aleali (Purdue) re: open plan items. | 0.30 |
| 05/13/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest M&A diligence request and other case related matters. | 0.40 |
| 05/13/21 | HSB | Review NewCo cash flow analysis and updated additional scenario with revisions | 1.30 |
| 05/13/21 | HSB | Review updated credit support term sheets with shareholder proposals regarding settlement agreement | 1.20 |
| 05/13/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest M&A diligence request and other case related matters. | 0.40 |
| 05/14/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: next steps for the plan projection | 0.40 |
| 05/14/21 | HSB | Review PJT Partners prepared analysis with cash flow projections for Purdue | 0.70 |
| 05/14/21 | HSB | Review updated credit support term sheets with shareholder proposals regarding settlement agreement | 0.90 |
| 05/14/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: next steps for the plan projection | 0.40 |
| 05/17/21 | HSB | Review multiple versions of updated credit support term sheets related to Purdue settlement negotiations | 0.90 |
| 05/17/21 | HSB | Review licensing questionnaire re: Purdue license | 0.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | applications | |
| 05/17/21 | HSB | Review draft of amended disclosure statement | 1.60 |
| 05/17/21 | HSB | Review Purdue financial forecasts ahead of meeting with team | 0.20 |
| 05/17/21 | JD | Call with C. Robertson (DPW) re: confirmation productions. | 0.10 |
| 05/18/21 | JD | Provide comments on open question re: codefendant descriptions in the latest disclosure statement draft. | 0.40 |
| 05/18/21 | JD | Correspondence with Davis Polk re: requests for confirmation production documents. | 0.40 |
| 05/18/21 | JD | Call with C. Robertson (DPW) re: update on latest plan negotiations. | 0.30 |
| 05/18/21 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: update on shareholder agreement negotiations. | 0.20 |
| 05/18/21 | JD | Provide proposed edits to the disclosure statement and to the liquidation analysis re: outstanding shareholder claims. | 0.80 |
| 05/18/21 | JD | Correspondence with Davis Polk, PJT and H. Bhattal and L. Nguyen (both AlixPartners) re: NOAT distributions and the financial projections exhibit. | 0.80 |
| 05/18/21 | JD | Review options and create plan to update the projections exhibit and revise the other numbers in different sections of the disclosure statement. | 0.70 |
| 05/18/21 | JD | Review updated draft projections exhibit. | 0.50 |
| 05/18/21 | JD | Correspondence with Davis Polk re: disclosure statement edits. | 0.30 |
| 05/18/21 | JD | Correspondence with Purdue management re: financial projection edits. | 0.40 |
| 05/18/21 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2136200-2

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | update on shareholder agreement negotiations. | |
| 05/18/21 | HSB | Review emergence date financial analysis and discussed with AlixPartners team via email | 0.30 |
| 05/18/21 | HSB | Review updated draft of Purdue's amended disclosure statement | 1.10 |
| 05/18/21 | HSB | Review updates to liquidation analysis | 0.10 |
| 05/18/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: updates to the plan projection | 0.30 |
| 05/18/21 | HSB | Review updated Purdue financial analysis prepared by L. Nguyen (AlixPartners) | 0.20 |
| 05/18/21 | HSB | Review email from R. Aleali (Purdue) regarding license applications | 0.10 |
| 05/18/21 | HSB | Update excel files with Purdue forecasts and related analysis related to due diligence request | 3.20 |
| 05/18/21 | HSB | Review Purdue prepared financial analysis | 0.60 |
| 05/18/21 | HSB | Review updates to excel versions of Purdue forecasts and compared versions | 0.90 |
| 05/18/21 | HSB | Review Purdue & Rhodes cash flows per Purdue financial model based on call with Purdue team and checked inputs for related analysis | 0.60 |
| 05/18/21 | LTN | Update NOAT distributions and revise the plan projection exhibit accordingly | 1.70 |
| 05/18/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: updates to the plan projection | 0.30 |
| 05/19/21 | HSB | Email correspondence with Purdue employees regarding DOJ request for additional info | 0.20 |
| 05/19/21 | HSB | Correspondence with A. DePalma (AlixPartners) re: Purdue related matters | 0.40 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/19/21 | HSB | Draft email with Purdue forecasts analysis to C. Robertson (DPW) | 0.20 |
| 05/19/21 | HSB | Update excel versions of Purdue plan related analysis and sent drafts to PJT Partners team for review | 1.30 |
| 05/19/21 | HSB | Email Purdue forecasts analysis to Purdue and PJT colleagues | 0.10 |
| 05/19/21 | HSB | Review PJT analysis with Plan based recovery amounts | 0.40 |
| 05/19/21 | HSB | Prepare updates to draft of Purdue financial forecast analysis | 0.40 |
| 05/19/21 | GJK | Review Debevoise Pod 4 Term Sheet proposal. | 0.80 |
| 05/19/21 | GJK | Develop concept for restricting Mundipharma balance sheet cash to backstop Family Side A Pod 8. | 1.10 |
| 05/20/21 | GJK | Review and edit draft email to C. Robertson (DPW) by S. Lemack (AlixPartners) regarding timing of emergence post confirmation. | 0.70 |
| 05/20/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items related to the state license process. | 0.10 |
| 05/20/21 | RC | Review information related to the disclosure statement and disclosure statement hearing. | 0.60 |
| 05/20/21 | RC | Review media coverage re: Purdue disclosure statement hearing and the Sackler family. | 0.30 |
| 05/20/21 | JD | Review contract review confirmation discovery request charts from Davis Polk in response to an open AHC request. | 0.60 |
| 05/20/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items related to the state license process. | 0.10 |
| 05/20/21 | HSB | Review updated drafts of shareholder agreement term sheets | 0.80 |
| 05/20/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) to | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2136200-2

Re:                  POR Development
Client/Matter #      012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | debrief on shareholder due diligence | |
| 05/20/21 | ADD | Call with J. Turner (PJT), J. DelConte A. DePalma, S. Lemack, and H. Bhattal (AlixPartners) re: NewCo CF Analysis Discussion. | 0.50 |
| 05/20/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) to debrief on shareholder due diligence | 0.40 |
| 05/21/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss various matters re: to plan projection, shareholder due diligence | 0.30 |
| 05/21/21 | HSB | Review Purdue financial forecasts and related analysis prepared by PJT Partners | 0.70 |
| 05/21/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss various matters re: to plan projection, shareholder due diligence | 0.30 |
| 05/21/21 | HSB | Review summary of DOJ requested diligence responses prepared by A. DePalma (AlixPartners) | 0.30 |
| 05/21/21 | HSB | Review summary of Purdue contracts prepared by S. Lemack (AlixPartners) | 0.20 |
| 05/21/21 | HSB | Review multiple versions of updated credit support term sheets related to Purdue settlement negotiations | 0.90 |
| 05/24/21 | HSB | Review UCC written statement | 0.10 |
| 05/24/21 | HSB | Review email correspondence and related files regarding state license application process | 0.30 |
| 05/24/21 | HSB | Review shareholder settlement agreement related draft term sheets and related correspondence | 1.50 |
| 05/24/21 | HSB | Review relevant sections of Purdue disclosure statement | 1.30 |
| 05/25/21 | HSB | Review Plan Projections exhibit draft and related excel analysis updated by L. Nguyen (AlixPartners) | 0.20 |
| 05/25/21 | HSB | Call among J. DelConte, H. Bhattal, L. Nguyen (all | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2136200-2 |
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | AlixPartners), C. Robertson, Z. Levine (both DPW), J. Turner, T. Melvin (both PJT) re: updates to the plan projection exhibit. | |
| 05/25/21 | HSB | Update excel files with Purdue forecasts and related analysis related to due diligence request | 3.20 |
| 05/25/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: updates to the NOAT distribution | 0.40 |
| 05/25/21 | LTN | Call among J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners), C. Robertson, Z. Levine (both DPW), J. Turner, T. Melvin (both PJT) re: updates to the plan projection exhibit. | 0.20 |
| 05/25/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: updates to the NOAT distribution | 0.40 |
| 05/25/21 | LTN | Update plan projection exhibit based on feedback from C. Robertson (DVP) | 1.10 |
| 05/25/21 | JD | Call among J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners), C. Robertson, Z. Levine (both DPW), J. Turner, T. Melvin (both PJT) re: updates to the plan projection exhibit. | 0.20 |
| 05/25/21 | JD | Correspondence with PJT and Davis Polk re: updates to the claim settlements and projections exhibit. | 0.40 |
| 05/25/21 | JD | Provide comments on the updated projections exhibit. | 0.80 |
| 05/26/21 | JD | Review latest plan and disclosure statement drafts filed with the court in advance of the court hearing. | 0.80 |
| 05/26/21 | HSB | Correspondence with A. DePalma (AlixPartners) re: Purdue related matters | 0.20 |
| 05/27/21 | HSB | Meeting with H. Bhattal, L. Nguyen and A. DePalma (all AlixPartners) to touch base re: state license application process. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/27/21 | HSB | Review Plan Projections files and sent updated versions to Davis Polk | 0.30 |
| 05/27/21 | HSB | Review OxyContin forecasts in response to request for plan related analysis | 1.40 |
| 05/27/21 | ADD | Meeting with H. Bhattal, L. Nguyen and A. DePalma (all AlixPartners) to touch base re: state license application process. | 0.50 |
| 05/27/21 | JD | Review shareholder settlement presentation provided to the special committee. | 0.60 |
| 05/27/21 | SKL | Meeting with H. Bhattal, L. Nguyen and A. DePalma (all AlixPartners) to touch base re: state license application process. | 0.50 |
| 05/28/21 | SKL | Call with S. Lemack, H. Bhattal (both AlixPartners) regarding Purdue plan related analysis | 0.30 |
| 05/28/21 | HSB | Review Purdue OxyContin forecasts and related analysis | 0.90 |
| 05/28/21 | HSB | Call with S. Lemack, H. Bhattal (both AlixPartners) regarding Purdue plan related analysis | 0.30 |
| 05/28/21 | HSB | Review Purdue OxyContin related analysis and email correspondence from Davis Polk | 0.20 |
| | | **Total** | **134.20** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Lan T Nguyen | 12.80 | 530.00 | 6,784.00 |
| Andrew D DePalma | 1.00 | 625.00 | 625.00 |
| Sam K Lemack | 5.40 | 665.00 | 3,591.00 |
| HS Bhattal | 75.00 | 865.00 | 64,875.00 |
| Gabe J Koch | 24.80 | 865.00 | 21,452.00 |
| Jesse DelConte | 13.90 | 1,055.00 | 14,664.50 |
| Richard Collura | 1.30 | 1,125.00 | 1,462.50 |
| **Total Hours & Fees** | **134.20** | | **113,454.00** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2136200-2

Re:                  Claims Process
Client/Matter #      012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/04/21 | ADD | Draft correspondence responding to claim questions. | 0.40 |
| 05/24/21 | SKL | Review latest claim analysis request from J. Lowne (Purdue) and prepare and circulate update accordingly. | 1.60 |
| 05/24/21 | SKL | Finalize updates to the IT transfer workplan and circulate to H. Ghnaimeh (Purdue) accordingly for thoughts and feedback. | 1.40 |
| 05/28/21 | JD | Review latest filed secured and priority claims. | 0.40 |
| | | **Total** | **3.80** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2136200-2

Re:              Claims Process
Client/Matter #      012589.00109

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Andrew D DePalma | 0.40 | 625.00 | 250.00 |
| Sam K Lemack | 3.00 | 665.00 | 1,995.00 |
| Jesse DelConte | 0.40 | 1,055.00 | 422.00 |
| **Total Hours & Fees** | **3.80** | | **2,667.00** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Special Projects |
| Client/Matter # | 012589.00110 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/06/21 | CO | Conference call with J. Lynn, C. O'Connor, H. Saydah (all AlixPartners) to discuss export set QC searches. | 0.70 |
| 05/06/21 | CO | Follow up call with J. Lynn, C. O'Connor, H. Saydah (all AlixPartners) to discuss export set QC searches. | 0.20 |
| 05/06/21 | CO | Review Client Confidential Info terms sent in different email threads from K. Sundt (AlixPartners) and confirm STR does not currently exist for these types of terms. | 0.10 |
| 05/06/21 | CO | Summarize complete list of terms back to K. Sundt and H. Saydah (both AlixPartners) for confirmation and reference. | 0.10 |
| 05/06/21 | CO | Finalize Client Confidential Info STR per K. Sundt and H. Saydah (both AlixPartners) request. | 0.50 |
| 05/06/21 | CO | Create searches for K. Sundt to review that flag documents containing Client Confidential Info in the next production set for Davis Polk. | 0.30 |
| 05/06/21 | JH | Correspondence with R. Hoff (Wiggin) re: social media collections. | 0.30 |
| 05/06/21 | HS | Conference call with J. Lynn, C. O'Connor, H. Saydah (all AlixPartners) to discuss export set QC searches. | 0.70 |
| 05/06/21 | HS | Follow up call with J. Lynn, C. O'Connor, H. Saydah (all AlixPartners) to discuss export set QC searches. | 0.20 |
| 05/10/21 | JH | Correspondence with J. Chen (DPW) re: diligence documents. | 0.20 |
| 05/10/21 | JH | Correspondence with C. Oluwole (DPW) re: reserve launch. | 0.10 |
| 05/10/21 | JH | Prepare diligence documents report at request of J. Chen (DPW). | 0.90 |
| 05/11/21 | JH | Finalize diligence documents report at request of J. Chen (DPW). | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2136200-2 |
| Re: | Special Projects |
| Client/Matter # | 012589.00110 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/11/21 | JH | Correspondence with C. Oluwole (DPW) re: reserve launch. | 0.20 |
| 05/11/21 | JH | Call with C. Oluwole, A. Mendelson, C. Hinton, and J. Chen (all DPW) re: reserve launch. | 1.30 |
| 05/11/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 1.80 |
| 05/12/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.20 |
| 05/12/21 | JH | Correspondence with C. Oluwole (DPW) re: introduction to confirmation discovery vendor. | 0.20 |
| 05/12/21 | JH | Correspondence with J. Chen (DPW) re: updates to diligence reports. | 0.80 |
| 05/12/21 | JH | Correspondence with C. Oluwole (DPW) re: reserve security group access. | 0.50 |
| 05/12/21 | JCH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.50 |
| 05/12/21 | JCH | Continue to update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 1.30 |
| 05/13/21 | JCH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.90 |
| 05/13/21 | JCH | Call with J. Hamilton, J. Hardy (both AlixPartners), C. Oluwole, A. Mendelson (both DPW), T. Morrissey (Purdue) and A. Freiheit, C. Marantette (both KLD) re: additional volumes for the reserve. | 0.50 |
| 05/13/21 | JH | Call with J. Hamilton, J. Hardy (both AlixPartners), C. Oluwole, A. Mendelson (both DPW), T. Morrissey (Purdue) and A. Freiheit, C. Marantette (both KLD) re: additional volumes for the reserve. | 0.50 |
| 05/14/21 | JH | Call with C. Oluwole (DPW) re: reserve security group | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2136200-2 |
| Re: | Special Projects |
| Client/Matter # | 012589.00110 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | access. | |
| 05/14/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.50 |
| 05/14/21 | JH | Continue to update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.40 |
| 05/14/21 | JH | Additional updates to reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.90 |
| 05/14/21 | JCH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.50 |
| 05/14/21 | JG | Continue to update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.70 |
| 05/15/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.40 |
| 05/17/21 | JH | Correspondence with D. Martyn (TCDI) re: new data deliveries. | 0.20 |
| 05/17/21 | JH | Correspondence with D. Lyons (Kramer Levin) re: access to Confirmation Reserve. | 0.10 |
| 05/17/21 | JH | Correspondence with H. Israel (Levenfeld Pearlstein) re: access to Confirmation Reserve. | 0.10 |
| 05/17/21 | JH | Correspondence with C. Oluwole (DPW) re: diligence reports. | 0.40 |
| 05/17/21 | JH | Call with C. Oluwole (DPW) re: Sackler documents. | 0.40 |
| 05/17/21 | JH | Correspondence with A. Guo (DPW) re: new user requests. | 0.40 |
| 05/17/21 | JH | Create and send out new user access credentials at request of A. Guo (DPW). | 0.50 |
| 05/17/21 | JG | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Special Projects |
| Client/Matter # | 012589.00110 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/17/21 | JG | Continue to update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.70 |
| 05/17/21 | JG | Continue to update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 1.80 |
| 05/18/21 | JG | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.10 |
| 05/18/21 | JH | Correspondence with C. Oluwole (DPW) re: reporting. | 0.20 |
| 05/18/21 | JH | Correspondence with R. Keefe (Spears & Imes) re: reserve access. | 0.20 |
| 05/18/21 | JH | Correspondence with E. Min (Province) re: reserve access. | 0.10 |
| 05/18/21 | JH | Create Bankruptcy Diligence file path report for C. Oluwole's (DPW) review. | 0.80 |
| 05/19/21 | JH | Correspondence with D. Lyons (Kramer Levin) re: reserve access. | 0.40 |
| 05/19/21 | JH | Correspondence with J. Taub (Kramer Levin) re: reserve access. | 0.10 |
| 05/19/21 | JH | Correspondence with K. Chau, and C. Oluwole (both DPW) re: reporting. | 0.50 |
| 05/19/21 | JG | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.30 |
| 05/19/21 | JG | Continue to update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.70 |
| 05/19/21 | JCH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.70 |
| 05/20/21 | JCH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.40 |
| 05/20/21 | JG | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 1.10 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Special Projects |
| Client/Matter # | 012589.00110 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/20/21 | JH | Correspondence with T. Ghalayini (AlixPartners) re: email notifications. | 0.30 |
| 05/20/21 | JH | Correspondence with M. VanEck (PA AG) re: reserve access. | 0.20 |
| 05/20/21 | JH | Correspondence with D. Levine (DOJ) re: reserve access. | 0.10 |
| 05/20/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.00 |
| 05/20/21 | JH | Correspondence with C. Oluwole (DPW) re: reserve access. | 0.10 |
| 05/20/21 | JH | Correspondence with D. Martyn (TCDI) re: new media. | 0.10 |
| 05/20/21 | JH | Send out Confirmation Reserve data update notification to all users at request of C. Oluwole (DPW). | 0.30 |
| 05/21/21 | JH | Correspondence with M. VanEck (PA AG) re: reserve access. | 0.10 |
| 05/21/21 | JH | Send out Confirmation Reserve data update notification to all users at request of C. Oluwole (DPW). | 0.50 |
| 05/21/21 | JCH | Update reserve data sets at request of C. Oluwole (DPW). | 0.20 |
| 05/24/21 | JCH | Correspondence with J. Hardy (AlixPartners) and S. Meyer (AZ AG) re: reserve access. | 0.50 |
| 05/24/21 | JG | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.30 |
| 05/24/21 | JH | Correspondence with A. Guo (DPW) re: new user credentials. | 0.60 |
| 05/24/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.40 |
| 05/24/21 | JH | Correspondence with C. Oluwole (DPW) re: reporting. | 0.20 |
| 05/25/21 | JH | Correspondence with C. Oluwole (DPW) re: Sackler reporting. | 0.80 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #             2136200-2

Re:                  Special Projects
Client/Matter #       012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/25/21 | JH | Correspondence with A. Guo (DPW) re: new user credentials. | 0.50 |
| 05/25/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.90 |
| 05/25/21 | JG | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.60 |
| 05/26/21 | JCH | Correspondence with J. Hardy (AlixPartners) and S. Meyer (AZ AG) re: reserve access. | 0.20 |
| 05/26/21 | JH | Correspondence with D. Reynolds (AlixPartners) and C. Scherer (TCDI) re: new media shipment. | 0.10 |
| 05/26/21 | JH | Correspondence with J. Bonham (AZAG) re: user credentials. | 0.30 |
| 05/27/21 | JH | Correspondence with C. Oluwole (DPW) re: Sackler staging and review. | 0.30 |
| 05/27/21 | JH | Correspondence with K. Fell, M. Grier, and K. Giampaolo (all Milbank) re: Sackler staging and review. | 0.30 |
| 05/27/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.40 |
| 05/27/21 | JD | Correspondence with T. Ghalayini (both AlixPartners) re: IT assistance for Purdue. | 0.10 |
| 05/27/21 | JCH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.00 |
| 05/28/21 | JH | Correspondence with D. Martyn (TCDI) re: new media. | 0.10 |
| 05/28/21 | JH | Correspondence with A. Guo (DPW) re: new user credentials. | 0.30 |
| 05/28/21 | JH | Correspondence with K. Giampaolo (Milbank) re: reserve access. | 0.20 |
| 05/28/21 | JH | Correspondence with C. Oluwole (DPW) re: new user credentials. | 0.10 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2136200-2

Re:                    Special Projects
Client/Matter #        012589.00110

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
|      |            | **Total** | **77.40** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2136200-2

Re:                       Special Projects
Client/Matter #      012589.00110

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Heather Saydah | 0.90 | 480.00 | 432.00 |
| Julia Caitlin Hardy | 12.70 | 530.00 | 6,731.00 |
| Julia Gutierrez | 26.90 | 625.00 | 16,812.50 |
| Catherine O'Connor | 1.90 | 825.00 | 1,567.50 |
| Jamey Hamilton | 34.90 | 865.00 | 30,188.50 |
| Jesse DelConte | 0.10 | 1,055.00 | 105.50 |
| **Total Hours & Fees** | **77.40** | | **55,837.00** |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                          **F** 214.647.7501
Dallas, TX 75201                 **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2136200-2

Re:                    Retention and Engagement Administration
Client/Matter #        012589.00112

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/27/21 | JD | Call with J. DelConte, E. Kardos and K. Sundt (all AlixPartners) re: other potential Purdue workstreams. | 0.20 |
| 05/27/21 | KAS | Call with J. DelConte, E. Kardos and K. Sundt (all AlixPartners) re: other potential Purdue workstreams. | 0.20 |
| | | **Total** | **0.40** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #                2136200-2

Re:                          Retention and Engagement Administration
Client/Matter #       012589.00112

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Kaitlyn A Sundt | 0.20 | 530.00 | 106.00 |
| Jesse DelConte | 0.20 | 1,055.00 | 211.00 |
| **Total Hours & Fees** | **0.40** | | **317.00** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                          **F** 214.647.7501
Dallas, TX 75201              **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2136200-2 |
|---|---|
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 012589.00113 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/03/21 | JD | Finalize initial draft March fee application. | 0.30 |
| 05/04/21 | MSM | Prepare professional fees for April 2021 fee statement. | 0.80 |
| 05/06/21 | JD | Provide comments on latest edits to the fee application. | 0.20 |
| 05/07/21 | JD | Finalize review of March fee statement. | 0.30 |
| 05/07/21 | LMB | Review professional fees for March monthly fee statement | 0.60 |
| 05/07/21 | LMB | Prepare 19th monthly fee statement, supporting schedules and exhibits | 1.80 |
| 05/11/21 | LMB | Finalize March monthly fee statement, supporting schedules and exhibits | 0.30 |
| 05/11/21 | LMB | Email to M. Pera (DPW) attaching the 19th monthly fee statement for March 2021 | 0.20 |
| 05/13/21 | MSM | Prepare professional fees for April 2021 fee statement. | 2.30 |
| 05/14/21 | MSM | Prepare professional fees for April 2021 fee statement. | 2.90 |
| 05/14/21 | MSM | Continue to prepare professional fees for April 2021 fee statement. | 1.60 |
| 05/17/21 | MSM | Prepare professional fees for April 2021 fee statement. | 3.70 |
| 05/17/21 | MSM | Continue to prepare professional fees for April 2021 fee statement. | 3.20 |
| 05/17/21 | MSM | Further preparation of professional fees for April 2021 fee statement. | 2.10 |
| 05/18/21 | MSM | Prepare professional fees for April 2021 fee statement. | 3.50 |
| 05/18/21 | MSM | Continue to prepare professional fees for April 2021 fee statement. | 2.50 |
| 05/18/21 | MSM | Further preparation of professional fees for April 2021 fee statement. | 2.00 |
| 05/19/21 | MSM | Prepare professional fees for May 2021 fee statement | 1.20 |
| 05/24/21 | MSM | Prepare professional fees for May 2021 fee statement | 2.90 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #               2136200-2

Re:                     Fee Statements and Fee Applications
Client/Matter #         012589.00113

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/27/21 | MSM | Prepare professional fees for May 2021 fee statement | 1.50 |
| | | **Total** | **33.90** |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                   **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2136200-2 |
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 012589.00113 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Melanie McCabe | 30.20 | 430.00 | 12,986.00 |
| Lisa Marie Bonito | 2.90 | 465.00 | 1,348.50 |
| Jesse DelConte | 0.80 | 1,055.00 | 844.00 |
| **Total Hours & Fees** | **33.90** | | **15,178.50** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #           2136200-2

Re:                 Court Hearings
Client/Matter #     012589.00114

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/12/21 | HSB | Attend Purdue bankruptcy Court Hearing | 1.00 |
| 05/12/21 | JD | Participate in court hearing telephonically. | 1.00 |
| 05/20/21 | JD | Listen in to court hearing telephonically. | 1.70 |
| 05/20/21 | HSB | Attend Purdue bankruptcy court hearing. | 1.70 |
| 05/26/21 | HSB | Attend parts of the Purdue bankruptcy court hearing (re: Disclosure Statement). | 3.50 |
| 05/26/21 | JD | Participate in Purdue disclosure statement hearing. | 6.90 |
| | | **Total** | **15.80** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #           2136200-2

Re:                 Court Hearings
Client/Matter #     012589.00114

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| HS Bhattal | 6.20 | 865.00 | 5,363.00 |
| Jesse DelConte | 9.60 | 1,055.00 | 10,128.00 |
| **Total Hours & Fees** | **15.80** | | **15,491.00** |

# Exhibit B

**AlixPartners, LLP**

**Summary and Detailed Description of AlixPartners' Expenses**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #                    2136200-2

Re:                          Expense
                             012589.00150
Client/Matter #

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 04/21/21 | Legal Fees Heather Saydah | 70.00 |
| | **Total Disbursements** | **70.00** |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                    **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2136200-3 |
| Re: | Expense |
| | 012589.00150 |
| Client/Matter # | |

**Disbursement Recap:**

| Description | Amount |
|---|---|
| Legal Fees | 70.00 |
| **Total Disbursements** | **70.00** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2136200-3 |
| Re: | Processing & Hosting |
| | 012589.01004 |
| Client/Matter # | |

| Date | Disbursement Description | Amount |
|---|---|---|
| 05/31/21 | Hosting Fees (GB) | 60,211.20 |
| | **Total Disbursements** | **60,211.20** |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #                    2136200-3

Re:                          Processing & Hosting
                             012589.01004
Client/Matter #

**Disbursement Recap:**

| Description | Amount |
|---|---|
| Hosting Fees (GB) | 60,211.20 |
| **Total Disbursements** | **60,211.20** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**