*Tamara Graham*
*5200 Central Avenue*
*St. Petersburg, FL 33707*
*727-321-2600*

June 25, 2021

Honorable Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   Purdue Pharma, L.P., Case No. 19-23649
      Michael Parkey, Claim No. 619028

Dear Judge Drain:

I filed a claim on behalf of my brother, Michael Parkey. I am not an attorney but I am doing the best I can for my brother. I could have hired an attorney or requested representation by one of the large firms. Unfortunately, when it is all said and done the only people who will benefit from this lawsuit when it is over will be the attorneys. The people who have lost their loved one or the people that are trying to help their son, daughter, mother, father, brother or sister are the ones that will end up with the least amount. The people addicted to the drug and their family members are the ones that will be dealing with the after math of this drug for the rest of their lives.

Now that he is unable to get the Oxycodone, he looks for other drugs to replace them. He is in constant pain and there is nothing that can help him. This drug has no specific financial target. Wealthy people and poor people are addicted to this drug. The big difference is that the wealthy people can afford to get help and poor cannot. My brother doesn't have any money. What little he did have was used to buy Oxycodone and now anything he can find to keep the withdrawal at bay. I was paying for his medication because seeing him in withdrawal was more than I could take. If the Purdue Pharma people had to watch a video of what the people addicted to Oxycodone go through, maybe they would understand the pain that they have caused to the people addicted to the drug and their families. I have attached what prescription refills I could find online that I was paying for my brother.

Honorable Robert D. Drain
June 25th, 2021
Page 2

I hope that when you do your final order that you take into consideration the financial circumstances of the plaintiffs. I know it is probably impossible for you to do that and that the Attorneys will end up with the biggest share of the settlement. Please, please take into account the financial circumstances of the plaintiffs who will be living with the effects of the drugs for the rest of their lives and the ones who can't afford to get help.

Sincerely,

Tamara R. Graham on
behalf of Michael Parkey