Eddie Andino
United States Bankruptcy Court,
Case NO. 19-23649-rdd.

I'am being represented by Andrew E Thorton.
paralegal Sean Higgins, I called the court
on 6-30-2021 and on 6-28-2021 concerning
what could be misunderstanding of the
updates presented on January 7, 2020, with
Bradley East, and the oct 21, 2020 podicast.
and the march 14, 2021 update on the
proposed Estimate of Settlement. and
since these update It was Explained on
march 14, 2021 that we do nothing at this
time, but Wait untill the courts provide
legal advice on higher Settlement In favor
of Future votes.

Untill 6-28-2021, I recieved no Email
update on the. PI channel claing that
was to be filed no later then April 23,
2021, describing your Injury and Electing
your payment options. I Just got
Knowledge of this on 6-28, 2021 with
The vote disclosure.

It was Explained by one of the prime
Clerk Solicitation agent that April 23,
2021 deadline have been delayed due
to The Solicitation package. which is to
be recieved with the ballot. If this Is
The case I'am still timely with the court.
disregard this Error. on 6-30-2021 I
cast my vote In favor of the solicitation
procedures. with Andrew and thornton.
Jointly Administered.

I'am willing to stay In Favor of the
court Settlement disclosure plan, to The
highest option... but not to succeed
above The plan fixed amount of money
available to compensate all other claimants.
Contrast, I have proven Inzury Jointly, and
Every Legal Element Medically. In pursuit
of the highest disclosure. disregard the
"Consortium" which will proceed The already-
limited amount g money.

I want court to know money can never
measure The loss. the healing Comes with
The truth which IS real Justice.