January 6, 2021

Judge Robert D. Drain
U.S. Bankruptcy Court
For the Southern District of New York
300 Quarropas Street
White Plains, New York 10600

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)
United States Bankruptcy Court for the Southern District of New York

Dear Judge Drain:

I am just a small fish in this huge ocean of devastation the Sackler family has caused with their greed. They increased their opulent wealth, beyond anything that a blue collar worker like myself would ever imagine. Yet, my family paid the ultimate price for them to get that wealth.

My husband Troy A. Lubinski was a healthy, strong, athletic, Minneapolis Firefighter. We met when we were teenagers, then married for 32 years. He started being prescribed pain medication for a back injury he incurred. He could maintain and control it for many years. But then, he was prescribed OxyContin. That was the beginning of the end of Troy.

For the past 15-20 years our life was a roller coaster. He was no longer the man that we all knew and loved. The OxyContin totally took control of his life, his senses, his mental health, and his physical health. He could no longer care about anything but getting more OxyContin.

He could no longer be a Firefighter, he had two heart attacks, from the anxiety and stress this addiction created. We lost our home, and personal items that were sold to get more OxyContin. He did go into treatment at Hazelden Betty Ford, and seemed to be getting better. That only lasted 3 months. All he had to do was go back to the doctor, and was back on the OxyContin.

He started losing his mind, paranoia, anxiety, thought he was being followed by the FBI, he thought I was having affairs all across the Country. It was complete insanity.

1

We could no longer help him. He left and moved to a small town in Minnesota, all alone, with his 2 dogs. He was gone for five years.
On December 8, 2017, I was diagnosed with Stage 4 cancer, and was given 3-5 years to live. I had major surgery in January, 2018 and was nervous about my care, and finances. I retired from my job of 32 years to enjoy the time I had left, and I did file for divorce November 5, 2019, to protect my children. I don't expect the world in our claim, and nothing will replace our beloved Troy. But my children deserve some compensation, while the Sacklers have not suffered at all.

This past year we thought he was getting better and he was realizing the losses he had created. He was mending relationships and sounding sensible. But it was not to be, he committed suicide on September 22, 2020. Leaving our family devastated. He no longer wanted to live with his addiction, and pain of what he had destroyed any longer.

I may only have another year or two to live, and only want for my children to have some satisfaction in knowing the Sackler family will suffer a morsel of what we have, and I believe the Sackler family should know what their greed has caused. They should know the name, Troy Lubinski, and the many, many others that have lost their lives to OxyContin. The families that lived the life of loving an addict, and are now left to grieve and feel this horrible void because of their selfishness.

Judge Drain, I have enclosed some pictures and words my children have written about their father, Troy Lubinski, he meant the world to us, and he needs to be remembered and apologized to by the Sackler family. I have filed a claim, #65316, and amended Claim #615216, to include his suicide on September 22, 2020.

There is clear and convincing evidence of Purdue Pharma's "gross negligence" and "reckless indifference" to Troy's health, well being, and suffering.

Thank you so much for giving consideration to our claim.


Stephanie Lubinski


Cc: Marshall Huebner
    Davis Polk and Wardwell
    450 Lexington Ave.
    New York, NY 10017

2

Cc: Layn Phillips
    2101 East Coast Highway
    Suite 250
    Corona Del Mar, CA 92625

Cc: Kenneth Feinberg
    1455 Pennsylvania Ave. NW
    Suite 390
    Washington, DC 20004