Kelvin K. Singleton
1600 California Drive
Vacaville, California 95696

FILED
U.S. BANKRUPTCY COURT
2021 JUL -6 P 2: 02
S.D. OF N.Y.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:
PURDUE PHARMA L.P., et al.,
    DEBTORS

CHAPTER 11
CASE No. 19-23649 (RDD)

OBJECTION TO DEBTOR'S PLAN OF REORGANIZATION

CREDITOR, Kelvin K. Singleton, hereby formally object to the Debtor(s) PLAN OF REORGANIZATION. This objection is based on the Pleadings before the, Memorandum of Points and Authorities Declarations and Exhibits related to the other effected parties and this creditor himself.

## Preliminary Statement

Claimant/Creditor herein claims that he has been gravely effected by the Debtor(s) manipulating use of delivering their Opiod "pain-killing" medication to the public, including this party. Resulting from taking numerous Opiods, from Oxycotin to Roxycet, to Morphine (MS). The claimant has become addicted to this form of "controlled substance" and has physical maladies behind the long-term usage of this drug.

- 1 -

On April 25, 2020, a declaration and exhibits was filed with his Personal Injury claim showing the adverse injuries caused by the usage of the drugs. The Claimant not only had to suffer physical withdrawals that is/was very painful and embarrassing, he now suffers chronic severe constipation, bowel obstruction having to take multiple laxatives and stool softeners to use the bathroom. These issues claimant did not suffer from prior to the usage of the drug Oxycotin, Roxicet, Percocet and Morphine. (See Attached Declaration at 1).

Because evidence has been submitted to the Court providing evidence of harm, to include but not limited to "opiod abuse" noted by his primary care physician (PCP) and medical records of gastro-intestinal issues, the causation can be traced back to the usage of the Debtor's drugs. The Debtor's settlement plan does nothing to ease the harms physically done to this objecting party and will do nothing without compensation.

The Creditor/Claimant also object to the settlement plan because the plan was drafted on behalf of the government, politicians, big businesses and shareholders, who at the end of the day will control the $4.275 billion dollar settlement amount. This settlement will never be seen by those who have been effected by this addictive drug. The Creditor's personal injury claim

-2-

is supported by the exhibits attached to the claim and those in attached as attachments to this objection. He continues to suffer the affects of having become addicted to the opiod substance. (See Declaration at 2)

Because the Creditor has shown that he was provided multiple prescriptions and was injured as a result of taking the opiod substance, he believes the amount estimated on page 111 of the Disclosure Statement of $3,500 and $48,000 is not enough recovery monies for those who suffered harm or death!

For the reason(s) set forth above and those related objections by the other interested parties, Creditor herein objects to the Plan.

Date: June 26, 2021                                    /s/ Kelvin X. Singleton

---

1/ This "Creditor" will state that as a result of his inability to gain access at legal books and rules related to Bankruptcy Court in New York, he has had to address this objection in lay man. Nevertheless, his personal injury claim is real and supported by evidence.

-3-

Case Name: _IN RE: PURDUE PHARMA L.P., et al.,_

Case Number: _19: 23649 (RDD)_

Court: _U.S. Bankruptcy Court_

## PROOF OF SERVICE BY MAIL

I, _KELVIN X. SINGLETON_ declare:

That I am over the age of eighteen years of age and am not a party to the above entitled cause of action. That I reside in Solano County, California at the California Medical Facility, at 1600 California Drive, P.O. Box 2500, Vacaville, California, 95696-2500.

That on _June 29, 2021_ I served the attached: a true copy of the attached:

_OBJECTION TO DEBTOR'S PLAN OF REORGANIZATION_

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal legal mail collection system at the California Medical Facility, Vacaville, California, addressed as follows:

_U.S. Bankruptcy Court -_
_Southern District of New York_
_The Honorable Robert D. Drain_
_300 Quarropas Street_
_White Plains, New York 10601-4140_

_Davis, Polk & Wardwell_
_450 Lexington Avenue_
_New York, New York_
_10017_

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct. That this proof of service was executed on _June 29, 2021_ at the California Medical Facility, Vacaville, California.

_Kelvin X. Singleton_
**Declarant**

_[signature]_
**Declarant's Signature**