IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:
PURDUE PHARMA L.P. et al.
    DEBTORS.

CHAPTER 11
CASE NUMBER: 19-23649-RDD
JOINTLY ADMINISTERED

Re: PERSONAL INJURY CLAIM OF:
AUGUSTUS HEBREW EVANS JR., [CREDITOR], Pro Se PLAINTIFF/CLAIMANT...
                v.
PURDUE PHARMA L.P. et al., [DEBTORS]... DEFENDANTS

CLAIM NUMBER: 619032

## MOTION REQUESTING RECRUITMENT OF COUNSEL...

CREDITOR COMES NOW AND RESPECTFULLY ASKS THE COURT TO RECRUIT COUNSEL TO REPRESENT HIM IN THE VERY COMPLICATED BANKRUPTCY CASE...

DATED: JUNE 19, 2021

Augustus Hebrew Evans Jr., #181247
J.T.V.C.C. 1181 PADDOCK ROAD
SMYRNA, DE 19977

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

PURDUE PHARMA L.P. et al.
CASE NUMBER: 19-23649-RDD

RE: PERSONAL INJURY CLAIMANT... [MOTION TO RECRUIT COUNSEL]..
AUGUSTUS HEBREW EVANS JR.
CLAIM NUMBER: 619302

---

HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
300 QUARROPASS STREET
WHITE PLAINS, NEW YORK 10601-4140

    THE COMPLEXITY OF THE BANKRUPTCY CASE IS ALMOST SELF EXPLANATORY... AND... AS WE TURN TO THE NATURE OF THE CLAIMS... THE FACTS ADVANCE THE DEFENDANTS' FAILURE TO WARN THE MEDICAL COMMUNITY OF THE SERIOUS ADDICTIVE QUALITIES OF THEIR OPIOID PRODUCTS. WHILE MARKETING...ETC... THEM AS SAFE ARE EVEN MORE COMPLEXED... HOWEVER...

    THE FACTS ARE BEYOND SCOPE OF PRO SE PRISONERS ABILITY TO INVESTIGATE AND WITH COMBINED ISSUES OF THE CASE, MAY THE COURT RECRUIT COUNSEL.

DATED: JUNE 19, 2021              _____
                                                 AUGUSTUS H. EVANS JR.

1

## Service

Pro Se Claimant/Creditor/Plaintiff. Did Serve:

Counsel To Debtors:
Marshall S. Huebner, Esq.
Benjamin S. Kaminetzky, Esq.
Eli J. Vonnegut, Esq.
Christopher S. Robertson, Esq.
Davis Polk & Wardwell LLP
450 Lexington Ave.
New York, New York 10017

Counsel To Creditors Committee
Arik Preis, Esq.
Mitchell P. Hurley, Esq.
Sara L. Brauner, Esq.
Edan Lisovicz, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park.
New York, New York 10036

Justin R. Alberto, Esq.
Cole Schotz P.C.
500 Delaware Ave. Suite 1410
Wilm, DE 19801

Paul K. Schwartzberg, Esq.
Office Of Trustee
Southern District, New York
201 Varick St, Suite 1006
New York, New York 10014

On This 19 Day of June, 2021

Augustus Hebrew Evans Jr. #181247
J.T.V.C.C. 1181 Paddock Road
Smyrna, DE 19977

2