IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:
PURDUE PHARMA L.P. et al
DEBTORS.

CHAPTER 11
CASE NUMBER: 19-23649-RDD
JOINTLY ADMINISTERED

RE: PERSONAL INJURY CLAIM OF:
AUGUSTUS HEBREW EVANS JR., [CREDITOR]... PRO SE PLAINTIFF/CLAIMANT...

V.

PURDUE PHARMA L.P. et al., [DEBTORS]... DEFENDANTS...

CLAIM NUMBER: 619032

## RULE 3018 MOTION

HAVING RECIEVED NOTICE OF THE FIFTH AMENDED CHAPTER 11 PLAN... WITHOUT A BALLOT FORM... AND BEING UNREPRESENTED... CLAIMANT MOTIONS THE COURT FOR AN ORDER TO ALLOW MY CLAIMS FOR VOTING PURPOSES... AND... TO BE FULLY NOTICED HENCEFORTH OF ALL ACTIONS RELATED TO THE CASE.

DATED: JUNE 18, 2021

AUGUSTUS HEBREW EVANS JR. #191247
J.T.V.CC 1181 PADDOCK ROAD
SMYRNA, DE 19977

PRO SE. PERSONAL INJURY CLAIMANT...

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. BANKRUPTCY COURT
2021 JUN 26 P 2 32
S.D. OF N.Y.

IN RE:
PURDUE PHARMA L.P., et al.
CASE NUMBER: 19-23649-RDD

RE: PERSONAL INJURY CLAIMANT... [3018 MOTION FOR ORDER TO ISSUE]...
AUGUSTUS HEBREW EVANS JR.
CLAIM NUMBER: 619032

---

HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601-4140

HAVING ESTABLISHED A SUBSTANTIAL PERSONAL INJURY CLAIM, AND... AS A PARTY OF INTEREST IN THE CASE... WHILE NOTING NUMEROUS UNREPRESENTED CLAIMANTS WHOM ALSO HAS HAD THEIR LIVES DISRUPTED BY DEFENDANTS OPIOIDS... I COME NOW AND REQUEST THE COURT TO ISSUE AN ORDER UNDER RULE 3018 AND ACCEPT THIS MOTION TO ALLOW MY CLAIMS FOR VOTING PURPOSES... WHERE:

1. HAVING RECIEVED THE NOTICE ON JUNE 17, 2021 [1] I DID NOT RECIEVE A BALLOT NOR INSTRUCTIONS ON HOW TO VOTE [2] HOWEVER...

  a). RULE 3018 ADVANCES PROPER AVENUE TO ADDRESS ISSUE... FURTHERMORE...

---

1 SEE ENCLOSED PAGE 3 EXHIBIT #1   NOTE STAMP DATED ON ENVELOPE.
2 83 PAGE NOTICE OF HEARING BOOKLET WITH NO BALLOT ENCLOSED...

1

ii. MAY THE COURT SO ORDER DEBTORS/DEFENDANTS... TO INFORM CLAIMANT OF ALL RELEVANT ACTIONS IN CASE... AND...

iii. TO INFORM HIM OF WHICH CLASS HIS ACTION IS IN.?

YOUR HONOR,

I DON'T NEED YOU TO ADVISE ME LEGALLY... HOWEVER... SEE MOTION TO RECRUIT AND/OR APPOINT COUNSEL...[3]

BE IT SO ORDERED THAT DEBTORS WILL NOTICE PRO SE PLAINTIFF OF ALL THE FUTURE ACTIONS RELEVANT TO THE CASE... AND... SHALL FURTHER ANSWER THE QUESTIONS AS MAY BE POSED RELATED TO THE CASE.

DATED: JUNE 19, 2021

Augustus Hebrew Evans Jr.

2

**PPB Processing**
c/o Prime Clerk LLC
One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

Merrill


RECEIVED
JUN 17 2021
JTVCC MAILROOM

+++WINDSOR 2325 SRF 54014 PACKID: 3233 MMLID: 11407537 SVC: POC
EVANS JR., AUGUSTUS HEBREW
J.T.V.CC 1181 PADDOCK ROAD
SMYRNA DE 19977

19

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

1997783474 R003

<u>SERVICE</u>

Pro Se Claimant/Creditor/Plaintiff. Did Serve:

<u>Counsel to Debtors:</u>
* Marshall S. Huebner, Esq.
* Benjamin S. Kaminetzky, Esq.
* Eli J. Vonnegut, Esq.
* Christopher S. Robertson, Esq.
<u>Davis Polk & Wardwell LLP</u>
<u>450 Lexington Ave.</u>
<u>New York, New York 10017</u>

<u>Counsel to Creditors Committee</u>
Arik Preis, Esq.
Mitchell P. Hurley, Esq.
Sara L. Brauner, Esq.
Edan Lisovicz, Esq.
<u>Akin Gump Strauss Hauer & Feld LLP</u>
<u>One Bryant Park.</u>
<u>New York, New York 10036</u>

Justin R. Alberto, Esq.
<u>Cole Schotz P.C.</u>
<u>500 Delaware Ave. Suite 1410</u>
<u>Wilm, DE 19801</u>

Paul K. Schwartzberg, Esq.
<u>Office of Trustee</u>
<u>Southern District, New York</u>
<u>201 Varick St. Suite 1006</u>
<u>New York, New York 10014</u>

On this 19 day of June, 2021

*_____
Augustus Hebrew Evans Jr. #191247
J.T.V.C.C 1181 Paddock Road
Smyrna, DE 19977

4