DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
James I. McClammy
Eli J. Vonnegut

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## NOTICE OF FILING OF PROPOSED ORDER GRANTING LATE CLAIM MOTION

**PLEASE TAKE NOTICE** that, on June 23, 2021, Benjamin Payne Ellis filed a motion [Dkt. No. 3058] (the "**Late Claim Motion**") seeking leave to have his Personal Injury Claimant Proof of Claim Form (the "**Late Claim**") deemed timely filed notwithstanding that the Late Claim was filed after the extended general bar date in these chapter 11 cases (the "**Extended General Bar Date**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that in light of the *Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* [Dkt. No. 2982] and the PI Trust Distribution Procedures appended thereto [Dkt. No. 3098], which provide a mechanism for compensating personal injury claims that are deemed to be timely filed and channeled thereto, the Debtors do not object to the relief sought in the Late Claim Motion. The Official Committee of Unsecured Creditors and the Ad Hoc Group of Individual Victims also consent to the relief sought in the Late Claim Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a proposed Order Granting Late Claim Motion (the "**Proposed Order**"). Pursuant to the Proposed Order, the Late Claim will be treated as timely filed, and the Debtors will not object to the Late Claim based on it not being filed by the Extended General Bar Date. The Proposed Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Proposed Order and all related papers may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

Dated: July 12, 2021
New York, New York

Respectfully submitted,

/s/ *James I. McClammy*

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
James I. McClammy
Eli J. Vonnegut

*Counsel to the Debtors*
*and Debtors in Possession*