Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State*
*Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**FIRST MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH**
**RESPECT TO SERVICES RENDERED AS COUNSEL TO THE**
**MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD**
**COMMENCING SEPTEMBER 15, 2019, THROUGH SEPTEMBER 30, 2019**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | September 15, 2019, through September 30, 2019 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $166,491.25 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $3,601.80 |
| **Total compensation requested in this statement:** | $133,193.00 (80% of $166,491.25) |
| **Total expenses requested in this statement:** | $3,601.80 |
| **Total compensation and expenses requested in this statement:** | $136,794.80 |

**This is a:**    _X_ monthly            ___ interim            ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this First Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing September 15, 2019, through September 30, 2019 (the "**Fee Period**").

## **Itemization of Services Rendered and Disbursements Incurred**

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, Caplin & Drysdale rendered 261.6 hours of professional services during the Fee Period, resulting in fees totaling $166,491.25.  Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $133,193.00.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period.  This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $659.09.  The blended hourly rate of all paraprofessionals is $314.53.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $3,601.80 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

## Notice

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 12, 2021

Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State*
*Governmental Entities Group*

# EXHIBIT A

## SUMMARY OF SERVICES BY CATEGORY

### SEPTEMBER 15, 2019, THROUGH SEPTEMBER 30, 2019

| Task Code | Project Category | Total Hours | Total Fees |
|:---:|:---|:---:|---:|
| .04 | Case Administration | 8.4 | $2,730.00 |
| .10 | Litigation | 117.6 | $78,311.00 |
| .11 | Plan & Disclosure Statement | 83.1 | $59,984.00 |
| .12 | Relief from Stay Proceedings | 14.9 | $5,476.50 |
| .15 | Committee Meetings/Conferences | 16.5 | $12,470.00 |
| .16 | Travel | 19.5 | $7,031.25 |
| .17 | Docket Review & File Maintenance | 1.6 | $488.50 |
| **TOTAL** | | **261.6** | **$166,491.25** |

# EXHIBIT B

## SUMMARY OF HOURS AND FEES BY PROFESSIONAL

## SEPTEMBER 15, 2019, THROUGH SEPTEMBER 30, 2019

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate* | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ann C. McMillan | Member / 1984 / Bankruptcy | $840.00 | 1.6 | $1,344.00 |
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $387.50 | 3.7 | $1,433.75 |
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $775.00 | 48.9 | $37,897.50 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $640.00 | 25.9 | $16,576.00 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $320.00 | 4.4 | $1,408.00 |
| James P. Wehner | Member / 1995 / Bankruptcy | $367.50 | 7.4 | $2,719.50 |
| James P. Wehner | Member / 1995 / Bankruptcy | $735.00 | 69.6 | $51,156.00 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $367.50 | 4.0 | $1,470.00 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $735.00 | 51.6 | $37,926.00 |
| Kevin M. Davis | Of Counsel / 2010 / Bankruptcy | $505.00 | 1.7 | $858.50 |
| Nathaniel R. Miller | Associate / 2016 / Bankruptcy | $340.00 | 15.3 | $5,202.00 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $300.00 | 10.3 | $3,090.00 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $325.00 | 13.2 | $4,290.00 |
| Brigette A. Wolverton | Paralegal / N/A / Bankruptcy | $280.00 | 4.0 | $1,120.00 |
| **TOTAL** | | | **261.6** | **$166,491.25** |

*Nonworking travel time is billed at one-half the attorney's usual hourly rate.

# EXHIBIT C

## <u>SUMMARY OF EXPENSES</u>

**SEPTEMBER 15, 2019, THROUGH SEPTEMBER 30, 2019**

| Category | Amount |
|---|---:|
| Air & Train | $2,647.00 |
| Database Research | $0.00 |
| Postage | $24.70 |
| Transportation | $32.31 |
| Travel Expenses - Ground Transportation | $188.30 |
| Travel Expenses - Hotel Charges | $709.49 |
| **TOTAL** | **$3,601.80** |

# EXHIBIT D



A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Federal Tax I.D. No.: 52-1226629
www.capdale.com

Telephone: (202) 862-5000                                                          Fax: (202) 429-3301

Multi-State Governmental Entities Group

| | |
|---|---|
| Invoice #: | 335268 |
| Page: | 1 |

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through September 30, 2019

| | |
|---|---|
| Total Services | $166,491.25 |
| Total Disbursements | $3,601.80 |
| Total Current Charges | $170,093.05 |

---

**Remittance Advice**

---

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
### A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group                          September 30, 2019
                                                                Invoice #:       335268
                                                                Page:            1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through September 30, 2019

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 9/15/2019 | CG | Review docket re upcoming deadlines and recent filings. | 0.3 | $325.00 | $97.50 |
| 9/16/2019 | CG | Review rules and procedures re telephonic attendance of first day hearings (.2); review and revise NOA (.3); communications w/ TEP and KCM re same (.1). | 0.6 | $325.00 | $195.00 |
| 9/17/2019 | BAW | Review dockets and update internal files re first day pleadings and additional relevant materials. | 1.0 | $280.00 | $280.00 |
| 9/18/2019 | CG | Review and revise notice of appearance (.5); communications re same (.2); review, revise, and file pro hac applications (.7). | 1.4 | $325.00 | $455.00 |
| 9/19/2019 | TEP | Communications w/ KCM re NOA (.2); communicate w/ CG re same (.2). | 0.4 | $640.00 | $256.00 |
| 9/19/2019 | BAW | Review CMO (.3) and prepare service list materials (.4). | 0.7 | $280.00 | $196.00 |
| 9/20/2019 | BAW | Review CMO (.4); prepare service materials for review (.7). | 1.1 | $280.00 | $308.00 |
| 9/23/2019 | CG | Review and finalize NOA and file same (.6); draft, revise, and finalize pro hac applications (.6); prepare and file same (.3). | 1.5 | $325.00 | $487.50 |
| 9/24/2019 | CG | Execute service re pro hac motions and orders (.3); review CMO re service lists (.1); communications w/ BAW re same (.1). | 0.5 | $325.00 | $162.50 |
| 9/25/2019 | CG | Review CMO re service requirements and draft service list re same (.7); communications w/ BAW re same (.2). | 0.9 | $325.00 | $292.50 |
| | | **Total** | **8.40** | | **$2,730.00** |

September 30, 2019
Invoice #:        335268

Page:          2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.10** | **Litigation** | | | | |
| 9/19/2019 | CG | Prepare materials re adversary complaint for review (.7); communications w/ TEP re same (.2). | 0.9 | $325.00 | $292.50 |
| 9/20/2019 | CG | Prepare adversary complaint and exhibits for review. | 0.6 | $325.00 | $195.00 |
| 9/23/2019 | JAL | Conferences w/ JPW re preliminary injunction (2.2); hearing preparation (1.0). | 3.2 | $735.00 | $2,352.00 |
| 9/23/2019 | JPW | Research and review cases, related pleadings, and additional relevant materials re PI issue (3.1); emails re case status and related issues (1.4); meetings w/ JAL re discovery issue (2.2). | 6.7 | $735.00 | $4,924.50 |
| 9/23/2019 | CG | Prepare materials re adversary complaint for review (.4); factual research re same (.2). | 0.6 | $325.00 | $195.00 |
| 9/25/2019 | JAL | Deposition preparation; preparation for second day hearing; prepare deposition outline. | 6.3 | $735.00 | $4,630.50 |
| 9/25/2019 | JAL | Call w/ KCM and JPW re depositions (.1); call w/ JPW re same (.2). | 0.3 | $735.00 | $220.50 |
| 9/25/2019 | JPW | Research and draft PI opposition (4.8); call w/ KCM re same (.1); teleconference w/ KCM and JAL re depositions (.1); teleconference w/ JAL re same (.2); research re same (2.3). | 7.5 | $735.00 | $5,512.50 |
| 9/25/2019 | KCM | Review/analyze transcript and documents re PI and case issues. | 0.4 | $775.00 | $310.00 |
| 9/25/2019 | KCM | Teleconference w/ JPW re PI issues. | 0.1 | $775.00 | $77.50 |
| 9/25/2019 | KCM | Teleconference w/ JAL and JPW re deposition topics. | 0.1 | $775.00 | $77.50 |
| 9/25/2019 | TEP | Review communications re adversary proceeding and related issues. | 0.5 | $640.00 | $320.00 |
| 9/26/2019 | JAL | Deposition preparation; attend deposition; draft/revise memo re same; preparation for O'Connell deposition and deposition outline re same. | 9.1 | $735.00 | $6,688.50 |
| 9/26/2019 | JPW | Research and draft PI response; communications w/ GMO re same; emails re depositions. | 8.5 | $735.00 | $6,247.50 |
| 9/26/2019 | KCM | Communication w/ JAL re deposition. | 0.2 | $775.00 | $155.00 |
| 9/27/2019 | JAL | Appearance at O'Connell deposition. | 6.8 | $735.00 | $4,998.00 |
| 9/27/2019 | JAL | Conferences w/ KCM re depositions. | 0.8 | $735.00 | $588.00 |
| 9/27/2019 | JPW | Meet w/ KCM re PI issues (.3); research and draft PI response (6.5). | 6.8 | $735.00 | $4,998.00 |
| 9/27/2019 | KCM | Meet w/ JPW re briefing issues. | 0.3 | $775.00 | $232.50 |
| 9/27/2019 | KCM | Teleconference w/ Debtors' counsel re adversary proceeding and case status. | 0.2 | $775.00 | $155.00 |
| 9/27/2019 | KCM | Meet w/ JAL re depositions and case status. | 0.8 | $775.00 | $620.00 |

September 30, 2019
Invoice #:        335268

Page:            3

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.10    Litigation** | | | | | |
| 9/27/2019 | KCM | Review/analyze filings and documents re PI issues and plan/prepare next steps (1.7); communications w/ TEP re same (.2). | 1.9 | $775.00 | $1,472.50 |
| 9/27/2019 | TEP | Communications w/ KCM re case issues (.1); communications w/ KCM re briefing and case issues (.2). | 0.3 | $640.00 | $192.00 |
| 9/27/2019 | TEP | Review deposition memo. | 1.1 | $640.00 | $704.00 |
| 9/27/2019 | GMO | Conduct research re PI issues. | 3.3 | $300.00 | $990.00 |
| 9/28/2019 | JAL | Communication w/ KCM and JPW re O'Connell deposition; review deposition transcripts and other materials re opposition brief. | 4.6 | $735.00 | $3,381.00 |
| 9/28/2019 | JAL | Conferences w/ KCM re O'Connell deposition and next steps. | 0.9 | $735.00 | $661.50 |
| 9/28/2019 | JPW | Research and draft PI response; review discovery summaries. | 4.6 | $735.00 | $3,381.00 |
| 9/28/2019 | KCM | Teleconferences w/ JAL re depositions, filings and next steps. | 0.9 | $775.00 | $697.50 |
| 9/28/2019 | TEP | Review draft response to PI; plan/prepare re same and review communication re same; review deposition summary. | 0.5 | $640.00 | $320.00 |
| 9/29/2019 | JAL | Review materials re opposition brief (5.3); prepare for hearing (1.1). | 6.4 | $735.00 | $4,704.00 |
| 9/29/2019 | JPW | Research and draft PI response. | 5.4 | $735.00 | $3,969.00 |
| 9/29/2019 | TEP | Review and analyze PI papers. | 0.3 | $640.00 | $192.00 |
| 9/30/2019 | JAL | Meet w/ KCM re discovery. | 0.2 | $735.00 | $147.00 |
| 9/30/2019 | JPW | Research and draft PI response. | 7.3 | $735.00 | $5,365.50 |
| 9/30/2019 | JPW | Meet w/ KCM, TEP re PI response. | 0.6 | $735.00 | $441.00 |
| 9/30/2019 | KCM | Meet w/ JAL re discovery. | 0.2 | $775.00 | $155.00 |
| 9/30/2019 | KCM | Meet w/ JPW, TEP re PI brief. | 0.6 | $775.00 | $465.00 |
| 9/30/2019 | KCM | Meet w/ GMO re PI research. | 0.5 | $775.00 | $387.50 |
| 9/30/2019 | TEP | Review PI brief and communications w/ JPW and KCM re same; research re PI issues; meetings w/ NRM re research projects; review NRM research; review CMO. | 3.4 | $640.00 | $2,176.00 |
| 9/30/2019 | TEP | Meet w/ JPW and KCM re PI issue. | 0.6 | $640.00 | $384.00 |
| 9/30/2019 | GMO | Research re PI issues (2.9); meet w/ JPW re same (.3). | 3.2 | $300.00 | $960.00 |
| 9/30/2019 | NRM | Legal research re preliminary injunction; conferences w/ TEP re same. | 6.2 | $340.00 | $2,108.00 |
| 9/30/2019 | CG | Fact research re PI issue. | 3.9 | $325.00 | $1,267.50 |
| | | **Total** | **117.60** | | **$78,311.00** |

**.11    Plan & Disclosure Statement**

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 9/15/2019 | JPW | Communications w/ KCM and TEP re bankruptcy issue. | 0.3 | $735.00 | $220.50 |
| 9/15/2019 | KCM | Review/analyze materials re bankruptcy issues. | 2.1 | $775.00 | $1,627.50 |
| 9/15/2019 | KCM | Communicate w/ TEP and JPW re bankruptcy issues. | 0.3 | $775.00 | $232.50 |
| 9/15/2019 | TEP | Research re ad hoc issues (2.6); communications w/ KCM and JPW re same (.3). | 2.9 | $640.00 | $1,856.00 |
| 9/16/2019 | JPW | Prepare for hearing and review/analyze related materials re same. | 3.7 | $735.00 | $2,719.50 |
| 9/16/2019 | JPW | Meet w/ KCM and TEP re hearing. | 0.4 | $735.00 | $294.00 |
| 9/16/2019 | KCM | Plan/prepare for hearing and review/analyze related filings and materials. | 6.1 | $775.00 | $4,727.50 |
| 9/16/2019 | KCM | Meetings w/ TEP and JPW re hearing issues. | 0.4 | $775.00 | $310.00 |
| 9/16/2019 | TEP | Prepare for hearing; review docket; communications re hearing; review first day filings. | 3.6 | $640.00 | $2,304.00 |
| 9/16/2019 | TEP | Conferences w/ KCM and JPW re hearing. | 0.4 | $640.00 | $256.00 |
| 9/16/2019 | KMD | Review first day filings. | 1.7 | $505.00 | $858.50 |
| 9/16/2019 | CG | Review and analyze listing of parties/cases. | 0.3 | $325.00 | $97.50 |
| 9/17/2019 | JPW | Meet w/ TEP and KCM re case status and next steps. | 0.6 | $735.00 | $441.00 |
| 9/17/2019 | KCM | Plan/prepare for (1.9) and attend hearing (3.5). | 5.4 | $775.00 | $4,185.00 |
| 9/17/2019 | KCM | Review/analyze materials re case issues. | 2.1 | $775.00 | $1,627.50 |
| 9/17/2019 | KCM | Meet w/ TEP and JPW re case status. | 0.6 | $775.00 | $465.00 |
| 9/17/2019 | KCM | Communicate w/ E. Harron re case and potential representation. | 0.1 | $775.00 | $77.50 |
| 9/17/2019 | TEP | Prepare for (2.7) and attend hearing (3.5). | 6.2 | $640.00 | $3,968.00 |
| 9/17/2019 | TEP | Meetings w/ KCM and JPW re case status. | 0.6 | $640.00 | $384.00 |
| 9/18/2019 | JPW | Meet w/ KCM and TEP re case status (.6); review/analyze filings and teleconferences re bankruptcy planning (1.5). | 2.1 | $735.00 | $1,543.50 |
| 9/18/2019 | KCM | Meet w/ TEP and JPW re case status and strategy (.6); meet w/ TEP re case status and tasks (.1). | 0.7 | $775.00 | $542.50 |
| 9/18/2019 | TEP | Confer w/ KCM re bankruptcy issues (.1); confer w/ JPW and KCM re same (.6). | 0.7 | $640.00 | $448.00 |
| 9/19/2019 | JPW | Conference w/ KCM re case strategy and next steps. | 0.8 | $735.00 | $588.00 |
| 9/19/2019 | KCM | Review/analyze communication, documents and materials re case status. | 0.8 | $775.00 | $620.00 |
| 9/19/2019 | KCM | Conferences w/ JPW re case status, adversary proceeding, case strategy and next steps. | 0.8 | $775.00 | $620.00 |

September 30, 2019
Invoice #:        335268

Page:        5

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 9/20/2019 | JPW | Draft issue outline; research re issue outline; teleconference potential co-counsel; research stay issue. | 4.6 | $735.00 | $3,381.00 |
| 9/20/2019 | JPW | Meetings w/ KCM and TEP re strategy issues. | 0.6 | $735.00 | $441.00 |
| 9/20/2019 | KCM | Plan/prepare next steps. | 2.2 | $775.00 | $1,705.00 |
| 9/20/2019 | KCM | Conferences w/ JPW and TEP re case status. | 0.6 | $775.00 | $465.00 |
| 9/20/2019 | TEP | Confer w/ KCM and JPW re strategy issues (.6); communications w/ KCM and others re potential conflicts counsel (.1). | 0.7 | $640.00 | $448.00 |
| 9/22/2019 | KCM | Plan/prepare next steps and review related documents and communication. | 0.7 | $775.00 | $542.50 |
| 9/23/2019 | JAL | Meet w/ KCM, JPW re case status and related issues. | 0.2 | $735.00 | $147.00 |
| 9/23/2019 | JPW | Meet w/ KCM and JAL re case status and related issues. | 0.2 | $735.00 | $147.00 |
| 9/23/2019 | KCM | Meet w/ JPW and JAL re case status and tasks. | 0.2 | $775.00 | $155.00 |
| 9/23/2019 | KCM | Teleconference w/ NY AG. | 0.3 | $775.00 | $232.50 |
| 9/24/2019 | JAL | Review proposed protective order; draft/revise materials re same. | 6.5 | $735.00 | $4,777.50 |
| 9/24/2019 | JAL | Communications w/ KCM re protective order (.2); confer w/ JPW and KCM re same (.2). | 0.4 | $735.00 | $294.00 |
| 9/24/2019 | JPW | Research re protective order issues; communicate w/ KCM re case issues; teleconference counsel for State AGS. | 5.1 | $735.00 | $3,748.50 |
| 9/24/2019 | JPW | Meet w/ JAL and KCM re protective order issues. | 0.2 | $735.00 | $147.00 |
| 9/24/2019 | KCM | Review/analyze materials re case status and adversary proceeding. | 2.7 | $775.00 | $2,092.50 |
| 9/24/2019 | KCM | Teleconference w/ prospective UCC counsel. | 0.2 | $775.00 | $155.00 |
| 9/24/2019 | KCM | Meet w/ JPW and JAL re protective order issues. | 0.2 | $775.00 | $155.00 |
| 9/24/2019 | KCM | Teleconference w/ J. Prol re municipality issue. | 0.2 | $775.00 | $155.00 |
| 9/24/2019 | TEP | Communications w/ KCM re strategy issues (.1); review memo re same (.2). | 0.3 | $640.00 | $192.00 |
| 9/24/2019 | CG | Download document production and email TEP re same. | 0.4 | $325.00 | $130.00 |
| 9/26/2019 | KCM | Review/analyze filings re case issues and plan/prepare next steps. | 0.4 | $775.00 | $310.00 |
| 9/26/2019 | KCM | Communicate w/ TEP re case status. | 0.2 | $775.00 | $155.00 |
| 9/26/2019 | TEP | Confer w/ KCM re briefing status and case update. | 0.1 | $640.00 | $64.00 |
| 9/28/2019 | KCM | Teleconference w/ TEP re case status. | 0.1 | $775.00 | $77.50 |
| 9/28/2019 | KCM | Review/analyze materials re discovery and case status and plan/prepare next steps. | 1.2 | $775.00 | $930.00 |

September 30, 2019
Invoice #:          335268

Page:                    6

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 9/28/2019 | TEP | Call w/ KCM re case status. | 0.1 | $640.00 | $64.00 |
| 9/29/2019 | JPW | Teleconference KCM re case status. | 0.1 | $735.00 | $73.50 |
| 9/29/2019 | KCM | Teleconference w/ TEP re case status and next steps. | 0.1 | $775.00 | $77.50 |
| 9/29/2019 | KCM | Teleconference w/ JPW re case status and tasks. | 0.1 | $775.00 | $77.50 |
| 9/29/2019 | TEP | Teleconference w/ KCM re case status and next steps. | 0.1 | $640.00 | $64.00 |
| 9/30/2019 | JAL | Review and analyze UST's objection to Debtors' wages and benefits motion; draft/revise memo re depositions. | 5.8 | $735.00 | $4,263.00 |
| 9/30/2019 | KCM | Meet w/ TEP re case status and strategy and tasks. | 0.6 | $775.00 | $465.00 |
| 9/30/2019 | KCM | Review/analyze materials re case status and plan/prepare next steps. | 2.9 | $775.00 | $2,247.50 |
| 9/30/2019 | KCM | Teleconference w/ J. McClammy re case schedule. | 0.1 | $775.00 | $77.50 |
| 9/30/2019 | TEP | Confer w/ KCM re first day and subsequent motions, case status and strategy. | 0.6 | $640.00 | $384.00 |
| 9/30/2019 | CG | Review confidentiality designations and related materials re upcoming filing. | 0.4 | $325.00 | $130.00 |
| | | **Total** | **83.10** | | **$59,984.00** |
| **.12** | **Relief from Stay Proceedings** | | | | |
| 9/16/2019 | NRM | Research extension of the automatic stay (4.3); draft and edit memorandum re same (4.8). | 9.1 | $340.00 | $3,094.00 |
| 9/16/2019 | BAW | Prepare cases cited re automatic stay memo. | 0.5 | $280.00 | $140.00 |
| 9/19/2019 | JPW | Research stay issue. | 1.2 | $735.00 | $882.00 |
| 9/26/2019 | GMO | Conduct research re stay. | 3.3 | $300.00 | $990.00 |
| 9/30/2019 | JPW | Meet w/ GMO re stay-related research. | 0.3 | $735.00 | $220.50 |
| 9/30/2019 | GMO | Meet w/ KCM re stay issues. | 0.5 | $300.00 | $150.00 |
| | | **Total** | **14.90** | | **$5,476.50** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 9/15/2019 | JPW | Research constituent issue. | 1.4 | $735.00 | $1,029.00 |
| 9/16/2019 | ACM | Teleconference w/ JPW, KCM, TEP, S. Sanford re first day hearing and committees. | 0.6 | $840.00 | $504.00 |
| 9/16/2019 | JPW | Teleconference w/ ACM, KCM, TEP, S. Sanford re first day hearing and committees. | 0.6 | $735.00 | $441.00 |
| 9/16/2019 | KCM | Teleconference w/ JPW, TEP, ACM, S. Sanford re first day hearing and committees. | 0.6 | $775.00 | $465.00 |
| 9/16/2019 | KCM | Communicate w/ clients and review related materials. | 0.2 | $775.00 | $155.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.15** | **Committee Meetings/Conferences** | | | | |
| 9/16/2019 | TEP | Teleconference w/ JPW, KCM, ACM and S. Sanford re first day hearing and committees. | 0.6 | $640.00 | $384.00 |
| 9/17/2019 | KCM | Communicate w/ clients re case status. | 0.2 | $775.00 | $155.00 |
| 9/18/2019 | KCM | Teleconference w/ K. Stadler re case status (.3); teleconferences w/ S. Sanford re case status (.8). | 1.1 | $775.00 | $852.50 |
| 9/19/2019 | KCM | Communicate w/ client re case status. | 0.1 | $775.00 | $77.50 |
| 9/20/2019 | KCM | Teleconference w/ S. Sanford re case status. | 0.5 | $775.00 | $387.50 |
| 9/21/2019 | KCM | Teleconferences w/ TEP re case status and constituent inquiry (.6); teleconference w/ J. Simon re case status and next steps (1.1). | 1.7 | $775.00 | $1,317.50 |
| 9/21/2019 | TEP | Conferences w/ KCM re case status and constituent issues. | 0.6 | $640.00 | $384.00 |
| 9/23/2019 | ACM | Teleconference KCM, TEP and clients re case issues and next steps. | 1.0 | $840.00 | $840.00 |
| 9/23/2019 | KCM | Communicate w/ clients and review/analyze materials re same. | 2.1 | $775.00 | $1,627.50 |
| 9/23/2019 | KCM | Teleconference w/ ACM, TEP, and clients re case status, strategy and next steps (1.0); confer w/ TEP re same (.2). | 1.2 | $775.00 | $930.00 |
| 9/23/2019 | TEP | Attend client teleconference w/ ACM and KCM (1.0); confer w/ KCM re same (.2). | 1.2 | $640.00 | $768.00 |
| 9/24/2019 | KCM | Teleconference w/ S. Sanford re case status and tasks. | 0.3 | $775.00 | $232.50 |
| 9/25/2019 | KCM | Teleconferences w/ S. Sanford re case status (.2); teleconferences w/ K. Sharp and A. Miller re same (.1). | 0.3 | $775.00 | $232.50 |
| 9/26/2019 | KCM | Teleconference w/ S. Sanford re case status and next steps. | 0.5 | $775.00 | $387.50 |
| 9/27/2019 | JAL | Call w/ KCM and S. Sanford re deposition. | 0.1 | $735.00 | $73.50 |
| 9/27/2019 | KCM | Teleconference w/ client re media inquiry. | 0.1 | $775.00 | $77.50 |
| 9/27/2019 | KCM | Teleconference w/ S. Sanford and JAL re case status. | 0.1 | $775.00 | $77.50 |
| 9/27/2019 | KCM | Teleconference w/ R. Schechter re case status and next steps. | 0.7 | $775.00 | $542.50 |
| 9/27/2019 | KCM | Email R. Schechter re case status. | 0.2 | $775.00 | $155.00 |
| 9/27/2019 | KCM | Communicate w/ K. Sharp re committee issue and review/analyze related materials. | 0.2 | $775.00 | $155.00 |
| 9/27/2019 | TEP | Communications w/ KCM re committee issue. | 0.1 | $640.00 | $64.00 |
| 9/30/2019 | KCM | Teleconference w/ K. Stadler re case status. | 0.2 | $775.00 | $155.00 |
| | | **Total** | **16.50** | | **$12,470.00** |
| **.16** | **Travel** | | | | |
| 9/16/2019 | JPW | Travel to NY for hearing. | 2.6 | $367.50 | $955.50 |

September 30, 2019
Invoice #:        335268

Page:            8

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.16** | **Travel** | | | | |
| 9/16/2019 | KCM | Non-working travel. | 1.6 | $387.50 | $620.00 |
| 9/17/2019 | JPW | Travel re hearing. | 4.8 | $367.50 | $1,764.00 |
| 9/17/2019 | KCM | Non-working travel to DC. | 2.1 | $387.50 | $813.75 |
| 9/17/2019 | TEP | Travel to DC from hearing. | 4.4 | $320.00 | $1,408.00 |
| 9/25/2019 | JAL | Non-working travel to NYC for deposition. | 2.1 | $367.50 | $771.75 |
| 9/27/2019 | JAL | Non-working travel from deposition in NY. | 1.9 | $367.50 | $698.25 |
| | | **Total** | **19.50** | | **$7,031.25** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 9/16/2019 | BAW | Review docket and update internal files re recently filed pleadings file. | 0.4 | $280.00 | $112.00 |
| 9/18/2019 | BAW | Review docket and update internal pleadings files. | 0.3 | $280.00 | $84.00 |
| 9/27/2019 | CG | Review docket and update internal files re same (.6); review and update transcripts (.3). | 0.9 | $325.00 | $292.50 |
| | | **Total** | **1.60** | | **$488.50** |
| | | Total Professional Services | 261.6 | | $166,491.25 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| JAL | Jeffrey A. Liesemer | Member | 51.6 | $735.00 | $37,926.00 |
| JAL | Jeffrey A. Liesemer | Member | 4.0 | $367.50 | $1,470.00 |
| KCM | Kevin C. Maclay | Member | 48.9 | $775.00 | $37,897.50 |
| KCM | Kevin C. Maclay | Member | 3.7 | $387.50 | $1,433.75 |
| ACM | Ann C. McMillan | Member | 1.6 | $840.00 | $1,344.00 |
| TEP | Todd E. Phillips | Member | 25.9 | $640.00 | $16,576.00 |
| TEP | Todd E. Phillips | Member | 4.4 | $320.00 | $1,408.00 |
| JPW | James P. Wehner | Member | 69.6 | $735.00 | $51,156.00 |
| JPW | James P. Wehner | Member | 7.4 | $367.50 | $2,719.50 |
| KMD | Kevin M. Davis | Of Counsel | 1.7 | $505.00 | $858.50 |
| NRM | Nathaniel R. Miller | Associate | 15.3 | $340.00 | $5,202.00 |
| GMO | George M. O'Connor | Associate | 10.3 | $300.00 | $3,090.00 |
| CG | Cecilia Guerrero | Paralegal | 13.2 | $325.00 | $4,290.00 |
| BAW | Brigette A. Wolverton | Paralegal | 4.0 | $280.00 | $1,120.00 |

September 30, 2019
Invoice #:    335268

Page:    9

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 09/19/2019 | Air & Train - Amtrak train ticket (JPW) [.16] | $324.00 |
| 09/19/2019 | Air & Train - Amtrak train ticket (KCM) [.16] | $324.00 |
| 09/19/2019 | Air & Train - Amtrak train ticket (TEP) [.16] | $385.00 |
| 09/19/2019 | Air & Train - Agent fee (JPW) [.16] | $38.00 |
| 09/19/2019 | Air & Train - Agent fee (KCM) [.16] | $38.00 |
| 09/19/2019 | Air & Train - Agent fee (TEP) [.16] | $38.00 |
| 09/19/2019 | Air & Train - Amtrak o/w Stamford to DC (JPW) [.16] | $498.00 |
| 09/19/2019 | Air & Train - Amtrak o/w Stamford to DC (KCM) [.16] | $498.00 |
| 09/19/2019 | Air & Train - Amtrak o/w Stamford to DC (TEP) [.16] | $498.00 |
| 09/19/2019 | Trvl Exp - Ground Transportation to White Plains. [.16] | $38.00 |
| 09/19/2019 | Trvl Exp - Ground Transportation CT to White Plains (JPW/KCM/TEP) [.16] | $150.30 |
| 09/23/2019 | Trvl Exp - Hotel re 9.17 hearing (JPW) [.16] | $240.94 |
| 09/23/2019 | Air & Train - Amtrak ticket exchange fee (JPW) [.16] | $6.00 |
| 09/23/2019 | Trvl Exp - Hotel re 9.17 hearing (KCM) [.16] | $240.94 |
| 09/23/2019 | Trvl Exp - Hotel re 9.17 hearing (TEP) [.16] | $227.61 |
| 09/30/2019 | Postage [.04] | $24.70 |
| 09/30/2019 | Database Research - Westlaw - JPW 9/15-30/19 [.11] | $0.00 |
| 09/30/2019 | Database Research - Westlaw - JAL 9/29/19 [.11] | $0.00 |
| 09/30/2019 | Database Research - Westlaw - GMO 9/25-30/19 [.11] | $0.00 |
| 09/30/2019 | Database Research - Lexis - GMO 9/27/19 [.11] | $0.00 |
| 09/30/2019 | Local Transportation - DC from work to home. [.11] | $32.31 |
| | Total Disbursements | $3,601.80 |

| | |
|---|---|
| Total Services | $166,491.25 |
| Total Disbursements | $3,601.80 |
| Total Current Charges | $170,093.05 |

September 30, 2019
Invoice #:        335268

Page:          10

## TASK RECAP

| Services | | | | Disbursements | |
| --- | --- | --- | --- | --- | --- |
| Category | Hours | Amount | | Category | Amount |
| .04 | 8.40 | $2,730.00 | | .04 | $24.70 |
| .10 | 117.60 | $78,311.00 | | .11 | $32.31 |
| .11 | 83.10 | $59,984.00 | | .16 | $3,544.79 |
| .12 | 14.90 | $5,476.50 | | | |
| .15 | 16.50 | $12,470.00 | | | |
| .16 | 19.50 | $7,031.25 | | | |
| .17 | 1.60 | $488.50 | | | |
| | 261.60 | $166,491.25 | | | $3,601.80 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| TEP | Todd E. Phillips | .04 | 0.40 | $640.00 | $256.00 |
| CG | Cecilia Guerrero | .04 | 5.20 | $325.00 | $1,690.00 |
| BAW | Brigette A. Wolverton | .04 | 2.80 | $280.00 | $784.00 |
| JAL | Jeffrey A. Liesemer | .10 | 38.60 | $735.00 | $28,371.00 |
| KCM | Kevin C. Maclay | .10 | 6.20 | $775.00 | $4,805.00 |
| TEP | Todd E. Phillips | .10 | 6.70 | $640.00 | $4,288.00 |
| JPW | James P. Wehner | .10 | 47.40 | $735.00 | $34,839.00 |
| NRM | Nathaniel R. Miller | .10 | 6.20 | $340.00 | $2,108.00 |
| GMO | George M. O'Connor | .10 | 6.50 | $300.00 | $1,950.00 |
| CG | Cecilia Guerrero | .10 | 6.00 | $325.00 | $1,950.00 |
| JAL | Jeffrey A. Liesemer | .11 | 12.90 | $735.00 | $9,481.50 |
| KCM | Kevin C. Maclay | .11 | 32.40 | $775.00 | $25,110.00 |
| TEP | Todd E. Phillips | .11 | 16.30 | $640.00 | $10,432.00 |
| JPW | James P. Wehner | .11 | 18.70 | $735.00 | $13,744.50 |
| KMD | Kevin M. Davis | .11 | 1.70 | $505.00 | $858.50 |
| CG | Cecilia Guerrero | .11 | 1.10 | $325.00 | $357.50 |
| JPW | James P. Wehner | .12 | 1.50 | $735.00 | $1,102.50 |
| NRM | Nathaniel R. Miller | .12 | 9.10 | $340.00 | $3,094.00 |
| GMO | George M. O'Connor | .12 | 3.80 | $300.00 | $1,140.00 |

September 30, 2019
Invoice #:        335268

Page:        11

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BAW | Brigette A. Wolverton | .12 | 0.50 | $280.00 | $140.00 |
| JAL | Jeffrey A. Liesemer | .15 | 0.10 | $735.00 | $73.50 |
| KCM | Kevin C. Maclay | .15 | 10.30 | $775.00 | $7,982.50 |
| ACM | Ann C. McMillan | .15 | 1.60 | $840.00 | $1,344.00 |
| TEP | Todd E. Phillips | .15 | 2.50 | $640.00 | $1,600.00 |
| JPW | James P. Wehner | .15 | 2.00 | $735.00 | $1,470.00 |
| JAL | Jeffrey A. Liesemer | .16 | 4.00 | $367.50 | $1,470.00 |
| KCM | Kevin C. Maclay | .16 | 3.70 | $387.50 | $1,433.75 |
| TEP | Todd E. Phillips | .16 | 4.40 | $320.00 | $1,408.00 |
| JPW | James P. Wehner | .16 | 7.40 | $367.50 | $2,719.50 |
| CG | Cecilia Guerrero | .17 | 0.90 | $325.00 | $292.50 |
| BAW | Brigette A. Wolverton | .17 | 0.70 | $280.00 | $196.00 |
| | | | 261.60 | | $166,491.25 |