Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State*
*Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**SECOND MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH**
**RESPECT TO SERVICES RENDERED AS COUNSEL TO THE**
**MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD**
**COMMENCING OCTOBER 1, 2019, THROUGH OCTOBER 31, 2019**

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | October 1, 2019, through October 31, 2019 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $203,122.00 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $19,415.24 |
| **Total compensation requested in this statement:** | $162,497.60 (80% of $203,122.00) |
| **Total expenses requested in this statement:** | $19,415.24 |
| **Total compensation and expenses requested in this statement:** | $181,912.84 |

**This is a:**     _X_ monthly          ___ interim          ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Second Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing October 1, 2019, through October 31, 2019 (the "**Fee Period**").

## **Itemization of Services Rendered and Disbursements Incurred**

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, Caplin & Drysdale rendered 351.0 hours of professional services during the Fee Period, resulting in fees totaling $203,122.00.  Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $162,497.60.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period.  This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $621.19.  The blended hourly rate of all paraprofessionals is $316.17.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $19,415.24 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

## Notice

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 12, 2021                                  Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State*
*Governmental Entities Group*

# EXHIBIT A

## SUMMARY OF SERVICES BY CATEGORY

### OCTOBER 1, 2019, THROUGH OCTOBER 31, 2019

| Task Code | Project Category | Total Hours | Total Fees |
|:---:|:---|:---:|---:|
| .04 | Case Administration | 7.0 | $2,041.00 |
| .10 | Litigation | 174.6 | $107,100.50 |
| .11 | Plan & Disclosure Statement | 129.1 | $73,677.00 |
| .12 | Relief from Stay Proceedings | 12.9 | $4,102.00 |
| .15 | Committee Meetings/Conferences | 16.0 | $12,120.00 |
| .16 | Travel | 8.6 | $3,252.50 |
| .17 | Docket Review & File Maintenance | 2.8 | $829.00 |
| **TOTAL** | | **351.0** | **$203,122.00** |

# EXHIBIT B

## SUMMARY OF HOURS AND FEES BY PROFESSIONAL

### OCTOBER 1, 2019, THROUGH OCTOBER 31, 2019

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate* | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ann C. McMillan | Member / 1984 / Bankruptcy | $840.00 | 0.1 | $84.00 |
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $387.50 | 4.6 | $1,782.50 |
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $775.00 | 85.8 | $66,495.00 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $640.00 | 32.2 | $20,608.00 |
| James P. Wehner | Member / 1995 / Bankruptcy | $367.50 | 4.0 | $1,470.00 |
| James P. Wehner | Member / 1995 / Bankruptcy | $735.00 | 60.2 | $44,247.00 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $735.00 | 17.1 | $12,568.50 |
| Jeanna Rickards Koski | Of Counsel / 2004 / Bankruptcy | $565.00 | 40.5 | $22,882.50 |
| Nathaniel R. Miller | Associate / 2016 / Bankruptcy | $340.00 | 6.1 | $2,074.00 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $300.00 | 51.5 | $15,450.00 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $325.00 | 39.3 | $12,772.50 |
| Brigette A. Wolverton | Paralegal / N/A / Bankruptcy | $280.00 | 9.6 | $2,688.00 |
| **TOTAL** | | | **351.0** | **$203,122.00** |

*Nonworking travel time is billed at one-half the attorney's usual hourly rate.

# EXHIBIT C

## <u>SUMMARY OF EXPENSES</u>

### OCTOBER 1, 2019, THROUGH OCTOBER 31, 2019

| Category | Amount |
|---|---:|
| Air & Train | $976.00 |
| Court Reporter Transcript Services | $8,802.18 |
| Database Research | $5,191.97 |
| Meals | $16.48 |
| Miscellaneous | $400.00 |
| PACER Service | $94.10 |
| Photocopies | $316.80 |
| Postage | $156.68 |
| Transportation | $100.00 |
| Travel Expenses - Ground Transportation | $824.43 |
| Travel Expenses - Hotel Charges | $2,129.10 |
| Travel Expenses - Meals | $407.50 |
| **TOTAL** | **$19,415.24** |

# EXHIBIT D



One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

Invoice #:        335269
Page:                      1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through October 31, 2019

Total Services                                                  $203,122.00
Total Disbursements                                      $19,415.24
Total Current Charges                                   $222,537.24

---

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**                              **Wire Transfer:**
Caplin & Drysdale, Chartered                   Receiving Bank: Bank of America
Attn: Accounts Receivable                         ABA Wire Routing Number: 026009593
One Thomas Circle NW, Suite 1100         ABA ACH Routing Number: 054001204
Washington, DC 20005                              Swift Code: BOFAUS3N
                                                                      Beneficiary: Caplin & Drysdale, Chartered
                                                                      Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale

### A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group                                  October 31, 2019
                                                                          Invoice #:        335269
                                                                          Page:                  1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through  October 31, 2019

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 10/2/2019 | CG | Review rules re adversary proceeding, filing under seal. | 0.3 | $325.00 | $97.50 |
| 10/4/2019 | BAW | Prepare and coordinate service re opposition to preliminary injunction (.7); prepare materials re same (.6). | 1.3 | $280.00 | $364.00 |
| 10/16/2019 | BAW | Review omnibus hearing schedule re preparation and calendaring. | 0.2 | $280.00 | $56.00 |
| 10/17/2019 | CG | Update docketing calendar. | 0.3 | $325.00 | $97.50 |
| 10/24/2019 | CG | Review amended case management order and update docketing calendar. | 0.2 | $325.00 | $65.00 |
| 10/25/2019 | BAW | Review docket re update to filing and hearing deadlines. | 0.4 | $280.00 | $112.00 |
| 10/28/2019 | BAW | Review and update service materials per case management order. | 1.4 | $280.00 | $392.00 |
| 10/29/2019 | CG | Review correspondence and docket (.2); update docketing calendar (.4). | 0.6 | $325.00 | $195.00 |
| 10/30/2019 | BAW | Prepare meeting materials (.9); update pleadings (.6); prepare and execute service re 2019 statement (.4). | 1.9 | $280.00 | $532.00 |
| 10/30/2019 | CG | Review correspondence and docket (.2); update docketing calendar (.2). | 0.4 | $325.00 | $130.00 |
| | | **Total** | **7.00** | | **$2,041.00** |
| **.10** | **Litigation** | | | | |
| 10/1/2019 | JAL | Review and provide comments on draft opposition to PI motion (1.0); draft and revise memo to KCM and JPW re comments on draft opposition to PI motion (0.5). | 1.5 | $735.00 | $1,102.50 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.10** | **Litigation** | | | | |
| 10/1/2019 | JPW | Revise PI opposition (2.5); meet w/ TEP re PI opposition (0.2). | 2.7 | $735.00 | $1,984.50 |
| 10/1/2019 | KCM | Confer w/ TEP re PI hearing preparation. | 0.2 | $775.00 | $155.00 |
| 10/1/2019 | TEP | Communications w/ JRK re research re PI response (.1); confer w/ JPW re brief (.2); review draft brief and research re same (1.3); confer w/ KCM re PI hearing preparation (.2). | 1.8 | $640.00 | $1,152.00 |
| 10/1/2019 | CG | Review adversary complaint and exhibits re parties. | 1.2 | $325.00 | $390.00 |
| 10/2/2019 | JAL | Draft and revise memo re comments on draft PI opposition. | 1.2 | $735.00 | $882.00 |
| 10/2/2019 | JPW | Meet w/ KCM re PI brief (1.6); review and revise same (2.0). | 3.6 | $735.00 | $2,646.00 |
| 10/2/2019 | KCM | Review/edit objection to PI motion (1.5); meet w/ JPW re same (1.6). | 3.1 | $775.00 | $2,402.50 |
| 10/2/2019 | TEP | Review deposition transcripts re PI (.9); review and edit PI brief (1.1). | 2.0 | $640.00 | $1,280.00 |
| 10/2/2019 | CG | Review, revise and citecheck preliminary injunction response. | 4.9 | $325.00 | $1,592.50 |
| 10/3/2019 | JAL | Review and revise PI opposition brief. | 0.8 | $735.00 | $588.00 |
| 10/3/2019 | JPW | Revise and refine PI brief (6.3); meet w/ KCM re PI brief (multiple) (1.4); emails re PI brief (0.9). | 8.6 | $735.00 | $6,321.00 |
| 10/3/2019 | KCM | Review/edit opposition brief and related materials. | 6.9 | $775.00 | $5,347.50 |
| 10/3/2019 | KCM | Meetings w/ JPW re potential insert to brief. | 1.4 | $775.00 | $1,085.00 |
| 10/3/2019 | KCM | Confer w/ TEP re PI brief and related issues. | 0.5 | $775.00 | $387.50 |
| 10/3/2019 | TEP | Review and edit brief re PI and research re same (2.4); confer w/ KCM re same (.5); review deposition transcripts in preparation for hearing (1.1); communications w/ KCM and CG re final brief (.5); review final brief (.7). | 5.2 | $640.00 | $3,328.00 |
| 10/3/2019 | GMO | Review and analyze PI opposition brief and cited precedent. | 6.8 | $300.00 | $2,040.00 |
| 10/3/2019 | CG | Review, revise, and citecheck objection to preliminary injunction (7.1); create exhibits (.3); execute filing and service re same (.2). | 7.6 | $325.00 | $2,470.00 |
| 10/3/2019 | CG | Factual research re preliminary injunction motion. | 0.3 | $325.00 | $97.50 |
| 10/4/2019 | JAL | Review and analyze PI opposition briefs filed. | 0.6 | $735.00 | $441.00 |
| 10/4/2019 | JPW | Teleconference KCM re PI issues (0.2); emails re PI issues (0.4). | 0.6 | $735.00 | $441.00 |
| 10/4/2019 | KCM | Review/analyze materials re PI and case issue and plan/prepare next steps (2.4); teleconference JPW re same (.2). | 2.6 | $775.00 | $2,015.00 |

October 31, 2019
Invoice #:        335269

Page:        3

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.10** | **Litigation** | | | | |
| 10/4/2019 | TEP | Review communications re various PI briefs (.2); review materials re hearing (.1). | 0.3 | $640.00 | $192.00 |
| 10/4/2019 | GMO | Review creditor filings and declarations of Debtors' witnesses (2.6); draft cross outlines for 10/11 hearing (1.3). | 3.9 | $300.00 | $1,170.00 |
| 10/5/2019 | JAL | Review and analyze briefs in opposition to PI motion. | 3.3 | $735.00 | $2,425.50 |
| 10/5/2019 | TEP | Review transcripts in preparation for hearing. | 0.8 | $640.00 | $512.00 |
| 10/6/2019 | TEP | Review transcripts in preparation for hearing. | 1.7 | $640.00 | $1,088.00 |
| 10/7/2019 | JPW | Draft argument outline (2.0); hearing preparation (1.0); teleconference KCM re hearing preparation (0.2); emails re hearing preparation (0.3). | 3.5 | $735.00 | $2,572.50 |
| 10/7/2019 | KCM | Confer w/ TEP re hearing. | 0.2 | $775.00 | $155.00 |
| 10/7/2019 | KCM | Confer w/ JPW re hearing. | 0.2 | $775.00 | $155.00 |
| 10/7/2019 | TEP | Review declarations in preparation for hearing (.4): communications w/ GMO re cross-examinations (.2); confer w/ KCM re hearing (.2). | 0.8 | $640.00 | $512.00 |
| 10/7/2019 | GMO | Draft deposition outline for Jamie O'Connell (PJT Partners). | 2.9 | $300.00 | $870.00 |
| 10/7/2019 | CG | Review adversary complaint and exhibits re named defendants. | 2.2 | $325.00 | $715.00 |
| 10/8/2019 | JPW | Draft argument outline (2.2); review PI filings (3.7). | 5.9 | $735.00 | $4,336.50 |
| 10/8/2019 | KCM | Review/analyze briefs and materials re PI issues and plan/prepare for hearing. | 2.1 | $775.00 | $1,627.50 |
| 10/8/2019 | GMO | Review deposition transcript of J. O'Connell and draft cross outlines for J. O'Connell and J. Delconte. | 3.0 | $300.00 | $900.00 |
| 10/9/2019 | JAL | Review and analyze of submissions re second-day hearing and Debtors' reply to PI oppositions (2.1); conference w/ KCM and JPW re preparation for oral argument (0.4). | 2.5 | $735.00 | $1,837.50 |
| 10/9/2019 | JPW | Review response filings and cases (2.6); draft argument outline (3.4); meet w/ KCM re oral argument (1.7); meet w/ KCM and JAL re same (0.4). | 8.1 | $735.00 | $5,953.50 |
| 10/9/2019 | KCM | Meet w/ JPW re oral argument (1.7); meet w/ JPW and JAL re same (0.4). | 2.1 | $775.00 | $1,627.50 |
| 10/9/2019 | KCM | Plan/prepare for PI hearing and review/analyze related materials. | 4.1 | $775.00 | $3,177.50 |
| 10/9/2019 | TEP | Review various filings re PI and preparation for hearing (2.1); review draft cross outline (.4); communications w/ GMO re same (.1). | 2.6 | $640.00 | $1,664.00 |

October 31, 2019
Invoice #:        335269

Page:                4

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.10** | **Litigation** | | | | |
| 10/9/2019 | GMO | Review/analyze filings in adversary proceeding (2.4); review/analyze deposition transcripts of Debtors' witnesses (5.3). | 7.7 | $300.00 | $2,310.00 |
| 10/9/2019 | CG | Hearing preparation. | 0.9 | $325.00 | $292.50 |
| 10/10/2019 | JPW | Teleconference TEP re PI hearing (0.2); meet w/ KCM re PI hearing (3.1); review and analyze filings re same (1.5); revise PI outline (2.7); review witness materials (0.5); hearing preparation (2.0). | 10.0 | $735.00 | $7,350.00 |
| 10/10/2019 | KCM | Plan/prepare for PI hearing and review/analyze related materials. | 3.8 | $775.00 | $2,945.00 |
| 10/10/2019 | KCM | Draft/revise oral argument outline (3.2); meet w/ JPW re PI issues (3.1). | 6.3 | $775.00 | $4,882.50 |
| 10/10/2019 | TEP | Teleconference JPW re PI hearing. | 0.2 | $640.00 | $128.00 |
| 10/10/2019 | GMO | Revise cross-examination outlines (3.7); review and update oral argument outline (2.2). | 5.9 | $300.00 | $1,770.00 |
| 10/10/2019 | BAW | Prepare materials re hearing. | 1.1 | $280.00 | $308.00 |
| 10/10/2019 | CG | Prepare hearing materials. | 1.9 | $325.00 | $617.50 |
| 10/11/2019 | JPW | Attend PI hearing. | 9.1 | $735.00 | $6,688.50 |
| 10/11/2019 | KCM | Plan/prepare for (,3) and attend PI hearing (9.1). | 9.4 | $775.00 | $7,285.00 |
| 10/13/2019 | TEP | Communications and review materials re upcoming hearing. | 0.4 | $640.00 | $256.00 |
| 10/16/2019 | KCM | Teleconference w/ TEP re next steps (.1); teleconference w/ Debtors re case status and response date for adversary complaint (.2); teleconference w/ A. Troop re case status and next steps (.2). | 0.5 | $775.00 | $387.50 |
| 10/16/2019 | TEP | Communications re case status (.3); confer w/ KCM re adversary proceeding (.1). | 0.4 | $640.00 | $256.00 |
| 10/18/2019 | JPW | Review and analyze adversary filings. | 0.5 | $735.00 | $367.50 |
| 10/31/2019 | JPW | Research PI issues. | 2.2 | $735.00 | $1,617.00 |
| | | **Total** | **174.60** | | **$107,100.50** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/1/2019 | JAL | Review and analyze UST's objection to wage and benefits motion (0.5); review and analyze Debtors' motion to retain and pay ordinary course professionals (0.8); review and analyze of materials re issues relating to second day hearing (3.1); draft and revise memo to KCM re issues relating to insurance motion and customer programs motion (0.4); conferences w/ KCM re second-day hearing, case status and strategy (1.2). | 6.0 | $735.00 | $4,410.00 |
| 10/1/2019 | KCM | Meetings w/ JAL re first/second day motions, case status, and next steps. | 1.2 | $775.00 | $930.00 |

October 31, 2019
Invoice #:        335269

Page:              5

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/1/2019 | JRK | Research re non-party releases. | 1.9 | $565.00 | $1,073.50 |
| 10/2/2019 | KCM | Teleconference w/ J. McClammy re second day hearing (.2); meetings w/ TEP re case status and next steps (.8). | 1.0 | $775.00 | $775.00 |
| 10/2/2019 | TEP | Conferences w/ KCM re case status (.8); communications w/ KCM and GMO re tasks (.1). | 0.9 | $640.00 | $576.00 |
| 10/2/2019 | JRK | Research re non-party releases. | 5.1 | $565.00 | $2,881.50 |
| 10/2/2019 | BAW | Select and prepare deposition transcripts and related exhibits. | 0.7 | $280.00 | $196.00 |
| 10/2/2019 | CG | Prepare list of entities re 2019 statement and review related materials. | 1.9 | $325.00 | $617.50 |
| 10/3/2019 | JAL | Review and analyze correspondence re fraudulent transfers issue (0.5); review and analyze materials in connection w/ issues relating to second-day hearing (0.3). | 0.8 | $735.00 | $588.00 |
| 10/3/2019 | BAW | Review and update service list (.5); prepare service materials re upcoming filing (.3). | 0.8 | $280.00 | $224.00 |
| 10/4/2019 | ACM | Conference w/ KCM re case status. | 0.1 | $840.00 | $84.00 |
| 10/4/2019 | KCM | Meet w/ ACM re case status (.1); confer w/ TEP re same (.2); teleconference A. Preis, TEP re same (.5); teleconference w/ A. Troop (.3); meeting w/ TEP re research projects and hearing preparation (.2); meet w/ TEP re tasks (.5). | 1.8 | $775.00 | $1,395.00 |
| 10/4/2019 | TEP | Attend call w/ KCM and UCC re case status (.5); meet w/ KCM re tasks (.5); confer w/ KCM re status (.2);  confer w/ KCM re research projects (.2). | 1.4 | $640.00 | $896.00 |
| 10/7/2019 | GMO | Draft rule 2019 statement. | 3.3 | $300.00 | $990.00 |
| 10/8/2019 | JAL | Review and analyze Sackler family statement. | 0.4 | $735.00 | $294.00 |
| 10/8/2019 | TEP | Communications w/ GMO re rule 2019 statement (.2); review reply brief (.2); review ad hoc statement and other briefs (.8). | 1.2 | $640.00 | $768.00 |
| 10/8/2019 | JRK | Research re non-party releases. | 4.9 | $565.00 | $2,768.50 |
| 10/8/2019 | GMO | Draft rule 2019 statement. | 3.1 | $300.00 | $930.00 |
| 10/8/2019 | CG | Review draft 2019 and related materials (.5); emails w/ GMO re same (.2). | 0.7 | $325.00 | $227.50 |
| 10/9/2019 | JRK | Research re non-party releases. | 2.7 | $565.00 | $1,525.50 |
| 10/10/2019 | TEP | Communications w/ KCM and GMO re second day hearing (.2); review memo re second day hearing (.1). | 0.3 | $640.00 | $192.00 |
| 10/10/2019 | CG | Review and revise list of entities re 2019 statement (2.3); communications w/ KCM re same (.2). | 2.5 | $325.00 | $812.50 |
| 10/12/2019 | KCM | Communicate w/ UCC counsel (.1); communicate w/ Debtors' counsel (.1). | 0.2 | $775.00 | $155.00 |

October 31, 2019
Invoice #:        335269

Page:              6

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/14/2019 | KCM | Plan/prepare for Debtors' call and review/analyze related documents (1.4); teleconference w/ Debtors and TEP re case status and discovery issues (1.1). | 2.5 | $775.00 | $1,937.50 |
| 10/14/2019 | TEP | Communications re Debtors' teleconference and case status (.3); attend teleconference w/ Debtors and KCM re case status (1.1). | 1.4 | $640.00 | $896.00 |
| 10/15/2019 | JRK | Research re third-party releases and draft memorandum re same. | 6.3 | $565.00 | $3,559.50 |
| 10/15/2019 | GMO | Review and analyze docket and stipulated order. | 1.1 | $300.00 | $330.00 |
| 10/16/2019 | JRK | Research re third-party releases and draft memorandum re same. | 5.1 | $565.00 | $2,881.50 |
| 10/17/2019 | JRK | Research re non-party releases and prepare memorandum re same. | 4.7 | $565.00 | $2,655.50 |
| 10/18/2019 | TEP | Review order re answer to complaint. | 0.1 | $640.00 | $64.00 |
| 10/20/2019 | TEP | Communications w/ KCM re outstanding projects and case status. | 0.2 | $640.00 | $128.00 |
| 10/21/2019 | JPW | Review filings (0.7); teleconference KCM re next steps (0.3). | 1.0 | $735.00 | $735.00 |
| 10/21/2019 | KCM | Teleconference w/ JPW re case issues and next steps (.3); communicate w/ TEP re UCC issues (.1). | 0.4 | $775.00 | $310.00 |
| 10/21/2019 | TEP | Communicate w/ KCM re UCC issue. | 0.1 | $640.00 | $64.00 |
| 10/21/2019 | JRK | Research re jurisdictional issues. | 3.8 | $565.00 | $2,147.00 |
| 10/22/2019 | JPW | Emails w/ KCM, K. Benedict, M. Tobak, E. Vonnegut and M. Huebner re protective order. | 0.5 | $735.00 | $367.50 |
| 10/22/2019 | KCM | Confer w/ TEP re work plan and next steps. | 0.2 | $775.00 | $155.00 |
| 10/22/2019 | TEP | Review draft protective order (1.2); confer w/ KCM re work plan and next steps (.2). | 1.4 | $640.00 | $896.00 |
| 10/22/2019 | GMO | Review and revise rule 2019 statement. | 1.8 | $300.00 | $540.00 |
| 10/23/2019 | JRK | Research and draft memorandum re jurisdictional issues. | 3.6 | $565.00 | $2,034.00 |
| 10/23/2019 | GMO | Revise rule 2019 statement and related materials (1.8); review opposition filings (.4). | 2.2 | $300.00 | $660.00 |
| 10/24/2019 | JPW | Review research memo re jurisdictional issues. | 1.1 | $735.00 | $808.50 |
| 10/24/2019 | KCM | Review/edit protective order (1.6); teleconference w/ A. Pries re protective order (.3); teleconference w/ UCC counsel, GMO (.6). | 2.5 | $775.00 | $1,937.50 |
| 10/24/2019 | TEP | Communications w/ KCM re status and upcoming case issues (.2); communicate w/ GMO re 2019 statement (.1). | 0.3 | $640.00 | $192.00 |
| 10/24/2019 | GMO | Attend call w/ UCC counsel, KCM (0.6); draft memorandum re same (1.0). | 1.6 | $300.00 | $480.00 |

October 31, 2019
Invoice #:        335269

Page:                7

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/25/2019 | KCM | Review/edit protective order (1.4); teleconference w/ K. Benedict re same (1.0); teleconference w/ R. Holley re same (.2). | 2.6 | $775.00 | $2,015.00 |
| 10/25/2019 | TEP | Review draft Rule 2019 statement (.1); communicate w/ GMO re same (.1). | 0.2 | $640.00 | $128.00 |
| 10/27/2019 | TEP | Review materials re 2019 filing and UCC/Debtors meeting; review communications w/ UCC. | 0.4 | $640.00 | $256.00 |
| 10/28/2019 | KCM | Communicate w/ client and UCC and A. Preis re bylaw to related issues (.4); meet w/ TEP re case status (.3); communications w/ TEP re 2019 filing (.3). | 1.0 | $775.00 | $775.00 |
| 10/28/2019 | KCM | Review/analyze bylaws and related materials. | 1.2 | $775.00 | $930.00 |
| 10/28/2019 | TEP | Communications w/ GMO re 2019 filing (.4); review same (.1); communications w/ KCM re same (.3); meet w/ KCM re status (.3). | 1.1 | $640.00 | $704.00 |
| 10/28/2019 | JRK | Research re third-party releases. | 2.4 | $565.00 | $1,356.00 |
| 10/28/2019 | CG | Review and revise 2019 filing and exhibit re list of parties. | 5.1 | $325.00 | $1,657.50 |
| 10/29/2019 | KCM | Review/edit draft 2019 statement (1.8); meet w/ TEP re case status and next steps (.3). | 2.1 | $775.00 | $1,627.50 |
| 10/29/2019 | TEP | Communications w/ GMO re rule 2019 filing (.1); review and edit same (.2); confer w/ KCM re case matters (.3). | 0.6 | $640.00 | $384.00 |
| 10/29/2019 | GMO | Review and analyze Debtors' schedules. | 1.1 | $300.00 | $330.00 |
| 10/29/2019 | CG | Review and revise 2019 filing (4.3); communications w/ KCM re same (.1). | 4.4 | $325.00 | $1,430.00 |
| 10/30/2019 | JPW | Review recent filings and analyze strategic issues. | 2.1 | $735.00 | $1,543.50 |
| 10/30/2019 | KCM | Teleconference w/ M. Huebner (.1); send email memo to M. Huebner and review/analyze related materials (.8); review/edit Rule 2019 statement and review/analyze related materials (3.9); communicate w/ M. Shisko (.1); plan/prepare for UCC call (1.4); teleconference w/ Arik Preis (.2). | 6.5 | $775.00 | $5,037.50 |
| 10/30/2019 | TEP | Communications re rule 2019 filing. | 0.3 | $640.00 | $192.00 |
| 10/30/2019 | CG | Review and revise 2019 filing. | 2.9 | $325.00 | $942.50 |
| 10/31/2019 | KCM | Attend UCC meeting (3.9); teleconference w/ A. Troop re same (.3); review/analyze 10/11 transcript (.9). | 5.1 | $775.00 | $3,952.50 |
| 10/31/2019 | TEP | Prepare for and attend UCC/Debtors teleconference (5.1); review Debtors' communication and communicate w/ KCM re same (.1). | 5.2 | $640.00 | $3,328.00 |
| | | **Total** | **129.10** | | **$73,677.00** |

**.12    Relief from Stay Proceedings**

October 31, 2019
Invoice #:  335269

Page:  8

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.12** | **Relief from Stay Proceedings** | | | | |
| 10/1/2019 | GMO | Research re automatic stay. | 7.1 | $300.00 | $2,130.00 |
| 10/22/2019 | NRM | Research re bankruptcy issues (3.6); draft memorandum re same (2.2). | 5.8 | $340.00 | $1,972.00 |
| | | **Total** | **12.90** | | **$4,102.00** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 10/1/2019 | KCM | Teleconferences w/ K. Stadler re case issues (.1); teleconferences w/ S. Sanford re case status (1.2). | 1.3 | $775.00 | $1,007.50 |
| 10/1/2019 | TEP | Review client communications re case strategy. | 0.1 | $640.00 | $64.00 |
| 10/2/2019 | JPW | Teleconference w/ client group re PI issues. | 0.7 | $735.00 | $514.50 |
| 10/2/2019 | KCM | Teleconference w/ clients re next steps. | 0.7 | $775.00 | $542.50 |
| 10/3/2019 | KCM | Teleconference w/ E. Spivey, K. Sharp and J. Cicala re case status and upcoming issues (.5); teleconference w/ K. Stadler re briefs and case status (.1); draft/revise and send out response to client question and review/analyze related materials (.9); meet w/ NRM re client question and related research (.3). | 1.8 | $775.00 | $1,395.00 |
| 10/3/2019 | NRM | Confer w/ KCM re constituent inquiry. | 0.3 | $340.00 | $102.00 |
| 10/4/2019 | KCM | Teleconference w/ S. Sanford re communications and case status (.2); communicate w/ clients re case status (.3). | 0.5 | $775.00 | $387.50 |
| 10/4/2019 | TEP | Review communications from client. | 0.1 | $640.00 | $64.00 |
| 10/9/2019 | KCM | Teleconference w/ S. Sanford, K. Sharp and J. Cicala re case status, UCC issue and next steps (.8); teleconferences w/ S. Sanford re hearing and case issues (.7). | 1.5 | $775.00 | $1,162.50 |
| 10/14/2019 | KCM | Teleconference w/ S. Sanford re case status and next steps. | 1.0 | $775.00 | $775.00 |
| 10/17/2019 | KCM | Teleconference w/ K. Stadler re case status and next steps. | 0.3 | $775.00 | $232.50 |
| 10/22/2019 | KCM | Teleconference w/ S. Sanford re case status and next steps. | 0.4 | $775.00 | $310.00 |
| 10/23/2019 | KCM | Teleconference w/ K. Stadler re case status. | 0.3 | $775.00 | $232.50 |
| 10/23/2019 | KCM | Communications w/ K. Stadler, S. Sanford and T. Herzfeld re 2019 statement. | 0.8 | $775.00 | $620.00 |
| 10/24/2019 | KCM | Teleconference w/ K. Stadler re case status (.2); teleconference w/ E. Spivey re case status (.6). | 0.8 | $775.00 | $620.00 |
| 10/25/2019 | KCM | Teleconference w/ K. Sharp, J. Cicala Inscore, E. Spivey, TEP (partial) re case status. | 0.9 | $775.00 | $697.50 |
| 10/25/2019 | TEP | Attend call w/ KCM, K. Sharp, J. Cicala and E. Spivey re case status (partial). | 0.3 | $640.00 | $192.00 |
| 10/28/2019 | KCM | Review/analyze client communications. | 0.4 | $775.00 | $310.00 |

October 31, 2019
Invoice #:        335269

Page:              9

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.15** | **Committee Meetings/Conferences** | | | | |
| 10/29/2019 | KCM | Teleconference w/ B. Kaswan, TEP (partial) re case status and next steps (.7); teleconference w/ E. Spivey re case status and next steps (.3); teleconference w/ E. Spivey and prospective client (.2). | 1.2 | $775.00 | $930.00 |
| 10/29/2019 | TEP | Attend call w/ B. Kaswan and KCM re case developments (partial). | 0.4 | $640.00 | $256.00 |
| 10/30/2019 | KCM | Teleconferences w/ K. Stadler re case status and update (.3); communicate w/ E. Spivey re same (.1); communicate w/ R. Holley re same (.3); communicate w/ M. Shisko re same (.1); teleconference w/ S. Sanford re same (.1). | 0.9 | $775.00 | $697.50 |
| 10/31/2019 | KCM | Meet w/ S. Sanford re UCC meeting (.8); teleconference w/ S. Sanford re case status and next steps (.4); teleconference w/ R. Schechter re same (.1). | 1.3 | $775.00 | $1,007.50 |
| | | **Total** | **16.00** | | **$12,120.00** |
| **.16** | **Travel** | | | | |
| 10/10/2019 | JPW | Travel to NY for hearing. | 1.0 | $367.50 | $367.50 |
| 10/10/2019 | KCM | Non-working travel to White Plains. | 0.7 | $387.50 | $271.25 |
| 10/11/2019 | JPW | Travel to DC. | 3.0 | $367.50 | $1,102.50 |
| 10/11/2019 | KCM | Non-working travel to DC. | 1.4 | $387.50 | $542.50 |
| 10/30/2019 | KCM | Non-working travel to NY. | 1.1 | $387.50 | $426.25 |
| 10/31/2019 | KCM | Non-working travel. | 1.4 | $387.50 | $542.50 |
| | | **Total** | **8.60** | | **$3,252.50** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 10/2/2019 | CG | Update electronic transcripts file. | 0.2 | $325.00 | $65.00 |
| 10/8/2019 | BAW | Review dockets and update internal files re recently filed pleadings. | 1.1 | $280.00 | $308.00 |
| 10/17/2019 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $280.00 | $56.00 |
| 10/21/2019 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $280.00 | $56.00 |
| 10/24/2019 | CG | Update internal pleadings file. | 0.3 | $325.00 | $97.50 |
| 10/30/2019 | CG | Update electronic pleadings file. | 0.5 | $325.00 | $162.50 |
| 10/31/2019 | BAW | Review docket and update pleadings file. | 0.3 | $280.00 | $84.00 |
| | | **Total** | **2.80** | | **$829.00** |
| | | Total Professional Services | 351.0 | | $203,122.00 |

**PERSON RECAP**

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 17.1 | $735.00 | $12,568.50 |
| KCM | Kevin C. Maclay | Member | 85.8 | $775.00 | $66,495.00 |
| KCM | Kevin C. Maclay | Member | 4.6 | $387.50 | $1,782.50 |
| ACM | Ann C. McMillan | Member | 0.1 | $840.00 | $84.00 |
| TEP | Todd E. Phillips | Member | 32.2 | $640.00 | $20,608.00 |
| JPW | James P. Wehner | Member | 60.2 | $735.00 | $44,247.00 |
| JPW | James P. Wehner | Member | 4.0 | $367.50 | $1,470.00 |
| JRK | Jeanna Rickards Koski | Of Counsel | 40.5 | $565.00 | $22,882.50 |
| NRM | Nathaniel R. Miller | Associate | 6.1 | $340.00 | $2,074.00 |
| GMO | George M. O'Connor | Associate | 51.5 | $300.00 | $15,450.00 |
| CG | Cecilia Guerrero | Paralegal | 39.3 | $325.00 | $12,772.50 |
| BAW | Brigette A. Wolverton | Paralegal | 9.6 | $280.00 | $2,688.00 |

**DISBURSEMENTS**

| Date | Description of Disbursements | Amount |
|---|---|---|
| 10/03/2019 | Federal Express - Express Mail to court [.04] | $63.34 |
| 10/04/2019 | Photocopies [.11] | $316.80 |
| 10/08/2019 | Trvl Exp - Ground Transportation White Plains to CT (JPW/KCM/TEP) [.16] | $67.01 |
| 10/08/2019 | Trvl Exp - Ground Transportation Union Station to home (JPW/KCM/TEP) [.16] | $120.00 |
| 10/08/2019 | Trvl Exp - Ground Transportation office-home-Union Station (KCM/TEP) [.16] | $200.00 |
| 10/08/2019 | Filing Fees - Pro hac vice application (KCM) [.04] | $200.00 |
| 10/09/2019 | Air & Train - Amtrak o/w NY to DC 9/27/19 (JAL) [.16] | $976.00 |
| 10/10/2019 | Filing Fees - Pro hac vice application (JAL) [.04] | $200.00 |
| 10/16/2019 | Trvl Exp - Hotel re 10/11 hrg (JPW) [.16] | $186.86 |
| 10/16/2019 | Trvl Exp - Meal for JPW, KCM, GMO (NY) [.16] | $108.98 |
| 10/16/2019 | Trvl Exp - Meal for JPW, KCM, GMO (NY) [.16] | $102.00 |
| 10/16/2019 | Trvl Exp - Ground Transportation Penn Station to hotel (JPW/KCM) [.16] | $197.98 |
| 10/16/2019 | Trvl Exp - Hotel re 10/11 hrg (KCM) [.16] | $181.86 |
| 10/16/2019 | Trvl Exp - Ground Transportation from court (JPW/KCM/GMO) [.16] | $45.41 |
| 10/16/2019 | Local Transportation - DC from work to home (KCM) [.11] | $100.00 |
| 10/16/2019 | Trvl Exp - Ground Transportation to Union Station (KCM) [.16] | $40.00 |

October 31, 2019
Invoice #:        335269

Page:        11

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|-------:|
| 10/16/2019 | Trvl Exp - Ground Transportation Union Station to home (KCM) [.16] | $80.00 |
| 10/16/2019 | Pacer Charges - CG 7/1-9/30/19 [.04] | $0.50 |
| 10/16/2019 | Pacer Charges - BAW 7/1-9/30/19 [.04] | $0.50 |
| 10/16/2019 | Pacer Charges - CG 7/1-9/30/19 [.04] | $76.00 |
| 10/16/2019 | Pacer Charges - JAL 7/1-9/30/19 [.04] | $17.10 |
| 10/17/2019 | Working dinner (CG) 10/3/19 [.11] | $16.48 |
| 10/18/2019 | Court Reporting/Transcript Service - Transcript [.11] | $4,758.55 |
| 10/18/2019 | Court Reporting/Transcript Service - Transcript [.11] | $4,043.63 |
| 10/21/2019 | Federal Express - Express Mail to court [.04] | $23.09 |
| 10/24/2019 | Trvl Exp - Meals re depos 9/25-9/27/19 (JAL) [.16] | $196.52 |
| 10/24/2019 | Trvl Exp - Hotel re depos 9/25-9/27/19 (JAL) [.16] | $1,760.38 |
| 10/24/2019 | Trvl Exp - Ground Transportation to Union Station 9/25-9/27/19 (JAL) [.16] | $10.52 |
| 10/24/2019 | Trvl Exp - Ground Transportation to Penn Station 9/25-9/27/19 (JAL) [.16] | $14.75 |
| 10/24/2019 | Trvl Exp - Ground Transportation from Union Station 9/25-9/27/19 (JAL) [.16] | $13.60 |
| 10/24/2019 | Trvl Exp - Ground Transportation from Penn Station 9/25-9/27/19 (JAL) [.16] | $35.16 |
| 10/31/2019 | Postage [.04] | $70.25 |
| 10/31/2019 | Database Research Westlaw - NRM 10/22/19 [.11] | $146.32 |
| 10/31/2019 | Database Research Westlaw - JPW 10/3-10/19 [.11] | $317.71 |
| 10/31/2019 | Database Research Westlaw - BAW 10/10/19 [.11] | $60.91 |
| 10/31/2019 | Database Research Westlaw - CG 10/10/19 [.11] | $85.40 |
| 10/31/2019 | Database Research Westlaw - JAL 10/1-7/19 [.11] | $427.60 |
| 10/31/2019 | Database Research Westlaw - GMO 10/1-10/19 [.11] | $1,189.03 |
| 10/31/2019 | Database Research Lexis - NRM 10/22/19 [.11] | $483.00 |
| 10/31/2019 | Database Research Lexis - CG 10/3/19 [.11] | $2,482.00 |

|  | Total Disbursements | $19,415.24 |
|--|---------------------|-----------:|
|  | Total Services | $203,122.00 |
|  | Total Disbursements | $19,415.24 |
|  | Total Current Charges | $222,537.24 |

October 31, 2019
Invoice #:        335269

Page:            12

## TASK RECAP

### Services

| Category | Hours | Amount |
|---|---|---|
| .04 | 7.00 | $2,041.00 |
| .10 | 174.60 | $107,100.50 |
| .11 | 129.10 | $73,677.00 |
| .12 | 12.90 | $4,102.00 |
| .15 | 16.00 | $12,120.00 |
| .16 | 8.60 | $3,252.50 |
| .17 | 2.80 | $829.00 |
| | 351.00 | $203,122.00 |

### Disbursements

| Category | Amount |
|---|---|
| .04 | $650.78 |
| .11 | $14,427.43 |
| .16 | $4,337.03 |
| | $19,415.24 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CG | Cecilia Guerrero | .04 | 1.80 | $325.00 | $585.00 |
| BAW | Brigette A. Wolverton | .04 | 5.20 | $280.00 | $1,456.00 |
| JAL | Jeffrey A. Liesemer | .10 | 9.90 | $735.00 | $7,276.50 |
| KCM | Kevin C. Maclay | .10 | 43.40 | $775.00 | $33,635.00 |
| TEP | Todd E. Phillips | .10 | 16.20 | $640.00 | $10,368.00 |
| JPW | James P. Wehner | .10 | 54.80 | $735.00 | $40,278.00 |
| GMO | George M. O'Connor | .10 | 30.20 | $300.00 | $9,060.00 |
| CG | Cecilia Guerrero | .10 | 19.00 | $325.00 | $6,175.00 |
| BAW | Brigette A. Wolverton | .10 | 1.10 | $280.00 | $308.00 |
| JAL | Jeffrey A. Liesemer | .11 | 7.20 | $735.00 | $5,292.00 |
| KCM | Kevin C. Maclay | .11 | 28.30 | $775.00 | $21,932.50 |
| ACM | Ann C. McMillan | .11 | 0.10 | $840.00 | $84.00 |
| TEP | Todd E. Phillips | .11 | 15.10 | $640.00 | $9,664.00 |
| JPW | James P. Wehner | .11 | 4.70 | $735.00 | $3,454.50 |
| JRK | Jeanna Rickards Koski | .11 | 40.50 | $565.00 | $22,882.50 |
| GMO | George M. O'Connor | .11 | 14.20 | $300.00 | $4,260.00 |
| CG | Cecilia Guerrero | .11 | 17.50 | $325.00 | $5,687.50 |

October 31, 2019
Invoice #:        335269

Page:          13

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|--------|---|----------|------:|-----:|-------:|
| BAW | Brigette A. Wolverton | .11 | 1.50 | $280.00 | $420.00 |
| NRM | Nathaniel R. Miller | .12 | 5.80 | $340.00 | $1,972.00 |
| GMO | George M. O'Connor | .12 | 7.10 | $300.00 | $2,130.00 |
| KCM | Kevin C. Maclay | .15 | 14.10 | $775.00 | $10,927.50 |
| TEP | Todd E. Phillips | .15 | 0.90 | $640.00 | $576.00 |
| JPW | James P. Wehner | .15 | 0.70 | $735.00 | $514.50 |
| NRM | Nathaniel R. Miller | .15 | 0.30 | $340.00 | $102.00 |
| KCM | Kevin C. Maclay | .16 | 4.60 | $387.50 | $1,782.50 |
| JPW | James P. Wehner | .16 | 4.00 | $367.50 | $1,470.00 |
| CG | Cecilia Guerrero | .17 | 1.00 | $325.00 | $325.00 |
| BAW | Brigette A. Wolverton | .17 | 1.80 | $280.00 | $504.00 |
| | | | 351.00 | | $203,122.00 |