Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State*
*Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT OF
CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH
RESPECT TO SERVICES RENDERED AS COUNSEL TO THE
MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD
COMMENCING NOVEMBER 1, 2019, THROUGH NOVEMBER 30, 2019**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | November 1, 2019, through November 30, 2019 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $137,604.25 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $6,132.43 |
| **Total compensation requested in this statement:** | $110,083.40 (80% of $137,604.25) |
| **Total expenses requested in this statement:** | $6,132.43 |
| **Total compensation and expenses requested in this statement:** | $116,215.83 |

**This is a:**     _X_ monthly          ___ interim          ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Third Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing November 1, 2019, through November 30, 2019 (the "**Fee Period**").

## Itemization of Services Rendered and Disbursements Incurred

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, Caplin & Drysdale rendered 223.0 hours of professional services during the Fee Period, resulting in fees totaling $137,604.25.  Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $110,083.40.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period.  This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $638.58.  The blended hourly rate of all paraprofessionals is $305.31.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $6,132.43 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

## Notice

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 12, 2021                     Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State*
*Governmental Entities Group*

# EXHIBIT A

## SUMMARY OF SERVICES BY CATEGORY

### NOVEMBER 1, 2019, THROUGH NOVEMBER 30, 2019

| Task Code | Project Category | Total Hours | Total Fees |
|:---:|:---|:---:|---:|
| .04 | Case Administration | 3.8 | $1,235.00 |
| .10 | Litigation | 4.3 | $3,332.50 |
| .11 | Plan & Disclosure Statement | 178.1 | $113,514.50 |
| .15 | Committee Meetings/Conferences | 22.0 | $15,167.00 |
| .16 | Travel | 10.0 | $3,011.25 |
| .17 | Docket Review & File Maintenance | 4.8 | $1,344.00 |
| **TOTAL** | | **223.0** | **$137,604.25** |

# EXHIBIT B

## SUMMARY OF HOURS AND FEES BY PROFESSIONAL

### NOVEMBER 1, 2019, THROUGH NOVEMBER 30, 2019

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate* | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $387.50 | 2.7 | $1,046.25 |
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $775.00 | 81.8 | $63,395.00 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $640.00 | 15.5 | $9,920.00 |
| James P. Wehner | Member / 1995 / Bankruptcy | $367.50 | 4.0 | $1,470.00 |
| James P. Wehner | Member / 1995 / Bankruptcy | $735.00 | 60.9 | $44,761.50 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $150.00 | 3.3 | $495.00 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $300.00 | 40.4 | $12,120.00 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $325.00 | 8.1 | $2,632.50 |
| Brigette A. Wolverton | Paralegal / N/A / Bankruptcy | $280.00 | 6.3 | $1,764.00 |
| **TOTAL** | | | **223.0** | **$137,604.25** |

*Nonworking travel time is billed at one-half the attorney's usual hourly rate.

# EXHIBIT C

## SUMMARY OF EXPENSES

**NOVEMBER 1, 2019, THROUGH NOVEMBER 30, 2019**

| Category | Amount |
|---|---|
| Air & Train | $2,894.00 |
| Database Research | $172.88 |
| Meals | $192.59 |
| Postage | $23.04 |
| Transportation | $200.80 |
| Travel Expenses - Ground Transportation | $602.09 |
| Travel Expenses - Hotel Charges | $1,692.27 |
| Travel Expenses - Meals | $354.76 |
| **TOTAL** | **$6,132.43** |

# EXHIBIT D



One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com


Multi-State Governmental Entities Group


|  | |
|---|---|
| Invoice #: | 335270 |
| Page: | 1 |


RE:  Purdue Pharma Bankruptcy Proceeding


For Professional Services Rendered Through November 30, 2019

| | |
|---|---|
| Total Services | $137,604.25 |
| Total Disbursements | $6,132.43 |
| Total Current Charges | $143,736.68 |

---

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**                              **Wire Transfer:**
Caplin & Drysdale, Chartered                       Receiving Bank: Bank of America
Attn: Accounts Receivable                          ABA Wire Routing Number: 026009593
One Thomas Circle NW, Suite 1100                   ABA ACH Routing Number: 054001204
Washington, DC 20005                               Swift Code: BOFAUS3N
                                                   Beneficiary: Caplin & Drysdale, Chartered
                                                   Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
### A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Federal Tax I.D. No.: 52-1226629
www.capdale.com

Telephone: (202) 862-5000

Fax: (202) 429-3301

Multi-State Governmental Entities Group

November 30, 2019
Invoice #:      335270
Page:            1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through November 30, 2019

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 11/7/2019 | CG | Draft and revise GMO pro hac (.9); communications re same (.2); check local rules re same (.3). | 1.4 | $325.00 | $455.00 |
| 11/12/2019 | CG | Update docketing calendar. | 0.4 | $325.00 | $130.00 |
| 11/15/2019 | CG | Update docketing calendar. | 0.3 | $325.00 | $97.50 |
| 11/19/2019 | CG | Draft, revise, and upload order re GMO pro hac (.2); communications re electronics policy (.2); call w/ clerk re same (.2); research and draft proposed order re same (.8). | 1.4 | $325.00 | $455.00 |
| 11/21/2019 | CG | Check local rules re order service. | 0.3 | $325.00 | $97.50 |
| | | **Total** | **3.80** | | **$1,235.00** |
| **.10** | **Litigation** | | | | |
| 11/4/2019 | KCM | Review/analyze draft stipulation, PI filings and related communications and plan/prepare next steps. | 3.2 | $775.00 | $2,480.00 |
| 11/7/2019 | KCM | Review/analyze communications and materials re injunction and case issues. | 0.7 | $775.00 | $542.50 |
| 11/14/2019 | KCM | Review PI order. | 0.4 | $775.00 | $310.00 |
| | | **Total** | **4.30** | | **$3,332.50** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 11/1/2019 | JPW | Review UCC drafts (1.8); meet w/ KCM re strategy issues (0.7); review research on committee issues (1.3); teleconference Debtors re info sharing (0.5). | 4.3 | $735.00 | $3,160.50 |
| 11/1/2019 | KCM | Teleconferences w/ UCC counsel re rule 2019 statement. | 0.2 | $775.00 | $155.00 |

November 30, 2019
Invoice #:        335270

Page:        2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 11/1/2019 | KCM | Teleconference w/ E. Vonnegut re case status and next steps. | 0.5 | $775.00 | $387.50 |
| 11/1/2019 | KCM | Meet w/ JPW re case strategy. | 0.7 | $775.00 | $542.50 |
| 11/1/2019 | KCM | Review research re committee issues (.2); confer w/ TEP re same (.3). | 0.5 | $775.00 | $387.50 |
| 11/1/2019 | KCM | Review/analyze memo and materials re Debtors' financial issues and schedules. | 0.9 | $775.00 | $697.50 |
| 11/1/2019 | KCM | Review/analyze materials re case status, injunction issues and plan/prepare next steps. | 1.5 | $775.00 | $1,162.50 |
| 11/1/2019 | KCM | Review/analyze client and UCC communications. | 0.4 | $775.00 | $310.00 |
| 11/1/2019 | TEP | Confer w/ KCM re committee issues. | 0.3 | $640.00 | $192.00 |
| 11/1/2019 | TEP | Confer w/ KCM re communications; review and edit rule 2019 statement. | 0.6 | $640.00 | $384.00 |
| 11/1/2019 | GMO | Draft memorandum re Debtors' financial statements and schedules. | 8.1 | $300.00 | $2,430.00 |
| 11/3/2019 | JPW | Review revised protective order (1.5); teleconference KCM re hearing issue (0.3). | 1.8 | $735.00 | $1,323.00 |
| 11/3/2019 | KCM | Teleconference w/ E. Vonnegut re case status and next steps. | 0.3 | $775.00 | $232.50 |
| 11/3/2019 | KCM | Teleconference w/ GMO re 341 meeting. | 0.1 | $775.00 | $77.50 |
| 11/3/2019 | KCM | Teleconference w/ A. Troop re case status and next steps. | 0.7 | $775.00 | $542.50 |
| 11/3/2019 | KCM | Teleconference w/ JPW re hearing. | 0.3 | $775.00 | $232.50 |
| 11/3/2019 | KCM | Review/analyze protective order. | 1.1 | $775.00 | $852.50 |
| 11/3/2019 | KCM | Teleconference w/ TEP re case status and strategy. | 0.4 | $775.00 | $310.00 |
| 11/3/2019 | TEP | Confer w/ KCM re case status and strategy. | 0.4 | $640.00 | $256.00 |
| 11/3/2019 | GMO | Teleconference w/ KCM re 341 meeting. | 0.1 | $300.00 | $30.00 |
| 11/4/2019 | JPW | Review draft stipulation (1.2); emails re PI hearing (0.9); teleconference Debtors, others re protective order (0.7); review PI filings (1.5). | 4.3 | $735.00 | $3,160.50 |
| 11/4/2019 | KCM | Attend UCC call re case status and next steps. | 0.7 | $775.00 | $542.50 |
| 11/4/2019 | KCM | Teleconference w/ E. Vonnegut re case status. | 0.1 | $775.00 | $77.50 |
| 11/4/2019 | KCM | Attend call w/ Debtors and other parties re protective order. | 0.7 | $775.00 | $542.50 |
| 11/4/2019 | TEP | Review stipulation re diligence. | 0.2 | $640.00 | $128.00 |
| 11/4/2019 | TEP | Review UCC call agenda (.1); review AK/TN pleading (.1); attend UCC call re case status and next steps (.7). | 0.9 | $640.00 | $576.00 |
| 11/4/2019 | GMO | Prepare for 11/6 hearing. | 0.6 | $300.00 | $180.00 |
| 11/4/2019 | CG | Review recent filings. | 0.6 | $325.00 | $195.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 11/4/2019 | CG | Review docket (.4); check judge's calendar (.2); update docketing calendar re same (.3). | 0.9 | $325.00 | $292.50 |
| 11/5/2019 | JPW | Prepare for hearing, review relevant filings and related materials re same. | 5.1 | $735.00 | $3,748.50 |
| 11/5/2019 | JPW | Meet w/ KCM and A. Troop re case status. | 1.0 | $735.00 | $735.00 |
| 11/5/2019 | KCM | Review/analyze memo and related materials re 341 meeting. | 0.6 | $775.00 | $465.00 |
| 11/5/2019 | KCM | Plan/prepare for hearing and review/analyze related filings and materials. | 4.1 | $775.00 | $3,177.50 |
| 11/5/2019 | KCM | Meet w/ JPW and A. Troop re hearing and case status. | 1.0 | $775.00 | $775.00 |
| 11/5/2019 | KCM | Communications w/ TEP re hearing issue. | 0.2 | $775.00 | $155.00 |
| 11/5/2019 | TEP | Research for hearing preparation (.8); communicate w/ KCM re same (.2); communicate w/ UCC re committee meeting (.1). | 1.1 | $640.00 | $704.00 |
| 11/5/2019 | BAW | Select and prepare hearing materials for attorney review. | 1.5 | $280.00 | $420.00 |
| 11/6/2019 | JPW | Prepare for (2.5) and attend hearing (3.7). | 6.2 | $735.00 | $4,557.00 |
| 11/6/2019 | KCM | Plan/prepare for hearing and review/analyze related materials. | 2.7 | $775.00 | $2,092.50 |
| 11/6/2019 | KCM | Attend hearing. | 3.7 | $775.00 | $2,867.50 |
| 11/6/2019 | GMO | Prepare for 341 hearing (1.1); attend 341 hearing (3.7). | 4.8 | $300.00 | $1,440.00 |
| 11/7/2019 | JPW | Review draft protective order (1.5); teleconference w/ Debtors re draft protective order (1.1); meet w/ KCM and TEP re strategy issue (1.2); emails re litigation issues (0.9). | 4.7 | $735.00 | $3,454.50 |
| 11/7/2019 | KCM | Review/analyze protective order. | 1.2 | $775.00 | $930.00 |
| 11/7/2019 | KCM | Attend call w/ Debtors re protective order. | 1.1 | $775.00 | $852.50 |
| 11/7/2019 | KCM | Meetings w/ TEP and JPW re case strategy. | 1.2 | $775.00 | $930.00 |
| 11/7/2019 | TEP | Prepare for and attend UCC call (1.8); confer w/ KCM, JPW re same and strategy issues (1.2). | 3.0 | $640.00 | $1,920.00 |
| 11/8/2019 | KCM | Review/analyze materials re upcoming motions and case issues. | 1.9 | $775.00 | $1,472.50 |
| 11/8/2019 | KCM | Communications re case status and strategy w/ TEP, JPW and ACM. | 0.6 | $775.00 | $465.00 |
| 11/8/2019 | GMO | Review and analyze Debtors' proposed protective order. | 1.1 | $300.00 | $330.00 |
| 11/8/2019 | GMO | Review and analyze recent filings. | 0.3 | $300.00 | $90.00 |
| 11/11/2019 | KCM | Meet w/ GMO re case status and tasks. | 0.4 | $775.00 | $310.00 |
| 11/11/2019 | GMO | Attend call w/ creditors (1.5); discuss upcoming items w/ KCM (0.4). | 1.9 | $300.00 | $570.00 |
| 11/12/2019 | JPW | Review and analyze docket and recent filings. | 0.8 | $735.00 | $588.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 11/12/2019 | KCM | Teleconference w/ UCC counsel. | 0.2 | $775.00 | $155.00 |
| 11/12/2019 | KCM | Review/analyze briefs and materials re Consenting States' motion. | 1.8 | $775.00 | $1,395.00 |
| 11/12/2019 | KCM | Review information sharing protocol and related correspondence. | 0.9 | $775.00 | $697.50 |
| 11/12/2019 | TEP | Review UCC filing and other related filings. | 0.2 | $640.00 | $128.00 |
| 11/13/2019 | JPW | Review pleadings re Nov. 19 motions (2.2); emails re filings (0.6). | 2.8 | $735.00 | $2,058.00 |
| 11/13/2019 | KCM | Review/analyze materials re assumption motion and related filings and communications. | 3.6 | $775.00 | $2,790.00 |
| 11/13/2019 | TEP | Review and analyze various filings re pre-petition reimbursement motion. | 0.2 | $640.00 | $128.00 |
| 11/13/2019 | GMO | Review responsive filings to Debtors' motion for pre-petition reimbursement (.5); draft memo re same (.9). | 1.4 | $300.00 | $420.00 |
| 11/14/2019 | JPW | Review motion for pre-petition reimbursement filings (2.6); meet w/ KCM re same (0.2). | 2.8 | $735.00 | $2,058.00 |
| 11/14/2019 | KCM | Review/analyze information-sharing protocol. | 0.4 | $775.00 | $310.00 |
| 11/14/2019 | KCM | Teleconference w/ R. Ringer re case status. | 0.2 | $775.00 | $155.00 |
| 11/14/2019 | KCM | Communications w/ JPW re motion briefing. | 0.2 | $775.00 | $155.00 |
| 11/14/2019 | KCM | Review/analyze briefs re hearing issues. | 2.3 | $775.00 | $1,782.50 |
| 11/14/2019 | TEP | Attend UCC call re case status. | 0.8 | $640.00 | $512.00 |
| 11/14/2019 | GMO | Review and analyze opposition filings for 11/19 omnibus hearing (2.3); call w/ Debtors re rider to 11/6 order (1.1). | 3.3 | $300.00 | $990.00 |
| 11/14/2019 | CG | Update docketing calendar. | 0.4 | $325.00 | $130.00 |
| 11/15/2019 | JPW | Review and analyze reply briefs and oppositions. | 2.2 | $735.00 | $1,617.00 |
| 11/15/2019 | KCM | Review/analyze filings and communications re hearing issues. | 1.2 | $775.00 | $930.00 |
| 11/15/2019 | GMO | Research re plan issue. | 1.9 | $300.00 | $570.00 |
| 11/16/2019 | JPW | Review protective order (0.9); teleconference KCM re same (0.2). | 1.1 | $735.00 | $808.50 |
| 11/16/2019 | KCM | Review/analyze protective order. | 0.7 | $775.00 | $542.50 |
| 11/16/2019 | KCM | Teleconference w/ JPW re protective order. | 0.2 | $775.00 | $155.00 |
| 11/17/2019 | JPW | Teleconference w/ KCM re protective order. | 0.3 | $735.00 | $220.50 |
| 11/18/2019 | JPW | Review reply and supplemental briefing re 11/19 hearing (2.1); meet w/ KCM re hearing (1.8). | 3.9 | $735.00 | $2,866.50 |
| 11/18/2019 | KCM | Review briefs re hearing issues and plan/prepare for hearing. | 5.4 | $775.00 | $4,185.00 |
| 11/18/2019 | KCM | Meet w/ JPW re hearing and case issues. | 1.8 | $775.00 | $1,395.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 11/18/2019 | GMO | Review and analyze filings regarding 11/19 omnibus hearing (0.6); draft memo re same (1.8). | 2.4 | $300.00 | $720.00 |
| 11/18/2019 | CG | Update docketing calendar (.2); update pleadings (.2). | 0.4 | $325.00 | $130.00 |
| 11/19/2019 | JPW | Attend hearing. | 6.8 | $735.00 | $4,998.00 |
| 11/19/2019 | KCM | Plan/prepare for hearing. | 0.9 | $775.00 | $697.50 |
| 11/19/2019 | KCM | Attend hearing. | 6.8 | $775.00 | $5,270.00 |
| 11/19/2019 | KCM | Non-working travel to DC. | 1.2 | $775.00 | $930.00 |
| 11/20/2019 | JPW | Review and analyze hearing memo. | 0.8 | $735.00 | $588.00 |
| 11/20/2019 | TEP | Review research memoranda re releases. | 0.4 | $640.00 | $256.00 |
| 11/21/2019 | JPW | Emails re case developments (0.7); review filings (0.2). | 0.9 | $735.00 | $661.50 |
| 11/21/2019 | KCM | Meet w/ TEP re UCC call. | 0.1 | $775.00 | $77.50 |
| 11/21/2019 | TEP | Prepare for and attend UCC teleconference (1.1); confer w/ KCM re same (.1). | 1.2 | $640.00 | $768.00 |
| 11/21/2019 | GMO | Prepare for and join UCC call (1.5); draft memo re UCC issues (1.7). | 3.2 | $300.00 | $960.00 |
| 11/22/2019 | TEP | Communications w/ KCM re bar date issues. | 0.2 | $640.00 | $128.00 |
| 11/22/2019 | GMO | Research re bar date and proofs of claim issues. | 2.8 | $300.00 | $840.00 |
| 11/22/2019 | CG | Factual case research. | 1.3 | $325.00 | $422.50 |
| 11/24/2019 | TEP | Confer w/ KCM re upcoming tasks. | 0.1 | $640.00 | $64.00 |
| 11/25/2019 | JPW | Claim issue research. | 2.9 | $735.00 | $2,131.50 |
| 11/25/2019 | JPW | Review and analyze draft protective order (0.9); communications w/ KCM re same (0.2). | 1.1 | $735.00 | $808.50 |
| 11/25/2019 | KCM | Review/analyze materials re case status and bar date issues. | 3.4 | $775.00 | $2,635.00 |
| 11/25/2019 | KCM | Teleconference w/ M. Tobak re case status. | 0.4 | $775.00 | $310.00 |
| 11/25/2019 | KCM | Teleconference w/ J. McClammy re bar date and case status issues. | 0.3 | $775.00 | $232.50 |
| 11/25/2019 | KCM | Teleconference w/ K. Benedict re protective order. | 0.3 | $775.00 | $232.50 |
| 11/25/2019 | GMO | Research re bar date and proofs of claim issues (4.1); attend call w/ UCC (0.6). | 4.7 | $300.00 | $1,410.00 |
| 11/25/2019 | CG | Factual case research. | 0.7 | $325.00 | $227.50 |
| 11/26/2019 | JPW | Meet w/ KCM, TEP and GMO re claim form issues (0.4); teleconference w/ UCC re claim form issues (1.1). | 1.5 | $735.00 | $1,102.50 |
| 11/26/2019 | KCM | Review/analyze proof of claim materials and plan/prepare next steps. | 2.9 | $775.00 | $2,247.50 |
| 11/26/2019 | KCM | Attend UCC subcommittee call. | 1.0 | $775.00 | $775.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 11/26/2019 | KCM | Teleconference w/ D. Blabey re proof of claim and bar date issues. | 0.6 | $775.00 | $465.00 |
| 11/26/2019 | KCM | Meet w/ TEP, JPW and GMO re claims issues. | 0.4 | $775.00 | $310.00 |
| 11/26/2019 | KCM | Communicate w/ TEP re case schedule. | 0.3 | $775.00 | $232.50 |
| 11/26/2019 | TEP | Attend UCC bar date subcommittee teleconference (1.0); communications w/ KCM re upcoming projects and hearings (.3). | 1.3 | $640.00 | $832.00 |
| 11/26/2019 | TEP | Meet w/ KCM, JPW and GMO re claims issues. | 0.4 | $640.00 | $256.00 |
| 11/26/2019 | GMO | Attend call w/ UCC subcommittee (1.0); meet w/ KCM, JPW and TEP re claim form issues (0.4). | 1.4 | $300.00 | $420.00 |
| 11/27/2019 | JPW | Emails w/ KCM, K. Benedict, E. Vonnegut, A. Preis, K. Eckstein, M. Leventhal re protective order issues (0.9); teleconference KCM re protective order issues (0.3). | 1.2 | $735.00 | $882.00 |
| 11/27/2019 | KCM | Calls w/ Debtors and w/ clients re upcoming motions and case issues and review/analyze related materials. | 1.2 | $775.00 | $930.00 |
| | | **Total** | **178.10** | | **$113,514.50** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 11/1/2019 | KCM | Teleconference w/ B. Kaswan re case status. | 0.5 | $775.00 | $387.50 |
| 11/3/2019 | KCM | Teleconference w/ S. Sanford re case status and recent developments. | 0.5 | $775.00 | $387.50 |
| 11/4/2019 | JPW | Attend call w/ MSGE Group re case status. | 1.4 | $735.00 | $1,029.00 |
| 11/4/2019 | KCM | Attend MSGE Group call re case status. | 1.4 | $775.00 | $1,085.00 |
| 11/4/2019 | KCM | Teleconference w/ K. Stadler re potential limited objection. | 0.8 | $775.00 | $620.00 |
| 11/4/2019 | TEP | Attend MSGE Group teleconference w/ KCM and JPW re case status. | 1.4 | $640.00 | $896.00 |
| 11/8/2019 | JPW | Attend teleconference (partial) MSGE Group call re case status (0.5); meet w/ KCM and TEP re same (0.3). | 0.8 | $735.00 | $588.00 |
| 11/8/2019 | KCM | Review/analyze materials re client inquiries. | 0.4 | $775.00 | $310.00 |
| 11/8/2019 | KCM | Attend MSGE Group call re case status. | 0.8 | $775.00 | $620.00 |
| 11/8/2019 | TEP | Prepare for MSGE Group call re case status (.2); attend same (.8); communications w/ JPW and KCM re same (.5). | 1.5 | $640.00 | $960.00 |
| 11/8/2019 | GMO | Prepare for call w/ MSGE Group (0.5); attend call w/ MSGE Group (0.8). | 1.3 | $300.00 | $390.00 |
| 11/14/2019 | KCM | Teleconference w/ B. Kaswan re case status and next steps. | 0.8 | $775.00 | $620.00 |
| 11/14/2019 | KCM | Teleconferences w/ S. Sanford re case status and next steps. | 0.4 | $775.00 | $310.00 |
| 11/15/2019 | KCM | Communicate w/ TEP re MSGE issues. | 0.2 | $775.00 | $155.00 |

November 30, 2019
Invoice #:      335270

Page:        7

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.15** | **Committee Meetings/Conferences** | | | | |
| 11/15/2019 | TEP | Confer w/ KCM re MSGE teleconferences and agenda. | 0.2 | $640.00 | $128.00 |
| 11/16/2019 | JPW | Attend teleconference w/ MSGE Group re case status. | 1.1 | $735.00 | $808.50 |
| 11/16/2019 | KCM | Plan/prepare for MSGE Group call and review related documents. | 1.2 | $775.00 | $930.00 |
| 11/16/2019 | KCM | Attend MSGE Group call re case status. | 1.1 | $775.00 | $852.50 |
| 11/16/2019 | TEP | Attend MSGE Group meeting re case status. | 1.1 | $640.00 | $704.00 |
| 11/16/2019 | GMO | Attend call w/ MSGE Group re case status. | 1.1 | $300.00 | $330.00 |
| 11/22/2019 | KCM | Teleconference w/ S. Sanford re case status. | 0.6 | $775.00 | $465.00 |
| 11/25/2019 | JPW | Attend MSGE Group call re case status (0.7); meet w/ KCM re same (0.4). | 1.1 | $735.00 | $808.50 |
| 11/25/2019 | KCM | Meet w/ JPW re MSGE Group call. | 0.4 | $775.00 | $310.00 |
| 11/25/2019 | KCM | Attend MSGE Group call re case status. | 0.7 | $775.00 | $542.50 |
| 11/25/2019 | KCM | Teleconference w/ J. Simon re case status and next steps. | 0.1 | $775.00 | $77.50 |
| 11/26/2019 | KCM | Teleconference w/ S. Esserman re bar date and proof of claim logistics. | 0.3 | $775.00 | $232.50 |
| 11/26/2019 | KCM | Teleconference w/ R. Holley re case status and proof of claim issues. | 0.3 | $775.00 | $232.50 |
| 11/26/2019 | KCM | Teleconferences w/ S. Sanford re proof of claim and case strategy issues. | 0.5 | $775.00 | $387.50 |
| | | **Total** | **22.00** | | **$15,167.00** |
| **.16** | **Travel** | | | | |
| 11/5/2019 | JPW | Travel to White Plains. | 2.0 | $367.50 | $735.00 |
| 11/5/2019 | KCM | Non-working travel to White Plains. | 1.8 | $387.50 | $697.50 |
| 11/5/2019 | GMO | Travel to NY for 341 Meeting. | 3.3 | $150.00 | $495.00 |
| 11/18/2019 | JPW | Non working travel. | 1.0 | $367.50 | $367.50 |
| 11/18/2019 | KCM | Non-working travel to White Plains. | 0.9 | $387.50 | $348.75 |
| 11/19/2019 | JPW | Travel to DC. | 1.0 | $367.50 | $367.50 |
| | | **Total** | **10.00** | | **$3,011.25** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 11/4/2019 | BAW | Prepare and send docket update for attorney review. | 0.2 | $280.00 | $56.00 |
| 11/6/2019 | BAW | Prepare and send docket update for attorney review. | 0.2 | $280.00 | $56.00 |
| 11/7/2019 | BAW | Prepare and update pleadings for attorney review. | 0.4 | $280.00 | $112.00 |
| 11/7/2019 | BAW | Prepare and send docket update for attorney review. | 0.2 | $280.00 | $56.00 |

November 30, 2019
Invoice #:        335270

Page:                8

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| .17 | **Docket Review & File Maintenance** | | | | |
| 11/8/2019 | BAW | Prepare and send docket update for attorney review. | 0.2 | $280.00 | $56.00 |
| 11/11/2019 | BAW | Update pleadings for attorney review. | 0.3 | $280.00 | $84.00 |
| 11/11/2019 | BAW | Prepare and send docket update for attorney review. | 0.2 | $280.00 | $56.00 |
| 11/12/2019 | BAW | Update pleadings for attorney review. | 0.2 | $280.00 | $56.00 |
| 11/12/2019 | BAW | Prepare and send docket update for attorney review. | 0.2 | $280.00 | $56.00 |
| 11/13/2019 | BAW | Update pleadings for attorney review. | 0.3 | $280.00 | $84.00 |
| 11/13/2019 | BAW | Prepare and send docket update for attorney review. | 0.2 | $280.00 | $56.00 |
| 11/18/2019 | BAW | Prepare and send docket update for attorney review. | 0.2 | $280.00 | $56.00 |
| 11/19/2019 | BAW | Prepare and send docket update for attorney review. | 0.2 | $280.00 | $56.00 |
| 11/20/2019 | BAW | Update pleadings for attorney review. | 0.2 | $280.00 | $56.00 |
| 11/20/2019 | BAW | Prepare and send docket update for attorney review. | 0.2 | $280.00 | $56.00 |
| 11/21/2019 | BAW | Prepare and send docket update for attorney review. | 0.2 | $280.00 | $56.00 |
| 11/25/2019 | BAW | Update pleadings for attorney review. | 0.4 | $280.00 | $112.00 |
| 11/25/2019 | BAW | Prepare and send docket update for attorney review. | 0.2 | $280.00 | $56.00 |
| 11/26/2019 | BAW | Prepare and send docket update for attorney review. | 0.2 | $280.00 | $56.00 |
| 11/27/2019 | BAW | Review and update correspondence files. | 0.2 | $280.00 | $56.00 |
| 11/27/2019 | BAW | Prepare and send docket update for attorney review. | 0.2 | $280.00 | $56.00 |
| | | **Total** | **4.80** | | **$1,344.00** |
| | | Total Professional Services | 223.0 | | $137,604.25 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| KCM | Kevin C. Maclay | Member | 81.8 | $775.00 | $63,395.00 |
| KCM | Kevin C. Maclay | Member | 2.7 | $387.50 | $1,046.25 |
| TEP | Todd E. Phillips | Member | 15.5 | $640.00 | $9,920.00 |
| JPW | James P. Wehner | Member | 60.9 | $735.00 | $44,761.50 |
| JPW | James P. Wehner | Member | 4.0 | $367.50 | $1,470.00 |
| GMO | George M. O'Connor | Associate | 40.4 | $300.00 | $12,120.00 |

November 30, 2019
Invoice #:        335270

Page:        9

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| GMO | George M. O'Connor | Associate | 3.3 | $150.00 | $495.00 |
| CG | Cecilia Guerrero | Paralegal | 8.1 | $325.00 | $2,632.50 |
| BAW | Brigette A. Wolverton | Paralegal | 6.3 | $280.00 | $1,764.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|-----------------------------|--------|
| 11/04/2019 | Trvl Exp - Hotel re UCC meeting 10/31/19 (KCM) [.16] | $530.21 |
| 11/04/2019 | Trvl Exp - Ground Transportation to train station (KCM) [.16] | $19.49 |
| 11/11/2019 | Federal Express - Express Mail to court [.04] | $23.04 |
| 11/11/2019 | Local Transportation - DC from work to home. [.11] | $50.00 |
| 11/11/2019 | Working dinner for JPW. [.11] | $10.57 |
| 11/11/2019 | Working dinner for KCM. [.11] | $10.57 |
| 11/11/2019 | Working dinner for CG. [.11] | $10.56 |
| 11/11/2019 | Working dinner for JPW. [.11] | $10.67 |
| 11/11/2019 | Working dinner for KCM. [.11] | $10.67 |
| 11/11/2019 | Local Transportation - DC from work to home (KCM/TEP) [.11] | $67.00 |
| 11/11/2019 | Local Transportation - DC from work to home. [.11] | $20.00 |
| 11/11/2019 | Local Transportation - DC from work to home. [.11] | $24.62 |
| 11/11/2019 | Conf. Meals - Working dinner for JPW, KCM, TEP. [.11] | $83.05 |
| 11/11/2019 | Trvl Exp - Meals during hr'g 11/6/19. [.16] | $29.87 |
| 11/11/2019 | Trvl Exp - Hotel 11/5/19 (JPW) [.16] | $319.11 |
| 11/11/2019 | Trvl Exp - Meal JPW, KCM, GMO, counsel for Objecting States. [.16] | $181.62 |
| 11/11/2019 | Trvl Exp - Meals (KCM) [.16] | $3.50 |
| 11/11/2019 | Trvl Exp - Ground Transportation from hotel (JPW/KCM) [.16] | $178.10 |
| 11/11/2019 | Trvl Exp - Ground Transportation Penn Station to hotel (JPW/KCM) [.16] | $148.33 |
| 11/11/2019 | Trvl Exp - Meals (KCM) [.16] | $34.00 |
| 11/11/2019 | Trvl Exp - Meals (KCM) [.16] | $19.23 |
| 11/11/2019 | Trvl Exp - Hotel 11/6/19 (KCM) [.16] | $319.11 |
| 11/11/2019 | Trvl Exp - Meals (KCM) [.16] | $3.50 |
| 11/13/2019 | Air & Train - Amtrak r/t DC to NY 10/10-11/19 (JPW) [.16] | $940.00 |
| 11/13/2019 | Air & Train - Agent fee Amtrak r/t DC to NY 10/10-11/19 (TEP) [.16] | $38.00 |
| 11/13/2019 | Air & Train - Amtrak DC to NY 10/10-11/19 (KCM) [.16] | $940.00 |
| 11/13/2019 | Air & Train - Amtrak o/w NY to DC 10/31/19 (KCM) [.16] | $976.00 |

November 30, 2019
Invoice #:         335270

Page:               10

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|-------:|
| 11/13/2019 | Local Transportation - DC from office to home (CG) [.11] | $39.18 |
| 11/13/2019 | Working dinner (CG) [.11] | $32.96 |
| 11/21/2019 | Trvl Exp - Hotel 11/19/19 (JPW) [.16] | $261.92 |
| 11/21/2019 | Trvl Exp - Meals for JPW, KCM, GMO [.16] | $69.29 |
| 11/26/2019 | Conf. Meals - 11/7/19 KCM & JPW [.11] | $23.54 |
| 11/26/2019 | Trvl Exp - Ground Transportation Penn Station to hotel (JPW/KCM) [.16] | $202.21 |
| 11/26/2019 | Trvl Exp - Ground Transportation to hotel (JPW/KCM/GMO) [.16] | $19.05 |
| 11/26/2019 | Trvl Exp - Ground Transportation hotel to CT (KCM/JPW) [.16] | $34.91 |
| 11/26/2019 | Trvl Exp - Meals (KCM) [.16] | $13.75 |
| 11/26/2019 | Trvl Exp - Hotel 11/19/19 (KCM) [.16] | $261.92 |
| 11/30/2019 | Database Research Westlaw - GMO - Nov 14-15, 2019 [.11] | $172.88 |

|  | Total Disbursements | $6,132.43 |
|--|---------------------|----------:|

|  | Total Services | $137,604.25 |
|--|----------------|------------:|
|  | Total Disbursements | $6,132.43 |
|  | Total Current Charges | $143,736.68 |

November 30, 2019
Invoice #:        335270

Page:        11

## TASK RECAP

| Services | | | Disbursements | |
| --- | --- | --- | --- | --- |
| Category | Hours | Amount | Category | Amount |
| .04 | 3.80 | $1,235.00 | .04 | $23.04 |
| .10 | 4.30 | $3,332.50 | .11 | $566.27 |
| .11 | 178.10 | $113,514.50 | .16 | $5,543.12 |
| .15 | 22.00 | $15,167.00 | | |
| .16 | 10.00 | $3,011.25 | | |
| .17 | 4.80 | $1,344.00 | | |
| | 223.00 | $137,604.25 | | $6,132.43 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| CG | Cecilia Guerrero | .04 | 3.80 | $325.00 | $1,235.00 |
| KCM | Kevin C. Maclay | .10 | 4.30 | $775.00 | $3,332.50 |
| KCM | Kevin C. Maclay | .11 | 66.50 | $775.00 | $51,537.50 |
| TEP | Todd E. Phillips | .11 | 11.30 | $640.00 | $7,232.00 |
| JPW | James P. Wehner | .11 | 56.50 | $735.00 | $41,527.50 |
| GMO | George M. O'Connor | .11 | 38.00 | $300.00 | $11,400.00 |
| CG | Cecilia Guerrero | .11 | 4.30 | $325.00 | $1,397.50 |
| BAW | Brigette A. Wolverton | .11 | 1.50 | $280.00 | $420.00 |
| KCM | Kevin C. Maclay | .15 | 11.00 | $775.00 | $8,525.00 |
| TEP | Todd E. Phillips | .15 | 4.20 | $640.00 | $2,688.00 |
| JPW | James P. Wehner | .15 | 4.40 | $735.00 | $3,234.00 |
| GMO | George M. O'Connor | .15 | 2.40 | $300.00 | $720.00 |
| KCM | Kevin C. Maclay | .16 | 2.70 | $387.50 | $1,046.25 |
| JPW | James P. Wehner | .16 | 4.00 | $367.50 | $1,470.00 |
| GMO | George M. O'Connor | .16 | 3.30 | $150.00 | $495.00 |
| BAW | Brigette A. Wolverton | .17 | 4.80 | $280.00 | $1,344.00 |
| | | | 223.00 | | $137,604.25 |