Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State*
*Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**FOURTH MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH**
**RESPECT TO SERVICES RENDERED AS COUNSEL TO THE**
**MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD**
**COMMENCING DECEMBER 1, 2019, THROUGH DECEMBER 31, 2019**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

19-23649-shl    Doc 3144    Filed 07/12/21    Entered 07/12/21 20:44:15    Main Document
                                    Pg 2 of 20

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | December 1, 2019, through December 31, 2019 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $67,124.00 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $5,516.72 |
| **Total compensation requested in this statement:** | $53,699.20 (80% of $67,124.00) |
| **Total expenses requested in this statement:** | $5,516.72 |
| **Total compensation and expenses requested in this statement:** | $59,215.92 |

**This is a:**   _X_ monthly      ___ interim      ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Fourth Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing December 1, 2019, through December 31, 2019 (the "**Fee Period**").

2

**Itemization of Services Rendered and Disbursements Incurred**

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Caplin & Drysdale rendered 115.5 hours of professional services during the Fee Period, resulting in fees totaling $67,124.00. Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $53,699.20.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period. This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $583.29. The blended hourly rate of all paraprofessionals is $310.00. A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $5,516.72 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

3

**Notice**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 12, 2021

Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State Governmental Entities Group*

# EXHIBIT A

## SUMMARY OF SERVICES BY CATEGORY

### DECEMBER 1, 2019, THROUGH DECEMBER 31, 2019

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| .10 | Litigation | 0.3 | $220.50 |
| .11 | Plan & Disclosure Statement | 103.0 | $58,583.50 |
| .15 | Committee Meetings/Conferences | 11.9 | $8,236.00 |
| .17 | Docket Review & File Maintenance | 0.3 | $84.00 |
| **TOTAL** | | **115.5** | **$67,124.00** |

1

# EXHIBIT B

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**

**DECEMBER 1, 2019, THROUGH DECEMBER 31, 2019**

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $775.00 | 38.1 | $29,527.50 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $640.00 | 7.0 | $4,480.00 |
| James P. Wehner | Member / 1995 / Bankruptcy | $735.00 | 22.3 | $16,390.50 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $735.00 | 1.0 | $735.00 |
| Kevin M. Davis | Of Counsel / 2010 / Bankruptcy | $505.00 | 2.7 | $1,363.50 |
| Jeanna Rickards Koski | Of Counsel / 2004 / Bankruptcy | $565.00 | 4.9 | $2,768.50 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $300.00 | 38.6 | $11,580.00 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $325.00 | 0.6 | $195.00 |
| Brigette A. Wolverton | Paralegal / N/A / Bankruptcy | $280.00 | 0.3 | $84.00 |
| **TOTAL** | | | **115.5** | **$67,124.00** |

1

# EXHIBIT C

# SUMMARY OF EXPENSES

## DECEMBER 1, 2019, THROUGH DECEMBER 31, 2019

| Category | Amount |
|---|---:|
| Air & Train | $4,116.00 |
| Conference Call Service | $65.00 |
| Database Research | $68.76 |
| Miscellaneous | $200.00 |
| Transportation | $106.68 |
| Travel Expenses - Ground Transportation | $457.85 |
| Travel Expenses - Hotel Charges | $502.43 |
| **TOTAL** | **$5,516.72** |

# EXHIBIT D



| | | |
|---|---|---|
| Telephone: (202) 862-5000 | One Thomas Circle NW, Suite 1100<br>Washington, DC 20005<br>Federal Tax I.D. No.: 52-1226629<br>www.capdale.com | Fax: (202) 429-3301 |

Multi-State Governmental Entities Group

| | |
|---|---:|
| Invoice #: | 335272 |
| Page: | 1 |

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through December 31, 2019

| | |
|---|---:|
| Total Services | $67,124.00 |
| Total Disbursements | $5,516.72 |
| Total Current Charges | $72,640.72 |

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
### ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000     Federal Tax I.D. No.: 52-1226629     Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

December 31, 2019
Invoice #:   335272
Page:   1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through December 31, 2019

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.10** | **Litigation** | | | | |
| 12/30/2019 | JAL | Review and analyze proposed fifth amended preliminary injunction. | 0.3 | $735.00 | $220.50 |
| | | Total | 0.30 | | $220.50 |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 12/1/2019 | KCM | Review/analyze materials re rule 2019 statement, protective order, and case status (1.4); confer w/ TEP re UCC call (.1); communicate w/ A. Troop re case status (.1). | 1.6 | $775.00 | $1,240.00 |
| 12/1/2019 | TEP | Confer w/ KCM re UCC call. | 0.1 | $640.00 | $64.00 |
| 12/2/2019 | JPW | Meet w/ KCM re protective order issues (0.4); emails re protective order issues (0.4); review memo from GMO re same (0.3). | 1.1 | $735.00 | $808.50 |
| 12/2/2019 | KCM | Meet w/ JPW re protective order issues. | 0.4 | $775.00 | $310.00 |
| 12/2/2019 | GMO | Review correspondence w/ Debtors and UCC counsel (0.7); research re Purdue executive compensation (0.8). | 1.5 | $300.00 | $450.00 |
| 12/3/2019 | JPW | Emails w/ KCM, K. Benedict and E. Vonnegut re protective order issues. | 0.6 | $735.00 | $441.00 |
| 12/3/2019 | KCM | Review/analyze protective order and related communications and materials. | 0.6 | $775.00 | $465.00 |
| 12/3/2019 | GMO | Review and analyze filings re wages motion (2.2); research re Debtors' financials and schedules (1.6); prepare for 12/4 hearing (.9). | 4.7 | $300.00 | $1,410.00 |
| 12/4/2019 | JPW | Prepare for hearing (0.4); review and analyze pleadings re same (0.7). | 1.1 | $735.00 | $808.50 |

December 31, 2019
Invoice #:     335272

Page:     2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 12/4/2019 | KCM | Review/analyze protective order-related materials (.8); review memo re hearing and communicate w/ GMO re same (.6). | 1.4 | $775.00 | $1,085.00 |
| 12/4/2019 | TEP | Review memo re hearing (.1); review UCC communication (.1). | 0.2 | $640.00 | $128.00 |
| 12/4/2019 | GMO | Attend hearing (9.8); draft memorandum re: hearing (2.6). | 12.4 | $300.00 | $3,720.00 |
| 12/5/2019 | TEP | Prepare for and attend UCC call. | 0.6 | $640.00 | $384.00 |
| 12/5/2019 | GMO | Review and analyze Debtors' filings re IACs and Mundipharma entities (3.1); review and analyze 12/5 filings (1.3). | 4.4 | $300.00 | $1,320.00 |
| 12/9/2019 | TEP | Review UCC summary re Sackler presentation. | 0.1 | $640.00 | $64.00 |
| 12/9/2019 | TEP | Review UCC communications. | 0.2 | $640.00 | $128.00 |
| 12/10/2019 | JPW | Review and revise protective order (1.1); emails re UCC issues (1.0); meet w/ KCM re strategy issues (0.3). | 2.4 | $735.00 | $1,764.00 |
| 12/10/2019 | KCM | Meet w/ JPW re case strategy. | 0.3 | $775.00 | $232.50 |
| 12/10/2019 | TEP | Communications w/ KCM re UCC-related presentations. | 0.2 | $640.00 | $128.00 |
| 12/10/2019 | GMO | Review and analyze Sackler presentation slides and transcripts, videos and Sackler entity appearances in petition schedules (2.4); draft memo re 12/19 hearing (1.7). | 4.1 | $300.00 | $1,230.00 |
| 12/10/2019 | CG | Prepare materials re Sackler presentation (.4); communications re same (.2). | 0.6 | $325.00 | $195.00 |
| 12/11/2019 | JPW | Review draft protective order. | 0.4 | $735.00 | $294.00 |
| 12/12/2019 | JPW | Review and analyze protective order revisions and related materials. | 1.2 | $735.00 | $882.00 |
| 12/12/2019 | TEP | Review GMO memo re UCC call. | 0.1 | $640.00 | $64.00 |
| 12/12/2019 | GMO | Attend UCC call (1.1); draft memo re same (.9). | 2.0 | $300.00 | $600.00 |
| 12/13/2019 | JPW | Review and analyze revisions to protective order (1.4); teleconference w/ Debtors, KCM, and other parties re protective order (0.8); meet w/ KCM re protective order issues (0.2). | 2.4 | $735.00 | $1,764.00 |
| 12/13/2019 | KCM | Attend protective order call w/ Debtors, Sacklers, UCC, consenting states and objecting states (.8); meet w/ JPW re protective order (.2). | 1.0 | $775.00 | $775.00 |
| 12/16/2019 | JPW | Review and analyze non-consenting states' filing (1.3); research claim issue (1.5); review and analyze special committee report re Sackler transfers (1.0). | 3.8 | $735.00 | $2,793.00 |
| 12/16/2019 | KCM | Meet w/ TEP re case status (.2); teleconference w/ J. Swanner re bar date and proof of claim issues (.1). | 0.3 | $775.00 | $232.50 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 12/16/2019 | TEP | Confer w/ KCM re case status and client inquiry (.2); communications re same (.3); attend call w/ Debtors re various outstanding issues (partial) (.2). | 0.7 | $640.00 | $448.00 |
| 12/17/2019 | JAL | Review and analyze cash transfers report. | 0.7 | $735.00 | $514.50 |
| 12/17/2019 | JPW | Meet w/ KCM re UCC communications. | 0.2 | $735.00 | $147.00 |
| 12/17/2019 | KCM | Meet w/ JPW re UCC issues. | 0.2 | $775.00 | $155.00 |
| 12/17/2019 | TEP | Review UCC communication re presentation. | 0.1 | $640.00 | $64.00 |
| 12/17/2019 | GMO | Review special committee report re Sackler transfers. | 0.8 | $300.00 | $240.00 |
| 12/18/2019 | JPW | Review and analyze revised protective order and related materials. | 1.4 | $735.00 | $1,029.00 |
| 12/18/2019 | KCM | Attend UCC call (.9); teleconference w/ J. McClammy re case status (.6); communicate w/ TEP re UCC call (.2); review/edit proof of claim documents and review/analyze related materials (2.2). | 3.9 | $775.00 | $3,022.50 |
| 12/18/2019 | TEP | Communications w/ KCM re UCC call (.1); review UCC agenda (.2); attend UCC call (.9). | 1.2 | $640.00 | $768.00 |
| 12/18/2019 | JRK | Prepare memoranda regarding release of third parties. | 4.9 | $565.00 | $2,768.50 |
| 12/18/2019 | GMO | Attend call w/ UCC (0.9); review and analyze Debtors' 12/18 filings (0.8); review and analyze non-consenting states filling (0.3). | 2.0 | $300.00 | $600.00 |
| 12/19/2019 | JPW | Teleconference Debtors, creditors re proof of claim issues (0.5); review and analyze proof of claim revisions (0.3); meet w/ KCM re proof of claim issues (.5); attend teleconference Debtors, KCM re same (.8); meet w/ KCM, GMO re same (.4). | 2.5 | $735.00 | $1,837.50 |
| 12/19/2019 | KCM | Review/analyze bar date and proof of claim materials (2.9); teleconference w/ Debtors, JPW re proof of claim issues (.8); meet w/ JPW re proof of claim issues (.5); meet w/ JPW, GMO re proof of claim issues (.4). | 4.6 | $775.00 | $3,565.00 |
| 12/19/2019 | TEP | Communications re bar date issues. | 0.3 | $640.00 | $192.00 |
| 12/19/2019 | TEP | Review bar date communications. | 0.2 | $640.00 | $128.00 |
| 12/19/2019 | GMO | Attend hearing (1.5); meet w/ KCM, JPW re proof of claim issues (.4). | 1.9 | $300.00 | $570.00 |
| 12/20/2019 | KCM | Review/analyze bar date/proof of claim materials and communicate w/ clients re same. | 1.8 | $775.00 | $1,395.00 |
| 12/20/2019 | TEP | Communications re bar date. | 0.2 | $640.00 | $128.00 |
| 12/20/2019 | GMO | Draft memo re UCC draft emergency relief fund proposal. | 1.0 | $300.00 | $300.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 12/23/2019 | JPW | Review and analyze UCC report (0.5); review proof of claim form edits (1.2). | 1.7 | $735.00 | $1,249.50 |
| 12/23/2019 | KCM | Review/analyze and edit proof of claim forms and bar date-related materials and communication (3.1); communicate w/ Debtors (.2); confer w/ TEP and KMD re UCC call (.1). | 3.3 | $775.00 | $2,557.50 |
| 12/23/2019 | TEP | Prepare for UCC bar date subcommittee call (.2); attend subcommittee call (.9); prepare for and attend UCC call (1.2); confer w/ KMD and KCM re same (.1). | 2.4 | $640.00 | $1,536.00 |
| 12/23/2019 | GMO | Attend UCC call re proofs of claim (0.9); review and analyze specific UCC objections to claim forms (0.3); review and analyze Debtors' amended injunction filings and other docket entries through 12/23 (1.3). | 2.5 | $300.00 | $750.00 |
| 12/23/2019 | KMD | Prepare for and attend UCC call (1.0); confer w/ TEP and KCM re same (.1). | 1.1 | $505.00 | $555.50 |
| 12/26/2019 | TEP | Review Debtors' communication re bar dates. | 0.1 | $640.00 | $64.00 |
| 12/27/2019 | KCM | Teleconference w/ A. Troop re case status (.3); review/analyze and edit bar date materials (1.2). | 1.5 | $775.00 | $1,162.50 |
| 12/28/2019 | JPW | Review and analyze draft proof of claim forms (0.4); review and analyze UCC report (0.5). | 0.9 | $735.00 | $661.50 |
| 12/28/2019 | KCM | Review/analyze and edit revised drafts of proof of claim forms and related materials. | 1.6 | $775.00 | $1,240.00 |
| 12/29/2019 | KCM | Review/analyze bar date materials and related documents and communication (2.3); communicate w/ A. Troop (.1); teleconference w/ J. McClammy re same (.3). | 2.6 | $775.00 | $2,015.00 |
| 12/30/2019 | KCM | Review/edit bar date materials and review/analyze related documents (1.9); teleconference w/ Debtors, objecting states and consenting states re bar date issues (.8); communicate w/ A. Troop (.1); teleconference w/ J. McClammy re bar date issues (.3); teleconference w/ R. Ringer re bar date issues (.3). | 3.4 | $775.00 | $2,635.00 |
| 12/30/2019 | TEP | Review UCC update communication. | 0.1 | $640.00 | $64.00 |
| 12/30/2019 | KMD | Review correspondence re proof of claim forms from Debtors. | 0.5 | $505.00 | $252.50 |
| 12/31/2019 | JPW | Review and analyze proof of claim and plan-related documents. | 0.8 | $735.00 | $588.00 |
| 12/31/2019 | KCM | Review/analyze bar date materials (1.1); plan/prepare for and attend call re bar date issues (.5); teleconference w/ J. McClammy re same (.3). | 1.9 | $775.00 | $1,472.50 |
| 12/31/2019 | TEP | Review UCC update communication (.1); review KCM communication re proof of claim status (.1). | 0.2 | $640.00 | $128.00 |

December 31, 2019
Invoice #: 335272

Page: 5

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| | | Total | 103.00 | | $58,583.50 |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 12/9/2019 | KCM | Teleconference w/ S. Sanford re case status and next steps (.3); teleconference w/ J. Simon re case status (.1). | 0.4 | $775.00 | $310.00 |
| 12/16/2019 | JPW | Teleconference w/ MSGE Group re case status. | 0.4 | $735.00 | $294.00 |
| 12/16/2019 | KCM | Teleconference w/ S. Sanford re case status, hearing and bar date issues (.3); attend MSGE Group call re same (.4); review/analyze materials re MSGE Group issues (1.9). | 2.6 | $775.00 | $2,015.00 |
| 12/18/2019 | KCM | Teleconference w/ S. Sanford re case status and next steps. | 0.1 | $775.00 | $77.50 |
| 12/19/2019 | JPW | Teleconference w/ S. Sanford and KCM re proof of claim forms issues. | 1.4 | $735.00 | $1,029.00 |
| 12/19/2019 | KCM | Teleconference w/ S. Sanford and JPW re proof of claim issues. | 1.4 | $775.00 | $1,085.00 |
| 12/27/2019 | KCM | Plan/prepare for MSGE call and review/analyze related documents (1.7); attend MSGE Group call re case status and next steps (.9). | 2.6 | $775.00 | $2,015.00 |
| 12/27/2019 | GMO | Prepare for MSGE Group call (0.4); attend call w/ MSGE Group re case status and next steps (0.9). | 1.3 | $300.00 | $390.00 |
| 12/27/2019 | KMD | Prepare for MSGE Group call re case status and next steps (.2); attend same (.9). | 1.1 | $505.00 | $555.50 |
| 12/29/2019 | KCM | Teleconference w/ S. Sanford re proof of claim issues. | 0.4 | $775.00 | $310.00 |
| 12/31/2019 | KCM | Communicate w/ S. Sanford re bar date issues. | 0.2 | $775.00 | $155.00 |
| | | Total | 11.90 | | $8,236.00 |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 12/17/2019 | BAW | Update pleadings for attorney review. | 0.3 | $280.00 | $84.00 |
| | | Total | 0.30 | | $84.00 |
| | | Total Professional Services | 115.5 | | $67,124.00 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 1.0 | $735.00 | $735.00 |
| KCM | Kevin C. Maclay | Member | 38.1 | $775.00 | $29,527.50 |
| TEP | Todd E. Phillips | Member | 7.0 | $640.00 | $4,480.00 |
| JPW | James P. Wehner | Member | 22.3 | $735.00 | $16,390.50 |
| KMD | Kevin M. Davis | Of Counsel | 2.7 | $505.00 | $1,363.50 |

December 31, 2019
Invoice #: 335272

Page: 6

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JRK | Jeanna Rickards Koski | Of Counsel | 4.9 | $565.00 | $2,768.50 |
| GMO | George M. O'Connor | Associate | 38.6 | $300.00 | $11,580.00 |
| CG | Cecilia Guerrero | Paralegal | 0.6 | $325.00 | $195.00 |
| BAW | Brigette A. Wolverton | Paralegal | 0.3 | $280.00 | $84.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 12/02/2019 | Air & Train - Amtrak r/t DC to NY 11/5-7/19 (JPW) [.16] | $728.00 |
| 12/02/2019 | Air & Train - Amtrak r/t DC to NY 11/5-7/19 (KCM) [.16] | $728.00 |
| 12/03/2019 | Air & Train - Amtrak DC to NY (GMO) [.16] | $369.00 |
| 12/03/2019 | Trvl Exp - Hotel (GMO) [.16] | $331.72 |
| 12/03/2019 | Trvl Exp - Ground Transportation CT to NYC (GMO) [.16] | $110.62 |
| 12/03/2019 | Air & Train - Amtrak NY to DC (GMO) [.16] | $469.00 |
| 12/03/2019 | Trvl Exp - Ground Transportation home to Union Station (GMO) [.16] | $18.66 |
| 12/03/2019 | Trvl Exp - Ground Transportation (GMO) [.16] | $17.00 |
| 12/03/2019 | Air & Train - Travel r/t DC to Stamford (GMO) [.16] | $366.00 |
| 12/03/2019 | Trvl Exp - Ground Transportation CT to White Plains (GMO) [.16] | $31.57 |
| 12/03/2019 | Trvl Exp - Hotel (GMO) [.16] | $170.71 |
| 12/10/2019 | Local Transportation - DC from work to home. [.11] | $20.00 |
| 12/10/2019 | Trvl Exp - Ground Transportation to Union Station (KCM/JPW) [.16] | $40.00 |
| 12/10/2019 | Local Transportation - DC from work to home. [.11] | $30.00 |
| 12/10/2019 | Trvl Exp - Ground Transportation to Union Station (KCM/JPW) [.16] | $40.00 |
| 12/10/2019 | Trvl Exp - Ground Transportation for client travel. [.16] | $200.00 |
| 12/11/2019 | Filing Fees - Pro hac fee (KCM) [.04] | $200.00 |
| 12/11/2019 | Air & Train - Amtrak r/t DC to NY 11/18-19/19 (JPW) [.16] | $728.00 |
| 12/11/2019 | Air & Train - Amtrak r/t DC to NY 11/18-19/19 (KCM) [.16] | $728.00 |
| 12/16/2019 | Local Transportation - DC from work to home (KCM/TEP/JPW) [.11] | $56.68 |
| 12/19/2019 | Conf. Call - CourtCall 12.19 hr'g [.11] | $65.00 |
| 12/31/2019 | Database Research - Westlaw - Dec 16, 2019 [.11] | $68.76 |
| | Total Disbursements | $5,516.72 |

|  |  |
|---|---|
| Total Services | $67,124.00 |
| Total Disbursements | $5,516.72 |
| Total Current Charges | $72,640.72 |

December 31, 2019
Invoice #: 335272

Page: 8

## TASK RECAP

### Services

| Category | Hours | Amount |
|---|---:|---:|
| .04 | | |
| .10 | 0.30 | $220.50 |
| .11 | 103.00 | $58,583.50 |
| .15 | 11.90 | $8,236.00 |
| .17 | 0.30 | $84.00 |
| | 115.50 | $67,124.00 |

### Disbursements

| Category | Amount |
|---|---:|
| .04 | $200.00 |
| .11 | $240.44 |
| .16 | $5,076.28 |
| | $5,516.72 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| JAL | Jeffrey A. Liesemer | .10 | 0.30 | $735.00 | $220.50 |
| JAL | Jeffrey A. Liesemer | .11 | 0.70 | $735.00 | $514.50 |
| KCM | Kevin C. Maclay | .11 | 30.40 | $775.00 | $23,560.00 |
| TEP | Todd E. Phillips | .11 | 7.00 | $640.00 | $4,480.00 |
| JPW | James P. Wehner | .11 | 20.50 | $735.00 | $15,067.50 |
| KMD | Kevin M. Davis | .11 | 1.60 | $505.00 | $808.00 |
| JRK | Jeanna Rickards Koski | .11 | 4.90 | $565.00 | $2,768.50 |
| GMO | George M. O'Connor | .11 | 37.30 | $300.00 | $11,190.00 |
| CG | Cecilia Guerrero | .11 | 0.60 | $325.00 | $195.00 |
| KCM | Kevin C. Maclay | .15 | 7.70 | $775.00 | $5,967.50 |
| JPW | James P. Wehner | .15 | 1.80 | $735.00 | $1,323.00 |
| KMD | Kevin M. Davis | .15 | 1.10 | $505.00 | $555.50 |
| GMO | George M. O'Connor | .15 | 1.30 | $300.00 | $390.00 |
| BAW | Brigette A. Wolverton | .17 | 0.30 | $280.00 | $84.00 |
| | | | 115.50 | | $67,124.00 |