Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State
Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**FIFTH MONTHLY FEE STATEMENT OF
CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH
RESPECT TO SERVICES RENDERED AS COUNSEL TO THE
MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD
COMMENCING JANUARY 1, 2020, THROUGH JANUARY 31, 2020**

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | January 1, 2020, through January 31, 2020 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $75,491.00 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $6,048.36 |
| **Total compensation requested in this statement:** | $60,392.80 (80% of $75,491.00) |
| **Total expenses requested in this statement:** | $6,048.36 |
| **Total compensation and expenses requested in this statement:** | $66,441.16 |

**This is a:** __X__ monthly          ___ interim          ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Fifth Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing January 1, 2020, through January 31, 2020 (the "**Fee Period**").

## **Itemization of Services Rendered and Disbursements Incurred**

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, Caplin & Drysdale rendered 139.5 hours of professional services during the Fee Period, resulting in fees totaling $75,491.00.  Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $60,392.80.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period.  This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $562.25.  The blended hourly rate of all paraprofessionals is $308.58.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $6,048.36 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

3

## Notice

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 12, 2021                              Respectfully submitted,

                                                  */s/ Kevin C. Maclay*
                                                  Kevin C. Maclay, Esq. (admitted *pro hac vice*)
                                                  Todd E. Phillips, Esq.
                                                  Caplin & Drysdale, Chartered
                                                  One Thomas Circle, NW, Suite 1100
                                                  Washington, DC 20005
                                                  Tel: (202) 862-5000
                                                  Fax: (202) 429-3301
                                                  kmaclay@capdale.com
                                                  tphillips@capdale.com

                                                  *Counsel for the Multi-State*
                                                  *Governmental Entities Group*

# EXHIBIT A

## SUMMARY OF SERVICES BY CATEGORY

### JANUARY 1, 2020, THROUGH JANUARY 31, 2020

| Task Code | Project Category | Total Hours | Total Fees |
|:---:|:---|:---:|---:|
| .11 | Plan & Disclosure Statement | 105.6 | $60,421.50 |
| .15 | Committee Meetings/Conferences | 17.9 | $10,522.00 |
| .16 | Travel | 15.8 | $4,488.50 |
| .17 | Docket Review & File Maintenance | 0.2 | $59.00 |
| **TOTAL** | | **139.5** | **$75,491.00** |

# EXHIBIT B

## SUMMARY OF HOURS AND FEES BY PROFESSIONAL

### JANUARY 1, 2020, THROUGH JANUARY 31, 2020

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate* | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ann C. McMillan | Member / 1984 / Bankruptcy | $880.00 | 0.2 | $176.00 |
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $422.50 | 4.0 | $1,690.00 |
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $845.00 | 30.7 | $25,941.50 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $695.00 | 5.4 | $3,753.00 |
| James P. Wehner | Member / 1995 / Bankruptcy | $397.50 | 3.2 | $1,272.00 |
| James P. Wehner | Member / 1995 / Bankruptcy | $795.00 | 17.4 | $13,833.00 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $795.00 | 0.6 | $477.00 |
| Kevin M. Davis | Of Counsel / 2010 / Bankruptcy | $560.00 | 9.1 | $5,096.00 |
| Jeanna Rickards Koski | Of Counsel / 2004 / Bankruptcy | $575.00 | 3.9 | $2,242.50 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $177.50 | 8.6 | $1,526.50 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $355.00 | 44.8 | $15,904.00 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $340.00 | 3.5 | $1,190.00 |
| Brigette A. Wolverton | Paralegal / N/A / Bankruptcy | $295.00 | 8.1 | $2,389.50 |
| **TOTAL** | | | **139.5** | **$75,491.00** |

*Nonworking travel time is billed at one-half the attorney's usual hourly rate.

# EXHIBIT C

## <u>SUMMARY OF EXPENSES</u>

### JANUARY 1, 2020, THROUGH JANUARY 31, 2020

| Category | Amount |
|---|---|
| Air & Train | $4,165.00 |
| PACER Service | $549.00 |
| Travel Expenses - Ground Transportation | $405.45 |
| Travel Expenses - Hotel Charges | $762.46 |
| Travel Expenses - Meals | $166.45 |
| **TOTAL** | **$6,048.36** |

# EXHIBIT D



One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com


Multi-State Governmental Entities Group


|  | Invoice #: | 335274 |
|---|---|---|
|  | Page: | 1 |


RE:  Purdue Pharma Bankruptcy Proceeding


For Professional Services Rendered Through January 31, 2020

---

| Total Services | $75,491.00 |
|---|---|
| Total Disbursements | $6,048.36 |
| Total Current Charges | $81,539.36 |

---

**Remittance Advice**

---

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**                                    **Wire Transfer:**
Caplin & Drysdale, Chartered                      Receiving Bank: Bank of America
Attn: Accounts Receivable                           ABA Wire Routing Number: 026009593
One Thomas Circle NW, Suite 1100            ABA ACH Routing Number: 054001204
Washington, DC 20005                                 Swift Code: BOFAUS3N
                                                                   Beneficiary: Caplin & Drysdale, Chartered
                                                                   Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
### A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
[www.capdale.com](http://www.capdale.com)

Multi-State Governmental Entities Group                          January 31, 2020
                                                                Invoice #:        335274
                                                                Page:                  1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through January 31, 2020

---

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/2/2020 | KCM | Teleconference w/ J. McClammy re case status and bar date issues. | 0.6 | $845.00 | $507.00 |
| 1/2/2020 | KCM | Teleconference w/ J. Knudson re case status. | 0.2 | $845.00 | $169.00 |
| 1/2/2020 | KCM | Meet w/ KMD re case status and tasks. | 0.2 | $845.00 | $169.00 |
| 1/2/2020 | KMD | Review proof of claim forms/bar date motion materials and related correspondence (0.9); attend UCC call (1.1); attend call w/ Debtors' counsel (0.2); discuss case status/next steps w/ KCM (0.2). | 2.5 | $560.00 | $1,400.00 |
| 1/3/2020 | KCM | Teleconference w/ E. Stodola re Sackler issue. | 0.3 | $845.00 | $253.50 |
| 1/3/2020 | KCM | Teleconference w/ J. McClammy re case status. | 0.2 | $845.00 | $169.00 |
| 1/3/2020 | KCM | Teleconference w/ D. Nachman re case status. | 0.3 | $845.00 | $253.50 |
| 1/3/2020 | KMD | Review and revise proof of claim forms and bar date motion. | 3.9 | $560.00 | $2,184.00 |
| 1/4/2020 | TEP | Review UCC communication re bar date (.1); confer w/ KCM re same (.1). | 0.2 | $695.00 | $139.00 |
| 1/5/2020 | JPW | Review draft communication re mediation (0.7); confer w/ KCM re same (0.4). | 1.1 | $795.00 | $874.50 |
| 1/5/2020 | KCM | Teleconferences w/ JPW re case communications and status. | 0.4 | $845.00 | $338.00 |
| 1/5/2020 | TEP | Review draft email re mediation and communicate w/ KCM re same. | 0.2 | $695.00 | $139.00 |
| 1/6/2020 | JAL | Review and analyze motion re bar date and related materials. | 0.6 | $795.00 | $477.00 |
| 1/6/2020 | JPW | Review memo on UCC developments. | 0.4 | $795.00 | $318.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| .11 | **Plan & Disclosure Statement** | | | | |
| 1/6/2020 | GMO | Review and analyze Debtors' bar date motion (1.2); review and analyze UCC letter to NY Mediator (0.4); review and analyze Debtors' bar date motion and UCC letter to NY Mediator (0.4); prepare for UCC call (0.6); attend UCC call (0.8); draft memo re same (0.3). | 3.7 | $355.00 | $1,313.50 |
| 1/6/2020 | KMD | Review UCC correspondence re proof of claim forms, bar date motion, and other matters (0.2); review memo re 1/6 UCC call (0.2). | 0.4 | $560.00 | $224.00 |
| 1/6/2020 | BAW | Prepare materials re recent filings for review (1.3); factual research re recent filings and communication re same (.1). | 1.4 | $295.00 | $413.00 |
| 1/6/2020 | CG | Attention to electronic device order. | 0.6 | $340.00 | $204.00 |
| 1/7/2020 | JPW | Review and analyze draft protective order. | 1.3 | $795.00 | $1,033.50 |
| 1/7/2020 | KCM | Review/analyze protective order and related revisions and communications. | 1.1 | $845.00 | $929.50 |
| 1/7/2020 | TEP | Review memo re UCC teleconference. | 0.1 | $695.00 | $69.50 |
| 1/7/2020 | JRK | Review/edit memorandum regarding potential releases of third parties. | 3.9 | $575.00 | $2,242.50 |
| 1/8/2020 | KCM | Call w/ Debtors re emergency relief fund and information sharing protocol. | 0.5 | $845.00 | $422.50 |
| 1/8/2020 | KCM | Meet w/ GMO re case status and tasks. | 0.6 | $845.00 | $507.00 |
| 1/8/2020 | GMO | Attend call w/ Debtors re emergency relief fund and information sharing (0.5); meet w/ KCM re case strategy (0.6); review filings through 1/8 (0.4). | 1.5 | $355.00 | $532.50 |
| 1/8/2020 | BAW | Factual research re recent filings and communication re same. | 0.1 | $295.00 | $29.50 |
| 1/8/2020 | CG | Update contact list (.2); communications re same (.1); attention to electronic devices order (.4). | 0.7 | $340.00 | $238.00 |
| 1/9/2020 | BAW | Prepare materials re recent filings for review (.2); factual research re recent filings and communication re same (.1). | 0.3 | $295.00 | $88.50 |
| 1/10/2020 | KCM | Teleconference w/ E. Vonnegut re case status. | 0.1 | $845.00 | $84.50 |
| 1/10/2020 | TEP | Attend UCC teleconference re case status. | 0.7 | $695.00 | $486.50 |
| 1/10/2020 | GMO | Prepare for UCC call (0.3); attend call w/ UCC (0.7); draft summary memorandum for KCM (0.4); review and analyze Debtors' filings through 1/10 (0.4); review and analyze updated draft rule 2019 statement entities list (0.3); research re Oklahoma opioid settlement (0.5). | 2.6 | $355.00 | $923.00 |
| 1/10/2020 | BAW | Factual research re recent filings and communication re same. | 0.1 | $295.00 | $29.50 |
| 1/13/2020 | TEP | Attend UCC teleconference. | 0.8 | $695.00 | $556.00 |

January 31, 2020
Invoice #:        335274

Page:              3

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/13/2020 | GMO | Prepare for UCC call (0.4); attend call w/ UCC (0.6). | 1.0 | $355.00 | $355.00 |
| 1/13/2020 | BAW | Prepare materials re recent filings for review (.4); factual research re recent filings and communication re same (.1). | 0.5 | $295.00 | $147.50 |
| 1/14/2020 | BAW | Prepare materials re recent filings for review (.4); factual research re recent filings and communication re same (.1). | 0.5 | $295.00 | $147.50 |
| 1/15/2020 | KCM | Plan/prepare and attend Sackler presentation. | 4.9 | $845.00 | $4,140.50 |
| 1/15/2020 | GMO | Review and analyze draft bar date motion and proof of claim forms. | 0.4 | $355.00 | $142.00 |
| 1/16/2020 | BAW | Factual research re recent filings and communication re same. | 0.1 | $295.00 | $29.50 |
| 1/17/2020 | JPW | Emails re developments (1.1); review draft memo (1.3); meet w/ KCM and GMO re hearing (0.2). | 2.6 | $795.00 | $2,067.00 |
| 1/17/2020 | KCM | Teleconference w/ J. McClammy re bar date and proof of claim issues. | 0.4 | $845.00 | $338.00 |
| 1/17/2020 | KCM | Teleconference w/ A. Preis re case status and next steps. | 1.0 | $845.00 | $845.00 |
| 1/17/2020 | KCM | Confer w/ JPW and GMO re hearing preparation. | 0.2 | $845.00 | $169.00 |
| 1/17/2020 | TEP | Prepare for and attend UCC call. | 1.4 | $695.00 | $973.00 |
| 1/17/2020 | GMO | Call w/ A. Preis re UCC issue and allocation (1.0); draft memo re allocation issues (1.9); prepare outline for 1/24 omnibus hearing (0.5); prepare for UCC call (0.2); attend call w/ UCC (1.1); draft memo re same (0.9); review Kaminetsky declaration, UCC Objection and Consenting Ad Hoc Objection to Ironshore lift-stay motion (0.8); confer w/ KCM and JPW re hearing preparation (.2). | 6.6 | $355.00 | $2,343.00 |
| 1/20/2020 | JPW | Communications re bar date issues. | 0.9 | $795.00 | $715.50 |
| 1/20/2020 | KCM | Teleconferences w/ J. McClammy re bar date/proof of claim issues and case status. | 1.1 | $845.00 | $929.50 |
| 1/20/2020 | KCM | Teleconference w/ A. Preis re bar date/proof of claim issues. | 0.3 | $845.00 | $253.50 |
| 1/20/2020 | KCM | Teleconference w/ TEP re case status. | 0.1 | $845.00 | $84.50 |
| 1/20/2020 | TEP | Review communications re bar date (.1); confer w/ KCM re committee call (.1); communications w/ KCM re same (.1). | 0.3 | $695.00 | $208.50 |
| 1/20/2020 | GMO | Review and analyze Debtors' updated bar date motion (1.2); review and analyze UCC member communications re same (0.2). | 1.4 | $355.00 | $497.00 |
| 1/21/2020 | BAW | Factual research re recent filings and communication re same. | 0.1 | $295.00 | $29.50 |
| 1/22/2020 | KCM | Teleconference w/ J. Knudson re bar date order. | 0.2 | $845.00 | $169.00 |

January 31, 2020
Invoice #:        335274

Page:        4

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/22/2020 | BAW | Prepare materials re recent filings for review (.2); factual research re recent filings and communication re same (.1). | 0.3 | $295.00 | $88.50 |
| 1/23/2020 | JPW | Review and analyze UCC materials (0.4); review and analyze pleadings and preparation for hearing (2.1). | 2.5 | $795.00 | $1,987.50 |
| 1/23/2020 | KCM | Teleconference w/ J. McClammy re case status. | 0.1 | $845.00 | $84.50 |
| 1/23/2020 | KCM | Teleconference w/ A. Troop re case status. | 0.2 | $845.00 | $169.00 |
| 1/23/2020 | KCM | Plan/prepare for hearing. | 1.8 | $845.00 | $1,521.00 |
| 1/23/2020 | TEP | Prepare for and attend UCC call; confer w/ KCM re same. | 0.9 | $695.00 | $625.50 |
| 1/23/2020 | GMO | Review and analyze Debtors' filed date motion (0.9); review, analyze and summarize Ironshore motion and related papers (1.2); discuss strategy for 1/24 hearing w/ KCM and JPW (0.4). | 2.5 | $355.00 | $887.50 |
| 1/23/2020 | BAW | Prepare hearing materials for attorney review and follow up re same. | 3.0 | $295.00 | $885.00 |
| 1/23/2020 | CG | Prepare materials for hearing. | 2.2 | $340.00 | $748.00 |
| 1/24/2020 | JPW | Attend hearing. | 3.2 | $795.00 | $2,544.00 |
| 1/24/2020 | KCM | Teleconference w/ K. Eckstein re allocation and emergency relief fund issues. | 0.3 | $845.00 | $253.50 |
| 1/24/2020 | KCM | Plan/prepare for hearing. | 1.7 | $845.00 | $1,436.50 |
| 1/24/2020 | KCM | Appear/attend hearing. | 3.2 | $845.00 | $2,704.00 |
| 1/24/2020 | KCM | Meeting w/ Debtors, UCC, objecting states and state/municipalities Ad Hoc re allocation issues. | 0.3 | $845.00 | $253.50 |
| 1/24/2020 | GMO | Prepare for hearing (0.3); attend hearing (3.2). | 3.5 | $355.00 | $1,242.50 |
| 1/24/2020 | BAW | Prepare materials re recent filings for review (.2); factual research re recent filings and communication re same (.1). | 0.3 | $295.00 | $88.50 |
| 1/25/2020 | ACM | Teleconference w/ KCM re case status. | 0.2 | $880.00 | $176.00 |
| 1/25/2020 | KCM | Teleconference w/ ACM re case status. | 0.2 | $845.00 | $169.00 |
| 1/27/2020 | GMO | Review, analyze and provide comments re consenting states' draft emergency relief fund proposal (2.2); prepare for UCC call (0.3); attend call w/ UCC (1.1); draft memo re same (0.2). | 3.8 | $355.00 | $1,349.00 |
| 1/27/2020 | BAW | Prepare materials re recent filings for review (.1); factual research re recent filings and communication re same (.2). | 0.3 | $295.00 | $88.50 |
| 1/28/2020 | KCM | Teleconference w/ T. Graulich case status. | 0.9 | $845.00 | $760.50 |
| 1/28/2020 | KCM | Meet w/ GMO re case status. | 0.3 | $845.00 | $253.50 |

January 31, 2020
Invoice #:        335274

Page:        5

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/28/2020 | GMO | Review and analyze UCC emergency relief fund draft proposal and related materials (1.0); attend call w/ Debtors and KCM (0.9); discuss case strategy w/ KCM (0.3). | 2.2 | $355.00 | $781.00 |
| 1/28/2020 | BAW | Prepare materials re recent filings for review (.2); factual research re recent filings and communication re same (.1). | 0.3 | $295.00 | $88.50 |
| 1/29/2020 | GMO | Research re mediation/mediators (1.2); review and analyze emergency relief fund materials received from Debtors (1.9). | 3.1 | $355.00 | $1,100.50 |
| 1/29/2020 | BAW | Prepare materials re recent filings for review (.2); factual research re recent filings and communication re same (.1). | 0.3 | $295.00 | $88.50 |
| 1/30/2020 | JPW | Review emergency relief fund proposals and bar date order (1.5); meet w/ KCM, GMO re same (1.1); emails re UCC issues (1.0); teleconference UCC (partial) (0.7). | 4.3 | $795.00 | $3,418.50 |
| 1/30/2020 | KCM | Plan/prepare and meet w/ JPW and GMO re case status and tasks and bar date order. | 1.1 | $845.00 | $929.50 |
| 1/30/2020 | KCM | Draft and circulate emergency relief fund comments to consenting state group and review/analyze related materials. | 1.9 | $845.00 | $1,605.50 |
| 1/30/2020 | GMO | Review, analyze and provide comments re consenting states' emergency relief fund proposal (1.2); review and analyze Debtors' revised proposed bar date order and claim forms (0.4); prepare for meeting re emergency relief fund markups (0.5); meet w/ JPW and KCM re same (1.1); prepare for UCC call (0.4); review and analyze nonconsenting states' markup to emergency relief fund proposal (0.2); attend UCC call (0.8); draft memo re UCC call (0.2). | 4.8 | $355.00 | $1,704.00 |
| 1/30/2020 | BAW | Prepare materials re recent filings for review (.2); factual research re recent filings and communication re same (.1). | 0.3 | $295.00 | $88.50 |
| | | **Total** | **105.60** | | **$60,421.50** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 1/2/2020 | KCM | Attend MSGE Group call re case status. | 1.1 | $845.00 | $929.50 |
| 1/2/2020 | KCM | Plan/prepare for MSGE Group call and review/analyze related materials. | 0.7 | $845.00 | $591.50 |
| 1/2/2020 | KMD | Attend MSGE Group call re case status. | 1.2 | $560.00 | $672.00 |
| 1/3/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.1 | $845.00 | $84.50 |
| 1/3/2020 | GMO | Prepare for MSGE Group call (0.4); attend call w/ MSGE Group (0.8). | 1.1 | $355.00 | $390.50 |
| 1/9/2020 | TEP | Communications w/ KCM re MSGE subgroup meeting. | 0.1 | $695.00 | $69.50 |

January 31, 2020
Invoice #:        335274

Page:            6

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.15** | **Committee Meetings/Conferences** | | | | |
| 1/10/2020 | KCM | Attend MSGE allocation subcommittee call re allocation issues. | 0.5 | $845.00 | $422.50 |
| 1/10/2020 | GMO | Attend call w/ MSGE allocation subcommittee. | 0.5 | $355.00 | $177.50 |
| 1/20/2020 | KCM | Teleconferences w/ S. Sanford re case status and next steps. | 0.5 | $845.00 | $422.50 |
| 1/21/2020 | TEP | Plan/prepare for MSGE call and communicate w/ clients re same. | 0.6 | $695.00 | $417.00 |
| 1/22/2020 | JPW | Prepare for call w/ MSGE Group re case status and bar date issues (0.3); attend teleconference w/ MSGE Group re same (0.8). | 1.1 | $795.00 | $874.50 |
| 1/22/2020 | KCM | Attend MSGE Group call re case status and bar date issues. | 0.8 | $845.00 | $676.00 |
| 1/22/2020 | GMO | Prepare for MSGE Group call (0.1); attend call w/ MSGE Group (0.8). | 0.9 | $355.00 | $319.50 |
| 1/23/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.3 | $845.00 | $253.50 |
| 1/24/2020 | KCM | Teleconference w/ S. Sanford re hearing and meeting issues. | 0.1 | $845.00 | $84.50 |
| 1/28/2020 | KCM | Teleconference w/ S. Sanford and GMO re case status. | 0.4 | $845.00 | $338.00 |
| 1/28/2020 | GMO | Attend call w/ KCM and S. Sanford re case status (0.4); email S. Sanford re same (0.3). | 0.7 | $355.00 | $248.50 |
| 1/29/2020 | KCM | Plan/prepare for (.4) and attend MSGE Group call re case update (.9). | 1.3 | $845.00 | $1,098.50 |
| 1/29/2020 | TEP | Review MSGE communications re mediators. | 0.1 | $695.00 | $69.50 |
| 1/29/2020 | KMD | Review stay orders per constituent inquiry. | 1.1 | $560.00 | $616.00 |
| 1/29/2020 | GMO | Research and draft memorandum re constituent inquiry (0.9); call w/ A. Miller re constituent inquiry (0.2);  prepare for call w/ MSGE Group (0.3); attend call w/ MSGE Group (0.9);  prepare response to constituent inquiry re court order (0.8). | 3.1 | $355.00 | $1,100.50 |
| 1/30/2020 | KCM | Teleconferences w/ S. Sanford re case status and tasks. | 0.2 | $845.00 | $169.00 |
| 1/30/2020 | GMO | Review and analyze constituent communications re MDL. | 1.4 | $355.00 | $497.00 |
| | | **Total** | **17.90** | | **$10,522.00** |
| **.16** | **Travel** | | | | |
| 1/14/2020 | KCM | Non-working travel to NYC. | 1.1 | $422.50 | $464.75 |
| 1/23/2020 | JPW | Travel to White Plains. | 2.0 | $397.50 | $795.00 |
| 1/23/2020 | KCM | Non-working travel to NY. | 2.2 | $422.50 | $929.50 |
| 1/23/2020 | GMO | Travel from DC to White Plains. | 4.4 | $177.50 | $781.00 |
| 1/24/2020 | JPW | Travel to DC (non-working). | 1.2 | $397.50 | $477.00 |
| 1/24/2020 | KCM | Non-working travel to DC. | 0.7 | $422.50 | $295.75 |

January 31, 2020
Invoice #:        335274

Page:            7

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.16** | **Travel** | | | | |
| 1/24/2020 | GMO | Travel from White Plains to DC. | 4.2 | $177.50 | $745.50 |
| | | **Total** | **15.80** | | **$4,488.50** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 1/15/2020 | BAW | Prepare materials re recent filings for review. | 0.2 | $295.00 | $59.00 |
| | | **Total** | **0.20** | | **$59.00** |
| | | Total Professional Services | 139.5 | | $75,491.00 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| JAL | Jeffrey A. Liesemer | Member | 0.6 | $795.00 | $477.00 |
| KCM | Kevin C. Maclay | Member | 30.7 | $845.00 | $25,941.50 |
| KCM | Kevin C. Maclay | Member | 4.0 | $422.50 | $1,690.00 |
| ACM | Ann C. McMillan | Member | 0.2 | $880.00 | $176.00 |
| TEP | Todd E. Phillips | Member | 5.4 | $695.00 | $3,753.00 |
| JPW | James P. Wehner | Member | 17.4 | $795.00 | $13,833.00 |
| JPW | James P. Wehner | Member | 3.2 | $397.50 | $1,272.00 |
| KMD | Kevin M. Davis | Of Counsel | 9.1 | $560.00 | $5,096.00 |
| JRK | Jeanna Rickards Koski | Of Counsel | 3.9 | $575.00 | $2,242.50 |
| GMO | George M. O'Connor | Associate | 44.8 | $355.00 | $15,904.00 |
| GMO | George M. O'Connor | Associate | 8.6 | $177.50 | $1,526.50 |
| CG | Cecilia Guerrero | Paralegal | 3.5 | $340.00 | $1,190.00 |
| BAW | Brigette A. Wolverton | Paralegal | 8.1 | $295.00 | $2,389.50 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|-----------------------------|--------|
| 01/07/2020 | Air & Train - Amtrak to NY re hr'g [.16] | $562.00 |
| 01/07/2020 | Trvl Exp - Ground Transportation work to Union Station [.16] | $36.02 |
| 01/07/2020 | Trvl Exp - Ground Transportation NYC to White Plains [.16] | $130.13 |
| 01/07/2020 | Trvl Exp - Ground Transportation White Plains to CT [.16] | $33.92 |
| 01/07/2020 | Trvl Exp - Ground Transportation Union Station to home [.16] | $18.32 |
| 01/14/2020 | Trvl Exp - Ground Transportation Penn Station to hotel (1/15 meeting) [.16] | $33.53 |
| 01/14/2020 | Trvl Exp - Hotel re client meeting 1.15.20. [.16] | $350.99 |

January 31, 2020
Invoice #:        335274

Page:            8

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|-------:|
| 01/14/2020 | Trvl Exp - Ground Transportation Penn station to hotel. [.16] | $33.53 |
| 01/21/2020 | Trvl Exp - Meal for KCM/TEP. [.16] | $28.08 |
| 01/23/2020 | Pacer Charges - CG 10/1-12/31/19 [.04] | $5.50 |
| 01/23/2020 | Pacer Charges - AJS 10/1-12/31/19 [.04] | $3.00 |
| 01/23/2020 | Pacer Charges - CG 10/1-12/31/19 [.04] | $484.00 |
| 01/23/2020 | Pacer Charges - JAL 10/1-12/31/19 [.04] | $56.50 |
| 01/23/2020 | Trvl Exp - Meals for KCM/TEP/GMO in White Plains. [.16] | $121.00 |
| 01/23/2020 | Trvl Exp - Hotel re White Plains hr'g [.16] | $217.17 |
| 01/23/2020 | Trvl Exp - Ground Transportation work to Union Station (KCM/JPW/GMO) [.16] | $40.00 |
| 01/24/2020 | Trvl Exp - Meals at Penn Station. [.16] | $17.37 |
| 01/24/2020 | Trvl Exp - Ground Transportation Union station to home (JPW/KCM) [.16] | $80.00 |
| 01/27/2020 | Trvl Exp - Hotel re White Plains hr'g [.16] | $194.30 |
| 01/31/2020 | Air & Train - Amtrak o/w WIL - WAS 01/16/20. [.16] | $852.00 |
| 01/31/2020 | Air & Train - Amtrak o/w WIL - WAS 01/16/20. [.16] | $123.00 |
| 01/31/2020 | Air & Train - Amtrak r/t WAS - NYP 01/24/20. [.16] | $876.00 |
| 01/31/2020 | Air & Train - Amtrak r/t WAS - NYP 01/24/20. [.16] | $876.00 |
| 01/31/2020 | Air & Train - Amtrak r/t WAS - NYP 01/24/20. [.16] | $876.00 |

Total Disbursements        $6,048.36

Total Services        $75,491.00
Total Disbursements        $6,048.36
Total Current Charges        $81,539.36

January 31, 2020
Invoice #:        335274

Page:        9

## TASK RECAP

| Services | | | | Disbursements | |
|---|---|---|---|---|---|
| **Category** | **Hours** | **Amount** | | **Category** | **Amount** |
| .04 | | | | .04 | $549.00 |
| .11 | 105.60 | $60,421.50 | | .16 | $5,499.36 |
| .15 | 17.90 | $10,522.00 | | | |
| .16 | 15.80 | $4,488.50 | | | |
| .17 | 0.20 | $59.00 | | | |
| | 139.50 | $75,491.00 | | | $6,048.36 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | .11 | 0.60 | $795.00 | $477.00 |
| KCM | Kevin C. Maclay | .11 | 24.70 | $845.00 | $20,871.50 |
| ACM | Ann C. McMillan | .11 | 0.20 | $880.00 | $176.00 |
| TEP | Todd E. Phillips | .11 | 4.60 | $695.00 | $3,197.00 |
| JPW | James P. Wehner | .11 | 16.30 | $795.00 | $12,958.50 |
| KMD | Kevin M. Davis | .11 | 6.80 | $560.00 | $3,808.00 |
| JRK | Jeanna Rickards Koski | .11 | 3.90 | $575.00 | $2,242.50 |
| GMO | George M. O'Connor | .11 | 37.10 | $355.00 | $13,170.50 |
| CG | Cecilia Guerrero | .11 | 3.50 | $340.00 | $1,190.00 |
| BAW | Brigette A. Wolverton | .11 | 7.90 | $295.00 | $2,330.50 |
| | | | | | |
| KCM | Kevin C. Maclay | .15 | 6.00 | $845.00 | $5,070.00 |
| TEP | Todd E. Phillips | .15 | 0.80 | $695.00 | $556.00 |
| JPW | James P. Wehner | .15 | 1.10 | $795.00 | $874.50 |
| KMD | Kevin M. Davis | .15 | 2.30 | $560.00 | $1,288.00 |
| GMO | George M. O'Connor | .15 | 7.70 | $355.00 | $2,733.50 |
| KCM | Kevin C. Maclay | .16 | 4.00 | $422.50 | $1,690.00 |
| JPW | James P. Wehner | .16 | 3.20 | $397.50 | $1,272.00 |
| GMO | George M. O'Connor | .16 | 8.60 | $177.50 | $1,526.50 |
| BAW | Brigette A. Wolverton | .17 | 0.20 | $295.00 | $59.00 |

## BREAKDOWN BY PERSON

| Person | Category | Hours | Rate | Amount |
|--------|----------|-------|------|--------|
|  |  | 139.50 |  | $75,491.00 |