Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State
Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**SIXTH MONTHLY FEE STATEMENT OF
CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH
RESPECT TO SERVICES RENDERED AS COUNSEL TO THE
MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD
COMMENCING FEBRUARY 1, 2020, THROUGH FEBRUARY 29, 2020**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | February 1, 2020, through February 29, 2020 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $38,667.25 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $2,474.60 |
| **Total compensation requested in this statement:** | $30,933.80 (80% of $38,667.25) |
| **Total expenses requested in this statement:** | $2,474.60 |
| **Total compensation and expenses requested in this statement:** | $33,408.40 |

**This is a:**      X   monthly           ___ interim           ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Sixth Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing February 1, 2020, through February 29, 2020 (the "**Fee Period**").

2

**Itemization of Services Rendered and Disbursements Incurred**

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Caplin & Drysdale rendered 91.5 hours of professional services during the Fee Period, resulting in fees totaling $38,667.25. Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $30,933.80.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period. This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $429.55. The blended hourly rate of all paraprofessionals is $326.94. A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $2,474.60 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

**Notice**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

| | |
|---|---|
| Dated: July 12, 2021 | Respectfully submitted, |
| | /s/ Kevin C. Maclay |
| | Kevin C. Maclay, Esq. (admitted *pro hac vice*) |
| | Todd E. Phillips, Esq. |
| | Caplin & Drysdale, Chartered |
| | One Thomas Circle, NW, Suite 1100 |
| | Washington, DC 20005 |
| | Tel: (202) 862-5000 |
| | Fax: (202) 429-3301 |
| | kmaclay@capdale.com |
| | tphillips@capdale.com |
| | |
| | *Counsel for the Multi-State Governmental Entities Group* |

# EXHIBIT A

**SUMMARY OF SERVICES BY CATEGORY**

**FEBRUARY 1, 2020, THROUGH FEBRUARY 29, 2020**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| .04 | Case Administration | 0.2 | $68.00 |
| .11 | Plan & Disclosure Statement | 63.0 | $29,096.00 |
| .15 | Committee Meetings/Conferences | 11.8 | $6,345.00 |
| .16 | Travel | 14.7 | $2,609.25 |
| .17 | Docket Review & File Maintenance | 1.8 | $549.00 |
| **TOTAL** | | **91.5** | **$38,667.25** |

1

# EXHIBIT B

# SUMMARY OF HOURS AND FEES BY PROFESSIONAL

## FEBRUARY 1, 2020, THROUGH FEBRUARY 29, 2020

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate* | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $845.00 | 10.4 | $8,788.00 |
| James P. Wehner | Member / 1995 / Bankruptcy | $795.00 | 1.7 | $1,351.50 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $795.00 | 7.1 | $5,644.50 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $177.50 | 14.7 | $2,609.25 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $355.00 | 51.4 | $18,247.00 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $340.00 | 4.4 | $1,496.00 |
| Brigette A. Wolverton | Paralegal / N/A / Bankruptcy | $295.00 | 1.8 | $531.00 |
| **TOTAL** | | | **91.5** | **$38,667.25** |

*Nonworking travel time is billed at one-half the attorney's usual hourly rate.

1

# EXHIBIT C

## SUMMARY OF EXPENSES

### FEBRUARY 1, 2020, THROUGH FEBRUARY 29, 2020

| Category | Amount |
|---|---:|
| Air & Train | $1,220.00 |
| Travel Expenses - Ground Transportation | $588.80 |
| Travel Expenses - Hotel Charges | $665.80 |
| **TOTAL** | **$2,474.60** |

1

# EXHIBIT D



One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000      Federal Tax I.D. No.: 52-1226629      Fax: (202) 429-3301

www.capdale.com

Multi-State Governmental Entities Group

Invoice #:  335275
Page:  1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through February 29, 2020

| | |
|---|---:|
| Total Services | $38,667.25 |
| Total Disbursements | $2,474.60 |
| Total Current Charges | $41,141.85 |

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
## ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Federal Tax I.D. No.: 52-1226629
www.capdale.com

Telephone: (202) 862-5000    Fax: (202) 429-3301

Multi-State Governmental Entities Group

February 29, 2020
Invoice #:    335275
Page:    1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through February 29, 2020

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .04 | **Case Administration & Calendar Control** | | | | |
| 2/24/2020 | CG | Review docket and update docketing calendar re same. | 0.2 | $340.00 | $68.00 |
| | | Total | 0.20 | | $68.00 |
| .11 | **Plan & Disclosure Statement** | | | | |
| 2/2/2020 | GMO | Review and analyze draft materials sent by UCC committee counsel. | 0.8 | $355.00 | $284.00 |
| 2/3/2020 | JPW | Meet w/ GMO re research issue. | 0.3 | $795.00 | $238.50 |
| 2/3/2020 | GMO | Prepare for UCC call (0.4); attend call w/ UCC (0.8); draft memo re same (0.6); review and analyze bar date order and proofs of claim forms (0.4); review/analyze updated presentation materials from Debtors (0.4); confer w/ JPW re research issue (0.3). | 2.9 | $355.00 | $1,029.50 |
| 2/3/2020 | BAW | Prepare materials re recent filings for review (.3); factual research re recent filings and communication re same (.1). | 0.4 | $295.00 | $118.00 |
| 2/4/2020 | JAL | Confer w/ KCM re case status and next steps. | 0.2 | $795.00 | $159.00 |
| 2/4/2020 | KCM | Meet w/ JAL re case status and next steps. | 0.2 | $845.00 | $169.00 |
| 2/4/2020 | KCM | Teleconference w/ consenting state group re case status. | 0.6 | $845.00 | $507.00 |
| 2/5/2020 | JAL | Review and comment on draft proposal re emergency relief fund. | 1.3 | $795.00 | $1,033.50 |
| 2/5/2020 | KCM | Teleconference w/ J. McClammy and T. Graulich re mediations. | 0.7 | $845.00 | $591.50 |

February 29, 2020
Invoice #:    335275

Page:    2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 2/5/2020 | GMO | Review and analyze Debtors' response to motion and proposed order (0.2); review and analyze UCC materials received from Debtors re mediation (0.4); research re potential mediator (0.2). | 0.8 | $355.00 | $284.00 |
| 2/6/2020 | JAL | Review and analyze contemplated emergency relief fund issue. | 0.7 | $795.00 | $556.50 |
| 2/6/2020 | JPW | Review and analyze UCC memo. | 0.3 | $795.00 | $238.50 |
| 2/6/2020 | KCM | Teleconference w/ A. Preis re UCC issue. | 0.3 | $845.00 | $253.50 |
| 2/6/2020 | GMO | Prepare for UCC committee call (1.2); attend call w/ UCC (0.9); draft memo re same (0.2). | 2.3 | $355.00 | $816.50 |
| 2/7/2020 | JAL | Confer w/ KCM re status and next steps. | 0.1 | $795.00 | $79.50 |
| 2/7/2020 | KCM | Communications w/ GMO re cast status and tasks. | 0.4 | $845.00 | $338.00 |
| 2/7/2020 | KCM | Confer w/ JAL re status and next steps. | 0.1 | $845.00 | $84.50 |
| 2/7/2020 | GMO | Call w/ Debtors re case status (0.3); review and analyze presentation re Debtors' insurance (0.3); communications w/ KCM re same and next steps (0.5). | 1.1 | $355.00 | $390.50 |
| 2/7/2020 | GMO | Review and analyze protective order (2.6); draft memo re protective order (1.3). | 3.9 | $355.00 | $1,384.50 |
| 2/10/2020 | GMO | Draft protective order compliance list (0.1); review and analyze Debtors' emergency relief fund proposed edits (0.4). | 0.5 | $355.00 | $177.50 |
| 2/13/2020 | JAL | Review and analyze proposed development agreement. | 3.2 | $795.00 | $2,544.00 |
| 2/13/2020 | JPW | Review and analyze UCC memo and presentation. | 1.1 | $795.00 | $874.50 |
| 2/13/2020 | GMO | Review and analyze UCC materials (0.7); attend call w/ UCC (1.0); draft memo re call (0.3); review and analyze insurance materials (0.3). | 2.3 | $355.00 | $816.50 |
| 2/14/2020 | JAL | Review and analyze proposed development agreement (1.4); review proposed stipulation and order (0.2). | 1.6 | $795.00 | $1,272.00 |
| 2/17/2020 | GMO | Review and provide comments re Debtors' black-line common benefit motion and proposed order. | 2.2 | $355.00 | $781.00 |
| 2/17/2020 | GMO | Review, analyze and provide comments re common benefit motion. | 0.9 | $355.00 | $319.50 |
| 2/18/2020 | KCM | Teleconference w/ A. Troop re case status. | 0.3 | $845.00 | $253.50 |
| 2/18/2020 | KCM | Meetings w/ GMO re case status, tasks and upcoming hearing. | 0.4 | $845.00 | $338.00 |
| 2/18/2020 | KCM | Teleconference w/ J. McClammy re case status. | 0.2 | $845.00 | $169.00 |
| 2/18/2020 | KCM | Teleconference w/ E. Vonnegut re case status. | 0.1 | $845.00 | $84.50 |

February 29, 2020
Invoice #:    335275

Page:    3

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 2/18/2020 | GMO | Meet w/ KCM re case status and tasks (0.4); correspond w/ Debtors re information sharing protocol (0.4); review and analyze mediation materials (1.2); review court filings through 2/18/20 (0.3); call w/ Debtors re: mediation (0.4); draft proposed emergency relief fund edits for Debtors (0.9). | 3.6 | $355.00 | $1,278.00 |
| 2/18/2020 | CG | Prepare materials re Debtor's confidential presentation (1.6); communications w/ KCM re same (.2). | 1.8 | $340.00 | $612.00 |
| 2/19/2020 | KCM | Teleconference w/ A. Preis re mediation and emergency relief fund issues. | 0.3 | $845.00 | $253.50 |
| 2/19/2020 | GMO | Prepare for mediation (1.1); attend mediation (1.9); draft memorandum re same (0.9); review and analyze UCC materials (0.4); research mediation issues (0.2). | 4.5 | $355.00 | $1,597.50 |
| 2/19/2020 | GMO | Prepare for hearing on 2/21 (0.6); draft memorandum re same (0.3). | 0.9 | $355.00 | $319.50 |
| 2/19/2020 | CG | Review communications and related materials re protective order (.8); prepare/update materials re same (.7). | 1.5 | $340.00 | $510.00 |
| 2/20/2020 | GMO | Prepare for hearing (1.4); review Debtors' draft mediation motion and provide feedback (1.3); communications w/ KCM re same (0.2); attend UCC call (0.4). | 3.3 | $355.00 | $1,171.50 |
| 2/20/2020 | CG | Communications w/ Court re electronic devices order (.1); prepare materials re same (.2). | 0.3 | $340.00 | $102.00 |
| 2/21/2020 | KCM | Teleconference w/ A. Preis re mediator representation. | 0.2 | $845.00 | $169.00 |
| 2/21/2020 | GMO | Attend omnibus hearing. | 0.9 | $355.00 | $319.50 |
| 2/21/2020 | GMO | Draft memo re hearing (0.4); communications w/ KCM re same (0.2). | 0.6 | $355.00 | $213.00 |
| 2/23/2020 | KCM | Review/analyze materials and communications re allocation issues. | 0.7 | $845.00 | $591.50 |
| 2/23/2020 | GMO | Review and analyze Debtors' mediation materials. | 0.6 | $355.00 | $213.00 |
| 2/24/2020 | KCM | Teleconference w/ Debtors re mediation issues. | 0.2 | $845.00 | $169.00 |
| 2/24/2020 | GMO | Review Debtors' updated draft declarations (0.3); draft memo re same (0.5); review draft emergency relief fund proposals (0.6); prepare for UCC call (0.6); attend UCC call (0.8); correspond w/ Debtors re updated proposals (0.4). | 3.2 | $355.00 | $1,136.00 |
| 2/25/2020 | GMO | Review and analyze information sharing protocol and related documents (1.8); meet w/ KCM re case status and next steps (0.4); review updated mediator declarations (0.4). | 2.6 | $355.00 | $923.00 |

February 29, 2020
Invoice #:     335275

Page:     4

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 2/27/2020 | KCM | Teleconference w/ J. McClammy and GMO re mediation issues. | 0.5 | $845.00 | $422.50 |
| 2/27/2020 | KCM | Confer w/ GMO re emergency relief fund meeting and related case status. | 0.3 | $845.00 | $253.50 |
| 2/27/2020 | GMO | Confer w/ KCM re case status (0.3); attend call w/ J. McClammy re case status (0.5). | 0.8 | $355.00 | $284.00 |
| 2/27/2020 | GMO | Prepare for emergency relief fund meeting (0.6); attend emergency relief fund meeting (4.7). | 5.3 | $355.00 | $1,881.50 |
| 2/28/2020 | KCM | Review revised mediation order. | 0.2 | $845.00 | $169.00 |
| 2/28/2020 | KCM | Communicate w/ mediators re case update. | 0.3 | $845.00 | $253.50 |
| 2/28/2020 | CG | Factual research re state groups (.1); communication w/ GMO re same (.1). | 0.2 | $340.00 | $68.00 |
| | | Total | 63.00 | | $29,096.00 |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 2/6/2020 | KCM | Teleconference w/ J. Scolnick re case status. | 0.2 | $845.00 | $169.00 |
| 2/7/2020 | KCM | Review/edit memo to constituents re case status. | 0.2 | $845.00 | $169.00 |
| 2/7/2020 | GMO | Draft memo to constituents re case status. | 0.8 | $355.00 | $284.00 |
| 2/10/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.1 | $845.00 | $84.50 |
| 2/18/2020 | GMO | Correspond w/ MSGE Group members re mediation issue (1.1); attend call w/ S. Sanford and KCM re same (.3). | 1.4 | $355.00 | $497.00 |
| 2/19/2020 | KCM | Teleconference w/ S. Sanford re mediation issues. | 0.3 | $845.00 | $253.50 |
| 2/20/2020 | KCM | Teleconference w/ J. Cicala and review related materials. | 0.4 | $845.00 | $338.00 |
| 2/20/2020 | GMO | Communicate w/ MSGE Group members re case status. | 0.4 | $355.00 | $142.00 |
| 2/23/2020 | GMO | Prepare for MSGE subgroup call. | 2.1 | $355.00 | $745.50 |
| 2/24/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.2 | $845.00 | $169.00 |
| 2/24/2020 | KCM | Plan/prepare for client call and review/analyze related materials. | 1.7 | $845.00 | $1,436.50 |
| 2/24/2020 | KCM | Call w/ MSGE allocation group re mediation issues and next steps. | 1.1 | $845.00 | $929.50 |
| 2/24/2020 | GMO | Prepare for MSGE Group call (1.6); attend MSGE Group call re mediation issues (1.1). | 2.7 | $355.00 | $958.50 |
| 2/25/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.2 | $845.00 | $169.00 |
| | | Total | 11.80 | | $6,345.00 |
| **.16** | **Travel** | | | | |
| 2/20/2020 | GMO | Travel DC-NYC-White Plains. | 4.2 | $177.50 | $745.50 |
| 2/21/2020 | GMO | Travel White Plains-NYC-DC. | 3.9 | $177.50 | $692.25 |
| 2/26/2020 | GMO | Travel DC-NY. | 3.5 | $177.50 | $621.25 |

February 29, 2020
Invoice #: 335275

Page: 5

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.16** | **Travel** | | | | |
| 2/27/2020 | GMO | Travel NY-DC. | 3.1 | $177.50 | $550.25 |
| | | Total | 14.70 | | $2,609.25 |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 2/19/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 2/20/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 2/24/2020 | CG | Review recent filings and prepare materials re same. | 0.4 | $340.00 | $136.00 |
| 2/25/2020 | BAW | Prepare materials re recent filings (.3); communications re same (.1). | 0.4 | $295.00 | $118.00 |
| 2/27/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 2/28/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| | | Total | 1.80 | | $549.00 |
| | | Total Professional Services | 91.5 | | $38,667.25 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 7.1 | $795.00 | $5,644.50 |
| KCM | Kevin C. Maclay | Member | 10.4 | $845.00 | $8,788.00 |
| JPW | James P. Wehner | Member | 1.7 | $795.00 | $1,351.50 |
| GMO | George M. O'Connor | Associate | 51.4 | $355.00 | $18,247.00 |
| GMO | George M. O'Connor | Associate | 14.7 | $177.50 | $2,609.25 |
| CG | Cecilia Guerrero | Paralegal | 4.4 | $340.00 | $1,496.00 |
| BAW | Brigette A. Wolverton | Paralegal | 1.8 | $295.00 | $531.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 02/20/2020 | Trvl Exp - Ground Transportation home to Union Station [.16] | $17.37 |
| 02/20/2020 | Trvl Exp - Ground Transportation NY to White Plains [.16] | $86.00 |
| 02/21/2020 | Trvl Exp - Ground Transportation hotel to meeting [.16] | $11.88 |
| 02/21/2020 | Trvl Exp - Ground Transportation Union Station to home [.16] | $14.17 |
| 02/21/2020 | Trvl Exp - Hotel (GMO) 2/20-2/21 [.16] | $232.48 |
| 02/21/2020 | Trvl Exp - Ground Transportation White Plains to NY [.16] | $68.78 |

February 29, 2020
Invoice #: 335275

Page: 6

**DISBURSEMENTS**

| Date | Description of Disbursements | Amount |
|---|---|---|
| 02/21/2020 | Air & Train - round trip Amtrak fare for 2/20-2/21/20 [.16] | $684.00 |
| 02/21/2020 | Air & Train - Amtrak ticket change fee [.16] | $32.00 |
| 02/23/2020 | Trvl Exp - Ground Transportation NY to White Plains (GMO) [.16] | $145.33 |
| 02/24/2020 | Trvl Exp - Hotel/Lodging (GMO) [.16] | $237.04 |
| 02/24/2020 | Trvl Exp - Ground Transportation hotel to courthouse (GMO) [.16] | $12.48 |
| 02/24/2020 | Trvl Exp - Ground Transportation White Plains to NY (GMO) [.16] | $139.21 |
| 02/24/2020 | Trvl Exp - Ground Transportation Union Station to home [.16] | $18.03 |
| 02/26/2020 | Trvl Exp - Ground Transportation Penn station to hotel [.16] | $21.99 |
| 02/26/2020 | Air & Train - Amtrak round trip 2.26-2.27.20 [.16] | $398.00 |
| 02/26/2020 | Trvl Exp - Ground Transportation home to Union Station [.16] | $21.87 |
| 02/27/2020 | Trvl Exp - Ground Transportation meeting to Union station [.16] | $16.11 |
| 02/27/2020 | Trvl Exp - Ground Transportation Union Station to office [.16] | $15.58 |
| 02/27/2020 | Trvl Exp - Hotel (GMO) 2.26-2.27 [.16] | $196.28 |
| 02/27/2020 | Air & Train - Amtrak change fee [.16] | $106.00 |
| | **Total Disbursements** | **$2,474.60** |

| | | |
|---|---|---|
| | Total Services | $38,667.25 |
| | Total Disbursements | $2,474.60 |
| | Total Current Charges | $41,141.85 |

February 29, 2020
Invoice #:    335275

Page:    7

## TASK RECAP

### Services

| Category | Hours | Amount |
|---|---:|---:|
| .04 | 0.20 | $68.00 |
| .11 | 63.00 | $29,096.00 |
| .15 | 11.80 | $6,345.00 |
| .16 | 14.70 | $2,609.25 |
| .17 | 1.80 | $549.00 |
|  | 91.50 | $38,667.25 |

### Disbursements

| Category | Amount |
|---|---:|
| .16 | $2,474.60 |
|  | $2,474.60 |

## BREAKDOWN BY PERSON

| Person |  | Category | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| CG | Cecilia Guerrero | .04 | 0.20 | $340.00 | $68.00 |
| JAL | Jeffrey A. Liesemer | .11 | 7.10 | $795.00 | $5,644.50 |
| KCM | Kevin C. Maclay | .11 | 6.00 | $845.00 | $5,070.00 |
| JPW | James P. Wehner | .11 | 1.70 | $795.00 | $1,351.50 |
| GMO | George M. O'Connor | .11 | 44.00 | $355.00 | $15,620.00 |
| CG | Cecilia Guerrero | .11 | 3.80 | $340.00 | $1,292.00 |
| BAW | Brigette A. Wolverton | .11 | 0.40 | $295.00 | $118.00 |
| KCM | Kevin C. Maclay | .15 | 4.40 | $845.00 | $3,718.00 |
| GMO | George M. O'Connor | .15 | 7.40 | $355.00 | $2,627.00 |
| GMO | George M. O'Connor | .16 | 14.70 | $177.50 | $2,609.25 |
| CG | Cecilia Guerrero | .17 | 0.40 | $340.00 | $136.00 |
| BAW | Brigette A. Wolverton | .17 | 1.40 | $295.00 | $413.00 |
|  |  |  | 91.50 |  | $38,667.25 |