Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State
Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**SEVENTH MONTHLY FEE STATEMENT OF
CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH
RESPECT TO SERVICES RENDERED AS COUNSEL TO THE
MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD
COMMENCING MARCH 1, 2020, THROUGH MARCH 31, 2020**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | March 1, 2020, through March 31, 2020 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $37,628.50 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $30.00 |
| **Total compensation requested in this statement:** | $30,102.80 (80% of $37,628.50) |
| **Total expenses requested in this statement:** | $30.00 |
| **Total compensation and expenses requested in this statement:** | $30,132.80 |

**This is a:**   _X_ monthly   ___ interim   ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Seventh Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing March 1, 2020, through March 31, 2020 (the "**Fee Period**").

2

**Itemization of Services Rendered and Disbursements Incurred**

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Caplin & Drysdale rendered 77.9 hours of professional services during the Fee Period, resulting in fees totaling $37,628.50. Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $30,102.80.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period. This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $525.47. The blended hourly rate of all paraprofessionals is $320.16. A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $30.00 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

3

**Notice**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 12, 2021            Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State Governmental Entities Group*

# EXHIBIT A

**SUMMARY OF SERVICES BY CATEGORY**

**MARCH 1, 2020, THROUGH MARCH 31, 2020**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| .04 | Case Administration | 3.9 | $1,191.00 |
| .11 | Plan & Disclosure Statement | 57.5 | $27,641.00 |
| .15 | Committee Meetings/Conferences | 12.4 | $7,587.00 |
| .17 | Docket Review & File Maintenance | 4.1 | $1,209.50 |
| **TOTAL** | | **77.9** | **$37,628.50** |

1

# EXHIBIT B

# SUMMARY OF HOURS AND FEES BY PROFESSIONAL

## MARCH 1, 2020, THROUGH MARCH 31, 2020

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $845.00 | 21.5 | $18,167.50 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $355.00 | 40.3 | $14,306.50 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $340.00 | 9.0 | $3,060.00 |
| Brigette A. Wolverton | Paralegal / N/A / Bankruptcy | $295.00 | 7.1 | $2,094.50 |
| **TOTAL** | | | **77.9** | **$37,628.50** |

# EXHIBIT C

## SUMMARY OF EXPENSES

### MARCH 1, 2020, THROUGH MARCH 31, 2020

| Category | Amount |
|---|---:|
| Conference Call Service | $30.00 |
| **TOTAL** | **$30.00** |

1

# EXHIBIT D



One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000   Federal Tax I.D. No.: 52-1226629   Fax: (202) 429-3301

www.capdale.com

Multi-State Governmental Entities Group

Invoice #: 335276
Page: 1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through March 31, 2020

| | |
|---|---:|
| Total Services | $37,628.50 |
| Total Disbursements | $30.00 |
| Total Current Charges | $37,658.50 |

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
### ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Federal Tax I.D. No.: 52-1226629
[www.capdale.com](http://www.capdale.com)

Telephone: (202) 862-5000        Fax: (202) 429-3301

Multi-State Governmental Entities Group

March 31, 2020
Invoice #: 335276
Page: 1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through March 31, 2020

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .04 | **Case Administration & Calendar Control** | | | | |
| 3/2/2020 | CG | Schedule CourtCall hearing appearance. | 0.1 | $340.00 | $34.00 |
| 3/6/2020 | BAW | Prepare case contact list. | 1.9 | $295.00 | $560.50 |
| 3/13/2020 | CG | Schedule CourtCall appearance (.2); review communications re same (.2); update docketing calendar re same (.2). | 0.6 | $340.00 | $204.00 |
| 3/17/2020 | BAW | Update case contact list. | 1.1 | $295.00 | $324.50 |
| 3/30/2020 | CG | Review communications re amended order (.1); update calendar re same (.1). | 0.2 | $340.00 | $68.00 |
| | | Total | 3.90 | | $1,191.00 |
| .11 | **Plan & Disclosure Statement** | | | | |
| 3/2/2020 | CG | Review materials re inquiry (.2); communications w/ GMO re same (.1); review communications re upcoming meeting w/ mediators (.6); review materials and communications re upcoming deadlines and case tasks and email KCM re same (1.2). | 2.1 | $340.00 | $714.00 |
| 3/3/2020 | GMO | Review, analyze and submit proposed changes re emergency relief fund proposal (0.7); review, analyze and annotate revised emergency relief fund proposal and mediation order (0.8). | 1.5 | $355.00 | $532.50 |
| 3/3/2020 | CG | Prepare materials re emergency relief fund (redline) (.1); communications w/ GMO re same (.1); review communications re mediation and ERF (.5); update docketing calendar (.2). | 0.9 | $340.00 | $306.00 |
| 3/4/2020 | KCM | Review and analyze communications re emergency relief fund. | 0.3 | $845.00 | $253.50 |

March 31, 2020
Invoice #:     335276

Page:     2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 3/4/2020 | GMO | Review nonconsenting states markup to emergency relief fund proposal (0.3); communications w/ KCM re same (0.3). | 0.6 | $355.00 | $213.00 |
| 3/4/2020 | GMO | Review communications re emergency relief fund (0.2); correspond w/ state groups re mediation and emergency relief fund (0.4). | 0.6 | $355.00 | $213.00 |
| 3/4/2020 | CG | Review recent filings and update docketing calendar re same (.2); review communications re emergency relief fund (.2). | 0.4 | $340.00 | $136.00 |
| 3/5/2020 | GMO | Correspond w/ Debtors re proposed edits to emergency relief fund. | 0.2 | $355.00 | $71.00 |
| 3/5/2020 | CG | Review communications re case status and mediation. | 0.7 | $340.00 | $238.00 |
| 3/6/2020 | GMO | Prepare for call w/ mediators (0.3); call w/ mediators (0.7); draft memo re UCC materials and filings through 3/10 (1.1). | 2.1 | $355.00 | $745.50 |
| 3/6/2020 | CG | Review communications re mediation. | 0.4 | $340.00 | $136.00 |
| 3/9/2020 | KCM | Teleconference w/ M. Huebner re injunction and case issues. | 0.6 | $845.00 | $507.00 |
| 3/9/2020 | KCM | Teleconference w/ D. Molton re ERF and case status. | 0.2 | $845.00 | $169.00 |
| 3/9/2020 | GMO | Correspond w/ Debtors re emergency relief fund (0.3); prepare for UCC call (0.3); attend call w/ UCC (0.6); communications w/ KCM re same (0.3); attend call w/ AHC re emergency relief fund and mediation (0.2); review and analyze Debtors' recent filings (0.6). | 2.8 | $355.00 | $994.00 |
| 3/9/2020 | CG | Review communications re upcoming meeting (.3); review and update materials re doc production (.2); review communications re same (.1). | 0.6 | $340.00 | $204.00 |
| 3/10/2020 | KCM | Teleconference w/ D. Molton re case status. | 0.1 | $845.00 | $84.50 |
| 3/10/2020 | GMO | Attend call w/ mediators. | 0.2 | $355.00 | $71.00 |
| 3/11/2020 | GMO | Review and analyze materials received from AHC (0.3); review and analyze Debtors' filings through 3/11 (0.2); communications w/ KCM re case status and tasks (0.1). | 0.6 | $355.00 | $213.00 |
| 3/12/2020 | GMO | Prepare for allocation call w/ states (0.3); attend call w/ state groups re same (3.8); draft memo re same (0.4). | 4.5 | $355.00 | $1,597.50 |
| 3/12/2020 | CG | Review communications re mediation preparation (.5); prepare and update materials re same (.6). | 1.1 | $340.00 | $374.00 |
| 3/13/2020 | CG | Review communications re updated document production. | 0.1 | $340.00 | $34.00 |
| 3/15/2020 | KCM | Teleconference w/ K. Feinberg re mediation scheduling. | 0.1 | $845.00 | $84.50 |

March 31, 2020
Invoice #: 335276

Page: 3

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 3/15/2020 | CG | Review communications re upcoming mediation meetings. | 0.3 | $340.00 | $102.00 |
| 3/16/2020 | KCM | Call w/ GMO re case status. | 0.1 | $845.00 | $84.50 |
| 3/16/2020 | GMO | Prepare for call w/ UCC (0.4); attend call w/ UCC (0.8); review, analyze and draft memo Sackler filings (0.7); call w/ KCM re case status (0.1). | 2.0 | $355.00 | $710.00 |
| 3/16/2020 | CG | Communications w/ GMO and KCM re upcoming mediation meeting. | 0.2 | $340.00 | $68.00 |
| 3/17/2020 | KCM | Communications w/ GMO re case status. | 0.2 | $845.00 | $169.00 |
| 3/17/2020 | KCM | Mediation preparation. | 0.9 | $845.00 | $760.50 |
| 3/17/2020 | CG | Review communications re update to 2019 submission (.8); draft materials re same (.5). | 1.3 | $340.00 | $442.00 |
| 3/18/2020 | KCM | Teleconference w/ K. Feinberg re mediation. | 0.1 | $845.00 | $84.50 |
| 3/18/2020 | KCM | Mediation preparation. | 1.4 | $845.00 | $1,183.00 |
| 3/18/2020 | GMO | Prepare for hearing (0.4); attend hearing (2.9); draft memo re same (0.3); review and analyze correspondence from UCC and state groups re allocation (0.3). | 3.9 | $355.00 | $1,384.50 |
| 3/19/2020 | KCM | Plan/prepare for and attend mediation session. | 2.4 | $845.00 | $2,028.00 |
| 3/19/2020 | GMO | Prepare for call w/ mediators (0.4); call w/ mediators (3.8); draft memo re same (0.2). | 4.4 | $355.00 | $1,562.00 |
| 3/23/2020 | GMO | Attend call w/ UCC (0.4); draft memo re same (0.4). | 0.8 | $355.00 | $284.00 |
| 3/25/2020 | KCM | Review/analyze emergency relief fund materials and related communications. | 0.4 | $845.00 | $338.00 |
| 3/25/2020 | KCM | Plan/prepare for (0.2) and attend call w/ GMO and non-consenting states (1.4). | 1.6 | $845.00 | $1,352.00 |
| 3/25/2020 | GMO | Review and analyze updated emergency relief fund proposal and communications re same (0.4); review and summarize revisions to emergency relief fund proposal and review w/ UCC communications (1.6); prepare for call w/ non-consenting states (0.2); attend call w/ KCM non-consenting states re allocation/mediation issues (1.4). | 3.6 | $355.00 | $1,278.00 |
| 3/26/2020 | KCM | Communicate w/ mediators re schedule. | 0.2 | $845.00 | $169.00 |
| 3/26/2020 | GMO | Prepare for call w/ UCC (0.1); attend call w/ UCC (0.6). | 0.7 | $355.00 | $248.50 |
| 3/27/2020 | KCM | Teleconference w/ objecting states group re allocation issues. | 1.0 | $845.00 | $845.00 |
| 3/27/2020 | KCM | Review/analyze materials and communications re mediation and allocation. | 1.2 | $845.00 | $1,014.00 |
| 3/27/2020 | KCM | Review/analyze emergency relief fund communications. | 0.3 | $845.00 | $253.50 |

March 31, 2020
Invoice #:      335276

Page:      4

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/27/2020 | GMO | Prepare for follow-up call w/ NCS re allocation/mediation issues (0.2); attend call w/ NCS (1.1) draft memo re same (0.2). | 1.5 | $355.00 | $532.50 |
| 3/28/2020 | KCM | Communications re emergency relief fund and chambers conference. | 0.8 | $845.00 | $676.00 |
| 3/29/2020 | KCM | Plan/prepare for and attend call re chambers conference issues. | 1.0 | $845.00 | $845.00 |
| 3/29/2020 | KCM | Review/analyze mediation and emergency relief fund related materials and communications. | 0.4 | $845.00 | $338.00 |
| 3/30/2020 | KCM | Plan/prepare for and attend chambers conference. | 1.4 | $845.00 | $1,183.00 |
| 3/30/2020 | GMO | Prepare for chambers conference (0.8); attend same (1.4); draft memo re same (0.2). | 2.4 | $355.00 | $852.00 |
| 3/30/2020 | GMO | Prepare for UCC call (0.2); attend call w/ UCC (0.8); prepare memo re same (0.1). | 1.1 | $355.00 | $390.50 |
| 3/31/2020 | KCM | Call w/ GMO re case strategy and tasks. | 0.3 | $845.00 | $253.50 |
| 3/31/2020 | GMO | Call w/ KCM re case status and tasks (0.3) review and analyze UCC communications (0.1); review filings through 3/31 (0.5). | 0.9 | $355.00 | $319.50 |
| | | Total | 57.50 | | $27,641.00 |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 3/9/2020 | KCM | Communicate w/ S. Sanford and GMO re case status and next steps (.2); meet w/ GMO re same (.3). | 0.5 | $845.00 | $422.50 |
| 3/9/2020 | GMO | Call w/ S. Sanford and KCM re case status (0.2); draft and circulate correspondence to MSGE Group re case status (0.3); confer w/ KCM re same (0.3). | 0.8 | $355.00 | $284.00 |
| 3/10/2020 | GMO | Prepare for MSGE Group call re case status and update. | 0.9 | $355.00 | $319.50 |
| 3/11/2020 | KCM | Attend MSGE Group call re case status (1.0); confer w/ GMO re same (0.1). | 1.1 | $845.00 | $929.50 |
| 3/11/2020 | GMO | Confer w/ KCM re MSGE Group call re case status (0.1); attend call w/ MSGE Group re same (1.0). | 1.1 | $355.00 | $390.50 |
| 3/15/2020 | KCM | Teleconferences w/ S. Sanford re mediation. | 0.7 | $845.00 | $591.50 |
| 3/17/2020 | KCM | Teleconference w/ MSGE subcommittee re mediation. | 1.1 | $845.00 | $929.50 |
| 3/17/2020 | GMO | Correspond w/ MSGE Group re mediation meeting and update to 2019 statement. | 0.7 | $355.00 | $248.50 |
| 3/18/2020 | KCM | Client call w/ GMO re mediation (1.6); follow-up call w/ GMO and MSGE Group (.3). | 1.9 | $845.00 | $1,605.50 |
| 3/18/2020 | GMO | Attend call w/ KCM and MSGE Group re mediation issues (1.6); attend call w/ KCM and MSGE Group re follow-up mediation issues (.3). | 1.9 | $355.00 | $674.50 |

March 31, 2020
Invoice #:    335276

Page:    5

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .15 | **Committee Meetings/Conferences** | | | | |
| 3/19/2020 | KCM | Communicate w/ MSGE Group re mediation status. | 0.8 | $845.00 | $676.00 |
| 3/23/2020 | KCM | Communications w/ MSGE Group re emergency relief fund issues. | 0.4 | $845.00 | $338.00 |
| 3/31/2020 | GMO | Correspond w/ MSGE Group re case status (0.3); research re constituent inquiry (0.2). | 0.5 | $355.00 | $177.50 |
| | | Total | 12.40 | | $7,587.00 |
| .17 | **Docket Review & File Maintenance** | | | | |
| 3/9/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 3/10/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 3/12/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 3/16/2020 | BAW | Prepare materials re recent filings (.4); communications re same (.2). | 0.6 | $295.00 | $177.00 |
| 3/17/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 3/18/2020 | BAW | Prepare materials re recent filings (.6); communications re same (.2). | 0.8 | $295.00 | $236.00 |
| 3/20/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 3/23/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 3/24/2020 | BAW | Prepare materials re recent filings (.4); communications re same (.1). | 0.5 | $295.00 | $147.50 |
| 3/25/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 3/30/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| | | Total | 4.10 | | $1,209.50 |
| | | Total Professional Services | 77.9 | | $37,628.50 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| KCM | Kevin C. Maclay | Member | 21.5 | $845.00 | $18,167.50 |
| GMO | George M. O'Connor | Associate | 40.3 | $355.00 | $14,306.50 |
| CG | Cecilia Guerrero | Paralegal | 9.0 | $340.00 | $3,060.00 |
| BAW | Brigette A. Wolverton | Paralegal | 7.1 | $295.00 | $2,094.50 |

March 31, 2020
Invoice #:    335276

Page:    6

**DISBURSEMENTS**

| Date | Description of Disbursements | Amount |
|---|---|---|
| 03/02/2020 | Conf. Call - CourtCall 3/2 hr'g [.11] | $30.00 |
| | Total Disbursements | $30.00 |
| | | |
| | Total Services | $37,628.50 |
| | Total Disbursements | $30.00 |
| | Total Current Charges | $37,658.50 |

March 31, 2020
Invoice #:    335276

Page:    7

## TASK RECAP

| Services | | | Disbursements | |
|---|---|---|---|---|
| **Category** | **Hours** | **Amount** | **Category** | **Amount** |
| .04 | 3.90 | $1,191.00 | .11 | $30.00 |
| .11 | 57.50 | $27,641.00 | .16 | |
| .15 | 12.40 | $7,587.00 | | |
| .17 | 4.10 | $1,209.50 | | |
| | 77.90 | $37,628.50 | | $30.00 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CG | Cecilia Guerrero | .04 | 0.90 | $340.00 | $306.00 |
| BAW | Brigette A. Wolverton | .04 | 3.00 | $295.00 | $885.00 |
| KCM | Kevin C. Maclay | .11 | 15.00 | $845.00 | $12,675.00 |
| GMO | George M. O'Connor | .11 | 34.40 | $355.00 | $12,212.00 |
| CG | Cecilia Guerrero | .11 | 8.10 | $340.00 | $2,754.00 |
| KCM | Kevin C. Maclay | .15 | 6.50 | $845.00 | $5,492.50 |
| GMO | George M. O'Connor | .15 | 5.90 | $355.00 | $2,094.50 |
| BAW | Brigette A. Wolverton | .17 | 4.10 | $295.00 | $1,209.50 |
| | | | 77.90 | | $37,628.50 |