Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State
Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**EIGHTH MONTHLY FEE STATEMENT OF
CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH
RESPECT TO SERVICES RENDERED AS COUNSEL TO THE
MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD
<u>COMMENCING APRIL 1, 2020, THROUGH APRIL 30, 2020</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | April 1, 2020, through April 30, 2020 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $71,601.50 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $211.67 |
| **Total compensation requested in this statement:** | $57,281.20 (80% of $71,601.50) |
| **Total expenses requested in this statement:** | $211.67 |
| **Total compensation and expenses requested in this statement:** | $57,492.87 |

**This is a:**   _X_ monthly   ___ interim   ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Eighth Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing April 1, 2020, through April 30, 2020 (the "**Fee Period**").

2

**Itemization of Services Rendered and Disbursements Incurred**

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Caplin & Drysdale rendered 127.7 hours of professional services during the Fee Period, resulting in fees totaling $71,601.50. Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $57,281.20.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period. This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $571.30. The blended hourly rate of all paraprofessionals is $295.00. A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $211.67 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

3

**Notice**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 12, 2021                               Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State
Governmental Entities Group*

# EXHIBIT A

## SUMMARY OF SERVICES BY CATEGORY

### APRIL 1, 2020, THROUGH APRIL 30, 2020

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| .11 | Plan & Disclosure Statement | 95.3 | $56,167.50 |
| .15 | Committee Meetings/Conferences | 27.7 | $14,047.50 |
| .17 | Docket Review & File Maintenance | 4.7 | $1,386.50 |
| **TOTAL** | | **127.7** | **$71,601.50** |

# EXHIBIT B

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**

**APRIL 1, 2020, THROUGH APRIL 30, 2020**

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $845.00 | 53.4 | $45,123.00 |
| James P. Wehner | Member / 1995 / Bankruptcy | $795.00 | 0.9 | $715.50 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $355.00 | 68.5 | $24,317.50 |
| Brigette A. Wolverton | Paralegal / N/A / Bankruptcy | $295.00 | 4.9 | $1,445.50 |
| **TOTAL** | | | **127.7** | **$71,601.50** |

1

# EXHIBIT C

**SUMMARY OF EXPENSES**

**APRIL 1, 2020, THROUGH APRIL 30, 2020**

| Category | Amount |
|---|---:|
| Database Research | $211.67 |
| **TOTAL** | **$211.67** |

# EXHIBIT D



One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301

www.capdale.com

Multi-State Governmental Entities Group

Invoice #:   335277
Page:              1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through April 30, 2020

| | |
|---|---:|
| Total Services | $71,601.50 |
| Total Disbursements | $211.67 |
| Total Current Charges | $71,813.17 |

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**                                **Wire Transfer:**
Caplin & Drysdale, Chartered                         Receiving Bank: Bank of America
Attn: Accounts Receivable                            ABA Wire Routing Number: 026009593
One Thomas Circle NW, Suite 1100                     ABA ACH Routing Number: 054001204
Washington, DC 20005                                 Swift Code: BOFAUS3N
                                                     Beneficiary: Caplin & Drysdale, Chartered
                                                     Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
## ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Federal Tax I.D. No.: 52-1226629
www.capdale.com

Telephone: (202) 862-5000　　　　　　　　　　　　　　　　　　Fax: (202) 429-3301

Multi-State Governmental Entities Group　　　　　　April 30, 2020
　　　　　　　　　　　　　　　　　　　　　　　　　Invoice #:　335277
　　　　　　　　　　　　　　　　　　　　　　　　　Page:　1

RE: Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through April 30, 2020

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 4/2/2020 | KCM | Teleconference w/ GMO re case status and tasks. | 0.1 | $845.00 | $84.50 |
| 4/2/2020 | GMO | Call w/ KCM re case status. | 0.1 | $355.00 | $35.50 |
| 4/3/2020 | KCM | Calls w/ GMO re case status and tasks. | 0.4 | $845.00 | $338.00 |
| 4/3/2020 | GMO | Review filings and prepare for UCC call (0.2); attend call w/ UCC (1.3); calls w/ KCM re case status (0.4). | 1.9 | $355.00 | $674.50 |
| 4/5/2020 | KCM | Teleconference w/ D. Molton re case status. | 0.1 | $845.00 | $84.50 |
| 4/6/2020 | KCM | Communicate w/ Debtors re discovery issues. | 0.2 | $845.00 | $169.00 |
| 4/7/2020 | KCM | Call w/ GMO re case status. | 0.2 | $845.00 | $169.00 |
| 4/7/2020 | GMO | Review document production received from Debtors (1.2); call w/ KCM re case status (0.2); review correspondence from state groups re allocation (0.2). | 1.6 | $355.00 | $568.00 |
| 4/9/2020 | GMO | Attend meeting w/ ad hocs re mediation issues (2.1); draft memo re same (0.9). | 3.0 | $355.00 | $1,065.00 |
| 4/9/2020 | GMO | Attend call w/ UCC (0.3); draft memo re same (0.1). | 0.4 | $355.00 | $142.00 |
| 4/10/2020 | JPW | Review and analyze memo re UCC issues and related materials. | 0.9 | $795.00 | $715.50 |
| 4/10/2020 | GMO | Communications w/ nonconsenting states re allocation materials. | 0.4 | $355.00 | $142.00 |
| 4/11/2020 | KCM | Review/analyze materials and communications re mediation issues. | 0.9 | $845.00 | $760.50 |
| 4/13/2020 | KCM | Teleconference w/ AHC, S. Sanford and J. Simon re mediation. | 1.1 | $845.00 | $929.50 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/13/2020 | KCM | Review/analyze materials re mediation issues. | 1.3 | $845.00 | $1,098.50 |
| 4/13/2020 | GMO | Prepare for call w/ AHC re mediation (1.3); attend call w/ AHC re mediation (1.1); prepare for UCC call (0.1); attend call w/ UCC (0.6); draft memo re same (0.4); review and analyze filed claims of private entities against Debtors (0.8); review and analyze mediator communications and materials from state ad hocs for use in mediation (1.1). | 5.4 | $355.00 | $1,917.00 |
| 4/14/2020 | GMO | Review and analyze materials received from UCC re Chicago School Board motion (0.5); review, analyze and draft memo re recent filings (0.7); conduct research re mediation issue (1.3); review, analyze and annotate draft allocation term sheet received from NCS ad hoc (1.5). | 4.0 | $355.00 | $1,420.00 |
| 4/15/2020 | KCM | Communications w/ GMO re mediation status. | 0.2 | $845.00 | $169.00 |
| 4/16/2020 | GMO | Prepare for UCC call (0.3); attend call w/ UCC (0.6); review and analyze materials received from state ad hocs (0.3); review, analyze and draft memo re Chicago School Board motion to join mediation (0.4). | 1.6 | $355.00 | $568.00 |
| 4/17/2020 | KCM | Teleconference w/ veteran's counsel re mediation. | 0.6 | $845.00 | $507.00 |
| 4/17/2020 | KCM | Teleconference w/ GMO re mediation. | 0.1 | $845.00 | $84.50 |
| 4/17/2020 | KCM | Teleconference w/ A. Troop re mediation. | 0.1 | $845.00 | $84.50 |
| 4/17/2020 | KCM | Teleconference w/ AHC, NCSG, and clients and GMO. | 1.3 | $845.00 | $1,098.50 |
| 4/17/2020 | KCM | Review/analyze communications and materials re mediation and allocation issues. | 1.6 | $845.00 | $1,352.00 |
| 4/17/2020 | GMO | Call w/ Debtors re Pinal County action. | 0.3 | $355.00 | $106.50 |
| 4/17/2020 | GMO | Attend call w/ Debtors re Pinal County Action (0.2); call w/ KCM re mediation (0.1); draft memo same (0.2). | 0.5 | $355.00 | $177.50 |
| 4/17/2020 | GMO | Prepare for call w/ state ad hocs re mediation (0.3); call w/ KCM, state ad hocs, non-consenting states and clients re mediation and allocation issues (1.3). | 1.6 | $355.00 | $568.00 |
| 4/19/2020 | KCM | Review/analyze mediation materials and communications. | 2.9 | $845.00 | $2,450.50 |
| 4/20/2020 | KCM | Plan/prepare for mediation and attend MSGE Group and subgroup calls. | 3.4 | $845.00 | $2,873.00 |
| 4/20/2020 | KCM | Teleconferences w/ veterans' counsel re mediation. | 0.5 | $845.00 | $422.50 |
| 4/20/2020 | KCM | Teleconference w/ A. Preis re mediation. | 0.2 | $845.00 | $169.00 |

April 30, 2020
Invoice #:    335277

Page:    3

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 4/20/2020 | GMO | Prepare for UCC call (0.1); attend call w/ UCC (0.5); review and analyze presentation slides and supplemental information re private claimants (0.8). | 1.4 | $355.00 | $497.00 |
| 4/21/2020 | KCM | Plan/prepare for mediation. | 0.4 | $845.00 | $338.00 |
| 4/21/2020 | KCM | Attend mediation. | 5.6 | $845.00 | $4,732.00 |
| 4/21/2020 | KCM | Teleconference w/ GMO re mediation. | 0.1 | $845.00 | $84.50 |
| 4/21/2020 | KCM | Teleconference w/ GMO re proofs of claim and next steps. | 0.5 | $845.00 | $422.50 |
| 4/21/2020 | GMO | Conference w/ mediators (5.6); calls w/ KCM re proofs of claim and mediation (0.6). | 6.2 | $355.00 | $2,201.00 |
| 4/22/2020 | KCM | Teleconference w/ GMO, AHC and NCSG and clients. | 2.0 | $845.00 | $1,690.00 |
| 4/22/2020 | KCM | Plan/prepare for mediation. | 1.1 | $845.00 | $929.50 |
| 4/22/2020 | KCM | Attend mediation. | 0.6 | $845.00 | $507.00 |
| 4/22/2020 | GMO | Attend hearing (1.9); draft memo re same (0.2); review, analyze and annotate AHC intrastate allocation proposal (0.6); attend call w/ KCM, AHC, NCSG and clients re mediation (2.0); teleconference w/ mediators (0.6). | 5.3 | $355.00 | $1,881.50 |
| 4/23/2020 | KCM | Teleconference w/ GMO re next steps. | 0.5 | $845.00 | $422.50 |
| 4/23/2020 | KCM | Attend teleconference w/ AHC and NCSG. | 2.1 | $845.00 | $1,774.50 |
| 4/23/2020 | KCM | Review/analyze mediation-related materials. | 0.8 | $845.00 | $676.00 |
| 4/23/2020 | KCM | Review/analyze proof of claim materials. | 0.9 | $845.00 | $760.50 |
| 4/23/2020 | GMO | Prepare for calls w/ state ad hocs (0.6); prepare for UCC call (0.1); call w/ KCM re case strategy and allocation issues (0.5); attend call w/ KCM, state ad hocs and non-consenting states re intrastate allocation issues (2.1). | 3.3 | $355.00 | $1,171.50 |
| 4/24/2020 | KCM | Plan/prepare for mediation call and review/analyze related materials. | 0.8 | $845.00 | $676.00 |
| 4/24/2020 | KCM | Attend mediation call w/ AHC and NCSG. | 2.0 | $845.00 | $1,690.00 |
| 4/24/2020 | KCM | Teleconference w/ GMO and A. Preis re private side issues and UCC positions (.5); call w/ GMO re same (.2). | 0.7 | $845.00 | $591.50 |
| 4/24/2020 | KCM | Review/analyze allocation and mediation emails and related documents (.7); call w/ GMO re same (.2). | 0.9 | $845.00 | $760.50 |
| 4/24/2020 | GMO | Prepare for meeting w/ state ad hocs re intrastate allocation (0.4); meet w/ state ad hocs re same (2.0); call w/ KCM re same (0.2); call w/ KCM re UCC (0.2); prepare for call w/ A. Preis re case status (0.3); attend call w/ KCM and A. Preis re case status (0.5). | 3.6 | $355.00 | $1,278.00 |

April 30, 2020
Invoice #:   335277

Page:   4

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 4/24/2020 | BAW | Factual research re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 4/27/2020 | KCM | Review/analyze proof of claim materials and review/edit template re proof of claim. | 1.5 | $845.00 | $1,267.50 |
| 4/27/2020 | KCM | Teleconference w/ GMO re proofs of claim and next steps. | 0.6 | $845.00 | $507.00 |
| 4/27/2020 | GMO | Call w/ KCM re proofs of claim (0.6); prepare for UCC call (0.2); attend call w/ UCC (0.9); research re proofs of claim (0.6). | 2.3 | $355.00 | $816.50 |
| 4/28/2020 | KCM | Teleconference w/ D. Molton re mediation. | 0.1 | $845.00 | $84.50 |
| 4/28/2020 | KCM | Review analyze materials re proofs of claim and mediation issues. | 1.3 | $845.00 | $1,098.50 |
| 4/29/2020 | KCM | Email communications w/ AHC and NCSG counsel re mediation. | 0.2 | $845.00 | $169.00 |
| 4/29/2020 | KCM | Teleconference w/ D. Molton re mediation. | 0.1 | $845.00 | $84.50 |
| 4/29/2020 | KCM | Teleconference w/ AHC, clients and GMO re mediation and allocation issues. | 1.5 | $845.00 | $1,267.50 |
| 4/29/2020 | KCM | Teleconference w/ GMO re allocation and proof of claim issues. | 1.6 | $845.00 | $1,352.00 |
| 4/29/2020 | GMO | Teleconference w/ AHC, clients and KCM re mediation and allocation issues. | 1.5 | $355.00 | $532.50 |
| 4/29/2020 | GMO | Teleconference w/ KCM re allocation and proof of claim issues. | 1.6 | $355.00 | $568.00 |
| 4/30/2020 | KCM | Teleconference w/ D. Molton re mediation and allocation issues. | 0.6 | $845.00 | $507.00 |
| 4/30/2020 | KCM | Plan/prepare for AHC/NCSG working group call and review/analyze related materials. | 0.8 | $845.00 | $676.00 |
| 4/30/2020 | KCM | Attend working group call re mediation. | 2.3 | $845.00 | $1,943.50 |
| 4/30/2020 | GMO | Review and analyze filings re Sackler discovery and prepare for 5/1 hearing re same. | 1.1 | $355.00 | $390.50 |
| 4/30/2020 | GMO | Attend working group call re mediation. | 2.3 | $355.00 | $816.50 |
| | | **Total** | **95.30** | | **$56,167.50** |
| .15 | **Committee Meetings/Conferences** | | | | |
| 4/3/2020 | KCM | Attend MSGE Group call re case status. | 0.7 | $845.00 | $591.50 |
| 4/3/2020 | GMO | Prepare for MSGE Group call (0.9); attend call w/ MSGE Group re case status (0.7). | 1.6 | $355.00 | $568.00 |
| 4/7/2020 | GMO | Prepare for MSGE Group call re case status and mediation. | 0.7 | $355.00 | $248.50 |
| 4/13/2020 | KCM | Teleconference w/ S. Sanford and J. Simon re mediation. | 0.8 | $845.00 | $676.00 |
| 4/14/2020 | GMO | Attend conference w/ MSGE Group re mediation. | 1.1 | $355.00 | $390.50 |

April 30, 2020
Invoice #:   335277

Page:   5

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .15 | **Committee Meetings/Conferences** | | | | |
| 4/15/2020 | GMO | Attend call w/ S. Sanford re mediation status (0.4); call w/ KCM re same (0.2); review and analyze mediation materials re constituent inquiry (0.9); research re constituent inquiry (1.4); draft email correspondence to MSGE Group re constituent inquiry (0.5). | 3.4 | $355.00 | $1,207.00 |
| 4/16/2020 | KCM | Attend MSGE Group call re mediation. | 1.2 | $845.00 | $1,014.00 |
| 4/16/2020 | GMO | Prepare for MSGE meeting (0.4); meet w/ MSGE Group re mediation (1.3). | 1.7 | $355.00 | $603.50 |
| 4/17/2020 | KCM | Teleconferences w/ S. Sanford re mediation. | 0.7 | $845.00 | $591.50 |
| 4/17/2020 | KCM | Attend MSGE Group call re mediation presentations. | 0.7 | $845.00 | $591.50 |
| 4/17/2020 | GMO | Review and analyze updated MSGE Group mediation materials (0.7); attend call w/ MSGE Group re mediation (0.7). | 1.4 | $355.00 | $497.00 |
| 4/20/2020 | GMO | Attend all w/ MSGE allocation subgroup re allocation issues (1.5); attend calls w/ MSGE allocation subgroup re mediation status (1.6). | 3.1 | $355.00 | $1,100.50 |
| 4/21/2020 | KCM | Client communications re mediation and proofs of claim. | 0.3 | $845.00 | $253.50 |
| 4/22/2020 | KCM | Attend MSGE Group call re allocation. | 0.5 | $845.00 | $422.50 |
| 4/22/2020 | GMO | Attend call w/ MSGE mediation subcommittee re mediation. | 0.5 | $355.00 | $177.50 |
| 4/23/2020 | KCM | Attend MSGE Group call re mediation. | 0.5 | $845.00 | $422.50 |
| 4/23/2020 | GMO | Attend meeting w/ MSGE Group re mediation. | 0.5 | $355.00 | $177.50 |
| 4/24/2020 | KCM | Teleconference w/ GMO and S. Sanford re mediation issues. | 0.6 | $845.00 | $507.00 |
| 4/24/2020 | GMO | Attend call w/ KCM and S. Sanford re case status (0.6); correspond w/ MSGE Group members re claim forms (0.3). | 0.9 | $355.00 | $319.50 |
| 4/27/2020 | KCM | Teleconference w/ J. Simon and S. Sanford re proof of claim issues. | 0.5 | $845.00 | $422.50 |
| 4/28/2020 | KCM | Teleconference w/ S. Sanford re mediation. | 0.2 | $845.00 | $169.00 |
| 4/28/2020 | GMO | Draft memo re constituent inquiry (1.2); research re same (1.1). | 2.3 | $355.00 | $816.50 |
| 4/28/2020 | GMO | Review, analyze and prepare materials for 4/29 MSGE Group meeting. | 0.4 | $355.00 | $142.00 |
| 4/29/2020 | KCM | Teleconference w/ A. Callis, J. Garvey and GMO re proof of claim issues. | 0.4 | $845.00 | $338.00 |
| 4/29/2020 | KCM | Communications w/ MSGE Group re mediation status. | 0.4 | $845.00 | $338.00 |
| 4/29/2020 | KCM | Attend call w/ MSGE Group re proofs of claim. | 1.1 | $845.00 | $929.50 |
| 4/29/2020 | GMO | Attend call w/ KCM, J. Garvey, A. Callis re case status and issues (0.4); attend call w/ MSGE Group re proofs of claim (1.1). | 1.5 | $355.00 | $532.50 |

April 30, 2020
Invoice #:    335277

Page:    6

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .15 | Committee Meetings/Conferences | | | | |
| | | Total | 27.70 | | $14,047.50 |
| .17 | Docket Review & File Maintenance | | | | |
| 4/1/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 4/2/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 4/3/2020 | BAW | Prepare materials re recent filings (.3); communications re same (.1). | 0.4 | $295.00 | $118.00 |
| 4/7/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 4/8/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 4/9/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 4/13/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 4/14/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 4/15/2020 | BAW | Prepare materials re recent filings (.4); communications re same (.1). | 0.5 | $295.00 | $147.50 |
| 4/17/2020 | BAW | Factual research re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 4/20/2020 | BAW | Prepare materials re recent filings (.3); communications re same (.1). | 0.4 | $295.00 | $118.00 |
| 4/22/2020 | BAW | Prepare materials re recent filings (.3); communications re same (.1). | 0.4 | $295.00 | $118.00 |
| 4/27/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 4/29/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 4/30/2020 | BAW | Prepare materials re recent filings (.3); communications re same (.1). | 0.4 | $295.00 | $118.00 |
| | | Total | 4.70 | | $1,386.50 |
| | | Total Professional Services | 127.7 | | $71,601.50 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| KCM | Kevin C. Maclay | Member | 53.4 | $845.00 | $45,123.00 |
| JPW | James P. Wehner | Member | 0.9 | $795.00 | $715.50 |
| GMO | George M. O'Connor | Associate | 68.5 | $355.00 | $24,317.50 |
| BAW | Brigette A. Wolverton | Paralegal | 4.9 | $295.00 | $1,445.50 |

**DISBURSEMENTS**

| Date | Description of Disbursements | Amount |
|---|---|---:|
| 04/30/2020 | Database Research Westlaw - GMO - Apr. 15, 2020 [.11] | $211.67 |
| | Total Disbursements | $211.67 |
| | | |
| | Total Services | $71,601.50 |
| | Total Disbursements | $211.67 |
| | Total Current Charges | $71,813.17 |

April 30, 2020
Invoice #:     335277

Page:     8

## TASK RECAP

| Services | | | Disbursements | |
|---|---|---|---|---|
| **Category** | **Hours** | **Amount** | **Category** | **Amount** |
| .04 | | | .04 | |
| .11 | 95.30 | $56,167.50 | .11 | $211.67 |
| .15 | 27.70 | $14,047.50 | | |
| .17 | 4.70 | $1,386.50 | | |
| | 127.70 | $71,601.50 | | $211.67 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| KCM | Kevin C. Maclay | .11 | 44.80 | $845.00 | $37,856.00 |
| JPW | James P. Wehner | .11 | 0.90 | $795.00 | $715.50 |
| GMO | George M. O'Connor | .11 | 49.40 | $355.00 | $17,537.00 |
| BAW | Brigette A. Wolverton | .11 | 0.20 | $295.00 | $59.00 |
| KCM | Kevin C. Maclay | .15 | 8.60 | $845.00 | $7,267.00 |
| GMO | George M. O'Connor | .15 | 19.10 | $355.00 | $6,780.50 |
| BAW | Brigette A. Wolverton | .17 | 4.70 | $295.00 | $1,386.50 |
| | | | 127.70 | | $71,601.50 |