Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State
Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NINTH MONTHLY FEE STATEMENT OF
CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH
RESPECT TO SERVICES RENDERED AS COUNSEL TO THE
MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD
<u>COMMENCING MAY 1, 2020, THROUGH MAY 31, 2020</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | May 1, 2020, through May 31, 2020 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $71,112.50 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $0.00 |
| **Total compensation requested in this statement:** | $56,890.00 (80% of $71,112.50) |
| **Total expenses requested in this statement:** | $0.00 |
| **Total compensation and expenses requested in this statement:** | $56,890.00 |

**This is a:**     _X_ monthly         ___ interim         ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Ninth Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing May 1, 2020, through May 31, 2020 (the "**Fee Period**").

2

**Itemization of Services Rendered and Disbursements Incurred**

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Caplin & Drysdale rendered 132.2 hours of professional services during the Fee Period, resulting in fees totaling $71,112.50. Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $56,890.00.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period. This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $582.51. The blended hourly rate of all paraprofessionals is $325.07. A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $0.00 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

3

**Notice**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 12, 2021

Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State Governmental Entities Group*

# EXHIBIT A

**SUMMARY OF SERVICES BY CATEGORY**

**MAY 1, 2020, THROUGH MAY 31, 2020**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| .04 | Case Administration | 0.8 | $272.00 |
| .11 | Plan & Disclosure Statement | 100.5 | $53,552.00 |
| .15 | Committee Meetings/Conferences | 27.6 | $16,315.00 |
| .17 | Docket Review & File Maintenance | 3.3 | $973.50 |
| **TOTAL** |  | **132.2** | **$71,112.50** |

1

# EXHIBIT B

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**

**MAY 1, 2020, THROUGH MAY 31, 2020**

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $845.00 | 50.3 | $42,503.50 |
| James P. Wehner | Member / 1995 / Bankruptcy | $795.00 | 0.4 | $318.00 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $795.00 | 0.1 | $79.50 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $355.00 | 58.5 | $20,767.50 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $340.00 | 15.3 | $5,202.00 |
| Brigette A. Wolverton | Paralegal / N/A / Bankruptcy | $295.00 | 7.6 | $2,242.00 |
| **TOTAL** | | | **132.2** | **$71,112.50** |

1

# EXHIBIT C

## SUMMARY OF EXPENSES

### MAY 1, 2020, THROUGH MAY 31, 2020

| Category | Amount |
|---|---:|
| **TOTAL** | **$0.00** |

# EXHIBIT D



| Telephone: (202) 862-5000 | One Thomas Circle NW, Suite 1100<br>Washington, DC 20005<br>Federal Tax I.D. No.: 52-1226629<br>www.capdale.com | Fax: (202) 429-3301 |

Multi-State Governmental Entities Group

|  | Invoice #: | 335278 |
|--|--|--|
|  | Page: | 1 |

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through May 31, 2020

| Total Services | $71,112.50 |
|--|--|
| Total Current Charges | $71,112.50 |

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
### ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

May 31, 2020
Invoice #:    335278
Page:               1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through May 31, 2020

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .04 | **Case Administration & Calendar Control** | | | | |
| 5/8/2020 | CG | Update docketing calendar. | 0.4 | $340.00 | $136.00 |
| 5/14/2020 | CG | Registration for telephonic appearance re upcoming hearing. | 0.1 | $340.00 | $34.00 |
| 5/31/2020 | CG | Review recent filings and update docketing calendar re same. | 0.3 | $340.00 | $102.00 |
| | | **Total** | **0.80** | | **$272.00** |
| .11 | **Plan & Disclosure Statement** | | | | |
| 5/1/2020 | KCM | Attend call w/ AHC re mediation status. | 1.7 | $845.00 | $1,436.50 |
| 5/1/2020 | KCM | Teleconference w/ GMO case status and tasks. | 0.4 | $845.00 | $338.00 |
| 5/1/2020 | GMO | Attend call w/ AHC re mediation status (1.7); attend remote hearing (2.4); call w/ KCM re mediation issues (0.4). | 4.5 | $355.00 | $1,597.50 |
| 5/3/2020 | KCM | Review/analyze materials and communications re mediation issues. | 0.9 | $845.00 | $760.50 |
| 5/4/2020 | KCM | Teleconference w/ GMO, AHC re mediation issues. | 1.5 | $845.00 | $1,267.50 |
| 5/4/2020 | GMO | Prepare for MSGE Group call w/ AHC municipalities (0.2); call w/ KCM, MSGE Group and AHC municipalities (1.5). | 1.7 | $355.00 | $603.50 |
| 5/4/2020 | BAW | Communications re upcoming proof of claim project. | 0.2 | $295.00 | $59.00 |
| 5/5/2020 | KCM | Attend AHC call re mediation. | 1.1 | $845.00 | $929.50 |
| 5/5/2020 | GMO | Attend call w/ AHC subdivisions re mediation. | 1.1 | $355.00 | $390.50 |
| 5/5/2020 | GMO | Prepare for call w/ AHC localities (0.2); review, analyze and revise MSGE entities list (0.8). | 1.0 | $355.00 | $355.00 |

May 31, 2020
Invoice #: 335278

Page: 2

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 5/6/2020 | GMO | Prepare for mediation (0.5); attend same (2.1). | 2.6 | $355.00 | $923.00 |
| 5/6/2020 | CG | Review communications re updates to entities list re 2019 statement (.3); revise entities list re same (.7). | 1.0 | $340.00 | $340.00 |
| 5/7/2020 | JAL | Telephone call w/ KCM re status and next steps. | 0.1 | $795.00 | $79.50 |
| 5/7/2020 | KCM | Teleconference w/ JAL re case status. | 0.1 | $845.00 | $84.50 |
| 5/7/2020 | GMO | Prepare for call w/ state ad hocs re mediation status (0.6); attend call re same (1.7); review and analyze UCC communications re bar date (0.7). | 2.1 | $355.00 | $745.50 |
| 5/8/2020 | KCM | Attend AHC/NCSG call. | 0.8 | $845.00 | $676.00 |
| 5/8/2020 | KCM | Communicate w/ mediator re status. | 0.1 | $845.00 | $84.50 |
| 5/8/2020 | GMO | Prepare for call w/ NCSG re mediation (0.3); attend call w/ NCSG (1.6). | 1.9 | $355.00 | $674.50 |
| 5/9/2020 | KCM | Attend AHC call w/ MSGE Group and GMO. | 1.7 | $845.00 | $1,436.50 |
| 5/9/2020 | GMO | Call w/ ad hoc committee, MSGE Group and KCM re mediation. | 1.7 | $355.00 | $603.50 |
| 5/10/2020 | KCM | Teleconference w/ mediator re status. | 0.7 | $845.00 | $591.50 |
| 5/11/2020 | GMO | Attend call w/ UCC re mediation. | 1.0 | $355.00 | $355.00 |
| 5/12/2020 | KCM | Attend AHC call re mediation. | 0.9 | $845.00 | $760.50 |
| 5/12/2020 | KCM | Teleconference w/ GMO re case status and tasks. | 0.7 | $845.00 | $591.50 |
| 5/12/2020 | KCM | Teleconference w/ D. Molton re mediation. | 0.2 | $845.00 | $169.00 |
| 5/12/2020 | GMO | Prepare for call w/ ad hoc committee re mediation (0.6); attend call w/ ad hoc committee (0.9); draft memo re same (0.2); call w/ KCM re case status and tasks (0.7). | 2.4 | $355.00 | $852.00 |
| 5/12/2020 | CG | Review communications re updates to entities list re 2019 statement (.4); revise entities list re same (.5). | 0.9 | $340.00 | $306.00 |
| 5/13/2020 | KCM | Teleconferences w/ D. Molton re mediation. | 0.2 | $845.00 | $169.00 |
| 5/13/2020 | GMO | Prepare for call w/ ad hoc committee (0.5); attend call w/ ad hoc committee re same (1.2); review and analyze Debtors' application to employ claims consultant and related declarations (0.2). | 1.9 | $355.00 | $674.50 |
| 5/14/2020 | KCM | Teleconference w/ J. McClammy re case status. | 0.2 | $845.00 | $169.00 |
| 5/14/2020 | KCM | Teleconference w/ GMO re proofs of claim and 2019 statement issues. | 0.3 | $845.00 | $253.50 |
| 5/14/2020 | KCM | Communications w/ mediators re status. | 0.4 | $845.00 | $338.00 |
| 5/14/2020 | GMO | Prepare for UCC call (0.3); attend call w/ UCC (1.2); call w/ KCM re case status (0.3). | 1.8 | $355.00 | $639.00 |
| 5/15/2020 | KCM | Teleconference w/ D. Molton re case status. | 0.1 | $845.00 | $84.50 |

May 31, 2020
Invoice #:     335278

Page:     3

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 5/15/2020 | BAW | Communication w/ GMO re claims project (.5); call w/ CG re same (.3); prepare materials re recent filings (.2); communications re same (.1). | 1.1 | $295.00 | $324.50 |
| 5/15/2020 | CG | Call w/ BAW re claims project. | 0.3 | $340.00 | $102.00 |
| 5/16/2020 | GMO | Review, analyze and draft memo re updated allocation term sheet. | 0.7 | $355.00 | $248.50 |
| 5/18/2020 | KCM | Teleconference w/ AHC Group re mediation issues. | 1.9 | $845.00 | $1,605.50 |
| 5/18/2020 | KCM | Teleconference w/ D. Molton re mediation issues. | 0.1 | $845.00 | $84.50 |
| 5/18/2020 | KCM | Call w/ mediators re status. | 0.7 | $845.00 | $591.50 |
| 5/18/2020 | GMO | Prepare for call w/ ad hoc committee (.7); call w/ AHC re allocation (1.9); prepare for call w/ mediators (0.4); attend call w/ mediators (0.7); follow-up call w/ AHC re allocation (1.2). | 4.9 | $355.00 | $1,739.50 |
| 5/18/2020 | BAW | Factual research re claims register. | 0.3 | $295.00 | $88.50 |
| 5/19/2020 | KCM | Teleconference w/ J. McClammy re case status. | 0.1 | $845.00 | $84.50 |
| 5/19/2020 | KCM | Teleconference w/ D. Molton re case status. | 0.3 | $845.00 | $253.50 |
| 5/19/2020 | GMO | Review and analyze revised proof of claim form and proposed attachments for governmental entities. | 0.6 | $355.00 | $213.00 |
| 5/20/2020 | GMO | Review, analyze and draft memo re UCC communications and IAC valuation. | 0.9 | $355.00 | $319.50 |
| 5/20/2020 | BAW | Prepare materials re recent filings (.3); communications re same (.1). | 0.4 | $295.00 | $118.00 |
| 5/21/2020 | KCM | Teleconference w/ A. Troop re mediation issues. | 0.4 | $845.00 | $338.00 |
| 5/21/2020 | KCM | Teleconference w/ D. Molton re mediation issues. | 0.3 | $845.00 | $253.50 |
| 5/21/2020 | GMO | Prepare for UCC call re mediation (0.2); attend call w/ UCC (0.4). | 0.6 | $355.00 | $213.00 |
| 5/22/2020 | KCM | Call w/ AHC, NCSG, S. Sanford, and J. Simon. | 1.9 | $845.00 | $1,605.50 |
| 5/22/2020 | KCM | Teleconference w/ mediator re meeting logistics and related issues. | 0.2 | $845.00 | $169.00 |
| 5/22/2020 | KCM | Review and analyze mediation communications re term sheet issues. | 0.4 | $845.00 | $338.00 |
| 5/22/2020 | GMO | Prepare for working group session w/ AHC (0.3); meet w/ AHC re mediation/allocation issues (1.9). | 2.2 | $355.00 | $781.00 |
| 5/22/2020 | BAW | Factual research re recent filings. | 0.2 | $295.00 | $59.00 |
| 5/23/2020 | KCM | Review/analyze revised term sheet and plan/prepare next steps. | 1.3 | $845.00 | $1,098.50 |
| 5/24/2020 | KCM | Teleconference w/ mediator re status. | 0.6 | $845.00 | $507.00 |
| 5/24/2020 | KCM | Teleconference w/ GMO re case status and tasks. | 0.2 | $845.00 | $169.00 |

May 31, 2020
Invoice #:     335278

Page:     4

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 5/24/2020 | GMO | Call w/ KCM re case status (0.2); review and revise term sheet issues and communications w/ state ad hocs (0.7). | 0.9 | $355.00 | $319.50 |
| 5/25/2020 | KCM | Teleconference w/ D. Molton re mediation. | 0.1 | $845.00 | $84.50 |
| 5/25/2020 | KCM | Communicate w/ mediators re status. | 0.2 | $845.00 | $169.00 |
| 5/25/2020 | KCM | Review, analyze and edit revised abatement term sheet and review/analyze related materials. | 2.3 | $845.00 | $1,943.50 |
| 5/26/2020 | GMO | Prepare for UCC call (0.3); attend call w/ UCC (1.0). | 1.3 | $355.00 | $461.50 |
| 5/26/2020 | BAW | Review correspondence re available claims information. | 0.2 | $295.00 | $59.00 |
| 5/26/2020 | CG | Review communications re entities list re 2019 statement (.3); review and revise list re same (1.1). | 1.4 | $340.00 | $476.00 |
| 5/27/2020 | KCM | Plan/prepare for and attend mediation call. | 2.9 | $845.00 | $2,450.50 |
| 5/27/2020 | BAW | Prepare materials re claims report data (.5); research and prepare bar date materials (1.2). | 1.7 | $295.00 | $501.50 |
| 5/27/2020 | CG | Review communications re entities list for 2019 statement. | 0.3 | $340.00 | $102.00 |
| 5/28/2020 | KCM | Teleconference w/ J. McClammy re bar date. | 0.2 | $845.00 | $169.00 |
| 5/28/2020 | KCM | Teleconference w/ D. Molton re case status. | 0.1 | $845.00 | $84.50 |
| 5/28/2020 | KCM | Draft/revise bar date brief and review/analyze related filings and materials. | 3.1 | $845.00 | $2,619.50 |
| 5/28/2020 | GMO | Prepare for UCC call (0.2); attend call w/ UCC (1.0); research re mediation issue (0.5). | 1.7 | $355.00 | $603.50 |
| 5/28/2020 | BAW | Review claims information. | 0.2 | $295.00 | $59.00 |
| 5/28/2020 | CG | Communications w/ KCM, GMO re upcoming hearing logistics (.1); review and revise entities list re 2019 statement (2.1). | 2.2 | $340.00 | $748.00 |
| 5/29/2020 | JPW | Review and analyze statement re bar date extension. | 0.4 | $795.00 | $318.00 |
| 5/29/2020 | KCM | Teleconference w/ D. Molton re case status. | 0.1 | $845.00 | $84.50 |
| 5/29/2020 | KCM | Attend AHC call re mediation issues. | 0.8 | $845.00 | $676.00 |
| 5/29/2020 | KCM | Teleconference w/ K. Feinberg re mediation. | 0.1 | $845.00 | $84.50 |
| 5/29/2020 | KCM | Teleconference w/ A. Troop re mediation. | 0.2 | $845.00 | $169.00 |
| 5/29/2020 | KCM | Plan/prepare for (.5) and attend mediation call (1.1); calls w/ GMO re case status (.3). | 1.9 | $845.00 | $1,605.50 |
| 5/29/2020 | GMO | Review, analyze and revise motion to extend bar date (2.6); calls w/ KCM re case status and mediation (0.3); attend call w/ ad hoc committee and nonconsenting states re mediation (1.1). | 4.0 | $355.00 | $1,420.00 |
| 5/29/2020 | GMO | Review summaries of Debtors' discovery posted to data room. | 0.7 | $355.00 | $248.50 |

May 31, 2020
Invoice #: 335278

Page: 5

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 5/29/2020 | CG | Update docketing calendar (.1); schedule CourtSolutions telephonic appearances (.2). | 0.3 | $340.00 | $102.00 |
| 5/29/2020 | CG | Review and revise entities list re 2019 statement (1.6); review communications re same (.5); communications w/ GMO re same (.3). | 2.4 | $340.00 | $816.00 |
| 5/30/2020 | KCM | Teleconference w/ D. Molton re case status. | 0.4 | $845.00 | $338.00 |
| 5/30/2020 | KCM | Teleconferences w/ mediator. | 0.2 | $845.00 | $169.00 |
| 5/30/2020 | CG | Review communications re upcoming filing. | 0.2 | $340.00 | $68.00 |
| 5/31/2020 | KCM | Teleconference w/ mediator. | 0.1 | $845.00 | $84.50 |
| 5/31/2020 | KCM | Work on abatement term sheet and review/revise related materials. | 3.9 | $845.00 | $3,295.50 |
| 5/31/2020 | GMO | Review and analyze update from AHC/NCS re mediation. | 2.0 | $355.00 | $710.00 |
| 5/31/2020 | CG | Review, revise, citecheck, and finalize statement in support of extending general bar date (1.1); file, prepare, and execute service re same (.3); update and prepare materials re entities list re 2019 statement (4.1). | 5.5 | $340.00 | $1,870.00 |
| | | Total | 100.50 | | $53,552.00 |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 5/1/2020 | KCM | Teleconference w/ S. Sanford and GMO re case update and next steps. | 0.9 | $845.00 | $760.50 |
| 5/1/2020 | GMO | Attend call w/ KCM and S. Sanford re mediation status. | 0.9 | $355.00 | $319.50 |
| 5/3/2020 | KCM | Attend MSGE Group call re mediation issues. | 2.3 | $845.00 | $1,943.50 |
| 5/5/2020 | KCM | Teleconference w/ S. Sanford re case update. | 0.3 | $845.00 | $253.50 |
| 5/10/2020 | KCM | Teleconference w/ S. Sanford re mediation. | 0.2 | $845.00 | $169.00 |
| 5/11/2020 | KCM | Teleconference w/ S. Sanford re mediation. | 0.6 | $845.00 | $507.00 |
| 5/13/2020 | KCM | Attend MSGE Group call re mediation. | 1.2 | $845.00 | $1,014.00 |
| 5/13/2020 | KCM | Teleconference w/ S. Sanford re mediation. | 0.1 | $845.00 | $84.50 |
| 5/14/2020 | KCM | Teleconference w/ S. Sanford re mediation. | 0.1 | $845.00 | $84.50 |
| 5/18/2020 | KCM | Call w/ S. Sanford, J. Cicala and D. Hegar re proofs of claim. | 0.4 | $845.00 | $338.00 |
| 5/19/2020 | GMO | Correspond w/ J. Pruzansky re proof of claim form. | 0.1 | $355.00 | $35.50 |
| 5/22/2020 | KCM | Teleconference w/ S. Sanford re next steps. | 0.2 | $845.00 | $169.00 |
| 5/22/2020 | KCM | Teleconference w/ J. Simon re mediation issue. | 0.4 | $845.00 | $338.00 |
| 5/24/2020 | KCM | Teleconferences w/ S. Sanford re mediation issues, term sheet and next steps. | 0.4 | $845.00 | $338.00 |
| 5/24/2020 | KCM | Teleconference w/ S. Sanford and GMO re term sheet and next steps. | 1.3 | $845.00 | $1,098.50 |

May 31, 2020
Invoice #:       335278

Page:       6

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .15 | **Committee Meetings/Conferences** | | | | |
| 5/24/2020 | GMO | Attend call w/ KCM and S. Sanford re term sheet and next steps. | 1.3 | $355.00 | $461.50 |
| 5/25/2020 | KCM | Teleconference w/ S. Sanford and GMO re mediation term sheet. | 0.8 | $845.00 | $676.00 |
| 5/25/2020 | GMO | Call w/ KCM and S. Sanford re term sheet and mediation strategy (0.8); revise term sheet and circulate to group (2.1). | 2.9 | $355.00 | $1,029.50 |
| 5/26/2020 | KCM | Teleconferences w/ S. Sanford and GMO re mediation. | 0.4 | $845.00 | $338.00 |
| 5/26/2020 | GMO | Call w/ KCM and S. Sanford re mediation (0.4); call w/ J. Pruzansky re mediation status (0.4). | 0.8 | $355.00 | $284.00 |
| 5/27/2020 | KCM | Teleconference w/ J. Simon re case status. | 0.3 | $845.00 | $253.50 |
| 5/27/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.2 | $845.00 | $169.00 |
| 5/28/2020 | KCM | Attend MSGE Group call re status (.6); calls w/ GMO re same (.4). | 1.0 | $845.00 | $845.00 |
| 5/28/2020 | KCM | Teleconference w/ S. Sanford re case update. | 0.3 | $845.00 | $253.50 |
| 5/28/2020 | GMO | Attend call w/ MSGE Group re mediation (0.5); research re constituent inquiry (3.8); draft communications to MSGE Group re mediation (0.6); call w/ KCM re group call (0.4). | 5.3 | $355.00 | $1,881.50 |
| 5/29/2020 | KCM | Attend MSGE Group call re case status and next steps. | 1.3 | $845.00 | $1,098.50 |
| 5/29/2020 | KCM | Teleconferences w/ S. Sanford and GMO re mediation issues. | 0.5 | $845.00 | $422.50 |
| 5/29/2020 | KCM | Teleconference w/ J. Simon re case update. | 0.1 | $845.00 | $84.50 |
| 5/29/2020 | GMO | Prepare for MSGE Group call re mediation and status (1.2); call w/ MSGE Group re same (1.3); call w/ KCM and S. Sanford re mediation status (0.5). | 3.0 | $355.00 | $1,065.00 |
| | | Total | 27.60 | | $16,315.00 |
| .17 | **Docket Review & File Maintenance** | | | | |
| 5/1/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 5/5/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 5/6/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 5/7/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 5/8/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 5/11/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |

May 31, 2020
Invoice #:    335278

Page:    7

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .17 | Docket Review & File Maintenance | | | | |
| 5/12/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 5/14/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 5/19/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 5/21/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 5/27/2020 | BAW | Factual research re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 5/29/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| | | **Total** | **3.30** | | **$973.50** |
| | | Total Professional Services | 132.2 | | $71,112.50 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 0.1 | $795.00 | $79.50 |
| KCM | Kevin C. Maclay | Member | 50.3 | $845.00 | $42,503.50 |
| JPW | James P. Wehner | Member | 0.4 | $795.00 | $318.00 |
| GMO | George M. O'Connor | Associate | 58.5 | $355.00 | $20,767.50 |
| CG | Cecilia Guerrero | Paralegal | 15.3 | $340.00 | $5,202.00 |
| BAW | Brigette A. Wolverton | Paralegal | 7.6 | $295.00 | $2,242.00 |

Total Services  $71,112.50
Total Current Charges  $71,112.50

May 31, 2020
Invoice #:    335278

Page:    8

## TASK RECAP

### Services

| Category | Hours | Amount |
|---|---:|---:|
| .04 | 0.80 | $272.00 |
| .11 | 100.50 | $53,552.00 |
| .15 | 27.60 | $16,315.00 |
| .17 | 3.30 | $973.50 |
| | 132.20 | $71,112.50 |

### Disbursements

| Category | Amount |
|---|---:|
| | $0.00 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| CG | Cecilia Guerrero | .04 | 0.80 | $340.00 | $272.00 |
| JAL | Jeffrey A. Liesemer | .11 | 0.10 | $795.00 | $79.50 |
| KCM | Kevin C. Maclay | .11 | 37.00 | $845.00 | $31,265.00 |
| JPW | James P. Wehner | .11 | 0.40 | $795.00 | $318.00 |
| GMO | George M. O'Connor | .11 | 44.20 | $355.00 | $15,691.00 |
| CG | Cecilia Guerrero | .11 | 14.50 | $340.00 | $4,930.00 |
| BAW | Brigette A. Wolverton | .11 | 4.30 | $295.00 | $1,268.50 |
| KCM | Kevin C. Maclay | .15 | 13.30 | $845.00 | $11,238.50 |
| GMO | George M. O'Connor | .15 | 14.30 | $355.00 | $5,076.50 |
| BAW | Brigette A. Wolverton | .17 | 3.30 | $295.00 | $973.50 |
| | | | 132.20 | | $71,112.50 |