Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State*
*Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TENTH MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH**
**RESPECT TO SERVICES RENDERED AS COUNSEL TO THE**
**MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD**
**COMMENCING JUNE 1, 2020, THROUGH JUNE 30, 2020**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | June 1, 2020, through June 30, 2020 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $90,389.00 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $287.31 |
| **Total compensation requested in this statement:** | $72,311.20 (80% of $90,389.00) |
| **Total expenses requested in this statement:** | $287.31 |
| **Total compensation and expenses requested in this statement:** | $72,598.51 |

**This is a:**      _X_ monthly                 ___ interim                ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Tenth Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing June 1, 2020, through June 30, 2020 (the "**Fee Period**").

**<u>Itemization of Services Rendered and Disbursements Incurred</u>**

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Caplin & Drysdale rendered <u>172.6</u> hours of professional services during the Fee Period, resulting in fees totaling $<u>90,389.00</u>. Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $<u>72,311.20</u>.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period. This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $<u>553.16</u>. The blended hourly rate of all paraprofessionals is $<u>329.10</u>. A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $<u>287.31</u> in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

**<u>Notice</u>**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 12, 2021                              Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State*
*Governmental Entities Group*

# EXHIBIT A

## SUMMARY OF SERVICES BY CATEGORY

**JUNE 1, 2020, THROUGH JUNE 30, 2020**

| Task Code | Project Category | Total Hours | Total Fees |
|:---:|:---|:---:|:---:|
| .11 | Plan & Disclosure Statement | 140.7 | $72,045.50 |
| .15 | Committee Meetings/Conferences | 27.2 | $16,957.00 |
| .17 | Docket Review & File Maintenance | 4.7 | $1,386.50 |
| **TOTAL** | | **172.6** | **$90,389.00** |

# EXHIBIT B

## SUMMARY OF HOURS AND FEES BY PROFESSIONAL

### JUNE 1, 2020, THROUGH JUNE 30, 2020

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $845.00 | 56.4 | $47,658.00 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $795.00 | 4.7 | $3,736.50 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $355.00 | 88.8 | $31,524.00 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $340.00 | 17.2 | $5,848.00 |
| Brigette A. Wolverton | Paralegal / N/A / Bankruptcy | $295.00 | 5.5 | $1,622.50 |
| **TOTAL** | | | **172.6** | **$90,389.00** |

# EXHIBIT C

## <u>SUMMARY OF EXPENSES</u>

### JUNE 1, 2020, THROUGH JUNE 30, 2020

| Category | Amount |
|---|---|
| Conference Call Service | $215.64 |
| Database Research | $71.67 |
| **TOTAL** | **$287.31** |

# EXHIBIT D



**A T T O R N E Y S**

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

| | |
|---|---|
| Invoice #: | 335279 |
| Page: | 1 |

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through June 30, 2020

| | |
|---|---|
| Total Services | $90,389.00 |
| Total Disbursements | $287.31 |
| Total Current Charges | $90,676.31 |

---

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
### A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000     Federal Tax I.D. No.: 52-1226629     Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

| | |
|---|---|
| June 30, 2020 | |
| Invoice #: | 335279 |
| Page: | 1 |

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through June 30, 2020

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 6/1/2020 | KCM | Teleconference w/ GMO and mediator re status. | 0.4 | $845.00 | $338.00 |
| 6/1/2020 | KCM | Teleconference w/ GMO and E. Vonnegut re mediation. | 1.2 | $845.00 | $1,014.00 |
| 6/1/2020 | GMO | Call w/ KCM and mediator re case status (0.4); attend call w/ KCM and Debtors (E. Vonnegut) re mediation (1.2); review and analyze mediation related materials (0.6). | 2.2 | $355.00 | $781.00 |
| 6/2/2020 | KCM | Teleconference w/ GMO and mediator re status. | 0.4 | $845.00 | $338.00 |
| 6/2/2020 | GMO | Review Debtors' discovery materials. | 0.3 | $355.00 | $106.50 |
| 6/2/2020 | GMO | Teleconference w/ KCM and mediator re status. | 0.4 | $355.00 | $142.00 |
| 6/3/2020 | KCM | Plan/prepare for hearing. | 0.4 | $845.00 | $338.00 |
| 6/3/2020 | KCM | Attend hearing. | 2.4 | $845.00 | $2,028.00 |
| 6/3/2020 | KCM | Teleconference w/ mediator. | 0.1 | $845.00 | $84.50 |
| 6/3/2020 | KCM | Teleconference w/ D. Molton re mediation. | 0.2 | $845.00 | $169.00 |
| 6/3/2020 | KCM | Attend UCC mediation call w/ GMO. | 0.9 | $845.00 | $760.50 |
| 6/3/2020 | KCM | Teleconference w/ E. Vonnegut re mediation. | 0.3 | $845.00 | $253.50 |
| 6/3/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1); review and prepare claims information (.2). | 0.2 | $295.00 | $59.00 |
| 6/4/2020 | GMO | Attend call w/ UCC and KCM (0.9); communications w/ S. Sanford and Debtors re case status (0.2); review Debtors' claims report (0.5); draft memo re same (0.3); update entities list re 2019 statement (0.9). | 2.8 | $355.00 | $994.00 |
| 6/4/2020 | BAW | Communications w/ GMO re claims information. | 0.2 | $295.00 | $59.00 |

June 30, 2020
Invoice #:        335279

Page:             2

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 6/5/2020 | GMO | Research re mediation issues. | 2.8 | $355.00 | $994.00 |
| 6/8/2020 | KCM | AHC/NCSG pre-mediation call w/ GMO. | 1.3 | $845.00 | $1,098.50 |
| 6/8/2020 | KCM | Teleconference w/ mediator. | 0.2 | $845.00 | $169.00 |
| 6/8/2020 | GMO | Prepare for call w/ AHC and NCSG re mediation (0.6); call w/ KCM, AHC, and NCSG re mediation (1.3); prepare for UCC call (0.3); attend call w/ UCC (0.8); review and analyze Debtors' filings (0.6). | 3.6 | $355.00 | $1,278.00 |
| 6/9/2020 | KCM | Teleconference w/ TPPs and AHC, NCSG, GMO, S. Sanford and Joanne Cicala. | 1.5 | $845.00 | $1,267.50 |
| 6/9/2020 | KCM | Teleconference w/ NAS babies group, AHC, GMO, NCSG and S. Sanford. | 1.2 | $845.00 | $1,014.00 |
| 6/9/2020 | KCM | Teleconference w/ mediators, S. Sanford, J. Cicala, J. Simon and GMO. | 1.5 | $845.00 | $1,267.50 |
| 6/9/2020 | GMO | Prepare for call w/ TPP counsel re mediation (0.5); attend call w/ KCM, AHC/NCSG and TPP counsel re same (1.5); call w/ KCM, AHC/NCSG and NAS counsel (1.2); review and revise mediation document (1.0); communications w/ mediators (0.3); call w/ mediators and MSGE Group (1.5); draft memo re same (0.3). | 6.3 | $355.00 | $2,236.50 |
| 6/9/2020 | BAW | Factual research re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 6/9/2020 | CG | Review communications and related materials re updates to entities list (1.4); revise entities list re same (6.4). | 7.8 | $340.00 | $2,652.00 |
| 6/10/2020 | KCM | Teleconference GMO re case status and tasks. | 0.2 | $845.00 | $169.00 |
| 6/10/2020 | KCM | Teleconference w/ Hospital Group, AHC, NCSG, S. Sanford, J. Cicala, J. Tapley and GMO. | 2.0 | $845.00 | $1,690.00 |
| 6/10/2020 | KCM | Teleconference w/ TPPs, S. Sanford, J. Cicala, J. Tapley, J. Simon and GMO. | 0.9 | $845.00 | $760.50 |
| 6/10/2020 | KCM | Mediation session w/ TPPs, AHC, NCSG, GMO, S. Sanford, J. Tapley and J. Cicala. | 1.5 | $845.00 | $1,267.50 |
| 6/10/2020 | KCM | Teleconference w/ mediator. | 0.3 | $845.00 | $253.50 |
| 6/10/2020 | GMO | Call w/ KCM re mediation (0.2); attend call w/ TPP counsel, MSGE negotiation team and KCM re mediation (0.9); prepare for mediator session (0.2); draft memo re same (1.1); review and analyze mediation materials (0.5). | 2.9 | $355.00 | $1,029.50 |
| 6/10/2020 | GMO | Attend call w/ public delegations and KCM re mediation (1.5); attend mediation preparation call w/ hospitals' counsel and KCM (2.0). | 3.5 | $355.00 | $1,242.50 |
| 6/11/2020 | KCM | Mediation call w/ Hospitals. | 2.2 | $845.00 | $1,859.00 |
| 6/11/2020 | KCM | Attend mediation calls re NAS and TPPs and review/analyze related materials. | 1.5 | $845.00 | $1,267.50 |

June 30, 2020
Invoice #:        335279

Page:        3

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 6/11/2020 | GMO | Call w/ AHC/NCSG bankruptcy counsel re mediation issues (0.8); prepare for mediation session w/ NAS counsel (0.1); attend mediation session between public delegation and hospitals w/ KCM (2.2). | 3.1 | $355.00 | $1,100.50 |
| 6/11/2020 | CG | Review communications and related materials re updates to entities list (1.2); revise entities list re same (5.7). | 6.9 | $340.00 | $2,346.00 |
| 6/12/2020 | KCM | Call w/ NCSG and AHC re class claims issues (.6); review/analyze and edit related materials and brief (1.5). | 2.1 | $845.00 | $1,774.50 |
| 6/12/2020 | GMO | Review and analyze materials re Chicago School Board motion (0.5); prepare for call w/ AHC/NCSG re class claims (1.1); attend call w/ AHC/NCSG re same (0.6); review and analyze draft MSGE proof of claim forms (0.9). | 3.1 | $355.00 | $1,100.50 |
| 6/12/2020 | CG | Review communications and related materials re updates to entities list (.7); revise entities list re same (1.8). | 2.5 | $340.00 | $850.00 |
| 6/13/2020 | KCM | Attend mediation and class claim call w/ AHC and NCSG (1.6); review/analyze related materials (1.3). | 2.9 | $845.00 | $2,450.50 |
| 6/13/2020 | GMO | Attend mediation and class claim call w/ AHC and NCSG (1.6); draft memo re same (0.7). | 1.5 | $355.00 | $532.50 |
| 6/15/2020 | GMO | Attend call w/ MSGE, AHC/NCSG, and UCC counsel re mediation (1.7); prepare for UCC call (0.3); attend call w/ UCC (1.0); review and analyze IPSD motion (0.9); call w/ AHC and Debtors' counsel re IPSD class claim motion (0.3); draft memo re mediation (0.4); research re same (0.6). | 5.2 | $355.00 | $1,846.00 |
| 6/16/2020 | GMO | Review UCC documents and discovery (1.3); review discovery motions (0.5). | 1.8 | $355.00 | $639.00 |
| 6/17/2020 | KCM | Mediation session w/ GMO, TPPs, AHC, NCSG and clients. | 1.2 | $845.00 | $1,014.00 |
| 6/17/2020 | KCM | Review/analyze and communicate w/ AHC re class certification opposition. | 1.2 | $845.00 | $1,014.00 |
| 6/17/2020 | GMO | Prepare for call w/ TPPs re mediation (0.4); attend same (1.2); review and analyze mediation issue (1.7); draft memo re mediation issue (1.1). | 4.4 | $355.00 | $1,562.00 |
| 6/18/2020 | KCM | Mediation calls w/ GMO, AHC and NCSG. | 1.1 | $845.00 | $929.50 |
| 6/18/2020 | GMO | Attend mediation calls w/ AHC/NCSG and KCM (1.1); prepare for UCC call (0.2); call w/ UCC (0.6); review and analyze recent filings (1.1); draft memorandum re same (2.6). | 5.6 | $355.00 | $1,988.00 |

June 30, 2020
Invoice #:      335279

Page:        4

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 6/19/2020 | GMO | Research claims issues (1.2); email KCM re case updates (0.4); review and analyze updated entities list for MSGE Group (0.2); research re mediation issues (1.4). | 3.2 | $355.00 | $1,136.00 |
| 6/21/2020 | KCM | Teleconference w/ GMO, AHC and NCSG bankruptcy counsel re bankruptcy issues. | 0.6 | $845.00 | $507.00 |
| 6/21/2020 | KCM | Review/edit bankruptcy presentation. | 1.3 | $845.00 | $1,098.50 |
| 6/21/2020 | GMO | Review presentation materials (0.7); call w/ AHC/NCSG and KCM re bankruptcy issues (0.6). | 1.3 | $355.00 | $461.50 |
| 6/22/2020 | JAL | Review and comment on drafts of presentation and related correspondence (2.5); telephone call w/ KCM re same (.4); telephone call w/ KCM, GMO, AHC and NCSG re same (1.8). | 4.7 | $795.00 | $3,736.50 |
| 6/22/2020 | KCM | Teleconference w/ JAL re bankruptcy issues. | 0.4 | $845.00 | $338.00 |
| 6/22/2020 | KCM | Teleconference w/ JAL, GMO, AHC and NCSG bankruptcy counsel. | 1.8 | $845.00 | $1,521.00 |
| 6/22/2020 | KCM | Review/analyze bankruptcy presentation. | 0.9 | $845.00 | $760.50 |
| 6/22/2020 | GMO | Prepare for mediation w/ federal government/HHS (0.9); attend same w/ S. Sanford, AHC/NCSG and federal government (1.8); attend call w/ UCC (0.4); call w/ AHC/NCSG bankruptcy counsel, JAL, KCM (1.8). | 4.9 | $355.00 | $1,739.50 |
| 6/23/2020 | KCM | Call w/ GMO, AHC, NCSG and clients re bankruptcy options. | 2.2 | $845.00 | $1,859.00 |
| 6/23/2020 | KCM | Teleconference w/ mediator. | 0.3 | $845.00 | $253.50 |
| 6/23/2020 | GMO | Prepare for and attend hearing (1.9); draft memo re same (1.2); draft memo re mediation issue (1.0); attend call w/ AHC/NCSG/MSGE and KCM re bankruptcy issues (2.2). | 6.3 | $355.00 | $2,236.50 |
| 6/24/2020 | GMO | Review mediator communications and coordinate mediation schedule (0.3); research re mediation issue (1.3); communications w/ KCM re case status and next steps (0.4). | 2.0 | $355.00 | $710.00 |
| 6/25/2020 | KCM | Teleconference w/ D. Molton re case status. | 0.1 | $845.00 | $84.50 |
| 6/25/2020 | GMO | Research re claims issue (1.0); communications w/ Debtors re e-filing of claims (0.6); draft memo re claims issue (0.8). | 2.4 | $355.00 | $852.00 |
| 6/26/2020 | KCM | Attend PI mediation call. | 2.2 | $845.00 | $1,859.00 |
| 6/26/2020 | KCM | Call w/ AHC and NCSG re mediation meeting. | 0.3 | $845.00 | $253.50 |
| 6/26/2020 | KCM | Plan/prepare for and attend mediation meeting w/ AHC and NCSG. | 1.9 | $845.00 | $1,605.50 |
| 6/26/2020 | KCM | Teleconference w/ mediator. | 0.1 | $845.00 | $84.50 |
| 6/26/2020 | KCM | Teleconference w/ A. Troop re case status. | 0.1 | $845.00 | $84.50 |

June 30, 2020
Invoice #:        335279

Page:              5

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 6/26/2020 | GMO | Prepare for mediation (0.8); attend mediation (2.2); emails w/ KCM re case status (0.6); emails w/ CG re same (0.2); review and analyze UCC materials (0.4); review and analyze Debtors' filings (0.3); research remediation issue (0.2). | 4.7 | $355.00 | $1,668.50 |
| 6/26/2020 | BAW | Factual research and prepare materials re upcoming hearings. | 0.2 | $295.00 | $59.00 |
| 6/29/2020 | KCM | Teleconference w/ J. McClammy re proofs of claim. | 0.2 | $845.00 | $169.00 |
| 6/30/2020 | GMO | Prepare for call w/ MSGE, AHC and NCSG members re bankruptcy issue (0.9); email AHC counsel re same (0.1); draft memo re case status and next steps (1.2). | 2.2 | $355.00 | $781.00 |
| | | **Total** | **140.70** | | **$72,045.50** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 6/1/2020 | KCM | Teleconference w/ J. Simon re case status. | 0.2 | $845.00 | $169.00 |
| 6/1/2020 | KCM | Plan/prepare for and attend MSGE calls. | 2.9 | $845.00 | $2,450.50 |
| 6/1/2020 | KCM | Teleconferences w/ S. Sanford re case status and next steps. | 0.7 | $845.00 | $591.50 |
| 6/1/2020 | GMO | Prepare for calls w/ MSGE negotiation subgroup re term sheet. | 1.6 | $355.00 | $568.00 |
| 6/2/2020 | KCM | Teleconferences w/ S. Sanford re case status and next steps. | 0.5 | $845.00 | $422.50 |
| 6/2/2020 | KCM | Teleconferences w/ J. Simon re mediation. | 0.5 | $845.00 | $422.50 |
| 6/3/2020 | KCM | Teleconference w/ S. Sanford re mediation issues. | 0.5 | $845.00 | $422.50 |
| 6/3/2020 | GMO | Prepare for MSGE Group call re mediation. | 0.6 | $355.00 | $213.00 |
| 6/4/2020 | KCM | Teleconferences w/ GMO and S. Sanford re status and next steps. | 0.6 | $845.00 | $507.00 |
| 6/4/2020 | GMO | Attend call w/ KCM and S. Sanford re case status and next steps. | 0.6 | $355.00 | $213.00 |
| 6/5/2020 | KCM | Teleconference w/ J. Simon re case status. | 0.1 | $845.00 | $84.50 |
| 6/5/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.1 | $845.00 | $84.50 |
| 6/6/2020 | KCM | Attend call w/ GMO, T. Court and M. Sill re interim sheet issues. | 0.9 | $845.00 | $760.50 |
| 6/6/2020 | GMO | Attend call w/ KCM, T. Court and M. Sill re interim sheet issues. | 0.9 | $355.00 | $319.50 |
| 6/8/2020 | KCM | Call w/ S. Sanford, J. Tapley, J. Cicala and J. Simon and GMO re mediation. | 0.7 | $845.00 | $591.50 |
| 6/8/2020 | GMO | Call w/ S. Sanford, J. Tapley, J. Cicala and J. Simon and KCM re mediation. | 0.7 | $355.00 | $248.50 |
| 6/9/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.3 | $845.00 | $253.50 |

June 30, 2020
Invoice #:        335279

Page:                6

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.15** | **Committee Meetings/Conferences** | | | | |
| 6/10/2020 | KCM | Teleconference w/ S. Sanford re mediation issues. | 0.8 | $845.00 | $676.00 |
| 6/11/2020 | KCM | Attend MSGE Group call w/ GMO re mediation. | 0.7 | $845.00 | $591.50 |
| 6/11/2020 | GMO | Attend call w/ KCM and MSGE Group re mediation. | 0.7 | $355.00 | $248.50 |
| 6/22/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.3 | $845.00 | $253.50 |
| 6/23/2020 | KCM | Teleconference w/ S. Sanford re case status. | 1.0 | $845.00 | $845.00 |
| 6/24/2020 | KCM | Teleconference w/ S. Sanford re case status and strategy (.3); teleconference w/ GMO re case strategy (.4). | 0.7 | $845.00 | $591.50 |
| 6/24/2020 | KCM | Plan/prepare for (.4) and attend MSGE Group call re status and strategy (1.0). | 1.4 | $845.00 | $1,183.00 |
| 6/24/2020 | GMO | Prepare for MSGE Group call (1.2); attend call w/ MSGE Group (1.0); confer w/ KCM re status and strategy (.4). | 2.6 | $355.00 | $923.00 |
| 6/25/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.3 | $845.00 | $253.50 |
| 6/26/2020 | KCM | Teleconference w/ GMO and S. Sanford re mediation (.3); call w/ GMO re same (.6). | 0.9 | $845.00 | $760.50 |
| 6/26/2020 | GMO | Attend call w/ KCM and S. Sanford re mediation (0.3); confer w/ KCM re same (0.6). | 0.9 | $355.00 | $319.50 |
| 6/27/2020 | GMO | Review and analyze MSGE proofs of claim. | 0.4 | $355.00 | $142.00 |
| 6/28/2020 | GMO | Review MSGE communications and materials re proofs of claim. | 1.3 | $355.00 | $461.50 |
| 6/29/2020 | KCM | Attend MSGE Group call re proofs of claim. | 0.8 | $845.00 | $676.00 |
| 6/29/2020 | GMO | Prepare for MSGE Group call (0.8); attend MSGE Group call w/ KCM (0.8); emails w/ KCM re constituent inquiry (0.4). | 2.0 | $355.00 | $710.00 |
| | | **Total** | **27.20** | | **$16,957.00** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 6/1/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 6/2/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 6/4/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 6/8/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 6/10/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 6/11/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 6/15/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |

June 30, 2020
Invoice #:        335279

Page:        7

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| .17 | **Docket Review & File Maintenance** | | | | |
| 6/16/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 6/17/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 6/18/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 6/22/2020 | BAW | Factual research re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 6/23/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 6/24/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 6/25/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 6/26/2020 | BAW | Prepare materials re recent filings (.1); communications re same (.1). | 0.2 | $295.00 | $59.00 |
| 6/29/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 6/30/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| | | **Total** | **4.70** | | **$1,386.50** |
| | | Total Professional Services | 172.6 | | $90,389.00 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| JAL | Jeffrey A. Liesemer | Member | 4.7 | $795.00 | $3,736.50 |
| KCM | Kevin C. Maclay | Member | 56.4 | $845.00 | $47,658.00 |
| GMO | George M. O'Connor | Associate | 88.8 | $355.00 | $31,524.00 |
| CG | Cecilia Guerrero | Paralegal | 17.2 | $340.00 | $5,848.00 |
| BAW | Brigette A. Wolverton | Paralegal | 5.5 | $295.00 | $1,622.50 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|-----------------------------|--------|
| 06/03/2020 | Conf. Call - CourtSolutions 6/3 hrg (GMO) [.11] | $70.00 |
| 06/03/2020 | Conf. Call - CourtSolutions 6/3 hrg (KCM) [.11] | $70.00 |
| 06/23/2020 | Conf. Call - Conference Call [.11] | $5.64 |
| 06/23/2020 | Conf. Call - CourtSolutions 6/23 hrg (GMO) [.11] | $70.00 |
| 06/30/2020 | Database Research - GMO - 06/22/20 [.11] | $71.67 |

June 30, 2020
Invoice #:        335279

Page:                8

**DISBURSEMENTS**

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
|      | Total Disbursements          | $287.31 |
|      |                              |        |
|      | Total Services               | $90,389.00 |
|      | Total Disbursements          | $287.31 |
|      | Total Current Charges        | $90,676.31 |

June 30, 2020
Invoice #:         335279

Page:                9

## TASK RECAP

| Services | | | Disbursements | |
|---|---|---|---|---|
| Category | Hours | Amount | Category | Amount |
| .04 | | | .11 | $287.31 |
| .11 | 140.70 | $72,045.50 | | |
| .15 | 27.20 | $16,957.00 | | |
| .17 | 4.70 | $1,386.50 | | |
| | 172.60 | $90,389.00 | | $287.31 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | .11 | 4.70 | $795.00 | $3,736.50 |
| KCM | Kevin C. Maclay | .11 | 41.50 | $845.00 | $35,067.50 |
| GMO | George M. O'Connor | .11 | 76.50 | $355.00 | $27,157.50 |
| CG | Cecilia Guerrero | .11 | 17.20 | $340.00 | $5,848.00 |
| BAW | Brigette A. Wolverton | .11 | 0.80 | $295.00 | $236.00 |
| KCM | Kevin C. Maclay | .15 | 14.90 | $845.00 | $12,590.50 |
| GMO | George M. O'Connor | .15 | 12.30 | $355.00 | $4,366.50 |
| BAW | Brigette A. Wolverton | .17 | 4.70 | $295.00 | $1,386.50 |
| | | | 172.60 | | $90,389.00 |