Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State*
*Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**ELEVENTH MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH**
**RESPECT TO SERVICES RENDERED AS COUNSEL TO THE**
**MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD**
**COMMENCING JULY 1, 2020, THROUGH JULY 31, 2020**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | July 1, 2020, through July 31, 2020 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $171,164.50 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $3,766.44 |
| **Total compensation requested in this statement:** | $136,931.60 (80% of $171,164.50) |
| **Total expenses requested in this statement:** | $3,766.44 |
| **Total compensation and expenses requested in this statement:** | $140,698.04 |

**This is a:**     _X_ monthly          ___ interim          ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Eleventh Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing July 1, 2020, through July 31, 2020 (the "**Fee Period**").

<u>**Itemization of Services Rendered and Disbursements Incurred**</u>

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, Caplin & Drysdale rendered <u>278.9</u> hours of professional services during the Fee Period, resulting in fees totaling $<u>171,164.50</u>.  Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $<u>136,931.60</u>.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period.  This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $<u>629.81</u>.  The blended hourly rate of all paraprofessionals is $<u>324.39</u>.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $<u>3,766.44</u> in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

## Notice

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 12, 2021

Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State*
*Governmental Entities Group*

# EXHIBIT A

## <u>SUMMARY OF SERVICES BY CATEGORY</u>

**JULY 1, 2020, THROUGH JULY 31, 2020**

| Task Code | Project Category | Total Hours | Total Fees |
|:---:|:---|:---:|---:|
| .04 | Case Administration | 3.0 | $1,020.00 |
| .11 | Plan & Disclosure Statement | 234.4 | $144,305.00 |
| .15 | Committee Meetings/Conferences | 36.4 | $24,335.00 |
| .17 | Docket Review & File Maintenance | 5.1 | $1,504.50 |
| **TOTAL** | | **278.9** | **$171,164.50** |

# EXHIBIT B

## SUMMARY OF HOURS AND FEES BY PROFESSIONAL

### JULY 1, 2020, THROUGH JULY 31, 2020

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $845.00 | 69.4 | $58,643.00 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $795.00 | 44.0 | $34,980.00 |
| Ann W. Langley | Of Counsel / 2009 / Bankruptcy | $620.00 | 72.6 | $45,012.00 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $355.00 | 78.2 | $27,761.00 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $340.00 | 9.6 | $3,264.00 |
| Brigette A. Wolverton | Paralegal / N/A / Bankruptcy | $295.00 | 5.1 | $1,504.50 |
| **TOTAL** | | | **278.9** | **$171,164.50** |

# EXHIBIT C

## SUMMARY OF EXPENSES

### JULY 1, 2020, THROUGH JULY 31, 2020

| Category | Amount |
|---|---|
| Conference Call Service | $215.96 |
| Database Research | $2,872.88 |
| Miscellaneous | $200.00 |
| PACER Service | $477.60 |
| **TOTAL** | **$3,766.44** |

# EXHIBIT D



One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

| | |
|---|---|
| Invoice #: | 335280 |
| Page: | 1 |

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through July 31, 2020

| | |
|---|---|
| Total Services | $171,164.50 |
| Total Disbursements | $3,766.44 |
| Total Current Charges | $174,930.94 |

---

**Remittance Advice**

---

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
### A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000                    Federal Tax I.D. No.: 52-1226629                    Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group                                    July 31, 2020
                                                                          Invoice #:      335280
                                                                          Page:           1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through July 31, 2020

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 7/9/2020 | CG | Review recent filings and update docketing calendar re same. | 0.7 | $340.00 | $238.00 |
| 7/16/2020 | CG | Review recent filings and judge's calendar and update docketing calendar re same. | 0.4 | $340.00 | $136.00 |
| 7/18/2020 | CG | Review docket, recent filings, judge's calendar (.5); KCM, JAL registrations for telephonic appearance re same (.2); update docketing calendar re same (.2). | 0.9 | $340.00 | $306.00 |
| 7/18/2020 | CG | GMO CourtSolutions registration and communications re same. | 0.1 | $340.00 | $34.00 |
| 7/26/2020 | CG | Review docket and judge's calendar and update docketing calendar re same (.2); exchange emails w/ AWL re same (.1). | 0.3 | $340.00 | $102.00 |
| 7/28/2020 | CG | Draft pro hac vice application and proposed order (.3); communication w/ AWL (.1); file and serve same (.2). | 0.6 | $340.00 | $204.00 |
| | | **Total** | **3.00** | | **$1,020.00** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 7/1/2020 | KCM | Review/analyze proofs of claim materials. | 0.2 | $845.00 | $169.00 |
| 7/1/2020 | KCM | Teleconferences w/ GMO re mediation status and tasks. | 0.8 | $845.00 | $676.00 |
| 7/1/2020 | GMO | Calls w/ KCM re mediation. | 0.8 | $355.00 | $284.00 |
| 7/2/2020 | KCM | Attend mediation pre-call w/ AHC, NCSG, GMO, and clients. | 0.9 | $845.00 | $760.50 |
| 7/2/2020 | KCM | Attend mediation session w/ private groups, AHC, NCSG and clients. | 2.1 | $845.00 | $1,774.50 |

July 31, 2020
Invoice #:        335280

Page:                    2

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| .11 | **Plan & Disclosure Statement** | | | | |
| 7/2/2020 | GMO | Prepare for mediation session (0.6); attend call w/ AHC, NCSG and KCM re upcoming mediation session (0.9); prepare for UCC call (0.2); attend call w/ UCC (0.4). | 2.1 | $355.00 | $745.50 |
| 7/3/2020 | KCM | Teleconference w/ GMO re mediation issues. | 0.6 | $845.00 | $507.00 |
| 7/3/2020 | GMO | Prepare for call re class claim motions (0.4); attend call w/ AHC, NCSG, and Debtors re class claim motions (0.7); call w/ KCM re research re constituent inquiry (0.7); call w/ KCM re mediation (0.6). | 2.4 | $355.00 | $852.00 |
| 7/5/2020 | KCM | Calls w/ GMO re mediation issues. | 0.3 | $845.00 | $253.50 |
| 7/5/2020 | GMO | Calls w/ KCM re mediation and case strategy. | 0.3 | $355.00 | $106.50 |
| 7/6/2020 | KCM | Attend mediation call w/ AHC, NCSG, private groups, UCC, clients and mediators (1.4); call w/ GMO re AHC financial presentation (0.1). | 1.5 | $845.00 | $1,267.50 |
| 7/6/2020 | KCM | Call w/ Debtors, AHC, NCSG and GMO re class claims motions. | 0.7 | $845.00 | $591.50 |
| 7/6/2020 | GMO | Call w/ KCM re AHC financial presentation (0.1); call w/ KCM, Debtors, AHC and NCSG re class claims motions (0.7); draft memo re claims issues (1.2). | 2.0 | $355.00 | $710.00 |
| 7/7/2020 | JAL | Telephone call w/ KCM re communication from Ad Hoc Committee counsel (.1); review and analyze materials and correspondence re proof of claim filings and related materials (4.8); call w/ KCM re communication from Ad Hoc Committee counsel and terms of bar date order (.2); draft and revise memo re issues relating to communication from Ad Hoc Committee counsel and bar-date order (1.7). | 6.8 | $795.00 | $5,406.00 |
| 7/7/2020 | KCM | Plan/prepare for and attend call re mediation issues (1.1); call w/ JAL re communication from Ad Hoc Committee counsel (.1); call w/ JAL re communication from Ad Hoc Committee counsel and terms of bar date order (.2). | 1.4 | $845.00 | $1,183.00 |
| 7/8/2020 | JAL | Draft and revise memo to KCM re proof of claim and bar-date order issues. | 2.7 | $795.00 | $2,146.50 |
| 7/8/2020 | KCM | Attend mediation session. | 1.4 | $845.00 | $1,183.00 |
| 7/8/2020 | KCM | Review materials re Molton letter and communicate w/ JAL re same. | 0.9 | $845.00 | $760.50 |
| 7/9/2020 | JAL | Telephone call w/ KCM re draft letters to AHC counsel re proofs of claim issues. | 0.1 | $795.00 | $79.50 |
| 7/9/2020 | KCM | Plan/prepare for and attend mediation meeting (1.9); call w/ JAL re draft letters to AHC counsel (.1). | 2.0 | $845.00 | $1,690.00 |

July 31, 2020
Invoice #:        335280

Page:            3

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 7/9/2020 | GMO | Research re mediation (.9); draft memo re proofs of claim (2.2); calls w/ Prime Clerk re proofs of claim (0.3); communications w/ Debtors re proofs of claim (0.2). | 3.6 | $355.00 | $1,278.00 |
| 7/10/2020 | JAL | Review and edit letter to AHC counsel re proofs of claim (1.3); telephone call w/ KCM re draft letter to AHC counsel (0.1); teleconference w/ counsel for Debtors and certain creditor groups re motions to file class proofs of claims (0.5); analyze issues relating to motions to file class proofs of claims (0.2); confer w/ KCM and GMO re class proof-of-claim motions (0.1); review and comment on draft letter to AHC counsel (0.2); review and analysis of class proof-of-claim motions and briefing (3.8). | 6.2 | $795.00 | $4,929.00 |
| 7/10/2020 | KCM | Call w/ Debtors, AHC and NCSG re class claims filings (.5); confer w/ JAL and GMO re class claim motions (0.1). | 0.6 | $845.00 | $507.00 |
| 7/10/2020 | KCM | Teleconferences w/ GMO re mediation issues. | 0.2 | $845.00 | $169.00 |
| 7/10/2020 | KCM | Edit and finalize and send letter to D. Molton re class claims (.7); call w/ JAL re same (.1). | 0.8 | $845.00 | $676.00 |
| 7/10/2020 | GMO | Research re class claim motions (3.2); calls w/ KCM re mediation (0.2); confer w/ JAL and KCM re class claim motions (0.1). | 3.5 | $355.00 | $1,242.50 |
| 7/11/2020 | KCM | Plan/prepare for and attend mediation session w/ MSGE Group and mediator (1.0); call w/ GMO re mediation and class claim motions (0.6). | 1.6 | $845.00 | $1,352.00 |
| 7/11/2020 | KCM | Plan/prepare for and attend teleconference w/ A. Preis re mediation. | 0.5 | $845.00 | $422.50 |
| 7/11/2020 | GMO | Call w/ KCM re mediation and class claim motions. | 0.6 | $355.00 | $213.00 |
| 7/13/2020 | JAL | Review, analyze, and edit draft opposition to class proof of claim motions. | 1.7 | $795.00 | $1,351.50 |
| 7/13/2020 | KCM | Attend AHC and NCSG call re mediation. | 1.5 | $845.00 | $1,267.50 |
| 7/13/2020 | KCM | Communicate w/ GMO re mediation issues. | 0.2 | $845.00 | $169.00 |
| 7/13/2020 | GMO | Research bankruptcy issue (1.6); draft memo re same (1.2). | 2.8 | $355.00 | $994.00 |
| 7/14/2020 | JAL | Communications w/ KCM re opposition to class proof of claim motions. | 0.1 | $795.00 | $79.50 |
| 7/14/2020 | KCM | Attend mediation call re tribal issues. | 0.6 | $845.00 | $507.00 |
| 7/14/2020 | KCM | Teleconference w/ D. Molton and GMO re mediation. | 0.2 | $845.00 | $169.00 |
| 7/14/2020 | KCM | Attend mediation session w/ AHC, NCSG and MSGE. | 1.7 | $845.00 | $1,436.50 |

July 31, 2020
Invoice #:      335280

Page:              4

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 7/14/2020 | GMO | Review and analyze draft filing re class claims motion (1.4); review NCSG comments re class claims motion (0.7); communications w/ AHC (R. Ringer) re class claim motions (0.4); call w/ KCM and D. Molton re case status (0.2). | 6.6 | $355.00 | $2,343.00 |
| 7/14/2020 | CG | Communications w/ GMO re updated entities list re 2019 statement. | 0.1 | $340.00 | $34.00 |
| 7/14/2020 | CG | Review and revise entities list re 2019 statement (.2); communications w/ GMO re same (.1). | 0.3 | $340.00 | $102.00 |
| 7/15/2020 | JAL | Review and analyze Debtors' draft opposition to class proof-of-claim motions (0.9); review and analyze draft opposition of public claimants to class proof-of-claim motions (1.7); telephone call w/ KCM re issues relating to class proof-of-claim motions (.1); draft objections thereto (0.2). | 2.9 | $795.00 | $2,305.50 |
| 7/15/2020 | KCM | Teleconference w/ governmental entities and clients re mediation negotiations w/ private groups. | 1.5 | $845.00 | $1,267.50 |
| 7/15/2020 | KCM | Teleconference w/ JAL re class proof-of-claim motions. | 0.1 | $845.00 | $84.50 |
| 7/16/2020 | JAL | Review and analyze of Debtors' draft opposition to class proof-of-claim motions (2.7); telephone call w/ KCM re same (0.2); communications w/ GMO re same (0.3); review and analyze materials in connection w/ opposition papers against class proof-of-claim motions (1.1); review and analyze draft opposition of public claimants to class proof-of-claim motions (1.2). | 5.5 | $795.00 | $4,372.50 |
| 7/16/2020 | KCM | Teleconference re class claims and mediation issues w/ GMO (.5); teleconference w/ JAL re same (.2). | 0.7 | $845.00 | $591.50 |
| 7/16/2020 | KCM | Teleconference w/ AWL re mediation issues. | 0.6 | $845.00 | $507.00 |
| 7/16/2020 | AWL | Conference call w/ GMO re case status and strategy. | 1.7 | $620.00 | $1,054.00 |
| 7/16/2020 | AWL | Review and analyze term sheet. | 1.8 | $620.00 | $1,116.00 |
| 7/16/2020 | AWL | Teleconference w/ KCM re mediation issues. | 0.6 | $620.00 | $372.00 |
| 7/16/2020 | GMO | Draft memo re case status for KCM (0.2); calls w/ KCM re case status (0.5) call w/ AWL re case status and strategy (1.7). | 2.4 | $355.00 | $852.00 |
| 7/17/2020 | JAL | Review, analyze and provide comments re draft joinder. | 0.2 | $795.00 | $159.00 |
| 7/17/2020 | KCM | Teleconference w/ GMO re mediation status and tasks (.1); call w/ AWL re case strategy and upcoming hearing (.6). | 0.7 | $845.00 | $591.50 |
| 7/17/2020 | AWL | Review and analyze filings in preparation for upcoming mediation. | 2.7 | $620.00 | $1,674.00 |

July 31, 2020
Invoice #:        335280

Page:                5

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 7/17/2020 | AWL | Conference call w/ counsel for AHC and NCSG re case strategy and filings. | 0.5 | $620.00 | $310.00 |
| 7/17/2020 | AWL | Conference call w/ KCM re case strategy and upcoming hearing. | 0.6 | $620.00 | $372.00 |
| 7/17/2020 | AWL | Attend mediation sessions w/ NAS and TPP groups. | 3.4 | $620.00 | $2,108.00 |
| 7/17/2020 | GMO | Teleconference w/ KCM re mediation status and tasks. | 0.1 | $355.00 | $35.50 |
| 7/18/2020 | KCM | Call w/ AWL re exclusivity motion and term sheet. | 0.4 | $845.00 | $338.00 |
| 7/18/2020 | AWL | Review and analyze exclusivity motion. | 0.3 | $620.00 | $186.00 |
| 7/18/2020 | AWL | Confer w/ KCM re exclusivity motion and term sheet. | 0.4 | $620.00 | $248.00 |
| 7/18/2020 | GMO | Review draft 2019 statement (.5); communications re same w/ KCM and AWL (.1). | 0.6 | $355.00 | $213.00 |
| 7/19/2020 | KCM | Confer w/ AWL re case strategy and upcoming tasks. | 0.4 | $845.00 | $338.00 |
| 7/19/2020 | AWL | Confer w/ GMO re case status and 2019 statement. | 0.2 | $620.00 | $124.00 |
| 7/19/2020 | AWL | Confer w/ KCM re case strategy and upcoming tasks. | 0.4 | $620.00 | $248.00 |
| 7/19/2020 | GMO | Call w/ AWL re case status and 2019 statement. | 0.2 | $355.00 | $71.00 |
| 7/20/2020 | JAL | Review and analyze replies in support of class proof-of-claim motions. | 1.9 | $795.00 | $1,510.50 |
| 7/20/2020 | AWL | Prepare for mediation sessions and review correspondence re same. | 0.7 | $620.00 | $434.00 |
| 7/20/2020 | AWL | Attend mediation sessions w/ private entities. | 7.8 | $620.00 | $4,836.00 |
| 7/20/2020 | AWL | Calls w/ GMO re mediation strategy. | 0.5 | $620.00 | $310.00 |
| 7/20/2020 | GMO | Communications w/ Prime Clerk re proofs of claim (0.3); draft amended 2019 statement (0.2); calls w/ AWL re mediation (.5); complete draft cover filing for amended 2019 (0.6); revise entities list for amended 2019 (0.6). | 2.2 | $355.00 | $781.00 |
| 7/20/2020 | CG | Review, revise, and finalize amended 2019 statement (.5); communication w/ AWL and GMO re same (.1). | 0.6 | $340.00 | $204.00 |
| 7/21/2020 | JAL | Review and analyze of reply briefs in support of class proof-of-claim motions. | 1.7 | $795.00 | $1,351.50 |
| 7/21/2020 | KCM | Confer w/ AWL re case strategy and upcoming hearing. | 0.9 | $845.00 | $760.50 |
| 7/21/2020 | AWL | Review and analyze recent filings and correspondence re same. | 0.8 | $620.00 | $496.00 |
| 7/21/2020 | AWL | Review and analyze documents for upcoming mediation presentation. | 1.9 | $620.00 | $1,178.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 7/21/2020 | AWL | Attend conference call w/ public entities re mediation strategy. | 1.0 | $620.00 | $620.00 |
| 7/21/2020 | AWL | Confer w/ KCM re case strategy and upcoming hearing. | 0.9 | $620.00 | $558.00 |
| 7/21/2020 | GMO | Call w/ CG re entities list re 2019 statement. | 0.1 | $355.00 | $35.50 |
| 7/21/2020 | GMO | Emails w/ Debtors re proofs of claim (0.3); review and analyze UCC correspondence (0.3); research re mediation issues (0.6); prepare for hearing (0.6); review and analyze responsive filings to MSGE joint motion re class claims (0.8). | 2.6 | $355.00 | $923.00 |
| 7/21/2020 | CG | Review and revise entities list and related materials (1.1); email GMO, AWL, KCM re same (.1); call w/ GMO re same (.1). | 1.3 | $340.00 | $442.00 |
| 7/22/2020 | JAL | Review and provide comments re draft objections to class proof-of-claim motion (1.5); review and analyze reply briefs in support of class proof-of-claim motions (2.1); teleconference w/ Debtors' and public claimants' counsel re upcoming hearing on class proof-of-claim motions (0.4); telephone call w/ AWL re hearing on class proof-of-claim motions and related issues (0.4); correspondence w/ AWL and GMO re issue related to class proof-of-claim motion (2.2); review and analyze materials in preparation for hearing on class proof-of-claim motions (1.7); telephone call w/ KCM re tomorrow's hearing on class proof-of-claim motions and related issues (0.3). | 8.6 | $795.00 | $6,837.00 |
| 7/22/2020 | KCM | Call w/ JAL re proof of claim issues (.3); teleconference w/ AWL and GMO re hearing (.9). | 1.2 | $845.00 | $1,014.00 |
| 7/22/2020 | KCM | Plan/prepare for hearing. | 1.4 | $845.00 | $1,183.00 |
| 7/22/2020 | AWL | Review and analyze materials re upcoming hearing. | 0.9 | $620.00 | $558.00 |
| 7/22/2020 | AWL | Attend mediation update session w/ DOJ. | 1.7 | $620.00 | $1,054.00 |
| 7/22/2020 | AWL | Confer w/ JAL re upcoming class claims hearing (.4); conference call w/ GMO, counsel to Debtors, AHC, and NCSG re upcoming hearing on class claims motion (.5); call w/ GMO re mediation and hearing (.4); call w/ KCM and GMO re preparation for class claims hearing (.9); confer w/ GMO re outstanding case tasks (.5). | 2.7 | $620.00 | $1,674.00 |
| 7/22/2020 | GMO | Review and analyze draft joint filing re class claims (0.4); call w/ Debtors, AHC/NCSG and AWL re hearing (0.5); call w/ AWL re case status (0.4); call w/ KCM and AWL re case status (0.9); draft oral argument outline for hearing (3.0); confer w/ AWL re outstanding case tasks (.5). | 5.7 | $355.00 | $2,023.50 |

July 31, 2020
Invoice #:        335280

Page:            7

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 7/22/2020 | CG | Exchange emails w/ JAL re hearing information and attending same. | 0.3 | $340.00 | $102.00 |
| 7/22/2020 | CG | Review and revise entities list (.9); exchange emails w/ AWL, GMO re same (.2). | 1.1 | $340.00 | $374.00 |
| 7/23/2020 | JAL | Review and analyze reply briefs in support of class proof-of-claim motions (1.3); review and analyze materials in preparation for hearing on class proof-of-claim motions (0.7); attend hearing on class proof-of-claim motions and other matters (3.2). | 5.2 | $795.00 | $4,134.00 |
| 7/23/2020 | KCM | Plan/prepare for hearing. | 2.1 | $845.00 | $1,774.50 |
| 7/23/2020 | KCM | Teleconference w/ AHC, NCSG, AWL and GMO re hearing. | 0.3 | $845.00 | $253.50 |
| 7/23/2020 | KCM | Teleconference w/ AWL and GMO re hearing (.2); confer w/ AWL and GMO re 2019 statement (.1). | 0.3 | $845.00 | $253.50 |
| 7/23/2020 | KCM | Attend hearing. | 3.2 | $845.00 | $2,704.00 |
| 7/23/2020 | AWL | Conference w/ KCM, GMO, counsel to Debtors, AHC and NCSG re hearing agenda. | 0.3 | $620.00 | $186.00 |
| 7/23/2020 | AWL | Review and analyze materials for upcoming hearing on class claims motions. | 1.4 | $620.00 | $868.00 |
| 7/23/2020 | AWL | Attending hearing on exclusivity and class claims motions. | 3.2 | $620.00 | $1,984.00 |
| 7/23/2020 | AWL | Confer w/ GMO re hearing preparation. | 0.7 | $620.00 | $434.00 |
| 7/23/2020 | AWL | Call w/ KCM and GMO re hearing. | 0.2 | $620.00 | $124.00 |
| 7/23/2020 | AWL | Confer w/ KCM and GMO re 2019 statement. | 0.1 | $620.00 | $62.00 |
| 7/23/2020 | AWL | Prepare for mediation and review and analyze related materials. | 1.8 | $620.00 | $1,116.00 |
| 7/23/2020 | GMO | Draft memo re case status and next steps (3.8); call w/ KCM, AWL, and AHC/NCSG/Debtors re hearing (0.3); call w/ KCM and AWL re hearing (0.2); calls w/ AWL re hearing and mediation (.7); revise documents and outline for hearing (1.8); confer w/ KCM and AWL re 2019 statement (.1). | 6.9 | $355.00 | $2,449.50 |
| 7/24/2020 | KCM | Teleconferences w/ GMO re mediation and case status. | 0.2 | $845.00 | $169.00 |
| 7/24/2020 | KCM | Attend mediation w/ public entities, mediator, TPPs and clients. | 1.4 | $845.00 | $1,183.00 |
| 7/24/2020 | KCM | Teleconference w/ AWL re case status and tasks. | 0.2 | $845.00 | $169.00 |
| 7/24/2020 | AWL | Attend presentation to UCC re public slide decks. | 1.1 | $620.00 | $682.00 |
| 7/24/2020 | AWL | Call w/ GMO re 2019 statement and mediation issues (.6); attend meeting w/ GMO and AHC/NCSG/UCC (0.2). | 0.4 | $620.00 | $248.00 |

July 31, 2020
Invoice #:        335280

Page:             8

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 7/24/2020 | AWL | Confer w/ KCM re outstanding case tasks. | 0.2 | $620.00 | $124.00 |
| 7/24/2020 | AWL | Review and analyze materials for upcoming MSGE mediation session. | 2.4 | $620.00 | $1,488.00 |
| 7/24/2020 | AWL | Attend mediation session w/ TPPs. | 1.4 | $620.00 | $868.00 |
| 7/24/2020 | AWL | Review and analyze correspondence re 2019 statement. | 0.3 | $620.00 | $186.00 |
| 7/24/2020 | GMO | Analyze and revise exhibits for amended 2019 filing (1.7); attend meeting w/ AWL and AHC/NCSG/UCC (0.2); prepare for UCC call (0.2); calls w/ AWL re mediation issue (0.6); research re mediation issue (1.6); teleconferences w/ KCM re case status (.2). | 4.5 | $355.00 | $1,597.50 |
| 7/24/2020 | CG | Communications w/ GMO and AWL re entities list. | 0.1 | $340.00 | $34.00 |
| 7/25/2020 | AWL | Review of mediation presentation. | 0.3 | $620.00 | $186.00 |
| 7/26/2020 | KCM | Review/edit mediation presentation. | 0.7 | $845.00 | $591.50 |
| 7/26/2020 | KCM | Teleconference w/ AWL re mediation presentation. | 0.2 | $845.00 | $169.00 |
| 7/26/2020 | AWL | Review, analyze and edit mediation presentation. | 3.1 | $620.00 | $1,922.00 |
| 7/26/2020 | AWL | Teleconference w/ KCM re mediation presentation. | 0.2 | $620.00 | $124.00 |
| 7/26/2020 | GMO | Review, analyze and revise mediation materials. | 2.1 | $355.00 | $745.50 |
| 7/27/2020 | JAL | Review, analyze and edit draft rule 2019 statement. | 0.4 | $795.00 | $318.00 |
| 7/27/2020 | KCM | Teleconferences w/ GMO re 2019 filing and case status (.2); confer w/ AWL re case tasks and research issues (.6). | 0.8 | $845.00 | $676.00 |
| 7/27/2020 | KCM | Prepare for mediation session. | 0.9 | $845.00 | $760.50 |
| 7/27/2020 | KCM | Attend mediation session (1.7); follow-up re same w/ AWL and GMO (.7). | 2.4 | $845.00 | $2,028.00 |
| 7/27/2020 | AWL | Review and revise mediation presentation. | 0.9 | $620.00 | $558.00 |
| 7/27/2020 | AWL | Attend MSGE mediation session (1.7); follow-up re same w/ KCM and GMO (.7). | 2.4 | $620.00 | $1,488.00 |
| 7/27/2020 | AWL | Review 2019 statement for filing. | 0.2 | $620.00 | $124.00 |
| 7/27/2020 | AWL | Confer w/ KCM re outstanding tasks and research issues. | 0.6 | $620.00 | $372.00 |
| 7/27/2020 | GMO | Attend MSGE mediator session (1.7) and follow-up call w/ KCM and AWL (.7); calls w/ KCM re 2019 statement and mediation (0.2); revise and finalize amended 2019 statement (2.6). | 5.2 | $355.00 | $1,846.00 |
| 7/27/2020 | CG | Review and revise entities list (1.4); communications w/ AWL, GMO re same (.5); finalize and file amended 2019 statement (.3). | 2.2 | $340.00 | $748.00 |

July 31, 2020
Invoice #:        335280

Page:            9

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 7/28/2020 | KCM | Teleconference w/ E. Vonnegut re mediation. | 0.5 | $845.00 | $422.50 |
| 7/28/2020 | KCM | Teleconference w/ A. Preis re mediation. | 0.2 | $845.00 | $169.00 |
| 7/28/2020 | AWL | Communications w/ KCM re outstanding case tasks. | 0.4 | $620.00 | $248.00 |
| 7/28/2020 | AWL | Review and analyze materials regarding proofs of claim. | 0.6 | $620.00 | $372.00 |
| 7/28/2020 | AWL | Confer w/ GMO re proofs of claim and upcoming deadlines. | 0.3 | $620.00 | $186.00 |
| 7/28/2020 | AWL | Review revised PowerPoint presentation to mediators. | 0.3 | $620.00 | $186.00 |
| 7/28/2020 | GMO | Research re proofs of claim (2.1); confer w/ AWL re same (.3). | 2.4 | $355.00 | $852.00 |
| 7/29/2020 | KCM | Teleconference w/ AWL and Gilbert re mediation issues. | 0.6 | $845.00 | $507.00 |
| 7/29/2020 | KCM | Teleconferences w/ AWL re mediation issues. | 0.7 | $845.00 | $591.50 |
| 7/29/2020 | KCM | Teleconference w/ GMO re proof of claim issues. | 0.1 | $845.00 | $84.50 |
| 7/29/2020 | KCM | Review/analyze mediation presentation. | 0.9 | $845.00 | $760.50 |
| 7/29/2020 | AWL | Review and analyze materials in preparation for mediation session (.4); confer w/ KCM re mediation presentation and related strategy (.7). | 1.1 | $620.00 | $682.00 |
| 7/29/2020 | AWL | Attend insurance presentation w/ AHC representatives (1.9); attend call w/ KCM and S. Gilbert re upcoming mediation session (.6); review and edit presentation for mediation sessions (1.2). | 3.7 | $620.00 | $2,294.00 |
| 7/29/2020 | GMO | Calls w/ KCM re case status (0.1); research re mediation issue (3.9). | 4.0 | $355.00 | $1,420.00 |
| 7/30/2020 | KCM | Attend mediation session w/ clients and mediators. | 1.0 | $845.00 | $845.00 |
| 7/30/2020 | KCM | Teleconference w/ K. Feinberg re mediation. | 0.5 | $845.00 | $422.50 |
| 7/30/2020 | AWL | Prepare for mediation and review and analyze related material re same. | 0.5 | $620.00 | $310.00 |
| 7/30/2020 | AWL | Attend mediation session w/ MSGE group. | 1.0 | $620.00 | $620.00 |
| 7/30/2020 | GMO | Prepare for UCC call (0.2); attend call w/ UCC (0.5); communications w/ KCM and AWL re same (0.2); review and analyze NAACP draft motion (0.2). | 1.1 | $355.00 | $390.50 |
| 7/31/2020 | KCM | Attend MSGE mediation w/ AHC and NCSG. | 2.2 | $845.00 | $1,859.00 |
| 7/31/2020 | KCM | Teleconference w/ D. Barett and MSGE re mediation issues. | 0.3 | $845.00 | $253.50 |
| 7/31/2020 | KCM | Teleconference w/ AWL and GMO re mediation tasks and case status. | 0.7 | $845.00 | $591.50 |
| 7/31/2020 | KCM | Teleconference w/ F. Blaudeau re NAACP mediation issues. | 0.4 | $845.00 | $338.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 7/31/2020 | KCM | Teleconference w/ K. Feinberg re mediation. | 0.1 | $845.00 | $84.50 |
| 7/31/2020 | AWL | Review and revise mediation presentation. | 1.7 | $620.00 | $1,054.00 |
| 7/31/2020 | AWL | Conference call w/ KCM and GMO re NAACP intervention and mediation. | 0.7 | $620.00 | $434.00 |
| 7/31/2020 | AWL | Review and analyze NAACP motion to intervene. | 0.4 | $620.00 | $248.00 |
| 7/31/2020 | AWL | Attend mediation session w/ AHC and NCSG groups. | 2.1 | $620.00 | $1,302.00 |
| 7/31/2020 | AWL | Attend mediation call w/ hospitals and GMO. | 0.7 | $620.00 | $434.00 |
| 7/31/2020 | AWL | Confer w/ GMO re research issues. | 0.1 | $620.00 | $62.00 |
| 7/31/2020 | GMO | Call w/ KCM and AWL re mediation (0.7); meet w/ mediation parties, AWL (0.7); calls w/ Debtors re claims (0.5); research re bankruptcy issue (1.7); call w/ AWL re same (.1). | 3.7 | $355.00 | $1,313.50 |
| 7/31/2020 | CG | Review communications re revisions to entities list. | 0.1 | $340.00 | $34.00 |
| | | **Total** | **234.40** | | **$144,305.00** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 7/1/2020 | KCM | Attend MSGE Group call re plan issues. | 0.6 | $845.00 | $507.00 |
| 7/2/2020 | KCM | Teleconference w/ B. Scatton re plan issue. | 0.1 | $845.00 | $84.50 |
| 7/3/2020 | KCM | Teleconferences w/ B. Kaswan and GMO re proof of claim and bankruptcy issues. | 0.7 | $845.00 | $591.50 |
| 7/3/2020 | GMO | Teleconferences w/ B. Kaswan and KCM re proof of claim and bankruptcy issues. | 0.7 | $355.00 | $248.50 |
| 7/8/2020 | KCM | Attend MSGE negotiation subcommittee meeting re mediation. | 1.0 | $845.00 | $845.00 |
| 7/8/2020 | KCM | Attend MSGE Group meeting re mediation. | 0.6 | $845.00 | $507.00 |
| 7/8/2020 | GMO | Draft MSGE Group correspondence re proofs of claim. | 3.2 | $355.00 | $1,136.00 |
| 7/9/2020 | GMO | Communications w/ MSGE subgroup re mediation issues (0.8); revise and finalize MSGE letter (.4); communications w/ MSGE members re proofs of claim (0.4). | 1.6 | $355.00 | $568.00 |
| 7/10/2020 | CG | Review, revise, and finalize letter re proofs of claim/constituent inquiry (.3); communicate w/ GMO re same (.2). | 0.5 | $340.00 | $170.00 |
| 7/11/2020 | KCM | Plan/prepare for and attend mediation pre-call w/ MSGE Group. | 0.9 | $845.00 | $760.50 |
| 7/12/2020 | KCM | Communicate w/ clients re mediation and class proofs of claim issues. | 0.3 | $845.00 | $253.50 |
| 7/13/2020 | KCM | Attend MSGE negotiating subcommittee call re mediation. | 1.0 | $845.00 | $845.00 |
| 7/13/2020 | KCM | Review/analyze class proofs of claim filing and communicate w/ clients re same. | 0.9 | $845.00 | $760.50 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.15** | **Committee Meetings/Conferences** | | | | |
| 7/14/2020 | KCM | Attend call w/ MSGE Group re tribal issues. | 0.5 | $845.00 | $422.50 |
| 7/14/2020 | KCM | Attend call w/ MSGE Group re mediation issues. | 0.8 | $845.00 | $676.00 |
| 7/15/2020 | KCM | Attend MSGE Group call re mediation. | 0.8 | $845.00 | $676.00 |
| 7/15/2020 | KCM | Teleconference w/ B. Kaswan re mediation. | 0.9 | $845.00 | $760.50 |
| 7/15/2020 | GMO | Prepare for MSGE Group call (0.2); attend call w/ KCM and MSGE Group (0.8); email MSGE members re filing proofs of claim (0.4); call w/ MSGE member counsel (B. Scatton) re filing proofs of claims (0.1). | 1.7 | $355.00 | $603.50 |
| 7/16/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.4 | $845.00 | $338.00 |
| 7/19/2020 | AWL | Review and analyze outstanding case tasks and send communications to MSGE members re same. | 1.9 | $620.00 | $1,178.00 |
| 7/22/2020 | KCM | Teleconference w/ AWL, GMO and J. Scolnick re proof of claim issues. | 0.4 | $845.00 | $338.00 |
| 7/22/2020 | AWL | Teleconference w/ KCM, GMO and J. Scolnick re proof of claim issues. | 0.4 | $620.00 | $248.00 |
| 7/23/2020 | KCM | Teleconference w/ J. Tapley and AWL re mediation issues. | 0.6 | $845.00 | $507.00 |
| 7/23/2020 | AWL | Confer w/ KCM and J. Tapley re mediation strategy. | 0.6 | $620.00 | $372.00 |
| 7/24/2020 | GMO | Communications w/ K. Stadler re case status (0.1); call w/ J. White re case status (0.1); call w/ T. Court re case status (0.1). | 0.3 | $355.00 | $106.50 |
| 7/27/2020 | KCM | Teleconference w/ S. Sanford re mediation issues. | 0.8 | $845.00 | $676.00 |
| 7/27/2020 | KCM | Attend MSGE Group call re mediation issues. | 0.6 | $845.00 | $507.00 |
| 7/27/2020 | AWL | Attend MSGE Group meeting re mediation session. | 0.6 | $620.00 | $372.00 |
| 7/28/2020 | KCM | Teleconference w/ S. Esserman re case status. | 0.1 | $845.00 | $84.50 |
| 7/28/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.1 | $845.00 | $84.50 |
| 7/28/2020 | KCM | Call w/ AWL, GMO, and MSGE subgroup re upcoming mediation (1.4); confer w/ AWL re case status and tasks (.4). | 1.8 | $845.00 | $1,521.00 |
| 7/28/2020 | AWL | Conference w/ KCM, GMO, and MSGE negotiating group re upcoming mediation session. | 1.4 | $620.00 | $868.00 |
| 7/28/2020 | GMO | Call w/ MSGE subgroup, KCM and AWL re case status. | 1.4 | $355.00 | $497.00 |
| 7/29/2020 | KCM | Teleconference w/ J. Tapley re case status. | 0.1 | $845.00 | $84.50 |
| 7/29/2020 | KCM | Attend MSGE Group call re case update. | 0.2 | $845.00 | $169.00 |
| 7/29/2020 | KCM | Attend insurance presentation to MSGE Group. | 1.9 | $845.00 | $1,605.50 |

July 31, 2020
Invoice #:        335280

Page:            12

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.15** | **Committee Meetings/Conferences** | | | | |
| 7/29/2020 | KCM | Teleconferences w/ S. Sanford re mediation issues and case status. | 1.3 | $845.00 | $1,098.50 |
| 7/29/2020 | AWL | Attend MSGE Group case update call. | 0.2 | $620.00 | $124.00 |
| 7/30/2020 | KCM | Call w/ negotiating subcommittee re mediation. | 1.2 | $845.00 | $1,014.00 |
| 7/30/2020 | KCM | Teleconference w/ S. Sanford (.1); call w/ GMO and J. Scolnick re claims (.1). | 0.2 | $845.00 | $169.00 |
| 7/30/2020 | AWL | Confer w/ MSGE negotiating group re mediation strategy. | 1.2 | $620.00 | $744.00 |
| 7/30/2020 | GMO | Call w/ KCM and J. Scolnick re claims (0.1); revise MSGE entities list and correspond w/ members re same (0.7). | 0.8 | $355.00 | $284.00 |
| 7/31/2020 | KCM | Plan/prepare for MSGE presentation. | 0.9 | $845.00 | $760.50 |
| 7/31/2020 | KCM | Teleconference w/ S. Sanford re mediation strategy and next steps. | 0.2 | $845.00 | $169.00 |
| | | **Total** | **36.40** | | **$24,335.00** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 7/1/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 7/2/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 7/6/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 7/7/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 7/8/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 7/9/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 7/13/2020 | BAW | Prepare materials re recent filings (.3); communications re same (.1). | 0.4 | $295.00 | $118.00 |
| 7/15/2020 | BAW | Prepare materials re recent filings (.3); communications re same (.1). | 0.4 | $295.00 | $118.00 |
| 7/17/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 7/22/2020 | BAW | Prepare materials re recent filings (.3); communications re same (.1). | 0.4 | $295.00 | $118.00 |
| 7/23/2020 | BAW | Prepare materials re recent filings (.2); communications re same (.1). | 0.3 | $295.00 | $88.50 |
| 7/24/2020 | BAW | Review dockets and prepare recent filings (.2); communications w/ KCM and GMO re same (.1). | 0.3 | $295.00 | $88.50 |
| 7/27/2020 | BAW | Review dockets and prepare recent filings (.2); communications w/ KCM and GMO re same (.1). | 0.3 | $295.00 | $88.50 |
| 7/28/2020 | BAW | Review dockets and prepare recent filings (.2); communications w/ KCM and GMO re same (.1). | 0.3 | $295.00 | $88.50 |

July 31, 2020
Invoice #:       335280

Page:       13

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| .17 | **Docket Review & File Maintenance** | | | | |
| 7/29/2020 | BAW | Review dockets and prepare recent filings (.2); communications w/ KCM and GMO re same (.1). | 0.3 | $295.00 | $88.50 |
| 7/30/2020 | BAW | Review dockets and prepare recent filings (.2); prepare and send communications to KCM and GMO re same (.1). | 0.3 | $295.00 | $88.50 |
| | | **Total** | **5.10** | | **$1,504.50** |
| | | Total Professional Services | 278.9 | | $171,164.50 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| JAL | Jeffrey A. Liesemer | Member | 44.0 | $795.00 | $34,980.00 |
| KCM | Kevin C. Maclay | Member | 69.4 | $845.00 | $58,643.00 |
| AWL | Ann W. Langley | Of Counsel | 72.6 | $620.00 | $45,012.00 |
| GMO | George M. O'Connor | Associate | 78.2 | $355.00 | $27,761.00 |
| CG | Cecilia Guerrero | Paralegal | 9.6 | $340.00 | $3,264.00 |
| BAW | Brigette A. Wolverton | Paralegal | 5.1 | $295.00 | $1,504.50 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
| 07/01/2020 | Database Research - GMO Westlaw 6/2020 [.11] | $809.84 |
| 07/23/2020 | Pacer Charges - BAW 7/1-9/30/20 [.04] | $477.60 |
| 07/23/2020 | Conf. Call - CourtSolutions 7/23 hrg (GMO) [.11] | $70.00 |
| 07/23/2020 | Conf. Call - CourtSolutions 7/23 hrg (JAL) [.11] | $70.00 |
| 07/23/2020 | Conf. Call - CourtSolutions 7/23 hrg (KCM) [.11] | $70.00 |
| 07/28/2020 | Filing Fees - Pro hac fee (AWL) [.04] | $200.00 |
| 07/29/2020 | Conf. Call - Conference Calls [.11] | $5.96 |
| 07/31/2020 | Database Research - JAL Westlaw 7/2020 [.11] | $1,264.04 |
| 07/31/2020 | Database Research - GMO Westlaw 7/2020 [.11] | $660.17 |
| 07/31/2020 | Database Research - GMO Westlaw 7/2020 [.11] | $138.83 |
| | Total Disbursements | $3,766.44 |

July 31, 2020
Invoice #:        335280

Page:            14

| | |
|---|---|
| Total Services | $171,164.50 |
| Total Disbursements | $3,766.44 |
| Total Current Charges | $174,930.94 |

July 31, 2020
Invoice #:        335280

Page:          15

## TASK RECAP

| Services | | | | Disbursements | | |
|---|---|---|---|---|---|---|
| **Category** | | **Hours** | **Amount** | **Category** | | **Amount** |
| .04 | | 3.00 | $1,020.00 | .04 | | $677.60 |
| .11 | | 234.40 | $144,305.00 | .11 | | $3,088.84 |
| .15 | | 36.40 | $24,335.00 | | | |
| .17 | | 5.10 | $1,504.50 | | | |
| | | 278.90 | $171,164.50 | | | $3,766.44 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CG | Cecilia Guerrero | .04 | 3.00 | $340.00 | $1,020.00 |
| JAL | Jeffrey A. Liesemer | .11 | 44.00 | $795.00 | $34,980.00 |
| KCM | Kevin C. Maclay | .11 | 49.50 | $845.00 | $41,827.50 |
| AWL | Ann W. Langley | .11 | 66.30 | $620.00 | $41,106.00 |
| GMO | George M. O'Connor | .11 | 68.50 | $355.00 | $24,317.50 |
| CG | Cecilia Guerrero | .11 | 6.10 | $340.00 | $2,074.00 |
| KCM | Kevin C. Maclay | .15 | 19.90 | $845.00 | $16,815.50 |
| AWL | Ann W. Langley | .15 | 6.30 | $620.00 | $3,906.00 |
| GMO | George M. O'Connor | .15 | 9.70 | $355.00 | $3,443.50 |
| CG | Cecilia Guerrero | .15 | 0.50 | $340.00 | $170.00 |
| BAW | Brigette A. Wolverton | .17 | 5.10 | $295.00 | $1,504.50 |
| | | | 278.90 | | $171,164.50 |