Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State*
*Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TWELFTH MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH**
**RESPECT TO SERVICES RENDERED AS COUNSEL TO THE**
**MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD**
**COMMENCING AUGUST 1, 2020, THROUGH AUGUST 31, 2020**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | August 1, 2020, through August 31, 2020 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $142,499.50 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $70.00 |
| **Total compensation requested in this statement:** | $113,999.60 (80% of $142,499.50) |
| **Total expenses requested in this statement:** | $70.00 |
| **Total compensation and expenses requested in this statement:** | $114,069.60 |

**This is a:**    _X_ monthly        ___ interim        ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Twelfth Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing August 1, 2020, through August 31, 2020 (the "**Fee Period**").

### Itemization of Services Rendered and Disbursements Incurred

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, Caplin & Drysdale rendered 231.7 hours of professional services during the Fee Period, resulting in fees totaling $142,499.50.  Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $113,999.60.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period.  This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $634.90.  The blended hourly rate of all paraprofessionals is $323.58.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $70.00 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

**Notice**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 12, 2021

Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State
Governmental Entities Group*

# EXHIBIT A

## <u>SUMMARY OF SERVICES BY CATEGORY</u>

**AUGUST 1, 2020, THROUGH AUGUST 31, 2020**

| Task Code | Project Category | Total Hours | Total Fees |
|:---:|:---|:---:|---:|
| .04 | Case Administration | 1.3 | $442.00 |
| .11 | Plan & Disclosure Statement | 194.0 | $117,395.50 |
| .15 | Committee Meetings/Conferences | 30.6 | $22,933.00 |
| .17 | Docket Review & File Maintenance | 5.8 | $1,729.00 |
| **TOTAL** | | **231.7** | **$142,499.50** |

# EXHIBIT B

## <u>SUMMARY OF HOURS AND FEES BY PROFESSIONAL</u>

### AUGUST 1, 2020, THROUGH AUGUST 31, 2020

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $845.00 | 73.2 | $61,854.00 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $795.00 | 3.1 | $2,464.50 |
| Ann W. Langley | Of Counsel / 2009 / Bankruptcy | $620.00 | 88.6 | $54,932.00 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $355.00 | 52.0 | $18,460.00 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $340.00 | 9.4 | $3,196.00 |
| Brigette A. Wolverton | Paralegal / N/A / Bankruptcy | $295.00 | 5.4 | $1,593.00 |
| **TOTAL** | | | **231.7** | **$142,499.50** |

# EXHIBIT C

## <u>SUMMARY OF EXPENSES</u>

### AUGUST 1, 2020, THROUGH AUGUST 31, 2020

| Category | Amount |
|---|---|
| Conference Call Service | $70.00 |
| **TOTAL** | **$70.00** |

# EXHIBIT D



One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000                     Federal Tax I.D. No.: 52-1226629                     Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

Invoice #:       335281
Page:            1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through August 31, 2020

| | |
|---|---|
| Total Services | $142,499.50 |
| Total Disbursements | $70.00 |
| Total Current Charges | $142,569.50 |

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

Check Payable To:                                        Wire Transfer:
Caplin & Drysdale, Chartered                             Receiving Bank: Bank of America
Attn: Accounts Receivable                                ABA Wire Routing Number: 026009593
One Thomas Circle NW, Suite 1100                         ABA ACH Routing Number: 054001204
Washington, DC 20005                                     Swift Code: BOFAUS3N
                                                         Beneficiary: Caplin & Drysdale, Chartered
                                                         Account Number: 001920814809

Credit Card:
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
### A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000              Federal Tax I.D. No.: 52-1226629              Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group                      August 31, 2020
                                                            Invoice #:       335281
                                                            Page:              1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through  August 31, 2020

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 8/11/2020 | CG | Review docket and update docketing calendar re same. | 0.1 | $340.00 | $34.00 |
| 8/18/2020 | CG | Finalize statement and certificate of service re motion to intervene (.3); file and serve same (.2); communications w/ Court re AWL pro hac (.1); update docketing calendar (.1); prepare calendar report and circulate same (.2). | 0.9 | $340.00 | $306.00 |
| 8/25/2020 | CG | Attorney registrations for hearing. | 0.3 | $340.00 | $102.00 |
| | | **Total** | **1.30** | | **$442.00** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 8/1/2020 | GMO | Research re bankruptcy/plan issues. | 1.8 | $355.00 | $639.00 |
| 8/2/2020 | GMO | Draft memo re proof of claims issues. | 3.3 | $355.00 | $1,171.50 |
| 8/3/2020 | KCM | Teleconference w/ K. Feinberg re mediation. | 0.1 | $845.00 | $84.50 |
| 8/3/2020 | KCM | Teleconferences w/ AWL re NAACP motion to intervene and mediation issues. | 0.3 | $845.00 | $253.50 |
| 8/3/2020 | KCM | Attend mediation session w/ IPSDs. | 1.5 | $845.00 | $1,267.50 |
| 8/3/2020 | KCM | Attend hospital group mediation. | 0.6 | $845.00 | $507.00 |
| 8/3/2020 | AWL | Attend UCC call re case status. | 0.5 | $620.00 | $310.00 |
| 8/3/2020 | AWL | Review and analyze research re proof of claims. | 0.6 | $620.00 | $372.00 |
| 8/3/2020 | AWL | Attend IPSD mediation session. | 1.5 | $620.00 | $930.00 |
| 8/3/2020 | AWL | Conference w/ KCM re mediation issues. | 0.3 | $620.00 | $186.00 |
| 8/3/2020 | AWL | Attend conference call w/ hospital group. | 0.6 | $620.00 | $372.00 |
| 8/3/2020 | AWL | Review and analyze draft alternative term sheet. | 0.3 | $620.00 | $186.00 |

August 31, 2020
Invoice #:       335281

Page:            2

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 8/3/2020 | AWL | Draft memo re UCC meeting. | 0.3 | $620.00 | $186.00 |
| 8/3/2020 | AWL | Review and analyze proposed term sheets and correspondence re same. | 0.9 | $620.00 | $558.00 |
| 8/4/2020 | KCM | Teleconference w/ AWL re mediation issues. | 0.7 | $845.00 | $591.50 |
| 8/4/2020 | KCM | Teleconference w/ F. Blaudeau re case status (.2); call w/ CG re entities list (.1). | 0.3 | $845.00 | $253.50 |
| 8/4/2020 | AWL | Research issues re proofs of claim. | 0.4 | $620.00 | $248.00 |
| 8/4/2020 | AWL | Review and analyze revised bracketed term sheet and PowerPoint. | 0.9 | $620.00 | $558.00 |
| 8/4/2020 | AWL | Confer w/ KCM re NAACP motion to intervene and mediation issues. | 0.7 | $620.00 | $434.00 |
| 8/4/2020 | CG | Communicate w/ KCM re upcoming MSGE Group meeting and update materials re same (.2); send 2019 entities list to KCM (.1); call w/ KCM re same (.1). | 0.4 | $340.00 | $136.00 |
| 8/4/2020 | CG | Communications w/ KCM re 2019 entities list. | 0.2 | $340.00 | $68.00 |
| 8/5/2020 | KCM | Teleconference w/ R. Frazer re mediation issues. | 0.1 | $845.00 | $84.50 |
| 8/5/2020 | KCM | Teleconference w/ K. Feinberg re mediation issues. | 0.1 | $845.00 | $84.50 |
| 8/5/2020 | KCM | Teleconference w/ AWL re mediation strategy. | 0.3 | $845.00 | $253.50 |
| 8/5/2020 | KCM | Teleconference w/ K. Quinn re mediation. | 0.1 | $845.00 | $84.50 |
| 8/5/2020 | KCM | Teleconference w/ F. Blaudeau re mediation. | 0.1 | $845.00 | $84.50 |
| 8/5/2020 | KCM | Attend mediation w/ Tribal entities. | 0.5 | $845.00 | $422.50 |
| 8/5/2020 | KCM | Attend PI mediation. | 2.3 | $845.00 | $1,943.50 |
| 8/5/2020 | AWL | Confer w/ KCM re mediation strategy. | 0.3 | $620.00 | $186.00 |
| 8/5/2020 | AWL | Revise presentation for Debtors' mediation. | 0.1 | $620.00 | $62.00 |
| 8/5/2020 | AWL | Attend mediation session w/ private entities. | 2.3 | $620.00 | $1,426.00 |
| 8/5/2020 | AWL | Attend mediation discussion w/ Tribes representatives. | 0.5 | $620.00 | $310.00 |
| 8/6/2020 | KCM | Attend governmental entities call re mediation. | 1.5 | $845.00 | $1,267.50 |
| 8/6/2020 | KCM | Call w/ MSGE Group negotiation subcommittee and Debtors. | 1.3 | $845.00 | $1,098.50 |
| 8/6/2020 | KCM | Teleconference w/ AWL re mediation issues and tasks. | 1.1 | $845.00 | $929.50 |
| 8/6/2020 | KCM | Call w/ Tribes re mediation. | 1.2 | $845.00 | $1,014.00 |
| 8/6/2020 | KCM | Call w/ IPSDs re mediation. | 0.5 | $845.00 | $422.50 |
| 8/6/2020 | KCM | Teleconference w/ A. Preis re mediation issues. | 0.8 | $845.00 | $676.00 |
| 8/6/2020 | KCM | Teleconference w/ D. Molton re mediation. | 0.1 | $845.00 | $84.50 |
| 8/6/2020 | AWL | Attend mediation strategy meeting w/ AHC and NCSG groups. | 1.5 | $620.00 | $930.00 |

August 31, 2020
Invoice #:        335281

Page:              3

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| .11 | **Plan & Disclosure Statement** | | | | |
| 8/6/2020 | AWL | Attend mediation session w/ Debtors. | 1.3 | $620.00 | $806.00 |
| 8/6/2020 | AWL | Confer w/ KCM re outstanding tasks and next steps. | 1.1 | $620.00 | $682.00 |
| 8/6/2020 | AWL | Draft and send correspondence re upcoming mediation sessions. | 0.4 | $620.00 | $248.00 |
| 8/6/2020 | AWL | Attend UCC update call. | 1.2 | $620.00 | $744.00 |
| 8/6/2020 | AWL | Attend mediation session w/ Tribes entities. | 1.2 | $620.00 | $744.00 |
| 8/6/2020 | AWL | Conference call w/ counsel to IPSD re mediation issues. | 0.5 | $620.00 | $310.00 |
| 8/6/2020 | AWL | Draft memo re mediation status. | 0.2 | $620.00 | $124.00 |
| 8/7/2020 | KCM | Teleconference w/ UCC re mediation issues. | 1.9 | $845.00 | $1,605.50 |
| 8/7/2020 | KCM | Teleconferences w/ D. Molton re mediation issues. | 0.2 | $845.00 | $169.00 |
| 8/7/2020 | KCM | Teleconference w/ K. Feinberg re mediation. | 0.1 | $845.00 | $84.50 |
| 8/7/2020 | KCM | Teleconference w/ F. Blaudeau re NAACP issues. | 0.1 | $845.00 | $84.50 |
| 8/7/2020 | KCM | Attend mediation w/ PI claimants, AHC and NCSG. | 1.2 | $845.00 | $1,014.00 |
| 8/7/2020 | KCM | Teleconference w/ MSGE negotiating subcommittee and NAACP. | 0.8 | $845.00 | $676.00 |
| 8/7/2020 | KCM | Teleconference w/ public entities and PI claimants re mediation. | 0.6 | $845.00 | $507.00 |
| 8/7/2020 | AWL | Attend UCC meeting re mediation and case update. | 1.9 | $620.00 | $1,178.00 |
| 8/7/2020 | AWL | Review and analyze NAACP motion to intervene. | 0.2 | $620.00 | $124.00 |
| 8/7/2020 | AWL | Attend mediation session w/ PI group. | 1.2 | $620.00 | $744.00 |
| 8/7/2020 | AWL | Attend mediation discussions w/ NAACP. | 0.6 | $620.00 | $372.00 |
| 8/7/2020 | AWL | Confer w/ NCSG group re MSGE revisions to term sheet. | 0.6 | $620.00 | $372.00 |
| 8/7/2020 | AWL | Communications w/ KCM re case strategy. | 0.3 | $620.00 | $186.00 |
| 8/9/2020 | AWL | Review and analyze term sheet proposal. | 0.4 | $620.00 | $248.00 |
| 8/10/2020 | KCM | Teleconference w/ AWL re case status and tasks. | 0.2 | $845.00 | $169.00 |
| 8/10/2020 | AWL | Call w/ GMO re case status and outstanding tasks. | 0.3 | $620.00 | $186.00 |
| 8/10/2020 | AWL | Conference w/ KCM re case strategy and outstanding tasks. | 0.2 | $620.00 | $124.00 |
| 8/10/2020 | GMO | Calls w/ AWL re case status (0.3); research re mediation issue (2.2). | 2.5 | $355.00 | $887.50 |
| 8/11/2020 | KCM | Teleconference w/ AWL re case status and next steps. | 0.4 | $845.00 | $338.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| .11 | **Plan & Disclosure Statement** | | | | |
| 8/11/2020 | KCM | Teleconference w/ K. Quinn re proposed stipulation. | 0.2 | $845.00 | $169.00 |
| 8/11/2020 | KCM | Teleconference w/ D. Nachman, P. Singer, P. Thurmond and MSGE Group re next steps. | 0.5 | $845.00 | $422.50 |
| 8/11/2020 | KCM | Teleconference w/ AHC, NCSG and MSGE Group re mediation issues. | 2.2 | $845.00 | $1,859.00 |
| 8/11/2020 | AWL | Confer w/ KCM re case status and next steps. | 0.4 | $620.00 | $248.00 |
| 8/11/2020 | AWL | Review and analyze term sheet revisions. | 0.2 | $620.00 | $124.00 |
| 8/11/2020 | AWL | Review and analyze HHS revisions to term sheet. | 0.8 | $620.00 | $496.00 |
| 8/11/2020 | AWL | Review and analyze stipulation to pursue insurance. | 0.6 | $620.00 | $372.00 |
| 8/11/2020 | AWL | Attend call w/ public entities re MSGE term sheet. | 0.5 | $620.00 | $310.00 |
| 8/11/2020 | GMO | Review and analyze AHC mediation materials (0.4); research mediation issue (0.9). | 1.3 | $355.00 | $461.50 |
| 8/13/2020 | KCM | Teleconference w/ A. Troop re mediation. | 0.1 | $845.00 | $84.50 |
| 8/13/2020 | KCM | Teleconference w/ AWL re next steps. | 0.2 | $845.00 | $169.00 |
| 8/13/2020 | KCM | Teleconference w/ GMO re mediation. | 0.1 | $845.00 | $84.50 |
| 8/13/2020 | KCM | Teleconference w/ AHC and NCSG re mediation issues. | 0.5 | $845.00 | $422.50 |
| 8/13/2020 | AWL | Confer w/ GMO re mediation strategy call. | 0.2 | $620.00 | $124.00 |
| 8/13/2020 | AWL | Conference w/ KCM re next steps. | 0.2 | $620.00 | $124.00 |
| 8/13/2020 | AWL | Attend mediation strategy meeting w/ public entities. | 1.7 | $620.00 | $1,054.00 |
| 8/13/2020 | AWL | Attend mediation discussion w/ IPSD. | 1.1 | $620.00 | $682.00 |
| 8/13/2020 | GMO | Call w/ AWL re case status (.4); call w/ AWL re mediation (0.2); call w/ KCM re mediation (0.1); prepare for UCC call (0.5); attend UCC call (0.4); research re mediation issues (2.3). | 3.5 | $355.00 | $1,242.50 |
| 8/14/2020 | KCM | Teleconference w/ K. Quinn re mediation. | 0.1 | $845.00 | $84.50 |
| 8/14/2020 | KCM | Review/analyze mediation materials and related communications. | 2.3 | $845.00 | $1,943.50 |
| 8/14/2020 | AWL | Review and analyze HHS term sheet materials re preparation for working group call. | 1.7 | $620.00 | $1,054.00 |
| 8/14/2020 | AWL | Attend HHS term sheet working group call. | 1.2 | $620.00 | $744.00 |
| 8/14/2020 | AWL | Research re plan issue. | 0.9 | $620.00 | $558.00 |
| 8/14/2020 | GMO | Research re plan issue (2.5); draft memorandum re plan issue (1.8). | 4.3 | $355.00 | $1,526.50 |
| 8/16/2020 | JAL | Telephone call w/ KCM re plan issue. | 0.3 | $795.00 | $238.50 |
| 8/16/2020 | KCM | Teleconference w/ JAL re plan issue. | 0.3 | $845.00 | $253.50 |
| 8/16/2020 | AWL | Review and analyze and edit HHS term sheet. | 0.4 | $620.00 | $248.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 8/16/2020 | GMO | Review and analyze Debtors' discovery. | 0.8 | $355.00 | $284.00 |
| 8/17/2020 | JAL | Review and analyze proof-of-claim filings. | 2.8 | $795.00 | $2,226.00 |
| 8/17/2020 | KCM | Teleconference w/ E. Vonnegut re proofs of claim issues. | 0.2 | $845.00 | $169.00 |
| 8/17/2020 | KCM | Attend mediation session and continuation w/ AHC and NCSG call re mediation issues. | 2.2 | $845.00 | $1,859.00 |
| 8/17/2020 | KCM | Teleconference w/ F. Blaudeau re mediation motion and statement in support of same. | 0.4 | $845.00 | $338.00 |
| 8/17/2020 | KCM | Teleconference w/ K. Feinberg re mediation. | 0.1 | $845.00 | $84.50 |
| 8/17/2020 | KCM | Teleconference w/ AWL re mediation issues and outstanding tasks. | 0.5 | $845.00 | $422.50 |
| 8/17/2020 | AWL | Draft and revise statement in support of NAACP motion to intervene. | 2.2 | $620.00 | $1,364.00 |
| 8/17/2020 | AWL | Attend mediation strategy call w/ public entities. | 2.2 | $620.00 | $1,364.00 |
| 8/17/2020 | AWL | Conference w/ KCM re outstanding case tasks. | 0.5 | $620.00 | $310.00 |
| 8/17/2020 | AWL | Review and revise HHS term sheet language. | 0.4 | $620.00 | $248.00 |
| 8/17/2020 | GMO | Research re solicitation issues (1.1); prepare for UCC call (0.2); call w/ UCC (1.4); prepare for conference w/ mediators (0.3); draft 2019 statement filing (0.4). | 3.4 | $355.00 | $1,207.00 |
| 8/18/2020 | KCM | Teleconference w/ AWL re filing and next steps (.4); call w/ AWL re mediation (.1). | 0.5 | $845.00 | $422.50 |
| 8/18/2020 | KCM | Mediation session w/ AHC, NCSG and MSGE. | 1.4 | $845.00 | $1,183.00 |
| 8/18/2020 | KCM | Teleconference w/ K. Feinberg re mediation. | 0.1 | $845.00 | $84.50 |
| 8/18/2020 | AWL | Review and analyze of mediation materials. | 0.6 | $620.00 | $372.00 |
| 8/18/2020 | AWL | Review and revise HHS term sheet. | 0.3 | $620.00 | $186.00 |
| 8/18/2020 | AWL | Confer w/ KCM re case mediation sessions. | 0.1 | $620.00 | $62.00 |
| 8/18/2020 | AWL | Teleconference w/ KCM re outstanding case tasks. | 0.4 | $620.00 | $248.00 |
| 8/18/2020 | AWL | Attend public entities' mediation session. | 1.4 | $620.00 | $868.00 |
| 8/18/2020 | GMO | Draft memo re UCC call (0.4); review NCSG letter re NAACP motion to intervene (0.2); review draft filing re NAACP motion to intervene (0.2); research re claims (0.9). | 1.7 | $355.00 | $603.50 |
| 8/18/2020 | CG | Review, revise, and citecheck statement re NAACP (.6); communications w/ AWL re same (.2); review communications re same (.1). | 0.9 | $340.00 | $306.00 |
| 8/18/2020 | CG | Review communications re amended 2019 statement. | 0.2 | $340.00 | $68.00 |
| 8/19/2020 | KCM | Teleconferences w/ AWL re mediation issues. | 0.9 | $845.00 | $760.50 |
| 8/19/2020 | KCM | Teleconference w/ GMO re draft 2019 statement. | 0.1 | $845.00 | $84.50 |

August 31, 2020
Invoice #:        335281

Page:        6

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 8/19/2020 | KCM | Teleconference w/ K. Feinberg re mediation. | 0.1 | $845.00 | $84.50 |
| 8/19/2020 | KCM | Attend MSGE/Tribes call re mediation. | 0.6 | $845.00 | $507.00 |
| 8/19/2020 | AWL | Attend meeting re HHS term sheet revisions. | 0.5 | $620.00 | $310.00 |
| 8/19/2020 | AWL | Review and analyze materials re preparation for HHS term sheet meeting. | 0.4 | $620.00 | $248.00 |
| 8/19/2020 | AWL | Confer w/ KCM re mediation strategy and outstanding case tasks. | 0.9 | $620.00 | $558.00 |
| 8/19/2020 | AWL | Confer w/ GMO re 2019 statement. | 0.1 | $620.00 | $62.00 |
| 8/19/2020 | AWL | Review and analyze mediation-related materials. | 0.2 | $620.00 | $124.00 |
| 8/19/2020 | AWL | Review and analyze claims data materials. | 0.4 | $620.00 | $248.00 |
| 8/19/2020 | AWL | Attend mediation discussion between MSGE Group and Tribes. | 0.6 | $620.00 | $372.00 |
| 8/19/2020 | GMO | Calls w/ Prime Clerk re claims issues (0.2); draft emails to Debtors re claims (0.4); call w/ AWL re 2019 statement and claim analysis (0.1); call w/ KCM re draft filing (0.1); review Debtors' discovery (1.4); draft summary of Debtors' discovery (1.8); revise MSGE entities list for 2019 filing (0.6); correspond w/ CG and AWL re same (0.3). | 4.9 | $355.00 | $1,739.50 |
| 8/20/2020 | KCM | Mediation session w/ Tribes. | 3.3 | $845.00 | $2,788.50 |
| 8/20/2020 | AWL | Attend mediation session w/ Tribes. | 3.3 | $620.00 | $2,046.00 |
| 8/20/2020 | AWL | Review and analyze claims data. | 1.7 | $620.00 | $1,054.00 |
| 8/20/2020 | AWL | Review and analyze TPP proposal and related correspondence. | 0.8 | $620.00 | $496.00 |
| 8/20/2020 | AWL | Review and analyze stipulation re NAACP. | 0.2 | $620.00 | $124.00 |
| 8/20/2020 | GMO | Confer w/ CG re filing (0.1); prepare for UCC call and review UCC materials (0.9); call w/ UCC (0.6); draft memo re same (0.2); review Debtors' discovery (2.6). | 4.4 | $355.00 | $1,562.00 |
| 8/20/2020 | CG | Confer w/ GMO re filing. | 0.1 | $340.00 | $34.00 |
| 8/21/2020 | KCM | Teleconference w/ Debtors and other public entities re NAACP motion. | 0.3 | $845.00 | $253.50 |
| 8/21/2020 | KCM | Teleconference w/ AWL re mediation issues. | 0.4 | $845.00 | $338.00 |
| 8/21/2020 | KCM | Attend mediation session w/ Tribes and other public entities groups. | 1.6 | $845.00 | $1,352.00 |
| 8/21/2020 | KCM | Teleconference w/ K. Feinberg re mediation. | 0.1 | $845.00 | $84.50 |
| 8/21/2020 | AWL | Prepare for mediation discussions. | 0.3 | $620.00 | $186.00 |
| 8/21/2020 | AWL | Attend mediation discussions re attorney fees. | 0.6 | $620.00 | $372.00 |
| 8/21/2020 | AWL | Attend conference call re stipulation re NAACP motion to intervene. | 0.3 | $620.00 | $186.00 |
| 8/21/2020 | AWL | Call w/ KCM re case strategy. | 0.5 | $620.00 | $310.00 |

August 31, 2020
Invoice #:        335281

Page:            7

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 8/21/2020 | AWL | Review and analyze term sheet proposals. | 0.4 | $620.00 | $248.00 |
| 8/21/2020 | AWL | Attend mediation sessions w/ Tribes. | 1.6 | $620.00 | $992.00 |
| 8/21/2020 | AWL | Confer w/ MSGE and Tribes group re mediation negotiations. | 0.7 | $620.00 | $434.00 |
| 8/21/2020 | AWL | Review and analyze NAACP materials re mediation. | 0.2 | $620.00 | $124.00 |
| 8/21/2020 | GMO | Draft filing for amended 2019 statement (0.5); correspond w/ CG re filing (0.1); review and analyze MSGE entities list re same (1.1). | 1.7 | $355.00 | $603.50 |
| 8/22/2020 | KCM | Teleconference w/ F. Blaudeau re mediation. | 0.1 | $845.00 | $84.50 |
| 8/22/2020 | AWL | Review of TPP term sheet. | 0.1 | $620.00 | $62.00 |
| 8/22/2020 | AWL | Review and analyze documents re attorney fee resolution. | 0.2 | $620.00 | $124.00 |
| 8/23/2020 | AWL | Review and revise NAACP stipulation. | 0.5 | $620.00 | $310.00 |
| 8/23/2020 | CG | Review and revise entities list re 2019 statement (.8); email re same to GMO (.1). | 0.9 | $340.00 | $306.00 |
| 8/24/2020 | KCM | Review/analyze mediation proposals and correspondence. | 0.5 | $845.00 | $422.50 |
| 8/24/2020 | KCM | Teleconference w/ AWL re mediation and case status and tasks. | 0.2 | $845.00 | $169.00 |
| 8/24/2020 | KCM | Teleconference w/ AHC, NCSG, and MSGE negotiating subcommittees re hospital, PI and mediation issues. | 1.1 | $845.00 | $929.50 |
| 8/24/2020 | KCM | Teleconference w/ NAACP and MSGE negotiating subcommittee. | 1.2 | $845.00 | $1,014.00 |
| 8/24/2020 | AWL | Confer w/ KCM re case tasks. | 0.2 | $620.00 | $124.00 |
| 8/24/2020 | AWL | Attend mediation sessions w/ public entities re mediation strategy. | 1.1 | $620.00 | $682.00 |
| 8/24/2020 | AWL | Attend meeting w/ NAACP representatives. | 1.2 | $620.00 | $744.00 |
| 8/24/2020 | AWL | Review and analyze NAACP stipulation and related documents. | 1.4 | $620.00 | $868.00 |
| 8/24/2020 | AWL | Review and analyze term sheet proposals and related correspondence. | 3.7 | $620.00 | $2,294.00 |
| 8/24/2020 | GMO | Review Debtors' draft statement re motion to intervene (0.2); review UCC materials (0.4); prepare for 8/26 hearing (0.3); review and revise Debtors' July operating report (0.1); research re solicitation issues (1.1); call w/ UCC (0.3); draft memo re same (0.2); review Debtors' discovery (0.3); draft memo re solicitation issues (1.2); research re mediation issue (0.4). | 4.5 | $355.00 | $1,597.50 |
| 8/24/2020 | CG | Update entities list and prepare revised 2019 statement (2.9); communications w/ GMO and AWL re same (.2). | 3.1 | $340.00 | $1,054.00 |

August 31, 2020
Invoice #:      335281

Page:          8

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| .11 | **Plan & Disclosure Statement** | | | | |
| 8/25/2020 | KCM | Teleconference w/ F. Blaudeau and AWL re mediation issues. | 1.1 | $845.00 | $929.50 |
| 8/25/2020 | KCM | Review/analyze mediation proposals and related correspondence. | 0.4 | $845.00 | $338.00 |
| 8/25/2020 | AWL | Review and analyze term sheets from NAS, TPPs, PI and hospitals and correspondence re same. | 2.2 | $620.00 | $1,364.00 |
| 8/25/2020 | AWL | Attend public delegation meeting w/ NCSG, AHC, and MSGE re case developments. | 0.3 | $620.00 | $186.00 |
| 8/25/2020 | AWL | Attend conference calls w/ KCM and F. Blaudeau re NAACP position statement. | 1.1 | $620.00 | $682.00 |
| 8/25/2020 | GMO | Review and analyze mediation materials (2.5); draft memo re same (1.7); research re mediation issue (0.6). | 4.8 | $355.00 | $1,704.00 |
| 8/25/2020 | CG | Hearing preparation re NAACP motion to intervene. | 1.6 | $340.00 | $544.00 |
| 8/26/2020 | KCM | Attend mediation call w/ public entities groups and PI claimants re open issues. | 1.8 | $845.00 | $1,521.00 |
| 8/26/2020 | KCM | Teleconference w/ AWL re mediation issues. | 0.3 | $845.00 | $253.50 |
| 8/26/2020 | AWL | Prepare for hearing on NAACP motion to intervene. | 0.3 | $620.00 | $186.00 |
| 8/26/2020 | AWL | Attend hearing on NAACP Motion to intervene. | 1.6 | $620.00 | $992.00 |
| 8/26/2020 | AWL | Review and analyze revised term sheets. | 0.7 | $620.00 | $434.00 |
| 8/26/2020 | AWL | Attend public delegation meeting w/ AHC, NCSG, and MSGE re mediation strategy. | 1.7 | $620.00 | $1,054.00 |
| 8/26/2020 | AWL | Conference call w/ KCM re mediation strategy. | 0.3 | $620.00 | $186.00 |
| 8/26/2020 | GMO | Research re solicitation issues (0.4); draft memorandum re same (0.3). | 0.7 | $355.00 | $248.50 |
| 8/26/2020 | CG | Communications w/ GMO re MSGE entities re 2019 statement. | 0.3 | $340.00 | $102.00 |
| 8/27/2020 | KCM | Attend public entities call re mediation strategy. | 1.0 | $845.00 | $845.00 |
| 8/27/2020 | KCM | Teleconference w/ K. Feinberg re mediation. | 0.1 | $845.00 | $84.50 |
| 8/27/2020 | KCM | Mediation communications and review/analyze related memoranda. | 2.9 | $845.00 | $2,450.50 |
| 8/27/2020 | AWL | Attend HHS term sheet discussion w/ public entities, DOJ, and HHS representatives. | 0.8 | $620.00 | $496.00 |
| 8/27/2020 | AWL | Attend meeting of AHC, NCSG, and MSGE re mediation strategy. | 1.0 | $620.00 | $620.00 |
| 8/27/2020 | GMO | Draft memorandum re solicitation issues (3.1); review and analyze draft filing (0.3); research re mediation issue (0.8). | 4.2 | $355.00 | $1,491.00 |
| 8/28/2020 | KCM | Teleconference w/ public entities re mediation. | 1.3 | $845.00 | $1,098.50 |
| 8/28/2020 | KCM | Teleconference w/ G. Stranch re plan issue. | 0.9 | $845.00 | $760.50 |

August 31, 2020
Invoice #:        335281

Page:            9

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 8/28/2020 | AWL | Review and analyze term sheets and related correspondence. | 0.9 | $620.00 | $558.00 |
| 8/28/2020 | AWL | Attend AHC, MSGE, and NCSG group session re mediation strategy. | 1.3 | $620.00 | $806.00 |
| 8/28/2020 | GMO | Draft memo re mediation status. | 0.4 | $355.00 | $142.00 |
| 8/29/2020 | KCM | Teleconference w/ AWL re mediation issues. | 0.4 | $845.00 | $338.00 |
| 8/29/2020 | KCM | Teleconference w/ K. Feinberg re mediation issues. | 0.3 | $845.00 | $253.50 |
| 8/29/2020 | AWL | Conference call w/ KCM re mediation strategy. | 0.4 | $620.00 | $248.00 |
| 8/30/2020 | KCM | Teleconference w/ AWL re mediation issues. | 0.6 | $845.00 | $507.00 |
| 8/30/2020 | KCM | Attend mediator call w/ MSGE Group. | 0.7 | $845.00 | $591.50 |
| 8/30/2020 | AWL | Review of materials in preparation for mediation calls. | 0.3 | $620.00 | $186.00 |
| 8/30/2020 | AWL | Attend zoom meeting w/ KCM, MSGE negotiating group and mediators. | 0.7 | $620.00 | $434.00 |
| 8/30/2020 | AWL | Teleconference w/ KCM re mediation strategy. | 0.6 | $620.00 | $372.00 |
| 8/31/2020 | KCM | Teleconference w/ L. Phillips re mediation. | 0.3 | $845.00 | $253.50 |
| 8/31/2020 | KCM | Teleconference w/ ACM re mediation issue. | 0.4 | $845.00 | $338.00 |
| 8/31/2020 | KCM | Teleconference w/ F. Blaudeau re mediation. | 0.4 | $845.00 | $338.00 |
| 8/31/2020 | AWL | Teleconference w/ KCM re mediation issue. | 0.4 | $620.00 | $248.00 |
| 8/31/2020 | GMO | Review and analyze mediation materials (1.7); prepare for UCC call (0.5); attend call w/ UCC (0.7); draft memo re same (.3). | 2.7 | $355.00 | $958.50 |
| | | **Total** | **194.00** | | **$117,395.50** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 8/3/2020 | KCM | Teleconference w/ S. Sanford re mediation issues. | 0.6 | $845.00 | $507.00 |
| 8/3/2020 | KCM | Teleconference w/ J. Scolnick re mediation issues. | 0.2 | $845.00 | $169.00 |
| 8/3/2020 | KCM | Attend MSGE Group negotiating subcommittee call re mediation issues. | 1.0 | $845.00 | $845.00 |
| 8/3/2020 | AWL | Attend MSGE negotiating group call. | 1.0 | $620.00 | $620.00 |
| 8/5/2020 | KCM | Teleconferences w/ S. Sanford re mediation issues. | 0.7 | $845.00 | $591.50 |
| 8/5/2020 | KCM | Teleconference w/ J. Scolnick re mediation update. | 0.5 | $845.00 | $422.50 |
| 8/5/2020 | KCM | Attend MSGE Group call re mediation. | 0.7 | $845.00 | $591.50 |
| 8/5/2020 | KCM | Attend MSGE negotiation subcommittee call re mediation. | 0.4 | $845.00 | $338.00 |
| 8/5/2020 | AWL | Conference call w/ MSGE Group re mediation updates. | 0.7 | $620.00 | $434.00 |

August 31, 2020
Invoice #:    335281

Page:    10

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| .15 | **Committee Meetings/Conferences** | | | | |
| 8/5/2020 | AWL | Confer w/ MSGE negotiation Group re mediation strategy. | 0.4 | $620.00 | $248.00 |
| 8/6/2020 | KCM | Teleconferences w/ S. Sanford re mediation issues. | 0.3 | $845.00 | $253.50 |
| 8/6/2020 | KCM | Attend MSGE Group negotiation subcommittee calls re mediation. | 1.5 | $845.00 | $1,267.50 |
| 8/6/2020 | AWL | Confer w/ MSGE negotiating group re mediation strategy. | 1.5 | $620.00 | $930.00 |
| 8/7/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.1 | $845.00 | $84.50 |
| 8/7/2020 | KCM | Teleconference w/ negotiating subcommittee re next steps (.7); confer w/ AWL re next steps (.3). | 0.7 | $845.00 | $591.50 |
| 8/7/2020 | KCM | Teleconference w/ J. Simon re next steps. | 0.8 | $845.00 | $676.00 |
| 8/7/2020 | KCM | Teleconference w/ S. Sanford re mediation issues. | 0.3 | $845.00 | $253.50 |
| 8/7/2020 | AWL | Confer w/ MSGE Group re upcoming mediation sessions. | 0.7 | $620.00 | $434.00 |
| 8/7/2020 | AWL | Confer w/ MSGE Group re mediation strategy and revisions to term sheet. | 0.8 | $620.00 | $496.00 |
| 8/7/2020 | AWL | Draft correspondence to MSGE Group re mediation. | 0.1 | $620.00 | $62.00 |
| 8/8/2020 | KCM | Teleconference w/ J. Tapley re case status and mediation. | 0.6 | $845.00 | $507.00 |
| 8/11/2020 | KCM | Teleconference w/ J. Simon re case status. | 0.2 | $845.00 | $169.00 |
| 8/11/2020 | KCM | Teleconference w/ MSGE Group negotiating subcommittee re term sheet issues. | 0.8 | $845.00 | $676.00 |
| 8/11/2020 | AWL | Confer w/ MSGE Group re term sheet revisions. | 0.8 | $620.00 | $496.00 |
| 8/11/2020 | AWL | Review proposed release and send correspondence to MSGE Group re same. | 0.2 | $620.00 | $124.00 |
| 8/12/2020 | AWL | Review correspondence re constituent inquiry (.2); draft and send response re same (.6). | 0.8 | $620.00 | $496.00 |
| 8/13/2020 | KCM | Teleconference w/ T. Court re mediation. | 0.3 | $845.00 | $253.50 |
| 8/13/2020 | AWL | Communications w/ GMO re constituent inquiry. | 0.4 | $620.00 | $248.00 |
| 8/17/2020 | KCM | Teleconference w/ S. Sanford re mediation issues. | 0.4 | $845.00 | $338.00 |
| 8/17/2020 | KCM | Teleconference w/ J. Tapley re mediation issues. | 0.3 | $845.00 | $253.50 |
| 8/17/2020 | AWL | Confer w/ S. Sanford re NAACP issue. | 0.1 | $620.00 | $62.00 |
| 8/18/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.4 | $845.00 | $338.00 |
| 8/18/2020 | GMO | Email MSGE Group members re entities list. | 0.4 | $355.00 | $142.00 |
| 8/19/2020 | KCM | Attend MSGE Group call re mediation. | 0.5 | $845.00 | $422.50 |
| 8/19/2020 | AWL | Attend MSGE committee call re mediation. | 0.5 | $620.00 | $310.00 |
| 8/20/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.3 | $845.00 | $253.50 |

August 31, 2020
Invoice #:        335281

Page:            11

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.15** | **Committee Meetings/Conferences** | | | | |
| 8/20/2020 | KCM | Teleconference w/ J. Tapley re case status. | 0.1 | $845.00 | $84.50 |
| 8/21/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.2 | $845.00 | $169.00 |
| 8/21/2020 | KCM | Attend mediation status call w/ MSGE subcommittee. | 0.8 | $845.00 | $676.00 |
| 8/24/2020 | KCM | Teleconference w/ J. Tapley re case status. | 0.3 | $845.00 | $253.50 |
| 8/24/2020 | KCM | Teleconference w/ S. Sanford and J. Tapley re case status and next steps. | 0.4 | $845.00 | $338.00 |
| 8/24/2020 | AWL | Confer w/ S. Sanford and J. Tapley re attorneys' fees issues. | 0.1 | $620.00 | $62.00 |
| 8/24/2020 | AWL | Confer w/ MSGE negotiating Group re case updates. | 0.4 | $620.00 | $248.00 |
| 8/25/2020 | KCM | Teleconferences w/ AWL and MSGE subcommittee re mediation issues. | 0.9 | $845.00 | $760.50 |
| 8/25/2020 | AWL | Teleconference w/ KCM and MSGE negotiating committee re mediation strategy. | 0.9 | $620.00 | $558.00 |
| 8/26/2020 | KCM | Teleconference w/ MSGE negotiating subcommittee re open issues. | 0.2 | $845.00 | $169.00 |
| 8/26/2020 | AWL | Attend teleconference w/ MSGE negotiating committee re mediation. | 0.2 | $620.00 | $124.00 |
| 8/26/2020 | GMO | Communications w/ MSGE Group members re case status. | 0.4 | $355.00 | $142.00 |
| 8/27/2020 | KCM | Attend MSGE negotiating subcommittee call w/ AWL. | 0.6 | $845.00 | $507.00 |
| 8/27/2020 | AWL | Confer w/ MSGE negotiating committee and KCM re mediation strategy. | 0.6 | $620.00 | $372.00 |
| 8/27/2020 | GMO | Communications w/ MSGE Group members re case status. | 0.3 | $355.00 | $106.50 |
| 8/28/2020 | KCM | Teleconference w/ J. Tapley re case status. | 0.4 | $845.00 | $338.00 |
| 8/29/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.6 | $845.00 | $507.00 |
| 8/29/2020 | KCM | Teleconference w/ J. Tapley re mediation next steps. | 0.2 | $845.00 | $169.00 |
| 8/30/2020 | KCM | Teleconference w/ T. Court re mediation next steps. | 0.6 | $845.00 | $507.00 |
| 8/30/2020 | KCM | Attend MSGE negotiating subcommittee call. | 1.4 | $845.00 | $1,183.00 |
| 8/31/2020 | KCM | Teleconference w/ J. Simon re mediation/PEC issue. | 0.6 | $845.00 | $507.00 |
| 8/31/2020 | AWL | Communications w/ KCM re mediation issue. | 0.4 | $620.00 | $248.00 |
| | | **Total** | **30.60** | | **$22,933.00** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 8/3/2020 | BAW | Review docket and prepare recent filings (.2); communications w/ GMO and KCM re same (.1). | 0.3 | $295.00 | $88.50 |
| 8/4/2020 | BAW | Review docket and prepare recent filings (.2); communications w/ GMO and KCM re same (.1). | 0.3 | $295.00 | $88.50 |

August 31, 2020
Invoice #:        335281

Page:            12

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.17** | **Docket Review & File Maintenance** | | | | |
| 8/4/2020 | CG | Communications w/ AWL re docket and recent filings (.1); review dockets re same (.3). | 0.4 | $340.00 | $136.00 |
| 8/10/2020 | BAW | Review dockets and prepare recently filed pleadings (.2); communications w/ KCM and GMO re same (.1). | 0.3 | $295.00 | $88.50 |
| 8/11/2020 | BAW | Review dockets and prepare recently filed pleadings (.2); communications w/ KCM and GMO re same (.1). | 0.3 | $295.00 | $88.50 |
| 8/12/2020 | BAW | Review docket and prepare recent filings (.1); communications w/ GMO and KCM re same (.1). | 0.2 | $295.00 | $59.00 |
| 8/13/2020 | BAW | Review dockets and prepare recently filed pleadings. | 0.3 | $295.00 | $88.50 |
| 8/14/2020 | BAW | Review dockets and prepare recently filed pleadings (.1); communications w/ KCM and GMO re same (.1). | 0.2 | $295.00 | $59.00 |
| 8/17/2020 | BAW | Review dockets and prepare recently filed pleadings (.2); communications w/ KCM and GMO re same (.1). | 0.3 | $295.00 | $88.50 |
| 8/18/2020 | BAW | Review dockets and prepare recently filed pleadings (.2); communications w/ KCM and GMO re same (.1). | 0.3 | $295.00 | $88.50 |
| 8/20/2020 | BAW | Review dockets and prepare recently filed pleadings (.1); communications w/ KCM and GMO re same (.1). | 0.2 | $295.00 | $59.00 |
| 8/21/2020 | BAW | Review dockets and prepare recently filed pleadings (.2); communications w/ KCM and GMO re same (.1). | 0.3 | $295.00 | $88.50 |
| 8/24/2020 | BAW | Review dockets and prepare recently filed pleadings (.1); communications w/ KCM and GMO re same (.1). | 0.2 | $295.00 | $59.00 |
| 8/25/2020 | BAW | Review dockets and update internal files re recently filed pleadings (1.4); communications w/ KCM, CG and GMO re same (.1). | 1.5 | $295.00 | $442.50 |
| 8/26/2020 | BAW | Review dockets and prepare recently filed pleadings (.1); communications w/ KCM and GMO re same (.1). | 0.2 | $295.00 | $59.00 |
| 8/28/2020 | BAW | Review dockets and prepare recently filed pleadings (.2); communications w/ KCM and GMO re same (.1). | 0.3 | $295.00 | $88.50 |
| 8/31/2020 | BAW | Review dockets and update internal files re recently filed pleadings (.1); communications w/ KCM, CG and GMO re same (.1). | 0.2 | $295.00 | $59.00 |
| | | **Total** | **5.80** | | **$1,729.00** |
| | | Total Professional Services | 231.7 | | $142,499.50 |

August 31, 2020
Invoice #:        335281

Page:              13

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 3.1 | $795.00 | $2,464.50 |
| KCM | Kevin C. Maclay | Member | 73.2 | $845.00 | $61,854.00 |
| AWL | Ann W. Langley | Of Counsel | 88.6 | $620.00 | $54,932.00 |
| GMO | George M. O'Connor | Associate | 52.0 | $355.00 | $18,460.00 |
| CG | Cecilia Guerrero | Paralegal | 9.4 | $340.00 | $3,196.00 |
| BAW | Brigette A. Wolverton | Paralegal | 5.4 | $295.00 | $1,593.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 08/26/2020 | Conf. Call - CourtSolutions 8/26 hr'g appearance [.11] | $70.00 |
| | Total Disbursements | $70.00 |

| | |
|---|---|
| Total Services | $142,499.50 |
| Total Disbursements | $70.00 |
| Total Current Charges | $142,569.50 |

August 31, 2020
Invoice #:          335281

Page:              14

## TASK RECAP

**Services**

| Category | Hours | Amount |
|---|---:|---:|
| .04 | 1.30 | $442.00 |
| .11 | 194.00 | $117,395.50 |
| .15 | 30.60 | $22,933.00 |
| .17 | 5.80 | $1,729.00 |
| | 231.70 | $142,499.50 |

**Disbursements**

| Category | Amount |
|---|---:|
| .11 | $70.00 |
| | $70.00 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| CG | Cecilia Guerrero | .04 | 1.30 | $340.00 | $442.00 |
| JAL | Jeffrey A. Liesemer | .11 | 3.10 | $795.00 | $2,464.50 |
| KCM | Kevin C. Maclay | .11 | 54.30 | $845.00 | $45,883.50 |
| AWL | Ann W. Langley | .11 | 78.00 | $620.00 | $48,360.00 |
| GMO | George M. O'Connor | .11 | 50.90 | $355.00 | $18,069.50 |
| CG | Cecilia Guerrero | .11 | 7.70 | $340.00 | $2,618.00 |
| KCM | Kevin C. Maclay | .15 | 18.90 | $845.00 | $15,970.50 |
| AWL | Ann W. Langley | .15 | 10.60 | $620.00 | $6,572.00 |
| GMO | George M. O'Connor | .15 | 1.10 | $355.00 | $390.50 |
| CG | Cecilia Guerrero | .17 | 0.40 | $340.00 | $136.00 |
| BAW | Brigette A. Wolverton | .17 | 5.40 | $295.00 | $1,593.00 |
| | | | 231.70 | | $142,499.50 |