Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State
Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**THIRTEENTH MONTHLY FEE STATEMENT OF
CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH
RESPECT TO SERVICES RENDERED AS COUNSEL TO THE
MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD
COMMENCING SEPTEMBER 1, 2020, THROUGH SEPTEMBER 30, 2020**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | September 1, 2020, through September 30, 2020 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $87,433.50 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $608.31 |
| **Total compensation requested in this statement:** | $69,946.80 (80% of $87,433.50) |
| **Total expenses requested in this statement:** | $608.31 |
| **Total compensation and expenses requested in this statement:** | $70,555.11 |

**This is a:**    _X_ monthly         ___ interim         ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Thirteenth Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing September 1, 2020, through September 30, 2020 (the "**Fee Period**").

**<u>Itemization of Services Rendered and Disbursements Incurred</u>**

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, Caplin & Drysdale rendered <u>139.1</u> hours of professional services during the Fee Period, resulting in fees totaling $<u>87,433.50</u>.  Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $<u>69,946.80</u>.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period.  This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $<u>633.51</u>.  The blended hourly rate of all paraprofessionals is $<u>305.71</u>.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $<u>608.31</u> in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

**Notice**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 12, 2021                           Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State*
*Governmental Entities Group*

# EXHIBIT A

## SUMMARY OF SERVICES BY CATEGORY

**SEPTEMBER 1, 2020, THROUGH SEPTEMBER 30, 2020**

| Task Code | Project Category | Total Hours | Total Fees |
|:---:|:---|:---:|---:|
| .11 | Plan & Disclosure Statement | 120.7 | $74,685.00 |
| .15 | Committee Meetings/Conferences | 17.0 | $12,335.50 |
| .17 | Docket Review & File Maintenance | 1.4 | $413.00 |
| **TOTAL** | | **139.1** | **$87,433.50** |

# EXHIBIT B

## SUMMARY OF HOURS AND FEES BY PROFESSIONAL

### SEPTEMBER 1, 2020, THROUGH SEPTEMBER 30, 2020

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $845.00 | 51.1 | $43,179.50 |
| Ann W. Langley | Of Counsel / 2009 / Bankruptcy | $620.00 | 49.5 | $30,690.00 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $355.00 | 36.4 | $12,922.00 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $340.00 | 0.5 | $170.00 |
| Brigette A. Wolverton | Paralegal / N/A / Bankruptcy | $295.00 | 1.6 | $472.00 |
| **TOTAL** | | | **139.1** | **$87,433.50** |

# EXHIBIT C

## SUMMARY OF EXPENSES

### SEPTEMBER 1, 2020, THROUGH SEPTEMBER 30, 2020

| Category | Amount |
|---|---|
| Conference Call Service | $70.00 |
| Database Research | $538.31 |
| **TOTAL** | **$608.31** |

# EXHIBIT D



One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

| | |
|---|---|
| Invoice #: | 335282 |
| Page: | 1 |

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through September 30, 2020

| | |
|---|---|
| Total Services | $87,433.50 |
| Total Disbursements | $608.31 |
| Total Current Charges | $88,041.81 |

---

**Remittance Advice**

---

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
### A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000    Federal Tax I.D. No.: 52-1226629    Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

September 30, 2020
Invoice #:        335282
Page:                 1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through  September 30, 2020

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 9/1/2020 | KCM | Review/analyze emergency physicians motion. | 0.3 | $845.00 | $253.50 |
| 9/1/2020 | KCM | Review/analyze mediation communications. | 0.8 | $845.00 | $676.00 |
| 9/1/2020 | GMO | Review and analyze mediation materials (0.9); research re mediation (1.4); review ER doctors' class certification motion (0.2); draft memo re same (0.2); review municipality motion to file late claims (0.3); research re same (0.4). | 3.8 | $355.00 | $1,349.00 |
| 9/2/2020 | KCM | Teleconference w/ public schools, L. Phillips, S. Gilbert and D. Nachman re mediation. | 0.9 | $845.00 | $760.50 |
| 9/2/2020 | KCM | Teleconference w/ AWL, AHC, NCSG, MSGE Group re strategy. | 1.9 | $845.00 | $1,605.50 |
| 9/2/2020 | KCM | Teleconference w/ L. Phillips re mediation. | 0.1 | $845.00 | $84.50 |
| 9/2/2020 | KCM | Review/analyze mediation proposals and related communication. | 0.9 | $845.00 | $760.50 |
| 9/2/2020 | AWL | Confer w/ AHC, NCSG, MSGE Group, and KCM re PI term sheet, NAACP letter, and mediation strategy (1.9); review and analyze revised term sheets (.1). | 2.0 | $620.00 | $1,240.00 |
| 9/3/2020 | KCM | Teleconference w/ L. Phillips re mediation. | 0.2 | $845.00 | $169.00 |
| 9/3/2020 | GMO | Attend call w/ UCC (1.2); draft memo re same (0.2); review and analyze recent filings (0.3); research re mediation issues (0.6); review mediation term sheets and drafts (0.6). | 2.9 | $355.00 | $1,029.50 |
| 9/4/2020 | KCM | Attend mediation session w/ AWL, NAACP, AHC, NCSG, and MSGE Group. | 1.0 | $845.00 | $845.00 |
| 9/4/2020 | KCM | Teleconferences w/ AWL re case status, strategy, and tasks. | 0.9 | $845.00 | $760.50 |

September 30, 2020
Invoice #:        335282

Page:                2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 9/4/2020 | AWL | Conferences w/ KCM re case strategy and outstanding tasks (.9); attend mediation session w/ KCM, NAACP, AHC, NCSG, and MSGE Group (1.0); review term sheets and case updates (.5). | 2.4 | $620.00 | $1,488.00 |
| 9/6/2020 | KCM | Attend mediation session w/ AWL, MSGE Group, AHC representatives, NCSG representatives, and L. Phillips re term sheet issues. | 1.3 | $845.00 | $1,098.50 |
| 9/6/2020 | AWL | Attend mediation session w/ KCM, MSGE Group, AHC representatives, NCSG representatives, and L. Phillips re outstanding issues. | 1.3 | $620.00 | $806.00 |
| 9/8/2020 | KCM | Attend mediation session w/ MSGE Group, AHC, NCSG, GMO, and AWL. | 1.1 | $845.00 | $929.50 |
| 9/8/2020 | AWL | Attend mediation session w/ MSGE Group, AHC, NCSG, KCM, and GMO re personal injury claimant term sheet (1.1); review and analyze mediation settlement agreements between public entities and private claimant groups (1.0). | 2.1 | $620.00 | $1,302.00 |
| 9/8/2020 | GMO | Review and analyze mediation materials (0.3); draft summary of mediation materials (0.9); attend mediation call w/ MSGE Group, AHC, NCSG, KCM, and AWL (1.1); draft summary of call (0.3); review and analyze municipality motions re late-filed claims (0.8); research re bar date issues (1.7); draft summary of municipality motions (0.9); review and analyze draft proposal re mediation (0.2); draft summary of same (0.1). | 6.3 | $355.00 | $2,236.50 |
| 9/9/2020 | KCM | Review/analyze mediation documents and term sheets and client communications. | 1.8 | $845.00 | $1,521.00 |
| 9/9/2020 | KCM | Plan/prepare mediation next steps. | 0.4 | $845.00 | $338.00 |
| 9/9/2020 | KCM | Attend mediation call w/ MSGE Group, AHC, NCSG, and AWL re NAACP issues. | 1.1 | $845.00 | $929.50 |
| 9/9/2020 | AWL | Review and analyze revised term sheets and correspondence re same (1.2); attend call w/ KCM, MSGE Group, AHC, and NCSG re response to NAACP (1.1); review NAACP letter re mediation status (.1). | 2.4 | $620.00 | $1,488.00 |
| 9/9/2020 | GMO | Draft memo of mediation term sheet (0.6); review communications re NAACP motion (0.2). | 0.8 | $355.00 | $284.00 |
| 9/10/2020 | KCM | Review/analyze mediation and client correspondence. | 0.3 | $845.00 | $253.50 |
| 9/10/2020 | KCM | Attend mediation session w/ MSGE Group, AHC, NCSG, and AWL. | 0.9 | $845.00 | $760.50 |
| 9/10/2020 | KCM | Attend NAACP mediation session w/ MSGE Group, AHC, NCSG and AWL. | 1.0 | $845.00 | $845.00 |
| 9/10/2020 | KCM | Teleconference w/ AWL re mediation and case strategy. | 0.2 | $845.00 | $169.00 |

September 30, 2020
Invoice #:        335282

Page:            3

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 9/10/2020 | KCM | Teleconference w/ J. Tapley, F. Blaudeau and AWL re NAACP position statement. | 0.5 | $845.00 | $422.50 |
| 9/10/2020 | AWL | Attend mediation session w/ KCM, MSGE Group, NCSG, AHC, and NAACP (1.0); attend mediation discussion w/ KCM, MSGE Group, AHC, and NCSG (.9); review and edit amended 2019 statement (.3); confer w/ KCM re case strategy (.2); confer w/ KCM, J. Tapley, and F. Blaudeau re NAACP position statement (.5); review mediation update correspondence (.2). | 3.1 | $620.00 | $1,922.00 |
| 9/10/2020 | GMO | Review and analyze Debtors' motion to authorize incentive plan (0.5); review and analyze Debtors' research re motions to file late claims (0.4); research re public entity filings (0.4); attend call w/ UCC (0.3); review and analyze draft filing (0.4); circulate same (0.1); research re composition of committees in case (0.2); review mediation materials (0.3). | 2.6 | $355.00 | $923.00 |
| 9/11/2020 | KCM | Review/analyze mediation correspondence and related documents. | 2.6 | $845.00 | $2,197.00 |
| 9/11/2020 | KCM | Teleconference w/ AWL re mediation status. | 0.1 | $845.00 | $84.50 |
| 9/11/2020 | AWL | Review and analyze updated term sheets (1.6); review NAACP letter (.2); confer w/ KCM re case status (.1); communications w/ GMO re case status (.2). | 2.1 | $620.00 | $1,302.00 |
| 9/13/2020 | KCM | Review/analyze mediation reports correspondence and related documents. | 0.6 | $845.00 | $507.00 |
| 9/13/2020 | AWL | Review correspondence re mediation status. | 0.2 | $620.00 | $124.00 |
| 9/14/2020 | KCM | Review/analyze mediation correspondence. | 1.1 | $845.00 | $929.50 |
| 9/14/2020 | KCM | Teleconference w/ AHC, NCSG, and AWL re late-filed claims. | 0.4 | $845.00 | $338.00 |
| 9/14/2020 | AWL | Review term sheets and mediation status updates (.8); confer w/ KCM, representatives of AHC, and NCSG re late filed municipality claims (.4); confer w/ GMO re case stipulation (.2); confer w/ GMO re mediation (.2). | 1.6 | $620.00 | $992.00 |
| 9/14/2020 | GMO | Confer w/ AWL re case stipulation (0.2); attend call w/ UCC (0.4); draft memo re same (0.2); review mediation materials (0.4); confer w/ AWL re mediation materials (0.2). | 1.4 | $355.00 | $497.00 |
| 9/15/2020 | KCM | Correspondence w/ mediation parties. | 1.4 | $845.00 | $1,183.00 |
| 9/15/2020 | GMO | Draft response re mediation issue (0.2); review and analyze class certification motions (0.2); draft summary of motions re late-filed claims (0.3). | 0.7 | $355.00 | $248.50 |
| 9/16/2020 | KCM | Teleconference w/ L. Phillips re mediation issues. | 0.1 | $845.00 | $84.50 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 9/16/2020 | KCM | Review/analyze mediators report and related correspondence. | 0.7 | $845.00 | $591.50 |
| 9/16/2020 | KCM | Teleconference w/ AWL re report and next steps. | 0.6 | $845.00 | $507.00 |
| 9/16/2020 | AWL | Review and analyze mediators report (1.2); confer w/ KCM re mediators report and outstanding tasks (.6); confer w/ GMO re mediation status (.3); review correspondence re mediators report (.2). | 2.3 | $620.00 | $1,426.00 |
| 9/16/2020 | GMO | Confer w/ AWL re mediation (.3); research re allocation issue (0.7). | 1.0 | $355.00 | $355.00 |
| 9/17/2020 | KCM | Teleconference w/ AWL re case tasks. | 0.2 | $845.00 | $169.00 |
| 9/17/2020 | KCM | Attend call w/ NCSG. | 0.4 | $845.00 | $338.00 |
| 9/17/2020 | KCM | Attend Chambers conference w/ AWL re mediation. | 2.0 | $845.00 | $1,690.00 |
| 9/17/2020 | KCM | Teleconference w/ MSGE Group, NCSG, AHC and AWL re Chambers conference and next steps. | 0.9 | $845.00 | $760.50 |
| 9/17/2020 | AWL | Review abatement term sheets and correspondence re same (.9); attend meeting of NCSG, AHC, MSGE Group representatives, KCM re abatement term sheets w/ private entities (.9); confer w/ KCM re case tasks (.2); attend chambers conference w/ KCM (2.0). | 4.0 | $620.00 | $2,480.00 |
| 9/18/2020 | KCM | Teleconference w/ AWL re case status and tasks. | 0.1 | $845.00 | $84.50 |
| 9/18/2020 | AWL | Attend mediation discussion w/ S. Sanford, J. Cicala, J. Tapley, J. Simon, and representative of NCSG, AHC, and TPP re abatement term sheet (1.0); review and analyze mediators report (.6); confer w/ KCM re outstanding tasks (.1). | 1.7 | $620.00 | $1,054.00 |
| 9/19/2020 | AWL | Review and revise mediation status report. | 0.7 | $620.00 | $434.00 |
| 9/20/2020 | KCM | Review and analyze mediation party correspondence. | 0.5 | $845.00 | $422.50 |
| 9/21/2020 | KCM | Teleconference w/ AWL re case strategy. | 0.1 | $845.00 | $84.50 |
| 9/21/2020 | KCM | Teleconferences w/ AWL re case status and tasks. | 0.4 | $845.00 | $338.00 |
| 9/21/2020 | AWL | Review and edit mediation report (.7); confer w/ GMO re same (.3); review and analyze stipulations for late filed municipality claims (.8); confer w/ KCM re outstanding tasks (.5). | 2.3 | $620.00 | $1,426.00 |
| 9/21/2020 | GMO | Research re mediation issue (2.2); confer w/ AWL re same (0.3); prepare for UCC call (0.1); attend call w/ UCC (0.7); draft memo re same (0.2). | 3.5 | $355.00 | $1,242.50 |
| 9/22/2020 | KCM | Teleconference w/ AWL re case status and strategy and next steps. | 1.6 | $845.00 | $1,352.00 |

September 30, 2020
Invoice #:        335282

Page:        5

### SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 9/22/2020 | AWL | Review stipulations re late filed municipality claims (.3); review and analyze revised mediation report (.2); confer w/ KCM re tasks and outstanding items (1.6). | 2.1 | $620.00 | $1,302.00 |
| 9/22/2020 | GMO | Research re Debtors' compensation plans (3.2); review and analyze filings re 2019 compensation motions (1.2); draft motion re Debtors' compensation plans (3.3). | 7.7 | $355.00 | $2,733.50 |
| 9/23/2020 | KCM | Teleconferences w/ AWL re case status and tasks. | 0.7 | $845.00 | $591.50 |
| 9/23/2020 | KCM | Teleconference w/ R. Ringer and AWL re KERP/KEIP. | 0.6 | $845.00 | $507.00 |
| 9/23/2020 | KCM | Teleconference w/ F. Blaudeau re case status. | 0.3 | $845.00 | $253.50 |
| 9/23/2020 | AWL | Attend mediation session w/ M. Shisko, NAS, AHC, and NCSG representatives re NAS abatement plan (.9); review NAS abatement plan (.2); review and analyze KEIP and KERP briefing (.5); attend mediation session w/ S. Sanford, D. Hegar, and representative of hospitals, NCSG, and AHC re hospital abatement plan (.3); confer w/ KCM and R. Ringer re KEIP and KERP objections and responses (.6); confer w/ KCM re outstanding tasks (.7). | 3.2 | $620.00 | $1,984.00 |
| 9/24/2020 | KCM | Teleconferences w/ AWL and GMO (partial) re filing (.4); teleconference w/ AWL re KEIP and KERP motion (.3). | 0.7 | $845.00 | $591.50 |
| 9/24/2020 | KCM | Teleconference w/ R. Ringer, A. Troop, and AWL re KERP. | 0.2 | $845.00 | $169.00 |
| 9/24/2020 | KCM | Teleconference w/ E. Vonnegut re KERP. | 0.2 | $845.00 | $169.00 |
| 9/24/2020 | KCM | Review/edit filing re KEIP/KERP issue. | 1.5 | $845.00 | $1,267.50 |
| 9/24/2020 | AWL | Revise draft limited objection to KEIP and KERP motions (2.9); review materials re same (1.4); review Oklahoma position statement (.4); conference call w/ J. Tapley, T. Court, D. Nachman and S. Gilbert re Oklahoma and Kentucky issues (.3); review correspondence re updates on limited objection to KEIP and KERP motion (.7); confer w/ KCM and GMO (partial) re limited objection to KEIP and KERP motion (.4); confer w/ KCM re strategy for KEIP and KERP objection (.3); confer w/ KCM, R. Ringer, and A. Troop re strategy for limited objection to KEIP and KERP motion (.2); confer w/ GMO re motion (.1). | 6.7 | $620.00 | $4,154.00 |
| 9/24/2020 | GMO | Revise draft motion re Debtors' compensation plans (1.2); calls w/ AWL re motion (0.1); calls w/ AWL and KCM re KEIP and KERP motion (partial) (0.2); prepare for UCC call (0.2); call w/ UCC (0.4). | 2.1 | $355.00 | $745.50 |

September 30, 2020
Invoice #:          335282

Page:              6

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 9/25/2020 | KCM | Teleconferences w/ AWL re filing and case status and tasks. | 0.4 | $845.00 | $338.00 |
| 9/25/2020 | AWL | Review materials re case KEIP and KERP limited objection (.6); confer w/ KCM re objection to KEIP and KERP motion and outstanding tasks (.4). | 1.0 | $620.00 | $620.00 |
| 9/25/2020 | BAW | Communications w/ GMO re potential objection filing. | 0.2 | $295.00 | $59.00 |
| 9/26/2020 | KCM | Communications w/ UCC, AHC, Debtors, and AWL re mediation issues and filing. | 0.3 | $845.00 | $253.50 |
| 9/26/2020 | AWL | Review and analyze mediation order and draft revisions re same. | 0.8 | $620.00 | $496.00 |
| 9/27/2020 | CG | Update docketing calendar (.3); register for telephonic court appearance (.2). | 0.5 | $340.00 | $170.00 |
| 9/28/2020 | AWL | Review and analyze KEIP and KERP filings. | 0.3 | $620.00 | $186.00 |
| 9/29/2020 | KCM | Teleconference w/ E. Vonnegut re hearing. | 0.1 | $845.00 | $84.50 |
| 9/29/2020 | KCM | Teleconference w/ AWL re case status and tasks. | 0.3 | $845.00 | $253.50 |
| 9/29/2020 | KCM | Plan/prepare for hearing. | 1.4 | $845.00 | $1,183.00 |
| 9/29/2020 | AWL | Confer w/ KCM re upcoming hearing (.3); review mediation order and proposed comments and edits re same (1.1); review and analyze filings re ER physician class claims motion (.5). | 1.9 | $620.00 | $1,178.00 |
| 9/29/2020 | GMO | Prepare for UCC call (0.2); attend call w/ UCC (0.5); prepare for 10/30 hearing (.6); review communications w/ Debtors re compensation motion (0.3). | 1.6 | $355.00 | $568.00 |
| 9/30/2020 | KCM | Plan/prepare for hearing. | 0.4 | $845.00 | $338.00 |
| 9/30/2020 | KCM | Attend hearing. | 3.9 | $845.00 | $3,295.50 |
| 9/30/2020 | KCM | Teleconference w/ J. McClammy re case status. | 0.3 | $845.00 | $253.50 |
| 9/30/2020 | KCM | Teleconference w/ K. Feinberg re mediation. | 0.1 | $845.00 | $84.50 |
| 9/30/2020 | KCM | Teleconference w/ S. Gilbert re mediation. | 0.2 | $845.00 | $169.00 |
| 9/30/2020 | AWL | Review correspondence re mediation development and upcoming meetings. | 0.2 | $620.00 | $124.00 |
| 9/30/2020 | GMO | Review and analyze post-hearing communications re Debtors' compensation motion. | 0.2 | $355.00 | $71.00 |
| | | **Total** | **120.70** | | **$74,685.00** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 9/1/2020 | KCM | Teleconferences w/ S. Sanford re case status. | 0.5 | $845.00 | $422.50 |
| 9/1/2020 | KCM | Communications w/ clients and AWL re mediation issues. | 0.7 | $845.00 | $591.50 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.15** | **Committee Meetings/Conferences** | | | | |
| 9/1/2020 | GMO | Communications w/ MSGE Group members re case status. | 0.2 | $355.00 | $71.00 |
| 9/2/2020 | KCM | Attend MSGE Group call w/ AWL re mediation update and strategy. | 1.1 | $845.00 | $929.50 |
| 9/2/2020 | KCM | Teleconference w/ J. Tapley re mediation issues. | 0.4 | $845.00 | $338.00 |
| 9/2/2020 | KCM | Review/analyze constituent inquiry re plan issue. | 0.2 | $845.00 | $169.00 |
| 9/2/2020 | AWL | Conference w/ MSGE Group and KCM re mediation updates and strategy. | 1.1 | $620.00 | $682.00 |
| 9/3/2020 | KCM | Teleconference w/ AWL, MSGE Group re mediation. | 1.0 | $845.00 | $845.00 |
| 9/3/2020 | AWL | Confer w/ MSGE Group, KCM re mediation (1.0); review MSGE correspondence re mediation (.3). | 1.3 | $620.00 | $806.00 |
| 9/4/2020 | AWL | Confer w/ J. Tapley re case strategy (.1); draft case updates and circulate to MSGE Group (.5). | 0.6 | $620.00 | $372.00 |
| 9/6/2020 | KCM | Teleconference w/ AWL and MSGE Group re mediation issues and strategy. | 0.4 | $845.00 | $338.00 |
| 9/6/2020 | AWL | Confer w/ KCM and MSGE Group re mediation strategy. | 0.4 | $620.00 | $248.00 |
| 9/9/2020 | KCM | Plan/prepare for MSGE Group call and review/analyze related materials. | 0.9 | $845.00 | $760.50 |
| 9/9/2020 | KCM | Attend MSGE Group call w/ AWL. | 1.0 | $845.00 | $845.00 |
| 9/9/2020 | AWL | Attend conference call w/ KCM and MSGE Group re case status and strategy. | 1.0 | $620.00 | $620.00 |
| 9/10/2020 | GMO | Communications w/ MSGE Group members re 2019 statement. | 0.2 | $355.00 | $71.00 |
| 9/11/2020 | KCM | Communicate w/ MSGE Group re mediation issues. | 0.8 | $845.00 | $676.00 |
| 9/11/2020 | GMO | Circulate draft filing to MSGE Group (0.3); communications w/ MSGE Group members re same (0.3). | 0.6 | $355.00 | $213.00 |
| 9/12/2020 | KCM | Communicate w/ MSGE Group re late filed claims issues. | 0.2 | $845.00 | $169.00 |
| 9/13/2020 | KCM | Communications w/ MSGE group re mediation. | 0.3 | $845.00 | $253.50 |
| 9/16/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.2 | $845.00 | $169.00 |
| 9/16/2020 | KCM | Teleconference w/ S. Sanford and J. Tapley. | 0.2 | $845.00 | $169.00 |
| 9/16/2020 | AWL | Confer w/ GMO and J. Scolnick re mediation updates. | 0.4 | $620.00 | $248.00 |
| 9/16/2020 | GMO | Attend call w/ AWL and J. Scolnick re mediation and case progress. | 0.4 | $355.00 | $142.00 |
| 9/17/2020 | AWL | Draft correspondence re constituent inquiry. | 0.3 | $620.00 | $186.00 |
| 9/21/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.2 | $845.00 | $169.00 |
| 9/23/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.1 | $845.00 | $84.50 |
| 9/24/2020 | KCM | Teleconferences w/ S. Sanford re case status. | 0.3 | $845.00 | $253.50 |

September 30, 2020
Invoice #:        335282

Page:                    8

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.15** | **Committee Meetings/Conferences** | | | | |
| 9/26/2020 | KCM | Communications w/ S. Sanford re mediation issues. | 0.3 | $845.00 | $253.50 |
| 9/30/2020 | KCM | Teleconferences w/ S. Sanford re hearing, mediation issues, and next steps. | 1.3 | $845.00 | $1,098.50 |
| 9/30/2020 | GMO | Draft memo to MSGE Group members re plan issue. | 0.4 | $355.00 | $142.00 |
| | | **Total** | **17.00** | | **$12,335.50** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 9/1/2020 | BAW | Review dockets and update internal files re recently filed pleadings (.1); communications w/ KCM, CG and GMO re same (.1). | 0.2 | $295.00 | $59.00 |
| 9/8/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 9/14/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.4 | $295.00 | $118.00 |
| 9/17/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.3 | $295.00 | $88.50 |
| 9/23/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.3 | $295.00 | $88.50 |
| | | **Total** | **1.40** | | **$413.00** |
| | | Total Professional Services | 139.1 | | $87,433.50 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| KCM | Kevin C. Maclay | Member | 51.1 | $845.00 | $43,179.50 |
| AWL | Ann W. Langley | Of Counsel | 49.5 | $620.00 | $30,690.00 |
| GMO | George M. O'Connor | Associate | 36.4 | $355.00 | $12,922.00 |
| CG | Cecilia Guerrero | Paralegal | 0.5 | $340.00 | $170.00 |
| BAW | Brigette A. Wolverton | Paralegal | 1.6 | $295.00 | $472.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
| 09/01/2020 | Database Research Westlaw - GMO - August 2-17, 2020 [.11] | $449.83 |
| 09/01/2020 | Database Research Westlaw - JAL - August 17, 2020 [.11] | $88.48 |
| 09/30/2020 | Conf. Call - CourtSolutions 9/30 hr'g (KCM) [.11] | $70.00 |
| | Total Disbursements | $608.31 |

| | |
|---|---|
| Total Services | $87,433.50 |
| Total Disbursements | $608.31 |
| Total Current Charges | $88,041.81 |

September 30, 2020
Invoice #:      335282

Page:          10

## TASK RECAP

**Services**

| Category | Hours | Amount |
|---|---|---|
| .04 | | |
| .11 | 120.70 | $74,685.00 |
| .15 | 17.00 | $12,335.50 |
| .17 | 1.40 | $413.00 |
| | 139.10 | $87,433.50 |

**Disbursements**

| Category | Amount |
|---|---|
| .11 | $608.31 |
| | $608.31 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| KCM | Kevin C. Maclay | .11 | 41.00 | $845.00 | $34,645.00 |
| AWL | Ann W. Langley | .11 | 44.40 | $620.00 | $27,528.00 |
| GMO | George M. O'Connor | .11 | 34.60 | $355.00 | $12,283.00 |
| CG | Cecilia Guerrero | .11 | 0.50 | $340.00 | $170.00 |
| BAW | Brigette A. Wolverton | .11 | 0.20 | $295.00 | $59.00 |
| KCM | Kevin C. Maclay | .15 | 10.10 | $845.00 | $8,534.50 |
| AWL | Ann W. Langley | .15 | 5.10 | $620.00 | $3,162.00 |
| GMO | George M. O'Connor | .15 | 1.80 | $355.00 | $639.00 |
| BAW | Brigette A. Wolverton | .17 | 1.40 | $295.00 | $413.00 |
| | | | 139.10 | | $87,433.50 |