Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**FOURTEENTH MONTHLY FEE STATEMENT OF CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH RESPECT TO SERVICES RENDERED AS COUNSEL TO THE MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD COMMENCING OCTOBER 1, 2020, THROUGH OCTOBER 31, 2020**

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | October 1, 2020, through October 31, 2020 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $52,666.00 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $2,673.13 |
| **Total compensation requested in this statement:** | $42,132.80 (80% of $52,666.00) |
| **Total expenses requested in this statement:** | $2,673.13 |
| **Total compensation and expenses requested in this statement:** | $44,805.93 |

**This is a:** _X_ monthly ___ interim ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Fourteenth Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing October 1, 2020, through October 31, 2020 (the "**Fee Period**").

**Itemization of Services Rendered and Disbursements Incurred**

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Caplin & Drysdale rendered 88.6 hours of professional services during the Fee Period, resulting in fees totaling $52,666.00. Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $42,132.80.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period. This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $619.50. The blended hourly rate of all paraprofessionals is $302.07. A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $2,673.13 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

**Notice**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 12, 2021

Respectfully submitted,

*/s/ Kevin C. Maclay*

Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State Governmental Entities Group*

# EXHIBIT A

## SUMMARY OF SERVICES BY CATEGORY

**OCTOBER 1, 2020, THROUGH OCTOBER 31, 2020**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| .04 | Case Administration | 0.7 | $238.00 |
| .11 | Plan & Disclosure Statement | 66.9 | $39,121.50 |
| .15 | Committee Meetings/Conferences | 17.5 | $12,274.00 |
| .17 | Docket Review & File Maintenance | 3.5 | $1,032.50 |
| **TOTAL** | | **88.6** | **$52,666.00** |

# EXHIBIT B

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**

**OCTOBER 1, 2020, THROUGH OCTOBER 31, 2020**

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $845.00 | 32.9 | $27,800.50 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $695.00 | 0.4 | $278.00 |
| Ann W. Langley | Of Counsel / 2009 / Bankruptcy | $620.00 | 20.1 | $12,462.00 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $355.00 | 28.2 | $10,011.00 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $340.00 | 1.1 | $374.00 |
| Brigette A. Wolverton | Paralegal / N/A / Bankruptcy | $295.00 | 5.9 | $1,740.50 |
| **TOTAL** | | | **88.6** | **$52,666.00** |

# EXHIBIT C

## SUMMARY OF EXPENSES

**OCTOBER 1, 2020, THROUGH OCTOBER 31, 2020**

| Category | Amount |
|---|---|
| Conference Call Service | $210.00 |
| Database Research | $2,009.13 |
| PACER Service | $454.00 |
| **TOTAL** | **$2,673.13** |

# EXHIBIT D

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000 Federal Tax I.D. No.: 52-1226629 Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

Invoice #: 335283
Page: 1

RE: Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through October 31, 2020

| | |
|---|---|
| Total Services | $52,666.00 |
| Total Disbursements | $2,673.13 |
| Total Current Charges | $55,339.13 |

**Remittance Advice**

Payment is due upon receipt. If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.

Please return this remittance page with your payment. Thank you.



One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000 Federal Tax I.D. No.: 52-1226629 Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

October 31, 2020
Invoice #: 335283
Page: 1

RE: Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through October 31, 2020

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 10/26/2020 | CG | Update docketing calendar (.5); CourtSolutions registrations (.2). | 0.7 | $340.00 | $238.00 |
| | | **Total** | **0.70** | | **$238.00** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/1/2020 | KCM | Teleconference w/ GMO re case status and tasks. | 0.1 | $845.00 | $84.50 |
| 10/1/2020 | KCM | Review/analyze hospitals materials and attend meeting. | 1.4 | $845.00 | $1,183.00 |
| 10/1/2020 | GMO | Attend call w/ UCC (.8); review and analyze court documents from 9/30 hearing (0.3); call w/ KCM re case status (.1). | 1.2 | $355.00 | $426.00 |
| 10/2/2020 | KCM | Review protective order materials. | 0.4 | $845.00 | $338.00 |
| 10/2/2020 | GMO | Review, analyze and summarize communications from Debtors re proposed compensation program (0.3); research re same (0.6); review and analyze UCC materials re compensation (0.4); research re claims (0.4); review and analyze Debtors' discovery re claims (1.0); draft memo re same (0.4). | 3.1 | $355.00 | $1,100.50 |
| 10/3/2020 | KCM | Communicate w/ A. Preis re plan issue. | 0.1 | $845.00 | $84.50 |
| 10/3/2020 | KCM | Communicate w/ Debtors re protective order issues. | 0.1 | $845.00 | $84.50 |
| 10/3/2020 | KCM | Teleconference w/ L. Phillips re mediation. | 0.5 | $845.00 | $422.50 |
| 10/3/2020 | KCM | Teleconference w/ D. Molton re case status. | 0.3 | $845.00 | $253.50 |
| 10/3/2020 | KCM | Teleconference w/ E. Vonnegut re case status. | 0.3 | $845.00 | $253.50 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/5/2020 | KCM | Teleconference w/ A. Preis and AWL re mediation. | 0.8 | $845.00 | $676.00 |
| 10/5/2020 | AWL | Review motion re late filed claims (.2); conference call w/ KCM and A. Preis re mediation strategy (.8). | 1.0 | $620.00 | $620.00 |
| 10/6/2020 | KCM | Teleconference w/ L. Phillips re case status. | 0.3 | $845.00 | $253.50 |
| 10/7/2020 | AWL | Confer w/ C. Cogman, KCM, and MSGE Group re DOJ update. | 0.5 | $620.00 | $310.00 |
| 10/8/2020 | KCM | Attend mediation session w/ L. Phillips, K. Feinberg, AWL, and MSGE Group. | 1.8 | $845.00 | $1,521.00 |
| 10/8/2020 | AWL | Attend mediator presentation w/ L. Phillips, K. Feinberg, KCM, and MSGE Group (1.8); review and revise presentation re same (1.1). | 2.9 | $620.00 | $1,798.00 |
| 10/8/2020 | GMO | Attend call w/ UCC (0.6); draft memo re same (0.3); revise amended 2019 statement for filing (0.3). | 1.2 | $355.00 | $426.00 |
| 10/9/2020 | KCM | Review materials re KEIP/KERP issues. | 0.6 | $845.00 | $507.00 |
| 10/9/2020 | AWL | Review and analyze 2019 statement. | 0.3 | $620.00 | $186.00 |
| 10/9/2020 | BAW | Prepare second amended 2019 statement (1.5), communications w/ GMO, AWL, and CG re same (.2); effect service re same (.7). | 2.4 | $295.00 | $708.00 |
| 10/12/2020 | KCM | Teleconference w/ F. Blaudeau re case status. | 0.2 | $845.00 | $169.00 |
| 10/14/2020 | AWL | Review and analyze materials re updates in mediation discussions. | 0.9 | $620.00 | $558.00 |
| 10/15/2020 | KCM | Attend KERP meeting w/ UCC, Debtors (J. Salwen), AHC, NCSG, and GMO. | 1.3 | $845.00 | $1,098.50 |
| 10/15/2020 | KCM | Attend mediator call w/ MSGE Group, M. Yoshida, AWL, and GMO. | 0.5 | $845.00 | $422.50 |
| 10/15/2020 | KCM | Teleconference w/ AWL re next steps. | 0.2 | $845.00 | $169.00 |
| 10/15/2020 | AWL | Review and analyze KERP materials (1.8); confer w/ GMO re outstanding issues (0.3); attend call w/ KCM, GMO, MSGE Group, and M. Yoshida re update from mediators (0.5); confer w/ KCM re outstanding tasks (0.2). | 2.8 | $620.00 | $1,736.00 |
| 10/15/2020 | GMO | Attend call w/ Debtors (J. Salwen) and KCM re KERP issues (1.3); call w/ AWL re case status (.3); attend call w/ KCM, AWL, MSGE Group, and mediator (M. Yoshida) re DOJ statement on case outcome (0.5); revise and circulate dictated DOJ statement (0.9). | 3.4 | $355.00 | $1,207.00 |
| 10/15/2020 | CG | Review docket and update docketing calendar re same. | 0.4 | $340.00 | $136.00 |
| 10/16/2020 | KCM | Teleconference w/ AWL and GMO re discovery issues and protective order. | 0.4 | $845.00 | $338.00 |
| 10/16/2020 | AWL | Review and analyze DOJ settlement related materials. | 0.8 | $620.00 | $496.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/16/2020 | AWL | Calls w/ KCM and GMO re protective order and discovery issues. | 0.4 | $620.00 | $248.00 |
| 10/16/2020 | GMO | Calls w/ KCM and AWL re discovery issues and protective order (0.4); review common interest agreement and stipulation re UCC discovery materials and related papers (1.9); review UCC materials re pending Debtor motions (0.2). | 2.5 | $355.00 | $887.50 |
| 10/19/2020 | AWL | Review and analyze KERP proposals. | 0.3 | $620.00 | $186.00 |
| 10/19/2020 | GMO | Review MSGE Group statistics (.3); communications w/ AWL re same (0.1); attend call w/ UCC (1.2); draft summary of UCC call (0.2). | 1.8 | $355.00 | $639.00 |
| 10/20/2020 | KCM | Teleconference w/ AWL re case status and tasks. | 0.2 | $845.00 | $169.00 |
| 10/20/2020 | KCM | Attend mediation session w/ MSGE Group, AHC, NCSG, Debtors, mediators, and AWL. | 1.0 | $845.00 | $845.00 |
| 10/20/2020 | KCM | Teleconference w/ S. Gilbert re insurance stipulation and related issues. | 0.8 | $845.00 | $676.00 |
| 10/20/2020 | AWL | Review materials re next steps in mediation (0.3) confer w/ KCM re upcoming tasks (0.2); attend mediation session w/ KCM, MSGE Group, AHC representative, NCSG representatives, Debtors, and mediators (1.0). | 1.5 | $620.00 | $930.00 |
| 10/21/2020 | KCM | Teleconference w/ AWL re DOJ issues. | 0.4 | $845.00 | $338.00 |
| 10/21/2020 | AWL | Review and analyze DOJ press release (0.7); confer w/ KCM re DOJ settlement strategy (0.4). | 1.1 | $620.00 | $682.00 |
| 10/22/2020 | KCM | Attend UCC call re case status. | 0.6 | $845.00 | $507.00 |
| 10/22/2020 | KCM | Teleconference w/ F. Blaudeau re case status. | 0.3 | $845.00 | $253.50 |
| 10/22/2020 | KCM | Attend mediation session w/ MSGE Group, mediators, and AWL. | 0.9 | $845.00 | $760.50 |
| 10/22/2020 | KCM | Plan/prepare next steps re mediation and plan issues and review/analyze related materials. | 2.8 | $845.00 | $2,366.00 |
| 10/22/2020 | AWL | Attend mediation session w/ KCM, MSGE Group and mediators re mediation. | 0.9 | $620.00 | $558.00 |
| 10/22/2020 | GMO | Attend call w/ UCC (0.6); review and analyze DOJ settlement terms and Sackler filing re DOJ settlement (1.5). | 2.1 | $355.00 | $745.50 |
| 10/23/2020 | KCM | Plan/prepare next steps re mediation and plan and review/analyze related materials. | 1.6 | $845.00 | $1,352.00 |
| 10/26/2020 | KCM | Teleconference w/ GMO re settlement. | 0.1 | $845.00 | $84.50 |
| 10/26/2020 | KCM | Teleconference w/ E. Vonnegut re case status. | 0.4 | $845.00 | $338.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 10/26/2020 | GMO | Review and analyze UCC and Debtors' materials re IACs and Sackler settlements (1.4); call w/ KCM re settlement issue (0.1); prepare for UCC call (0.3); attend call w/ UCC (0.7); draft memo re same (0.5); review and analyze Sackler filings re DOJ settlement (0.8). | 3.8 | $355.00 | $1,349.00 |
| 10/27/2020 | KCM | Teleconference w/ GMO re hearing preparation. | 0.1 | $845.00 | $84.50 |
| 10/27/2020 | GMO | Prepare for 10/28 hearing (0.6); review DOJ settlement materials and Sackler filings re same (1.1); confer w/ KCM re same (.1). | 1.8 | $355.00 | $639.00 |
| 10/28/2020 | KCM | Plan/prepare for hearing. | 0.6 | $845.00 | $507.00 |
| 10/28/2020 | KCM | Attend hearing. | 3.2 | $845.00 | $2,704.00 |
| 10/28/2020 | AWL | Attend omnibus hearing. | 3.2 | $620.00 | $1,984.00 |
| 10/28/2020 | GMO | Attend hearing (3.2); review and analyze UCC materials re hearing (0.3). | 3.5 | $355.00 | $1,242.50 |
| 10/30/2020 | KCM | Teleconference w/ GMO re case status and tasks. | 0.4 | $845.00 | $338.00 |
| 10/30/2020 | GMO | Call w/ KCM re case status and tasks. | 0.4 | $355.00 | $142.00 |
| | | **Total** | **66.90** | | **$39,121.50** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 10/1/2020 | KCM | Attend MSGE Group meeting w/ GMO. | 1.1 | $845.00 | $929.50 |
| 10/1/2020 | KCM | Communicate w/ J. Tapley re case status. | 0.1 | $845.00 | $84.50 |
| 10/1/2020 | GMO | Attend call w/ MSGE Group and KCM re case status and next steps. | 1.1 | $355.00 | $390.50 |
| 10/3/2020 | KCM | Communicate w/ clients re protective order issues. | 0.1 | $845.00 | $84.50 |
| 10/6/2020 | KCM | Teleconference w/ MSGE Group, TEP, and AWL. | 0.4 | $845.00 | $338.00 |
| 10/6/2020 | TEP | Confer w/ KCM, AWL, and MSGE Group call. | 0.4 | $695.00 | $278.00 |
| 10/6/2020 | AWL | Confer w/ KCM, TEP, and MSGE Group re mediation developments. | 0.4 | $620.00 | $248.00 |
| 10/7/2020 | KCM | Teleconference w/ MSGE Group and AWL re DOJ issues. | 0.5 | $845.00 | $422.50 |
| 10/7/2020 | KCM | Teleconference w/ MSGE Group, AWL, and GMO re case status. | 0.5 | $845.00 | $422.50 |
| 10/7/2020 | AWL | Confer w/ KCM, GMO, and MSGE Group re case updates. | 0.5 | $620.00 | $310.00 |
| 10/7/2020 | GMO | Call w/ MSGE Group, KCM, and AWL re case status. | 0.5 | $355.00 | $177.50 |
| 10/13/2020 | KCM | Teleconference w/ S. Sanford re mediation. | 0.4 | $845.00 | $338.00 |
| 10/13/2020 | KCM | Teleconference w/ J. Simon re mediation. | 0.3 | $845.00 | $253.50 |
| 10/13/2020 | KCM | Teleconference w/ T. Court re mediation. | 0.6 | $845.00 | $507.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.15** | **Committee Meetings/Conferences** | | | | |
| 10/13/2020 | KCM | Teleconference w/ J. Tapley re mediation issues. | 0.7 | $845.00 | $591.50 |
| 10/14/2020 | KCM | Teleconference w/ S. Sanford re mediation. | 0.4 | $845.00 | $338.00 |
| 10/15/2020 | KCM | Attend MSGE Group meeting w/ AWL and GMO re case status. | 0.8 | $845.00 | $676.00 |
| 10/15/2020 | KCM | Attend MSGE Group meeting w/ AWL re case strategy and mediation. | 0.4 | $845.00 | $338.00 |
| 10/15/2020 | AWL | Attend meeting w/ KCM, GMO, and MSGE Group (0.8); confer w/ KCM and MSGE Group re mediator update and related strategy (0.4). | 1.2 | $620.00 | $744.00 |
| 10/15/2020 | GMO | Attend call w/ KCM, AWL, and MSGE Group re case status and next steps. | 0.8 | $355.00 | $284.00 |
| 10/18/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.2 | $845.00 | $169.00 |
| 10/20/2020 | KCM | Attend MSGE Group meeting w/ AWL re mediation strategy. | 0.9 | $845.00 | $760.50 |
| 10/20/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.3 | $845.00 | $253.50 |
| 10/20/2020 | KCM | Teleconference w/ J. Tapley and S. Sanford re case status. | 0.4 | $845.00 | $338.00 |
| 10/20/2020 | AWL | Confer w/ KCM and MSGE Group re mediation strategy (0.9); confer w/ S. Sanford re upcoming mediation sessions (0.1). | 1.0 | $620.00 | $620.00 |
| 10/21/2020 | KCM | Teleconferences w/ J. Tapley and S. Sanford re case status. | 0.4 | $845.00 | $338.00 |
| 10/22/2020 | KCM | Communications w/ S. Sanford and J. Tapley re case status. | 0.4 | $845.00 | $338.00 |
| 10/22/2020 | KCM | Teleconference w/ MSGE Group and AWL re mediation status. | 0.4 | $845.00 | $338.00 |
| 10/22/2020 | AWL | Confer w/ KCM and MSGE Group re mediation status. | 0.4 | $620.00 | $248.00 |
| 10/23/2020 | KCM | Teleconference w/ J. Tapley and S. Sanford re case status. | 0.3 | $845.00 | $253.50 |
| 10/26/2020 | KCM | Teleconference w/ S. Sanford case status. | 0.3 | $845.00 | $253.50 |
| 10/27/2020 | KCM | Teleconference w/ J. Tapley re case status. | 0.3 | $845.00 | $253.50 |
| 10/28/2020 | GMO | Attend MSGE Group meeting re hearing and next steps. | 1.0 | $355.00 | $355.00 |
| | | **Total** | **17.50** | | **$12,274.00** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 10/7/2020 | BAW | Review dockets and update files re recently filed pleadings. | 0.3 | $295.00 | $88.50 |
| 10/8/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.5 | $295.00 | $147.50 |
| 10/9/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.17** | **Docket Review & File Maintenance** | | | | |
| 10/13/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.3 | $295.00 | $88.50 |
| 10/15/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 10/16/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 10/19/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 10/20/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 10/21/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 10/22/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 10/23/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 10/26/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 10/27/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 10/28/2020 | BAW | Review dockets and update internal files re recently filed pleadings.. | 0.2 | $295.00 | $59.00 |
| 10/29/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| | | **Total** | **3.50** | | **$1,032.50** |
| | | Total Professional Services | 88.6 | | $52,666.00 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| KCM | Kevin C. Maclay | Member | 32.9 | $845.00 | $27,800.50 |
| TEP | Todd E. Phillips | Member | 0.4 | $695.00 | $278.00 |
| AWL | Ann W. Langley | Of Counsel | 20.1 | $620.00 | $12,462.00 |
| GMO | George M. O'Connor | Associate | 28.2 | $355.00 | $10,011.00 |
| CG | Cecilia Guerrero | Paralegal | 1.1 | $340.00 | $374.00 |
| BAW | Brigette A. Wolverton | Paralegal | 5.9 | $295.00 | $1,740.50 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 10/01/2020 | Database Research - GMO Westlaw 8/2/2020 [.11] | $2,009.13 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 10/22/2020 | Pacer Charges - CG 7/1-9/30/20 [.04] | $442.20 |
| 10/22/2020 | Pacer Charges - JAL 7/1-9/30/20 [.04] | $2.80 |
| 10/22/2020 | Pacer Charges - GMO 7/1-9/30/20 [.04] | $9.00 |
| 10/28/2020 | Conf. Call - CourtSolutions 10/28 hr'g (AWL) [.11] | $70.00 |
| 10/28/2020 | Conf. Call - CourtSolutions 10/28 hr'g (GMO) [.11] | $70.00 |
| 10/28/2020 | Conf. Call - CourtSolutions 10/28 hr'g (KCM) [.11] | $70.00 |
| | Total Disbursements | $2,673.13 |

| | |
|---|---|
| Total Services | $52,666.00 |
| Total Disbursements | $2,673.13 |
| Total Current Charges | $55,339.13 |

## TASK RECAP

**Services**

| Category | Hours | Amount |
|---|---|---|
| .04 | 0.70 | $238.00 |
| .11 | 66.90 | $39,121.50 |
| .15 | 17.50 | $12,274.00 |
| .17 | 3.50 | $1,032.50 |
| | 88.60 | $52,666.00 |

**Disbursements**

| Category | Amount |
|---|---|
| .04 | $454.00 |
| .11 | $2,219.13 |
| | $2,673.13 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| CG | Cecilia Guerrero | .04 | 0.70 | $340.00 | $238.00 |
| KCM | Kevin C. Maclay | .11 | 22.70 | $845.00 | $19,181.50 |
| AWL | Ann W. Langley | .11 | 16.60 | $620.00 | $10,292.00 |
| GMO | George M. O'Connor | .11 | 24.80 | $355.00 | $8,804.00 |
| CG | Cecilia Guerrero | .11 | 0.40 | $340.00 | $136.00 |
| BAW | Brigette A. Wolverton | .11 | 2.40 | $295.00 | $708.00 |
| KCM | Kevin C. Maclay | .15 | 10.20 | $845.00 | $8,619.00 |
| TEP | Todd E. Phillips | .15 | 0.40 | $695.00 | $278.00 |
| AWL | Ann W. Langley | .15 | 3.50 | $620.00 | $2,170.00 |
| GMO | George M. O'Connor | .15 | 3.40 | $355.00 | $1,207.00 |
| BAW | Brigette A. Wolverton | .17 | 3.50 | $295.00 | $1,032.50 |
| | | | | 88.60 | $52,666.00 |