Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State
Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**FIFTEENTH MONTHLY FEE STATEMENT OF
CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH
RESPECT TO SERVICES RENDERED AS COUNSEL TO THE
MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD
<u>COMMENCING NOVEMBER 1, 2020, THROUGH NOVEMBER 30, 2020</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | November 1, 2020, through November 30, 2020 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $60,630.00 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $490.40 |
| **Total compensation requested in this statement:** | $48,504.00 (80% of $60,630.00) |
| **Total expenses requested in this statement:** | $490.40 |
| **Total compensation and expenses requested in this statement:** | $48,994.40 |

**This is a:**   _X_ monthly         ___ interim         ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Fifteenth Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing November 1, 2020, through November 30, 2020 (the "**Fee Period**").

2

**Itemization of Services Rendered and Disbursements Incurred**

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Caplin & Drysdale rendered 101.7 hours of professional services during the Fee Period, resulting in fees totaling $60,630.00. Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $48,504.00.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period. This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $619.99. The blended hourly rate of all paraprofessionals is $313.23. A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $490.40 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

**Notice**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 12, 2021

Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State Governmental Entities Group*

# EXHIBIT A

**SUMMARY OF SERVICES BY CATEGORY**

**NOVEMBER 1, 2020, THROUGH NOVEMBER 30, 2020**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| .04 | Case Administration | 1.1 | $374.00 |
| .11 | Plan & Disclosure Statement | 90.1 | $53,932.00 |
| .15 | Committee Meetings/Conferences | 7.7 | $5,498.00 |
| .17 | Docket Review & File Maintenance | 2.8 | $826.00 |
| **TOTAL** | | **101.7** | **$60,630.00** |

# EXHIBIT B

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**

**NOVEMBER 1, 2020, THROUGH NOVEMBER 30, 2020**

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $845.00 | 37.9 | $32,025.50 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $695.00 | 3.6 | $2,502.00 |
| Ann W. Langley | Of Counsel / 2009 / Bankruptcy | $620.00 | 19.1 | $11,842.00 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $355.00 | 33.2 | $11,786.00 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $340.00 | 3.2 | $1,088.00 |
| Brigette A. Wolverton | Paralegal / N/A / Bankruptcy | $295.00 | 4.7 | $1,386.50 |
| **TOTAL** | | | **101.7** | **$60,630.00** |

1

# EXHIBIT C

## SUMMARY OF EXPENSES

### NOVEMBER 1, 2020, THROUGH NOVEMBER 30, 2020

| Category | Amount |
|---|---:|
| Conference Call Service | $140.00 |
| Court Reporter Transcript Services | $350.40 |
| **TOTAL** | **$490.40** |

1

# EXHIBIT D



One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000        Federal Tax I.D. No.: 52-1226629        Fax: (202) 429-3301

www.capdale.com

Multi-State Governmental Entities Group

|  |  |
|---|---|
| Invoice #: | 335284 |
| Page: | 1 |

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through November 30, 2020

| | |
|---|---|
| Total Services | $60,630.00 |
| Total Disbursements | $490.40 |
| Total Current Charges | $61,120.40 |

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**                                **Wire Transfer:**
Caplin & Drysdale, Chartered                         Receiving Bank: Bank of America
Attn: Accounts Receivable                            ABA Wire Routing Number: 026009593
One Thomas Circle NW, Suite 1100                     ABA ACH Routing Number: 054001204
Washington, DC 20005                                 Swift Code: BOFAUS3N
                                                     Beneficiary: Caplin & Drysdale, Chartered
                                                     Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
### ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000         Federal Tax I.D. No.: 52-1226629         Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

November 30, 2020
Invoice #:     335284
Page:              1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through November 30, 2020

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .04 | **Case Administration & Calendar Control** | | | | |
| 11/13/2020 | CG | Review docket and update docketing calendar. | 0.2 | $340.00 | $68.00 |
| 11/15/2020 | CG | Review docket and update docketing calendar (.6); CourtCall registrations (.3). | 0.9 | $340.00 | $306.00 |
| | | Total | 1.10 | | $374.00 |
| .11 | **Plan & Disclosure Statement** | | | | |
| 11/2/2020 | KCM | Attend Debtors' PBC presentation to MSGE Group. | 1.2 | $845.00 | $1,014.00 |
| 11/2/2020 | AWL | Attend Debtors' presentation re PBC. | 1.2 | $620.00 | $744.00 |
| 11/2/2020 | GMO | Prepare for UCC call (0.2); attend call w/ UCC (0.5); review and analyze material re Debtors' PBC presentation (0.3); meeting w/ Debtors and MSGE Group re PBC (1.2). | 2.2 | $355.00 | $781.00 |
| 11/3/2020 | GMO | Call w/ AHC counsel re case status (0.2); review Norton Rose materials re Sackler settlement valuation (0.7). | 0.9 | $355.00 | $319.50 |
| 11/4/2020 | KCM | Teleconference w/ GMO re proof of claim issue. | 0.1 | $845.00 | $84.50 |
| 11/4/2020 | GMO | Review and analyze filings through 11/10/20 (.4); teleconference w/ KCM re case status (.1). | 0.5 | $355.00 | $177.50 |
| 11/4/2020 | CG | Review docket re recently filed pleadings (.1); communication w/ KCM, AWL re same (.1); review court calendar re same (.1). | 0.3 | $340.00 | $102.00 |
| 11/5/2020 | KCM | Teleconference w/ M. Huebner and E. Vonnegut and GMO re case status and next steps (.5); follow-up call w/ GMO re same (.1). | 0.6 | $845.00 | $507.00 |
| 11/5/2020 | KCM | Teleconferences w/ GMO re proof of claim and case issues. | 0.3 | $845.00 | $253.50 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 11/5/2020 | AWL | Review materials re KEIP and KERP issues. | 0.4 | $620.00 | $248.00 |
| 11/5/2020 | GMO | Research re status of public creditor claims reported by Debtors (5.3); calls w/ CG re same (0.4); calls w/ KCM re same (0.3); call w/ KCM and Debtors (M. Huebner and E. Vonnegut) re case progress (0.6); follow-up call w/ KCM (0.1). | 6.7 | $355.00 | $2,378.50 |
| 11/5/2020 | CG | Confer w/ GMO re status of public creditor claims. | 0.4 | $340.00 | $136.00 |
| 11/6/2020 | KCM | KEIP call w/ GMO, AWL, Debtors, UCC representatives, AHC representatives, and NCSG representatives. | 0.7 | $845.00 | $591.50 |
| 11/6/2020 | KCM | Teleconference w/ K. Quinn, R. Shore, and AWL re proposed insurance stipulation and related issues. | 0.8 | $845.00 | $676.00 |
| 11/6/2020 | KCM | Teleconference w/ AWL re insurance and next steps. | 0.7 | $845.00 | $591.50 |
| 11/6/2020 | KCM | Teleconference w/ GMO re case status. | 0.1 | $845.00 | $84.50 |
| 11/6/2020 | AWL | Attend Monitor update call (0.7); draft memo re same (0.1); attend Debtors' presentation call re KEIP and KERP w/ KCM, GMO, UCC representatives, AHC representatives, and NCSG representatives (0.7); confer w/ KCM, K. Quinn, and R. Shore re insurance issues (0.8); confer w/ KCM re insurance issues and upcoming tasks (0.7); review TDP (0.9). | 3.9 | $620.00 | $2,418.00 |
| 11/6/2020 | GMO | Call w/ UCC and Monitor (Sec. Vilsack) re report on Debtors (0.7); prepare for UCC call (0.1); call w/ UCC (0.3); call w/ AWL, KCM, UCC representatives, AHC representatives, and NCSG representatives re KEIP (0.7); call w/ KCM re case progress (0.1). | 1.9 | $355.00 | $674.50 |
| 11/7/2020 | KCM | Teleconference w/ E. Vonnegut re case status. | 0.3 | $845.00 | $253.50 |
| 11/9/2020 | KCM | Teleconference w/ A. Troop re DOJ settlement. | 0.2 | $845.00 | $169.00 |
| 11/9/2020 | GMO | Prepare for UCC call (0.3); call w/ UCC (0.7); draft memo re UCC call (0.3). | 1.3 | $355.00 | $461.50 |
| 11/10/2020 | KCM | Teleconference w/ J. McClammy re DOJ settlement issues. | 0.2 | $845.00 | $169.00 |
| 11/10/2020 | KCM | Teleconference w/ K. Eckstein re hearing. | 0.4 | $845.00 | $338.00 |
| 11/10/2020 | KCM | Teleconference w/ A. Troop re hearing. | 0.1 | $845.00 | $84.50 |
| 11/10/2020 | GMO | Review DOJ materials and communications w/ DOJ and mediation parties (0.8); confer w/ R. Ringer re IAC presentation to MSGE Group (0.3); review and circulate amended protective order (0.3); access Norton Rose document database and review available materials (1.0). | 2.4 | $355.00 | $852.00 |
| 11/10/2020 | GMO | Review and analyze mediation material re municipal tort claims. | 1.5 | $355.00 | $532.50 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 11/11/2020 | KCM | Teleconference w/ S. Birnbaum re case status. | 0.1 | $845.00 | $84.50 |
| 11/11/2020 | KCM | Attend AHC presentation w/ AWL and GMO re Sackler and PBC issues. | 1.1 | $845.00 | $929.50 |
| 11/11/2020 | KCM | Teleconferences w/ GMO re term sheet issues. | 0.6 | $845.00 | $507.00 |
| 11/11/2020 | KCM | Teleconference w/ K. Benedict re protective order. | 0.1 | $845.00 | $84.50 |
| 11/11/2020 | KCM | Teleconference w/ AWL re Sackler presentation. | 0.7 | $845.00 | $591.50 |
| 11/11/2020 | KCM | Teleconference w/ TEP and GMO re term sheet. | 0.2 | $845.00 | $169.00 |
| 11/11/2020 | TEP | Confer w/ KCM and GMO re protective order issue. | 0.2 | $695.00 | $139.00 |
| 11/11/2020 | AWL | Confer w/ KCM re Sackler presentation and case status (0.7); attend Sackler presentation w/ KCM and GMO (1.1); confer w/ GMO re outstanding tasks (0.3); review case filings (0.7). | 2.8 | $620.00 | $1,736.00 |
| 11/11/2020 | GMO | Attend AHC presentation to MSGE Group w/ KCM, AWL re IACs. | 1.1 | $355.00 | $390.50 |
| 11/11/2020 | GMO | Teleconferences w/ KCM re term sheet issues (.6); confer w/ AWL re case status and tasks (.3). | 0.9 | $355.00 | $319.50 |
| 11/12/2020 | KCM | Teleconference w/ J. McClammy re case status. | 0.1 | $845.00 | $84.50 |
| 11/13/2020 | AWL | Review and analyze KEIP motion. | 0.4 | $620.00 | $248.00 |
| 11/16/2020 | KCM | Teleconference w/ K. Eckstein re hearing issues and case status. | 0.6 | $845.00 | $507.00 |
| 11/16/2020 | TEP | Communications w/ CG and BAW re hearing prep materials. | 0.1 | $695.00 | $69.50 |
| 11/16/2020 | BAW | Review docket (.1); prepare hearing transcripts and related materials (.2); communications w/ CG re same (.1); prepare hearing materials (.8); communications w/ KCM re same (.1). | 1.3 | $295.00 | $383.50 |
| 11/17/2020 | KCM | Plan/prepare for hearing. | 0.2 | $845.00 | $169.00 |
| 11/17/2020 | KCM | Attend hearing. | 6.9 | $845.00 | $5,830.50 |
| 11/17/2020 | KCM | Teleconference w/ GMO re hearing. | 0.2 | $845.00 | $169.00 |
| 11/17/2020 | GMO | Attend hearing (partial) (5.8); call w/ KCM re hearing (0.2). | 6.0 | $355.00 | $2,130.00 |
| 11/17/2020 | BAW | Prepare hearing materials. | 0.6 | $295.00 | $177.00 |
| 11/18/2020 | KCM | Teleconference w/ AWL and GMO re hearing and next steps. | 0.2 | $845.00 | $169.00 |
| 11/18/2020 | AWL | Confer w/ GMO and KCM re next steps. | 0.2 | $620.00 | $124.00 |
| 11/18/2020 | GMO | Call w/ AWL and KCM re next steps. | 0.2 | $355.00 | $71.00 |
| 11/19/2020 | KCM | Teleconference w/ AWL re term sheet issues. | 0.3 | $845.00 | $253.50 |
| 11/19/2020 | TEP | Review term sheet. | 0.2 | $695.00 | $139.00 |

November 30, 2020
Invoice #:      335284

Page:           4

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 11/19/2020 | AWL | Review Ad Hoc term sheet (0.4); review draft MSGE Group term sheet (0.4); confer w/ KCM re term sheet (0.3); review recent filings (0.2); attend UCC call (0.7). | 2.0 | $620.00 | $1,240.00 |
| 11/19/2020 | GMO | Prepare for UCC call (0.2); attend call w/ UCC (0.7). | 0.9 | $355.00 | $319.50 |
| 11/19/2020 | CG | Edit 2019 entities list. | 1.4 | $340.00 | $476.00 |
| 11/20/2020 | KCM | Review/edit draft term sheet and review/analyze related materials. | 3.9 | $845.00 | $3,295.50 |
| 11/20/2020 | KCM | Teleconference w/ E. Vonnegut re draft term sheet. | 0.2 | $845.00 | $169.00 |
| 11/20/2020 | KCM | Communicate w/ TEP re term sheet issues (.5); confer w/ TEP re same (.1). | 0.6 | $845.00 | $507.00 |
| 11/20/2020 | TEP | Confer w/ KCM re term sheet (.1); review same and communicate w/ KCM re same (.4). | 0.5 | $695.00 | $347.50 |
| 11/20/2020 | GMO | Review 11.17 hearing transcript. | 0.8 | $355.00 | $284.00 |
| 11/21/2020 | KCM | Teleconference w/ AWL re term sheet issues. | 1.1 | $845.00 | $929.50 |
| 11/21/2020 | KCM | Review memo and materials on term sheet issues and plan/prepare next steps. | 1.6 | $845.00 | $1,352.00 |
| 11/21/2020 | KCM | Review/edit term sheet. | 0.8 | $845.00 | $676.00 |
| 11/21/2020 | TEP | Review GMO communication re term sheet (.1); review term sheet revisions (.2). | 0.3 | $695.00 | $208.50 |
| 11/21/2020 | AWL | Confer w/ KCM re MSGE Group term sheet. | 1.1 | $620.00 | $682.00 |
| 11/22/2020 | KCM | Teleconference w/ TEP re term sheet issues. | 0.4 | $845.00 | $338.00 |
| 11/22/2020 | KCM | Communicate w/ M. Tobak re term sheet issues and review/analyze related materials. | 1.2 | $845.00 | $1,014.00 |
| 11/22/2020 | TEP | Confer w/ KCM re term sheet revisions (.4); review Debtors' and KCM's communications re same (.1). | 0.5 | $695.00 | $347.50 |
| 11/23/2020 | KCM | Teleconference w/ E. Vonnegut re term sheet issues. | 0.5 | $845.00 | $422.50 |
| 11/23/2020 | KCM | Review materials re fee estimate and communicate w/ Debtors re same. | 0.2 | $845.00 | $169.00 |
| 11/23/2020 | KCM | Teleconference w/ E. Vonnegut, TEP and C. Robertson re term sheet. | 0.9 | $845.00 | $760.50 |
| 11/23/2020 | TEP | Review revisions to term sheet and related motion (.3); communications w/ KCM re same (.1); attend call w/ KCM, E. Vonnegut, and C. Robertson re same (.9). | 1.3 | $695.00 | $903.50 |
| 11/23/2020 | AWL | Review motion to intervene (1.6); review hearing transcript (0.7); review proposed term sheet (0.3). | 2.6 | $620.00 | $1,612.00 |
| 11/24/2020 | KCM | Review/analyze term sheet and related materials. | 0.7 | $845.00 | $591.50 |

November 30, 2020
Invoice #: 335284

Page: 5

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| .11 | **Plan & Disclosure Statement** | | | | |
| 11/24/2020 | AWL | Review and analyze Purdue term sheet. | 1.7 | $620.00 | $1,054.00 |
| 11/25/2020 | KCM | Teleconference w/ GMO re case status, UCC call and tasks. | 0.2 | $845.00 | $169.00 |
| 11/25/2020 | KCM | Teleconference w/ K. Quinn re insurance issues. | 0.6 | $845.00 | $507.00 |
| 11/25/2020 | KCM | Teleconference w/ S. Gilbert re insurance and term sheet issues. | 0.6 | $845.00 | $507.00 |
| 11/25/2020 | KCM | Teleconference w/ E. Vonnegut re case status and term sheet issues. | 0.3 | $845.00 | $253.50 |
| 11/25/2020 | KCM | Plan/prepare next steps and review/analyze related term sheet materials. | 0.9 | $845.00 | $760.50 |
| 11/25/2020 | KCM | Teleconference w/ GMO re UCC meeting. | 0.2 | $845.00 | $169.00 |
| 11/25/2020 | AWL | Review materials and correspondence re PHI presentation (0.1); review NCSG term sheet proposal (0.3). | 0.4 | $620.00 | $248.00 |
| 11/25/2020 | GMO | Call w/ KCM re UCC meeting (0.2); attend UCC call (0.8); review UCC materials (0.4); call w/ KCM re case status, UCC call and tasks (.2). | 1.6 | $355.00 | $568.00 |
| 11/30/2020 | KCM | Attend Debtors' PHI presentation to mediators, public entities and UCC w/ GMO and AWL. | 1.3 | $845.00 | $1,098.50 |
| 11/30/2020 | AWL | Attend Debtors' PHI presentation w/ GMO and KCM. | 1.3 | $620.00 | $806.00 |
| 11/30/2020 | GMO | Attend Debtors' PHI presentation w/ AWL and KCM (1.3); draft memo re same (0.6); review filings through 11/30 (0.2). | 2.1 | $355.00 | $745.50 |
| 11/30/2020 | GMO | Review and analyze NCSG statement re UCC motion to compel Sackler productions. | 0.8 | $355.00 | $284.00 |
| | | **Total** | **90.10** | | **$53,932.00** |
| .15 | **Committee Meetings/Conferences** | | | | |
| 11/4/2020 | KCM | Teleconference w/ J. Tapley and S. Sanford. | 0.2 | $845.00 | $169.00 |
| 11/9/2020 | KCM | Teleconference w/ S. Sanford and J. Tapley re case status and strategy. | 0.7 | $845.00 | $591.50 |
| 11/10/2020 | KCM | Teleconferences w/ S. Sanford and J. Tapley re case status. | 0.3 | $845.00 | $253.50 |
| 11/10/2020 | GMO | Communications w/ MSGE Group re mediation material/municipal tort claims. | 0.3 | $355.00 | $106.50 |
| 11/11/2020 | KCM | Attend MSGE Group meeting w/ GMO and AWL. | 0.5 | $845.00 | $422.50 |
| 11/11/2020 | KCM | Teleconference w/ S. Sanford, J. Tapley and J. Cicala re Sackler issues. | 0.2 | $845.00 | $169.00 |
| 11/11/2020 | AWL | Attend MSGE Group update call w/ KCM and GMO. | 0.5 | $620.00 | $310.00 |
| 11/11/2020 | GMO | Attend MSGE Group update call w/ KCM and AWL. | 0.5 | $355.00 | $177.50 |
| 11/14/2020 | KCM | Teleconference w/ R. Schecter re case status. | 0.6 | $845.00 | $507.00 |

November 30, 2020
Invoice #: 335284

Page: 6

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .15 | **Committee Meetings/Conferences** | | | | |
| 11/16/2020 | KCM | Teleconference w/ S. Sanford and J. Tapley re case status and hearing re DOJ settlement issues. | 0.2 | $845.00 | $169.00 |
| 11/18/2020 | KCM | Attend MSGE Group meeting w/ AWL and GMO. | 0.1 | $845.00 | $84.50 |
| 11/18/2020 | AWL | Attend MSGE Group meeting w/ KCM and GMO re case status. | 0.1 | $620.00 | $62.00 |
| 11/18/2020 | GMO | Attend MSGE Group meeting w/ KCM and AWL re case status. | 0.1 | $355.00 | $35.50 |
| 11/20/2020 | KCM | Teleconference w/ S. Sanford and J. Tapley re draft term sheet. | 0.3 | $845.00 | $253.50 |
| 11/23/2020 | KCM | Teleconference w/ G. Stranch re term sheet issues. | 0.4 | $845.00 | $338.00 |
| 11/23/2020 | KCM | Teleconference w/ S. Sanford and J. Tapley re term sheet issues. | 0.7 | $845.00 | $591.50 |
| 11/24/2020 | KCM | Teleconference w/ MSGE Group w/ AWL, TEP, and GMO. | 0.5 | $845.00 | $422.50 |
| 11/24/2020 | TEP | Attend MSGE Group call w/ KCM, AWL, and GMO. | 0.5 | $695.00 | $347.50 |
| 11/24/2020 | AWL | Attend MSGE Group call w/ KCM, TEP, and GMO. | 0.5 | $620.00 | $310.00 |
| 11/24/2020 | GMO | Attend MSGE Group meeting w/ AWL, KCM and TEP. | 0.5 | $355.00 | $177.50 |
| | | **Total** | **7.70** | | **$5,498.00** |
| .17 | **Docket Review & File Maintenance** | | | | |
| 11/2/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 11/4/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 11/9/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 11/10/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 11/11/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.4 | $295.00 | $118.00 |
| 11/17/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.5 | $295.00 | $147.50 |
| 11/19/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 11/20/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.4 | $295.00 | $118.00 |
| 11/23/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 11/30/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.3 | $295.00 | $88.50 |

November 30, 2020
Invoice #:  335284

Page: 7

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .17 | | Docket Review & File Maintenance | | | |
| | | Total | 2.80 | | $826.00 |
| | | Total Professional Services | 101.7 | | $60,630.00 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| KCM | Kevin C. Maclay | Member | 37.9 | $845.00 | $32,025.50 |
| TEP | Todd E. Phillips | Member | 3.6 | $695.00 | $2,502.00 |
| AWL | Ann W. Langley | Of Counsel | 19.1 | $620.00 | $11,842.00 |
| GMO | George M. O'Connor | Associate | 33.2 | $355.00 | $11,786.00 |
| CG | Cecilia Guerrero | Paralegal | 3.2 | $340.00 | $1,088.00 |
| BAW | Brigette A. Wolverton | Paralegal | 4.7 | $295.00 | $1,386.50 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 11/17/2020 | Conf. Call - CourtSolutions 11/17 hr'g appearance (GMO) [.11] | $70.00 |
| 11/17/2020 | Conf. Call - CourtSolutions 11/17 hr'g appearance (KCM) [.11] | $70.00 |
| 11/19/2020 | Court Reporting/Transcript Service - transcripts 1/24/20, 3/2/20, 4/22/20 [.11] | $350.40 |
| | Total Disbursements | $490.40 |
| | Total Services | $60,630.00 |
| | Total Disbursements | $490.40 |
| | Total Current Charges | $61,120.40 |

November 30, 2020
Invoice #: 335284

Page: 8

## TASK RECAP

### Services

| Category | Hours | Amount |
|---|---:|---:|
| .04 | 1.10 | $374.00 |
| .11 | 90.10 | $53,932.00 |
| .15 | 7.70 | $5,498.00 |
| .17 | 2.80 | $826.00 |
|  | 101.70 | $60,630.00 |

### Disbursements

| Category | Amount |
|---|---:|
| .11 | $490.40 |
|  | $490.40 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| CG | Cecilia Guerrero | .04 | 1.10 | $340.00 | $374.00 |
| KCM | Kevin C. Maclay | .11 | 33.20 | $845.00 | $28,054.00 |
| TEP | Todd E. Phillips | .11 | 3.10 | $695.00 | $2,154.50 |
| AWL | Ann W. Langley | .11 | 18.00 | $620.00 | $11,160.00 |
| GMO | George M. O'Connor | .11 | 31.80 | $355.00 | $11,289.00 |
| CG | Cecilia Guerrero | .11 | 2.10 | $340.00 | $714.00 |
| BAW | Brigette A. Wolverton | .11 | 1.90 | $295.00 | $560.50 |
| KCM | Kevin C. Maclay | .15 | 4.70 | $845.00 | $3,971.50 |
| TEP | Todd E. Phillips | .15 | 0.50 | $695.00 | $347.50 |
| AWL | Ann W. Langley | .15 | 1.10 | $620.00 | $682.00 |
| GMO | George M. O'Connor | .15 | 1.40 | $355.00 | $497.00 |
| BAW | Brigette A. Wolverton | .17 | 2.80 | $295.00 | $826.00 |
|  |  |  | 101.70 |  | $60,630.00 |