Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State
Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**SIXTEENTH MONTHLY FEE STATEMENT OF
CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH
RESPECT TO SERVICES RENDERED AS COUNSEL TO THE
MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD
<u>COMMENCING DECEMBER 1, 2020, THROUGH DECEMBER 31, 2020</u>**

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | December 1, 2020, through December 31, 2020 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $50,552.50 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $632.00 |
| **Total compensation requested in this statement:** | $40,442.00 (80% of $50,552.50) |
| **Total expenses requested in this statement:** | $632.00 |
| **Total compensation and expenses requested in this statement:** | $41,074.00 |

**This is a:**     _X_ monthly          ___ interim          ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Sixteenth Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing December 1, 2020, through December 31, 2020 (the "**Fee Period**").

2

**Itemization of Services Rendered and Disbursements Incurred**

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Caplin & Drysdale rendered 91.1 hours of professional services during the Fee Period, resulting in fees totaling $50,552.50. Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $40,442.00.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period. This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $581.81. The blended hourly rate of all paraprofessionals is $323.89. A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $632.00 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

**Notice**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 12, 2021

Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State Governmental Entities Group*

# EXHIBIT A

**SUMMARY OF SERVICES BY CATEGORY**

**DECEMBER 1, 2020, THROUGH DECEMBER 31, 2020**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| .11 | Plan & Disclosure Statement | 75.1 | $41,592.50 |
| .15 | Committee Meetings/Conferences | 13.1 | $8,104.50 |
| .17 | Docket Review & File Maintenance | 2.9 | $855.50 |
| **TOTAL** | | **91.1** | **$50,552.50** |

1

# EXHIBIT B

## SUMMARY OF HOURS AND FEES BY PROFESSIONAL

### DECEMBER 1, 2020, THROUGH DECEMBER 31, 2020

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $845.00 | 32.2 | $27,209.00 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $695.00 | 1.5 | $1,042.50 |
| James P. Wehner | Member / 1995 / Bankruptcy | $795.00 | 3.9 | $3,100.50 |
| Ann W. Langley | Of Counsel / 2009 / Bankruptcy | $620.00 | 1.9 | $1,178.00 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $355.00 | 42.1 | $14,945.50 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $340.00 | 6.1 | $2,074.00 |
| Brigette A. Wolverton | Paralegal / N/A / Bankruptcy | $295.00 | 3.4 | $1,003.00 |
| **TOTAL** | | | **91.1** | **$50,552.50** |

1

# EXHIBIT C

## SUMMARY OF EXPENSES

### DECEMBER 1, 2020, THROUGH DECEMBER 31, 2020

| Category | Amount |
|---|---:|
| Conference Call Service | $140.00 |
| Court Reporter Transcript Services | $100.80 |
| Miscellaneous | $391.20 |
| **TOTAL** | **$632.00** |

1

# EXHIBIT D



One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301

www.capdale.com

Multi-State Governmental Entities Group

|  |  |
|---|---|
| Invoice #: | 335285 |
| Page: | 1 |

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through December 31, 2020

| | |
|---|---:|
| Total Services | $50,552.50 |
| Total Disbursements | $632.00 |
| Total Current Charges | $51,184.50 |

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
## ATTORNEYS

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000         Federal Tax I.D. No.: 52-1226629         Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

December 31, 2020
Invoice #: 335285
Page: 1

RE: Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through December 31, 2020

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 12/1/2020 | KCM | Teleconference w/ L. Phillips re mediation status. | 0.8 | $845.00 | $676.00 |
| 12/1/2020 | GMO | Review and analyze NCSG filing (0.6); revise presentation deck (0.3). | 0.9 | $355.00 | $319.50 |
| 12/2/2020 | KCM | Teleconference w/ E. Vonnegut re case status and next steps. | 0.2 | $845.00 | $169.00 |
| 12/3/2020 | AWL | Confer w/ GMO re term sheet status. | 0.3 | $620.00 | $186.00 |
| 12/3/2020 | GMO | Confer w/ AWL re term sheet. | 0.3 | $355.00 | $106.50 |
| 12/4/2020 | KCM | Review/analyze materials re term sheet and mediation issues. | 0.8 | $845.00 | $676.00 |
| 12/4/2020 | GMO | Review and analyze AHC/Debtors term sheet (0.4); draft summary re same (0.2); review filings through 12/4 (0.3). | 0.9 | $355.00 | $319.50 |
| 12/6/2020 | KCM | Teleconference w/ GMO re case status and tasks (.2); teleconference w/ E. Vonnegut, S. Gilbert and S. Birnbaum re term sheet issues (.5); teleconferences w/ E. Vonnegut re same (.6). | 1.3 | $845.00 | $1,098.50 |
| 12/6/2020 | GMO | Call w/ KCM re case strategy. | 0.2 | $355.00 | $71.00 |
| 12/7/2020 | KCM | Teleconference w/ AWL re term sheet issues (.4); review/edit draft term sheet and review/analyze related materials (1.2); teleconferences w/ GMO re AHC filing and related issues (.4); communicate w/ Debtors re term sheet issues (.3). | 2.3 | $845.00 | $1,943.50 |
| 12/7/2020 | TEP | Review KCM communication to Debtors re term sheet and attached materials. | 0.2 | $695.00 | $139.00 |

December 31, 2020
Invoice #:    335285

Page:    2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .11 | **Plan & Disclosure Statement** | | | | |
| 12/7/2020 | AWL | Confer w/ KCM re case status and term sheet issues. | 0.4 | $620.00 | $248.00 |
| 12/7/2020 | GMO | Call w/ UCC (0.2); call w/ UCC re presentation (1.0); calls w/ KCM re AHC filing (0.4). | 1.6 | $355.00 | $568.00 |
| 12/8/2020 | KCM | Teleconference w/ L. Phillips re mediation and case status (.5); teleconference w/ E. Vonnegut re case status and term sheet (.3); teleconference w/ GMO re same (.2). | 1.0 | $845.00 | $845.00 |
| 12/8/2020 | GMO | Call w/ KCM re term sheet issue. | 0.2 | $355.00 | $71.00 |
| 12/9/2020 | GMO | Review allocation fee motion and related materials (0.4); draft potential objection re same (0.6). | 1.0 | $355.00 | $355.00 |
| 12/10/2020 | JPW | Review and revise response to allocation motion (1.7); teleconferences GMO re same (0.4). | 2.1 | $795.00 | $1,669.50 |
| 12/10/2020 | KCM | Teleconferences w/ GMO re potential allocation objection and related issues and research (1.1); teleconferences w/ C. Mehri re allocation fees (.4); teleconferences w/ E. Vonnegut re allocation fees (.3); teleconference w/ D. Molton and R. Ringer re allocation fees (.6); teleconference w/ S. Gilbert re same (.2); teleconference w/ A. Troop re Sackler negotiations and term sheet issues (.3); teleconference w/ F. Blaudeau re allocation issue (.5); teleconference w/ D. Molton re same (.1); review/edit potential limited objection (1.4). | 4.9 | $845.00 | $4,140.50 |
| 12/10/2020 | GMO | Conferences w/ KCM re allocation fee motion issues (1.1); calls w/ JPW re same (0.4); prepare for UCC call (0.2); call w/ UCC (0.4); research re allocation fee motion (3.7); review Debtors' allocation fee motion and related materials (2.7); draft potential objection re same (4.4). | 12.9 | $355.00 | $4,579.50 |
| 12/11/2020 | JPW | Review and revise draft response re allocation motion. | 1.8 | $795.00 | $1,431.00 |
| 12/11/2020 | KCM | Communicate w/ Debtors and AHC re allocation fee motion (.6); review and revise potential objection re same (1.3); teleconference w/ TEP and CG re potential brief (.5). | 2.4 | $845.00 | $2,028.00 |
| 12/11/2020 | TEP | Review draft potential limited objection (.6); communications w/ KCM, GMO, and CG re same (.2); confer w/ KCM and CG re same (.5). | 1.3 | $695.00 | $903.50 |
| 12/11/2020 | GMO | Review communications from Debtors, AHC & MSGE Group re draft objection to allocation fee motion (0.6); review and revise same (3.3); calls w/ KCM re same (0.2). | 4.1 | $355.00 | $1,455.50 |
| 12/11/2020 | CG | Review, revise and citecheck potential objection (5.6); teleconference w/ TEP and KCM re same (.5). | 6.1 | $340.00 | $2,074.00 |

December 31, 2020
Invoice #: 335285

Page: 3

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 12/14/2020 | KCM | Teleconferences w/ S. Gilbert re case status (.4); teleconference w/ GMO, Vonnegut and S. Gilbert re term sheet issues (.6). | 1.0 | $845.00 | $845.00 |
| 12/14/2020 | GMO | Call w/ KCM, E. Vonnegut and S. Gilbert re allocation fee motion. | 0.6 | $355.00 | $213.00 |
| 12/14/2020 | BAW | Prepare hearing materials. | 0.5 | $295.00 | $147.50 |
| 12/15/2020 | KCM | Plan/prepare for hearing (.3); attend hearing (1.9); teleconference w/ E. Vonnegut re plan issues and next steps (.4). | 2.6 | $845.00 | $2,197.00 |
| 12/15/2020 | GMO | Attend telephonic hearing (1.9); prepare for UCC call (0.1); attend UCC call (0.6); draft potential limited objection to Debtors' fee motion (2.6); research re same (1.3). | 6.5 | $355.00 | $2,307.50 |
| 12/17/2020 | KCM | Teleconference w/ S. Gilbert re term sheet (.1); teleconference w/ A. Troop re case status (.1); teleconference w/ GMO re term sheet (.2). | 0.4 | $845.00 | $338.00 |
| 12/17/2020 | GMO | Prepare for UCC call (0.1); attend UCC call (0.6); call w/ KCM re term sheet (0.2); review and analyze filings through 12/17 (0.3). | 1.2 | $355.00 | $426.00 |
| 12/18/2020 | KCM | Attend PI/TPP presentation w/ GMO (1.6); communicate w/ E. Vonnegut re proposed fee order (.1). | 1.7 | $845.00 | $1,436.50 |
| 12/18/2020 | GMO | Attend PI presentation w/ KCM. | 1.6 | $355.00 | $568.00 |
| 12/21/2020 | GMO | Review and analyze Debtors' discovery. | 0.6 | $355.00 | $213.00 |
| 12/22/2020 | KCM | Attend AHC presentation w/ GMO re future of Purdue. | 1.7 | $845.00 | $1,436.50 |
| 12/22/2020 | GMO | Prepare for AHC presentation (0.2); attend AHC presentation w/ KCM (1.7); review and analyze UCC materials re same (0.4); draft memo re same (0.3). | 2.6 | $355.00 | $923.00 |
| 12/22/2020 | GMO | Calls w/ KCM re mediation. | 0.3 | $355.00 | $106.50 |
| 12/23/2020 | KCM | Teleconference w/ L. Phillips re mediation (.3); teleconference w/ E. Vonnegut re term sheet and case issues (.7); teleconference w/ A. Troop re term sheet issues (.1); attend NewCo public presentation and review/analyze related materials (1.1). | 2.2 | $845.00 | $1,859.00 |
| 12/28/2020 | KCM | Attend AHC/NCSG term sheet presentation (1.0); teleconference w/ A. Troop re mediation issues (.4); teleconference w/ JAL re plan term sheet issues (.1). | 1.5 | $845.00 | $1,267.50 |
| 12/29/2020 | KCM | Teleconference w/ L. Phillips re mediation. | 0.8 | $845.00 | $676.00 |
| 12/30/2020 | GMO | Attend UCC call (0.3); review UCC materials re Debtors' business and financial projections (0.6). | 0.9 | $355.00 | $319.50 |
| 12/31/2020 | KCM | Teleconference w/ GMO re case status. | 0.2 | $845.00 | $169.00 |
| 12/31/2020 | GMO | Teleconference w/ KCM re case status. | 0.2 | $355.00 | $71.00 |

December 31, 2020
Invoice #:     335285

Page:     4

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| | | Total | 75.10 | | $41,592.50 |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 12/1/2020 | KCM | Teleconference w/ T. Court re term sheet issue. | 0.4 | $845.00 | $338.00 |
| 12/2/2020 | KCM | Teleconference w/ S. Sanford re case status (.2); teleconference w/ S. Sanford and J. Tapley re case status and mediation issues (.4); teleconference w/ GMO re client communications (.3). | 0.9 | $845.00 | $760.50 |
| 12/2/2020 | GMO | Teleconference w/ KCM re client communications. | 0.3 | $355.00 | $106.50 |
| 12/6/2020 | KCM | Teleconference w/ S. Sanford and J. Tapley re term sheet issues. | 0.4 | $845.00 | $338.00 |
| 12/9/2020 | KCM | Attend MSGE Group call w/ AWL re mediation. | 0.1 | $845.00 | $84.50 |
| 12/9/2020 | AWL | Attend MSGE Group call w/ KCM re mediation. | 0.1 | $620.00 | $62.00 |
| 12/10/2020 | KCM | Teleconferences w/ S. Sanford and J. Tapley re allocation issue. | 0.9 | $845.00 | $760.50 |
| 12/11/2020 | KCM | Plan/prepare for MSGE Group call (.7); attend MSGE Group call w/ AWL and GMO re case status (1.1). | 1.8 | $845.00 | $1,521.00 |
| 12/11/2020 | AWL | Attend MSGE Group call w/ KCM and GMO re case status. | 1.1 | $620.00 | $682.00 |
| 12/11/2020 | GMO | Prepare for MSGE Group meeting (0.2); attend MSGE Group call w/ AWL and KCM re case status (1.1). | 1.3 | $355.00 | $461.50 |
| 12/14/2020 | KCM | Teleconference w/ T. Court re mediation status (.2); teleconference w/ S. Sanford (.5). | 0.7 | $845.00 | $591.50 |
| 12/15/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.2 | $845.00 | $169.00 |
| 12/16/2020 | KCM | Attend MSGE Group meeting re case status. | 0.2 | $845.00 | $169.00 |
| 12/16/2020 | GMO | Attend MSGE Group meeting re case status. | 1.1 | $355.00 | $390.50 |
| 12/17/2020 | KCM | Teleconference w/ J. Tapley re term sheet issues. | 0.2 | $845.00 | $169.00 |
| 12/21/2020 | KCM | Teleconference w/ J. Tapley and S. Sanford re case status. | 0.2 | $845.00 | $169.00 |
| 12/22/2020 | GMO | Call w/ MSGE counsel re mediation (0.4); communications w/ CG re constituent inquiry (0.1). | 0.5 | $355.00 | $177.50 |
| 12/23/2020 | KCM | Teleconference w/ S. Sanford re case status. | 0.4 | $845.00 | $338.00 |
| 12/23/2020 | GMO | Prepare for MSGE Group meeting (0.2); attend meeting w/ MSGE Group (2.1). | 2.3 | $355.00 | $816.50 |
| | | Total | 13.10 | | $8,104.50 |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 12/1/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |

December 31, 2020
Invoice #:        335285

Page:        5

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| .17 | **Docket Review & File Maintenance** | | | | |
| 12/10/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 12/11/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.3 | $295.00 | $88.50 |
| 12/15/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.3 | $295.00 | $88.50 |
| 12/16/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 12/21/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.7 | $295.00 | $206.50 |
| 12/22/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.4 | $295.00 | $118.00 |
| 12/28/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.4 | $295.00 | $118.00 |
| 12/31/2020 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| | | **Total** | **2.90** | | **$855.50** |
| | | Total Professional Services | 91.1 | | $50,552.50 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| KCM | Kevin C. Maclay | Member | 32.2 | $845.00 | $27,209.00 |
| TEP | Todd E. Phillips | Member | 1.5 | $695.00 | $1,042.50 |
| JPW | James P. Wehner | Member | 3.9 | $795.00 | $3,100.50 |
| AWL | Ann W. Langley | Of Counsel | 1.9 | $620.00 | $1,178.00 |
| GMO | George M. O'Connor | Associate | 42.1 | $355.00 | $14,945.50 |
| CG | Cecilia Guerrero | Paralegal | 6.1 | $340.00 | $2,074.00 |
| BAW | Brigette A. Wolverton | Paralegal | 3.4 | $295.00 | $1,003.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 12/15/2020 | Filing Fees - Filing fee. [.04] | $391.20 |
| 12/15/2020 | Conf. Call - Telephonic appearance 12/15/20 hrg (GMO) [.11] | $70.00 |
| 12/15/2020 | Conf. Call - Telephonic appearance 12/15/20 hrg (KCM) [.11] | $70.00 |
| 12/18/2020 | Court Reporting/Transcript Service - 12/15/20 transcript [.11] | $100.80 |
| | Total Disbursements | $632.00 |

December 31, 2020
Invoice #:    335285

Page:    6

| | |
|---|---:|
| Total Services | $50,552.50 |
| Total Disbursements | $632.00 |
| Total Current Charges | $51,184.50 |

December 31, 2020
Invoice #: 335285

Page: 7

## TASK RECAP

### Services

| Category | Hours | Amount |
|---|---:|---:|
| .11 | 75.10 | $41,592.50 |
| .15 | 13.10 | $8,104.50 |
| .17 | 2.90 | $855.50 |
|  | 91.10 | $50,552.50 |

### Disbursements

| Category | Amount |
|---|---:|
| .04 | $391.20 |
| .11 | $240.80 |
|  | $632.00 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| KCM | Kevin C. Maclay | .11 | 25.80 | $845.00 | $21,801.00 |
| TEP | Todd E. Phillips | .11 | 1.50 | $695.00 | $1,042.50 |
| JPW | James P. Wehner | .11 | 3.90 | $795.00 | $3,100.50 |
| AWL | Ann W. Langley | .11 | 0.70 | $620.00 | $434.00 |
| GMO | George M. O'Connor | .11 | 36.60 | $355.00 | $12,993.00 |
| CG | Cecilia Guerrero | .11 | 6.10 | $340.00 | $2,074.00 |
| BAW | Brigette A. Wolverton | .11 | 0.50 | $295.00 | $147.50 |
| KCM | Kevin C. Maclay | .15 | 6.40 | $845.00 | $5,408.00 |
| AWL | Ann W. Langley | .15 | 1.20 | $620.00 | $744.00 |
| GMO | George M. O'Connor | .15 | 5.50 | $355.00 | $1,952.50 |
| BAW | Brigette A. Wolverton | .17 | 2.90 | $295.00 | $855.50 |
|  |  |  | 91.10 |  | $50,552.50 |