Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State*
*Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**SEVENTEENTH MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH**
**RESPECT TO SERVICES RENDERED AS COUNSEL TO THE**
**MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD**
**COMMENCING JANUARY 1, 2021, THROUGH JANUARY 31, 2021**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | January 1, 2021, through January 31, 2021 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $127,047.00 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $340.00 |
| **Total compensation requested in this statement:** | $101,637.60 (80% of $127,047.00) |
| **Total expenses requested in this statement:** | $340.00 |
| **Total compensation and expenses requested in this statement:** | $101,977.60 |

**This is a:**    _X_ monthly    ___ interim    ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Seventeenth Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing January 1, 2021, through January 31, 2021 (the "**Fee Period**").

## Itemization of Services Rendered and Disbursements Incurred

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, Caplin & Drysdale rendered 204.3 hours of professional services during the Fee Period, resulting in fees totaling $127,047.00.  Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $101,637.60.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period.  This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $631.94.  The blended hourly rate of all paraprofessionals is $371.39.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $340.00 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

**<u>Notice</u>**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 12, 2021                    Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State
Governmental Entities Group*

# EXHIBIT A

<u>**SUMMARY OF SERVICES BY CATEGORY**</u>

**JANUARY 1, 2021, THROUGH JANUARY 31, 2021**

| Task Code | Project Category | Total Hours | Total Fees |
|:---:|:---|:---:|---:|
| .04 | Case Administration | 1.1 | $418.00 |
| .11 | Plan & Disclosure Statement | 182.0 | $113,989.50 |
| .15 | Committee Meetings/Conferences | 18.6 | $11,719.50 |
| .17 | Docket Review & File Maintenance | 2.6 | $920.00 |
| **TOTAL** | | **204.3** | **$127,047.00** |

# EXHIBIT B

## SUMMARY OF HOURS AND FEES BY PROFESSIONAL

## JANUARY 1, 2021, THROUGH JANUARY 31, 2021

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $1,025.00 | 52.5 | $53,812.50 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $815.00 | 0.6 | $489.00 |
| James P. Wehner | Member / 1995 / Bankruptcy | $895.00 | 1.3 | $1,163.50 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $895.00 | 14.9 | $13,335.50 |
| Nathaniel R. Miller | Associate / 2016 / Bankruptcy | $475.00 | 3.2 | $1,520.00 |
| Lucas H. Self | Associate / 2016 / Bankruptcy | $475.00 | 22.7 | $10,782.50 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $425.00 | 101.2 | $43,010.00 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $380.00 | 7.1 | $2,698.00 |
| Brigette A. Wolverton | Paralegal / N/A / Bankruptcy | $295.00 | 0.8 | $236.00 |
| **TOTAL** | | | **204.3** | **$127,047.00** |

# EXHIBIT C

## SUMMARY OF EXPENSES

### JANUARY 1, 2021, THROUGH JANUARY 31, 2021

| Category | Amount |
|---|---|
| Conference Call Service | $140.00 |
| Miscellaneous | $200.00 |
| **TOTAL** | **$340.00** |

# EXHIBIT D



**A T T O R N E Y S**

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000     Federal Tax I.D. No.: 52-1226629     Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

Invoice #:      335293
Page:            1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through January 31, 2021

| | |
|---|---|
| Total Services | $127,047.00 |
| Total Disbursements | $340.00 |
| Total Current Charges | $127,387.00 |

---

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
### A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group                          July 08, 2021
                                                                 Invoice #:      335293
                                                                 Page:            1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through  January 31, 2021

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 1/16/2021 | CG | Draft, review, finalize pro hac vice application (.5); communications w/ LHS re same (.1); email proposed order to chambers (.1). | 0.7 | $380.00 | $266.00 |
| 1/22/2021 | CG | Review docket re docketing calendar. | 0.2 | $380.00 | $76.00 |
| 1/28/2021 | CG | Review docket and update docketing calendar re same. | 0.2 | $380.00 | $76.00 |
| | | **Total** | **1.10** | | **$418.00** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/4/2021 | KCM | Teleconference w/ E. Vonnegut re case status. | 0.5 | $1,025.00 | $512.50 |
| 1/4/2021 | KCM | Teleconference w/ GMO re case tasks. | 0.1 | $1,025.00 | $102.50 |
| 1/4/2021 | KCM | Teleconference w/ L. Phillips re mediation issues. | 0.3 | $1,025.00 | $307.50 |
| 1/4/2021 | KCM | Teleconference w/ K. Quinn re insurance stipulation. | 0.5 | $1,025.00 | $512.50 |
| 1/4/2021 | GMO | Teleconference w/ KCM re case tasks (0.1); teleconference w/ UCC (1.1); review mediation materials (0.3); revise Debtors' insurance stipulation (1.2). | 2.7 | $425.00 | $1,147.50 |
| 1/5/2021 | KCM | Plan/prepare for Gilbert call (.4); teleconference w/ S. Gilbert re case status (1.5); teleconference w/ S. Skikos re case status (.2); teleconference w/ F. Blaudeau re case status (.2); teleconference w/ K. Feinberg re mediation (.3); review/edit and distribute memo and revised draft insurance stipulation to Debtors (1.1); teleconference w/ E. Vonnegut re case status, term sheet and draft insurance stipulation (.4). | 4.1 | $1,025.00 | $4,202.50 |

July 08, 2021
Invoice #:        335293

Page:            2

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/5/2021 | GMO | Draft memo re mediation issues. | 2.1 | $425.00 | $892.50 |
| 1/6/2021 | JAL | Review and analyze draft term sheet and DOJ comments re same (3.2); telephone call w/ GMO re same (1.3); review and analyze GMO's comments re same (0.3); teleconference w/ KCM and GMO re plan issues (0.1). | 4.9 | $895.00 | $4,385.50 |
| 1/6/2021 | KCM | Teleconference w/ GMO re case status and tasks. | 0.1 | $1,025.00 | $102.50 |
| 1/6/2021 | KCM | Teleconference w/ JAL and GMO re plan issues. | 0.1 | $1,025.00 | $102.50 |
| 1/6/2021 | KCM | Teleconference w/ LHS re case issues. | 0.1 | $1,025.00 | $102.50 |
| 1/6/2021 | GMO | Draft memo re insurance stipulation (0.4); review plan term sheet and draft memo re same (3.6); teleconference w/ JAL re plan issues (1.3); teleconference w/ KCM re case status and tasks (0.1); teleconference w/ JAL and GMO re plan issues (0.1). | 5.5 | $425.00 | $2,337.50 |
| 1/6/2021 | LHS1 | Teleconference w/ KCM re case issues. | 0.1 | $475.00 | $47.50 |
| 1/7/2021 | JAL | Telephone call w/ KCM re plan issues. | 0.1 | $895.00 | $89.50 |
| 1/7/2021 | KCM | Teleconference w/ GMO re case status. | 0.1 | $1,025.00 | $102.50 |
| 1/7/2021 | KCM | Teleconference w/ JAL re plan issues. | 0.1 | $1,025.00 | $102.50 |
| 1/7/2021 | GMO | Review UCC materials (0.2); teleconference w/ UCC (0.5); call w/ KCM re case status (0.1); review Debtors' claims report and revise memo re claims (1.5). | 2.3 | $425.00 | $977.50 |
| 1/8/2021 | KCM | Teleconference w/ F. Blaudeau re case status. | 0.2 | $1,025.00 | $205.00 |
| 1/8/2021 | KCM | Teleconference w/ GMO and LHS re case status and tasks. | 0.3 | $1,025.00 | $307.50 |
| 1/8/2021 | GMO | Call w/ KCM and LHS re case status and plan issues (0.3); research re Debtors' insurance (1.1); review financial advisor materials re Debtors' policies (0.4); draft memo re mediation issues (0.9); review mediation materials (0.8); review filings through 1/8 (0.2); research re Debtors' claims report (1.5). | 5.2 | $425.00 | $2,210.00 |
| 1/8/2021 | LHS1 | Teleconference w/ KCM and GMO re case status. | 0.3 | $475.00 | $142.50 |
| 1/10/2021 | KCM | Teleconference w/ L. Phillips re mediation issues. | 0.4 | $1,025.00 | $410.00 |
| 1/10/2021 | GMO | Call w/ LHS re potential objection to motion to approve stipulation re insurance claims. | 0.5 | $425.00 | $212.50 |
| 1/10/2021 | LHS1 | Research re intervention standards (3.4); confer w/ GMO re objection to stipulation (0.5). | 3.9 | $475.00 | $1,852.50 |
| 1/11/2021 | KCM | Teleconference w/ K. Feinberg re mediation issues. | 0.1 | $1,025.00 | $102.50 |
| 1/11/2021 | GMO | Confer w/ LHS re discovery. | 0.2 | $425.00 | $85.00 |

July 08, 2021
Invoice #:        335293

Page:              3

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/11/2021 | LHS1 | Draft memo re case law and issues (1.2); confer w/ GMO re discovery (0.2); draft potential objection to stipulation (2.6). | 4.0 | $475.00 | $1,900.00 |
| 1/12/2021 | KCM | Call w/ GMO re mediation. | 0.1 | $1,025.00 | $102.50 |
| 1/12/2021 | GMO | Call w/ KCM re mediation (0.1); draft memo re plan issue (1.0). | 1.1 | $425.00 | $467.50 |
| 1/12/2021 | LHS1 | Review/revise potential objection to insurance stipulation. | 2.4 | $475.00 | $1,140.00 |
| 1/13/2021 | GMO | Prepare for public creditors' teleconference w/ DOJ (0.6); research re Sackler assets (0.3); draft potential limited objection to insurance stipulation (3.8). | 4.7 | $425.00 | $1,997.50 |
| 1/13/2021 | LHS1 | Edit potential objection to stipulation. | 5.4 | $475.00 | $2,565.00 |
| 1/14/2021 | JPW | Review/revise potential objection to insurance stipulation. | 0.9 | $895.00 | $805.50 |
| 1/14/2021 | KCM | Teleconference w/ S. Gilbert re case status. | 0.4 | $1,025.00 | $410.00 |
| 1/14/2021 | GMO | Review, analyze and edit potential objection to insurance stipulation. | 5.4 | $425.00 | $2,295.00 |
| 1/14/2021 | LHS1 | Review/edit potential objection to stipulation. | 2.4 | $475.00 | $1,140.00 |
| 1/14/2021 | NRM | Revise potential objection to insurance stipulation (2.9); communications w/ GMO and LHS re same (0.3). | 3.2 | $475.00 | $1,520.00 |
| 1/14/2021 | CG | Communications w/ GMO re potential objection to insurance stipulation. | 0.2 | $380.00 | $76.00 |
| 1/15/2021 | JAL | Review and analyze revised plan term sheet. | 3.4 | $895.00 | $3,043.00 |
| 1/15/2021 | KCM | Plan/prepare for call w/ DOJ. | 0.2 | $1,025.00 | $205.00 |
| 1/15/2021 | KCM | Teleconference w/ DOJ and MSGE Group. | 1.0 | $1,025.00 | $1,025.00 |
| 1/15/2021 | KCM | Plan/prepare for and attend mediation session w/ DOJ, Ad Hoc Committee, Non-Consenting States Group and Debtors. | 1.1 | $1,025.00 | $1,127.50 |
| 1/15/2021 | KCM | Teleconference w/ E. Vonnegut re case status. | 0.3 | $1,025.00 | $307.50 |
| 1/15/2021 | KCM | Teleconference w/ S. Gilbert re case status. | 0.3 | $1,025.00 | $307.50 |
| 1/15/2021 | GMO | Attend MSGE-DOJ teleconference (1.0); attend public creditors pre-meeting before DOJ teleconference (0.5); teleconference w/ DOJ (1.1). | 2.6 | $425.00 | $1,105.00 |
| 1/15/2021 | LHS1 | Edit potential objection to stipulation. | 1.0 | $475.00 | $475.00 |
| 1/16/2021 | KCM | Teleconferences w/ LHS re case status and tasks. | 1.0 | $1,025.00 | $1,025.00 |
| 1/16/2021 | KCM | Teleconference w/ K. Benedict re case status. | 0.9 | $1,025.00 | $922.50 |
| 1/16/2021 | KCM | Teleconferences w/ S. Gilbert re case status. | 1.1 | $1,025.00 | $1,127.50 |
| 1/16/2021 | KCM | Teleconference w/ E. Vonnegut re case status. | 0.1 | $1,025.00 | $102.50 |

July 08, 2021
Invoice #:       335293

Page:            4

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/16/2021 | LHS1 | Summarize TIG's objection to stipulation (0.9); edit potential objection to stipulation (1.3); confer w/ KCM re potential objection to stipulation (1.0). | 3.2 | $475.00 | $1,520.00 |
| 1/18/2021 | KCM | Communicate w/ Debtors re mediation issues. | 0.2 | $1,025.00 | $205.00 |
| 1/18/2021 | KCM | Analyze mediation materials and plan/prepare next steps. | 2.1 | $1,025.00 | $2,152.50 |
| 1/18/2021 | GMO | Review and analyze proposed filing (2.7); review and analyze proposed agreement (1.7); prepare for teleconference w/ UCC (0.2); attend same (0.7). | 5.3 | $425.00 | $2,252.50 |
| 1/19/2021 | KCM | Analyze mediation issues and materials. | 2.1 | $1,025.00 | $2,152.50 |
| 1/19/2021 | GMO | Review materials and prepare for 1/20 hearing (3.6); research re mediation issue (1.6); draft memo re same (0.8). | 6.0 | $425.00 | $2,550.00 |
| 1/20/2021 | KCM | Review/analyze mediation materials and related communications (2); plan/prepare next steps (.6); confer w/ GMO re mediation (.2). | 2.8 | $1,025.00 | $2,870.00 |
| 1/20/2021 | GMO | Call w/ KCM re mediation (0.2); review and revise mediation materials (2.7). | 2.9 | $425.00 | $1,232.50 |
| 1/21/2021 | KCM | Review/analyze plan term sheet and related documents/communications. | 2.9 | $1,025.00 | $2,972.50 |
| 1/21/2021 | KCM | Review/analyze mediation materials (.8); plan/prepare next steps (.4). | 1.2 | $1,025.00 | $1,230.00 |
| 1/21/2021 | GMO | Attend conference w/ Debtors re plan (1.0); review Debtors' proposed materials (1.1); review and draft summary of mediation materials (1.1); attend UCC call (1.0). | 4.2 | $425.00 | $1,785.00 |
| 1/22/2021 | KCM | Prepare for mediation and review/analyze related documents (3.2); calls w/ GMO re mediation (0.3). | 3.5 | $1,025.00 | $3,587.50 |
| 1/22/2021 | TEP | Review stipulation (.2); communications w/ GMO re same (.1). | 0.3 | $815.00 | $244.50 |
| 1/22/2021 | GMO | Review and draft mediation materials (2.7); calls w/ KCM re mediation (0.3). | 3.0 | $425.00 | $1,275.00 |
| 1/22/2021 | CG | Review and revise stipulation (1.1); communications w/ KCM, TEP and GMO re same (.3). | 1.4 | $380.00 | $532.00 |
| 1/24/2021 | CG | Review and revise stipulation. | 0.3 | $380.00 | $114.00 |
| 1/25/2021 | KCM | Communications w/ Debtors, Ad Hoc Committee and MSGE group re mediation communications and review/analyze related materials. | 0.9 | $1,025.00 | $922.50 |
| 1/25/2021 | KCM | Attend AHC presentation re Burke bids and related issues. | 1.3 | $1,025.00 | $1,332.50 |
| 1/25/2021 | KCM | Teleconference w/ K. Feinberg re mediation. | 0.1 | $1,025.00 | $102.50 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/25/2021 | GMO | Prepare for and attend financial presentation re Debtors (1.7); prepare for UCC call (0.1); call w/ UCC (0.6); revise MSGE entities list for amended 2019 statement (0.4); draft summary of financial presentation (0.8); collect and review mediation materials (2.0); review proposed settlement documents (1.2); draft memo re same (1.5). | 8.3 | $425.00 | $3,527.50 |
| 1/26/2021 | JAL | Review proposed filing re insurance (1.4) telephone call w/ KCM re same (0.1); review and analyze revised draft plan term sheet (1.2). | 2.7 | $895.00 | $2,416.50 |
| 1/26/2021 | KCM | Teleconference w/ JAL re case status. | 0.1 | $1,025.00 | $102.50 |
| 1/26/2021 | KCM | Teleconference w/ L. Phillips re mediation. | 0.1 | $1,025.00 | $102.50 |
| 1/26/2021 | KCM | Teleconference w/ E. Vonnegut and M. Huebner (partial) re case status. | 0.3 | $1,025.00 | $307.50 |
| 1/26/2021 | KCM | Teleconference w/ S. Gilbert re case status. | 0.1 | $1,025.00 | $102.50 |
| 1/26/2021 | KCM | Confer w/ GMO re mediation. | 0.4 | $1,025.00 | $410.00 |
| 1/26/2021 | GMO | Prepare for and attend joint mediation session (2.3); calls w/ KCM re mediation (0.4). | 2.7 | $425.00 | $1,147.50 |
| 1/26/2021 | CG | Review and revise stipulation re stay. | 1.8 | $380.00 | $684.00 |
| 1/27/2021 | KCM | Attend UCC call re mediation. | 0.8 | $1,025.00 | $820.00 |
| 1/27/2021 | KCM | Confer w/ GMO re mediation. | 0.5 | $1,025.00 | $512.50 |
| 1/27/2021 | GMO | Prepare for UCC call (0.3); attend same (0.8); calls w/ KCM re mediation (0.5); review mediation documents (1.3); review and analyze mediation issues (0.9). | 3.8 | $425.00 | $1,615.00 |
| 1/28/2021 | JAL | Telephone call w/ KCM re Sackler mediation (0.2); review and analyze materials re upcoming Sackler mediation (1.2); telephone call w/ GMO re developments and next steps (1.2). | 2.6 | $895.00 | $2,327.00 |
| 1/28/2021 | KCM | Teleconference w/ JAL re mediation issues. | 0.2 | $1,025.00 | $205.00 |
| 1/28/2021 | KCM | Teleconferences w/ A. Troop re case status. | 0.2 | $1,025.00 | $205.00 |
| 1/28/2021 | KCM | Teleconference w/ S. Gilbert re case status. | 0.1 | $1,025.00 | $102.50 |
| 1/28/2021 | KCM | Teleconference w/ GMO re mediation issues. | 0.2 | $1,025.00 | $205.00 |
| 1/28/2021 | GMO | Calls w/ KCM re mediation (0.2); prepare for call w/ JAL re mediation (1.9); call w/ JAL re mediation (1.2); prepare mediation materials (3.9); draft memo re proposed settlements (1.7). | 8.9 | $425.00 | $3,782.50 |
| 1/29/2021 | JAL | Correspondence w/ GMO and ACM re Sackler mediation (0.2); email exchange w/ M. Huebner re same (0.1); review and analyze correspondence from KCM and J. Rosen re Sackler mediation (0.2); confer w/ GMO re mediation (0.3). | 0.8 | $895.00 | $716.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 1/29/2021 | JAL | Review and analyze correspondence from GMO, A. Troop, and S. Sanford re NAS term sheet issue. | 0.4 | $895.00 | $358.00 |
| 1/29/2021 | JPW | Teleconference KCM re case issues. | 0.4 | $895.00 | $358.00 |
| 1/29/2021 | KCM | Teleconference w/ L. Phillips re mediation. | 0.3 | $1,025.00 | $307.50 |
| 1/29/2021 | KCM | Teleconference w/ JPW re case issues. | 0.4 | $1,025.00 | $410.00 |
| 1/29/2021 | KCM | Teleconference w/ K. Feinberg re mediation. | 0.1 | $1,025.00 | $102.50 |
| 1/29/2021 | KCM | Teleconference w/ E. Vonnegut re case status. | 0.5 | $1,025.00 | $512.50 |
| 1/29/2021 | KCM | Teleconference w/ S. Gilbert re case status. | 0.2 | $1,025.00 | $205.00 |
| 1/29/2021 | KCM | Teleconference w/ A. Preis re mediation. | 0.2 | $1,025.00 | $205.00 |
| 1/29/2021 | KCM | Teleconference w/ K. Quinn re case status. | 0.2 | $1,025.00 | $205.00 |
| 1/29/2021 | KCM | Teleconference w/ S. Gilbert and K. Quinn re mediation issues. | 0.4 | $1,025.00 | $410.00 |
| 1/29/2021 | GMO | Draft mediation materials (1.4); calls w/ JAL re mediation (0.3); review settlement proposals and draft memo re same (3.8); revise mediation document (0.3); draft memo re settlement documents (1.6). | 7.4 | $425.00 | $3,145.00 |
| 1/30/2021 | KCM | Teleconference w/ A. Troop re case status. | 0.1 | $1,025.00 | $102.50 |
| 1/30/2021 | KCM | Teleconferences w/ GMO re case status and tasks. | 0.7 | $1,025.00 | $717.50 |
| 1/30/2021 | KCM | Teleconferences w/ K. Feinberg re mediation. | 0.2 | $1,025.00 | $205.00 |
| 1/30/2021 | KCM | Review/analyze mediation materials and correspondence and plan/prepare next steps. | 3.9 | $1,025.00 | $3,997.50 |
| 1/30/2021 | KCM | Teleconference w/ S. Gilbert, K. Quinn, D. Molton and A. Troop re private side negotiations. | 0.9 | $1,025.00 | $922.50 |
| 1/30/2021 | GMO | Conferences w/ KCM re case status and tasks. | 0.7 | $425.00 | $297.50 |
| 1/31/2021 | KCM | Teleconferences w/ GMO re mediation-related tasks. | 0.3 | $1,025.00 | $307.50 |
| 1/31/2021 | KCM | Teleconference w/ K. Feinberg re mediation. | 0.1 | $1,025.00 | $102.50 |
| 1/31/2021 | KCM | Teleconference w/ E. Vonnegut re case and mediation status. | 0.5 | $1,025.00 | $512.50 |
| 1/31/2021 | KCM | Review/analyze mediation documents and plan/prepare next steps. | 3.7 | $1,025.00 | $3,792.50 |
| 1/31/2021 | GMO | Review mediation materials (0.6); calls w/ KCM re mediation (0.3); draft memo re mediation issues (3.2). | 4.1 | $425.00 | $1,742.50 |
| | | **Total** | **182.00** | | **$113,989.50** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 1/4/2021 | KCM | Attend MSGE Group call re case status. | 0.3 | $1,025.00 | $307.50 |
| 1/5/2021 | KCM | Teleconference w/ S. Sanford and J. Tapley re case status. | 0.2 | $1,025.00 | $205.00 |

July 08, 2021
Invoice #:        335293

Page:            7

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.15** | **Committee Meetings/Conferences** | | | | |
| 1/6/2021 | KCM | Teleconference w/ S. Sanford and J. Tapley re case status and next steps. | 0.2 | $1,025.00 | $205.00 |
| 1/6/2021 | KCM | Attend MSGE Group meeting re case status. | 0.2 | $1,025.00 | $205.00 |
| 1/8/2021 | GMO | Calls w/ MSGE member counsel re mediation status. | 0.4 | $425.00 | $170.00 |
| 1/11/2021 | KCM | Teleconference w/ J. Tapley re case status. | 0.1 | $1,025.00 | $102.50 |
| 1/11/2021 | KCM | Attend MSGE Group meeting re case status. | 0.4 | $1,025.00 | $410.00 |
| 1/11/2021 | GMO | Attend MSGE subgroup meeting re case status. | 0.4 | $425.00 | $170.00 |
| 1/15/2021 | KCM | Attend MSGE Group meeting re case status. | 0.6 | $1,025.00 | $615.00 |
| 1/16/2021 | KCM | Teleconference w/ J. Tapley and S. Sanford re case status. | 0.3 | $1,025.00 | $307.50 |
| 1/18/2021 | KCM | Communicate w/ clients re mediation issues. | 0.2 | $1,025.00 | $205.00 |
| 1/18/2021 | GMO | Prepare materials re constituent inquiry. | 0.3 | $425.00 | $127.50 |
| 1/19/2021 | GMO | Confer w/ MSGE counsel re constituent inquiry. | 0.3 | $425.00 | $127.50 |
| 1/20/2021 | GMO | Attend MSGE teleconference re mediation (0.6); prepare materials re constituent inquiry (1.9). | 2.5 | $425.00 | $1,062.50 |
| 1/21/2021 | GMO | Prepare materials re constituent inquiry. | 0.4 | $425.00 | $170.00 |
| 1/22/2021 | GMO | Communications w/ CG re constituent materials (0.1); call w/ MSGE member counsel re case issue (0.3); draft materials re constituent inquiry (0.4). | 0.8 | $425.00 | $340.00 |
| 1/23/2021 | TEP | Review constituent communication and communicate w/ GMO, CG, and KCM re same. | 0.1 | $815.00 | $81.50 |
| 1/24/2021 | GMO | Draft constituent materials. | 0.3 | $425.00 | $127.50 |
| 1/26/2021 | KCM | Teleconferences w/ J. Tapley re mediation. | 1.1 | $1,025.00 | $1,127.50 |
| 1/26/2021 | KCM | Teleconference w/ S. Sanford and J. Tapley re case status. | 0.2 | $1,025.00 | $205.00 |
| 1/26/2021 | TEP | Communications w/ GMO and CG re constituent inquiry and review/revise related materials. | 0.2 | $815.00 | $163.00 |
| 1/26/2021 | GMO | Calls w/ CG re constituent materials (0.5); correspond w/ MSGE member counsel re case progress (0.4); research re constituent inquiry (1.8); draft constituent materials (0.8). | 3.5 | $425.00 | $1,487.50 |
| 1/26/2021 | CG | Calls w/ GMO re constituent materials. | 0.5 | $380.00 | $190.00 |
| 1/27/2021 | KCM | Attend MSGE Group call re case status. | 0.4 | $1,025.00 | $410.00 |
| 1/27/2021 | GMO | Prepare for (0.4) and attend MSGE conference re mediation (0.4); draft constituent materials (1.1); draft constituent correspondence re mediation (0.2). | 2.1 | $425.00 | $892.50 |
| 1/28/2021 | KCM | Teleconference w/ S. Sanford and J. Tapley re mediation issues. | 0.3 | $1,025.00 | $307.50 |
| 1/30/2021 | KCM | Teleconferences w/ S. Sanford and J. Tapley re mediation issues and status. | 0.7 | $1,025.00 | $717.50 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| .15 | **Committee Meetings/Conferences** | | | | |
| 1/30/2021 | KCM | Plan/prepare for and attend MSGE Group call re case status. | 0.8 | $1,025.00 | $820.00 |
| 1/30/2021 | GMO | Attend MSGE conference re mediation. | 0.6 | $425.00 | $255.00 |
| 1/31/2021 | KCM | Teleconference w/ J. Tapley re mediation. | 0.2 | $1,025.00 | $205.00 |
| | | **Total** | **18.60** | | **$11,719.50** |
| .17 | **Docket Review & File Maintenance** | | | | |
| 1/4/2021 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 1/5/2021 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 1/6/2021 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 1/7/2021 | BAW | Review dockets and update internal files re recently filed pleadings. | 0.2 | $295.00 | $59.00 |
| 1/27/2021 | CG | Review docket and update internal files re same. | 0.2 | $380.00 | $76.00 |
| 1/28/2021 | CG | Review docket and update internal files re same. | 1.6 | $380.00 | $608.00 |
| | | **Total** | **2.60** | | **$920.00** |
| | | Total Professional Services | 204.3 | | $127,047.00 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| JAL | Jeffrey A. Liesemer | Member | 14.9 | $895.00 | $13,335.50 |
| KCM | Kevin C. Maclay | Member | 52.5 | $1,025.00 | $53,812.50 |
| TEP | Todd E. Phillips | Member | 0.6 | $815.00 | $489.00 |
| JPW | James P. Wehner | Member | 1.3 | $895.00 | $1,163.50 |
| NRM | Nathaniel R. Miller | Associate | 3.2 | $475.00 | $1,520.00 |
| GMO | George M. O'Connor | Associate | 101.2 | $425.00 | $43,010.00 |
| LHS1 | Lucas H. Self | Associate | 22.7 | $475.00 | $10,782.50 |
| CG | Cecilia Guerrero | Paralegal | 7.1 | $380.00 | $2,698.00 |
| BAW | Brigette A. Wolverton | Paralegal | 0.8 | $295.00 | $236.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
| 01/16/2021 | Filing Fees - NYSBC PHV for LHS. [.04] | $200.00 |
| 01/20/2021 | Conf. Call - CourtSolutions - 1/20/21 hr'g appearance (GMO) [.11] | $70.00 |

July 08, 2021
Invoice #:        335293

Page:                   9

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|-------:|
| 01/20/2021 | Conf. Call - CourtSolutions - 1/20/21 hr'g appearance (KCM) [.11] | $70.00 |
| | Total Disbursements | $340.00 |
| | | |
| | Total Services | $127,047.00 |
| | Total Disbursements | $340.00 |
| | Total Current Charges | $127,387.00 |

July 08, 2021
Invoice #:        335293

Page:            10

## TASK RECAP

| Services | | | | Disbursements | |
| --- | --- | --- | --- | --- | --- |
| Category | Hours | Amount | | Category | Amount |
| .04 | 1.10 | $418.00 | | .04 | $200.00 |
| | | | | .11 | $140.00 |
| .11 | 182.00 | $113,989.50 | | | |
| .15 | 18.60 | $11,719.50 | | | |
| .17 | 2.60 | $920.00 | | | |
| | 204.30 | $127,047.00 | | | $340.00 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| CG | Cecilia Guerrero | .04 | 1.10 | $380.00 | $418.00 |
| JAL | Jeffrey A. Liesemer | .11 | 14.90 | $895.00 | $13,335.50 |
| KCM | Kevin C. Maclay | .11 | 46.30 | $1,025.00 | $47,457.50 |
| TEP | Todd E. Phillips | .11 | 0.30 | $815.00 | $244.50 |
| JPW | James P. Wehner | .11 | 1.30 | $895.00 | $1,163.50 |
| NRM | Nathaniel R. Miller | .11 | 3.20 | $475.00 | $1,520.00 |
| GMO | George M. O'Connor | .11 | 89.60 | $425.00 | $38,080.00 |
| LHS1 | Lucas H. Self | .11 | 22.70 | $475.00 | $10,782.50 |
| CG | Cecilia Guerrero | .11 | 3.70 | $380.00 | $1,406.00 |
| KCM | Kevin C. Maclay | .15 | 6.20 | $1,025.00 | $6,355.00 |
| TEP | Todd E. Phillips | .15 | 0.30 | $815.00 | $244.50 |
| GMO | George M. O'Connor | .15 | 11.60 | $425.00 | $4,930.00 |
| CG | Cecilia Guerrero | .15 | 0.50 | $380.00 | $190.00 |
| CG | Cecilia Guerrero | .17 | 1.80 | $380.00 | $684.00 |
| BAW | Brigette A. Wolverton | .17 | 0.80 | $295.00 | $236.00 |
| | | | 204.30 | | $127,047.00 |