Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State*
*Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**EIGHTEENTH MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH**
**RESPECT TO SERVICES RENDERED AS COUNSEL TO THE**
**MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD**
**COMMENCING FEBRUARY 1, 2021, THROUGH FEBRUARY 28, 2021**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | February 1, 2021, through February 28, 2021 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $83,315.00 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $2,117.36 |
| **Total compensation requested in this statement:** | $66,652.00 (80% of $83,315.00) |
| **Total expenses requested in this statement:** | $2,117.36 |
| **Total compensation and expenses requested in this statement:** | $68,769.36 |

**This is a:**    _X_ monthly          ___ interim          ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Eighteenth Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing February 1, 2021, through February 28, 2021 (the "**Fee Period**").

### Itemization of Services Rendered and Disbursements Incurred

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, Caplin & Drysdale rendered 125.0 hours of professional services during the Fee Period, resulting in fees totaling $83,315.00.  Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $66,652.00.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period.  This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $669.77.  The blended hourly rate of all paraprofessionals is $380.00.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $2,117.36 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

3

**Notice**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 12, 2021                    Respectfully submitted,

                                        */s/ Kevin C. Maclay*
                                        Kevin C. Maclay, Esq. (admitted *pro hac vice*)
                                        Todd E. Phillips, Esq.
                                        Caplin & Drysdale, Chartered
                                        One Thomas Circle, NW, Suite 1100
                                        Washington, DC 20005
                                        Tel: (202) 862-5000
                                        Fax: (202) 429-3301
                                        kmaclay@capdale.com
                                        tphillips@capdale.com

                                        *Counsel for the Multi-State*
                                        *Governmental Entities Group*

# EXHIBIT A

## <u>SUMMARY OF SERVICES BY CATEGORY</u>

### FEBRUARY 1, 2021, THROUGH FEBRUARY 28, 2021

| Task Code | Project Category | Total Hours | Total Fees |
|:---:|:---|:---:|---:|
| .04 | Case Administration | 0.9 | $342.00 |
| .11 | Plan & Disclosure Statement | 117.9 | $78,505.00 |
| .15 | Committee Meetings/Conferences | 6.2 | $4,468.00 |
| **TOTAL** | | **125.0** | **$83,315.00** |

# EXHIBIT B

## SUMMARY OF HOURS AND FEES BY PROFESSIONAL

### FEBRUARY 1, 2021, THROUGH FEBRUARY 28, 2021

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $1,025.00 | 36.6 | $37,515.00 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $815.00 | 1.5 | $1,222.50 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $895.00 | 16.4 | $14,678.00 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $425.00 | 69.1 | $29,367.50 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $380.00 | 1.4 | $532.00 |
| **TOTAL** | | | **125.0** | **$83,315.00** |

# EXHIBIT C

## SUMMARY OF EXPENSES

### FEBRUARY 1, 2021, THROUGH FEBRUARY 28, 2021

| Category | Amount |
|---|---|
| Conference Call Service | $140.00 |
| Database Research | $1,518.90 |
| PACER Service | $404.00 |
| Postage | $54.46 |
| **TOTAL** | **$2,117.36** |

# EXHIBIT D



One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

Invoice #:        335294
Page:                    1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through February 28, 2021

| | |
|---|---|
| Total Services | $83,315.00 |
| Total Disbursements | $2,117.36 |
| Total Current Charges | $85,432.36 |

---

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
### A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

| | |
|---|---|
| | July 08, 2021 |
| | Invoice #:    335294 |
| | Page:         1 |

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through  February 28, 2021

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 2/3/2021 | CG | Review dockets and update docketing calendar. | 0.1 | $380.00 | $38.00 |
| 2/16/2021 | CG | Review docket and update docketing calendar. | 0.5 | $380.00 | $190.00 |
| 2/27/2021 | CG | Review docket and update docketing calendar re same. | 0.3 | $380.00 | $114.00 |
| | | **Total** | **0.90** | | **$342.00** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 2/1/2021 | JAL | Review draft motion re omnibus claims objection procedures (2.0); draft/revise email to KCM re same (0.5). | 2.5 | $895.00 | $2,237.50 |
| 2/1/2021 | KCM | Teleconference w/ S. Gilbert re case status. | 0.3 | $1,025.00 | $307.50 |
| 2/1/2021 | KCM | Attend public side financial advisor presentation and Burke proposal. | 1.8 | $1,025.00 | $1,845.00 |
| 2/1/2021 | KCM | Teleconference w/ Debtors, Ad Hoc Committee and UCC re Sackler mediation issues. | 1.0 | $1,025.00 | $1,025.00 |
| 2/1/2021 | KCM | Teleconference w/ Debtors re omnibus claims objection motion. | 0.3 | $1,025.00 | $307.50 |
| 2/1/2021 | KCM | Teleconferences w/ GMO re mediation tasks. | 0.2 | $1,025.00 | $205.00 |
| 2/1/2021 | KCM | Review materials re claim objection. | 0.3 | $1,025.00 | $307.50 |
| 2/1/2021 | GMO | Teleconferences w/ KCM re mediation tasks. | 0.2 | $425.00 | $85.00 |
| 2/2/2021 | JAL | Review and revise draft omnibus claims objections motion (0.5); draft/revise email to KCM re same (0.6). | 1.1 | $895.00 | $984.50 |
| 2/2/2021 | KCM | Teleconferences w/ GMO re mediation tasks. | 0.4 | $1,025.00 | $410.00 |
| 2/2/2021 | KCM | Teleconference w/ A. Troop re hospital issues. | 0.2 | $1,025.00 | $205.00 |

July 08, 2021
Invoice #:      335294

Page:        2

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 2/2/2021 | KCM | Burke discussion w/ Ad Hoc Committee and UCC. | 0.6 | $1,025.00 | $615.00 |
| 2/2/2021 | KCM | Attend hospital mediation meeting. | 1.1 | $1,025.00 | $1,127.50 |
| 2/2/2021 | KCM | Review/analyze materials re Burke proposal and related correspondence. | 0.7 | $1,025.00 | $717.50 |
| 2/2/2021 | KCM | Review/analyze materials re Sackler issues and communicate w/ Debtors, Ad Hoc Committee, and UCC re same. | 0.9 | $1,025.00 | $922.50 |
| 2/2/2021 | KCM | Review and analyze claims memo. | 0.2 | $1,025.00 | $205.00 |
| 2/2/2021 | GMO | Calls w/ KCM re mediation (0.4); call w/ CG re mediation materials (0.1); attend mediation w/ hospital group (1.1); draft memo re mediation (1.2). | 2.8 | $425.00 | $1,190.00 |
| 2/2/2021 | CG | Call w/ GMO re mediation materials. | 0.1 | $380.00 | $38.00 |
| 2/4/2021 | JAL | Review and revise draft settlement documents. | 1.0 | $895.00 | $895.00 |
| 2/4/2021 | KCM | Teleconferences w/ GMO re mediation. | 0.4 | $1,025.00 | $410.00 |
| 2/4/2021 | GMO | Calls w/ KCM re mediation (0.4); review mediation materials (2.1); draft memo re same (0.2); draft proposed revisions for mediation materials (1.7). | 4.4 | $425.00 | $1,870.00 |
| 2/5/2021 | JAL | Review and analyze draft settlement documents. | 1.0 | $895.00 | $895.00 |
| 2/5/2021 | KCM | Teleconferences w/ GMO re mediation. | 0.2 | $1,025.00 | $205.00 |
| 2/5/2021 | KCM | Teleconference w/ E. Vonnegut re case status. | 0.2 | $1,025.00 | $205.00 |
| 2/5/2021 | KCM | Teleconference w/ T. O'Neill re hospital issues. | 0.2 | $1,025.00 | $205.00 |
| 2/5/2021 | KCM | Teleconference w/ Debtors, UCC and Ad Hoc Committee re Sackler settlement issues. | 0.9 | $1,025.00 | $922.50 |
| 2/5/2021 | GMO | Calls w/ KCM re mediation (0.2); prepare for call w/ Debtors re stipulated order (0.3); call w/ Debtors re stipulated order (0.5); call w/ public groups re settlement proposal (0.9). | 1.9 | $425.00 | $807.50 |
| 2/6/2021 | GMO | Review mediation materials and party communications (2.4); draft memo re mediation materials (0.8). | 3.2 | $425.00 | $1,360.00 |
| 2/7/2021 | KCM | Teleconference w/ M. Huebner and S. Gilbert re mediation and settlement issues. | 1.1 | $1,025.00 | $1,127.50 |
| 2/7/2021 | KCM | Review/analyze correspondence re plan and case status issues and related materials. | 1.2 | $1,025.00 | $1,230.00 |
| 2/7/2021 | GMO | Review proposed settlement communications. | 0.4 | $425.00 | $170.00 |
| 2/8/2021 | KCM | Teleconference w/ Ad Hoc Committee and Non-Consenting States Group re TPP issues. | 0.4 | $1,025.00 | $410.00 |
| 2/8/2021 | KCM | Call w/ Ad Hoc Committee (partial) and Non-Consenting States Group and TPP counsel. | 1.2 | $1,025.00 | $1,230.00 |
| 2/8/2021 | KCM | Teleconferences w/ GMO re plan issues. | 0.7 | $1,025.00 | $717.50 |

July 08, 2021
Invoice #:        335294

Page:              3

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 2/8/2021 | GMO | Prepare for and attend video conference re TPPs (0.9); attend video conference re same (1.0); prepare for and attend UCC call (0.6); research re CMS hospitals (0.6); calls w/ KCM re plan issues (0.7); review proposed settlement documents and draft memo re same (2.1). | 5.9 | $425.00 | $2,507.50 |
| 2/9/2021 | JAL | Review correspondence from GMO re plan issue. | 0.1 | $895.00 | $89.50 |
| 2/9/2021 | KCM | Teleconference w/ M. Huebner, S. Gilbert and A. Preis re Sackler settlement issues. | 1.0 | $1,025.00 | $1,025.00 |
| 2/9/2021 | GMO | Review settlement documents (0.4); research re settlement proposal (0.3). | 0.7 | $425.00 | $297.50 |
| 2/10/2021 | KCM | Teleconference w/ TEP and GMO re hearing. | 0.2 | $1,025.00 | $205.00 |
| 2/10/2021 | TEP | Confer w/ KCM and GMO re hearing. | 0.2 | $815.00 | $163.00 |
| 2/10/2021 | GMO | Review materials re shareholder settlement (0.4); research re mediation and settlement (0.3); review Pension Benefit Guaranty Corporation letter (0.1); call w/ KCM and TEP re upcoming hearing (0.2). | 1.0 | $425.00 | $425.00 |
| 2/11/2021 | KCM | Teleconference w/ Debtors, Ad Hoc Committee and UCC re contribution and agreement issues. | 0.6 | $1,025.00 | $615.00 |
| 2/11/2021 | KCM | Teleconference w/ GMO re settlement issue. | 0.4 | $1,025.00 | $410.00 |
| 2/11/2021 | GMO | Call w/ KCM re settlement issue (0.4); research re same (0.3); review draft settlement proposal and draft memo re same (0.4); correspond w/ Debtors re upcoming hearing (0.1); call w/ Debtors re settlement proposal (0.6). | 1.8 | $425.00 | $765.00 |
| 2/12/2021 | KCM | Teleconference w/ M. Huebner, A. Preis and S. Gilbert re Sackler contribution issues. | 0.4 | $1,025.00 | $410.00 |
| 2/12/2021 | KCM | Teleconference w/ A. Troop re hospital mediation issues. | 0.1 | $1,025.00 | $102.50 |
| 2/13/2021 | JAL | Review and provide comments to KCM re draft motions by Debtors. | 1.3 | $895.00 | $1,163.50 |
| 2/13/2021 | KCM | Teleconference w/ A. Troop re mediation issues. | 0.1 | $1,025.00 | $102.50 |
| 2/14/2021 | KCM | Teleconference w/ A. Troop re hospital mediation. | 0.1 | $1,025.00 | $102.50 |
| 2/14/2021 | KCM | Teleconference w/ S. Gilbert re mediation. | 0.1 | $1,025.00 | $102.50 |
| 2/14/2021 | KCM | Teleconference w/ A. Preis, M. Huebner and S. Gilbert re Sackler contribution issues. | 0.9 | $1,025.00 | $922.50 |
| 2/15/2021 | JAL | Review and analyze draft plan of reorganization (.6); confer w/ KCM re case status (.2). | 0.8 | $895.00 | $716.00 |
| 2/15/2021 | KCM | Teleconference w/ A. Troop re hospital mediation issues. | 0.3 | $1,025.00 | $307.50 |
| 2/15/2021 | KCM | Teleconference w/ JAL re case status. | 0.2 | $1,025.00 | $205.00 |

July 08, 2021
Invoice #:        335294

Page:            4

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 2/15/2021 | KCM | Review/analyze materials and correspondence re Sackler issues. | 1.9 | $1,025.00 | $1,947.50 |
| 2/15/2021 | GMO | Review party communication re settlement (0.2); research re plan issues (0.1). | 0.3 | $425.00 | $127.50 |
| 2/16/2021 | JAL | Review and analyze draft plan of reorganization (5.7); review and analyze draft governance term sheet (0.5); call w/ KCM re case status (0.2). | 6.4 | $895.00 | $5,728.00 |
| 2/16/2021 | KCM | Teleconference w/ A. Troop re hospital mediation issues and case status. | 0.2 | $1,025.00 | $205.00 |
| 2/16/2021 | KCM | Teleconference w/ Ad Hoc Committee, Non-Consenting States Group, MSGE and GMO re Burke proposal and case status. | 1.9 | $1,025.00 | $1,947.50 |
| 2/16/2021 | KCM | Teleconference w/ Ad Hoc Committee's financial advisors and GMO re Burke bid and security issues (1.0); teleconference w/ JAL re case status (.2). | 1.2 | $1,025.00 | $1,230.00 |
| 2/16/2021 | GMO | Confer w/ public mediation groups and KCM re settlement offer (1.9); confer w/ Ad Hoc Committee financial advisors and KCM re same (1.0); review notes of calls and draft memo re plan issues (0.2). | 3.1 | $425.00 | $1,317.50 |
| 2/17/2021 | KCM | Plan/prepare for omnibus hearing. | 0.3 | $1,025.00 | $307.50 |
| 2/17/2021 | KCM | Attend omnibus hearing. | 3.1 | $1,025.00 | $3,177.50 |
| 2/17/2021 | KCM | Review/analyze materials and communications re Sackler issues. | 1.3 | $1,025.00 | $1,332.50 |
| 2/17/2021 | GMO | Prepare for (0.2) and attend omnibus hearing (3.1). | 3.3 | $425.00 | $1,402.50 |
| 2/18/2021 | KCM | Teleconference w/ M. Huebner, S. Gilbert and A. Preis re Sackler contribution issues. | 1.0 | $1,025.00 | $1,025.00 |
| 2/18/2021 | KCM | Teleconference w/ M. Huebner re Sackler contribution issues. | 0.3 | $1,025.00 | $307.50 |
| 2/18/2021 | KCM | Teleconference w/ E. Vonnegut re plan and case status issues. | 0.3 | $1,025.00 | $307.50 |
| 2/18/2021 | GMO | Attend UCC call (0.3); review draft communications and settlement negotiation documents (0.8). | 1.1 | $425.00 | $467.50 |
| 2/19/2021 | GMO | Research re settlement offer (2.3); draft memo re same (0.3); review draft plan materials (1.3). | 3.6 | $425.00 | $1,530.00 |
| 2/20/2021 | KCM | Teleconference w/ E. Vonnegut re plan and mediation issues. | 0.6 | $1,025.00 | $615.00 |
| 2/20/2021 | KCM | Attend teleconference w/ S. Skikos, M. Watts, S. Sanford, and TEP. | 0.6 | $1,025.00 | $615.00 |
| 2/20/2021 | TEP | Attend teleconference w/ S. Skikos, M. Watts, S. Sanford, and KCM. | 0.6 | $815.00 | $489.00 |
| 2/22/2021 | KCM | Teleconference w/ GMO re case status and tasks. | 0.2 | $1,025.00 | $205.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 2/22/2021 | KCM | Teleconference w/ M. Huebner, S. Gilbert and A. Preis re Sackler issues. | 0.4 | $1,025.00 | $410.00 |
| 2/22/2021 | GMO | Call w/ KCM re upcoming hearings and case status (0.2); review Debtors' revisions to order re automatic stay (1.2); review financial advisor materials re plan (0.8); draft memo re plan issues (0.3); review as-filed order re automatic stay (0.1); research re mediation (0.5); draft memo re settlement (1.1); review financial advisor materials re same (2.0). | 6.2 | $425.00 | $2,635.00 |
| 2/23/2021 | JAL | Teleconference w/ KCM re plan issues. | 0.1 | $895.00 | $89.50 |
| 2/23/2021 | KCM | Teleconference w/ JAL re plan issues. | 0.1 | $1,025.00 | $102.50 |
| 2/23/2021 | KCM | Review/analyze materials and communications re contribution agreement. | 0.2 | $1,025.00 | $205.00 |
| 2/23/2021 | KCM | Review emails and materials re proposed co-defendant claim treatment. | 0.4 | $1,025.00 | $410.00 |
| 2/23/2021 | GMO | Research re plan issues (2.3); review plan term sheet and related materials (3.2); draft memo re plan issues (1.0); review recent filings (0.8). | 7.3 | $425.00 | $3,102.50 |
| 2/24/2021 | JAL | Review and analyze correspondence and accompanying materials from KCM re distributor claims. | 1.9 | $895.00 | $1,700.50 |
| 2/24/2021 | KCM | Teleconference w/ E. Vonnegut re case status. | 0.2 | $1,025.00 | $205.00 |
| 2/24/2021 | GMO | Review revised mediation settlement document (0.7); draft memo re same (1.3); teleconference w/ mediation parties re case issues (0.3); draft memo re proposed plan language (1.4). | 3.7 | $425.00 | $1,572.50 |
| 2/25/2021 | JAL | Review/revise and provide comments re plan to KCM. | 0.2 | $895.00 | $179.00 |
| 2/25/2021 | KCM | Teleconference w/ S. Gilbert re hospital issue. | 0.1 | $1,025.00 | $102.50 |
| 2/25/2021 | GMO | Research re mediation issues (1.4); review issues list re same (0.4); review plan term sheet and draft memo re same (3.3); research re same (0.6). | 5.7 | $425.00 | $2,422.50 |
| 2/26/2021 | GMO | Prepare for and attend call re mediation issue (1.6); draft memo re call (0.2); research re same (0.4); draft revised documents re plan (0.4); review financial advisor materials (0.9); revise mediation documents (0.1); research re plan issues (2.3). | 5.9 | $425.00 | $2,507.50 |
| 2/27/2021 | KCM | Teleconference w/ C. Mehri re plan issues. | 0.5 | $1,025.00 | $512.50 |
| 2/27/2021 | KCM | Teleconference w/ GMO re case status and tasks. | 0.3 | $1,025.00 | $307.50 |
| 2/27/2021 | GMO | Review proposed settlement and plan documents (1.2); confer w/ KCM re same (.3). | 1.5 | $425.00 | $637.50 |
| 2/27/2021 | CG | Prepare hearing materials. | 0.4 | $380.00 | $152.00 |

July 08, 2021
Invoice #:        335294

Page:                6

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 2/28/2021 | GMO | Prepare for and attend call re mediation issues. | 2.2 | $425.00 | $935.00 |
| | | **Total** | **117.90** | | **$78,505.00** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 2/1/2021 | KCM | Attend MSGE Group mediation call. | 1.1 | $1,025.00 | $1,127.50 |
| 2/1/2021 | GMO | Attend call w/ MSGE Group re mediation. | 1.1 | $425.00 | $467.50 |
| 2/5/2021 | KCM | Teleconference w/ T. Court re Oklahoma issues. | 0.5 | $1,025.00 | $512.50 |
| 2/10/2021 | KCM | Attend MSGE Group call re case status. | 0.4 | $1,025.00 | $410.00 |
| 2/10/2021 | TEP | Attend MSGE meeting re case status. | 0.4 | $815.00 | $326.00 |
| 2/10/2021 | GMO | Attend MSGE conference call re case status. | 0.4 | $425.00 | $170.00 |
| 2/13/2021 | KCM | Teleconference w/ D. Hegar re hospital mediation issues. | 0.3 | $1,025.00 | $307.50 |
| 2/19/2021 | TEP | Attend MSGE meeting re case status. | 0.3 | $815.00 | $244.50 |
| 2/22/2021 | GMO | Compile mediation materials re constituent inquiry. | 0.2 | $425.00 | $85.00 |
| 2/24/2021 | KCM | Attend MSGE Group meeting re case status. | 0.3 | $1,025.00 | $307.50 |
| 2/24/2021 | GMO | Review constituent materials re mediation (0.9); confer w/ MSGE Group re case status (0.3). | 1.2 | $425.00 | $510.00 |
| | | **Total** | **6.20** | | **$4,468.00** |
| | | Total Professional Services | 125.0 | | $83,315.00 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| JAL | Jeffrey A. Liesemer | Member | 16.4 | $895.00 | $14,678.00 |
| KCM | Kevin C. Maclay | Member | 36.6 | $1,025.00 | $37,515.00 |
| TEP | Todd E. Phillips | Member | 1.5 | $815.00 | $1,222.50 |
| GMO | George M. O'Connor | Associate | 69.1 | $425.00 | $29,367.50 |
| CG | Cecilia Guerrero | Paralegal | 1.4 | $380.00 | $532.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|----------------------------|--------|
| 02/01/2021 | Database Research - Westlaw - LHS - 01/11/21 - 01/16/21. [.11] | $1,449.26 |
| 02/01/2021 | Database Research - Lexis - GMO - 01/12/21. [.11] | $69.64 |
| 02/02/2021 | Pacer Charges - 10/1-12/31/20 BAW [.04] | $0.90 |
| 02/02/2021 | Pacer Charges - 10/01-12/31/20 CG [.04] | $398.90 |
| 02/03/2021 | Federal Express - Express Mail - Jan 27 [.04] | $54.46 |

July 08, 2021
Invoice #:        335294

Page:              7

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|-------:|
| 02/04/2021 | Pacer Charges - 10/1-12/31/20 BAW [.04] | $4.20 |
| 02/17/2021 | Conf. Call - Court Solutions - 2/17/21 hr'g appearance (KCM) [.11] | $70.00 |
| 02/17/2021 | Conf. Call - Court Solutions - 2/17/21 hr'g appearance (GMO) [.11] | $70.00 |
| | Total Disbursements | $2,117.36 |
| | Total Services | $83,315.00 |
| | Total Disbursements | $2,117.36 |
| | Total Current Charges | $85,432.36 |

## TASK RECAP

### Services

| Category | Hours | Amount |
| --- | --- | --- |
| .04 | 0.90 | $342.00 |
| .07 | | |
| .11 | 117.90 | $78,505.00 |
| .15 | 6.20 | $4,468.00 |
| .17 | | |
| | 125.00 | $83,315.00 |

### Disbursements

| Category | Amount |
| --- | --- |
| .04 | $458.46 |
| .11 | $1,658.90 |
| | $2,117.36 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| CG | Cecilia Guerrero | .04 | 0.90 | $380.00 | $342.00 |
| JAL | Jeffrey A. Liesemer | .11 | 16.40 | $895.00 | $14,678.00 |
| KCM | Kevin C. Maclay | .11 | 34.00 | $1,025.00 | $34,850.00 |
| TEP | Todd E. Phillips | .11 | 0.80 | $815.00 | $652.00 |
| GMO | George M. O'Connor | .11 | 66.20 | $425.00 | $28,135.00 |
| CG | Cecilia Guerrero | .11 | 0.50 | $380.00 | $190.00 |
| KCM | Kevin C. Maclay | .15 | 2.60 | $1,025.00 | $2,665.00 |
| TEP | Todd E. Phillips | .15 | 0.70 | $815.00 | $570.50 |
| GMO | George M. O'Connor | .15 | 2.90 | $425.00 | $1,232.50 |
| | | | 125.00 | | $83,315.00 |