Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State
Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NINETEENTH MONTHLY FEE STATEMENT OF
CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH
RESPECT TO SERVICES RENDERED AS COUNSEL TO THE
MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD
COMMENCING MARCH 1, 2021, THROUGH MARCH 31, 2021**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | March 1, 2021, through March 31, 2021 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $140,221.00 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $210.00 |
| **Total compensation requested in this statement:** | $112,176.80 (80% of $140,221.00) |
| **Total expenses requested in this statement:** | $210.00 |
| **Total compensation and expenses requested in this statement:** | $112,386.80 |

**This is a:**    _X_ monthly            ___ interim            ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Nineteenth Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing March 1, 2021, through March 31, 2021 (the "**Fee Period**").

**Itemization of Services Rendered and Disbursements Incurred**

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, Caplin & Drysdale rendered 223.1 hours of professional services during the Fee Period, resulting in fees totaling $140,221.00.  Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $112,176.80.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period.  This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $650.19.  The blended hourly rate of all paraprofessionals is $380.00.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $210.00 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

## Notice

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 12, 2021                     Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State*
*Governmental Entities Group*

# EXHIBIT A

## SUMMARY OF SERVICES BY CATEGORY

### MARCH 1, 2021, THROUGH MARCH 31, 2021

| Task Code | Project Category | Total Hours | Total Fees |
|:---:|:---|:---:|---:|
| .04 | Case Administration | 1.2 | $456.00 |
| .07 | Fee Applications-Self | 6.3 | $2,394.00 |
| .11 | Plan & Disclosure Statement | 205.4 | $130,936.00 |
| .15 | Committee Meetings/Conferences | 10.2 | $6,435.00 |
| **TOTAL** | | **223.1** | **$140,221.00** |

# EXHIBIT B

## SUMMARY OF HOURS AND FEES BY PROFESSIONAL

### MARCH 1, 2021, THROUGH MARCH 31, 2021

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $1,025.00 | 50.5 | $51,762.50 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $815.00 | 5.0 | $4,075.00 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $895.00 | 29.7 | $26,581.50 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $425.00 | 120.0 | $51,000.00 |
| Jessica A. Giglio | Paralegal / N/A / Bankruptcy | $380.00 | 17.9 | $6,802.00 |
| **TOTAL** | | | **223.1** | **$140,221.00** |

# EXHIBIT C

## SUMMARY OF EXPENSES

### MARCH 1, 2021, THROUGH MARCH 31, 2021

| Category | Amount |
|---|---|
| Conference Call Service | $210.00 |
| **TOTAL** | **$210.00** |

# EXHIBIT D



One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000                     Federal Tax I.D. No.: 52-1226629                     Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

Invoice #:        335295
Page:                    1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through March 31, 2021

| | |
|---|---|
| Total Services | $140,221.00 |
| Total Disbursements | $210.00 |
| Total Current Charges | $140,431.00 |

---

**Remittance Advice**

---

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin&Drysdale

### A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005

Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

July 08, 2021
Invoice #:      335295
Page:            1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through March 31, 2021

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 3/18/2021 | JAG | Review docket and update calendar. | 0.6 | $380.00 | $228.00 |
| 3/19/2021 | JAG | Review docket re recently filed pleadings and update calendar re same. | 0.6 | $380.00 | $228.00 |
| | | **Total** | **1.20** | | **$456.00** |
| **.07** | **Fee Applications-Self** | | | | |
| 3/12/2021 | JAG | Prepare fee application. | 2.1 | $380.00 | $798.00 |
| 3/18/2021 | JAG | Prepare fee application. | 1.9 | $380.00 | $722.00 |
| 3/20/2021 | JAG | Prepare fee application. | 1.6 | $380.00 | $608.00 |
| 3/24/2021 | JAG | Prepare fee application. | 0.7 | $380.00 | $266.00 |
| | | **Total** | **6.30** | | **$2,394.00** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/1/2021 | KCM | Teleconference w/ GMO re hearing. | 0.1 | $1,025.00 | $102.50 |
| 3/1/2021 | GMO | Prepare for hearing (.3); attend hearing (.9); attend UCC call (.2); review and analyze mediation term sheets (.3); call w/ KCM re hearing (.1); review correspondence w/ Debtors and creditor groups re excluded parties under plan (.3); draft memo re excluded parties (.7). | 2.8 | $425.00 | $1,190.00 |
| 3/2/2021 | GMO | Conference call w/ Debtors re contribution agreement (0.7); conference calls w/ Debtors and case parties re shareholder settlement terms (2.6); draft memo re same (0.2). | 3.5 | $425.00 | $1,487.50 |
| 3/3/2021 | JAL | Teleconference w/ KCM re status and next steps. | 0.1 | $895.00 | $89.50 |
| 3/3/2021 | KCM | Teleconference w/ JAL re case status and tasks. | 0.1 | $1,025.00 | $102.50 |

July 08, 2021
Invoice #:        335295

Page:            2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/3/2021 | KCM | Teleconference w/ GMO re meetings, case status and tasks. | 0.4 | $1,025.00 | $410.00 |
| 3/3/2021 | KCM | Plan/prepare next steps (.4); review/analyze related plan and mediation materials (.5). | 0.9 | $1,025.00 | $922.50 |
| 3/3/2021 | GMO | Attend teleconference w/ Debtors and creditor groups re contribution agreement scenarios (1.0); review and analyze financial advisor materials re same (0.4); attend teleconference w/ public creditor groups re search firm interviews (2.0); call w/ KCM re case progress (0.4). | 3.8 | $425.00 | $1,615.00 |
| 3/4/2021 | JAL | Review and analyze revised draft plan (5.2); review and revise same (1.5); review and analyze governance term sheet (0.7). | 7.4 | $895.00 | $6,623.00 |
| 3/4/2021 | KCM | Review/analyze plan-related materials. | 4.9 | $1,025.00 | $5,022.50 |
| 3/4/2021 | KCM | Teleconference w/ GMO re term sheet. | 0.2 | $1,025.00 | $205.00 |
| 3/4/2021 | GMO | Attend teleconference w/ Debtors re settlement agreement (1.4); attend teleconference w/ UCC (0.5); call w/ KCM re term sheet (0.2); review and revise draft plan documents (3.1); draft memo re excluded parties (1.5); draft memo re plan revisions (1.1). | 7.8 | $425.00 | $3,315.00 |
| 3/5/2021 | JAL | Attend teleconference w/ counsel for UCC, Non-Consenting States, GMO, and AHC re excluded parties list (0.4); attend teleconference w/ counsel to UCC, AHC, Debtors, GMO, and Sacklers re contemplated settlements w/ US trusts (0.5); attend teleconference w/ counsel for Debtors, AHC, UCC, GMO, and Sacklers re next steps on draft contribution agreement (1.1); teleconference w/ GMO re status and next steps (0.4); review and analyze markup of draft contribution agreement (0.6). | 3.0 | $895.00 | $2,685.00 |
| 3/5/2021 | KCM | Teleconference w/ E. Vonnegut re case status. | 0.7 | $1,025.00 | $717.50 |
| 3/5/2021 | KCM | Review/analyze plan-related materials. | 1.1 | $1,025.00 | $1,127.50 |
| 3/5/2021 | GMO | Draft memo re plan documents and schedules (2.3); review and analyze C&D draft plan revisions (0.6); confer w/ JAL re status and next steps (0.4); attend teleconference w/ Debtors, JAL, and creditor groups re excluded parties (0.4); attend teleconference w/ Debtors, JAL, and creditor groups re Sackler trusts (0.5); attend teleconference w/ Debtors, JAL, and creditor groups re contribution agreement (1.1). | 5.3 | $425.00 | $2,252.50 |
| 3/6/2021 | JAL | Review and provide comments re GMO's markup of plan (1.9); teleconference w/ GMO re proposed inserts re same (0.1). | 2.0 | $895.00 | $1,790.00 |
| 3/6/2021 | KCM | Review/analyze plan-related materials. | 2.1 | $1,025.00 | $2,152.50 |
| 3/6/2021 | KCM | Teleconference w/ GMO re plan revisions. | 0.2 | $1,025.00 | $205.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/6/2021 | GMO | Draft revised plan of reorganization (4.4); call w/ KCM re plan revisions (0.2); call w/ JAL re same (0.1). | 4.7 | $425.00 | $1,997.50 |
| 3/7/2021 | JAL | Teleconference w/ KCM and GMO re markup of draft plan. | 0.6 | $895.00 | $537.00 |
| 3/7/2021 | KCM | Teleconference w/ JAL and GMO re plan revisions. | 0.6 | $1,025.00 | $615.00 |
| 3/7/2021 | KCM | Review/analyze plan-related materials. | 1.1 | $1,025.00 | $1,127.50 |
| 3/7/2021 | GMO | Draft proposed revisions to plan of reorganization (1.0); call w/ KCM and JAL re same (0.6); draft communication to Debtors re same (0.1). | 1.7 | $425.00 | $722.50 |
| 3/8/2021 | JAL | Call w/ GMO re case status and tasks. | 0.4 | $895.00 | $358.00 |
| 3/8/2021 | GMO | Call w/ JAL re case status and tasks (0.4); attend teleconference w/ Debtors re shareholder settlement (0.9); attend teleconference w/ Debtors re plan issues (0.6); attend UCC call (0.6); confer w/ Debtors (A. Libby) re same (0.3). | 2.8 | $425.00 | $1,190.00 |
| 3/10/2021 | JAL | Attend teleconference w/ Debtors' counsel, AHC counsel, GMO, and other creditor representatives re plan settlement issues (1.4); review and analyze mark-up of draft plan (0.2). | 1.6 | $895.00 | $1,432.00 |
| 3/10/2021 | KCM | Review/analyze materials and related communications re plan issues (2.6); plan/prepare next steps (.3). | 2.9 | $1,025.00 | $2,972.50 |
| 3/10/2021 | GMO | Attend call w/ Debtors and JAL re settlement/trust issues (1.4); review and analyze financial advisor documents re settlement issues (.2); attend teleconference w/ UCC (.3); communications w/ Debtors re plan document versions (.2); draft revisions to Debtors' revised draft plan (1.9). | 4.0 | $425.00 | $1,700.00 |
| 3/11/2021 | JAL | Review and analyze markups of draft settlement agreement (0.2); review and provide comments on draft settlement term sheet to KCM and GMO (1.8); review and revise draft settlement agreement term sheet (0.6); review and provide comments on draft release and injunction language to KCM and GMO (2.1); review and provide comments on draft injunction bridge extension motion papers to KCM and GMO (0.3); teleconference w/ GMO re comments on draft term sheet (0.1); teleconference w/ KCM re developments and next steps (0.2). | 5.3 | $895.00 | $4,743.50 |
| 3/11/2021 | KCM | Teleconference w/ JAL re case status and next steps. | 0.2 | $1,025.00 | $205.00 |
| 3/11/2021 | KCM | Review/analyze settlement, draft filings and plan-related materials. | 2.4 | $1,025.00 | $2,460.00 |

July 08, 2021
Invoice #:      335295

Page:           4

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/11/2021 | GMO | Prepare for teleconference w/ UCC (0.1); attend teleconference w/ UCC (0.6); review and analyze AHC revisions to settlement agreement term sheet (0.4); confer w/ JAL re same (0.1); revise settlement agreement term sheet and send to Debtors (2.4); confer w/ Debtors (E. Hwang) re settlement term sheet edits (0.2); review and analyze Debtors' draft motion to extend preliminary injunction (0.5); review and analyze revised abatement term sheet w/ hospital group and related communications (0.4); draft memo re abatement term sheet open issues (1.1). | 5.8 | $425.00 | $2,465.00 |
| 3/12/2021 | JAL | Attend teleconference w/ counsel for AHC, Non-Consenting States, and TPPs re negotiation of terms and next steps (0.9); attend teleconference w/ counsel for Debtors, AHC, OCC, GMO, and other creditor representatives re proposed release and injunction language (0.8); attend teleconference w/ creditor representatives and financial advisors re financial issues bearing on settlement negotiations (0.8); review and provide comments on draft MSGE term sheet to KCM and GMO (0.5). | 3.0 | $895.00 | $2,685.00 |
| 3/12/2021 | KCM | Review/analyze and communications re mediation and settlement materials. | 0.9 | $1,025.00 | $922.50 |
| 3/12/2021 | GMO | Attend teleconference w/ Debtors, JAL, and creditor groups re Sackler assets (0.8); review and analyze revised settlement agreement term sheet (0.6); review and analyze Debtors' draft MSGE fee motion (0.8); research re prior fee motions and fee motions in related cases (0.9); review and analyze Sacklers' revised settlement term sheet (0.5). | 3.6 | $425.00 | $1,530.00 |
| 3/13/2021 | JAL | Review and analyze markup of draft settlement term sheet (0.5); review, analysis, and markup of revised draft of plan (3.3); teleconference w/ KCM and GMO re comments on draft plan and next steps (0.1). | 3.9 | $895.00 | $3,490.50 |
| 3/13/2021 | KCM | Review/analyze settlement term sheet and plan-related materials. | 2.3 | $1,025.00 | $2,357.50 |
| 3/13/2021 | KCM | Teleconference w/ JAL and GMO re plan issues. | 0.1 | $1,025.00 | $102.50 |
| 3/13/2021 | GMO | Call w/ KCM and JAL re plan (0.1); review settlement documentation (0.9); research re third party settlements (0.7); review and revise plan of reorganization and related documents (3.3); draft proposed language for mediation term sheets (0.4). | 5.4 | $425.00 | $2,295.00 |

July 08, 2021
Invoice #:        335295

Page:            5

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/14/2021 | JAL | Teleconference w/ KCM and TEP re developments re plan negotiations and next steps (partial) (0.4); review and analyze drafts of disclosure statement materials (0.5); analyze plan issues (0.9). | 1.8 | $895.00 | $1,611.00 |
| 3/14/2021 | KCM | Teleconference w/ TEP and JAL (partial) re plan negotiations. | 0.8 | $1,025.00 | $820.00 |
| 3/14/2021 | KCM | Review plan-related and negotiation materials. | 1.9 | $1,025.00 | $1,947.50 |
| 3/14/2021 | KCM | Teleconferences w/ TEP re next steps and plan issues. | 0.5 | $1,025.00 | $512.50 |
| 3/14/2021 | KCM | Teleconference w/ TEP and GMO (partial) re next steps. | 0.3 | $1,025.00 | $307.50 |
| 3/14/2021 | TEP | Confer w/ KCM and JAL (partial) re plan and term sheet issue (.8); confer w/ KCM re same (.2); confer w/ KCM re plan materials (3); review and analyze plan documents and term sheet (2.1); confer w/ KCM and GMO (partial) re same (.3); communications w/ KCM re same (.1). | 3.8 | $815.00 | $3,097.00 |
| 3/14/2021 | GMO | Call w/ TEP and KCM re plan issues (partial) (0.2); research re mediation (0.3); review and analyze mediation term sheets (0.2); draft memoranda re proposed revisions to plan documents (2.3); draft memo re other creditors' proposed revisions to plan documentation (1.1); review and revise disclosure statement (1.3); correspond w/ Debtors re disclosure statement (0.2). | 5.6 | $425.00 | $2,380.00 |
| 3/15/2021 | JAL | Review and provide comments on draft term sheet to KCM and GMO (0.3); review and provide comments on term sheet markup and related motion to KCM and GMO (0.3). | 0.6 | $895.00 | $537.00 |
| 3/15/2021 | KCM | Teleconferences w/ E. Vonnegut re case status. | 0.2 | $1,025.00 | $205.00 |
| 3/15/2021 | KCM | Teleconferences w/ TEP re term sheet revisions and related issues. | 0.7 | $1,025.00 | $717.50 |
| 3/15/2021 | KCM | Review/analyze plan-related materials and review/edit term sheet. | 1.7 | $1,025.00 | $1,742.50 |
| 3/15/2021 | TEP | Confer w/ KCM re term sheet revisions (multiple) (.3); communications w/ KCM re term sheet motion (.1); communicate w/ KCM re term sheet (.1); confer w/ KCM re term sheet issues (.4); communications w/ KCM re same (.1). | 1.0 | $815.00 | $815.00 |
| 3/15/2021 | GMO | Prepare for and attend teleconference w/ UCC (0.4); review and revise draft disclosure statement (2.1); review and analyze revised MSGE term sheet (0.8); research re third party settlements (0.8). | 4.1 | $425.00 | $1,742.50 |
| 3/16/2021 | KCM | Review/analyze materials re plan and settlement issues. | 1.6 | $1,025.00 | $1,640.00 |

July 08, 2021
Invoice #:      335295

Page:           6

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/17/2021 | KCM | Teleconference w/ GMO re MSGE Group meeting. | 0.1 | $1,025.00 | $102.50 |
| 3/17/2021 | GMO | Call w/ KCM re case status (0.1); draft memo re consent rights in plan (2.9); review and analyze notice and solicitation procedures (1.8); draft memo re same (0.9); review and analyze MSGE entities list re notice and solicitation procedure compliance (1.1). | 6.8 | $425.00 | $2,890.00 |
| 3/18/2021 | KCM | Review/analyze materials re plan issues. | 1.4 | $1,025.00 | $1,435.00 |
| 3/18/2021 | KCM | Teleconference w/ S. Gilbert re plan issues. | 0.4 | $1,025.00 | $410.00 |
| 3/18/2021 | KCM | Teleconference w/ GMO re plan issues. | 0.2 | $1,025.00 | $205.00 |
| 3/18/2021 | GMO | Review and analyze Sackler settlement documents and proposed revisions (0.9); attend teleconference w/ UCC (1.1); review and analyze draft confirmation procedures motion (0.7); research re governmental claim treatment (0.4); communications w/ Debtors re settlement agreement documents (0.2); confer w/ KCM re plan issues (0.2). | 3.5 | $425.00 | $1,487.50 |
| 3/19/2021 | KCM | Teleconference w/ GMO re case status and plan issues. | 0.1 | $1,025.00 | $102.50 |
| 3/19/2021 | GMO | Prepare for working group call re Sackler releases (0.3); attend working group call w/ Debtors (A. Libby), AHC (K. Eckstein and R. Ringer), and UCC (A. Preis and E. Miller) re releases (1.5); call w/ KCM re case status (0.1); review and analyze settlement documents and release language (1.1); research re third party settlements (0.5); attend standing call re settlement agreement w/ Debtors and Sackler counsel (0.6). | 4.1 | $425.00 | $1,742.50 |
| 3/21/2021 | GMO | Review and analyze revised mediation settlement documents for TPPs. | 0.4 | $425.00 | $170.00 |
| 3/22/2021 | KCM | Review/analyze plan-related materials and plan/prepare next steps. | 0.7 | $1,025.00 | $717.50 |
| 3/22/2021 | KCM | Teleconference w/ F. Blaudeau re case status. | 0.4 | $1,025.00 | $410.00 |
| 3/22/2021 | KCM | Teleconference w/ E. Vonnegut re case status. | 0.2 | $1,025.00 | $205.00 |
| 3/22/2021 | GMO | Attend teleconference w/ UCC (0.4); draft memo re plan issues (3.1); review and analyze filings through 3/22 (0.4). | 3.9 | $425.00 | $1,657.50 |
| 3/23/2021 | KCM | Review/analyze settlement term sheet and plan-related documents. | 3.3 | $1,025.00 | $3,382.50 |
| 3/23/2021 | KCM | Teleconferences w/ GMO re plan and settlement issues. | 1.0 | $1,025.00 | $1,025.00 |
| 3/23/2021 | KCM | Teleconference w/ E. Vonnegut re term sheet and plan issues. | 0.4 | $1,025.00 | $410.00 |

July 08, 2021
Invoice #:        335295

Page:                7

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/23/2021 | KCM | Teleconference w/ GMO re case status and tasks. | 0.4 | $1,025.00 | $410.00 |
| 3/23/2021 | TEP | Confer w/ GMO re notice issue. | 0.2 | $815.00 | $163.00 |
| 3/23/2021 | GMO | Call w/ TEP re notice issue (0.2); confer w/ Debtors (D. Consla) re solicitation directive (0.7); research re notice and solicitation procedures (0.8); prepare for 3/24 hearing (0.4); review and analyze mediators report and related settlement documents (0.6); review and analyze drafts of MSGE settlement term sheet (0.4); review plan and analyze versions and proposed revisions (0.9); confer w/ Debtors (E. Hwang) re plan versions (0.1); draft memo re plan issues and upcoming deadlines (2.7); conferences w/ KCM re plan issues, hearing and tasks (1.4). | 8.2 | $425.00 | $3,485.00 |
| 3/23/2021 | JAG | Hearing preparation (1.5); CourtCall registrations (.1); communications w/ KCM and GMO re same (.1). | 1.7 | $380.00 | $646.00 |
| 3/23/2021 | JAG | Gather/prepare information re clients' proofs of claim for notice procedure. | 1.8 | $380.00 | $684.00 |
| 3/24/2021 | KCM | Plan/prepare for (0.1) and attend hearing (2.8). | 2.9 | $1,025.00 | $2,972.50 |
| 3/24/2021 | KCM | Review/analyze settlement term sheet, plan-related materials and plan/prepare next steps. | 2.4 | $1,025.00 | $2,460.00 |
| 3/24/2021 | GMO | Prepare for omnibus hearing (1.9); attend omnibus hearing (2.8); review and analyze AHC issues list re settlement docs (0.2); attend teleconference w/ Debtors (A. Libby), AHC (K. Eckstein), UCC (A. Preis), and Sackler counsel (G. Uzzi and A. Lees) re settlement (0.7); confer w/ JAG re notice procedure (0.6); draft memo re solicitation directive (0.5). | 6.7 | $425.00 | $2,847.50 |
| 3/24/2021 | JAG | Confer w/ GMO re notice procedure. | 0.6 | $380.00 | $228.00 |
| 3/25/2021 | GMO | Call w/ Debtors' counsel (D. Consla) re solicitation directive (0.2); emails w/ Debtors (D. Consla) re same (0.4); prepare for teleconference re abatement term sheets (0.2); attend teleconference w/ AHC (S. Gilbert and G. Cicero) and NCSG counsel (A. Troop) re abatement term sheets (0.7); attend teleconference w/ UCC (0.4). | 1.9 | $425.00 | $807.50 |
| 3/25/2021 | JAG | Prepare information re clients' proofs of claim for notice procedure (2); factual research re same (.7). | 2.7 | $380.00 | $1,026.00 |
| 3/26/2021 | GMO | Call w/ JAG re notice issue and upcoming hearings (0.4); draft memo re open issues in plan (1.3); review plan documents (2.3). | 4.0 | $425.00 | $1,700.00 |

July 08, 2021
Invoice #:      335295

Page:            8

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 3/26/2021 | JAG | Prepare information re clients' proofs of claim for balloting procedure (2.5); confer w/ GMO re same and upcoming hearings (.4). | 2.9 | $380.00 | $1,102.00 |
| 3/27/2021 | GMO | Prepare for teleconference re Sackler settlement (.3); attend teleconference w/ Debtors (A. Libby), AHC (K. Eckstein and R. Ringer), UCC (A. Preis and E. Miller) and Sackler counsel (G. Uzzi) re settlement (1.6). | 1.9 | $425.00 | $807.50 |
| 3/29/2021 | KCM | Teleconference w/ E. Vonnegut re term sheet and plan issues. | 0.2 | $1,025.00 | $205.00 |
| 3/29/2021 | KCM | Teleconference w/ GMO re case status and tasks. | 0.4 | $1,025.00 | $410.00 |
| 3/29/2021 | GMO | Prepare for settlement standing call (0.1); attend settlement agreement standing call w/ Debtors (A. Libby), AHC (K. Eckstein), UCC (A. Preis), and Sackler counsel (G. Uzzi and A. Lees) (0.6); review and analyze plan documents and proposed revisions (3.6); draft memo re same (1.0) confer w/ KCM re case status and tasks (0.4). | 5.7 | $425.00 | $2,422.50 |
| 3/30/2021 | KCM | Plan/prepare for and attend teleconference w/ S. Gilbert, P. Singer and J. Tapley re term sheet and plan issues. | 0.4 | $1,025.00 | $410.00 |
| 3/30/2021 | KCM | Review/analyze plan-related and settlement materials. | 1.9 | $1,025.00 | $1,947.50 |
| 3/30/2021 | GMO | Review and analyze UCC's draft released parties list (0.5); research re released parties (0.9); review Debtors' communication re Scott County, MS and related filings (0.3); research re late-filed claims (0.8); review and analyze UCC comments to draft Sackler settlement agreement (0.5); review and analyze draft Sackler settlement agreement (0.3); draft memo re consent rights in amended plan (1.2); research re MSGE term sheet and related mediation documents (0.8). | 5.3 | $425.00 | $2,252.50 |
| 3/31/2021 | KCM | Review/edit term sheet materials and communicate w/ Debtors re same. | 0.6 | $1,025.00 | $615.00 |
| 3/31/2021 | KCM | Confer w/ JAG re case status and tasks. | 0.7 | $1,025.00 | $717.50 |
| 3/31/2021 | JAG | Confer w/ KCM re case status and tasks. | 0.7 | $380.00 | $266.00 |
| | | **Total** | **205.40** | | **$130,936.00** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 3/1/2021 | GMO | Call w/ MSGE member counsel (D. Hegar) re abatement trust documents (0.3); review and analyze state court complaint re constituent inquiry (0.2); revise and circulate language for abatement trust documents to KCM and MSGE member counsel (D. Hegar) (.8). | 1.3 | $425.00 | $552.50 |

July 08, 2021
Invoice #:        335295

Page:            9

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| .15 | **Committee Meetings/Conferences** | | | | |
| 3/2/2021 | GMO | Confer w/ MSGE member counsel (D. Hegar) re abatement trust documents. | 0.2 | $425.00 | $85.00 |
| 3/9/2021 | KCM | Confer w/ GMO re constituent inquiry. | 0.1 | $1,025.00 | $102.50 |
| 3/9/2021 | GMO | Confer w/ KCM re constituent inquiry. | 0.1 | $425.00 | $42.50 |
| 3/10/2021 | KCM | Attend MSGE Group meeting re case status. | 0.7 | $1,025.00 | $717.50 |
| 3/10/2021 | GMO | Attend teleconference w/ MSGE Group (0.7); review, analyze and circulate RSA documents to MSGE steering committee (0.2); confer w/ MSGE member counsel re RSA signatures (0.1). | 1.0 | $425.00 | $425.00 |
| 3/11/2021 | KCM | Teleconference w/ J. Tapley and S. Sanford re settlement issues. | 0.4 | $1,025.00 | $410.00 |
| 3/15/2021 | GMO | Confer w/ MSGE member counsel (M. Browne) re related parties. | 0.3 | $425.00 | $127.50 |
| 3/17/2021 | KCM | Attend MSGE Group meeting re case status. | 0.5 | $1,025.00 | $512.50 |
| 3/17/2021 | GMO | Attend MSGE Group call (0.5); confer w/ MSGE member counsel (D. Broggi) re notice issue (0.2). | 0.7 | $425.00 | $297.50 |
| 3/23/2021 | KCM | Teleconference w/ S. Sanford and J. Tapley re case status. | 0.3 | $1,025.00 | $307.50 |
| 3/23/2021 | GMO | Call w/ J. Pruzansky re solicitation directive. | 0.2 | $425.00 | $85.00 |
| 3/24/2021 | KCM | Teleconferences w/ T. Court re case status. | 0.5 | $1,025.00 | $512.50 |
| 3/24/2021 | GMO | Attend teleconference w/ MSGE Group re case status. | 0.6 | $425.00 | $255.00 |
| 3/25/2021 | KCM | Teleconference w/ J. Cicala re case status. | 0.2 | $1,025.00 | $205.00 |
| 3/25/2021 | GMO | Draft memo re MSGE Group administration and balloting issues. | 2.3 | $425.00 | $977.50 |
| 3/26/2021 | KCM | Teleconference w/ J. Stroman, C. Gray, K. Sharp and E. Spivey re case status. | 0.7 | $1,025.00 | $717.50 |
| 3/26/2021 | KCM | Teleconference w/ J. Tapley re term sheet and plan issues. | 0.1 | $1,025.00 | $102.50 |
| | | **Total** | **10.20** | | **$6,435.00** |
| | | Total Professional Services | 223.1 | | $140,221.00 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| JAL | Jeffrey A. Liesemer | Member | 29.7 | $895.00 | $26,581.50 |
| KCM | Kevin C. Maclay | Member | 50.5 | $1,025.00 | $51,762.50 |
| TEP | Todd E. Phillips | Member | 5.0 | $815.00 | $4,075.00 |
| GMO | George M. O'Connor | Associate | 120.0 | $425.00 | $51,000.00 |
| JAG | Jessica A. Giglio | Paralegal | 17.9 | $380.00 | $6,802.00 |

July 08, 2021
Invoice #:        335295

Page:            10

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
| 03/01/2021 | Conf. Call - Court Solutions - 3/1 hr'g (GMO) [.11] | $70.00 |
| 03/24/2021 | Conf. Call - Court Solutions - 3/24/21 hr'g appearance (KCM) [.11] | $70.00 |
| 03/24/2021 | Conf. Call - Court Solutions - 3/24/21 hr'g appearance (GMO) [.11] | $70.00 |
| | Total Disbursements | $210.00 |

| | | |
|---|---|---|
| | Total Services | $140,221.00 |
| | Total Disbursements | $210.00 |
| | Total Current Charges | $140,431.00 |

July 08, 2021
Invoice #:        335295

Page:        11

## TASK RECAP

| Services | | | Disbursements | |
| --- | --- | --- | --- | --- |
| **Category** | **Hours** | **Amount** | **Category** | **Amount** |
| .04 | 1.20 | $456.00 | .11 | $210.00 |
| .07 | 6.30 | $2,394.00 | | |
| .11 | 205.40 | $130,936.00 | | |
| .15 | 10.20 | $6,435.00 | | |
| | 223.10 | $140,221.00 | | $210.00 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| JAG | Jessica A. Giglio | .04 | 1.20 | $380.00 | $456.00 |
| JAG | Jessica A. Giglio | .07 | 6.30 | $380.00 | $2,394.00 |
| JAL | Jeffrey A. Liesemer | .11 | 29.70 | $895.00 | $26,581.50 |
| KCM | Kevin C. Maclay | .11 | 47.00 | $1,025.00 | $48,175.00 |
| TEP | Todd E. Phillips | .11 | 5.00 | $815.00 | $4,075.00 |
| GMO | George M. O'Connor | .11 | 113.30 | $425.00 | $48,152.50 |
| JAG | Jessica A. Giglio | .11 | 10.40 | $380.00 | $3,952.00 |
| KCM | Kevin C. Maclay | .15 | 3.50 | $1,025.00 | $3,587.50 |
| GMO | George M. O'Connor | .15 | 6.70 | $425.00 | $2,847.50 |
| | | | 223.10 | | $140,221.00 |