Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State*
*Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TWENTIETH MONTHLY FEE STATEMENT OF**
**CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH**
**RESPECT TO SERVICES RENDERED AS COUNSEL TO THE**
**MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD**
**COMMENCING APRIL 1, 2021, THROUGH APRIL 30, 2021**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | April 1, 2021, through April 30, 2021 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $242,503.50 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $996.41 |
| **Total compensation requested in this statement:** | $194,002.80 (80% of $242,503.50) |
| **Total expenses requested in this statement:** | $996.41 |
| **Total compensation and expenses requested in this statement:** | $194,999.21 |

**This is a:**    _X_ monthly    ___ interim    ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Twentieth Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing April 1, 2021, through April 30, 2021 (the "**Fee Period**").

## Itemization of Services Rendered and Disbursements Incurred

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, Caplin & Drysdale rendered 402.2 hours of professional services during the Fee Period, resulting in fees totaling $242,503.50.  Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $194,002.80.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period.  This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $674.86.  The blended hourly rate of all paraprofessionals is $380.00.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $996.41 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

**Notice**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 12, 2021

Respectfully submitted,

*/s/ Kevin C. Maclay*
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com

*Counsel for the Multi-State*
*Governmental Entities Group*

# EXHIBIT A

## SUMMARY OF SERVICES BY CATEGORY

### APRIL 1, 2021, THROUGH APRIL 30, 2021

| Task Code | Project Category | Total Hours | Total Fees |
|:---:|:---|:---:|---:|
| .04 | Case Administration | 0.5 | $190.00 |
| .07 | Fee Applications-Self | 75.1 | $28,970.00 |
| .11 | Plan & Disclosure Statement | 309.3 | $200,424.50 |
| .15 | Committee Meetings/Conferences | 17.3 | $12,919.00 |
| **TOTAL** | | **402.2** | **$242,503.50** |

# EXHIBIT B

## SUMMARY OF HOURS AND FEES BY PROFESSIONAL

### APRIL 1, 2021, THROUGH APRIL 30, 2021

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $1,025.00 | 82.8 | $84,870.00 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $815.00 | 2.0 | $1,630.00 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $895.00 | 9.4 | $8,413.00 |
| Ann W. Langley | Of Counsel / 2009 / Bankruptcy | $650.00 | 93.8 | $60,970.00 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $425.00 | 116.1 | $49,342.50 |
| Cecilia Guerrero | Paralegal / N/A / Bankruptcy | $380.00 | 2.6 | $988.00 |
| Jessica A. Giglio | Paralegal / N/A / Bankruptcy | $380.00 | 95.5 | $36,290.00 |
| **TOTAL** | | | **402.2** | **$242,503.50** |

# EXHIBIT C

## SUMMARY OF EXPENSES

**APRIL 1, 2021, THROUGH APRIL 30, 2021**

| Category | Amount |
|---|---|
| Conference Call Service | $350.00 |
| Court Reporter Transcript Services | $210.21 |
| Database Research | $87.00 |
| PACER Service | $349.20 |
| **TOTAL** | **$996.41** |

# EXHIBIT D



One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

|  |  |
|---|---|
| Invoice #: | 335296 |
| Page: | 1 |

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through April 30, 2021

| | |
|---|---|
| Total Services | $242,503.50 |
| Total Disbursements | $996.41 |
| Total Current Charges | $243,499.91 |

---

**Remittance Advice**

---

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
## A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000     Federal Tax I.D. No.: 52-1226629     Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

July 08, 2021
Invoice #:     335296
Page:              1

RE: Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through April 30, 2021

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 4/4/2021 | JAG | Review docket and calendar hearings/deadlines (.3); attorney registrations for hearing (.2). | 0.5 | $380.00 | $190.00 |
| | | **Total** | **0.50** | | **$190.00** |
| **.07** | **Fee Applications-Self** | | | | |
| 4/6/2021 | TEP | Review and edit January and February monthly fee statements. | 0.4 | $815.00 | $326.00 |
| 4/13/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals. | 5.2 | $380.00 | $1,976.00 |
| 4/14/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals. | 2.9 | $380.00 | $1,102.00 |
| 4/16/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals. | 6.1 | $380.00 | $2,318.00 |
| 4/20/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals. | 7.3 | $380.00 | $2,774.00 |
| 4/21/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals. | 8.6 | $380.00 | $3,268.00 |
| 4/22/2021 | KCM | Confer w/ JAG re court order and fee applications. | 0.4 | $1,025.00 | $410.00 |
| 4/22/2021 | JAG | Confer w/ KCM re court order and fee applications (.4); confer w/ Debtors' counsel, A. Romero-Wagner re same (.4); prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals.s (6.2). | 7.0 | $380.00 | $2,660.00 |
| 4/23/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals. | 4.6 | $380.00 | $1,748.00 |
| 4/25/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals. | 5.9 | $380.00 | $2,242.00 |

July 08, 2021
Invoice #:        335296

Page:                    2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.07** | **Fee Applications-Self** | | | | |
| 4/27/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals. | 6.2 | $380.00 | $2,356.00 |
| 4/28/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals. | 1.2 | $380.00 | $456.00 |
| 4/28/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals. | 8.3 | $380.00 | $3,154.00 |
| 4/29/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals. | 7.1 | $380.00 | $2,698.00 |
| 4/30/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals. | 3.9 | $380.00 | $1,482.00 |
| | | **Total** | **75.10** | | **$28,970.00** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/1/2021 | JAL | Review and analyze correspondence from GMO re plan language. | 0.2 | $895.00 | $179.00 |
| 4/1/2021 | GMO | Draft memo re plan abatement issues (0.2); review side A Sackler settlement proposal (0.6); call w/ A. Libby, A. Romero-Wagner, A. Preis, E. Miller, K. Eckstein, and R. Ringer re Sackler releases (0.9). | 1.7 | $425.00 | $722.50 |
| 4/2/2021 | GMO | Prepare for and attend UCC call. | 0.8 | $425.00 | $340.00 |
| 4/2/2021 | GMO | Review and revise abatement trust documents (3.6); draft memo re allocation issue (0.5); confer w/ D. Consla re voting procedures (0.2); research re voting/balloting issue (1.5). | 5.8 | $425.00 | $2,465.00 |
| 4/2/2021 | GMO | Confer w/ JAG re case status and tasks. | 0.7 | $425.00 | $297.50 |
| 4/2/2021 | JAG | Confer w/ GMO re case status and tasks. | 0.7 | $380.00 | $266.00 |
| 4/3/2021 | GMO | Review and analyze Non-Consenting States' plan issues list and related correspondence (0.4); research re mediation and allocation issues (0.2). | 0.6 | $425.00 | $255.00 |
| 4/4/2021 | KCM | Teleconference w/ TEP re plan issue. | 0.1 | $1,025.00 | $102.50 |
| 4/4/2021 | KCM | Review materials re hearing issues. | 0.2 | $1,025.00 | $205.00 |
| 4/4/2021 | TEP | Confer w/ KCM re plan issue and term sheet. | 0.2 | $815.00 | $163.00 |
| 4/4/2021 | AWL | Review correspondence re case status. | 0.1 | $650.00 | $65.00 |
| 4/4/2021 | JAG | Prepare materials for hearing (.5); communications w/ KCM, AWL and GMO re same (.1). | 0.6 | $380.00 | $228.00 |
| 4/5/2021 | KCM | Review and analyze materials and communications re TPP abatement issues. | 0.4 | $1,025.00 | $410.00 |
| 4/5/2021 | KCM | Review and analyze plan-related materials and communications. | 0.8 | $1,025.00 | $820.00 |
| 4/5/2021 | TEP | Communicate w/ GMO re hearing. | 0.1 | $815.00 | $81.50 |
| 4/5/2021 | AWL | Review and analyze plan and disclosure statement documents. | 2.9 | $650.00 | $1,885.00 |

July 08, 2021
Invoice #:        335296

Page:            3

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/5/2021 | AWL | Confer w/ GMO re case status and outstanding tasks. | 0.5 | $650.00 | $325.00 |
| 4/5/2021 | AWL | Confer w/ JAG re case status and outstanding tasks. | 0.4 | $650.00 | $260.00 |
| 4/5/2021 | GMO | Review and analyze revised abatement trust documents (2.0); draft memo re voting procedures (1.0); prepare for 4/6 hearing (0.9). | 3.9 | $425.00 | $1,657.50 |
| 4/5/2021 | GMO | Confer w/ AWL re case status and outstanding tasks. | 0.5 | $425.00 | $212.50 |
| 4/5/2021 | JAG | Confer w/ AWL re case status and outstanding tasks. | 0.4 | $380.00 | $152.00 |
| 4/6/2021 | KCM | Review/analyze abatement trust documents, plan materials and related correspondence. | 3.1 | $1,025.00 | $3,177.50 |
| 4/6/2021 | KCM | Review and analyze correspondence and materials re injunction. | 0.2 | $1,025.00 | $205.00 |
| 4/6/2021 | AWL | Attend hearing re 2004 discovery and Insurance motions. | 2.3 | $650.00 | $1,495.00 |
| 4/6/2021 | AWL | Confer w/ GMO re 2004 hearing. | 0.2 | $650.00 | $130.00 |
| 4/6/2021 | AWL | Confer w/ JAG re voting procedures. | 0.2 | $650.00 | $130.00 |
| 4/6/2021 | AWL | Confer w/ GMO and D. Consla re voting solicitations. | 0.7 | $650.00 | $455.00 |
| 4/6/2021 | AWL | Review and analyze plan and disclosure statement materials. | 3.3 | $650.00 | $2,145.00 |
| 4/6/2021 | GMO | Prepare for (.4) and attend hearing (2.3); draft memo re hearing (1.5); review revised term sheet and plan documentation (1.0); confer w/ AWL re hearing (0.2); confer w/ D. Consla and AWL re voting procedures (0.7). | 6.1 | $425.00 | $2,592.50 |
| 4/6/2021 | JAG | Factual research, review and analysis re noticing and solicitation procedures (2); communications w/ KCM re same (.2); confer w/ AWL re same (.2). | 2.4 | $380.00 | $912.00 |
| 4/7/2021 | JAL | Review and analyze markup of plan (4.4); review and analyze solicitation materials, solicitation procedures, and related issues (0.8). | 5.2 | $895.00 | $4,654.00 |
| 4/7/2021 | KCM | Review/analyze plan, related documents and materials. | 3.4 | $1,025.00 | $3,485.00 |
| 4/7/2021 | KCM | Teleconference w/ AWL re case status. | 0.1 | $1,025.00 | $102.50 |
| 4/7/2021 | KCM | Confer w/ JAG and CG re solicitation directive and related tasks. | 1.1 | $1,025.00 | $1,127.50 |
| 4/7/2021 | AWL | Review and analyze materials re voting procedures and plan-related documents. | 1.4 | $650.00 | $910.00 |
| 4/7/2021 | AWL | Review and analyze plan and disclosure statement documents. | 1.8 | $650.00 | $1,170.00 |
| 4/7/2021 | AWL | Confer w/ JAG re outstanding case tasks. | 0.7 | $650.00 | $455.00 |

July 08, 2021
Invoice #:          335296

Page:                      4

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/7/2021 | AWL | Confer w/ GMO re outstanding tasks. | 0.2 | $650.00 | $130.00 |
| 4/7/2021 | AWL | Confer w/ KCM re case status. | 0.1 | $650.00 | $65.00 |
| 4/7/2021 | GMO | Review and analyze Debtors' revised draft plan (2.9); review and analyze revised abatement trust documents (1.2); review and analyze material re late-filed claims and research same (0.4); confer w/ AWL re outstanding tasks (0.2). | 4.7 | $425.00 | $1,997.50 |
| 4/7/2021 | CG | Review communications and relevant materials re balloting issue (.7); confer w/ KCM and JAG re same and related tasks (1.1). | 1.8 | $380.00 | $684.00 |
| 4/7/2021 | JAG | Confer w/ AWL re outstanding tasks (.7); confer w/ KCM and CG re solicitation directive and related tasks (1.1); review claims registry re solicitation and prepare constituent information re solicitation directive (7). | 8.8 | $380.00 | $3,344.00 |
| 4/8/2021 | JAL | Review and analyze comments re solicitation procedures. | 0.3 | $895.00 | $268.50 |
| 4/8/2021 | KCM | Teleconference w/ E. Vonnegut re trust distribution procedures. | 0.6 | $1,025.00 | $615.00 |
| 4/8/2021 | KCM | Teleconference w/ CG, JAG, and GMO re balloting issue. | 0.3 | $1,025.00 | $307.50 |
| 4/8/2021 | AWL | Confer w/ GMO re ballot and solicitation issues. | 0.4 | $650.00 | $260.00 |
| 4/8/2021 | AWL | Review and analyze plan and disclosure statement materials. | 2.3 | $650.00 | $1,495.00 |
| 4/8/2021 | GMO | Confer w/ AWL re voting issues (.4); review and analyze plan trust materials and revised draft plan (3.9); draft memo re plan revisions (1.9); teleconference w/ KCM, JAG and CG re balloting issue (.3). | 6.5 | $425.00 | $2,762.50 |
| 4/8/2021 | CG | Teleconference w/ KCM, JAG, and GMO re balloting issue (.3); teleconference w/ Prime Clerk re same (.5). | 0.8 | $380.00 | $304.00 |
| 4/8/2021 | JAG | Review claims registry re proofs of claims by MSGE group (5.5); confer w/ KCM, GMO and CG re same (.3). | 5.8 | $380.00 | $2,204.00 |
| 4/9/2021 | KCM | Review/analyze plan-related documents and correspondence and plan/prepare next steps. | 3.9 | $1,025.00 | $3,997.50 |
| 4/9/2021 | KCM | Plan/prepare for call w/ Governmental Entity groups and review related materials. | 0.6 | $1,025.00 | $615.00 |
| 4/9/2021 | KCM | Teleconference w/ E. Vonnegut re case status. | 0.1 | $1,025.00 | $102.50 |
| 4/9/2021 | KCM | Teleconference w/ A. Troop re plan issues. | 0.5 | $1,025.00 | $512.50 |
| 4/9/2021 | KCM | Teleconference w/ GMO re case status and tasks. | 0.5 | $1,025.00 | $512.50 |
| 4/9/2021 | KCM | Teleconference w/ F. Blaudeau re case status. | 0.3 | $1,025.00 | $307.50 |
| 4/9/2021 | KCM | Review and analyze materials re term sheet issue. | 0.1 | $1,025.00 | $102.50 |

July 08, 2021
Invoice #:        335296

Page:              5

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/9/2021 | KCM | Review and analyze materials re late claims issue. | 0.3 | $1,025.00 | $307.50 |
| 4/9/2021 | AWL | Review and analyze NOAT (2.8) and disclosure statement (3.3). | 6.1 | $650.00 | $3,965.00 |
| 4/9/2021 | AWL | Attend Purdue mediation session w/ K. Eckstein, R. Ringer, D. Molton, M. Cyganowski, and A. Troop. | 0.9 | $650.00 | $585.00 |
| 4/9/2021 | GMO | Prepare for and attend call re abatement trusts w/ AHC (1.7); review and analyze materials and Debtors' communications re Sackler settlement (2.9); review and analyze Sackler proposal re plan releases (1.5); draft memo re same (0.3); research re late-filed claims (0.6); review and analyze docketed materials re proofs of claim (0.5); teleconference w/ KCM re case status and tasks (0.5). | 8.0 | $425.00 | $3,400.00 |
| 4/10/2021 | GMO | Review and analyze UCC redline to amended plan of reorganization (1.2); draft memo re open plan issues (0.3). | 1.5 | $425.00 | $637.50 |
| 4/11/2021 | KCM | Communicate w/ Debtors re proposed term sheet changes. | 0.1 | $1,025.00 | $102.50 |
| 4/11/2021 | KCM | Review/analyze materials re MSGE term sheet issues. | 0.7 | $1,025.00 | $717.50 |
| 4/11/2021 | KCM | Review/analyze communications and materials re plan releases and credit support package. | 0.9 | $1,025.00 | $922.50 |
| 4/11/2021 | GMO | Review Debtors' and committee correspondence re MSGE fee motion (0.2); review and analyze plan release draft (0.5); review and analyze Sackler revised credit support proposal (0.3). | 1.0 | $425.00 | $425.00 |
| 4/12/2021 | KCM | Teleconference w/ AWL and GMO re case status. | 0.4 | $1,025.00 | $410.00 |
| 4/12/2021 | KCM | Teleconference w/ S. Gilbert re negotiation status. | 0.3 | $1,025.00 | $307.50 |
| 4/12/2021 | KCM | Review/analyze materials re plan and settlement issues and related communications. | 2.9 | $1,025.00 | $2,972.50 |
| 4/12/2021 | AWL | Review and analyze correspondence re plan documents. | 0.3 | $650.00 | $195.00 |
| 4/12/2021 | AWL | Review and analyze term sheets. | 2.8 | $650.00 | $1,820.00 |
| 4/12/2021 | AWL | Confer w/ KCM and GMO re case developments and strategy (0.4); confer w/ GMO re outstanding tasks (0.5). | 0.9 | $650.00 | $585.00 |
| 4/12/2021 | AWL | Attend plan release call w/ GMO, A. Romero-Wagner, A. Libby, J. Bell, J. Rosen, J. Uzzi, A. Preis, M. Huebner. | 1.3 | $650.00 | $845.00 |

July 08, 2021
Invoice #:    335296

Page:    6

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/12/2021 | GMO | Prepare for and attend UCC call (0.5); confer w/ AWL and KCM re case status (0.4); confer w/ AWL re plan and disclosure statement and next steps (0.5); conference call w/ AWL and Sacklers/Debtors re settlement agreement (1.3). | 2.7 | $425.00 | $1,147.50 |
| 4/13/2021 | AWL | Confer w/ GMO re proofs of claim (0.3); confer w/ J. McClammy re proofs of claim (0.1). | 0.4 | $650.00 | $260.00 |
| 4/13/2021 | AWL | Attend settlement call w/ GMO, J. Ball, A. Libby, A. Preis, E. Miller, M. Huebner, and others. | 1.0 | $650.00 | $650.00 |
| 4/13/2021 | AWL | Review and analyze KEIP filings. | 0.2 | $650.00 | $130.00 |
| 4/13/2021 | AWL | Attend settlement call re plan releases w/ A. Libby, K. Eckstein, J. McClammy, J. Ball and others. | 1.1 | $650.00 | $715.00 |
| 4/13/2021 | GMO | Review and analyze Sackler settlement proposal and related materials (1.1); call w/ Debtors, Sackler counsel and AWL re same (1.0); research re voting and late-filed claims (0.6); review revised draft plan materials (0.6); review and analyze revised Sackler proposal re settlement and releases (1.2); confer w/ AWL re proofs of claim (0.3). | 4.8 | $425.00 | $2,040.00 |
| 4/14/2021 | KCM | Teleconference w/ NCSG, Debtors, Sackler counsel, AHC and AWL re settlement and plan issues. | 0.5 | $1,025.00 | $512.50 |
| 4/14/2021 | KCM | Review/analyze plan-related materials and communications and plan/prepare next steps. | 1.8 | $1,025.00 | $1,845.00 |
| 4/14/2021 | AWL | Review NOAT term sheet (0.4); review draft filing re late filed claims (0.6). | 1.0 | $650.00 | $650.00 |
| 4/14/2021 | AWL | Attend plan release standing call w/ GMO, A. Libby, E. Hwang, K. Eckstein, A. Preis, and others. | 1.2 | $650.00 | $780.00 |
| 4/14/2021 | AWL | Attend settlement update call w/ KCM, A. Troop, A. Preis, J. Uzzi, K. Eckstein, M. Huebner, A. Libby, E. Vonnegut, D. Molton, R. Ringer, L. Strange. | 0.5 | $650.00 | $325.00 |
| 4/14/2021 | GMO | Attend plan release standing call w/ AWL, A. Libby, E. Twang, K. Eckstein, A. Preis and others. | 1.2 | $425.00 | $510.00 |
| 4/15/2021 | KCM | Teleconference w/ AWL and GMO re plan-related issues. | 0.3 | $1,025.00 | $307.50 |
| 4/15/2021 | KCM | Review/analyze abatement and trust materials. | 1.1 | $1,025.00 | $1,127.50 |
| 4/15/2021 | KCM | Review/analyze plan and voting materials. | 1.9 | $1,025.00 | $1,947.50 |
| 4/15/2021 | AWL | Review and analyze MSGE term sheet motion (0.4); review and analyze NOAT term sheet (0.4). | 0.8 | $650.00 | $520.00 |
| 4/15/2021 | AWL | Confer w/ KCM and GMO re outstanding tasks. | 0.3 | $650.00 | $195.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/15/2021 | AWL | Attend creditor support call w/ GMO and Debtors re Sackler settlement. | 1.6 | $650.00 | $1,040.00 |
| 4/15/2021 | GMO | Prepare for call re Sackler settlement (0.3); call w/ AWL and Debtors re Sackler settlement (1.6); attend call w/ UCC (0.5); review revised abatement term sheet (1.6); draft memo re same (0.5); teleconference w/ KCM and AWL re plan-related issues (.3). | 4.8 | $425.00 | $2,040.00 |
| 4/16/2021 | KCM | Review/edit proposed late-claims stipulation. | 0.3 | $1,025.00 | $307.50 |
| 4/16/2021 | KCM | Teleconference w/ AWL and GMO re proposed stipulation. | 0.2 | $1,025.00 | $205.00 |
| 4/16/2021 | KCM | Review materials and communications re term sheet issues w/ TPPs. | 0.8 | $1,025.00 | $820.00 |
| 4/16/2021 | KCM | Review/analyze revisions to MSGE certificate of no objection. | 0.3 | $1,025.00 | $307.50 |
| 4/16/2021 | KCM | Review/analyze materials and communications re release issues. | 0.7 | $1,025.00 | $717.50 |
| 4/16/2021 | KCM | Review/analyze plan-related materials and plan/prepare next steps. | 4.1 | $1,025.00 | $4,202.50 |
| 4/16/2021 | AWL | Review and analyze release provisions. | 0.5 | $650.00 | $325.00 |
| 4/16/2021 | AWL | Review revised MSGE fee order and certificate of no objection. | 0.3 | $650.00 | $195.00 |
| 4/16/2021 | AWL | Confer w/ KCM and GMO re proposed stipulation. | 0.2 | $650.00 | $130.00 |
| 4/16/2021 | GMO | Draft revised stipulation re late-filed claims (4.0); confer w/ KCM and AWL re same (0.2). | 4.0 | $425.00 | $1,700.00 |
| 4/17/2021 | KCM | Review/analyze materials re plan-related issues and trust documents. | 3.3 | $1,025.00 | $3,382.50 |
| 4/17/2021 | AWL | Review and analyze draft term sheet. | 0.8 | $650.00 | $520.00 |
| 4/17/2021 | AWL | Attend settlement call w/ GMO, R. Ringer, A. Preis, A. Libby, S. Brauer, E. Vonnegut. | 0.8 | $650.00 | $520.00 |
| 4/17/2021 | GMO | Call w/ AWL, Debtors (A. Libby) re Sackler settlement (0.8); review and analyze revised settlement documents from Sacklers and Debtors (1.1). | 1.9 | $425.00 | $807.50 |
| 4/18/2021 | TEP | Review draft plan and provide comments to KCM, AWL, and GMO. | 0.8 | $815.00 | $652.00 |
| 4/19/2021 | KCM | Review/analyze plan-related materials and plan/prepare next steps (1.9); teleconferences w/ AWL re case status and abatement issues (.3); teleconference w/ AWL and GMO re case status and assignments (.7); confer w/ TEP re plan revisions (.1). | 3.0 | $1,025.00 | $3,075.00 |
| 4/19/2021 | TEP | Confer w/ AWL re plan revisions (.2); confer w/ KCM re same (.1). | 0.3 | $815.00 | $244.50 |

July 08, 2021
Invoice #:        335296

Page:              8

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/19/2021 | AWL | Review and analyze plan and term sheet revisions (2.3); confer w/ TEP re same (0.2); conferences w/ KCM re plan revisions (0.3); confer w/ GMO and KCM re case tasks (0.7); confer w/ GMO re solicitation directives (0.5); attend creditor call re Sackler settlement w/ GMO, A. Libby, M. Huebner, K. Eckstein, R. Ringer and A. Preis (0.5); attend Sackler settlement call w/ GMO, A. Libby, M. Huebner, K. Eckstein, R. Ringer, A. Preis, M. Doneghan and A. Lees (0.5). | 5.0 | $650.00 | $3,250.00 |
| 4/19/2021 | GMO | Confer w/ AWL and KCM re plan issues (.7); confer w/ AWL re plan revisions and related papers (.5); attend teleconference re plan releases w/ AWL, Debtors (A. Libby), GAHC (K. Eckstein and R. Ringer), and OCC (A. Preis) (.5); attend teleconference re plan releases w/ AWL, Debtors (A. Libby), GAHC (K. Eckstein and R. Ringer), OCC (A. Preis) and Sackler counsel (A. Lees and J. Ball) (.5). | 2.2 | $425.00 | $935.00 |
| 4/20/2021 | JAL | Review and analyze plan markup (3.4); draft memo to KCM re comments on revised plan (0.3). | 3.7 | $895.00 | $3,311.50 |
| 4/20/2021 | KCM | Teleconference w/ E. Vonnegut and case status and tasks. | 0.2 | $1,025.00 | $205.00 |
| 4/20/2021 | KCM | Teleconferences w/ A. Troop re plan issues and case status. | 0.6 | $1,025.00 | $615.00 |
| 4/20/2021 | KCM | Review/analyze plan and related documents and plan/prepare next steps. | 3.8 | $1,025.00 | $3,895.00 |
| 4/20/2021 | KCM | Teleconference w/ AWL re plan issues, case status and tasks. | 0.4 | $1,025.00 | $410.00 |
| 4/20/2021 | AWL | Review and analyze plan. | 3.6 | $650.00 | $2,340.00 |
| 4/20/2021 | AWL | Review and analyze materials in preparation for upcoming hearing. | 0.9 | $650.00 | $585.00 |
| 4/20/2021 | AWL | Confer w/ KCM re comments to plan. | 0.4 | $650.00 | $260.00 |
| 4/20/2021 | AWL | Draft memo re plan comments. | 0.8 | $650.00 | $520.00 |
| 4/20/2021 | GMO | Draft memo re revised plan (2.7); research re creditor representation issue (2.3); confer w/ Debtors (D. Consla) re voting issue (0.1). | 5.1 | $425.00 | $2,167.50 |
| 4/21/2021 | KCM | Plan/prepare for hearing. | 0.4 | $1,025.00 | $410.00 |
| 4/21/2021 | KCM | Attend hearing. | 1.5 | $1,025.00 | $1,537.50 |
| 4/21/2021 | KCM | Review/analyze plan-related materials and communications. | 2.9 | $1,025.00 | $2,972.50 |
| 4/21/2021 | AWL | Prepare for (0.2) and attend omnibus hearing (1.5). | 1.7 | $650.00 | $1,105.00 |
| 4/21/2021 | AWL | Review and analyze UST objection (0.7) and plan correspondence (0.1). | 0.8 | $650.00 | $520.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/21/2021 | AWL | Confer w/ GMO re case tasks. | 0.3 | $650.00 | $195.00 |
| 4/21/2021 | GMO | Prepare for hearing (.2); attend hearing (1.5); call w/ AWL re case tasks (.3). | 2.0 | $425.00 | $850.00 |
| 4/22/2021 | KCM | Teleconference w/ E. Vonnegut re case status and next steps. | 0.2 | $1,025.00 | $205.00 |
| 4/22/2021 | AWL | Review and analyze settlement term sheets. | 1.0 | $650.00 | $650.00 |
| 4/22/2021 | AWL | Attend settlement term sheet call w/ GMO, A. Libby, M. Huebner, E. Vonnegut, R. Ringer, K. Eckstein. | 1.2 | $650.00 | $780.00 |
| 4/22/2021 | AWL | Review and analyze revised plan. | 1.6 | $650.00 | $1,040.00 |
| 4/22/2021 | GMO | Review settlement collateral term sheet (.7); call w/ Debtors (A. Libby), GAHC (K. Eckstein), OCC (A. Preis), Sackler counsel (A. Lees and J. Ball) and AWL re collateral term sheet (1.2); prepare for call w/ UCC (.2); attend standing call w/ UCC (1.0). | 3.1 | $425.00 | $1,317.50 |
| 4/23/2021 | KCM | Teleconference w/ J. Knudson re plan issues. | 0.2 | $1,025.00 | $205.00 |
| 4/23/2021 | KCM | Teleconferences w/ GMO re case status and abatement term sheet. | 0.2 | $1,025.00 | $205.00 |
| 4/23/2021 | KCM | Teleconference w/ AWL re case status and abatement term sheet. | 0.4 | $1,025.00 | $410.00 |
| 4/23/2021 | KCM | Teleconference w/ M. Huebner re supplemental mediation. | 0.2 | $1,025.00 | $205.00 |
| 4/23/2021 | KCM | Teleconference w/ E. Vonnegut re abatement and case status issues. | 0.1 | $1,025.00 | $102.50 |
| 4/23/2021 | KCM | Review/analyze and edit abatement term sheet and review/analyze related materials. | 5.9 | $1,025.00 | $6,047.50 |
| 4/23/2021 | AWL | Review correspondence and documents re joint stipulation on late filed claims. | 0.7 | $650.00 | $455.00 |
| 4/23/2021 | AWL | Confer w/ KCM re case tasks. | 0.4 | $650.00 | $260.00 |
| 4/23/2021 | AWL | Review and analyze plan-related materials. | 1.4 | $650.00 | $910.00 |
| 4/23/2021 | GMO | Confer w/ Debtors (D. Consla) re MSGE constituent inquiry (0.3); review creditor communications re late claim stipulation (0.2); research re late-filed claims (0.9): review and compare abatement term sheet drafts (2.7); confer w/ KCM re same (0.2). | 4.4 | $425.00 | $1,870.00 |
| 4/24/2021 | KCM | Review/analyze abatement TDP and related materials. | 3.9 | $1,025.00 | $3,997.50 |
| 4/24/2021 | KCM | Teleconference w/ D. Molton re case status. | 0.1 | $1,025.00 | $102.50 |
| 4/24/2021 | KCM | Teleconferences w/ GMO re abatement TDP issues. | 0.5 | $1,025.00 | $512.50 |
| 4/24/2021 | KCM | Teleconferences w/ E. Vonnegut re abatement TDP issues. | 0.7 | $1,025.00 | $717.50 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/24/2021 | KCM | Teleconferences w/ AWL re abatement TDP issues. | 0.4 | $1,025.00 | $410.00 |
| 4/24/2021 | KCM | Teleconference w/ AWL, R. Ringer, E. Vonnegut, H. Klabo, C. Gange, and B. Kelly re abatement TDP issues. | 0.8 | $1,025.00 | $820.00 |
| 4/24/2021 | AWL | Review and analyze draft term sheet. | 0.6 | $650.00 | $390.00 |
| 4/24/2021 | AWL | Confer w/ KCM re term sheet (0.4); confer w/ KCM, R. Ringer, E. Vonnegut, H. Klabo, C. Gange, and B. Kelly re term sheet revisions (0.8). | 1.2 | $650.00 | $780.00 |
| 4/24/2021 | GMO | Draft memos re abatement / public creditor trust allocation issues in definitive documents (4.8); calls w/ KCM re same (0.5). | 5.3 | $425.00 | $2,252.50 |
| 4/25/2021 | KCM | Review/analyze plan-related materials and communications and plan/prepare next steps. | 1.3 | $1,025.00 | $1,332.50 |
| 4/25/2021 | AWL | Review and analyze term sheet revisions. | 0.5 | $650.00 | $325.00 |
| 4/26/2021 | KCM | Teleconference w/ S. Gilbert re plan and term sheet issues. | 0.2 | $1,025.00 | $205.00 |
| 4/26/2021 | KCM | Teleconference w/ E. Vonnegut re case status, plan issues and next steps. | 0.3 | $1,025.00 | $307.50 |
| 4/26/2021 | KCM | Teleconference w/ AWL re case status and tasks. | 0.2 | $1,025.00 | $205.00 |
| 4/26/2021 | AWL | Review and analyze materials in preparation for disclosure statement hearing. | 4.2 | $650.00 | $2,730.00 |
| 4/26/2021 | AWL | Attend Spencer Stuart meeting w/ J. Conroy, R. Ringer, J. Tapley, D. Garamoni, D. Huh, K. Eckstein. | 1.1 | $650.00 | $715.00 |
| 4/26/2021 | AWL | Teleconference w/ KCM re case status and tasks. | 0.2 | $650.00 | $130.00 |
| 4/26/2021 | GMO | Review public creditor TDPs and related documents (4.7); draft memo re same (3.1). | 7.8 | $425.00 | $3,315.00 |
| 4/27/2021 | KCM | Teleconference w/ AWL and GMO re case status and tasks. | 0.3 | $1,025.00 | $307.50 |
| 4/27/2021 | TEP | Confer w/ AWL and GMO re plan and disclosure statement status. | 0.1 | $815.00 | $81.50 |
| 4/27/2021 | AWL | Confer w/ KCM and GMO re case status and outstanding tasks (0.3); confer w/ TEP and GMO re plan and disclosure statement status (0.1). | 0.4 | $650.00 | $260.00 |
| 4/27/2021 | AWL | Review and analyze issues re public creditor trust distribution procedures. | 4.3 | $650.00 | $2,795.00 |
| 4/27/2021 | AWL | Review and analyze settlement term sheets. | 0.8 | $650.00 | $520.00 |

July 08, 2021
Invoice #:        335296

Page:        11

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/27/2021 | GMO | Prepare for UCC call (0.1); attend standing call w/ UCC (0.2); confer w/ AWL and TEP re plan and disclosure statement status (0.1); review and analyze public creditor TDPs (0.9); draft memo re allocation model (0.2); research re allocation issues in mediation (0.5); review and analyze revised draft disclosure statement (2.2); confer w/ KCM and AWL re case status and tasks (0.3); attend UCC teleconference re NAS plan issues (2.1). | 6.6 | $425.00 | $2,805.00 |
| 4/28/2021 | KCM | Teleconferences w/ AWL re disclosure statement hearing and case status. | 0.9 | $1,025.00 | $922.50 |
| 4/28/2021 | KCM | Teleconference w/ C. Mehri re case status. | 0.7 | $1,025.00 | $717.50 |
| 4/28/2021 | KCM | Teleconference w/ AWL, AHC and MSGE re plan-related issues. | 0.9 | $1,025.00 | $922.50 |
| 4/28/2021 | KCM | Review/analyze plan-related materials and plan/prepare next steps. | 2.9 | $1,025.00 | $2,972.50 |
| 4/28/2021 | KCM | Confer w/ TEP re disclosure statement hearing. | 0.1 | $1,025.00 | $102.50 |
| 4/28/2021 | TEP | Confer w/ KCM re disclosure statement hearing. | 0.1 | $815.00 | $81.50 |
| 4/28/2021 | AWL | Review and analyze revised late-filed claims stipulation (0.7); review correspondence re case status (0.3). | 1.0 | $650.00 | $650.00 |
| 4/28/2021 | AWL | Revise proposed plan provisions. | 1.2 | $650.00 | $780.00 |
| 4/28/2021 | AWL | Confer w/ KCM re disclosure statement hearing preparation (0.9); confer w/ GMO re outstanding tasks (0.9). | 1.8 | $650.00 | $1,170.00 |
| 4/28/2021 | AWL | Attend MSGE and AHC working group call w/ KCM, S. Gilbert, J. Guard, J. Rice, J. Conroy. | 0.9 | $650.00 | $585.00 |
| 4/28/2021 | GMO | Confer w/ AWL re outstanding tasks (0.9); review and analyze revised plan and disclosure statement (0.8); draft memo re public creditor TDP (1.2). | 2.9 | $425.00 | $1,232.50 |
| 4/28/2021 | JAG | Review docket and judge's calendar re disclosure statement hearing (.3); prepare materials re same (1.0); communications w/ AWL and KCM re same (.1). | 1.4 | $380.00 | $532.00 |
| 4/29/2021 | KCM | Teleconference w/ E. Vonnegut re disclosure statement and plan issues. | 0.5 | $1,025.00 | $512.50 |
| 4/29/2021 | AWL | Confer w/ GMO re late-filed claims. | 0.2 | $650.00 | $130.00 |
| 4/29/2021 | AWL | Review and analyze revised plan documents. | 5.5 | $650.00 | $3,575.00 |
| 4/29/2021 | AWL | Confer w/ JAG re hearing preparations. | 0.3 | $650.00 | $195.00 |
| 4/29/2021 | AWL | Attend Sackler settlement call w/ GMO, A. Libby, E. Miller, M. Diaz, M. Hurley, A. Andromalos. | 1.4 | $650.00 | $910.00 |

July 08, 2021
Invoice #:        335296

Page:            12

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 4/29/2021 | GMO | Call w/ Debtors (A. Libby), UCC (E. Miller and A. Preis), AHC (R. Ringer and K. Eckstein) and AWL re Sackler credit agreement (1.4); draft revised 2019 statement (2.4); confer w/ AWL re late claims stipulation (.2). | 4.0 | $425.00 | $1,700.00 |
| 4/29/2021 | JAG | Confer w/ AWL re hearing preparations. | 0.3 | $380.00 | $114.00 |
| 4/30/2021 | KCM | Review/analyze plan-related materials and plan/prepare next steps. | 1.8 | $1,025.00 | $1,845.00 |
| 4/30/2021 | KCM | Teleconference w/ AWL and GMO re case status and tasks. | 0.6 | $1,025.00 | $615.00 |
| 4/30/2021 | AWL | Review and analyze updated disclosure statement and related materials. | 2.9 | $650.00 | $1,885.00 |
| 4/30/2021 | AWL | Review and revise brief re insurance issue. | 1.1 | $650.00 | $715.00 |
| 4/30/2021 | AWL | Confer w/ KCM and GMO re case strategy and tasks. | 0.6 | $650.00 | $390.00 |
| 4/30/2021 | AWL | Confer w/ J. Knudson re late filed claims stipulation. | 0.1 | $650.00 | $65.00 |
| 4/30/2021 | GMO | Attend UCC standing call (1.0); draft memo re objections to disclosure statement (3.5); draft memo re public creditor TDP (0.4); review and analyze disclosure statement and related materials (0.3). | 5.2 | $425.00 | $2,210.00 |
| 4/30/2021 | GMO | Teleconference w/ KCM and AWL re case status and tasks. | 0.6 | $425.00 | $255.00 |
| | | **Total** | **309.30** | | **$200,424.50** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 4/1/2021 | GMO | Confer w/ T. Pace re claims issue. | 0.1 | $425.00 | $42.50 |
| 4/2/2021 | GMO | Confer w/ S. Sanford and J. Tapley re allocation term sheet (0.3); revise correspondence to MSGE Group re voting issues (0.2). | 0.5 | $425.00 | $212.50 |
| 4/6/2021 | AWL | Draft memo to MSGE Group re voting procedure and status. | 1.2 | $650.00 | $780.00 |
| 4/6/2021 | GMO | Draft memo to MSGE re voting procedures. | 1.1 | $425.00 | $467.50 |
| 4/7/2021 | KCM | Attend MSGE Group meeting re case status. | 0.2 | $1,025.00 | $205.00 |
| 4/7/2021 | AWL | Attend MSGE Group call re case updates. | 0.2 | $650.00 | $130.00 |
| 4/7/2021 | GMO | Attend MSGE Group weekly call (0.2); confer w/ MSGE member counsel re claims (0.1). | 0.3 | $425.00 | $127.50 |
| 4/8/2021 | GMO | Draft memo re voting procedures to MSGE Group. | 1.3 | $425.00 | $552.50 |
| 4/9/2021 | KCM | Review, analyze and revise memo to MSGE re case status and strategy and review/analyze related materials. | 1.4 | $1,025.00 | $1,435.00 |
| 4/9/2021 | KCM | Communicate w/ S. Sanford and J. Tapley re case status and plan-related issues. | 0.6 | $1,025.00 | $615.00 |

July 08, 2021
Invoice #:        335296

Page:        13

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.15** | **Committee Meetings/Conferences** | | | | |
| 4/10/2021 | KCM | Review and analyze client memo re solicitation. | 0.1 | $1,025.00 | $102.50 |
| 4/10/2021 | GMO | Confer w/ A. Callis re plan solicitation issues. | 0.2 | $425.00 | $85.00 |
| 4/12/2021 | KCM | Teleconference w/ S. Sanford and J. Tapley re plan negotiations. | 0.7 | $1,025.00 | $717.50 |
| 4/13/2021 | GMO | Confer w/ F. Voler re voting issue. | 0.2 | $425.00 | $85.00 |
| 4/14/2021 | KCM | Attend MSGE Group meeting re case status. | 0.5 | $1,025.00 | $512.50 |
| 4/14/2021 | AWL | Attend MSGE Group call re case updates. | 0.5 | $650.00 | $325.00 |
| 4/14/2021 | GMO | Attend MSGE Group call re case status. | 0.5 | $425.00 | $212.50 |
| 4/15/2021 | AWL | Review and analyze constituent correspondence re solicitation directives. | 0.3 | $650.00 | $195.00 |
| 4/15/2021 | JAG | Research re constituent inquiry (.2); communications w/ AWL re same (.1). | 0.3 | $380.00 | $114.00 |
| 4/19/2021 | KCM | Teleconference w/ J. Garvey re constituent inquiry. | 0.1 | $1,025.00 | $102.50 |
| 4/19/2021 | AWL | Confer w/ GMO and S. Sanford re MSGE Group developments. | 0.1 | $650.00 | $65.00 |
| 4/19/2021 | GMO | Confer w/ AWL and S. Sanford re MSGE Group developments. | 0.1 | $425.00 | $42.50 |
| 4/20/2021 | KCM | Teleconference w/ J. Tapley re case status and tasks. | 0.3 | $1,025.00 | $307.50 |
| 4/20/2021 | KCM | Teleconference w/ T. Court re Oklahoma issues. | 0.1 | $1,025.00 | $102.50 |
| 4/20/2021 | GMO | Confer w/ J. Pruzansky re voting issue (0.3); confer w/ S. Fugate re voting issue (0.1). | 0.4 | $425.00 | $170.00 |
| 4/21/2021 | KCM | Attend MSGE Group meeting re case status and next steps. | 0.9 | $1,025.00 | $922.50 |
| 4/21/2021 | AWL | Attend MSGE Group call re case updates. | 0.9 | $650.00 | $585.00 |
| 4/21/2021 | GMO | Attend MSGE Group call re case status. | 0.9 | $425.00 | $382.50 |
| 4/23/2021 | KCM | Communications w/ J. Tapley and S. Sanford re abatement and case status issues. | 0.4 | $1,025.00 | $410.00 |
| 4/23/2021 | GMO | Confer w/ E. Entsminger re balloting issue. | 0.1 | $425.00 | $42.50 |
| 4/24/2021 | KCM | Teleconferences w/ J. Tapley re abatement TDP issues. | 0.9 | $1,025.00 | $922.50 |
| 4/26/2021 | KCM | Teleconference w/ J. Tapley re case status. | 0.1 | $1,025.00 | $102.50 |
| 4/27/2021 | KCM | Teleconferences w/ J. Tapley re plan and case issues. | 0.8 | $1,025.00 | $820.00 |
| 4/28/2021 | KCM | Attend MSGE Group meeting re case update. | 0.3 | $1,025.00 | $307.50 |
| 4/28/2021 | KCM | Teleconference w/ J. Tapley re plan issues. | 0.6 | $1,025.00 | $615.00 |
| 4/29/2021 | KCM | Teleconference w/ T. Court re Oklahoma issue. | 0.1 | $1,025.00 | $102.50 |
| | | **Total** | **17.30** | | **$12,919.00** |
| | | Total Professional Services | 402.2 | | $242,503.50 |

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 9.4 | $895.00 | $8,413.00 |
| KCM | Kevin C. Maclay | Member | 82.8 | $1,025.00 | $84,870.00 |
| TEP | Todd E. Phillips | Member | 2.0 | $815.00 | $1,630.00 |
| AWL | Ann W. Langley | Of Counsel | 93.8 | $650.00 | $60,970.00 |
| GMO | George M. O'Connor | Associate | 116.1 | $425.00 | $49,342.50 |
| JAG | Jessica A. Giglio | Paralegal | 95.5 | $380.00 | $36,290.00 |
| CG | Cecilia Guerrero | Paralegal | 2.6 | $380.00 | $988.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 04/01/2021 | Database Research - Westlaw - GMO - 03/04/2021. [.11] | $87.00 |
| 04/06/2021 | Court Reporting/Transcript Service - transcript 1/20/21 [.11] | $210.21 |
| 04/06/2021 | Conf. Call - Court Solutions - 4/6 Hr'g appearance (AWL) [.11] | $70.00 |
| 04/06/2021 | Conf. Call - Court Solutions - 4/6 Hr'g appearance (GMO) [.11] | $70.00 |
| 04/21/2021 | Conf. Call - Court Solutions - 4/21 hr'g appearance (KCM) [.11] | $70.00 |
| 04/21/2021 | Conf. Call - Court Solutions - 4/21 hr'g appearance (GMO) [.11] | $70.00 |
| 04/21/2021 | Conf. Call - Court Solutions - 4/21 hr'g appearance (AWL) [.11] | $70.00 |
| 04/27/2021 | Pacer Charges - CG [.04] | $308.80 |
| 04/27/2021 | Pacer Charges - GMO [.04] | $6.20 |
| 04/27/2021 | Pacer Charges - JAG [.04] | $16.90 |
| 04/27/2021 | Pacer Charges - CG [.04] | $17.30 |

|  | Total Disbursements | $996.41 |
|---|---|---|
|  | Total Services | $242,503.50 |
|  | Total Disbursements | $996.41 |
|  | Total Current Charges | $243,499.91 |

July 08, 2021
Invoice #:        335296

Page:        15

## TASK RECAP

| Services | | | | Disbursements | | |
|---|---|---|---|---|---|---|
| Category | Hours | Amount | | Category | | Amount |
| .04 | 0.50 | $190.00 | | .04 | | $349.20 |
| .07 | 75.10 | $28,970.00 | | .11 | | $647.21 |
| .11 | 309.30 | $200,424.50 | | | | |
| .15 | 17.30 | $12,919.00 | | | | |
| .17 | | | | | | |
| | 402.20 | $242,503.50 | | | | $996.41 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAG | Jessica A. Giglio | .04 | 0.50 | $380.00 | $190.00 |
| KCM | Kevin C. Maclay | .07 | 0.40 | $1,025.00 | $410.00 |
| TEP | Todd E. Phillips | .07 | 0.40 | $815.00 | $326.00 |
| JAG | Jessica A. Giglio | .07 | 74.30 | $380.00 | $28,234.00 |
| JAL | Jeffrey A. Liesemer | .11 | 9.40 | $895.00 | $8,413.00 |
| KCM | Kevin C. Maclay | .11 | 74.30 | $1,025.00 | $76,157.50 |
| TEP | Todd E. Phillips | .11 | 1.60 | $815.00 | $1,304.00 |
| AWL | Ann W. Langley | .11 | 90.60 | $650.00 | $58,890.00 |
| GMO | George M. O'Connor | .11 | 110.40 | $425.00 | $46,920.00 |
| JAG | Jessica A. Giglio | .11 | 20.40 | $380.00 | $7,752.00 |
| CG | Cecilia Guerrero | .11 | 2.60 | $380.00 | $988.00 |
| KCM | Kevin C. Maclay | .15 | 8.10 | $1,025.00 | $8,302.50 |
| AWL | Ann W. Langley | .15 | 3.20 | $650.00 | $2,080.00 |
| GMO | George M. O'Connor | .15 | 5.70 | $425.00 | $2,422.50 |
| JAG | Jessica A. Giglio | .15 | 0.30 | $380.00 | $114.00 |
| | | | 402.20 | | $242,503.50 |