Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301

*Counsel for the Multi-State
Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TWENTY-FIRST MONTHLY FEE STATEMENT OF
CAPLIN & DRYSDALE, CHARTERED, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH
RESPECT TO SERVICES RENDERED AS COUNSEL TO THE
MULTI-STATE GOVERNMENTAL ENTITIES GROUP FOR THE PERIOD
COMMENCING MAY 1, 2021, THROUGH MAY 31, 2021**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters are located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Caplin & Drysdale, Chartered |
| **Authorized to Provide Professional Services to:** | Multi-State Governmental Entities Group |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | April 22, 2021 [Docket No. 2695] |
| **Period for which Compensation and Reimbursement are sought:** | May 1, 2021, through May 31, 2021 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $290,432.50 |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $1,920.60 |
| **Total compensation requested in this statement:** | $232,346.00 (80% of $290,432.50) |
| **Total expenses requested in this statement:** | $1,920.60 |
| **Total compensation and expenses requested in this statement:** | $234,266.60 |

**This is a:**    _X_ monthly          ___ interim          ___ final application.

Pursuant to the *Order Authorizing the Debtors to Enter Into Term Sheet With and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group* [Docket No. 2695] (the "**MSGE Group Fee Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Interim Compensation Order**"), the law firm of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), hereby submits this Twenty-First Monthly Fee Statement (the "**Fee Statement**") for allowance of compensation for professional legal services rendered as counsel to the Multi-State Governmental Entities Group ("**MSGE Group**") in the above-captioned case, and reimbursement of actual and necessary expenses incurred, for the period commencing May 1, 2021, through May 31, 2021 (the "**Fee Period**").

**Itemization of Services Rendered and Disbursements Incurred**

Attached hereto as **Exhibit A**, is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Fee Period with respect to each of the project categories Caplin & Drysdale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, Caplin & Drysdale rendered 448.4 hours of professional services during the Fee Period, resulting in fees totaling $290,432.50.  Pursuant to this Fee Statement, Caplin & Drysdale seeks reimbursement for 80% of such fees, totaling $232,346.00.

Attached hereto as **Exhibit B** is a chart of Caplin & Drysdale's professionals and paraprofessionals who rendered services to the MSGE Group in connection with these chapter 11 cases during the Fee Period.  This chart includes the title and standard hourly rate for each attorney and paraprofessional, as well as the aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $680.03.  The blended hourly rate of all paraprofessionals is $380.00.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Caplin & Drysdale is attached hereto as **Exhibit D**.

Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Caplin & Drysdale in the amount of $1,920.60 in connection with providing professional services during the Fee Period and a copy of the computer-generated list of expenses.

**Notice**

Caplin & Drysdale will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Caplin & Drysdale an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated: July 12, 2021                    Respectfully submitted,

                                        */s/ Kevin C. Maclay*
                                        Kevin C. Maclay, Esq. (admitted *pro hac vice*)
                                        Todd E. Phillips, Esq.
                                        Caplin & Drysdale, Chartered
                                        One Thomas Circle, NW, Suite 1100
                                        Washington, DC 20005
                                        Tel: (202) 862-5000
                                        Fax: (202) 429-3301
                                        kmaclay@capdale.com
                                        tphillips@capdale.com

                                        *Counsel for the Multi-State*
                                        *Governmental Entities Group*

# EXHIBIT A

## SUMMARY OF SERVICES BY CATEGORY

### MAY 1, 2021, THROUGH MAY 31, 2021

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| .04 | Case Administration | 1.8 | $684.00 |
| .07 | Fee Applications-Self | 28.8 | $12,420.00 |
| .11 | Plan & Disclosure Statement | 410.4 | $271,699.50 |
| .15 | Committee Meetings/Conferences | 6.6 | $5,325.00 |
| .17 | Docket Review & File Maintenance | 0.8 | $304.00 |
| **TOTAL** | | **448.4** | **$290,432.50** |

# EXHIBIT B

## SUMMARY OF HOURS AND FEES BY PROFESSIONAL

### MAY 1, 2021, THROUGH MAY 31, 2021

| Name of Professional | Position/Year Admitted/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin C. Maclay | Member / 1994 / Bankruptcy | $1,025.00 | 95.7 | $98,092.50 |
| Todd E. Phillips | Member / 2005 / Bankruptcy | $815.00 | 3.9 | $3,178.50 |
| Jeffrey A. Liesemer | Member / 1993 / Bankruptcy | $895.00 | 35.5 | $31,772.50 |
| Ann W. Langley | Of Counsel / 2009 / Bankruptcy | $650.00 | 111.4 | $72,410.00 |
| Lucas H. Self | Associate / 2016 / Bankruptcy | $475.00 | 26.9 | $12,777.50 |
| George M. O'Connor | Associate / 2018 / Bankruptcy | $425.00 | 126.7 | $53,847.50 |
| Jessica A. Giglio | Paralegal / N/A / Bankruptcy | $380.00 | 48.3 | $18,354.00 |
| **TOTAL** | | | **448.4** | **$290,432.50** |

# EXHIBIT C

## <u>SUMMARY OF EXPENSES</u>

### MAY 1, 2021, THROUGH MAY 31, 2021

| Category | Amount |
|---|---|
| Conference Call Service | $490.00 |
| Court Reporter Transcript Services | $81.60 |
| Outside Duplication | $1,348.85 |
| Photocopies | $0.15 |
| **TOTAL** | **$1,920.60** |

# EXHIBIT D



One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000          Federal Tax I.D. No.: 52-1226629          Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group

Invoice #:          335297
Page:                    1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through May 31, 2021

| | |
|---|---|
| Total Services | $290,432.50 |
| Total Disbursements | $1,920.60 |
| Total Current Charges | $292,353.10 |

**Remittance Advice**

Payment is due upon receipt.  If you should have any questions, please email accounting@capdale.com.

**Check Payable To:**
Caplin & Drysdale, Chartered
Attn: Accounts Receivable
One Thomas Circle NW, Suite 1100
Washington, DC 20005

**Wire Transfer:**
Receiving Bank: Bank of America
ABA Wire Routing Number: 026009593
ABA ACH Routing Number: 054001204
Swift Code: BOFAUS3N
Beneficiary: Caplin & Drysdale, Chartered
Account Number: 001920814809

**Credit Card:**
We accept American Express. A service fee of 2.4% for Corporate Cards and 2.95% for Individual Cards will be added to all payments.
Please return this remittance page with your payment.  Thank you.

# Caplin & Drysdale
## A T T O R N E Y S

One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000        Federal Tax I.D. No.: 52-1226629        Fax: (202) 429-3301
www.capdale.com

Multi-State Governmental Entities Group                               July 08, 2021
                                                                      Invoice #:      335297
                                                                      Page:            1

RE:  Purdue Pharma Bankruptcy Proceeding

For Professional Services Rendered Through May 31, 2021

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.04** | **Case Administration & Calendar Control** | | | | |
| 5/19/2021 | JAG | Confer w/ Veritext re 2021 hearing transcripts and status of order. | 0.4 | $380.00 | $152.00 |
| 5/20/2021 | JAG | Review recently filed amended hearing notice (.2); attorney hearing registrations (.2); communications w/ KCM, TEP, JAL, AWL and GMO re same (.2). | 0.6 | $380.00 | $228.00 |
| 5/20/2021 | JAG | Review amended order granting Debtors' motion for order establishing confirmation schedule and protocols (.4); update calendar re same (.2); communications w/ KCM, TEP, JAL, AWL and GMO re same (.2). | 0.8 | $380.00 | $304.00 |
| | | **Total** | **1.80** | | **$684.00** |
| **.07** | **Fee Applications-Self** | | | | |
| 5/1/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals. | 2.6 | $380.00 | $988.00 |
| 5/2/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals. | 3.6 | $380.00 | $1,368.00 |
| 5/11/2021 | TEP | Review and edit monthly fee application (.3); communications w/ KCM and JAG re same (.1). | 0.4 | $815.00 | $326.00 |
| 5/11/2021 | JAG | Communicate w/ KCM re January and February fee statements (.3); review and revise same (.3); prepare March fee statement (5.2). | 1.8 | $380.00 | $684.00 |
| 5/12/2021 | TEP | Review and edit monthly fee invoice (.4); communicate w/ KCM and JAG re same (.1). | 0.5 | $815.00 | $407.50 |
| 5/12/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals. | 1.9 | $380.00 | $722.00 |

July 08, 2021
Invoice #:        335297

Page:        2

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.07** | **Fee Applications-Self** | | | | |
| 5/13/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals. | 2.6 | $380.00 | $988.00 |
| 5/21/2021 | KCM | Teleconference w/ JAG re fee applications. | 0.3 | $1,025.00 | $307.50 |
| 5/21/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals (3.6); confer w/ KCM re same (.3). | 3.9 | $380.00 | $1,482.00 |
| 5/23/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals. | 2.6 | $380.00 | $988.00 |
| 5/24/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals (1.6); communications w/ TEP and KCM re same (.6). | 2.2 | $380.00 | $836.00 |
| 5/25/2021 | KCM | Teleconference w/ TEP and JAG fee apps. | 0.1 | $1,025.00 | $102.50 |
| 5/25/2021 | TEP | Review monthly fee invoice (.2); conferences w/ JAG re same (.3); confer w/ KCM, JAG re same (.1). | 0.6 | $815.00 | $489.00 |
| 5/25/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals (1.3); conferences w/ TEP re same (.3); confer w/ KCM and TEP re same (.1). | 1.7 | $380.00 | $646.00 |
| 5/27/2021 | TEP | Communications w/ JAG re monthly fee invoices. | 0.1 | $815.00 | $81.50 |
| 5/29/2021 | TEP | Review and edit monthly fee invoices (1.1); communicate w/ KCM and JAG re same (.1). | 1.2 | $815.00 | $978.00 |
| 5/31/2021 | JAG | Prepare fee application per Order Authorizing Debtors' to Reimburse Committee Professionals (2.3); communications w/ TEP re same (.4). | 2.7 | $380.00 | $1,026.00 |
| | | **Total** | **28.80** | | **$12,420.00** |
| **.11** | **Plan & Disclosure Statement** | | | | |
| 5/1/2021 | KCM | Review/analyze plan materials and related correspondence. | 1.6 | $1,025.00 | $1,640.00 |
| 5/1/2021 | AWL | Review and analyze plan correspondence and next steps (.6); review and revise insurance adversary briefings (1.1); attend Sackler settlement teleconference w/ GMO, A. Libby, A. Preis, A. Romero-Wagner (1.4); confer w/ GMO re same (.2); review settlement term sheets (.3). | 3.6 | $650.00 | $2,340.00 |
| 5/1/2021 | GMO | Review Sackler credit support drafts (.7); teleconference w/ A. Libby, A. Preis, A. Romero-Wagner, and AWL re credit support agreements (1.4); confer w/ AWL re same (.2); review revised Sackler pod term sheets (.9); review release term sheet (.5). | 3.7 | $425.00 | $1,572.50 |
| 5/2/2021 | KCM | Teleconference w/ AWL re plan issues and next steps. | 0.9 | $1,025.00 | $922.50 |
| 5/2/2021 | AWL | Confer w/ KCM re outstanding case tasks (.9); review Plan updates (.3). | 1.2 | $650.00 | $780.00 |

July 08, 2021
Invoice #:        335297

Page:              3

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 5/2/2021 | GMO | Review revised Sackler credit support term sheets (1.1); review late claim stipulation filed 5/2 (.1); draft memo re same (.2); review party communications re outstanding Sackler settlement issues (.3); review further revised Sackler term sheets (.4); research re intrastate allocation of abatement funds (1.2); review revised plan language re same (.2); review revised language re Oklahoma settlement (.1). | 3.6 | $425.00 | $1,530.00 |
| 5/3/2021 | KCM | Review/analyze materials re disclosure statement and plan issues. | 0.7 | $1,025.00 | $717.50 |
| 5/3/2021 | AWL | Review Sackler settlement documents (.3); review and edit insurance adversary proceeding materials (1.2); confer w/ J. Hudson re insurance adversary proceeding briefs (.1); review materials for upcoming disclosure statement hearing (1.2); confer w/ GMO re plan documents (1.1); confer w/ G. Stranch re 2019 statement (.3); draft proposed edits to Plan documents (1.5). | 5.7 | $650.00 | $3,705.00 |
| 5/3/2021 | GMO | Standing teleconference w/ UCC (.9); confer w/ AWL re case strategy and outstanding tasks (1.1); review MSGE member proof of claim forms re late-filed claims stipulation (.5); review MSGE, insurer and Debtors' communications re attorneys fees (.2); review prior term sheets re fee issues (.3); review Sackler markup of settlement term sheet (.6); review Sackler markup of release terms (.3); research re non-consensual third party releases (.3); review Sackler revisions to remedies language (.2). | 4.4 | $425.00 | $1,870.00 |
| 5/4/2021 | KCM | Teleconference w/ AWL re case status and tasks (.7); confer w/ AWL and GMO re same (.3). | 1.0 | $1,025.00 | $1,025.00 |
| 5/4/2021 | AWL | Review settlement term sheets (1.4); confer w/ KCM re case status and outstanding tasks (.7); confer w/ KCM and GMO re same (.3); confer w/ GMO re same (1.2); review and analyze plan supplement (.6); review materials re late-filed claims (.1). | 4.3 | $650.00 | $2,795.00 |
| 5/4/2021 | GMO | Draft memo re disclosure statement objections (4.0); confer w/ AWL re outstanding tasks and case updates (1.2); confer w/ AWL and KCM re same (.3). | 5.5 | $425.00 | $2,337.50 |
| 5/4/2021 | JAG | Prepare materials for disclosure statement hearing (5.9); communications w/ AWL re same (.3). | 6.2 | $380.00 | $2,356.00 |
| 5/5/2021 | AWL | Attend chambers conference (1.0); confer w/ GMO re plan and disclosure statement issues (.8). | 1.8 | $650.00 | $1,170.00 |

July 08, 2021
Invoice #:        335297

Page:        4

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 5/5/2021 | GMO | Draft revisions to TDP (2.7); meet w/ AWL re public allocation issues in plan and disclosure statement (.8); review Sackler settlement agreement termination events (.5); research re same (.3). | 4.3 | $425.00 | $1,827.50 |
| 5/5/2021 | JAG | Prepare materials for disclosure statement hearing. | 3.0 | $380.00 | $1,140.00 |
| 5/6/2021 | AWL | Review and revise allocation section re term sheet (1.1); confer w/ GMO re term sheet revisions (0.2). | 1.3 | $650.00 | $845.00 |
| 5/6/2021 | GMO | Draft, review and edit revisions to plan (1.3); draft revisions to TDP (1.8); confer w/ AWL re term sheet revisions (.2). | 3.3 | $425.00 | $1,402.50 |
| 5/6/2021 | JAG | Prepare materials re allocation (1.4); prepare materials re disclosure statement hearing (1.2); communications w/ KCM and AWL re same (.3). | 2.9 | $380.00 | $1,102.00 |
| 5/7/2021 | GMO | Sackler settlement pre-teleconference w/ A. Libby, A. Romero-Wagner, A. Preis and E. Miller (.5); settlement teleconference w/ A. Libby, A. Romero-Wagner, A. Preis, E. Miller, and Sackler counsel (J. Ball and A. Lees) (1.2); review second amended plan (1.8); review revised Sackler term sheet (.4); review Debtors' claims report (.3); review MSGE solicitation submissions to Debtors (.3). | 4.5 | $425.00 | $1,912.50 |
| 5/8/2021 | KCM | Review/analyze disclosure statement and other plan-related materials. | 2.3 | $1,025.00 | $2,357.50 |
| 5/8/2021 | AWL | Attend IAC/net proceeds/collateral account call (2.1); attend teleconference w/ A. Libby, A. Romero-Wagner, A. Preis, E. Miller and GMO re releases, termination events and remedies (1.6). | 3.7 | $650.00 | $2,405.00 |
| 5/8/2021 | GMO | Review plan documents and settlement agreements (.9); teleconference re release provisions in Sackler settlement w/ A. Libby, A. Romero-Wagner, A. Preis, E. Miller and AWL (1.6). | 2.5 | $425.00 | $1,062.50 |
| 5/9/2021 | GMO | Draft memo re plan revisions. | 4.3 | $425.00 | $1,827.50 |
| 5/10/2021 | JAL | Review and analyze disclosure statement objections. | 1.3 | $895.00 | $1,163.50 |
| 5/10/2021 | KCM | Review/analyze plan-related materials and communications. | 2.8 | $1,025.00 | $2,870.00 |
| 5/10/2021 | KCM | Teleconference w/ AWL re case strategy. | 0.9 | $1,025.00 | $922.50 |
| 5/10/2021 | AWL | Review and analyze revised plan documents (5.2); confer w/ GMO re outstanding case tasks (.3); confer w/ KCM re case strategy (.9); review and analyze TDPs (.8). | 7.2 | $650.00 | $4,680.00 |

July 08, 2021
Invoice #:        335297

Page:                    5

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 5/10/2021 | GMO | Confer w/ AWL re disclosure statement objections and plan issues (.3); draft memo re oral arguments for upcoming hearing (.5); correspond w/ G. Stranch re 2019 statement (.2); attend UCC standing call (.7); draft memo re disclosure statement hearing and objections (1.5). | 3.2 | $425.00 | $1,360.00 |
| 5/10/2021 | JAG | Prepare materials re disclosure statement hearing on 5/12 (.8); communications w/ KCM, JAL, AWL and GMO re same (.2). | 1.0 | $380.00 | $380.00 |
| 5/11/2021 | JAL | Review and analyze disclosure statement objections and related disclosure statement materials (2.8); review and analyze revised disclosure statement and plan (0.8); teleconference w/ KCM re developments and next steps (0.1). | 3.7 | $895.00 | $3,311.50 |
| 5/11/2021 | KCM | Review/analyze plan-related documents and plan/prepare next steps (2.9); teleconference w/ AWL, GMO, J. Tapley, L. Sarko, B. Kelly, S. Gilbert, G. Cicero, J. Rice, and S. Skikos re fee issue (.9); teleconference w/ JAL re case status (.1). | 3.9 | $1,025.00 | $3,997.50 |
| 5/11/2021 | AWL | Confer w/ JAG re upcoming hearing prep (.3); confer w/ GMO re case tasks and deadlines (.9); review plan document blacklines (1.4); attend fee teleconferences w/ KCM, GMO, J. Tapley, L. Sarko, B. Kelly, S. Gilbert, G. Cicero, J. Rice, and S. Skikos (.9). | 3.5 | $650.00 | $2,275.00 |
| 5/11/2021 | GMO | Review and edit plan and related plan documents (4.1); confer w/ AWL re tasks and deadlines (.9); attend teleconference w/ KCM, AWL, J. Tapley, L. Sarko, B. Kelly, S. Gilbert, G. Cicero, J. Rice, and S. Skikos re fee issues (.9). | 5.9 | $425.00 | $2,507.50 |
| 5/11/2021 | JAG | Review revised hearing agenda (.2); prepare materials for 5/12 hearing (.5); communications w/ KCM, TEP, JAL, AWL and GMO re same (.1); confer w/ AWL re same (.3). | 1.1 | $380.00 | $418.00 |
| 5/12/2021 | JAL | Attend hearing re confirmation schedule and protocols. | 1.3 | $895.00 | $1,163.50 |
| 5/12/2021 | KCM | Review/analyze term sheet and plan materials. | 0.8 | $1,025.00 | $820.00 |
| 5/12/2021 | KCM | Attend hearing. | 1.2 | $1,025.00 | $1,230.00 |
| 5/12/2021 | KCM | Teleconference w/ AWL re case strategy (.5); confer w/ AWL, E. Vonnegut and R. Ringer re term sheets (.1). | 0.6 | $1,025.00 | $615.00 |
| 5/12/2021 | AWL | Attend hearing (1.3); confer w/ GMO re plan issues (.8); confer w/ KCM re case strategy (.5); confer w/ G. Gotto re allocation models (.2); confer w/ KCM, E. Vonnegut and R. Ringer re term sheets (.1); prepare for omnibus hearing (.4). | 3.3 | $650.00 | $2,145.00 |

July 08, 2021
Invoice #:        335297

Page:        6

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 5/12/2021 | GMO | Attend hearing (1.3); confer w/ AWL re plan documents and related projects (.8); correspond w/ MSGE member counsel (M. Toups) re late claims (.1); correspond w/ MSGE member counsel (J. Pruzansky) re allocation issues (.3); research re outstanding IAC/Sackler settlement issues (.4); revise memorandum re disclosure statement objections (2.8); correspond w/ Debtors (D. Consla) re solicitation directive (.3); research re trust distribution procedures for hospital claimants (.5); review Debtors revisions to draft settlement proposal (.6). | 7.1 | $425.00 | $3,017.50 |
| 5/13/2021 | JAL | Review and analyze materials re disclosure statement and related objections. | 1.9 | $895.00 | $1,700.50 |
| 5/13/2021 | KCM | Attend Spencer Stuart meeting w/ K. Eckstein, R. Ringer, AWL and GMO (1.3); teleconference w/ AWL, GMO, E. Hwang, A. Libby, and A. Preis re side B collateral term sheet (1.4); teleconference w/ M. Sill, F. Voler, AWL and GMO re late-filed claims (.4); plan/prepare next steps and review/analyze related plan materials (2.3). | 5.4 | $1,025.00 | $5,535.00 |
| 5/13/2021 | AWL | Attend Spencer Stuart meeting w/ KCM, GMO, K. Eckstein, and R. Ringer (1.3); attend collateral term sheet teleconference w/ KCM, GMO, E. Hwang, A. Libby, and A. Preis (1.4); attend IAC teleconference w/ GMO, A. Libby, E. Hwang (.4); confer w/ KCM, GMO, M. Sill, and F. Voler re late-filed claims (.4). | 3.5 | $650.00 | $2,275.00 |
| 5/13/2021 | GMO | Teleconference w/ Spencer Stuart, KCM, AWL, K. Eckstein, and R. Ringer re Newco governance (1.3); attend collateral term sheet teleconference w/ AWL, E. Hwang, A. Libby, and A. Preis (1.4); attend IAC teleconference w/ AWL, A. Libby, E. Hwang (.4); confer w/ KCM, AWL, M. Sill, and F. Voler re late-filed claims (.4). | 3.5 | $425.00 | $1,487.50 |
| 5/14/2021 | JAL | Review and analyze discovery requests from public school districts (0.4); teleconference w/ KCM re discovery requests and next steps (0.3). | 0.7 | $895.00 | $626.50 |
| 5/14/2021 | KCM | Analyze discovery issues (.4); teleconference w/ TEP re discovery (.1); teleconference w/ AWL re discovery and next steps (1.3); review/analyze plan-related materials and communications (1.7); teleconference w/ Ian McClatchey, GMO, AWL, and A. Libby re IACs (1.4); teleconference w/ JAL re discovery (.3). | 5.2 | $1,025.00 | $5,330.00 |
| 5/14/2021 | TEP | Confer w/ KCM re propounded discovery and next steps (.1); communications w/ KCM re mediation schedule (.1); review draft mediation order (.2). | 0.4 | $815.00 | $326.00 |

July 08, 2021
Invoice #:        335297

Page:        7

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 5/14/2021 | AWL | Attend teleconference w/ Ian McClatchey (Norton Rose; Sackler corporate atty), GMO, KCM, and A. Libby re IACs (1.4); confer w/ KCM re public school district discovery requests (1.3); confer w/ GMO re outstanding case tasks and strategy (.9); confer w/ M. Wasson re fee appeal statement (.1); review and analyze revised term sheets (1.3). | 5.0 | $650.00 | $3,250.00 |
| 5/14/2021 | GMO | Teleconference w/ Ian McClatchey (Norton Rose; Sackler corporate atty), AWL, KCM, and A. Libby re IACs (1.4); confer w/ AWL re outstanding case tasks and strategy (.9). | 2.3 | $425.00 | $977.50 |
| 5/15/2021 | JAL | Teleconference w/ GMO and LHS re discovery requests received and next steps (0.7); review and analyze discovery requests received (0.6); correspondence w/ KCM re discovery requests received and next steps (0.1); email to GMO re same (0.1). | 1.5 | $895.00 | $1,342.50 |
| 5/15/2021 | KCM | Review/analyze correspondence and materials re NOAT and mediation issues and plan/prepare next steps. | 1.7 | $1,025.00 | $1,742.50 |
| 5/15/2021 | AWL | Review responsive pleadings re state allocation model (.8); review correspondence re plan document revisions (.3). | 1.1 | $650.00 | $715.00 |
| 5/15/2021 | GMO | Teleconference w/ A. Libby, A. Preis, E. Miller, and Brown Rudnick re Sackler settlement terms (.7); confer w/ JAL and LHS re response to public schools' document request (0.7); review same (0.3); research re intracreditor discovery in chapter 11 cases (1.1); draft responses to document requests (0.5); plan review, Sackler review, memo re UCC settlement issues (4.7). | 8.0 | $425.00 | $3,400.00 |
| 5/15/2021 | LHS1 | Teleconference w/ JAL and GMO re discovery responses (0.7); research re same (3.7). | 3.4 | $475.00 | $1,615.00 |
| 5/16/2021 | JAL | Review and analyze markups of settlement term sheet (0.3); review and analyze plan markup (0.9). | 1.2 | $895.00 | $1,074.00 |
| 5/16/2021 | KCM | Teleconference w/ AWL re case status. | 0.1 | $1,025.00 | $102.50 |
| 5/16/2021 | KCM | Review/analyze mediation order and related communications. | 0.3 | $1,025.00 | $307.50 |
| 5/16/2021 | AWL | Attend status teleconference w/ M. Huebner, A. Libby, K. Eckstein, and A. Preis (.7); confer w/ GMO re case status (.4); confer w/ KCM re same (.1). | 1.2 | $650.00 | $780.00 |
| 5/16/2021 | GMO | Draft memo re TDP and plan revisions (2.2); review revised plan documents (0.7); confer w/ AWL re case status (0.4). | 3.3 | $425.00 | $1,402.50 |
| 5/16/2021 | LHS1 | Research re issues related to discovery objections. | 1.1 | $475.00 | $522.50 |

July 08, 2021
Invoice #:        335297

Page:                8

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 5/16/2021 | JAG | Prepare materials re disclosure statement hearing (.5); communications w/ KCM, TEP and JAL re same (.1). | 0.6 | $380.00 | $228.00 |
| 5/17/2021 | JAL | Review and analyze plan markup (2.0); review and provide comments re draft disclosure statement brief (1.7). | 3.7 | $895.00 | $3,311.50 |
| 5/17/2021 | KCM | Review/analyze plan-related materials and filings and communications and plan/prepare next steps (3.9); teleconference w/ AWL re case status and hearing prep (.9). | 4.8 | $1,025.00 | $4,920.00 |
| 5/17/2021 | AWL | Review and analyze revised plan documents (3.1); review and analyze plan objections and responses (3.3); confer w/ GMO re plan revisions (.8); confer w/ KCM re disclosure statement hearing preparation (.9). | 8.1 | $650.00 | $5,265.00 |
| 5/17/2021 | GMO | Confer w/ AWL re plan revisions. | 0.8 | $425.00 | $340.00 |
| 5/17/2021 | LHS1 | Research re discovery issues (1.7); draft memorandum re same (1.4); research re discovery related to committee communications (3.4); draft memorandum re same (1.4). | 7.9 | $475.00 | $3,752.50 |
| 5/17/2021 | JAG | Prepare materials for 5/20 hearing. | 0.4 | $380.00 | $152.00 |
| 5/18/2021 | KCM | Teleconference w/ D. Molton re case status (.1); teleconference w/ AWL, Monitor and AHC re report issues (.5); teleconference w/ AWL and GMO re case status and tasks (.4); teleconference w/ E. Vonnegut re open issues (.6); review/analyze plan-related documents and communications (2.7). | 4.3 | $1,025.00 | $4,407.50 |
| 5/18/2021 | AWL | Review and analyze plan documents (4.8); attend teleconference w/ KCM, Monitor and AHC (.5); confer w/ KCM and GMO re case status and tasks (.4); confer w/ GMO re same (.3). | 6.0 | $650.00 | $3,900.00 |
| 5/18/2021 | GMO | Confer w/ KCM and AWL re plan issues (.4); confer w/ AWL re outstanding case tasks (.3). | 0.7 | $425.00 | $297.50 |
| 5/18/2021 | LHS1 | Research re 30(b)(6) deposition and related discovery issues (4.9); draft memorandum re same (2.6). | 7.5 | $475.00 | $3,562.50 |
| 5/18/2021 | JAG | Prepare materials for disclosure statement hearing. | 0.9 | $380.00 | $342.00 |
| 5/19/2021 | JAL | Review and analyze marked-up plan documents (.4); review and provide comments re draft objections to discovery (0.9); review and revise same (2.3); review correspondence from LHS re discovery issues (0.3). | 3.9 | $895.00 | $3,490.50 |
| 5/19/2021 | KCM | Review/analyze plan-related materials. | 1.8 | $1,025.00 | $1,845.00 |
| 5/19/2021 | TEP | Confer w/ GMO re discovery responses. | 0.1 | $815.00 | $81.50 |

July 08, 2021
Invoice #:        335297

Page:        9

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 5/19/2021 | AWL | Review and analyze revised shareholder term sheets (1.3); prepare for hearing (.9); review and revise public school discovery responses (1.1); confer w/ GMO re discovery responses (.2); review IAC settlement term sheets (.4). | 3.9 | $650.00 | $2,535.00 |
| 5/19/2021 | GMO | Draft responses to Public Schools' RFPs (4.6); teleconference w/ TEP re same (0.1); teleconference w/ D. Hegar re voting (0.1); confer w/ LHS re schools RFP (0.1); confer w/ AWL re plan issues (0.2). | 5.1 | $425.00 | $2,167.50 |
| 5/19/2021 | LHS1 | Review and revise discovery responses (0.8); confer w/ GMO re same (0.1); research re discovery responses and related issue (1.1); draft insert re RFP (0.6); draft email re same (0.3); research caselaw re discovery issue (0.6); draft email re same (0.4). | 3.9 | $475.00 | $1,852.50 |
| 5/19/2021 | JAG | Prepare materials for status conference (1.1); communications w/ KCM, TEP, JAL, AWL and GMO re same (.2). | 1.3 | $380.00 | $494.00 |
| 5/20/2021 | KCM | Plan/prepare for hearing. | 0.3 | $1,025.00 | $307.50 |
| 5/20/2021 | KCM | Attend hearing. | 1.8 | $1,025.00 | $1,845.00 |
| 5/20/2021 | KCM | Teleconference w/ J. McClammy re proof of claim and plan issues. | 0.4 | $1,025.00 | $410.00 |
| 5/20/2021 | KCM | Review/analyze discovery. | 0.6 | $1,025.00 | $615.00 |
| 5/20/2021 | KCM | Review/analyze late-filed claims materials. | 0.5 | $1,025.00 | $512.50 |
| 5/20/2021 | KCM | Review/analyze plan and disclosure statement related materials and plan/prepare next steps. | 1.6 | $1,025.00 | $1,640.00 |
| 5/20/2021 | AWL | Attend settlement teleconferences w/ A. Libby, A. Romero-Wagner, E. Hwang, R. Ringer, A. Preis (1.6); attend status conference hearing (1.9); review and analyze materials re public school district discovery (1.7); review and revise late-filed claims motion (1.1); confer w/ GMO re late-filed claims motion (.1); attend IAC teleconference w/ GMO, A. Libby, J. Ball, E. Miller (1.9). | 8.3 | $650.00 | $5,395.00 |
| 5/20/2021 | GMO | Teleconference w/ AWL, A. Libby, J. Ball, E. Miller re IACs (1.9); review revised plan and edit plan (8.8); teleconference w/ AWL re late-filed claims motion (.1). | 10.8 | $425.00 | $4,590.00 |
| 5/21/2021 | KCM | Review/analyze plan-related materials and communications (1.4); teleconference w/ S. Schinfeld, D. Blabey, AWL and GMO re discovery issues (.3). | 1.7 | $1,025.00 | $1,742.50 |
| 5/21/2021 | AWL | Review and analyze plan documents (1.7); confer w/ KCM, GMO, S. Schinfeld and D. Blabey re public school discovery (.3). | 2.0 | $650.00 | $1,300.00 |

July 08, 2021
Invoice #:        335297

Page:              10

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 5/21/2021 | GMO | Review plan documents and TDP (7.4); confer w/ KCM, AWL, S. Schinfeld and D. Blabey re public school discovery (.3). | 7.7 | $425.00 | $3,272.50 |
| 5/22/2021 | JAL | Review and analyze revised plan. | 1.3 | $895.00 | $1,163.50 |
| 5/22/2021 | KCM | Review/analyze materials re plan and disclosure statement issues (1.6); teleconference w/ AWL and GMO re plan documents and related tasks (.6). | 2.2 | $1,025.00 | $2,255.00 |
| 5/22/2021 | AWL | Confer w/ KCM and GMO re plan revisions. | 0.6 | $650.00 | $390.00 |
| 5/22/2021 | GMO | Review revised plan documents (1.6); confer w/ KCM and AWL re same (.6). | 2.2 | $425.00 | $935.00 |
| 5/23/2021 | KCM | Review/analyze drafts of disclosure statement brief, confirmation hearing notice, plan and related documents (2.2); teleconference w/ AWL re plan and disclosure statement issues (.3); teleconference w/ GMO re same (.6). | 3.1 | $1,025.00 | $3,177.50 |
| 5/23/2021 | AWL | Confer w/ H. Klabo re plan revisions (0.1); confer w/ KCM re plan edits (0.3); confer w/ GMO re same (0.4); review and analyze blacklines of plan (1.4). | 2.2 | $650.00 | $1,430.00 |
| 5/23/2021 | GMO | Confer w/ KCM re plan and plan edits (0.6); confer w/ AWL re same (0.4); review revised plan (0.9); review AHC edits to plan (0.9); draft client memo re same (0.7); draft MSGE proposed revisions to plan (3.5); research re fee issues (1.3). | 8.3 | $425.00 | $3,527.50 |
| 5/24/2021 | JAL | Review and analyze plan markup (0.8); review and analyze materials re plan issues (4.9). | 5.7 | $895.00 | $5,101.50 |
| 5/24/2021 | KCM | Review/analyze plan, disclosure statement and related materials and plan/prepare re disclosure statement hearing (6.1); teleconferences w/ AWL re case status and next steps (.2); teleconference w/ AWL, J. Tapley, S. Sanford, J. Cicala, J. Simon, D. Hegar, S. Gilbert, J. Rice, and P. Singer re fees issues (.6); teleconferences w/ C. Mehri re potential resolutions and schools issue (1.5); teleconferences w/ E. Vonnegut re open issues re plan and disclosure statement (1.1); teleconference w/ A. Troop re case status and next steps (.3); teleconference w/ TEP and JAG (partial) re case status (.5). | 10.3 | $1,025.00 | $10,557.50 |
| 5/24/2021 | TEP | Confer w/ KCM and JAG (partial) re case status and disclosure statement hearing. | 0.5 | $815.00 | $407.50 |

July 08, 2021
Invoice #:        335297

Page:        11

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 5/24/2021 | AWL | Review and analyze plan documents and related motions (4.3); conferences w/ KCM re case status and next steps (0.2); confer w/ KCM, J. Tapley, S. Sanford, J. Cicala, J. Simon, D. Hegar, S. Gilbert, J. Rice, and P. Singer re fee issues (0.6); review and analyze late-filed claims motion (.2); review and analyze disclosure statement and related motions (3.1). | 8.4 | $650.00 | $5,460.00 |
| 5/24/2021 | GMO | Prepare and edit plan and related materials. | 8.6 | $425.00 | $3,655.00 |
| 5/24/2021 | JAG | Confer w/ KCM and TEP re case status and disclosure statement hearing (partial). | 0.3 | $380.00 | $114.00 |
| 5/25/2021 | JAL | Review and analyze materials in prep for disclosure statement hearing. | 1.2 | $895.00 | $1,074.00 |
| 5/25/2021 | KCM | Review/analyze plan, disclosure statement and related materials and plan/prepare re disclosure statement hearing (5.8); teleconference w/ C. Mehri re schools issues and potential resolutions (.3); teleconference w/ E. Vonnegut re plan and disclosure statement issues (.3); teleconference w/ J. McClammy re plan and disclosure statement issues (.3); teleconferences w/ AWL re disclosure statement and plan issues and proposed revisions (2.9). | 9.6 | $1,025.00 | $9,840.00 |
| 5/25/2021 | AWL | Attend teleconference w/ A. Libby, A. Preis, E. Miller re side b term sheet (.7); review tribal agreement (.2); draft correspondence re late-filed claims (.1); draft allocation summary (1.9); attend meet and confer w/ S. Schinfeld, A. Troop, C. Mehir, A. Troop, G. Cicero re discovery requests (.8); conferences w/ KCM re case strategy, outstanding tasks, upcoming deadlines, and plan revisions (2.9); confer w/ GMO re allocation analysis and discovery responses (0.9). | 7.5 | $650.00 | $4,875.00 |
| 5/25/2021 | GMO | Confer w/ AWL re allocation analysis and discovery responses. | 0.9 | $425.00 | $382.50 |
| 5/25/2021 | LHS1 | Research re discovery issues. | 3.1 | $475.00 | $1,472.50 |
| 5/25/2021 | JAG | Prepare for disclosure statement hearing. | 2.3 | $380.00 | $874.00 |
| 5/26/2021 | JAL | Attend hearing re disclosure statement and solicitation procedures (7.9); correspondence w/ KCM re plan and disclosure statement issues (0.2). | 8.1 | $895.00 | $7,249.50 |
| 5/26/2021 | KCM | Plan/prepare for and attend disclosure statement hearing (7.9); negotiate w/ Debtor and AHC re plan fee section (.4); teleconference w/ C. Mehri re mediation and schools issues (.5); teleconference w/ AWL and GMO re plan issues and next steps (.3); communicate w/ AWL re same (.1). | 9.1 | $1,025.00 | $9,327.50 |

July 08, 2021
Invoice #:          335297

Page:          12

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **.11** | **Plan & Disclosure Statement** | | | | |
| 5/26/2021 | AWL | Confer w/ KCM and GMO re disclosure statement hearing (.3); prepare for disclosure statement hearing (.4); attend disclosure statement hearing (7.9). | 8.6 | $650.00 | $5,590.00 |
| 5/26/2021 | GMO | Prepare for hearing (0.6); attend hearing (partial) (5.3); confer w/ AWL and KCM re hearing (0.3). | 6.2 | $425.00 | $2,635.00 |
| 5/27/2021 | KCM | Review/analyze materials re plan filings and plan/prepare next steps (3.8); review/analyze materials and communications and plan/prepare next steps (1.3); teleconference w/ AWL re discovery issue (.5). | 5.6 | $1,025.00 | $5,740.00 |
| 5/27/2021 | AWL | Confer w/ KCM re discovery issues (.5); review and analyze plan issue and next steps (.7); review and analyze disclosure statement objections (1.9). | 3.1 | $650.00 | $2,015.00 |
| 5/27/2021 | GMO | Revise draft plan edits. | 3.3 | $425.00 | $1,402.50 |
| 5/28/2021 | KCM | Teleconference w/ A. Troop re case status (.6); review/analyze correspondence and materials re plan issues (1.6). | 2.2 | $1,025.00 | $2,255.00 |
| 5/28/2021 | AWL | Review public school discovery responses (.8); confer w/ GMO re plan issues (.8); review and analyze disclosure statement revisions (2.0); confer w/ GMO, S. Schinfeld, and D. Blabey re discovery responses (.2). | 3.8 | $650.00 | $2,470.00 |
| 5/28/2021 | GMO | Teleconference w/ AWL re plan issues (.8); confer w/ AWL, S. Schinfeld, and D. Blabey re discovery responses (.2). | 1.0 | $425.00 | $425.00 |
| 5/29/2021 | KCM | Review/analyze plan and revisions and plan/prepare next steps. | 1.4 | $1,025.00 | $1,435.00 |
| 5/29/2021 | AWL | Review and analyze plan revisions. | 0.4 | $650.00 | $260.00 |
| 5/30/2021 | AWL | Review correspondence re plan updates. | 0.2 | $650.00 | $130.00 |
| 5/31/2021 | KCM | Teleconference w/ J. McClammy re future claimants' issue, case status and next steps (.7); teleconference w/ AWL and GMO re same (.3). | 1.0 | $1,025.00 | $1,025.00 |
| 5/31/2021 | TEP | Confer w/ JAG re deposition schedule. | 0.1 | $815.00 | $81.50 |
| 5/31/2021 | AWL | Confer w/ KCM and GMO re plan issues. | 0.3 | $650.00 | $195.00 |
| 5/31/2021 | GMO | Confer w/ AWL and KCM re plan issues. | 0.3 | $425.00 | $127.50 |
| 5/31/2021 | JAG | Confer w/ TEP re deposition schedule. | 0.1 | $380.00 | $38.00 |
| | | **Total** | **410.40** | | **$271,699.50** |
| **.15** | **Committee Meetings/Conferences** | | | | |
| 5/5/2021 | AWL | Confer w/ S. Sanford and GMO re abatement term sheet issues. | 0.2 | $650.00 | $130.00 |
| 5/5/2021 | GMO | Teleconference w/ S. Sanford and AWL re allocation models. | 0.2 | $425.00 | $85.00 |
| 5/6/2021 | AWL | Confer w/ S. Sanford re term sheet revisions. | 0.1 | $650.00 | $65.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **.15** | **Committee Meetings/Conferences** | | | | |
| 5/10/2021 | KCM | Teleconference w/ J. Tapley and AWL re case strategy and next steps. | 0.2 | $1,025.00 | $205.00 |
| 5/10/2021 | AWL | Confer w/ KCM and J. Tapley re case strategy. | 0.2 | $650.00 | $130.00 |
| 5/11/2021 | KCM | Teleconference w/ AWL, GMO, J. Pruzansky, and J. Diotalevi re case status (.6); teleconference w/ AWL re same (.1). | 0.7 | $1,025.00 | $717.50 |
| 5/11/2021 | AWL | Confer w/ S. Sanford re term sheets (.1); confer w/ KCM, GMO, J. Pruzansky, and J. Diotalevi re case status (.6); confer w/ KCM re same (.1). | 0.8 | $650.00 | $520.00 |
| 5/11/2021 | GMO | Teleconference w/ KCM, AWL, J. Diotalevi (MSGE member counsel), and J. Pruzansky (MSGE member counsel) re case status. | 0.6 | $425.00 | $255.00 |
| 5/12/2021 | KCM | Teleconference w/ clients, GMO re case status. | 0.5 | $1,025.00 | $512.50 |
| 5/12/2021 | AWL | Confer w/ S. Sanford re term sheets. | 0.2 | $650.00 | $130.00 |
| 5/12/2021 | GMO | Attend MSGE weekly teleconference w/ KCM. | 0.5 | $425.00 | $212.50 |
| 5/19/2021 | KCM | Attend Client subcommittee teleconference w/ AWL and GMO re case status. | 0.1 | $1,025.00 | $102.50 |
| 5/19/2021 | KCM | MSGE Group meeting. | 0.1 | $1,025.00 | $102.50 |
| 5/19/2021 | AWL | Attend MSGE standing teleconference w/ KCM and GMO. | 0.1 | $650.00 | $65.00 |
| 5/19/2021 | GMO | MSGE standing teleconference w/ KCM and AWL. | 0.1 | $425.00 | $42.50 |
| 5/20/2021 | KCM | Teleconference w/ S. Sanford. | 0.1 | $1,025.00 | $102.50 |
| 5/24/2021 | KCM | Teleconferences w/ S. Sanford and J. Tapley re open issues and plan and disclosure statement (.8); teleconference w/ M. Shisko re case status (.1). | 0.9 | $1,025.00 | $922.50 |
| 5/25/2021 | KCM | Teleconferences w/ J. Tapley and S. Sanford re plan and disclosure statement issues. | 0.4 | $1,025.00 | $410.00 |
| 5/26/2021 | KCM | Teleconferences w/ S. Sanford and J. Tapley re plan and disclosure statement issues (.5); communicate w/ S. Sanford and J. Tapley re fee resolution (.1). | 0.6 | $1,025.00 | $615.00 |
| | | **Total** | **6.60** | | **$5,325.00** |
| **.17** | **Docket Review & File Maintenance** | | | | |
| 5/19/2021 | JAG | Review docket and update pleadings files. | 0.8 | $380.00 | $304.00 |
| | | **Total** | **0.80** | | **$304.00** |
| | | Total Professional Services | 448.4 | | $290,432.50 |

July 08, 2021
Invoice #:        335297

Page:        14

## PERSON RECAP

| Person | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAL | Jeffrey A. Liesemer | Member | 35.5 | $895.00 | $31,772.50 |
| KCM | Kevin C. Maclay | Member | 95.7 | $1,025.00 | $98,092.50 |
| TEP | Todd E. Phillips | Member | 3.9 | $815.00 | $3,178.50 |
| AWL | Ann W. Langley | Of Counsel | 111.4 | $650.00 | $72,410.00 |
| GMO | George M. O'Connor | Associate | 126.7 | $425.00 | $53,847.50 |
| LHS1 | Lucas H. Self | Associate | 26.9 | $475.00 | $12,777.50 |
| JAG | Jessica A. Giglio | Paralegal | 48.3 | $380.00 | $18,354.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 05/10/2021 | Photocopies [.11] | $0.15 |
| 05/12/2021 | Conf. Call - Court Solutions - 5/12 hr'g appearance (KCM) [.10] | $70.00 |
| 05/12/2021 | Conf. Call - Court Solutions - 5/12 hr'g appearance (AWL) [.10] | $70.00 |
| 05/12/2021 | Conf. Call - Court Solutions - 5/12 hr'g appearance (JAL) [.10] | $70.00 |
| 05/12/2021 | Conf. Call - Court Solutions - 5/12 hr'g appearance (GMO) [.10] | $70.00 |
| 05/13/2021 | Outside Duplication Service - Transperfect printing for KCM  [.11] | $231.80 |
| 05/18/2021 | Outside Duplication Service - Transperfect 5/7/21 Invoice #187200. [.11] | $159.00 |
| 05/20/2021 | Conf. Call - Court Solutions - 5/20 hr'g appearance (GMO) [.10] | $70.00 |
| 05/21/2021 | Conf. Call - CourtSolutions - Hr'g appearance (KCM)  [.10] | $70.00 |
| 05/21/2021 | Conf. Call - CourtSolutions - Hr'g appearance (AWL)  [.10] | $70.00 |
| 05/25/2021 | Court Reporting/Transcript Service - 5/12/21 transcript services [.01] | $81.60 |
| 05/26/2021 | Outside Duplication Service - Transperfect Invoice #187237 [.01] | $958.05 |

Total Disbursements        $1,920.60

July 08, 2021
Invoice #:        335297

Page:        15

| | |
|---|---|
| Total Services | $290,432.50 |
| Total Disbursements | $1,920.60 |
| Total Current Charges | $292,353.10 |

July 08, 2021
Invoice #:          335297

Page:          16

## TASK RECAP

| Services | | | Disbursements | |
|---|---|---|---|---|
| **Category** | **Hours** | **Amount** | **Category** | **Amount** |
| .04 | 1.80 | $684.00 | .01 | $1,039.65 |
| .07 | 28.80 | $12,420.00 | .10 | $490.00 |
| .11 | 410.40 | $271,699.50 | .11 | $390.95 |
| .15 | 6.60 | $5,325.00 | .16 | |
| .16 | | | .19 | |
| .17 | 0.80 | $304.00 | | |
| | 448.40 | $290,432.50 | | $1,920.60 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JAG | Jessica A. Giglio | .04 | 1.80 | $380.00 | $684.00 |
| KCM | Kevin C. Maclay | .07 | 0.40 | $1,025.00 | $410.00 |
| TEP | Todd E. Phillips | .07 | 2.80 | $815.00 | $2,282.00 |
| JAG | Jessica A. Giglio | .07 | 25.60 | $380.00 | $9,728.00 |
| JAL | Jeffrey A. Liesemer | .11 | 35.50 | $895.00 | $31,772.50 |
| KCM | Kevin C. Maclay | .11 | 91.70 | $1,025.00 | $93,992.50 |
| TEP | Todd E. Phillips | .11 | 1.10 | $815.00 | $896.50 |
| AWL | Ann W. Langley | .11 | 109.80 | $650.00 | $71,370.00 |
| GMO | George M. O'Connor | .11 | 125.30 | $425.00 | $53,252.50 |
| LHS1 | Lucas H. Self | .11 | 26.90 | $475.00 | $12,777.50 |
| JAG | Jessica A. Giglio | .11 | 20.10 | $380.00 | $7,638.00 |
| KCM | Kevin C. Maclay | .15 | 3.60 | $1,025.00 | $3,690.00 |
| AWL | Ann W. Langley | .15 | 1.60 | $650.00 | $1,040.00 |
| GMO | George M. O'Connor | .15 | 1.40 | $425.00 | $595.00 |
| JAG | Jessica A. Giglio | .17 | 0.80 | $380.00 | $304.00 |
| | | | 448.40 | | $290,432.50 |