UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tyiavory Jackson, Creditor | Case No: 19-23649 (RDD) |
| vs | MOTION SEEKING PERMISSION FOR CREDITOR TYIAVORY JACKSON TO VOTE FOR THE RULE 3018(a) MOTION FILING DEADLINE FOR THE PURDUE PHARMA BANKRUPTCY CASE |
| Purdue Pharma L.P., et al., Debtor | |

NOTICE

On June 24, 2021, Creditor Tyiavory Jackson was provided a "Notice Of Hearing To Consider Conformation Of The Fifth Amendment Chapter 11 plan filed By The Debtors And Related Voting And Objection Deadlines". Within the notice, Creditor was informed that on June 3, 2021, the United States Bankruptcy Court for the Southern District of New York entered on order authorizing Purdue Pharma L.P and its affiliated Debtors to solicit acceptances for the fifth Amendment joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors on August 9, 2021, at 10:00 am, prevailing Eastern Time before the Honorable Robert D. Drain.
Holders of a claim against the Debtors are entitled to vote as of March 10, 2021 and have received Ballots attached to the Chapter 11 Bankruptcy

1

notices provided by PPB Processing ATTN Prime Clerk LLC. The Debtors will file the Plan Supplement on or before July 7, 2021. Claimants entitled to vote are to do so with a voting deadline set for July 14, 2021, At 4:00pm, prevailing Eastern Time.

On page 5, 9 of the list of issues provided in the notice, it mentions that claimants, for whatever issues arising that disallows a claimant from voting must file a motion challenging the claimants inability to cast a vote.

One of the factors that may be common due to the role that Covid-19 has played in our lives is the Claimant's failure to file his/her claim before the deadline (July 30th, 2020). Late claimants are barred from participating in the "voting on the plan" for the Rule 3018 Motion.

I mailed off my claims in August 2020, about a week after the official deadline, which bars me, technically, from casting a vote. However, in addition to the major disruption of life and activities caused by the pandemic, there were several reasons that attributed to my claim reaching the Processor late:

1) In July of 2020, I was an inmate housed in an Outpatient Hospital Unit for multiple complications of the spine. During that particular time, our housing unit was subject to quarantine to mitigate the spread of the Covid outbreak. During quarantine, there is no physical movement. Physically disabled inmates weren't able to utilize the services of ADA inmates- inmates appointed by the prison to help inmates with tasks such as writing for correspondences and legal obligations, who are physically disabled.

2) I was suffering from spinal cord complications that significantly reduced my ability to write. Without the help from an ADA inmate, it was impossible to meet the deadline. Some of my physical problems hamper my use of my legs (paralysis) and my hands (cervical spine damage).

2

I also suffer from the excruciating effects of rheumatoid, psoriatic and osteoarthritis, severe carpal tunnel syndrome in both wrists, and a bullet lodged in my spinal cord, for which I consumed Purdue Pharma products.

I submit medical documents verifying my physical ailments. These ailments combine to limit my movement and ultimately limit my ability to sit upright and utilize my hand due to nerve damage.

I ask the court to take the Covid-19 problem and my compounding ailments into consideration when asking for your judgement regarding the purpose of this motion. I did the best that I could do under the adverse circumstances.

Grant my motion to vote, and excuse my late filing for reasons given if a challenge is presented for the very reason I was barred from voting.

For the interest of justice, I vote to approve Purdue Pharma and its affiliated Debtors' Fifth Amended Chapter 11 Plan.

Dated:

Submitted By:
Tyiavory Jackson V84091
PO Box 2500
N-3-301
Vacaville, Ca 95696

3

NorthBay Healthcare  1/16/2013 3:54:04 AM  PAGE  5/006  Fax Server

To: VACAVALLEY HOSPITAL ER    From: OnRad    1-16-13  2:30am  p. 1 of 2



## ONRAD, INC.

Report Generated By:
Online Radiology Medical Group, Inc
Phone: 951-786-0801  Fax: 951-680-1671
QA@onradinc.com

### Preliminary Radiology Report

Patient Name: JACKSON, TYIAVORY
Institution Name: VACAVALLEY HOSPITAL
Study Type: CT SPINE LUMBAR WO CONTRAST
Date: 1-16-2013
Patient DOB: ███████ M
Patient ID: ███████
Patient Location: EMERG DEPT
Time Ordered: 01/16/2013 01:01 Pacific Time
Time Faxed: 01/16/2013 2:30 Pacific Time
Accession Number: ███████
Ordering Physician: Ankney, William, A
Tech:
Visit ID:

Clinical History/Indication for Exam:
fall; Add'l Info: np

LUMBAR SPINE SERIES:

HISTORY: Back injury from fall

TECHNIQUE: Unenhanced axial images with coronal and sagittal MPR

FINDINGS:
There is mild degenerative grade 1 retrolisthesis of L5 over S1 the remainder of the lumbar spine demonstrates normal anatomic alignment along the anterior and posterior longitudinal ligaments without subluxation. The vertebral bodies are grossly intact without acute or chronic compression fractures. There is metallic artifact in the mid to inferior portion of the third lumbar vertebral body extending into the posterior neural canal compatible with an old gunshot wound. Metallic bullet fragments are scattered throughout the intervertebral disc space of L3/L4 and to the left pedicle and articular facet joint.

There is degenerative spondylosis T12-L5.

L1/L2: There is minimal intervertebral disc space narrowing. No evidence of central or foraminal stenosis. There is mild bone erosion along the posterior left paracentral margin of the inferior L1 vertebral body possibly representing subchondral degenerative change.

L2/L3: The intervertebral disc space is preserved and normal. There is calcification of the anterior longitudinal ligament. No evidence of central or foraminal stenosis. There is mild facet arthrosis.

L3/L4: There is intervertebral disc space narrowing with vacuum

☐ INFORMATION ONLY   ☐ MINOR DISCREPANCY       ☐ NO CHANGE IN CARE
                      ☐ MAJOR DISCREPANCY       ☐ CHANGE IN CARE



NorthBay Healthcare   1/16/2013 3:54:04 AM   PAGE   6/006   Fax Server

To: VACAVALLEY HOSPITAL ER         From: OnRad

1-16-13  2:30 am  p. 2 of 2



# ONRAD, INC.

Report Generated By:
Online Radiology Medical Group, Inc
Phone: 951-788-0801  Fax 951-680-1671
QA@onradinc.com

## Preliminary Radiology Report

**Patient Name:** JACKSON, TYIAVORY
**Institution Name:** VACAVALLEY HOSPITAL
**Study Type:** CT SPINE LUMBAR WO CONTRAST
**Date:** 1-16-2013
**Patient DOB:** ███████ M
**Patient ID:** ███
**Patient Location:** EMERG DEPT
**Time Ordered:** 01/16/2013 01:01 Pacific Time
**Time Faxed:** 01/16/2013 2:30 Pacific Time
**Accession Number:** ███
**Ordering Physician:** Ankney, William, A
**Tech:**
**Visit ID:**

**Clinical History/Indication for Exam:**
fall; Add'l Info: np

phenomenon indicating degenerative disc disease. It is difficult to assess the neuroforamina due to the severe beam hardening artifact caused by the residual gunshot fragment. There are degenerative Schmorl's nodes along these superior endplate of L4.

L4/L5: There is minimal intervertebral disc space narrowing and mild anterior vacuum phenomenon due to mild degenerative disc disease. There is 3.8 mm broad-based posterior disc bulging narrowing the subarticular space. There is adequate epidural fat surrounding the L4 nerve roots in the neural foramina. No significant central spinal stenosis. There is minimal facet arthrosis.

L5/S1: There is intervertebral disc space narrowing with vacuum phenomenon indicating degenerative disc disease. There is mild grade 1 retrolisthesis L5 over S1. There is no significant central spinal stenosis. There is adequate epidural fat surrounding the L5 and S1 nerve roots. There is mild bilateral facet arthrosis.

**IMPRESSION:**
Old gunshot wound to L3.

Multilevel spondylosis.

Multilevel degenerative disc disease most severe at L3/L4 and L5/S1.

Mild grade 1 retrolisthesis L5 over S1.

No acute fracture.

Thank you for allowing us to participate in the care of your patient.

Dictated and Authenticated by: Larry Menestrina D.O.
1-16-2013   2:12 am  Pacific Time

Page 2

PRELIMINARY

SAN JOAQUIN GENERAL HOSPITAL

CONSULTATION

F Karl. Gregorius, MD
PATIENT: JACKSON, TYIAVORY
MR#: 
ADMIT DATE: 01/15/2013
LOCATION: DISC
DOB:

DATE OF CONSULTATION: 01/15/2013

CONSULTING PHYSICIAN: F Karl Gregorius, MD

REFERRING PHYSICIAN: Joseph Bick, MD

The patient returned to clinic. I did review his MRI scan again. I did discuss a C5-C6 and C6-C7 ACDF with him, as I had in the past. He does have persistent radicular pain down to his right thumb, as he has had in the past for a number of months. He does have cervical spondylotic changes at C5-C6 and C6-C7 with cervical spondylotic osteophytes compressing his exiting nerve roots, so he is a candidate for a C5-C6 and C6-C7 ACDF, as I have discussed with him in the past.

Goals of surgery are pain relief. Risks of surgery are persistent recurrent pain, infection, bleeding that might require transfusion, spinal cord injury, laryngeal nerve damage causing hoarseness. I have discussed these with him in the past. He is aware of all these risks and he has decided he wishes to go through surgery.

His other issue, of course, is his neuropathic pain in his lower extremities which he has had since his gunshot wound, which he lives with, although he does say that he does not take enough pain medication, that he has breakthrough pain with the medication which he has been on. He understands that the cervical surgery will not affect his neuropathic pain in his legs.

He also has thoracic spine pain which may be related to his cervical radiculopathy or may not. This may require further workup in the future separate from his cervical problem. So, at this point, please consider this letter a request for a C5-C6 and C6-C7 ACDF using cadaver graft and plating.

Voice #546895485/Job #068947
D: 01/15/2013 15:07:00
T: 01/15/2013 16:25:00
FKG:medq

F Karl. Gregorius, MD

CONSULTATION
Page 1 of 1

JAN 16 2013

07/23/2019 5:29 PM ET    athena    pg 2 of 3
DONALD A. RAMBERG, M.D. • 699 CALIFORNIA BLVD, SUITE B, SAN LUIS OBISPO CA 93401-2507

JACKSON, TYIAVORY (id #3885, dob: 12/12/1975)    Neurosurgery Consult

## Encounters and Procedures

Clinical Encounter Summaries
Encounter Date: 07/19/2019
Patient

| | | | |
|---|---|---|---|
| Name | JACKSON, TYIAVORY (43yo, M) ID# | Appt. Date/Time | 07/19/2019 10:45AM |
| DOB | | Service Dept. | OFFICE |
| Provider | DONALD A. RAMBERG, MD | | |
| Insurance | Med Contracts: CLINICIANS TELEMED MEDICAL GROUP | | |
| | Insurance #: | | |
| | Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

### Chief Complaint
None recorded.

### Vitals
None recorded.

### Allergies
None recorded.

### Medications
None recorded.

### Problems
Reviewed Problems

### Screening
None recorded.

### HPI
He has had several neck and spine injuries and has been in a wheelchair since a gunshot wound to the lower spine. No surgery was done. He regain some partial use of the legs. There is continued cervical pain and numbness and weakness into both arms.

The inmate told me his name and birthdate. He consented to the telemedicine consult.

### ROS
Patient reports numbness, tingling, weakness, and difficulty with gait or walking.

### Physical Exam
Patient is a 43-year-old male.

**Constitutional:** General Appearance: healthy-appearing, NAD, and normal body habitus.

**Psychiatric:** Orientation: oriented to time, place, and person. Mood and Affect: normal mood and affect and active and alert.

**Cervical Spine:** Inspection: alignment normal.

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 4/5. C6 on the Left: flexion biceps 4/5. T1 on the Right: abduction fingers 4/5. T1 on the Left: abduction fingers 4/5; atrophy of the interossei.

**Neurological System:** Biceps Reflex Right: hyperactive (3). Biceps Reflex Left: hyperactive (3). Triceps Reflex Right: hyperactive (3). Triceps Reflex Left: hyperactive (3).

### Assessment / Plan
1. Cervical spondylosis with myelopathy
    M47.12: Other spondylosis with myelopathy, cervical region
   - ANTERIOR CERVICAL DISCECTOMY AND FUSION, LEVEL SPECIFIED, WITH HARDWARE (SURG)
     Side: BILATERAL    Admission Status: AM Admit
     Length of Stay (Days): 1    Duration of Procedure (hours): 2
     Surgical Assistant?: Y    Implants/Equipment Needed: Zeiss microscope, medtronic

07/23/2019 5:29 PM ET    athena

DONALD A. RAMBERG, M.D. • 699 CALIFORNIA BLVD, SUITE B, SAN LUIS OBISPO CA 93401-2507    pg 3 of 3

JACKSON, TYIAVORY (Id #█████, dob: █████)

Intraoperative Monitoring: yes Anatomical Site: C4-5
- XR, CHEST
- ELECTROCARDIOGRAM
- PT/PTT, PLASMA
- URINALYSIS, DIPSTICK
- CBC
- BUN (BLOOD UREA NITROGEN), SERUM OR PLASMA
- CREATININE, SERUM OR PLASMA
- ELECTROLYTE PANEL, SERUM

Discussion Notes

there is evidence of cervical myelopathy. though there are several degenerated discs the surgery will be limited to the C4-5 area. I have gone over the recommendation including the risks and the postoperative care needed.

We have discussed the risks of the surgery including but not limited to infection, hemorrhage, injury to a nerve, spinal cord injury, swallowing difficulties, and injury to the vocal cords.

Return to Office
None recorded.

Encounter Sign-Off

Encounter signed-off by Donald A. Ramberg, MD, 07/19/2019.

Encounter performed and documented by Donald A. Ramberg, MD
Encounter reviewed & signed by Donald A. Ramberg, MD on 07/19/2019 at 11:05am

STATE OF CALIFORNIA
INTERDISCIPLINARY PROGRESS NOTES
CDCR 7230 (REV. 02/13)
DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

**Neurology Progress Note p. 1/2**

DATE: JUL 26 2019    TIME: 0920

Specialty Services: Neurology

**CC** Findings: Hands/Arms weakness

**HPI** Pt has hx of (B) CTS & (B) Ulnar neuropathy at wrists. Had MRI of wrist. Still having tingling and numbness in the fingers (B). Seen spine specialist last week for the Neck pain.

**PE** MS: Awake; alert; speech fluent. Follows commands
CN: Face symmetric
Motor: (B) Arms give-way weakness due to pain. Pain in the wrist. Paraparesis (B) legs
Sensory: ↓ sensation (B) Thumbs; middle and index fingers with subjective tingling and numbness
Gait: wheelchair bound

MRI Wrists 5/22/19 — No ganglion cysts at Guyon canal

**IMPRESSION**
1) Carpal tunnel syndrome; severe; bilateral.
   - Causing tingling and numbness in the fingers (B)

Recommendations:

2) Ulnar neuropathy (B) at wrist found on EMG/NCS 3/14/19
   - MRI Wrists: No ganglion cysts at Guyon canal
3) Cervical spondylosis
4) Lumbar spondylosis
5) Hx of GSW to the low back; paraparesis.

Institution: CHCF    Housing Unit: C1B

A. LEUNG (cont)

CDCR#: V[redacted]
Last Name: Jackson
First Name: Tyievory

1. Disability Code: ☒ Not Applicable
2. Accommodation: 
3. Effective Communication: ☒ Pt asked questions  ☒ Pt summed information
   Please check one: ☒ Reached
   See chrono/notes

9.9

STATE OF CALIFORNIA
INTERDISCIPLINARY PROGRESS NOTES
CDCR 7230 (REV. 02/13)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Neurology Progress Note p. 2/2**

Page 1 of 1

| DATE mm/dd/yy | TIME hh:mm AM/PM | |
|---|---|---|
| JUL 26 2019 | 0920 | Specialty Services: Neurology |

Findings:

**RECOMMENDATION**

1) Rec surgical eval for the Bilateral Carpal tunnel Syndrome
2) Hand therapy if available for the Ⓑ C.T.S.
3) F/u Spine Surgery or Neurosurgery for the neck spondylosis.
4) F/u Neurologist prn.

/s/ Levins

Recommendations:

Institution: CHCF
Housing Unit: C TB

1. Disability Code:
☐ TABE score ≤ 4.0
☐ DPH ☐ DPV ☐ LD
☐ DPS ☐ DNH
☐ DNS ☐ DDP
☒ Not Applicable

2. Accommodation:
☐ Additional time
☐ Equipment ☐ SLI
☐ Louder ☐ Slower
☐ Basic ☐ Transcribe
☐ Other

3. Effective Communication:
☒ Pt asked questions
☒ Pt summed information
Please check one:
☐ Not reached ☒ Reached
*See chrono notes

CDCR#: V█████
Last Name: Jackson
First Name: Tyiavory

Comments: 9.9

Patient Name: JACKSON, TYIAVORY
Date of Birth: 12/12/1975

MRN:
FIN:

\* Modified \*

11/19/2019   09:08 MARINHEALTH SONOMA ORTHOPEDICS                    (FAX)7079383076

Jackson, Tyiavory (MRN:         ) DOB:                Encounter Date: 11/15/2019

## Orthopedic Consult

Jackson, Tyiavory                                      MRN: 69463762

**Office Visit** 11/15/2019       Provider: Michael Abe Brown, MD (Orthopedic Surgery)
MarinHealth Orthopedic            Primary diagnosis: Complete tear of right rotator cuff, unspecified whether
Surgery - A UCSF Health Clinic    traumatic
                                  Reason for Visit: Shoulder Pain

**Progress Notes**                Michael Abe Brown, MD (Physician) - Orthopedic Surgery

Michael Brown, MD
Marin Health Orthopedic Surgery

347 Andrieux Street
Sonoma, CA 95476
Tel: (707) 938-3870
Fax: (707) 938-3076

Patient Name: Tyiavory Jackson
Patient DOB: 12/12/1975
Patient MRN: 69463762
Appointment Date: 11/15/2019

CHIEF COMPLAINT: Shoulder pain.

HISTORY: The patient is a CDCR patient, 43 years old. He was seen today concerning his right shoulder. He spends a great deal of time in his wheelchair, and does have lower extremity weakness. He also has cervical spine issues and has been seen by a neurologist. He does have muscular spasms in his neck and radiating down in the trapezius and down the arm region. Also, he has had x-rays and MRI, which showed significant impingement, AC joint degenerative arthritis, and he also a questionable small tear of the rotator cuff, which appears to be superficial and not full thickness.

Today on examination, the patient can elevate the right arm. He is tender in the subacromial region. He has pain with abduction and external rotation. Clinically, he does have external rotation strength, grip strength. Pulses are within normal limits. He does have pain in the shoulder.

I think his complaints of pain are probably a compilation of shoulder and/or cervical spine related issues. My recommendation would be, since his right arm is very bothersome and hurting, I would recommend to address the shoulder issues by arthroscopy, subacromial decompression, distal clavicle resection. There is a possibility of a rotator cuff repair, but it does not appear to be terribly likely, but it would be evaluated at the time of surgery. I would recommend to do whatever we can arthroscopically to help him restore his range

Printed by Rosalina Gutierrez at 11/19/19 8:19 AM                    Page 1 of 2

Patient Name: JACKSON, TYIAVORY
Date of Birth: 12/12/1975

MRN:
FIN:

\* Modified \*

11/19/2019   09:08   MARINHEALTH SONOMA ORTHOPEDICS                                (FAX)7079383076
Jackson, Tyiavory (MRN         DOB
                                                                        Encounter Date: 11/15/2019

of motion, ease some of the muscular spasm, and then it would give us a much better idea about what would need to be done through neurosurgery. He is in agreement with this plan. The risk of anesthesia, blood loss, infection, nerve or vessel injury, potential loss of limb, and death were discussed with the patient. He gives consent.

MICHAEL BROWN, MD

DICTATED BY: Michael A. Brown, MD
ATTENDING PHYSICIAN: Michael A. Brown, MD

D: 11/17/2019  01:09 P
T: 11/18/2019  09:33 A D07
Job #:

### Instructions
Return for surgery as scheduled.
AMB Complete AVS (Automatic SnapShot taken 11/18/2019)

### Additional Documentation
SmartForms:       AMB PATIENT EDUCATION LEARNING ASSESSMENT ADVANCED
Encounter Info:   Billing Info, History, Allergies, Detailed Report, Rehab Report
No questionnaires available.

### Orders Placed
None

### Medication Changes
As of 11/17/2019  1:04 PM
None

### Visit Diagnoses
Complete tear of right rotator cuff, unspecified whether traumatic M75.121

Printed by Rosalina Gutierrez at 11/19/19 8:19 AM

Page 2 of 2

Facility: CHCF

Jackson, Tyiavory (MRN 1█████) Printed by Roshan Kotha, MD [125016] at 7/11/19 1:09 PM

**Rheumatology Consult**

Jackson, Tyiavory

TELEMEDICINE

MRN: 104715474

Roshan Kotha, MD
Physician
Rheumatology

Progress Notes
Signed

Date of Service: 7/11/2019 12:59 PM

## Telemedicine CONSULT - Rheumatology

Name: Tyiavory Jackson
DOB:
VISIT#:
CDCR:
MRN: 1
Age: 43 y.o.

CONSULTING PHYSICIAN: Roshan Kotha, MD
DATE OF CONSULT: 7/11/2019

Reason for Consult: Psoriatic Arthritis, Hepatitis C

**HPI: (From initial visit)**
First seen April 2019, referred with PsA, GSW with LE weakness, treated for Hepatitis C. Ps started in elementary school. Ps was on scalp initially, later face, hands, elbows, back and knees. Arthritis sxs started later, cannot say exactly when, thinks at age 30. Has arthritis hands, wrists, elbows, knees. Also has diffuse DDD of spine. Has h/o GSW with partial paralysis legs, in wheelchair from this. Has h/o L4/L5 compression deformities. Started Enbrel 2009, which has helped greatly. Has some Ps on knuckles, elbows. Has swelling of L knee off and on, thinks post traumatic. Has swelling in hands at times.

**INTERVAL HISTORY:**
First and last seen April 2019. Continued Enbrel weekly. Feels he is "ok". Has pain along spine, R shoulder and L knee, thinks may be related to PsA and GSW and fractures. Can only lift R shoulder to some degree. Had MRI 3 weeks ago, fell in shower Dec 2018. Reviewed results today. L knee is constantly swollen, since GSW, does not think this is related to PsA. Denies other jt pain, swelling.

**ROS:** Denies fevers, other rashes, CP, SOB, GI sxs, other LE edema.

**PAST MEDICAL HISTORY:**
Psoriatic Arthritis
GSW to spine with LE weakness
L4/L5 compression deformities, chronic
Lumbar spine DDD
Cervical DDD
Knee DJD and post traumatic changes
R shoulder Mild DJD
Chronic pain Syndrome

Jackson, Tyiavory (MR #█████) Printed by [125016] at 7/11/19 1:09 PM

Jackson, Tyiavory (MRN█████) Printed by Roshan Kotha, MD [125016] at 7/11/19 1:09 PM

PsA, GSW with chronic LE weakness, h/o L4/L5 compression deformities. Currently on Enbrel weekly, overall doing well in terms of PsA, continue for now. R shoulder injury Dec 2018, appears to have RTC injury, possible tear. Had MRI R shoulder, results above, will f/u Ortho. Please check annual Quantiferon or PPD due to biologic therapy. Quantiferon negative 4/19. Please resend results of DEXA again if possible. I would like to see him back in 3 months.

**Author:** Roshan Kotha, MD

Jackson, Tyiavory (MRN ▓▓▓▓▓) Printed by Roshan Kotha, MD [125016] at 7/11/19 1:09 PM

**PAST SURGICAL HISTORY:**
Negative

**FAMILY HISTORY:**
Denies Psoriasis, PsA

**SOCIAL HISTORY:**
Quit tobacco, marijuana. Quit alcohol, drugs.

**CURRENT MEDICATIONS:**
Reviewed

**ALLERGIES:**
NKDA

Review of Systems (Complete=10 or more; Extended=2-9; Problem pertinent=1)

A 10 point ROS was obtained and reviewed by me, pertinent for above:

**Vitals:**
Weight: 187 lbs
Temperature: 36.5
Pulse: 61
Blood Pressure: 136/65
Respirations: 16
O2 Sat: % RA

GENERAL: NAD
RESPIRATORY: CTA b/l per nursing
CARDIOVASCULAR: rrr, no murmurs per nursing
MUSCULOSKELETAL: No obvious synovytis today, in wheelchair due to LE weakness. R shoulder limited abduction to 45.
SKIN: Mild Ps on hands

**Labs:**
5/19: Hgb: 13 o/w CBC nl, CMP nl. Hep C RNA negative
4/19: Quantiferon negative
2/19: CMP nl, Hep B sAB +, Hep C VL: 703,000. HIV negative

**Studies:**
MRI R shoulder June 2019: Limited study due to motion. Moderate Deg changes AC joint, tendinosis vs partial tear of supraspinatus tendon.

Assessment/Plan:

Jackson, Tyiavory (MR # ▓▓▓▓▓) Printed by [125016] at 7/11/19 1:09 PM