**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x

In re:  PURDUE PHARMA L.P., et al.,          Case No.: 19-23649
                                              Chapter 11

                        Debtor
------------------------------------------------------x

                                              Adversary Proceeding No.: _____

                        Plaintiff

                         *v.*

                        Defendant

------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Thomas S. Kiriakos, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Loblaw Companies Ltd., Shopper's Drug Mart, Inc. and Sanis Health Inc., each a Party-In-Interest in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 14, 2021
New York, New York

/s/ Thomas S. Kiriakos
*Mailing Address:*
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606

*E-mail address:* tkiriakos@mayerbrown.com

*Telephone number:* (312) 701-7275