**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re:  PURDUE PHARMA L.P., et al.,    Case No.: 19-23649
                                        Chapter 11

                        Debtor
-----------------------------------------------------------x

                                        Adversary Proceeding No.: _____

                        Plaintiff

            v.

                        Defendant
-----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Thomas S. Kiriakos, to be admitted, ***pro hac vice***, to represent Loblaw Companies Ltd., Shopper's Drug Mart, Inc., and Sanis Health Inc., (the "Clients") each a Party-In-Interest in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED,** that Thomas S. Kiriakos, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
        _____, New York

                                        /s/ _____
                                        UNITED STATES BANKRUPTCY JUDGE

742510918 20648604