**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x

In re: PURDUE PHARMA L.P., et al.,    Case No.: 19-23649
    Chapter 11

------------------------------------------------------x    Debtor

    Adversary Proceeding No.: _____

Plaintiff

*v.*

Defendant

------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Alexander F. Berk                  , request admission, ***pro hac vice***, before the Honorable Robert D. Drain        , to represent Loblaw Companies Ltd., Shopper's Drug Mart, Inc. and Sanis Health Inc. , each a Party-In-Interest      in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Illinois                and, if applicable, the bar of the U.S. District Court for the Northern        District of Illinois                              .

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 14, 2021
New York           , New York

/s/ Alexander F. Berk
*Mailing Address:*
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois  60606

*E-mail address:* aberk@mayerbrown.com

*Telephone number:* (312) 701-7834

742510919 20648604