**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

In re: PURDUE PHARMA L.P., et al.,   Case No.: 19-23649
                                      Chapter 11

                        Debtor
---------------------------------------------------------x

                                      Adversary Proceeding No.: _____

                        Plaintiff

          v.

                        Defendant
---------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of <u>Alexander F. Berk</u>, to be admitted, ***pro hac vice***, to represent <u>Loblaw Companies Ltd., Shopper's Drug Mart, Inc., and Sanis Health Inc.</u>, (the "Clients") each a <u>Party-In-Interest</u> in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Illinois</u> and, if applicable, the bar of the U.S. District Court for the <u>Northern</u> District of <u>Illinois</u>, it is hereby

**ORDERED,** that <u>Alexander F. Berk</u>, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE

742510920 20648604