Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

-------------------------------------------------------- x

### SIXTEENTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF JANUARY 1, 2021 THROUGH AND INCLUDING JANUARY 31, 2021

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Period for Which Compensation is Sought: | January 1, 2021 – January 31, 2021 |
| Total Amount of Fees Incurred: | $154,976.00 |
| Total Fees Requested (80%): | $123,980.80 |
| Total Reimbursement of Expenses Incurred: | $0.00 |
| Total Reimbursement of Expenses Requested (100%): | $0.0 |
| Total compensation and Reimbursement Requested in this Statement: | $123,980.80 |
| This is Applicant's: | Sixteenth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Fifteenth Monthly Fee Statement (the "Fee Statement") for the period of January 1, 2021 – January 31, 2021 (the "Statement Period").

## Itemization of Services Rendered and Disbursements Incurred

1.     Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $154,976.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks

reimbursement for 80% of such fees, totaling $123,980.80.

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,207.91[2]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Applicant did not incur any expenses during the Statement Period.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors.

<u>Notice</u>

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $123,980.80, which is equal to 80% of the total amount of

---

[2]      The blended hourly billing rate of $1,207.91 is derived by dividing the total fees for attorneys of $154,976.00 by the total hours of 128.3.

reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $154,976.00).

Dated: July 14, 2021
    New York, New York

                  OTTERBOURG P.C.

By:    */s/ Melanie L. Cyganowski*
       Melanie L. Cyganowski, Esq.
       Jennifer S. Feeney, Esq.
       230 Park Avenue
       New York, New York 10169
       Telephone:   (212) 661-9100
       Facsimile:   (212) 682-6104

       Co-*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

## EXHIBIT A

**Fees By Project Category**

6610365.1

**SUMMARY OF COMPENSATION BY PROJECT CODE
FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU01 | Asset Analysis and Recovery | 2.1 | 2182.50 |
| PU04 | Case Administration | 11.4 | $13,788.50 |
| PU05 | Claims Analysis | 12.5 | $13,056.00 |
| PU09 | Meetings and Communications w/ AHC | 12.7 | $15,709.50 |
| PU11 | Plan & Disclosure Statement | 89.6 | $110,239.50 |
| | **TOTALS:** | **128.3** | **$154,976.00** |

# **EXHIBIT B**

**Professional and Paraprofessional Fees**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1400.00 | 79.5 | $111,300.00 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $895.00 | 48.8 | $43,676.00 |
| | **TOTAL** | | **128.3** | **$154,976.00** |

# **EXHIBIT C**

## **Time Detail**

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

July 7, 2021

Client/Matter No.:    20186/0002                     BILL NO. 217599
Matter Name:          CHAPTER 11
Billing Partner:      RL STEHL

For Services Rendered Through January 31, 2021:

---

Phase: PU01                                  ASSET ANALYSIS AND RECOVERY

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/06/21 JSF | Examine Documents<br>Review of Stipulation re: Standing to Assert Insurance Claims | .30 | 268.50 |
| 01/19/21 JSF | Examine Documents<br>Review of Debtors' Response in Support of Insurance Stipulation | .40 | 358.00 |
| 01/19/21 JSF | Examine Documents<br>Review of Media Intervenors' Reply in Support of Unsealing Sackler Documents | .30 | 268.50 |
| 01/19/21 MLC | Analysis of Memorandum<br>Reviewed and analyzed debtors' response in support of insurance stipulation | .60 | 840.00 |
| 01/26/21 JSF | Examine Documents<br>Review of Draft Complaint for Declaratory Relief re: Insurance Coverage | .50 | 447.50 |

TOTAL PHASE PU01                                  2.10         $2,182.50

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                   July 7, 2021
Page 2                                                       BILL NO. 217599

---

Phase: PU04                                          CASE ADMINISTRATION

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/06/21 MLC | Analysis of Memorandum<br>Review of stipulation between AHC, UCC and debtors re certain standing issues to assert insurance claims on behalf of Purdue Pharma | .50 | 700.00 |
| 01/20/21 JSF | Telephone Call(s)<br>Participate in Omnibus Court Hearing (JSF portion) | 3.10 | 2,774.50 |
| 01/20/21 JSF | Examine Documents<br>Prepare for Court Hearing - Review of Motions and Responsive Pleadings on for Hearing | 1.20 | 1,074.00 |
| 01/20/21 MLC | Court Appearance - General<br>Attended court hearing re various pending motions | 4.50 | 6,300.00 |
| 01/28/21 MLC | Correspondence<br>Correspondence re scheduling of monitor interviews and selection | .40 | 560.00 |
| 01/29/21 MLC | Correspondence<br>Correspondence with counsel (AHC/Debtors/NCSG/UCC) re monitor selection process and candidates | .80 | 1,120.00 |

### Otterbourg P.C.

230 Park Avenue
New York, NY  10169-0075

Client/Matter:   20186/0002                                July 7, 2021
Page 3                                                     BILL NO. 217599

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/30/21 MLC | Correspondence Correspondence among counsel (AHC/NCSG/Debtors/UCC) re monitor interviews and selection process | .90 | 1,260.00 |
| TOTAL PHASE PU04 | | 11.40 | $13,788.50 |

---

| Phase: PU05 | | | CLAIMS ANALYSIS |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/04/21 JSF | Examine Documents Review of States' Claims and Issues Being Analyzed by Debtor | 3.20 | 2,864.00 |
| 01/04/21 MLC | Correspondence Correspondence with Troop re status of Cornerstone's analysis of States' claims | .30 | 420.00 |
| 01/05/21 JSF | Examine Documents Examine POC Filed by States and Review of Issues Under Review by Debtors | 2.20 | 1,969.00 |
| 01/13/21 JSF | Examine Documents Review of Summmary of Debtors' Financial Advisors Review of State Claims Work | 1.60 | 1,432.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                         July 7, 2021
Page 4                                                              BILL NO. 217599

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/13/21 JSF | Examine Documents<br>Attention to States' Claim and Issues Related to Debtors' Review | 1.80 | 1,611.00 |
| 01/13/21 MLC | Analysis of Memorandum<br>Review and analysis of summary of debtors' financial advisors review of state claims work | 2.30 | 3,220.00 |
| 01/13/21 MLC | Examine Documents<br>Reviewed documents related to the States' claim in connection with the Debtors' analysis of the consolidated POC | 1.10 | 1,540.00 |
| TOTAL PHASE PU05 | | 12.50 | $13,056.00 |

---

Phase: PU09                              MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/05/21 MLC | Conference call(s)<br>Conference call with AHC subcommittee re status of various negotiations | .50 | 700.00 |
| 01/06/21 JSF | Telephone Call(s)<br>Participate in Weekly Update Call with Full AHC and Counsel | .80 | 716.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                July 7, 2021
Page 5                                                     BILL NO. 217599

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/06/21 MLC | Conference call(s) Weekly meeting AHC committee | 1.10 | 1,540.00 |
| 01/07/21 MLC | Conference call(s) Conference call with AHC states subcommittee members re status of various negotiations and next steps | .50 | 700.00 |
| 01/12/21 MLC | Conference call(s) Conference call with AHC state subgroup re negotiations update | .50 | 700.00 |
| 01/13/21 JSF | Telephone Call(s) Participate in Weekly AHC Meeting (JSF portion) | .90 | 805.50 |
| 01/13/21 MLC | Conference call(s) Weekly meeting of AHC committee | 1.20 | 1,680.00 |
| 01/14/21 MLC | Conference call(s) Conference call with AHC subcommittee re plan negotiations | .50 | 700.00 |
| 01/19/21 MLC | Conference call(s) Conference call meeting with AHC States subcommittee to review status of various pending matters | .60 | 840.00 |
| 01/20/21 JSF | Telephone Call(s) Participate in Weekly Conference Update with AHC and Professionals | 1.20 | 1,074.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                              July 7, 2021
Page 6                                                                   BILL NO. 217599

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/20/21 MLC | Conference call(s) Weekly AHC meeting with committee and professionals | 1.30 | 1,820.00 |
| 01/21/21 MLC | Conference call(s) Conference call with AHC states' subcommittee re status of plan negotiations | .50 | 700.00 |
| 01/22/21 MLC | Conference call(s) Conference call with AHC States representatives re negotiations | .50 | 700.00 |
| 01/27/21 JSF | Telephone Call(s) Participate in Weekly Meeting of Ad Hoc Committee | 1.20 | 1,074.00 |
| 01/27/21 MLC | Conference call(s) Conference call with AHC | 1.40 | 1,960.00 |
| TOTAL PHASE PU09 | | 12.70 | $15,709.50 |

Phase: PU11                                          PLAN & DISCLOSURE STATEMENT

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/04/21 JSF | Examine Documents Review of DOJ Mark-Up of Plan Term Sheet | 1.60 | 1,432.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                              July 7, 2021
Page 7                                                   BILL NO. 217599

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/04/21<br>MLC | Correspondence<br>Correspondence with public group re review<br>of DOJ mark up of governance term sheet | .60 | 840.00 |
| 01/04/21<br>MLC | Analysis of Memorandum<br>Review and analysis of mark-up by DOJ of<br>draft governance term sheet | 2.70 | 3,780.00 |
| 01/04/21<br>MLC | Correspondence<br>Correspondence with working subcommittee<br>re NAS abatement issues | .60 | 840.00 |
| 01/04/21<br>MLC | Analysis of Memorandum<br>Review and analysis of updated AHC<br>Financial Advisors' Economic Analysis of<br>Future of Purdue | .50 | 700.00 |
| 01/05/21<br>JSF | Examine Documents<br>Review of Updated AHC Financial Advisors'<br>Economic Analysis of Future of Purdue | .60 | 537.00 |
| 01/05/21<br>MLC | Correspondence<br>Correspondence with public government<br>subcommittee re reviewing and responding<br>to DOJ mark up of governance term sheet | .50 | 700.00 |
| 01/05/21<br>MLC | Review Financial Documents<br>Review of economic analysis prepared by<br>HL/FTI re various economic scenarios for<br>future of Purdue | 1.40 | 1,960.00 |

## OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    July 7, 2021
Page 8                                                         BILL NO. 217599

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/05/21<br>MLC | Analysis of Memorandum<br>Review and analysis of mark up by NCSG re<br>DOJ mark up of governance term sheet | 1.10 | 1,540.00 |
| 01/05/21<br>MLC | Correspondence<br>Review of response by UCC to certain<br>sections of public entities governance<br>term sheet | .80 | 1,120.00 |
| 01/06/21<br>JSF | Telephone Call(s)<br>Participate in Call with AHC Mediation<br>Group re: Plan and Post-Governance Issues | .90 | 805.50 |
| 01/06/21<br>JSF | Examine Documents<br>Review of UCC Comments on Term Sheet and<br>Governance Issues | .30 | 268.50 |
| 01/06/21<br>JSF | Examine Documents<br>Review of NCSG Comments to Term Sheet re:<br>Post-ED Structure of Purdue | .20 | 179.00 |
| 01/06/21<br>JSF | Examine Documents<br>Review of Updated Business Analysis and<br>Projections on Possible Sale Options | .40 | 358.00 |
| 01/06/21<br>MLC | Conference call(s)<br>Conference call with AHC mediation<br>subcommittee to prepare for meeting re<br>governance issues | 1.00 | 1,400.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      July 7, 2021
Page 9                                                           BILL NO. 217599

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/06/21 MLC | Correspondence<br>Review of correspondence by tax counsel re implications of certain actions with respect to Newco | .20 | 280.00 |
| 01/07/21 JSF | Examine Documents<br>Review of Correspondence with Court re: Discovery Disputes with Sacklers, UCC and NCSG | .30 | 268.50 |
| 01/07/21 MLC | Analysis of Memorandum<br>Review of correspondence with court re discovery disputes with Sacklers, UCC and NCSG | .40 | 560.00 |
| 01/08/21 JSF | Examine Documents<br>Review and Analysis of Status of Plan Negotiations and Open Issues | .20 | 179.00 |
| 01/08/21 JSF | Examine Documents<br>Review of UCC Analysis/Plan Senistivities re: Future Purdue Value | .50 | 447.50 |
| 01/08/21 MLC | Conference call(s)<br>Conference call with AHC subcommittee re on-going negotiations | .50 | 700.00 |
| 01/08/21 MLC | Analysis of Memorandum<br>Review and analysis of UCC analysis/plan sensitivities re Future Purdue Value | .80 | 1,120.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                July 7, 2021
Page 10                                                     BILL NO. 217599

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/08/21 MLC | Analysis of Memorandum Review and analysis of status of plan negotiations and open issues | .40 | 560.00 |
| 01/12/21 JSF | Examine Documents Review of Debtors' Revisions to Plan Term Sheet | 1.20 | 1,074.00 |
| 01/12/21 JSF | Examine Documents Review Summary of Private Party Proposal for Purchase of Business | .30 | 268.50 |
| 01/12/21 MLC | Conference call(s) Conference call mediation session with DOJ and AHC working group on governance issues | 1.00 | 1,400.00 |
| 01/12/21 MLC | Analysis of Memorandum Review and analysis of debtors' revisions to plan term sheet | 2.20 | 3,080.00 |
| 01/12/21 MLC | Analysis of Memorandum Reviewed and analyzed summary of private party proposal for purchase of debtors' business | .50 | 700.00 |
| 01/14/21 JSF | Telephone Call(s) Participate in VideoConference with Public Side and NAACP | .70 | 626.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                July 7, 2021
Page 11                                                    BILL NO. 217599

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/14/21 JSF | Examine Documents Review of Various Plan Related Term Sheets re: Post-Effective Date Structure and Trust Mechanisms | 2.20 | 1,969.00 |
| 01/14/21 MLC | Prepare for Meeting Conference call with NAS working group subcommittee to prepare for mediation meeting with NAS Children Ad Hoc | .50 | 700.00 |
| 01/14/21 MLC | Conference call(s) Conference call mediation session with NAS working group subcommittee and NAS Children Ad Hoc | 1.50 | 2,100.00 |
| 01/14/21 MLC | Examine Documents Reviewed certain plan term sheets re the post-effective date structure and trust mechanisms | 1.80 | 2,520.00 |
| 01/15/21 JSF | Telephone Call(s) Participate in Videoconference with Mediators, AHC and NCSG re: Plan Issues | 1.00 | 895.00 |
| 01/15/21 JSF | Telephone Call(s) Participate in Videoconference with Mediators, DOJ, MSGE AHC and NCSG re: Plan Issues | 1.20 | 1,074.00 |
| 01/15/21 JSF | Examine Documents Review of Correspondence Summarizing Discussions with NAS Group | .20 | 179.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          July 7, 2021
Page 12                                                              BILL NO. 217599

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/15/21 JSF | Examine Documents Review of Supplemental Financial Information re: Potential Private Sale Offer | .40 | 358.00 |
| 01/15/21 MLC | Conference call(s) Mediation conference call session with Mediators and DOJ with AHC | 2.00 | 2,800.00 |
| 01/15/21 MLC | Conference call(s) Mediation session with mediators and NCSG with AHC | 1.00 | 1,400.00 |
| 01/15/21 MLC | Examine Documents Reviewed correspondence summarizing the various discussions with the NAS Group | .50 | 700.00 |
| 01/15/21 MLC | Review Financial Documents Reviewed and studied supplemental financial information regarding the potential private sale offer | 1.10 | 1,540.00 |
| 01/17/21 MLC | Conference call(s) Conference call with AHC professionals to review status of negotiations and next steps | 1.00 | 1,400.00 |
| 01/18/21 JSF | Examine Documents Review of Revised Third Party Sale Proposal and Analysis | .40 | 358.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                July 7, 2021
Page 13                                                    BILL NO. 217599

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/18/21<br>MLC | Analysis of Memorandum<br>Reviewed and analyzed revised third party<br>sale proposal and analysis in preparation<br>for follow up calls | 1.10 | 1,540.00 |
| 01/19/21<br>JSF | Examine Documents<br>Review of Additional Information in<br>Support of Third Party Sale Proposal | .30 | 268.50 |
| 01/19/21<br>MLC | Examine Documents<br>Reviewed and studied certain additional<br>information in further support of third<br>party sale proposal | .50 | 700.00 |
| 01/19/21<br>MLC | Analysis of Memorandum<br>Review of Media Intervenors' Reply in<br>Support of Unsealing Sackler documents | .50 | 700.00 |
| 01/20/21<br>JSF | Examine Documents<br>Review of Status of Open Mediation Items<br>for Plan | .40 | 358.00 |
| 01/20/21<br>MLC | Analysis of Memorandum<br>Reviewed status of open mediation items in<br>connection with plan | .70 | 980.00 |
| 01/21/21<br>JSF | Examine Documents<br>Review of Update of Status of Plan<br>Negotiations | .40 | 358.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                July 7, 2021
Page 14                                                    BILL NO. 217599

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/21/21 JSF | Examine Documents<br>Review of Plan Term Sheets | .90 | 805.50 |
| 01/21/21 MLC | Conference call(s)<br>Conference call with AHC professionals re strategy sessions for plan negotiations | 1.40 | 1,960.00 |
| 01/21/21 MLC | Examine Documents<br>Reviewed and analyzed plan term sheets | 1.10 | 1,540.00 |
| 01/21/21 MLC | Examine Documents<br>Reviewed the summary update of the status of plan negotiations | .70 | 980.00 |
| 01/22/21 JSF | Telephone Call(s)<br>Participate in Videoconference of Mediation Subcommttee of AHC re: Review of Sale Financials and Prepare for Meeting with UCC and NCSG | 1.10 | 984.50 |
| 01/22/21 JSF | Examine Documents<br>Review of Draft Analysis of Sale Financials and Comparison of Scenarios | .30 | 268.50 |
| 01/22/21 MLC | Conference call(s)<br>Conference call meeting among AHC professionals to prepare for meeting to discuss and review financials of third party sale  proposal | 1.00 | 1,400.00 |

## OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    July 7, 2021
Page 15                                                        BILL NO. 217599

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/22/21 MLC | Analysis of Memorandum Reviewed the draft analysis of sale financials and comparison scenarios prepared by HL/FTI | 1.30 | 1,820.00 |
| 01/25/21 JSF | Examine Documents Review of Financial Advisors' Presentation - Comparison of Strategic Options | 1.40 | 1,253.00 |
| 01/25/21 JSF | Examine Documents Review of Correspondence with Mediators re: Next Steps | .30 | 268.50 |
| 01/25/21 JSF | Examine Documents Review of Debtors' Revisions to Plan Term Sheet | 1.60 | 1,432.00 |
| 01/25/21 JSF | Telephone Call(s) Participate in VideoConference with AHC, NCSG, MSGE and UCC re: Financial Advisors' Presentation - Comparison of Strategic Options | 1.20 | 1,074.00 |
| 01/25/21 MLC | Conference call(s) Conference call mediation session with AHC, NCSG and UCC concerning private sale proposal | 1.30 | 1,820.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                July 7, 2021
Page 16                                                     BILL NO. 217599

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/25/21 MLC | Review Financial Documents<br>Reviewed and analyzed the presentation by the Financial Advisors comparing the strategic options available to the AHC and States | 2.10 | 2,940.00 |
| 01/25/21 MLC | Correspondence<br>Review of correspondence by mediators re next steps | .30 | 420.00 |
| 01/25/21 MLC | Analysis of Memorandum<br>Reviewed and studied debtors' revisions to the plan term sheet | 2.10 | 2,940.00 |
| 01/26/21 JSF | Telephone Call(s)<br>Participate in Conference Call with Mediation Subcommittee re: Status of Negotiations and Plan Options | .60 | 537.00 |
| 01/26/21 JSF | Examine Documents<br>Review of Draft Correspondence to Sacklers re: Settlement Proposal | .30 | 268.50 |
| 01/26/21 MLC | Conference call(s)<br>Conference call with AHC States subcommittee to discuss negotiations concerning private sale proposal and next steps | .50 | 700.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          July 7, 2021
Page 17                                                              BILL NO. 217599

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/26/21<br>MLC | Conference call(s)<br>Conference call with AHC mediation<br>subcommittee to discuss status of<br>negotiations and next steps | .50 | 700.00 |
| 01/26/21<br>MLC | Correspondence<br>Review of draft correspondence to<br>Sacklers' counsel re settlement proposal | .30 | 420.00 |
| 01/27/21<br>JSF | Telephone Call(s)<br>Participate in Videoconference with AHC<br>and Sacklers re: Plan Settlement | 1.00 | 895.00 |
| 01/27/21<br>JSF | Telephone Call(s)<br>Participate in Videoconference with<br>Mediation Subcommittee re: Sackler<br>Negotiations | .50 | 447.50 |
| 01/27/21<br>JSF | Examine Documents<br>Review of Plan Term Sheet Issues<br>(Non-Governance Related) and Changes to<br>Term Sheet | 1.40 | 1,253.00 |
| 01/27/21<br>MLC | Conference call(s)<br>Mediation zoom meeting with Sacklers/AHC<br>and mediators | .80 | 1,120.00 |
| 01/27/21<br>MLC | Conference call(s)<br>Follow up conference call with AHC counsel<br>reflecting on mediation call with Sackler<br>representatives | 1.10 | 1,540.00 |

## Otterbourg P.C.

230 Park Avenue

New York, NY  10169-0075

Client/Matter:   20186/0002                                   July 7, 2021
Page 18                                                       BILL NO. 217599

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/27/21 MLC | Correspondence<br>Correspondence with AHC mediation members re non-governance term sheet issues | 1.30 | 1,820.00 |
| 01/27/21 MLC | Analysis of Memorandum<br>Review and analysis of revisions to plan term sheet issues concerning non-governance issues | 1.30 | 1,820.00 |
| 01/28/21 JSF | Examine Documents<br>Review and Analysis of Possible Parameters of Acceptable Releases by States for Inclusion in Plan | 2.80 | 2,506.00 |
| 01/28/21 JSF | Examine Documents<br>Review of Correspondence re: Third Party Sale Proposal and Analysis of Status of Strategic Plan Options | .90 | 805.50 |
| 01/28/21 MLC | Conference call(s)<br>Conference call with AHC counsel and mediation parties re next steps in mediation and plan process | 1.30 | 1,820.00 |
| 01/28/21 MLC | Conference call(s)<br>Zoom meeting with AHC members re non-governance plan issues | 1.40 | 1,960.00 |
| 01/28/21 MLC | Prepare for Meeting<br>Review of proposed changes to term sheet | 1.30 | 1,820.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                        July 7, 2021
Page 19                                                           BILL NO. 217599

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/28/21 MLC | Review Financial Documents Review HL analysis/memo of private sale proposal | .80 | 1,120.00 |
| 01/28/21 MLC | Correspondence Debtors' joint letter to mediators re: settlement proposal | .60 | 840.00 |
| 01/28/21 MLC | Correspondence Correspondence from Troop re NAS Phase 2 term sheet and proposed modifications | .80 | 1,120.00 |
| 01/28/21 MLC | Analysis of Memorandum Analysis of memorandum re breadth of releases which States may proffer in context of injunction provision of POR | 1.40 | 1,960.00 |
| 01/28/21 MLC | Correspondence Review of Debtors' response to private purchase proposal | .60 | 840.00 |
| 01/28/21 MLC | Correspondence Review and analysis of private purchase proposal | 1.20 | 1,680.00 |
| 01/28/21 MLC | Correspondence Correspondence among AHC counsel re NCSG response to sale proposal | .40 | 560.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                                July 7, 2021
Page 20                                                                    BILL NO. 217599

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/29/21 JSF | Examine Documents Analysis of Terms of Third Party Purchase Proposal, Potential Counter Terms and Related Issues | .80 | 716.00 |
| 01/29/21 MLC | Analysis of Memorandum Review and analysis of Sackler settlement proposal | 1.30 | 1,820.00 |
| 01/29/21 MLC | Conference call(s) Call with AHC counsel and AHC mediation members re Sackler proposal | 1.10 | 1,540.00 |
| 01/29/21 MLC | Telephone Call(s) Telcon with Ken Eckstein re strategy towards POR | .50 | 700.00 |
| 01/30/21 MLC | Correspondence Correspondence among AHC counsel and certain States re Sackler proposal and next steps | .40 | 560.00 |
| 01/31/21 JSF | Examine Documents Review of Strategic Options Analysis by Financial Advisors in Advance of Presentation | 1.30 | 1,163.50 |
| 01/31/21 MLC | Analysis of Memorandum Review and analysis of sale proposal prepared by HL/FTI | .80 | 1,120.00 |

# Otterbourg P.C.

230 Park Avenue
New York, NY  10169-0075

Client/Matter:   20186/0002                                  July 7, 2021
Page 21                                                      BILL NO. 217599

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/31/21 MLC | Correspondence Correspondence among AHC counsel re Sackler proposal | 1.10 | 1,540.00 |
| TOTAL PHASE PU11 | | 89.60 | $110,239.50 |
| | TOTAL FOR SERVICES | | $154,976.00 |
| | TOTAL THIS STATEMENT | | $154,976.00 |