Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

In re                              :   Chapter 11

                                    :

PURDUE PHARMA L.P., *et al.*,       :   Case No. 19-23649 (RDD)

                                    :

                  Debtors[1].    :   (Jointly Administered)

-------------------------------------------------------- x

**SEVENTEENTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC
COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF
FEBRUARY 1, 2021 THROUGH AND INCLUDING FEBRUARY 28, 2021**

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Period for Which Compensation is Sought: | February 1, 2021 – February 28, 2021 |
|---|---|
| Total Amount of Fees Incurred: | $134,105.00 |
| Total Fees Requested (80%): | $107,284.00 |
| Total Reimbursement of Expenses Incurred: | $0.00 |
| Total Reimbursement of Expenses Requested (100%): | $0.00 |
| Total compensation and Reimbursement Requested in this Statement: | $107,284.00 |
| This is Applicant's: | Seventeenth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Fifteenth Monthly Fee Statement (the "Fee Statement") for the period of February 1, 2021 – February 31, 2021 (the "Statement Period").

## Itemization of Services Rendered and Disbursements Incurred

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $134,105.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks

2

19-23649-shl    Doc 3171    Filed 07/14/21    Entered 07/14/21 15:37:59    Main Document
Pg 3 of 26


reimbursement for 80% of such fees, totaling $107,284.00.

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,187.82[2]. The Blended hourly rate of all paraprofessionals is $325.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Applicant did not incur any expenses during the Statement Period.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors (the "Allocation Fees").

## Notice

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $107,284.00, which is equal to 80% of the total amount of

---

[2]      The blended hourly billing rate of $1,187.82 is derived by dividing the total fees for attorneys of $134,105.00 by the total hours of 112.9.

[3]      The Blended hourly billing rate of $325.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $162.50 by the total hours of .5.

reasonable compensation for actual, necessary legal services that Applicant incurred in

connection with such services during the Statement Period (*i.e.*, $134,105.00).

Dated: July 14, 2021
     New York, New York

               OTTERBOURG P.C.

By:    */s/ Melanie L. Cyganowski*
       Melanie L. Cyganowski, Esq.
       Jennifer S. Feeney, Esq.
       230 Park Avenue
       New York, New York 10169
       Telephone:   (212) 661-9100
       Facsimile:    (212) 682-6104

       *Co-Counsel to the Ad Hoc Committee of*
       *Governmental and Other Contingent*
       *Litigation Claimants*

**<u>EXHIBIT A</u>**

**Fees By Project Category**

6610368.1

**SUMMARY OF COMPENSATION BY PROJECT CODE
FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU01 | Asset Analysis and Recovery | 1.1 | $1,338.00 |
| PU04 | Case Administration | 9.0 | $10,883.00 |
| PU06 | Employment and Fee Applications | 6.8 | $5,801.00 |
| PU09 | Meetings and Communications w/ AHC | 14.1 | $17,212.50 |
| PU11 | Plan & Disclosure Statement | 82.4 | $98,870.50 |
| | **TOTALS:** | **113.4** | **$134,105.00** |

1

# **EXHIBIT B**

**Professional and Paraprofessional Fees**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1400.00 | 67.8 | $94,920.00 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $895.00 | 39.0 | $34,905.00 |
| Robert C. Yan ("RCY") Associate | 2002 | $675.00 | 6.1 | $4,117.50 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $325.00 | .5 | $162.50 |
| | **TOTAL** | | **113.4** | **$134,105.00** |

# EXHIBIT C

**Time Detail**

6610368.1

## OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

July 7, 2021
BILL NO. 217600

Client/Matter No.:      20186/0002
Matter Name:            CHAPTER 11
Billing Partner:        RL STEHL

For Services Rendered Through February 28, 2021:

---

Phase: PU01                                    ASSET ANALYSIS AND RECOVERY

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/08/21 JSF | Examine Documents Review of Sackler Family Objections to Media Intervenors Request for Unseal Records | .40 | 358.00 |
| 02/08/21 MLC | Analysis of Memorandum Reviewed objection pleading filed by Sackler Family in response to request by Media Intervenors to unseal certain documents | .70 | 980.00 |
| TOTAL PHASE PU01 | | 1.10 | $1,338.00 |

---

Phase: PU04                                    CASE ADMINISTRATION

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/02/21 MLC | Conference call(s) Participation in interviews of potential monitors | 1.00 | 1,400.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    July 7, 2021
Page 2                                                         BILL NO. 217600

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/05/21 MLC | Conference call(s) Conference call meeting to review the interviews of the candidates for monitor | 1.00 | 1,400.00 |
| 02/17/21 JSF | Examine Documents Prepare for Omnibus Hearing - Review of Motions (Sacklers and Media Unsealing Motions) for Omnibus Hearing | .40 | 358.00 |
| 02/17/21 JSF | Examine Documents Participatein Omnibus Court Hearing | 3.00 | 2,685.00 |
| 02/17/21 MLC | Court Appearance - General Listened to court hearing re various pending motions | 3.10 | 4,340.00 |
| 02/26/21 MLC | Analysis of Memorandum Review of debtors' motion for exclusivity extension | .50 | 700.00 |
| TOTAL PHASE PU04 | | 9.00 | $10,883.00 |

Phase: PU06                                    EMPLOYMENT & FEE APPLICATIONS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/04/21 JSF | Prepare Legal Papers Draft of Fourth Interim Fee Application | 1.60 | 1,432.00 |

## OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                     July 7, 2021
Page 3                                                          BILL NO. 217600

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/05/21 JSF | Prepare Legal Papers Draft Interim Fee Application | .60 | 537.00 |
| 02/05/21 JKH | Review/analyze Review compensation order and calendar deadline to file fee app | .30 | 97.50 |
| 02/18/21 JSF | Prepare Legal Papers Preparation of Interim Fee Application | 1.70 | 1,521.50 |
| 02/19/21 JSF | Prepare Legal Papers Prepare Interim Fee Application | 2.40 | 2,148.00 |
| 02/19/21 JKH | Prepare Chart(s) Prepare exhibits for fee application | .20 | 65.00 |
| TOTAL PHASE PU06 | | 6.80 | $5,801.00 |

| Phase: PU09 | MEETINGS & COMMUNICATIONS W/ AD HOC |
|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/02/21 JSF | Telephone Call(s) Participate in Call with Full AHC to Review Status of Discussions and Settlements on Plan Terms | 1.30 | 1,163.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    July 7, 2021
Page 4                                                         BILL NO. 217600

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/02/21 MLC | Conference call(s) Meeting with AHC to review Sackler proposal and counter negotiations | 1.50 | 2,100.00 |
| 02/10/21 JSF | Telephone Call(s) Participate in AHC Weekly Update Meeting re: Plan and Other Open Issues | 1.70 | 1,521.50 |
| 02/10/21 MLC | Conference call(s) Weekly conference call with AHC and professionals re plan and sale discussion | 1.80 | 2,520.00 |
| 02/17/21 JSF | Telephone Call(s) Participate in Weekly Update Conference Call with Full AHC and Professionals | 1.00 | 895.00 |
| 02/17/21 MLC | Conference call(s) Weekly meeting with AHC committee and professionals | 1.10 | 1,540.00 |
| 02/23/21 MLC | Conference call(s) Conference call with states subcommittee re plan open issues | .60 | 840.00 |
| 02/24/21 MLC | Conference call(s) Weekly meeting with AHC committee and professionals | 1.80 | 2,520.00 |
| 02/25/21 MLC | Conference call(s) Conference call with States subgroup re plan negotiations | .60 | 840.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                          July 7, 2021
Page 5                                                              BILL NO. 217600

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/25/21 MLC | Conference call(s)<br>Conference call with States subgroup re reviewing the plan provisions in detail | 2.00 | 2,800.00 |
| 02/26/21 RCY | Telephone Call(s)<br>Professionals' call with States to discuss next steps. | .70 | 472.50 |
| TOTAL PHASE PU09 | | 14.10 | $17,212.50 |

| Phase: PU11 | | PLAN & DISCLOSURE STATEMENT |
|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/01/21 JSF | Telephone Call(s)<br>Participate in Videoconference with State AGs, UCC, HAC, NCSG re: Alternative Sale Proposal | 1.80 | 1,611.00 |
| 02/01/21 JSF | Examine Documents<br>Review of Updated Financial Advisor Presentation re: Strategic Options and Comparison and Revised Offer | .70 | 626.50 |
| 02/01/21 JSF | Examine Documents<br>Review of Correspondence and Update on Negotiations with Sacklers | .40 | 358.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    July 7, 2021
Page 6                                                         BILL NO. 217600

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/01/21 MLC | Conference call(s) Conference call with AHC mediation team re weekend discussions with Sacklers, UCC and NCSG | 1.00 | 1,400.00 |
| 02/01/21 MLC | Telephone Call(s) Follow up telcon with Ken Eckstein re strategy mediation issues | .20 | 280.00 |
| 02/01/21 MLC | Conference call(s) Meeting with AHC and DOJ re term sheet review and mark-ups | 1.50 | 2,100.00 |
| 02/01/21 MLC | Conference call(s) Financial presentation re sale proposal and other options with AHC and NCSG and their representatives | 2.00 | 2,800.00 |
| 02/01/21 MLC | Examine Documents Examined documents describing update on negotiations with Sacklers | .80 | 1,120.00 |
| 02/01/21 MLC | Review Financial Documents Reviewed financial analysis prepared by FTI/HL concerning third party proposal to buy company | 1.20 | 1,680.00 |
| 02/02/21 JSF | Examine Documents Review of Proposed AHC Revisions to Plan Term Sheet and Open Issues List | .70 | 626.50 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          July 7, 2021
Page 7                                                               BILL NO. 217600

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/02/21 JSF | Examine Documents<br>Review of Financial Advisors' Analysis of Sackler Proposal and Different Iterations of Proposal and Open Issues | .70 | 626.50 |
| 02/02/21 MLC | Conference call(s)<br>Conference call with AHC mediation members re review of Sackler proposal | .60 | 840.00 |
| 02/02/21 MLC | Conference call(s)<br>Meeting with DOJ, consenting states' representatives and counsel re update on Sackler and other negotiations | 1.00 | 1,400.00 |
| 02/02/21 MLC | Examine Documents<br>Reviewed proposed AHC revisions to plan term sheet and open issues | .90 | 1,260.00 |
| 02/02/21 MLC | Review Financial Documents<br>Reviewed and studied the analysis of the Sackler proposal and various iterations of the proposal as prepared by HL/FTI | 1.10 | 1,540.00 |
| 02/03/21 JSF | Examine Documents<br>Review of Revised Plan Term Sheet and Open Issues | 1.30 | 1,163.50 |
| 02/03/21 JSF | Examine Documents<br>Review of Financial Advisors' Summary of Possible Minimum Distrubution Parameters re: Trust | .30 | 268.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    July 7, 2021
Page 8                                                         BILL NO. 217600

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/03/21 JSF | Examine Documents Review of Updates and Open Issues on Plan Negotiations and Sackler Contribution | .90 | 805.50 |
| 02/03/21 MLC | Review Financial Documents Reviewed the summary of possible minimum distribution parameters re trust which was prepared by HL/FTI | .80 | 1,120.00 |
| 02/03/21 MLC | Examine Documents Reviewed memo concerning updates and open issues on plan negotiations and Sackler contribution | 1.30 | 1,820.00 |
| 02/03/21 MLC | Telephone Call(s) Follow up telcon with Ken Eckstein re status of various negotiations and next steps | .40 | 560.00 |
| 02/04/21 MLC | Conference call(s) Conference call with working subgroup re plan term sheet | 1.00 | 1,400.00 |
| 02/04/21 MLC | Conference call(s) Conference call with States subgroup re plan issues including agreements with privates | .60 | 840.00 |
| 02/04/21 MLC | Examine Documents Reviewed the Minimum Distribution Memo for Trust, including summary and options | .60 | 840.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                         July 7, 2021
Page 9                                                              BILL NO. 217600

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/04/21 MLC | Analysis of Memorandum<br>Reviewed summary of interviews and recommendation for replacement monitor | .80 | 1,120.00 |
| 02/05/21 JSF | Examine Documents<br>Review of Draft Agreement re: Sackler Contribution and Related Issues | .70 | 626.50 |
| 02/05/21 MLC | Analysis of Memorandum<br>Reviewed draft agreement regarding the proposed Sackler contribution and related issues | 1.00 | 1,400.00 |
| 02/08/21 JSF | Examine Documents<br>Review of Restructured Third Party Tranasaction Proposal for Possible Sale of Business | 1.20 | 1,074.00 |
| 02/08/21 JSF | Examine Documents<br>Review of Update on Sackler Final Negotiations on Payment Terms | .40 | 358.00 |
| 02/08/21 MLC | Analysis of Memorandum<br>Reviewed the Restructured Third Party Transaction Proposal for sale of the debtors' business | 2.20 | 3,080.00 |
| 02/08/21 MLC | Analysis of Memorandum<br>Reviewed and analyzed correspondence from Gilbert providing update on Sackler Final Negotiations on Payment Terms | .70 | 980.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                              July 7, 2021
Page 10                                                  BILL NO. 217600

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/09/21 JSF | Examine Documents Review of Update on Sackler Negotiations and Financial Analysis of Counter-Proposals | .30 | 268.50 |
| 02/09/21 MLC | Examine Documents Reviewed update provided with respect to Sackler Negotiations together with a Financial Analysis of Counter-Proposals | 1.20 | 1,680.00 |
| 02/10/21 JSF | Examine Documents Review of Analysis of Minimum Distribution and Operating Parameters AHC and Debtors' Current Position | .40 | 358.00 |
| 02/10/21 JSF | Examine Documents Review of Financial Advisors' Presentation on private party sale and Standalone Plan Alternatives | .90 | 805.50 |
| 02/10/21 MLC | Analysis of Memorandum Analyzed the minimum distribution and operating parameters from point of view of the AHC and the Debtors | .60 | 840.00 |
| 02/10/21 MLC | Review Financial Documents Reviewed the financial analysis prepared by the financial advisors on the third party purchaser vs standalone plan alternatives | 1.10 | 1,540.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                     July 7, 2021
Page 11                                                         BILL NO. 217600


| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/11/21 JSF | Examine Documents Review of Financial Advisors' Summary Analysis and Comparison of Standalone Plan and Sale Option | .50 | 447.50 |
| 02/11/21 JSF | Examine Documents Review and Analysis of Open Plan Issues and Go Forward Options | .70 | 626.50 |
| 02/11/21 MLC | Conference call(s) Conference call with certain states and AHC counsel re plan discussions | .70 | 980.00 |
| 02/11/21 MLC | Analysis of Memorandum Continued review and analysis of the summary analysis and comparison of the standalone plan and sale option prepared by HL/FTI | 1.00 | 1,400.00 |
| 02/11/21 MLC | Correspondence Reviewed correspondence analyzing the open plan issues and next steps | .80 | 1,120.00 |
| 02/12/21 JSF | Examine Documents Review of Futher Updated Financial Presentations to AHC re: Standalone and Sale Proposals and Economic Analysis | 1.40 | 1,253.00 |
| 02/12/21 JSF | Examine Documents Review of Revised Governance Term Sheet from Debtors | .70 | 626.50 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                        July 7, 2021
Page 12                                                            BILL NO. 217600

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/12/21 MLC | Examine Documents Continued review and analysis of the presentation prepared by HL/FTI regarding the standlone and sale alternative proposals and their respective economic analysis | 1.80 | 2,520.00 |
| 02/12/21 MLC | Analysis of Memorandum Reviewed and analyzed the revised governance term sheet prepared by debtors | 1.30 | 1,820.00 |
| 02/16/21 JSF | Examine Documents Review of Update on Negotiations with Sackler Family and New Proposals | .30 | 268.50 |
| 02/16/21 JSF | Telephone Call(s) Participate in Videoconference with AHC interested buyer re: Alternative Plan Option | 1.70 | 1,521.50 |
| 02/16/21 JSF | Telephone Call(s) Participate in Meeting with AHC, NCSG, MSGE and UCC re: Plan and Exit Options | 2.00 | 1,790.00 |
| 02/16/21 JSF | Examine Documents Review of Revised Plan and Governance Term Sheet and Open Issues/Status | 1.20 | 1,074.00 |
| 02/16/21 MLC | Conference call(s) Conference call with States subgroup and KL re pending Plan issues | .70 | 980.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                July 7, 2021
Page 13                                                     BILL NO. 217600

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/16/21 MLC | Conference call(s) Conference call with AHC, professionals re discussion of proposed purchase by third party | 1.10 | 1,540.00 |
| 02/16/21 MLC | Conference call(s) Conference call meeting with NCSG/AHC re purchase interest by private party | 1.30 | 1,820.00 |
| 02/16/21 MLC | Examine Documents Reviewed update provided re negotiations with the Sackler family and the new proposals | .90 | 1,260.00 |
| 02/16/21 MLC | Prepare for Meeting Prepared for meeting with HL/FTI and third party proposed purchaser by reviewing financial analysis prepared by financial advisors | 1.10 | 1,540.00 |
| 02/16/21 MLC | Examine Documents Reviewed and analyzed the revised plan and governance term sheet together with a summary of open issues | 1.40 | 1,960.00 |
| 02/17/21 JSF | Telephone Call(s) Participate in Plan Subcommittee Meeting with AHC Professionals and Members of Subcommittee re: Plan Issues | 1.80 | 1,611.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                              July 7, 2021
Page 14                                                                  BILL NO. 217600

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/17/21<br>JSF | Examine Documents<br>Review of Updates on Settlement<br>Negotiations with Sacklers and Remaining<br>Plan and Contribution Issues | 1.10 | 984.50 |
| 02/17/21<br>MLC | Conference call(s)<br>Conference call with AHC professionals re<br>review of open plan issues | 1.00 | 1,400.00 |
| 02/17/21<br>MLC | Analysis of Memorandum<br>Reviewed and analyzed the updates provided<br>by Gilbert re the settlement negotiations<br>with the Sacklers and the remaining plan<br>and contribution issues | 1.80 | 2,520.00 |
| 02/18/21<br>MLC | Correspondence<br>Reviewed correspondence from AHC counsel<br>concerning discussions with PI claimants | .80 | 1,120.00 |
| 02/18/21<br>MLC | Telephone Call(s)<br>Telcon with Andrew Troop re status of<br>various discussions with NCSG | .70 | 980.00 |
| 02/19/21<br>JSF | Examine Documents<br>Review Update on Status of Negotiations<br>with Sacklers re: Payment Schedule | .30 | 268.50 |
| 02/19/21<br>JSF | Examine Documents<br>Review of Mark-Up of Governance Term Sheet | 1.80 | 1,611.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

```
Client/Matter:   20186/0002                            July 7, 2021
Page 15                                                 BILL NO. 217600
```

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/19/21 MLC | Correspondence<br>Reviewed correspondence memo providing update on the status of negotiations with the Sackler family re the schedule of payments | .40 | 560.00 |
| 02/19/21 MLC | Analysis of Memorandum<br>Reviewed and analyzed the mark-up of the governance term sheet | 1.50 | 2,100.00 |
| 02/21/21 JSF | Examine Documents<br>Review and Attention to Open Plan Issues and Status | .70 | 626.50 |
| 02/22/21 MLC | Examine Documents<br>Reviewed mark-up to plan term sheet prepared by debtors | 2.20 | 3,080.00 |
| 02/22/21 RCY | Examine Documents<br>Review draft plan and preliminary comments to same. | .60 | 405.00 |
| 02/23/21 MLC | Review Financial Documents<br>Reviewed financial analysis prepared by HL/FTI re various plan alternatives re potential sale of businesses | 1.70 | 2,380.00 |
| 02/24/21 MLC | Conference call(s)<br>Conference with AHC professionals re third party claims | 1.50 | 2,100.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                July 7, 2021
Page 16                                                     BILL NO. 217600

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/24/21 MLC | Correspondence<br>Reviewed correspondence among AHC counsel re plan negotiations and next steps | .80 | 1,120.00 |
| 02/24/21 MLC | Examine Documents<br>Reviewed and analyzed update re plan term sheet and remaining open issues in negotiation | 1.30 | 1,820.00 |
| 02/24/21 RCY | Examine Documents<br>Examine memos re: latest on plan and term sheet. | .60 | 405.00 |
| 02/24/21 RCY | Telephone Call(s)<br>Participate on team call re: case update and strategy. | 1.70 | 1,147.50 |
| 02/25/21 MLC | Analysis of Memorandum<br>Reviewed and studied the term sheet describing various counter-proposals | 1.10 | 1,540.00 |
| 02/25/21 RCY | Telephone Call(s)<br>Professionals' call re: latest developments and recommendations. | 1.50 | 1,012.50 |
| 02/25/21 RCY | Examine Documents<br>Examine term sheet counter. | .60 | 405.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                        July 7, 2021
Page 17                                                           BILL NO. 217600

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/26/21 MLC | Conference call(s) Conference call among Purdue professionals concerning discussion with consenting states | 1.10 | 1,540.00 |
| 02/26/21 MLC | Examine Documents Reviewed the memo describing alternative plan option | .90 | 1,260.00 |
| 02/26/21 RCY | Examine Documents Examine Plan Options Memo. | .40 | 270.00 |
| 02/28/21 MLC | Correspondence Correspondence with UCC re certain plan issues including selection process of directors | .60 | 840.00 |

TOTAL PHASE PU11                                    82.40        $98,870.50


                                        TOTAL FOR SERVICES    $134,105.00



                                        TOTAL THIS STATEMENT  $134,105.00