AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| Debtors.[1] | : | (Jointly Administered) |

**FIFTEENTH MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM MAY 1, 2021 THROUGH MAY 31, 2021**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Applicant | Cole Schotz P.C. |
|---|---|
| **Name of Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | September 15, 2019 |
| **Date of Order Approving Employment** | April 22, 2020 (*nunc pro tunc* to February 24, 2020) |
| **Time Period Covered** | May 1, 2021 – May 31, 2021 |
| **Total Fees Incurred** | $65,505.50 |
| **20% Holdback** | $13,101.10 |
| **Total Fees Less 20% Holdback** | $52,404.40 |
| **Total Expenses Incurred** | $100.10 |
| **Total Fees and Expenses Requested** | $65,605.60 |

Cole Schotz P.C. ("Cole Schotz"), in its capacity as efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma, L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Fifteenth Monthly Fee Statement") covering the period from May 1, 2021 through and including May 31, 2021 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [D.I. 529]. By this Fifteenth Monthly Fee Statement, Cole Schotz requests (a) interim allowance and payment of compensation in the amount of $65,505.50 for fees on account of reasonable and necessary professional services rendered to the Committee by Cole Schotz and (b) reimbursement of actual and necessary costs and expenses in the amount of $100.10 incurred by Cole Schotz during the Compensation Period.

**FEES FOR SERVICES RENDERED
DURING THE COMPENSATION PERIOD**

1.  **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Cole Schotz professional and paraprofessional that provided services to the Committee during the

2

Compensation Period. The rates charged by Cole Schotz for services rendered to the Committee are the same rates that Cole Schotz charges generally for professional services rendered to its non-bankruptcy clients.

2. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Cole Schotz professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3. **Exhibit C** sets forth a complete itemization of tasks performed by Cole Schotz professionals and paraprofessionals that provided services to the Committee during the Compensation Period.

**EXPENSES INCURRED DURING THE COMPENSATION PERIOD**

4. **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

5. **Exhibit E** sets forth a complete itemization of disbursements incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

**NOTICE OF OBJECTION PROCEDURES**

6. Notice of this Fifteenth Monthly Fee Statement will be given to (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne (Jon.Lowne@pharma.com); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson (christopher.robertson@davispolk.com) and Dylan Consla (dylan.consla@davispolk.com); (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (Paul.Schwartzberg@usdoj.gov); and (iv) the independent fee examiner appointed

in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801 (dklauder@bk-legal.com) (collectively, the "Notice Parties").

7. Objections to this Fifteenth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and undersigned counsel to the Committee so as to be received by no later than July 28, 2021 at 12:00 p.m. (ET) (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8. If no objections to this Fifteenth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Fifteenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fifteenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: July 14, 2021  **AKIN GUMP STRAUSS HAUER & FELD LLP**
New York, New York

/s/    *Arik Preis*
Ira Dizengoff
Arik Preis
Mitchell Hurley
Sara Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*- and –*

**COLE SCHOTZ P.C.**
Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com

*Co-Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

# EXHIBIT A

## Timekeeper Summary

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) (since 2020) | $645.00 | 21.3 | $13,738.50 |
| Jason R. Melzer | 2003 | Member (Litigation) (since 2009) | $655.00 | 22.9 | $14,999.50 |
| Lauren M. Manduke | 2009 | Member (Litigation) (since 2017) | $520.00 | 6.3 | $3,276.00 |
| Patrick J. Reilley | 2003 | Member (Bankruptcy) (since 2011) | $640.00 | 9.8 | $6,272.00 |
| Warren Usatine | 1995 | Member (Bankruptcy) (since 2004) | $825.00 | 8.0 | $6,600.00 |
| Susan Usatine | 1998 | Member (Litigation) (since 2006) | $635.00 | 7.6 | $4,826.00 |
| Michael C. Klauder | 2014 | Member (Litigation) (since 2021) | $430.00 | 3.3 | $1,419.00 |
| Anthony De Leo | 2013 | Associate (Bankruptcy) (since 2020) | $575.00 | 11.2 | $6,440.00 |
| Larry Morton | N/A | Paralegal (Bankruptcy) (since 2020) | $315.00 | 7.8 | $2,457.00 |
| Pauline Z. Ratkowiak | N/A | Paralegal (Bankruptcy) (since 2008) | $315.00 | 0.5 | $157.50 |
| Anastasia Bellisari | N/A | Paralegal (Environmental) (since 2019) | $280.00 | 19.0 | $5,320.00 |
| | | **TOTAL** | | **117.7** | **$65,505.50** |

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**
**MAY 1, 2021 THROUGH MAY 31, 2021**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.2 | $475.50 |
| Committee Matters and Creditor Meetings | 15.4 | $9,888.00 |
| Creditor Inquiries | 0.2 | $129.00 |
| Disclosure Statement/Voting Issues | 1.6 | $1,029.50 |
| Document Review/Committee Investigation | 49.2 | $24,208.50 |
| Litigation/Gen. (Except Automatic Stay Relief) | 31.4 | $20,155.50 |
| Fee Application Matters/Objections | 7.9 | $2,752.50 |
| Preparation for and Attendance at Hearings | 9.9 | $6,286.50 |
| Reorganization Plan | 0.9 | $580.50 |
| **TOTAL** | **117.7** | **$65,505.50** |

## EXHIBIT C

## Invoice

19-23649-shl    Doc 3175    Filed 07/14/21    Entered 07/14/21 19:25:55    Main Document
Pg 8 of 19

# Cole Schotz P.C.

Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

FEDERAL ID# 22-2113414

New Jersey — New York — Maryland — Texas — Florida

PURDUE PHARM, L.P.
N/A - FEE APPLICATION ONLY

|  |  |
|---|---|
| Invoice Date: | June 2, 2021 |
| Invoice Number: | 890524 |
| Matter Number: | 60810-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2021

## CASE ADMINISTRATION     1.20     475.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/05/21 | PVR | EMAIL FROM AND TO A. DE LEO AND J. ALBERTO AND EMAIL EXCHANGE WITH F. PISANO RE: AUTO-FORWARDING E-NOTIFICATIONS OF ADVERSARY | 0.20 | 63.00 |
| 04/05/21 | PVR | EMAIL FROM AND TO A. DE LEO, REGISTER J. ALBERTO AND W. USATINE WITH COURT SOLUTIONS AND EMAIL TO M. KLAUDER RE: HIS COURT SOLUTIONS LOG ON INFORMATION | 0.30 | 94.50 |
| 05/12/21 | PJR | REVIEW EMAIL FROM A. PREIS RE: CASE STATUS, HEARING AND PLAN ISSUES | 0.10 | 64.00 |
| 05/20/21 | LSM | ARRANGE TELEPHONIC APPEARANCE FOR J. ALBERTO FOR MAY 20, 2021 HEARING | 0.40 | 126.00 |
| 05/23/21 | PJR | REVIEW EMAILS FROM A. PREIS RE: COMMITTEE UPDATE AND PLAN ISSUES | 0.20 | 128.00 |

## COMMITTEE MATTERS AND CREDITOR MEETINGS     15.40     9,888.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/02/21 | PJR | PARTICIPATE ON CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.70 | 448.00 |
| 05/01/21 | JRA | REVIEW A. PREIS UCC UPDATE | 0.20 | 129.00 |
| 05/03/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS | 0.90 | 580.50 |
| 05/03/21 | PJR | PARTICIPATE IN CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.90 | 576.00 |
| 05/04/21 | PJR | REVIEW EMAIL FROM A. PREIS RE: COMMITTEE UPDATE AND CASE STAUTS | 0.20 | 128.00 |
| 05/06/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON, L. SZLEZINGER AND UCC MEMBERS | 0.60 | 387.00 |
| 05/06/21 | PJR | REVIEW EMAIL FROM A. PREIS AND COMMITTEE MATERIALS IN ADVANCE OF CALL | 0.20 | 128.00 |
| 05/06/21 | PJR | PARTICIPATE IN CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.60 | 384.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 890524 |
| | Client/Matter No. 60810-0001 | | | June 2, 2021 |
| | | | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/13/21 | PJR | REVIEW AND ANALYZE COMMITTEE MATERIALS IN ADVANCE OF THE CALL AND REVIEW RELATED SUMMARY FROM A. PREIS | 0.20 | 128.00 |
| 05/13/21 | PJR | PARTICIPATE ON COMMITTEE CALL WITH MEMBERS AND COMMITTEE PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.70 | 448.00 |
| 05/14/21 | PJR | REVIEW EMAIL FROM A. PREIS RE: COMMITTEE UPDATES | 0.20 | 128.00 |
| 05/16/21 | PJR | REVIEW EMAIL AND RELATED DOCUMENTS FROM A. PREIS RE: COMMITTEE UPATE AND PLAN ISSUES | 0.40 | 256.00 |
| 05/17/21 | PJR | REVIEW EMAIL FROM A. PREIS RE: COMMITTEE UPDATE | 0.10 | 64.00 |
| 05/17/21 | PJR | PARTICIPATE IN COMMITTEE CALL WITH MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.70 | 448.00 |
| 05/18/21 | PJR | REVIEW EMAILS FROM A. PREIS RE: COMMITTEE UPDATE AND PLAN ISSUES | 0.10 | 64.00 |
| 05/20/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS | 0.60 | 387.00 |
| 05/20/21 | PJR | PARTICIPATE IN CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.60 | 384.00 |
| 05/21/21 | PJR | REVIEWS EMAIL FROM A. PREIS RE: COMMITTEE UPDATE AND PLAN ISSUES | 0.20 | 128.00 |
| 05/22/21 | JRA | REVIEW A. PREIS UCC UPDATE MATERIALS | 0.30 | 193.50 |
| 05/24/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON, L. SLZEZINGER AND UCC MEMBERS | 3.20 | 2,064.00 |
| 05/24/21 | PJR | REVIEW COMMITTEE MATERIALS AND PARTICIPATE ON COMMITTEE CALL WITH MEMBERS AND COMMITTEE PROFESSIONALS RE: CASE STATUS AND PLAN | 3.20 | 2,048.00 |
| 05/27/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS | 0.60 | 387.00 |

**CREDITOR INQUIRIES**     0.20     129.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/12/21 | JRA | EMAILS WITH CREDITOR AND S. BRAUNER RE CASE INQUIRY | 0.20 | 129.00 |

**DISCLOSURE STATEMENT/VOTING ISSUES**     1.60     1,029.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/08/21 | JRA | FURTHER EMAILS WITH A. PREIS AND UCC MEMBERS RE REVISED PLAN AND DS | 0.20 | 129.00 |
| 05/08/21 | JRA | EMAILS WITH A. PREIS RE DISCLOSURE STATEMENT | 0.20 | 129.00 |
| 05/13/21 | PJR | REVIEW SACKLER STATEMENT RE: DISCLOSURE STATEMENT | 0.40 | 256.00 |
| 05/18/21 | JRA | EMAILS WITH A. PREIS RE DISCLOSURE STATEMENT | 0.30 | 193.50 |
| 05/25/21 | PJR | REVIEW EMAIL FROM A. PREIS RE: DISCLOSURE STATEMENT ISSUES | 0.10 | 64.00 |
| 05/26/21 | JRA | EMAILS WITH A. PREIS AND UCC MEMBERS RE DISCLOSURE STATEMENT | 0.20 | 129.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number  890524 |
| | Client/Matter No. 60810-0001 | | | June 2, 2021 |
| | | | | Page 3 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 05/27/21 | JRA | FURTHER EMAILS WITH OCC MEMBERS RE DISCLOSURE STATEMENT AND NEXT STEPS ON PLAN | 0.20 | 129.00 |

**DOCUMENT REVIEW/COMMITEE INVESTIGATION**  49.20  24,208.50

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 05/03/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.10 | 308.00 |
| 05/03/21 | SMU | WORK ON FIRST LEVEL REVIEW OF SUPPLEMENTAL PRODUCTIONS | 0.70 | 444.50 |
| 05/03/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW. | 1.40 | 917.00 |
| 05/04/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.30 | 364.00 |
| 05/04/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 1.30 | 676.00 |
| 05/04/21 | SMU | WORK ON SACKLER INVESTIGATION UCC REVIEW | 0.40 | 254.00 |
| 05/04/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW | 0.80 | 524.00 |
| 05/05/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.90 | 252.00 |
| 05/05/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.40 | 254.00 |
| 05/05/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW | 1.20 | 786.00 |
| 05/06/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 0.70 | 364.00 |
| 05/06/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.80 | 224.00 |
| 05/06/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.60 | 381.00 |
| 05/07/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.30 | 364.00 |
| 05/07/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW. | 1.50 | 982.50 |
| 05/10/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.20 | 336.00 |
| 05/10/21 | JRM | ATTEND STANDING UCC CALL. | 0.80 | 524.00 |
| 05/10/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW. | 1.10 | 720.50 |
| 05/11/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 1.80 | 936.00 |
| 05/11/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.10 | 308.00 |
| 05/12/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.90 | 252.00 |
| 05/13/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.80 | 224.00 |
| 05/13/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 0.80 | 416.00 |
| 05/13/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW. | 1.40 | 917.00 |
| 05/14/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.00 | 280.00 |
| 05/14/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW. | 2.30 | 1,506.50 |

**COLE SCHOTZ P.C.**

Re:   OFFICIAL COMMITTEE OF UNSECURED CREDITORS                         Invoice Number  890524
      Client/Matter No. 60810-0001                                                   June 2, 2021
                                                                                        Page 4

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/17/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.20 | 336.00 |
| 05/17/21 | JRM | ATTENDING STANDING UCC CALL. | 1.00 | 655.00 |
| 05/17/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW. | 2.20 | 1,441.00 |
| 05/18/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.90 | 252.00 |
| 05/18/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW. | 2.40 | 1,572.00 |
| 05/19/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.80 | 224.00 |
| 05/19/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW. | 1.80 | 1,179.00 |
| 05/20/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.20 | 336.00 |
| 05/23/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 0.60 | 312.00 |
| 05/24/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.80 | 224.00 |
| 05/24/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 1.10 | 572.00 |
| 05/24/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW. | 1.20 | 786.00 |
| 05/25/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.90 | 252.00 |
| 05/25/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW. | 1.50 | 982.50 |
| 05/26/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.20 | 336.00 |
| 05/26/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW. | 1.20 | 786.00 |
| 05/27/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.50 | 140.00 |
| 05/28/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.10 | 308.00 |

**FEE APPLICATION MATTERS/OBJECTIONS**                                              **7.90    2,752.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/04/21 | JRA | REVISE MONTHLY FEE APP | 0.40 | 258.00 |
| 05/05/21 | LSM | REVIEW INVOICE/EXHIBIT FOR APRIL 2021 MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.40 | 126.00 |
| 05/06/21 | LSM | EMAILS WITH J. ALBERTO REGARDING STATUS FOR COLE SCHOTZ APRIL 2021 MONTHLY FEE APPLICATION | 0.20 | 63.00 |
| 05/14/21 | LSM | DRAFT FOURTEENTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 2.90 | 913.50 |
| 05/17/21 | LSM | UPDATE FOURTEENTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ FOR APRIL, 2021 FEES/EXPENSES | 0.40 | 126.00 |
| 05/19/21 | LSM | COMPLETE DRAFT OF FOURTEENTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ APRIL, 2021 FEES/EXPENSES | 2.70 | 850.50 |
| 05/27/21 | JRA | EMAILS WITH LM RE MARCH FEE APP | 0.20 | 129.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number  890524 |
| | Client/Matter No. 60810-0001 | | | June 2, 2021 |
| | | | | Page 5 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 05/28/21 | LSM | REVISE COLE SCHOTZ THIRTEENTH MONTHLY FEE APPLICATION FOR MARCH, 2021 AND FORWARD SAME TO CO-COUNSEL | 0.50 | 157.50 |
| 05/28/21 | JRA | REVIEW AND SIGN OFF ON MARCH FEE APP | 0.20 | 129.00 |

**LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)**                                            **31.40**        **20,155.50**

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 05/01/21 | WU | REVIEW REVISED VERSION OF OPPOSITION BRIEF RE: PERSONAL JURISDICTION | 0.50 | 412.50 |
| 05/02/21 | JRA | REVIEW FURTHER REVISED OPPOSITION IN AP | 0.50 | 322.50 |
| 05/03/21 | ADL | REVIEW OBJECTION TO MOTION FOR A MORE DEFINITE STATEMENT IN INSURANCE ADVERSARY | 0.80 | 460.00 |
| 05/03/21 | ADL | EMAIL J. ALBERTO RE: INSURANCE ADVERSARY | 0.10 | 57.50 |
| 05/03/21 | ADL | REVIEW AND COMMENT ON OPPOSITION TO MOTIONS TO DISMISS IN INSURANCE ADVERSARY | 1.60 | 920.00 |
| 05/03/21 | ADL | REVIEW NOTICE OF WITHDRAWAL RE: MOTION TO STAY INSURANCE ADVERSARY (.1); UPDATE TRACKER (.1) | 0.20 | 115.00 |
| 05/03/21 | JRA | EMAILS WITH W. USATINE AND A. DELEO RE MTD RESPONSES | 0.40 | 258.00 |
| 05/03/21 | JRA | EMAILS WITH S. BRAUNER AND UCC MEMBERS RE PLAINTIFF'S OPPOSITION MEMO | 0.20 | 129.00 |
| 05/03/21 | WU | REVIEW FINAL VERSIONS OF OPPOSITION PAPERS TO INSURER MOTIONS AND EMAILS RE: SAME | 0.80 | 660.00 |
| 05/04/21 | JRA | EMAILS WITH A. PREIS RE SACKLER MEDIATION | 0.10 | 64.50 |
| 05/06/21 | JRA | EMAIL WITH A. PREIS RE SACKLER MEDIATION | 0.10 | 64.50 |
| 05/06/21 | JRM | CONTINUED WORK ON SACKLER INVESTIGATION REVIEW. | 1.10 | 720.50 |
| 05/07/21 | SMU | WORK ON REVIEW OF MATERIALS FOR SACKLER INVESTIGATION | 0.40 | 254.00 |
| 05/07/21 | WU | REVIEW DRAFT LETTER TO CARRIERS RE: MEDIATION | 0.20 | 165.00 |
| 05/07/21 | WU | REVIEW EMAILS AND RECENT CASE RE: BODILY INJURY ISSUE | 0.40 | 330.00 |
| 05/08/21 | MXK | REVIEW EMAILS BETWEEN CO-COUNSEL RE: RECENT DECISIONS INTERPRETING MEANING OF "BODILY INJURY" | 0.20 | 86.00 |
| 05/10/21 | SMU | CONTINUED REVIEW OF MATERIALS FOR SACKLER INVESTIGATION | 0.30 | 190.50 |
| 05/10/21 | WU | EMAIL FROM GILBERT RE: CASE ISSUES AND STRATEGY | 0.10 | 82.50 |
| 05/10/21 | WU | REVIEW EMAILS RE: LETTER TO CARRIERS AND REVISED DRAFTS OF SAME | 0.30 | 247.50 |
| 05/11/21 | SMU | REVIEW MATERIALS FOR SACKLER INVESTIGATION | 0.20 | 127.00 |
| 05/11/21 | WU | REVIEW EMAILS RE: CARRIER LETTER AND REVIEW REVISED DRAFTS | 0.20 | 165.00 |
| 05/12/21 | SMU | CONTINUED WORK ON SACKLER INVESTIGATION | 0.40 | 254.00 |
| 05/12/21 | WU | REVIEW DRAFT DISCOVERY TO ALL CARRIERS | 0.40 | 330.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 890524 |
| | Client/Matter No. 60810-0001 | | | June 2, 2021 |
| | | | | Page 6 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/12/21 | WU | REVIEW EMAILS AND REVISED VERSION OF LETTER TO CARRIERS | 0.20 | 165.00 |
| 05/12/21 | WU | REVIEW ADDITIONAL DISCOVERY RE: PERSONAL JURISDICTION | 0.30 | 247.50 |
| 05/13/21 | MXK | REVIEW AND ANALYZE DISCOVERY REQUESTS TO INSURERS; REVIEW CORRESPONDENCE RE: SAME | 0.40 | 172.00 |
| 05/13/21 | ADL | REVIEW INSURANCE ADVERSARY DOCKET | 0.10 | 57.50 |
| 05/13/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.70 | 444.50 |
| 05/13/21 | WU | REVIEW MULTIPLE EMAILS AND REVISED VERSIONS OF CARRIER CORRESPONDENCE AND DISCOVERY REQUESTS | 0.60 | 495.00 |
| 05/14/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.40 | 254.00 |
| 05/14/21 | WU | REVIEW CORRESPONDENCE FROM ARBITRATION CARRIER AND EMAILS RE: SAME | 0.20 | 165.00 |
| 05/15/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.20 | 127.00 |
| 05/17/21 | MXK | ATTEND CALL BETWEEN PLAINTIFFS' COUNSEL AND NON-ARBITRATION INSURANCE COUNSEL RE: DISCOVERY | 0.50 | 215.00 |
| 05/17/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.40 | 254.00 |
| 05/17/21 | WU | CONFERENCE CALL WITH CARRIERS RE: PROTECTIVE ORDER AND RELATED ISSUES | 0.50 | 412.50 |
| 05/18/21 | SMU | WORK ON SACKLER INVESTIGATION REVIEW | 0.40 | 254.00 |
| 05/19/21 | ADL | EMAILS WITH CS TEAM RE: 5-20-2021 HEARING | 0.30 | 172.50 |
| 05/19/21 | SMU | CONTINUED SACKLER INVESTIGATION REVIEW | 0.30 | 190.50 |
| 05/19/21 | WU | REVIEW AND RESPOND TO EMAILS RE: 5/20 HEARINGS | 0.20 | 165.00 |
| 05/19/21 | WU | REVIEW NEW MOTION TO DISMISS BY INSURER | 0.40 | 330.00 |
| 05/20/21 | MXK | ATTEND COURT HEARING | 1.70 | 731.00 |
| 05/20/21 | SMU | SACKLER INVESTIGATION DOCUMENT REVIEW | 0.30 | 190.50 |
| 05/20/21 | WU | REVIEW RECENTLY FILED BRIEFS/MOTIONS BY CARRIERS IN ADVERSARY PROCEEDING | 0.80 | 660.00 |
| 05/20/21 | WU | ATTEND 5/20 HEARING | 1.10 | 907.50 |
| 05/21/21 | MXK | REVIEW AIG'S REPLY BRIEF IN FURTHER SUPPORT OF MOTION TO STAY ADVERSARY PROCEEDING IN FAVOR OF ARBITRATION | 0.30 | 129.00 |
| 05/21/21 | JRA | EMAILS WITH A. PREIS, R. SHORE AND R. LEVERIDGE RE INSURER ISSUES | 0.60 | 387.00 |
| 05/21/21 | SMU | WORK ON SACKLER INVESTIGATION REVIEW | 0.40 | 254.00 |
| 05/24/21 | ADL | REVIEW RESPONSIVE PLEADINGS IN INSURANCE ADVERSARY AND SUMMARIZE IN UPDATED PLEADINGS TRACKER | 4.20 | 2,415.00 |
| 05/24/21 | JRA | EMAILS WITH A. PREIS AND UCC MEMBERS RE SACKLER NEGOTIATIONS | 0.20 | 129.00 |
| 05/24/21 | WU | REVIEW LETTERS FROM CARRIERS IN RESPONSE TO DEBTOR LETTER | 0.20 | 165.00 |
| 05/25/21 | MXK | REVIEW AND ANALYZE PROPOSED COMMUNICATION WITH INSURANCE COUNSEL RE: DISCOVERY | 0.20 | 86.00 |

**COLE SCHOTZ P.C.**

Re:     OFFICIAL COMMITTEE OF UNSECURED CREDITORS                          Invoice Number  890524
        Client/Matter No. 60810-0001                                                June 2, 2021
                                                                                         Page 7

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/25/21 | ADL | CONTINUE TO UPDATE CHART SUMMARIZING BRIEFING IN INSURANCE COVERAGE ADVERSARY, INCLUDING ADDITIONAL REVIEW OF REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS, MOTIONS FOR A MORE DEFINITE STATEMENT, AND MOTIONS TO STAY PENDING ARBITRATION | 3.90 | 2,242.50 |
| 05/25/21 | WU | REVIEW CORRESPONDENCE AND RESPONSES TO CARRIER LETTERS AND EMAILS RE: SAME | 0.40 | 330.00 |
| 05/26/21 | SMU | CORRESPONDENCE WITH CS AND AKIN RE SACKLER INVESTIGATION STATUS | 0.40 | 254.00 |
| 05/26/21 | WU | REVIEW CORRESPONDENCE WITH CARRIERS RE: PROCESS | 0.20 | 165.00 |
| 05/27/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.50 | 317.50 |
| 05/28/21 | SMU | WORK ON SACKLER INVESTIGATION REVIEW | 0.20 | 127.00 |
| 05/29/21 | JRA | EMAILS WITH A. PREIS RE INSURANCE LITIGATION AND DS UPDATE | 0.20 | 129.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS**                                      **9.90**       **6,286.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/19/21 | JRA | EMAILS WITH A. PREIS, S. BRAUNER, A. DELEO AND W. USATINE RE TOMORROW'S HEARING AND MOTION TO SEAL | 1.00 | 645.00 |
| 05/20/21 | LSM | COMPILE, REVIEW AND CIRCULATE TO J. ALBERTO THE AGENDA FOR THE MAY 20, 2021 HEARING | 0.30 | 94.50 |
| 05/20/21 | JRA | ATTEND HEARING ON SEALING MOTION | 1.80 | 1,161.00 |
| 05/25/21 | JRA | EMAILS WITH UCC MEMBERS AND A. PREIS RE INSURANCE ADVERSARY AND TOMORROW'S HEARING | 0.60 | 387.00 |
| 05/26/21 | JRA | EMAILS WITH A. PREIS RE TODAY'S HEARING AND UPDATES FOR SAME | 0.20 | 129.00 |
| 05/26/21 | JRA | ATTEND HEARING (PARTIAL) | 6.00 | 3,870.00 |

**REORGANIZATION PLAN**                                                              **0.90**         **580.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/23/21 | JRA | EMAILS WITH A. PREIS RE REVISED PLAN | 0.20 | 129.00 |
| 05/30/21 | JRA | EMAILS WITH A. PREIS RE REVISED PLAN | 0.10 | 64.50 |
| 05/31/21 | JRA | REVIEW UCC UPDATE MATERIALS (.5) AND EMAILS WITH A. PREIS RE REVISED PLAN (.1) | 0.60 | 387.00 |

                                                                TOTAL HOURS   117.70

PROFESSIONAL SERVICES:                                                                         $65,505.50

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 890524 |
|---|---|---|
| | Client/Matter No. 60810-0001 | June 2, 2021 |
| | | Page 8 |

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Alberto, Justin | Member | 21.30 | 645.00 | 13,738.50 |
| Anastasia Bellisari | Paralegal | 19.00 | 280.00 | 5,320.00 |
| DeLeo, Anthony | Associate | 11.20 | 575.00 | 6,440.00 |
| Jason R. Melzer | Member | 22.90 | 655.00 | 14,999.50 |
| Lauren M. Manduke | Member | 6.30 | 520.00 | 3,276.00 |
| Michael C. Klauder | Member | 3.30 | 430.00 | 1,419.00 |
| Morton, Larry | Paralegal | 7.80 | 315.00 | 2,457.00 |
| Patrick J. Reilley | Member | 9.80 | 640.00 | 6,272.00 |
| Pauline Z. Ratkowiak | Paralegal | 0.50 | 315.00 | 157.50 |
| Susan Usatine | Member | 7.60 | 635.00 | 4,826.00 |
| Warren Usatine | Member | 8.00 | 825.00 | 6,600.00 |
| | **Total** | **117.70** | | **$65,505.50** |

## EXHIBIT D

## EXPENSE SUMMARY
## MAY 1, 2021 THROUGH MAY 31, 2021

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Online Research | WestLaw | $30.10 |
| Conference Call | Court Solutions | $70.00 |
| **TOTAL** | | **$100.10** |

## EXHIBIT E

### Expense Detail

**COLE SCHOTZ P.C.**

Re:     OFFICIAL COMMITTEE OF UNSECURED CREDITORS                                  Invoice Number  890524
        Client/Matter No. 60810-0001                                                June 2, 2021
                                                                                    Page 9

---

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---:|---:|
| 04/05/21 | ONLINE RESEARCH | 11.00 | 1.10 |
| 04/05/21 | ONLINE RESEARCH | 11.00 | 1.10 |
| 04/21/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 04/21/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 04/21/21 | ONLINE RESEARCH | 9.00 | 0.90 |
| 04/21/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 04/21/21 | CONFERENCE CALL | 1.00 | 70.00 |
| 04/21/21 | ONLINE RESEARCH | 14.00 | 1.40 |
| 04/21/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 04/21/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 04/21/21 | ONLINE RESEARCH | 6.00 | 0.60 |
| 04/21/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 04/21/21 | ONLINE RESEARCH | 10.00 | 1.00 |
| 04/21/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 04/21/21 | ONLINE RESEARCH | 30.00 | 3.00 |

                                                                **Total**          **$100.10**


TOTAL SERVICES AND COSTS:                                                    $        65,605.60