BEDELL CRISTIN JERSEY PARTNERSHIP
Edward Drummond
26 New Street
Saint Helier, Jersey JE2 3RA
Tel: +44 (0)1534 814814
edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*, | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**THIRTEENTH MONTHLY FEE STATEMENT OF
BEDELL CRISTIN JERSEY PARTNERSHIP
FOR PROFESSIONAL SERVICES RENDERED AS SPECIAL FOREIGN COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD OF MAY 1, 2021 THROUGH MAY 31, 2021**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---|
| Name of Applicant: | Bedell Cristin Jersey Partnership |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | June 29, 2020 *nunc pro tunc* to February 27, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | May 1, 2021 through May 31, 2021 |
| Fees Incurred: | $49,286.50 |
| 20% Holdback: | $9,857.30 |
| Total Compensation Less 20% Holdback: | $39,429.20 |
| Monthly Expenses Incurred: | $0.00 |
| Total Fees and Expenses Requested: | **$49,286.50** |

This is a __x__ monthly ____interim ____final application

Bedell Cristin Jersey Partnership ("Bedell Cristin"), special foreign counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Thirteenth Monthly Fee Statement") covering the period from May 1, 2021 through and including May 31, 2021 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023].

By this Thirteenth Monthly Fee Statement, Bedell Cristin requests interim allowance and payment of compensation in the amount of $39,429.20 (80% of $49,286.50) for fees on account of reasonable and necessary professional services rendered to the Committee by Bedell Cristin during the Compensation Period.

**FEES FOR SERVICES RENDERED
DURING THE COMPENSATION PERIOD**

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, hourly billing rates and aggregate hours spent by each Bedell Cristin professional and paraprofessional who provided services to the Committee during the Compensation Period. The rates charged by Bedell Cristin for services rendered to the Committee are the same rates that Bedell Cristin charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Bedell Cristin professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Bedell Cristin professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

**EXPENSES INCURRED
DURING THE COMPENSATION PERIOD**

Bedell Cristin confirms that no disbursements or expenses were incurred by it during the Compensation Period.

3

## NOTICE AND OBJECTION PROCEDURES

Notice of this Thirteenth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Thirteenth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) July 28, 2021** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If no objections to this Thirteenth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees identified herein.

If an objection to this Thirteenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirteenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application

hearing to be held by the Court.

Dated: St Helier, Jersey                    Bedell Cristin Jersey Partnership
July 14, 2021

                                            By:  */s/  Edward Drummond*
                                                 26 New Street, St Helier, Jersey, JE2 3RA
                                                 Telephone:  +44 (0) 1534 814621
                                                 Edward.drummond@bedellcristin.com


                                                 *Special Foreign Counsel to the Official
                                                 Committee of Unsecured Creditors Purdue
                                                 Pharma L.P.,* et al.

**Exhibit A**

**Timekeeper Summary**

| Partners | Department | Rate | Hours | Amount ($) |
|---|---|---|---|---|
| Advocate E. Drummond | Litigation | $770.00 | 7.4 | $5,698.00 |
| Advocate M. Paul | Financial Services Law | $770.00 | 8.4 | $6,468.00 |
| Advocate M. Dunlop | Financial Services Law | $770.00 | .2 | $154.00 |
| Advocate A. Hunter | Litigation | $770.00 | 5.4 | $4,158.00 |
| **Partner Total** | | | **21.4** | **$16,478.00** |
| | | | | |
| Senior Associates | Department | Rate | Hours | Amount ($) |
| Mrs. E Shaw | International Private Client | $565.00 | 33.6 | $18,984.00 |
| Miss. L Hassell | Litigation | $565.00 | 1.7 | $960.5 |
| **Senior Associate Total** | | | **35.3** | **$19,944.50** |
| | | | | |
| Associates | Department | Rate | Hours | Amount ($) |
| Mrs C. C. Young | Litigation | $445.00 | 8.4 | $3,738.00 |
| Miss K. F. Brass | International Private Client | $465.00 | 3.9 | $1,813.50 |
| Miss L. Carter | International Private Client | $465.00 | 13.5 | $6,277.50 |
| **Associate Total** | | | **25.8** | **$11,829.00** |
| | | | | |
| Paralegal | Department | Rate | Hours | Amount ($) |
| Mr M. G. E. Hill | International Private Client | $345.00 | 3.0 | $1,035.00 |
| **Paralegal Total** | | | **3.0** | **$1,035.00** |
| | | | | |
| **Staff Attorneys Total** | | | **82.5** | **$48,251.50** |
| **Legal Support Staff Total** | | | **3.0** | **$1,035.00** |
| **Total Hours / Fees Requested** | | | **85.5** | **$49,286.50** |

## TOTAL FEES FOR THE COMPENSATION PERIOD

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $770 | 21.4 | $16,478.00 |
| Senior Associate | $565 | 35.3 | $19,944.50 |
| Associates | $445 | 25.8 | $11,829.00 |
| Paralegals | $345 | 3.0 | $1,035.00 |
| **Blended Attorney Rate** | **$584.87** | | |
| **Blended Rate for All Timekeepers** | **$576.45** | | |
| **Total Hours / Fees Requested:** | | **85.5** | **$49,286.50** |

**Exhibit B**

**Task Code Summary**

| Task Code | Matter | Hours | Value($) |
|---|---|---|---|
| 3 | Bedell Cristin Fees | 3.1 | 1,510.00 |
| 6 | Retention | 7.2 | 4,778.50 |
| 13 | Analysis of Pre-Petition Transactions | 75.2 | 42,998.00 |
| | **TOTAL:** | **85.5** | **49,286.50** |

3

**Exhibit C**

**Itemized Fees**

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York
NY 10036

| | |
|---|---|
| **Our ref** | EBD/CCY/136744.0001 |
| **Invoice No** | 364588 |
| **Tax date** | 28 June 2021 |
| **GST No.** | 0009162 |
| **Tel:** | +44 (0) 1534 814814 |

**INVOICE**

Advice re: Purdue Pharma LP

| | Charge | GST Rate |
|---|---|---|
| **Professional Fees** | | |
| To professional services rendered from 01/05/2021 to 31/05/2021 | 49,286.50 | 0.0% |
| **Expenses** | | |
| | 0.00 | |
| **Third Party Charges** | | |
| | 0.00 | |
| Total excluding GST | US$ 49,286.50 | |
| Total GST | US$ 0.00 | |
| **INVOICE TOTAL** | **US$ 49,286.50** | |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE          Sort Code: 20-45-05
Account Name:  Bedell Group Services Offices  USD          Account Number:  62384922
Swift Code: BARCGB22          IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,          **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA          A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29622631-1

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York
NY 10036

| | |
|---|---|
| **Our ref** | KLB/CCY/136744.0001 |
| **Invoice No** | 364588 |
| **Tax date** | 28 June 2021 |
| **GST No.** | 0009162 |
| **Tel:** | +44 (0) 1534 814814 |

| Date | Details | Hrs:Min | Amount |
|------|---------|---------|--------|
| | **Advocate E. Drummond** | | |
| 04/05/21 | 0013: Claim - Call with AH re: BVI. | 0:12 | 154.00 |
| 05/05/21 | 006 Retention (BVI) - Call with AH (0.3). Email exchange with CY (0.2). | 0:30 | 385.00 |
| 06/05/21 | 0006 Retention - email re: BVI retainer. | 0:12 | 154.00 |
| 11/05/21 | 0003 Fees - review April invoices. | 0:06 | 77.00 |
| | 0006 Retention - Email (0.2) and call (0.2) with CY re: BVI next steps. | 0:24 | 308.00 |
| 12/05/21 | 0003 Fees - review April fee statement (0.2) - comments to CY (0.1). | 0:18 | 231.00 |
| 13/05/21 | 0006 - Retention: BVI retention. | 0:06 | 77.00 |
| | 0013 Claim - Prep for call (0.4). Call (0.3). Review article about Purdue (0.2). | 0:54 | 693.00 |
| 20/05/21 | 0013: Claims - Call with CY (0.3). Research (0.5). Emails with Jersey team (0.2). Call with Jersey team (1.0). Review ES emails to Akin Gump (0.1). | 2:06 | 1,617.00 |
| 21/05/21 | 0013 Claim - Review ES email in preparation for call (0.6). Call with Akin Gump (1.1). Post-call with ES (0.4). | 2:06 | 1,617.00 |
| 25/05/21 | 0013 Claim - review ES email and attachment (0.3). Email to ES (0.1). | 0:24 | 308.00 |
| 27/05/21 | 0013 Claim - Review email and marked up memo from MP (0.1). | 0:06 | 77.00 |
| | **Advocate M. Paul** | | |
| 04/05/21 | 0013 - Claim: discussions with colleague re background of matter | 0:30 | 385.00 |
| 05/05/21 | 0013 - Claim: review email and respond to question re Jersey legal issues; to Akin Gump | 0:18 | 231.00 |
| 06/05/21 | 0013: Claim - reviewing incoming email | 0:06 | 77.00 |
| 25/05/21 | 0013: Claim - reviewing incoming emails | 0:12 | 154.00 |
| 26/05/21 | 0013: Claim - call with ES | 0:30 | 385.00 |
| 27/05/21 | 0013: Claim - reviewing email correspondence (.7) and commencing review of draft memo of advice (1.0) | 1:42 | 1,309.00 |
| | 0013: Claim - reviewing memo and making minor amendments to same (.7), producing comparison and sharing via email (.3) | 1:00 | 770.00 |
| 28/05/21 | 0013: Claim - email summarising findings | 0:42 | 539.00 |
| | 0013: Claim - reviewing articles (2.2), research re Jersey legal issues, considering issues and options (1.0), discussion with colleagues (.2) | 3:24 | 2,618.00 |
| | **Advocate M.T. Dunlop** | | |
| 28/05/21 | 0013: Claim - Conversation with MP. | 0:12 | 154.00 |
| | **Mrs C. C. Young** | | |
| 04/05/21 | 0003: Fees - correspondence to EL at Akin Gump (.1), review/amend fee detail to examiner (.2), internal correspondence with accounts (.2) | 0:30 | 222.50 |
| 05/05/21 | 0006: Retention - internal email to AH and LH regarding time recording and fee details (.2), review letter of engagement (0.3), review CDD (0.2), internal email to ED (.5) | 1:12 | 534.00 |
| 07/05/21 | 0006: Retention - BVI, draft email (.3), query re engagement letter (.1) | 0:24 | 178.00 |
| 11/05/21 | 0003: Fees - monthly fee statement | 0:36 | 267.00 |
| 12/05/21 | 0003 Fees: monthly fee statement | 1:12 | 534.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE
Account Name: Bedell Group Services Offices  USD
Swift Code: BARCGB22

Sort Code: 20-45-05
Account Number: 62384922
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**
A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29622631-1

# B E D E L L
# C R I S T I N

LEGAL SERVICES

Advice re: Purdue Pharma LP

| | | |
|---|---|---|
| Our ref | KLB/CCY/136744.0001 |
| Invoice No | 364588 |
| Tax date | 28 June 2021 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mrs C. C. Young** | | |
| 13/05/21 | 0013: Claim - internal call ED & ES (0.3) | 0:18 | 133.50 |
| | 0003: Fees: email to AG | 0:06 | 44.50 |
| 18/05/21 | 0003: Fees - Monthly Fee Statement (0.2), email to Akin Gump (0.1) | 0:18 | 133.50 |
| 20/05/21 | 0013: Claim - internal call with ED and ES | 1:00 | 445.00 |
| | 0013: Claim - research (1.3), internal phone call ED (.3), | 1:36 | 712.00 |
| 21/05/21 | 0013: Claim - telephone call with Akin Gump (1.2) | 1:12 | 534.00 |
| | **Mrs E. Shaw** | | |
| 04/05/21 | 0013 Jersey Trust Issues: 2nd stage DD | 5:30 | 3,107.50 |
| 05/05/21 | 0013 - Jersey Trust issues: 2nd stage DD | 1:12 | 678.00 |
| 06/05/21 | 0013 Jersey Trust Review: 2nd stage DD | 3:42 | 2,090.50 |
| 07/05/21 | 0013 Jersey Trust Issues: 2nd stage DD (2.8) and internal update (.2) | 3:00 | 1,695.00 |
| 11/05/21 | 0013: Jersey Trust Review: 2nd stage DD | 3:00 | 1,695.00 |
| 12/05/21 | 0013 Jersey Trust Issues: 2nd stage DD | 3:24 | 1,921.00 |
| 13/05/21 | 0013 Jersey Trust Issues: 2nd stage DD - finalising findings memo | 0:54 | 508.50 |
| 14/05/21 | 0013 Jersey Trust Issues: finalise 2nd stage DD memo | 2:30 | 1,412.50 |
| 20/05/21 | 0013 - Jersey Trust Issues: internal call to discuss issues. | 1:00 | 565.00 |
| | 0013 - Jersey Trust Issues: email correspondence | 1:12 | 678.00 |
| 21/05/21 | 0013 Jersey Trust Issues: research on PTC directors (1.0); emails with findings (.4) | 1:24 | 791.00 |
| | 0013 Jersey Trust Issues: call with Akin Gump | 1:12 | 678.00 |
| | 0013 Jersey Trust Issues: internal follow up call | 0:24 | 226.00 |
| | 0013 Jersey Trust issues: dealing with follow up matters | 1:00 | 565.00 |
| 25/05/21 | 0013 Jersey Trust Issues: internal considerations and communications | 0:30 | 282.50 |
| 26/05/21 | 0013 Jersey Trust Issues: internal discussions (.5) and review of PTC docs (1.4). | 1:54 | 1,073.50 |
| 27/05/21 | 0013 Jersey Trust Issues: reviewing documents received from clients | 1:24 | 791.00 |
| 28/05/21 | 0013 Jersey Trust Issues: internal communications | 0:24 | 226.00 |
| | **Miss K. F. Brass** | | |
| 04/05/21 | 0013 Jersey Trust Issues: Internal discussion re Due Diligence | 0:54 | 418.50 |
| 05/05/21 | 0013 Jersey Trust Issues: Due diligence | 3:00 | 1,395.00 |
| | **Miss L. Carter** | | |
| 04/05/21 | 0013 Jersey Trust issues - trust due diligence | 0:42 | 325.50 |
| | 0013 Jersey Trust Issues - meeting with ES and KB | 0:42 | 325.50 |
| 05/05/21 | 0013 Jersey trust issues - due diligence | 2:30 | 1,162.50 |
| 06/05/21 | 0013 Jersey trust issues - due diligence | 3:30 | 1,627.50 |
| | 0013 - Jersey trust issues - due diligence | 0:24 | 186.00 |
| 07/05/21 | 0013 - Jersey trust issues - Discuss ES | 0:12 | 93.00 |
| | 0013 Jersey Trust Issues - Due diligence | 3:30 | 1,627.50 |
| 12/05/21 | 0013 - Jersey Trust Issues - Discuss ES | 0:12 | 93.00 |
| | 0013 - Jersey Trust Issues - review trust deeds (.7), internal call with ES (.2) | 0:54 | 418.50 |
| 18/05/21 | 0013 Jersey Trust Issues - research Jersey trust issues | 0:54 | 418.50 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE
Account Name: Bedell Group Services Offices  USD
Swift Code: BARCGB22

Sort Code: 20-45-05
Account Number: 62384922
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**
A list of Partners is available for inspection at the principal office

bedellcristin.com

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29622631-1

# BEDELL CRISTIN

LEGAL SERVICES

Advice re: Purdue Pharma LP

| | |
|---|---|
| Our ref | KLB/CCY/136744.0001 |
| Invoice No | 364588 |
| Tax date | 28 June 2021 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mr M. G. E. Hill** | | |
| 07/05/21 | 0013 Jersey Trust Issues: Draft appendices | 1:42 | 586.50 |
| | 0013 Jersey Trust Issues: internal email to ES | 0:12 | 69.00 |
| 12/05/21 | 0013 Jersey Trust Issues: draft appendices | 0:12 | 69.00 |
| 14/05/21 | 0013 Jersey Trust Issues: review documents from client | 0:54 | 310.50 |
| | **Advocate A. Hunter** | | |
| 04/05/21 | 0013 BVI legal advice - Internal emails re potential BVI instruction (0.2), emails with Akin Gump (0.2), discussions with MP and ED re background to case (0.6) | 1:00 | 770.00 |
| 05/05/21 | 0006 BVI Retention - Call with take on team (0.2), considering file opening and conflicts (0.5) | 0:42 | 539.00 |
| | 0013 BVI legal advice Prep for call (0.5) call with Akin Gump (0.4), call with ED (0.3), | 1:12 | 924.00 |
| 07/05/21 | 0006: BVI Retention - File opening and conflict checks (0.5) | 0:30 | 385.00 |
| 11/05/21 | 0006: BVI Retention -  Take on and conflicts emails with ED | 0:12 | 154.00 |
| 13/05/21 | 0006: BVI Retention - Emails and settling engagement terms | 0:18 | 231.00 |
| 19/05/21 | 0006: BVI retention - reviewing protective order acknowledgment (.2) and emailing CY (.1) | 0:18 | 231.00 |
| | 0006: BVI retention - reviewing retention order | 0:48 | 616.00 |
| 20/05/21 | 0006: BVI Retention  - call with LH on BVI conflict checks | 0:12 | 154.00 |
| | 0006: BVI Retention - call with ED on BVI conflict checks | 0:12 | 154.00 |
| | **Miss L Hassell** | | |
| 05/05/21 | 0006 - BVI Retention - (1.0) matter opening and discussions with AH internally | 1:00 | 565.00 |
| | 0013 Jersey legal advice - (0.5) call with Akin Gump | 0:30 | 282.50 |
| 20/05/21 | 0006 - BVI Retention: correspondence with AH re take-on process and additional conflicts to be run | 0:12 | 113.00 |
| | Total:- | 85:30 | 49,286.50 |
| | Advocate E. Drummond | 7:24 | 5,698.00 |
| | Advocate  M. Paul | 8:24 | 6,468.00 |
| | Advocate M.T. Dunlop | 0:12 | 154.00 |
| | Mrs C. C. Young | 8:24 | 3,738.00 |
| | Mrs E. Shaw | 33:36 | 18,984.00 |
| | Miss K. F. Brass | 3:54 | 1,813.50 |
| | Miss L. Carter | 13:30 | 6,277.50 |
| | Mr M. G. E. Hill | 3:00 | 1,035.00 |
| | Advocate  A. Hunter | 5:24 | 4,158.00 |
| | Miss L Hassell | 1:42 | 960.50 |

---

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE
Account Name: Bedell Group Services Offices  USD
Swift Code: BARCGB22

Sort Code: 20-45-05
Account Number: 62384922
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**
A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29622631-1