KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                                         :        Chapter 11
                                                               :
PURDUE PHARMA L.P., *et al.*                                   :        Case No. 19-23649 (RDD)
                                                               :
            Debtors.[1]                                        :        (Jointly Administered)
---------------------------------------------------------------x

**EIGHTEENTH MONTHLY FEE STATEMENT OF KURTZMAN CARSON**
**CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED**
**AND EXPENSES INCURRED AS INFORMATION AGENT FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**<u>FOR THE PERIOD MAY 1, 2021 THROUGH MAY 31, 2021</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| *General Information* | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |

| *Summary of Fees and Expenses Sought in the Fee Application* | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | May 1, 2021 through May 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $12,978.13 (80% of $16,222.66) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $2,319.88 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $18,542.54 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its seventeenth monthly fee statement (the "Monthly Fee Statement") for the period beginning May 1, 2021 through and including May 31, 2021 (the "Fee Period"). During the Fee Period, the fees and expenses incurred by KCC were $18,542.54.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $15,298.01, which represents 80% of KCC's total fees for reasonable and necessary professional

services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a.  **Exhibit A**.  A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b.  **Exhibit B**.  A schedule of expenses incurred by category.

c.  **Exhibit C**.  KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245,

Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on July 28, 2021** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated:  July 14, 2021
        El Segundo, California

/s/ *Sarah Harbuck*
**KURTZMAN CARSON CONSULTANTS LLC**
Sarah Harbuck
Drake D. Foster
222 N. Pacific Coast Highway
3rd Floor
El Segundo, California 90403
Tel: (310) 823-9000

**<u>CERTIFICATION</u>**

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

a)    I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

b)    I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

c)    I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.


Dated:  July 14, 2021
         El Segundo, California


                                                    /s/ *Sarah Harbuck*_____

                                                    Sarah Harbuck

**Exhibit A**
**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|----------|------|----------|-------|------|-------|
| AKW | Alyssa Kim-Whittle | Consultant | 3.5 | $203.28 | $711.48 |
| AMG | Ana Garcia | Consultant | 0.4 | $200.85 | $80.34 |
| ANP | Angela Preston | Consultant | 0.7 | $200.87 | $140.61 |
| AOP | Alfredo Pastor | Consultant | 1.7 | $200.86 | $341.47 |
| CET | Christopher Estes | Consultant | 8 | $203.28 | $1,626.24 |
| CHD | Christopher Do | Senior Managing Consultant | 3.6 | $231.53 | $833.52 |
| CHT | Cheryl Tracey | Consultant | 0.3 | $200.90 | $60.27 |
| CJC | Caitlin Corrie | Consultant | 0.8 | $125.23 | $100.18 |
| DAK | Dayna Kosinski | Consultant | 0.9 | $155.50 | $139.95 |
| DHP | Dionne Hopson | Consultant | 0.7 | $200.86 | $140.60 |
| DLN | Daisy Logan | Consultant | 8 | $200.86 | $1,606.89 |
| EJG | Evan Gershbein | Senior Managing Consultant | 3 | $231.52 | $694.57 |
| FGZ | Francisco Gonzalez | Clerk | 0.1 | $53.80 | $5.38 |
| FTA | Frank Taylor | Clerk | 0.2 | $53.80 | $10.76 |
| HBU | Hannah Bussey | Consultant | 0.2 | $200.90 | $40.18 |
| HEF | Heather Fellows | Consultant | 0.5 | $149.40 | $74.70 |
| ICO | Ignacio Corona | Clerk | 0.4 | $53.85 | $21.54 |
| IRJ | Ivan Rios Jimenez | Consultant | 0.3 | $143.40 | $43.02 |
| JBU | Joseph Bunning | Senior Consultant | 16.7 | $206.91 | $3,455.43 |
| JDG | Jennifer Grageda | Consultant | 0.8 | $149.40 | $119.52 |
| JUS | Juliana Shatarah | Consultant | 0.1 | $200.90 | $20.09 |
| JUY | Justin Uy | Consultant | 0.2 | $125.25 | $25.05 |
| KCO | Kaci Courtright | Consultant | 0.1 | $200.90 | $20.09 |
| KDT | Keith Taylor | Clerk | 0.3 | $53.83 | $16.15 |
| MAP | Manuel Pastor | Consultant | 1.5 | $200.87 | $301.30 |
| MDO | Matthew Orr | Consultant | 4.2 | $200.85 | $843.59 |
| MVZ | Michael Valadez | Consultant | 2.9 | $200.86 | $582.50 |
| MWC | Matthew Canty | Consultant | 2.5 | $200.86 | $502.14 |
| RIO | Rosemary Ibarra | Clerk | 0.1 | $53.80 | $5.38 |
| SDA | Samuel Miranda | Consultant | 2.8 | $200.86 | $562.42 |
| SEB | Senayt Berhe | Consultant | 0.2 | $149.45 | $29.89 |
| STP | Stephanie Paul | Consultant | 0.5 | $125.22 | $62.61 |
| SYU | Susan Yu | Consultant | 5.2 | $203.28 | $1,057.07 |
| TBM | Travis Buckingham | Consultant | 1.9 | $203.28 | $386.23 |
| TFL | Teresa Flores | Consultant | 0.3 | $125.23 | $37.57 |
| VRQ | Vanessa Triana | Senior Managing Consultant | 4.4 | $209.40 | $921.36 |
| VTM | Vien Marquez | Consultant | 3 | $200.86 | $602.57 |
| | **TOTALS** | | **81** | | **16,222.66** |

**Exhibit B**

**Summary of Expenses by Category**

| Category | Units | Rate | Amount |
|---|---|---|---|
| Electronic Imaging | 220 | $0.11 | $24.20 |
| Photocopies | 1 | $0.11 | $0.11 |
| First Class Mail | | | $164.95 |
| Reimbursement of case related phone costs | | | $171.56 |
| Printing and Mailing Expenses | | | $1,884.38 |
| Sales Tax | | | $74.68 |
| | | | |
| **TOTAL** | | | **$2,319.88** |

**Exhibit C**

**Invoice**



June 15, 2021


Purdue Pharma L.P. (Creditors' Committee)
Brendan Stuhan
Blue Cross and Blue Shield Association
1310 G Street NW
Washington DC 20005


      Re: Purdue Pharma L.P. (Creditors' Committee)
         USBC Case No. 19-23649


Dear Brendan Stuhan:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period May 1, 2021 to May 31, 2021 in the amount of $18,542.54 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC



Evan Gershbein
EVP Restructuring




Enclosures



June 15, 2021

<u>Copy Parties</u>

Ira S. Dizengoff, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Arik Preis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Mitchell Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Sara L. Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

## *Kurtzman Carson Consultants LLC*

| Account Number | 70789FA | Invoice Date | June 15, 2021 |
|---|---|---|---|
| Invoice Number | US_KCC2072663 | Due Date | Due upon receipt |

**Purdue Pharma L.P. (Creditors' Committee)**
*Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $16,222.66 |
| ***Total of Hourly Fees*** | $16,222.66 |
| | |
| **Expenses** | |
| Expenses | $2,245.20 |
| ***Total Expenses*** | $2,245.20 |
| | |
| ***Invoice Subtotal*** | **$18,467.86** |
| Sales and Use Tax | 74.68 |
| ***Total Invoice*** | **$18,542.54** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 70789FA | **Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| Invoice Number | US_KCC2072663 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Total Amount Due | $18,542.54 | Dept CH 16639 | HSBC Bank, NA |
| | | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| Amount Paid | $ | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

# *Kurtzman Carson Consultants LLC*

05/01/2021 - 05/31/2021

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| AKW | Alyssa Kim-Whittle | CON | 3.50 | $203.28 | $711.48 |
| AMG | Ana Garcia | CON | 0.40 | $200.85 | $80.34 |
| ANP | Angela Preston | CON | 0.70 | $200.87 | $140.61 |
| AOP | Alfredo Pastor | CON | 1.70 | $200.86 | $341.47 |
| CET | Christopher Estes | CON | 8.00 | $203.28 | $1,626.24 |
| CHD | Christopher Do | SMC | 3.60 | $231.53 | $833.52 |
| CHT | Cheryl Tracey | CON | 0.30 | $200.90 | $60.27 |
| CJC | Caitlin Corrie | CON | 0.80 | $125.23 | $100.18 |
| DAK | Dayna Kosinski | CON | 0.90 | $155.50 | $139.95 |
| DHP | Dionne Hopson | CON | 0.70 | $200.86 | $140.60 |
| DLN | Daisy Logan | CON | 8.00 | $200.86 | $1,606.89 |
| EJG | Evan Gershbein | SMC | 3.00 | $231.52 | $694.57 |
| FGZ | Francisco Gonzalez | CL | 0.10 | $53.80 | $5.38 |
| FTA | Frank Taylor | CL | 0.20 | $53.80 | $10.76 |
| HBU | Hannah Bussey | CON | 0.20 | $200.90 | $40.18 |
| HEF | Heather Fellows | CON | 0.50 | $149.40 | $74.70 |
| ICO | Ignacio Corona | CL | 0.40 | $53.85 | $21.54 |
| IRJ | Ivan Rios Jimenez | CON | 0.30 | $143.40 | $43.02 |
| JBU | Joseph Bunning | SC | 16.70 | $206.91 | $3,455.43 |
| JDG | Jennifer Grageda | CON | 0.80 | $149.40 | $119.52 |
| JUS | Juliana Shatarah | CON | 0.10 | $200.90 | $20.09 |
| JUY | Justin Uy | CON | 0.20 | $125.25 | $25.05 |
| KCO | Kaci Courtright | CON | 0.10 | $200.90 | $20.09 |
| KDT | Keith Taylor | CL | 0.30 | $53.83 | $16.15 |
| MAP | Manuel Pastor | CON | 1.50 | $200.87 | $301.30 |
| MDO | Matthew Orr | CON | 4.20 | $200.85 | $843.59 |
| MVZ | Michael Valadez | CON | 2.90 | $200.86 | $582.50 |
| MWC | Matthew Canty | CON | 2.50 | $200.86 | $502.14 |
| RIO | Rosemary Ibarra | CL | 0.10 | $53.80 | $5.38 |
| SDA | Samuel Miranda | CON | 2.80 | $200.86 | $562.42 |
| SEB | Senayt Berhe | CON | 0.20 | $149.45 | $29.89 |
| STP | Stephanie Paul | CON | 0.50 | $125.22 | $62.61 |
| SYU | Susan Yu | CON | 5.20 | $203.28 | $1,057.07 |
| TBM | Travis Buckingham | CON | 1.90 | $203.28 | $386.23 |
| TFL | Teresa Flores | CON | 0.30 | $125.23 | $37.57 |
| VRQ | Vanessa Triana | SMC | 4.40 | $209.40 | $921.36 |
| VTM | Vien Marquez | CON | 3.00 | $200.86 | $602.57 |

|  |  |  | *Total* | | **$16,222.66** |

## *Kurtzman Carson Consultants LLC*

### 05/01/2021 - 05/31/2021

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/1/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report re Notice of Professional Fee Hourly Rates [DN 2692] | CON | Noticing | 0.20 |
| 5/1/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Second Amended Stipulation & Order re Exhibits for Hearing on Privilege Motions [DN 2678] | CON | Noticing | 0.20 |
| 5/1/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Second Amended Stipulation & Order re Exhibits for Hearing on Privilege Motions [DN 2678] - Additional Party | CON | Noticing | 0.20 |
| 5/1/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Filing Second Amended Stipulation and Agreed Order re Exhibits [DN 2664] | CON | Noticing | 0.20 |
| | | | ***Total for 5/1/2021*** | | ***0.80*** |
| 5/2/2021 | VRQ | Second Amended Stipulation & Order re Exhibits for Hearing on Privilege Motions [DN 2678] - Additional Party | SMC | Noticing | 0.10 |
| | | | ***Total for 5/2/2021*** | | ***0.10*** |
| 5/3/2021 | EJG | Attention to Fee Statements [DNs 2796-2800] mailing, including email communication with counsel re same | SMC | Noticing | 0.70 |
| 5/3/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Fifth Supplemental Declaration of Arik Preis [DN 2704] | CON | Noticing | 0.20 |
| 5/3/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Professional Fee Hourly Rates [DN 2692] - Supplemental Party | CON | Noticing | 0.20 |
| 5/3/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Filing Second Amended Stipulation and Agreed Order re Exhibits [DN 2664] - Supplemental Party | CON | Noticing | 0.20 |
| 5/3/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
| 5/3/2021 | AMG | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | CON | Document Processing | 0.40 |
| 5/3/2021 | SYU | Correspond with counsel re service of Fee Statements | CON | Noticing | 0.10 |
| 5/3/2021 | SYU | Coordinate and generate Fee Statements [DNs 2796-2800] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.30 |
| 5/3/2021 | JUY | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.20 |
| 5/3/2021 | HBU | Review mail report for Notice of Filing Second Amended Stipulation and Agreed Order re Exhibits [DN 2664] | CON | Noticing | 0.10 |
| 5/3/2021 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |
| 5/3/2021 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Fifth Supplemental Declaration of Arik Preis [DN 2704] | CON | Noticing | 0.30 |
| 5/3/2021 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Professional Fee Hourly Rates [DN 2692] - Supplemental Party | CON | Noticing | 0.30 |

# *Kurtzman Carson Consultants LLC*

05/01/2021 - 05/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/3/2021 | VRQ | Coordinate and facilitate service of Fee Statements [DNs 2796-2800] including preparation of service lists, review documents and prepare related correspondence | SMC | Noticing | 1.00 |
| 5/3/2021 | DHP | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 5/3/2021 | MWC | Coordinate and generate Fee Statements [DNs 2796-2800] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 1.20 |
| 5/3/2021 | MWC | Review mail report for Notice of Professional Fee Hourly Rates [DN 2692] | CON | Noticing | 0.20 |
| 5/3/2021 | MWC | Review mail report for Fee Statements [DNs 2796-2800] | CON | Noticing | 0.20 |
| | | | | **Total for 5/3/2021** | **7.20** |
| 5/4/2021 | EJG | Attention to Bedell Tenth Monthly Fee Statement [DN 2805] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 5/4/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 5/4/2021 | SYU | Correspond with counsel re service of Bedell Tenth Monthly Fee Statement | CON | Noticing | 0.10 |
| 5/4/2021 | SYU | Coordinate and generate Bedell Tenth Monthly Fee Statement [DN 2805] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.20 |
| 5/4/2021 | SYU | Update the Master Service List per Notice of Withdrawal | CON | Noticing | 0.20 |
| 5/4/2021 | SYU | Review Certificate of Service re Fee Statements [DNs 2796-2800] | CON | Noticing | 0.30 |
| 5/4/2021 | SYU | Electronically file Certificates of Service with the court | CON | Noticing | 0.10 |
| 5/4/2021 | AKW | Review Certificate of Service for Fee Statements [DNs 2796-2800] mailing | CON | Noticing | 0.50 |
| 5/4/2021 | HBU | Review mail report for Notice of Filing Second Amended Stipulation and Agreed Order re Exhibits [DN 2664] - Supplemental Party | CON | Noticing | 0.10 |
| 5/4/2021 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 5/4/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 5/4/2021 | VRQ | Coordinate and facilitate service of Bedell Tenth Monthly Fee Statement [DN 2805] including preparation of service lists, review documents and prepare related correspondence | SMC | Noticing | 0.40 |
| 5/4/2021 | DLN | Review mail report for Fifth Supplemental Declaration of Arik Preis [DN 2704] | CON | Noticing | 0.10 |
| 5/4/2021 | DLN | Coordinate and generate Bedell Tenth Monthly Fee Statement [DN 2805] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.90 |
| 5/4/2021 | DLN | Prepare Certificate of Service for Bedell Tenth Monthly Fee Statement [DN 2805] mailing | CON | Noticing | 0.50 |
| 5/4/2021 | MWC | Prepare Affidavit of Service for Fee Statements [DNs 2796-2800] mailing | CON | Noticing | 0.90 |
| | | | | **Total for 5/4/2021** | **6.10** |
| 5/5/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 5/5/2021 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 5/5/2021 | SYU | Review Certificate of Service re Bedell Tenth Monthly Fee Statement [DN 2805] mailing | CON | Noticing | 0.30 |
| 5/5/2021 | JUS | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 5/5/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.40 |

# *Kurtzman Carson Consultants LLC*

05/01/2021 - 05/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/5/2021 | DLN | Prepare Certificate of Service for Bedell Tenth Monthly Fee Statement [DN 2805] mailing | CON | Noticing | 0.10 |
| 5/5/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement re Governmental Entities Group Fee Motion [DN 2659] | SMC | Noticing | 0.30 |
| | | | **Total for 5/5/2021** | | **2.20** |
| 5/6/2021 | JDG | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 5/6/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
| 5/6/2021 | SYU | Update the Master Service List per Notice of Appearance | CON | Noticing | 0.20 |
| 5/6/2021 | SYU | Review mail report for Second Amended Stipulation & Order re Exhibits for Hearing on Privilege Motions [DN 2678] mailing | CON | Noticing | 0.10 |
| 5/6/2021 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 5/6/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Professional Fee Hourly Rates [DN 2692] | SMC | Noticing | 0.30 |
| 5/6/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Second Amended Stipulation & Order re Exhibits for Hearing on Privilege Motions [DN 2678] - Additional Party | SMC | Noticing | 0.30 |
| 5/6/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Fifth Supplemental Declaration of Arik Preis [DN 2704] | SMC | Noticing | 0.30 |
| 5/6/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Second Amended Stipulation & Order re Exhibits for Hearing on Privilege Motions [DN 2678] | SMC | Noticing | 0.30 |
| 5/6/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Filing Second Amended Stipulation and Agreed Order re Exhibits [DN 2664] | SMC | Noticing | 0.30 |
| | | | **Total for 5/6/2021** | | **3.00** |
| 5/7/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 5/7/2021 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |
| 5/7/2021 | ANP | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 5/7/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Professional Fee Hourly Rates [DN 2692] - Supplemental Party | SMC | Noticing | 0.30 |
| 5/7/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Filing Second Amended Stipulation and Agreed Order re Exhibits [DN 2664] - Supplemental Party | SMC | Noticing | 0.30 |
| | | | **Total for 5/7/2021** | | **2.10** |
| 5/8/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Professional Fee Hourly Rates [DN 2692] - Supplemental Party | CON | Noticing | 0.20 |

# *Kurtzman Carson Consultants LLC*

### 05/01/2021 - 05/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/8/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Filing Second Amended Stipulation and Agreed Order re Exhibits [DN 2664] - Supplemental Party | CON | Noticing | 0.20 |
| | | | *Total for 5/8/2021* | | *0.40* |
| 5/10/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
| | | | *Total for 5/10/2021* | | *0.80* |
| 5/11/2021 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 5/11/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 5/11/2021 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |
| 5/11/2021 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 5/11/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 5/11/2021 | KCO | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| | | | *Total for 5/11/2021* | | *1.80* |
| 5/12/2021 | EJG | Attention to Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 5/12/2021 | KDT | Assist with Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.20 |
| 5/12/2021 | VTM | Assist with Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 5/12/2021 | MDO | Assist with Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 5/12/2021 | DAK | Assist with Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 5/12/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
| 5/12/2021 | MAP | Assist with Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 5/12/2021 | ICO | Assist with Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.30 |
| 5/12/2021 | SYU | Update the Master Service List per Notice of Appearance | CON | Noticing | 0.20 |
| 5/12/2021 | SYU | Correspond with counsel re service of Notice of Third Stip & Agreed Order re Exhibits for Hearing | CON | Noticing | 0.10 |
| 5/12/2021 | SYU | Update the Master Service List per recent correspondence | CON | Noticing | 0.20 |

# *Kurtzman Carson Consultants LLC*

05/01/2021 - 05/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 5/12/2021 | SYU | Coordinate and generate Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.30 |
| 5/12/2021 | MVZ | Assist with Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.00 |
| 5/12/2021 | VRQ | Coordinate and facilitate service of Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] including preparation of service lists, review documents and prepare related correspondence | SMC | Noticing | 0.70 |
| 5/12/2021 | DLN | Coordinate and generate Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 2.30 |
| 5/12/2021 | CHD | Assist with Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| | | | *Total for 5/12/2021* | | *8.30* |
| 5/13/2021 | EJG | Attention to Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 5/13/2021 | KDT | Assist with Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 5/13/2021 | VTM | Assist with Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 5/13/2021 | MDO | Assist with Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 5/13/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 5/13/2021 | IRJ | Assist with Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 5/13/2021 | ICO | Assist with Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 5/13/2021 | SYU | Correspond with counsel re service of Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions | CON | Noticing | 0.10 |
| 5/13/2021 | SYU | Coordinate and generate Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.30 |
| 5/13/2021 | HEF | Manage and review tracking of undeliverable mail re Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] | CON | Undeliverable Mail Processing | 0.10 |
| 5/13/2021 | AKW | Review Certificate of Service for Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] mailing | CON | Noticing | 0.90 |
| 5/13/2021 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |
| 5/13/2021 | AOP | Assist with Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |

# *Kurtzman Carson Consultants LLC*

### 05/01/2021 - 05/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/13/2021 | MVZ | Assist with Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.00 |
| 5/13/2021 | ANP | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 5/13/2021 | VRQ | Coordinate and facilitate service of Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] including preparation of service lists, review documents and prepare related correspondence | SMC | Noticing | 0.70 |
| 5/13/2021 | DLN | Prepare Certificate of Service for Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] mailing | CON | Noticing | 1.10 |
| 5/13/2021 | DLN | Coordinate and generate Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 2.10 |
| 5/13/2021 | CHD | Assist with Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| | | | *Total for 5/13/2021* | | *10.30* |
| 5/14/2021 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 5/14/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
| 5/14/2021 | SYU | Review Certificate of Service re Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] mailing | CON | Noticing | 0.30 |
| 5/14/2021 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 5/14/2021 | HEF | Manage and review tracking of undeliverable mail re Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] | CON | Undeliverable Mail Processing | 0.10 |
| 5/14/2021 | AKW | Review Certificate of Service for Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] mailing | CON | Noticing | 1.10 |
| 5/14/2021 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 5/14/2021 | DLN | Prepare Certificate of Service for Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] mailing | CON | Noticing | 0.90 |
| | | | *Total for 5/14/2021* | | *3.50* |
| 5/17/2021 | EJG | Attention to Supp Declaration ISO Akin Gump Retention App [DN 2869] mailing, including email communication with counsel re same | SMC | Noticing | 0.40 |
| 5/17/2021 | FTA | Assist with Supp Declaration ISO Akin Gump Retention App [DN 2869] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 5/17/2021 | VTM | Assist with Supp Declaration ISO Akin Gump Retention App [DN 2869] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 5/17/2021 | MDO | Assist with Supp Declaration ISO Akin Gump Retention App [DN 2869] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 5/17/2021 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 5/17/2021 | DAK | Assist with Supp Declaration ISO Akin Gump Retention App [DN 2869] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |

# *Kurtzman Carson Consultants LLC*

05/01/2021 - 05/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/17/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 5/17/2021 | MAP | Assist with Supp Declaration ISO Akin Gump Retention App [DN 2869] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 5/17/2021 | RIO | Assist with Supp Declaration ISO Akin Gump Retention App [DN 2869] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 5/17/2021 | SYU | Review Certificate of Service re Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] mailing | CON | Noticing | 0.30 |
| 5/17/2021 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 5/17/2021 | SYU | Correspond with counsel re service of Supp Declaration ISO Akin Gump Retention App | CON | Noticing | 0.10 |
| 5/17/2021 | SYU | Coordinate and generate Supp Declaration ISO Akin Gump Retention App [DN 2869] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.30 |
| 5/17/2021 | AOP | Assist with Supp Declaration ISO Akin Gump Retention App [DN 2869] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.90 |
| 5/17/2021 | VRQ | Coordinate and facilitate service of Supp Declaration ISO Akin Gump Retention App [DN 2869] including preparation of service lists, review documents and prepare related correspondence | SMC | Noticing | 0.70 |
| 5/17/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.40 |
| 5/17/2021 | SDA | Coordinate and generate Supp Declaration ISO Akin Gump Retention App [DN 2869] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 1.10 |
| 5/17/2021 | SDA | Prepare Affidavit of Service for Supp Declaration ISO Akin Gump Retention App [DN 2869] mailing | CON | Noticing | 0.20 |
| 5/17/2021 | CHD | Assist with Supp Declaration ISO Akin Gump Retention App [DN 2869] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| | | | | *Total for 5/17/2021* | **7.40** |
| 5/18/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
| 5/18/2021 | HEF | Manage and review tracking of undeliverable mail re Supp Declaration ISO Akin Gump Retention App [DN 2869] | CON | Undeliverable Mail Processing | 0.10 |
| 5/18/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 5/18/2021 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.70 |
| 5/18/2021 | ANP | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 5/18/2021 | SDA | Prepare Affidavit of Service for Supp Declaration ISO Akin Gump Retention App [DN 2869] mailing | CON | Noticing | 1.30 |
| 5/18/2021 | SDA | Review email correspondence from recent service and follow-up with creditor and KCC Team re same | CON | Noticing | 0.10 |
| | | | | *Total for 5/18/2021* | **3.40** |
| 5/19/2021 | JDG | Coordinate and log creditor calls to ensure timely responses | CON | Communications / Call Center | 0.10 |

## *Kurtzman Carson Consultants LLC*

05/01/2021 - 05/31/2021

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/19/2021 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 5/19/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
| 5/19/2021 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 5/19/2021 | SYU | Review Certificate of Service re Supp Declaration ISO Akin Gump Retention App [DN 2869] mailing | CON | Noticing | 0.30 |
| 5/19/2021 | HEF | Track undeliverable mail from Akin, Province, Jefferies, Bedell, Cole Schotz & KCC Interim Fee Apps [Docket Nos. 2516, 2518-2519, 2521-2522, 2524] | CON | Undeliverable Mail Processing | 0.10 |
| 5/19/2021 | AKW | Review Certificate of Service for Supp Declaration ISO Akin Gump Retention App [DN 2869] mailing | CON | Noticing | 1.00 |
| 5/19/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 5/19/2021 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.70 |
| 5/19/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 5/19/2021 | ANP | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 5/19/2021 | SDA | Prepare Affidavit of Service for Supp Declaration ISO Akin Gump Retention App [DN 2869] mailing | CON | Noticing | 0.10 |
| 5/19/2021 | DHP | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| | | | | *Total for 5/19/2021* | *4.00* |
| 5/20/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 5/20/2021 | TFL | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 5/20/2021 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.70 |
| 5/20/2021 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.20 |
| | | | | *Total for 5/20/2021* | *1.90* |
| 5/21/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
| 5/21/2021 | TBM | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 5/21/2021 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 5/21/2021* | *1.30* |
| 5/22/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] | CON | Noticing | 0.20 |
| 5/22/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] | CON | Noticing | 0.20 |
| | | | | *Total for 5/22/2021* | *0.40* |

# *Kurtzman Carson Consultants LLC*

05/01/2021 - 05/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/24/2021 | EJG | Attention to UCC Statement re DS and Solicitation Motion [DN 2911] mailing, including email communication with counsel re same | SMC | Noticing | 0.40 |
| 5/24/2021 | FTA | Assist with UCC Statement re DS and Solicitation Motion [DN 2911] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 5/24/2021 | VTM | Assist with UCC Statement re DS and Solicitation Motion [DN 2911] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 5/24/2021 | MDO | Assist with UCC Statement re DS and Solicitation Motion [DN 2911] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 5/24/2021 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 5/24/2021 | DAK | Assist with UCC Statement re DS and Solicitation Motion [DN 2911] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 5/24/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
| 5/24/2021 | TBM | Coordinate and generate UCC Statement re DS and Solicitation Motion [DN 2911] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.80 |
| 5/24/2021 | TBM | Review mail report for UCC Statement re DS and Solicitation Motion [DN 2911] | CON | Noticing | 0.10 |
| 5/24/2021 | MAP | Assist with UCC Statement re DS and Solicitation Motion [DN 2911] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.00 |
| 5/24/2021 | FGZ | Assist with UCC Statement re DS and Solicitation Motion [DN 2911] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 5/24/2021 | TFL | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.20 |
| 5/24/2021 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.70 |
| 5/24/2021 | AOP | Assist with UCC Statement re DS and Solicitation Motion [DN 2911] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 5/24/2021 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 5/24/2021 | CHD | Assist with UCC Statement re DS and Solicitation Motion [DN 2911] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| | | | | *Total for 5/24/2021* | *6.10* |
| 5/25/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supp Declaration ISO Akin Gump Retention App [DN 2869] | CON | Noticing | 0.20 |
| 5/25/2021 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 5/25/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
| 5/25/2021 | TBM | Prepare Certificate of Service for UCC Statement re DS and Solicitation Motion [DN 2911] mailing | CON | Noticing | 0.50 |
| 5/25/2021 | TBM | File a Certificate of Service on Pacer website | CON | Noticing | 0.30 |

# *Kurtzman Carson Consultants LLC*

### 05/01/2021 - 05/31/2021

### *Time Detail*

| <u>Date</u> | <u>Employee</u> | <u>Description</u> | <u>Position Type</u> | <u>Category</u> | <u>Hours</u> |
|---|---|---|---|---|---|
| 5/25/2021 | SYU | Update the Master Service List per Notice of Substitution of Attorney | CON | Noticing | 0.20 |
| 5/25/2021 | SYU | Update the Master Service List per Notice of Appearance | CON | Noticing | 0.20 |
| 5/25/2021 | HEF | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 5/25/2021 | SEB | Manage and review tracking of undeliverable mail re UCC Statement re DS and Solicitation Motion [DN 2911] | CON | Undeliverable Mail Processing | 0.20 |
| 5/25/2021 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 5/25/2021 | CJC | Organize and file general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.10 |
| 5/25/2021 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.20 |
| | | | ***Total for 5/25/2021*** | | ***3.20*** |
| 5/26/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supp Declaration ISO Akin Gump Retention App [DN 2869] | CON | Noticing | 0.20 |
| 5/26/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
| 5/26/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 5/26/2021 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |
| 5/26/2021 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] | CON | Noticing | 0.30 |
| 5/26/2021 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] | CON | Noticing | 0.30 |
| 5/26/2021 | STP | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.20 |
| | | | ***Total for 5/26/2021*** | | ***2.40*** |
| 5/27/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.70 |
| 5/27/2021 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.70 |
| | | | ***Total for 5/27/2021*** | | ***1.40*** |
| 5/28/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] | CON | Noticing | 0.20 |
| 5/28/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] | CON | Noticing | 0.20 |
| 5/28/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 5/28/2021 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |

# *Kurtzman Carson Consultants LLC*

## 05/01/2021 - 05/31/2021

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 5/28/2021 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supp Declaration ISO Akin Gump Retention App [DN 2869] | CON | Noticing | 0.30 |
| | | | | ***Total for 5/28/2021*** | ***2.10*** |
| 5/29/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for UCC Statement re DS and Solicitation Motion [DN 2911] | CON | Noticing | 0.20 |
| 5/29/2021 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for UCC Statement re DS and Solicitation Motion [DN 2911] | CON | Noticing | 0.30 |
| | | | | ***Total for 5/29/2021*** | ***0.50*** |
| 5/31/2021 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| | | | | ***Total for 5/31/2021*** | ***0.30*** |
| | | | | ***Total Hours*** | ***81.00*** |

# *Kurtzman Carson Consultants LLC*

## 05/01/2021 - 05/31/2021

### *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| Electronic imaging | 220 | $0.11 | $24.20 |
| Photocopies | 1 | $0.11 | $0.11 |
| Reimbursement of case related phone costs | | | $171.56 |
| First Class Mail | | | $164.95 |
| Printing and Mailing Expenses (See Exhibit) | | | $1,884.38 |
| | | *Total Expenses* | *$2,245.20* |

# *Kurtzman Carson Consultants LLC*

05/01/2021 - 05/31/2021

## *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 5/3/2021 | Fee Statements [DNs 2796-2800] | 6 | Email Parties | $0.00 | $100.00 |
| 5/4/2021 | Bedell Tenth Monthly Fee Statement [DN 2805] | 6 | Email Parties | $0.00 | $100.00 |
| 5/12/2021 | Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] | 195 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 195 Email Parties | $250.00 | $250.00 |
| | | 53 | First Class Mail | | |
| | | 954 | Image notice printing for 1 document, including Purdue 2851 Notice of Third Stip and Agreed Order re Exhibits | $0.11 | $104.94 |
| | | 53 | Non-Standard Envelopes | $0.36 | $19.08 |
| 5/13/2021 | Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] | 194 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 194 Email Parties | $250.00 | $250.00 |
| | | 53 | First Class Mail | | |
| | | 530 | Image notice printing for 1 document, including Purdue DN 2859 Third Amended Stip and Order re Exhibits | $0.11 | $58.30 |
| | | 53 | Standard Envelopes | $0.14 | $7.42 |
| 5/17/2021 | Supp Declaration ISO Akin Gump Retention App [DN 2869] | 194 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 194 Email Parties | $250.00 | $250.00 |
| | | 52 | First Class Mail | | |
| | | 312 | Image notice printing for 1 document, including Purdue DN 2869 Supp Declaration of Preis ISO Akin Gump Ret App | $0.11 | $34.32 |
| | | 52 | Standard Envelopes | $0.14 | $7.28 |
| 5/24/2021 | UCC Statement re DS and Solicitation Motion [DN 2911] | 194 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 194 Email Parties | $250.00 | $250.00 |
| | | 52 | First Class Mail | | |
| | | 416 | Image notice printing for 1 document, including Purdue DN 2911 UCC Statement in Respect of DS and Solicitation Motion | $0.11 | $45.76 |
| | | 52 | Standard Envelopes | $0.14 | $7.28 |

**Total Printing and Mailing Expenses** **$1,884.38**