Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., *et al.*,** | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TWELFTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER,
FOR THE PERIOD FROM APRIL 1, 2021 THROUGH APRIL 30, 2021**

| Name of Applicant | Bielli & Klauder, LLC |
|---|---|
| Applicant's Role in Case | Counsel to Fee Examiner |
| Date Order of Employment Signed | May 26, 2020 [Docket No. 1182] |

| Period for which compensation and reimbursement is sought | April 1, 2021 through April 30, 2021 |
|---|---|
| **Summary of Total Fees and Expenses Requested** | |
| Total compensation and reimbursement requested in this statement | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| **This is a(n):**    $\underline{X}$ Monthly Application_____Interim Application_____Final Application |
| --- |

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("B&K"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Twelfth Monthly Statement of Services Rendered and Expenses Incurred for the Period from April 1, 2021 through April 30, 2021* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from April 1, 2021 through and including April 30, 2021, is referred to herein as the "**Fee Period**".

2

2.      Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.      Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period.  As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.  The specifics of the fees and costs are set forth on **Exhibit C**.

4.      Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

<u>**Notice**</u>

5.      The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

Dated: July 14, 2021                          **BIELLI & KLAUDER LLC**


                                              */s/ Thomas D. Bielli*
                                              Thomas D. Bielli, Esquire (ID No. 5831474)
                                              1905 Spruce Street
                                              Philadelphia, PA 19103
                                              Phone: (215) 642-8271
                                              tbielli@bk-legal.com

                                              *Counsel to Fee Examiner*
                                              *David M. Klauder, Esquire*

## Exhibit A

**Project Categories**

| Project Category | Total Hours |
|---|---|
| Case Administration | 9.60 |
| Fee/Employment Applications- Retention Professionals | 109.80 |
| BK/ Fee Examiner- Retention and Fee Applications | 7.30 |
| | |
| **Total** | **126.70** |

**Exhibit B**

**Professionals and Paraprofessionals**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 58.50 |
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 28.30 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $195.00 | 16.80 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $100.00 | 20.9 |
| Melissa Hartlipp | Paraprofessional; joined B&K in 2020 | $150.00 | 2.20 |

**<u>Exhibit C</u>**

**Computation of Monthly Fee**

| Fee Description | Amount |
|---|---|
| Monthly Fee for April 2021 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**
Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1310
**DATE** 04/30/2021
**DUE DATE** 04/30/2021
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - April 2021 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE**

**$24,250.00**

## Exhibit D

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
215-642-8271

July 12, 2021

Purdue Pharma, L.P.

**Invoice Number: 2368**
Invoice Period: 04-01-2021 - 04-30-2021

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-01-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review allocation fee issue for ad hoc committee professionals and discuss with T. Bielli | | | |
| 04-02-2021 | Isabel Bielli | [ALL] Case Administration | 1.60 | 100.00 | 160.00 |
| | | Draft interim report letters. Upload to google drive and send to Dave | | | |
| 04-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 375.00 | 525.00 |
| | | Interim fee app analysis for various professionals | | | |
| 04-03-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 195.00 | 351.00 |
| | | Preparation of Bedell Cristin's 3rd Interim Review Report | | | |
| 04-03-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 375.00 | 750.00 |
| | | Prepare interim reports for Province, Jefferies and King & Spalding | | | |
| 04-03-2021 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Receipt of Arnold & Porter's 18th monthly fee statement and corresponding data; Receipt of Cornerstone's 10th monthly fee statement; Receipt of Brown Rudnick's 17th monthly fee statement | | | |
| 04-03-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Review of Bedell Cristin's 8th and 9th monthly fee data | | | |
| 04-04-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Draft interim report for AlixPartners | | | |
| 04-05-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Edit interim report to AlixPartners | | | |
| 04-05-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Edit interim report to Cole Schotz | | | |
| 04-05-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |
| | | Edit interim report to Akin Gump | | | |
| 04-05-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Edit interim report to Davis Polk | | | |
| 04-05-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 100.00 | 130.00 |
| | | Download and review data for fourth interim Brown Rudnick | | | |
| 04-06-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 100.00 | 70.00 |
| | | Create spreadsheets for Akin Gump, Cole Schotz, and Province for the fourth interim final letters | | | |
| 04-06-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 100.00 | 60.00 |
| | | Create spreadsheets for Davis Polk and Alix Partners for the fourth interim final letters | | | |
| 04-06-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.40 | 100.00 | 240.00 |
| | | Review Brown Rudnick fourth interim data and draft review report | | | |
| 04-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review file with respect to data from Brown Rudnick and other professionals | | | |
| 04-06-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Prep and send various interim reports to UCC professionals | | | |
| 04-06-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |
| | | Review Dechert interim fee app and prep interim report | | | |
| 04-06-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Work on various interim reports | | | |
| 04-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and provide attachments re Province review | | | |
| 04-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Attention to Alix Partners Review backup documents | | | |
| 04-07-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained | 0.40 | 350.00 | 140.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Review final Akin Gump Fee Reduction letter; update same | | | |
| 04-07-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review final Province Fee Reduction letter; update same | | | |
| 04-07-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review final Jefferies Fee Reduction letter; update same | | | |
| 04-07-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review final Cole Shotz Fee Reduction letter; update same | | | |
| 04-07-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Create spreadsheets for final letter for Dechert fourth interim | | | |
| 04-07-2021 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Phone call with Legal Decoder regarding data publishing status | | | |
| 04-07-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Create spreadsheets for final letter for King & Spalding fourth interim | | | |
| 04-07-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review/Prepare Arnold Porter Fee request | | | |
| 04-07-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 100.00 | 60.00 |
| | | Create spreadsheets for final letter for Bedell Cristin and Cornerstone fourth interim | | | |
| 04-07-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review/Prepare Wilmer Hale Fee request | | | |
| 04-07-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 195.00 | 253.50 |
| | | Review of Skadden's 16th month data and compilation of 4th interim data for review report | | | |
| 04-07-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 195.00 | 390.00 |
| | | Preparation of Skadden's 4th Interim Review Report | | | |
| 04-07-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review/Prepare Jones Day Fee request | | | |
| 04-07-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspondence with Cole Shotz with respect to Fee Review | | | |
| 04-07-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained | 0.50 | 195.00 | 97.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Review of Brown Rudnick's 4th interim review report; correspondence to Fee Examiner with completed reports and status; Receipt of E&Y's 8th monthly fee statement and corresponding data; Receipt of Cornerstone's February data; email correspondence with Legal Decoder re: status of published data | | | |
| 04-07-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Correspondence and conference with team regarding reviews | | | |
| 04-07-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Final edits to Dechert interim report and send out same | | | |
| 04-07-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Final edits to AlixPartners interim report and send out same | | | |
| 04-07-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Edit King & Spalding interim report and send out same | | | |
| 04-07-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 375.00 | 412.50 |
| | | Edit Davis Polk interim report and send out same | | | |
| 04-07-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Begin prep of interim reports for Bedell and Cornerstone | | | |
| 04-07-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss Arnold & Porter and WilmerHale with T. Bielli | | | |
| 04-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to and review of E&Y Fee/Expenses report | | | |
| 04-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to and review of PJT Fee/Expenses report | | | |
| 04-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Prepare examiner's review letter for PJT | | | |
| 04-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Prepare examiner's review letter for Arnold & Porter | | | |
| 04-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Prepare examiner's review letter for Wilmer Hale | | | |
| 04-08-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Draft and send out Cornerstone research interim report | | | |
| 04-08-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |
| | | Draft and send out Bedell Cristin research interim report | | | |
| 04-08-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails re: PJT interim fee app | | | |
| 04-08-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Discuss fee app review status with T. Bielli | | | |
| 04-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review detailed analysis regarding overlap of Jeffries and Province | | | |
| 04-08-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 100.00 | 150.00 |
| | | Download and review data for fourth interim Kramer Levin | | | |
| 04-08-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.70 | 100.00 | 270.00 |
| | | Download and review data for fourth interim FTI | | | |
| 04-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review final AlixPartners Fee Reduction letter; update same | | | |
| 04-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review final Dechert Fee Reduction letter; update same | | | |
| 04-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review final Davis Polk Fee Reduction letter; update same | | | |
| 04-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review of correspondence from Dechert with respect to Fee Review | | | |
| 04-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review final King & Spalding Fee Reduction letter; update same | | | |
| 04-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with Baker Botts regarding Jefferies fee issues | | | |
| 04-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Correspondence and conference with team regarding reviews | | | |
| 04-09-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained | 0.40 | 100.00 | 40.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Review data for fourth interim Kramer Levin | | | |
| 04-09-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Phone call with I. Bielli re: allocation data for FTI and Kramer Levin; pull allocation data for review; brief research on allocation of assets and administration costs associated | | | |
| 04-09-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review of final correspondence to Arnold & Porter regarding fee examiner's report | | | |
| 04-09-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review of final correspondence to Wilmer Hale regarding fee examiner's report | | | |
| 04-09-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review of final correspondence to PJT regarding fee examiner's report | | | |
| 04-09-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Akin Gump's response to Fee Examiner's report | | | |
| 04-09-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review King & Spalding's response to Fee Examiner's report | | | |
| 04-09-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to interim fee reports and discuss same with T. Bielli | | | |
| 04-09-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review final Bedell Fee Examiner letter; update same | | | |
| 04-09-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review final Cornerstone Fee Examiner letter; update same | | | |
| 04-09-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.10 | 100.00 | 210.00 |
| | | Review allocation data for Kramer Levin and FTI | | | |
| 04-09-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Call with Tracey about allocation data | | | |
| 04-10-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 100.00 | 140.00 |
| | | Finish fourth interim review for Kramer Levin, draft review report. | | | |
| 04-10-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 195.00 | 273.00 |
| | | Compilation and review of Gilbert's 4th Interim data; preparation of review report | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-10-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 100.00 | 150.00 |
| | | Finish fourth interim review for FTI, draft review report. | | | |
| 04-10-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.50 | 350.00 | 875.00 |
| | | Prepare Fee Examiner Report for KPMG | | | |
| 04-10-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Prepare Fee Examiner Report for Jones Day | | | |
| 04-10-2021 | Melissa Hartlipp | P280 - Other | 0.70 | 150.00 | 105.00 |
| | | P280 - Other; compared and confirmed billing rates between documents | | | |
| 04-10-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 195.00 | 58.50 |
| | | Review and revision of Interim Review Reports for Kramer Levin and FTI | | | |
| 04-10-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Initial review of fee requests; correspondence with lead reviewer regarding same | | | |
| 04-10-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 195.00 | 234.00 |
| | | Review of Otterbourg's 4th Interim and allocation data | | | |
| 04-10-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Prepare Fee Examiner Report for Jones Day | | | |
| 04-10-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Preparation of Otterbourg's 4th Interim Review Report | | | |
| 04-10-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 195.00 | 273.00 |
| | | Review of Gilbert's 16th and Allocation data | | | |
| 04-10-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Receipt of Davis Polk's 18th monthly fee statement; review of Assignment Log; Review itinerant biller issue in KPMG's 4th Interim report; review Skadden report re: voluntary fee reductions; correspondence with T. Bielli with completed interim reports | | | |
| 04-10-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Attention to interim fee review and preparing interim reports | | | |
| 04-11-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Attention to interim fee review and preparing interim reports | | | |
| 04-11-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.60 | 350.00 | 910.00 |
| | | Prepare Gilbert's Fee Examiner Report | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 04-11-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review edits to KPMG's Fee Report | | | |
| 04-11-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review edits to Jones Day's Fee Report | | | |
| 04-11-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Prepare for Ad Hoc Committee Professionals reports | | | |
| 04-11-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | Attention to Houlihan Lokey's 3rd interim; draft report | | | |
| 04-11-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 350.00 | 420.00 |
| | | Review application and reviewer's report regarding Otterbourg; draft examiner's letter regarding same | | | |
| 04-11-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | Prepare FTI's Fee Examiner Report | | | |
| 04-11-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.80 | 350.00 | 980.00 |
| | | Prepare Kramer Levin's Fee Examiner Report | | | |
| 04-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Final review of Skadden Fee Report | | | |
| 04-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Final review of FTI Fee Report | | | |
| 04-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Final review of Gilbert Fee Report | | | |
| 04-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Final review of Kramer Levin Fee Report | | | |
| 04-12-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 195.00 | 312.00 |
| | | Preparation of Brown Rudnick's Review Report for the 4th interim and allocation period | | | |
| 04-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.40 | 350.00 | 840.00 |
| | | Prepare Brown Rudnick Fee Statement | | | |
| 04-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|------------|------|-------|------|--------|
| | | Review and input data regarding KPMG | | | |
| 04-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Final review of Jones Day Fee Report | | | |
| 04-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Final review of Houlihan Lokey Fee Report | | | |
| 04-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Final review of Otterbourg Fee Report | | | |
| 04-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review Akin Gump's response to fee review | | | |
| 04-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review Cole Shotz response to Fee Examiner Report | | | |
| 04-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review response and correspondence with Dechert regarding response to fee examiner review | | | |
| 04-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Final review of Kramer Levin Fee Report | | | |
| 04-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Dissemination of FTI Final Report; input data re same | | | |
| 04-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Dissemination of final fee examiner report for Kramer Levin; input data regarding same | | | |
| 04-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Dissemination of final fee examiner report for Gilbert; input data regarding same | | | |
| 04-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Dissemination of final fee examiner report for Skadden; input data regarding same | | | |
| 04-12-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 375.00 | 450.00 |
| | | Review various interim reports and send out same | | | |
| 04-13-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review notes and documents in advance of call with Dechert | | | |
| 04-13-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained | 0.30 | 350.00 | 105.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Conference call with Dechert with respect to Fee Reduction request | | | |
| 04-13-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Final review and upload of Brown Rudnick fee letter and update data regarding same | | | |
| 04-13-2021 | Melissa Hartlipp | [ALL] Case Administration | 1.50 | 150.00 | 225.00 |
| | | [ALL] Case Administration; reviewing fourth interim information | | | |
| 04-13-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Prep and send out Brown Rudnick interim report | | | |
| 04-13-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Attention to responses to interim reports, including discussions with Dechert, Province, Jefferies, Akin Gump | | | |
| 04-13-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review response from Jefferies and Province response to Fee Report | | | |
| 04-13-2021 | Thomas Bielli | [ALL] Case Administration | 0.40 | 350.00 | 140.00 |
| | | Review Grant Thorton Retention App | | | |
| 04-13-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Correspond with Davis Polk regarding Fee Examiner's Report debrief | | | |
| 04-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review Davis Polk response to Fee Examiner's Report | | | |
| 04-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review correspondence to/from Dechert with respect to resolution of Fee Examiner's Report | | | |
| 04-14-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 350.00 | 70.00 |
| | | Review correspondence to/from Province with respect to resolution of Fee Examiner's Report | | | |
| 04-14-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 350.00 | 70.00 |
| | | Update date re Province resolution of Fee Examiner's Report | | | |
| 04-14-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 350.00 | 70.00 |
| | | Update date re Dechert resolution of Fee Examiner's Report | | | |
| 04-14-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to interim fee app review and responses to interim reports | | | |
| 04-14-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| | | Phone call with counsel for Jefferies re: interim report | | | |
| 04-14-2021 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Review Grant Thorton Retention Application | | | |
| 04-14-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |
| | | Review Davis Polk interim report and discussion re: same | | | |
| 04-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review Gilbert's response to Fee Examiner's report | | | |
| 04-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Conference call with Davis Polk regarding Fee Examiner's Report | | | |
| 04-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence from Cornerstone in response to Fee Examiner's Report | | | |
| 04-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence from Davis Polk with respect to response to Fee Examiner's Report | | | |
| 04-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Conference call with Bedell regarding Fee Examiner's Report | | | |
| 04-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review correspondence from Scott Davidson/K&S regarding negotiations with Fee Examiner | | | |
| 04-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review correspondence with Cole Shotz confirming agreement on reduction; incorporate data into tracking spreadsheet | | | |
| 04-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review correspondence with Akin Gump confirming agreement on reduction; incorporate data into tracking spreadsheet | | | |
| 04-15-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 375.00 | 450.00 |
| | | Review various responses to interim reports and respond accordingly | | | |
| 04-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review Alix Partners response to Fee Examiner's report | | | |
| 04-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with KPMG regarding Fee Examiner's Report | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-15-2021 | Thomas Bielli | [ALL] Exec. Contracts & Unexpired Leases | 0.30 | 350.00 | 105.00 |
| | | Correspond to FTI with respect to Fee Examiner's Report | | | |
| 04-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review correspondence with Gilbert confirming agreement on reduction; incorporate data into tracking spreadsheet | | | |
| 04-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review correspondence with Bedell confirming agreement on reduction; incorporate data into tracking spreadsheet | | | |
| 04-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review King and Spalding position regarding Fee Examiner Report | | | |
| 04-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review correspondence with Cornerstone confirming agreement on reduction; incorporate data into tracking spreadsheet | | | |
| 04-16-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Conference call with FTI regarding Fee Examiner's Report | | | |
| 04-16-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Conference call with King & Spalding regarding Fee Examiner's Report | | | |
| 04-16-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Correspond with Alix Partners Fee Examiner Report | | | |
| 04-16-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Phone call/emails with FTI re: interim report | | | |
| 04-16-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Phone call/emails with King & Spalding re: interim report | | | |
| 04-16-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 375.00 | 450.00 |
| | | Attention to responses to interim reports, including Davis Polk, Alix, Skadden | | | |
| 04-16-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review follow up correspondence from FTi in response to phone call with Fee Examiner | | | |
| 04-16-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence from King & Spalding regarding Fee Examiner call follow up | | | |
| 04-16-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained | 0.20 | 350.00 | 70.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Review correspondence confirming resolution with King & Splading; updating data re same | | | |
| 04-16-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review correspondence confirming resolution with Skadden; updating data re same | | | |
| 04-16-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review correspondence confirming resolution with Davis Polk; updating data re same | | | |
| 04-16-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review correspondence confirming resolution with FTI; updating data re same | | | |
| 04-16-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review correspondence confirming resolution with Alix Partners; updating data re same | | | |
| 04-19-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Attention to Kramer Levin interim fee app and reply to interim report | | | |
| 04-19-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review interim fee app review status and discuss with T. Bielli | | | |
| 04-19-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review Kramer Levin's response to Fee Examiner's report | | | |
| 04-19-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Discuss response by Kramer Levin | | | |
| 04-19-2021 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Correspond with Debtors' counsel with respect to status and form of order | | | |
| 04-20-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review resolution of Kramer Levin Fee App | | | |
| 04-20-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with KPMG regarding Fee Examiner's Report and follow up regarding same | | | |
| 04-20-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with Brown Rudnick regarding Fee Examiner's Report and follow up regarding same | | | |
| 04-20-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with Debtors' counsel with updated chart | | | |
| 04-20-2021 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Email correspondence with Legal Decoder re: published data; Receipt of Davis Polk's 18th monthly data; Receipt of Skadden's 17th monthly fee statement; Receipt of Alix Partners' 18th monthly fee statement | | | |
| 04-20-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with Kramer Levin interim report and resolution | | | |
| 04-20-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to KPMG interim report and resolution | | | |
| 04-20-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to interim fee app, discuss with T. Bielli, prep for hearing | | | |
| 04-20-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspondence and resolution of Fee Examiner's Report with Kramer Levin; update report chart | | | |
| 04-20-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspondence and resolution of Fee Examiner's Report with Brown Rudnick; update report chart | | | |
| 04-20-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Correspondence and resolution of Fee Examiner's Report with KPMG; update report chart | | | |
| 04-20-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Correspondence with Debtors' counsel regarding 4th interim fee applications with updated numbers | | | |
| 04-20-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with Brown Rudnick with respect to response to Fee Examiner's Report | | | |
| 04-21-2021 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Prepare for Interim Fee Hearing | | | |
| 04-21-2021 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Attend Interim Fee Hearing | | | |
| 04-21-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Prep for fee hearing | | | |
| 04-21-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attend fee hearing | | | |
| 04-22-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Review fee order | | | |
| 04-22-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Review final fourth interim fee order | | | |
| 04-23-2021 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 100.00 | 100.00 |
| | | Prepare February Monthly Fee Application | | | |
| 04-23-2021 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 100.00 | 100.00 |
| | | Prepare March Monthly Fee Application | | | |
| 04-23-2021 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 100.00 | 50.00 |
| | | Prepare February Monthly Fee Application, send draft to Dave and Tom | | | |
| 04-23-2021 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 100.00 | 50.00 |
| | | Prepare March Monthly Fee Application, send draft to Dave and Tom | | | |
| 04-23-2021 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.40 | 375.00 | 150.00 |
| | | Attention to BK monthly fee apps | | | |
| 04-23-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Review file regarding BK Fee Applications for February and March | | | |
| 04-26-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt and review of Province's Notice of Fee Increase; Receipt of Brown Rudnick's 18th monthly fee statement; Receipt of Gilbert's 17th monthly fee statement, key for redacted entries and corresponding data; Receipt and review of Order Granting 4th Interim Fee Applications | | | |
| 04-26-2021 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 375.00 | 112.50 |
| | | Review BK monthly fee apps | | | |
| 04-26-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Prime Clerk interim fee app and emails re: same | | | |
| 04-28-2021 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | | Receipt of Jones Day's 16th Monthly Fee Statement; Review of Assignment Log and correspondence to Alix Partners, Brown Rudnick, Jones Day, and Skadden requesting data | | | |
| 04-28-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 195.00 | 78.00 |
| | | Review of Wilmer Hale's 16th month data | | | |
| 04-28-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 195.00 | 39.00 |
| | | Begin review of King & Spalding's 18th monthly fee statement; correspondence to Legal Decoder re: missing data | | | |
| 04-28-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 195.00 | 58.50 |
| | | Review of Arnold & Porter's 18th Monthly Fee data | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 04-28-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review retention order regarding Grant Thorton | | | |
| 04-29-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Review, revise and edit February Fee Statement; electronically file same | | | |
| 04-29-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Review, revise and edit March Fee Statement; electronically file same | | | |
| 04-29-2021 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Review settlement motion from UST with respect to Skadden, Dechert and Wilmer Hale with respect to 2014 disclosures | | | |
| 04-29-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | Review PJT Expense Statement | | | |
| 04-29-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss Prime Clerk interim fee app with T. Bielli | | | |
| 04-29-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review UST settlement motion with various firms and discuss impact of same on fee apps | | | |
| 04-30-2021 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Review order re Alix Partners revised scope | | | |
| 04-30-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspondence with Cornersone and reviewed data regarding same | | | |
| 04-30-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review order re: AlixPartners | | | |
| 04-30-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails re: Prime Clerk interim fee app | | | |