Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.***,** | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**THIRTEENTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM MAY 1, 2021 THROUGH MAY 31, 2021**

| Name of Applicant | Bielli & Klauder, LLC |
|---|---|
| Applicant's Role in Case | Counsel to Fee Examiner |
| Date Order of Employment Signed | May 26, 2020 [Docket No. 1182] |

| Period for which compensation and reimbursement is sought | May 1, 2021 through May 31, 2021 |
|---|---|
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

> **This is a(n):**   X  Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Thirteenth Monthly Statement of Services Rendered and Expenses Incurred for the Period from May 1, 2021 through May 31, 2021* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K <u>including</u> the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

### Itemization of Services Rendered and Disbursements Incurred

1. Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from May 1, 2021 through and including May 31, 2021, is referred to herein as the "**Fee Period**".

2.  Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.  Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period. As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K <u>including</u> the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc. The specifics of the fees and costs are set forth on **Exhibit C**.

4.  Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

## Notice

5.  The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K <u>including</u> the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

| | |
|---|---|
| Dated: July 14, 2021 | **BIELLI & KLAUDER LLC**<br><br>*/s/ Thomas D. Bielli*<br>Thomas D. Bielli, Esquire (ID No. 5831474)<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Phone: (215) 642-8271<br>tbielli@bk-legal.com<br><br>*Counsel to Fee Examiner*<br>*David M. Klauder, Esquire* |

## Exhibit A

### Project Categories

| Project Category | Total Hours |
|---|---:|
| Case Administration | 10.20 |
| Fee/Employment Applications- Retention Professionals | 8.10 |
| **Total** | **18.30** |

# Exhibit B

## Professionals and Paraprofessionals

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 4.30 |
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 4.60 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $195.00 | 5.50 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $100.00 | 0.90 |
| Melissa Hartlipp | Summer Associate; joined B&K in 2021 | $150.00 | 3.00 |

## **Exhibit C**

## **Computation of Monthly Fee**

| Fee Description | Amount |
|---|---|
| Monthly Fee for May 2021 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

Legal Decoder Inc

cmiller@legaldecoder.com



# INVOICE

**BILL TO**  
Bielli & Klauder LLC  
1500 Walnut Street, Suite 900  
Philadelphia, PA  19102  
United States

**INVOICE #** 1316  
**DATE** 06/01/2021  
**DUE DATE** 06/01/2021  
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - May 2021 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:  
Legal Decoder  
105 North Virginia Avenue  
Suite 204  
Falls Church, VA 22046

**BALANCE DUE** $24,250.00

# Exhibit D

## Detailed Time Records

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
215-642-8271

July 12, 2021

Purdue Pharma, L.P.

**Invoice Number: 2369**
Invoice Period: 05-01-2021 - 05-31-2021

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-03-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails with debtor's counsel re: Grant Thornton | | | |
| 05-03-2021 | Thomas Bielli | [ALL] Case Administration | 0.20 | 350.00 | 70.00 |
| | | Review correspondence to/from Debtors' counsel and team regarding Grant Thorton | | | |
| 05-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review request regarding Prime Clerk and correspond with team regarding same | | | |
| 05-08-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Correspondence with team re Grant Thorton and Prime Clerk issues | | | |
| 05-08-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt of Jones Day's 16th monthly fee data; Receipt of King & Spalding's 19th monthly fee statement and corresponding data files; Receipt and review of Grant Thornton's application to employ and subsequent retention order and preparation of review report template; Receipt of Alix Partners' 18th monthly fee data; Receipt and review of Alix Partners' Order Authorizing Retention for Ediscovery services | | | |
| 05-08-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt of Cornerstone's 11th monthly fee statement; Receipt of PJT Partners' 14th monthly fee statement; Receipt and review of Debtors' Motion for Settlement Agreement, Settlement Agreement and proposed Order for Settlement Agreement; Receipt of Prime Clerk's 1st monthly (combined), second and third monthly fee statements; Receipt of Prime Clerk's 1st Interim Fee Application and corresponding data; correspondence to Legal Decoder re: Prime Clerk data | | | |
| 05-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and respond to team regarding Grant Thorton Application | | | |
| 05-09-2021 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Receipt of Cornerstone's 11th monthly fee data; Receipt of Brown Rudnick's 17th & 18th monthly fee data; Receipt of KCC's 15th Monthly Fee Statement; Receipt of Province's 17th Monthly Fee Statement; Receipt of Jefferies' 16th Monthly Fee Statement; Receipt of Cole Schotz's 12th Monthly Fee Statement; Receipt of Akin Gump's 17th Monthly Fee Statement; Receipt of Dechert's Eighteenth Monthly Fee Statement; Receipt of Bedell Cristin's 10th Monthly Fee Statement; Receipt of UCC professionals' monthly fee data | | | |
| 05-09-2021 | Tracey Nobis | [ALL] Case Administration | 0.10 | 195.00 | 19.50 |
| | | Receipt of KPMG's 14th Monthly Fee Statement; Email correspondence with Legal Decoder re: data analysis; email correspondence with Fee Examiners re: Grant Thornton contact information | | | |
| 05-09-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 195.00 | 39.00 |
| | | Review of Prime Clerk's First Fee Application and data in advance of Legal Decoder analysis | | | |
| 05-09-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 195.00 | 78.00 |
| | | Review of King & Spalding's 18th month data | | | |
| 05-09-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Attention to King & Spalding Data | | | |
| 05-09-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review file with respect to King & Splading Data | | | |
| 05-09-2021 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 150.00 | 75.00 |
| | | Introductory review regarding King & Splading data | | | |
| 05-13-2021 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | | Review of spreadsheet with respect to fee and expense review, reports and reductions. | | | |
| 05-18-2021 | Isabel Bielli | [ALL] Case Administration | 0.20 | 100.00 | 20.00 |
| | | Circulate documents for hearing | | | |
| 05-19-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Review of open issues with respect to Prime Clerk | | | |
| 05-19-2021 | Melissa Hartlipp | [ALL] Case Administration | 0.50 | 150.00 | 75.00 |
| | | Attention to upcoming hearing | | | |
| 05-19-2021 | David Klauder | B110 - Case Administration | 0.20 | 375.00 | 75.00 |
| | | Review hearing agenda and coordinate appearance at hearing | | | |
| 05-19-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review status of Prime Clerk interim fee app | | | |
| 05-19-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Email correspondence with Legal Decoder re: published and outstanding data; email correspondence with I. Bielli re: published data and assigned reviews | | | |
| 05-19-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Receipt of Arnold & Porter's 19th Monthly Fee Statement; Receipt of Jones Day's 17th Monthly Fee Statement; Receipt of Wilmer Hale's Final Fee Application and 17th month data; Receipt of FTI's 17th & 18th Monthly Fee Statements; Receipt of KPMG's 14th monthly data; Receipt of Alix Partners' 19th Monthly Fee Statement; Receipt of Dechert's 18th monthly fee data | | | |
| 05-19-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review docket with respect to Prime Clerk; correspond with Fee Examiner regarding hearing | | | |
| 05-20-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review agenda and Prime Clerk interim fee app | | | |
| 05-20-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Attend hearing in Bk Court | | | |
| 05-20-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Prime Clerk fee order | | | |
| 05-20-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review stipulation with respect to professional fees | | | |
| 05-22-2021 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | | Receipt of Skadden's 17th monthly fee data; Receipt of KCC's 15th month data; Receipt of Davis Polk's 19th Monthly Fee Statement; Receipt of Arnold & Porter's 19th month data; Receipt of Jones Day's 17th month data; Receipt of Davis Polk's 19th month data; email correspondence with Legal Decoder re: missing data; Receipt and review of revised Settlement Agreement (Doc2888); Receipt of Alix Partners' 19th month data; Receipt of Skadden's 18th Monthly Fee Statement; Receipt and review of Order Granting Prime Clerk's 1st Interim Fee Application | | | |
| 05-25-2021 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Receipt of KPMG's corrected 14th month data; Receipt of Skadden's 18th month data; Email correspondence with Wilmer Hale re: final fee application and correspondence with Fee Examiner re: same; email correspondence with KPMG with clarification on corrected data files received | | | |
| 05-25-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Attention to Wilmer Hale final Fee Application | | | |
| 05-26-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review file with respect to Wilmer Hale Fee Application | | | |
| 05-26-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Internal emails re: Wilmer Hale final fee app | | | |
| 05-26-2021 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 150.00 | 225.00 |
| | | Assist on Wilmer Hale's Final Fee App | | | |
| 05-27-2021 | David Klauder | B110 - Case Administration | 0.20 | 375.00 | 75.00 |
| | | Attention to case and fee review | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-28-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review email with Prime Clerk fee app and forward same | | | |
| 05-28-2021 | David Klauder | [ALL] Case Administration | 0.50 | 375.00 | 187.50 |
| | | Team meeting regarding 4th Interim | | | |
| 05-28-2021 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Team meeting regarding 4th Interim | | | |
| 05-28-2021 | Isabel Bielli | [ALL] Case Administration | 0.50 | 100.00 | 50.00 |
| | | Team meeting regarding 4th Interim | | | |
| 05-28-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Team meeting regarding 4th Interim | | | |
| 05-28-2021 | Melissa Hartlipp | [ALL] Case Administration | 0.50 | 150.00 | 75.00 |
| | | Team meeting regarding 4th Interim | | | |
| 05-31-2021 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Confer with Fee Examiner and Legal Decorder after team meeting | | | |
| 05-31-2021 | David Klauder | [ALL] Case Administration | 0.50 | 375.00 | 187.50 |
| | | Confer with Fee Examiner and Legal Decoder after team meeting | | | |