United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains NY, 1061

My name is Shirley Belk, I was told my Eddie Andino to write the Court concerning the Voting Disclosure. I have the ballot with Andrew and Thorton on 7-04-2021, I approve of the plan. And I the court to know that I am in agreement with the court settlement amount under the Voting disclosure. I need the court to help me find a attorney before the July 14, 2021 deadline date. Please contact me at my e-mail address. — BelkShirley278@gmail.com

Shirley Belk
29 Pine Ridge Pl.
Apt. 102
Polkton NC 28135

July 06, 2021

TO: United States Bankruptcy Court
Southern Distict of New York

I want to make known to the court before the Voting Deadline date, that I have not received a Settlement offer of any amount ever before or after the filing of my claim. I don't have a Lawyer so I'm not informed on anything but the voting Ballot. I voted on the plan because it appear to me that the court have supported us very well so far.

I don't understand all of the material that was in my package, but I voted to the best of my knowledge. I tried to hire, Andrew and Thornton as my lawyer they agreed to accept me but later refused to help me. Can the court appoint one of the available Layers there to handle my case if anyway possible? I have tried to hire other Lawyers but they said that it was now passed their deadline. I'm

also asking the court to please handle my case respectively, as you have done. and I very much appreciate what have been done on our behalf.

I also want the court to know that I Shirley Belk at 29 Pine Ridge Pl. Apt. 102 Polkton N.C. 28135 is the same person at Shirley R. Belk at 120 Moore St, Polkton, N.C. 28135. The two addresses are for the same apartment. I mentioned this last year. I have return to the court the voting ballot for Shirley Belk at 29 Pine Ridge Pl. Apt. 102 Polkton NC 28135. you asked us not to send in two voting ballot so I did not send the ballot for Shirley R. Belk 120 Moore St. Apt. 102 Polkton NC 28135. This is to let you know that the two persons and the two addresses are the same.

Shirley Belk

Shirley Belk
29 Pine Ridge Pl. Apt 102
Polkton NC 28135

United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601