UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN PAYNE ELLIS ) | CHAPTER 11 |
| CREDITOR ) | CASE NO. 19-23649 (RDD) |
| V. ) | |
| ) | DECLARATION IN SUPPORT |
| PURDUE PHARMA L.P., et al., ) | OF MOTION FO ACCEPTANCE |
| DEBTORS. ) | FOR LATE CLAIMS |

COMES NOW, BENJAMIN PAYNE ELLIS, TO PROVIDE

CLARITY AND UNDERSTANDING TO THIS COURT

SO IT CAN MAKE A KNOWLEDGABLE AND

INFORMATIVE DECISION FOR THE ACCEPTANCE

OF CREDITORS LATE CLAIMS MOTION

OF PERSONAL INJURY AND GENERAL

OPIOID CLAIMS.

PG. 1 OF 7

# DECLARATION

I, BENJAMIN PAYNE ELLIS, DECLARE THAT THE FOREGOING IS TRUE AND CORRECT UNDER THE LAWS OF THE UNITED STATES OF AMERICA.

ON, 01,01,2020, I BENJAMIN PAYNE ELLIS WAS INCARCERATED AT THE SPOKANE COUNTY JAIL IN SPOKANE, WA 99260 (SEE EXIBIT(A²)) IN THE SPOKANE COUNTY JAIL I WAS EXTREMLY RESTRICTED IN MY ABILITIES TO COMMUNICATE WITH THE OUTSIDE WORLD. EXPECIALLY SINCE I WAS AN INDIGENT WMATE. THE GLOBAL PANDEMIC DUE TO COVID-19 PUT AN IMMEDIATE HALT TO MY LIFE BECAUSE THE JAIL HAD TO INSTALL DURASTIC MEASURES, NO CONTACT RULES TO PREVENT THE POSSIBLE SPREAD OF THAT DEADLY VIRUS. I WAS ONLY ALLOWED OUT OF MY CELL ONLY ONE HOUR A DAY MONDAY-FRIDAY IF THE JAIL STAFF WERE AVAILABLE TO FACILITATE THAT ONE HOUR OF RECREATION. DURING THAT HOUR OUT OF MY CELL I WAS REQUIRED TO CLEAN MY CELL AND SHOWER BEFORE I WAS EVEN ALLOWED TO TRY TO USE THE PHONE. EVEN THEN I HAD TO WAIT IN LINE, SO THE PHONE WASENT

EVEN A GAURENTEED USE, DUE TO OUR TIME LIMITATION. MY FAMILY WASENT ABLE TO PUT MUCH MONEY ON THE PRE-PAID PHONE ACCOUNT TO KEEP IN CONTACT WITH THEM. ALSO, ALL THE MAIL IN THE JAIL IS EXTREMLY RESTRICTIVE ITS ALL CONTROLLED BY THE JAIL STAFF. ONLY CIRTEN PUBLICATIONS ARE ALLOWED IN THE JAIL THROUGH APPROVAL AND EVEN THEN YOUR FAMILY HAS TO PAY TO RECEIVE THOSE. ALL VISITATIONS WERE GROUND TO A HALT. NO VISITATION WITH LOVED ONES WHAT SO EVER. DUE TO THE GLOBAL PANDEMIC. AS YOU CAN SEE IN (EXIBIT A.1.2) I HAVE BEEN INCARCERATED FOR A TOTAL OF 783 DAYS AS OF 05-27-2021 ON CAUSE # 2011066832. SO I HAVE NOT BEEN IN THE FREE WORLD FOR A CONSIDERABLE AMOUNT OF TIME. SO MY WAYS OF GATHERING INFORMATION HAVE BEEN HINDRED DUE TO THIS GLOBAL PANDEMIC AND HARD TIMES.

    ON 06, 23, 2021 A LETTER OF CORRISPONDENCE FROM VITO, GENNA, CLERK OF THE COURT WAS SENT TO ME REQUESTING ME TO APPEAR AT MY HEARING ON 07, 19, 2021 AT 10:00 AM I RECEIVED THIS LETTER A WEEK LATER.

PG. 3 OF 7

19-23649-shl    Doc 3190    Filed 07/12/21    Entered 07/15/21 09:59:10    Main Document
Pg 4 of 7

ON 07.01.2021 I REQUESTED TO ATTEND MY HEARING, BUT WAS INFORMED THAT D.O.C. IN WASHINGTON STATE DOES NOT FACILITATE BANKRUPTCY COURT TELEPHONIC HEARINGS (SEE EXIBIT (B))

I, BENJAMIN PAYNE ELLIS, PRAY FOR THE RELIEF REQUESTED AND THE ACCEPTANCE OF MY LATE CLAIMS MOTION AND THE INFORMATION PROVIDED TO HELP ASSIST THE COURT IN ITS ABILITY TO MAKE A KNOWLEDGABLE AND INFORMATIVE DECISION BASED OFF OF THE INFORMATION PROVIDED AND MY INABILITY TO PARTICIPATE IN THE HEARING.

I, BENJAMIN PAYNE ELLIS, DECLARE UNDER THE PENALTY OF PURGERY OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

CITY: SHELTON    STATE: WASHINGTON
DATE: 07.04.2021

SIGNATURE: Benjamin Payne Ellis
PRINTED: ELLIS, BENJAMIN PAYNE

(EXIBIT A)



## Spokane County
WASHINGTON

# DETENTION SERVICES
### DIRECTOR MICHAEL W. SPARBER

## JAIL TIME CERTIFICATION

The following information is provided for the purpose of crediting time spent in confinement per RCW 9.92.151 prior to the transfer of the below listed subject:

| NAME: ELLIS, BENJAMIN P | DOC#: 898237 | DATE OF BIRTH: 100786 |
|---|---|---|
| COUNTY: SPOKANE | CAUSE#: 2011066832 | LOCAL ID# (OPTIONAL): 285875 |

Listed are all dates of arrest and release concerning the above subject up to the Date of Transfer.

| START DATE | END DATE | TOTAL DAYS SERVED | DAYS APPLIED TO OTHER MATTERS |
|---|---|---|---|
| 120720 | 052721 | 171 | 0 |
| 010120 | 031920 | 78 | 29* |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | **TOTAL DAYS SERVED:** | 783 |  |

_____ Early Release Credits Lost or Not Earned

NOTES:

| DAVE TRIESCHMANN<br>509-477-5173 | 05/27/21 |
|---|---|
| * DOC HOLD FROM 01/02/20 TO SRD OF 01/31/20 * | |

_____     _____
Signature of Jail Official                                                Date

1100 W Mallon Ave. Spokane WA, 99260-0320   Phone: 509-477-2278

(EXIBIT A.2)



# CERTIFICATE OF OFFENDER STATUS
## (Non-IAD)

RE: __ELLIS, Benjamin P.__          __898237__              __10/7/1986__
    Offender                         DOC Number            Date of Birth

    __WCC-RC__                       __WCC-RC / Shelton__
    Facility                         Location

The custodial authority/designee hereby certifies:

1.  CSE#/County:  20-1-10668-32(AG) / Spokane

2.  Date Rec'd in DOC:  5/27/2021

3.  Sentence Length:  100 months

4.  Earned Release Date (Tentative):  5/15/2026

5.  Maximum Release Date:  2/22/2029

_____            __6/30/21__
Correctional Records Supervisor /Designee Signature       Date

**CUSTODIAL AUTHORITY**

| Name | Facility |
|---|---|
| Donald Dean | Washington Corrections Center-Receiving/Diagnostic Center |
| Mailing Address | City | State | Zip |
| 2321 West Dayton Airport Road | Shelton | WA | 98584 |
| Telephone Number |
| (360) 432-7967 |

Disclaimer: The certified information provided is subject to change.

Distribution: ORIGINAL-Requesting Agency    COPY: Imaging System
DOC 02-380 (Rev. 10/12/12)
Scan Code DW17 Scan & Toss

PG.
6 OF 7



# OFFENDER'S KITE
## PAPELETA DE PETICIÓN DEL INTERNO

**OFFENDER NAME (PRINT)** *NOMBRE DEL INTERNO (LETRA DE MOLDE)*
ELLIS BENJAMIN PAYNE

**DOC NUMBER/***NÚMERO DOC*: 898237
**FACILITY, UNIT, CELL/***FACILITY IS INSTALACIÓN/UNIDAD, CELDA*: W.C.C. K-S-B-6-L
**DATE/***FECHA*: 07/01/21

**DESIRE INTERVIEW WITH OR ANSWER FROM/***DESEA ENTREVISTA CON O RESPUESTA DE*
Counceler Taylor

☐ Interpreter needed for _____ (language).
☐ Necesito intérprete para _____ (idioma).

**REASON/QUESTION**
**RAZÓN/PREGUNTA**

(OR BY PHONE) I have a hearing with Honorable Robert D. Drain in the United States Bankruptcy Court Southern District of New York on 07-19-21 @ 10:00 AM its virtually using ZOOM for GOVERNMENT register at (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) I have the documents on all this in my cell instructions are at (https://www.nysb.uscourts.gov/zoom-video-hearing-guide this is a time sensitive issue so please help me get this set up A.S.A.P. Thank you for your time, consideration & efforts.

**SIGNATURE/***FIRMA*: Benjamin Payne Ellis
**DAYS OFF/***DÍAS LIBRES*: CASE# 19-23649-rdd

**RESPONSE**
**RESPUESTA**

Per LT. Brumfield DOC does not assist in these matters. This will have to be done via Inmate phone. You will have to contact them for the time & number to call. Then set that up w/ Unit Sgt.

**RESPONDER/***PERSONA QUE RESPONDE*: [signature]
**DATE/***FECHA*: 7-2-21

Distribution: **WHITE/YELLOW**-Responder, **YELLOW**-Return to Offender with Response, **PINK**-Offender keeps
*Distribución:* **BLANCA/AMARILLA**-Persona que responde, **AMARILLA**-Devuelva al interno con respuesta, **ROSA**-Interno
DOC 21-473 E/S (Rev. 05/23/13)     PG. 7 OF 7     DOC 390.585, DOC 450.500