DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

**NOTICE OF ADJOURNMENT OF WILMER HALE FEE APPLICATION, REED SMITH FEE APPLICATION AND LATE CLAIMS MOTION AND CANCELLATION OF THE HEARING SCHEDULED FOR JULY 19, 2021**

**PLEASE TAKE NOTICE** that the hearing scheduled for **July 19, 2021, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Judge Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**") **has been cancelled**.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that on May 11, 2021, Wilmer Cutler Pickering Hale and Dorr LLP filed the *Combined Seventeenth Monthly Fee Statement and Final Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation and Reimbursement of Expenses* [ECF No. 2843] (the "**WilmerHale Application**").

**PLEASE TAKE FURTHER NOTICE** that on June 23, 2021, Benjamin Payne Ellis filed the *Motion to File Proof of Claim After Claims Bar Date* [ECF No. 3058] (the "**Late Claim Motion**").

**PLEASE TAKE FURTHER NOTICE** that on June 28, 2021, Reed Smith LLP filed the *Application of Reed Smith LLP as an Ordinary Course Professional for Compensation for Services Rendered in Excess of the Tier 1 OCP Cap for the Period From February 1, 2021 Through April 30, 2021* [ECF No. 3075] (the "**Reed Smith Application**").

**PLEASE TAKE FURTHER NOTICE** that the hearing (the "**Hearing**") on the WilmerHale Application, the Late Claim Motion and the Reed Smith Application was originally scheduled for July 19, 2021, at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Hearing on the Wilmer Hale Application, the Late Claim Motion and the Reed Smith Application has been adjourned to **August 16, 2021, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Judge Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"); *provided* that, pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**"), such Hearing shall be conducted via Zoom® videoconference so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court.[2]

---

[2] A copy of General Order M-543 can be obtained by visiting http://www.nysb.uscourts.gov/news/court-operations-

2

Parties wishing to appear at, or attend, a hearing conducted via Zoom® videoconference are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before such hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the *Motion of Debtors for Entry of an Order Authorizing Implementation of 2021 Key Employee Incentive Plan and 2021 Key Employee Retention Plan* [ECF No. 3077] was previously adjourned to July 29, 2021 at 2:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

---

under-exigent-circumstances-created-covid-19.

Dated: July 15, 2021
New York, New York

                                              DAVIS POLK & WARDWELL LLP

                                              By:  *Eli J. Vonnegut*

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*