**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

## AFFIDAVIT AND DISCLOSURE STATEMENT OF DONALD ALLAN EDWARD RANCE,

### ON BEHALF OF CONYERS DILL & PEARMAN LIMITED

STATE OF N/A)

          ) s.s.:

COUNTY OF N/A)

Donald Allan Edward Rance, being duly sworn, upon his oath, deposes and says
as follows:

    1.    I am a Partner of Conyers Dill & Pearman Limited,

located at Clarendon House, 2 Church Street, Hamilton HM 11 in the Islands of
Bermuda (the "**Firm**").

    2.    Purdue Pharma L.P. and its affiliates that are debtors and debtors

in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in
the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue
Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue
Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745),
Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue
Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902),
Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502),
Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals
L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc.
(4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard,
Stamford, CT 06901.

requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.     The Services include, but are not limited to, the following: provision of legal advice as to matters of Bermuda law.

4.     The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.     Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.     Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

2

7.      As of the commencement of this chapter 11 case, the Debtors owed the Firm $0 in respect of prepetition services rendered to the Debtors.

8.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on 13 July 2021, at    Hamilton, Bermuda.

Ronald Allan Edward Rance

Affiant Name

SWORN TO AND SUBSCRIBED before
Me this 13th day of July , 2021

Notary Public





3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**").

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of professional:

Donald Allan Edward Rance, partner of Conyers Dill & Pearman Limited ("Conyers") located at Clarendon House, 2 Church Street, Hamilton HM 11, Bermuda. Other employees of Conyers may from time to time be engaged in performing professional services of the nature indicated below.

2.    Date of retention: 5 July 2021

3.    Type of services to be provided: Legal Advice.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

4.      Brief description of services to be provided:

        Acting as special Bermuda legal counsel to the debtor, advising on all matters of Bermuda law.

5.      Arrangements for compensation (hourly, contingent, etc.):

        Hourly

        (a)      Average hourly rate (if applicable): US$556.25

        (b)      Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

        N/A

6.      Prepetition claims against the Debtors held by the company:

        Amount of claim: $ N/A _____

        Date claim arose: N/A

        Nature of claim: N/A

7.      Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

        Name: N/A _____

        Status: N/A

        Amount of claim: $ N/A

        Date claim arose: N/A

2

Nature of claim: N/A

8.  Disclose the nature and provide a brief description of any interest adverse to the
    Debtors or to their estates for the matters on which the professional is to be
    employed:

    N/A

9.  Disclose whether the professional currently represents any of the Debtors'
    existing shareholders, including trusts, beneficiaries, companies, affiliates, family
    members and any similar related parties (together, the "**Shareholder Parties**"),
    and/or any entity owned or controlled by any Shareholder Party (in each case
    other than any Debtor), and whether any Shareholder Party or any entity owned or
    controlled by any Shareholder Party (other than any Debtor) accounted for more
    than 1% of the professionals' annual revenue for any of the last five years. If so,
    describe what ethical walls or other protections are in place with regard to the
    concurrent representations.

    Conyers Dill & Pearman Limited has no current representation of any
Shareholder Parties.

    Conyers Trust Company (Bermuda) Limited ("CTCL"), an affiliate of Conyers
Dill & Pearman Limited, acts as trustee for the Mordas Consolidated Purpose Trust.
CTCL is a distinct legal entity from Conyers Dill & Pearman and does not provide legal
representation to this Shareholder Party.

10. Name and title of individual completing this form:

    Donald Allan Edward Rance, Partner.


Dated: 9 July 2021

3