**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re: PURDUE PHARMA L.P., et al.,          Case No.: 19-23649 (RDD)
                                            Chapter 11
                                            (Jointly Administered)
                    Debtors.

------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Thomas S. Kiriakos to be admitted, ***pro hac vice***, to represent Loblaw Companies Ltd., Shopper's Drug Mart, Inc., and Sanis Health Inc. (the "Clients") in the above referenced ☒ cases ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED,** that Thomas S. Kiriakos, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ cases ☐ adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
        July 15, 2021

                                            */s/ Robert D. Drain*
                                            _____
                                            UNITED STATES BANKRUPTCY JUDGE

742510918 20648604