UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re:  PURDUE PHARMA L.P., et al.,      Case No.:  19-23649 (RDD)
                                         Chapter 11
                                         (Jointly Administered)
                    Debtors.
---------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of <u>Alexander F. Berk</u> to be admitted, ***pro hac vice***, to represent <u>Loblaw Companies Ltd., Shopper's Drug Mart, Inc., and Sanis Health Inc.</u> (the "Clients") in the above referenced ☑ cases ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Illinois</u> and the bar of the U.S. District Court for the <u>Northern</u> District of <u>Illinois</u>, it is hereby

**ORDERED,** that <u>Alexander F. Berk</u>, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ cases ☐ adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
        July 15, 2021

                                         */s/Robert D. Drain*
                                         UNITED STATES BANKRUPTCY JUDGE

742510920 20648604