# Exhibit C

## Professional and Paraprofessional Fees for Fee Period

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Bauer, David R. | Partner; joined partnership in 2018; admitted New York 2008 | Intellectual Property | $1,765 | 133.6 | $235,804.00 |
| Bivens, Frances E. | Partner; joined partnership in 2001; admitted New York 1993 | Litigation | $1,790 | 9.5 | $17,005.00 |
| Crandall, Jeffrey P. | Partner; joined partnership in 2011; admitted New York 1983 | Employment | $1,790 | 1.8 | $3,222.00 |
| Crowley, John G. | Partner; joined partnership in 2000; admitted New York 1991 | Securities Distribution | $1,790 | 4.0 | $7,160.00 |
| Curran, William A. | Partner; joined partnership in 2017; admitted New York 2010 | Tax | $1,765 | 58.2 | $102,723.00 |
| Duggan, Charles S. | Partner; joined partnership in 2002; admitted New York 1997 | Litigation | $1,790 | 195.5 | $349,945.00 |
| Farr, Lucy W. | Partner; joined partnership in 2003; admitted New York 1996 | Tax | $1,790 | 1.1 | $1,969.00 |
| Graulich, Timothy | Partner; joined partnership in 2009; admitted New York 1995 | Restructuring | $1,790 | 6.3 | $11,277.00 |
| Huebner, Marshall S. | Partner; joined partnership in 2002; admitted New York 1994 | Restructuring | $1,790 | 956.6 | $1,712,314.00 |
| Kaminetzky, Benjamin S. | Partner; joined partnership in 2003; admitted New York 1995 | Litigation | $1,790 | 338.6 | $606,094.00 |
| Klein, Darren S. | Partner; joined partnership in 2016; admitted New York 2008 | Restructuring | $1,765 | 333.3 | $588,274.50 |
| Libby, Angela M. | Partner; joined partnership in 2019; admitted New York 2012 | Restructuring | $1,635 | 484.6 | $792,321.00 |
| McClammy, James I. | Partner; joined partnership in 2015; admitted New York 1999 | Litigation | $1,765 | 389.1 | $686,761.50 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Solomon, Jesse | Partner; joined partnership in 2016; admitted California 2008 | Antitrust & Competition | $1,765 | 2.1 | $3,706.50 |
| Taylor, William L. | Partner; joined partnership in 1995; admitted New York 1991 | Mergers and Acquisitions | $1,790 | 87.2 | $156,088.00 |
| Vonnegut, Eli J. | Partner; joined partnership in 2015; admitted New York 2009 | Restructuring | $1,765 | 779.5 | $1,375,817.50 |
| Wainstein, Kenneth L. | Partner; joined partnership in 2017; admitted District of Columbia 1986 | Litigation | $1,790 | 16.4 | $29,356.00 |
| **Partner Total:** | | | | **3,797.4** | **$6,679,838.00** |
| **Counsel** | | | | | |
| Altus, Leslie J. | Counsel; joined Davis Polk 1985; admitted New York 1984 | Tax | $1,345 | 476.0 | $640,220.00 |
| Brecher, Stephen I. | Counsel; joined Davis Polk 2018; admitted New York 2000 | Employment | $1,345 | 55.3 | $74,378.50 |
| Chen, Bonnie | Counsel; joined Davis Polk 2015; admitted New York 2012 | Intellectual Property | $1,345 | 170.3 | $229,053.50 |
| Clarens, Margarita | Counsel; joined Davis Polk 2008; admitted New York 2009 | Litigation | $1,345 | 335.7 | $451,516.50 |
| Finelli, Jon | Counsel; joined Davis Polk 2018; admitted New York 2008 | Restructuring | $1,345 | 77.7 | $104,506.50 |
| Forester, Daniel F. | Counsel; joined Davis Polk 2017; admitted New York 2012 | Intellectual Property | $1,345 | 67.0 | $90,115.00 |
| Jacobs, Lawrence E. | Counsel; joined Davis Polk 1997; admitted New York 1986 | Litigation | $1,345 | 2.6 | $3,497.00 |
| Lele, Ajay B. | Counsel; joined Davis Polk 2000; admitted New York 2001 | Mergers and Acquisitions | $1,345 | 88.5 | $119,032.50 |
| Marks, Mary K. | Counsel; joined Davis Polk 2015; admitted New York 1994 | Antitrust & Competition | $1,345 | 8.3 | $11,163.50 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| McCarthy, Gerard | Counsel; joined Davis Polk 2012; admitted New York 2012 | Litigation | $1,345 | 715.0 | $961,675.00 |
| Millerman, James M. | Counsel; joined Davis Polk 2009; admitted New York 2000 | Restructuring | $1,345 | 6.6 | $8,877.00 |
| Robertson, Christopher | Counsel; joined Davis Polk 2011; admitted New York 2013 | Restructuring | $1,345 | 913.7 | $1,228,926.50 |
| Spearing, Nicholas | Counsel, joined Davis Polk 2015; admitted England and Wales 1978 | Corporate General | $1,345 | 1.2 | $1,614.00 |
| Tobak, Marc J. | Counsel; joined Davis Polk 2009; admitted New York 2009 | Litigation | $1,345 | 727.8 | $978,891.00 |
| Yeowart, Matthew | Counsel; joined Davis Polk 2016; admitted England and Wales 2013 | Corporate General | $1,345 | 1.6 | $2,152.00 |
| **Counsel Total:** | | | | **3,647.3** | **$4,905,618.50** |
| **Associates, Law Clerks and Legal Assistants** | | | | | |
| Benedict, Kathryn S. | Associate; joined Davis Polk 2017; admitted New York 2015 | Litigation | $1,175 | 1,146.6 | $1,347,255.00 |
| Berger, Rae | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $835 | 179.1 | $149,548.50 |
| Bias, Brandon C. | Associate; joined Davis Polk 2018; admitted New York 2020 | Litigation | $1,060 | 484.4 | $513,464.00 |
| Brock, Matthew R. | Associate; joined Davis Polk 2014; admitted New York 2015 | Litigation | $1,175 | 23.0 | $27,025.00 |
| Cardillo, Garrett | Associate; joined Davis Polk 2017; admitted New York 2017 | Litigation | $1,155 | 745.5 | $861,052.50 |
| Combs, Chris | Associate; joined Davis Polk 2019; admitted New York 2021 | Litigation | $835 | 2.9 | $2,421.50 |
| Consla, Dylan A. | Associate; joined Davis Polk 2015; admitted New York 2015 | Restructuring | $1,175 | 904.6 | $1,062,905.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Danzo, Melissa | Associate; joined Davis Polk 2020; admitted New York 2020 | Litigation | $835 | 108.7 | $90,764.50 |
| Dartez, Jackson | Associate; joined Davis Polk 2018; admitted New York 2019 | Litigation | $1,060 | 59.2 | $62,752.00 |
| Diggs, Elizabeth R. | Associate; joined Davis Polk 2017; admitted New York 2018 | Mergers and Acquisitions | $1,140 | 152.1 | $173,394.00 |
| Dixon, III, Roy G. | Associate; joined Davis Polk 2021; admitted New York 2019 | Restructuring | $1,060 | 4.7 | $4,982.00 |
| Ford, Stephen | Associate; joined Davis Polk 2020; admitted New York 2019 | Restructuring | $1,060 | 530.4 | $562,224.00 |
| Frankel, Jay | Associate; joined Davis Polk 2016; admitted New York 2017 | Intellectual Property | $1,155 | 114.6 | $132,363.00 |
| Garg, Paavani | Associate; joined Davis Polk 2019; admitted New York 2019 | Restructuring | $1,060 | 2.4 | $2,544.00 |
| Gong, Bree | Associate; joined Davis Polk 2019; admitted New York 2020 | Tax | $835 | 164.8 | $137,608.00 |
| Guo, Angela W. | Associate; joined Davis Polk 2019; admitted New York 2021 | Litigation | $1,060 | 294.8 | $312,488.00 |
| Hallock, Jesse L. | Associate; joined Davis Polk 2016; admitted New York 2017 | Intellectual Property | $1,155 | 5.5 | $6,352.50 |
| Harutian, Liana | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $835 | 5.9 | $4,926.50 |
| Hendin, Alexander J. | Associate; joined Davis Polk 2016; admitted New York 2017 | Tax | $1,155 | 14.1 | $16,285.50 |
| Herts, Dylan | Associate; joined Davis Polk 2020; admitted New York 2020 | Litigation | $835 | 415.8 | $347,193.00 |
| Hu, Diane S. | Associate; joined Davis Polk 2020; admitted New York 2019 | Litigation | $1,060 | 15.7 | $16,642.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Hwang, Eric | Associate; joined Davis Polk 2019; admitted New York 2020 | Restructuring | $835 | 509.4 | $425,349.00 |
| Jayaraman, Shiva | Associate; joined Davis Polk 2020; admitted New York 2018 | Litigation | $1,140 | 22.5 | $25,650.00 |
| Joe, Tina Hwa | Associate; joined Davis Polk 2017; admitted New York 2014 | Litigation | $1,175 | 18.6 | $21,855.00 |
| Kaufman, Zachary A. | Associate; joined Davis Polk 2018; admitted New York 2017 | Litigation | $1,155 | 276.5 | $319,357.50 |
| Kearney, Daniel P. | Associate; joined Davis Polk 2018; admitted New York 2019 | Intellectual Property | $1,060 | 59.1 | $62,646.00 |
| Killmond, Marie | Associate; joined Davis Polk 2019; admitted New York 2018 | Litigation | $1,140 | 7.2 | $8,208.00 |
| Kim, Eric M. | Associate; joined Davis Polk 2017; admitted New York 2017 | Litigation | $1,155 | 192.8 | $222,684.00 |
| Klabo, Hailey W. | Associate; joined Davis Polk 2021; admitted New York 2020 | Restructuring | $835 | 458.6 | $382,931.00 |
| Knudson, Jacquelyn Swanner | Associate; joined Davis Polk 2017; admitted New York 2018 | Litigation | $1,175 | 747.0 | $877,725.00 |
| Kratzer, David | Associate; joined Davis Polk 2019; admitted New York 2020 | Restructuring | $835 | 359.6 | $300,266.00 |
| Kwak, Samuel | Associate; joined Davis Polk 2020; admitted New York 2018 | Restructuring | $1,060 | 19.3 | $20,458.00 |
| Lee, Grace | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $835 | 58.8 | $49,098.00 |
| Levine, Zachary | Associate; joined Davis Polk 2017; admitted New York 2018 | Restructuring | $1,140 | 711.8 | $811,452.00 |
| Linder, Max J. | Associate; joined Davis Polk 2020; admitted New York 2019 | Restructuring | $1,060 | 388.6 | $411,916.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Liu, Yichen | Associate; joined Davis Polk 2019; admitted New York 2020 | Restructuring | $835 | 17.6 | $14,696.00 |
| Massman, Stephanie | Associate; joined Davis Polk 2016; admitted New York 2017 | Restructuring | $1,175 | 1,159.3 | $1,362,177.50 |
| Matlock, Tracy L. | Associate; joined Davis Polk 2011; admitted New York 2013 | Tax | $1,175 | 603.8 | $709,465.00 |
| Mazer, Deborah S. | Associate; joined Davis Polk 2018; admitted New York 2018 | Litigation | $1,140 | 220.6 | $251,484.00 |
| Mendelson, Alex S. | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $835 | 355.1 | $296,508.50 |
| Meyer, Corey M. | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $835 | 89.5 | $74,732.50 |
| Moller, Sarah H. | Associate, joined Davis Polk 2020; admitted New York 2021 | Restructuring | $740 | 19.7 | $14,578.00 |
| Morrison, Gregory S. | Associate; joined Davis Polk 2016; admitted New York 2015 | Antitrust & Competition | $1,175 | 3.5 | $4,112.50 |
| Oluwole, Chautney M. | Associate; joined Davis Polk 2015; admitted New York 2016 | Litigation | $1,175 | 316.6 | $372,005.00 |
| O'Sullivan, Damian | Associate; joined Davis Polk 2020; admitted New Jersey 2021 | Restructuring | $740 | 145.6 | $107,744.00 |
| Paydar, Samira | Associate; joined Davis Polk 2017; admitted New York 2018 | Litigation | $1,140 | 4.5 | $5,130.00 |
| Peppiatt, Jonah A. | Associate; joined Davis Polk 2016; admitted New York 2015 | Restructuring | $1,175 | 271.6 | $319,130.00 |
| Pera, Michael | Associate; joined Davis Polk 2016; admitted New York 2017 | Restructuring | $1,155 | 22.2 | $25,641.00 |
| Piraino, Stephen D. | Associate; joined Davis Polk 2014; admitted New York 2014 | Restructuring | $1,175 | 13.2 | $15,510.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Romero-Wagner, Alex B. | Associate; joined Davis Polk 2019; admitted New York 2020 | Restructuring | $835 | 429.1 | $358,298.50 |
| Rubin, Dylan S. | Associate; joined Davis Polk 2016; admitted New York 2017 | Litigation | $1,155 | 37.3 | $43,081.50 |
| Sherman, Bradford | Associate; joined Davis Polk 2018; admitted New York 2019 | Tax | $835 | 345.5 | $288,492.50 |
| Shinbrot, Josh | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $835 | 348.6 | $291,081.00 |
| Shpeen, Adam L. | Associate; joined Davis Polk 2016; admitted New York 2013 | Restructuring | $1,175 | 17.9 | $21,032.50 |
| Sieben, Brian G. | Associate; joined Davis Polk 2015; admitted New York 2016 | Trusts and Estates | $1,175 | 426.0 | $500,550.00 |
| Smith, Hilary | Associate; joined Davis Polk 2017; admitted New York 2018 | Intellectual Property | $1,140 | 121.5 | $138,510.00 |
| Staropoli, Krista | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $835 | 31.6 | $26,386.00 |
| Stefanik, Sean | Associate; joined Davis Polk 2016; admitted New York 2018 | Litigation | $1,155 | 331.2 | $382,536.00 |
| Sun, Terrance X. | Associate; joined Davis Polk 2020; admitted New York 2021 | Litigation | $740 | 245.6 | $181,744.00 |
| Thoma, Anne M. | Associate; joined Davis Polk 2018; admitted New York 2020 | Litigation | $1,060 | 19.4 | $20,564.00 |
| Townes, Esther C. | Associate; joined Davis Polk 2018; admitted New York 2018 | Litigation | $1,140 | 801.7 | $913,938.00 |
| Turay, Edna | Associate; joined Davis Polk 2019; admitted New York 2020 | Mergers and Acquisitions | $835 | 93.3 | $77,905.50 |
| Vitiello, Sofia A. | Associate; joined Davis Polk 2018; admitted New York 2016 | Litigation | $1,175 | 274.4 | $322,420.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Weiner, Jacob | Associate; joined Davis Polk 2015; admitted New York 2016 | Restructuring | $1,175 | 686.0 | $806,050.00 |
| Whisenant, Anna Lee | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $835 | 200.7 | $167,584.50 |
| Zhang, Helen | Associate; joined Davis Polk 2020; admitted Illinois 2021 | Restructuring | $740 | 112.0 | $82,880.00 |
| Carvajal, Shanaye | Law Clerk; joined Davis Polk 2019 | Litigation | $1,060 | 333.2 | $353,192.00 |
| Dekhtyar, Mariya | Law Clerk; joined Davis Polk 2020 | Restructuring | $600 | 380.3 | $228,180.00 |
| Duan, Xiaoyu | Law Clerk; joined Davis Polk 2020 | Restructuring | $740 | 361.7 | $267,658.00 |
| Goetz, Chris | Law Clerk, joined Davis Polk 2020 | Litigation | $740 | 5.1 | $3,774.00 |
| Houston, Kamali | Law Clerk; joined Davis Polk 2020 | Litigation | $740 | 580.0 | $429,200.00 |
| Howard, Chad | Law Clerk; joined Davis Polk 2020 | Mergers and Acquisitions | $740 | 38.8 | $28,712.00 |
| Khan, Zulkar | Law Clerk; joined Davis Polk 2020 | Litigation | $835 | 320.4 | $267,534.00 |
| Kudolo, Mary | Law Clerk; joined Davis Polk 2020 | Finance | $740 | 54.5 | $40,330.00 |
| MacKenzie, Robert | Law Clerk, joined Davis Polk 2020 | Restructuring | $740 | 74.7 | $55,278.00 |
| Olson, Ryan | Law Clerk; joined Davis Polk 2020 | Restructuring | $740 | 4.5 | $3,330.00 |
| O'Toole, Daniel | Law Clerk; joined Davis Polk 2020 | Litigation | $740 | 108.1 | $79,994.00 |
| Patzer, Meghan | Law Clerk; joined Davis Polk 2020 | Litigation | $740 | 21.7 | $16,058.00 |
| Simonelli, Jessica | Law Clerk; joined Davis Polk 2020 | Litigation | $740 | 393.6 | $291,264.00 |
| Wykstra, Madeleine Vera | Law Clerk, joined Davis Polk 2018 | Litigation | $1,060 | 63.3 | $67,098.00 |
| Yang, Yifei | Law Clerk; joined Davis Polk 2020 | Mergers and Acquisitions | $740 | 612.3 | $453,102.00 |
| Yang, Yueyu | Law Clerk; joined Davis Polk 2020 | Mergers and Acquisitions | $740 | 191.3 | $141,562.00 |
| Chu, Alvin | Discovery Attorney; joined Davis Polk 2020 | Discovery Attorneys | $530 | 317.2 | $168,116.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Echegaray, Pablo | Discovery Attorney; joined Davis Polk 2019 | Discovery Attorneys | $530 | 164.6 | $87,238.00 |
| Echeverria, Eileen | Discovery Attorney; joined Davis Polk 2000 | Discovery Attorneys | $530 | 311.0 | $164,830.00 |
| Ford, Megan E. | Discovery Attorney; joined Davis Polk 2014 | Discovery Attorneys | $605 | 119.0 | $71,995.00 |
| Ghile, Daniela | Discovery Attorney; joined Davis Polk 2020 | Discovery Attorneys | $530 | 362.6 | $192,178.00 |
| Jouvin, Zoe | Discovery Attorney; joined Davis Polk 2020 | Discovery Attorneys | $530 | 22.7 | $12,031.00 |
| Lewis, Jonathan H. | Discovery Attorney; joined Davis Polk 2014 | Discovery Attorneys | $935 | 5.7 | $5,329.50 |
| Maria, Edwin | Discovery Attorney; joined Davis Polk 2020 | Discovery Attorneys | $530 | 109.0 | $57,770.00 |
| Mendes, Nelson | Discovery Attorney; joined Davis Polk 2019 | Discovery Attorneys | $530 | 63.8 | $33,814.00 |
| Nayeem, Jenn N. | Discovery Attorney; joined Davis Polk 2014 | Discovery Attorneys | $530 | 25.5 | $13,515.00 |
| Parris, Jeffrey | Discovery Attorney; joined Davis Polk 2014 | Discovery Attorneys | $530 | 133.5 | $70,755.00 |
| Pergament, Joshua | Discovery Attorney; joined Davis Polk 2020 | Discovery Attorneys | $530 | 116.7 | $61,851.00 |
| Sanfilippo, Anthony Joseph | Discovery Attorney; joined Davis Polk 2004 | Discovery Attorneys | $530 | 482.3 | $255,619.00 |
| Sawczuk, Lara | Discovery Attorney; joined Davis Polk 2020 | Discovery Attorneys | $530 | 53.3 | $28,249.00 |
| Tasch, Tracilyn | Discovery Attorney; joined Davis Polk 2019 | Discovery Attorneys | $530 | 287.2 | $152,216.00 |
| Altman, Olivia | Legal Assistant; joined Davis Polk 2019 | Corporate | $350 | 66.7 | $23,345.00 |
| | | | $480 | 5.1 | $2,448.00 |
| Barales-Lopez, Melissa | Legal Assistant; joined Davis Polk 2021 | Litigation | $350 | 2.1 | $735.00 |
| Bennett, Aoife | Legal Assistant; joined Davis Polk 2020 | Litigation | $350 | 83.3 | $29,155.00 |
| Bruney, Theresa | Legal Assistant; joined Davis Polk 2017 | Litigation | $480 | 12.0 | $5,760.00 |
| Callan, Olivia | Legal Assistant; joined Davis Polk 2020 | Litigation | $350 | 9.5 | $3,325.00 |
| Giddens, Magali | Legal Assistant; joined Davis Polk 2019 | Corporate | $480 | 419.9 | $201,552.00 |
| Hannah, Jack P. | Legal Assistant; joined Davis Polk 2020 | Litigation | $350 | 12.9 | $4,515.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Hirakawa, Lisa | Legal Assistant; joined Davis Polk 2014 | Litigation | $480 | 34.5 | $16,560.00 |
| Ismail, Mohamed Ali | Legal Assistant; joined Davis Polk 1993 | Litigation | $480 | 4.4 | $2,112.00 |
| Kelley, Kaitlyn | Legal Assistant; joined Davis Polk 2021 | Litigation | $350 | 9.0 | $3,150.00 |
| Morrione, Tommaso | Legal Assistant, joined Davis Polk 2021 | Litigation | $350 | 16.9 | $5,915.00 |
| Spock, Benjamin | Legal Assistant; joined Davis Polk 2016 | Litigation | $480 | 3.3 | $1,584.00 |
| Young, Ryan | Legal Assistant; joined Davis Polk 2019 | Litigation | $480 | 65.7 | $31,536.00 |
| Colchamiro, Emma J. | Court Clerk; joined Davis Polk 2019 | Managing Attorney's Office | $205 | 4.6 | $943.00 |
| Jackson Jr., Ahmad | Court Clerk; joined Davis Polk 2017 | Managing Attorney's Office | $205 | 2.7 | $553.50 |
| Hinton, Carla Nadine | Ediscovery Project Manager; joined Davis Polk 2000 | eDiscovery Project Management | $540 | 318.1 | $171,774.00 |
| Chau, Kin Man | Ediscovery Management Analyst; joined Davis Polk 2015 | eDiscovery Project Management | $435 | 159.4 | $69,339.00 |
| Chen, Johnny W. | Ediscovery Management Analyst; joined Davis Polk 2008 | eDiscovery Project Management | $435 | 454.5 | $197,707.50 |
| Darcy, Deryn | Chief Legal Services Officer; joined Davis Polk 2010 | Firm Administration | $1,175 | 4.5 | $5,287.50 |
| Waingarten, Daniel | Analyst; joined Davis Polk 2017 | eDiscovery Project Management | $435 | 11.9 | $5,176.50 |
| Zaleck, Mark | Senior Legal Reference Librarian; joined Davis Polk 1995 | Library | $625 | 15.7 | $9,812.50 |
| Richmond, Marjorie | Legal Reference Librarian; joined Davis Polk 2015 | Library | $555 | 12.7 | $7,048.50 |
| Fynan, Frances C. | Reference Assistant; joined Davis Polk 2020 | Library | $405 | 8.2 | $3,321.00 |
| **Associates, Law Clerks and Legal Assistants Total:** | | | | 24,824.4 | $22,874,181.50 |
| **Fee Discount** | | | | | ($9,588.00) |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **32,269.1** | **$34,450,050.00**[1] |

---

[1] This amount reflects a reduction in fees in the amount of $344,971.00 on account of voluntary write-offs and a fee discount of $9,588.00.