## Exhibit D

## Fees by Project Category for Fee Period

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Acquisitions/Dispositions | 19.5 | $23,478.00 |
| Automatic Stay/Preliminary Injunction/Litigation/DOJ | 2,187.7 | $2,541,463.00 |
| Bar Date/Estimation/Claims Allowance Issues | 980.3 | $1,138,676.50 |
| Corporate Governance, Board Matters and Communications | 350.5 | $490,596.00 |
| Creditor/UCC/AHC Issues | 2,896.3 | $2,050,746.50 |
| Cross-Border/International Issues | 12.6 | $16,788.00 |
| Equityholder/IAC Issues | 308.8 | $524,169.50 |
| Customer/Vendor/Lease/Contract Issues | 186.5 | $199,659.50 |
| Employee/Pension Issues | 86.8 | $121,443.50 |
| General Case Administration | 1,727.0 | $1,891,175.00 |
| Non-DPW Retention and Fee Issues | 69.7 | $82,800.00 |
| Support Agreement/Plan/Disclosure Statement | 17,697.1 | $19,701,725.00 |
| DPW Retention/Preparation of Fee Statements/Applications Budget | 1,078.7 | $748,332.00 |
| IP, Regulatory and Tax | 2,524.5 | $2,941,166.50 |
| Special Committee/Investigations Issues | 1,205.9 | $1,410,373.00 |
| Rule 2004 Discovery | 937.2 | $577,046.00 |
| **Fee Discount** | | **($9,588.00)** |
| **Total** | **32,269.1** | **$34,450,050.00[1]** |

---

[1] This amount reflects a reduction in fees in the amount of $344,971.00 on account of voluntary write-offs and a fee discount of $9,588.00.