# Exhibit E

## Budget and Staffing Plan for Fee Period

Davis Polk discussed attorney staffing with the Debtors throughout the cases and has supplemented and adjusted its team as necessary to meet the needs of the Debtors under the changing circumstances of these cases. The Debtors have delivered a detailed monthly budget by project category for the period of February 1, 2021 through May 31, 2021. The Fee Period budget by project category is detailed on the following page.

| Project Category | Budgeted Fees | Actual Fees |
|---|---:|---:|
| Asset Acquisitions/Dispositions | $39,226.00 | $23,478.00 |
| Automatic Stay/Preliminary Injunction/Litigation/DOJ | $5,186,590.00 | $2,541,463.00 |
| Bar Date/Estimation/Claims Allowance Issues | $1,654,195.00 | $1,138,676.50 |
| Corporate Governance, Board Matters and Communications | $477,091.00 | $490,596.00 |
| Creditor/UCC/AHC Issues | $1,111,700.00 | $2,050,746.50 |
| Cross-Border/International Issues | $44,291.00 | $16,788.00 |
| Equityholder/IAC Issues | $535,234.00 | $524,169.50 |
| Customer/Vendor/Lease/Contract Issues | $158,594.00 | $199,659.50 |
| Employee/Pension Issues | $1,080,897.00 | $121,443.50 |
| General Case Administration | $1,425,077.00 | $1,891,175.00 |
| Non-DPW Retention and Fee Issues | $50,197.00 | $82,800.00 |
| Support Agreement/Plan/Disclosure Statement | $8,581,665.00 | $19,701,725.00 |
| DPW Retention/Preparation of Fee Statements/Applications Budget | $876,065.00 | $748,332.00 |
| IP, Regulatory and Tax | $2,715,486.00 | $2,941,166.50 |
| Special Committee/Investigations Issues | $2,340,004.00 | $1,410,373.00 |
| Rule 2004 Discovery | $149,055.00 | $577,046.00 |
| **Fee Discount** | - | ($9,588.00) |
| **Total** | **$26,425,364.00** | **$34,450,050.00** |