# Exhibit F

### Expense Summary

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Business Meals | *See Business Meal Detail provided in Davis Polk's Monthly Fee Statements* | $189.90 |
| Computer Research | Lexis (US Briefs, US Restatements, Judge Report, US Motions, US Treatises, US Practice Guides, US Jurisprudence, US Legal News, US Law Reviews and Journals, Expert Report, US Court Documents, US Statutory Code, US Administrative Code, US Cases, US Citators, US Dockets, Courts Report, US Court Rules, US Forms, Lexis Public Records, US Company Profiles, US Expert Witness Resumes, Lexis Answer Card) and Westlaw | $120,560.42 |
| Court and Related Fees | CourtSolutions, CourtAlert.com, Thomson Reuters, Pacer Transactions, Veritext LLC, and US Bankruptcy Court | $16,545.41 |
| Duplication | N/A | $9,576.30 |
| Electronic Discovery Services | LD Lower Holdings, Inc. | $3,406.69 |
| Office Charges | The Bureau Of Nat'l Affairs | $89.69 |
| Outside Documents & Research | Restructuring Concepts, LexisNexis, and Courtlink | $12,462.69 |
| Postage, Courier & Freight | N/A | $5,088.87 |
| Travel | *See Travel Detail provided in Davis Polk's Monthly Fee Statements* | $484.00 |
| **Expense Credit** | | ($674.89) |
| **TOTAL** | | $167,729.08[1] |

---

[1] This amount reflects a reduction in expenses in the amount of $674.89 on account of a write-off and an expense overpayment uncovered during an internal system reconciliation as disclosed in *Eighteenth Monthly Fee Statement of Davis Polk & Wardwell LLP for Compensation for Services and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period from February 1, 2028 through February 28, 2021* [ECF No. 2615] and *Twenty-First Monthly Fee Statement of Davis Polk & Wardwell LLP for Compensation for Services and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period from May 1, 2021 through May 31, 2021* [ECF No. 3101].