## Exhibit G

**Customary and Comparable Compensation Disclosures for the Fee period**

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE ||
|---|---|---|
| | **Professionals at the New York Office of Davis Polk & Wardwell LLP for a 12-Month Period Ending on May 31, 2021, Excluding Bankruptcy Matters[2]** | **Purdue Application** |
| Partner | $1,546.53 | $1,759.06 |
| Counsel | $1,226.77 | $1,345.00 |
| Other Attorneys[3] | $839.68 | $955.64 |
| Paraprofessionals | $436.42 | $461.55 |
| **All Timekeepers Aggregated** | $957.92 | $1,067.59 |

---

[2] This blended hourly rate is adjusted to exclude hours and compensation billed to certain clients with special billing arrangements.

[3] This category includes Law Clerks and Discovery Attorneys.