UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., et al.,[1] | Case No. 19-23649 (RDD) |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gary A. Gotto (the "Movant"), hereby request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the following list of creditors in the above referenced bankruptcy cases:

| | |
|---|---|
| Ada County, ID | Commerce City, CO |
| Adams County, CO | Eureka, CA |
| Anacortes, WA | Federal Heights, CO |
| Arapahoe County, CO | Franklin County, WA |
| Arizona Counties Insurance Pool | Fremont County, CO |
| Arizona Municipal Risk Retention Pool | Humboldt County, CA |
| Arizona School Alliance for Workers' Compensation | Island County, WA |
| | Jefferson County, CO |
| Aurora, CO | Jefferson County, WA |
| Black Hawk, CO | Kent, WA |
| Boulder County, CO | King County, WA |
| Brighton, CO | Kingman, AZ |
| Burlington, WA | Kitsap County, WA |
| Chelan County, WA | Kittitas County, WA |
| City and County of Broomfield, CO | La Conner School District |
| City and County of Denver, CO | Lakewood, WA |
| Clallam County, WA | Larimer County, CO |
| Clark County, WA | Lummi Nation (WA) |
| Cochise County, AZ | Makah Tribe (WA) |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

| | |
|---|---|
| Maricopa County, AZ | Teller County, CO |
| Missoula County, MT | Thornton, CO |
| Mohave County, AZ | Thurston County, WA |
| Mount Vernon School District | Town of Hudson, CO |
| Mount Vernon, WA | Tri-County Health Department |
| Navajo County, AZ | Tulalip Tribes, WA |
| Nez Perce Tribe, ID | Walla Walla County, WA |
| Northglenn, CO | Westminster, CO |
| Northwest Arizona Employee Benefit Trust | Whatcom County, WA |
| Olympia, WA | Whitman County, WA |
| Pierce County, WA | Yuma County, AZ |
| San Juan County, WA | Bainbridge, WA |
| Santa Barbara County, CA | Lincoln County, WA |
| Sedro-Woolley School District | Mesa County, CO |
| Sedro-Woolley, WA | Greeley, CO |
| Sheridan, CO | Vancouver, WA |
| Skagit County, WA | Spokane, WA |
| Spokane County, WA | Kirkland, WA |
| Saint Regis Mohawk Tribe, NY | Hopi Tribe |
| Tacoma, WA | |

I certify that I am a member in good standing of the bars in the states of Arizona and Montana, and the bars of the United States District Court for the Northern District of Illinois, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

DATED: July 15, 2021
       Phoenix, Arizona

                      KELLER ROHRBACK L.L.P.

                      By  */s/ Gary A. Gotto*
                          Gary A. Gotto
                          3101 North Central Avenue, Suite 1400
                          Phoenix, AZ 85012
                          Telephone: (602) 248-0088
                          Facsimile: (602) 248-2822
                          ggotto@kellerrohrback.com
                          **Attorneys for**
                          ***Ada County, ID***

*Adams County, CO*
*Anacortes, WA*
*Arapahoe County, CO*
*Arizona Counties Insurance Pool*
*Arizona Municipal Risk Retention Pool*
*Arizona School Alliance for Workers' Compensation*
*Aurora, CO*
*Black Hawk, CO*
*Boulder County, CO*
*Brighton, CO*
*Burlington, WA*
*Chelan County, WA*
*City and County of Broomfield, CO*
*City and County of Denver, CO*
*Clallam County, WA*
*Clark County, WA*
*Cochise County, AZ*
*Commerce City, CO*
*Eureka, CA*
*Federal Heights, CO*
*Franklin County, WA*
*Fremont County, CO*
*Humboldt County, CA*
*Island County, WA*
*Jefferson County, CO*
*Jefferson County, WA*
*Kent, WA*
*King County, WA*
*Kingman, AZ*
*Kitsap County, WA*
*Kittitas County, WA*
*La Conner School District*
*Lakewood, WA*
*Larimer County, CO*
*Lummi Nation (WA)*
*Makah Tribe (WA)*
*Maricopa County, AZ*
*Missoula County, MT*
*Mohave County, AZ*
*Mount Vernon School District*
*Mount Vernon, WA*
*Navajo County, AZ*
*Nez Perce Tribe, ID*
*Northglenn, CO*
*Northwest Arizona Employee Benefit Trust*
*Olympia, WA*

2

*Pierce County, WA*
*San Juan County, WA*
*Santa Barbara County, CA*
*Sedro-Woolley School District*
*Sedro-Woolley, WA*
*Sheridan, CO*
*Skagit County, WA*
*Spokane County, WA*
*Saint Regis Mohawk Tribe, NY*
*Tacoma, WA*
*Teller County, CO*
*Thornton, CO*
*Thurston County, WA*
*Town of Hudson, CO*
*Tri-County Health Department*
*Tulalip Tribes, WA*
*Walla Walla County, WA*
*Westminster, CO*
*Whatcom County, WA*
*Whitman County, WA*
*Yuma County, AZ*
*Bainbridge, WA*
*Lincoln County, WA*
*Mesa County, CO*
*Greeley, CO*
*Vancouver, WA*
*Spokane, WA*
*Hopi Tribe*
*Kirkland, WA*

3