**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., et al.,[1] | Case No. 19-23649 (RDD) |
| Debtors. | Jointly Administered |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Gary A. Gotto, to be admitted, ***pro hac vice***, to represent the creditors listed below in the above referenced bankruptcy cases, and upon the movant's certification that the movant is a member of good standing of the bar of the state of Arizona and Montana, and the bars of the United States District Court for the Northern District of Illinois, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States, it is hereby

**ORDERED**, that Gary A. Gotto, is admitted to practice, *pro hac vice*, in the above referenced bankruptcy cases to represent the below list of creditors, in the United States Bankruptcy Court for the South District of New York, provided that the filing fee has been paid.

Ada County, ID
Adams County, CO
Anacortes, WA
Arapahoe County, CO
Arizona Counties Insurance Pool

Arizona Municipal Risk Retention Pool
Arizona School Alliance for Workers'
   Compensation
Aurora, CO
Black Hawk, CO

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Boulder County, CO | Nez Perce Tribe, ID |
| Brighton, CO | Northglenn, CO |
| Burlington, WA | Northwest Arizona Employee Benefit Trust |
| Chelan County, WA | Olympia, WA |
| City and County of Broomfield, CO | Pierce County, WA |
| City and County of Denver, CO | San Juan County, WA |
| Clallam County, WA | Santa Barbara County, CA |
| Clark County, WA | Sedro-Woolley School District |
| Cochise County, AZ | Sedro-Woolley, WA |
| Commerce City, CO | Sheridan, CO |
| Eureka, CA | Skagit County, WA |
| Federal Heights, CO | Spokane County, WA |
| Franklin County, WA | Saint Regis Mohawk Tribe, NY |
| Fremont County, CO | Tacoma, WA |
| Humboldt County, CA | Teller County, CO |
| Island County, WA | Thornton, CO |
| Jefferson County, CO | Thurston County, WA |
| Jefferson County, WA | Town of Hudson, CO |
| Kent, WA | Tri-County Health Department |
| King County, WA | Tulalip Tribes, WA |
| Kingman, AZ | Walla Walla County, WA |
| Kitsap County, WA | Westminster, CO |
| Kittitas County, WA | Whatcom County, WA |
| La Conner School District | Whitman County, WA |
| Lakewood, WA | Yuma County, AZ |
| Larimer County, CO | Bainbridge, WA |
| Lummi Nation (WA) | Lincoln County, WA |
| Makah Tribe (WA) | Mesa County, CO |
| Maricopa County, AZ | Greeley, CO |
| Missoula County, MT | Vancouver, WA |
| Mohave County, AZ | Spokane, WA |
| Mount Vernon School District | Hopi Tribe |
| Mount Vernon, WA | Kirkland, WA |
| Navajo County, AZ | |

DATED: _____     /s/ _____
White Plains, New York                  HON. ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE