JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

Chané Buck (*pro hac vice*)
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone:    858.314.1158
Facsimile:    844.345.3178

*Special Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**SUMMARY OF JONES DAY'S FIFTH INTERIM APPLICATION
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSES INCURRED DURING RETENTION
PERIOD FROM FEBRUARY 1, 2021 THROUGH MAY 31, 2021**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services as: | Special Counsel |
| Date of Appointment: | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | February 1, 2021 through and including May 31, 2021 |
| Amount of Compensation Requested for this Period: | $882,115.82 (after agreed upon discount) |
| Amount of Expense Reimbursement Requested for this Period: | $21,909.83 |
| Total Amount of Compensation and Expense Reimbursement Sought for this Period: | $904,025.65 |
| Total Amount of Compensation Sought for this Period Already Paid Pursuant to Monthly Fee Statements: | $0.00 |
| Blended Rate in This Application for all Partners, Of Counsel, and Associates: | $801.36 |
| Blended Rate in This Application for all Timekeepers: | $752.10 |
| Number of Timekeepers Included in this Application: | 18 |
| Number of Timekeepers Billing Fewer Than 15 Hours: | 8 |
| This is a | __ Monthly _X_ Interim ___ Final Fee Application |

**Fee Summary for the Period from February 1, 2021**
**through and including May 31, 2021**

| NAME | YEAR OF ADMISSION | 2021 RATE[1] | EFFECTIVE 2021 RATE[2] | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Matthew W. Johnson | 2007 | $850.00 | $739.50 | 0.8 | $680.00 |
| Gasper J. LaRosa | 2002 | $1,125.00 | $978.75 | 8.0 | $9,000.00 |
| Christopher Morrison | 2001 | $1,025.00 | $891.75 | 31.5 | $32,287.50 |
| Dan T. Moss | 2007 | $1,075.00 | $935.25 | 0.9 | $967.50 |
| John J. Normile | 1989 | $1,250.00 | $1,087.50 | 280.8 | $351,000.00 |
| **TOTAL PARTNER:** | | | | **322.0** | **$393,935.00** |
| Kelsey I. Nix | 1988 | $1,180.00 | $1,026.60 | 148.2 | $174,876.00 |
| **TOTAL OF COUNSEL:** | | | | **148.2** | **$174,876.00** |
| Chané Buck | 2017 | $575.00 | $500.25 | 28.8 | $16,560.00 |
| Anna Kordas | 2014 | $800.00 | $696.00 | 17.4 | $13,920.00 |
| Kevin V. McCarthy | 2016 | $715.00 | $622.05 | 332.2 | $237,523.00 |
| Adam M. Nicolais | 2017 | $655.00 | $569.85 | 207.3 | $135,781.50 |
| **TOTAL ASSOCIATE:** | | | | **585.7** | **$403,784.50** |
| Monika Barrios | N/A | $325.00 | $282.75 | 0.6 | $195.00 |
| Jason J. Darensbourg | N/A | $350.00 | $282.75 | 78.4 | $27,440.00 |
| Kristina Horn | N/A | $425.00 | $369.75 | 16.5 | $7,012.50 |
| Martin Ihle | N/A | $350.00 | $304.50 | 15.3 | $5,355.00 |
| Marguerite Melvin | N/A | $400.00 | $348.00 | 5.3 | $2,120.00 |
| Yuri Mozolev | N/A | $175.00 | $152.25 | 0.8 | $140.00 |
| Todd Weaver | N/A | $250.00 | $217.50 | 0.5 | $125.00 |
| Brook Zywick | N/A | $175.00 | $152.25 | 1.0 | $175.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **118.4** | **$42,562.50** |
| **TOTAL:** | | | | **1174.3** | **$1,015,158.00** |
| **AFTER 13% DISCOUNT:** | | | | | **$883,187.46** |

---

[1]    This rate reflects the agreed upon discounted rate arrangement – Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2021, Jones Day used 2020 standard billable rates in calculating amounts due for legal services performed).

[2]    This rate reflects the effective 2021 billable rate after application of the thirteen percent (13%) discount.

### Summary of Disbursements and Expenses for the Period from
### February 1, 2021 through and including May 31, 2021

| Expenses | Amount |
|---|---|
| Consultant Fees | $20,500.00 |
| Mailing Charges | $89.02 |
| Printing Charges | $150.00 |
| Court Costs | $795.32 |
| Publication Expenses | $375.49 |
| **Total:** | **$21,909.83** |

**Blended Rate of Professionals – Total (After 13% Discount)**

| Category of Timekeepers | Blended Rate | Total Hours | Total Compensation | Total Compensation (after discount)[1] |
|---|---|---|---|---|
| Partners & Counsel | $1,052.46 | 470.2 | $568,811.00 | $494,865.57 |
| Associates | $599.78 | 585.7 | $403,784.50 | $351,292.52 |
| Legal Support | $312.75 | 118.4 | $42,562.50 | $37,029.38 |
| **TOTAL** | **$752.10** | **1174.3** | **$1,015,158.00** | **$883,187.46** |

**Comparable and Customary Compensation Disclosure**

| Category of Timekeepers | Blended Rate[2] Comparable Non-Bankruptcy Invoices[3] | Blended Rate This Compensation Period[4] |
|---|---|---|
| Partners & Counsel | $1,061.83 | $1052.46 |
| Associates | $608.50 | $599.78 |
| Legal Support | $294.23 | $312.75 |
| **TOTAL** | **$806.39** | **$752.10** |

---

[1]    This does not include a reduction of $1,071.64 as a result of rate adjustment as agreed upon with the Debtors applied before the 13% discount on all fees.

[2]    Pursuant to ¶ C.3.a.i.b of the Guidelines, "Comparable Non-Bankruptcy Invoices" provides the blended hourly rate for the aggregate of "[a]ll timekeepers in each of [Jones Day's] domestic offices in which timekeepers collectively billed at least 10% of the hours to the bankruptcy case during the [Compensation Period]."  During the Compensation Period, no office other than the New York office billed at least 10% of the hours to the bankruptcy case.

[3]    Jones Day calculated the average hourly rate for Comparable Non-Bankruptcy Invoices by dividing the total dollar amount billed by each class of timekeepers during the applicable period by the total amount of hours billed by such timekeepers during the Compensation Period (excluding all data from timekeepers practicing primarily in a bankruptcy group or section).

[4]    Jones Day calculated the average hourly rate for timekeepers who billed the Debtors by dividing the total dollar amount billed by each class of timekeepers by the total number of hours billed by such timekeepers during the Compensation Period.

## Monthly Fee Statements/Interim Fee Applications (Filed)

| Date and ECF No. | Fee Period | Fees Incurred | Fees Requested | Expenses Requested | Allowed Fees | Allowed Expenses | Total Fees/ Expenses Paid | Balance Remaining |
|---|---|---|---|---|---|---|---|---|
| March 16, 2020 ECF No. 948 | September 15, 2019 – January 31, 2020 | $1,067,512.46 | $1,067,512.46 (100%) | $12,001.56 | $1,046,946.21 (reduced by $20,566.25) | $12,001.56 (100%) | $1,058,947.77 | $0.00 |
| July 15, 2020 ECF No. 1406 | February 1, 2020 – May 31, 2020 | $735,002.54 | $735,002.54 (100%) | $40,243.35 | $725,002.54 (reduced by $10,000) | $40,243.35 (100%) | $765,245.89 | $0.00 |
| November 16, 2020 ECF No. 1968 | June 1, 2020 – September 30, 2020 | $640,809.81 | $640,809.81 (100%) | $10,725.56 | $620,809.81 (reduced by $20,000) | $10,725.56 (100%) | $631,535.38 | $0.00 |
| March 17, 2021 ECF No. 2510 | October 1, 2020 – January 31, 2021 | $374,357.09 | $374,357.09 (100%) | $9,729.37 | $374,357.09 (100%) | $9,729.37 (100%) | $384,087.50 | $0.00 |
| April 26, 2021 ECF No. 2747 | February 1, 2021 – February 28, 2021 | $157,888.67 | $126,310.94 (80%) | $65.40 | $126,310.94 (80%) | $65.40 | $0.00 | $157,954.07 |
| May 10, 2021 ECF No. 2836 | March 1, 2021 – March 31, 2021 | $304,273.80 | $243,419.04 (80%) | $5,965.82 | $243,419.04 (80%) | $5,965.82 | $0.00 | $310,239.62 |
| May 25, 2021 ECF No. 2922 | April 1, 2021 – April 30, 2021 | $272,377.43 | $217,901.94 (80%) | $13,759.92 | $217,901.94 (80%) | $13,759.92 | $0.00 | $286,137.35 |
| June 28, 2021 ECF 3074 | May 1, 2021 – May 31, 2021 | $147,575.93 | $118,060.74 (80%) | $2,118.69 | $118,060.74 (80%) | $2,118.69 | $0.00 | $149,649.62 |
| **TOTAL** | | **$3,699,797.73** | **$3,523,374.56** | **$94,609.67** | **$3,472,808.31** | **$94,609.67** | **$2,839,815.49** | **$903,980.66** |

JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

Chané Buck (*pro hac vice*)
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone:    858.314.1158
Facsimile:    844.345.3178

*Special Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**JONES DAY'S FIFTH INTERIM APPLICATION FOR
ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSES INCURRED DURING RETENTION
PERIOD FROM FEBRUARY 1, 2021 THROUGH MAY 31, 2021**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Jones Day, special counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby files its fifth interim application (this "Application"), pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Bankruptcy Rules"), for (i) allowance of compensation in the amount of $882,115.82 (as discounted from $1,015,158.00) for professional services rendered for the Debtors and (ii) reimbursement of actual and necessary expenses incurred in the amount of $21,909.83, for the period from February 1, 2021 through and including May 31, 2021 (the "Compensation Period"). In support of this Application, Jones Day respectfully represents as follows:

**Background**

***General Background***

1.      On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are authorized to continue to manage and operate their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  No trustee has been appointed in the Debtors' chapter 11 cases (the "Chapter 11 Cases") as of the date hereof.

2.      Background information regarding the Debtors and these Chapter 11 Cases, including the Debtors' business operations, corporate structure, financial condition and the events leading up to these Chapter 11 Cases, is set forth in the *Debtors' Informational Brief* filed on September 16, 2019 [ECF No. 17].

3.      On December 5, 2019, the Debtors filed an *Application of the Debtors for an Order Authorizing them to Retain and Employ Jones Day as Special Counsel Nunc Pro Tunc to the Petition Date* [ECF No. 601].

4.      On December 20, 2019, this Court entered an *Order Authorizing the Debtors to Retain and Employ Jones Day as Special Counsel Nunc Pro Tunc to the Petition Date* [ECF No. 690].

5.      On April 8, 2020, the Court entered an order appointing an independent fee examiner (the "Fee Examiner") in these Chapter 11 Cases [ECF No. 1023].

6.      Jones Day has been representing the Debtors since 2004 in connection with intellectual property prosecution and litigation, including Hatch-Waxman patent litigation and related matters.  Additionally, over the years Jones Day has provided the Debtors with general intellectual property related counseling and opinion work.  Over the course of the engagement, Jones Day attorneys have worked closely with the Debtors' management and in-house counsel and, as a result, have acquired extensive knowledge of the Debtors' history, intellectual property portfolio, litigation needs and related matters.

7.      During the Compensation Period, Jones Day has continued providing the Debtors with targeted advice on discrete matters of patent and intellectual property law. Additionally, Jones Day continued representing the Debtors in connection with several active patent litigation matters.  Jones Day now seeks compensation for services rendered and reimbursement of expenses incurred in connection with the aforementioned representation.

## **Statements by Jones Day**

8.      Jones Day makes the following statements consistent with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013* (the "U.S.

-3-

Trustee Guidelines") and the *General Order M-447, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases* (the "Local Guidelines").

**Statements by Jones Day Pursuant to Section C(5) of the U.S. Trustee Guidelines – Certain Fee and Rate Matters**

9.      Consistent with the pre-petition practice, Jones Day agreed to charge the Debtors lower billing rates than the standard rates customarily billed by the firm.  For 2021, Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, Jones Day used 2020 billable rates for 2021 in calculating amounts due for legal services performed), and the current rates are also subject to a thirteen percent (13%) discount.

10.      None of the hourly rates of Jones Day's professionals and paralegals included in this Application have been varied based on the geographic location of these Chapter 11 Cases.

11.      This Application includes minimal time (4.8 hours) related to reviewing time records to ensure the protection of any privileged or other confidential information and revising invoices that are separate from the reasonable fees incurred for preparing the Monthly Fee Statements (as defined below) or this Application.

**Statements by Jones Day Pursuant to Section C(6) of the U.S. Trustee Guidelines — Information About Budget and Staffing Plans**

12.      Jones Day and the Debtors agreed to a budget for each significant litigation matter being handled by Jones Day during the Compensation Period.  The fees sought in this Application are in line with the budget discussed with and approved by the Debtors, with the exception of the Collegium Pharmaceuticals matter.  The Collegium Pharmaceuticals matter involved a number of unexpected projects including supplemental briefing and drafting an amended

complaint.  For matters for which no budget was agreed upon, the work flow was not as predictable and hours expended were not as susceptible to estimation.

## Jurisdiction and Venue

13.     The Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested and Reasons Therefore

### *Authority for Relief*

14.     Jones Day makes this Application (a) pursuant to sections 330(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1; and (b) consistent with (i) the U.S. Trustee Guidelines, (ii) Local Guidelines and (iii) the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [ECF No. 529] (the "Interim Compensation Procedures Order" and, collectively with the U.S. Trustee Guidelines and the Local Guidelines, the "Guidelines").

### *Request for Interim Allowance of Compensation and Reimbursement of Expenses*

15.     Jones Day hereby seeks  interim (i) allowance of compensation in the amount of $882,115.82 (as discounted from $1,015,158.00) for professional services rendered for the Debtors and (ii) reimbursement of actual and necessary expenses incurred in the amount of $21,909.83 for the Compensation Period.  This is the fifth interim application for reimbursement of fees and expenses filed by Jones Day in connection with the Debtors' Chapter 11 Cases.

16.     Pursuant to Local Bankruptcy Rule 2016-1, section A(3) of the Local Guidelines and Section C of the U.S. Trustee Guidelines, prefixed to this Application and incorporated herein are the following:

(a)     a cover sheet summarizing the contents of this Application;

(b)     a schedule identifying all Jones Day professionals and legal support staff who performed services in these Chapter 11 Cases during the Compensation Period, including, with respect to each professional or paraprofessional, as applicable, his or her title or position, date of first admission, number of hours and fees billed, current and initial billing rate and the number of rate increases (if any) since the commencement of these Chapter 11 Cases;

(c)     a summary of actual and necessary expenses that Jones Day incurred during the Compensation Period in connection with the performance of professional services for the Debtors, and for which it seeks reimbursement herein;

(d)     computation of blended hourly rate for persons who billed time during the Compensation Period; and

(e)     a summary of total compensation and expenses previously awarded by the court.

17.     In addition, (a) the certification of John J. Normile with respect to the Application in accordance with the Local Guidelines is attached hereto as Exhibit A; (b) a table identifying the number of hours and amount of fees requested by each Jones Day timekeeper is attached hereto as Exhibit B; (c) a summary of the expenses incurred by Jones Day during the Compensation Period in performing professional services to the Debtors and the bankruptcy estate is attached hereto as Exhibit C; (d) a table identifying, by project category, the number of hours worked and amount of fees requested as compared to the agreed-upon budget is attached hereto as Exhibit D; and (e) detailed time records for the Compensation Period are attached hereto as Exhibit E.[2]

---

[2]     The time records included in Exhibit E have been minimally redacted to protect privileged information.

***Prior Payments to Jones Day***

18.    In accordance with the Interim Compensation Procedures Order, Jones Day filed the following first, second, third, and fourth interim fee applications (the "Interim Fee Applications") and monthly fee statements (the "Monthly Fee Statements"):

a.    On March 16, 2020, Jones Day filed the *First Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from September 15, 2019 to January 31, 2020* [ECF No. 948], seeking allowance of $1,067,512.46 (after application of agreed upon discount) in fees for services rendered and reimbursement of $12,001.56 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application subject to a $20,566.25 reduction agreed upon between Jones Day and the Fee Examiner.

b.    On July 15, 2020, Jones Day filed the *Second Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from February 1, 2020 to May 31, 2020* [ECF No. 1406], seeking allowance of $735,002.54 (after application of agreed upon discount) in fees for services rendered and reimbursement of $40,243.35 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application subject to a $10,000.00 reduction agreed upon between Jones Day and the Fee Examiner.

c.    On November 16, 2020, Jones Day filed the *Third Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from June 1, 2020 to September 30, 2020* [ECF No. 1968], seeking allowance of $640,809.81 (after application of agreed upon discount) in fees for services rendered and reimbursement of $10,725.56 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application subject to a $20,000.00 reduction agreed upon between Jones Day and the Fee Examiner.

d.    On March 17, 2021, Jones Day filed the *Fourth Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from October 1, 2020 to January 31, 2021* [ECF No. 2510], seeking allowance of $374,357.09 (after application of agreed upon discount) in fees for services rendered and

reimbursement of $9,729.37 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application.

e.     On April 26, 2021, Jones Day filed and served the *Sixteenth Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from February 1, 2021 through February 28, 2021* [ECF No. 2747], seeking allowance of $157,888.67 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $65.40 in expenses incurred in connection with the services provided for the Debtors.

f.     On May 10, 2021, Jones Day filed and served the *Seventeenth Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from March 1, 2021 through March 31, 2021* [ECF No. 2836], seeking allowance of $304,273.80 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $5,965.82 in expenses incurred in connection with the services provided for the Debtors.

g.     On May 25, 2021, Jones Day filed and served the *Eighteenth Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from April 1, 2021 through April 30, 2021* [ECF No. 2922], seeking allowance of $272,377.43 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $13,759.92 in expenses incurred in connection with the services provided for the Debtors.

h.     On June 28, 2021, Jones Day filed and served the *Nineteenth Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from May 1, 2021 through May 31, 2021* [ECF No. 3074], seeking allowance of $147,575.93 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $2,118.69 in expenses incurred in connection with the services provided for the Debtors.

19.     To date, Jones Day has received $2,839,815.49 on account of the aforementioned Interim Fee Applications and Monthly Fee Statements.

*Services Provided by Jones Day by Project Category*

20.    The following is a brief description of the principal activities of Jones Day's professionals during the Compensation Period for each project category, consistent with the requirements of the Interim Compensation Procedures Order, section C(8)(c) of the U.S. Trustee Guidelines and section A(4)(iii) of the Local Guidelines.  For each project category, the narrative summary provides a description of the project, its necessity and benefit to the estate and its status, including any pending litigation for which compensation and reimbursement are requested. Exhibits D and E provide the remaining information required by the Interim Compensation Procedures Order, section C(8)(c) of the U.S. Trustee Guidelines and section A(4)(iii) of the Local Guidelines, including, for each project category, (a) the identity of each person providing services on the project, (b) a statement of the number of hours spent and the amount of compensation requested for each timekeeper on the project, and (c) a detailed description of each individual's activities.

**(1)    *Purdue Pharma L.P., et al. v Collegium Pharmaceuticals (876.8 hours)***

21.    During the Compensation Period, Jones Day professionals advised the Debtors with respect to this on-going litigation matter, including drafting and revising the lift stay motion and other submissions to the Court in support thereof; preparing for and attending multiple status conferences before the Court; drafting and revising supplemental submissions to the Court concerning pending motions to stay and to strike; reviewing and analyzing documents produced by defendants and third parties; reviewing and analyzing Collegium's motion to dismiss, and drafting and revising the first amended complaint filed by the Debtors following such review and analysis; and performing legal research on various topics.  Jones Day further advised the Debtors with respect to strategic decisions in connection with this litigation.

(2)    *Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. (9.8 hours)*

22.    During the Compensation Period, Jones Day professionals advised the Debtors with respect to this on-going litigation matter.

(3)    *Strategic Corporate Advice (27.7)*

23.    During the Compensation Period, Jones Day professionals dedicated time to preparing for and participating in numerous meetings and telephonic conferences with the Debtors and their primary counsel and preparing various legal memoranda related to representation of the Debtors.  Jones Day professionals also considered overall litigation strategy and other intellectual property issues in light of the bankruptcy proceedings.

(4)    *Accord Healthcare Inc. (196.2 hours)*

24.    During the Compensation Period, Jones Day professionals advised the Debtors with respect to this on-going litigation matter, including reviewing and analyzing documents produced by defendants in said matter, reviewing and analyzing defendant Accord Healthcare's answer and counterclaims, and drafting and revising the documents to be filed by the Debtors following said review and analysis.  Jones Day further advised the Debtors with respect to strategic decisions in connection with this litigation.

(5)    *Retention Matters (63.8 hours)*

25.    During the Compensation Period, Jones Day professionals prepared Jones Day's fourth interim fee application and four Monthly Fee Statements.  Jones Day professionals also spent time reviewing voluminous conflict reports and preparing supplemental disclosures in connection with Jones Day's continued retention as special counsel.

(6)    *The Requested Fees Are Reasonable*

26.    The amount of fees sought by Jones Day is appropriate given the issues presented by the Debtors' Chapter 11 Cases.  In addition, these fees are commensurate with fees

that other attorneys of comparable experience and expertise have charged and been awarded in similar chapter 11 cases.  Jones Day's work on the aforementioned active litigation matters, including advising the Debtors with respect to preservation of rights in pending litigation matters in light of the bankruptcy proceedings, is beneficial to the Debtors, the Debtors' estates and other parties in interest and furthers the Debtors' ultimate goal of maximizing the value of the estates for the benefit of all parties in interest.

**Expenses Incurred By Jones Day**

27.    Section 330 of the Bankruptcy Code authorizes "reimbursement for actual, necessary expenses" incurred by professionals employed in a chapter 11 case.  11 U.S.C. § 330. Accordingly, Jones Day seeks interim allowance of reimbursement of expenses incurred during the Compensation Period, in the amount of $21,909.83.  During the Compensation Period, the bulk of expenses was incurred in connection with consultant fees.  Incurrence of these expenses was essential to the preservation of the Debtors' assets during the bankruptcy proceedings.  The expenses for which Jones Day seeks reimbursement are reasonable, actual and necessary, and are of the kind customarily billed to non-bankruptcy clients.

28.    Consistent with section C(13) of the U.S. Trustee Guidelines and sections A(4)(vi) and A(5)(iii) of the Local Guidelines, the expense details attached as Exhibits C and E hereto identify the expenses sought to be reimbursed herein in chronological order, including for each expense (a) the amount, (b) a description and pertinent detail, (c) the date(s) incurred, (d) the Jones Day professional or paralegal that incurred the expense (if relevant) and (e) the reason for the expense.

29.    In accordance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Guidelines, Jones Day maintains the following policies with respect to expenses for which reimbursement is sought herein:

(a)     No amortization of the cost of any investment, equipment or capital outlay is included in the expenses.  In addition, for those items or services that Jones Day purchased or contracted from a third party (such as consultants), Jones Day seeks reimbursement only for the exact amount billed to Jones Day by the third party vendor and paid by Jones Day to the third party vendor.

(b)     Photocopying by Jones Day, to the extent charged, was charged at 10 cents per page.  To the extent practicable, Jones Day utilized less expensive outside copying services.

(c)     The time pressures associated with the services rendered by Jones Day frequently required Jones Day's professionals and paralegals to devote substantial amounts of time during the evenings and on weekends.  Jones Day has not charged the Debtors for secretarial and other staff overtime expense.

30.     Jones Day believes that this Application reflects all expenses incurred during the Compensation Period.  To the extent any such expenses have not yet been billed as of the date of filing of this Application, however, due to, for example, delays in the applicable billing cycle, Jones Day reserves the right to supplement this Application to include such expenses at or prior to the hearing thereon or to seek reimbursement of such expenses in connection with the next interim compensation period.

**Adjustment to Fees and Expenses**

31.     Consistent with its own internal policies and to comply with the "reasonableness" requirements of section 330 of the Bankruptcy Code, Jones Day has reviewed the service descriptions and expense detail associated with the Compensation Period and has determined that certain fees should not be charged to the Debtors.  Jones Day wrote off a total sum of $4,607.50 during the Compensation Period.  The adjustments made by Jones Day result from, among other things:  (a) the reduction (or elimination) of fees where the time charged for the particular services exceeded the amount of time that, in Jones Day's estimation, it should have taken the lawyer or the paraprofessional to render the services; (b) the deletion of charges for

duplicative or nonproductive services; and (c) other adjustments considered appropriate by Jones

Day or required by applicable rules.

## The Requested Compensation Should Be Allowed

32.    Section 330(a)(1) of the Bankruptcy Code provides that the Court may

award a professional person employed under section 327 or 1103 of the Bankruptcy Code:

> (A)    reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
>
> (B)    reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).  Section 330(a)(3)(A) further provides the following standards for the

Court's review of a fee application:

> In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> 1.    the time spent on such services;
>
> 2.    the rates charged for such services;
>
> 3.    whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;
>
> 4.    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> 5.    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> 6.    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3)(A).

33.    Jones Day respectfully submits that it has satisfied the requirements for the allowance of the compensation and reimbursement of expenses sought herein.  The services described above were necessary to the administration of the Debtors' Chapter 11 Cases and were beneficial to the Debtors and parties in interest.  Jones Day's services were often performed in a minimum amount of time and commensurate with the complexity of the matters facing the Debtors.  Further, the compensation sought by Jones Day is reasonable because it is based on the customary compensation charged by comparably skilled practitioners outside of bankruptcy.

### Review by the Debtors

34.    The Debtors and the U.S. Trustee have received copies of the Monthly Fee Statements filed in these Chapter 11 Cases and had the opportunity to review the invoices for the Compensation Period.

### Notice

35.    Notice of this Application has been provided in accordance with procedures set forth in the Interim Compensation Procedures Order and the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* [ECF No. 498]. Jones Day respectfully submits that no other or further notice need be provided.

WHEREFORE, Jones Day respectfully requests that the Court enter an order: (i) approving this Application; (ii) allowing on an interim basis compensation in the amount of $882,115.82 for professional services rendered by Jones Day during the Compensation Period; (iii) allowing on an interim basis reimbursement of expenses of $21,909.83 incurred by Jones Day during the Compensation Period; (iv) authorizing and directing the Debtors to pay the approved fees and expenses to Jones Day; and (v) granting such other and further relief to Jones Day as is just and proper.

Dated: July 15, 2021
      San Diego, California

Respectfully submitted,

*/s/ Chané Buck*
JONES DAY
Chané Buck (*pro hac vice*)
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone: (858) 314-1158
Facsimile: (844) 345-3178
Email: cbuck@jonesday.com

- and –

John J. Normile
Anna Kordas
JONES DAY
250 Vesey Street
New York, New York  10281
Telephone: 212.326.3939
Facsimile:  212.755.7306
Email:     jnormile@jonesday.com
           akordas@jonesday.com

*Special Counsel to the Debtors*

## **EXHIBIT A**

**Certification of John J. Normile**

JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

Chané Buck (*pro hac vice*)
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone:    858.314.1158
Facsimile:    844.345.3178
*Special Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

## CERTIFICATION OF JOHN J. NORMILE

I, John J. Normile, hereby certify as follows:

1.    I am a partner in the law firm of Jones Day.  I submit this certification with respect

to *Jones Day's Fifth Interim Application for Allowance of Compensation for Services Rendered and*

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from February 1, 2021 through May 31, 2021* (the "Application").[2]

2.    I make this certification in accordance with the Local Guidelines and the U.S. Trustee Guidelines.

3.    In connection therewith, I hereby certify that:

(a)    I have read the Application;

(b)    To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the Local Guidelines and the U.S. Trustee Guidelines;

(c)    Except to the extent that fees or disbursements are prohibited by the Local Guidelines or the U.S. Trustee Guidelines, the disbursements sought are billed at rates customarily employed by Jones Day and generally accepted by Jones Day's clients;

(d)    The fees sought are billed at the rates lower than the rates customarily employed by Jones Day and generally accepted by Jones Day's clients as an accommodation to the Debtors and upon mutual agreement;

(e)    In providing a reimbursable service included in its expense reimbursement request, Jones Day does not make a profit on that service, whether the service is performed by Jones Day in-house or through a third party;

(f)    With respect to B.2 of the Local Guidelines, I certify that Jones Day has previously provided monthly statements of Jones Day's fees and disbursements in accordance with section B.2 of the Local Guidelines by filing and serving monthly statements in accordance with the Interim Compensation Procedures Order; and

---

[2]    All capitalized terms used but not defined herein have the meanings given to them in the Application.

(g)    With respect to section B.3 of the Local Guidelines, I certify that the Debtors and

the U.S. Trustee have received copies of the Monthly Fee Statements filed in these Chapter 11 Cases.

Statements by Jones Day Pursuant to Section C.5 of the U.S. Trustee Guidelines

4.    The following statement is provided pursuant to section C.5 of the U.S. Trustee

Guidelines:

(a)    **Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?

**Answer:** Prior to the Petition Date, the Debtors and Jones Day agreed to a discounted fee arrangement. Jones Day and the Debtors agreed to maintain this discounted fee arrangement following the Petition Date.

(b)    **Question:** If the fees sought in the fee application as compared to the fees budgeted for the time period covered by the fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

**Answer:** The fees sought in this Application do not exceed the budget contemplated for each significant litigation matter during the Compensation Period discussed with and approved by the Debtors, with the exception of the Collegium Pharmaceuticals as shown on Exhibit D attached hereto. The reasons for the variance with respect to the Collegium Pharmaceuticals matter were discussed with the client and resulted from unanticipated projects that came up. For matters for which no budget was agreed upon, the work flow was not as predictable and hours expended were not susceptible to estimation.

(c)    **Question:** Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**Answer:** No.

(d)    **Question:** Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices other than reasonable fees for preparing fee applications? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.

**Answer:** No.

(e)    **Question:** Does the fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

-3-

**Answer:**  Yes, the application includes 4.8 hours spent on redacting privileged and confidential information from the time records.

(f)    **Question:**  If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

**Answer:**  This Application does not include any rate increases for Jones Day's professionals' fees implemented during this Compensation Period.

Dated:  July 15, 2021
            New York, New York

Respectfully submitted,

*/s/ John J. Normile*
John J. Normile
JONES DAY
250 Vesey Street
New York, New York  10281
Telephone: 212.326.3939
Facsimile:  212.755.7306
Email:        jnormile@jonesday.com

*Special Counsel to the Debtors*

**<u>EXHIBIT B</u>**

**Summary of Professionals for Compensation Period**

## SUMMARY OF PROFESSIONALS/STAFF FOR COMPENSATION PERIOD

| NAME | YEAR OF ADMISSION | 2021 RATE[1] | EFFECTIVE 2021 RATE[2] | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Matthew W. Johnson | 2007 | $850.00 | $739.50 | 0.8 | $680.00 |
| Gasper J. LaRosa | 2002 | $1,125.00 | $978.75 | 8.0 | $9,000.00 |
| Christopher Morrison | 2001 | $1,025.00 | $891.75 | 31.5 | $32,287.50 |
| Dan T. Moss | 2007 | $1,075.00 | $935.25 | 0.9 | $967.50 |
| John J. Normile | 1989 | $1,250.00 | $1,087.50 | 280.8 | $351,000.00 |
| TOTAL PARTNER: | | | | 322.0 | $393,935.00 |
| Kelsey I. Nix | 1988 | $1,180.00 | $1,026.60 | 148.2 | $174,876.00 |
| TOTAL OF COUNSEL: | | | | 148.2 | $174,876.00 |
| Chane Buck | 2017 | $575.00 | $500.25 | 28.8 | $16,560.00 |
| Anna Kordas | 2014 | $800.00 | $696.00 | 17.4 | $13,920.00 |
| Kevin V. McCarthy | 2016 | $715.00 | $622.05 | 332.2 | $237,523.00 |
| Adam M. Nicolais | 2017 | $655.00 | $569.85 | 207.3 | $135,781.50 |
| TOTAL ASSOCIATE: | | | | 585.7 | $403,784.50 |
| Monika Barrios | N/A | $325.00 | $282.75 | 0.6 | $195.00 |
| Jason J. Darensbourg | N/A | $350.00 | $282.75 | 78.4 | $27,440.00 |
| Kristina Horn | N/A | $425.00 | $369.75 | 16.5 | $7,012.50 |
| Martin Ihle | N/A | $350.00 | $304.50 | 15.3 | $5,355.00 |
| Marguerite Melvin | N/A | $400.00 | $348.00 | 5.3 | $2,120.00 |
| Yuri Mozolev | N/A | $175.00 | $152.25 | 0.8 | $140.00 |
| Todd Weaver | N/A | $250.00 | $217.50 | 0.5 | $125.00 |
| Brook Zywick | N/A | $175.00 | $152.25 | 1.0 | $175.00 |
| TOTAL LEGAL SUPPORT: | | | | 118.4 | $42,562.50 |
| TOTAL: | | | | 1174.3 | $1,015,158.00 |
| AFTER 13% DISCOUNT: | | | | | $883,187.46 |

---

[1]    This rate reflects the agreed upon discounted rate arrangement – Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2021, Jones Day used 2020 standard billable rates in calculating amounts due for legal services performed).

[2]    This rate reflects the effective 2021 billable rate after application of the thirteen percent (13%) discount.

## <u>EXHIBIT C</u>

**Summary of Disbursements and Expenses for Compensation Period**

## SUMMARY OF DISBURSEMENTS AND EXPENSES
## FOR COMPENSATION PERIOD

| Expenses | Amount |
|---|---|
| Consultant Fees | $20,500.00 |
| Mailing Charges | $89.02 |
| Printing Charges | $150.00 |
| Court Costs | $795.32 |
| Publication Expenses | $375.49 |
| **Total:** | **$21,909.83** |

# **EXHIBIT D**

**Summary of Compensation Requested by Project Category**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND COMPLIANCE WITH THE BUDGET

| Matter | Hours Billed this Compensation Period | Fees Incurred this Compensation Period (after application of 13% discount) | Agreed Upon Budget for this Compensation Period |
|---|---|---|---|
| Collegium Pharmaceuticals | 876.8 | $684,312.42 | $240,000.00 |
| Intellipharmaceutics Corp. | 9.8 | $5,690.67 | N/A |
| Strategic Corporate Advice | 27.7 | $17,085.06 | N/A |
| Accord Healthcare Inc. | 196.2 | $136,977.59 | $295,000.00 |
| Retention Matters | 63.8 | $39,121.73 | N/A |
| **Total:** | **1174.3** | **$883,187.46** | **$535,000.00** |

**<u>EXHIBIT E</u>**

**Time Detail for February 1, 2021 through May 31, 2021**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

April 13, 2021                                                            305158-610005

Invoice: 33483571

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 28, 2021:

| | | | |
|---|---|---|---:|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | | USD | 161,492.00 |
| Less 13% Fee Discount | | | (20,993.96) |
| | | USD | 140,498.04 |

DISBURSEMENTS & CHARGES

| | | | |
|---|---:|---|---:|
| Court Reporter Fees | 65.40 | | |
| | | | 65.40 |
| **TOTAL** | | **USD** | **140,563.44** |
| CREDIT to Reduce January Rates As Agreed | | USD | (1,071.64) |
| **AMOUNT DUE THIS INVOICE** | | **USD** | **139,491.80** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|:---:|:---:|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610005/33483571 WITH YOUR PAYMENT

**JONES DAY**

305158-610005                                                    Page 2
                                                          April 13, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice:  33483571

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| C M MORRISON | 3.20 | 1,025.00 | 3,280.00 |
| J J NORMILE | 44.30 | 1,250.00 | 55,375.00 |
| OF COUNSEL |  |  |  |
| K I NIX | 24.80 | 1,180.00 | 29,264.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 70.60 | 715.00 | 50,479.00 |
| A M NICOLAIS | 26.80 | 655.00 | 17,554.00 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 5.90 | 350.00 | 2,065.00 |
| LEGAL SUPPORT |  |  |  |
| K HORN | 2.00 | 425.00 | 850.00 |
| PROJECT ASST |  |  |  |
| M IHLE | 7.50 | 350.00 | 2,625.00 |
| **TOTAL** | **185.10** | **USD** | **161,492.00** |

JONES DAY

305158-610005                                                           Page 3
                                                                   April 13, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals        Invoice:  33483571

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 02/01/21 | A M NICOLAIS | 1.20 |

Communication in firm with K. McCarthy re motion to lift stay/amend (.4); drafting motion to lift stay (.8).

| 02/01/21 | J J NORMILE | 1.30 |

Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Kreppel, R. Inz, P. Hendler and A. Nicolais (.50); ((preparation for and participation in teleconference ███████████ ██████████████████ (.80).

| 02/02/21 | K MCCARTHY | 1.00 |

Revise motion to lift stay (0.8) and communicate with A. Nicolais regarding same (0.2).

| 02/02/21 | A M NICOLAIS | 1.30 |

Continue drafting motion to lift stay (1.0); research re lift stay factors re same (.3).

| 02/03/21 | M IHLE | 0.50 |

Send PTX exhibits from Purdue-IPC 17-392 to Pablo Hendler at Potomac Law Group, PLLC via Accellion FTP.

| 02/03/21 | K MCCARTHY | 1.50 |

Analyze prior OxyContin trial exhibits (0.3) and communicate internally and with P. Hendler regarding same (0.2); review and revise draft liftstay motion and draft Rosen declaration in support of same (1.0).

| 02/03/21 | A M NICOLAIS | 4.60 |

Continue research re motion to lift stay pending PTAB proceeding (1.0); revising motion to lift stay and supporting declaration (3.2); communication in firm with K. McCarthy re same (.4).

| 02/03/21 | J J NORMILE | 1.50 |

Revision of prior drafts of motion to lift stay (1.2) including various correspondence with K. McCarthy regarding same (.3).

| 02/04/21 | M IHLE | 1.50 |

Send PTX exhibits from Purdue-IPC 17-392 and Purdue-Amneal 15-1152 cases to Pablo Hendler and Keri Click at Potomac Law Group, PLLC via Accellion FTP.

| 02/04/21 | K MCCARTHY | 2.50 |

Revise motion to lift stay (1.0); perform legal research in support of same (1.5).

| 02/04/21 | J J NORMILE | 1.00 |

Continued attention to preparation of motion in support of lift stay and Rosen declaration (.7) including various correspondence and teleconferences with K. McCarthy (.3).

| 02/05/21 | K HORN | 0.20 |

Review electronic files to identify trial exhibits used in prior oxy litigations per K. McCarthy.

| 02/05/21 | M IHLE | 2.50 |

Collect and .zip PTX Exhibits from prior oxy litigations and send to Pablo Hendler and Keri Click at Potomac Law Group, PLLC via Accellion FTP.

| 02/05/21 | K MCCARTHY | 2.00 |

Revise memorandum of law in support of motion to lift stay (1.0) and attention to miscellaneous internal and bankruptcy counsel correspondence regarding same (0.2) revise Rosen declaration in support of motion to lift stay (0.5) and communicate internally regarding same (0.3).

| 02/05/21 | K I NIX | 0.20 |

E-mails with K. McCarthy and D. Rosen regarding declaration in support of motion to lift stay.

305158-610005                                                        Page 4
                                                                 April 13, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals        Invoice:  33483571

| Date of Service | Timekeeper Name | Hours |
| --- | --- | --- |

02/05/21      J J NORMILE                                          1.50
              Review drafts of motion for lift stay including draft Rosen declaration and various correspondence from K.
              McCarthy and K. Nix regarding same.

02/07/21      K I NIX                                              1.20
              Revised draft Rosen declaration (1.0); e-mails with D. Rosen regarding same (.2).

02/07/21      J J NORMILE                                          1.50
              Continued attention to preparation of lift stay motion and Rosen declaration.

02/08/21      K HORN                                               1.20
              ███████████████████████████████████████████████████████

02/08/21      M IHLE                                               2.50
              Collect and .zip PTX Exhibits from prior oxy litigations and send to Pablo Hendler and Keri Click at
              Potomac Law Group, PLLC via Accellion FTP (1.2); create a draft Word log of documents sent via
              Accellion in October 2020 and since February 3, 2021 (1.3).

02/08/21      K MCCARTHY                                           4.00
              Revise motion to lift stay (2.7) and communicate with A. Nicolais regarding same (0.3); prepare for (0.2)and
              participate in (0.3) internal teleconference with J. Normile and A. Nicolais regarding motion and related
              tasks; prepare for (0.2) and participate in (0.3) weekly client teleconference regarding litigation status
              updates.

02/08/21      A M NICOLAIS                                         0.50
              Communication in firm with K. McCarthy and J. Normile re draft motion to lift stay (.3); revisions re same
              (.2).

02/08/21      K I NIX                                              1.80
              Teleconference with D. Rosen regarding supporting declaration for motion to lift stay (.3); worked on
              revised draft declaration (1.2) and email to D. Rosen regarding same (.3).

02/08/21      J J NORMILE                                          5.00
              Preparation for (.40) and participation in (.40) teleconference with K. McCarthy and A. Nicolais regarding
              preparation of motion to lift stay and Rosen declaration in support of same; revise draft memorandum and
              declaration and related correspondence (2.3); preparation for (.40) and participation in (.40) weekly team
              teleconference including B. Koch, R. Kreppel, R. Silbert, R. Inz, K. McCarthy and A. Nicolais; preparation
              for (.10) and participation in (.20) teleconference with P. Hendler regarding preparation of motion to lift
              stay; ((review of various correspondence regarding ████████████████████
              (.80).

02/09/21      M IHLE                                               0.50
              Collect and .zip PTX Exhibits from prior oxy litigations and send to Pablo Hendler and Keri Click at
              Potomac Law Group, PLLC via Accellion FTP (.3); confer with TCDI about restoring access to Purdue
              databases in Relativity, subject to approval by Tom (.2). Morrissey.

02/09/21      K MCCARTHY                                           6.50
              Revise motion to lift stay (5.5); revise Rosen declaration (0.3) and communicate with K. Nix and A.
              Nicolais regarding same (0.4); attention to internal correspondence regarding protective order issues (0.3).

02/09/21      A M NICOLAIS                                         2.90
              Communication in firm with K. McCarthy re motion to lift stay (.3); revisions to same and incorporation of
              Rosen Declaration (2.3); analyze discovery confidentially order re confidentiality requirements (.2) and
              communication in firm with K. Nix re same (.1).

02/09/21      K I NIX                                              3.20
              Two teleconferences and e-mails with D. Rosen regarding draft declaration (.5); studied draft brief in
              support of motion to lift stay (2.5); conferred with J. Normile and K. McCarthy regarding protective order
              issue concerning formulary rebate rates (.2).

JONES DAY

305158-610005                                                                    Page 5
                                                                        April 13, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice:  33483571

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

02/09/21        J J NORMILE                                              2.80
Continued revision of memorandum in support of motion to lift stay including Rosen declaration (2.0) and
review of case protective order regarding same (.8).

02/10/21        J J DARENSBOURG                                          0.90
Manage spreadsheet of litigation documents sent to P Hendler.

02/10/21        K HORN                                                   0.30
██████████████████████████████████████████

02/10/21        K MCCARTHY                                               3.60
Revise memorandum of law in support of motion to lift stay in response to edits received (2.9); ((attention
to client correspondence regarding ████████████████████████ (0.4) ));
coordinate preparation of exhibits to Rosen declaration (0.3).

02/10/21        A M NICOLAIS                                             1.20
Further revisions to draft motion to lift stay (.7); communication in firm with K. McCarthy and K. Nix re
same (.2); research for Rosen declaration exhibits re same (.3).

02/10/21        K I NIX                                                  1.80
Worked on supporting D. Rosen declaration (1.0); conferred with D Rosen (.5); e-mail to K. McCarthy and
A. Nicolais regarding Rosen declaration (.3).

02/10/21        J J NORMILE                                              3.00
Revise memorandum in support of lift stay motion (1.5) and review and revision of Rosen declaration (1.0);
((review of ███████████████████ ████████████████████
███████████████████████████████ (.50) )).

02/11/21        K MCCARTHY                                               2.50
Revise Purdue's motion to lift stay (1.1) and communicate internally, with co-counsel, and with client
regarding edits to same (0.6); participate in teleconference with J. Normile and A. Nicolais regarding same
(0.4); attention to miscellaneous internal correspondence regarding discovery produced by subpoenaed
third parties (0.4).

02/11/21        A M NICOLAIS                                             3.00
Revise Collegium motion to lift stay incorporating comments/edits from R. Inz, B. Koch, R. Kreppel and
P. Hendler (2.2); communication in firm with J. Normile and K. McCarthy re same (.8).

02/11/21        K I NIX                                                  1.40
Work regarding motion to lift stay and supporting Rosen declaration (.7), including e-mails with Purdue (R.
Krappel and B. Koch), J. Normile and K. McCarthy regarding damages topics (.3); reviewed edits to draft
brief (.4).

02/11/21        J J NORMILE                                              4.00
Review various drafts of Purdue's memorandum in support of lift stay motion including various
teleconferences with K. McCarthy, A. Nicolais, B. Koch and R. Kreppel (3.0); review of emails and
comments from R. Inz, B. Koch and R. Kreppel (1.0).

02/12/21        K MCCARTHY                                               6.00
Revise motion to lift stay (3.0); attention to client and co-counsel correspondence regarding edits to motion
(1.0); prepare for (0.5) and participate in (1.0) client teleconferences with J. Normile and P. Hendler
regarding edits to motion and related litigation testing issues; teleconference with K. Nix regarding edits to
motion and related declaration (0.5).

02/12/21        K I NIX                                                  1.70
Teleconference with K. McCarthy regarding revisions to draft brief in support of motion to lift stay (1.0);
studied draft brief and client's proposed changes to same (.7).

305158-610005

Page 6
April 13, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice:  33483571

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 02/12/21 | J J NORMILE | 3.00 |

Preparation for (.4) and participation in (.6) teleconference with B. Koch, R. Kreppel, R. Inz, P. Hendler and K. McCarthy regarding memorandum in support of Purdue's lift stay motion and related correspondence with K. McCarthy; review of edits and comments provided by R. Inz, R. Kreppel and B. Koch (1.0); preparation for (.5) and participation in (.5) teleconference with B. Koch, R. Inz, P. Hendler and K. McCarthy regarding strategic case issues including review of various emails.

| 02/13/21 | K MCCARTHY | 3.50 |
|---|---|---|

Revise Collegium liftstay motion and related filings (2.0); perform follow-up legal and factual research in support of same (1.5).

| 02/13/21 | J J NORMILE | 1.50 |
|---|---|---|

Revision of memorandum in support of lift stay motion (1.2) and review of correspondence from P. Hendler and A. Nicolais regarding same (.3).

| 02/14/21 | K MCCARTHY | 2.80 |
|---|---|---|

Revise Purdue motion to lift stay and related filings (2.5) and communicate with J. Normile and P. Hendler regarding same (0.3).

| 02/14/21 | K I NIX | 1.20 |
|---|---|---|

Revised draft supporting brief from K. McCarthy.

| 02/15/21 | K MCCARTHY | 2.70 |
|---|---|---|

Revise Purdue motion to lift stay and related filings (2.0) and communicate with P. Hendler regarding edits to same (0.4); prepare for (0.1) and participate in (0.2) teleconference with J. Normile regarding same.

| 02/15/21 | K I NIX | 2.10 |
|---|---|---|

Studied revised versions of supporting brief from R. Inz, P. Hendler and K. McCarthy (1.0) and work regarding same (1.1).

| 02/15/21 | J J NORMILE | 2.50 |
|---|---|---|

Revise current draft of motion to lift stay and Rosen declaration in support of same including P. Hendler edits (2.0); various correspondence with K. McCarthy regarding same (.50).

| 02/16/21 | J J DARENSBOURG | 1.00 |
|---|---|---|

Manage deposition transcripts and exhibits for P Hendler.

| 02/16/21 | K HORN | 0.30 |
|---|---|---|

Organize and coordinate electronic transfer of depositions to P. Hendler per K. McCarthy.

| 02/16/21 | K MCCARTHY | 3.00 |
|---|---|---|

Prepare for (0.4) and participate in weekly (0.6) client teleconference regarding litigation status updates, including review of Purdue litigation tracker (0.2); revise motion to lift stay and related filings (0.8); teleconference with A. Nicolais regarding edits to same (0.2); attention to internal, co-counsel, and client correspondence regarding edits to motion and certain related confidentiality issues (0.8).

| 02/16/21 | A M NICOLAIS | 2.80 |
|---|---|---|

Team meeting re Collegium motion to lift stay (.5); communication in firm with K. McCarthy re same (.3); incorporating revisions from R. Inz., K. Nix, and R. Kreppel re same (2.0).

| 02/16/21 | K I NIX | 2.80 |
|---|---|---|

Worked on draft brief in support of motion to lift stay (2.2) and e-mails with J. Normile and K. McCarthy regarding same (.6).

| 02/16/21 | J J NORMILE | 2.30 |
|---|---|---|

Preparation for (.20) and participation in (.60) weekly team teleconference including B. Koch, R. Kreppel, R. Inz, P. Hendler, K. McCarthy and A. Nicolais; continued review and revision of memorandum in support of lift stay motion and Rosen declaration including various correspondence with K. Nix and K. McCarthy (1.5).

JONES DAY

305158-610005                                                                    Page 7
                                                                          April 13, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice:  33483571

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**02/17/21    K MCCARTHY    3.00**
Revise sealing motion (0.3) and communicate internally and with opposing counsel regarding finalizing same (0.4); revise cover motion and communicate with A. Nicolais regarding same (0.5); (( review/analyze ▓▓▓▓▓▓▓ (0.8) )); revise motion to lift stay (0.5) and perform legal research regarding impact of 11 U.S.C. § 1121(d) period in support of same (0.5).

**02/17/21    A M NICOLAIS    1.50**
Edits to motion to lift stay (.5); drafting cover letter to motion (.4); drafting motion to seal lift stay motion (.4); communication in firm with K. McCarthy re all (.2).

**02/17/21    J J NORMILE    1.50**
Review of draft motion to seal Purdue's memorandum in support of its lift stay motion and Rosen declaration including correspondence from K. McCarthy and C. Morrison regarding same (1.0); (( review of ▓▓▓▓▓▓▓ (.50) )).

**02/18/21    J J DARENSBOURG    0.40**
Manage shared database for attorneys of correspondence regarding Motion for Leave to File Under Seal Plaintiff's Motion to Lift Stay and document log of deposition transcripts and exhibits sent to P Hendler.

**02/18/21    K MCCARTHY    5.00**
Revise motion to lift stay, Rosen declaration, and related filings (3.0); review co-counsel and client proposed edits to motion and communicate internally regarding same (0.5); attention to opposing counsel correspondence regarding sealing motion (0.3) and finalize same for filing (0.2); revise proposed schedule exhibit to motion to lift stay and communicate with J. Normile regarding same (1.0).

**02/18/21    C M MORRISON    1.40**
Rrevise motion to lift stay and motion for leave to file under seal.

**02/18/21    A M NICOLAIS    1.10**
Edits to motion to seal (.3); revisions to motion to lift stay (.4); communication in firm re same (.4).

**02/18/21    K I NIX    1.40**
Studied draft brief in support of motion to lift stay and revisions to same (.9); reviewed motion to file under seal (.2); e-mails with K. McCarthy, C. Morrison and A. Nicolais (.3).

**02/18/21    J J NORMILE    1.50**
Review of various correspondence relating to motion to seal Purdue's motion to lift stay including various emails from K. McCarthy, A. Nicolais, C. Morrison and O. Langer.

**02/19/21    K MCCARTHY    1.00**
Revise motion to lift stay and communicate with A. Nicolais regarding same (0.5); provide edits to Rosen declaration in support of motion to lift stay (0.5).

**02/19/21    C M MORRISON    0.40**
Revise motion to seal (.2); communicate with court regarding same (.2).

**02/19/21    A M NICOLAIS    0.70**
Edits to motion to lift stay and Rosen Declaration and incorporating edits from team re same (.7).

**02/19/21    K I NIX    1.80**
Worked on draft brief in support of motion to lift stay and Rosen declaration is support of motion to lift stay (1.5); e-mails with J. Normile, K. McCarthy, P. Hendler, C. Morrison and A. Nicolais regarding same (.3).

**02/19/21    J J NORMILE    2.00**
Revise memorandum in support of lift stay motion and Rosen declaration (1.6) and review of correspondence relating to same (.4).

JONES DAY

305158-610005

Page 8
April 13, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice:  33483571

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

02/20/21    A M NICOLAIS    1.30
Edits to motion to lift stay and Rosen declaration (.5) and preparation of exhibits re same (1.3).

02/21/21    K MCCARTHY    1.50
Revise motion to lift stay, Rosen declaration, and related filings (1.0) and communicate with J. Normile and P. Hendler regarding same (.5).

02/21/21    J J NORMILE    1.50
Preparation for (.7) and participation in (.7) teleconference with K. McCarthy regarding draft motion to lift stay and Rosen declaration and review of related correspondence (.1).

02/22/21    J J DARENSBOURG    0.20
Manage shared database for attorneys of Plaintiffs' Motion for Leave to File Under Seal Memorandum of Law and Rosen Declaration in Support of Motion to Lift Court's Stay Order.

02/22/21    K MCCARTHY    7.00
Revise motion to lift stay, Rosen declaration, and related filings (2.8); attention to client and internal edits to same (0.8); finalize same for filing (0.9) and communicate internally regarding filing logistics and service on opposing counsel (0.6); revise proposed redactions to filings and communicate internally and with client concerning same (1.2); prepare for (0.3) and participate in (0.4) weekly client teleconference regarding litigation status updates.

02/22/21    C M MORRISON    0.80
Analyze final motion to lift stay and attention to filing under seal (.6); confer with clerk regarding same (.2).

02/22/21    A M NICOLAIS    4.70
Incorporating edits of R. Inz., B. Koch, K. Nix and R. Kreppel into motion to lift stay and declaration of D. Rosen (1.0); edits to motion to lift stay and Rosen declaration (2.1); finalizing motion for filing (.7); communication in firm with K. McCarthy and K. Nix re same (.5); preparing redactions re same (.4).

02/22/21    K I NIX    3.40
Worked on motion to lift stay and supporting brief and Rosen declaration (2.0); reviewed B. Koch's, R. Kreppel's and R. Inz's comments regarding same (.3); and e-mails with K. McCarthy, J. Normile and A. Nicolais regarding same (.2); coordinated with D. Rosen regarding final review and execution of his declaration (.4); reviewed draft redacted "public" versions of brief and Rosen declaration (.3), and email to K. McCarthy regarding same (.2).

02/22/21    J J NORMILE    2.90
Rrevise memorandum in support of motion to lift stay and Rosen declaration in support including review of comments from R. Inz and B. Koch (1.3); review of various correspondence from K. McCarthy and C. Morrison regarding preparation of redacted versions of memorandum and declarations (.80); preparation for (.40) and participation in (.40) weekly team teleconference with B. Koch, R. Silbert, R. Inz, R. Kreppel, K. McCarthy, A. Nicolais and P. Hendler.

02/23/21    J J DARENSBOURG    1.10
Manage shared database for attorneys of Plaintiffs' Confidential and Redacted versions of Motion to Lift Stay, Memo, Rosen Declaration in Support, and accompanying exhibits.

02/23/21    K MCCARTHY    3.50
Draft/revise public redacted versions of motion to lift stay and Rosen declaration (1.5) and communicate internally and with client regarding same (0.5); (( review/analyze ████████ (1.0) )); attention to ████████ ████████████████ (0.2); (( draft/revise ██████████████ (0.3) )).

02/23/21    C M MORRISON    0.60
Review and finalize public versions of Motion to Lift Stay.

JONES DAY

305158-610005                                                                                      Page 9
                                                                                          April 13, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                          Invoice:  33483571

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**02/23/21**     K I NIX     0.80
Reviewed proposed redacted versions of brief and Rosen declaration in support of motion to lift stay (.6), and e-mails with K. McCarthy, J. Normile and P. Hendler regarding same (.2).

**02/23/21**     J J NORMILE     2.00
Attention to preparation of redacted versions of memorandum in support of lift stay motion and Rosen declaration including various correspondence from B. Koch, R. Inz, R. Kreppel, K. Nix and P. Hendler (1.5); (( review ███████████████████████████████  ██████ (.50) )).

**02/24/21**     J J DARENSBOURG     1.90
Update discovery documents for attorney and client review.

**02/24/21**     K MCCARTHY     4.00
(( Review/analyze ██████████ (1.1); prepare for and participate in teleconference with Pablo Hendler regarding same (1.1); attention to correspondence with J. Normile, P. Hendler, █████ (0.6) ))); attention to miscellaneous internal and client correspondence regarding prior written discovery requests and responses (0.6) and coordinate compiling of same (0.6).

**02/25/21**     J J DARENSBOURG     0.40
Review correspondence for evidence of deposition scheduling of Patheon and Noramco representatives.

**02/25/21**     K MCCARTHY     2.00
((Prepare for and participate in teleconference ████████████ (1.0); analyze ████████████ (1.0).)).

**02/26/21**     K MCCARTHY     1.20
Prepare for (.6) and participate in (.6) teleconferences with client, J. Normile, and P. Hendler regarding validity and infringement issues relating to Low-ABUK patents.

**02/26/21**     J J NORMILE     1.50
(( Preparation for and participation in teleconference ███████████████████ )).

**02/28/21**     K MCCARTHY     0.80
(( Prepare for and participate in teleconference with J. Normile regarding ███████████████ (0.4); attention to miscellaneous internal and client correspondence regarding same (0.4).)).

**02/28/21**     J J NORMILE     0.50
Preparation for (.2) and participation in (.3) teleconference with K. McCarthy regarding Rosen declaration.

**TOTAL**                                                                              **185.10**

**JONES DAY**

305158-610005                                                          Page 10
                                                                    April 13, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice:  33483571


DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **COURT REPORTER FEES** | | | | |
| 02/04/21 | NYC ACCOUNTING | NYC | 65.40 | |
| | Court reporter fees - LINDA WALSH - for telephone conference held on 1/22/2021 - 12 pages. | | | |
| | **Court reporter fees Subtotal** | | | **65.40** |
| | **TOTAL** | | **USD** | **65.40** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

April 13, 2021                                                   305158-610028

                                                        Invoice: 33483574

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 28, 2021:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 8,070.00 |
| Less 13% Fee Discount | | (1,049.10) |
| | USD | 7,020.90 |
| **TOTAL** | **USD** | **7,020.90** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610028/33483574 WITH YOUR PAYMENT

**JONES DAY**

305158-610028

Accord Healthcare Inc.

Page 2
April 13, 2021
Invoice: 33483574

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 0.80 | 1,250.00 | 1,000.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 4.50 | 715.00 | 3,217.50 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 1.20 | 350.00 | 420.00 |
| LEGAL SUPPORT |  |  |  |
| K HORN | 1.90 | 425.00 | 807.50 |
| PROJECT ASST |  |  |  |
| M IHLE | 7.50 | 350.00 | 2,625.00 |
| **TOTAL** | **15.90** | **USD** | **8,070.00** |

JONES DAY

305158-610028                                                                                          Page 3
                                                                                                April 13, 2021
Accord Healthcare Inc.                                                               Invoice:  33483574

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 02/03/21 | M IHLE | 0.50 |

Send PTX exhibits from Purdue-IPC 17-392 to Pablo Hendler at Potomac Law Group, PLLC via Accellion FTP.

| 02/03/21 | K MCCARTHY | 0.50 |

Analyze prior OxyContin trial exhibits (0.2) and communicate internally and with P. Hendler regarding same (0.3).

| 02/04/21 | M IHLE | 1.50 |

Send PTX exhibits from Purdue-IPC 17-392 and Purdue-Amneal 15-1152 cases to Pablo Hendler and Keri Click at Potomac Law Group, PLLC via Accellion FTP.

| 02/04/21 | K MCCARTHY | 0.50 |

Attention to miscellaneous internal correspondence regarding P. Hendler file requests (0.5).

| 02/05/21 | K HORN | 0.20 |

Review electronic files to identify trial exhibits used in prior oxy litigations per K. McCarthy.

| 02/05/21 | M IHLE | 2.50 |

Collect and .zip PTX Exhibits from prior oxy litigations and send to Pablo Hendler and Keri Click at Potomac Law Group, PLLC via Accellion FTP.

| 02/08/21 | K HORN | 1.20 |

((███████████████████████████████████████.)).

| 02/08/21 | M IHLE | 2.50 |

Collect and .zip PTX Exhibits from prior oxy litigations and send to Pablo Hendler and Keri Click at Potomac Law Group, PLLC via Accellion FTP (1.5); create a draft Word log of documents sent via Accellion in October 2020 and since February 3, 2021 (1.0).

| 02/09/21 | K HORN | 0.20 |

((███████████████████████)).

| 02/09/21 | M IHLE | 0.50 |

Collect and .zip PTX Exhibits from prior oxy litigations and send to Pablo Hendler and Keri Click at Potomac Law Group, PLLC via Accellion FTP (.3); confer with TCDI about restoring access to Purdue databases in Relativity, subject to approval by Tom Morrissey (.2).

| 02/09/21 | K MCCARTHY | 0.50 |

Attention to miscellaneous internal correspondence regarding P. Hendler document requests (0.5).

| 02/10/21 | J J DARENSBOURG | 0.90 |

Manage spreadsheet of litigation documents sent to P Hendler (K McCarthy).

| 02/10/21 | K HORN | 0.30 |

((███████████████████████)).

| 02/10/21 | K MCCARTHY | 1.20 |

Coordinate delivery of documents responsive to P. Hendler requests (0.6) and attention to internal correspondence regarding issues related to same (0.4); (█████████████  ██████████).

| 02/10/21 | J J NORMILE | 0.80 |

Various correspondence and teleconference with R. Smith regarding Accord's request for an additional extension of time to answer.

| 02/16/21 | K MCCARTHY | 1.00 |

Review/analyze prior litigation deposition transcripts and exhibits per P. Hendler request (0.4); communicate internally regarding same (0.3); coordinate delivery of same to P. Hendler (0.3).

JONES DAY

305158-610028                                                      Page 4
                                                              April 13, 2021

Accord Healthcare Inc.                               Invoice:  33483574


| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 02/24/21 | J J DARENSBOURG | 0.30 |

Manage shared database for attorneys of Defendants' Unopposed Motion for Extension to Respond to Complaint and accompanying documents.

| 02/25/21 | K MCCARTHY | 0.50 |

(( Coordinate review of ███████████████████████ ███████████ (0.5).)).

| 02/26/21 | K MCCARTHY | 0.30 |

(( Coordinate delivery of ███████████████████ (0.3).)).

**TOTAL**                                                  **15.90**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

April 13, 2021                                                        305158-640002

Invoice: 33483579

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 28, 2021:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 8,938.50 |
| Less 13% Fee Discount | | (1,162.00) |
| | USD | 7,776.50 |
| **TOTAL** | **USD** | **7,776.50** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33483579 WITH YOUR PAYMENT

**JONES DAY**

305158-640002                                                    Page 2
                                                          April 13, 2021
Strategic Corporate Advice                           Invoice:  33483579

TIMEKEEPER DETAIL SCHEDULE

|   | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| D T MOSS | 0.50 | 1,075.00 | 537.50 |
| J J NORMILE | 1.10 | 1,250.00 | 1,375.00 |
| ASSOCIATE | | | |
| K MCCARTHY | 6.10 | 715.00 | 4,361.50 |
| A M NICOLAIS | 2.90 | 655.00 | 1,899.50 |
| LEGAL SUPPORT | | | |
| K HORN | 1.80 | 425.00 | 765.00 |
| **TOTAL** | **12.40** | **USD** | **8,938.50** |

JONES DAY

305158-640002                                                              Page 3
                                                                      April 13, 2021
Strategic Corporate Advice                                      Invoice:  33483579

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

| 02/01/21 | A M NICOLAIS | 1.40 |

Weekly Purdue updates and strategy meeting (.9); drafting weekly status updates (.5).

| 02/02/21 | K HORN | 0.50 |

(( ████████████████████████ )).

| 02/02/21 | K MCCARTHY | 1.00 |

(( Review/analyze documents regarding ████████████████████ (0.7); communicate internally and with client regarding same (0.3).)).

| 02/02/21 | J J NORMILE | 1.10 |

(( Review of various correspondence relating to ███████████████████████ (.80); review of █████████████ (.30).)).

| 02/03/21 | K HORN | 0.50 |

(( ███████████████████████████ .)).

| 02/08/21 | K HORN | 0.30 |

(( ███████████████ .)).

| 02/08/21 | K MCCARTHY | 1.00 |

(( Attention to ████████████████████ (0.6); review/analyze ███████████ (0.4).)).

| 02/08/21 | A M NICOLAIS | 0.60 |

Weekly Purdue strategy and planning meeting (.4); drafting weekly Purdue updates (.2).

| 02/09/21 | K MCCARTHY | 1.00 |

Analyze prior document productions and communicate with P. Hendler regarding same (1.0).

| 02/10/21 | K HORN | 0.50 |

(( ████████████████ )).

| 02/10/21 | K MCCARTHY | 1.20 |

(( Attention to correspondence ███████████ (0.5); review/analyze ███████████████ (0.5); teleconference with J. Normile regarding issues related to ██████████ (0.2).)).

| 02/11/21 | K MCCARTHY | 1.90 |

(( Review/analyze ██████████████ (1.1); █████████ (0.5); communicate internally with J. Normile regarding ████████ (0.3).)).

| 02/16/21 | A M NICOLAIS | 0.30 |

Drafting weekly updates/tracker.

| 02/22/21 | A M NICOLAIS | 0.60 |

Drafting weekly Purdue updates/tracker (.2); weekly Purdue team meeting (.4).

| 02/26/21 | D T MOSS | 0.50 |

Communicate with Normile regarding retention matters.

| **TOTAL** | | **12.40** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

April 13, 2021                                                          305158-999007

Invoice: 33483581

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 28, 2021:

| | | |
|---|---|---|
| Retention Matters | USD | 4,212.50 |
| Less 13% Fee Discount | | (547.62) |
| | USD | 3,664.88 |
| **TOTAL** | **USD** | **3,664.88** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33483581 WITH YOUR PAYMENT

19-23649-rdd    Doc 2747    Filed 04/26/21    Entered 04/26/21 16:04:46    Main Document
Pg 29 of 30

**JONES DAY**

305158-999007                                                          Page 2
                                                                 April 13, 2021
Retention Matters                                          Invoice:  33483581

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| ASSOCIATE |  |  |  |
| C BUCK | 5.10 | 575.00 | 2,932.50 |
| A KORDAS | 1.30 | 800.00 | 1,040.00 |
| PARALEGAL |  |  |  |
| M M MELVIN | 0.60 | 400.00 | 240.00 |
| **TOTAL** | **7.00** | **USD** | **4,212.50** |

JONES DAY

305158-999007                                                           Page 3
                                                                   April 13, 2021
Retention Matters                                          Invoice:  33483581


### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
| --- | --- | --- |
| 02/10/21 | C BUCK | 1.70 |
| | Revise December invoices for compliance with UST guidelines. | |
| 02/10/21 | A KORDAS | 0.60 |
| | Review invoices for UST compliance (.5); correspond with C. Buck regarding same (.1). | |
| 02/16/21 | C BUCK | 1.80 |
| | Draft 14th Monthly Fee Statement and exhibits. | |
| 02/16/21 | C BUCK | 1.60 |
| | Update fee application worksheet. | |
| 02/16/21 | A KORDAS | 0.70 |
| | Draft/revise monthly fee statement and coordinate filing of same (.5); correspond with C. Buck and planning in connection with interim fee application (.2). | |
| 02/16/21 | M M MELVIN | 0.60 |
| | PDF the document to be filed and attach exhibits (0.10); review compiled document and e-file the Fourteenth Monthly Fee Statement of Jones Day For Compensation For Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors For the Period From December 1, 2020 Through December 31, 2020 (0.20); serve the same by e-mail (0.10); locate to which firm J. Alberto relocated and serve him by e-mail (0.10); coordinate service upon the U.S Trustee by first class mail (0.10). | |

**TOTAL**                                                              **7.00**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

April 30, 2021                                              305158-610005

Invoice: 33491237

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2021:

| | | | |
|---|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | | USD | 293,086.50 |
| Less 13% Fee Discount | | | (38,101.24) |
| | | USD | 254,985.26 |

## DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Consultants and Agents Fees | 2,700.00 | |
| United Parcel Service Charges | 18.62 | |
| | | 2,718.62 |
| **TOTAL** | USD | **257,703.88** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610005/33491237 WITH YOUR PAYMENT

**JONES DAY**

305158-610005                                                                                  Page 2
                                                                                    April 30, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                        Invoice:  33491237

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| C M MORRISON | 11.90 | 1,025.00 | 12,197.50 |
| J J NORMILE | 77.40 | 1,250.00 | 96,750.00 |
| OF COUNSEL |  |  |  |
| K I NIX | 59.80 | 1,180.00 | 70,564.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 107.50 | 715.00 | 76,862.50 |
| A M NICOLAIS | 47.50 | 655.00 | 31,112.50 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 16.00 | 350.00 | 5,600.00 |
| **TOTAL** | **320.10** | **USD** | **293,086.50** |

JONES DAY

305158-610005                                                              Page 3
                                                                      April 30, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals        Invoice: 33491237

                          SERVICES DETAIL SCHEDULE

*Date of Service*    *Timekeeper Name*                              *Hours*

03/01/21        K MCCARTHY                                            1.00
Prepare for and participate in weekly client teleconference regarding litigation status updates (0.6); attention
to miscellaneous correspondence regarding ▮▮▮▮▮▮ (0.4).

03/01/21        K I NIX                                              1.60
Call with Purdue regarding strategy and status (.6), and preparation for same (.4); attention to ▮▮▮▮
▮▮▮▮ (.3); e-mails with D. Rosen (.3).

03/01/21        J J NORMILE                                          1.50
Preparation for and participation in weekly team teleconference including B. Koch, R. Silbert, R. Kreppel,
R. Inz, P. Hendler, K. McCarthy and A. Nicolais (.50); review of various correspondence regarding Rosen
declaration (.50); review of various correspondence regarding ▮▮▮▮▮ (.50).

03/02/21        K MCCARTHY                                           2.00
Review/analyze panel change order (0.1) and communicate internally and with client regarding same (0.1);
draft/revise motion to amend complaint and related filings (1.8).

03/02/21        K I NIX                                              0.80
Work regarding ▮▮▮▮▮▮ (.3); email to J. Normile regarding same (.2); ▮▮▮▮▮
▮▮▮▮ (.3).

03/02/21        J J NORMILE                                          1.60
Review of various background materials relating to Collegium's ▮▮▮▮▮
(.80); review of various correspondence and background materials regarding ▮▮▮▮▮ (.80).

03/03/21        J J DARENSBOURG                                      0.10
Manage shared database for attorneys of Panel Change Order.

03/03/21        K MCCARTHY                                           1.50
Prepare for and participate in teleconference with D. Rosen regarding ▮▮▮▮▮
(1.5).

03/03/21        A M NICOLAIS                                         0.60
( ▮▮▮▮▮

03/03/21        K I NIX                                              1.40
▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮ (.6); work regarding ▮▮▮▮▮ email to J. Normile regarding same (.8).

03/03/21        J J NORMILE                                          2.10
Preparation for and participation in team teleconference with D. Rosen (.50); review of various
correspondence from P. Hendler and K. McCarthy regarding ▮▮▮▮▮ (.50); review of PTAB
order regarding change of PGR panel (.30); review of various correspondence and summaries for
▮▮▮▮ (.80).

03/04/21        K MCCARTHY                                           1.00
Attention to internal and opposing counsel correspondence regarding Collegium's motion to seal its
opposition papers (0.2); review/analyze parties past correspondence and court submissions regarding '919
patent claim construction issues (0.8).

03/04/21        J J NORMILE                                          1.30
Review of various background materials in support of Rosen declaration for Purdue's upcoming reply
memorandum.

03/05/21        J J DARENSBOURG                                      0.20
Manage shared database for attorneys of Collegium's Consented-To Motion to File Under Seal Its
Memorandum of Law in Support of Opposition to Motion to Lift Stay.

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page 4
April 30, 2021
Invoice: 33491237

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**03/05/21   K MCCARTHY   2.00**
Draft/revise motion to amend (0.9); draft/revise amended complaint (0.6); ((communicate with client regarding███████████████████)) (0.2); review/analyze prior litigation deposition transcripts and communicate with B. Koch regarding same (0.3).

**03/05/21   C M MORRISON   1.40**
Revise Reply memorandum (.5) and confer with J. Normile regarding same (.3); finalize motion for leave to file under seal (.6).

**03/05/21   A M NICOLAIS   0.90**
Research regarding new PGR panel Judge Devon Newman (.5); drafting summary re same (.4).

**03/05/21   K I NIX   0.20**
Reviewed Collegium motion for leave to file opposition to motion to lift stay under seal (.1); studied bio for replacement PTAB judge D. Newman (.1).

**03/05/21   J J NORMILE   0.50**
Preparation for and participation in teleconference with P. Hendler and K. McCarthy regarding████████.

**03/08/21   K MCCARTHY   5.00**
Review/analyze internal research summary regarding PGR panel change order (0.5); review/analyze Collegium's opposition brief and attached exhibits (2.0); perform legal research in response to same (0.7); attention to miscellaneous internal, co-counsel, and opposing counsel correspondence regarding confidentiality issues related to Collegium's opposition brief (0.8); send client Collegium's opposition brief and███████ (0.5); coordinate collection and organization of recent case pleadings and case correspondence with paralegal team (0.5).

**03/08/21   K I NIX   3.30**
████████████████ (1.0); e-mails with K. McCarthy regarding Collegium redactions in their opposition papers (.8); studied Collegium opposition papers to Purdue motion to lift stay (1.5).

**03/08/21   J J NORMILE   1.50**
Review of Collegium's memorandum in opposition to Purdue's motion to lift stay and related correspondence.

**03/09/21   J J DARENSBOURG   3.40**
Manage shared database for attorneys of correspondence and filings related to Collegium's Responsive Memorandum of Law in Opposition to Plaintiffs' Motion to Lift Stay with accompanying attorney Declaration and exhibits and Collegium's Motion to Substitute Responsive Memorandum of Law in Opposition to Plaintiffs' Motion to Lift Stay.

**03/09/21   K MCCARTHY   7.00**
Review/analyze Collegium's brief in opposition to motion to lift stay (2.0); coordinate collection of cited case law, exhibits, and related materials for drafting Purdue's reply brief (0.5); attention to miscellaneous correspondence with client and related files regarding prior litigation expert reports and 919 patent claim construction issues (0.7); review/analyze Collegium's motion to amend and impacted filings and communicate internally regarding protective order issues related to same (0.8); prepare for and participate in teleconference with J. Normile and P. Hendler regarding motion to lift stay reply (0.7); prepare for and participate in weekly client teleconference regarding litigation status updates (0.8);█████████ (1.0); attention to miscellaneous client correspondence regarding issues related to Purdue reply in support of its motion to lift stay (0.5).

**03/09/21   C M MORRISON   0.50**
Review/analyze opposition to motion to stay.

JONES DAY

305158-610005                                                                                    Page 5
                                                                                           April 30, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                          Invoice:  33491237

*Date of Service*        *Timekeeper Name*                                              *Hours*

03/09/21        A M NICOLAIS                                                              4.10
        Review/analyze Collegium opposition to Purdue's motion to lift stay (1.0); communication in firm with K.
        McCarthy re same and draft reply (.6); drafting letter to Collegium counsel regarding protective order
        violation (1.8); reviewing Purdue protective order re same (.5); communication with K. McCarthy and
        incorporating edits re same (.2).

03/09/21        K I NIX                                                                   2.40
        Studied Collegium opposition to motion to lift stay and Purdue supporting brief (1.8); ████████████████
        ██████████████ (.6).

03/09/21        J J NORMILE                                                              5.00
        Preparation for and participation in teleconference with P. Hendler and K. McCarthy regarding Collegium's
        memorandum in opposition to Purdue's lift stay motion and review of correspondence from B. Koch
        regarding same (1.0); preparation for and participation in weekly team teleconference with B. Koch, R.
        Silbert, R. Inz, R. Kreppel, P. Hendler and K. McCarthy (1.0); review of correspondence from Collegium's
        counsel regarding protective order issues and related internal teleconferences and correspondence (1.0);
        ((review of correspondence regarding ███████████████████████████████████████████████
        ███████████████ (1.5); review of ███████████████████████████████████████████████
        ██████ (.50) )).

03/10/21        K MCCARTHY                                                                8.00
        ((Draft/revise ████████████████████████████████████████████████████████
        █████████████████ (1.0); draft/revise letter to Collegium regarding motion to amend
        opposition and communicate internally regarding same (1.2); finalize and serve letter on opposing counsel
        (0.3); review/analyze materials received from bankruptcy counsel (1.0), and attention to miscellaneous
        correspondence regarding same (0.5); draft/revise Purdue's reply in support of its motion to lift stay and
        communicate with A. Nicolais regarding same (3.0).

03/10/21        C M MORRISON                                                              0.50
        Review/analyze letter to Plaintiff regarding protective order violation and Collegium's response.

03/10/21        A M NICOLAIS                                                              7.10
        Communication in firm with K. McCarthy re drafting reply brief iso motion to lift stay (1.0); researching
        case law and regulations re same (1.5); review/analyze Collegium opposition brief re same (1.0); drafting
        opposition brief re same (3.6).

03/10/21        K I NIX                                                                   3.80
        (████████████████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████████████████
        ████████████████████████ (2.0); worked on draft reply brief in support of
        motion to lift stay (1.0); studied letter and e-mails regarding Collegium's failure to properly redact
        confidential information in its opposition brief (.8).

03/10/21        J J NORMILE                                                              5.30
        ((Preparation for and participation in teleconference relating to ████████████████████████
        ████████████████████████████████████ (1.5); review of correspondence ████████
        ██████████ (.50); preparation for
        and teleconference with C. Robertson, R. Silbert and K. McCarthy regarding status of Purdue bankruptcy
        reorganization plan and review of memo from C. Robertson regarding same (1.5); ((review of ██████████
        ████████ (.80);
        preparation of correspondence to counsel for Collegium regarding protective order issues and review of
        response to same (1.0).

JONES DAY

305158-610005                                                        Page 6
                                                                     April 30, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice:  33491237

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**03/11/21    K MCCARTHY                                    8.00**
Draft/revise reply in support of Purdue's motion to lift stay and communicate internally and with client and co-counsel regarding same (5.0); ((prepare for a ███████████ (0.6); review/analyze Collegium's recent motions to amend lift stay filings (0.3) and communicate internally, with co-counsel, and with opposing counsel regarding same (0.6); review/analyze bankruptcy plan materials and communicate with bankruptcy counsel regarding same (0.7); attention to client correspondence regarding additional market and financial data (0.3).

**03/11/21    C M MORRISON                                  0.30**
Review and revise communication regarding Collegium breach of protective order.

**03/11/21    A M NICOLAIS                                  8.50**
Continue drafting Purdue reply memorandum in support of motion to lift stay (5.5); communication in firm with K. McCarthy re same (1.0); researching case law and other supporting evidence re same (2.0).

**03/11/21    K I NIX                                       5.80**
((Teleconference █████████████████████████████████████████████ (5.0); reviewed draft e-mail to Collegium regarding failure to redact confidential information in opposition brief (.8).

**03/11/21    J J NORMILE                                   5.80**
((Preparation for and participation in teleconference ████████████████████ (1.0); review and revise reply brief in support of lift stay motion including various teleconferences and correspondence with K. McCarthy, P. Hendler, C. Robertson, R. Silbert and R. Kreppel (3.0); ((review of ████████████ (1.0); various correspondence with counsel for Collegium regarding compliance with protective order (.80).

**03/12/21    J J DARENSBOURG                               0.30**
Manage shared database for attorneys of correspondence regarding ██████████ and protective order violation.

**03/12/21    K MCCARTHY                                    10.00**
Draft/revise reply in support of Purdue's motion to lift stay and incorporate internal, client, and co-counsel edits to same (7.00); perform legal research in support of reply (0.7); prepare for and participate in internal teleconference regarding edits to reply brief (0.8); coordinate finalizing and filing of motion to seal reply brief and communicate internally and with opposing counsel regarding same (1.0); attention to miscellaneous case correspondence and files (0.5).

**03/12/21    A M NICOLAIS                                  6.50**
Team meeting re draft reply brief to lift stay (.5); draft/revise re same (.75); incorporating edits/revisions/comments from K. Nix, R. Kreppel, B. Koch, C. Morrison, J. Normile, P. Hendler, R. Inz. re same (4.25); communication in firm with K. McCarthy re same (.5); ((follow-up research re ██████ (.5).

**03/12/21    K I NIX                                       6.40**
Worked on multiple versions of draft reply brief in support of motion to lift stay (4.4); video meeting with J. Normile, P. Hendler, K. McCarthy and A. Nicolais regarding same (.6); reviewed proposed revisions to the draft reply brief by B. Koch, R. Kreppel, R. Inz and C. Morrison (1.4).

**03/12/21    J J NORMILE                                   3.50**
Attention to review and revision of Purdue reply memorandum in support of its motion for a lift stay including teleconference with K. McCarthy, K. Nix, P. Hendler and A. Nicolais (2.5); review of correspondence relating to motion to seal reply brief (.50); ((various correspondence regarding █████ ██████ (.50).

JONES DAY

305158-610005                                                                          Page 7
                                                                                April 30, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                    Invoice:  33491237

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

03/13/21    K MCCARTHY                                                           3.00
Draft/revise Purdue's reply in support of lift stay motion (1.5) and communicate internally regarding edits
to same (0.7); prepare for and participate in internal teleconference regarding reply and edits to same (0.8).

03/13/21    A M NICOLAIS                                                         0.70
Meeting with Purdue counsel re reply brief in support of motion to lift stay (.5); communication in firm
with K. McCarthy re same (.2).

03/13/21    K I NIX                                                              3.80
Video meeting and e-mails with J. Normile, P. Hendler, K. McCarthy and A. Nicolais regarding draft reply
brief (.8); worked on draft brief (3.0).

03/13/21    J J NORMILE                                                          2.00
Review and revision of current draft of Purdue's reply brief in support of its lift stay motion (1.0);
preparation for and participate in teleconference with K. McCarthy, A. Nicolais, K. Nix and P. Hendler
(.8); and review of various correspondence from K. McCarthy and C. Robertson (.2).

03/14/21    K MCCARTHY                                                           3.00
Draft/revise lift stay motion reply brief (2.0) and attention to miscellaneous internal, co-counsel, and client
correspondence regarding same (0.5); review/analyze protective order and communicate with J. Normile
regarding same (0.5).

03/14/21    C M MORRISON                                                         1.10
Review and revise Reply Brief; confer with K. McCarthy regarding same.

03/14/21    K I NIX                                                              2.60
Worked on and revised draft reply brief in support of motion to lift stay (1.5); conferred with J. Normile, C.
Morrison, P. Hendler and K. McCarthy regarding same (.5); studied comments and proposed changes to
reply brief from B. Koch and R. Inz (.6).

03/14/21    J J NORMILE                                                          2.50
Continued review and revision of Purdue's reply brief in support of its lift stay motion including review of
comments from K. McCarthy, P. Hendler, K. Nix, B. Koch, R. Inz, R. Kreppel and C. Robertson.

03/15/21    J J DARENSBOURG                                                      5.20
Manage documents regarding Purdue's Motion to Terminate Hearing for review by J Normile (1.4).
Manage/cite check Reply Memorandum is Support of Motion to Lift Stay (3.8).

03/15/21    K MCCARTHY                                                           6.00
Draft/revise reply brief in support of Purdue's motion to lift stay and attention to miscellaneous
correspondence regarding edits to same (3.0); prepare for and participate in weekly client teleconference
regarding litigation status updates (0.7); coordinate finalizing, filing, and service of reply brief (1.0);
((prepare for a participate in teleconference ██████████████████████
(0.3); coordinate collection of materials for J. Normile to prepare for motion hearing (1.0).

03/15/21    C M MORRISON                                                         0.40
Review and file Reply Memorandum.

03/15/21    A M NICOLAIS                                                         3.80
Meeting with Purdue counsel re reply brief in support of motion to lift stay (.5); communication in firm
with K. McCarthy re same (.2); edits/revisions to brief re same (1.0); ████████████████████████
██████████████(2.1).

03/15/21    K I NIX                                                              2.80
Video meeting with B. Koch, R. Kreppel, R. Silbert, R. Inz, J. Normile, P. Hendler and K. McCarthy
regarding reply brief in support of motion to lift stay (.5), and preparation for same (.4); worked on and
finalized reply brief (1.9).

JONES DAY

305158-610005                                                                            Page 8
                                                                                   April 30, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                      Invoice: 33491237

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**03/15/21      J J NORMILE                                                    3.50**

Preparation for and participation in weekly team teleconference including B. Koch, R. Silbert, R. Inz, R. Kreppel, K. McCarthy, A. Nicolais and P. Hendler (.50); review and revise current draft of Purdue's reply brief in support of its lift stay motion including review of comments from K. McCarthy, K. Nix, R. Kreppel, B. Koch and C. Robertson (2.0); review of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.50); ((preparation for and participation in teleconference ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.50).

**03/16/21      J J DARENSBOURG                                                0.50**

Manage Joint Chapter 11 Plan of Reorganization and accompanying documents from Bankruptcy case for filing in district litigation.

**03/16/21      K MCCARTHY                                                     8.00**

Review/analyze Purdue's Plan of Reorganization documents (0.7) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 0.6); draft/revise letter to Court regarding Purdue's Chapter 11 plan documents and communicate internally regarding same (1.1); finalize letter and attachments and coordinate filing of same (0.6); ((review/analyze ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (2.0); draft/revise argument outline for hearing on said motion (3.0).

**03/16/21      K I NIX                                                        1.00**

Reviewed draft letters to Court enclosing reorganization plan and emails regarding same (.5); work regarding ▮▮▮▮▮▮▮▮▮▮ (.5).

**03/16/21      J J NORMILE                                                    4.00**

Preparation for upcoming oral argument on Purdue's lift stay motion including Purdue's Plan of Reorganization and related documents and teleconference with K. McCarthy regarding same (2.5); ((review of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (1.0); review and revise letter to Judge Saylor regarding submission of Purdue's Plan of Reorganization (.50).

**03/17/21      J J DARENSBOURG                                                0.50**

Manage shared database for attorneys of Normile Letter to Judge Saylor regarding filed documents from Bankruptcy proceedings referenced in Reply in Support of Motion to Lift Stay (.3); manage/send written discovery documents to P Hendler (.2).

**03/17/21      K MCCARTHY                                                     4.00**

((Draft/revise ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 2.5); review/analyze Purdue Plan of Reorganization documents (0.8); prepare for and participate in teleconference with J. Normile, P. Hendler, and C. Robertson regarding same (0.7).

**03/17/21      A M NICOLAIS                                                   4.60**

((Research case law ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (2.25); drafting ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (2.35).

**03/17/21      K I NIX                                                        1.80**

((Work regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**03/17/21      J J NORMILE                                                    2.50**

Preparation for upcoming oral argument on Purdue's motion to lift stay (1.5); various teleconferences with K. McCarthy, P. Hendler and C. Robertson regarding same (1.0).

**03/18/21      J J DARENSBOURG                                                3.10**

((Manage ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

305158-610005                                                            Page 9
                                                                  April 30, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals        Invoice:  33491237

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

03/18/21      K MCCARTHY                                               5.50
Prepare for and participate in Court status teleconference (1.0); participate in post-hearing teleconference
with J. Normile, P. Hendler, and C. Morrison regarding same (0.5); draft/revise ▆▆▆▆▆▆▆▆▆▆▆▆
and communicate with J. Normile and P. Hendler regarding same (2.5); ((read and respond to
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (1.0).

03/18/21      C M MORRISON                                            1.00
Prepare for and attend hearing on motion to lift stay (.5); ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (.5).

03/18/21      K I NIX                                                  1.80
Reviewed summary of hearing with J. Saylor regarding motion to lift stay (.5): ((work regarding ▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (1.3).

03/18/21      J J NORMILE                                             4.50
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (2.5);
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (1.0); review and
revision of proposed case management schedule (.50); ((review ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆ (.50).

03/19/21      J J DARENSBOURG                                         0.40
Manage shared database for attorneys of correspondence with ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

03/19/21      K MCCARTHY                                              2.00
Draft/revise parties proposed schedules and communicate internally and with co-counsel regarding edits to
same (2.0).

03/19/21      J J NORMILE                                             3.80
((Review of ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
(.80); review and revision of updated proposed case management including related correspondence (1.5);
attention to review of prior discovery requests (1.0); review and revision of prior stipulation regarding
parties and patents in suit (.50).

03/21/21      K I NIX                                                  1.10
((Work regarding ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆

03/21/21      J J NORMILE                                             1.50
Attention to various case management issues including review and revision of proposed case scheduling
order, review of existing protective order and review of status of discovery requests.

03/22/21      K MCCARTHY                                              3.50
Draft/revise proposed schedule (0.8); ((prepare for and participate in teleconference ▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (0.7); perform legal research ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (0.5) and
participate in teleconferences with P. Hendler and A. Nicolais regarding same (0.5); draft/revise summary
of previously-served discovery and existing limits on remaining discovery (1.0).

03/22/21      C M MORRISON                                            0.80
Confer with J. Normile, K. McCarthy, and P. Hendler regarding proposed case timeline.

03/22/21      A M NICOLAIS                                            6.20
Weekly Purdue team strategy and planning meeting (.5); ((research re ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (1.5); research re ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆ (2.0); drafting research summary and analysis re same (2.0): communication in firm with
K. McCarthy re all)) (.2).

305158-610005
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page 10
April 30, 2021
Invoice:  33491237

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**03/22/21    K I NIX    1.90**
Video meeting with B. Koch, R. Inz, R. Silbert, J. Normile, P. Hendler and K. McCarthy regarding status, ▮▮▮▮▮▮▮▮▮▮▮▮

**03/22/21    J J NORMILE    3.10**
Preparation for and participation in teleconference with C. Morrison, P. Hendler and K. McCarthy regarding proposed case management schedule (.80); ((review and revise ▮▮▮▮▮▮▮▮ (1.5); preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, P. Hendler, K. McCarthy and A. Nicolais (.80).

**03/23/21    K MCCARTHY    3.00**
Draft/revise parties' proposed schedules and communicate internally and with client regarding edits to same (1.0); ((perform legal research regarding ▮▮▮▮▮▮▮) (1.0); read and respond to client correspondence regarding draft proposed schedule and discovery limits (1.0).

**03/23/21    C M MORRISON    0.60**
Review proposed schedule and confer with K. McCarthy regarding same (.4); review and analyze Collegium's communication and proposed schedule (.2).

**03/23/21    K I NIX    2.10**
((Work regarding ▮▮▮▮▮▮ (1.4); work regarding case schedule, including studying Collegium proposed schedule and e-mails regarding same (.7).

**03/23/21    J J NORMILE    3.60**
Attention to preparation of updated case management schedule including various correspondence with B. Koch, R. Inz, P. Hendler and K. McCarthy (2.0); review of correspondence regarding FDA Orange Book issues (.80); review of correspondence regarding selection of testing laboratories and review of materials regarding prior testing (.80).

**03/24/21    J J DARENSBOURG    0.50**
Manage shared database for attorneys of correspondence regarding proposed schedule and ▮▮▮▮▮

**03/24/21    K MCCARTHY    3.50**
Draft/revise parties' proposed schedules and communicate internally and with co-counsel and client regarding edits to same (1.8); prepare for and participate in client teleconference regarding proposed schedules and related discovery issues (0.7); ((review/analyze ▮▮▮▮▮▮▮ (0.7); ▮▮▮▮▮▮ (0.3).

**03/24/21    C M MORRISON    0.30**
Review proposed communication regarding scheduling (.1) and confer with K. McCarthy regarding same (.2).

**03/24/21    K I NIX    0.50**
Reviewed draft scheduling proposals.

**03/24/21    J J NORMILE    3.00**
Preparation for and participation in teleconference with B. Koch, R. Inz, P. Hendler, K. McCarthy and C. Morrison regarding case management scheduling order and review and revision of same (1.5); review of Collegium's proposed case management scheduling order and various emails and teleconferences regarding same (1.0); ▮▮▮▮▮▮ (.50).

**03/25/21    J J DARENSBOURG    0.10**
Manage shared database for attorneys of correspondence regarding proposed schedule.

305158-610005

Page 11

April 30, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice:  33491237

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

03/25/21   K MCCARTHY                                                 3.00
Draft/revise parties proposed schedules (0.7); prepare for and participate in meet and confer with opposing counsel regarding parties' proposed schedules (1.0); participate in teleconference with J. Normile, P. Hendler, and C. Morrison regarding meet and confer (0.5); ((review/analyze ███████ (0.3); attention to ███████ (1.0).

03/25/21   C M MORRISON                                              1.10
Confer with Collegium regarding proposed schedule and approach regarding '434 patent (.9) and follow up internally regarding same (.2).

03/25/21   K I NIX                                                       1.30
Work regarding scheduling order (.3); ████████████ (1.0).

03/25/21   J J NORMILE                                                 2.00
Preparation for and participation in meet and confer with counsel for Collegium regarding proposed case management schedule (1.3); various teleconferences with C. Morrison, K. McCarthy and P. Hendler (.5); and review of related correspondence (.2).

03/26/21   K MCCARTHY                                                 5.00
((Draft/revise ███████ (2.0); draft/revise parties' proposed schedules (1.5); finalize and serve letter and proposed schedules on opposing counsel (0.5); ((attention to ███████ (0.5); draft/revise ███████ and communicate with A. Nicolais regarding same (0.5).

03/26/21   C M MORRISON                                              0.90
Confer with J. Normile, P. Hendler, and K. McCarthy regarding strategy for case management order (.5); review and revise proposed schedule and letter (.4).

03/26/21   K I NIX                                                       3.10
((Work regarding ████████████

03/26/21   J J NORMILE                                                 2.50
Preparation for and participation in various teleconferences with C. Morrison, P. Hendler and K. McCarthy regarding preparation of case management schedule and Normile letter to Judge Saylor regarding same (2.0); ((preparation for and participation in teleconference ███████ (.50).

03/27/21   J J NORMILE                                                 1.00
Review of various correspondence from O. Langer, C. Sullivan, C. Morrison and P. Hendler regarding draft case management schedule and letter to Judge Saylor.

03/28/21   K MCCARTHY                                                 3.00
Draft/revise joint letter to Court re: parties' proposed schedules and communicate internally regarding same (2.0); draft/revise ███████ and communicate with A. Nicolais regarding same (1.0).

03/28/21   C M MORRISON                                              0.60
Confer internally regarding proposed schedule and joint letter to court.

03/28/21   A M NICOLAIS                                               2.00
Drafting ███████ (2.0).

03/28/21   K I NIX                                                       0.50
██████████████

**JONES DAY**

305158-610005                                                    Page 12
                                                            April 30, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals        Invoice: 33491237

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

03/28/21    J J NORMILE                                          1.50
Preparation for and participation in various teleconferences with C. Morrison, P. Hendler and K. McCarthy regarding draft case management schedule and letter to Judge Saylor.

03/29/21    J J DARENSBOURG                                      0.50
Manage shared database for attorneys of correspondence regarding proposed case schedule.

03/29/21    K MCCARTHY                                           4.50
Draft/revise parties' proposed schedules and joint letter to court regarding same and communicate internally regarding edits to same (2.5); prepare for and participate in meet and confer with opposing counsel regarding schedules (0.7) and follow-up internal conversation regarding same (0.3); draft/revise ▓▓▓▓ and communicate internally regarding same (0.5); coordinate exchange with opposing counsel and incorporation of both parties' positions into combined draft (0.5).

03/29/21    C M MORRISON                                         1.30
Review and comment on ▓▓▓▓▓▓▓▓▓▓▓▓ (.6); confer with Collegium's counsel regarding proposed schedule (.4); confer internally regarding same (.3).

03/29/21    K I NIX                                              3.70
((Work regarding ▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (2.5); studied draft letter inserts to J. Saylor enclosing proposed case schedule (1.2).

03/29/21    J J NORMILE                                          3.00
Preparation for and participation in meet and confer with counsel for Collegium regarding draft case management schedule and joint letter to Judge Saylor including various teleconferences with C. Morrison, P. Hendler and K. McCarthy and review and revise drafts (2.5); preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Kreppel, R. Inz, P. Hendler, K. McCarthy and A. Nicolais (.50).

03/30/21    J J DARENSBOURG                                      0.40
Manage shared database for attorneys of proposed scheduling order.

03/30/21    K MCCARTHY                                           3.00
((Perform legal research regarding ▓▓▓▓▓▓▓▓▓▓▓▓ (0.5); prepare for and participate in teleconference with J. Normile and A. Nicolais regarding research and related issues (0.5); attention to internal correspondence regarding▓▓▓▓▓▓▓▓ (0.5); draft/revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ (1.5).

03/30/21    C M MORRISON                                         0.80
Review and revise joint letter to court and finalize filing.

03/30/21    K I NIX                                              2.70
((Teleconference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

03/30/21    J J NORMILE                                          3.00
Review of various correspondence from K. McCarthy and P. Hendler regarding proposed case management schedule and review of Collegium's draft of same and email from O. Langer (1.5); review and revise Normile letter to Judge Saylor and various comments regarding same (1.0); ((review of ▓▓▓▓▓▓▓▓▓▓▓ (.50).

03/31/21    J J DARENSBOURG                                      0.80
Manage shared database for attorneys of correspondence and filing of Joint Letter regarding Parties' Proposed Schedule.

**JONES DAY**

305158-610005                                                                    Page 13
                                                                         April 30, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice:  33491237



| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/31/21 | K MCCARTHY | 2.00 |
| | ((Attention to internal and co-counsel correspondence regarding ▓▓▓▓ (0.5); prepare for and participate in teleconference ▓▓▓▓▓▓ ▓▓▓▓ (1.0); ▓▓▓▓▓▓▓ (0.5). | |
| 03/31/21 | C M MORRISON | 0.30 |
| | Confer with J. Normile regarding status and strategy. | |
| 03/31/21 | A M NICOLAIS | 2.50 |
| | ((Research for B. Koch re ▓▓▓▓▓▓ (1.5); drafting summary re same)) (.5). | |
| 03/31/21 | K I NIX | 3.40 |
| | ((Prepared ▓▓▓▓▓▓▓. | |
| 03/31/21 | J J NORMILE | 2.30 |
| | ((Preparation for and participation in various teleconferences ▓▓▓▓▓▓ ▓▓▓▓▓ (1.5); attention to preparation of ▓▓▓▓ (.80). | |
| **TOTAL** | | **320.10** |

**JONES DAY**

305158-610005                                                                                          Page 14
                                                                                             April 30, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                          Invoice:  33491237

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **CONSULTANTS FEES** | | | | |
| 03/11/21 | NYC ACCOUNTING | NYC | 2,700.00 | |
| | Consultants fees - PHARMANALYSIS, INC. for professional services rendered - February 2021. | | | |
| | **Consultants fees Subtotal** | | | **2,700.00** |
| **UNITED PARCEL SERVICE CHARGES** | | | | |
| 03/15/21 | J J NORMILE | NYC | 18.62 | |
| | United Parcel Services Charges, John Normile, 1Z10445E0192971065 | | | |
| | **United Parcel Service charges Subtotal** | | | **18.62** |
| | **TOTAL** | | **USD** | **2,718.62** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

April 30, 2021                                                            305158-610013

Invoice: 33491246

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 1,232.50 |
| Less 13% Fee Discount | | (160.22) |
| | USD | 1,072.28 |

### DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Consultants and Agents Fees | 3,000.00 | |
| | | 3,000.00 |
| **TOTAL** | **USD** | **4,072.28** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610013/33491246 WITH YOUR PAYMENT

**JONES DAY**

305158-610013                                                              Page 2
                                                                    April 30, 2021
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.        Invoice:  33491246

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| ASSOCIATE |  |  |  |
| K MCCARTHY | 0.50 | 715.00 | 357.50 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 2.50 | 350.00 | 875.00 |
| **TOTAL** | **3.00** | **USD** | **1,232.50** |

**JONES DAY**

305158-610013
Page 3
April 30, 2021
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.
Invoice:  33491246

### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/02/21 | J J DARENSBOURG | 0.50 |
| | Manage confidential Defendant's documents for destruction. | |
| 03/03/21 | K MCCARTHY | 0.50 |
| | Attention to case files and correspondence regarding document destruction requirements under Protective Order amended deadlines (0.5). | |
| 03/25/21 | J J DARENSBOURG | 2.00 |
| | Manage destruction of Defendants' confidential files. | |
| | **TOTAL** | **3.00** |

**JONES DAY**

305158-610013                                                                    Page 4

                                                                         April 30, 2021

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.              Invoice:  33491246


DISBURSEMENT DETAIL


| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **CONSULTANTS FEES** | | | | |
| 03/09/21 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Consultants fees - PACE ANALYTICAL SERVICES, LLC for February storage. | | | |
| 03/09/21 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Consultants fees - PACE ANALYTICAL SERVICES, LLC for January storage. | | | |
| | **Consultants fees Subtotal** | | | **3,000.00** |
| | **TOTAL** | | **USD** | **3,000.00** |

19-23649-rdd    Doc 2836    Filed 05/10/21    Entered 05/10/21 15:59:58    Main Document
Pg 29 of 41

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

April 30, 2021                                                                    305158-610028

Invoice: 33491250

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2021:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 31,343.00 |
| Less 13% Fee Discount | | (4,074.59) |
| | USD | 27,268.41 |
| **TOTAL** | **USD** | **27,268.41** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610028/33491250 WITH YOUR PAYMENT

19-23649-rdd    Doc 2836    Filed 05/10/21    Entered 05/10/21 15:59:58    Main Document
Pg 36 of 41

**JONES DAY**

305158-610028

Accord Healthcare Inc.

Page 2
April 30, 2021
Invoice:  33491250

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 10.80 | 1,250.00 | 13,500.00 |
| OF COUNSEL |  |  |  |
| K I NIX | 0.80 | 1,180.00 | 944.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 14.50 | 715.00 | 10,367.50 |
| A M NICOLAIS | 9.30 | 655.00 | 6,091.50 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 0.40 | 350.00 | 140.00 |
| STAFF |  |  |  |
| T WEAVER | 0.50 | 250.00 | 125.00 |
| B A ZYWICK | 1.00 | 175.00 | 175.00 |
| **TOTAL** | **37.30** | **USD** | **31,343.00** |

JONES DAY

305158-610028                                                                              Page 3
                                                                                 April 30, 2021
Accord Healthcare Inc.                                                    Invoice:  33491250

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/12/21 | K MCCARTHY | 1.00 |

Review/analyze Accord's Answer, Affirmative Defenses, and Counterclaims (.5) and communicate internally and with client regarding same (.5).

| 03/12/21 | J J NORMILE | 0.80 |

Review of Accord's answer and counterclaims (.5) and related correspondence from B. Koch and P. Hendler regarding same (.3).

| 03/13/21 | K I NIX | 0.50 |

Studied Accord's answer, affirmative defenses and counterclaims.

| 03/15/21 | J J DARENSBOURG | 0.20 |

Manage shared database for attorneys of Defendants' Answer, Affirmative Defenses, and Counterclaims.

| 03/15/21 | J J NORMILE | 1.00 |

Continued review of Accord's answer and counterclaims (.4) and preparation for and participation in teleconference regarding same (.6).

| 03/16/21 | J J DARENSBOURG | 0.10 |

Manage shared database for attorneys of Pro Hac Vice Motions of Ashley Ratycz and Aaron Barkoff for Defendants.

| 03/18/21 | K MCCARTHY | 2.00 |

Attention to miscellaneous case correspondence and case calendar (0.5); ████████████████████ ███████████████████████████ (0.5); review/analyze █████████████ ████████ (0.7) and communicate internally and with client regarding same)) (0.3).

| 03/19/21 | K MCCARTHY | 1.00 |

Attention to miscellaneous internal, client, co-counsel, and local counsel correspondence concerning pro hac vice motions and Court's oral order regarding scheduling order (0.8); communicate with J. Normile regarding summary of outstanding case action items (0.2).

| 03/19/21 | K I NIX | 0.20 |

Reviewed order assigning pre-trial matters to Magistrate Judge Hall.

| 03/19/21 | J J NORMILE | 1.00 |

Review of various court orders regarding the appointment of Magistrate Judge Hall and case scheduling order including related teleconferences and correspondence (1.0).

| 03/22/21 | K MCCARTHY | 1.00 |

Prepare for and participate in weekly client teleconference regarding litigation status updates (0.5), including review of litigation status tracker (0.1); coordinate signatures for pro hac vice motions and communicate internally and with local counsel regarding same (0.4).

| 03/22/21 | J J NORMILE | 2.00 |

Attention to various case management issues including preparation of draft reply to counterclaims, draft protective order and Rule 26 initial disclosures.

| 03/25/21 | K MCCARTHY | 1.00 |

Draft/revise Answer to Accord's counterclaims and communicate with A. Nicolais regarding same (0.7); attention to internal and local counsel correspondence regarding pro hac vice motions (0.3).

| 03/25/21 | A M NICOLAIS | 1.10 |

Begin drafting Answer to Accord's counterclaims.

| 03/25/21 | K I NIX | 0.10 |

Reviewed emails and order granting pro hac vice motion.

**JONES DAY**

305158-610028                                                              Page 4
                                                                   April 30, 2021

Accord Healthcare Inc.                                         Invoice:  33491250

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

03/26/21      K MCCARTHY                                              2.50
Review/analyze Accord's counterclaims (0.6); draft/revise answer to counterclaims (0.7) and communicate internally regarding edits to same (0.4); ((draft/revise ███████████████ (0.8).

03/26/21      A M NICOLAIS                                            3.40
Drafting answer to Accord's counterclaims (3.2); communication in firm with K. McCarthy re same (.20).

03/26/21      J J NORMILE                                            1.50
Attention to various issues regarding preparation of Answer to Accord's counterclaims including various correspondence with B. Koch, R. Inz and K. McCarthy regarding ████████████ .

03/27/21      J J NORMILE                                            0.50
Review of various correspondence from B. Koch and K. McCarthy regarding ██████████ .

03/28/21      K MCCARTHY                                             1.00
Draft/revise Purdue's answer to Accord's counterclaims and communicate with A. Nicolais regarding same (1.0).

03/28/21      A M NICOLAIS                                           0.60
Continue to draft/revise answer to Accord's Counterclaims (.6).

03/29/21      K MCCARTHY                                             1.00
Prepare for and participate in weekly client teleconference regarding litigation status updates (0.5), including review of tracker (0.1); communicate internally and with client regarding comments to draft answer to Accord's counterclaims (0.4).

03/29/21      J J NORMILE                                            1.00
Review and revision of Answer to Accord's counterclaims including review of correspondence from K. McCarthy, A. Nicolais and J. Doyle.

03/30/21      K MCCARTHY                                             2.00
Review/analyze Accord's ANDA production regarding Accord USA (0.7); draft/revise letter to opposing counsel and finalize and serve same (0.8); attention to miscellaneous internal and client correspondence regarding Accord USA (0.5).

03/30/21      A M NICOLAIS                                           3.20
Meeting with J. Normile and K. McCarthy re draft Answer to Accord Counterclaims (.2); reviewing Accord ANDA re Accord Healthcare Inc. USA party (1.1); ((research ████████ (.4); communication in firm and drafting summary re same (.3); edits/revisions to draft Answer to Accord Counterclaims (.5); drafting letter to opposing counsel re same (.70).

03/30/21      J J NORMILE                                            1.00
((Preparation for and participation in teleconference ███████████████████

03/30/21      T WEAVER                                               0.50
Research regarding Accord Healthcare Inc., USA, for A. Nicolais.

03/30/21      B A ZYWICK                                             1.00
Research regarding Accord Healthcare Inc., USA, for A. Nicolais (.6); research regarding pulling company reports on Accord Healthcare, Inc., USA for A. Nicolais (.4).

03/31/21      J J DARENSBOURG                                        0.10
Manage shared database for attorneys of correspondence regarding existence of entity Accord USA.

**JONES DAY**

305158-610028

Accord Healthcare Inc.

Page 5
April 30, 2021
Invoice:  33491250

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| | | |

03/31/21      K MCCARTHY                                                                 2.00

Attention to internal and client correspondence regarding P. Hendler document request (0.7); review/analyze production materials related to same (0.3); ((prepare for and participate in client teleconference regarding ██████████████████████ (0.5); ((attention to ████████████ ████████████████████████ (0.5).

03/31/21      A M NICOLAIS                                                                1.00

((Communication ████████████████████ (.2); meeting ████████████████████████████████████ (.3); drafting communication in firm with K. McCarthy re same)) (.2).

03/31/21      J J NORMILE                                                                 2.00

((Preparation for and participation in teleconference ████████████ (.50); review and revise same and review ████████████████ (1.0); review ████████ (.50).

**TOTAL**                                                                                  **37.30**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

April 30, 2021                                                    305158-640002

Invoice: 33491255

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2021:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 2,520.50 |
| Less 13% Fee Discount | | (327.66) |
| | USD | 2,192.84 |
| **TOTAL** | **USD** | **2,192.84** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-640002/33491255 WITH YOUR PAYMENT

**JONES DAY**

305158-640002                                                                                          Page 2
                                                                                                 April 30, 2021
Strategic Corporate Advice                                                              Invoice:  33491255

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| D T MOSS | 0.40 | 1,075.00 | 430.00 |
| ASSOCIATE | | | |
| K MCCARTHY | 1.00 | 715.00 | 715.00 |
| A M NICOLAIS | 2.10 | 655.00 | 1,375.50 |
| **TOTAL** | **3.50** | **USD** | **2,520.50** |

**JONES DAY**

305158-640002                                                                Page 3
                                                                    April 30, 2021
Strategic Corporate Advice                                    Invoice:  33491255


### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/01/21 | D T MOSS | 0.30 |
| | Communicate with Normile and Kordas regarding refreshed Normile declaration. | |
| 03/01/21 | A M NICOLAIS | 0.60 |
| | Drafting weekly Purdue updates (.3); weekly Purdue team strategy meeting (.3). | |
| 03/02/21 | D T MOSS | 0.10 |
| | Communicate with Normile and Kordas regarding Normile declation. | |
| 03/09/21 | A M NICOLAIS | 0.30 |
| | Drafting weekly Purdue updates (.3). | |
| 03/15/21 | K MCCARTHY | 1.00 |
| | Review/analyze Purdue v. Alvogen (Hysingla) case filings (.4) and draft/revise internal summaries of same (.6). | |
| 03/15/21 | A M NICOLAIS | 0.20 |
| | Drafting weekly Purdue case updates/status. | |
| 03/29/21 | A M NICOLAIS | 1.00 |
| | Drafting weekly updates (.3): communication in firm re same (.1); weekly Purdue strategy and planning meeting (.5). | |

**TOTAL**                                                                    **3.50**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

April 30, 2021                                                                 305158-999007

                                                                               Invoice: 33491258

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901


For legal services rendered for the period through March 31, 2021:

| | | | |
|---|---|---|---|
| Retention Matters | | USD | 21,557.50 |
| Less 13% Fee Discount | | | (2,802.47) |
| | | USD | 18,755.03 |

### DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Conference Charges | 70.00 | |
| Document Reproduction Charges | 109.20 | |
| Postage Charges | 68.00 | |
| | | 247.20 |
| **TOTAL** | **USD** | **19,002.23** |


Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-999007/33491258 WITH YOUR PAYMENT

**JONES DAY**

305158-999007                                                                    Page 2
                                                                        April 30, 2021
Retention Matters                                              Invoice:  33491258

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 3.10 | 1,250.00 | 3,875.00 |
| ASSOCIATE |  |  |  |
| C BUCK | 11.20 | 575.00 | 6,440.00 |
| A KORDAS | 9.80 | 800.00 | 7,840.00 |
| K MCCARTHY | 1.50 | 715.00 | 1,072.50 |
| PARALEGAL |  |  |  |
| M M MELVIN | 3.70 | 400.00 | 1,480.00 |
| LEGAL SUPPORT |  |  |  |
| K HORN | 2.00 | 425.00 | 850.00 |
| **TOTAL** | **31.30** | **USD** | **21,557.50** |

JONES DAY

305158-999007                                                               Page 3
                                                                       April 30, 2021
Retention Matters                                              Invoice: 33491258


SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/01/21 | C BUCK | 1.30 |

Revise invoices to comply with UST guidelines.

| 03/01/21 | A KORDAS | 0.30 |

Call with D. Moss and J. Normile regarding supplemental declaration (.2); finalize same (.1).

| 03/01/21 | J J NORMILE | 1.60 |

Preparation for and participation in the Purdue omnibus February hearing (.80); preparation for and participation in teleconference with D. Moss and A. Kordas regarding supplemental Normile declaration and review and revise draft regarding same (.80).

| 03/04/21 | C BUCK | 0.30 |

Revise monthly fee application excel.

| 03/05/21 | C BUCK | 3.00 |

Draft fifteenth monthly fee statement.

| 03/08/21 | C BUCK | 1.10 |

Revise summary excel for fourth interim application.

| 03/08/21 | C BUCK | 0.40 |

Finalize Fifteenth Monthly Fee Statement for filing.

| 03/08/21 | C BUCK | 0.30 |

Finalize Purdue supplemental declaration for filing.

| 03/08/21 | A KORDAS | 2.00 |

Draft/revise monthly fee statement and coordinate filing of same (1.5); finalize and coordinate filing of supplemental declaration (.5).

| 03/08/21 | M M MELVIN | 2.20 |

Review and e-file the Supplemental Declaration of John J. Normile in Support of Jones Day's retention application (0.20); create an e-mail distribution list (0.50); serve the same by e-mail (0.20); create a first class mail distribution list (0.50); create labels for first class mail service (0.50); provide written instructions and coordinate first class mail service (0.30).

| 03/09/21 | C BUCK | 0.60 |

Revise excel worksheet.

| 03/09/21 | M M MELVIN | 0.70 |

Draft an Affidavit of Service regarding the Supplemental Declaration of John Normile regarding Jones Day's retention (0.30); prepare exhibits to the same (0.40).

| 03/10/21 | M M MELVIN | 0.20 |

Review and e-file an Affidavit of Service regarding J. Normile's Supplemental Declaration.

| 03/11/21 | C BUCK | 2.10 |

Revise Fourth Interim Fee Application.

| 03/11/21 | A KORDAS | 1.50 |

Draft/revise fourth interim fee application (1.2); correspond with C. Buck and J. Normile regarding matter (.3).

| 03/12/21 | A KORDAS | 2.70 |

Draft/revise interim fee application (2.4); confer with C. Buck and J. Normile regarding same (.3).

| 03/15/21 | C BUCK | 0.30 |

Revise fee application.

**JONES DAY**

305158-999007                                                                    Page 4
                                                                            April 30, 2021
Retention Matters                                                    Invoice: 33491258

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/15/21 | A KORDAS | 0.80 |
| | Draft/revise interim fee application. | |
| 03/15/21 | K MCCARTHY | 1.00 |
| | Draft/revise fourth interim fee application and communicate with J. Normile and A. Kordas regarding same (1.0). | |
| 03/16/21 | C BUCK | 1.00 |
| | Review fourth interim fee application. | |
| 03/16/21 | A KORDAS | 1.50 |
| | Draft/revise fee application (1.0); confer with K. McCarthy, J. Normile and C. Buck regarding same (.5). | |
| 03/16/21 | K MCCARTHY | 0.50 |
| | Prepare for and participate in teleconference with A. Kordas regarding fourth interim fee application (0.5). | |
| 03/16/21 | J J NORMILE | 0.50 |
| | Review and revise Purdue's 4th interim fee application and review correspondence from K. McCarthy and A. Kordas regarding same (.50). | |
| 03/17/21 | C BUCK | 0.80 |
| | Finalize fourth interim fee application for filing. | |
| 03/17/21 | A KORDAS | 1.00 |
| | Finalize and coordinate filing of the fourth interim fee application. | |
| 03/17/21 | M M MELVIN | 0.60 |
| | Prepare and assemble exhibits to Jones Day's fourth interim fee application (0.30); review and e-file Jones Day's Fourth Interim Application For Allowance of Compensation For Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period From October 1, 2020 Through January 31, 2021 (0.30). | |
| 03/24/21 | J J NORMILE | 1.00 |
| | Participate in March omnibus hearing. | |
| 03/29/21 | K HORN | 2.00 |
| | Review files for D. Prater deposition and Draft patent application per P. Hendler. | |

**TOTAL**                                                                        **31.30**

**JONES DAY**

305158-999007                                                                 Page 5
                                                                        April 30, 2021
Retention Matters                                              Invoice:  33491258


DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **CONFERENCE CHARGES** | | | | |
| 03/25/21 | A KORDAS | NYC | 70.00 | |
| Conference charges - Attended telephonic hearing on third interim fee applications. 15-Dec-2020 | | | | |
| | **Conference Charges Subtotal** | | | **70.00** |
| **DUPLICATION CHARGES** | | | | |
| 03/11/21 | NYC ACCOUNTING | NYC | 109.20 | |
| Duplication charges through 03/11/2021 2,184 b&w copies @ $0.05 each | | | | |
| | **Duplication charges Subtotal** | | | **109.20** |
| **POSTAGE CHARGES** | | | | |
| 03/30/21 | NYC ACCOUNTING | NYC | 68.00 | |
| Postage charges - March'2021 | | | | |
| | **Postage charges Subtotal** | | | **68.00** |
| | **TOTAL** | | **USD** | **247.20** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

May 21, 2021                                                       305158-610005

                                                              Invoice: 33497718

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through April 30, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 218,887.50 |
| Less 13% Fee Discount | | (28,455.37) |
| | USD | 190,432.13 |

### DISBURSEMENTS & CHARGES

| | |
|---|---|
| Consultants and Agents Fees | 11,800.00 |
| Court Reporter Fees | 57.92 |
| Filing Fees and Related | 402.00 |
| | 12,259.92 |

**TOTAL**                                            **USD**      **202,692.05**

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610005/33497718 WITH YOUR PAYMENT

**JONES DAY**

305158-610005

Page 2
May 21, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                              Invoice:  33497718

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| M W JOHNSON | 0.80 | 850.00 | 680.00 |
| G J LAROSA | 2.00 | 1,125.00 | 2,250.00 |
| C M MORRISON | 12.40 | 1,025.00 | 12,710.00 |
| J J NORMILE | 62.40 | 1,250.00 | 78,000.00 |
| OF COUNSEL | | | |
| K I NIX | 36.40 | 1,180.00 | 42,952.00 |
| ASSOCIATE | | | |
| K MCCARTHY | 47.60 | 715.00 | 34,034.00 |
| A M NICOLAIS | 65.30 | 655.00 | 42,771.50 |
| PARALEGAL | | | |
| J J DARENSBOURG | 13.20 | 350.00 | 4,620.00 |
| LEGAL SUPPORT | | | |
| K HORN | 1.80 | 425.00 | 765.00 |
| PROJECT ASST | | | |
| M IHLE | 0.30 | 350.00 | 105.00 |
| **TOTAL** | **242.20** | **USD** | **218,887.50** |

JONES DAY

305158-610005                                                               Page 3
                                                                        May 21, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice:  33497718

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**04/01/21    K MCCARTHY    5.00**
Prepare for and participate in Court status teleconference (0.5), including internal pre- and post-hearing calls (0.5); communicate internally ████████████████████████████████ (0.8); review/analyze legal research regarding ██████████████████████████ (1.6); communicate internally, with co-counsel, and with document discovery vendor regarding prior case document productions (0.7); ██████████ ) (0.4); prepare for and participate in teleconference with P. Hendler regarding upcoming case deadlines and related action items (0.5).

**04/01/21    C M MORRISON    1.00**
Confer with J. Normile, P. Hendler, and K. McCarthy regarding hearing (.3); prepare for and participate in hearing (.5); confer internally regarding outcomes and strategy (.2).

**04/01/21    A M NICOLAIS    3.80**
████████████████ (1.7); drafting summary re same (1.1) communication in firm with K. McCarthy re same (.2); updating Purdue weekly tracker with new Collegium schedule and updates (.7); communication in firm with K. McCarthy re same (.1).

**04/01/21    K I NIX    2.60**
██████████████████████████████████████ (1.8); prepared email to J. Normile regarding ████████████ (.3); work regarding ██████████████ (.5).

**04/01/21    J J NORMILE    3.60**
Preparation for and participation in teleconference with P. Hendler and K. McCarthy regarding upcoming status conference before Judge Saylor (1.0); preparation for and participation in status teleconference before Judge Saylor (.50); preparation of correspondence regarding status conference before Judge Saylor (.30); review of correspondence and status of prior discovery in pending matters (1.0); review of various correspondence regarding ████████████████████ (.80).

**04/02/21    M IHLE    0.30**
Save all most recent Pleadings documents to R Drive and Caselink.

**04/02/21    K MCCARTHY    5.50**
Draft/revise stipulation regarding 434 patent and communicate internally, with co-counsel, with client, and with opposing counsel regarding same (2.5); coordinate hearing transcript order and invoice payment (0.5); review/analyze Collegium's pending motions to be addressed in supplemental briefing ordered by Court ██████████████ (1.0) communicate internally regarding same (0.5); prepare for and participate in teleconference with J. Normile and P. Hendler regarding upcoming deadlines and related action items (0.7); call with A. Nicolais regarding outstanding assignments (0.3).

**04/02/21    C M MORRISON    0.30**
Confer internally (.1) and revise stipulation regarding consolidation (.2).

**04/02/21    A M NICOLAIS    3.30**
Drafting complaint for new '434 patent (1.7); communication in firm with K. McCarthy re same (.2); further edits/revisions to research summary ██████████ for B. Koch (.5); continue edits/revisions to weekly tracker (.9).

**04/02/21    K I NIX    0.50**
Studied transcript of April 1 hearing before Judge Saylor (.3); studied proposed stipulation and email from K. McCarthy (.2).

305158-610005

Page 4
May 21, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice:  33497718

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/02/21 | J J NORMILE | 5.80 |

Preparation for and participation in teleconference with P. Hendler and K. McCarthy regarding various discovery tasks (1.0); review of legal research regarding █████████████ and related correspondence from K. McCarthy and A. Nicolais (2.0); review of Judge Saylor's case management scheduling order and related correspondence (.80); review and revision of draft 434 complaint and related team correspondence (2.0).

| 04/03/21 | J J NORMILE | 1.00 |

Review of correspondence from B. Koch and P. Hendler and supporting materials regarding legal research on █████████████

| 04/04/21 | A M NICOLAIS | 0.50 |

Reviewing Collegium motion to stay pending PGR and Motion to strike supplemental declaration.

| 04/04/21 | J J NORMILE | 2.30 |

Review of various correspondence regarding ██████████████ (.30); review of various correspondence and drafts of 434 complaint (1.0); review of background materials in preparation for supplemental briefs on the issue of staying the 961 patent (1.0).

| 04/05/21 | K MCCARTHY | 1.00 |

Prepare for and participate in teleconference with J. Normile, P. Hendler, and A. Nicolais regarding draft 434 patent complaint and related stipulation (0.7); finalize updated stipulations regarding adding and dismissing certain parties and patents, and communicate with C. Morrison regarding same (0.3).

| 04/05/21 | C M MORRISON | 0.20 |

Communicate with clerk regarding stipulations.

| 04/05/21 | A M NICOLAIS | 4.20 |

Edits/revisions to new '434 Complaint (1.5); communication in firm with P. Hendler and J. Normile re same (.5); drafting update of Collegium litigation matters for bankruptcy status update (.7); drafting outreach to ████████████ re updates and confirmation of representation (0.5); weekly Purdue meeting (.4); drafting weekly update tracker (.4); communication in firm re IPC document destruction deadline (.2).

| 04/05/21 | J J NORMILE | 3.80 |

Preparation for and participation in various teleconferences with P. Hendler, K. McCarthy and A. Nicolais regarding draft case management schedules and review and revise same (1.5); preparation for and participation in weekly team teleconference with B. Koch, R. Inz, R. Kreppel, P. Hendler and A. Nicolais (.80); review and revise draft 434 complaint (1.10) and various teleconferences and emails regarding same (.40).

| 04/06/21 | J J DARENSBOURG | 1.80 |

Manage shared database for attorneys of correspondence regarding ██████████████ (.8); draft Joint Stipulation to consolidate 434 patent case (.8); case management plan meeting availability, and status conference court transcripts (.2).

| 04/06/21 | K MCCARTHY | 0.40 |

Attention to case administrative tasks, including coordinating docketing of case deadlines in new scheduling order and filing of expert, client, and vendor correspondence (0.4).

| 04/06/21 | C M MORRISON | 0.80 |

Review and analyze draft complaint for 434 patent (.5); communicate with clerk regarding stipulations (.3).

| 04/06/21 | A M NICOLAIS | 8.10 |

Edits/revisions to 434 patent complaint (1.5); incorporating edits/revisions from B. Koch, P. Hendler and R. Inz re same (1.0); research for recent caselaw re motions ████████████ (1.0); drafting summary of research re same (.5); reviewing past discussions between parties re Collegium's motion to strike supplemental declaration (.8); communication in firm re all (.5); research past disputes re ███████████████████████ and drafting summary of same for P. Hendler (.5); ██████████████ (1.2); drafting summary re same for K. Nix (1.1).

**JONES DAY**

305158-610005                                                                        Page 5
                                                                                 May 21, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice:  33497718

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/06/21 | K I NIX | 2.30 |

████████████████████████████████████████████████████
████████

| 04/06/21 | J J NORMILE | 4.10 |

Continued attention to preparation of 434 complaint including various correspondence with B. Koch, P. Hendler, R. Inz and A. Nicolais and review of comments to same (2.0); preparation of litigation action item list (.80); ████████████████████████████████████████ (.80); review of various stipulations entered by Judge Saylor and forward same to client (.50).

| 04/07/21 | M W JOHNSON | 0.80 |

Discuss pending PTAB motion to terminate in view of stay-lift motion in district court with J. Normile (0.3); draft updated briefing regarding stay-lift motion.

| 04/07/21 | C M MORRISON | 0.80 |

Review proposed changes to complaint and confer with B. Kock, R. Inez, P. Hendler, and J. Normile regarding same.

| 04/07/21 | A M NICOLAIS | 2.40 |

Drafting letters to ██████████████████████████ (1.2); team meeting re 434 patent complaint (.5); updates/edits to complaint (.5); edits to stipulation of consolidation (.2).

| 04/07/21 | K I NIX | 1.30 |

████████████████████████████████████████████████████

| 04/07/21 | J J NORMILE | 3.10 |

Preparation for and participation in teleconference regarding draft 434 complaint and review of various comments from B. Koch, P. Hendler, A. Nicolais and K. McCarthy (2.3); review of correspondence regarding a stipulation for consolidation including emails from P. Hendler, A. Nicolais and O. Langer (.80).

| 04/08/21 | K MCCARTHY | 0.40 |

Prepare for and participate in teleconference with J. Normile, P. Hendler, and A. Nicolais regarding draft 434 patent complaint and related filing materials (0.4).

| 04/08/21 | A M NICOLAIS | 8.40 |

Meeting with J. Normile, P. Hendler and K. McCarthy re 434 Complaint (.5); edits/revisions to same (1.0); ████████████████████████████ (1.5); drafting summary re same (1.5); researching case-law re supplemental claim construction declarations (1.0); drafting supplemental submission to court re motion to strike (1.5); researching caselaw re ████████████ (1.0); communication in firm with ████████████████████████████ 434 asserted claims (.4).

| 04/08/21 | K I NIX | 1.30 |

Work regarding damages (1.0); studied damages apportionment decisions (.3).

| 04/08/21 | J J NORMILE | 2.50 |

Preparation for and participation in teleconference with P. Hendler, K. McCarthy and A. Nicolais regarding potential Twombley motion by Collegium (1.0); attention to finalizing the 434 complaint and stipulation of consolidation including various correspondence and teleconferences with P. Hendler, K. McCarthy, R. Kreppel, B. Koch and R. Inz (1.5).

| 04/09/21 | J J DARENSBOURG | 1.90 |

Manage shared database for attorneys of correspondence regarding edits to Joint Stipulation Consolidating 434 patent case████████████████████████
██████████████████████

305158-610005                                                                          Page 6
                                                                                  May 21, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals            Invoice:  33497718

*Date of Service*        *Timekeeper Name*                                  *Hours*

04/09/21          K MCCARTHY                                                3.00
                  Review/analyze prior case correspondence regarding ████████████████████;
                  communicate internally regarding same (0.8); draft/revise '434 patent complaint and communicate with A.
                  Nicolais regarding edits to same (0.9); review/analyze preliminary infringement analysis and communicate
                  internally and with client regarding asserted claims of '434 patent (0.9); attention to case file, including
                  collection and filing of client and expert correspondence (0.4).

04/09/21          C M MORRISON                                              1.00
                  Attention to filing 484 Complaint (.5); attention to service (.2); confer with clerk and file civil action cover
                  and category form (.3).

04/09/21          A M NICOLAIS                                              3.20
                  Communication in firm re caselaw research re ████████████████████████ (.5);
                  continue research re same (.4); edits/revisions/final review of 434 patent complaint (.5); preparing exhibits
                  and final papers for filing (.3); ████████████████████████████████████
                  ██████ (1.5).

04/09/21          K I NIX                                                   2.60
                  ████████████████████████████████████and preparation for and follow up regarding same;
                  prepared for client meeting regarding ██████████████.

04/09/21          J J NORMILE                                              1.00
                  Attention to finalizing the 434 complaint and stipulation of consolidation (.50); review of correspondence
                  regarding ██████████████████████ (.50).

04/10/21          J J NORMILE                                              1.50
                  Review of various correspondence regarding upcoming case management events including preparation of
                  supplemental memorandum relating to the stay of the 961 patent.

04/11/21          J J NORMILE                                              0.80
                  Review of various correspondence regarding upcoming case management issues and review of drafts of
                  same.

04/12/21          K HORN                                                   0.90
                  Review files for Infringement Contentions requested by B. Koch.

04/12/21          K MCCARTHY                                               3.00
                  Review and provide proposed edits to Purdue's supplemental memorandum regarding Collegium's pending
                  motions (0.9); review and provide proposed edits to ████████████████████████
                  ████████████ (0.6); attention to ███████████████████ (0.5); attention to case correspondence and
                  case files (0.5); review/analyze recent hearing transcripts and communicate internally regarding same (0.5).

04/12/21          A M NICOLAIS                                             4.90
                  Communication in firm with K. McCarthy re Collegium action items (.2); drafting letters to
                  ████████████████████ (.4); drafting joint supplemental submission re Collegium's motion
                  to stay 961 patent pending PGR (2.0); communication with P. Hendler and J. Normile re same (.3);
                  incorporating edits revisions re same (.2); review of '961 action pleadings and correspondence re Collegium
                  protective order for new 434 case (.5); internal team meeting with J. Normile & P. Hendler re Purdue action
                  items (.5); drafting weekly status updates (.3); Purdue weekly team meeting (.5).

04/12/21          K I NIX                                                  3.20
                  Reviewed undertaking ████████████████████ (1.5); worked on
                  summary of ████████████████ (1.0); reviewed ████████████ (.5); studied opinions citing
                  ████████████████ (.2).

04/12/21          J J NORMILE                                              2.00
                  Preparation for and participation in team teleconference with B. Koch, R. Silbert, R. Inz, R. Kreppel, P.
                  Hendler, A. Nicolais and K. McCarthy (.50); related status teleconference with P. Hendler, K. McCarthy
                  and A. Nicolais (.50); review of background materials of Collegium designated expert, Dr. Chambliss (.50);
                  review of background materials and various emails regarding Purdue expert, P. Constantinides (.50).

JONES DAY

305158-610005                                                                 Page 7
                                                                         May 21, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice:  33497718

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**04/13/21    J J DARENSBOURG    2.20**

Manage shared database for attorneys of correspondence regarding ▮▮▮▮▮ Chambliss executed documents, Joint Stipulation to consolidate cases, ▮▮▮▮▮▮▮▮▮▮▮

**04/13/21    K MCCARTHY    3.00**

Draft/revise joint supplemental submission regarding Collegium's pending motions (0.8); prepare for and participate in teleconference with J. Normile, P. Hendler, and A. Nicolais regarding same (0.5); attention to miscellaneous case files and correspondence (1.1); ▮▮▮▮▮▮▮▮▮▮ (0.3); finalize and serve letter on opposing counsel regarding protective order applicability to 434 patent action (0.3).

**04/13/21    C M MORRISON    1.20**

Review and revise supplemental memorandum and confer internally regarding same.

**04/13/21    A M NICOLAIS    5.00**

Meeting with J. Normile, P. Hendler and K. McCarthy re draft supplemental memo re motion to stay/strike (.4); edits revisions re same (1.3); incorporating edits/revisions of C. Morrison, B. Koch and R. Inz. re same (1.0); further communication in firm re same (.4); preparing supporting exhibits re same (.4); drafting letter to Collegium counsel re adoption of Protective Order for 434 case (.4); meeting with ▮▮▮▮▮▮▮ re case status and upcoming action items (.7); edits/revisions to ▮▮▮▮▮▮ (.4).

**04/13/21    K I NIX    4.20**

Studied Purdue's and Collegium's draft submissions to Judge Saylor regarding Collegium's motion to stay proceedings on 961 patent pending termination of PGR and motion to strike Constantinides declaration (1.5); teleconference with J. Normile regarding ▮▮▮▮▮▮▮ (1.0); worked on summary of ▮▮▮▮▮ (.5); ▮▮▮▮▮▮ (.6); and ▮▮▮▮▮▮▮▮ (.6).

**04/13/21    J J NORMILE    3.50**

Attention to preparation of supplemental memorandum relating to Collegium's motion to stay the 961 patent and motion to strike including various team teleconferences and review of team comments to same (1.5); attention to updating outstanding discovery to ▮▮▮▮ (.50); review of correspondence relating to securing official copies of the file histories of the patents-in-suit (.50); preparation for and participation in teleconference with K. Nix regarding ▮▮▮▮▮▮▮▮ (1.0).

**04/14/21    K MCCARTHY    3.50**

Prepare for and participate in client teleconference with J. Normile and P. Hendler regarding case strategy (2.5); review/analyze ▮▮▮▮▮▮ received from client and communicate internally and with B. Koch regarding same (1.0).

**04/14/21    C M MORRISON    0.80**

Confer internally and with Collegium counsel regarding service, answer, and joint supplement.

**04/14/21    A M NICOLAIS    2.90**

Edits/revisions to joint supplemental submission and exhibits and communications in firm re same (.7); Collegium case plan meeting (2.0); call with K. McCarthy re Purdue action items (.2).

**04/14/21    K I NIX    2.30**

Video meeting with B. Koch, R. Kreppel, R. Inz, J. Normile P. Hendler, K. McCarthy and A. Nicolais regarding case strategy and preparation for and follow up regarding same (1.0); ▮▮▮▮▮▮▮▮▮▮ (.6), and email to B. Koch and R. Kreppel regarding same (.7).

JONES DAY

305158-610005                                                                          Page 8
                                                                                  May 21, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice:  33497718

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**04/14/21    J J NORMILE    5.00**
Preparation for and participation in team teleconference with B. Koch, R. Inz, R. Kreppel, P. Hendler, K. McCarthy and A. Nicolais (2.5); review of various correspondence from C. Morrison, P. Hendler and C. Pinahs regarding service of process of 434 complaint and joint supplemental memorandum (1.5); review of correspondence and memo from K. Nix regarding ███████████ (1.0).

**04/15/21    J J DARENSBOURG    2.10**
Manage Constantinides Declarations and deposition transcripts and oral argument demonstratives and transcript for review by P Hendler.

**04/15/21    K MCCARTHY    2.50**
Draft/revise supplemental memorandum regarding Collegium's pending motions and communicate internally regarding proposed edits to same (1.0); finalize supplemental memorandum and exhibits for filing (0.5); attention to case management tasks (0.6); review/analyze Collegium's supplemental submission and communicate with client regarding same (0.4).

**04/15/21    C M MORRISON    0.70**
Review, revise, and file supplemental memo regarding pending motions (.5); communicate with Collegium regarding '484 Patent and disputes (.2).

**04/15/21    K I NIX    1.60**
Reviewed parties' submissions regarding Collegium's pending motions (.6); e-mails with B. Koch, R. Kreppel and J. Normile regarding ███████████ (1.0).

**04/15/21    J J NORMILE    2.00**
Review of various correspondence regarding preparation of initial disclosures including certified copies of file histories (1.0); review and revise case management plan including K. McCarthy edits (.50); attention to preparation of joint memorandum including various correspondence (.50).

**04/16/21    G J LAROSA    1.00**
Communicate (in firm) regarding discovery and scheduling.

**04/16/21    K MCCARTHY    3.00**
Draft/revise ███████████ and communicate internally regarding same (0.8); attention to internal and opposing counsel correspondence regarding Collegium's deadline to respond to Purdue's 434 patent complaint (0.5); attention to miscellaneous case correspondence regarding ███████ (0.7); review/analyze case management plan received from client (1.0).

**04/16/21    C M MORRISON    0.40**
Confer with J. Normile and P. Hendler regarding Collegium communications and draft responsive communication regarding extensions.

**04/16/21    K I NIX    1.60**
███████████████████████████████
███████████████████

**04/16/21    J J NORMILE    1.50**
Attention to various discovery matters (.50); review of various correspondence regarding Collegium request for an extension to answer the 434 complaint (1.0).

**04/17/21    J J NORMILE    1.50**
Review of correspondence from P. Hendler regarding ███████████ and attention to various discovery and potential motion issues.

JONES DAY

305158-610005

Page 9

May 21, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice:  33497718

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**04/19/21    K MCCARTHY    2.50**

Teleconference with J. Normile regarding outstanding drafts (0.2); attention to miscellaneous case management tasks, including docketing deadlines, reviewing and responding to case correspondence, and communicating with co-counsel regarding 961 PGR oral hearing transcript (1.0); ((draft/revise ███████ (0.3); coordinate collection and storage of original patent ribbon copies for trial exhibits and communicate internally and with client regarding same (0.5); ((review/analyze ███████ (0.5).

**04/19/21    A M NICOLAIS    1.40**

Drafting Purdue weekly update report (.5); communication in firm with K. McCarthy re same and incorporating suggested edits re tracker (.5); weekly Purdue team meeting (.4).

**04/19/21    K I NIX    0.50**

Studied e-mails regarding service of the 434 complaint and Collegium's threatened Rule 12 motion to dismiss.

**04/19/21    J J NORMILE    2.80**

Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Kreppel, R. Inz, P. Hendler, K. McCarthy and A. Nicolais (.80); attention to various discovery issues including correspondence with K. McCarthy regarding original patent deeds and various correspondence and teleconferences regarding ███████ (2.0).

**04/20/21    K MCCARTHY    1.50**

Attention to miscellaneous case files and correspondence (0.5); ((review/analyze ███████ (0.4); prepare for and participate in teleconference with B. Koch regarding same (0.4); ((communicate with ███████ (0.2).

**04/20/21    A M NICOLAIS    0.20**

Communication in firm with K. McCarthy re Collegium action items (.2).

**04/20/21    J J NORMILE    1.00**

((Review of ███████ (.50); review of various correspondence relating to outstanding discovery issues (.50).

**04/21/21    K HORN    0.90**

Manage client and expert correspondence files. Organize and update electronic case files.

**04/21/21    K MCCARTHY    5.00**

((Review/analyze ███████ (1.5); perform legal research regarding Collegium's Rule 12 motion arguments and communicate with P. Hendler and A. Nicolais regarding same (2.0); attention to miscellaneous internal and opposing counsel correspondence regarding Collegium's motion for extension and motion to dismiss 434 patent case (1.0); attention to miscellaneous case files and client correspondence regarding original patent copies (0.5).

**04/21/21    A M NICOLAIS    4.40**

Research caselaw and regulations re ███████ (2.5); drafting summary re same (1.0); ((reviewing ███████ (.7); communication in firm with K. McCarthy re same (.2).

**04/21/21    K I NIX    1.60**

Studied information regarding ███████

**04/21/21    J J NORMILE    1.60**

Review of various correspondence from team members regarding Collegium's proposed motion to dismiss the 434 complaint and related meet and confer conference (.80); review of correspondence from Collegium's proposed motion for an extension of time to answer the 434 complaint (.30); review of various correspondence regarding the upcoming conference ███████ (.50).

305158-610005                                                                    Page 10
                                                                                May 21, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                    Invoice:  33497718

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

04/22/21    J J DARENSBOURG                                                    2.00
Manage shared database for attorneys of correspondence regarding ██████████████ draft Joint
Supplemental Submission, draft Protective Order for 434 Action, and ████████████

04/22/21    G J LAROSA                                                         1.00
Communicate (in firm) regarding preparation for discovery.

04/22/21    K MCCARTHY                                                         2.00
Prepare for and participate in teleconference with J. Normile, P. Hendler, and C. Morrison regarding
Collegium's intended motions (0.6); draft/revise initial and supplemental infringement contentions and
communicate with A. Nicolais regarding same (0.8); ██████████████████████████████
██████████ (0.6).

04/22/21    C M MORRISON                                                       1.30
Review and analyze motion for extension and draft opposition.

04/22/21    A M NICOLAIS                                                       4.40
Drafting motion to consolidate Collegium cases (.25); ██████████████████████████████
██████████ (.25); communication with K. McCarthy re Twombley/Iqbal motion research (.4); researching
██████████████████████ (2.0); ██████████████████████████████████████
████████████████████████ (.5); analyzing and drafting summary re same (1.0).

04/22/21    K I NIX                                                            1.20
Reviewed materials regarding ████████████████████████ in preparation for client call
tomorrow.

04/22/21    J J NORMILE                                                        1.50
Preparation for and participation in teleconference with K. McCarthy and P. Hendler regarding Collegium's
proposed motion to dismiss the 434 complaint and review of various correspondence from C. Morrison
and C. Pinahs regarding same.

04/23/21    K MCCARTHY                                                         1.50
Prepare for and participate in meet and confer with opposing counsel regarding Collegium's intended
motions (0.8); attention to internal case files and correspondence with K. Nix and P. Hendler regarding
██████████████████████ (0.7).

04/23/21    C M MORRISON                                                       1.50
Draft/revise opposition to motion for extension (1.0). Phone call with Collegium regarding motion to
dismiss (.5).

04/23/21    K I NIX                                                            4.60
████████████████████████████████████████████████████████████
████████████████████████████████████

04/23/21    J J NORMILE                                                        3.00
████████████████████████████████████████████████ (1.0);
preparation for and participation ████████████████████████████████████████ (1.0);
preparation for and participation ████████████████████████████████████ (.50); review
████████████████████ (.50).

04/26/21    J J DARENSBOURG                                                    3.20
Manage shared database for attorneys of correspondence and pleadings regarding original copies of patents-
in-suit, ██████████████████████████████████████████████████████████
████████████████████████████████████████████ manage shared database
for attorneys of correspondence regarding oral hearing transcript.

04/26/21    K MCCARTHY                                                         0.50
Prepare for and participate in teleconference with J. Normile and P. Hendler regarding upcoming deadlines
and ongoing tasks (0.5).

305158-610005                                                                    Page 11
                                                                           May 21, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals         Invoice:  33497718

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**04/26/21   C M MORRISON                                              0.70**
Confer internally regarding status and strategy (.5); revise and file opposition to motion for extension (.2).

**04/26/21   A M NICOLAIS                                              2.30**
Meeting with Collegium internal team re opposition to motion to extension and Collegium action items (.3);
communication in firm with K. McCarthy re same (.2); drafting ███████████████ (1.6);
drafting notice re same (.2).

**04/26/21   K I NIX                                                   1.30**
((Reviewed ██████████████████████████

**04/26/21   J J NORMILE                                               4.50**
Preparation for and participation in weekly team teleconference including B. Koch, R. Kreppel, R. Inz, R.
Silbert, P. Hendler, K. McCarthy and A. Nicolais (1.0); preparation for and team teleconference with C.
Morrison, P. Hendler, A. Nicolais and K. McCarthy regarding Collegium's motion for extension of time
and other pending procedural matters (1.5); review of various correspondence in preparation for upcoming
teleconference ████████████████████████████████ and review of
background materials for same (2.0).

**04/27/21   C M MORRISON                                              0.30**
Confer with P. Hendler regarding communication from Robins Kaplan and proposed response regarding
motion to dismiss.

**04/27/21   K I NIX                                                   1.10**
Studied ██████████████████████

**04/27/21   J J NORMILE                                               1.50**
((Preparation for █████████████████████████████

**04/28/21   K MCCARTHY                                               2.50**
((Prepare for and participate in ████████████████████████████████
████████████████████████ (1.0); draft/revise ████████
████████████████████████ 0.8); review/analyze ████████
████████ 0.7) )).

**04/28/21   C M MORRISON                                              1.40**
((Prepare for and participate in ██████████████████████████
█████████████ (1.1); confer with J. Normile regarding same(.3).

**04/28/21   A M NICOLAIS                                              2.30**
Edits/revisions to Purdue weekly tracker; ██████████████████████ (.7); meeting
with K. McCarthy re ████████████████ (.5); edits/revisions to ████████
████ (.9) )).

**04/28/21   K I NIX                                                   0.30**
████████████████████████

**04/28/21   J J NORMILE                                               1.50**
((Preparation for and participation in ███████████████████████████████
██████████████████████████████

**04/29/21   K MCCARTHY                                               1.00**
Prepare for and participate in teleconference with P. Hendler and A. Nicolais regarding ████████
██████████████ (0.6); prepare for and participate in ██████████████████
████████████████ (0.2), and communicate internally and with client
regarding same (0.2).

**JONES DAY**

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page 12
May 21, 2021
Invoice: 33497718

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 04/29/21 | A M NICOLAIS | 3.60 |

Communication with P. Hendler and K. McCarthy re ███████████████ (.5); communication with Kevin McCarthy re same (.3); drafting ████████ re same (2.8).

| 04/29/21 | K I NIX | 1.00 |
|---|---|---|

███████████████████████████████████████

| 04/30/21 | K MCCARTHY | 0.80 |
|---|---|---|

((Prepare for and participate in █████████████████████████ (0.4); draft/revise ███████████████████████████ (0.4) )).

| 04/30/21 | K I NIX | 1.30 |
|---|---|---|

████████████████████████████████
██████████

**TOTAL**                                                                                      **242.20**

**JONES DAY**

305158-610005

Page 13
May 21, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice:  33497718

## DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **CONSULTANTS FEES** | | | | |
| 04/15/21 | NYC ACCOUNTING | NYC | 1,800.00 | |
| 04/22/21 | NYC ACCOUNTING | NYC | 10,000.00 | |
| | **Consultants fees Subtotal** | | | **11,800.00** |
| **COURT REPORTER FEES** | | | | |
| 04/06/21 | K MCCARTHY | NYC | 57.92 | |
| | Court reporter fees - MARIANNE KUSA RYLL 4/2/2021 (status conference transcript - case no. 15CV13099 4/1/2021) | | | |
| | **Court reporter fees Subtotal** | | | **57.92** |
| **FILING FEES AND RELATED** | | | | |
| 04/15/21 | C M MORRISON | BOS | 402.00 | |
| | Filing fees and related Complaint filing fee 09-Apr-2021 | | | |
| | **Filing fees and related Subtotal** | | | **402.00** |
| | **TOTAL** | | **USD** | **12,259.92** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

May 21, 2021                                                          305158-610013

Invoice: 33497721

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through April 30, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 5,308.50 |
| Less 13% Fee Discount | | (690.10) |
| | USD | 4,618.40 |

## DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Consultants and Agents Fees | 1,500.00 | |
| | | 1,500.00 |
| **TOTAL** | **USD** | **6,118.40** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610013/33497721 WITH YOUR PAYMENT

**JONES DAY**

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Page 2
May 21, 2021
Invoice:  33497721

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 1.50 | 1,250.00 | 1,875.00 |
| OF COUNSEL |  |  |  |
| K I NIX | 0.20 | 1,180.00 | 236.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 2.70 | 715.00 | 1,930.50 |
| A M NICOLAIS | 1.40 | 655.00 | 917.00 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 1.00 | 350.00 | 350.00 |
| **TOTAL** | **6.80** | **USD** | **5,308.50** |

JONES DAY

305158-610013                                                                  Page 3
                                                                          May 21, 2021

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.               Invoice:  33497721

### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/06/21 | K MCCARTHY | 0.60 |

((Attention to ████████████████████████████████████ (0.3); teleconference with A. Nicolais regarding coordinating same (0.3).

| 04/06/21 | A M NICOLAIS | 0.40 |

Communication in firm with K. McCarthy re IPC document destruction and production summary (.1); communication with P. Hendler re same (.3).

| 04/08/21 | K MCCARTHY | 0.60 |

Prepare for and participate in teleconference with P. Hendler, and A. Nicolais regarding ████████ ████████ (0.4); communicate internally and with co-counsel regarding outstanding action items (0.2).

| 04/08/21 | A M NICOLAIS | 1.00 |

Communication in firm with P. Hendler and K. McCarthy re IPC document destruction and produced documents (.4); drafting summary re same (.6).

| 04/22/21 | K MCCARTHY | 1.50 |

Draft/revise joint stipulation regarding protective order deadlines (0.6); ████████████████████ ████████████████ (0.5); finalize and coordinate filing of same with local counsel (0.4).

| 04/22/21 | J J NORMILE | 1.50 |

Review of correspondence ██████████████████████ regarding protective order and various teleconferences with K. McCarthy and R. Smith regarding same.

| 04/26/21 | J J DARENSBOURG | 0.60 |

Manage shared database for attorneys of correspondence and pleadings regarding Joint Stipulation of Document destruction.

| 04/26/21 | K I NIX | 0.20 |

Reviewed stipulated order entered by court.

| 04/27/21 | J J DARENSBOURG | 0.40 |

Manage/calendar extended IPC document destruction deadlines for attorneys.

**TOTAL**                                                                       **6.80**

**JONES DAY**

305158-610013

Page 4

May 21, 2021

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Invoice:  33497721

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **CONSULTANTS FEES** | | | | |
| 04/06/21 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | **Consultants fees Subtotal** | | | **1,500.00** |
| **TOTAL** | | | **USD** | **1,500.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street

New York, NY  10281-1047

**(212) 326-3939**

Federal Identification Number:  34-0319085

May 21, 2021                                                                    305158-610028

Invoice: 33497727

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through April 30, 2021:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 75,891.50 |
| Less 13% Fee Discount | | (9,865.89) |
| | USD | 66,025.61 |
| **TOTAL** | **USD** | **66,025.61** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610028/33497727 WITH YOUR PAYMENT

**JONES DAY**

305158-610028                                                                 Page 2
                                                                         May 21, 2021

Accord Healthcare Inc.                                            Invoice:  33497727

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| J J NORMILE | 28.60 | 1,250.00 | 35,750.00 |
| **OF COUNSEL** | | | |
| K I NIX | 0.70 | 1,180.00 | 826.00 |
| **ASSOCIATE** | | | |
| K MCCARTHY | 42.70 | 715.00 | 30,530.50 |
| A M NICOLAIS | 8.00 | 655.00 | 5,240.00 |
| **PARALEGAL** | | | |
| J J DARENSBOURG | 9.00 | 350.00 | 3,150.00 |
| **LEGAL SUPPORT** | | | |
| K HORN | 0.60 | 425.00 | 255.00 |
| **STAFF** | | | |
| Y MOZOLEV | 0.80 | 175.00 | 140.00 |
| **TOTAL** | **90.40** | **USD** | **75,891.50** |

JONES DAY

305158-610028                                                                                          Page 3
                                                                                                    May 21, 2021
Accord Healthcare Inc.                                                                   Invoice:  33497727

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/01/21 | K MCCARTHY | 2.50 |

Draft/revise Answer to Accord's counterclaims and communicate internally regarding edits to same (1.0); ((review/analyze ███████████ (0.8); attention to case administration tasks and miscellaneous case correspondence (0.7).

| 04/01/21 | A M NICOLAIS | 1.70 |

Edits/revisions to Accord Answer to Counterclaims (1.4); communication in firm with K. McCarthy and J. Normile re same (.2); ██████████████████████████ (.1).

| 04/01/21 | J J NORMILE | 1.80 |

Attention to various issues regarding Purdue's Answer to Accord's counterclaims including ██████████
███████████████.

| 04/02/21 | K MCCARTHY | 3.50 |

Draft/revise Answer to Accord counterclaims and communicate internally regarding same (1.0); draft/revise proposed scheduling order and communicate internally regarding same (2.0); attention to miscellaneous case filings and correspondence (0.5).

| 04/02/21 | K I NIX | 0.40 |

Studied answer and affirmative defenses to Accord's counterclaims.

| 04/02/21 | J J NORMILE | 1.50 |

Continued review and revision of Answer to Accord's counterclaims and review of various correspondence regarding ████████████.

| 04/03/21 | K MCCARTHY | 4.00 |

Draft/revise proposed scheduling order and communicate internally regarding same (3.50); draft/revise proposed protective order (0.5).

| 04/03/21 | J J NORMILE | 1.00 |

Review of various correspondence regarding draft case management schedule and drafts of same.

| 04/05/21 | J J DARENSBOURG | 0.40 |

Manage/obtain certified copies of prosecution histories for patents-in-suit.

| 04/05/21 | Y MOZOLEV | 0.50 |

Research to find information on certified patent file histories, for J. Darensbourg (NY).

| 04/05/21 | A M NICOLAIS | 0.50 |

Edits/revisions to the Accord joint proposed scheduling order.

| 04/05/21 | J J NORMILE | 1.50 |

Review of various correspondence relating to draft case management schedules and review and revise same.

| 04/06/21 | J J DARENSBOURG | 0.80 |

Manage shared database for attorneys of correspondence and pleadings regarding Joint Proposed Scheduling Order, Answer and Affirmative Defenses to Counterclaims, and Accord USA.

| 04/06/21 | A M NICOLAIS | 0.60 |

Meeting with P. Hendler, J. Normile and R. Smith re propose Accord schedule (.3); edits/revisions/review of proposed schedule re same (.3).

| 04/06/21 | J J NORMILE | 1.00 |

Preparation for and participation in teleconference with P. Hendler, A. Nicolais and R. Smith regarding case management issues including preparation of scheduling order.

JONES DAY

305158-610028

Accord Healthcare Inc.

Page 4
May 21, 2021
Invoice:  33497727

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

04/08/21   J J NORMILE                                                        1.00
Review of correspondence from counsel for Accord and review and revise draft case management schedule
including review of various team comments.

04/09/21   J J DARENSBOURG                                              0.20
Manage shared database for attorneys of correspondence regarding proposed revisions to Joint Proposed
Scheduling Order.

04/09/21   K MCCARTHY                                                     0.50
Review/analyze Accord's edits to proposed scheduling order and communicate internally regarding same
(0.3); attention to miscellaneous internal correspondence regarding production of patent file histories for
patents-in-suit (0.2).

04/09/21   A M NICOLAIS                                                     1.90
Drafting joint letter to D. Hall re Accord case (1.9).

04/09/21   J J NORMILE                                                        1.80
Preparation for and participation in meet and confer with counsel for Accord relating to case management
schedule (.80); related teleconference with P. Hendler regarding same and attention to proposed settlement
issues (1.0).

04/10/21   J J NORMILE                                                        1.00
Review of various correspondence from P. Hendler, A. Nicolais and K. McCarthy regarding upcoming case
management events and preparation of drafts of same.

04/12/21   K MCCARTHY                                                     3.00
Prepare for and participate in teleconference with J. Normile and P. Hendler regarding upcoming case
deadlines and ongoing tasks (0.5); prepare for and participate in weekly client teleconference regarding
litigation status updates (0.5); draft/revise weekly litigation tracker (0.2); draft/revise stipulation and
proposed order regarding Accord USA (0.8); coordinate collection of certified patents and certified patent
file histories (0.5); review/analyze ███████████ (0.5).

04/12/21   A M NICOLAIS                                                     0.80
Edits/revisions to joint proposed scheduling order and joint letter to Court (.8).

04/12/21   K I NIX                                                             0.30
Reviewed proposed term sheet.

04/12/21   J J NORMILE                                                        1.50
Various teleconferences and correspondence with P. Hendler, A. Nicolais and K. McCarthy regarding
preparation of updated case management schedule, stipulation regarding Accord Healthcare USA and
settlement proposal forwarded by Accord.

04/13/21   J J DARENSBOURG                                              0.90
Manage previously produced file histories for possible production in Accord; manage shared database for
attorneys of Accord proposed term sheet.

04/13/21   K MCCARTHY                                                     2.50
Draft/revise stipulation and proposed order regarding Accord USA and communicate internally and with
opposing counsel regarding edits to same (1.5); attention to case files and correspondence (0.8);
teleconference with J. Normile regarding Accord OCA (0.2).

04/13/21   J J NORMILE                                                        2.50
Continued attention to preparation of joint stipulation regarding Accord Healthcare USA, proposed case
management schedule and joint letter to the court including various teleconferences with K. McCarthy.

04/14/21   K MCCARTHY                                                     2.00
Draft/revise proposed scheduling order and cover letter and communicate internally regarding same (0.8);
draft/revise Accord USA stipulation and communicate with co-counsel and opposing counsel regarding
same (0.7); draft/revise Purdue's initial disclosures (0.5).

JONES DAY

305158-610028

Accord Healthcare Inc.

Page 5
May 21, 2021
Invoice:  33497727

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/14/21 | A M NICOLAIS | 0.40 |

Edits/revisions to Accord joint letter to court and joint schedule (.2); communication in firm re same (.2).

| 04/14/21 | J J NORMILE | 2.00 |

Various correspondence and teleconferences relating to preparation of joint stipulation, scheduling order and letter to Magistrate Judge Hall and review of drafts of same.

| 04/15/21 | J J DARENSBOURG | 1.00 |

Manage shared database for attorneys of correspondence regarding Joint Proposed Scheduling Order and Stipulation concerning Accord USA.

| 04/15/21 | K MCCARTHY | 3.50 |

Draft/revise parties' proposed scheduling order and cover letter (0.8), and communicate internally and with client and local counsel regarding proposed edits to same (0.7); communicate with opposing counsel regarding proposed scheduling order, cover letter, and joint stipulation regarding Accord USA (0.5); attention to case files and correspondence (0.5); draft/revise Purdue's initial disclosures (0.5); finalize parties' proposed schedule, cover letter, and stipulation regarding Accord USA for filing (0.5).

| 04/15/21 | J J NORMILE | 2.00 |

Review of various correspondence from K. McCarthy and A. Barkoff regarding stipulation and various upcoming discovery events.

| 04/16/21 | J J DARENSBOURG | 0.40 |

Manage/prepare file histories for production to Defendant.

| 04/16/21 | K MCCARTHY | 2.00 |

Review/analyze ██████████ and communicate with P. Hendler regarding same (0.5); attention to miscellaneous correspondence █████ (1.0); communicate internally regarding order of certified copies of patents and file histories (0.5).

| 04/16/21 | Y MOZOLEV | 0.30 |

Research to find and to contact vendors to retrieve certified patent copies, for J. Darensbourg.

| 04/16/21 | J J NORMILE | 2.00 |

Attention to preparation of initial disclosures including patent in suit file histories and ██████

| 04/19/21 | K HORN | 0.60 |

Manage files, update pleadings folder and file histories for production per K. McCarthy.

| 04/19/21 | K MCCARTHY | 5.00 |

Draft/revise litigation tracker and communicate with A. Nicolais regarding same (0.5); attention to case management, including coordinating retention of recent case filings and correspondence (1.0); prepare for and participate in weekly client teleconference regarding litigation status updates (0.5); participate in e-deposition training with TSG (0.5); draft/revise Purdue's ID of accused products and asserted patents and communicate internally regarding proposed edits to same (1.5); coordinate preparation of Purdue document production and communicate internally, with client, and with document discovery vendor regarding same (1.0).

| 04/19/21 | J J NORMILE | 1.50 |

Review of draft identification of accused products prepared by K. McCarthy and review of various correspondence regarding potential discovery issues.

| 04/20/21 | K MCCARTHY | 2.00 |

Attention to miscellaneous case files and correspondence (0.7); attention to document discovery issues related to upcoming document production of patent file histories (0.7); draft/revise Purdue's ID of accused products and asserted patents ██████████████████████ (0.6).

JONES DAY

305158-610028

Page 6
May 21, 2021

Accord Healthcare Inc.

Invoice:  33497727

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/20/21 | J J NORMILE | 1.00 |

Attention to various upcoming submissions including identification of accused products and initial disclosures.

| 04/21/21 | J J DARENSBOURG | 1.80 |

Manage/draft document production letter and prepare zip file for review by P Hendler.

| 04/21/21 | K MCCARTHY | 2.00 |

Draft/revise Purdue's ID of accused products and asserted patents, and communicate with client regarding proposed edits to same (0.8); coordination collection and preparation of initial document production of patent file histories, ████████████████████████████ (1.2).

| 04/21/21 | J J NORMILE | 1.00 |

Review of various correspondence and drafts, identification of accused products and related comments from various team members.

| 04/22/21 | K MCCARTHY | 1.50 |

Draft/revise Purdue's ID of accused products and asserted patents and communicate internally and with local counsel regarding edits to same (0.6); coordinate preparation of document production and related production cover letter (0.6); draft/revise proposed stipulated protective order (0.3).

| 04/23/21 | J J DARENSBOURG | 1.90 |

Manage/prepare/serve document production on opposing counsel.

| 04/23/21 | K MCCARTHY | 1.50 |

Review/analyze Accord scheduling order and communicate internally regarding docketing of same (0.6); finalize and coordinate for filing Purdue's ID of accused products and asserted patents (0.4); finalize and coordinate for service document production and related cover letter (0.5).

| 04/23/21 | J J NORMILE | 0.50 |

Review of various correspondence and comments relating to Purdue's identification of accused products including correspondence from R. Smith.

| 04/26/21 | J J DARENSBOURG | 1.00 |

Manage shared database for attorneys of correspondence and pleadings regarding draft Purdue's ID of Products and Patents, Stipulation concerning Accord USA, revised Scheduling Order, and document production of .file histories.

| 04/26/21 | K MCCARTHY | 0.50 |

Prepare for and participate in weekly client teleconference regarding litigation status updates (0.5).

| 04/26/21 | A M NICOLAIS | 1.70 |

Drafting Purdue weekly updates with addition of Accord schedule (1.2); weekly Purdue meeting (.5).

| 04/27/21 | J J DARENSBOURG | 0.60 |

Manage/share document production with litigation support team for Andrews, Held, and Malloy.

| 04/28/21 | K MCCARTHY | 3.50 |

Draft/revise Purdue's initial disclosures and ████████████████████████████ (2.5); communicate internally, with local counsel, and with opposing counsel regarding Accord's initial disclosures and related case deadlines (1.0).

| 04/28/21 | A M NICOLAIS | 0.40 |

Reviewing Accord initial disclosures and Accord's ANDA re initial disclosures (.3); communication in firm with K. McCarthy re same (.1).

| 04/28/21 | J J NORMILE | 1.50 |

Review and revise draft initial disclosures and various correspondence regarding same.

JONES DAY

305158-610028

Accord Healthcare Inc.

Page 7
May 21, 2021
Invoice:  33497727

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/29/21 | K MCCARTHY | 2.50 |

████████████████████████████████ (0.5); draft/revise ███████████████████████████████ ██████ (1.0); finalize Purdue's initial disclosures and coordinate filing of same (0.5); attention to organization of case files and correspondence, and communicate with paralegal team regarding same (0.5).

| 04/29/21 | J J NORMILE | 1.50 |

██████████████████████ (.50); review and revise ████████████ (.50); review of various correspondence regarding proposed protective order (.50).

| 04/30/21 | K MCCARTHY | 0.70 |

Draft/revise proposed stipulated protective order (0.7).

| 04/30/21 | J J NORMILE | 1.00 |

Review of draft protective order and stipulation to extend the time for filing of same and related correspondence from R. Smith, P. Hendler and A. Barkoff.

**TOTAL**                                          90.40

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

May 21, 2021                                                              305158-640002

Invoice: 33497730

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through April 30, 2021:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 2,145.00 |
| Less 13% Fee Discount | | (278.85) |
| | USD | 1,866.15 |
| **TOTAL** | **USD** | **1,866.15** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-640002/33497730 WITH YOUR PAYMENT

**JONES DAY**

305158-640002

Strategic Corporate Advice

Page 2
May 21, 2021
Invoice:  33497730

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| ASSOCIATE | | | |
| K MCCARTHY | 3.00 | 715.00 | 2,145.00 |
| **TOTAL** | **3.00** | **USD** | **2,145.00** |

**JONES DAY**

305158-640002                                                                    Page 3
                                                                          May 21, 2021

Strategic Corporate Advice                                      Invoice:  33497730


SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/12/21 | K MCCARTHY | 1.00 |
| | ((Draft/revise ███████ (1.0). | |
| 04/16/21 | K MCCARTHY | 2.00 |
| | ((Draft/revise ███████████ (2.0). | |
| **TOTAL** | | **3.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

May 21, 2021                                                    305158-999007

                                                    Invoice: 33497731

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through April 30, 2021:

| | | |
|---|---|---|
| Retention Matters | USD | 10,845.00 |
| Less 13% Fee Discount | | (1,409.85) |
| | USD | 9,435.15 |
| **TOTAL** | **USD** | **9,435.15** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33497731 WITH YOUR PAYMENT

**JONES DAY**

305158-999007

Page 2

May 21, 2021

Retention Matters

Invoice:  33497731

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 3.60 | 1,250.00 | 4,500.00 |
| ASSOCIATE |  |  |  |
| C BUCK | 5.30 | 575.00 | 3,047.50 |
| A KORDAS | 4.00 | 800.00 | 3,200.00 |
| PARALEGAL |  |  |  |
| M T BARRIOS | 0.30 | 325.00 | 97.50 |
| **TOTAL** | **13.20** | **USD** | **10,845.00** |

**JONES DAY**

305158-999007

Retention Matters

Page 3
May 21, 2021
Invoice: 33497731

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 04/01/21 | A KORDAS | 0.30 |

Correspond with J. McCarthy and C. Buck regarding fee application and February fee statement.

| 04/05/21 | J J NORMILE | 0.80 |

Review of correspondence from K. Barrett regarding preparation of Purdue Collegium case update and attention to drafting same.

| 04/07/21 | J J NORMILE | 1.00 |

Attention to finalizing Collegium-Purdue joint status report including various correspondence from K. Barrett and A. Nicolais.

| 04/08/21 | J J NORMILE | 0.30 |

Review of correspondence from K. Barrett of Davis Polk regarding joint status report to the SDNY.

| 04/12/21 | A KORDAS | 0.40 |

Review correspondence from fee examiner (.1); correspond with J. Normile regarding same (.1); correspond with J. McCarthy regarding scheduled claim (.2).

| 04/12/21 | J J NORMILE | 0.50 |

Review of various correspondence and attached drafts from O. Langer and K. Barrett regarding status update on pending appeal.

| 04/14/21 | A KORDAS | 0.30 |

Correspond with J. McCarthy and C. Buck regarding monthly fee statements and ███████████████████
████████████.

| 04/20/21 | C BUCK | 1.00 |

Update excel fee spreadsheet for Sixteenth Monthly Fee Statement.

| 04/20/21 | A KORDAS | 0.50 |

Review/analyze February invoices and██████████████████████ (.3); correspond with C. Buck and J. McCarthy regarding same (.2).

| 04/21/21 | C BUCK | 0.90 |

Revise excel spread sheet for sixteenth fee application.

| 04/21/21 | A KORDAS | 0.40 |

Appear for/attend hearing on fee applications; correspond with J. Normile regarding same.

| 04/21/21 | J J NORMILE | 0.50 |

Attention to April Omnibus Hearing including review of correspondence from A. Kordas (.50).

| 04/22/21 | C BUCK | 1.10 |

Revise fee application excel.

| 04/22/21 | A KORDAS | 0.70 |

Draft/revise fee statement worksheet (.3); correspond with C. Buck and billing department regarding rate adjustments (.3); review invoices in connection with same (.1).

| 04/23/21 | C BUCK | 1.70 |

Draft sixteenth monthly fee statement.

| 04/23/21 | A KORDAS | 1.40 |

Draft/revise monthly fee statement (.5); draft/revise corresponding work sheet (.3); review invoices for redactions (.5); correspond with C. Buck regarding same (.1).

| 04/26/21 | M T BARRIOS | 0.30 |

File sixteenth monthly fee statement and coordinate service of same.

**JONES DAY**

305158-999007                                                                          Page 4
                                                                                   May 21, 2021
Retention Matters                                                          Invoice:  33497731


| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 04/26/21 | C BUCK | 0.60 |
| | Finalize sixteenth monthly fee statement for filing. | |
| 04/26/21 | J J NORMILE | 0.50 |
| | Preparation of March invoice. | |
| | **TOTAL** | **13.20** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 23, 2021                                                    305158.610005
                                                           Invoice: 210900141

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through May 31, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 113,100.00 |
| Less 13% Discount | | (14,703.00) |
| Total Billed Fees | USD | 98,397.00 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Document Reproduction Charges | 40.80 | |
| Filing Fees and Related | 200.00 | |
| | USD | 240.80 |
| **TOTAL** | **USD** | **98,637.80** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610005/210900141 WITH YOUR PAYMENT

# JONES DAY

305158.610005                                                                Page: 2
                                                                      June 23, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals        Invoice: 210900141

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 5.00 | 1,125.00 | 5,625.00 |
| C M Morrison | 4.00 | 1,025.00 | 4,100.00 |
| J J Normile | 28.90 | 1,250.00 | 36,125.00 |
| Of Counsel |  |  |  |
| K I Nix | 25.10 | 1,180.00 | 29,618.00 |
| Associate |  |  |  |
| K McCarthy | 13.40 | 715.00 | 9,581.00 |
| A M Nicolais | 29.70 | 655.00 | 19,453.50 |
| Paralegal |  |  |  |
| J J Darensbourg | 17.40 | 350.00 | 6,090.00 |
| Legal Support |  |  |  |
| K Horn | 5.90 | 425.00 | 2,507.50 |
| **TOTAL** | **129.40** | **USD** | **113,100.00** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 3
June 23, 2021
Invoice: 210900141

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 05/03/21 | J J Darensbourg | 0.20 |

Manage shared database for attorneys of Order Granting in Part and Denying in Part Collegium's Motion for Extension of Time to File Response to Complaint.

| 05/03/21 | K McCarthy | 1.50 |
|---|---|---|

Prepare for and participate in weekly client teleconference regarding ▬▬▬▬▬▬ (0.7); review litigation status tracker and communicate with A. Nicolais regarding edits to same (0.2); attention to miscellaneous litigation ▬▬▬▬ and related documents (0.6).

| 05/03/21 | C M Morrison | 0.20 |
|---|---|---|

Confer with K. McCarthy regarding upcoming deadlines.

| 05/03/21 | K I Nix | 1.80 |
|---|---|---|

Work ▬▬▬▬▬▬ (.8); ▬▬▬▬▬▬ (1.0).

| 05/03/21 | J J Normile | 1.00 |
|---|---|---|

Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, R. Kreppel, K. McCarthy, A. Nicolais and P. Hendler.

| 05/04/21 | J J Darensbourg | 3.20 |
|---|---|---|

Manage shared database for attorneys of correspondence regarding ▬▬▬▬▬▬ and ▬▬▬▬ (2.2) Manage/prepare Pro Hac Vice forms for K McCarthy and A Nicolais (1.0)

| 05/04/21 | K McCarthy | 1.40 |
|---|---|---|

Review/analyze ▬▬▬▬ and communicate internally and ▬▬▬▬ regarding same (0.8); prepare for and participate in teleconference with B. Koch and P. Hendler regarding case strategy (0.6).

| 05/04/21 | J J Normile | 0.80 |
|---|---|---|

Various correspondence and teleconferences with K. McCarthy and P. Hendler regarding draft ▬▬▬▬ .

| 05/05/21 | K McCarthy | 0.50 |
|---|---|---|

Draft/revise PHV motion and communicate internally and with opposing counsel regarding same (0.5).

| 05/05/21 | A M Nicolais | 1.20 |
|---|---|---|

Edits/revisions to draft ▬▬▬▬ (.7); Review/edit draft discovery stipulation (.5).

| 05/05/21 | K I Nix | 2.20 |
|---|---|---|

▬▬▬▬▬▬ (1.8); e-mail to J. Normile regarding teleconference with ▬▬▬▬ (.4)

# JONES DAY

305158.610005                                                                      Page: 4
                                                                          June 23, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                Invoice: 210900141

05/05/21        J J Normile                                            1.60
        Review of various correspondence regarding ████████████████████████ (.80);
        review and revise draft ████████████████ (.80).

05/06/21        K Horn                                                 1.70
        Review production logs, files and correspondence for document productions (1.2).  Review files for deposition
        exhibits ████████████ per P. Hendler and transfer files of same (.5).

05/06/21        K McCarthy                                             0.50
        Attention to miscellaneous case correspondence and files (0.5).

05/06/21        C M Morrison                                           0.30
        Confer with K. McCarthy regarding communication from Collegium's counsel.

05/06/21        A M Nicolais                                           1.00
        Meeting re J. Normile, P. Hendler and K. McCarthy regarding ████████████ (.2);
        edits/revisions re same (.8).

05/06/21        K I Nix                                                2.10
        Work regarding ████████████████████████

05/06/21        J J Normile                                            2.60
        Preparation for and participation in teleconference with K. McCarthy, A. Nicolais and P. Hendler regarding
        ████████████████ (1.3); review of various correspondence regarding ████ (.80);
        review of correspondence regarding various pro hac vice motions from C. Pinahs, C. Morrison and K.
        McCarthy (.50).

05/07/21        K Horn                                                 0.50
        Review files for additional ████████ for P. Hendler and transfer of same (.2)  Revise McCarthy ad
        Nicolais Pro Hac Vice and Motion in preparation for filing per K. McCarthy (.3)

05/07/21        K McCarthy                                             3.00
        Draft/revise ████████████ and communicate internally regarding ████████████
        related to same (1.2); attention to miscellaneous case correspondence regarding ████████████
        ████ (0.5); coordinate preparation of PHV motions (0.5); review/analyze Collegium's motion to dismiss
        and communicate internally regarding same (0.8).

05/07/21        C M Morrison                                           1.00
        Review and analyze motion to dismiss (.6); confer with Collegium and file PHV motions (.4).

05/07/21        K I Nix                                                3.20
        Studied Collegium's motion to dismiss the 434 complaint and memorandum (.8); teleconference with J.
        Normile regarding ████████████ (1.0); teleconference ████████████████████
        ████████████ (.7); e-mail to ████████████ (.2); work regarding ████████████ (.5).

05/07/21        J J Normile                                            1.00
        Preparation for and participation in teleconference with K. Nix regarding ████████████████ and
        review of background materials regarding same.

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 5
June 23, 2021
Invoice: 210900141

| 05/10/21 | J J Darensbourg | 1.50 |
|---|---|---|

Manage cases cited in Collegium's Memorandum of Law in Support of Their Motion to Dismiss (.5).  Manage shared database for attorneys of Collegium's Motion to Dismiss Complaint Alleging Infringement of '434 Patent and Purdue's Assented to Motion for Leave to Appear Pro Hac Vice for admission of K McCarthy and A Nicolais and accompanying documents (1.0).

| 05/10/21 | G J Larosa | 1.00 |
|---|---|---|

Communicate (in firm) regarding case status and strategy and reviewed related pleadings.

| 05/10/21 | K McCarthy | 3.00 |
|---|---|---|

Prepare for and participate in weekly client call with B.Koch, J. Normile, and others regarding litigation status updates, including review of weekly litigation tracker (1.0); review/analyze Collegium's motion to dismiss and communicate internally regarding same (0.7); draft/revise ███████████████ and communicate with A. Nicolais regarding same (0.8); attention to internal correspondence regarding upcoming initial disclosures and corresponding document production (0.5).

| 05/10/21 | A M Nicolais | 0.80 |
|---|---|---|

Communication in firm with K. McCarthy re Collegium's motion to dismiss (.3); review/analyze ████████ ██████ protocol (.4); communication in firm with P. Hendler re same (.1).

| 05/10/21 | K I Nix | 1.40 |
|---|---|---|

E-mails with J. Normile regarding ████████████████ and Collegium's motion to dismiss; teleconference ██████████████████████ studied and revised ████████████ .

| 05/10/21 | J J Normile | 1.00 |
|---|---|---|

Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Kreppel, R. Inz, P. Hendler, K. McCarthy and A. Nicolais (.50); review of various correspondence regarding ████████████ ███████ (.50).

| 05/11/21 | J J Darensbourg | 0.60 |
|---|---|---|

Manage/order certified file history of US Patent Number 10,407,434.

| 05/11/21 | G J Larosa | 1.00 |
|---|---|---|

Communicate (in firm) regarding case status and strategy.

| 05/11/21 | K McCarthy | 1.00 |
|---|---|---|

Prepare for and participate in teleconference with J. Normile, C. Morrison, A. Nicolais, and P. Hendler regarding Purdue's response to Collegium's motion to dismiss (0.5); teleconferences and correspondence with P. Hendler and A. Nicolais regarding litigation testing issues (0.5).

| 05/11/21 | C M Morrison | 0.70 |
|---|---|---|

Confer internally regarding response to motion to dismiss (.4); confer with K. McCarthy regarding upcoming deadlines (.3).

| 05/11/21 | A M Nicolais | 1.90 |
|---|---|---|

Collegium internal team meeting re Collegium's motion to dismiss (.5); meeting with P. Hendler and K. McCarthy ████████████████████ (.3); meeting with K. McCarthy re ████████████████████ (.4); review/analyze Collegium's Twombly motion (.7).

**JONES DAY**

305158.610005                                                         Page: 6
                                                                  June 23, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice: 210900141


05/11/21            K I Nix                                 0.30
    Reviewed ███████████████████████

05/11/21            J J Normile                             0.80
    Preparation for and participation in teleconference with C. Morrison, P. Hendler, K. McCarthy and A.
    Nicolais regarding preparation of amended complaint.

05/12/21            J J Darensbourg                         0.60
    Manage shared database for attorneys of correspondence and pleading regarding Pro Hac Vice Motions of
    attorneys for Purdue and Collegium and organization of discovery documents for K Nix.

05/12/21            K McCarthy                              1.00
    Attention to internal case team correspondence regarding PHV motions and upcoming document productions
    (0.5); draft/revise amended 434 patent complaint and communicate with A. Nicolais regarding same (0.5).

05/12/21            A M Nicolais                            2.00
    Drafting amended '434 complaint.

05/12/21            K I Nix                                 2.30
    ████████████████████ (1.3); ████████████████████████████ (.5); completed
    ████████ (.5).))

05/13/21            J J Darensbourg                         3.50
    Manage shared database for attorneys of correspondence with experts (1.5); draft ██████████
    ████████ (1.5).  Draft Pro Hac
    Vice Admission papers for K Nix (.5)

05/13/21            K McCarthy                              1.50
    Coordinate preparation, finalizing, and filing of PHV motions (0.6); draft/revise Purdue's amended 434 patent
    complaint and communicate internally regarding same (0.9).

05/13/21            A M Nicolais                            3.70
    Drafting amended '434 complaint (1.6); drafting ███████████████████ and cover
    document (2.1).

05/13/21            K I Nix                                 0.40
    Work regarding pro hac vice motion and declaration and e-mails with K. McCarthy and J. Darensbourg
    regarding same.

05/13/21            J J Normile                             0.80
    Preparation for and participation in teleconference with B. Koch, K. McCarthy and P. Hendler regarding
    ████████████████

05/14/21            J J Darensbourg                         0.30
    Manage/prepare '434 prosecution history for production to Defendants.

# JONES DAY

305158.610005

Page: 7

June 23, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 210900141

| | | | |
|---|---|---|---|
| 05/14/21 | A M Nicolais | | 2.50 |

Meeting with P. Hendler and K. McCarthy re draft amended complaint (.5); edits/revisions re same (.8); edits/revisions to ███████████████████ (1.2).

| 05/14/21 | K I Nix | | 0.60 |

Worked on ███████████████

| 05/16/21 | J J Normile | | 2.00 |

Review and revise draft amended 434 complaint and review of various background materials regarding same.

| 05/17/21 | J J Darensbourg | | 0.60 |

Manage cited statutes and rules from Collegium's Reply in Support of Their Motion to Dismiss for attorney review.

| 05/17/21 | C M Morrison | | 0.50 |

Review and revise draft motion to seal and accompanying communication; confer with A. Nicolais and K. McCarthy regarding procedure for sealing third party information.

| 05/17/21 | A M Nicolais | | 4.00 |

Drafting Rule 26 initial disclosures for '434 patent (2.0); edits/revisions to first amended complaint (.4); reviewing Collegium Protective Order and drafting relevant provisions to C. Morrison re amended complaint (.4); drafting motion to file amended complaint under seal and drafting communication with opposing counsel re same (.9); communication in firm re all (.3).

| 05/17/21 | J J Normile | | 1.60 |

Review and revise amended 434 complaint and related correspondence and teleconferences regarding same (.80); preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, R. Kreppel, P. Hendler and A. Nicolais (.80).

| 05/18/21 | J J Darensbourg | | 1.60 |

Manage/prepare certified file history and patent for production to Defendant.

| 05/18/21 | G J Larosa | | 1.00 |

Review/analyze discovery materials and conferred in firm regarding same.

| 05/18/21 | C M Morrison | | 0.20 |

Phone call with P. Hendler regarding motion to dismiss.

| 05/18/21 | A M Nicolais | | 4.70 |

████████████████████████ (.3); edits/revisions to 434 patent Rule 26 initial disclosures (1.2); edits/revisions to draft first amended complaint (.8); Edits/revisions to motion to seal amended complaint and communication with opposing counsel re same (.4); edits/revisions to ███████████ ████████████████ (1.5); correspondence in firm re all (.5).

| 05/18/21 | K I Nix | | 1.10 |

Reviewed motion for leave to file amended complaint under seal (.6); work regarding ██████████ and discovery (.5).

# JONES DAY

305158.610005                                                                  Page: 8
                                                                          June 23, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice: 210900141

| 05/18/21 | J J Normile | 2.80 |

(.80); review of draft initial disclosures for the 434 patent including various correspondence and teleconferences with A. Nicolais and P. Hendler (1.5); review of various correspondence to Collegium regarding amended complaint (.50).

| 05/19/21 | J J Darensbourg | 2.90 |

Manage/prepare certified file history and patent for production to Defendant (1.9).  Review/cite check ███████████████ (1.0).

| 05/19/21 | K Horn | 1.20 |

Cite check First Amended Complaint per A. Nicolais.

| 05/19/21 | C M Morrison | 0.50 |

Draft/revise notice regarding amended complaint and confer with P. Hendler regarding same.

| 05/19/21 | A M Nicolais | 1.10 |

Edits/revisions to ████████████ (.6); communication in firm re ██████████ (.2); review/analyze draft production and cover letter (.3);

| 05/19/21 | K I Nix | 1.10 |

Revised draft ██████████████ and email to J. Normile regarding same (.7); work regarding ██████████ (.4).

| 05/19/21 | J J Normile | 1.50 |

Review and revise Rule 26 initial disclosures relating to the 434 patent and attention to preparation of ██████

| 05/20/21 | K Horn | 2.50 |

Cite check Amended Complaint and ██████████████ per A. Nicolais.

| 05/20/21 | A M Nicolais | 5.20 |

Edits/revisions to initial disclosures (.6); review/analyze/edit ██████████ and amended complaint (2.0); cite check re same (1.0); drafting redactions re same (.5); meeting with P. Hendler re same (.4); meeting with B. Koch re same (.4); communication in firm re document productions (.3).

| 05/20/21 | K I Nix | 1.40 |

E-mails to B. Koch and R. Kreppel ██████ (.6); studied comments and proposed revisions from B. Koch and R. Kreppel, and work regarding same (.8).

| 05/20/21 | J J Normile | 3.00 |

██████████████ (1.0); review and revise notice of mootness and review various comments from B. Koch, R. Kreppel and R. Inz (1.0); review various correspondence regarding ██████ (.50); review of correspondence from ██████████ (.50).

| 05/21/21 | J J Darensbourg | 0.60 |

Manage/serve document production on opposing counsel.

# JONES DAY

305158.610005                                                                                    Page: 9
                                                                                          June 23, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                          Invoice: 210900141

05/21/21          C M Morrison                                              0.60
    Confer with clerk regarding motion for leave to file under seal (.2); review and file amended complaint (.4).

05/21/21          A M Nicolais                                              1.60
    Final edits/revisions to amended complaint, ████████████████████ (.9);
    communication in firm re same (.3); preparing filings/service re same (.4).

05/21/21          K I Nix                                                   1.80
    Studied amended complaint in response to motion to dismiss (.6); revised ██████████ in
    light of client comments and ██████████████ (.2); revised ██████
    ██████ in light of client comments and ████████ (1.0).

05/21/21          J J Normile                                               2.50
    Attention to finalizing amended complaint, ████████████████████ and motion
    to seal (1.5); review of various correspondence relating to ██████ (.50); review of various
    correspondence regarding ██████████ (.50).

05/22/21          K I Nix                                                   0.80
    Studied Purdue's initial disclosures and ████████████████████ (.3); reviewed
    ██████████ (.5).

05/24/21          J J Darensbourg                                           0.20
    Manage shared database for attorneys of Plaintiffs' Motion for Leave to File Under Seal Their First Amended
    Complaint and Purdue's Redacted First Amended Complaint.

05/24/21          G J Larosa                                                2.00
    Communicate (in firm) regarding case status and strategy and reviewed related materials.

05/24/21          K I Nix                                                   0.80
    Work regarding ████████████████ including e-mails with B.
    Koch, R. Kreppel and ████████ (.4); work regarding ██████ (.4).

05/24/21          J J Normile                                               1.10
    Review of correspondence relating to ██████████ (.30); review of various correspondence
    and background materials regarding ██████████ (.80).

05/25/21          J J Darensbourg                                           0.40
    Manage/prepare Pro Hac Vice Admission forms for G LaRosa.

05/25/21          K I Nix                                                   0.50
    ████████████████████

05/25/21          J J Normile                                               1.50
    Preparation for and participation in weekly team teleconference with B. Koch, R. Inz, P. Hendler and A.
    Nicolais (.50); review of various correspondence relating to ████████████████
    ██████████ (1.0).

# JONES DAY

305158.610005

Page: 10
June 23, 2021
Invoice: 210900141

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| 05/26/21 | J J Darensbourg | 0.80 |
|---|---|---|

Manage shared database for attorneys of correspondence and pleadings regarding Disclosure of Prof. Michael Crimmins Pursuant to Protective Order, Preliminary Contentions, Scheduling Orders, and Amended Complaint.

| 05/26/21 | K I Nix | 0.60 |
|---|---|---|

Attention to ███████████████████████████████████████ including e-mails with B. Koch, R. Kreppel and J. Normile regarding same (.4); ██████████████████████████████████████ (.2).

| 05/26/21 | J J Normile | 1.50 |
|---|---|---|

Review of various correspondence relating to ████████████████ and review of various materials regarding miscellaneous discovery matters.

| 05/27/21 | J J Darensbourg | 0.40 |
|---|---|---|

Prepare certified file history for '434 patent for production to Defendant.

| 05/27/21 | K I Nix | 1.00 |
|---|---|---|

Work regarding █████████████████████████████████████ ██████ .

| 05/27/21 | J J Normile | 0.80 |
|---|---|---|

Attention to ████████████████████████████

| 05/28/21 | K I Nix | 1.70 |
|---|---|---|

████████████████████████████████████████████████

| 05/28/21 | J J Normile | 1.00 |
|---|---|---|

Attention to various outstanding discovery issues and preparation of third-party discovery.

**TOTAL**                                        **129.40**

# JONES DAY

305158.610005                                                              Page: 11
                                                                     June 23, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals           Invoice: 210900141


Disbursement Detail


| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **DOCUMENT REPRODUCTION CHARGES** | | | | |
| 05/13/21 | NYC Accounting | NYC | 40.80 | |
| | Duplication charges through 05/13/2021 - 408 b&w copies @ $0.10 each | | | |
| **Document Reproduction Charges Subtotal** | | | | **40.80** |
| **FILING FEES AND RELATED** | | | | |
| 05/13/21 | C M Morrison | BOS | 200.00 | |
| | Filing fees and related Pro Hac Vice admission fees for K. McCarthy and A. Nicolais 11-May-2021 | | | |
| **Filing Fees and Related Subtotal** | | | | **200.00** |
| | | | | |
| **Total Disbursements and Charges** | | **USD** | | **240.80** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 23, 2021                                                                      305158.610013
                                                                      Invoice: 210900143

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through May 31, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 0.00 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Consultants and Agents Fees | 1,500.00 | |
| | USD | 1,500.00 |
| **TOTAL** | **USD** | **1,500.00** |

Please remit payment to:

**ACH Transfer (preferred)**            **Wire Transfer**
Citibank, N.A.                                    Citibank, N.A.
New York, NY                                     New York, NY
Account Name:  Jones Day                 Account Name:  Jones Day
Account No:  37026407                       Account No:  37026407
ABA No:  021000089                           ABA No:  021000089
                                                             Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610013/210900143 WITH YOUR PAYMENT

19-23649-rdd    Doc 3074    Filed 06/28/21    Entered 06/28/21 17:33:13    Main Document
Pg 23 of 37

# JONES DAY

305158.610013                                              Page: 2
                                                          June 23, 2021
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.         Invoice: 210900143


Disbursement Detail


| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 05/10/21 | NYC Accounting | NYC | 1,500.00 | |
| | Consultants fees - PACE ANALYTICAL SERVICES, LLC for professional services rendered - April 2021. | | | |
| **Consultants and Agents Fees Subtotal** | | | | **1,500.00** |
| **Total Disbursements and Charges** | | | **USD** | **1,500.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 23, 2021                                                              305158.610028
                                                                   Invoice: 210900158

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through May 31, 2021:

| | | |
|---|---|---:|
| Accord Healthcare Inc. | USD | 42,141.00 |
| Less 13% Discount | | (5,478.33) |
| Total Billed Fees | USD | 36,662.67 |

### Disbursement & Charges Summary

| | | |
|---|---|---:|
| Publication Expenses | 375.49 | |
| | USD | 375.49 |
| **TOTAL** | **USD** | **37,038.16** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610028/210900158 WITH YOUR PAYMENT

# JONES DAY

305158.610028                                                          Page: 2
                                                                   June 23, 2021
Accord Healthcare Inc.                                        Invoice: 210900158

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 1.00 | 1,125.00 | 1,125.00 |
| J J Normile | 16.80 | 1,250.00 | 21,000.00 |
| Of Counsel |  |  |  |
| K I Nix | 0.40 | 1,180.00 | 472.00 |
| Associate |  |  |  |
| K McCarthy | 12.10 | 715.00 | 8,651.50 |
| A M Nicolais | 10.00 | 655.00 | 6,550.00 |
| Paralegal |  |  |  |
| J J Darensbourg | 11.80 | 350.00 | 4,130.00 |
| Legal Support |  |  |  |
| K Horn | 0.50 | 425.00 | 212.50 |
| **TOTAL** | **52.60** | **USD** | **42,141.00** |

# JONES DAY

305158.610028                                                                    Page: 3
                                                                            June 23, 2021
Accord Healthcare Inc.                                              Invoice: 210900158


## Fee Detail

| *Date of Service* | *Timekeeper/Fee Earner Name* | *Hours* |
|---|---|---|
| 05/03/21 | J J Darensbourg | 2.70 |

Manage shared database for attorneys of correspondence and pleadings regarding document production files and draft and filed initial disclosures and identification of products and patents.

| 05/03/21 | K McCarthy | 2.00 |

Draft/revise proposed protective order and related discovery stipulation and communicate internally regarding same (1.6); attention to case administration tasks related to docketing, internal case calendar, and expert correspondence (0.4).

| 05/03/21 | J J Normile | 1.50 |

Review and revise discovery stipulation and protective order and review of various correspondence from P. Hendler and K. McCarthy regarding same.

| 05/04/21 | J J Darensbourg | 0.40 |

Manage shared database for attorneys of correspondence regarding extension of time to serve initial disclosures.

| 05/04/21 | K McCarthy | 3.10 |

Draft/revise proposed protective order and related discovery stipulation and communicate internally and with client regarding edits to same (2.3); prepare for and participate in teleconferences with J. Normile and P. Hendler regarding document drafts (0.8).

| 05/04/21 | J J Normile | 2.00 |

Review and revise draft discovery stipulation and protective order and various teleconferences and emails with P. Hendler and K. McCarthy regarding same (1.5); review of background materials from prior cases regarding discovery stipulation and review of R. Inz comments to same (.50).

| 05/05/21 | J J Darensbourg | 0.30 |

Manage shared database for attorneys of correspondence regarding setting up new Relativity database and Draft Protective Order and Discovery Stipulation.

| 05/05/21 | K McCarthy | 1.50 |

Draft/revise proposed protective order and related discovery stipulation (0.5); prepare for and participate in teleconference with B. Koch regarding edits to same (0.8); serve drafts on opposing counsel (0.2).

| 05/05/21 | J J Normile | 1.30 |

Preparation for and participation in teleconference with B. Koch, P. Hendler and K. McCarthy regarding discovery stipulation and draft protective order and review and revise same.

| 05/07/21 | K McCarthy | 1.00 |

Draft/revise ████████████████ and communicate with A. Nicolais regarding same (0.6); attention to miscellaneous internal and opposing counsel correspondence regarding draft protective order and related discovery stipulation (0.4).

| 05/07/21 | J J Normile | 0.80 |

Review of various correspondence regarding draft discovery stipulation and draft protective order.

# JONES DAY

305158.610028                                                                    Page: 4
                                                                          June 23, 2021
Accord Healthcare Inc.                                              Invoice: 210900158


05/10/21            G J Larosa                                           1.00
    Communicate (in firm) regarding strategy and reviewed related materials.

05/10/21            K McCarthy                                           2.00
    Prepare for and participate in teleconferences with opposing counsel regarding draft protective order and one-
    week deadline extension, and communicate internally and with local counsel regarding same (1.3); draft/revise
    protective order and related discovery stipulation in accordance with same (0.7).

05/10/21            J J Normile                                          1.00
    Review of correspondence from K. McCarthy regarding stipulation with Accord relating to draft protective
    order and discovery stipulation including extension of time to file same.

05/11/21            J J Darensbourg                                      0.40
    Manage shared database for attorneys of correspondence and pleadings regarding Draft Protective Order and
    Discovery Stipulation and prior discovery stipulations in related cases.

05/12/21            K McCarthy                                           1.50
    Communicate internally regarding upcoming document productions and other case deadlines, and coordinate
    related preparations with paralegal team (0.5); attention to client and vendor correspondence regarding patent
    file histories (0.5); attention to internal, co-counsel, and opposing counsel correspondence regarding updated
    draft of proposed protective order and related discovery stipulation (0.5).

05/12/21            K I Nix                                              0.40
    Studied Purdue's initial disclosures and identification of asserted patents and accused products, and Accord's
    initial disclosures.

05/12/21            J J Normile                                          0.50
    Review of various correspondence from K. McCarthy and P. Hendler regarding status of draft protective
    order and discovery stipulation.

05/13/21            J J Darensbourg                                      0.40
    Manage shared database for attorneys of correspondence regarding draft protective order and discovery
    stipulation, production deadline and certified patents and file histories.

05/13/21            J J Normile                                          0.80
    Review of correspondence relating to Accord's 5/7/21 submission and related issues concerning draft
    protective order and discovery stipulation.

05/14/21            J J Darensbourg                                      0.30
    Manage/prepare certified patents-in-suit for production to Defendants.

05/14/21            K McCarthy                                           1.00
    Draft/revise proposed protective order and related discovery stipulation, and attention to internal, client, and
    opposing counsel correspondence regarding same (1.0).

05/14/21            J J Normile                                          0.80
    Review of various correspondence from K. McCarthy and R. Smith regarding draft protective order and
    discovery stipulation and related email from A. Barkoff regarding same.

# JONES DAY

305158.610028                                                                    Page: 5
                                                                            June 23, 2021
Accord Healthcare Inc.                                                Invoice: 210900158

| | | |
|---|---|---|
| 05/17/21 | J J Darensbourg | 0.60 |

Manage/prepare certified file patents-in-suit for production to Defendants.  Manage shared database for attorneys of correspondence regarding prior discovery stipulations and proposed protective order.

| | | |
|---|---|---|
| 05/17/21 | A M Nicolais | 0.80 |

Edits/revisions to proposed discovery stipulation and protective order (.4); communication in firm and with opposing counsel re same (.4).

| | | |
|---|---|---|
| 05/17/21 | J J Normile | 0.80 |

Attention to finalizing draft protective order and discovery stipulation and review of correspondence regarding same.

| | | |
|---|---|---|
| 05/18/21 | J J Darensbourg | 0.20 |

Manage shared database for attorneys of (Proposed) Stipulated Protective Order and Stipulation and (Proposed) Order Regarding Discovery.

| | | |
|---|---|---|
| 05/18/21 | K Horn | 0.50 |

Review certified patents for production.

| | | |
|---|---|---|
| 05/18/21 | J J Normile | 1.00 |

Preparation for and participation in teleconference ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ and related teleconferences and correspondence with B. Koch, P. Hendler and A. Nicolais.

| | | |
|---|---|---|
| 05/19/21 | J J Darensbourg | 0.70 |

Manage/prepare certified patents-in-suit for production to Defendant.

| | | |
|---|---|---|
| 05/19/21 | J J Normile | 0.80 |

Review of correspondence from A. Barkoff regarding Accord production of FDA documents and attention to review of Accord supplemental production.

| | | |
|---|---|---|
| 05/20/21 | J J Darensbourg | 2.40 |

Manage Accord document production and prepare certified patents-in-suit document production for attorney review.

| | | |
|---|---|---|
| 05/20/21 | A M Nicolais | 0.40 |

Review/analyze Accord subsequent document production (.4).

| | | |
|---|---|---|
| 05/21/21 | J J Darensbourg | 0.60 |

Manage/serve document production on opposing counsel.

| | | |
|---|---|---|
| 05/26/21 | J J Darensbourg | 0.70 |

Manage shared database for attorneys of correspondence and pleadings regarding document productions, Stipulated Protective Order, and Stipulation and Order Regarding Discovery.

| | | |
|---|---|---|
| 05/26/21 | J J Normile | 1.00 |

Review of various materials in preparation for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and review of related correspondence.

# JONES DAY

305158.610028                                                                    Page: 6
                                                                        June 23, 2021
Accord Healthcare Inc.                                               Invoice: 210900158

| | | | |
|---|---|---|---|
| 05/27/21 | J J Darensbourg | | 2.10 |

Prepare certified file histories for patents-in-suit for production to Defendant.

05/27/21        A M Nicolais                                                  6.50
  Drafting ███████████████████████████████████████████████████████
  ██████████████ (5.5); reviewing Accord's ANDA re evidence for same (1.0).

05/28/21        A M Nicolais                                                  1.30
  Drafting ████████████████████████ (1.1); communication in firm with K. McCarthy re same (.2).

05/28/21        J J Normile                                                   1.50
  Attention to ███████████████████████

05/29/21        J J Normile                                                   1.00
  Continued review of background materials relating to ███████████████ and related correspondence
  from A. Nicolais and P. Hendler.

05/30/21        A M Nicolais                                                  1.00
  Edits/revisions to ████████████████████

05/30/21        J J Normile                                                   1.00
  Continued review of background materials relating to ███████████████ and related correspondence
  from A. Nicolais and P. Hendler.

05/31/21        J J Normile                                                   1.00
  Continued review of additional ███████████████ and review of correspondence from A. Nicolais
  and P. Hendler.

                                                                    _____

        **TOTAL**                                                        52.60

**JONES DAY**

305158.610028                                                    Page: 7
                                                              June 23, 2021
Accord Healthcare Inc.                                    Invoice: 210900158


Disbursement Detail


| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **PUBLICATION EXPENSES** | | | | |
| 05/25/21 | C R Fellbaum | PAL | 375.49 | |
| | Publication expenses - MICROPATENT LLC  - Certified Patent File Histories  (Invoice #1128120 dated 05/11/21) | | | |
| **Publication Expenses Subtotal** | | | | **375.49** |
| **Total Disbursements and Charges** | | | **USD** | **375.49** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 23, 2021                                                            305158.640002
                                                                Invoice: 210900159

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through May 31, 2021:

| | | |
|---|---|---:|
| Strategic Corporate Advice | USD | 6,034.00 |
| Less 13% Discount | | (784.42) |
| Total Billed Fees | USD | 5,249.58 |
| **TOTAL** | **USD** | **5,249.58** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 640002/210900159 WITH YOUR PAYMENT

# JONES DAY

305158.640002

Page: 2
June 23, 2021
Invoice: 210900159

Strategic Corporate Advice

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Associate |  |  |  |
| K McCarthy | 4.50 | 715.00 | 3,217.50 |
| A M Nicolais | 4.30 | 655.00 | 2,816.50 |
| **TOTAL** | **8.80** | **USD** | **6,034.00** |

19-23649-rdd    Doc 3074    Filed 06/28/21    Entered 06/28/21 17:33:13    Main Document
Pg 33 of 37

# JONES DAY

305158.640002                                                      Page: 3
                                                              June 23, 2021

Strategic Corporate Advice                              Invoice: 210900159


### Fee Detail

| *Date of Service* | *Timekeeper/Fee Earner Name* | *Hours* |
|---|---|---|
| 05/03/21 | A M Nicolais | 1.70 |

Drafting weekly Purdue updates (.5); weekly Purdue meeting (.7); reviewing docketing deadlines re Accord deadlines (.5).

| 05/05/21 | K McCarthy | 1.00 |

Draft/revise Purdue litigation budget estimates (1.0).

| 05/06/21 | K McCarthy | 3.50 |

Draft/revise Purdue litigation budgets (2.9) and communicate with J. Normile regarding same (0.6).

| 05/10/21 | A M Nicolais | 0.90 |

Drafting weekly Purdue updates (.4); weekly Purdue meeting (.5).

| 05/17/21 | A M Nicolais | 1.10 |

Weekly Purdue team meeting (.5); plan/prepare weekly updates re same (.6).

| 05/25/21 | A M Nicolais | 0.60 |

Drafting weekly updates (.3); weekly Purdue meeting (.3).

|  |  | _____ |
| | **TOTAL** | **8.80** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

June 23, 2021                                                      305158.999007
                                                                      Invoice: 210900162

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through May 31, 2021:

| | | |
|---|---|---:|
| Retention Matters | USD | 8,352.50 |
| Less 13% Discount | | (1,085.83) |
| Total Billed Fees | USD | 7,266.67 |

### Disbursement & Charges Summary

| | | |
|---|---|---:|
| Postage Charges | 2.40 | |
| | USD | 2.40 |
| **TOTAL** | **USD** | **7,269.07** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 999007/210900162 WITH YOUR PAYMENT

# JONES DAY

305158.999007                                                                Page: 2
                                                                         June 23, 2021

Retention Matters                                                    Invoice: 210900162


### Timekeeper/Fee Earner Summary

|                | *Hours* | *Rate*   | *Amount* |
|----------------|--------:|---------:|---------:|
| Partner        |         |          |          |
| J J Normile    | 1.50    | 1,250.00 | 1,875.00 |
| Associate      |         |          |          |
| C Buck         | 7.20    | 575.00   | 4,140.00 |
| A Kordas       | 2.30    | 800.00   | 1,840.00 |
| Paralegal      |         |          |          |
| M T Barrios    | 0.30    | 325.00   | 97.50    |
| M M Melvin     | 1.00    | 400.00   | 400.00   |
| **TOTAL**      | **12.30** | **USD** | **8,352.50** |

# JONES DAY

305158.999007                                                              Page: 3

June 23, 2021

Retention Matters                                                   Invoice: 210900162

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 05/02/21 | C Buck | 0.90 |
| | Revise March invoices to comply with UST guidelines. | |
| 05/05/21 | C Buck | 1.40 |
| | Update worksheet for seventeenth monthly fee application. | |
| 05/06/21 | C Buck | 2.00 |
| | Draft Seventeenth Monthly Fee statement and exhibits in support. | |
| 05/06/21 | A Kordas | 0.80 |
| | Draft/revise monthly fee statement; correspond with C. Buck regarding same. | |
| 05/07/21 | A Kordas | 1.50 |
| | Draft/revise fee application and corresponding worksheet (1.3); coordinate filing and service of same (.2). | |
| 05/10/21 | C Buck | 0.70 |
| | Finalize Seventeenth Monthly Fee Statement for filing. | |
| 05/10/21 | M M Melvin | 0.50 |
| | Assemble exhibits with the main document (0.10); review and e-file Jones Day's 17th monthly fee statement (0.20); serve the same by e-mail (0.20). | |
| 05/18/21 | J J Normile | 1.00 |
| | Attention to preparation of bills. | |
| 05/20/21 | C Buck | 0.90 |
| | Revise April invoices for compliance with UST guidelines. | |
| 05/20/21 | C Buck | 0.30 |
| | Review Pro Hac Application. | |
| 05/20/21 | M M Melvin | 0.50 |
| | Draft a Pro Hac Vice application and proposed order for C. Buck (0.30); e-file the same and pay the filing fee (0.20). | |
| 05/20/21 | J J Normile | 0.50 |
| | Attention to review and revision of March and April bills. | |
| 05/25/21 | M T Barrios | 0.30 |
| | Coordinate filing and service of April Fee Statement. | |
| 05/25/21 | C Buck | 1.00 |
| | Finalize fee statement for filing. | |

**TOTAL**                                                                  **12.30**

# JONES DAY

305158.999007

Page: 4

June 23, 2021

Retention Matters

Invoice: 210900162

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **POSTAGE CHARGES** | | | | |
| 05/31/21 | NYC Accounting | NYC | 2.40 | |
| | Postage charges- May 2021 | | | |
| **Postage Charges Subtotal** | | | | **2.40** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **2.40** |