UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., et al.,[1] | Case No. 19-23649 (RDD) |
| Debtors. | Jointly Administered |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Christopher T. Graver, to be admitted, ***pro hac vice***, to represent the creditors listed below in the above referenced bankruptcy cases, and upon the movant's certification that the movant is a member of good standing of the bar of the state of Arizona, and the bars of the United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Tenth Circuit, and the Supreme Court of the United States, it is hereby

**ORDERED**, that Christopher T. Graver, is admitted to practice, *pro hac vice*, in the above referenced bankruptcy cases to represent the below list of creditors, in the United States Bankruptcy Court for the South District of New York, provided that the filing fee has been paid.

| | |
|---|---|
| Ada County, ID | Arizona School Alliance for Workers' Compensation |
| Adams County, CO | Aurora, CO |
| Anacortes, WA | Black Hawk, CO |
| Arapahoe County, CO | Boulder County, CO |
| Arizona Counties Insurance Pool | Brighton, CO |
| Arizona Municipal Risk Retention Pool | Burlington, WA |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

| | |
|---|---|
| Chelan County, WA | Northglenn, CO |
| City and County of Broomfield, CO | Northwest Arizona Employee Benefit Trust |
| City and County of Denver, CO | Olympia, WA |
| Clallam County, WA | Pierce County, WA |
| Clark County, WA | San Juan County, WA |
| Cochise County, AZ | Santa Barbara County, CA |
| Commerce City, CO | Sedro-Woolley School District |
| Eureka, CA | Sedro-Woolley, WA |
| Federal Heights, CO | Sheridan, CO |
| Franklin County, WA | Skagit County, WA |
| Fremont County, CO | Spokane County, WA |
| Humboldt County, CA | Saint Regis Mohawk Tribe, NY |
| Island County, WA | Tacoma, WA |
| Jefferson County, CO | Teller County, CO |
| Jefferson County, WA | Thornton, CO |
| Kent, WA | Thurston County, WA |
| King County, WA | Town of Hudson, CO |
| Kingman, AZ | Tri-County Health Department |
| Kitsap County, WA | Tulalip Tribes, WA |
| Kittitas County, WA | Walla Walla County, WA |
| La Conner School District | Westminster, CO |
| Lakewood, WA | Whatcom County, WA |
| Larimer County, CO | Whitman County, WA |
| Lummi Nation (WA) | Yuma County, AZ |
| Makah Tribe (WA) | Bainbridge, WA |
| Maricopa County, AZ | Lincoln County, WA |
| Missoula County, MT | Mesa County, CO |
| Mohave County, AZ | Greeley, CO |
| Mount Vernon School District | Vancouver, WA |
| Mount Vernon, WA | Spokane, WA |
| Navajo County, AZ | Hopi Tribe |
| Nez Perce Tribe, ID | Kirkland, WA |

DATED: _____  /s/_____
White Plains, New York             HON. ROBERT D. DRAIN
                                   UNITED STATES BANKRUPTCY JUDGE