Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

--------------------------------------------------------- x

**EIGHTEENTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC
COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF
MARCH 1, 2021 THROUGH AND INCLUDING MARCH 31, 2021**

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Period for Which Compensation is Sought: | March 1, 2021 – March 31, 2021 |
|---|---|
| Total Amount of Fees Incurred: | $148,287.50 |
| Total Fees Requested (80%): | $118,630.00 |
| Total Reimbursement of Expenses Incurred: | $870.21 |
| Total Reimbursement of Expenses Requested (100%): | $870.21 |
| Total compensation and Reimbursement Requested in this Statement: | $119,500.21 |
| This is Applicant's: | Eighteenth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Eighteenth Monthly Fee Statement (the "Fee Statement") for the period of March 1, 2021 – March 31, 2021 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $148,287.50 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $118,630.00.

2

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,190.96[2]. The Blended hourly rate of all paraprofessionals is $325.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Annexed hereto as **Exhibit D** is a chart of necessary and out-of-pocket expenses incurred by the Applicant in the amount of $870.21 in connection with providing professional services during the Statement Period. A copy of the computer-generated list of expenses is attached hereto as **Exhibit E**.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors.

### Notice

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $118,630.00, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in

---

[2]      The blended hourly billing rate of $1,190.96 is derived by dividing the total fees for attorneys of $144,582.50  by the total hours of 121.4.

[3]      The Blended hourly billing rate of $325.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $3,705.00 by the total hours of 11.4.

connection with such services during the Statement Period (*i.e.*, $148,287.50) and (ii) payment of

$870.21 for the actual, necessary expenses that Applicant incurred in connection with such

services during the Statement Period.

Dated: July 15, 2021
      New York, New York

OTTERBOURG P.C.

By:    */s/ Melanie L. Cyganowski*
        Melanie L. Cyganowski, Esq.
        Jennifer S. Feeney, Esq.
        230 Park Avenue
        New York, New York 10169
        Telephone:    (212) 661-9100
        Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

## **EXHIBIT A**

**Fees By Project Category**

6610375.1

**SUMMARY OF COMPENSATION BY PROJECT CODE**
**FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU01 | Asset Analysis and Recovery | 1.0 | $1,400.00 |
| PU04 | Case Administration | .3 | $420.00 |
| PU06 | Employment and Fee Applications | 21.8 | $11,784.00 |
| PU08 | Litigation: Contested Matters, Adversary | 4.3 | $4,151.50 |
| PU09 | Meetings and Communications w/ AHC | 14.9 | $17,427.50 |
| PU11 | Plan & Disclosure Statement | 90.5 | $113,104.50 |
| | **TOTALS:** | **132.8** | **$148,287.50** |

## **EXHIBIT B**

**Professional and Paraprofessional Fees**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1400.00 | 77.9 | $109,060.00 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $895.00 | 28.0 | $25,060.00 |
| Robert C. Yan ("RCY") Associate | 2002 | $675.00 | 15.5 | $10,462.50 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $325.00 | 11.4 | $3,705.00 |
| | **TOTAL** | | **132.8** | **$148,287.50** |

# **EXHIBIT C**

## **Time Detail**

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

July 14, 2021
BILL NO. 217689

```
Client/Matter No.:    20186/0002
Matter Name:          CHAPTER 11
Billing Partner:      RL STEHL
```

For Services Rendered Through March 31, 2021:

---

Phase: PU01                                    ASSET ANALYSIS AND RECOVERY

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/17/21 MLC | Examine Documents Review of media motion to unseal certain Sackler documents and Sackler parties' response | 1.00 | 1,400.00 |
| TOTAL PHASE PU01 | | 1.00 | $1,400.00 |

---

Phase: PU04                                          CASE ADMINISTRATION

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/16/21 MLC | Correspondence Correspondence among Otterbourg team re filing of interim fee application | .30 | 420.00 |
| TOTAL PHASE PU04 | | .30 | $420.00 |

---

Phase: PU06                                  EMPLOYMENT & FEE APPLICATIONS

---

## OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                      July 14, 2021
Page 2                                                          BILL NO. 217689

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/01/21 RCY | Examine Documents<br>Examine time detail for October through December monthly statement preparation and fee application. | 1.20 | 810.00 |
| 03/01/21 JKH | Prepare Papers<br>Prepare fee application | .60 | 195.00 |
| 03/02/21 RCY | Examine Documents<br>Review time detail in preparation of October through December 2020 monthly statements. | 2.10 | 1,417.50 |
| 03/02/21 JKH | Prepare Papers<br>Prepare draft monthly statements | .60 | 195.00 |
| 03/04/21 RCY | Examine Documents<br>Provide comments on October through December monthly statements for finalization. | .80 | 540.00 |
| 03/04/21 JKH | Prepare Papers<br>Prepare monthly fee statements for Oct. Nov. and Dec. | 1.30 | 422.50 |
| 03/11/21 JKH | Prepare Chart(s)<br>Prepare exhibits for fee application | .60 | 195.00 |
| 03/12/21 MLC | Draft/revise<br>Final review of Otterbourg's fee application | 1.00 | 1,400.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                July 14, 2021
Page 3                                                    BILL NO. 217689

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/12/21 RCY | Examine Documents<br>Review and Finalize Fee Application and monthly statements for Filing | 2.30 | 1,552.50 |
| 03/12/21 JKH | Prepare Papers<br>Prepare interim fee application | 3.20 | 1,040.00 |
| 03/15/21 JKH | Prepare Papers<br>Revise monthly statements for Oct - Dec | .30 | 97.50 |
| 03/15/21 JKH | Prepare Legal Papers<br>Edit interim fee application | .30 | 97.50 |
| 03/16/21 JSF | Examine Documents<br>Review of Interim Fee Application | 1.20 | 1,074.00 |
| 03/16/21 RCY | Examine Documents<br>Confer with JKH re: revisions to fee application | 1.30 | 877.50 |
| 03/16/21 RCY | Examine Documents<br>Provide comments to fee application to finalize. | .70 | 472.50 |
| 03/16/21 JKH | Telephone Call(s)<br>Telephone call with RCY to discuss changes and edits to fee application | 1.30 | 422.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      July 14, 2021
Page 4                                                           BILL NO. 217689

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/16/21 JKH | Prepare Papers Edit fee application and finalize for filing | 2.30 | 747.50 |
| 03/17/21 JKH | Prepare Legal Papers Prepare monthly statements for filing | .20 | 65.00 |
| 03/17/21 JKH | Prepare Legal Papers Prepare fee application for filing | .30 | 97.50 |
| 03/24/21 JKH | Diary & Docket Review notice of hearing and calendar objection deadline re: fee application | .20 | 65.00 |
| TOTAL PHASE PU06 | | 21.80 | $11,784.00 |

Phase: PU08                              LITIGATION: CONTESTED MATTERS, ADVERSARY

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/13/21 MLC | Analysis of Memorandum Review of debtors' motion to extend time for preliminary injunction | .60 | 840.00 |
| 03/19/21 JSF | Examine Documents Review of NCSG Objection to Continuation of Preliminary Injunction Against Sacklers | .40 | 358.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      July 14, 2021
Page 5                                                           BILL NO. 217689

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/23/21 JSF | Examine Documents<br>Review of NCSG Objection to Extension of Injunction | .30 | 268.50 |
| 03/23/21 JSF | Examine Documents<br>Review of UCC Statement in Support of Continuation of Injunction | .20 | 179.00 |
| 03/23/21 JSF | Examine Documents<br>Review of AHC Statement in Support of Continuation of Injunction | .20 | 179.00 |
| 03/23/21 JSF | Examine Documents<br>Review of Debtors' Response to Objections to Motion for Continuation of Injunction | .40 | 358.00 |
| 03/24/21 JSF | Telephone Call(s)<br>Participate in Court Hearing re: Extension of Preliminary Injunction | 2.20 | 1,969.00 |
| TOTAL PHASE PU08 | | 4.30 | $4,151.50 |

Phase: PU09                          MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/03/21 MLC | Conference call(s)<br>Conference call weekly meeting with AHC | 1.70 | 2,380.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                         July 14, 2021
Page 6                                                              BILL NO. 217689

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/03/21 RCY | Telephone Call(s) Participate in weekly call with AHC. | 1.60 | 1,080.00 |
| 03/09/21 MLC | Conference call(s) Biweekly call with mediation subgroup re plan amendments | .60 | 840.00 |
| 03/10/21 JSF | Telephone Call(s) Participate in Weekly Update Call with AHC | 1.00 | 895.00 |
| 03/10/21 MLC | Conference call(s) Participated in weekly update call with AHC | 1.00 | 1,400.00 |
| 03/10/21 MLC | Correspondence Correspondence among AHC counsel in preparation for AHC meeting | .30 | 420.00 |
| 03/15/21 MLC | Conference call(s) Conference call with AHC re status of plan negotiations with various parties | 1.00 | 1,400.00 |
| 03/15/21 MLC | Conference call(s) Follow up conference call with AHC re continuing negotiations with various third parties | 1.00 | 1,400.00 |
| 03/17/21 JSF | Telephone Call(s) Participate in Weekly Update Call with Full AHC and Professionals | 1.30 | 1,163.50 |

### OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                    July 14, 2021
Page 7                                                         BILL NO. 217689

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/17/21 JSF | Examine Documents Prepare for AHC Call - Updates to Committe | .30 | 268.50 |
| 03/17/21 MLC | Prepare for Meeting Prepared for weekly meeting with AHC | .80 | 1,120.00 |
| 03/17/21 MLC | Conference call(s) Weekly meeting with AHC | 1.40 | 1,960.00 |
| 03/24/21 JSF | Telephone Call(s) Participate in Weekly AHC Call with Professionals and Committee | .90 | 805.50 |
| 03/31/21 JSF | Telephone Call(s) Participate in Weekly Meeting of AHC | 1.00 | 895.00 |
| 03/31/21 MLC | Conference call(s) Weekly conference call with AHC and counsel | 1.00 | 1,400.00 |
| TOTAL PHASE PU09 | | 14.90 | $17,427.50 |

Phase: PU11                                    PLAN & DISCLOSURE STATEMENT

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/01/21 MLC | Court Appearance - General Attended hearing on motion to extend exclusivity and injunction | .80 | 1,120.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      July 14, 2021
Page 8                                                           BILL NO. 217689

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/01/21<br>MLC | Analysis of Memorandum<br>Reviewed and analyzed memorandum re<br>post-emergence issues | 1.10 | 1,540.00 |
| 03/01/21<br>MLC | Correspondence<br>Correspondence with DOJ and UCC re<br>scheduling of meetings to coordinate plan<br>provision review | .30 | 420.00 |
| 03/01/21<br>MLC | Correspondence<br>Correspondence with certain AHC members re<br>selection process of board members | .40 | 560.00 |
| 03/01/21<br>RCY | Attendance at Hearing<br>Attend hearing on plan exclusivity. | .60 | 405.00 |
| 03/02/21<br>MLC | Conference call(s)<br>Meeting with States subgroup with KL re<br>open plan issues | 1.50 | 2,100.00 |
| 03/02/21<br>MLC | Analysis of Memorandum<br>Review of consultant indemnification<br>agreement | 1.20 | 1,680.00 |
| 03/02/21<br>MLC | Analysis of Memorandum<br>Review and analysis of revised drafts of<br>the Plan and the NewCo/TopCo Term Sheet<br>received from the Debtors | 2.10 | 2,940.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                        July 14, 2021
Page 9                                                             BILL NO. 217689

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/03/21 MLC | Conference call(s) conference call meeting to interview two search firms re: board positions | 2.00 | 2,800.00 |
| 03/04/21 MLC | Conference call(s) Conference call with States subgroup and KL concerning current plan provisions and next steps | 1.00 | 1,400.00 |
| 03/04/21 MLC | Correspondence Correspondence with States subgroup concerning telcon with Debtors' counsel re plan developments | .60 | 840.00 |
| 03/04/21 MLC | Analysis of Memorandum Review and analysis of revised term sheet provisions as modified by AHC/States | 3.10 | 4,340.00 |
| 03/05/21 MLC | Conference call(s) Conference call with AHC and Debtors and their counsel re open plan issues | 1.40 | 1,960.00 |
| 03/05/21 MLC | Analysis of Memorandum Review and analysis of mark up of plan term sheet | 1.60 | 2,240.00 |
| 03/05/21 MLC | Correspondence Correspondence between Peacock and Brown Rudnick re operations of various trusts | .70 | 980.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                    July 14, 2021
Page 10                                                        BILL NO. 217689

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/05/21 MLC | Correspondence<br>Correspondence with AHC subgroup re selection of firm to assist in recruiting and selecting board members | .40 | 560.00 |
| 03/06/21 MLC | Correspondence<br>Correspondence with States and Gilbert firm re preparation of statement re governance structure for NCSG | .90 | 1,260.00 |
| 03/06/21 MLC | Analysis of Memorandum<br>Review and analysis of updated term sheet | 2.20 | 3,080.00 |
| 03/06/21 MLC | Correspondence<br>correspondence among AHC counsel re latest turn of term sheet | .70 | 980.00 |
| 03/07/21 MLC | Analysis of Memorandum<br>Review of mark up of term sheet and related documents | 1.30 | 1,820.00 |
| 03/08/21 MLC | Analysis of Memorandum<br>Reviewed term sheet revised by debtors' counsel | 1.40 | 1,960.00 |
| 03/10/21 MLC | Analysis of Memorandum<br>Reviewed and analyzed plan amendments | 2.30 | 3,220.00 |
| 03/10/21 MLC | Analysis of Memorandum<br>Reviewed amendments to plan supplements | 1.70 | 2,380.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    July 14, 2021
Page 11                                                        BILL NO. 217689

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/10/21 MLC | Correspondence<br>Correspondence with DPW re exchange of certain drafts with other parties | .40 | 560.00 |
| 03/10/21 MLC | Correspondence<br>Correspondence among AHC subgroup to revise certain definition terms in amended TS | .60 | 840.00 |
| 03/10/21 RCY | Examine Documents<br>Examine comments to latest plan draft. | .90 | 607.50 |
| 03/11/21 MLC | Conference call(s)<br>Conference call with Debtors and AHC re remaining open issues re plan negotiations | 1.00 | 1,400.00 |
| 03/11/21 MLC | Analysis of Memorandum<br>Continued review of plan amendments | 3.30 | 4,620.00 |
| 03/11/21 MLC | Telephone Call(s)<br>Telcon with Ken Eckstein re status of certain outstanding issues | .70 | 980.00 |
| 03/11/21 RCY | Examine Documents<br>Examine latest comments to draft plan. | .20 | 135.00 |
| 03/12/21 MLC | Analysis of Memorandum<br>Reviewed and analyzed revisions to plan | 2.70 | 3,780.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:  20186/0002                                July 14, 2021
Page 12                                                  BILL NO. 217689

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/13/21<br>MLC | Conference call(s)<br>Conference call with AHC counsel re plan,<br>remaining open issues and next steps | 1.00 | 1,400.00 |
| 03/13/21<br>MLC | Correspondence<br>Correspondence among AHC subgroup re call<br>to discuss remaining open issues | .30 | 420.00 |
| 03/13/21<br>MLC | Correspondence<br>Correspondence among AHC subgroup re<br>indemnification open issues | .60 | 840.00 |
| 03/13/21<br>MLC | Analysis of Memorandum<br>Review of debtors' revisions to<br>Newco/Topco governance term sheet | 1.10 | 1,540.00 |
| 03/14/21<br>MLC | Analysis of Memorandum<br>Review of mark-up annotations by Kramer<br>Levin re UCC list of remaining open plan<br>issues | 1.10 | 1,540.00 |
| 03/14/21<br>MLC | Correspondence<br>Correspondence among AHC plan subgroup re<br>fee issues and other open MSGE issues | .60 | 840.00 |
| 03/15/21<br>JSF | Telephone Call(s)<br>Participate in Conference Call with<br>Professionals and Subgroup re: Status of<br>Plan Negotiations | 1.20 | 1,074.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          July 14, 2021
Page 13                                                              BILL NO. 217689

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/15/21<br>JSF | Examine Documents<br>Review of Updated Issues Lists and Status<br>of Open Items for Plan Filing | 2.50 | 2,237.50 |
| 03/15/21<br>MLC | Analysis of Memorandum<br>Review and analysis of memo comparing<br>debtors/AHC drafts of governance term<br>sheets for Topco/NewCo | 1.30 | 1,820.00 |
| 03/15/21<br>MLC | Correspondence<br>Correspondence from J Peacock and J Rice re<br>calls with Kesselman and Birnbaum re status<br>of negotiations re indemnification,<br>criminal releases and other open issues | .80 | 1,120.00 |
| 03/15/21<br>MLC | Correspondence<br>Follow up correspondence from Peacock re<br>calls with Kesselman and Birnbaum re<br>support for plan | .50 | 700.00 |
| 03/15/21<br>MLC | Correspondence<br>Correspondence among AHC counsel re need<br>for latest Plan drafts and blackline of<br>revisions | .60 | 840.00 |
| 03/15/21<br>MLC | Examine Documents<br>Reviewed draft of statement to press re<br>position re: plan | .30 | 420.00 |
| 03/15/21<br>MLC | Analysis of Memorandum<br>Review of revised term sheet as revised by<br>debtors | 1.10 | 1,540.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                          July 14, 2021
Page 14                                              BILL NO. 217689

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/15/21 MLC | Correspondence<br>Follow up correspondence with Kesselman re status of various decisions and debtors' press release | .40 | 560.00 |
| 03/15/21 MLC | Analysis of Memorandum<br>Memo by Brown Rudnick re tax implications of minimum Topco distributions | .60 | 840.00 |
| 03/15/21 MLC | Analysis of Memorandum<br>Review of MSGE joinder to term sheet | .30 | 420.00 |
| 03/15/21 MLC | Analysis of Memorandum<br>Review of follow up comparison of latest revisions to term sheet against prior draft | .80 | 1,120.00 |
| 03/15/21 MLC | Correspondence<br>Follow up correspondence re import of changes to draft term sheet | .40 | 560.00 |
| 03/15/21 MLC | Draft/revise<br>Revisions to draft of debtors' term sheet following conference call meeting with AHC plan subcommittee | .80 | 1,120.00 |
| 03/15/21 MLC | Correspondence<br>Follow up correspondence among AHC subcommittee and counsel re commentary on proposed revisions to plan term sheet | .50 | 700.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          July 14, 2021
Page 15                                                              BILL NO. 217689

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/15/21 MLC | Correspondence<br>Correspondence among AHC counsel and AHC plan subcommittee re follow up conferences with DPW re plan revisions | .40 | 560.00 |
| 03/15/21 RCY | Examine Documents<br>Examine draft of proposed plan and related documents in advance of filing. | 1.20 | 810.00 |
| 03/16/21 JSF | Examine Documents<br>Review of Filed Plan Materials and Unresolved Issues | 1.40 | 1,253.00 |
| 03/16/21 MLC | Examine Documents<br>Reviewed current draft of plan filed by debtors | 1.70 | 2,380.00 |
| 03/16/21 MLC | Examine Documents<br>Reviewed disclosure statement filed by debtors | 1.30 | 1,820.00 |
| 03/16/21 MLC | Correspondence<br>Correspondence among AHC counsel and AHC plan subcommittee re changes to debtors' plan and disclosure statement | .70 | 980.00 |
| 03/16/21 RCY | Examine Documents<br>Marked comparisons of filed plan with prior iteration circulated. | .60 | 405.00 |

# Otterbourg P.C.

230 Park Avenue

New York, NY  10169-0075

Client/Matter:   20186/0002
Page 16

July 14, 2021
BILL NO. 217689

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/16/21 JKH | Review/analyze<br>Review plan and related documents and calendar upcoming deadlines and hearings | .20 | 65.00 |
| 03/17/21 MLC | Correspondence<br>Correspondence among AHC counsel and AHC plan subcommittee re resolution of certain open issues | .60 | 840.00 |
| 03/22/21 JSF | Telephone Call(s)<br>Call with Eric Snyder (Counsel for AL) re: Plan Questions | .40 | 358.00 |
| 03/22/21 JSF | Examine Documents<br>Review of Plan and DS | 1.50 | 1,342.50 |
| 03/22/21 JSF | Examine Documents<br>Review of Pension Liability Issues re: Inquiry from Alabama Counsel | .30 | 268.50 |
| 03/22/21 RCY | Telephone Call(s)<br>Call with JSF and E. Snyder (Alabama) re: plan contents. | .30 | 202.50 |
| 03/22/21 RCY | Examine Documents<br>Examine disclosure statement re: pension plan treatment and memo to JSF for discussion with Alabama counsel. | 1.10 | 742.50 |

# OTTERBOURG P.C.
### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                         July 14, 2021
Page 17                                                             BILL NO. 217689

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/23/21<br>JSF | Telephone Call(s)<br>Call with Eric Snyder (Counsel to AL) re:<br>Plan Questions | .20 | 179.00 |
| 03/23/21<br>JSF | Examine Documents<br>Review of Proposed Release Provisions in<br>the Plan | 1.30 | 1,163.50 |
| 03/23/21<br>JSF | Examine Documents<br>Review of Comprehensive Open Issues List<br>and Plan and DS Schedule | 2.20 | 1,969.00 |
| 03/23/21<br>JSF | Examine Documents<br>Review of Mediators' Final Report | .30 | 268.50 |
| 03/23/21<br>JSF | Examine Documents<br>Review of Private Settlement Payout<br>Schedule and Payments from Sacklers | .20 | 179.00 |
| 03/23/21<br>RCY | Examine Documents<br>Examine updated issues list with respect to<br>plan. | .30 | 202.50 |
| 03/23/21<br>RCY | Examine Documents<br>Examine revised Sackler settlement<br>agreement. | .30 | 202.50 |
| 03/29/21<br>JSF | Examine Documents<br>Review of Plan Terms | 1.80 | 1,611.00 |

## OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                              July 14, 2021
Page 18                                                  BILL NO. 217689

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/29/21 JSF | Examine Documents<br>Review of Plan and Related Documents Open Issues | 1.20 | 1,074.00 |
| 03/29/21 MLC | Analysis of Memorandum<br>Reviewed draft of plan terms | 2.20 | 3,080.00 |
| 03/29/21 MLC | Examine Documents<br>Reviewed memorandum comparing revisions to plan terms | 1.20 | 1,680.00 |
| 03/30/21 JSF | Examine Documents<br>Review of Update on Status of Negotiatins with MSGE | .20 | 179.00 |
| 03/30/21 JSF | Examine Documents<br>Review of Filed Plan and Disclosure Statement | 1.70 | 1,521.50 |
| 03/30/21 JSF | Examine Documents<br>Review of Releases and Open Issues | .80 | 716.00 |
| 03/30/21 MLC | Correspondence<br>Reviewed correspondence providing update re negotiations re MSGE | .30 | 420.00 |
| 03/30/21 MLC | Examine Documents<br>Reviewed filed plan and DS | 2.30 | 3,220.00 |

## OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                  July 14, 2021
Page 19                                                      BILL NO. 217689

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/30/21<br>MLC | Analysis of Memorandum<br>Reviewed memo re releases and other<br>remaining open issues | 1.10 | 1,540.00 |
| 03/30/21<br>MLC | Correspondence<br>Review of correspondence among AHC counsel<br>re: plan status and ongoing negotiations | 2.30 | 3,220.00 |
| 03/31/21<br>JSF | Examine Documents<br>Review of Sackler Credit Support Proposals<br>and Open Issues re: Sackler Contribution | .60 | 537.00 |
| 03/31/21<br>JSF | Examine Documents<br>Review of Status of Open Issues on Plan and<br>Remaining Negotiations | .80 | 716.00 |
| 03/31/21<br>MLC | Examine Documents<br>Reviewed Sackler credit support proposals<br>and open issues with respect to Sackler<br>contribution | .90 | 1,260.00 |
| 03/31/21<br>MLC | Correspondence<br>Correspondence outlining remaining open<br>issues and remaining negotiations | .70 | 980.00 |

TOTAL PHASE PU11                                90.50          $113,104.50


                              TOTAL FOR SERVICES          $148,287.50

## <u>EXHIBIT D</u>

**Summary of Actual and Necessary Expenses**

## SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE STATEMENT PERIOD

| Expense Category | Total Expenses |
|---|---|
| Electronic Research | $870.21 |
| **TOTAL:** | **$870.21** |

**<u>EXHIBIT E</u>**

**Expense Detail**

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                  July 14, 2021
Page 20                                                     BILL NO. 217689


DISBURSEMENTS FOR YOUR ACCOUNT

      Electronic Research                                        870.21
                                                          _____
                                    TOTAL DISBURSEMENTS           870.21