Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

-------------------------------------------------------- x

**NINETEENTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC
COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF
APRIL 1, 2021 THROUGH AND INCLUDING APRIL 30, 2021**

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Period for Which Compensation is Sought: | April 1, 2021 – April 30, 2021 |
| Total Amount of Fees Incurred: | $170,295.00 |
| Total Fees Requested (80%): | $136,236.00 |
| Total Reimbursement of Expenses Incurred: | $17.00 |
| Total Reimbursement of Expenses Requested (100%): | $17.00 |
| Total compensation and Reimbursement Requested in this Statement: | $136,253.00 |
| This is Applicant's: | Nineteenth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Nineteenth Monthly Fee Statement (the "Fee Statement") for the period of April 1, 2021 – April 30, 2021 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1. Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $170,295.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $136,236.00.

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,243.22[2]. The Blended hourly rate of all paraprofessionals is $325.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Annexed hereto as **Exhibit D** is a chart of necessary and out-of-pocket expenses incurred by the Applicant in the amount of $17.00 in connection with providing professional services during the Statement Period. A copy of the computer-generated list of expenses is attached hereto as **Exhibit E**.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors.

## Notice

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $136,236.00 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in

---

[2]      The blended hourly billing rate of $1,243.22 is derived by dividing the total fees for attorneys of $170,197.50 by the total hours of 136.9.

[3]      The Blended hourly billing rate of $325.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $97.50 by the total hours of .3.

3

connection with such services during the Statement Period (*i.e.*, $170,295.00) and (ii) payment of

$17.00 for the actual, necessary expenses that Applicant incurred in connection with such

services during the Statement Period.

Dated: July 15, 2021
        New York, New York

                                        OTTERBOURG P.C.

                            By:    */s/ Melanie L. Cyganowski*
                                   Melanie L. Cyganowski, Esq.
                                   Jennifer S. Feeney, Esq.
                                   230 Park Avenue
                                   New York, New York 10169
                                   Telephone:    (212) 661-9100
                                   Facsimile:    (212) 682-6104

                                   Co-*Counsel to the Ad Hoc Committee of
                                   Governmental and Other Contingent
                                   Litigation Claimants*

## **EXHIBIT A**

### **Fees By Project Category**

6619596.1

**SUMMARY OF COMPENSATION BY PROJECT CODE
FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU04 | Case Administration | 7.5 | $7,975.00 |
| PU05 | Claims Analysis | 1.8 | $2,368.50 |
| PU06 | Employment and Fee Applications | .7 | $455.50 |
| PU08 | Litigation: Contested Matters, Adversary | 3.8 | $5,168.50 |
| PU09 | Meetings and Communications w/ AHC | 10.3 | $12,400.00 |
| PU11 | Plan & Disclosure Statement | 113.1 | $141,927.50 |
| | **TOTALS:** | **137.2** | **$170,295.00** |

1

## **EXHIBIT B**

**Professional and Paraprofessional Fees**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1400.00 | 94.4 | $132,160.00 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $895.00 | 42.5 | $38,037.50 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $325.00 | .3 | $97.50 |
| | **TOTAL** | | **137.2** | **$170,295.00** |

**<u>EXHIBIT C</u>**

**Time Detail**

6619596.1

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

July 14, 2021

Client/Matter No.:     20186/0002              BILL NO. 217694
Matter Name:           CHAPTER 11
Billing Partner:       RL STEHL

For Services Rendered Through April 30, 2021:

---

Phase: PU04                                    CASE ADMINISTRATION

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/06/21 JSF | Telephone Call(s) Participate/Listen to Omnibus Hearing on NAS Motion and Insurance Adversary | 2.00 | 1,790.00 |
| 04/21/21 JSF | Examine Documents Review of Case Updates and Recently Filed Motions for Hearing | 1.20 | 1,074.00 |
| 04/21/21 JSF | Examine Documents Participate Telephonically in Omnibus Court Hearing | 1.50 | 1,342.50 |
| 04/21/21 MLC | Court Appearance - General Attended omnibus hearing | 2.50 | 3,500.00 |
| 04/29/21 JSF | Examine Documents Review of UST Settlements with 3 Law Firms re: Disclosure Issues | .30 | 268.50 |

TOTAL PHASE PU04                               7.50        $7,975.00

---

Phase: PU05                                    CLAIMS ANALYSIS

## OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          July 14, 2021
Page 2                                                               BILL NO. 217694

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/15/21 MLC | Analysis of Memorandum<br>Review and analysis of Joint Objection of Distributors, Manufacturers and Pharmacies to Debtors' Motion re Omnibus Claims Objection Procedures | .90 | 1,260.00 |
| 04/30/21 JSF | Examine Documents<br>Review of States' Consolidated Proof of Claim re: State Request | .30 | 268.50 |
| 04/30/21 MLC | Correspondence<br>Correspondence with state group re medicaid breakdown in consolidated proof of claim | .30 | 420.00 |
| 04/30/21 MLC | Correspondence<br>Correspondence with Brattle re medicaid breakdown by states in consolidated proof of claim | .30 | 420.00 |
| TOTAL PHASE PU05 | | 1.80 | $2,368.50 |

| Phase: PU06 | | EMPLOYMENT & FEE APPLICATIONS | |
|---|---|---|---|
| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
| 04/21/21 JSF | Examine Documents<br>Review of Proposed Fee Order and Amounts | .40 | 358.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                July 14, 2021
Page 3                                                     BILL NO. 217694

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/21/21 JKH | Review/analyze Review proposed fee order | .30 | 97.50 |
| | | | |
| TOTAL PHASE PU06 | | .70 | $455.50 |

---

Phase: PU08                          LITIGATION: CONTESTED MATTERS, ADVERSARY

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/06/21 MLC | Court Appearance - General Pre-trial proceeding in Insurance Adversary | 2.20 | 3,080.00 |
| 04/06/21 MLC | Examine Documents Reviewed summary of proceedings re adversary proceeding hearing | .30 | 420.00 |
| 04/16/21 JSF | Examine Documents Review of NCSG Objection to Continuation of Preliminary Injunction | .30 | 268.50 |
| 04/30/21 MLC | Correspondence Correspondence from Gilbert firm summarizing upcoming arguments in insurance adversary proceeding | .40 | 560.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    July 14, 2021
Page 4                                                         BILL NO. 217694

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/30/21 MLC | Analysis of Memorandum Review of draft response by Gilbert firm re certain jurisdictional issues raised in adversary proceeding | .60 | 840.00 |
| | | | |
| TOTAL PHASE PU08 | | 3.80 | $5,168.50 |

Phase: PU09                             MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/07/21 JSF | Telephone Call(s) Participate in Weekly Meeting of AHC and Professionals | 1.50 | 1,342.50 |
| 04/07/21 MLC | Conference call(s) Attended weekly AHC meeting | 1.60 | 2,240.00 |
| 04/07/21 MLC | Prepare for Meeting Prepared for meeting with AHC by reviewing and revising agenda | .30 | 420.00 |
| 04/14/21 JSF | Telephone Call(s) Weekly Conference Call with Entire AHC and Professionals - Update on Matters | 1.30 | 1,163.50 |
| 04/14/21 MLC | Conference call(s) Weekly meeting with AHC and counsel | 1.40 | 1,960.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    July 14, 2021
Page 5                                                         BILL NO. 217694

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/15/21 MLC | Conference call(s) Conference call with State subgroup and AHC counsel re plan strategy and next steps | .70 | 980.00 |
| 04/17/21 MLC | Correspondence Correspondence with States subcommittee re request for preparation of certain documents for distribution to states | .30 | 420.00 |
| 04/29/21 JSF | Telephone Call(s) Participate in Weekly Call of AHC | 1.20 | 1,074.00 |
| 04/29/21 MLC | Conference call(s) Weekly meeting to review status of various pending open issues | 2.00 | 2,800.00 |
| TOTAL PHASE PU09 | | 10.30 | $12,400.00 |

| Phase: PU11 | | PLAN & DISCLOSURE STATEMENT | |
|---|---|---|---|
| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
| 04/01/21 JSF | Examine Documents Review of Motion of Debtors to Enter Into MSGE Term Sheet | .40 | 358.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                     July 14, 2021
Page 6                                                          BILL NO. 217694

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/01/21 MLC | Examine Documents<br>Review and analysis of debtors' motion to enter into MSGE term sheet including payment of attorney fees | .90 | 1,260.00 |
| 04/01/21 MLC | Correspondence<br>Correspondence with AHC counsel and state subgroup re need to modify IR terms for NewCo agreement | .60 | 840.00 |
| 04/01/21 MLC | Correspondence<br>Correspondence with NCSG re concerns with various provisions in draft plan and term sheet | .80 | 1,120.00 |
| 04/01/21 MLC | Examine Documents<br>Analyzed blackline of proposed changes and comments by NCSG to draft governance term sheet | 1.10 | 1,540.00 |
| 04/02/21 JSF | Examine Documents<br>Updated Abatement Term Sheet re: Allocation and Use of Abatement Funds | 1.10 | 984.50 |
| 04/02/21 JSF | Examine Documents<br>Review of Draft NOAT Trust Document in Connection with Plan | 1.30 | 1,163.50 |
| 04/02/21 JSF | Examine Documents<br>Review of Draft Plan of Reorganization and Possible Revisions | 1.80 | 1,611.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                    July 14, 2021
Page 7                                                         BILL NO. 217694

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/02/21 MLC | Analysis of Memorandum Review of revised abatement term sheet re allocation and use of abatement funds | 2.20 | 3,080.00 |
| 04/02/21 MLC | Analysis of Memorandum Reviewed draft plan of reorganization and proposed revisions | 2.20 | 3,080.00 |
| 04/02/21 MLC | Correspondence Correspondence with counsel for NCSG and MSGE re sharing of working drafts of various agreements | .70 | 980.00 |
| 04/04/21 MLC | Examine Documents Review of FTI/HL draft of value analysis of cash flow to NOAT | 1.10 | 1,540.00 |
| 04/05/21 JSF | Examine Documents Review of Illustrative Net Distributable Value Analysis Prepared by Financial Advisors | .40 | 358.00 |
| 04/05/21 JSF | Examine Documents Review of NCSG Mark-Up of Governance TS and Disclosure Statement | 1.60 | 1,432.00 |
| 04/05/21 MLC | Correspondence Correspondence among AHC counsel analyzing FTI/HL valuation analysis | .90 | 1,260.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          July 14, 2021
Page 8                                                           BILL NO. 217694

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/05/21<br>MLC | Analysis of Memorandum<br>Continued review of markup by NCSG of governance term sheet and disclosure statement | 2.10 | 2,940.00 |
| 04/06/21<br>JSF | Examine Documents<br>Review of Update on Proposed Distribution Timetable and Related Issues | .60 | 537.00 |
| 04/06/21<br>MLC | Examine Documents<br>Review of revised draft of distribution timetable | .70 | 980.00 |
| 04/06/21<br>MLC | Correspondence<br>Correspondence with FTI/HL and AHC counsel re continued analysis of valuation of cash flow to NOAT | 1.10 | 1,540.00 |
| 04/07/21<br>JSF | Examine Documents<br>Review of Draft of Amended Plan of Reorganization from Debtors | .80 | 716.00 |
| 04/07/21<br>JSF | Examine Documents<br>Review of Draft of Amended Governance Term Sheet from Debtors | .30 | 268.50 |
| 04/07/21<br>MLC | Examine Documents<br>Reviewed draft of amended governance term sheet provided by debtors | .60 | 840.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      July 14, 2021
Page 9                                                           BILL NO. 217694

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/07/21 MLC | Examine Documents<br>Review of revised plan provided by debtors | 1.40 | 1,960.00 |
| 04/07/21 MLC | Correspondence<br>Correspondence with debtors' counsel re certain tax revisions and consequences | .30 | 420.00 |
| 04/07/21 MLC | Examine Documents<br>Review of NCSG proposed revisions to solicitation documents | .90 | 1,260.00 |
| 04/08/21 JSF | Telephone Call(s)<br>Participate in Call with Plan Negotiation Group re: Revised Plan and Open Issues | 1.10 | 984.50 |
| 04/08/21 JSF | Examine Documents<br>Review of Revised Net Distributable Value Analysis | .30 | 268.50 |
| 04/08/21 JSF | Examine Documents<br>Review of Revised Proposed Amended Plan and Update to Open Issues List | 1.80 | 1,611.00 |
| 04/08/21 MLC | Conference call(s)<br>Conference call with AHC counsel re proposed revisions to plan | 1.00 | 1,400.00 |
| 04/08/21 MLC | Conference call(s)<br>Conference call with certain state representatives and AHC counsel re strategy for speaking with certain States | .70 | 980.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      July 14, 2021
Page 10                                                          BILL NO. 217694

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/08/21 MLC | Review Plan of Reorganization<br>Reviewed and analyzed proposed changes to plan of reorganization prepared by DPW | 3.80 | 5,320.00 |
| 04/08/21 MLC | Analysis of Correspondence<br>Reviewed and analyzed correspondence with NCSG re demands | .60 | 840.00 |
| 04/09/21 JSF | Examine Documents<br>Review of Revised Debtor Draft of Proposed Settlement Agreement for Payment Terms with Sacklers | .40 | 358.00 |
| 04/09/21 MLC | Conference call(s)<br>Conference call with AHC team re NOAT/TAFT agreements and revised abatement TS | 1.00 | 1,400.00 |
| 04/09/21 MLC | Examine Documents<br>Reviewed revisions to settlement agreement with Sacklers | 2.10 | 2,940.00 |
| 04/10/21 MLC | Correspondence<br>Correspondence with AHC re call with Jersey counsel | .20 | 280.00 |
| 04/11/21 JSF | Examine Documents<br>Review of Revised Abatement Term Sheet | .50 | 447.50 |
| 04/11/21 MLC | Examine Documents<br>Review of comments to plan by UCC | 1.20 | 1,680.00 |

# Otterbourg P.C.

230 Park Avenue
New York, NY   10169-0075

Client/Matter:   20186/0002                                            July 14, 2021
Page 11                                                                 BILL NO. 217694

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/11/21<br>MLC | Correspondence<br>Review of agenda and questions for Jersey<br>counsel | .30 | 420.00 |
| 04/12/21<br>JSF | Telephone Call(s)<br>Telephone Call with AHC, UCC and Jersey<br>Counsel re: Issues Relevant to Jersey Law | .60 | 537.00 |
| 04/12/21<br>JSF | Examine Documents<br>Review of UCC Mark-Up of Plan and Update on<br>Open Issues List | 1.80 | 1,611.00 |
| 04/12/21<br>MLC | Conference call(s)<br>Conference call with UCC and AHC with<br>Jersey counsel re analysis of judgment<br>enforcement law in Jersey | .70 | 980.00 |
| 04/12/21<br>MLC | Examine Documents<br>Continued review of comments by UCC to<br>draft plan | 1.30 | 1,820.00 |
| 04/13/21<br>JSF | Telephone Call(s)<br>Participate in Continued Call with UCC<br>Jersey Counsel re: Issues of Jersey Law | .70 | 626.50 |
| 04/13/21<br>JSF | Examine Documents<br>Review Draft of TPP APP Abatement Trust<br>Term Sheet | .20 | 179.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                                    July 14, 2021
Page 12                                                                         BILL NO. 217694

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/13/21 JSF | Telephone Call(s) Call with Plan Subcommittee and Professionals re: Debtors' Revisions to Abatement Term Sheet | 1.00 | 895.00 |
| 04/13/21 JSF | Examine Documents Review of Mark-Up of Abatement Term Sheet | .40 | 358.00 |
| 04/13/21 JSF | Examine Documents Review of Debtors' Disclosure Statement | 1.40 | 1,253.00 |
| 04/13/21 MLC | Conference call(s) Continued call with Jersey counsel together with UCC and AHC re judgment enforcement under Jersey law | .80 | 1,120.00 |
| 04/13/21 MLC | Conference call(s) Conference call meeting with AHC counsel and certain State representatives re open Plan issues and next steps | .50 | 700.00 |
| 04/13/21 MLC | Analysis of Memorandum Review of proposed changes to TPP Abatement Plan | 1.80 | 2,520.00 |
| 04/13/21 MLC | Analysis of Memorandum Review of proposed changes to abatement term sheet by DPW and UCC | 1.60 | 2,240.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    July 14, 2021
Page 13                                                        BILL NO. 217694

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/13/21<br>MLC | Conference call(s)<br>Conference call with AHC subcommittee to discuss and review abatement term sheet mark-up by DPW and UCC | 1.00 | 1,400.00 |
| 04/14/21<br>JSF | Telephone Call(s)<br>Call with Plan Subcommittee re: Continuation of Discussion on Abatement Term Sheet | .50 | 447.50 |
| 04/14/21<br>JSF | Examine Documents<br>Review of Abatement Term Sheet Draft and Issues | .40 | 358.00 |
| 04/14/21<br>JSF | Examine Documents<br>Review of POR and Open Issues for Plan and Governance | 1.80 | 1,611.00 |
| 04/14/21<br>MLC | Conference call(s)<br>Conference call with counsel for Debtors, Sacklers, AHC, UCC, MSGE and NCSG in which NCSG describes proposed settlement terms to Sacklers | .70 | 980.00 |
| 04/14/21<br>MLC | Analysis of Correspondence<br>Review and analysis of correspondence from NCSG counsel re agreement with TPP and others re term sheet | .70 | 980.00 |
| 04/14/21<br>MLC | Analysis of Memorandum<br>Review and analysis of term sheet re released parties and excluded parties | 1.70 | 2,380.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                              July 14, 2021
Page 14                                                  BILL NO. 217694

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/15/21 JSF | Examine Documents<br>Review and Analysis of Open Plan Issues and Status of NCSG Discussions | .60 | 537.00 |
| 04/15/21 MLC | Conference call(s)<br>Conference call with States' working group re review of interstate allocation proposal approved by States' AGs | .90 | 1,260.00 |
| 04/15/21 MLC | Correspondence<br>Correspondence with KL re their call with DPW re scheduling of disclosure statement hearing | .40 | 560.00 |
| 04/15/21 MLC | Analysis of Memorandum<br>Analysis of plan document issues list prepared by KL | .90 | 1,260.00 |
| 04/15/21 MLC | Analysis of Memorandum<br>Analysis of issue list prepared by KL re Sackler releases to be provided in Plan for governmental and non-governmental parties | 1.40 | 1,960.00 |
| 04/15/21 MLC | Correspondence<br>Correspondence with NCSG counsel and non-State representatives re State Abatement Agreement Term Sheet | .60 | 840.00 |
| 04/16/21 JSF | Examine Documents<br>Review of Analysis of Sackler Settlement and Related Issues | .60 | 537.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                July 14, 2021
Page 15                                                     BILL NO. 217694

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/16/21 MLC | Conference call(s) Conference call with States' subgroup with DPW and Debtor re State Allocation methodology | .80 | 1,120.00 |
| 04/16/21 MLC | Conference call(s) Conference call with counsel and State subgroup to discuss certain fees and allocation issues with NCSG | 1.00 | 1,400.00 |
| 04/17/21 JSF | Examine Documents Review of UCC Statement Re: Approval of MSGE Term Sheet | .20 | 179.00 |
| 04/17/21 JSF | Examine Documents Review of Draft Release Provisions and List of Open Issues and Status | .40 | 358.00 |
| 04/17/21 MLC | Examine Documents Review of UCC statement re approval of MSGE term sheet | .30 | 420.00 |
| 04/17/21 MLC | Examine Documents Review of draft of release provisions and list of open issues | .40 | 560.00 |
| 04/17/21 MLC | Correspondence Correspondence re sharing of drafts with various parties | .30 | 420.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

Client/Matter:   20186/0002
Page 16

July 14, 2021
BILL NO. 217694

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/18/21 MLC | Correspondence<br>Correspondence re scheduling with Jersey counsel follow up | .10 | 140.00 |
| 04/19/21 MLC | Correspondence<br>Correspondence with AHC plan subcommittee re support for various arguments from prior transcripts | .80 | 1,120.00 |
| 04/19/21 MLC | Correspondence<br>Correspondence from DPW re timing of filing of plan and disclosure statement and term sheets | .40 | 560.00 |
| 04/19/21 MLC | Examine Documents<br>Review of agenda filed by debtors for upcoming hearing | .30 | 420.00 |
| 04/20/21 MLC | Conference call(s)<br>Conference call with AHC counsel and state subgroup re plan negotiations | .70 | 980.00 |
| 04/20/21 MLC | Conference call(s)<br>Conference call with NCSG, Debtors and AHC re operating injunction and document repository | 1.00 | 1,400.00 |
| 04/20/21 MLC | Examine Documents<br>Review of redline by KL of Sackler releases | 1.30 | 1,820.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                     July 14, 2021
Page 17                                                         BILL NO. 217694

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/20/21 MLC | Correspondence<br>Correspondence with NCSG and AHC counsel re upcoming meetings involving injunction and document repository | .30 | 420.00 |
| 04/20/21 MLC | Correspondence<br>Correspondence with Don Simon re tribal allocation matrix | .50 | 700.00 |
| 04/20/21 MLC | Examine Documents<br>Review of issues list prepared and circulated by UCC | .60 | 840.00 |
| 04/20/21 MLC | Examine Documents<br>Review of UCC comments to draft plan | 1.60 | 2,240.00 |
| 04/21/21 MLC | Conference call(s)<br>Conference call with debtors to review and discuss NOAT abatement term sheet | 1.00 | 1,400.00 |
| 04/22/21 JSF | Examine Documents<br>Review of Memo re: Plan Confirmation and Potential Appellate Issues | .40 | 358.00 |
| 04/22/21 JSF | Examine Documents<br>Review of UST Objection to Disclosure Statement | .60 | 537.00 |

### OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    July 14, 2021
Page 18                                                        BILL NO. 217694

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/22/21 JSF | Examine Documents<br>Review Draft of PJT Valuation Analysis and Liquidation Analyses re: Plan and Disclosure Statement | .60 | 537.00 |
| 04/22/21 MLC | Examine Documents<br>Review of memorandum re plan confirmation and potential appellate issue | .50 | 700.00 |
| 04/22/21 MLC | Examine Documents<br>Review of UST objection to DS | .60 | 840.00 |
| 04/22/21 MLC | Examine Documents<br>Review of draft of PJT valuation analysis re plan and DS | .80 | 1,120.00 |
| 04/22/21 MLC | Examine Documents<br>Review of proposed order approving DS | .60 | 840.00 |
| 04/22/21 MLC | Examine Documents<br>Review and analysis of debtors' revisions to abatement term sheet | 1.30 | 1,820.00 |
| 04/22/21 MLC | Examine Documents<br>Review of outline of debtors' valuation and liquidation analysis | .40 | 560.00 |
| 04/22/21 MLC | Correspondence<br>Correspondence with FTI/HL reviewing debtors' valuation and liquidation analysis | .40 | 560.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      July 14, 2021
Page 19                                                          BILL NO. 217694

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/22/21 MLC | Examine Documents<br>Review of TDPs prepared by debtors re hospitals and TPPs | .70 | 980.00 |
| 04/22/21 MLC | Correspondence<br>Correspondence with NCSG and DPW re mediation with bankruptcy judge | .20 | 280.00 |
| 04/23/21 JSF | Examine Documents<br>Review of Objections to Disclosure Statement | 1.60 | 1,432.00 |
| 04/23/21 JSF | Examine Documents<br>Review of Debtors' Mark-Up of Abatement Trust Term Sheet | .40 | 358.00 |
| 04/23/21 MLC | Analysis of Memorandum<br>Review of Public School District objection filed to disclosure statement | 1.20 | 1,680.00 |
| 04/23/21 MLC | Examine Documents<br>Review of DPW mark-up of certain TDPs for PIs | .90 | 1,260.00 |
| 04/23/21 MLC | Analysis of Memorandum<br>Review of debtors' revisions to appellate procedures re PI TDP | .40 | 560.00 |
| 04/23/21 MLC | Analysis of Memorandum<br>Review of summary of debtors' comments to abatement TS | .80 | 1,120.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    July 14, 2021
Page 20                                                        BILL NO. 217694

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/23/21 MLC | Examine Documents Review of various objections filed in opposition to DS | 1.10 | 1,540.00 |
| 04/23/21 MLC | Correspondence Correspondence with mediation subgroup re debtors' revisions to TDPs | .30 | 420.00 |
| 04/24/21 JSF | Examine Documents Review of Filed First Amended Plan of Reorganization | 1.20 | 1,074.00 |
| 04/24/21 MLC | Examine Documents Review of FTI/HL comments to debtors' valuation analysis | .70 | 980.00 |
| 04/24/21 MLC | Analysis of Memorandum Review of blackline changes in first amended plan filed by debtors | 1.40 | 1,960.00 |
| 04/24/21 MLC | Correspondence Correspondence with states subgroup re certain changes proposed in amended plan | .40 | 560.00 |
| 04/24/21 MLC | Correspondence Correspondence from KL providing comparison of changes in plan and first amended plan of reorganization | .80 | 1,120.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE

### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                   July 14, 2021
Page 21                                                       BILL NO. 217694

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/24/21 MLC | Examine Documents<br>Review of suggested amendments to abatement term sheet | .70 | 980.00 |
| 04/24/21 MLC | Correspondence<br>Correspondence with states subgroup re interstate allocation of NOAT abatement funds | .40 | 560.00 |
| 04/24/21 MLC | Correspondence<br>Correspondence with mediation subgroup re debtors' correspondence with tribes re tribal allocation | .60 | 840.00 |
| 04/24/21 MLC | Correspondence<br>Correspondence with mediation subgroup re MSGE proposed changes to abatement term sheet | .30 | 420.00 |
| 04/25/21 JSF | Examine Documents<br>Further Review of Objections filed to Disclosure Statement | .40 | 358.00 |
| 04/25/21 JSF | Examine Documents<br>Review of Further Revised and Updated Proposed Abatement Term Sheet | .40 | 358.00 |
| 04/25/21 JSF | Examine Documents<br>Review of Blackline of Newly Filed Disclosure Statement for First Amended Plan | .80 | 716.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:  20186/0002                                     July 14, 2021
Page 22                                                        BILL NO. 217694

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/25/21 MLC | Examine Documents<br>Reviewed summary analysis prepared by KL of changes to abatement term sheet and related documents | 1.10 | 1,540.00 |
| 04/25/21 MLC | Analysis of Memorandum<br>Review and analysis of chart prepared by KL summarizing objections to DS and Plan | .90 | 1,260.00 |
| 04/25/21 MLC | Analysis of Memorandum<br>Review of proposed revisions to abatement term sheet concerning DOJ | .60 | 840.00 |
| 04/26/21 JSF | Examine Documents<br>Review of Additional Objections to Disclosure Statement – Ad Hoc Committee on Accountability and NAS Ad Hoc | .70 | 626.50 |
| 04/26/21 MLC | Analysis of Memorandum<br>Review of objection filed by Ad Hoc Committee on Accountability and NAS ad hoc committee | .80 | 1,120.00 |
| 04/26/21 MLC | Analysis of Memorandum<br>Review of second plan supplement | .80 | 1,120.00 |
| 04/27/21 MLC | Conference call(s)<br>Call with state subgroup and AHC counsel to review pending open issues | .80 | 1,120.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                              July 14, 2021
Page 23                                                 BILL NO. 217694

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/27/21 MLC | Conference call(s) Continued follow up call re Jersey Law issues | .60 | 840.00 |
| 04/27/21 MLC | Analysis of Memorandum Review of West Virginia objection to Plan | .90 | 1,260.00 |
| 04/28/21 JSF | Telephone Call(s) Call with AHC Professionals and NCSG Counsel re: Objections to Disclosue Statement | .50 | 447.50 |
| 04/28/21 MLC | Conference call(s) Conference call with AHC counsel and NCSG counsel to review West Virginia concerns and open issues | 1.00 | 1,400.00 |
| 04/29/21 JSF | Telephone Call(s) Call with Professionals and State Representatives re: Update on Open Plan Issues | .50 | 447.50 |
| 04/30/21 JSF | Examine Documents Review of Updates to AHC and Recently Filed Documents, | .30 | 268.50 |
| 04/30/21 JSF | Examine Documents Review of Updated Letter to Debtors on Open Issues | .30 | 268.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                    July 14, 2021
Page 24                                                       BILL NO. 217694

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/30/21 JSF | Examine Documents<br>Review of NCSG Objection to Disclosure Statement | .80 | 716.00 |
| 04/30/21 MLC | Examine Documents<br>Review of amended disclosure statement filed by debtors | 1.30 | 1,820.00 |
| 04/30/21 MLC | Correspondence<br>Correspondence by AHC with DPW re proposed plan revisions | .80 | 1,120.00 |
| 04/30/21 MLC | Correspondence<br>Correspondence with States subgroup with NCSG subgroup re document repository and amendments to term sheet re same | .60 | 840.00 |

TOTAL PHASE PU11                                    113.10        $141,927.50


                                    TOTAL FOR SERVICES        $170,295.00

# **EXHIBIT D**

**Summary of Actual and Necessary Expenses**

6619596.1

## SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE STATEMENT PERIOD

| Expense Category | Total Expenses |
|---|---|
| Electronic Research | $17.00 |
| **TOTAL:** | $17.00 |

# EXHIBIT E

**Expense Detail**

6619596.1

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                         July 14, 2021
Page 25                                                             BILL NO. 217694

DISBURSEMENTS FOR YOUR ACCOUNT

    Electronic Research                                             17.00

                                                                ————————
                                   TOTAL DISBURSEMENTS                  17.00