Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors[1]. | (Jointly Administered) |

**TWENTIETH MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF MAY 1, 2021 THROUGH AND INCLUDING MAY 31, 2021**

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Period for Which Compensation is Sought: | May 1, 2021 – May 31, 2021 |
|---|---|
| Total Amount of Fees Incurred: | $75,504.50 |
| Total Fees Requested (80%): | $60,403.60 |
| Total Reimbursement of Expenses Incurred: | $0.00 |
| Total Reimbursement of Expenses Requested (100%): | $0.00 |
| Total compensation and Reimbursement Requested in this Statement: | $60,403.60 |
| This is Applicant's: | Twentieth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Twentieth Monthly Fee Statement (the "Fee Statement") for the period of May 1, 2021 – May 31, 2021 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1. Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $75,504.50 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $60,403.60.

2. Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,198.16[2]. The Blended hourly rate of all paraprofessionals is $325.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3. Applicant did not incur any expenses during the Statement Period.

4. Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors.

**Notice**

5. Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $60,403.60, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $75,504.50).

---

[2] The blended hourly billing rate of $1,198.16 is derived by dividing the total fees for attorneys of $75,244.50 by the total hours of 62.8.

[3] The Blended hourly billing rate of $325.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $260.00 by the total hours of .8.

Dated: July 15, 2021
New York, New York

OTTERBOURG P.C.

By: /s/ Melanie L. Cyganowski
Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

Co-*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

# EXHIBIT A

## Fees By Project Category

**SUMMARY OF COMPENSATION BY PROJECT CODE**
**FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU04 | Case Administration | 1.7 | $1,521.50 |
| PU05 | Claims Analysis | .2 | $280.00 |
| PU08 | Litigation: Contested Matters, Adversary | 1.4 | $1,960.00 |
| PU09 | Meetings and Communications w/ AHC | 13.0 | $15,523.50 |
| PU11 | Plan & Disclosure Statement | 47.3 | $56,219.50 |
| | **TOTALS:** | **63.6** | **$75,504.50** |

# EXHIBIT B

## Professional and Paraprofessional Fees

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski (“MLC”) Partner | 1982 | $1400.00 | 37.7 | $52,780.00 |
| Jennifer S. Feeney (“JSF”) Of Counsel | 1998 | $895.00 | 25.1 | $22,464.50 |
| Jessica K. Hildebrandt (“JKH”) Paralegal | N/A | $325.00 | .8 | $260.00 |
| | **TOTAL** | | **63.6** | **$75,504.50** |

# EXHIBIT C

## Time Detail

OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

July 14, 2021
BILL NO. 217693

Client/Matter No.: 20186/0002
Matter Name: CHAPTER 11
Billing Partner: RL STEHL

For Services Rendered Through May 31, 2021:

Phase: PU04 CASE ADMINISTRATION

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/20/21 JSF | Telephone Call(s) Participate in Omnibus Hearing re: Status and Other Pending Matters | 1.50 | 1,342.50 |
| 05/21/21 JSF | Examine Documents Review of Case Updates to AHC | .20 | 179.00 |
| TOTAL PHASE PU04 | | 1.70 | $1,521.50 |

Phase: PU05 CLAIMS ANALYSIS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/01/21 MLC | Correspondence Correspondence with Brattle re medicaid allocation breakouts by state | .20 | 280.00 |
| TOTAL PHASE PU05 | | .20 | $280.00 |

Phase: PU08 LITIGATION: CONTESTED MATTERS, ADVERSARY

OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter: 20186/0002 July 14, 2021
Page 2 BILL NO. 217693

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/18/21 MLC | Conference call(s) Conference call with NCSG and AHC counsel re response to discovery by School Districts | .80 | 1,120.00 |
| 05/18/21 MLC | Conference call(s) Conference call with States subgroup and counsel re discovery requests by School Districts | .60 | 840.00 |

TOTAL PHASE PU08 1.40 $1,960.00

Phase: PU09 MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/04/21 MLC | Conference call(s) Conference call with Ad Hoc counsel with certain State representatives concerning various Plan and Sackler release issues | .80 | 1,120.00 |
| 05/05/21 JSF | Telephone Call(s) Participate in Weekly Call of AHC | 1.40 | 1,253.00 |
| 05/05/21 MLC | Conference call(s) Conference call meeting with AHC members and counsel | 1.10 | 1,540.00 |

OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter: 20186/0002 July 14, 2021
Page 3 BILL NO. 217693

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/10/21 JSF | Telephone Call(s)<br>Participate in Meeting of AHC re: Status of Plan Negotiations and Open Issues | .80 | 716.00 |
| 05/10/21 MLC | Conference call(s)<br>Conference call with AHC and counsel to review objections to disclosure statement and related issues | 1.80 | 2,520.00 |
| 05/11/21 JSF | Examine Documents<br>Review of Update to AHC with Recently Filed Motions | .30 | 268.50 |
| 05/11/21 MLC | Conference call(s)<br>Conference call with certain State representatives to review objections to DS/POR | .80 | 1,120.00 |
| 05/19/21 JSF | Telephone Call(s)<br>Participatee in Weekly Videoconference with AHC | 1.10 | 984.50 |
| 05/19/21 MLC | Conference call(s)<br>Conference call meeting with AHC and counsel re status of pending matters | 1.20 | 1,680.00 |
| 05/24/21 JSF | Telephone Call(s)<br>Participate in AHC Videoconference re: Status of Plan and Disclosure Statement | 1.70 | 1,521.50 |

OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter: 20186/0002 July 14, 2021
Page 4 BILL NO. 217693

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/24/21 MLC | Conference call(s) Conference call with AHC Committee re plan components and open issues | 2.00 | 2,800.00 |

TOTAL PHASE PU09 13.00 $15,523.50

Phase: PU11 PLAN & DISCLOSURE STATEMENT

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/01/21 MLC | Analysis of Memorandum Review of amended DS for first amended plan filed by debtors | 1.10 | 1,540.00 |
| 05/01/21 MLC | Correspondence Correspondence between NCSG and AHC state subgroups re document repository term sheet | .30 | 420.00 |
| 05/02/21 MLC | Correspondence Correspondence with NAS ad hoc re presentation by NAS of their claim | .20 | 280.00 |
| 05/03/21 MLC | Correspondence follow-up correspondence with Brattle re state by state allocation breakout of medicaid | .40 | 560.00 |

OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter: 20186/0002 July 14, 2021
Page 5 BILL NO. 217693

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/03/21 MLC | Correspondence<br>Correspondence with state subgroup re outstanding issues re document repository term sheet | .30 | 420.00 |
| 05/04/21 JSF | Examine Documents<br>Review of Outstanding Plan Issues and Positions of UCC and AHC | .60 | 537.00 |
| 05/04/21 MLC | Conference call(s)<br>Conference call with AHC counsel and States subgroup re claims negotiations | .60 | 840.00 |
| 05/05/21 JSF | Examine Documents<br>Review of Draft Response to Objections of School Districts and W. Virginia to Disclosure Statement | .40 | 358.00 |
| 05/06/21 JSF | Examine Documents<br>Plan - Review of Open Issues and Status of DS Hearing | .60 | 537.00 |
| 05/06/21 MLC | Conference call(s)<br>Conference call with States subgroup and AHC counsel re claims negotiatoins | .60 | 840.00 |
| 05/07/21 MLC | Analysis of Memorandum<br>Review of summary analysis prepared by KL concerning mediation order, amendments to DS and Plan, and additional objections to amended plan/DS | .90 | 1,260.00 |

OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter: 20186/0002
Page 6

July 14, 2021
BILL NO. 217693

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/08/21 MLC | Analysis of Memorandum<br>Review of blackline of second amended DS | 2.20 | 3,080.00 |
| 05/09/21 MLC | Analysis of Memorandum<br>Review of memo prepared by KL concerning amendments to various TDPs | .90 | 1,260.00 |
| 05/10/21 JSF | Examine Documents<br>Review of Open Issue - Attorneys' Fees Proposal for Private and Public Creditors | .20 | 179.00 |
| 05/10/21 JSF | Examine Documents<br>Review Draft of AHC Response to Disclosure Statement Objections | .40 | 358.00 |
| 05/10/21 MLC | Analysis of Memorandum<br>Reviewed objections filed by various parties | 2.20 | 3,080.00 |
| 05/11/21 JSF | Telephone Call(s)<br>Call with Tribes, NCSG, MSGE and AHC re: Open Plan Issues | .70 | 626.50 |
| 05/11/21 MLC | Conference call(s)<br>Conference call with TLC/NCSG/AHC re discussion about fee requests and allotments by various parties | .80 | 1,120.00 |
| 05/12/21 JSF | Telephone Call(s)<br>Participate in Court Hearing re: Disclosure Statement Procedures | 1.10 | 984.50 |

OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/12/21 MLC | Court Appearance - General<br>Court hearing concerning DS and confirmation procedures | 1.50 | 2,100.00 |
| 05/13/21 JSF | Examine Documents<br>Review and Update of Remaining DS Objections | .40 | 358.00 |
| 05/13/21 MLC | Conference call(s)<br>Conference call with certain states' representatives re open issues and next steps | 1.00 | 1,400.00 |
| 05/13/21 MLC | Examine Documents<br>Review and update of remaining DS objections | .70 | 980.00 |
| 05/13/21 MLC | Examine Documents<br>Review of scheduling order regarding plan and confirmation hearing | .30 | 420.00 |
| 05/13/21 MLC | Correspondence<br>Correspondence with Gilbert firm re prior negotiations with various third parties | .40 | 560.00 |
| 05/13/21 JKH | Diary & Docket<br>Review scheduling order regarding plan and confirmation and calendar multiple deadlines and hearing dates | .80 | 260.00 |

OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter: 20186/0002 July 14, 2021
Page 8 BILL NO. 217693

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/14/21 MLC | Conference call(s) Conference call with States working group to review open issues | 1.00 | 1,400.00 |
| 05/14/21 MLC | Analysis of Memorandum Memo from KL re public schools' discovery requests | .60 | 840.00 |
| 05/17/21 JSF | Telephone Call(s) Call with Working Group of AHC re: Open Plan Issues and Status | .60 | 537.00 |
| 05/17/21 JSF | Examine Documents Review of Revised AHC Response to DS Objections | .40 | 358.00 |
| 05/17/21 JSF | Examine Documents Review of Plan and Disclosure Statement | 1.20 | 1,074.00 |
| 05/17/21 MLC | Conference call(s) Conference call with certain states and AHC counsel re update re DS objections | .50 | 700.00 |
| 05/17/21 MLC | Analysis of Memorandum Reviewed and analyzed memo prepared by KL summarizing proposed revisions to plan | 1.10 | 1,540.00 |
| 05/18/21 JSF | Examine Documents Review of Information Sharing Protocol with Debtors re: Discovery Requests of Third Parties | .80 | 716.00 |

OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/18/21 JSF | Examine Documents<br>Review of AHC Comments to Plan | .40 | 358.00 |
| 05/18/21 MLC | Correspondence<br>Correspondence re proposed settlement of indemnity issues | .50 | 700.00 |
| 05/18/21 MLC | Analysis of Memorandum<br>Review and analysis of draft plan revisions by debtors | 1.20 | 1,680.00 |
| 05/20/21 MLC | Court Appearance - General<br>Appeared in court in connection with adjournment of disclosure statement hearing | 1.40 | 1,960.00 |
| 05/21/21 JSF | Telephone Call(s)<br>Participate in Call with AHC and NCSG re: Public Schools' Discovery Requests | .90 | 805.50 |
| 05/21/21 JSF | Examine Documents<br>Review of Discovery Requests fro Public Schools | .40 | 358.00 |
| 05/21/21 MLC | Conference call(s)<br>Conference call with AHC counsel and NCSG counsel concerning public schools discovery requests | 1.00 | 1,400.00 |

OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/21/21 MLC | Correspondence<br>Correspondence with KL litigation team regarding the final agreement re Purdue information sharing protocol | .40 | 560.00 |
| 05/21/21 MLC | Analysis of Memorandum<br>Review of KL analysis of public schools' discovery requests | 1.10 | 1,540.00 |
| 05/23/21 JSF | Examine Documents<br>Review of Presentation to AHC re: Plan Overview | .60 | 537.00 |
| 05/23/21 MLC | Analysis of Memorandum<br>Review and analysis of KL memo re remaining open plan issues | 1.20 | 1,680.00 |
| 05/24/21 JSF | Examine Documents<br>Review of Presentation on Key Plan Issues | .40 | 358.00 |
| 05/24/21 JSF | Examine Documents<br>Review of Third Amended Plan Revisions as Filed | .60 | 537.00 |
| 05/24/21 JSF | Examine Documents<br>Review of Responses to Disclosure Statement - Statements in Support and Objections Disclosure Statement | .80 | 716.00 |

OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/24/21 MLC | Analysis of Memorandum<br>Review of changes to Disclosure Statement by debtors | 3.10 | 4,340.00 |
| 05/25/21 JSF | Examine Documents<br>Review of Amended Plan and Open Issues for AHC | .80 | 716.00 |
| 05/26/21 JSF | Telephone Call(s)<br>Participate Telephonically in Disclosure Statement Hearing | 4.50 | 4,027.50 |
| 05/26/21 JSF | Examine Documents<br>Review of Blacklines to Amended Plan | .50 | 447.50 |
| 05/28/21 JSF | Examine Documents<br>Attention to Plan Issues re: Remaining Open Items | .80 | 716.00 |
| 05/28/21 MLC | Analysis of Memorandum<br>Review of KL memo re remaining open issues | .90 | 1,260.00 |
| TOTAL PHASE PU11 | | 47.30 | $56,219.50 |
| | TOTAL FOR SERVICES | | $75,504.50 |