UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 19-23649 (RDD) |
| PURDUE PHARMA L.P., *et al.,* | (Jointly Administered) |
| Debtors.[1] | |

**TWENTIETH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM MAY 1, 2021 THROUGH MAY 31, 2021**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | May 1, 2021 through May 31, 2021 |
| Monthly Fees Incurred: | $363,711.00 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred: $40.00

Total Fees and Expenses Due: $363,711.00

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $304,959.20 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $410,916.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $332,723.00 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, and $15,000 were allocated evenly across fees from the first, second, third, and fourth interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., et al. (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from May 1, 2021 through and including May 31, 2021 (the "**Fee Period**") amount to:

   | | |
   |---|---:|
   | Professional Fees | $363,711.00 |
   | Expenses | 40.00 |
   | **TOTAL** | **$363,751.00** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---:|
   | Professional Fees at 80% | $290,968.80 |
   | Expenses at 100% | 40.00 |
   | **TOTAL** | **$291,008.80** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4.     A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5.     Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6. A summary of expenses incurred during the Fifth Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7.     Detailed breakdown of the expenses incurred during the Fifth Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8.     FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

**NOTICE AND OBJECTION PROCEDURES**

9.     Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than July 29, 2021 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

10.     If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

11.     If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be

preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
July 15, 2021

                                          FTI CONSULTING, INC.
Financial Advisors to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P.

By:   */s/ Matthew Diaz*
      Matthew Diaz, Senior Managing Director
      Three Times Square, 10th Floor
      New York, New York 10036
      Telephone: (212) 499-3611
      Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MAY 1, 2021 TO MAY 31, 2021**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Sr Managing Director | Restructuring | $ 1,120 | 103.0 | $ 115,360.00 |
| Joffe, Steven | Sr Managing Director | Tax | 1,165 | 4.2 | 4,893.00 |
| Simms, Steven | Sr Managing Director | Restructuring | 1,295 | 14.5 | 18,777.50 |
| Bromberg, Brian | Sr Director | Restructuring | 850 | 166.3 | 141,355.00 |
| Kim, Ye Darm | Sr Consultant | Restructuring | 635 | 45.5 | 28,892.50 |
| Kurtz, Emma | Sr Consultant | Restructuring | 580 | 93.3 | 54,114.00 |
| Hellmund-Mora, Marili | Associate | Restructuring | 290 | 1.1 | 319.00 |
| **GRAND TOTAL** | | | | **427.9** | **$ 363,711.00** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MAY 1, 2021 TO MAY 31, 2021**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 8.8 | $ 5,779.50 |
| 10 | Analysis of Tax Issues | 4.2 | 4,893.00 |
| 11 | Prepare for and Attend Court Hearings | 13.9 | 13,193.50 |
| 16 | Analysis, Negotiate and Form of POR & DS | 166.0 | 135,216.00 |
| 18 | Review of Historical Transactions | 202.8 | 176,423.00 |
| 19 | Case Management | 3.6 | 3,096.50 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 16.8 | 16,341.50 |
| 24 | Preparation of Fee Application | 1.1 | 319.00 |
| 28 | Review of IAC Business Plan | 10.7 | 8,449.00 |
|  | **GRAND TOTAL** | **427.9** | **$ 363,711.00** |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2021 TO MAY 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 5/3/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/4/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/5/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/6/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/7/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/10/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/11/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/12/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/13/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/14/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/15/2021 | Diaz, Matthew | 1.2 | Review the March operating report. |
| 1 | 5/17/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/18/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/19/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/20/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/21/2021 | Kim, Ye Darm | 0.5 | Review the latest monitor report. |
| 1 | 5/21/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/24/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/25/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/26/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/27/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 5/28/2021 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **8.8** | |
| 10 | 5/5/2021 | Joffe, Steven | 1.4 | Participate in call with the AHC re: plan tax considerations. |
| 10 | 5/19/2021 | Joffe, Steven | 1.1 | Participate in call with the AHC re: outstanding tax issues for settlement. |
| 10 | 5/24/2021 | Joffe, Steven | 1.7 | Participate in call with the AHC re: tax items on plan issues list. |
| **10 Total** | | | **4.2** | |
| 11 | 5/26/2021 | Diaz, Matthew | 3.1 | Attend (virtually) the morning session of disclosure statement hearing. |
| 11 | 5/26/2021 | Diaz, Matthew | 3.2 | Partial attendance of the afternoon session of the disclosure statement hearing. |
| 11 | 5/26/2021 | Kim, Ye Darm | 1.5 | Participate telephonically to the DS hearing (partial). |
| 11 | 5/26/2021 | Bromberg, Brian | 3.1 | Participate telephonically in disclosure statement hearing. |
| 11 | 5/26/2021 | Bromberg, Brian | 3.0 | Continue to participate telephonically in disclosure statement hearing. |
| **11 Total** | | | **13.9** | |
| 16 | 5/3/2021 | Simms, Steven | 0.4 | Participate in correspondence with counsel re: Plan issues |
| 16 | 5/3/2021 | Kurtz, Emma | 2.8 | Prepare revisions to Sackler settlement agreement presentation to reflect the last A-side and B-side proposals. |
| 16 | 5/3/2021 | Kurtz, Emma | 0.7 | Prepare revisions to presentation re: Sackler settlement per internal comments. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2021 TO MAY 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 5/3/2021 | Bromberg, Brian | 1.7 | Finalize and send summary to counsel on intermediate entity holdings. |
| 16 | 5/3/2021 | Kurtz, Emma | 0.5 | Attend call with Alix and Province to discuss settlement agreement diligence progress in preparation for call with Huron. |
| 16 | 5/3/2021 | Kurtz, Emma | 0.7 | Attend call with Huron, Alix, and Province to discuss outstanding diligence requests and follow up queries re: Sackler settlement agreement. |
| 16 | 5/4/2021 | Bromberg, Brian | 1.0 | Participate in discussion re: latest plan issues presentation w/ team. |
| 16 | 5/4/2021 | Bromberg, Brian | 0.5 | Discuss NewCo asset transfers with counsel. |
| 16 | 5/4/2021 | Bromberg, Brian | 2.4 | Review current draft of plan issues presentation. |
| 16 | 5/4/2021 | Bromberg, Brian | 0.6 | Participate in discussion re: Sackler diligence with Huron. |
| 16 | 5/4/2021 | Kurtz, Emma | 0.5 | Attend call with Huron, Alix, and Province to discuss outstanding diligence requests re: Sackler settlement agreement. |
| 16 | 5/5/2021 | Kurtz, Emma | 1.4 | Prepare additional revisions to Sackler settlement presentation for the AHC per internal comments and comments from Counsel. |
| 16 | 5/5/2021 | Kurtz, Emma | 1.2 | Review latest draft of settlement agreement exhibits re: IAC list and pledged entities list to evaluate changes and flag remaining issues. |
| 16 | 5/5/2021 | Bromberg, Brian | 1.5 | Review comments on latest plan issues presentation and send to counsel. |
| 16 | 5/5/2021 | Bromberg, Brian | 0.5 | Discuss latest draft of the Sackler settlement agreement presentation with internal team. |
| 16 | 5/5/2021 | Bromberg, Brian | 2.9 | Review latest Sackler settlement presentation and source documents ahead of meeting. |
| 16 | 5/5/2021 | Bromberg, Brian | 1.7 | Review latest Sackler Settlement Agreement and supporting documents. |
| 16 | 5/5/2021 | Bromberg, Brian | 0.5 | Review latest Sackler contribution model notes. |
| 16 | 5/5/2021 | Simms, Steven | 1.1 | Review and process revisions to presentation for AHC re: plan issues. |
| 16 | 5/5/2021 | Simms, Steven | 0.3 | Participate in call with team re: AHC presentation on plan issues. |
| 16 | 5/5/2021 | Simms, Steven | 0.5 | Participate in call with counsel and other advisors on presentation for AHC. |
| 16 | 5/6/2021 | Simms, Steven | 0.8 | Review and revise issues related to Plan settlement |
| 16 | 5/6/2021 | Kim, Ye Darm | 0.3 | Participate in call re: settlement agreement w/ Alix. |
| 16 | 5/6/2021 | Kurtz, Emma | 0.6 | Review latest diligence received re: settlement agreement pledged entities to evaluate outstanding issues. |
| 16 | 5/6/2021 | Bromberg, Brian | 0.8 | Discuss latest Sackler agreement status with team. |
| 16 | 5/6/2021 | Bromberg, Brian | 0.4 | Discuss latest Sackler agreement status with Debtors. |
| 16 | 5/6/2021 | Bromberg, Brian | 0.7 | Review revised A Side Collateral offers. |
| 16 | 5/6/2021 | Kurtz, Emma | 0.6 | Attend call with Huron, Alix, and Province to discuss outstanding diligence requests re: settlement agreement. |
| 16 | 5/7/2021 | Diaz, Matthew | 0.6 | Participate in a call with Alix and PJT to discuss post emergence Purdue company planning. |
| 16 | 5/7/2021 | Simms, Steven | 0.6 | Review latest terms re: Plan and Sackler settlement |
| 16 | 5/7/2021 | Simms, Steven | 0.4 | Participate in correspondence with counsel re: Plan issues |
| 16 | 5/7/2021 | Kim, Ye Darm | 0.5 | Participate in call re: M&A Diligence list. |
| 16 | 5/7/2021 | Kim, Ye Darm | 1.3 | Review Sackler settlement contribution model and process updates. |
| 16 | 5/7/2021 | Kim, Ye Darm | 1.1 | Review latest redline of the amended plan. |
| 16 | 5/7/2021 | Kurtz, Emma | 0.6 | Attend call with the Debtors' advisors to discuss the diligence requests re: emergence and NewCo assets transfer, including contracts analysis. |
| 16 | 5/7/2021 | Kurtz, Emma | 1.4 | Prepare analysis of B-side collateral accounts coverage of settlement obligations at different IAC sale levels, using settlement agreement payment model. |
| 16 | 5/7/2021 | Bromberg, Brian | 2.3 | Review updated collateral coverage model. |
| 16 | 5/10/2021 | Kim, Ye Darm | 1.2 | Review latest filed amended disclosure statement. |
| 16 | 5/11/2021 | Diaz, Matthew | 1.5 | Participate in a call with the Debtors and Spencer Stuart to discuss post emergence board seats. |
| 16 | 5/11/2021 | Kim, Ye Darm | 0.9 | Review latest Sackler settlement agreement draft. |
| 16 | 5/12/2021 | Bromberg, Brian | 1.4 | Discuss current status of outstanding Sackler diligence items with team. |
| 16 | 5/12/2021 | Bromberg, Brian | 2.7 | Perform review of the latest draft of the Settlement Agreement and related model. |
| 16 | 5/12/2021 | Bromberg, Brian | 0.5 | Discuss Sackler settlement diligence update with team. |
| 16 | 5/12/2021 | Bromberg, Brian | 0.6 | Discuss Sackler diligence status update with Huron. |
| 16 | 5/12/2021 | Kurtz, Emma | 0.6 | Attend call with Huron, Alix, and Province to discuss updates on the Sackler settlement diligence process. |
| 16 | 5/13/2021 | Simms, Steven | 0.4 | Review latest summary report related to outstanding Plan issues. |
| 16 | 5/13/2021 | Kurtz, Emma | 0.8 | Review outstanding issues from list from Alix re: IAC list comparison to Sackler settlement IAC exhibit to reconcile. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2021 TO MAY 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 5/14/2021 | Kim, Ye Darm | 0.6 | Review latest Sackler supporting org charts. |
| 16 | 5/16/2021 | Bromberg, Brian | 0.9 | Prepare responses to Sackler diligence questions from counsel. |
| 16 | 5/17/2021 | Simms, Steven | 0.6 | Participate in correspondence with counsel re: Plan issues |
| 16 | 5/18/2021 | Simms, Steven | 0.5 | Participate in correspondence with counsel re: outstanding Sackler settlement issues. |
| 16 | 5/18/2021 | Kim, Ye Darm | 0.9 | Review latest draft of settlement agreement summary presentation. |
| 16 | 5/18/2021 | Kim, Ye Darm | 0.9 | Review updated settlement agreement term sheet. |
| 16 | 5/18/2021 | Kurtz, Emma | 0.8 | Review draft 5/18 settlement agreement term sheets to evaluate updates. |
| 16 | 5/18/2021 | Bromberg, Brian | 1.4 | Review the latest Sackler settlement agreement. |
| 16 | 5/19/2021 | Kim, Ye Darm | 0.5 | Participate in call re: outstanding plan issues list. |
| 16 | 5/19/2021 | Kim, Ye Darm | 0.6 | Review draft of future claims term sheet. |
| 16 | 5/19/2021 | Kim, Ye Darm | 0.9 | Review draft of latest issues list presentation. |
| 16 | 5/19/2021 | Kurtz, Emma | 2.9 | Prepare revisions to presentation re: Sackler settlement agreement to reflect latest term sheets and comments from Counsel. |
| 16 | 5/19/2021 | Kurtz, Emma | 1.6 | Prepare draft presentation re: current Sackler settlement agreement issues list and recommendations. |
| 16 | 5/19/2021 | Kurtz, Emma | 1.4 | Prepare revisions to draft presentation re: Sackler settlement outstanding issues per comments from Counsel. |
| 16 | 5/19/2021 | Bromberg, Brian | 1.2 | Review the latest A-Side collateral offers. |
| 16 | 5/19/2021 | Bromberg, Brian | 2.0 | Review and process revisions to the committee presentation re: plan issues. |
| 16 | 5/19/2021 | Bromberg, Brian | 3.2 | Review and process revisions to the plan issues list summary. |
| 16 | 5/19/2021 | Bromberg, Brian | 1.0 | Participate in Committee Call re: outstanding plan issues. |
| 16 | 5/19/2021 | Bromberg, Brian | 0.9 | Continue review and process revisions to committee presentation re: plan issues. |
| 16 | 5/20/2021 | Simms, Steven | 0.4 | Participate in correspondence with counsel re: outstanding Sackler settlement issues. |
| 16 | 5/20/2021 | Diaz, Matthew | 0.5 | Participate in a call with counsel to discuss the presentation to the Committee re: the final plan terms. |
| 16 | 5/20/2021 | Diaz, Matthew | 1.3 | Review the presentation with the AHC on the plan issues. |
| 16 | 5/20/2021 | Diaz, Matthew | 1.5 | Review the updated plan terms. |
| 16 | 5/20/2021 | Kim, Ye Darm | 0.5 | Participate in call with Counsel re: outstanding Sackler issues. |
| 16 | 5/20/2021 | Kim, Ye Darm | 0.5 | Participate in call re: draft summary presentation of issues. |
| 16 | 5/20/2021 | Kim, Ye Darm | 0.5 | Participate in call re: revisions to draft summary presentation. |
| 16 | 5/20/2021 | Kim, Ye Darm | 0.7 | Prepare skeleton of key issues presentation. |
| 16 | 5/20/2021 | Kim, Ye Darm | 1.4 | Prepare draft slides for key issues presentation. |
| 16 | 5/20/2021 | Kim, Ye Darm | 0.9 | Prepare draft summary of class treatment in plan. |
| 16 | 5/20/2021 | Kim, Ye Darm | 1.3 | Process revisions to key issues presentation. |
| 16 | 5/20/2021 | Kim, Ye Darm | 0.8 | Review HL's governance terms summary slides. |
| 16 | 5/20/2021 | Kim, Ye Darm | 0.7 | Review bridge analysis re: DS exhibits to cash flow projections. |
| 16 | 5/20/2021 | Kurtz, Emma | 2.8 | Prepare presentation re: current status of Plan and Sackler settlement per request from Counsel. |
| 16 | 5/20/2021 | Bromberg, Brian | 1.0 | Review latest draft of plan issues presentation. |
| 16 | 5/20/2021 | Bromberg, Brian | 0.4 | Discuss updated plan issues list with counsel. |
| 16 | 5/20/2021 | Bromberg, Brian | 1.7 | Discuss A-Side settlement issues with counsel and Debevoise. |
| 16 | 5/20/2021 | Bromberg, Brian | 3.0 | Review the latest draft plan and related exhibits. |
| 16 | 5/20/2021 | Bromberg, Brian | 2.0 | Review plan issues presentation and provide revisions. |
| 16 | 5/20/2021 | Bromberg, Brian | 1.1 | Discuss A-Side settlement offers with counsel. |
| 16 | 5/20/2021 | Bromberg, Brian | 2.1 | Review and process revisions to the latest plan issues presentation. |
| 16 | 5/21/2021 | Simms, Steven | 0.4 | Participate in call with Counsel re: update on Sackler settlement items. |
| 16 | 5/21/2021 | Simms, Steven | 0.3 | Participate in call with internal team re: updates on Sackler settlement items. |
| 16 | 5/21/2021 | Diaz, Matthew | 3.1 | Perform detailed review and provide revisions to the presentation for the Committee on the plan issues. |
| 16 | 5/21/2021 | Kim, Ye Darm | 0.5 | Participate in call re: revisions to draft summary presentation. |
| 16 | 5/21/2021 | Kim, Ye Darm | 1.5 | Process revisions to key issues presentation. |
| 16 | 5/21/2021 | Kim, Ye Darm | 0.9 | Continue processing revisions to key issues presentation. |
| 16 | 5/21/2021 | Kim, Ye Darm | 0.4 | Review appellate issues term sheet. |
| 16 | 5/21/2021 | Kurtz, Emma | 2.9 | Prepare revisions to draft summary presentation of the Plan and Sackler settlement per internal comments. |
| 16 | 5/21/2021 | Bromberg, Brian | 0.7 | Review bridge analysis to disclosure statement figures. |
| 16 | 5/21/2021 | Bromberg, Brian | 2.0 | Review and process revisions to the latest draft of the plan issues presentation. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD MAY 1, 2021 TO MAY 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 5/21/2021 | Bromberg, Brian | 0.9 | Discuss the latest plan issues presentation with internal team. |
| 16 | 5/21/2021 | Bromberg, Brian | 2.5 | Continue to review and process revisions to the latest plan issues presentation. |
| 16 | 5/21/2021 | Bromberg, Brian | 3.0 | Continue to review and process revisions to the latest plan issues presentation. |
| 16 | 5/22/2021 | Diaz, Matthew | 2.5 | Review the updated AHC plan issues presentation. |
| 16 | 5/22/2021 | Diaz, Matthew | 0.8 | Participate in a call with counsel on the status of the plan negotiations. |
| 16 | 5/22/2021 | Kurtz, Emma | 2.1 | Prepare revisions to presentation re: status of Plan and Sackler settlement per call with Counsel. |
| 16 | 5/22/2021 | Kurtz, Emma | 1.6 | Prepare additional revisions to Plan and Sackler settlement presentation for the AHC to reflect the latest status of key items. |
| 16 | 5/22/2021 | Bromberg, Brian | 1.0 | Participate in call with counsel on plan issues presentation. |
| 16 | 5/22/2021 | Bromberg, Brian | 0.5 | Participate in call with counsel on plan issues presentation. |
| 16 | 5/22/2021 | Bromberg, Brian | 3.0 | Review and process revisions to plan issues presentation based on counsel's recommendations. |
| 16 | 5/23/2021 | Diaz, Matthew | 2.1 | Review the updated plan issues presentation to the AHC. |
| 16 | 5/23/2021 | Diaz, Matthew | 1.2 | Participate in a conference call with counsel on the AHC plan issues presentation. |
| 16 | 5/23/2021 | Kurtz, Emma | 1.5 | Attend call with Counsel to discuss the latest status of Plan and settlement issues and review the related presentation. |
| 16 | 5/23/2021 | Kurtz, Emma | 2.4 | Prepare revisions to the presentation re: Plan and Sackler settlement to incorporate the latest term sheets and additional comments from Counsel. |
| 16 | 5/23/2021 | Bromberg, Brian | 1.0 | Review and process revisions to plan issues presentation based on counsel's recommendations. |
| 16 | 5/23/2021 | Bromberg, Brian | 1.5 | Participate in call with counsel re: plan issues presentation. |
| 16 | 5/24/2021 | Simms, Steven | 0.4 | Participate in correspondence re: DS hearing open items. |
| 16 | 5/24/2021 | Simms, Steven | 1.1 | Participate in a call with the AHC re: settlement issues. |
| 16 | 5/24/2021 | Diaz, Matthew | 1.1 | Review the updated cash flow analysis as compared to the disclosure statement. |
| 16 | 5/24/2021 | Diaz, Matthew | 0.3 | Participate in a call with counsel to prepare for the AHC call. |
| 16 | 5/24/2021 | Diaz, Matthew | 1.1 | Review the presentation to the Committee on the Plan and the Sackler settlement. |
| 16 | 5/24/2021 | Kurtz, Emma | 1.8 | Prepare revisions to presentation re: current status of Sackler settlement agreement to incorporate latest updates. |
| 16 | 5/24/2021 | Bromberg, Brian | 3.0 | Review the Sackler source documents and information supporting the AHC presentation. |
| 16 | 5/24/2021 | Bromberg, Brian | 1.4 | Prepare diligence questions on A-Side term sheet mark up. |
| 16 | 5/24/2021 | Bromberg, Brian | 1.2 | Discuss the plan issues and Sackler settlement presentations with team. |
| 16 | 5/24/2021 | Bromberg, Brian | 1.0 | Discuss bridges and plan issues presentation with team. |
| 16 | 5/24/2021 | Kurtz, Emma | 0.4 | Attend call with Alix and Province to discuss A-side proposed term sheets and other settlement agreement outstanding issues. |
| 16 | 5/25/2021 | Simms, Steven | 0.4 | Participate in call with counsel to discuss litigation analysis. |
| 16 | 5/25/2021 | Simms, Steven | 0.6 | Participate in correspondence re: DS hearing open items. |
| 16 | 5/25/2021 | Diaz, Matthew | 1.1 | Review the updated plan. |
| 16 | 5/25/2021 | Kurtz, Emma | 2.1 | Prepare analysis of pledged entities included in settlement agreement exhibits to identify ownership by pledgors. |
| 16 | 5/25/2021 | Bromberg, Brian | 1.0 | Review the updated A-Side term sheets. |
| 16 | 5/25/2021 | Kurtz, Emma | 0.4 | Review recently uploaded diligence documents re: correspondence with insurers to share with team. |
| 16 | 5/26/2021 | Diaz, Matthew | 0.6 | Review the AHC disclosure statement hearing summaries. |
| 16 | 5/26/2021 | Kim, Ye Darm | 1.5 | Review filed version of the third amended plan and DS. |
| 16 | 5/26/2021 | Kim, Ye Darm | 1.3 | Review filed version of the fourth amended plan and the redline. |
| 16 | 5/28/2021 | Simms, Steven | 0.5 | Correspond with internal team re: plan issues presentation. |
| 16 | 5/28/2021 | Diaz, Matthew | 1.6 | Review the updated disclosure statement. |
| 16 | 5/28/2021 | Kim, Ye Darm | 1.3 | Review latest contribution model from DPW. |
| 16 | 5/28/2021 | Kim, Ye Darm | 0.8 | Compare changes to DPW contribution model against prior version. |
| 16 | 5/28/2021 | Kim, Ye Darm | 1.0 | Participate in meeting re: updated collar model mechanics. |
| 16 | 5/28/2021 | Kim, Ye Darm | 0.9 | Review updated settlement agreement redline from DPW. |
| 16 | 5/28/2021 | Bromberg, Brian | 1.9 | Review new Sackler payment mechanics model. |
| 16 | 5/28/2021 | Bromberg, Brian | 1.0 | Participate in call on Sackler payment mechanics. |
| **16 Total** | | | **166.0** | |
| 18 | 5/1/2021 | Bromberg, Brian | 1.6 | Analyze latest B-Side collateral proposal. |
| 18 | 5/1/2021 | Bromberg, Brian | 1.5 | Participate in call re: A-Side credit support. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2021 TO MAY 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 5/1/2021 | Diaz, Matthew | 1.3 | Participate in a conference call with the UCC, Debtors and AHC advisers to discuss the Sackler settlement agreements. |
| 18 | 5/1/2021 | Diaz, Matthew | 1.8 | Perform detailed review of the B-Side settlement agreement and develop list of open issues. |
| 18 | 5/1/2021 | Diaz, Matthew | 1.4 | Review the updated A-Side proposals. |
| 18 | 5/2/2021 | Bromberg, Brian | 2.0 | Review the latest A-Side credit support materials. |
| 18 | 5/2/2021 | Bromberg, Brian | 1.6 | Review the updated Sackler diligence requests and diligence received. |
| 18 | 5/2/2021 | Diaz, Matthew | 2.4 | Review the updated settlement agreements. |
| 18 | 5/3/2021 | Kurtz, Emma | 2.6 | Prepare analysis of assets held in A-side BVI holding companies to evaluate offer of collateral. |
| 18 | 5/3/2021 | Kurtz, Emma | 1.1 | Prepare analysis of unrealized gains associated with assets held by proposed A-side collateral entities. |
| 18 | 5/3/2021 | Bromberg, Brian | 3.2 | Review the latest Sackler collateral offers and supporting documentation. |
| 18 | 5/3/2021 | Bromberg, Brian | 0.9 | Discuss the proposed B-Side collateral package with team. |
| 18 | 5/3/2021 | Bromberg, Brian | 0.7 | Discuss current status of Sackler diligence with Debtors and UCC. |
| 18 | 5/3/2021 | Bromberg, Brian | 0.6 | Discuss current status of Sackler diligence with Huron. |
| 18 | 5/3/2021 | Bromberg, Brian | 1.6 | Review newly provided Sackler collateral offers and supporting documents. |
| 18 | 5/3/2021 | Bromberg, Brian | 3.5 | Process revisions to the latest presentation re: status of Sackler asset diligence. |
| 18 | 5/3/2021 | Diaz, Matthew | 1.9 | Review the Sackler settlement report to the ACC. |
| 18 | 5/3/2021 | Diaz, Matthew | 0.7 | Participate in a call with counsel on the B-side term sheet. |
| 18 | 5/3/2021 | Diaz, Matthew | 0.6 | Participate in a call with Huron on the B-Side and A-Side due diligence items. |
| 18 | 5/3/2021 | Diaz, Matthew | 1.8 | Review the updated settlement agreement due diligence. |
| 18 | 5/4/2021 | Kurtz, Emma | 2.1 | Prepare updated presentation re: proposed Sackler settlement to reflect changes to A-side and B-side proposals. |
| 18 | 5/4/2021 | Kurtz, Emma | 1.9 | Prepare further revisions to analysis of proposed Sackler settlement per internal comments re: analysis of collateral and coverage. |
| 18 | 5/4/2021 | Kurtz, Emma | 1.3 | Review updated settlement proposals from A-side groups 2 and 3 to evaluate changes to covenants proposed. |
| 18 | 5/4/2021 | Kurtz, Emma | 1.8 | Prepare revisions to presentation re: latest Sackler settlement agreement to incorporate internal comments. |
| 18 | 5/4/2021 | Bromberg, Brian | 1.1 | Review updated A-Side collateral offers and supporting documents. |
| 18 | 5/4/2021 | Bromberg, Brian | 1.2 | Discuss updated A-Side collateral offers and supporting documents with Counsel. |
| 18 | 5/4/2021 | Bromberg, Brian | 1.5 | Discuss updated B-Side collateral offers and supporting documents with internal team. |
| 18 | 5/4/2021 | Bromberg, Brian | 3.1 | Review and revise latest Sackler collateral proposals presentation. |
| 18 | 5/4/2021 | Bromberg, Brian | 2.8 | Continue to process revisions re: Sackler collateral proposals presentation. |
| 18 | 5/4/2021 | Bromberg, Brian | 0.6 | Review updated collateral offers from certain A-Side groups. |
| 18 | 5/4/2021 | Diaz, Matthew | 2.4 | Perform detailed review of the updated presentation to the Committee on the Sackler settlements. |
| 18 | 5/4/2021 | Diaz, Matthew | 0.6 | Participate in a call on the Sackler B-Side collateral. |
| 18 | 5/4/2021 | Diaz, Matthew | 1.1 | Participate in a call with counsel on the B-Side proposal. |
| 18 | 5/5/2021 | Bromberg, Brian | 1.3 | Discuss updated B-Side collateral offers and supporting documents with internal team. |
| 18 | 5/5/2021 | Bromberg, Brian | 0.6 | Participate in discussion re: Sackler diligence with Huron. |
| 18 | 5/5/2021 | Bromberg, Brian | 0.5 | Participate in discussion re: Sackler diligence with counsel. |
| 18 | 5/5/2021 | Bromberg, Brian | 1.0 | Participate in call with AHC re: latest Sackler collateral offers. |
| 18 | 5/5/2021 | Bromberg, Brian | 1.0 | Review updated Sackler pledged entity exhibits. |
| 18 | 5/5/2021 | Diaz, Matthew | 2.2 | Review and finalize the presentation to the AHC on the Sackler settlement. |
| 18 | 5/5/2021 | Kim, Ye Darm | 0.7 | Review latest draft of the B-Side collateral analysis presentation. |
| 18 | 5/5/2021 | Kurtz, Emma | 1.1 | Attend call with Debtors' advisors, UCC advisors, and AHC advisors to discuss the Sackler B-side proposed settlement agreements and suggested revisions. |
| 18 | 5/6/2021 | Bromberg, Brian | 0.6 | Discuss updated B-Side collateral proposals with team. |
| 18 | 5/6/2021 | Bromberg, Brian | 2.4 | Review updated A-Side collateral offers and supporting documents. |
| 18 | 5/6/2021 | Bromberg, Brian | 0.9 | Review updated B-Side collateral proposal mark up. |
| 18 | 5/6/2021 | Diaz, Matthew | 1.2 | Review the updated Sackler settlement analysis. |
| 18 | 5/6/2021 | Kim, Ye Darm | 1.3 | Review latest draft of the B-Side collateral term sheet. |
| 18 | 5/7/2021 | Kurtz, Emma | 2.1 | Review latest A-side proposals to evaluate changes to the terms. |
| 18 | 5/7/2021 | Bromberg, Brian | 0.8 | Review updated B-Side collateral proposal mark up. |
| 18 | 5/7/2021 | Bromberg, Brian | 0.4 | Prepare for discussion with team re: collateral evaluation. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD MAY 1, 2021 TO MAY 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 5/7/2021 | Bromberg, Brian | 1.3 | Discuss with counsel Sackler offers for A-Side collateral. |
| 18 | 5/7/2021 | Diaz, Matthew | 0.8 | Review the updated B-Side term sheet. |
| 18 | 5/7/2021 | Diaz, Matthew | 0.5 | Review the Sackler order term sheet. |
| 18 | 5/7/2021 | Diaz, Matthew | 1.1 | Participate in the A-Side call with the Debtors to discuss the guarantee package. |
| 18 | 5/7/2021 | Diaz, Matthew | 0.6 | Review next diligence steps on the Sackler collateral agreements. |
| 18 | 5/7/2021 | Diaz, Matthew | 0.3 | Participate in a call with Alix to discuss the B-side collateral agreement. |
| 18 | 5/7/2021 | Diaz, Matthew | 0.9 | Review next diligence steps re: the Sackler settlement agreement. |
| 18 | 5/7/2021 | Diaz, Matthew | 0.5 | Participate in a pre call with the UCC and Debtor advisers to prepare for the Sackler A-side call. |
| 18 | 5/7/2021 | Kim, Ye Darm | 1.0 | Participate in call re: A-Side credit support materials. |
| 18 | 5/7/2021 | Kim, Ye Darm | 0.9 | Review draft B-Side collateral agreement re: contribution of collateral. |
| 18 | 5/10/2021 | Kurtz, Emma | 0.6 | Review latest settlement term sheet to evaluate overlap between A-Side payment group trusts and IAC payment parties. |
| 18 | 5/10/2021 | Diaz, Matthew | 0.9 | Review Sackler pod obligors and related coverage. |
| 18 | 5/11/2021 | Kurtz, Emma | 0.6 | Prepare analysis of IAC payment parties on the A-side to evaluate if certain payment parties are held by certain family groups. |
| 18 | 5/11/2021 | Diaz, Matthew | 1.1 | Review the updated B-side collateral agreement. |
| 18 | 5/12/2021 | Kurtz, Emma | 0.7 | Revise comparison of known IAC entities to IAC list in exhibit of the Sackler settlement agreement to share with the Debtors. |
| 18 | 5/12/2021 | Bromberg, Brian | 1.5 | Participate in call with Sackler counsel on B-Side diligence and draft term sheet. |
| 18 | 5/12/2021 | Diaz, Matthew | 0.5 | Participate in a call with Huron to discuss open due diligence items. |
| 18 | 5/12/2021 | Diaz, Matthew | 0.3 | Participate in a call with counsel to discuss the Sackler settlement agreements. |
| 18 | 5/12/2021 | Diaz, Matthew | 1.5 | Participate in a call with the B-side to discuss their markup to the collateral agreement. |
| 18 | 5/12/2021 | Diaz, Matthew | 0.8 | Review the updated A-side due diligence materials. |
| 18 | 5/12/2021 | Diaz, Matthew | 1.3 | Review the B-side collateral by pod. |
| 18 | 5/13/2021 | Bromberg, Brian | 1.0 | Review the updated B-Side term sheet. |
| 18 | 5/13/2021 | Bromberg, Brian | 1.5 | Participate in call with Sackler counsel on B Side diligence and term sheet. |
| 18 | 5/13/2021 | Diaz, Matthew | 1.5 | Participate in a call with the B-Side to discuss their markup of the term sheet. |
| 18 | 5/13/2021 | Diaz, Matthew | 0.8 | Review the B-Side term sheet to prepare for the call with the B-Side. |
| 18 | 5/13/2021 | Diaz, Matthew | 1.2 | Review the IAC legal entity charts in connection with the equity pledges associated with the settlement. |
| 18 | 5/14/2021 | Kurtz, Emma | 2.2 | Prepare draft analysis of IAC ownership structure to evaluate if the pledged entities exhibit to the Sackler settlement agreement captures all of the IACs. |
| 18 | 5/14/2021 | Bromberg, Brian | 1.0 | Discuss pledged IAC entities with team and counsel. |
| 18 | 5/14/2021 | Bromberg, Brian | 0.7 | Discuss pledged Sackler entities issues with team. |
| 18 | 5/14/2021 | Bromberg, Brian | 1.5 | Process revisions to prepare an updated Sackler collateral deck. |
| 18 | 5/14/2021 | Bromberg, Brian | 0.5 | Review the updated pledged entity exhibit. |
| 18 | 5/14/2021 | Bromberg, Brian | 1.0 | Review ownership tracing analysis of IACs. |
| 18 | 5/14/2021 | Bromberg, Brian | 1.5 | Participate in call on IAC collateral to Settlement Agreement. |
| 18 | 5/14/2021 | Bromberg, Brian | 0.5 | Discuss latest updates to the Sackler Settlement Agreement with counsel. |
| 18 | 5/14/2021 | Bromberg, Brian | 0.7 | Review the updated ownership tracing analysis of IACs. |
| 18 | 5/14/2021 | Bromberg, Brian | 0.5 | Discuss IAC ownership tracing analysis with team. |
| 18 | 5/14/2021 | Bromberg, Brian | 0.6 | Summarize call with counsel re: Sackler settlement agreement for team. |
| 18 | 5/14/2021 | Diaz, Matthew | 0.5 | Participate in a call with counsel to discuss the Sackler collateral agreements and plan materials to share with the clients. |
| 18 | 5/14/2021 | Diaz, Matthew | 0.9 | Perform detailed review of the A-Side term sheets and identify open issues for call with counsel. |
| 18 | 5/14/2021 | Diaz, Matthew | 0.8 | Continue to perform detailed review of the A-Side term sheets and identify open issues for call with counsel. |
| 18 | 5/14/2021 | Diaz, Matthew | 2.1 | Review the IAC ownership structure and reconcile to the proposed A and B Side pledgers. |
| 18 | 5/14/2021 | Kim, Ye Darm | 0.7 | Review the latest IAC trust holding documents. |
| 18 | 5/14/2021 | Kim, Ye Darm | 0.7 | Review the latest B-side IAC exhibits and charts. |
| 18 | 5/14/2021 | Kurtz, Emma | 1.4 | Attend call with Norton Rose to discuss IAC ownership structure. |
| 18 | 5/15/2021 | Bromberg, Brian | 1.8 | Review newly provided Sackler B-Side offers. |
| 18 | 5/15/2021 | Diaz, Matthew | 1.1 | Review the updated B-Side term sheet received from Milbank. |
| 18 | 5/15/2021 | Diaz, Matthew | 0.7 | Draft detailed comments to counsel on the updated B-side term sheet. |
| 18 | 5/16/2021 | Kim, Ye Darm | 0.8 | Review credit support term sheets for Sackler pods. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD MAY 1, 2021 TO MAY 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 5/16/2021 | Kurtz, Emma | 1.8 | Review revised term sheets received for A-side groups to evaluate changes to proposed obligors, collateral, and covenants. |
| 18 | 5/16/2021 | Kurtz, Emma | 2.2 | Prepare presentation analyzing latest offers from the A-side groups re: obligors, covenants, and collateral. |
| 18 | 5/16/2021 | Kurtz, Emma | 1.1 | Prepare revised analysis of settlement obligation and net assets coverage per A-Side and B-Side group to reflect proposed collar recipients and backstop. |
| 18 | 5/16/2021 | Bromberg, Brian | 1.2 | Review newly provided Sackler A-Side offers. |
| 18 | 5/16/2021 | Diaz, Matthew | 0.8 | Participate in a call with counsel to discuss the Sackler settlement agreements. |
| 18 | 5/16/2021 | Diaz, Matthew | 1.3 | Review the updated A-side term sheets. |
| 18 | 5/16/2021 | Diaz, Matthew | 0.8 | Provide comments to counsel on the A-side term sheets |
| 18 | 5/16/2021 | Diaz, Matthew | 1.8 | Review the updated presentation to the Committee on the Sackler settlement. |
| 18 | 5/17/2021 | Kim, Ye Darm | 0.6 | Review updated settlement agreement documents for IAC provisions. |
| 18 | 5/17/2021 | Kurtz, Emma | 1.7 | Prepare revisions to presentation re: latest Sackler settlement agreement per internal comments. |
| 18 | 5/17/2021 | Kurtz, Emma | 1.3 | Prepare additional analysis re: Sackler settlement proposals by family group per comments from Counsel. |
| 18 | 5/17/2021 | Bromberg, Brian | 3.0 | Review updated A-Side collateral offers. |
| 18 | 5/17/2021 | Bromberg, Brian | 2.3 | Review updated B-Side collateral offers. |
| 18 | 5/17/2021 | Bromberg, Brian | 2.9 | Process revisions to presentation on Sackler collateral offers. |
| 18 | 5/17/2021 | Bromberg, Brian | 1.0 | Discuss the Sackler collateral presentation with counsel. |
| 18 | 5/17/2021 | Bromberg, Brian | 2.7 | Revise Sackler collateral presentation for internal comments. |
| 18 | 5/17/2021 | Diaz, Matthew | 2.1 | Perform detailed review of the updated presentation to the AHC on the Sackler settlement. |
| 18 | 5/17/2021 | Diaz, Matthew | 1.1 | Participate in a call with counsel to discuss the Sackler settlement agreements. |
| 18 | 5/17/2021 | Diaz, Matthew | 0.5 | Review the IAC excess cash calculations. |
| 18 | 5/17/2021 | Diaz, Matthew | 0.9 | Review the updated AHC presentation after the incorporation of comments from counsel. |
| 18 | 5/18/2021 | Kurtz, Emma | 2.2 | Prepare revisions to presentation re: Sackler settlement agreement to incorporate additional comments. |
| 18 | 5/18/2021 | Kurtz, Emma | 2.7 | Prepare analysis identifying ultimate owners of IACs included in settlement agreement to ensure 100% ownership is captured in the pledged entities list. |
| 18 | 5/18/2021 | Kurtz, Emma | 2.1 | Continue to analyze ultimate owners of IACs included in settlement agreement to ensure 100% ownership is captured in the pledged entities list. |
| 18 | 5/18/2021 | Bromberg, Brian | 2.0 | Review and incorporate comments into Sackler collateral agreement presentation. |
| 18 | 5/18/2021 | Bromberg, Brian | 2.5 | Finalize draft of Sackler collateral presentation to send to professionals. |
| 18 | 5/18/2021 | Bromberg, Brian | 1.5 | Review latest presentation version of the Sackler collateral summary for call. |
| 18 | 5/18/2021 | Diaz, Matthew | 0.5 | Participate in a call with counsel to discuss the key issues to the Sackler settlement agreements. |
| 18 | 5/18/2021 | Diaz, Matthew | 0.3 | Participate in a follow up call with counsel to discuss the key issues to the Sackler settlement agreements. |
| 18 | 5/18/2021 | Diaz, Matthew | 1.7 | Review the updated presentation to the Committee on the Sackler settlements. |
| 18 | 5/19/2021 | Kim, Ye Darm | 1.2 | Review updated A-side credit support term sheets. |
| 18 | 5/19/2021 | Diaz, Matthew | 1.3 | Review the latest draft of the Sackler settlement agreement issues list. |
| 18 | 5/19/2021 | Diaz, Matthew | 1.8 | Perform final review of the presentation to the Committee on the Sackler agreement. |
| 18 | 5/20/2021 | Kurtz, Emma | 2.1 | Prepare analysis of ownership of IAC entities included in Sackler settlement agreement to ensure owners are captured in equity pledges. |
| 18 | 5/20/2021 | Kurtz, Emma | 1.9 | Continue to prepare analysis of ownership of IAC entities included in Sackler settlement agreement to ensure owners are captured in equity pledges. |
| 18 | 5/20/2021 | Kurtz, Emma | 1.9 | Attend call with Norton Rose and other advisors to discuss IAC ownership structures and funding mechanisms to understand equity pledges included in the Sackler settlement agreement. |
| 18 | 5/20/2021 | Diaz, Matthew | 0.3 | Participate in a call with counsel to discuss the next steps on the Sackler settlement. |
| 18 | 5/20/2021 | Diaz, Matthew | 1.0 | Participate in a call with the A-Side to discuss the settlement term sheet. |
| 18 | 5/20/2021 | Bromberg, Brian | 2.0 | Participate in call re: IAC ownership. |
| 18 | 5/21/2021 | Bromberg, Brian | 0.7 | Participate in call re: B Side term sheets. |
| 18 | 5/22/2021 | Bromberg, Brian | 1.0 | Review the latest B-Side term sheet. |
| 18 | 5/22/2021 | Bromberg, Brian | 1.2 | Review new A-Side asset support materials. |
| 18 | 5/22/2021 | Diaz, Matthew | 0.8 | Review the updated B-side term sheet. |
| 18 | 5/23/2021 | Bromberg, Brian | 1.3 | Review new A-Side asset support materials. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD MAY 1, 2021 TO MAY 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 5/23/2021 | Diaz, Matthew | 0.7 | Review the updated A-side term sheets. |
| 18 | 5/24/2021 | Kurtz, Emma | 1.3 | Review current A-side settlement agreement term sheet proposals to evaluate current status and identify follow-up items. |
| 18 | 5/24/2021 | Diaz, Matthew | 1.6 | Review the updated A-side term sheet. |
| 18 | 5/24/2021 | Diaz, Matthew | 1.2 | Review the updated B-side term sheet. |
| 18 | 5/24/2021 | Diaz, Matthew | 0.3 | Participate in a call with Province and Alix to discuss open items in the term sheet. |
| 18 | 5/25/2021 | Bromberg, Brian | 1.9 | Review Sackler intermediate holding company assets. |
| 18 | 5/25/2021 | Bromberg, Brian | 0.7 | Review the latest B-Side term sheet markup. |
| 18 | 5/25/2021 | Diaz, Matthew | 1.4 | Review the updated A-side term sheet. |
| 18 | 5/25/2021 | Diaz, Matthew | 0.7 | Participate in a call with the UCC, Debtors and AHC advisers to discuss next steps to finalize the Sackler term sheets. |
| 18 | 5/25/2021 | Diaz, Matthew | 1.1 | Review the updated B-side term sheet. |
| 18 | 5/25/2021 | Diaz, Matthew | 0.8 | Review further updated Sackler terms sheets and related diligence questions. |
| 18 | 5/25/2021 | Diaz, Matthew | 0.5 | Review diligence materials received on A-side pod 4. |
| 18 | 5/26/2021 | Kurtz, Emma | 1.2 | Continue to evaluate ownership of pledged entities included in settlement agreement to ensure it is captured by the pledgor entities. |
| 18 | 5/26/2021 | Kim, Ye Darm | 1.3 | Review latest drafts of the A-side credit support term sheets. |
| 18 | 5/27/2021 | Kurtz, Emma | 2.4 | Prepare analysis of ownership of IACs and pledged entities included in Sackler settlement agreement to ensure equity is held by pledgors. |
| 18 | 5/27/2021 | Diaz, Matthew | 1.5 | Review the latest Sackler settlement agreement. |
| 18 | 5/31/2021 | Diaz, Matthew | 0.8 | Review next diligence steps on the Sackler settlement agreement. |
| **18 Total** | | | **202.8** | |
| 19 | 5/6/2021 | Kim, Ye Darm | 0.3 | Participate in catch up call re: diligence workstreams. |
| 19 | 5/7/2021 | Bromberg, Brian | 0.7 | Discuss latest workstreams and case status with internal team. |
| 19 | 5/7/2021 | Kim, Ye Darm | 1.0 | Participate in call re: workplan for outstanding diligence items. |
| 19 | 5/10/2021 | Simms, Steven | 0.4 | Participate in correspondence on case items re: plan issues. |
| 19 | 5/12/2021 | Simms, Steven | 0.6 | Participate in correspondence on case items re: settlement issues. |
| 19 | 5/12/2021 | Kim, Ye Darm | 0.6 | Participate in call with internal team re: current diligence workstreams. |
| **19 Total** | | | **3.6** | |
| 21 | 5/4/2021 | Simms, Steven | 0.6 | Review information on settlement for AHC call. |
| 21 | 5/5/2021 | Simms, Steven | 1.1 | Participate in AHC call to discuss case issues including settlement status. |
| 21 | 5/5/2021 | Diaz, Matthew | 1.3 | Attend and participate in the AHC meeting to discuss the Sackler settlement agreements, plan, and other topics. |
| 21 | 5/5/2021 | Kim, Ye Darm | 1.2 | Participate in weekly AHC call re: diligence updates. |
| 21 | 5/10/2021 | Simms, Steven | 0.8 | Participate in call with AHC re: Plan and settlement status. |
| 21 | 5/10/2021 | Simms, Steven | 0.3 | Participate in prep call re: AHC update on plan and settlement status. |
| 21 | 5/10/2021 | Kim, Ye Darm | 1.1 | Participate in weekly AHC call re: credit proposal updates. |
| 21 | 5/17/2021 | Simms, Steven | 0.3 | Review summary of settlement terms and current status of plan for AHC call. |
| 21 | 5/19/2021 | Simms, Steven | 0.7 | Participate in call with AHC re: Plan and settlement status. |
| 21 | 5/19/2021 | Diaz, Matthew | 1.1 | Participate in a call with the AHC to discuss the plan, Sackler agreement and other topics. |
| 21 | 5/19/2021 | Diaz, Matthew | 0.6 | Review materials and prepare discussion points for the AHC call. |
| 21 | 5/19/2021 | Kim, Ye Darm | 1.0 | Participate in weekly AHC call re: diligence updates. |
| 21 | 5/19/2021 | Kurtz, Emma | 1.1 | Attend call with Counsel to discuss presentation for the AHC incorporating the latest Sackler settlement agreements. |
| 21 | 5/22/2021 | Kurtz, Emma | 1.0 | Attend call with Counsel to discuss the presentation re: Plan and Sackler settlement. |
| 21 | 5/24/2021 | Bromberg, Brian | 1.5 | Participate in Committee call on plan issues. |
| 21 | 5/24/2021 | Diaz, Matthew | 1.7 | Participate in the AHC call to discuss the plan and disclosure statement. |
| 21 | 5/24/2021 | Diaz, Matthew | 1.4 | Review materials and prepare discussion points for the AHC call. |
| **21 Total** | | | **16.8** | |
| 24 | 5/12/2021 | Hellmund-Mora, Marili | 0.6 | Update and finalize the February fee application supporting data. |
| 24 | 5/12/2021 | Hellmund-Mora, Marili | 0.5 | Update and finalize the March fee application supporting data. |
| **24 Total** | | | **1.1** | |
| 28 | 5/3/2021 | Bromberg, Brian | 0.5 | Review IAC cash issues and related materials. |
| 28 | 5/6/2021 | Kim, Ye Darm | 0.6 | Review updated IAC cash balance report. |
| 28 | 5/13/2021 | Bromberg, Brian | 0.5 | Participate in call re: IAC diligence on ownership. |
| 28 | 5/13/2021 | Bromberg, Brian | 0.6 | Review latest IAC entities list. |
| 28 | 5/14/2021 | Kurtz, Emma | 0.8 | Draft revised presentation re: Sackler Settlement outstanding issues and observations. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2021 TO MAY 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 5/18/2021 | Bromberg, Brian | 1.1 | Review IAC historical information re: cash balance. |
| 28 | 5/19/2021 | Diaz, Matthew | 0.8 | Participate in a call with Mundipharma's management team to discuss current operating results and operating cash. |
| 28 | 5/19/2021 | Kim, Ye Darm | 0.8 | Participate in call re: IAC 1Q21 results. |
| 28 | 5/19/2021 | Kim, Ye Darm | 0.6 | Review IAC results presentation materials. |
| 28 | 5/19/2021 | Kurtz, Emma | 0.8 | Attend call with IAC management to review recent performance and discuss excess cash. |
| 28 | 5/19/2021 | Bromberg, Brian | 1.3 | Review prior provided IAC financial information. |
| 28 | 5/19/2021 | Bromberg, Brian | 0.8 | Participate in call with IAC management re: operating results. |
| 28 | 5/19/2021 | Bromberg, Brian | 0.9 | Review provided presentation re: IAC results. |
| 28 | 5/19/2021 | Bromberg, Brian | 0.6 | Prepare summary of IAC results call for distribution to team. |
| **28 Total** | | | **10.7** | |
| **Grand Total** | | | **427.9** | |

**EXHIBIT D**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD MAY 1, 2021 TO MAY 31, 2021**

| Expense Type | Amount |
|---|---:|
| Working Meals[1] | $ 40.00 |
| **Grand Total** | **$ 40.00** |

1. Working Meals have been voluntarily reduced to the lesser of $20 per person or the actual amount charged.

**EXHIBIT E**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**EXPENSE DETAIL**
**FOR THE PERIOD MAY 1, 2021 TO MAY 31, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 4/9/2021 | Diaz, Matthew | Working Meals | Meal while working late in the office | $ 20.00 |
| 4/21/2021 | Diaz, Matthew | Working Meals | Meal while working late in the office | $ 20.00 |
| | | **Working Meals Total** | | **$ 40.00** |
| | | **Grand Total** | | **$ 40.00** |