July 15, 2021

Judge Robert D. Drain
U.S Bankruptcy Court
For the Southern District of New York
300 Quarropas Street
White Plains, New York 10600

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)
United States Bankruptcy Court for the Southern District of New York

Dear Judge Drain:

I am writing to you today as a Mom who lost her son due to the Sackler Family's multigenerational deception & greed.  Please don't allow them to avoid being personally/criminally responsible for the devastation they have caused - not only to my family, but to countless New York & American Families.  They ignited the opioid crisis with their desire to market OxyContin.  I understand that Kathie & Richard Sackler argue over which of them came up with the idea to market opioids.  They felt doctors were naïve in regard to opioids & furthermore they felt that morphine, which they were already manufacturing, didn't have the potential for profit they desired.  People associated it with cancer & end of life.  That's what opioids should be used for!

My ex-husband & I scrimped & saved to buy a home in Westchester County.  We wanted to move to a good school district for our children to get a good education.  In 1989, moved to Briarcliff Manor & bought the cheapest house, the only one we could afford.  We realized our dream, so we thought.  My son was born August 30th, 1989 at Phelps Memorial Hospital in Tarrytown NY.  I would take my kids to the Galleria Mall for school clothes, which is walking distance to your courthouse.  Unbeknownst to me, the Sacklers were busy flooding Westchester  County with their "heroin pills".  My son experimented with OxyContin & before long he began his 15 year struggle with opioid addiction.   He overdosed on June 11th, 2020.  His autopsy revealed heroin laced with fentanyl.  As you know OxyContin was the genie the Sacklers let out of the bottle.  It's goes OxyContin, heroin, fentanyl.

As a judge, you are aware that if there's a bank robbery, it's not just the person, with the gun, who goes in to the bank to get the money, who a court would hold accountable, it's the person who's driving the getaway car that is also complicit.  The Sacklers are complicit & we all know that.  Are they deserving of special treatment, in this case, because of their billionaire status?  Is it permissible in the state of New York or in America to cause the loss of life or suffering of a single citizen, let alone the colossal loss of life and magnitude of suffering that Perdue Pharma & the Sackler Family has caused?  I do not think so.

My son, Parker, fought so hard against this addiction.  He went to countless rehab programs & I do not think this is an approach that has an impact.  My son was humiliated & broken hearted by this addiction.  It's not a character flaw or a weakness to be addicted.  I think it's a character flaw, a weakness & cruel to sell a drug to the public telling them it's 1% addictive, when it's not; buying your own advertising agencies, marketing directly to doctors, with your made up "clinical trials", buying your own medical journals, funding the New England Journal of Medicine, in addition to your own pharmaceutical companies AND not revealing that you are the owner of all those entities for the sole purpose to deceive the public.

The Sacklers have deceived the public for generations!  Judge Drain, I'm pleading with you to not let the Sacklers gain immunity from criminal charges or any future lawsuits against them.

Respectfully,


Mary Butler-Fink
AKA Parker's Mom