Jill L. Nicholson, Esq.
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
E-mail: jnicholson@foley.com

*Counsel for Apotex Corp. and*
*Aveva Drug Delivery Systems, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P., et al.,** | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby enters this Notice of Appearance

pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure as

counsel to Apotex Corp. and Aveva Drug Delivery Systems, Inc. and requests that all notices given

or required to be given in these cases and/or related proceedings be given and served upon:

> **FOLEY & LARDNER LLP**
> Jill L. Nicholson, Esq.
> 90 Park Avenue
> New York, New York 10016
> Telephone: (212) 682-7474
> Facsimile: (212) 687-2329
> E-mail: jnicholson@foley.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Rule 2002 *et seq.* but also includes, without limitation, notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, disclosure statements, plans of reorganization, or any other document brought before this Court with respect to this Proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic transmission or otherwise. The Clerk of the Court is requested to place the names and addresses of counsel as set forth in this Notice on any Master Service List in this Proceeding.

Dated:    July 16, 2021                           Respectfully submitted,

                                                  */s/ Jill L. Nicholson*
                                                  **FOLEY & LARDNER LLP**
                                                  Jill L. Nicholson, Esq.
                                                  90 Park Avenue
                                                  New York, New York 10016
                                                  Telephone: (212) 682-7474
                                                  Facsimile: (212) 687-2329
                                                  E-mail: jnicholson@foley.com

                                                  *Counsel for Apotex Corp. and*
                                                  *Aveva Drug Delivery Systems, Inc.*

2

4850-7862-2194.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2021, a true and correct copy of the foregoing Notice of

Appearance and Request for Service of Notices and Papers was filed via this Court's CM/ECF

system and will be forwarded by electronic transmission to all parties registered to receive

electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF).

*/s Jill L. Nicholson*
Jill L. Nicholson