**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**FIFTH INTERIM FEE APPLICATION OF ALIXPARTNERS, LLP**
**FINANCIAL ADVISOR FOR THE CHAPTER 11 DEBTORS,**
**FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL**
**SERVICES  RENDERED AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FEBRUARY 1, 2021 THROUGH MAY 31, 2021**

| | | |
|---|---|---|
| **Name of Applicant:** | **ALIXPARTNERS, LLP** | |
| **Applicant's Role in Case:** | **Financial Advisor to the Chapter 11 Debtors** | |
| **Date of Retention:** | **November 21, 2019 [Docket No. 528]**, *Nunc Pro Tunc* to **September 15, 2019** | |
| **Time period covered by this Fifth Interim Application:** | **Beginning of Period** | **End of Period** |
| | **February 1, 2021** | **May 31, 2021** |
| **Summary of Total Fees and Expenses Requested:** | | |
| **Total fees requested during the Fifth Interim Period:** | **$3,441,447.00** | |
| **Total expenses requested during the Fifth Interim Period** | **$116,367.10** | |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Total fees and expenses requested during the Fifth Interim Period:** | $3,557,814.10 |
| **Blended hourly rate for fees incurred during the Fifth Interim Period:** | $757.96 |
| **Summary of Prior Payments:** | |
| **Total allowed compensation paid to date during the Fifth Interim Period:** | $2,162,129.20 |
| **Total allowed expenses paid to date during the Fifth Interim Period:** | $56,085.90 |
| **Total amount due and owing AlixPartners:** | $1,339,599.00 |
| **This is a(n):    ___ Monthly Application  _X_  Interim Application ___ Final Application** | |

**ALIXPARTNERS, LLP**

**SUMMARY OF FEE STATEMENTS**
**DURING THE FIFTH INTERIM PERIOD**
**FEBRUARY 1, 2021 THROUGH JANURY 31, 2021**

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Amount Outstanding |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 4/19/2021 Docket #2670 | 2/1/2021 - 2/28/2021 | $766,786.50 | $0.00 | $613,429.20 | $0.00 | $153,357.30 |
| 05/17/2021 Docket #2871 | 03/01/2021- 03/31/2021 | $1,076,774.00 | $0.00 | $861,419.20 | $0.00 | $215,354.80 |
| 06/21/2021 Docket #3046 | 04/01/2021- 04/30/2021 | $859,101.00 | $56,085.90 | $687,280.80 | $56,085.90 | $171,820.20 |
| 7/7/2021 Docket #3118 | 05/01/2021 - 05/31/2021 | $738,785.50 | $60,281.20 | | | $799,066.70 |
| **Total** | | **$3,441,447.00** | **$116,367.10** | **$2,162,129.20** | **$56,085.90** | **$1,339,599.00** |

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL
DURING THE FIFTH INTERIM PERIOD
FEBRUARY 1, 2021 THROUGH MAY 31, 2021**

| Professional | Title | Rate | Total Hours During Fifth Interim Period | Total Fees During Fifth Interim Period |
|---|---|---|---|---|
| Lisa Donahue | Managing Director | $1,295 | 97.8 | $ 126,651.00 |
| Richard Collura | Managing Director | $1,125 | 27.5 | 30,937.50 |
| Jesse DelConte | Managing Director | $1,055 | 653.3 | 689,231.50 |
| Mark F Rule | Director | $980 | 1.3 | 1,274.00 |
| Jay K Lynn | Director | $980 | 12.1 | 11,858.00 |
| Gabe J Koch | Director | $865 | 738.0 | 638,370.00 |
| HS Bhattal | Director | $865 | 589.3 | 509,744.50 |
| Jamey Hamilton | Director | $865 | 52.9 | 45,758.50 |
| Catherine O'Connor | Director | $825 | 13.5 | 11,137.50 |
| Elizabeth S Kardos | Director | $735 | 1.5 | 1,102.50 |
| Kristina Galbraith | Senior Vice President | $665 | 14.5 | 9,642.50 |
| Sarah Jakobsen | Senior Vice President | $665 | 5.7 | 3,790.50 |
| Sam K Lemack | Senior Vice President | $665 | 701.3 | 466,364.50 |
| Kaitlyn A Sundt | Senior Vice President | $530 | 39.6 | 20,988.00 |
| Heather Saydah | Senior Vice President | $480 | 88.4 | 42,432.00 |
| Andrew D DePalma | Vice President | $625 | 473.9 | 296,187.50 |
| Julia Gutierrez | Vice President | $625 | 47.6 | 29,750.00 |
| Sue M Low | Vice President | $625 | 4.5 | 2,812.50 |
| Nate A Simon | Vice President | $625 | 17.0 | 10,625.00 |
| Julia Caitlin Hardy | Vice President | $530 | 23.4 | 12,402.00 |
| Travis K Dane | Vice President | $530 | 23.4 | 12,402.00 |
| Lan T Nguyen | Vice President | $530 | 757.6 | 401,528.00 |
| Tammy Brewer | Vice President | $465 | 14.1 | 6,556.50 |
| Brooke F Filler | Vice President | $460 | 4.8 | 2,208.00 |
| Melanie McCabe | Vice President | $430 | 107.4 | 46,182.00 |
| Lisa Marie Bonito | Associate | $465 | 2.9 | 1,348.50 |
| Andrew Gettler | Associate | $375 | 27.1 | 10,162.50 |
| **Total Fees and Hours for Professionals** | | | **4,540.4** | **$    3,441,447.00** |

|  |  |
|---|---|
| **Average Billing Rate** | **$757.96** |

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY**
**DURING THE FIFTH INTERIM PERIOD**
**FEBRUARY 1, 2021 THROUGH MAY 31, 2021**

| | Matter Code | Total Hours During Fifth Interim Period | Total Fees During Fifth Interim Period |
|---|---|---|---|
| 101 | Chapter 11 Process/Case Management | 724.3 | $ 540,759.50 |
| 103 | Cash Management | 428.4 | 251,239.00 |
| 104 | Communication with Interested Parties | 729.8 | 494,458.00 |
| 105 | U.S. Trustee/Court Reporting Requirements | 74.7 | 44,103.50 |
| 106 | Business Analysis & Operations | 923.1 | 851,943.50 |
| 107 | POR Development | 1,083.4 | 871,409.00 |
| 108 | Executory Contracts | 0.3 | 316.50 |
| 109 | Claims Process | 120.3 | 82,544.50 |
| 110 | Special Projects | 212.8 | 148,501.00 |
| 112 | Retention and Engagement Administration | 35.6 | 17,114.50 |
| 113 | Fee Statements and Fee Applications | 151.4 | 80,042.00 |
| 114 | Court Hearings | 30.0 | 29,617.00 |
| 115 | Forensic Analysis | 26.3 | 29,399.00 |
| **Total Hours and Professional Fees by Matter Category** | | **4,540.4** | **$ 3,441,447.00** |

Average Billing Rate          $757.96

**ALIXPARTNERS, LLP**

**SUMMARY OF EXPENSES**
**DURING THE FIFTH INTERIM PERIOD**
**FEBRUARY 1, 2021 THROUGH MAY 31, 2021**

| Expense Category | Total Expenses During Period | |
|---|---|---|
| Processing and Hosting Fees | $ | 116,205.00 |
| Postage / Federal Express | | 32.10 |
| Phone - Court Solutions | | 140.00 |
| **Total Expenses** | **$** | **116,377.10** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

### FIFTH INTERIM FEE APPLICATION OF ALIXPARTNERS, LLP FINANCIAL ADVISOR FOR THE CHAPTER 11 DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES  RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2021 THROUGH MAY 31, 2021

AlixPartners, LLP ("AlixPartners"), as financial advisor to Purdue Pharma L.P. and its affiliated debtors and debtors-in-possession (the "Debtors"), hereby submits its application (the "Application"), for (i) interim allowance of compensation for professional services rendered and reimbursement of out of-pocket expenses incurred for the period February 1, 2021 through May 31, 2021 (the "Fifth Interim Period").  In support of this Application, AlixPartners respectfully states as follows:

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

## Jurisdiction and Venue

1.      The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The basis for relief requested herein are Sections 330 and 331 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York, updated June 17, 2013* (the "Local Guidelines") and the *Order Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Retained Professionals,* dated November 21, 2019 (the "Interim Compensation Order") [Docket No. 529].

## Background

4.      On September 16, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Court").

5.      The Debtors are authorized to continue operating their businesses and managing their properties as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

6.      On September 27, 2019, the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the Official Committee of Unsecured Creditors (the "Committee") [Docket No. 131].

7.      On April 8, 2020, the Court entered an *Order Authorizing Appointment of Independent Fee Examiner Pursuant To 11 U.S.C. § 105(A) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to* 11 U.S.C. § 327*)* [Docket No. 1023]. David M. Klauder was appointed as the fee examiner ("the Fee Examiner") in these Chapter 11 Cases.

## Retention of AlixPartners

8.      On November 5, 2019, the Debtors filed its *Debtors' Application For an Order Authorizing the Debtors to Retain and Employ AlixPartners, LLP as Financial Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 429].

9.      On November 21, 2019, the Bankruptcy Court entered the *Order Authorizing the Debtors to Retain and Employ AlixPartners, LLP as Financial Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 528] (the "Retention Order").

10.      The Retention Order approved the terms of AlixPartners' fee and expense structure set forth in the engagement letter dated March 5, 2019 (the "Engagement Letter") and authorized AlixPartners to be compensated pursuant to the terms of the Engagement Letter and procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Interim Compensation Order, and any other applicable orders of this Court.

## Relief Requested

## Monthly Fee Statements During the Fifth Interim Period

11.      AlixPartners' four (4) monthly fee statements (the "Monthly Fee Statements") covered during the Fifth Interim Period have been filed and served pursuant to the Interim Compensation Order.   The Monthly Fee Statements covered by this Application contain detailed daily time logs describing the professional services rendered in the amount of $3,441,447.00 and

out-of-pocket expenses incurred in the amount of $116,367.10 during the Fifth Interim Period as noted below:

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Amount Outstanding |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 4/19/2021 Docket #2670 | 2/1/2021 - 2/28/2021 | $766,786.50 | $0.00 | $613,429.20 | $0.00 | $153,357.30 |
| 05/17/2021 Docket #2871 | 03/01/2021- 03/31/2021 | $1,076,774.00 | $0.00 | $861,419.20 | $0.00 | $215,354.80 |
| 06/21/2021 Docket #3046 | 04/01/2021- 04/30/2021 | $859,101.00 | $56,085.90 | $687,280.80 | $56,085.90 | $171,820.20 |
| 7/7/2021 Docket #3118 | 05/01/2021 - 05/31/2021 | $738,785.50 | $60,281.20 | | | $799,066.70 |
| **Total** | | **$3,441,447.00** | **$116,367.10** | **$2,162,129.20** | **$56,085.90** | **$1,339,599.00** |

12.     Detailed descriptions of the professional services performed by each professional, organized by discrete project by day and the aggregate hours during the Fifth Interim Period were included in the Monthly Fee Statements and are attached as **Exhibit A**.

13.     A detailed analysis of the out-of-pocket expenses incurred during the Fifth Interim Period were included in the Monthly Fee Statements and are attached as **Exhibit B**.

14.     During the Fifth Interim Period, AlixPartners is seeking an interim allowance of compensation for professional fees rendered in the amount of $3,441,447.00[2] and reimbursement of out-of-pocket expenses in the amount of $116,367.10, for a total allowance of $3,557,814.10. AlixPartners received payment in the amount of $2,162,129.20 for  professional services rendered and $56,085.90 for out-of-pocket expenses from the Debtors during the Fifth Interim Period.  The amount of $1,339,599.00 remains outstanding with respect to the Fifth Interim Period as of the filing of this Application.

---

[2] The total fees requested includes the holdback in the amount of $153,357.30 pursuant to the 18th Monthly Fee Statement, the holdback in the amount of $215,354.80 pursuant to the19th Monthly Fee Statement, the holdback in the amount of $171,820.20 pursuant to the 20th Monthly Fee Statement; and the holdback in the amount $147,757.10 pursuant to the 21st Monthly Fee Statement, for a total holdback of $688,289.40 (the "Holdback").

### Summary of Professional Services Rendered During the Fifth Interim Period

15.    During the course of AlixPartners' prepetition and post-petition engagement, AlixPartners has (i) advised and assisted the Debtors in forecasting, planning, tracking and other aspects of cash management, including but not limited to preparing and delivering liquidity reporting; (ii) assisted the Debtors in collecting the necessary information for its First Day Motions and in responding to related due diligence questions from the various interested parties in the case post filing; (iii) assisted the Debtors in preparing and filing its Statements of Financial Affairs and Schedules of Assets and Liabilities within 45 days of its bankruptcy filing; (iv) assisted the Debtors' treasury and accounting teams with managing vendor inquiries, reconciliations, and payments; (v) advised the Debtors regarding its go-forward business plan and its options to maximize value for all of its stakeholders; (vi) assisted the Debtors in the successful marketing efforts and sale negotiations with regards to its active pharmaceutical ingredient facility in Coventry, RI; (vii) assisted with developing presentation materials for meetings with various interested parties; (viii) led the coordination and response to the due diligence requests from a myriad of interested parties, including maintaining the data room and ensuring information flow was in accordance with the protective order filed, which was crucial to ensure all constituents received appropriate information while allowing the company's personnel to focus efforts on their day-to-day responsibilities; (ix) assisted management in developing and preparing reports in connection with bankruptcy requirements; (x) prepared comprehensive reports on historical transfers of value to the Debtors' shareholders, both cash and non-cash; (xi) performed significant diligence on the shareholders' international pharmaceutical company holdings and other assets in connection with the contemplated settlement structure; (xii) assisted the Debtors and its other advisors in negotiating and documenting the plan of reorganization and its associated agreements on behalf of them; (xiii) assisted the Debtors and its

other advisors in planning and preparing the company to emerge from Chapter 11 and transfer the assets and operations of Purdue Pharma L.P. to a new entity; and (xiv) develop and provide a secure data repository to prepare and make available certain documents to all interested parties in the Debtors' confirmation process.  Additionally, we previously had a team of professionals at corporate headquarters in Stamford, Connecticut, as well as onsite at subsidiary locations as needed and when possible, throughout the course of the bankruptcy working alongside management of the Debtors to assist the Debtor in performing certain financial and operational functions.

### Professional Services By Category During the Fifth Interim Period

16.    AlixPartners classified all services performed for which compensation is sought into separate categories.  Summarized below is a description of the services provided by AlixPartners to the Debtors during the Fifth Interim Period in each significant service area.

17.    The following summaries are intended only to highlight key services rendered by AlixPartners during the Fifth Interim Period in certain project billing categories where AlixPartners has expended a considerable number of hours on behalf of the Debtors, and are not meant to be a detailed description of all of the work performed by AlixPartners.  The primary focus of AlixPartners was centered around the following areas:

**Matter Code 101:  Chapter 11 Process/Case Management**
**724.3 hours - $540,759.50**
This category includes many different tasks necessary to comply with the requirements of this Court, the U.S. Trustee, and/or the Bankruptcy Code, including without limitation, organizing and managing the Debtors' resources to effectively and efficiently plan; coordination and management of the chapter 11 process; reviewing and maintaining due diligence trackers and due diligence responses in compliance with the Protective Order; preparing responses to various questions on motions filed with the Court; preparing and managing documents to be provided in association with the Debtors' confirmation discovery process; managing the Debtors' preparations to emerge from bankruptcy and transition the assets and operations of Purdue Pharma L.P. to a new entity upon emergence; as well as other miscellaneous tasks not otherwise separately classifiable.

### Matter Code 103: Cash Management
**428.4 hours - $251,239.00**

This category includes monitoring daily liquidity; assisting the company in planning and tracking cash payments; developing 13 week cash flow forecasts; analyzing actual cash flow performance in comparison to forecast; and assisting the company in determining what prepetition payments can be made based upon payments made to date.

### Matter Code 104:  Communication with Interested Parties
**729.8 hours - $494,458.00**

This category includes preparation of diligence materials for and reports to, and communications with, the Committee, the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants, their respective advisors, various other ad hoc committees, and other parties-in-interest including attending and participating in meetings.

### Matter Code 105:  U.S. Trustee / Court Reporting Requirements
**74.7 hours - $44,103.50**

This category includes assisting the Debtors with the preparation of financial and operating information required by such parties as the U.S. Trustee and/or the Court, including interim and monthly operating reports and motions, orders and stipulations related thereto.

### Matter Code 106:  Business Analysis & Operations
**923.1 hours - $851,943.50**

This category includes analyzing monthly financial performance and preparing monthly flash reports; collecting and preparing analysis of the business in response to requests from the advisors to the Committee and the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants, amongst others; performing due diligence of the shareholders' international pharmaceutical operations and other assets in order to evaluate its value within the overall settlement framework; assisting management and the Debtors' other advisors in evaluating the financial aspects of the various shareholder settlement agreement proposals; assisting management in preparing and finalizing the 2020 audited financials; assisting management in updating its 2021 budget and long term business plan; assisting management in creating the financial projections and distribution schedules to be included within the disclosure statement; working with the Debtors' other advisors to evaluate potential third party financing options; assisting management in preparing and reviewing various state license applications; assisting management in preparing materials to be shared with the Board of Directors; attending Board of Director meetings; analyzing various business issues in order to assist management in making various business decisions; maintaining and reporting significant case financial data, etc.

### Matter Code 107:  POR Development
**1,083.4 hours - $871,409.00**

This category includes, amongst others, preparing a draft liquidation analysis to be included in the Debtors' disclosure statement; preparing a draft financial projections exhibit to be included in the Debtors' disclosure statement; assisting the Debtors' other advisors and Purdue management in the drafting and negotiation of the Debtors' plan of reorganization, disclosure statement, various supplemental schedules and exhibits and

various amended versions of such documents; assisting management and the Debtors' other advisors in negotiating the Debtors' settlement agreement with the shareholders; reviewing presentations and reports related to various parties' claim estimates; attending various other meetings and conference calls with regards to the Debtors' plan of reorganization and disclosure statement.

**Matter Code 108:  Executory Contracts**
**0.3 hours - $316.50**
This category includes analyzing executory contracts in order to determine the appropriate course of action to protect the Estates' best interests.

**Matter Code 109:  Claims Process**
**120.3 hours - $82,544.50**
This category includes, amongst other, analyzing trade and operational claims filed to date; reviewing the filed claims with Purdue and Davis Polk & Wardwell ("Davis Polk") to determine the appropriate claims process going forward; setting up a preliminary claims database and beginning the process of identifying valid and potentially invalid claims.

**Matter Code 110:  Special Projects**
**212.8 hours - $148,501.00**
This category includes assisting and advising with respect to various projects related to the case including work done in preparing, tracking and producing diligence documents to a data room created for the sale process for the Debtors' active pharmaceutical ingredient facility in Coventry, RI; producing discovery related materials from AlixPartners for the Debtors' confirmation discovery data room; creating, preparing and managing the data room to be used by the Debtors to provide discovery materials to all parties involved in the confirmation process, as well as other projects identified by the Debtors.

**Matter Code 112:  Retention and Engagement Administration**
**35.6 hours - $17,114.50**
This category includes managing the retention and relationship disclosure processes. Appropriate staffing levels were utilized to minimize the cost associated with these activities.

**Matter Code 113:  Fee Statements and Fee Applications**
**151.4 hours - $80,042.00**
This category includes managing the fee application process, including preparing and reviewing fee applications and all required supporting documentation in accordance with requirements of the U.S. Trustee and/or the Court.

**Matter Code 114:  Court Hearing**
**30.0 hours - $29,617.00**
This category includes the necessary time that AlixPartners' professionals spent attending Court hearings telephonically.

**Matter Code 115:  Forensic Analysis**
**26.3 hours - $29,399.00**
This category includes, amongst others, replying to various diligence requests from other advisors and third-parties with respect to AlixPartners' analysis of all cash and non-cash distributions to the Debtors' shareholders; and reviewing various documents and analyses that relate to these analyses.

18.     AlixPartners has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these Chapter 11 Cases.  No promises have been received by AlixPartners or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

### Certification

19.     A Certification of  Lisa Donahue is attached hereto as **Exhibit C** and made part of this Application.

### No Prior Request

20.     No prior request for the relief sought in this Application has been made to this or any other Court.  This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in the case as a whole.

### Notice

21.     Notice of this Application has been or will be provided to those parties entitled to receive notice hereof in accordance with any applicable order of this Court.

*[Remainder of page intentionally left blank.]*

## Conclusion

**WHEREFORE**, AlixPartners, as financial advisor to the Debtors, respectfully requests that the Court enter an order providing that: (i) an interim allowance be awarded to AlixPartners in the amount of $3,441,447.00 (including the Holdback in the amount of $688,289.40) as compensation for professional services rendered and reimbursement of out-of-pocket expenses incurred in the amount of $116.367.10, for a total amount of $3,557.814.10 during the Fifth Interim Period; (ii) the Debtors be authorized and directed to pay AlixPartners the remaining outstanding balance of $1,339,599.00; and (iii) for such other and further relief as this Court deems proper.

Dated:   July 16, 2021                        ALIXPARTNERS, LLP
                                              909 Third Avenue, 30th Floor
                                              New York, New York 10022


                                              */s/ Lisa Donahue*
                                              By:  Lisa Donahue
                                                    Managing Director

**AlixPartners, LLP**


**Exhibit A**

**Detailed Description of AlixPartners' Fees and Hours
<u>by Matter Category During the Fifth Interim Period</u>**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/01/21 | GJK | Review impact of procurement workstream on change of control process. | 1.20 |
| 02/01/21 | GJK | Review commercial subgroup intake suggestions. | 1.00 |
| 02/01/21 | GJK | Outline potential challenges for procurement workstream. | 0.80 |
| 02/01/21 | HSB | Review MOR related document prepared by J. Lowne (Purdue) | 0.60 |
| 02/01/21 | HSB | Review PowerPoint analysis prepared by PJT with regards to certain due diligence issues (Plex) | 0.70 |
| 02/02/21 | HSB | Weekly advisors call with J. O'Connell, J. Turner, T. Melvin (all PJT), J. Lowne, M. Kesselman (both Purdue), M. Huebner, E. Vonnegut, C. Robertson, D. Klein (all DPW), J. DelConte, H. Bhattal (both AlixPartners) re: update on ongoing workstreams and go-forward planning. | 1.10 |
| 02/02/21 | HSB | Review list of Debtors' liabilities sent to creditors' advisors | 0.20 |
| 02/02/21 | HSB | Review debtors' financial reports relating to information to be included along with plan projections | 0.30 |
| 02/02/21 | HSB | Review recently filed disclosure statement exhibits and reviewed debtor's financial information for purposes of revising description in disclosure statement | 1.20 |
| 02/02/21 | HSB | Review schedule of liabilities related to due diligence (Plex) | 0.20 |
| 02/02/21 | JD | Weekly advisors call with J. O'Connell, J. Turner, T. Melvin (all PJT), J. Lowne, M. Kesselman (both Purdue), M. Huebner, E. Vonnegut, C. Robertson, D. Klein (all DPW), J. DelConte, H. Bhattal (both AlixPartners) re: update on ongoing workstreams and go-forward planning. | 1.10 |
| 02/02/21 | GJK | Prepare for transfer working group update call. | 1.00 |
| 02/02/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) re: Purdue change of control/transfer workplan update call and review updated PMO tracker. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/02/21 | GJK | Weekly change of control/transfer workplan pre-call with G. Koch, S. Lemack (both AlixPartners) to review agenda and discuss open items and questions. | 0.20 |
| 02/02/21 | GJK | Weekly change of control/transfer workplan update call with R. Aleali, B. Miller, K. McCarthy (all Purdue), and G. Koch, S. Lemack (both AlixPartners). | 0.70 |
| 02/02/21 | GJK | Procurement change of control/transfer workplan kickoff call with R. Aleali, B. Miller, K. McCarthy, C. Russo, S. Daniel, P. Brinckerhoff, J. Lauriat, A. Hart, E. Ruta (all Purdue) and G. Koch, S. Lemack (both AlixPartners). | 0.50 |
| 02/02/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) re: Purdue change of control/transfer workplan update call and review updated PMO tracker. | 0.30 |
| 02/02/21 | SKL | Weekly change of control/transfer workplan pre-call with G. Koch, S. Lemack (both AlixPartners) to review agenda and discuss open items and questions. | 0.20 |
| 02/02/21 | SKL | Weekly change of control/transfer workplan update call with R. Aleali, B. Miller, K. McCarthy (all Purdue), and G. Koch, S. Lemack (both AlixPartners). | 0.70 |
| 02/02/21 | SKL | Procurement change of control/transfer workplan kickoff call with R. Aleali, B. Miller, K. McCarthy, C. Russo, S. Daniel, P. Brinckerhoff, J. Lauriat, A. Hart, E. Ruta (all Purdue) and G. Koch, S. Lemack (both AlixPartners). | 0.50 |
| 02/02/21 | SKL | IP update call with R. Inz, B. Koch, R. Kreppel (all Purdue) to review latest updates to the IP transfer workplan and plan for tomorrow's meeting accordingly. | 0.60 |
| 02/02/21 | SKL | Finalize agenda for weekly change of control/transfer workplan meeting and prepare/circulate meeting invites for upcoming change of control/transfer workplan meetings. | 1.60 |
| 02/02/21 | SKL | Review latest feedback provided by the Commercial team | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Chapter 11 Process/Case Management
Client/Matter #          012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | re: change of control/transfer workplan process and circulate update accordingly. | |
| 02/03/21 | SKL | R&D/Med-Affairs change of control/transfer workplan pre-call with G. Koch, S. Lemack (both AlixPartners) to review latest agenda and discuss open items. | 0.20 |
| 02/03/21 | SKL | Procurement change of control/transfer workplan kickoff call with R. Aleali, B. Miller, K. McCarthy, M. Kwarcinski, S. Daniel, S. Bhaskar, G. Whiteside, D. Igo, G. Sparta, J. Ducharme (all Purdue) and G. Koch, S. Lemack (both AlixPartners). | 1.00 |
| 02/03/21 | SKL | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following IP brainstorming session and review open items for tomorrow. | 0.40 |
| 02/03/21 | SKL | IP change of control/transfer workplan discussion with K. McCarthy, B. Miller, R. Inz, B. Koch, R. Kreppel (all Purdue) and G. Koch, S. Lemack (both AlixPartners). | 0.70 |
| 02/03/21 | GJK | R&D/Med-Affairs change of control/transfer workplan pre-call with G. Koch, S. Lemack (both AlixPartners) to review latest agenda and discuss open items. | 0.20 |
| 02/03/21 | GJK | Procurement change of control/transfer workplan kickoff call with R. Aleali, B. Miller, K. McCarthy, M. Kwarcinski, S. Daniel, S. Bhaskar, G. Whiteside, D. Igo, G. Sparta, J. Ducharme (all Purdue) and G. Koch, S. Lemack (both AlixPartners). | 1.00 |
| 02/03/21 | GJK | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following IP brainstorming session and review open items for tomorrow. | 0.40 |
| 02/03/21 | GJK | IP change of control/transfer workplan discussion with K. McCarthy, B. Miller, R. Inz, B. Koch, R. Kreppel (all Purdue) and G. Koch, S. Lemack (both AlixPartners). | 0.70 |
| 02/03/21 | JD | Prepare agenda for weekly call with management | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | tomorrow morning. | |
| 02/03/21 | HSB | Review materials from due diligence counterparty (Plex) and related financial details for Purdue | 0.40 |
| 02/04/21 | HSB | Call with C. Landau, M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, D. Klein, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: case progress and go-forward planning. | 1.10 |
| 02/04/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: workstream planning and coordination | 0.30 |
| 02/04/21 | ADD | Update interested parties list. | 0.90 |
| 02/04/21 | ADD | Call with J. DelConte, S. Lemack and A. DePalma (all AlixPartners) re: claims analysis to be shared with J. Lowne (Purdue) and FTI. | 0.50 |
| 02/04/21 | GJK | Morning catch-up call with G. Koch, S. Lemack (both AlixPartners) to review agenda and discuss open items for afternoon Employee Matters pre-call. | 0.20 |
| 02/04/21 | GJK | Employee Matters pre-call with R. Aleali (Purdue), S. Brecher (DPW), G. Koch, S. Lemack (both AlixPartners) to review latest feedback received on the Employee Matters transfer workplan. | 0.60 |
| 02/04/21 | GJK | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following Avrio kickoff meeting re: change of control/transfer workplan. | 0.10 |
| 02/04/21 | GJK | Call with C. Landau, M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, D. Klein, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: case progress and go-forward planning. | 1.10 |
| 02/04/21 | LJD | Call with C. Landau, M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, D. Klein, E. Vonnegut, C. Robertson | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | (all DPW), J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: case progress and go-forward planning. | |
| 02/04/21 | SKL | Morning catch-up call with G. Koch, S. Lemack (both AlixPartners) to review agenda and discuss open items for afternoon Employee Matters pre-call. | 0.20 |
| 02/04/21 | SKL | Employee Matters pre-call with R. Aleali (Purdue), S. Brecher (DPW), G. Koch, S. Lemack (both AlixPartners) to review latest feedback received on the Employee Matters transfer workplan. | 0.60 |
| 02/04/21 | SKL | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following Avrio kickoff meeting re: change of control/transfer workplan. | 0.10 |
| 02/04/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: workstream planning and coordination | 0.30 |
| 02/04/21 | SKL | Avrio change of control/transfer workplan kickoff call with R. Aleali, B. Miller, K. McCarthy, B. Weingarten (all Purdue), M. Leipold (Imbrium), T. Garvey, L. Hirsch, J. Tran, and R. Fernandes (all Avrio). | 0.60 |
| 02/04/21 | SKL | Call with J. DelConte, S. Lemack and A. DePalma (all AlixPartners) re: claims analysis to be shared with J. Lowne (Purdue) and FTI. | 0.50 |
| 02/04/21 | SKL | Review latest updates and feedback received re: standard change of control/transfer workplan deck and circulate updated deck accordingly. | 1.00 |
| 02/04/21 | JD | Call with C. Landau, M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, D. Klein, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: case progress and go-forward planning. | 1.10 |
| 02/04/21 | JD | Call with J. Turner (PJT) re: HL follow up call. | 0.20 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                    **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Chapter 11 Process/Case Management
Client/Matter #         012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/04/21 | JD | Call with R. Aleali (Purdue) re: case progress and go-forward planning. | 0.50 |
| 02/04/21 | JD | Call with J. DelConte, S. Lemack and A. DePalma (all AlixPartners) re: claims analysis to be shared with J. Lowne (Purdue) and FTI. | 0.50 |
| 02/05/21 | JD | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 02/05/21 | JD | Catch up call with J. Turner (PJT) re: PBGC call and other ongoing workstreams. | 0.20 |
| 02/05/21 | JD | Call with L. Donahue, J. DelConte (both AlixPartners) and R. Aleali (Purdue) re: IT workstream. | 0.30 |
| 02/05/21 | JD | Review scope of potential IT workstream. | 0.20 |
| 02/05/21 | SKL | Catch-up call with G. Koch, S. Lemack (both AlixPartners) re: timing of upcoming change of control/transfer workplan activities and plan for next week's meetings. | 0.40 |
| 02/05/21 | SKL | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 02/05/21 | LJD | Call with L. Donahue, J. DelConte (both AlixPartners) and R. Aleali (Purdue) re: IT workstream. | 0.30 |
| 02/05/21 | GJK | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 02/05/21 | GJK | Catch-up call with G. Koch, S. Lemack (both AlixPartners) re: timing of upcoming change of control/transfer workplan activities and plan for next week's meetings. | 0.40 |
| 02/05/21 | ADD | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 02/05/21 | HSB | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 02/05/21 | HSB | Prepare notes and agenda for team meeting re: various Purdue case related matters | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/05/21 | LTN | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 02/07/21 | GJK | Provide feedback on Contribution Agreement to J Delconte (AlixPartners) and J Turner (PJT). | 0.90 |
| 02/07/21 | GJK | Review Contribution Agreement key issues list from DPW. | 1.10 |
| 02/08/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to debrief following IT kickoff session and review open items for tomorrow. | 1.00 |
| 02/08/21 | GJK | Review updated Mundipharma balance sheet and prior cash flow information to prep for contribution letter discussion/ | 1.50 |
| 02/08/21 | GJK | Review input from Commericial subgroup on potential issues related to change of control process | 0.80 |
| 02/08/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) re: Purdue change of control/transfer workplan and review latest updates and feedback. | 0.50 |
| 02/08/21 | GJK | Call with R. Aleali, B. Miller, K. McCarthy, A. Raina, J. Narlis, K. Haase, H. Ghnaimeh (all Purdue) and G. Koch, S. Lemack (both AlixPartners) re: IT change of control/transfer workplan kickoff. | 0.80 |
| 02/08/21 | GJK | Discussion with R. Aleali, B. Miller, K. McCarthy, C. Russo, S. Daniel, J. Lauriat, A. Hart, E. Ruta (all Purdue) and G. Koch, S. Lemack (both AlixPartners) re: procurement change of control/transfer workplan. | 0.40 |
| 02/08/21 | GJK | Afternoon meeting with G. Koch, S. Lemack (both AlixPartners) to debrief following Procurement brainstorming session and catch-up on the afternoon Tech. Ops. kickoff. | 0.40 |
| 02/08/21 | GJK | Develop draft consolidated spreadsheet for commerical subgroup process steps | 1.50 |
| 02/08/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) re: | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #  012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Purdue change of control/transfer workplan and review latest updates and feedback. | |
| 02/08/21 | SKL | Call with R. Aleali, B. Miller, K. McCarthy, A. Raina, J. Narlis, K. Haase, H. Ghnaimeh (all Purdue) and G. Koch, S. Lemack (both AlixPartners) re: IT change of control/transfer workplan kickoff. | 0.80 |
| 02/08/21 | SKL | Discussion with R. Aleali, B. Miller, K. McCarthy, C. Russo, S. Daniel, J. Lauriat, A. Hart, E. Ruta (all Purdue) and G. Koch, S. Lemack (both AlixPartners) re: procurement change of control/transfer workplan. | 0.40 |
| 02/08/21 | SKL | Afternoon meeting with G. Koch, S. Lemack (both AlixPartners) to debrief following Procurement brainstorming session and catch-up on the afternoon Tech. Ops. kickoff. | 0.40 |
| 02/08/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to debrief following IT kickoff session and review open items for tomorrow. | 1.00 |
| 02/08/21 | SKL | Review latest FTI diligence request and prepare updated feedback accordingly. | 0.80 |
| 02/08/21 | SKL | Review December finance deck and prepared list of questions/comments accordingly. | 1.30 |
| 02/08/21 | HSB | Review presentation materials prepared by PJT ahead of call with advisors re: plan related issues and potential distributions calculations | 1.20 |
| 02/08/21 | HSB | Review Dec 2020 financial statement deck prepared by J. Lowne (Purdue) | 1.40 |
| 02/08/21 | HSB | Review due diligence materials (Plex) prepared by PJT ahead of call with advisors | 0.90 |
| 02/08/21 | JD | Call with T. Ghalayini, J. DelConte (both AlixPartners) re: confirmation IT requirements. | 0.20 |
| 02/09/21 | ADD | Call with J. DelConte and A. DePalma (both AlixPartners) | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | re: ongoing claims, liquidation analysis and diligence work streams. | |
| 02/09/21 | HSB | Call with M. Huebner, L. Altus, A. Lele, E. Vonnegut, C. Robertson (all DPW), J. Lowne, M. Kesselman, R. Aleali (all Purdue), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, G. Koch, J. DelConte (all AlixPartners) re: weekly planning and catch up call. | 1.00 |
| 02/09/21 | HSB | Review email from due diligence counterparty (Plex) with list of requests for additional info | 0.10 |
| 02/09/21 | HSB | Review correspondence and related info re: request from AdHoc advisors | 0.30 |
| 02/09/21 | SKL | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following weekly change of control/transfer workplan meeting and discus open items. | 0.70 |
| 02/09/21 | SKL | Morning call with G. Koch, S. Lemack (both AlixPartners) re: Purdue change of control/transfer workplan and review updated PMO tracker. | 0.70 |
| 02/09/21 | SKL | Call with R. Aleali, B. Miller, K. McCarthy, J. Lowne, E. Nowakowski, E. Ruiz, M. Jack (all Purdue) and G. Koch, S. Lemack (both AlixPartners) re: treasury/Accounting change of control/transfer workplan kickoff. | 0.50 |
| 02/09/21 | SKL | Call with R. Aleali, B. Miller, K. McCarthy (all Purdue), E. Diggs, C. Robertson, E. Turay (all DPW) and G. Koch, S. Lemack (both AlixPartners) re: weekly change of control/transfer workplan update. | 1.00 |
| 02/09/21 | SKL | Discussion with R. Aleali, B. Miller, K. McCarthy, B. Shank, M. Ronning, C. Ostrowski, D. Rosen (all Purdue) and G. Koch, S. Lemack (both AlixPartners) re: commercial change of control/transfer workplan brainstorming session. | 1.10 |
| 02/09/21 | SKL | Review latest feedback received by the Commercial team and prepare draft workplan for this afternoon's | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | brainstorming session. | |
| 02/09/21 | SKL | Review latest LSTC inquiry and provide update accordingly. | 0.50 |
| 02/09/21 | SKL | Review latest feedback provided re: change of control/transfer workplan and provided updated feedback accordingly. | 0.80 |
| 02/09/21 | SKL | Prepare updates to the PMO tracker re: change of control/transfer workplan. | 1.30 |
| 02/09/21 | JD | Call with J. DelConte and A. DePalma (both AlixPartners) re: ongoing claims, liquidation analysis and diligence work streams. | 0.70 |
| 02/09/21 | JD | Call with M. Huebner, L. Altus, A. Lele, E. Vonnegut, C. Robertson (all DPW), J. Lowne, M. Kesselman, R. Aleali (all Purdue), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, G. Koch, J. DelConte (all AlixPartners) re: weekly planning and catch up call. | 1.00 |
| 02/09/21 | JD | Call with J. Turner (PJT) re: third party discussions and disclosure statement exhibits. | 0.40 |
| 02/09/21 | JD | Call with M. Huebner (DPW) re: case catch up. | 0.20 |
| 02/09/21 | GJK | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following weekly change of control/transfer workplan meeting and discus open items. | 0.70 |
| 02/09/21 | GJK | Morning call with G. Koch, S. Lemack (both AlixPartners) re: Purdue change of control/transfer workplan and review updated PMO tracker. | 0.70 |
| 02/09/21 | GJK | Call with R. Aleali, B. Miller, K. McCarthy, J. Lowne, E. Nowakowski, E. Ruiz, M. Jack (all Purdue) and G. Koch, S. Lemack (both AlixPartners) re: treasury/Accounting change of control/transfer workplan kickoff. | 0.50 |
| 02/09/21 | GJK | Call with R. Aleali, B. Miller, K. McCarthy (all Purdue), E. Diggs, C. Robertson, E. Turay (all DPW) and G. Koch, S. | 1.00 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Chapter 11 Process/Case Management
Client/Matter #       012589.00101

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | Lemack (both AlixPartners) re: weekly change of control/transfer workplan update. | |
| 02/09/21 | GJK | Discussion with R. Aleali, B. Miller, K. McCarthy, B. Shank, M. Ronning, C. Ostrowski, D. Rosen (all Purdue) and G. Koch, S. Lemack (both AlixPartners) re: commercial change of control/transfer workplan brainstorming session. | 1.10 |
| 02/09/21 | GJK | Identify change of control issues to address during week. | 0.80 |
| 02/09/21 | GJK | Prepare for Transfer Working Group call. | 0.50 |
| 02/09/21 | GJK | Prepare for Commercial subgroup brainstorm follow up call and Treasury kick off call. | 1.00 |
| 02/09/21 | GJK | Call with M. Huebner, L. Altus, A. Lele, E. Vonnegut, C. Robertson (all DPW), J. Lowne, M. Kesselman, R. Aleali (all Purdue), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, G. Koch, J. DelConte (all AlixPartners) re: weekly planning and catch up call. | 1.00 |
| 02/09/21 | GJK | Confirm change of control related meetings for week. | 0.20 |
| 02/09/21 | LJD | Call with M. Huebner, L. Altus, A. Lele, E. Vonnegut, C. Robertson (all DPW), J. Lowne, M. Kesselman, R. Aleali (all Purdue), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, G. Koch, J. DelConte (all AlixPartners) re: weekly planning and catch up call. | 1.00 |
| 02/10/21 | GJK | Review initial shareholder presentation- Raymond Sackler side. | 2.50 |
| 02/10/21 | GJK | Review initial IAC balance sheet by entity information. | 3.00 |
| 02/10/21 | GJK | Research re: emergence timelines and Newco creation milestone. | 2.00 |
| 02/10/21 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: post-confirmation timing. | 0.30 |
| 02/10/21 | GJK | Call with C. Robertson (DPW) re: potential Newco | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:           Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | timelines. | |
| 02/10/21 | GJK | Afternoon call with G. Koch, S. Lemack (both AlixPartners) re: the contract management/intralinks process. | 0.60 |
| 02/10/21 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: post-confirmation timing. | 0.30 |
| 02/10/21 | JD | Call with M. Huebner (DPW) and J. Turner (PJT) re: follow-up to PBGC call. | 0.30 |
| 02/10/21 | SKL | Review latest feedback received re: change of control/transfer workplan process and prepare updates accordingly. | 1.20 |
| 02/10/21 | SKL | Afternoon call with G. Koch, S. Lemack (both AlixPartners) re: the contract management/intralinks process. | 0.60 |
| 02/10/21 | HSB | Review analysis prepared by PJT for board meeting re: Plex diligence | 1.10 |
| 02/10/21 | JD | Review letter from PBGC and correspondence with DPW, PJT and Purdue management re: same. | 0.40 |
| 02/11/21 | JD | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), J. O'Connell, J. Turner, T. Melvin (all PJT) re: weekly catch up and planning call. | 0.80 |
| 02/11/21 | JD | Call with R. Aleali (Purdue) re: follow-up to weekly catch up call. | 0.20 |
| 02/11/21 | JD | Call with Purdue IT re: confirmation file sharing process. | 0.50 |
| 02/11/21 | JD | Review Province analysis of shareholder trust assets. | 0.40 |
| 02/11/21 | HSB | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), J. O'Connell, J. Turner, T. Melvin (all PJT) | 0.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Chapter 11 Process/Case Management
Client/Matter #          012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | re: weekly catch up and planning call. | |
| 02/11/21 | SKL | Afternoon call with G. Koch, S. Lemack (both AlixPartners) re: and prepare for upcoming DS&P kickoff call. | 0.30 |
| 02/11/21 | SKL | DS&P change of control/transfer workplan kickoff call with R. Aleali, B. Miller, K. McCarthy, M. Malempati, S. Patel, S. Daniel, (all Purdue) and G. Koch, S. Lemack (both AlixPartners). | 0.70 |
| 02/11/21 | GJK | Afternoon call with G. Koch, S. Lemack (both AlixPartners) re: and prepare for upcoming DS&P kickoff call. | 0.30 |
| 02/11/21 | GJK | DS&P change of control/transfer workplan kickoff call with R. Aleali, B. Miller, K. McCarthy, M. Malempati, S. Patel, S. Daniel, (all Purdue) and G. Koch, S. Lemack (both AlixPartners). | 0.70 |
| 02/11/21 | GJK | Research on emergence timelines within regulated environment, including labeling and packaging needs. | 2.50 |
| 02/11/21 | GJK | Outline steps for Family Trust Diligence. | 0.90 |
| 02/11/21 | GJK | Follow up with C Ostrowski (Purdue) regarding HR workstream questions | 0.60 |
| 02/11/21 | GJK | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), J. O'Connell, J. Turner, T. Melvin (all PJT) re: weekly catch up and planning call. | 0.80 |
| 02/11/21 | GJK | Evaluate potential asset diligence needs. | 0.70 |
| 02/11/21 | GJK | Follow up on emails regarding TechOps workstreams. | 0.40 |
| 02/11/21 | LJD | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), J. O'Connell, J. Turner, T. Melvin (all PJT) | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | re: weekly catch up and planning call. | |
| 02/12/21 | LJD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.00 |
| 02/12/21 | GJK | Review Mortimer Sackler informational presentation/ | 3.00 |
| 02/12/21 | GJK | Review shareholder asset information. | 2.50 |
| 02/12/21 | GJK | Call with R. Aleali, B. Miller, K. McCarthy, Y. Colinet, J. Erensen, N. Crudele, C. Geremia, R. Shah, M. Cataldo, L. Samuel, M. Kwarcinski, S. Baldridge, R. McGovern, V. Pascale, (all Purdue), G. Koch, S. Lemack (both AlixPartners) re: PMRs/Marketed Products change of control/transfer workplan kickoff. | 0.90 |
| 02/12/21 | GJK | Call with R. Aleali, B. Miller, K. McCarthy, A. Cipriano, S. Bhaskar, G. Whiteside, M. Leipold (all Purdue), G. Koch, S. Lemack (both AlixPartners) re: clinical R&D change of control/transfer workplan kickoff. | 0.90 |
| 02/12/21 | GJK | Morning call with G. Koch, S. Lemack (both AlixPartners) to catch-up on item items re: change of control/transfer workplan and prepare for upcoming kickoff calls accordingly. | 0.30 |
| 02/12/21 | SKL | Call with R. Aleali, B. Miller, K. McCarthy, Y. Colinet, J. Erensen, N. Crudele, C. Geremia, R. Shah, M. Cataldo, L. Samuel, M. Kwarcinski, S. Baldridge, R. McGovern, V. Pascale, (all Purdue), G. Koch, S. Lemack (both AlixPartners) re: PMRs/Marketed Products change of control/transfer workplan kickoff. | 0.90 |
| 02/12/21 | SKL | Call with R. Aleali, B. Miller, K. McCarthy, A. Cipriano, S. Bhaskar, G. Whiteside, M. Leipold (all Purdue), G. Koch, S. Lemack (both AlixPartners) re: clinical R&D change of control/transfer workplan kickoff. | 0.90 |
| 02/12/21 | SKL | Morning call with G. Koch, S. Lemack (both AlixPartners) to catch-up on item items re: change of control/transfer | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #   012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | workplan and prepare for upcoming kickoff calls accordingly. | |
| 02/12/21 | SKL | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.00 |
| 02/12/21 | SKL | Continue to finalize updates to the liquidation analysis based on the latest financials. | 1.60 |
| 02/12/21 | HSB | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.00 |
| 02/12/21 | HSB | Prepare notes and agenda for team meeting re: various Purdue case related matters | 0.30 |
| 02/12/21 | LTN | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.00 |
| 02/12/21 | JD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.00 |
| 02/12/21 | ADD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.00 |
| 02/12/21 | HSB | Review weekly cash report prepared by L. Nguyen (AlixPartners) for week ended 2/5/2021 | 0.70 |
| 02/15/21 | JD | Review latest draft board materials. | 0.30 |
| 02/15/21 | HSB | Review Purdue due diligence materials (Plex) | 0.40 |
| 02/15/21 | SKL | Begin to prepare updates to the PMO tracker and follow-up on outstanding items re: change of control/transfer workplan. | 1.10 |
| 02/15/21 | GJK | Regulatory kickoff meeting with K. McCarthy, B. Miller, T. Delehant, D. Grob, M. Hart, J. Nelson, G. Sparta (all | 0.90 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Chapter 11 Process/Case Management |
| Client/Matter # | 012589.00101 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Purdue), and G. Koch, S. Lemack (both AlixPartners). | |
| 02/15/21 | GJK | Notes on updating workplans for subgroups for change of control process. | 0.60 |
| 02/15/21 | GJK | Review draft workplans for sub groups for change of control process. | 1.40 |
| 02/15/21 | GJK | Tie out shareholder assets to Province developed summary. | 2.50 |
| 02/15/21 | GJK | Review shareholder asset documents for Sackler Family. | 1.00 |
| 02/15/21 | GJK | Morning call with G. Koch, S. Lemack (both AlixPartners) re: change of control process and open items for this afternoon's Regulatory kickoff meeting. | 0.20 |
| 02/15/21 | SKL | Regulatory kickoff meeting with K. McCarthy, B. Miller, T. Delehant, D. Grob, M. Hart, J. Nelson, G. Sparta (all Purdue), and G. Koch, S. Lemack (both AlixPartners). | 0.90 |
| 02/15/21 | SKL | Morning call with G. Koch, S. Lemack (both AlixPartners) re: change of control process and open items for this afternoon's Regulatory kickoff meeting. | 0.20 |
| 02/16/21 | SKL | Prepare updates to the change of control/transfer workplan PMO tracker and update the meeting agenda. | 1.20 |
| 02/16/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) do discuss agenda for weekly change of control/transfer workplan meeting and other open items. | 0.40 |
| 02/16/21 | SKL | PAD R&D kickoff meeting with K. McCarthy, R. Ortiz, R. Upasani, Q. Hong, G. McKeeman (all Purdue), and G. Koch, S. Lemack (both AlixPartners). | 0.90 |
| 02/16/21 | SKL | Morning meetings with A. DePalma, S. Lemack (both AlixPartners) re: contract management/Intralinks process. | 0.30 |
| 02/16/21 | SKL | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following weekly change of | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Chapter 11 Process/Case Management
Client/Matter #            012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | control/transfer workplan update. | |
| 02/16/21 | SKL | Meeting with B. Shank, K. McCarthy, B. Miller (all Purdue) re: Market Access workplan. | 0.80 |
| 02/16/21 | SKL | Review latest Market Access feedback provided and update agenda for afternoon discussion. | 0.50 |
| 02/16/21 | SKL | Evening call with G. Koch, S. Lemack (both AlixPartners) to debrief following Market Access discussion and provide update on other open items. | 0.40 |
| 02/16/21 | SKL | Prepare updates to the Intralinks site re: contract management process. | 1.60 |
| 02/16/21 | SKL | Prepare follow-up on open items following weekly change of control/transfer workplan meeting. | 0.70 |
| 02/16/21 | SKL | Review latest updates provided re: debtor-to-debtor accounts and update the liquidation forecast accordingly. | 1.40 |
| 02/16/21 | SKL | Weekly change of control/transfer workplan update call with R. Aleali, B. Miller, K. McCarthy (all Purdue), E. Diggs, C. Robertson, E. Turay (all DPW) and G. Koch, S. Lemack (all AlixPartners). | 0.90 |
| 02/16/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) do discuss agenda for weekly change of control/transfer workplan meeting and other open items. | 0.40 |
| 02/16/21 | GJK | PAD R&D kickoff meeting with K. McCarthy, R. Ortiz, R. Upasani, Q. Hong, G. McKeeman (all Purdue), and G. Koch, S. Lemack (both AlixPartners). | 0.90 |
| 02/16/21 | GJK | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following weekly change of control/transfer workplan update. | 0.20 |
| 02/16/21 | GJK | Evening call with G. Koch, S. Lemack (both AlixPartners) to debrief following Market Access discussion and provide update on other open items. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/16/21 | GJK | Weekly change of control/transfer workplan update call with R. Aleali, B. Miller, K. McCarthy (all Purdue), E. Diggs, C. Robertson, E. Turay (all DPW) and G. Koch, S. Lemack (all AlixPartners). | 0.90 |
| 02/16/21 | GJK | Call with M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, G. Koch, J. DelConte (all AlixPartners) re: weekly professionals call. | 0.80 |
| 02/16/21 | GJK | Plan out call/outreach schedule for subgroups for change of control process. | 1.30 |
| 02/16/21 | GJK | Plan out call/outreach schedule for workgroups. | 0.70 |
| 02/16/21 | LJD | Call with M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, G. Koch, J. DelConte (all AlixPartners) re: weekly professionals call. | 0.80 |
| 02/16/21 | HSB | Call with M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, G. Koch, J. DelConte (all AlixPartners) re: weekly professionals call. | 0.80 |
| 02/16/21 | JD | Call with M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, G. Koch, J. DelConte (all AlixPartners) re: weekly professionals call. | 0.80 |
| 02/16/21 | ADD | Morning meetings with A. DePalma, S. Lemack (both AlixPartners) re: contract management/Intralinks process. | 0.30 |
| 02/17/21 | JD | Call with J. DelConte, L. Donahue, T. Ghalayini (all AlixPartners) re: IT assistance. | 0.30 |
| 02/17/21 | HSB | Review due diligence materials (Plex) and related analysis | 1.50 |
| 02/17/21 | HSB | Review additional due diligence materials and prepared summary listing (Plex) | 0.60 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Chapter 11 Process/Case Management
Client/Matter #         012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/17/21 | HSB | Review third party investment presentation prepared by Purdue | 0.60 |
| 02/17/21 | HSB | Review Rhodes presentation with financial details, prepared by J. Lowne (Purdue) | 0.90 |
| 02/17/21 | HSB | Review due diligence materials (Plex) updated by A. DePalma (AlixPartners) | 0.20 |
| 02/17/21 | LJD | Call with J. DelConte, L. Donahue, T. Ghalayini (all AlixPartners) re: IT assistance. | 0.30 |
| 02/17/21 | GJK | Review open items for change of control subgroup discussions. | 0.60 |
| 02/17/21 | GJK | Review Ex-US IAC financials (2017-2018). | 2.50 |
| 02/17/21 | GJK | Intralinks/contract management meeting with K. McCarthy, B. Miller (both Purdue), E. Diggs, E. Turay (both DPW) and G. Koch, S. Lemack (both AlixPartners). | 0.70 |
| 02/17/21 | GJK | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following Intralinks/contract management discussion. | 0.40 |
| 02/17/21 | GJK | Morning call with G. Koch, S. Lemack (both AlixPartners) re: open items related to the contracts management piece of the change of control/transfer workplan workstream. | 0.30 |
| 02/17/21 | SKL | Intralinks/contract management meeting with K. McCarthy, B. Miller (both Purdue), E. Diggs, E. Turay (both DPW) and G. Koch, S. Lemack (both AlixPartners). | 0.70 |
| 02/17/21 | SKL | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following Intralinks/contract management discussion. | 0.40 |
| 02/17/21 | SKL | Morning call with G. Koch, S. Lemack (both AlixPartners) re: open items related to the contracts management piece of the change of control/transfer workplan workstream. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/17/21 | JD | Provide comments on IT assistance proposals. | 0.40 |
| 02/17/21 | JD | Provide edits to the list of relevant third party financing sources. | 0.50 |
| 02/17/21 | JD | Create agenda for tomorrow's update call with management and advisors. | 0.40 |
| 02/17/21 | JD | Call with M. Huebner (DPW) re: third party process. | 0.20 |
| 02/17/21 | JD | Call with R. Aleali (Purdue) re: confirmation process. | 0.20 |
| 02/18/21 | JD | Call with L. Donahue, J. DelConte and T. Ghalayini (all AlixPartners) re: IT workstream. | 0.30 |
| 02/18/21 | JD | Provide comments on potential IT workplan. | 0.50 |
| 02/18/21 | JD | Meeting with L. Donahue (partial participation), G. Koch (partial participation), J. DelConte, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: case status and planning. | 1.50 |
| 02/18/21 | SKL | Create accounts payable release file and review latest payments made. | 1.00 |
| 02/18/21 | SKL | Review latest monthly flash report and prepared updated notes/feedback accordingly. | 1.40 |
| 02/18/21 | SKL | Morning call with G. Koch, S. Lemack (both AlixPartners) re: change of control process and open items for this afternoon's assumption/cure notice discussion. | 0.20 |
| 02/18/21 | SKL | Afternoon call with G. Koch, S. Lemack (both AlixPartners) re: change of control/transfer workplan items and review open items for the assumption/cure notice discussion | 0.40 |
| 02/18/21 | SKL | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following assumption/cure notice discussion. | 0.50 |

# **AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/18/21 | SKL | Assumption/cure notice meeting with K. McCarthy, B. Miller (both Purdue), C. Robertson, E. Diggs, E. Turay (all DPW) and G. Koch, S. Lemack (both AlixPartners). | 0.50 |
| 02/18/21 | SKL | Review latest inquiry provided by the DPW team and prepare update accordingly. | 0.90 |
| 02/18/21 | SKL | Finalize review of notes/feedback provided by the Commercial and R&D teams and provided updated breakdown of open items/questions accordingly. | 2.60 |
| 02/18/21 | GJK | Morning call with G. Koch, S. Lemack (both AlixPartners) re: change of control process and open items for this afternoon's assumption/cure notice discussion. | 0.20 |
| 02/18/21 | GJK | Afternoon call with G. Koch, S. Lemack (both AlixPartners) re: change of control/transfer workplan items and review open items for the assumption/cure notice discussion | 0.40 |
| 02/18/21 | GJK | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following assumption/cure notice discussion. | 0.50 |
| 02/18/21 | GJK | Assumption/cure notice meeting with K. McCarthy, B. Miller (both Purdue), C. Robertson, E. Diggs, E. Turay (all DPW) and G. Koch, S. Lemack (both AlixPartners). | 0.50 |
| 02/18/21 | GJK | Meeting with L. Donahue (partial participation), G. Koch (partial participation), J. DelConte, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: case status and planning. | 1.50 |
| 02/18/21 | LJD | Call with L. Donahue, J. DelConte and T. Ghalayini (all AlixPartners) re: IT workstream. | 0.30 |
| 02/18/21 | LJD | Meeting with L. Donahue (partial participation), G. Koch (partial participation), J. DelConte, H. Bhattal (all | 1.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: case status and planning. |  |
| 02/18/21 | HSB | Meeting with L. Donahue (partial participation), G. Koch (partial participation), J. DelConte, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: case status and planning. | 1.50 |
| 02/18/21 | HSB | Review email correspondence pertaining to due diligence (Plex) | 0.20 |
| 02/18/21 | HSB | Review due diligence (Plex) related materials | 0.40 |
| 02/18/21 | HSB | Review email correspondence re: Purdue case related updates on various matters | 0.20 |
| 02/18/21 | HSB | Review Purdue tax model prepared by Grant Thornton | 1.70 |
| 02/18/21 | HSB | Review document from FTI & HL with AdHoc counter re: min distributions | 0.40 |
| 02/19/21 | HSB | Review responses from Purdue pertaining to due diligence (Plex) | 0.30 |
| 02/19/21 | SKL | Meeting with S. Daniel and P. Brinckerhoff (both Purdue) re: IT license agreement process. | 0.50 |
| 02/19/21 | SKL | Finalize review of MOR reports and circulate updates internally. | 2.20 |
| 02/22/21 | SKL | Review latest comments and feedback provide re: Nayatt Cove investment decks and prepare updates accordingly for creditor groups. | 1.50 |
| 02/22/21 | SKL | Review latest comments and feedback provide re: Rhodes Pharma business plan update and prepare updates accordingly for creditor groups. | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #  012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/22/21 | SKL | Reconcile Nayatt Cove investment deck | 2.10 |
| 02/22/21 | SKL | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss upcoming change of control/transfer workplan meeting and brainstorm new decision tree breakdown. | 0.40 |
| 02/22/21 | GJK | Develop draft timeline format for key product delivery questions for change of control. | 2.00 |
| 02/22/21 | GJK | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss upcoming change of control/transfer workplan meeting and brainstorm new decision tree breakdown. | 0.40 |
| 02/22/21 | HSB | Conducted research and reviewed public filings related to Purdue investments | 2.30 |
| 02/22/21 | HSB | Review presentation with Rhodes update and related information | 1.60 |
| 02/22/21 | HSB | Review due diligence related materials (Plex) | 0.90 |
| 02/23/21 | HSB | Review document from PJT Partners with updated plan related analysis | 0.70 |
| 02/23/21 | HSB | Prepare excel worksheet with calculations related to cash forecasts | 0.80 |
| 02/23/21 | HSB | Review due diligence related materials (Plex) | 0.40 |
| 02/23/21 | HSB | Review email correspondence from various parties re: discussion of open plan items. | 0.20 |
| 02/23/21 | HSB | Call with L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT) re: weekly catch up and planning professionals call. | 0.60 |
| 02/23/21 | JD | Call with J. Turner (PJT) re: follow-up to call with PBGC. | 0.20 |
| 02/23/21 | JD | Call with L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT) re: weekly catch up and planning professionals call. | 0.60 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Chapter 11 Process/Case Management
Client/Matter #         012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/23/21 | GJK | Meeting with G. Koch, S. Lemack (both AlixPartners) to review latest updates and prepare for upcoming Tech Ops brainstorming session. | 0.30 |
| 02/23/21 | GJK | Tech Ops / Manufacturing kickoff meeting with R. Aleali, K. McCarthy, B. Miller, D. McGuire, B. Evans, M. Kroese, J. Northington, B. Purdon, A. Vento, J. Carlisle (all Purdue), E. Turay (DPW) and G. Koch, S. Lemack (both AlixPartners). | 1.00 |
| 02/23/21 | GJK | Meeting with G. Koch, S. Lemack (both AlixPartners) to debrief following Tech Ops/Manufacturing kickoff and plan for weekly update call this afternoon. | 0.30 |
| 02/23/21 | GJK | Weekly change of control/transfer workplan meeting with R. Aleali, K. McCarthy, B. Miller (all Purdue), C. Robertson, E. Diggs, E. Turay, A. Lele (all DPW) and G. Koch, S. Lemack (both AlixPartners). | 0.90 |
| 02/23/21 | GJK | Call with L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT) re: weekly catch up and planning professionals call. | 0.60 |
| 02/23/21 | GJK | Update product continuity overview for change of control working group. | 2.00 |
| 02/23/21 | LJD | Call with L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT) re: weekly catch up and planning professionals call. | 0.60 |
| 02/23/21 | SKL | Meeting with G. Koch, S. Lemack (both AlixPartners) to review latest updates and prepare for upcoming Tech Ops brainstorming session. | 0.30 |
| 02/23/21 | SKL | Tech Ops / Manufacturing kickoff meeting with R. Aleali, K. McCarthy, B. Miller, D. McGuire, B. Evans, M. Kroese, J. Northington, B. Purdon, A. Vento, J. Carlisle (all Purdue), E. Turay (DPW) and G. Koch, S. Lemack (both | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners). | |
| 02/23/21 | SKL | Meeting with G. Koch, S. Lemack (both AlixPartners) to debrief following Tech Ops/Manufacturing kickoff and plan for weekly update call this afternoon. | 0.30 |
| 02/23/21 | SKL | Finalize updated agenda and PMO tracker for weekly change of control/transfer workplan meeting. | 1.30 |
| 02/23/21 | SKL | Reconcile latest documents re: Nayatt Cove investments and prepared updated notes/feedback accordingly. | 1.20 |
| 02/23/21 | SKL | Weekly change of control/transfer workplan meeting with R. Aleali, K. McCarthy, B. Miller (all Purdue), C. Robertson, E. Diggs, E. Turay, A. Lele (all DPW) and G. Koch, S. Lemack (both AlixPartners). | 0.90 |
| 02/23/21 | SKL | Review latest feedback provided and send follow-up requests re: change of control/transfer workplan | 0.90 |
| 02/24/21 | GJK | Review Day 1 Readiness list from Procurement and reference against agreement needs. | 1.00 |
| 02/24/21 | GJK | Research into pharma company emergences for potential means of ensuring product continuity during post confirmation period. | 2.00 |
| 02/24/21 | GJK | Research on potential rebranding timelines for emerging as Newco (under new name). | 1.50 |
| 02/24/21 | AG | Prepare relationship disclosures for Purdue Pharma report from (A-D) | 0.50 |
| 02/24/21 | HSB | Review Purdue financial data in response to request from PJT Partners and emailed relevant documents | 2.10 |
| 02/25/21 | HSB | Review excel file with claims analysis prepared by S. Lemack (AlixPartners) | 0.60 |
| 02/25/21 | HSB | Call with J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), M. Kesselman, R. Aleali, J. Lowne (all | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Purdue) re: progress update and go-forward planning. | |
| 02/25/21 | HSB | Review supporting files for claims related analysis | 0.30 |
| 02/25/21 | HSB | Review plan issues related request from FTI and reviewed related information & analysis in preparation for call with interested parties | 1.20 |
| 02/25/21 | HSB | Review Purdue financial data and related information in connection with review of trade claims | 0.80 |
| 02/25/21 | AG | Prepare relationship disclosures for Purdue Pharma report (D-R) | 2.10 |
| 02/25/21 | AG | Prepare relationship disclosures for Purdue Pharma report (R-Z) | 1.60 |
| 02/25/21 | AG | Analyze relationship disclosures for Purdue Pharma report (A-H) | 2.00 |
| 02/25/21 | JD | Call with J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), M. Kesselman, R. Aleali, J. Lowne (all Purdue) re: progress update and go-forward planning. | 0.70 |
| 02/25/21 | GJK | Call with J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), M. Kesselman, R. Aleali, J. Lowne (all Purdue) re: progress update and go-forward planning. | 0.70 |
| 02/25/21 | LJD | Call with J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), M. Kesselman, R. Aleali, J. Lowne (all Purdue) re: progress update and go-forward planning. | 0.70 |
| 02/25/21 | SKL | Review latest OCP inquiry provided by C. MacDonald (Purdue) and provide update accordingly. | 0.60 |
| 02/26/21 | SKL | Rhodes Pharma kickoff meeting with R. Aleali, K. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #  012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | McCarthy, B. Miller, V. Mancinelli, K. Kolar, R. Thebeau, J. Doyle, D. Fogel (all Purdue), E. Turay (DPW) and G. Koch, S. Lemack (both AlixPartners). | |
| 02/26/21 | SKL | Meeting with G. Koch, S. Lemack (both AlixPartners) to review open items and plan for the upcoming Rhodes Pharma change of control/transfer workplan meeting. | 0.30 |
| 02/26/21 | SKL | Call with H. Bhattal, J. DelConte, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.20 |
| 02/26/21 | GJK | Rhodes Pharma kickoff meeting with R. Aleali, K. McCarthy, B. Miller, V. Mancinelli, K. Kolar, R. Thebeau, J. Doyle, D. Fogel (all Purdue), E. Turay (DPW) and G. Koch, S. Lemack (both AlixPartners). | 0.80 |
| 02/26/21 | GJK | Meeting with G. Koch, S. Lemack (both AlixPartners) to review open items and plan for the upcoming Rhodes Pharma change of control/transfer workplan meeting. | 0.30 |
| 02/26/21 | GJK | Review DPW Contract Review Schedule from B. Miller (Purdue). | 0.90 |
| 02/26/21 | GJK | Call with H. Bhattal, J. DelConte, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.20 |
| 02/26/21 | AG | Analyze relationship disclosures for Purdue Pharma report (H-R) | 2.80 |
| 02/26/21 | AG | Analyze relationship disclosures for Purdue Pharma report (R-Z) | 2.70 |
| 02/26/21 | JD | Call with H. Bhattal, J. DelConte, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.20 |
| 02/26/21 | HSB | Review updated excel files with claims analysis prepared by S. Lemack (AlixPartners) | 0.20 |
| 02/26/21 | HSB | Call with H. Bhattal, J. DelConte, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.20 |
| 02/26/21 | HSB | Prepare notes for team meeting with updates and open | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | items related to various bankruptcy case related matters | |
| 02/26/21 | LTN | Call with H. Bhattal, J. DelConte, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.20 |
| 03/01/21 | HSB | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma, L. Nguyen (all AlixPartners) re: workstream updates | 1.50 |
| 03/01/21 | LTN | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma, L. Nguyen (all AlixPartners) re: workstream updates | 1.50 |
| 03/01/21 | ADD | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma, L. Nguyen (all AlixPartners) re: workstream updates | 1.50 |
| 03/01/21 | SKL | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss tomorrow's brainstorming session with the manufacturing team as well as open items for the weekly change of control/transfer workplan call. | 0.30 |
| 03/01/21 | SKL | Review latest feedback provided re: Commercial transfer workplan and circulate open items. | 0.70 |
| 03/01/21 | SKL | Review latest feedback provided re: Procurement transfer workplan and circulate open items. | 0.70 |
| 03/01/21 | GJK | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss tomorrow's brainstorming session with the manufacturing team as well as open items for the weekly change of control/transfer workplan call. | 0.30 |
| 03/01/21 | SKL | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma, L. Nguyen (all AlixPartners) re: workstream updates | 1.50 |
| 03/01/21 | JD | Call with C. Oluwole (DPW) re: IT confirmation process. | 0.20 |
| 03/01/21 | JD | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma, L. Nguyen (all AlixPartners) re: workstream updates | 1.50 |
| 03/01/21 | JD | Review latest IT service diligence responses. | 0.20 |
| 03/02/21 | JD | Review Side A financial information. | 0.50 |
| 03/02/21 | JD | Review Raymond side financial information from Milbank. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #  012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/02/21 | JD | Call with J. DelConte, G. Koch, H. Bhattal, L. Donahue (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT) re: catch-up and go-forward planning call. | 1.00 |
| 03/02/21 | SKL | Meeting with R. Aleali, K. McCarthy, B. Miller, D. McGuire, B. Evans, M. Kroese, J. Northington, B. Purdon, A. Vento, J. Carlisle (all Purdue), E. Turay (DPW) and G. Koch (AlixPartners), S. Lemack (AlixPartners) to review initial transfer workplan list provided by the Tech Ops/Manufacturing group. | 1.00 |
| 03/02/21 | SKL | Debrief call with G. Koch, S. Lemack (both AlixPartners) to discuss the brainstorming session with the Tech Ops/Manufacturing group as well as the weekly update call re: change of control/transfer workplan process. | 0.30 |
| 03/02/21 | SKL | Weekly change of control/transfer workplan meeting with R. Aleali (Purdue), K. McCarthy (Purdue), B. Miller (Purdue), C. Robertson (DPW), E. Diggs (DPW), E. Turay (DPW), A. Lele (DPW) and G. Koch (AlixPartners), S. Lemack (AlixPartners). | 0.50 |
| 03/02/21 | SKL | Update the PMO tracker and decision tree checklist for the weekly change of control/transfer workplan call. | 1.30 |
| 03/02/21 | SKL | Review feedback provided from the Tech Ops/Manufacturing group and prepare consolidated list of open items to discuss on this morning's call. | 1.30 |
| 03/02/21 | GJK | Call with J. DelConte, G. Koch, H. Bhattal, L. Donahue (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT) re: catch-up and go-forward planning call. | 1.00 |
| 03/02/21 | GJK | Debrief call with G. Koch, S. Lemack (both AlixPartners) to discuss the brainstorming session with the Tech Ops/Manufacturing group as well as the weekly update call re: change of control/transfer workplan process. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Chapter 11 Process/Case Management
Client/Matter #   012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/02/21 | GJK | Weekly change of control/transfer workplan meeting with R. Aleali (Purdue), K. McCarthy (Purdue), B. Miller (Purdue), C. Robertson (DPW), E. Diggs (DPW), E. Turay (DPW), A. Lele (DPW) and G. Koch (AlixPartners), S. Lemack (AlixPartners). | 0.50 |
| 03/02/21 | GJK | Meeting with R. Aleali, K. McCarthy, B. Miller, D. McGuire, B. Evans, M. Kroese, J. Northington, B. Purdon, A. Vento, J. Carlisle (all Purdue), E. Turay (DPW) and G. Koch (AlixPartners), S. Lemack (AlixPartners) to review initial transfer workplan list provided by the Tech Ops/Manufacturing group. | 1.00 |
| 03/02/21 | LJD | Call with J. DelConte, G. Koch, H. Bhattal, L. Donahue (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT) re: catch-up and go-forward planning call. | 1.00 |
| 03/02/21 | HSB | Review RP weekly sale report prepared by L. Nguyen (AlixPartners) | 0.20 |
| 03/02/21 | HSB | Review due diligence (Ion) list of files prepared by A. DePalma (AlixPartners) | 0.10 |
| 03/02/21 | HSB | Call with J. DelConte, G. Koch, H. Bhattal, L. Donahue (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT) re: catch-up and go-forward planning call. | 1.00 |
| 03/03/21 | GJK | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss latest updates to the Tech Ops workplan. | 0.20 |
| 03/03/21 | SKL | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss latest updates to the Tech Ops workplan. | 0.20 |
| 03/03/21 | SKL | Finalize review and consolidation of Tech Ops feedback and prepare updated draft workplan to circulate to the team. | 1.30 |
| 03/03/21 | SKL | Review and reconcile latest prepetition invoices provided | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | by H. Benson (Purdue) and prepare update accordingly. | |
| 03/03/21 | SKL | Email A. DePalma (AlixPartners) re: latest invoice inquiry provided by H. Benson (Purdue) | 0.20 |
| 03/04/21 | SKL | Meeting with G. Koch, S. Lemack (both AlixPartners) to debrief on meeting re: disbursement agreements and touch base on the change of control/transfer workplan process. | 0.40 |
| 03/04/21 | SKL | Prepare final updates to the Tech Ops workplan and circulate update accordingly. | 1.00 |
| 03/04/21 | JD | Call with C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners) re: catch up and go-forward planning. | 1.00 |
| 03/04/21 | GJK | Meeting with G. Koch, S. Lemack (both AlixPartners) to debrief on meeting re: disbursement agreements and touch base on the change of control/transfer workplan process. | 0.40 |
| 03/04/21 | GJK | Email S. Lemack (AlixPartners) re: subgroup meeting schedules. | 0.20 |
| 03/04/21 | GJK | Call with C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners) re: catch up and go-forward planning. | 1.00 |
| 03/04/21 | LJD | Call with C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners) re: catch up and go-forward planning. | 1.00 |
| 03/04/21 | HSB | Call with C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners) re: catch up and go-forward planning. | |
| 03/05/21 | HSB | Prepare agenda and notes for team update meeting re: various Purdue matters and next steps on open items | 0.40 |
| 03/05/21 | HSB | Review January board deck prepared by J. Lowne (Purdue) | 1.20 |
| 03/05/21 | HSB | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: Weekly update call | 0.70 |
| 03/05/21 | HSB | Review excel worksheets prepared by Purdue (with R&D analysis) for accuracy and consistency | 0.60 |
| 03/05/21 | LTN | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: Weekly update call | 0.70 |
| 03/05/21 | JD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: Weekly update call | 0.70 |
| 03/06/21 | HSB | Update excel worksheet with plan related analysis | 0.80 |
| 03/08/21 | SKL | Meeting with G. Koch (AlixPartners) to discuss and debrief on the Commercial transfer workplan call. | 0.30 |
| 03/08/21 | SKL | Meeting with K. McCarthy, B. Miller, M. Ronning, B. Shank, C. Ostrowski (all Purdue), S. Lemack and G. Koch (AlixPartners) to discuss the latest updates to the Commercial transfer workplan. | 0.80 |
| 03/08/21 | SKL | Review latest updates provided by the Commercial work team and update the PMO tracker accordingly. | 0.80 |
| 03/08/21 | GJK | Call with S. Lemack (AlixPartners) to prep for commercial subgroup team meeting. | 0.30 |
| 03/08/21 | GJK | Meeting with K. McCarthy, B. Miller, M. Ronning, B. Shank, C. Ostrowski (all Purdue), S. Lemack and G. Koch | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #  012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
|  |  | (AlixPartners) to discuss the latest updates to the Commercial transfer workplan. |  |
| 03/09/21 | GJK | Call with M. Huebner, B. Kaminetzky, C. Robertson, A. Lele (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners) re: weekly catch up and planning call. | 0.80 |
| 03/09/21 | LJD | Call with M. Huebner, B. Kaminetzky, C. Robertson, A. Lele (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners) re: weekly catch up and planning call. | 0.80 |
| 03/09/21 | SKL | Finalize updates to the weekly PMO tracker and circulate update to the full transfer workplan group. | 1.30 |
| 03/09/21 | SKL | Review latest business plan update and finalize updated business plan report for J. Lowne (Purdue) and R. Aleali (Purdue) sign-off. | 1.90 |
| 03/09/21 | SKL | Email G. Koch (AlixPartners) re: latest updates on the transfer workplan process. | 0.10 |
| 03/09/21 | HSB | Call with M. Huebner, B. Kaminetzky, C. Robertson, A. Lele (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners) re: weekly catch up and planning call. | 0.80 |
| 03/09/21 | HSB | Review updates to business plan document | 0.30 |
| 03/09/21 | JD | Call with M. Huebner, B. Kaminetzky, C. Robertson, A. Lele (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners) re: weekly catch up and planning call. | 0.80 |
| 03/10/21 | HSB | Review document with oncology update provided by R. | 0.20 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Chapter 11 Process/Case Management
Client/Matter #         012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Aleali (Purdue) | |
| 03/10/21 | HSB | Review board document with pipeline details provided by R. Aleali (Purdue) | 0.30 |
| 03/10/21 | HSB | Review Avrio materials prepared by Purdue | 0.30 |
| 03/10/21 | SKL | Finalize remaining updates to the latest business plan deck for creditor group distribution. | 0.80 |
| 03/11/21 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: update on shareholder diligence process. | 0.40 |
| 03/11/21 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: update on shareholder diligence process. | 0.40 |
| 03/12/21 | HSB | Call with M. Kesselman, R. Aleali, J. Lowne (all Purdue), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all DPW), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: weekly catch up planning call. | 1.20 |
| 03/12/21 | HSB | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack (all AlixPartners) re: Weekly update call | 1.00 |
| 03/12/21 | HSB | Review Pipeline info prepared by J. Lowne (Purdue) | 0.20 |
| 03/12/21 | ADD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack (all AlixPartners) re: Weekly update call | 1.00 |
| 03/12/21 | HSB | Review December flash report compiled by L. Nguyen (AlixPartners) | 0.80 |
| 03/12/21 | HSB | Review Purdue's December Flash report prepared by L. Nguyen (AlixPartners) | 0.60 |
| 03/12/21 | HSB | Review selected sections of Purdue's December full board deck prepared by J. Lowne (Purdue) | 0.40 |
| 03/12/21 | HSB | Prepare notes and agenda for Purdue team meeting and discussion of next steps on open items | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/12/21 | GJK | Call with M. Kesselman, R. Aleali, J. Lowne (all Purdue), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all DPW), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: weekly catch up planning call. | 1.20 |
| 03/12/21 | GJK | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack (all AlixPartners) re: Weekly update call | 1.00 |
| 03/12/21 | GJK | Prepare notes for weekly AlixPartners team call. | 0.30 |
| 03/12/21 | LJD | Call with M. Kesselman, R. Aleali, J. Lowne (all Purdue), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all DPW), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: weekly catch up planning call. | 1.20 |
| 03/12/21 | LJD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack (all AlixPartners) re: Weekly update call | 1.00 |
| 03/12/21 | SKL | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack (all AlixPartners) re: Weekly update call | 1.00 |
| 03/12/21 | JD | Call with M. Kesselman, R. Aleali, J. Lowne (all Purdue), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all DPW), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: weekly catch up planning call. | 1.20 |
| 03/12/21 | JD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack (all AlixPartners) re: Weekly update call | 1.00 |
| 03/15/21 | GJK | Review current status of workplans for change of control process. | 1.30 |
| 03/15/21 | GJK | Prioritize workstreams for change of control process post | 1.50 |

# **AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Plan filing. | |
| 03/15/21 | HSB | Review December full board deck prepared by J. Lowne (Purdue) | 1.10 |
| 03/16/21 | HSB | Continue reviewing December full board deck prepared by J. Lowne (Purdue) | 0.90 |
| 03/16/21 | GJK | Call with J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), E. Vonnegut, C. Robertson (both DPW), J. Turner, T. Melvin, J. Arsic, L. Schwarzmann (all PJT) re: post-filing catch up and planning call. | 0.50 |
| 03/16/21 | GJK | Prepare for weekly change of control process coordination call. | 0.50 |
| 03/16/21 | GJK | Meeting with K. McCarthy (Purdue), Z. Haseeb (Purdue), C. Robertson (DPW), E. Diggs (DPW), E. Turray (DPW), G. Koch (AlixPartners), S. Lemack (AlixPartners) to discuss and provide updates regarding change of control/transfer workplan process. | 0.40 |
| 03/16/21 | GJK | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss and debrief on the weekly change of control update call and discuss open items. | 0.40 |
| 03/16/21 | JD | Call with J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), E. Vonnegut, C. Robertson (both DPW), J. Turner, T. Melvin, J. Arsic, L. Schwarzmann (all PJT) re: post-filing catch up and planning call. | 0.50 |
| 03/16/21 | SKL | Meeting with K. McCarthy (Purdue), Z. Haseeb (Purdue), C. Robertson (DPW), E. Diggs (DPW), E. Turray (DPW), G. Koch (AlixPartners), S. Lemack (AlixPartners) to discuss and provide updates regarding change of control/transfer workplan process. | 0.40 |
| 03/16/21 | SKL | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss and debrief on the weekly change of control update call and discuss open items. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #         012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/16/21 | SKL | Review latest updates provided by the subgroups and updated the PMO tracker accordingly re: Purdue transfer workplan process. | 1.20 |
| 03/16/21 | SKL | Review latest updates provided from the change of control team and send updated meeting invites to the various subgroups accordingly. | 0.80 |
| 03/16/21 | SKL | Review the latest accounts payable updates and payments made and circulated updated release list accordingly. | 1.20 |
| 03/17/21 | SKL | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss open items related to the Purdue change of control/transfer workplan process. | 0.50 |
| 03/17/21 | GJK | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss open items related to the Purdue change of control/transfer workplan process. | 0.50 |
| 03/18/21 | GJK | Weekly update meeting with J. Lowne, M. Kesselman, C. Landau, R. Aleali (all Purdue), E. Vonnegut, D. Klein, C. Robertson, A. Libby (all DPW), J. Turner, T. Melvin, J. Arsic (all PJT), L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners) re: weekly update and planning call. | 0.80 |
| 03/18/21 | LJD | Weekly update meeting with J. Lowne, M. Kesselman, C. Landau, R. Aleali (all Purdue), E. Vonnegut, D. Klein, C. Robertson, A. Libby (all DPW), J. Turner, T. Melvin, J. Arsic (all PJT), L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners) re: weekly update and planning call. | 0.80 |
| 03/18/21 | GJK | Call with Purdue Legal and Procurement, G. Koch, S. Lemack (both AlixPartners) to review procurement workstream status. | 0.50 |
| 03/18/21 | SKL | Meeting with R. Aleali, K. McCarthy, D. Fogel, J. Doyle, V. Mancinelli, K.. Kolar, and R. Thebeau (all Purdue) to | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #   012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | discuss latest updates and open items related to the Rhodes Pharma piece of the change of control/transfer workstream process. | |
| 03/18/21 | SKL | Call with Purdue Legal and Procurement, G. Koch, S. Lemack (both AlixPartners) to review procurement workstream status. | 0.50 |
| 03/18/21 | SKL | Review latest feedback provided by the procurement team and prepare updates action items and agenda for today's call. | 0.70 |
| 03/18/21 | HSB | Weekly update meeting with J. Lowne, M. Kesselman, C. Landau, R. Aleali (all Purdue), E. Vonnegut, D. Klein, C. Robertson, A. Libby (all DPW), J. Turner, T. Melvin, J. Arsic (all PJT), L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners) re: weekly update and planning call. | 0.80 |
| 03/18/21 | JD | Weekly update meeting with J. Lowne, M. Kesselman, C. Landau, R. Aleali (all Purdue), E. Vonnegut, D. Klein, C. Robertson, A. Libby (all DPW), J. Turner, T. Melvin, J. Arsic (all PJT), L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners) re: weekly update and planning call. | 0.80 |
| 03/18/21 | JD | Create agenda for upcoming weekly call. | 0.30 |
| 03/19/21 | JD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: Weekly update call | 0.60 |
| 03/19/21 | HSB | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: Weekly update call | 0.60 |
| 03/19/21 | HSB | Prepare notes and agenda for Purdue team meeting and discussion of next steps on open items | 0.40 |
| 03/19/21 | ADD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all | 0.60 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners) re: Weekly update call | |
| 03/19/21 | LTN | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: Weekly update call | 0.60 |
| 03/19/21 | SKL | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: Weekly update call | 0.60 |
| 03/19/21 | LJD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: Weekly update call | 0.60 |
| 03/19/21 | GJK | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: Weekly update call | 0.60 |
| 03/23/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) re: change of control working group agenda, review agenda and tracker updates, and post-call follow up. | 0.30 |
| 03/23/21 | GJK | Meeting with K. McCarthy (Purdue), Z. Haseeb (Purdue), C. Robertson (DPW), E. Diggs (DPW), E. Turray (DPW) and G. Koch (AlixPartners), S. Lemack (AlixPartners) to discuss and provide updates regarding change of control/transfer workplan process. | 0.80 |
| 03/23/21 | SKL | Call with S. Lemack, A. DePalma (both AlixPartners) to discuss open items related to the Intralinks site. | 0.10 |
| 03/23/21 | SKL | Meeting with K. McCarthy (Purdue), Z. Haseeb (Purdue), C. Robertson (DPW), E. Diggs (DPW), E. Turray (DPW) and G. Koch (AlixPartners), S. Lemack (AlixPartners) to discuss and provide updates regarding change of control/transfer workplan process. | 0.80 |
| 03/23/21 | SKL | Meeting with E. Diggs (DPW) to discuss the contract management/Intralinks process. | 0.20 |
| 03/23/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) re: | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Chapter 11 Process/Case Management
Client/Matter #       012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | change of control working group agenda, review agenda and tracker updates, and post-call follow up. |  |
| 03/23/21 | SKL | Meeting with J. Lowne (Purdue), S. Lemack, A. DePalma (both AlixPartners) to discuss open items and questions related to the Intralinks process. | 0.30 |
| 03/23/21 | SKL | Finalize updates to the PMO tracker based on the latest feedback provided by the change of control team and consolidate updates accordingly. | 1.50 |
| 03/23/21 | JD | Call with Wilmington Trust re: potential post-emergence trustee role. | 0.50 |
| 03/23/21 | JD | Call with L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), M. Huebner, C. Robertson, D. Klein (all DPW), J. Turner, T. Melvin, R. Schnitzler, J. Arsic (all PJT) re: weekly advisors meeting to catch up and plan for the week. | 0.90 |
| 03/23/21 | JD | Correspondence with Davis Polk and PJT re: language for the hearing tomorrow. | 0.30 |
| 03/23/21 | JD | Correspondence with Davis Polk and PJT re: Grant Thornton retention and questions from the UCC. | 0.50 |
| 03/23/21 | ADD | Call with S. Lemack, A. DePalma (both AlixPartners) to discuss open items related to the Intralinks site. | 0.10 |
| 03/23/21 | ADD | Meeting with J. Lowne (Purdue), S. Lemack, A. DePalma (both AlixPartners) to discuss open items and questions related to the Intralinks process. | 0.30 |
| 03/24/21 | JD | Review latest list of related party contracts and correspondence with Davis Polk and Purdue management re: same. | 0.50 |
| 03/24/21 | JD | Review and provide comments on the latest MDT and winddown reserve calculations. | 0.70 |
| 03/24/21 | SKL | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss latest open items and updates to the change of | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | control/transfer workplan process re: labeling. | |
| 03/24/21 | SKL | Finalize review of notes and feedback provided by change of control working groups and prepare updated breakdown of open items and questions re: label changes to product post-emergence. | 2.30 |
| 03/24/21 | SKL | Continue to update change of workplan open item tracker based on review of latest feedback provided by the working groups. | 1.00 |
| 03/25/21 | SKL | Meeting with S. Daniel, C. Russo, J. Lauriat, K. McCarthy, Z. Haseeb (all Purdue) and G. Koch, S. Lemack (both AlixPartners) to discuss latest updates to the IT contract/license agreement process. | 0.50 |
| 03/25/21 | SKL | Update liquidation analysis to reflect Feb financials to review and compare with the December financials accordingly. | 2.30 |
| 03/25/21 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss items related to the Intralinks process. | 0.90 |
| 03/25/21 | SKL | Prepare for and participate in meeting with C. Russo (Purdue) re: P Drive access. | 0.50 |
| 03/25/21 | JD | Call with J. Turner, T. Melvin, J. Arsic, L. Schwarzmann (all PJT), M. Huebner, C. Robertson, D. Consla (all DPW), L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners), M. Kesselman, R. Aleali, J. Lowne (all Purdue) re: catch up and planning call. | 1.00 |
| 03/25/21 | GJK | Meeting with S. Daniel, C. Russo, J. Lauriat, K. McCarthy, Z. Haseeb (all Purdue) and G. Koch, S. Lemack (both AlixPartners) to discuss latest updates to the IT contract/license agreement process. | 0.50 |
| 03/25/21 | GJK | Call with J. Turner, T. Melvin, J. Arsic, L. Schwarzmann (all PJT), M. Huebner, C. Robertson, D. Consla (all DPW), L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners), M. Kesselman, R. Aleali, J. Lowne (all | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Purdue) re: catch up and planning call. | |
| 03/25/21 | LJD | Call with J. Turner, T. Melvin, J. Arsic, L. Schwarzmann (all PJT), M. Huebner, C. Robertson, D. Consla (all DPW), L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners), M. Kesselman, R. Aleali, J. Lowne (all Purdue) re: catch up and planning call. | 1.00 |
| 03/25/21 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss items related to the Intralinks process. | 0.90 |
| 03/25/21 | HSB | Call with J. Turner, T. Melvin, J. Arsic, L. Schwarzmann (all PJT), M. Huebner, C. Robertson, D. Consla (all DPW), L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners), M. Kesselman, R. Aleali, J. Lowne (all Purdue) re: catch up and planning call. | 1.00 |
| 03/25/21 | JD | Review summary of yesterday's hearing. | 0.30 |
| 03/26/21 | JD | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen, (all AlixPartners) re: weekly team update call. | 0.70 |
| 03/26/21 | HSB | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen, (all AlixPartners) re: weekly team update call. | 0.70 |
| 03/26/21 | HSB | Prepare notes and agenda for Purdue team meeting and discussion of next steps on open items | 0.40 |
| 03/26/21 | ADD | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen, (all AlixPartners) re: weekly team update call. | 0.70 |
| 03/26/21 | ADD | Compile previously produced materials for client and Davis Polk review | 1.00 |
| 03/26/21 | LTN | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen, (all AlixPartners) re: weekly team update call. | 0.70 |
| 03/26/21 | GJK | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Lemack, L. Nguyen, (all AlixPartners) re: weekly team update call. | |
| 03/26/21 | SKL | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen, (all AlixPartners) re: weekly team update call. | 0.70 |
| 03/29/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to discuss latest updates to the change of control process. | 0.10 |
| 03/29/21 | GJK | Follow up on change of control process outreach and workstreams. | 1.20 |
| 03/29/21 | GJK | Analyze trust diligence information for Side A balance sheet groups. | 1.60 |
| 03/29/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to discuss latest updates to the change of control process. | 0.10 |
| 03/30/21 | GJK | Prepare for weekly Working Group call. | 0.80 |
| 03/30/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to discuss change of control workstreams. | 0.40 |
| 03/30/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to discuss change of control workstreams. | 0.40 |
| 03/31/21 | JD | Prepare agenda for the call tomorrow morning. | 0.30 |
| 04/01/21 | SKL | Calls with G. Koch, S. Lemack (both AlixPartners) to debrief following corporate identify meeting. | 0.60 |
| 04/01/21 | SKL | Corporate identify meeting with R. Aleali, K. McCarthy, Z. Haseeb, M. Sharp, B. Weingarten, S. Robertson (all Purdue), C. Robertson (DPW) G. Koch and S. Lemack (both AlixPartners). | 0.70 |
| 04/01/21 | SKL | Meeting with K. McCarthy, Z. Haseeb, W. Addicks, T. Delehant, M. Kroese, J. Northington, J. Nelson, H. Ramsey, B. Evans (all Purdue), M. Florence, J. Bragg (both Skadden) and G. Koch, S. Lemack (both AlixPartners) re: Change of control - labeling/inventory | 0.80 |

# **AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/01/21 | GJK | Calls with G. Koch, S. Lemack (both AlixPartners) to debrief following corporate identify meeting. | 0.60 |
| 04/01/21 | GJK | Corporate identify meeting with R. Aleali, K. McCarthy, Z. Haseeb, M. Sharp, B. Weingarten, S. Robertson (all Purdue), C. Robertson (DPW) G. Koch and S. Lemack (both AlixPartners). | 0.70 |
| 04/01/21 | GJK | Meeting with K. McCarthy, Z. Haseeb, W. Addicks, T. Delehant, M. Kroese, J. Northington, J. Nelson, H. Ramsey, B. Evans (all Purdue), M. Florence, J. Bragg (both Skadden) and G. Koch, S. Lemack (both AlixPartners) re: Change of control - labeling/inventory | 0.80 |
| 04/01/21 | GJK | Call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, D. Klein, C. Robertson (all DPW), J. Arsic, R. Schnitzler, T. Melvin (all PJT), G. Koch, L. Donahue, H. Bhattal (all AlixPartners) re: update and planning. | 0.70 |
| 04/01/21 | LJD | Call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, D. Klein, C. Robertson (all DPW), J. Arsic, R. Schnitzler, T. Melvin (all PJT), G. Koch, L. Donahue, H. Bhattal (all AlixPartners) re: update and planning. | 0.70 |
| 04/01/21 | HSB | Call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, D. Klein, C. Robertson (all DPW), J. Arsic, R. Schnitzler, T. Melvin (all PJT), G. Koch, L. Donahue, H. Bhattal (all AlixPartners) re: update and planning. | 0.70 |
| 04/01/21 | HSB | Review Purdue diligence materials related to DOJ request | 0.60 |
| 04/02/21 | HSB | Call with H. Bhattal, A. DePalma, S. Lemack, L. Nguyen, (all AlixPartners) re: weekly team update call. | 0.70 |
| 04/02/21 | HSB | Prepare notes and agenda for Purdue team meeting and discussion of next steps for open items on ongoing analysis | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Chapter 11 Process/Case Management
Client/Matter #           012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/02/21 | LTN | Call with H. Bhattal, A. DePalma, S. Lemack, L. Nguyen, (all AlixPartners) re: weekly team update call. | 0.70 |
| 04/02/21 | ADD | Call with H. Bhattal, A. DePalma, S. Lemack, L. Nguyen, (all AlixPartners) re: weekly team update call. | 0.70 |
| 04/02/21 | SKL | Call with H. Bhattal, A. DePalma, S. Lemack, L. Nguyen, (all AlixPartners) re: weekly team update call. | 0.70 |
| 04/05/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to discuss open items related to the change of control/transfer workplan process. | 0.20 |
| 04/05/21 | GJK | Call with internal AlixPartners SME to discuss options for accelerating payroll transfer in change of control. | 0.60 |
| 04/05/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to discuss open items related to the change of control/transfer workplan process. | 0.20 |
| 04/05/21 | GJK | Outline process needs to share with AHC for support in change of control process. | 0.80 |
| 04/05/21 | GJK | Research payroll transfer mechanisms in change of control process. | 0.50 |
| 04/05/21 | HSB | Email A. DePalma (AlixPartners) re: various Purdue Ch 11 related matters | 0.10 |
| 04/05/21 | JD | Review documents provided by management to send to the DOJ per their open diligence requests. | 2.10 |
| 04/06/21 | JD | Correspondence with A. DePalma (both AlixPartners) re: confirmation process. | 0.20 |
| 04/06/21 | JD | Review confirmation discovery list in advance of call with DPW. | 0.20 |
| 04/06/21 | HSB | Email A. DePalma (AlixPartners) to discuss various Purdue Ch 11 related matters | 0.40 |
| 04/06/21 | ADD | Call with A. DePalma, J. DelConte (both AlixPartners); M. Tobak, S. Stefanik, G. McCarthy, K. Benedict, C. Oluwole, | 0.70 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | J. Simonelli (all DPW) re: Purdue - Confirmation Discovery. | |
| 04/06/21 | GJK | Weekly change of control/transfer workplan update meeting with K. McCarthy, Z. Haseeb (both Purdue), C. Robertson, E. Turay, A. Lele (all DPW), and G. Koch, S. Lemack (both AlixPartners). | 0.60 |
| 04/06/21 | GJK | Review Rhodes Pharma potential issues list from J. Doyle (Purdue) | 0.40 |
| 04/06/21 | SKL | Finalize updates to the PMO tracker and circulate updated agenda re: weekly change of control/transfer workplan meeting. | 1.30 |
| 04/06/21 | SKL | Weekly change of control/transfer workplan update meeting with K. McCarthy, Z. Haseeb (both Purdue), C. Robertson, E. Turay, A. Lele (all DPW), and G. Koch, S. Lemack (both AlixPartners). | 0.60 |
| 04/06/21 | SKL | Email G. Koch (AlixPartners) re: open items related to the change of control/transfer workplan process. | 0.20 |
| 04/06/21 | SKL | Review latest notes and feedback following weekly change of control meeting and begin updated the change of control timeline accordingly. | 2.60 |
| 04/06/21 | SKL | Update the components and activity related to the change of control outline and circulate internally for additional review. | 2.30 |
| 04/06/21 | JD | Call with A. DePalma, J. DelConte (both AlixPartners); M. Tobak, S. Stefanik, G. McCarthy, K. Benedict, C. Oluwole, J. Simonelli (all DPW) re: Purdue - Confirmation Discovery. | 0.70 |
| 04/07/21 | SKL | Continue to prepare updates to the change of control timeline and circulate updated file accordingly. | 2.20 |
| 04/07/21 | SKL | Meeting with K. McCarthy, Z. Haseeb, M. Ronning, B. Shank, C. Ostrowski, D. Rosen (all Purdue), J. Bragg, M. | 0.70 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Florence (both Skadden) and G. Koch, S. Lemack (both AlixPartners) to discuss prioritization of licensing process. | |
| 04/07/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to debrief on the Commercial team call and discuss open items related to the change of control/transfer workplan process. | 0.70 |
| 04/07/21 | SKL | Review latest feedback on the PMO tracker and begin creating high-level outline of change of control process. | 2.60 |
| 04/07/21 | SKL | Review latest feedback re: change of control outline and circulated updated file accordingly for additional review. | 2.30 |
| 04/07/21 | SKL | Meeting with K. McCarthy, Z. Haseeb, D. Fogel, J. Doyle (all Purdue/Rhodes), J. Bragg (Skadden) and M. Florence (Skadden) to discuss prioritization of licensing process. | 0.50 |
| 04/07/21 | GJK | Meeting with K. McCarthy, Z. Haseeb, M. Ronning, B. Shank, C. Ostrowski, D. Rosen (all Purdue), J. Bragg, M. Florence (both Skadden) and G. Koch, S. Lemack (both AlixPartners) to discuss prioritization of licensing process. | 0.70 |
| 04/07/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to debrief on the Commercial team call and discuss open items related to the change of control/transfer workplan process. | 0.70 |
| 04/07/21 | GJK | Review initial draft change of control schematic. | 0.40 |
| 04/08/21 | GJK | Review change of control schematic versions developed by S. Lemack (AlixPartners). | 1.30 |
| 04/08/21 | GJK | Multiple calls with G. Koch, S. Lemack (both AlixPartners) to debrief following change of control calls and touch base on the latest outline. | 1.20 |
| 04/08/21 | GJK | Payroll emergence meeting with R. Aleali, L. Kusinski, K. Laurel (all Purdue) and G. Koch, S. Lemack (both AlixPartners). | 0.70 |
| 04/08/21 | GJK | Prepare for Payroll Transfer call with Purdue and Ceridian. | 0.20 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #  012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/08/21 | LJD | Call with L. Donahue and J. DelConte (both AlixPartners) re: confirmation discovery. | 0.30 |
| 04/08/21 | SKL | Review latest notes and feedback re: change of control process and update the master outline accordingly. | 2.20 |
| 04/08/21 | SKL | Continue to review latest notes and feedback re: change of control process and update the master outline accordingly. | 2.40 |
| 04/08/21 | SKL | Review latest feedback on the master change of control outline and updated the file accordingly. | 2.40 |
| 04/08/21 | SKL | Multiple calls with G. Koch, S. Lemack (both AlixPartners) to debrief following change of control calls and touch base on the latest outline. | 1.20 |
| 04/08/21 | SKL | Payroll emergence meeting with R. Aleali, L. Kusinski, K. Laurel (all Purdue) and G. Koch, S. Lemack (both AlixPartners). | 0.70 |
| 04/08/21 | RC | Call with R. Collura and J. DelConte (both AlixPartners) re: confirmation discovery. | 0.20 |
| 04/08/21 | JD | Correspondence with E. Kardos (AlixPartners) re: confirmation discovery. | 0.10 |
| 04/08/21 | JD | Call with R. Collura and J. DelConte (both AlixPartners) re: confirmation discovery. | 0.20 |
| 04/08/21 | JD | Call with L. Donahue and J. DelConte (both AlixPartners) re: confirmation discovery. | 0.30 |
| 04/09/21 | JD | Meeting with J. DelConte, G. Koch, S. Lemack (all AlixPartners) to discuss matters related to the change of control process and to the liquidation analysis. | 0.30 |
| 04/09/21 | JD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, H. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 0.60 |
| 04/09/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | finalize latest tracker re: change of control process. | |
| 04/09/21 | SKL | Meeting with K. McCarthy (Purdue) to discuss latest updates to the change of control tracker. | 0.50 |
| 04/09/21 | SKL | Continue to finalize the master change of control outline following meeting with K. McCarthy (Purdue) and circulate file accordingly. | 2.40 |
| 04/09/21 | SKL | Meeting with J. DelConte, G. Koch, S. Lemack (all AlixPartners) to discuss matters related to the change of control process and to the liquidation analysis. | 0.30 |
| 04/09/21 | SKL | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, H. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 0.60 |
| 04/09/21 | LJD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, H. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 0.60 |
| 04/09/21 | GJK | Meeting with J. DelConte, G. Koch, S. Lemack (all AlixPartners) to discuss matters related to the change of control process and to the liquidation analysis. | 0.30 |
| 04/09/21 | GJK | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, H. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 0.60 |
| 04/09/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to finalize latest tracker re: change of control process. | 0.20 |
| 04/09/21 | ADD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, H. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 0.60 |
| 04/09/21 | HSB | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, H. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 0.60 |
| 04/09/21 | HSB | Prepare notes and agenda for Purdue team meeting and discussion of next steps on open items | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #  012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/09/21 | LTN | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, H. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 0.60 |
| 04/12/21 | GJK | Call with S. Lemack, G. Koch (both AlixPartners) to discuss latest open items re: to the change of control process. | 0.30 |
| 04/12/21 | SKL | Call with S. Lemack, G. Koch (both AlixPartners) to discuss latest open items re: to the change of control process. | 0.30 |
| 04/13/21 | LJD | Call with M. Huebner, D. Consla, C. Robertson, E. Vonnegut (all DPW), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT), L. Donahue, J. DelConte, H. Bhattal and G. Koch (all AlixPartners) re: catch up and go forward planning call. | 0.50 |
| 04/13/21 | GJK | Call with M. Huebner, D. Consla, C. Robertson, E. Vonnegut (all DPW), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT), L. Donahue, J. DelConte, H. Bhattal and G. Koch (all AlixPartners) re: catch up and go forward planning call. | 0.50 |
| 04/13/21 | HSB | Call with M. Huebner, D. Consla, C. Robertson, E. Vonnegut (all DPW), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT), L. Donahue, J. DelConte, H. Bhattal and G. Koch (all AlixPartners) re: catch up and go forward planning call. | 0.50 |
| 04/13/21 | JD | Review additional documents provided by management in response to open DOJ management process questions. | 0.70 |
| 04/13/21 | JD | Call with M. Huebner, D. Consla, C. Robertson, E. Vonnegut (all DPW), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT), L. Donahue, J. DelConte, H. Bhattal and G. Koch (all AlixPartners) re: catch up and go forward planning call. | 0.50 |
| 04/13/21 | JD | Correspondence with Davis Polk re: parties-in-interest | 0.30 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | list. | |
| 04/14/21 | HS | Review proposed ESI review protocol | 0.40 |
| 04/14/21 | HSB | Correspondence with A. DePalma (AlixPartners) re: various case related matters | 0.30 |
| 04/14/21 | SKL | Meeting with K. McCarthy (Purdue) and C. Robertson (DPW) to discuss latest updates re: change of control/transfer workplan process. | 0.40 |
| 04/14/21 | SKL | Finalize updates to the latest PMO tracker and circulate updated agenda re: change of control update. | 2.10 |
| 04/14/21 | JD | Prepare agenda for the call with the company and advisors tomorrow. | 0.30 |
| 04/15/21 | JD | Meeting with J. Lowne, C. Landau, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all DPW), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all DPW) re: update and strategy planning meeting. | 0.70 |
| 04/15/21 | JD | Correspond with certain advisors and internal Purdue accounting re: professional fee payments. | 0.30 |
| 04/15/21 | LJD | Meeting with J. Lowne, C. Landau, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all DPW), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all DPW) re: update and strategy planning meeting. | 0.70 |
| 04/15/21 | HSB | Meeting with J. Lowne, C. Landau, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all DPW), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all DPW) re: update and strategy planning meeting. | 0.70 |
| 04/16/21 | ADD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 0.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/16/21 | JD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 0.50 |
| 04/16/21 | HSB | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 0.50 |
| 04/16/21 | HSB | Prepare notes and agenda for Purdue team meeting and discussion of next steps on open items | 0.40 |
| 04/16/21 | LTN | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 0.50 |
| 04/16/21 | LJD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 0.50 |
| 04/16/21 | SKL | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 0.50 |
| 04/19/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to discuss weekly change of control/transfer workplan meeting. | 0.10 |
| 04/19/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to discuss weekly change of control/transfer workplan meeting. | 0.10 |
| 04/20/21 | GJK | Call with M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. Turner, J. O'Connell, T. Melvin, J. Arsic (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners) re: strategy and planning meeting. | 0.60 |
| 04/20/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to discuss latest open items and updates re: change of control/transfer workplan process. | 0.20 |
| 04/20/21 | LJD | Call with M. Huebner, E. Vonnegut, C. Robertson (all | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Chapter 11 Process/Case Management
Client/Matter #            012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | DPW), J. Turner, J. O'Connell, T. Melvin, J. Arsic (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners) re: strategy and planning meeting. | |
| 04/20/21 | SKL | Finalize updates to the PMO tracker and updated agenda re: change of control/transfer workplan update call. | 1.80 |
| 04/20/21 | SKL | Finalize updates to Intralinks site and update folders with HR service provider/agency agreements. | 1.70 |
| 04/20/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to discuss latest open items and updates re: change of control/transfer workplan process. | 0.20 |
| 04/20/21 | JD | Call with M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. Turner, J. O'Connell, T. Melvin, J. Arsic (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners) re: strategy and planning meeting. | 0.60 |
| 04/20/21 | HSB | Call with M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. Turner, J. O'Connell, T. Melvin, J. Arsic (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners) re: strategy and planning meeting. | 0.60 |
| 04/21/21 | GJK | Prepare for weekly transfer process working group call. | 0.50 |
| 04/22/21 | RC | Call with J. DelConte and R. Collura (both AlixPartners) re: discovery process. | 0.40 |
| 04/22/21 | JD | Call with J. DelConte and R. Collura (both AlixPartners) re: discovery process. | 0.40 |
| 04/22/21 | HS | Emails to and from S. Stefanik (DPW) re: document collection | 0.30 |
| 04/23/21 | HS | Review documents for production re: confirmation discovery | 2.10 |
| 04/23/21 | LTN | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, L. Nguyen (all AlixPartners) re: weekly team update | 0.60 |
| 04/23/21 | HSB | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, L. | 0.60 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Chapter 11 Process/Case Management
Client/Matter #         012589.00101

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | Nguyen (all AlixPartners) re: weekly team update | |
| 04/23/21 | HSB | Prepare notes and agenda for Purdue team meeting and discussion of next steps on open items | 0.40 |
| 04/23/21 | JD | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, L. Nguyen (all AlixPartners) re: weekly team update | 0.60 |
| 04/23/21 | LJD | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, L. Nguyen (all AlixPartners) re: weekly team update | 0.60 |
| 04/23/21 | GJK | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, L. Nguyen (all AlixPartners) re: weekly team update | 0.60 |
| 04/24/21 | HS | Review emails from J. Lynn (AlixPartners) and S. Stefanik (DPW) re: changes to document review and collection | 0.20 |
| 04/25/21 | HS | Review emails from J. Lynn (AlixPartners) and S. Stefanik (DPW) re: document review and production | 0.40 |
| 04/26/21 | HS | Call with H. Saydah and J. DelConte (both AlixPartners) re: discovery process. | 0.10 |
| 04/26/21 | HS | Review email from N. Koenig (AlixPartners) re: document collection and review | 0.10 |
| 04/26/21 | HS | Emails to and from S. Stefanik (DPW) re: document collection and production | 0.20 |
| 04/26/21 | HS | Review documents for production in connection with confirmation | 4.50 |
| 04/26/21 | HSB | Correspondence with A. DePalma (AlixPartners) re: various case related matters | 0.20 |
| 04/26/21 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss Intralinks set-up process and other case related matters. | 0.60 |
| 04/26/21 | JD | Call with H. Saydah and J. DelConte (both AlixPartners) re: discovery process. | 0.10 |
| 04/26/21 | JD | Review next batch of documents to be provided to the DOJ. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/26/21 | JD | Review final batch of materials to be provided to DOJ. | 0.70 |
| 04/26/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to discuss latest news and updates re: change of control/transfer workplan process. | 0.30 |
| 04/26/21 | KAS | Review documents for confirmation related document requests | 1.70 |
| 04/26/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to discuss latest news and updates re: change of control/transfer workplan process. | 0.30 |
| 04/26/21 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss Intralinks set-up process and other case related matters. | 0.60 |
| 04/26/21 | SKL | Finalize updates to the service provider/agency agreement set-up process on the Intralinks site. | 2.40 |
| 04/26/21 | SKL | Prepare updated HR contract index and circulated update accordingly. | 1.80 |
| 04/27/21 | SKL | Weekly change of control/transfer meeting with R. Aleali, K. McCarthy, Z. Haseeb (all Purdue), E. Turay, L. Diggs, C. Robertson (all DPW) and G. Koch, S. Lemack (both AlixPartners). | 0.40 |
| 04/27/21 | SKL | Calls with G. Koch, S. Lemack (both AlixPartners) to prepare and debrief change of control working group call. | 0.30 |
| 04/27/21 | SKL | Review latest feedback received re: change of control process and prepare updated PMO tracker and weekly agenda accordingly. | 2.30 |
| 04/27/21 | SKL | Finalize additional updates to the users and groupings on the change of control Intralinks site. | 0.90 |
| 04/27/21 | KAS | Review documents for confirmation related document requests | 3.00 |
| 04/27/21 | KAS | Continue review of documents for confirmation related | 3.00 |

# **AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | document requests | |
| 04/27/21 | GJK | Weekly change of control/transfer meeting with R. Aleali, K. McCarthy, Z. Haseeb (all Purdue), E. Turay, L. Diggs, C. Robertson (all DPW) and G. Koch, S. Lemack (both AlixPartners). | 0.40 |
| 04/27/21 | GJK | Calls with G. Koch, S. Lemack (both AlixPartners) to prepare and debrief change of control working group call. | 0.30 |
| 04/27/21 | HS | Review documents for confirmation-related discovery | 3.00 |
| 04/27/21 | HS | Continue to review documents for confirmation-related discovery | 2.40 |
| 04/28/21 | HS | Review documents for production related to confirmation discovery request | 3.00 |
| 04/28/21 | HS | Continue to review documents for production related to confirmation discovery request | 3.00 |
| 04/28/21 | HS | Continue review of documents for production related to confirmation discovery request | 1.20 |
| 04/28/21 | JD | Prepare agenda for weekly call with management and professionals tomorrow morning. | 0.30 |
| 04/28/21 | JD | Review latest change of control schematic and comments from Purdue management. | 0.50 |
| 04/28/21 | JD | Call with J. DelConte, G. Koch, S. Lemack (all AlixPartners), R. Aleali, K. McCarthy (both Purdue) re: change of control process. | 0.40 |
| 04/28/21 | GJK | Call with J. DelConte, G. Koch, S. Lemack (all AlixPartners), R. Aleali, K. McCarthy (both Purdue) re: change of control process. | 0.40 |
| 04/28/21 | KAS | Correspondence with J. Lynn (AlixPartners) re: document review related to confirmation related document requests | 0.80 |
| 04/28/21 | KAS | Review documents for confirmation related document requests | 3.00 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Chapter 11 Process/Case Management
Client/Matter #          012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/28/21 | KAS | Continue to review documents for confirmation related document requests | 3.00 |
| 04/28/21 | SKL | Finalize review of latest comments and updates to the OCP report and prepare updated feedback accordingly. | 1.40 |
| 04/28/21 | SKL | Prepare for change of control process meeting. | 0.30 |
| 04/28/21 | SKL | Call with J. DelConte, G. Koch, S. Lemack (all AlixPartners), R. Aleali, K. McCarthy (both Purdue) re: change of control process. | 0.40 |
| 04/28/21 | SKL | Finalize updates to the change of control schematic following afternoon call and circulate updated file accordingly. | 2.20 |
| 04/29/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss various case related matters. | 0.20 |
| 04/29/21 | SKL | Review latest feedback received on the OCP report and review update accordingly. | 1.00 |
| 04/29/21 | SKL | Finalize updates to the Intralinks site re: change of control/contract management process. | 1.60 |
| 04/29/21 | KAS | Review documents for confirmation related document requests | 3.00 |
| 04/29/21 | KAS | Correspondence with J. Lynn (AlixPartners) re: document review related to confirmation related document requests | 1.10 |
| 04/29/21 | KAS | Continue to review documents for confirmation related document requests | 3.00 |
| 04/29/21 | GJK | Call with C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT), M. Huebner, E. Vonnegut, C. Robertson, A. Libbey (all DPW), L. Donahue, G. Koch, J. DelConte, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 1.00 |
| 04/29/21 | LJD | Call with C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | PJT), M. Huebner, E. Vonnegut, C. Robertson, A. Libbey (all DPW), L. Donahue, G. Koch, J. DelConte, H. Bhattal (all AlixPartners) re: weekly update and planning call. | |
| 04/29/21 | JD | Call with R. Aleali (Purdue) re: change of control and update on plan process. | 0.70 |
| 04/29/21 | JD | Call with C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT), M. Huebner, E. Vonnegut, C. Robertson, A. Libbey (all DPW), L. Donahue, G. Koch, J. DelConte, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 1.00 |
| 04/29/21 | JD | Provide comments on monthly OCP report. | 0.30 |
| 04/29/21 | HSB | Call with C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT), M. Huebner, E. Vonnegut, C. Robertson, A. Libbey (all DPW), L. Donahue, G. Koch, J. DelConte, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 1.00 |
| 04/29/21 | HSB | Review email correspondence from Davis Polk re: various case related matters | 0.20 |
| 04/29/21 | HS | Review documents for production related to confirmation discovery request | 3.00 |
| 04/29/21 | HS | Continue to review documents for production related to confirmation discovery request | 3.00 |
| 04/29/21 | HS | Continue review of documents for production related to confirmation discovery request | 1.20 |
| 04/29/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss various case related matters. | 0.20 |
| 04/30/21 | HS | Review documents for production re: confirmation | 3.00 |
| 04/30/21 | HS | Continue to review documents for production re: discovery | 3.00 |
| 04/30/21 | HS | Continue review of documents re: confirmation | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #  012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/30/21 | LTN | Call with H. Bhattal, G. Koch, S. Lemack, L. Nguyen, (all AlixPartners) re: weekly team update call. | 0.60 |
| 04/30/21 | HSB | Call with H. Bhattal, G. Koch, S. Lemack, L. Nguyen, (all AlixPartners) re: weekly team update call. | 0.60 |
| 04/30/21 | HSB | Prepare notes and agenda for Purdue team meeting and discussion of next steps on open items | 0.40 |
| 04/30/21 | GJK | Call with H. Bhattal, G. Koch, S. Lemack, L. Nguyen, (all AlixPartners) re: weekly team update call. | 0.60 |
| 04/30/21 | SKL | Call with H. Bhattal, G. Koch, S. Lemack, L. Nguyen, (all AlixPartners) re: weekly team update call. | 0.60 |
| 05/03/21 | JD | Call with S. Lemack, G. Koch and J. DelConte (all AlixPartners) re: NewCo transfer workstream. | 0.40 |
| 05/03/21 | GJK | Call with S. Lemack, G. Koch and J. DelConte (all AlixPartners) re: NewCo transfer workstream. | 0.40 |
| 05/03/21 | KAS | Review documents for confirmation related document requests | 2.30 |
| 05/03/21 | SKL | Call with S. Lemack, G. Koch and J. DelConte (all AlixPartners) re: NewCo transfer workstream. | 0.40 |
| 05/03/21 | SKL | Finalize review of the opioid/non-opioid revenue forecast and circulate updated analysis accordingly. | 2.60 |
| 05/03/21 | SKL | Finalize review of RALP net sales forecast and prepare updates to the product breakout accordingly. | 2.10 |
| 05/03/21 | HS | Review documents for production re: confirmation | 3.00 |
| 05/03/21 | HS | Continue to review documents for production re: confirmation | 3.00 |
| 05/04/21 | HS | Review documents for production re: confirmation | 3.00 |
| 05/04/21 | HS | Continue review of documents for production re: confirmation | 3.00 |
| 05/04/21 | HS | Correspondence with J. Lynn and N. Koenig (both | 0.20 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
|  |  | AlixPartners) re: privilege review |  |
| 05/04/21 | HS | Review and code documents for production related to confirmation | 1.90 |
| 05/04/21 | HSB | Call with E. Vonnegut, C. Robertson (both AlixPartners), J. Turner, T. Melvin, R. Schnitzler, J. Arsic, L. Schwarzmann (all PJT), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 0.60 |
| 05/04/21 | SKL | Review latest feedback received related to the change of control process and prepare updated PMO tracker and weekly agenda accordingly. | 2.40 |
| 05/04/21 | SKL | Continue to prepare updated opioid/non-opioid revenue forecast summary and circulate analysis accordingly for additional review. | 2.10 |
| 05/04/21 | SKL | Finalize additional review of RALP revenue by product breakout and update opioid/non-opioid revenue forecast summary accordingly. | 1.40 |
| 05/04/21 | KAS | Review documents for confirmation related document requests | 3.00 |
| 05/04/21 | KAS | Continue review of documents for confirmation related document requests | 3.00 |
| 05/04/21 | KAS | Correspondence with E. Kardos (AlixPartners) re: documents for confirmation related document requests | 0.40 |
| 05/04/21 | GJK | Weekly change of control/transfer workplan update meeting with K. McCarthy, Z. Haseeb (both Purdue), C. Robertson, E. Turay, A. Lele (all DPW), and G. Koch, S. Lemack (both AlixPartners). | 0.40 |
| 05/04/21 | GJK | Call with E. Vonnegut, C. Robertson (both AlixPartners), J. Turner, T. Melvin, R. Schnitzler, J. Arsic, L. Schwarzmann (all PJT), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners) re: weekly update and | 0.60 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Chapter 11 Process/Case Management
Client/Matter #       012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | planning call. | |
| 05/04/21 | LJD | Call with E. Vonnegut, C. Robertson (both AlixPartners), J. Turner, T. Melvin, R. Schnitzler, J. Arsic, L. Schwarzmann (all PJT), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 0.60 |
| 05/04/21 | JD | Call with E. Vonnegut, C. Robertson (both AlixPartners), J. Turner, T. Melvin, R. Schnitzler, J. Arsic, L. Schwarzmann (all PJT), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 0.60 |
| 05/04/21 | JD | Call with E. Kardos and J. DelConte (both AlixPartners) re: discovery process. | 0.30 |
| 05/04/21 | SKL | Weekly change of control/transfer workplan update meeting with K. McCarthy, Z. Haseeb (both Purdue), C. Robertson, E. Turay, A. Lele (all DPW), and G. Koch, S. Lemack (both AlixPartners). | 0.40 |
| 05/05/21 | KAS | Review documents for confirmation related document requests | 3.00 |
| 05/05/21 | KAS | Continue review of documents for confirmation related document requests | 3.00 |
| 05/05/21 | KAS | Complete review of documents for confirmation related document requests | 1.20 |
| 05/05/21 | KAS | Correspondence with J. Lynn (AlixPartners) re: confirmation related document review | 0.20 |
| 05/05/21 | SKL | Review latest open items and feedback provided in the yesterday's change of control update call and update the open items list and tracker accordingly. | 1.30 |
| 05/05/21 | SKL | Prepare updates to the high-level change of control outline and begin preparing the employee matters workplan accordingly. | 2.60 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #  012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/05/21 | SKL | Continue to review latest notes and feedback provided to the employee matters workstream of the change of control process and prepare updates to the workplan accordingly. | 2.10 |
| 05/05/21 | HS | Review documents for production re: confirmation | 3.00 |
| 05/05/21 | HS | Continue to review documents for production re: confirmation | 3.00 |
| 05/05/21 | HS | Complete initial review of documents for production re: confirmation | 1.40 |
| 05/06/21 | HS | Continue review of documents for production re: confirmation | 2.30 |
| 05/06/21 | HS | Review documents marked for production re: quality control and privilege | 1.60 |
| 05/06/21 | HS | Review documents for production re: confirmation | 3.00 |
| 05/06/21 | HSB | Call with M. Kesselman, R. Aleali, J. Lowne (Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libbey (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 0.40 |
| 05/06/21 | JD | Call with M. Kesselman, R. Aleali, J. Lowne (Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libbey (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 0.40 |
| 05/06/21 | SKL | Review latest invoices received and payments made and prepare updated release list accordingly. | 1.10 |
| 05/06/21 | SKL | Review latest Intralinks upload request and prepare documents accordingly. | 1.10 |
| 05/06/21 | SKL | Review latest notes and feedback regarding the components and activities of the employee matters workplan and finalize updates accordingly. | 2.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/06/21 | SKL | Continue to finalize updates to the opioid/non-opioid revenue forecast and circulate latest feedback accordingly. | 1.00 |
| 05/06/21 | KAS | Correspondence with J. Lynn and C. O'Connor (both AlixPartners) re: document review related to confirmation related document requests | 0.20 |
| 05/06/21 | GJK | Call with M. Kesselman, R. Aleali, J. Lowne (Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libbey (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 0.40 |
| 05/06/21 | KAS | Address QC related issues prior to second document production | 0.70 |
| 05/06/21 | LJD | Call with M. Kesselman, R. Aleali, J. Lowne (Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libbey (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 0.40 |
| 05/07/21 | KAS | Review draft monthly fee statement | 0.40 |
| 05/07/21 | GJK | Call with S. Lemack, G. Koch and J. DelConte (all AlixPartners) re: NewCo transfer workplan. | 0.20 |
| 05/07/21 | GJK | Call with H. Bhattal. J. DelConte, G. Koch, S. Lemack (all AlixPartners) re: weekly update | 0.50 |
| 05/07/21 | SKL | Call with K. McCarthy (Purdue) to discuss latest updates to the change of control process. | 0.30 |
| 05/07/21 | SKL | Continue to expand on and finalize revisions to the change of control overview and timeline. | 0.50 |
| 05/07/21 | SKL | Call with S. Lemack, G. Koch and J. DelConte (all AlixPartners) re: NewCo transfer workplan. | 0.20 |
| 05/07/21 | JD | Call with H. Bhattal. J. DelConte, G. Koch, S. Lemack (all AlixPartners) re: weekly update | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Chapter 11 Process/Case Management
Client/Matter #         012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/07/21 | JD | Call with S. Lemack, G. Koch and J. DelConte (all AlixPartners) re: NewCo transfer workplan. | 0.20 |
| 05/07/21 | HSB | Call with H. Bhattal. J. DelConte, G. Koch, S. Lemack (all AlixPartners) re: weekly update | 0.50 |
| 05/07/21 | HSB | Prepare notes and agenda for Purdue team meeting and discussion of next steps on open items | 0.40 |
| 05/07/21 | LTN | Call with H. Bhattal. J. DelConte, G. Koch, S. Lemack (all AlixPartners) re: weekly update | 0.50 |
| 05/07/21 | HS | Review documents marked for production re: quality control and privilege | 2.90 |
| 05/07/21 | HS | Correspondence with J. Lynn (AlixPartners) and S. Stefanik (DPW) re: document production and transfer | 1.10 |
| 05/10/21 | HS | Emails to and from S. Stefanik (DPW) re: confirmation discovery | 0.40 |
| 05/10/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to discuss change of control work plans. | 0.20 |
| 05/10/21 | SKL | Prepare updates to the Intralinks dataroom and circulate update user access. | 0.90 |
| 05/10/21 | SKL | Continue to finalize updates to the employee matters/HR transfer workplan. | 1.90 |
| 05/10/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to discuss change of control work plans. | 0.20 |
| 05/10/21 | GJK | Review revised employee matters change of control work plan. | 0.60 |
| 05/11/21 | GJK | Review change of control workplans for working group team call. | 0.60 |
| 05/11/21 | GJK | Weekly change of control/transfer workplan update meeting with K. McCarthy, Z. Haseeb (both Purdue), C. Robertson, E. Turay, A. Lele (all DPW), and G. Koch, S. Lemack (both AlixPartners). | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/11/21 | SKL | Finalize remaining updates to the HR and corporate identify transfer workplan to review in today's change of control call. | 2.40 |
| 05/11/21 | SKL | Weekly change of control/transfer workplan update meeting with K. McCarthy, Z. Haseeb (both Purdue), C. Robertson, E. Turay, A. Lele (all DPW), and G. Koch, S. Lemack (both AlixPartners). | 0.60 |
| 05/11/21 | SKL | Correspondence with G. Koch (AlixPartners) re: change of control update call and next steps for the workplans. | 0.20 |
| 05/11/21 | SKL | Review latest notes and feedback on the change of control process and prepare updated agenda and PMO tracker accordingly for the weekly update call. | 1.40 |
| 05/12/21 | SKL | Review latest comments and feedback re: corporate identify workstream and finalize updates to the transfer workplan accordingly. | 1.90 |
| 05/12/21 | SKL | Review latest comments and feedback provided on the IT transfer workplan and Finalize updates to the workplan accordingly. | 2.40 |
| 05/12/21 | SKL | Review latest Intralink update request and updated the change of control data room with the latest batch of IT contracts for review. | 1.70 |
| 05/12/21 | SKL | Begin updating the draft transfer workplan for the IP subgroup and circulate update accordingly. | 1.30 |
| 05/12/21 | HS | Emails to and from J. Lynn (AlixPartners) and S. Stefanik (DPW) re: confirmation discovery and document production | 0.30 |
| 05/13/21 | HSB | Participate in weekly update call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT). | 0.60 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/13/21 | SKL | Finalize updates to the IP draft transfer workplan and circulate accordingly. | 1.10 |
| 05/13/21 | SKL | Pull latest batch of documents following the production process and prepare updates to the Intralinks site accordingly. | 1.30 |
| 05/13/21 | SKL | Finalize updates to the draft workplan for the distributor license and controlled substance permits subgroup. | 2.70 |
| 05/13/21 | SKL | Begin preparing updated draft workplan for the contract analysis and transfer workstream re: change of control process and circulate update accordingly. | 1.10 |
| 05/13/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to discuss work plans for change of control process. | 0.50 |
| 05/13/21 | JD | Participate in weekly update call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT). | 0.60 |
| 05/13/21 | JD | Prepare agenda for weekly update call with management. | 0.30 |
| 05/13/21 | LJD | Participate in weekly update call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT). | 0.60 |
| 05/13/21 | GJK | Participate in weekly update call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT). | 0.60 |
| 05/13/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to discuss work plans for change of control process. | 0.50 |
| 05/14/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | review various case related matters and provide update on transfer workplan process. | |
| 05/14/21 | SKL | Finalize updates to the draft contract analysis/transfer workstream workplan for the change of control process. | 1.80 |
| 05/14/21 | SKL | Finalize updates to the timelines and associated parties for the change of control draft transfer workplans. | 1.90 |
| 05/14/21 | HSB | Review status of various Purdue plan related work streams and prepared list of outstanding items for discussion with team | 0.40 |
| 05/14/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to review various case related matters and provide update on transfer workplan process. | 0.80 |
| 05/17/21 | HSB | Review status of various Purdue plan related work streams and prepared list of outstanding items for discussion with team | 0.30 |
| 05/17/21 | SKL | Email G. Koch (AlixPartners) to touch base on latest items related to the change of control process. | 0.10 |
| 05/17/21 | SKL | Continue to finalize additional updates to the distributor license workplan and circulate to K. McCarthy (Purdue) and R. Aleali (Purdue) accordingly. | 2.30 |
| 05/17/21 | SKL | Continue to finalize additional updates to the contract analysis workplan and circulate to K. McCarthy (Purdue) and R. Aleali (Purdue) accordingly. | 2.20 |
| 05/17/21 | SKL | Finalize remaining updates to the employee matters transfer workplan and circulate to R. Aleali (Purdue) accordingly. | 1.70 |
| 05/18/21 | SKL | Review latest notes and feedback provided on the draft transfer workplans and prepare updated PMO tracker for weekly update call. | 2.30 |
| 05/18/21 | SKL | Prepare updates to the IT transfer workplan and circulate following latest weekly update call. | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/18/21 | SKL | Finalize updates to the Project Change Intralinks site based on feedback received during today's weekly update call. | 1.30 |
| 05/18/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to discuss change of control working group call. | 0.20 |
| 05/18/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss various case related matters and matters related to the transfer workplan process. | 0.60 |
| 05/18/21 | SKL | Weekly change of control/transfer workplan update meeting with K. McCarthy (Purdue), Z. Haseeb (Purdue), C. Robertson (DPW), E. Turay (DPW), and A. Lele (DPW). | 1.00 |
| 05/18/21 | JD | Call with E. Vonnegut, C. Robertson, A. Libby (all DPW), J. DelConte, L. Donahue, H. Bhattal, G. Koch (all AlixPartners), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT) re: go forward planning and catch up call. | 0.50 |
| 05/18/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to discuss change of control working group call. | 0.20 |
| 05/18/21 | GJK | Call with E. Vonnegut, C. Robertson, A. Libby (all DPW), J. DelConte, L. Donahue, H. Bhattal, G. Koch (all AlixPartners), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT) re: go forward planning and catch up call. | 0.50 |
| 05/18/21 | GJK | Review change of control tracker for working group team meeting. | 0.20 |
| 05/18/21 | LJD | Call with E. Vonnegut, C. Robertson, A. Libby (all DPW), J. DelConte, L. Donahue, H. Bhattal, G. Koch (all AlixPartners), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT) re: go forward planning and catch up call. | 0.50 |
| 05/18/21 | HSB | Call with E. Vonnegut, C. Robertson, A. Libby (all DPW), | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | J. DelConte, L. Donahue, H. Bhattal, G. Koch (all AlixPartners), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT) re: go forward planning and catch up call. | |
| 05/18/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss various case related matters and matters related to the transfer workplan process. | 0.60 |
| 05/19/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss various case related matters. | 0.60 |
| 05/19/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss various case related matters. | 0.60 |
| 05/19/21 | SKL | Prepare for and participate in meeting with potential Purdue candidate to discuss the change of control process and prepare updates to K. McCarthy (Purdue) and R. Aleali (Purdue) accordingly. | 0.60 |
| 05/19/21 | SKL | Review latest invoice/payment detail and prepare update re: EY invoice inquiry. | 1.60 |
| 05/19/21 | SKL | Continue to review latest EY invoice reconciliation inquiry and prepare updated analysis accordingly. | 1.30 |
| 05/19/21 | SKL | Finalize invoice analysis for EY team and circulate feedback accordingly. | 1.40 |
| 05/19/21 | SKL | Finalize updates to the Project Change Intralinks site and circulate update accordingly. | 0.90 |
| 05/20/21 | SKL | Review latest notes and feedback provided on the change of control process and finalize updated timeline and key obstacles per C. Robertson (DPW) request. | 2.60 |
| 05/20/21 | SKL | Begin preparing cure cost analysis based on the contracts listed on the SOFA/Schedules and update cure cost analysis accordingly. | 2.20 |
| 05/20/21 | SKL | Continue to review counterparty detail from the high-priority contract listing and the contracts included on the | 2.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | SOFA/Schedules and update cure cost analysis accordingly. | |
| 05/21/21 | SKL | Finalize contract breakdown per FTI request and circulate update internally for sign-off. | 1.30 |
| 05/21/21 | SKL | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 05/21/21 | SKL | Continue to update the IP and IT draft transfer workplan based on the latest feedback provided and prepare update accordingly. | 1.00 |
| 05/21/21 | SKL | Prepare for and participate in meeting with Z. Haseeb (Purdue) to discuss state license application process. | 0.40 |
| 05/21/21 | SKL | Finalize updates to the Project Change Intralinks platform per latest feedback provided. | 1.40 |
| 05/21/21 | SKL | Update Intralinks user access and groupings for the Project Change Intralinks site. | 0.50 |
| 05/21/21 | JD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 05/21/21 | LJD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 05/21/21 | GJK | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 05/21/21 | HSB | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 05/21/21 | HSB | Prepare notes and agenda for Purdue team meeting and discussion of next steps on open items | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Chapter 11 Process/Case Management
Client/Matter #       012589.00101

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 05/21/21 | HSB | Review relevant sections of fifth Monitor Report in response to DOJ's request for info | 0.50 |
| 05/21/21 | ADD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 05/21/21 | LTN | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 05/24/21 | ADD | Compile contract counterparty information for cure cost calculations in response to creditor committee request. | 1.40 |
| 05/24/21 | SKL | Continue to finalize match number updates to the prepetition A/P database to provide updated contract cure analysis accordingly. | 1.10 |
| 05/24/21 | SKL | Finalize updates to the Intralinks website and layout re: state license application process. | 1.60 |
| 05/24/21 | SKL | Prepare additional updates to the Intralinks site based on Z. Haseeb (Purdue) feedback and provide update accordingly. | 0.80 |
| 05/25/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to discuss latest updates re: change of control process. | 0.20 |
| 05/25/21 | SKL | Continue to finalize match number updates to the prepetition A/P database to provide updated contract cure analysis accordingly. | 2.40 |
| 05/25/21 | SKL | Review latest feedback provided on the change of control process and prepare updated PMO tracker and agenda for weekly update call. | 2.60 |
| 05/25/21 | SKL | Call with E. Turay (DPW) to discuss IT contract review process. | 0.10 |
| 05/25/21 | SKL | Weekly change of control/transfer workplan update meeting with K. McCarthy (Purdue), Z. Haseeb (Purdue), C. Robertson (DPW), E. Turay (DPW), and A. Lele (DPW). | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #  012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/25/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to discuss latest updates re: change of control process. | 0.20 |
| 05/25/21 | GJK | Update and coordinate on weekly Change of Control working group call. | 0.40 |
| 05/25/21 | ADD | Compile contract counterparty information for cure cost calculations in response to creditor committee request. | 2.80 |
| 05/26/21 | HSB | Review Rhodes sales report prepared by L. Nguyen (AlixPartners) | 0.10 |
| 05/26/21 | GJK | Review filed Disclosure Statement body for follow ups related to finalizing Settlement Agreement. | 2.40 |
| 05/26/21 | GJK | Review JDS Collateral Term Sheet filed in Disclosure Statement. | 0.50 |
| 05/26/21 | GJK | Review filed Side A Term Sheets in Disclosure Statement for any open items (primarily bracketed security values). | 0.60 |
| 05/26/21 | GJK | Review Annex A of Disclosure Statement on Finality and Appellate Issues Term Sheet. | 0.30 |
| 05/26/21 | GJK | Read through of Settlement Agreement Term Sheet included in Disclosure Statement. | 1.10 |
| 05/26/21 | SKL | Continue to finalize match number updates to the prepetition A/P database to provide updated contract cure analysis accordingly. | 2.50 |
| 05/26/21 | SKL | Review latest feedback provided during the state license application process meeting and prepare updates to the Intralinks site accordingly. | 1.10 |
| 05/26/21 | SKL | Continue to work through the state license application process and prepare updates to the Intralinks site accordingly. | 2.10 |
| 05/26/21 | JD | Create agenda for weekly update call with Purdue management and advisors. | 0.30 |
| 05/27/21 | SKL | Review latest sales forecast info provided and prepared | 2.10 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Chapter 11 Process/Case Management
Client/Matter #          012589.00101

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | updated future liabilities analysis for DPW team to review. | |
| 05/27/21 | SKL | Prepare and circulate updated secured and priority claim analysis. | 1.30 |
| 05/27/21 | SKL | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss latest feedback provided on the change of control process and strategize next steps accordingly. | 1.50 |
| 05/27/21 | SKL | Meeting with K. McCarthy, Z. Haseeb, H. Ghnaimeh (all Purdue) to discuss latest updates re: IT transfer workplan process. | 1.00 |
| 05/27/21 | GJK | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss latest feedback provided on the change of control process and strategize next steps accordingly. | 1.50 |
| 05/27/21 | HSB | Review Purdue board deck with April financial results prepared by J. Lowne (Purdue) | 1.10 |
| 05/27/21 | HSB | Review amended disclosure statement for Purdue | 1.30 |
| 05/27/21 | HSB | Review Purdue flash report prepared by L. Nguyen (AlixPartners) | 0.80 |
| 05/27/21 | HSB | Review Purdue weekly cash forecast prepared by L. Nguyen (AlixPartners) | 1.10 |
| 05/28/21 | GJK | Review email from S. Lemack (AlixPartners) regarding IT transition, including contacts breakdown. | 0.40 |
| 05/28/21 | SKL | Finalize contract cure analysis and circulate latest feedback accordingly. | 1.40 |
| 05/28/21 | SKL | Prepare updated high-priority IT contract breakdown and circulate to the IT group for feedback re: change of control process. | 1.60 |
| 05/28/21 | SKL | Finalize updates to the future liabilities analysis and circulate to DPW for final sign-off. | 1.40 |
| 05/31/21 | SKL | Prepare updates to the IT transfer workplan and circulate feedback accordingly prior to tomorrow morning's call | 0.80 |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | with the team. | |
| 05/31/21 | HSB | Reviewed Purdue OCP report for April 2021 prepared by L. Nguyen (AlixPartners) | 0.20 |
| | | **Total** | **724.30** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Chapter 11 Process/Case Management |
| Client/Matter # | 012589.00101 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Andrew Gettler | 11.70 | 375.00 | 4,387.50 |
| Heather Saydah | 67.80 | 480.00 | 32,544.00 |
| Lan T Nguyen | 10.60 | 530.00 | 5,618.00 |
| Kaitlyn A Sundt | 39.00 | 530.00 | 20,670.00 |
| Andrew D DePalma | 18.20 | 625.00 | 11,375.00 |
| Sam K Lemack | 270.40 | 665.00 | 179,816.00 |
| Gabe J Koch | 143.20 | 865.00 | 123,868.00 |
| HS Bhattal | 82.80 | 865.00 | 71,622.00 |
| Jesse DelConte | 55.90 | 1,055.00 | 58,974.50 |
| Richard Collura | 0.60 | 1,125.00 | 675.00 |
| Lisa Donahue | 24.10 | 1,295.00 | 31,209.50 |
| **Total Hours & Fees** | **724.30** | | **540,759.50** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/01/21 | LTN | Prepare the Purdue and Rhodes cash summaries for the week ended 01.29.2021 cash actuals report | 1.20 |
| 02/01/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 01.29 cash report | 1.60 |
| 02/01/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 01.29 cash report | 2.00 |
| 02/01/21 | JD | Provide comments on draft forecast to actual cash reports. | 0.40 |
| 02/01/21 | SKL | Create accounts payable release file and review payments made. | 0.50 |
| 02/02/21 | SKL | Create accounts payable release file and review payments made. | 0.40 |
| 02/02/21 | LTN | Reconcile the latest Purdue investment activities provided by M. Jack (Purdue) and updated the interests earned, bank charges and cash balances to the latest weekly cash report | 1.40 |
| 02/02/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 01.29 cash actuals report | 1.30 |
| 02/03/21 | SKL | Create accounts payable release file and review payments made. | 0.50 |
| 02/04/21 | SKL | Create accounts payable release file and review payments made. | 0.40 |
| 02/04/21 | SKL | Review latest prepetition vendor inquiry provided and circulate updated feedback and AP detail accordingly. | 1.20 |
| 02/05/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 01.29.2021 and updated the weekly cash report deck | 1.90 |
| 02/05/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 01.29.2021 and updated the | 1.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #     012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | weekly cash report deck | |
| 02/08/21 | LTN | Review December Financial statement deck provided by E. Nowakowski (Purdue) and updated PPLP financials section for PEO monthly flash report | 2.30 |
| 02/09/21 | LTN | Reconcile and update Rhodes financials section of the December PEO monthly flash report | 2.50 |
| 02/09/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 02.05 cash report | 1.70 |
| 02/09/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 02.05 cash report | 1.50 |
| 02/09/21 | LTN | Prepare the Purdue and Rhodes cash summaries for the week ended 02.05.2021 cash actuals report | 1.20 |
| 02/09/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 02.05 cash actuals report | 0.70 |
| 02/09/21 | HSB | Review latest draft of weekly cash report (week ending 1/29) prepared by L. Nguyen (AlixPartners) and provided comments | 0.70 |
| 02/09/21 | JD | Provide comments on the latest cash forecast to actual. | 0.40 |
| 02/10/21 | SKL | Create accounts payable release file and review payment info. | 0.70 |
| 02/10/21 | LTN | Reconcile and update Adlon financials section of the December PEO monthly flash report | 1.60 |
| 02/10/21 | LTN | Reconcile and update Avrio Health financials section of the December PEO monthly flash report | 1.10 |
| 02/10/21 | LTN | Reconcile and update the consolidated Purdue and Rhodes financials section of the December PEO monthly flash report | 1.70 |
| 02/10/21 | LTN | Finalize the weekly cash report for week ended 01.29 based on internal feedback and circulate for CFO review | 1.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 02/10/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 02.05.2021 and updated the weekly cash report deck | 1.00 |
| 02/10/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 02.05.2021 and updated the weekly cash report deck | 1.90 |
| 02/15/21 | JD | Provide comments on the latest cash forecast to actual analysis. | 0.40 |
| 02/16/21 | LTN | Correspondence to J. Lowne (Purdue) re: IAC activities for week ended 02.05 cash actuals | 0.70 |
| 02/16/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 02.12.2021 cash actuals report based on their feedback | 1.20 |
| 02/16/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 02.12 cash actuals report | 1.00 |
| 02/16/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 02.12 cash report | 1.90 |
| 02/16/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 02.12 cash report | 1.70 |
| 02/17/21 | LTN | Review the latest fee applications from the docket filed by restructuring and retained professionals and update tracker | 1.80 |
| 02/17/21 | LTN | Review Purdue 2021 budget and started updating P&L section in the latest cash forecast beginning w.e 02.19 | 2.90 |
| 02/18/21 | LTN | Continue to update Purdue 2021 budget into the latest cash forecast beginning 02.19 period | 1.50 |
| 02/18/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 02.12.2021 and updated the weekly cash report deck | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Cash Management
Client/Matter #         012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/18/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 02.12.2021 and updated the weekly cash report deck | 1.60 |
| 02/18/21 | HSB | Review excel worksheet with Purdue historical cash actuals and assessed working capital requirements | 1.40 |
| 02/18/21 | HSB | Review Purdue cash reports & MOR along with underlying details in response to question from DPW re: classification of expenses | 0.50 |
| 02/19/21 | LTN | Review Rhodes 2021 budget and updated the P&L section of the latest cash forecast beginning 02.19 | 2.50 |
| 02/19/21 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) re: cash flow forecast. | 0.60 |
| 02/19/21 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) re: cash flow forecast. | 0.60 |
| 02/22/21 | LTN | Review Purdue 2021 budget -Operating expenses breakdown provided by E. Nowakowski (Purdue) and updated the latest 13w cash forecast | 2.50 |
| 02/22/21 | LTN | Download AR data from SAP, categorized Account Receivables section of Purdue & Rhodes 13w cash forecast beginning w.e 02.19.2021 | 1.80 |
| 02/22/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 02.19 cash report | 1.70 |
| 02/22/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 02.19 cash report | 1.80 |
| 02/22/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 02.19 cash actuals report | 0.80 |
| 02/22/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 02.19.2021 cash actuals report based on their feedback | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Cash Management
Client/Matter #   012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 02/22/21 | LTN | Prepare the customer receipts section of the Purdue 13 week cash forecast beg 02.19 based on the latest sales forecast provided by J. Knight (Purdue) | 2.10 |
| 02/22/21 | LTN | Download AP data from SAP and categorized the operating expense section of Purdue 13-week cash forecast beginning w.e 02.19.2021 | 2.20 |
| 02/22/21 | JD | Provide comments on the latest cash forecast to actual report. | 0.40 |
| 02/22/21 | HSB | Review weekly cash report prepared by L. Nguyen (AlixPartners) and provided comments | 0.80 |
| 02/23/21 | LTN | Reconcile the latest Purdue and Rhodes rebates vs the MCO tracker sent by D. Krishnan (Purdue) as of 02.19.2021 | 2.00 |
| 02/23/21 | LTN | Updated Monthly Entity operations section of latest Purdue 13w cash forecast based on the latest 2021 budget | 2.50 |
| 02/23/21 | LTN | Continue updating Purdue 2021 budget- operating expenses breakdown details to the Purdue 13w cash forecast | 1.70 |
| 02/23/21 | LTN | Prepare the IAC receipts and IAC disbursements section of the Purdue 13w cash forecast beginning 02.19 period | 2.20 |
| 02/24/21 | LTN | Prepare the rebates section of Purdue 13-week cash forecast beginning 02.19 | 2.00 |
| 02/24/21 | LTN | Review Rhodes 2021 budget provided by R. Haberlin (Purdue) and continued updating P&L section of Rhodes 13w cash forecast beginning 02.19 period | 2.20 |
| 02/24/21 | LTN | Prepare the cash summaries section of the Purdue 13 week cash forecast beginning 02.19 | 1.80 |
| 02/24/21 | LTN | Prepare the legal fees and professional fees section of the Purdue 13w cash forecast beginning 02.19 period | 1.90 |
| 02/24/21 | LTN | Review the latest Restructuring forecast provided by J. | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | DelConte (AlixPartners) and updated the tracker and cash forecast accordingly | |
| 02/25/21 | LTN | Downloaded AP data and prepare the Operating expense section of the Rhodes 13-week cash forecast beginning 02.19.2021 | 1.80 |
| 02/25/21 | LTN | Prepare the customer receipts section of the Rhodes 13-week cash forecast beginning 02.19 | 1.30 |
| 02/25/21 | LTN | Prepare the rebates section of Rhodes 13-week cash forecast beginning 02.19 period | 1.50 |
| 02/25/21 | LTN | Review Rhodes 2021 budget and updated net revenue for ~30 products of the Rhodes 13w cash forecast | 1.90 |
| 02/25/21 | LTN | Review Rhodes 2021 budget and updated COGS for ~30 products of the Rhodes 13w cash forecast | 2.40 |
| 02/25/21 | SKL | Create accounts payable release file and review latest payment detail. | 0.70 |
| 02/26/21 | SKL | Review latest budget files provided by E. Nowakowski and reviewed implements made to the latest Purdue cash forecast. | 1.50 |
| 02/26/21 | LTN | Updated Monthly Entity operations section of latest Rhodes 13w cash forecast based on the latest 2021 budget | 1.80 |
| 02/26/21 | LTN | Update Rhodes 2021 budget- distribution costs and other product related costs for ~30 products to Rhodes 13w cash forecast | 1.70 |
| 02/26/21 | HSB | Review excel files with claims analysis prepared by S. Lemack (AlixPartners) | 0.80 |
| 02/26/21 | HSB | Review excel sheet with claims related info prepared by A. DePalma (AlixPartners) | 0.20 |
| 03/01/21 | HSB | Review draft of contribution agreement emailed by Davis Polk | 0.70 |
| 03/01/21 | LTN | Update the latest EastWest cash transaction report and | 1.90 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Cash Management
Client/Matter #      012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | categorized for the week ended 02.26 cash report | |
| 03/01/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 02.26 cash report | 1.70 |
| 03/01/21 | LTN | Update Rhodes Tech 2021 Budget (Jan-Jun) provided by E. (Rhodes Technology) to the latest Rhodes 13w cash forecast | 2.10 |
| 03/02/21 | LTN | Prepare the IAC receipts, disbursements and Legal section of the Rhodes 13-week cash forecast beginning 02.19 | 1.30 |
| 03/02/21 | LTN | Prepare the Cash summaries section of the Rhodes 13-week cash forecast beginning 02.19.2021 period | 1.80 |
| 03/02/21 | LTN | Prepare the latest 13 week cash forecast vs actual summaries for Purdue and Rhodes and explained the variances | 1.50 |
| 03/02/21 | LTN | Prepare the updated weekly sales reports as of 02.26 for Rhodes provided by P. Phouthasone (Purdue) and circulated for CFO review | 0.80 |
| 03/02/21 | LTN | Finalize reconciling Rhodes Tech 2021 Budget data-operating expenses breakdown and updated to the latest cash forecast | 0.80 |
| 03/02/21 | HSB | Review relevant sections of the contribution agreement draft | 0.80 |
| 03/02/21 | SKL | Create accounts payable release file and review latest list of payments. | 0.90 |
| 03/02/21 | SKL | Review and reconcile the latest prepetition invoices and follow-up with H. Benson (Purdue) accordingly. | 1.20 |
| 03/04/21 | SKL | Call with S. Lemack, L. Nguyen (all AlixPartners) to discuss 2021 Purdue budget update | 0.50 |
| 03/04/21 | SKL | Continue to review latest Purdue project files provided by E. Nowakowski (Purdue) and update the cash forecast | 1.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Cash Management
Client/Matter #       012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | accordingly. |  |
| 03/04/21 | SKL | Continue to review the Rhodes Pharma financial projections provided by R. Haberlin (Rhodes) and update the cash forecast accordingly. | 2.20 |
| 03/04/21 | LTN | Call with S. Lemack, L. Nguyen (all AlixPartners) to discuss 2021 Purdue budget update | 0.50 |
| 03/05/21 | LTN | Update the budget items based on feedback from S. Lemack (AlixPartners) | 0.60 |
| 03/05/21 | SKL | Review latest 2021 financial projects and begin updating the Purdue cash forecast accordingly. | 2.10 |
| 03/05/21 | SKL | Review latest 2021 financial projects and begin updating the Rhodes cash forecast accordingly. | 2.30 |
| 03/08/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 02.19.2021 cash actuals report based on their feedback | 1.50 |
| 03/08/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 02.19.2021 and updated the weekly cash report deck | 1.30 |
| 03/08/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 02.19.2021 and updated the weekly cash report deck | 1.80 |
| 03/08/21 | LTN | Revise the December PEO monthly flash report based on the latest deck provided by J. Lowne (Purdue) | 2.60 |
| 03/10/21 | LTN | Prepare the updated weekly sales reports as of 02.26 for Purdue provided by E. Nowakowski (Purdue) and circulated for CFO review | 0.60 |
| 03/10/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 02.26 cash actuals report | 1.20 |
| 03/11/21 | LTN | Calculate the Payroll and Benefits budget for all Purdue's functions in order to update the Payroll section of the | 2.50 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Cash Management
Client/Matter #         012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | latest forecast | |
| 03/11/21 | LTN | Prepare the updated weekly sales reports as of 02.26 for Adhansia XR - Purdue provided by E. Nowakowski (Purdue) | 0.40 |
| 03/11/21 | LTN | Revise Purdue's latest forecast based on feedback from S. Lemack (AlixPartners) | 3.10 |
| 03/11/21 | SKL | Review latest Purdue budget files provided by E. Nowakowski (Purdue) and continue to update the Purdue cash forecast accordingly | 2.40 |
| 03/11/21 | SKL | Review latest fee applications filed by retained professionals on the docket and ensure the latest Purdue cash forecast is updated accordingly. | 2.30 |
| 03/11/21 | SKL | Continue to review the monthly phasing of the budgeted Purdue P&L and ensure the Purdue cash forecast is updated accordingly prior to distribution. | 1.50 |
| 03/12/21 | SKL | Prepare updated key metrics pipeline deck for the creditor groups and circulate to R. Aleali (Purdue) for final sign-off. | 1.00 |
| 03/12/21 | SKL | Continue to finalize updates and finalize implementation of the latest Purdue budget into the upcoming 13-week cash forecast. | 2.40 |
| 03/12/21 | SKL | Finalize review and made updates to the December flash report and circulated internally for additional review. | 1.90 |
| 03/12/21 | LTN | Correspondence with S. Lemack (AlixPartners) re: open items on the latest Purdue cash forecast | 1.50 |
| 03/12/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 02.26.2021 and updated the weekly cash report deck | 1.70 |
| 03/12/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 02.26.2021 and updated the weekly cash report deck | 0.90 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                  F 214.647.7501
Dallas, TX 75201            alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #  012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/12/21 | LTN | Reconcile the latest investment activity files for February and updated the interest and charges of the week ended 02/26 weekly cash report accordingly | 1.20 |
| 03/12/21 | LTN | Revise the December PEO flash report based on the internal feedback and circulated for CFO review | 0.80 |
| 03/12/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 02.26.2021 cash actuals report based on their feedback | 1.20 |
| 03/15/21 | LTN | Call with S. Lemack, L. Nguyen (both AlixPartners) re: Purdue cash on hand | 0.50 |
| 03/15/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 03.05 cash report | 1.50 |
| 03/15/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 03.05 cash actuals report | 1.10 |
| 03/15/21 | LTN | Correspondence with R. Posner, J. Coster (both Teneo) re: Purdue cash on hand | 0.60 |
| 03/15/21 | LTN | Revise 02.19 and 02.16 weekly cash reports based on internal feedback and circulated for CFO review | 1.50 |
| 03/15/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 03.05.2021 cash actuals report based on their feedback | 1.30 |
| 03/15/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 03.05 cash report | 2.00 |
| 03/15/21 | HSB | Review draft of weekly cash report (week ended 2/19) prepared by L. Nguyen (AlixPartners) and provided comments | 0.70 |
| 03/15/21 | HSB | Review draft of weekly cash report (week ended 2/26) prepared by L. Nguyen (AlixPartners) and provided comments | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Cash Management
Client/Matter #   012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/15/21 | SKL | Call with S. Lemack, L. Nguyen (both AlixPartners) re: Purdue cash on hand | 0.50 |
| 03/15/21 | SKL | Continue to finalize updates to the Purdue cash forecast based on the latest budget files provided by E. Nowakowski (Purdue). | 2.40 |
| 03/15/21 | SKL | Continue to review updates made to the COGS and customer receipts section of the Rhodes cash forecast and provided updated notes and feedback accordingly. | 2.50 |
| 03/15/21 | JD | Review latest weekly cash forecast to actual reports. | 0.50 |
| 03/16/21 | SKL | Review latest updates made to the Purdue cash forecast and provided updated notes and feedback accordingly. | 2.50 |
| 03/16/21 | SKL | Call with L. Nguyen, S. Lemack (both AlixPartners) to discuss open items related to the cash forecast. | 0.40 |
| 03/16/21 | LTN | Download AR data from SAP, categorized Account Receivables section of Purdue & Rhodes 13w cash forecast beginning w.e 03.05.2021 | 1.20 |
| 03/16/21 | LTN | Download AP data from SAP, categorized the operating expense section of Purdue 13-week cash forecast beginning w.e 03.05.2021 | 1.50 |
| 03/16/21 | LTN | Call with L. Nguyen, S. Lemack (both AlixPartners) to discuss open items related to the cash forecast. | 0.40 |
| 03/17/21 | LTN | Review the latest fee applications from the docket filed by restructuring and retained professionals and update tracker | 1.80 |
| 03/17/21 | LTN | Review the latest rebates tracker provided by D. Krishnan (Purdue) as of Mar 17 and updated the 13-week cash forecast | 2.50 |
| 03/17/21 | LTN | Finalize the Purdue 13-w cash forecast beginning week ended 03.05 period and circulated for internal review | 1.50 |
| 03/17/21 | LTN | Finalize the Rhodes 13-w cash forecast beginning week ended 03.05 period and circulated for internal review | 2.00 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #  012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/17/21 | LTN | Finalize the deck for Purdue & Rhodes 13-w cash forecast beginning week ended 03.05 period and circulated for internal review | 0.90 |
| 03/18/21 | SKL | Continue to review latest Purdue P&L phasing files provided by E. Nowakowski (Purdue) and finalize updates to the forecast accordingly. | 2.40 |
| 03/19/21 | SKL | Call with L. Nguyen, S. Lemack (both AlixPartners) to discuss various cash related matters. | 0.60 |
| 03/19/21 | SKL | Continue to review product by product sales forecast and update the latest cash forecast accordingly. | 2.30 |
| 03/19/21 | SKL | Finalize remaining updates to the COGS piece of the latest Rhodes cash forecast. | 1.80 |
| 03/19/21 | LTN | Revise the latest Rhodes forecast based on feedback from S. Lemack (AlixPartners) | 1.00 |
| 03/19/21 | LTN | Call with L. Nguyen, S. Lemack (both AlixPartners) to discuss various cash related matters. | 0.60 |
| 03/19/21 | LTN | Revise 02.19 and 02.16 weekly cash reports based on J. Lowne (Purdue) feedback | 1.00 |
| 03/19/21 | JD | Review cash reporting comments from management and final cash forecast to actual reports. | 0.40 |
| 03/22/21 | LTN | Call with S. Lemack, L. Nguyen (both AlixPartners) re: updates to the Purdue cash forecast | 0.40 |
| 03/22/21 | LTN | Prepare the latest Purdue & Rhodes forecast to actuals variance analysis for week ended 03.05.2021 and updated the weekly cash report deck | 1.40 |
| 03/22/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 03.12.2021 cash actuals report based on their feedback | 0.80 |
| 03/22/21 | SKL | Call with S. Lemack, L. Nguyen (both AlixPartners) re: updates to the Purdue cash forecast | 0.40 |
| 03/22/21 | SKL | Finalize updates to the COGS piece of the Purdue cash | 2.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Cash Management
Client/Matter #              012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | forecast and discuss latest updates accordingly. | |
| 03/22/21 | SKL | Finalize review of the Rhodes Pharma cash forecast and circulate updates internally for further discussion. | 2.20 |
| 03/22/21 | SKL | Review latest January balance sheet financials and begin updates to the liquidation analysis accordingly. | 2.00 |
| 03/22/21 | SKL | Finalize review of the latest cash forecast deck and circulate updates internally for final implementation. | 0.90 |
| 03/23/21 | SKL | Finalize updates to the PMO tracker and circulate updated agenda accordingly re: change of control/transfer workplan. | 1.40 |
| 03/23/21 | SKL | Finalize remaining updates to the Purdue sales forecast and circulate updated Purdue forecast accordingly. | 2.40 |
| 03/23/21 | SKL | Finalize updates to the cash forecast deck and circulate updated feedback to L. Nguyen (AlixPartners) accordingly. | 1.10 |
| 03/23/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 03.12 cash report | 1.50 |
| 03/23/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 03.12 cash actuals report | 0.70 |
| 03/23/21 | LTN | Review latest 4th interim fee applications from the docket and updated restructuring tracker | 2.30 |
| 03/23/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 03.12 cash report | 1.70 |
| 03/24/21 | LTN | Revise the Purdue 13-w cash forecast beginning week ended 03.05 period based on S. Lemack (AlixPartners) feedback | 2.10 |
| 03/24/21 | LTN | Update MDT winddown cost and format based on feedback from J. DelConte (AlixPartners) | 0.80 |
| 03/24/21 | LTN | Reconcile Business plan projections vs the latest 13 w | 2.20 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Cash Management
Client/Matter #          012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | cashflow and updated the forecast accordingly | |
| 03/24/21 | LTN | Update the latest 13 w cashflow forecast based on feedback from J. DelConte (AlixPartners) | 1.30 |
| 03/24/21 | HSB | Review Purdue cash forecasts prepared by L. Nguyen (AlixPartners) | 0.60 |
| 03/24/21 | HSB | Review Purdue Plan Projections updated by L. Nguyen (AlixPartners) | 0.40 |
| 03/24/21 | HSB | Review relevant sections of the Purdue Disclosure Statement document | 0.60 |
| 03/24/21 | JD | Review the latest 13 week cash flow forecast in comparison to the quarterly 2021 phasing budget from the company. Provide initial comments. | 1.30 |
| 03/24/21 | JD | Review KEIP/KERP payments and calculate upcoming incentive comp payments for purposes of the cash flow forecast. | 0.50 |
| 03/25/21 | HSB | Call with J. DelConte, L. Nguyen, H. Bhattal (all AlixPartners) re: latest weekly cash forecast. | 0.90 |
| 03/25/21 | HSB | Review multiple versions of Purdue cash forecasts prepared by L. Nguyen (AlixPartners) | 1.20 |
| 03/25/21 | JD | Review the updated version of the 13 week cash flow forecast. | 0.30 |
| 03/25/21 | JD | Call with J. DelConte, L. Nguyen, H. Bhattal (all AlixPartners) re: latest weekly cash forecast. | 0.90 |
| 03/25/21 | JD | Review the latest 13 week cash flow forecast in advance of the call with the team. | 0.50 |
| 03/25/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 03.19 cash actuals report | 0.70 |
| 03/25/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 03.19.2021 cash actuals report based on their feedback | 1.00 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 03/25/21 | LTN | Finalize updates to the latest forecast and circulated to CFO for sign-off | 2.50 |
| 03/25/21 | LTN | Call with J. DelConte, L. Nguyen, H. Bhattal (all AlixPartners) re: latest weekly cash forecast. | 0.90 |
| 03/25/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 03.19 cash report | 1.80 |
| 03/25/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 03.19 cash report | 1.70 |
| 03/26/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 03.12.2021 and updated the weekly cash report deck | 1.20 |
| 03/26/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 03.12.2021 and updated the weekly cash report deck | 0.90 |
| 03/26/21 | JD | Review the final 13 week cash flow forecast edits and analysis. | 0.40 |
| 03/29/21 | LTN | Revise 13w cash forecast based on latest feedback from J. Lowne (Purdue) feedback | 1.30 |
| 03/29/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 03.19.2021 and updated the weekly cash report deck | 1.20 |
| 03/29/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 03.19.2021 and updated the weekly cash report deck | 0.90 |
| 04/01/21 | LTN | Reconcile and update Avrio Health financials section of the Jan 2021 PEO monthly flash report | 1.10 |
| 04/01/21 | LTN | Reconcile and update the consolidated Purdue and Rhodes financials section of the Jan 2021 PEO monthly flash report | 1.80 |
| 04/01/21 | LTN | Reconcile and update Adlon financials section of the Jan | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | 21 PEO monthly flash report | |
| 04/01/21 | LTN | Review January 2021 Financial statement deck provided by E. Nowakowski (Purdue) and updated PPLP financials section for PEO monthly flash report | 1.30 |
| 04/01/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 03.26 cash report | 1.70 |
| 04/01/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 03.26 cash actuals report | 0.50 |
| 04/01/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 03.26 cash report | 1.80 |
| 04/01/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 03.26.2021 cash actuals report based on their feedback | 0.80 |
| 04/02/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 03.26.2021 and updated the weekly cash report deck | 1.30 |
| 04/02/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 03.26.2021 and updated the weekly cash report deck | 0.80 |
| 04/02/21 | HSB | Review three weekly cash reports for Purdue (weeks ended 03/05, 03/12 & 03/19) prepared by L. Nguyen (AlixPartners) | 1.30 |
| 04/02/21 | SKL | Review latest invoice detail provided and run updated trade payables and payment report from SAP. | 0.70 |
| 04/05/21 | JD | Provide comments on the latest emergence date cash forecast analysis. | 0.40 |
| 04/05/21 | LTN | Revise the Jan 2021 PEO monthly flash report based on S. Lemack (AlixPartners) feedback and circulated for internal review | 1.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #  012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/05/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 04.02 cash report | 1.80 |
| 04/05/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 04.02 cash report | 1.50 |
| 04/05/21 | HSB | Review weekly cash report for Purdue (week ended 03/26) prepared by L. Nguyen (AlixPartners) | 0.50 |
| 04/06/21 | JD | Provide comments on the latest cash forecast to actual report. | 0.30 |
| 04/06/21 | LTN | Review February 2021 Financial statement deck provided by E. Nowakowski (Purdue) and updated PPLP financials section for PEO monthly flash report | 1.50 |
| 04/07/21 | LTN | Reconcile and update Avrio Health financials section of the February 2021 PEO monthly flash report | 1.10 |
| 04/07/21 | LTN | Reconcile and update the Rhodes financials section of the February 2021 PEO monthly flash report | 1.30 |
| 04/07/21 | LTN | Reconcile and update Adlon financials section of the February 21 PEO monthly flash report | 0.90 |
| 04/08/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 04.02.2021 and updated the weekly cash report deck | 1.30 |
| 04/08/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 04.02.2021 and updated the weekly cash report deck | 0.80 |
| 04/08/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 04.02 cash actuals report | 0.50 |
| 04/09/21 | LTN | Revise February flash report based on internal feedback and circulated for CFO sign-off | 0.60 |
| 04/12/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 04.09 cash report | 1.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Cash Management
Client/Matter #       012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/12/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 04.09 cash report | 1.60 |
| 04/12/21 | LTN | Download AP data from SAP, categorized the operating expense section of Purdue 13-week cash forecast beginning w.e 04.09.2021 | 1.60 |
| 04/12/21 | LTN | Download AR data from SAP, categorized Account Receivables section of Purdue & Rhodes 13w cash forecast beginning w.e 04.09.2021 | 1.30 |
| 04/12/21 | LTN | Prepare the customer receipts section of the Purdue 13 week cash forecast for w.e 04.09 based on the latest sales forecast provided by J. Knight (Purdue) | 1.00 |
| 04/12/21 | HSB | Review Purdue financial statement forecasts prepared by Purdue team | 0.30 |
| 04/13/21 | LTN | Revise the weekly cash report for w.e 04.02 based on internal feedback and circulated to CFO for signoff | 1.20 |
| 04/13/21 | JD | Provide comments on the latest forecast to actual cash reports. | 0.60 |
| 04/13/21 | HSB | Review weekly cash report (week ended 04/02) prepared by L. Nguyen (AlixPartners) | 0.60 |
| 04/16/21 | LTN | Review the latest fee applications from the docket filed by Retained professionals and update the tracker | 0.80 |
| 04/16/21 | LTN | Review the latest fee applications from the docket filed by restructuring and retained professionals and update tracker | 1.50 |
| 04/16/21 | LTN | Review the fourth interim fee applications from the docket and updated the latest 13w cash forecast | 1.50 |
| 04/17/21 | LTN | Review the latest rebates tracker provided by D. Krishnan (Purdue) as of April and updated the 13-week cash forecast | 1.40 |
| 04/17/21 | LTN | Prepare the IAC receipts and IAC disbursements section | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
|  |  | of the Purdue 13-week cash forecast beginning 04.09 period |  |
| 04/17/21 | LTN | Prepare the operating expense section of Purdue 13-week cash forecast beginning 04.09 period | 1.50 |
| 04/17/21 | LTN | Prepare the Customer rebates section of Purdue 13-week cash forecast beginning 04.09 period | 1.60 |
| 04/18/21 | LTN | Prepare the customer receipts section of the Rhodes 13 week cash forecast beginning period 04.09 | 1.10 |
| 04/18/21 | LTN | Prepare the customer rebates section of Rhodes 13-week cash forecast beginning 04.09 period | 0.90 |
| 04/18/21 | LTN | Prepare the IAC receipts and IAC disbursements section of Rhodes 13-week cash forecast beginning 04.09 period | 0.60 |
| 04/18/21 | LTN | Prepare the deck for the latest 13 week forecast beginning 04.09 period for Purdue and Rhodes | 1.30 |
| 04/18/21 | LTN | Prepare the operating expense section of Rhodes 13-week cash forecast beginning 04.09 period | 1.20 |
| 04/19/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 04.16 cash report | 1.70 |
| 04/19/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 04.16 cash report | 1.90 |
| 04/19/21 | LTN | Prepare the latest 13 week forecast to actuals variance summaries report for PPLP and Rhodes beginning 04.09 period | 1.50 |
| 04/20/21 | LTN | Finalize the Purdue 13-w cash forecast beginning week ended 04.09 period and circulated for internal review | 0.70 |
| 04/20/21 | LTN | Finalize the Rhodes 13-w cash forecast beginning week ended 04.09 period and circulated for internal review | 1.00 |
| 04/21/21 | HSB | Review 13-week cash forecast prepared by L. Nguyen (AlixPartners) | 0.80 |
| 04/23/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Cash Management
Client/Matter #        012589.00103

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | Hobbick, M. Santonastaso (all Purdue) and updated w.e. 04.09.2021 cash actuals report based on their feedback | |
| 04/23/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 04.09 cash actuals report | 0.60 |
| 04/23/21 | LTN | Reconcile the latest investment activities and balances for restricted/unrestricted cash accounts and updated the weekly cash report for week ended 04.09 | 1.40 |
| 04/26/21 | LTN | Review the latest sales forecast provided by J. Knight (Purdue) as of 04.23 and updated the forecast accordingly | 0.60 |
| 04/26/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 04.16.2021 cash actuals report based on their feedback | 0.70 |
| 04/27/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 04.23.2021 cash actuals report based on their feedback | 0.80 |
| 04/27/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 04.23 cash report | 1.80 |
| 04/27/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 04.23 cash report | 1.60 |
| 04/27/21 | LTN | Update the Purdue and Rhodes 13-w cash forecast beginning week ended 04.09 period based on new data and circulated for internal review | 2.10 |
| 04/27/21 | LTN | Correspondence with B. Shank (Purdue) re: forecasting unrestricted cash balance | 0.20 |
| 04/27/21 | HSB | Review 13-week cash flow forecast prepared by L. Nguyen (AlixPartners) | 0.80 |
| 04/27/21 | JD | Review and provide comments on the latest draft version of the 13 week cash flow after comparing against the latest 2021 quarterly budget. | 1.30 |

2101 Cedar Springs Road      T 214.647.7500
Suite 1100                    F 214.647.7501
Dallas, TX 75201              alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 04/28/21 | HSB | Review weekly sales report prepared by L. Nguyen (AlixPartners) | 0.10 |
| 04/28/21 | LTN | Finalize the weekly cash reports for week ended 04.09 and 04.16 and circulated for internal sign-off | 0.80 |
| 04/28/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 04.16.2021 and updated the weekly cash report deck | 1.70 |
| 04/28/21 | LTN | Prepare the updated weekly sales reports as of 04.09 for Rhodes provided by P. Phouthasone (Purdue) and circulated for CFO review | 0.50 |
| 04/28/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 04.16.2021 and updated the weekly cash report deck | 1.10 |
| 04/28/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 04.16 cash actuals report | 0.50 |
| 04/29/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 04.23.2021 and updated the weekly cash report deck | 1.40 |
| 04/29/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 04.23.2021 and updated the weekly cash report deck | 0.90 |
| 04/29/21 | HSB | Review weekly cash flow forecasts prepared by L. Nguyen (AlixPartners) for weeks ended 04/09; 04/16 & 04/23 | 0.90 |
| 04/29/21 | HSB | Review March 2021 OCP report prepared by L. Nguyen (AlixPartners) | 0.40 |
| 04/29/21 | HSB | Review Purdue financial statement deck prepared by J. Lowne (Purdue) | 1.50 |
| 04/29/21 | JD | Provide comments on last 3 weekly cash forecast to actual reports. | 0.70 |
| 04/30/21 | SKL | Finalize review of latest invoices received and payments | 1.10 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #  012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | made and prepare updated AP report accordingly. | |
| 04/30/21 | SKL | Review latest approved vendor invoices and prepare updated analysis of approved vendors accordingly. | 0.90 |
| 04/30/21 | SKL | Prepare updated reconciliation re: UST quarterly fee payment following inquiry from UST. | 1.30 |
| 04/30/21 | SKL | Review latest invoice/payment history and circulate updated release list accordingly. | 1.30 |
| 05/05/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 04.30 cash report | 1.80 |
| 05/05/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 04.30 cash report | 1.50 |
| 05/05/21 | LTN | Reconcile the interest credits and bank charges in April based on the latest file by T. Gabriele (Purdue) and update the cash summaries in weekly cash reports | 0.60 |
| 05/05/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 04.30 cash actuals report | 0.60 |
| 05/06/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 04.30.2021 cash actuals report based on their feedback | 0.70 |
| 05/06/21 | LTN | Reconcile and update Adlon and Avrio Health financials section of the March 2021 PEO monthly flash report | 1.70 |
| 05/06/21 | LTN | Reconcile and update the Rhodes financials section of the March 2021 PEO monthly flash report | 1.20 |
| 05/06/21 | LTN | Review March 2021 Financial statement deck provided by J. Lowne (Purdue) and updated PPLP financials section for PEO monthly flash report | 1.80 |
| 05/06/21 | HSB | Meeting with J. Lowne, E. Ruiz, L. Scheinbach (all Purdue), R. Schnitzler (PJT), and H. Bhattal, S. Lemack (both AlixPartners) to review latest cash projections. | 0.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Cash Management
Client/Matter #        012589.00103

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 05/06/21 | SKL | Meeting with J. Lowne, E. Ruiz, L. Scheinbach (all Purdue), R. Schnitzler (PJT), and H. Bhattal, S. Lemack (both AlixPartners) to review latest cash projections. | 0.40 |
| 05/07/21 | LTN | Finalize the March 2021 PEO monthly flash report and circulated for internal review | 1.50 |
| 05/10/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 04.30.2021 and updated the weekly cash report deck | 1.40 |
| 05/10/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 04.30.2021 and updated the weekly cash report deck | 0.50 |
| 05/11/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 05.07 cash report | 1.60 |
| 05/11/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 05.07 cash report | 1.50 |
| 05/11/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 05.07 cash actuals report | 0.60 |
| 05/11/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 05.07.2021 cash actuals report based on their feedback | 0.50 |
| 05/11/21 | HSB | Review Purdue monthly flash report prepared by L. Nguyen (AlixPartners) for March 2021 | 0.80 |
| 05/11/21 | HSB | Review Purdue monthly full board deck prepared by J. Lowne (Purdue) for March 2021 | 1.10 |
| 05/11/21 | LTN | Revise the weekly cash actuals report for week ended 04.30 based on the internal feedback and circulated for CFO sign-off | 1.10 |
| 05/13/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 05.07.2021 and updated the weekly cash report deck | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:          Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/13/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 05.07.2021 and updated the weekly cash report deck | 1.10 |
| 05/13/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 05.07.2021 cash actuals report based on their feedback | 0.50 |
| 05/13/21 | SKL | Pulled latest AP and payment info from SAP and reviewed latest releases and payments. | 1.10 |
| 05/14/21 | SKL | Run accounts payable release file and review latest AP releases and payments. | 0.80 |
| 05/14/21 | HSB | Review weekly cash flow forecasts prepared by L. Nguyen (AlixPartners) for weeks ended 04/30; 05/07 | 1.20 |
| 05/17/21 | LTN | Download AP data from SAP, categorized the operating expense section of Purdue & Rhodes 13-week cash forecast beginning w.e 05.14.2021 | 2.00 |
| 05/17/21 | LTN | Download AR data from SAP, categorized Account Receivables section of Purdue & Rhodes 13w cash forecast beginning w.e 05.14.2021 | 1.70 |
| 05/17/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 05.14 cash report | 1.80 |
| 05/17/21 | LTN | Call with S. Lemack, L. Nguyen (both AlixPartners) to discuss multiple case related matters and discuss the cash forecast | 0.60 |
| 05/17/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 05.14 cash actuals report | 0.40 |
| 05/17/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 05.14 cash report | 1.60 |
| 05/17/21 | SKL | Call with S. Lemack, L. Nguyen (both AlixPartners) to discuss multiple case related matters and discuss the cash forecast | 0.60 |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100   **F** 214.647.7501
Dallas, TX 75201   **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/17/21 | JD | Provide comments on the last two weeks of cash forecast to actuals analyses. | 0.60 |
| 05/18/21 | SKL | Calls with S. Lemack, L. Nguyen (AlixPartners) to discuss open cash items prior to Wednesday's cash forecast meeting with M. Jack (Purdue) | 0.10 |
| 05/18/21 | LTN | Calls with S. Lemack, L. Nguyen (AlixPartners) to discuss open cash items prior to Wednesday's cash forecast meeting with M. Jack (Purdue) | 0.10 |
| 05/18/21 | LTN | Prepare the updated weekly sales reports as of 05.14 for Rhodes provided by P. Phouthasone (Purdue) and circulated for CFO review | 0.50 |
| 05/19/21 | LTN | Review the latest fee applications from the docket filed by Retained professionals and update the tracker | 0.80 |
| 05/19/21 | LTN | Call among S. Lemack, L. Nguyen (both AlixPartners), M. Jack (Purdue) to walk through the cash forecast | 0.30 |
| 05/19/21 | LTN | Update the Restructuring and retained professional fee section to the latest 13w cash forecast beginning week 05.14 | 0.70 |
| 05/19/21 | LTN | Prepare the IAC receipts and IAC disbursements section of the Purdue 13-week cash forecast beginning 05.14 period | 0.90 |
| 05/19/21 | LTN | Review the latest rebates tracker provided by D. Krishnan (Purdue) as of May and updated the 13-week cash forecast | 0.90 |
| 05/19/21 | LTN | Prepare the operating expense section of Purdue 13-week cash forecast beginning 05.14 period | 1.60 |
| 05/19/21 | LTN | Prepare the customer receipts section of the Purdue 13 week cash forecast beg 05.14 based on the latest sales forecast provided by J. Knight (Purdue) | 1.00 |
| 05/19/21 | LTN | Review the latest fee applications from the docket filed by restructuring professionals and update the tracker | 1.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #   012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/19/21 | ADD | Research accounts payable questions from Purdue's auditor. | 1.90 |
| 05/19/21 | SKL | Call among S. Lemack, L. Nguyen (both AlixPartners), M. Jack (Purdue) to walk through the cash forecast | 0.30 |
| 05/19/21 | GJK | Review email and files from M. Atkinson (Province) regarding historical available cash presentation. | 0.30 |
| 05/19/21 | GJK | Review historical Mundipharma board documents for presentation of available cash information. | 1.60 |
| 05/19/21 | GJK | Review Mundipharma cash balance growth and movement across IACs based on historical balance sheets. | 0.80 |
| 05/20/21 | ADD | Research accounts payable questions from Purdue's auditor. | 2.30 |
| 05/20/21 | LTN | Prepare the Customer rebates section of Purdue 13-week cash forecast beginning 05.14 period | 1.90 |
| 05/21/21 | LTN | Prepare the latest 13 week forecast to actuals variance summaries report for PPLP and Rhodes beginning 05.14 period | 0.60 |
| 05/21/21 | LTN | Prepare the IAC receipts and IAC disbursements section of Rhodes 13-week cash forecast beginning 05.14 period | 0.90 |
| 05/21/21 | LTN | Prepare the customer receipts section of the Rhodes 13 week cash forecast beginning period 05.14 | 1.40 |
| 05/21/21 | LTN | Prepare the operating expense section of Rhodes 13-week cash forecast beginning 05.14 period | 1.80 |
| 05/21/21 | LTN | Prepare the deck for the latest 13 week forecast beginning 05.14 period for Purdue and Rhodes | 0.80 |
| 05/21/21 | LTN | Prepare the legal, restructuring and other sections of Rhodes 13-week cash forecast beginning 05.14 period | 1.10 |
| 05/21/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 05.14.2021 cash actuals report based on their feedback | 0.50 |
| 05/24/21 | LTN | Reconcile and categorize the latest Paysource cash | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #  012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | transactions and updated the week ended 05.21 cash report | |
| 05/24/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 05.14.2021 and updated the weekly cash report deck | 0.90 |
| 05/24/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 05.14.2021 and updated the weekly cash report deck | 1.60 |
| 05/24/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 05.21 cash report | 1.80 |
| 05/24/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC summary section for week ended 05.21 cash actuals report | 0.40 |
| 05/24/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 05.21.2021 cash actuals report based on their feedback | 0.50 |
| 05/25/21 | SKL | Correspondence with L. Nguyen (AlixPartners) re: latest updates to the cash forecast. | 0.20 |
| 05/25/21 | SKL | Review latest Purdue cash forecast and provide updated comments/feedback accordingly. | 1.30 |
| 05/26/21 | SKL | Continue to review latest Rhodes cash forecast and circulate updated comments/feedback accordingly. | 1.40 |
| 05/26/21 | SKL | Call with S. Lemack, L. Nguyen (both AlixPartners) re: OCP April report | 0.20 |
| 05/26/21 | LTN | Reconcile and update Adlon and Avrio Health financials section of the April 2021 PEO monthly flash report | 1.50 |
| 05/26/21 | LTN | Reconcile and update the Rhodes financials section of the April 2021 PEO monthly flash report | 1.40 |
| 05/26/21 | LTN | Finalize the April PEO monthly flash report and circulate for internal review | 1.20 |
| 05/26/21 | LTN | Prepare the updated weekly sales reports as of 05.21 for | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:           Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Rhodes provided by P. Phouthasone (Purdue) and circulated for CFO review | |
| 05/26/21 | LTN | Update cash restricted transactions to the 13-w cash forecast beginning week ended 05.14 period | 0.50 |
| 05/26/21 | LTN | Review April 2021 Financial statement deck provided by J. Lowne (Purdue) and updated PPLP financials section for PEO monthly flash report | 1.80 |
| 05/26/21 | LTN | Call with S. Lemack, L. Nguyen (both AlixPartners) re: OCP April report | 0.20 |
| 05/27/21 | LTN | Finalize the Purdue 13-w cash forecast beginning week 05.14 period and circulate for internal review | 1.80 |
| 05/27/21 | LTN | Finalize the Rhodes 13-w cash forecast beginning week 05.14 period and circulate for internal review | 1.40 |
| 05/27/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss updates on the 13w cash forecast | 0.50 |
| 05/27/21 | LTN | Multiple calls with S. Lemack, L. Nguyen (both AlixPartners) to discuss updates on the 13w cash forecast and OCP tracking | 0.30 |
| 05/27/21 | LTN | Finalize the 13-w cash forecast deck beginning week 05.14 based on internal feedback and circulated for CFO review | 1.20 |
| 05/27/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss updates on the 13w cash forecast | 0.50 |
| 05/27/21 | SKL | Multiple calls with S. Lemack, L. Nguyen (both AlixPartners) to discuss updates on the 13w cash forecast and OCP tracking | 0.30 |
| 05/27/21 | SKL | Finalize updates to the accounts payable database and prepare updates to the contract cure analysis accordingly. | 2.20 |
| 05/28/21 | JD | Provide comments on the latest iteration of the 13 week cash flow forecast. | 0.80 |
| 05/28/21 | LTN | Correspondence with H. Bhattal (AlixPartners) to discuss | 0.10 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Cash Management
Client/Matter #        012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Liabilities subject to compromise on the April flash report | |
| | | **Total** | **428.40** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Cash Management
Client/Matter #          012589.00103

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Lan T Nguyen | 316.80 | 530.00 | 167,904.00 |
| Andrew D DePalma | 4.20 | 625.00 | 2,625.00 |
| Sam K Lemack | 71.50 | 665.00 | 47,547.50 |
| HS Bhattal | 22.10 | 865.00 | 19,116.50 |
| Gabe J Koch | 2.70 | 865.00 | 2,335.50 |
| Jesse DelConte | 11.10 | 1,055.00 | 11,710.50 |
| **Total Hours & Fees** | **428.40** | | **251,239.00** |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                    **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Communication with Interested Parties
Client/Matter #         012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/01/21 | HSB | Call with M. Diaz, B. Bromberg, S. Bingham (all FTI), J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal (both AlixPartners) re: potential ABL financing. | 0.50 |
| 02/01/21 | ADD | Prepare files provided by DPW eDiscovery team for upload to the data room. | 1.50 |
| 02/01/21 | ADD | Edit documents to be uploaded to the data room for creditor committee review. | 1.30 |
| 02/01/21 | ADD | Download accounts receivable information in response to diligence request. | 0.90 |
| 02/01/21 | ADD | Review outstanding diligence requests and draft correspondence to follow up with outstanding, | 1.60 |
| 02/01/21 | ADD | Compile documents submitted in response to diligence requests and provide to DPW eDiscovery for processing. | 1.80 |
| 02/01/21 | JD | Review third party correspondence re: working capital. | 0.20 |
| 02/01/21 | JD | Call with M. Diaz, B. Bromberg, S. Bingham (all FTI), J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal (both AlixPartners) re: potential ABL financing. | 0.50 |
| 02/02/21 | ADD | Review diligence requests and follow up with outstanding items. | 0.70 |
| 02/02/21 | ADD | Compile agreements requested by DPW and follow up with outstanding items. | 0.90 |
| 02/02/21 | JD | Correspondence with PJT and DPW re: final side by side comparison of third party discussions. | 0.80 |
| 02/02/21 | JD | Call with PBGC, M. Huebner, S. Brecher, J. Crandall (all DPW), J. Turner (PJT), J. Lowne, R. Aleali (both Purdue) re: emergence planning. | 0.50 |
| 02/02/21 | JD | Call with S. Burian, G. Coutts, H. Schenk (all HL), M. Diaz, B. Bromberg (both FTI), T. Melvin (PJT), J. DelConte, H. Bhattal (both AlixPartners) re: third party diligence process. | 0.90 |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Communication with Interested Parties
Client/Matter #          012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/02/21 | JD | Call with T. Melvin (PJT), H. Schenk, A. Benjamin (both HL) re: third party modeling. | 0.80 |
| 02/02/21 | HSB | Call with S. Burian, G. Coutts, H. Schenk (all HL), M. Diaz, B. Bromberg (both FTI), T. Melvin (PJT), J. DelConte, H. Bhattal (both AlixPartners) re: third party diligence process. | 0.90 |
| 02/03/21 | JD | Call with J. Turner (PJT), J. Feltman, M. Vitti, R. Levy (all Duff & Phelps) re: third party discussions. | 0.70 |
| 02/03/21 | JD | Review correspondence from DPW, Akin Gump and Gilbert re: shareholder settlement proposals. | 0.50 |
| 02/03/21 | JD | Correspondence with HL and PJT re: third party discussions. | 0.30 |
| 02/03/21 | ADD | Compile documents submitted in response to diligence requests and provide to DPW eDiscovery for processing. | 1.20 |
| 02/03/21 | ADD | Compile claims details in response to creditor committee diligence requests. | 1.60 |
| 02/04/21 | ADD | Summarize production data at the request of DPW | 1.00 |
| 02/04/21 | HSB | Call with K. Eckstein, R. Ringer (both Kramer Levin), S. Gilbert (Gilbert), M. Diaz, B. Bromberg (both FTI), G. Coutts, S. Burian, H. Schenk (all HL), M. Huebner, E. Vonnegut, D. Klein, C. Robertson (all DPW), J. Turner, T. Melvin (both PJT), M. Kesselman, R. Aleali (both Purdue), J. DelConte, H. Bhattal (both AlixPartners) re: plan term sheet issues. | 1.40 |
| 02/04/21 | JD | Call with L. Altus, T. Matlock (both DPW), J. Turner, T. Melvin (both PJT), J. Feltman, M. Vitti, R. Levy (all Duff & Phelps) re: tax forecasting. | 0.50 |
| 02/04/21 | JD | Call with K. Eckstein, R. Ringer (both Kramer Levin), S. Gilbert (Gilbert), M. Diaz, B. Bromberg (both FTI), G. Coutts, S. Burian, H. Schenk (all HL), M. Huebner, E. Vonnegut, D. Klein, C. Robertson (all DPW), J. Turner, T. | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Communication with Interested Parties
Client/Matter #              012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Melvin (both PJT), M. Kesselman, R. Aleali (both Purdue), J. DelConte, H. Bhattal (both AlixPartners) re: plan term sheet issues. | |
| 02/04/21 | JD | Call with J. Turner (PJT) and G. Coutts (HL) re: case update and open items. | 0.60 |
| 02/04/21 | JD | Call with M. Diaz and B. Bromberg (both FTI) re: convenience class and claims treatment. | 0.60 |
| 02/05/21 | ADD | Edit documents to be uploaded to the data room for creditor committee review. | 1.40 |
| 02/05/21 | ADD | Review outstanding requests from DPW and request outstanding items from the client. | 1.70 |
| 02/05/21 | ADD | Prepare for internal AlixPartners internal engagement team meeting. | 0.20 |
| 02/05/21 | ADD | Prepare files provided by DPW eDiscovery team for upload to the data room. | 1.30 |
| 02/06/21 | JD | Correspondence with M. Atkinson (Province) re: excluded liability details. | 0.30 |
| 02/06/21 | JD | Correspondence with AHC and UCC re: latest claims analyses and convenience class. | 0.40 |
| 02/08/21 | JD | Review latest third party communications and analyses. | 1.70 |
| 02/08/21 | JD | Call with G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. Bromberg (both FTI), M. Atkinson (Province), J. DelConte (partial participation), H. Bhattal (both AlixPartners) and third party re: diligence discussions. | 0.70 |
| 02/08/21 | JD | Call with L. Altus, W. Curran, T. Matlock (all DPW), J. Turner (PJT), J. Feltman, M. Vitti, R. Levy (all DPW), L. Fogelman (DOJ) re: tax forecasting. | 0.40 |
| 02/08/21 | HSB | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), T. Coleman, J. Turner, T. Melvin, L. Schwarzmann, J. Arsic, R. Schnitzler (all PJT), J. DelConte, H. Bhattal (both AlixPartners), M. Huebner (DPW) re: due diligence update | 0.50 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                    **F** 214.647.7501
Dallas, TX 75201              **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Communication with Interested Parties
Client/Matter #      012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | (Plex) from counterparty | |
| 02/08/21 | HSB | Call with G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. Bromberg (both FTI), M. Atkinson (Province), J. DelConte (partial participation), H. Bhattal (both AlixPartners) and third party re: diligence discussions. | 2.00 |
| 02/08/21 | HSB | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), T. Coleman, J. Turner, T. Melvin, L. Schwarzmann, J. Arsic, R. Schnitzler (all PJT), J. DelConte, H. Bhattal (both AlixPartners), M. Huebner (DPW) re: due diligence update (Plex) from counterparty | 0.50 |
| 02/09/21 | ADD | Compile diligence and data room statistics for counsel. | 1.80 |
| 02/09/21 | ADD | Compile documents submitted in response to diligence requests and provide to DPW eDiscovery for processing. | 2.40 |
| 02/09/21 | JD | Correspondence with PBGC re: case progress. | 0.60 |
| 02/09/21 | JD | Review request for PEO clearance from FTI. | 0.30 |
| 02/09/21 | JD | Review updated third party diligence list. | 0.40 |
| 02/09/21 | JD | Call with C. Wong (PBGC) re: plan process. | 0.30 |
| 02/10/21 | JD | Call with C. Wong (PBGC) re: plan process. | 0.40 |
| 02/10/21 | ADD | Compare open prepetition accounts payable to claims previously scheduled. | 2.70 |
| 02/10/21 | HSB | Call with J. Turner, T. Melvin, J. Arsic (all PJT), M. Diaz, B. Bromberg (both FTI), A. Benjamin, G. Coutts, H. Sun (all HL), K. Eckstein (Kramer Levin) re: Plan related issues | 1.10 |
| 02/11/21 | ADD | Review materials uploaded to the data room to identify materials responsive to diligence request. | 1.70 |
| 02/11/21 | ADD | Update claims reconciliation spreadsheet with client feedback to send to client A/P team for review. | 2.30 |
| 02/11/21 | ADD | Meeting with T. Ghalayini, J. Hamilton, A. DePalma, J. DelConte (AlixPartners) R. Hoff (Wiggin and Dana) T. Morrissey (Purdue) A. Guo, C. Oluwole (DPW) re: | 0.60 |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                          **F** 214.647.7501
Dallas, TX 75201                  **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #  012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Production Repository Discussion. | |
| 02/11/21 | JD | Meeting with T. Ghalayini, J. Hamilton, A. DePalma, J. DelConte (AlixPartners) R. Hoff (Wiggin and Dana) T. Morrissey (Purdue) A. Guo, C. Oluwole (DPW) re: Production Repository Discussion. | 0.60 |
| 02/11/21 | JD | Call with J. Lowne (Purdue), J. Turner, T. Melvin, J. Arsic, R. Schnitzler (all PJT) re: diligence questions. | 0.30 |
| 02/11/21 | JD | Call with J. Lowne, M. Kesselman (both Purdue), J. Turner, J. O'Connell, T. Melvin (all PJT), M. Huebner, E. Vonnegut (both DPW) re: third party diligence discussions. | 0.40 |
| 02/11/21 | JD | Call with J. Lowne (Purdue) re: follow-up to diligence discussions. | 0.20 |
| 02/12/21 | JD | Correspondence with Purdue management re: open third party diligence questions. | 0.60 |
| 02/12/21 | JD | Correspondence with R. Aleali (Purdue) and DPW re: ability to share IMS data with certain counterparties. | 0.30 |
| 02/12/21 | JD | Pull together recent files to provide per third party diligence requests. | 0.70 |
| 02/12/21 | JD | Edit materials provided by management in response to third party diligence requests. | 2.30 |
| 02/12/21 | ADD | Prepare documents provided in response to diligence request for upload to the Project Plex data room for stakeholder review. | 1.20 |
| 02/12/21 | ADD | Prepare materials submitted in response to diligence request for upload to the data room. | 2.50 |
| 02/12/21 | ADD | Download updated accounting data from SAP BW for Liquidation Analysis update | 0.80 |
| 02/12/21 | ADD | Meeting with T. Ghalayini, J. Hamilton, A. DePalma (AlixPartners) re: Purdue data discussion. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/12/21 | ADD | Prepare for Purdue team update meeting. | 0.20 |
| 02/12/21 | LTN | Review due diligence data and cleaned data re: additional Project Plex's requests | 1.80 |
| 02/13/21 | JD | Review additional files pulled together by management to be responsive to outstanding third party requests. | 0.40 |
| 02/16/21 | JD | Call with M. Huebner, S. Brecher (both DPW), C. Wong, L. Butler (both PBGC) re: case progress. | 0.30 |
| 02/16/21 | JD | Review updated third party diligence request files and correspondence with PJT re: ability to produce such files. | 0.80 |
| 02/16/21 | ADD | Prepare documents provided by DPW's eDiscovery team for upload to the data room. | 2.30 |
| 02/16/21 | ADD | Edit documents to be uploaded to the data room for creditor committee review. | 1.80 |
| 02/16/21 | ADD | Compile documents submitted in response to diligence requests and provide to DPW's eDiscovery for processing. | 2.20 |
| 02/17/21 | ADD | Review contract review tracker and request missing items from client. | 1.00 |
| 02/17/21 | JD | Call with J. DelConte, G. Koch (both AlixPartners), T. Melvin, J. Arsic (PJT), M. Atkinson (Province), G. Coutts, H. Schenk (HL), B. Bromberg (FTI), L. Schlezinger (Jefferies) re: shareholder diligence. | 0.40 |
| 02/17/21 | JD | Review latest diligence files per third party diligence request. | 0.60 |
| 02/17/21 | LTN | Review data for the additional Project Plex's requests and updated the tracker | 0.60 |
| 02/17/21 | JD | Correspondence with PJT and HL re: various business plan sensitivities. | 0.60 |
| 02/17/21 | JD | Provide comments on answers from management per open third party diligence questions. | 0.40 |
| 02/17/21 | GJK | Call with J. DelConte, G. Koch (both AlixPartners), T. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Communication with Interested Parties
Client/Matter #       012589.00104

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Melvin, J. Arsic (PJT), M. Atkinson (Province), G. Coutts, H. Schenk (HL), B. Bromberg (FTI), L. Schlezinger (Jefferies) re: shareholder diligence. | |
| 02-18-21 | GJK | Call with G. Koch and L. Nguyen (both AlixPartners) re: shareholder financial due diligence questions tracker | 0.50 |
| 02-18-21 | JD | Call with M. Atkinson (Province) re: pension request. | 0.10 |
| 02-18-21 | JD | Conversation with C. Wong (PBGC) re: case progress. | 0.10 |
| 02-18-21 | JD | Edit files from management responsive to certain third party requests and related correspondence with management and PJT to share with third parties. | 1.00 |
| 02-18-21 | JD | Correspondence with Purdue management, DPW and PJT re: UCC pension questions. | 0.70 |
| 02-18-21 | LTN | Call with G. Koch and L. Nguyen (both AlixPartners) re: shareholder financial due diligence questions tracker | 0.50 |
| 02-18-21 | LTN | Review shareholder Information and draft diligence list to prepare a priority list | 0.70 |
| 02-18-21 | JD | Review updated third party diligence and question list for tomorrow's call. | 0.30 |
| 02-18-21 | ADD | Prepare documents responsive to Project Plex diligence requests to be uploaded to the data room for external review. | 1.30 |
| 02-19-21 | ADD | Prepare documents responsive to Project Plex diligence requests to be uploaded to the data room for external review. | 1.30 |
| 02-19-21 | ADD | Prepare materials provided by DPW eDiscovery team to be uploaded for creditor committee review. | 2.40 |
| 02-19-21 | JD | Call with third party, S. Burian, G. Coutts, H. Schenk (all HL), M. Diaz, B. Bromberg (both FTI), K. Sheridan, L. Szlezinger (both Jefferies), M. Atkinson (Province), J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, H. Bhattal (both AlixPartners), J. Lowne, E. Nowakowski, D. | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Communication with Interested Parties
Client/Matter #          012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Fogel, R. Haberlin (all Purdue) re: working capital diligence requests. | |
| 02/19/21 | JD | Call with J. Turner (PJT) and G. Coutts (HL) re: case update. | 0.80 |
| 02/19/21 | JD | Call with R. Aleali (Purdue) re: board follow up and case update. | 0.40 |
| 02/19/21 | JD | Call with J. DelConte, H. Bhattal (both AlixPartners), J. Turner, T. Melvin (both PJT), J. Feltman, R. Levy (both Duff and Phelps) re: claims analysis. | 0.30 |
| 02/19/21 | JD | Call with G. Coutts, H. Schenk (both HL), B. Bromberg, M. Diaz (both FTI), J. Turner, T. Melvin, J. Arsic (all PJT) re: latest AHC term sheet. | 0.40 |
| 02/19/21 | JD | Call with J. Lowne, L. Schenbach (both Purdue), J. Turner, T. Melvin, L. Schwarzmann, J. Arsic, R. Schnitzler (all PJT), J. DelConte, H. Bhattal (both AlixPartners) re: financial projections | 0.50 |
| 02/19/21 | JD | Call with J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal (both AlixPartners) and R. Levy, M. Vitti, J. Feltman (all Duff & Phelps) re: DOJ unsecured claim | 1.40 |
| 02/19/21 | HSB | Call with third party, S. Burian, G. Coutts, H. Schenk (all HL), M. Diaz, B. Bromberg (both FTI), K. Sheridan, L. Szlezinger (both Jefferies), M. Atkinson (Province), J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, H. Bhattal (both AlixPartners), J. Lowne, E. Nowakowski, D. Fogel, R. Haberlin (all Purdue) re: working capital diligence requests. | 1.10 |
| 02/19/21 | HSB | Call with J. DelConte, H. Bhattal (both AlixPartners), J. Turner, T. Melvin (both PJT), J. Feltman, R. Levy (both Duff and Phelps) re: claims analysis. | 0.30 |
| 02/19/21 | HSB | Call with J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal (both AlixPartners) and R. Levy, M. Vitti, J. | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Feltman (all Duff & Phelps) re: DOJ unsecured claim | |
| 02/19/21 | HSB | Call with J. Lowne, L. Schenbach (both Purdue), J. Turner, T. Melvin, L. Schwarzmann, J. Arsic, R. Schnitzler (all PJT), J. DelConte, H. Bhattal (both AlixPartners) re: financial projections | 0.50 |
| 02/22/21 | ADD | Compile documents submitted in response to diligence requests and provide to Davis Polk's eDiscovery for processing. | 2.30 |
| 02/22/21 | ADD | Draft correspondence requesting approval to upload documents to the data room. | 0.40 |
| 02/22/21 | ADD | Review diligence requests and follow up with outstanding items. | 1.30 |
| 02/22/21 | ADD | Review data room to verify that production were uploaded correctly. | 2.10 |
| 02/22/21 | JD | Review draft mark-up of the Rhodes business plan deck for creditors. | 0.40 |
| 02/22/21 | JD | Review final board financial presentations in order to cleanse them to share with creditors. | 0.80 |
| 02/23/21 | JD | Call with C. Wong (PBGC) re: plan progress and timing. | 0.50 |
| 02/23/21 | JD | Correspondence with DPW and Purdue management re: pension diligence question from the UCC. | 0.70 |
| 02/23/21 | ADD | Compile documents submitted in response to diligence requests and provide to Davis Polk's eDiscovery for processing. | 2.40 |
| 02/23/21 | LTN | Review additional requests re Project Plex and provided data accordingly | 0.80 |
| 02/24/21 | JD | Call with C. Wong (PBGC) re: plan progress. | 0.30 |
| 02/24/21 | JD | Call with C. Wong (PBGC) re: plan process follow-ups. | 0.40 |
| 02/24/21 | JD | Correspondence with Davis Polk and Purdue management re: UCC pension requests. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #  012589.00104

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 02/24/21 | JD | Correspondence with Davis Polk and Duff & Phelps re: claim recovery information. | 0.30 |
| 02/24/21 | JD | Correspondence with Purdue management and Province re: pension plan participants. | 0.30 |
| 02/25/21 | JD | Call with J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal (both AlixPartners), G. Coutts, H. Schenk (both HL), M. Diaz, B. Bromberg (both FTI) re: latest term sheet counterproposal. | 0.50 |
| 02/25/21 | JD | Call with M. Atkinson (Province) re: outstanding diligence questions. | 0.20 |
| 02/25/21 | JD | Correspondence with Davis Polk and Purdue management re: open UCC diligence questions. | 0.30 |
| 02/25/21 | JD | Review diligence questions from FTI and correspondence with PJT and Davis Polk re: plan reserve amounts | 0.80 |
| 02/25/21 | JD | Correspondence with Davis Polk and Purdue management re: UCC conversation on open pension questions. | 0.80 |
| 02/25/21 | JD | Draft response to UCC / NCSG pension questions and correspondence with Province re: same. | 0.30 |
| 02/25/21 | HSB | Call with J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal (both AlixPartners), G. Coutts, H. Schenk (both HL), M. Diaz, B. Bromberg (both FTI) re: latest term sheet counterproposal. | 0.50 |
| 02/26/21 | HSB | Call with J. Turner, T. Melvin, J. Arsic (all PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. Bromberg, C. Kim (all FTI) re: plan related issues. | 1.00 |
| 02/26/21 | JD | Provide comments on claims analysis in response to UCC diligence questions. | 0.50 |
| 02/26/21 | JD | Call with J. Turner, T. Melvin, J. Arsic (all PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Communication with Interested Parties
Client/Matter #         012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Bromberg, C. Kim (all FTI) re: plan related issues. | |
| 02/26/21 | SKL | Call with J. Turner, T. Melvin, J. Arsic (all PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. Bromberg, C. Kim (all FTI) re: plan related issues. | 1.00 |
| 03/01/21 | JD | Review list of IAC agreements to be responsive to open AHC diligence questions. | 0.40 |
| 03/01/21 | JD | Call with A. Preis, S. Brauner (both Akin Gump), M. Atkinson (Province), C. Robertson (DPW), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: claims process. | 0.40 |
| 03/01/21 | GJK | Call with G. Koch and L. Nguyen (AlixPartners) to discuss next steps re: Trust diligence | 0.60 |
| 03/01/21 | SKL | Call with A. Preis, S. Brauner (both Akin Gump), M. Atkinson (Province), C. Robertson (DPW), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: claims process. | 0.40 |
| 03/01/21 | ADD | Call with A. Preis, S. Brauner (both Akin Gump), M. Atkinson (Province), C. Robertson (DPW), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: claims process. | 0.40 |
| 03/01/21 | ADD | Compile responsive diligence materials to populate Project Ion data room. | 2.50 |
| 03/01/21 | ADD | Prepare materials provided by Davis Polk's eDiscovery team for upload to the data room. | 1.80 |
| 03/01/21 | HSB | Call with A. Preis, S. Brauner (both Akin Gump), M. Atkinson (Province), C. Robertson (DPW), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: claims process. | 0.40 |
| 03/01/21 | LTN | Review Contribution agreement documents to prepare for meetings with advisors | 1.50 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Communication with Interested Parties
Client/Matter #          012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/01/21 | LTN | Call with G. Koch and L. Nguyen (AlixPartners) to discuss next steps re: Trust diligence | 0.60 |
| 03/01/21 | LTN | Review Contribution agreement provided by J. Weiner (DPW) to prepare for the credit support meeting | 1.80 |
| 03/02/21 | LTN | Call with G. Koch and L. Nguyen (both AlixPartners) to discuss next steps to Contribution agreement | 0.70 |
| 03/02/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners), M. Diaz, B. Bromberg (FTI), M. Atkinson (Province), J. Turner, T. Melvin (PJT) to discuss next steps on Trust Diligence | 0.50 |
| 03/02/21 | LTN | Continue reviewing Contribution agreement provided by J. Weiner (DPW) re: Trust diligence | 1.00 |
| 03/02/21 | LTN | Call among G. Koch, L. Nguyen (AlixPartners), J. Ball, J. Jeffrey (Debevoise), J. Schwartz, J. Weiner (DPW), M. Atkinson (Province) and various other financial advisors: re: Credit Support review | 1.50 |
| 03/02/21 | LTN | Call with J. DelConte, G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), Davis Polk, Akin Gump, Kramer Levin, Brown Rudnick, Province, FTI, Houlihan, Jefferies and the Side A advisors re: settlement agreement. | 1.20 |
| 03/02/21 | HSB | Call with J. DelConte, G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), Davis Polk, Akin Gump, Kramer Levin, Brown Rudnick, Province, FTI, Houlihan, Jefferies and the Side A advisors re: settlement agreement. | 1.20 |
| 03/02/21 | HSB | Call with A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), J. Rosen, J. Ball (both Debevoise), T. Martin (Huron), J. Turner, T. Melvin, (both JT Partners), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI), A. Benjamin, G. Coutts, H. Schenk (all HL) to discuss Shareholder Contribution agreement related issues. | 1.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Communication with Interested Parties |
|-----|----------------------------------------|
| Client/Matter # | 012589.00104 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 03-02-21 | ADD | Compile and format materials submitted in response to diligence request for creditor committee review. | 1.00 |
| 03-02-21 | ADD | Compile February accounts payable data and review newly added pre-petition invoices. | 1.80 |
| 03-02-21 | ADD | Prepare diligence materials for Project Ion data room. | 2.80 |
| 03-02-21 | ADD | Open Project Ion data room and upload initial set of diligence materials. | 1.70 |
| 03-02-21 | GJK | Call with G. Coutts, H. Schenk (both Houlihan), M. Diaz, B. Bromberg (FTI), M. Atkinson, S. Morrison (both Province), L. Szlezinger (Jefferies), G. Koch, L. Nguyen, J. DelConte (all AlixPartners) re: trust diligence. | 0.50 |
| 03-02-21 | GJK | Call among G. Koch, L. Nguyen (AlixPartners), J. Ball, J. Jeffrey (Debevoise), J. Schwartz, J. Weiner (DPW), M. Atkinson (Province) and various other financial advisors: re: Credit Support review | 1.50 |
| 03-02-21 | GJK | Call with J. DelConte, G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), Davis Polk, Akin Gump, Kramer Levin, Brown Rudnick, Province, FTI, Houlihan, Jefferies and the Side A advisors re: settlement agreement. | 1.20 |
| 03-02-21 | GJK | Call with G. Koch and L. Nguyen (both AlixPartners) to discuss next steps to Contribution agreement | 0.70 |
| 03-02-21 | JD | Call with J. DelConte, G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), Davis Polk, Akin Gump, Kramer Levin, Brown Rudnick, Province, FTI, Houlihan, Jefferies and the Side A advisors re: settlement agreement. | 1.20 |
| 03-02-21 | JD | Call with G. Coutts, H. Schenk (both Houlihan), M. Diaz, B. Bromberg (FTI), M. Atkinson, S. Morrison (both Province), L. Szlezinger (Jefferies), G. Koch, L. Nguyen, J. DelConte (all AlixPartners) re: trust diligence. | 0.50 |
| 03-02-21 | JD | Call with A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), J. | 1.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Communication with Interested Parties
Client/Matter #         012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
|  |  | Rosen, J. Ball (both Debevoise), T. Martin (Huron), J. Turner, T. Melvin, (both JT Partners), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI), A. Benjamin, G. Coutts, H. Schenk (all HL) to discuss Shareholder Contribution agreement related issues. |  |
| 03/02/21 | SKL | Call with A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), J. Rosen, J. Ball (both Debevoise), T. Martin (Huron), J. Turner, T. Melvin, (both JT Partners), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI), A. Benjamin, G. Coutts, H. Schenk (all HL) to discuss Shareholder Contribution agreement related issues. | 1.50 |
| 03/03/21 | SKL | Call with A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), J. Rosen, J. Ball (both Debevoise), T. Martin (Huron), J. Turner, T. Melvin, (both JT Partners), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI), A. Benjamin, G. Coutts, H. Schenk (all Houlihan) re: Shareholder Contribution agreement related issues. | 0.40 |
| 03/03/21 | JD | Call with A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), J. Rosen, J. Ball (both Debevoise), T. Martin (Huron), J. Turner, T. Melvin, (both JT Partners), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI), A. Benjamin, G. Coutts, H. Schenk (all Houlihan) re: Shareholder Contribution agreement related issues. | 0.40 |
| 03/03/21 | JD | Call with M. Diaz, B. Bromberg, C. Kim (both FTI), G. Coutts, H. Schenk, A. Benjamin (all Houlihan), J. Turner, T. Melvin, J. Arsic, R. Schnitzler (all PJT), J. Lowne, D. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #  012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Rosen, M. Ronning, K. Gadski (all Purdue) re: latest opioid branded forecasts. | |
| 03/03/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), M. Diaz, C. Kim (both FTI) to discuss outstanding items re: Contribution agreement | 0.30 |
| 03/03/21 | ADD | Compile February accounts payable data and review newly added pre-petition invoices. | 1.50 |
| 03/03/21 | ADD | Review data room statistics and confirm that invoice was calculated correctly. | 0.40 |
| 03/03/21 | HSB | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 2.50 |
| 03/03/21 | HSB | Call with A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), J. Rosen, J. Ball (both Debevoise), T. Martin (Huron), J. Turner, T. Melvin, (both JT Partners), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI), A. Benjamin, G. Coutts, H. Schenk (all Houlihan) re: Shareholder Contribution agreement related issues. | 0.40 |
| 03/03/21 | LTN | Review Contribution agreement hypotheticals provided by J. Weiner (DPW) and reconciled the Collar payoffs | 2.10 |
| 03/03/21 | LTN | Review A-side Family net asset summary deck, converted to data format, cleaned and format for detailed analysis | 2.90 |
| 03/03/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), M. Diaz, C. Kim (both FTI) to discuss outstanding items re: Contribution agreement | 0.30 |
| 03/03/21 | LTN | Prepare A-side Family Group net asset value detailed data | 2.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #  012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | and checked data for accuracy | |
| 03/03/21 | LTN | Prepare A-side Family Net asset summary pivot table | 1.90 |
| 03/04/21 | LTN | Prepare query table for A side group Net assets and analyzed into different required or potential paying group/asset combinations | 2.80 |
| 03/04/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners) to review trust data analysis and A-side Family payment groups | 0.70 |
| 03/04/21 | LTN | Finalize A-side net asset presentations and circulated to G. Koch (AlixPartners) for review | 2.20 |
| 03/04/21 | HSB | Call with M. Diaz, B. Bromberg, C. Kim (all FTI), S. Burian, G. Coutts, H. Schenk (all Houlihan), J. Turner, T. Melvin (both PJT), J. Lowne, C. Landau, G. Whiteside, S. Bhaskar (all Purdue), J. DelConte, H. Bhattal re: latest R&D plan. | 1.70 |
| 03/04/21 | GJK | Call with G. Koch, L. Nguyen (AlixPartners) to review trust data analysis and A-side Family payment groups | 0.70 |
| 03/04/21 | JD | Call with G. Coutts, H. Schenk, A. Benjamin (all Houlihan), B. Bromberg, M. Diaz (all FTI), J. Turner, T. Melvin, J. Arsic (all PJT) re: plan counter. | 0.70 |
| 03/04/21 | JD | Call with M. Diaz, B. Bromberg, C. Kim (all FTI), S. Burian, G. Coutts, H. Schenk (all Houlihan), J. Turner, T. Melvin (both PJT), J. Lowne, C. Landau, G. Whiteside, S. Bhaskar (all Purdue), J. DelConte, H. Bhattal re: latest R&D plan. | 1.70 |
| 03/05/21 | JD | Review, provide comments and process changes to various R&D materials to provide to the AHC advisors per discussions yesterday. | 1.20 |
| 03/05/21 | JD | Call with R. Levy, J. Feltman, M. Vitti (all Duff & Phelps), J. Turner, T. Melvin (both PJT) re: plan recoveries. | 0.30 |
| 03/05/21 | LTN | Review the latest Trust diligence tracker provided by M. Atkinson (Province) | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/08/21 | LTN | Review the Contribution of Net Proceeds section of the latest Settlement agreement provided J. Weiner (DPW) and provided feedback | 2.50 |
| 03/08/21 | LTN | Review the Hypothetical scenarios of Collar provided J. Weiner (DPW) and provided feedback | 1.80 |
| 03/08/21 | LTN | Review the Collar section of the latest Settlement agreement provided J. Weiner (DPW) and analyzed different scenarios | 2.70 |
| 03/08/21 | ADD | Prepare Project Ion data room to add outside reviewers. | 1.30 |
| 03/08/21 | ADD | Compile and prepare materials for upload to the Project Ion data room. | 2.00 |
| 03/08/21 | ADD | Respond to diligence comments re: materials provided in response to Project Ion reviewers. | 1.50 |
| 03/08/21 | ADD | Compile materials in response to diligence request in preparation for processing and upload for creditor committee review. | 1.40 |
| 03/08/21 | JD | Call with M. Huebner, E. Vonnegut (both DPW), M. Kesselman (Purdue), J. Turner, T. Melvin, J. Arsic (all PJT) re: state AG one page deal summary deck. | 0.50 |
| 03/08/21 | JD | Review updated Avrio diligence documents for third party diligence process. | 0.50 |
| 03/09/21 | JD | Review materials from PJT re: follow-up diligence request from Duff & Phelps, provide comments re: same. | 0.80 |
| 03/09/21 | JD | Call with J. O'Connell, J. Turner (both PJT) and third party re: potential financing. | 0.40 |
| 03/09/21 | JD | Call with G. Koch, J. DelConte, L. Nguyen, H. Bhattal (all AlixPartners), M. Atkinson, S. Morrison (both Province), M. Diaz, B. Bromberg, C. Kim (all FTI), G. Coutts, H. Schenk, A. Benjamin (all Houlihan), L. Szlezlinger (Jefferies) re: shareholder diligence next steps. | 0.50 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Communication with Interested Parties |
|-----|---------------------------------------|
| Client/Matter # | 012589.00104 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 03/09/21 | JD | Call with G. Coutts (Houlihan), J. Turner, T. Melvin (both PJT), M. Diaz, B. Bromberg (both FTI) re: operating parameters. | 0.50 |
| 03/09/21 | JD | Review latest claims analysis and draft potential response to open Duff & Phelps questions. | 0.60 |
| 03/09/21 | ADD | Compile and prepare materials for upload to the Project Ion data room. | 2.90 |
| 03/09/21 | ADD | Review documents uploaded in the data room for materials responsive to DOJ request. | 1.90 |
| 03/09/21 | HSB | Call with G. Koch, J. DelConte, L. Nguyen, H. Bhattal (all AlixPartners), M. Atkinson, S. Morrison (both Province), M. Diaz, B. Bromberg, C. Kim (all FTI), G. Coutts, H. Schenk, A. Benjamin (all Houlihan), L. Szlezlinger (Jefferies) re: shareholder diligence next steps. | 0.50 |
| 03/09/21 | LTN | Converted B-side Net Asset report provide by T. Martin (Huron), cleaned and format data before analysis | 2.40 |
| 03/09/21 | LTN | Prepare excel B-side Net asset value for the Non- paying Trusts and other Entities | 2.50 |
| 03/09/21 | LTN | Prepare excel B-side Net asset value for the paying Trusts groups | 2.60 |
| 03/09/21 | LTN | Continue reviewing other sections of Settlement agreement and prepared list of open items to discuss with G. Koch (AlixPartners) | 1.70 |
| 03/09/21 | LTN | Call with G. Koch, J. DelConte, L. Nguyen, H. Bhattal (all AlixPartners), M. Atkinson, S. Morrison (both Province), M. Diaz, B. Bromberg, C. Kim (all FTI), G. Coutts, H. Schenk, A. Benjamin (all Houlihan), L. Szlezlinger (Jefferies) re: shareholder diligence next steps. | 0.50 |
| 03/09/21 | LTN | Prepare notes after meeting with various advisors re: Trust diligence and circulated to G. Koch (AlixPartners) | 0.60 |
| 03/09/21 | LTN | Prepare excel B-side Net asset value for the Individuals | 1.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                       Communication with Interested Parties
Client/Matter #           012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | group | |
| 03/09/21 | GJK | Call with G. Koch, J. DelConte, L. Nguyen, H. Bhattal (all AlixPartners), M. Atkinson, S. Morrison (both Province), M. Diaz, B. Bromberg, C. Kim (all FTI), G. Coutts, H. Schenk, A. Benjamin (all Houlihan), L. Szlezlinger (Jefferies) re: shareholder diligence next steps. | 0.50 |
| 03/10/21 | LTN | Finalize the excel B-side Net asset value based on latest data received from T. Martin (HCG) and circulated to G. Koch (AlixPartners) for review | 3.10 |
| 03/10/21 | LTN | Review the latest version of Settlement agreement provided by J. Weiner (DPW) and provided feedback | 2.80 |
| 03/10/21 | ADD | Compile and prepare materials for the Project Ion data room. | 2.60 |
| 03/10/21 | ADD | Review and edit the materials and users for the Project Ion data room. | 1.20 |
| 03/10/21 | JD | Call with J. Turner (PJT) and M. Atkinson (Province) re: updated business plan. | 0.30 |
| 03/10/21 | JD | Call with C. Wong (PBGC) re: plan status. | 0.50 |
| 03/10/21 | JD | Review and provide comments on draft materials from PJT to be sent to Duff & Phelps. | 0.40 |
| 03/10/21 | JD | Review draft product overview presentation per third party request. | 0.30 |
| 03/11/21 | JD | Call with T. Melvin (PJT), J. Feltman, R. Levy, M. Vitti (all Duff & Phelps) re: DOJ claim. | 0.50 |
| 03/11/21 | ADD | Reconcile materials produced to various parties for Davis Polk's review. | 2.30 |
| 03/11/21 | ADD | Prepare and upload Adhansia materials to VDR for review. | 2.40 |
| 03/11/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners) re: IACs latest performance | 0.70 |
| 03/11/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: A | 0.20 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Communication with Interested Parties
Client/Matter #     012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | side and B-side net asset value | |
| 03/11/21 | LTN | Prepare notes after the advisors' meeting on Trust diligence and circulated to G. Koch (AlixPartners) | 0.90 |
| 03/11/21 | LTN | Prepare notes after Mundipharma performance meeting and circulated to G. Koch (AlixPartners) | 0.60 |
| 03/12/21 | ADD | Call with J. Hamilton, T. Ghalayini, B. Johns , A. DePalma (AlixPartners), C. Oluwole (DPW), R. Hoff (Wiggin and Dana), T. Morrissey re: AP Transfer Demo. | 0.70 |
| 03/12/21 | ADD | Review draft disclosure statement | 1.80 |
| 03/12/21 | ADD | Reconcile materials produced to various parties for Davis Polk's review. | 2.80 |
| 03/12/21 | JD | Correspondence with PJT, Davis Polk and Purdue management re: sharing materials with the AHC advisors. | 0.40 |
| 03/13/21 | JD | Call with J. Turner (PJT), G. Coutts (Houlihan) and M. Diaz (FTI) re: operating parameters. | 0.40 |
| 03/14/21 | JD | Call with G. Coutts (Houlihan), M. Diaz, B. Bromberg (both FTI) and J. Turner (PJT) re: operating parameters feedback. | 0.50 |
| 03/14/21 | JD | Call with S. Gilbert (Gilbert), K. Eckstein, R. Ringer (both Kramer Levin), S. Pohl (Brown Rudnick), J. Rice (Motley Rice), various state AGs, M. Huebner, C. Robertson, Z. Levine, S. Massman, E. Vonnegut (all DPW), S. Birnbaum, H. Coleman (both Dechert), M. Kesselman, R. Aleali (both Purdue), J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: open plan issues. | 3.40 |
| 03/14/21 | SKL | Call with S. Gilbert (Gilbert), K. Eckstein, R. Ringer (both Kramer Levin), S. Pohl (Brown Rudnick), J. Rice (Motley Rice), various state AGs, M. Huebner, C. Robertson, Z. Levine, S. Massman, E. Vonnegut (all DPW), S. Birnbaum, H. Coleman (both Dechert), M. Kesselman, R. Aleali (both | 3.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Communication with Interested Parties
Client/Matter #          012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Purdue), J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: open plan issues. | |
| 03/14/21 | HSB | Call with S. Gilbert (Gilbert), K. Eckstein, R. Ringer (both Kramer Levin), S. Pohl (Brown Rudnick), J. Rice (Motley Rice), various state AGs, M. Huebner, C. Robertson, Z. Levine, S. Massman, E. Vonnegut (all DPW), S. Birnbaum, H. Coleman (both Dechert), M. Kesselman, R. Aleali (both Purdue), J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: open plan issues. | 3.40 |
| 03/15/21 | ADD | Download and share proof of claims with Purdue accounts payable and procurements teams. | 0.70 |
| 03/15/21 | ADD | Reconcile materials produced to various parties for Davis Polk's review. | 1.90 |
| 03/15/21 | ADD | Prepare data room file index at the request of Davis Polk. | 0.40 |
| 03/15/21 | ADD | Compile materials submitted in response to diligence request for processing and upload to the data room. | 1.20 |
| 03/15/21 | JD | Call with M. Diaz, B. Bromberg (both FTI), G. Coutts, H. Schenk (both Houlihan), J. Turner, T. Melvin, J. Arsic, L. Schwarzmann (all PJT) re: latest operating parameters in the plan. | 0.40 |
| 03/15/21 | JD | Review R&D analysis and correspondence with FTI re: questions on R&D analysis prepared in response to open diligence questions. | 0.70 |
| 03/16/21 | JD | Review D&O information provided to the creditor advisors. | 0.40 |
| 03/16/21 | ADD | Review previously produced files to identify materials responsive to diligence requests. | 2.30 |
| 03/16/21 | HSB | Call with J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), E. Vonnegut, C. Robertson (both DPW), J. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Communication with Interested Parties
Client/Matter #          012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Turner, T. Melvin, J. Arsic, L. Schwarzmann (all PJT) re: post-filing catch up and planning call. | |
| 03/16/21 | LTN | Review data room opened by Davis Polk and analyzed relevant data for Trust due diligence | 2.40 |
| 03/17/21 | LTN | Prepare rate return sensitivity for Shareholders net asset - B-side | 1.00 |
| 03/17/21 | LTN | Continue reviewing data room opened by Davis Polk and summarized key findings for G. Koch (AlixPartners) | 1.50 |
| 03/17/21 | LTN | Prepare rate return sensitivity for Shareholders net asset - A-side | 1.60 |
| 03/17/21 | ADD | Review previously produced files to identify materials responsive to diligence requests. | 1.00 |
| 03/17/21 | ADD | Compile previously produced materials for client review. | 1.80 |
| 03/17/21 | ADD | Manage Project Ion data room to add additional users / teams and update permissions. | 1.70 |
| 03/17/21 | ADD | Compile materials submitted in response to diligence request for processing. | 1.40 |
| 03/17/21 | ADD | Compile and format materials submitted in response to Project Ion diligence request for upload to data room. | 2.30 |
| 03/18/21 | ADD | Review previously produced files to identify materials responsive to diligence requests. | 2.10 |
| 03/18/21 | ADD | Manage Project Ion data room to add additional users / teams, update permissions and review diligence materials. | 2.30 |
| 03/18/21 | ADD | Call with T. Melvin and J. Arsic (PJT) to discuss the Project Ion VDR. | 0.40 |
| 03/18/21 | ADD | Prepare and upload files to the virtual data room for creditor committee review. | 2.70 |
| 03/18/21 | ADD | Draft email to request permission to share materials with third parties. | 0.60 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 03/18/21 | JD | Email A. DePalma (AlixPartners) re: open diligence items. | 0.30 |
| 03/18/21 | JD | Correspondence with PJT, Davis Polk, A. DePalma (AlixPartners) and various third party financing sources re: VDR and NDAs. | 0.40 |
| 03/18/21 | LTN | Prepare basic calculation for Incremental Collar amount to go through with J. Weiner, E. Huang (both DPW) | 0.60 |
| 03/18/21 | LTN | Finalize and format Shareholder rate return analysis and circulated for internal review | 1.30 |
| 03/18/21 | LTN | Revise rate return Shareholder analysis based on internal feedback | 2.50 |
| 03/18/21 | LTN | Review latest correspondence on updates to collar and Settlement agreement before the meeting with Davis Polk | 0.50 |
| 03/18/21 | LTN | Call among G. Koch, L. Nguyen (both AlixPartners), J. Weiner, E. Huang (both DPW) to discuss the collar and settlement agreement | 1.50 |
| 03/18/21 | GJK | Call among G. Koch, L. Nguyen (both AlixPartners), J. Weiner, E. Huang (both DPW) to discuss the collar and settlement agreement | 1.50 |
| 03/22/21 | JD | Review most up to date pension information and draft responses to open third party diligence questions. | 1.10 |
| 03/22/21 | LTN | Review Collar language in the settlement agreement and rebuild the payment mechanics model, and circulated to G. Koch (AlixPartners) for review | 2.50 |
| 03/22/21 | LTN | Review the reallocation section in the settlement agreement and rebuild the model | 1.90 |
| 03/22/21 | LTN | Review payment language in the settlement agreement and build the payment schedule for period 1-5 | 1.70 |
| 03/22/21 | LTN | Review payment language in the settlement agreement and build the payment schedule for period 6-10 | 2.10 |
| 03/22/21 | ADD | Review outstanding diligence requests and request | 2.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Communication with Interested Parties
Client/Matter #      012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | outstanding items from client contracts. | |
| 03/22/21 | ADD | Draft email requesting approval to share diligence items. | 0.40 |
| 03/22/21 | ADD | Compile items responsive to diligence request previously produced in bankruptcy, project Plex, and project catalyst and identify outstanding item. | 2.70 |
| 03/23/21 | ADD | Review outstanding diligence items and follow up with the appropriate contracts. | 2.60 |
| 03/23/21 | ADD | Update Intralinks access and permissions for new team. | 1.00 |
| 03/23/21 | ADD | Prepare index of interlinks users at request of Davis Polk. | 1.00 |
| 03/23/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners), T. Melvin, J. Arsic (PJT) re: shareholder asset growth | 0.40 |
| 03/23/21 | LTN | Revise the payment schedule model based on G. Koch (AlixPartners) feedback | 1.90 |
| 03/23/21 | JD | Correspondence with M. Atkinson (Province) re: open diligence questions. | 0.70 |
| 03/24/21 | JD | Review diligence requests and responses from potential third party financing sources. | 0.50 |
| 03/24/21 | JD | Call with J. Turner, J. Arsic (both PJT), J. DelConte, A. DePalma (both AlixPartners) and third party re: potential financing. | 0.30 |
| 03/24/21 | LTN | Review Liquidity B side report provided by T. Martin (Huron) and summarized findings for G. Koch (AlixPartners) | 0.90 |
| 03/24/21 | ADD | Compile and format materials submitted in response to Project Ion diligence request for upload to data room. | 2.90 |
| 03/24/21 | ADD | Call with J. Turner, J. Arsic (both PJT), J. DelConte, A. DePalma (both AlixPartners) and third party re: potential financing. | 0.30 |
| 03/25/21 | ADD | Call with J. Turner, T. Melvin, J. Arsic (all PJT), J. DelConte, A. DePalma (both AlixPartners) and third party | 0.40 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | re: potential financing. | |
| 03/25/21 | ADD | Call with J. Turner, T. Melvin, J. Arsic (all PJT), J. DelConte, A. DePalma (both AlixPartners) and third party re: potential financing. | 0.50 |
| 03/25/21 | ADD | Compile and edit materials submitted in response to Project Ion diligence request for upload to data room. | 2.40 |
| 03/25/21 | ADD | Collect project Windsor data room and prepare files to transfer to document repository team. | 2.80 |
| 03/25/21 | ADD | Draft email requesting approval to share diligence items. | 0.40 |
| 03/25/21 | ADD | Compile and format materials submitted in response to diligence request in preparation for approval and sharing with various parties. | 1.80 |
| 03/25/21 | LTN | Correspondence with G. Koch (AlixPartners) re: the revised settlement agreement and hypothetical model | 0.30 |
| 03/25/21 | LTN | Review the revised Contribution agreement provided by J. Weiner (DPW) and updated settlement contribution model | 2.00 |
| 03/25/21 | JD | Call with J. Turner, T. Melvin, J. Arsic (all PJT), J. DelConte, A. DePalma (both AlixPartners) and third party re: potential financing. | 0.40 |
| 03/25/21 | JD | Call with J. Turner, T. Melvin, J. Arsic (all PJT), J. DelConte, A. DePalma (both AlixPartners) and third party re: potential financing. | 0.50 |
| 03/26/21 | LTN | Review A side group 3 & 4 latest proposal provided by J. Ball (Debevoise) and summarized findings for G. Koch (AlixPartners) | 1.00 |
| 03/26/21 | LTN | Review tax model and deck to prepare for the call with KPMG | 0.50 |
| 03/26/21 | LTN | Call with M. Hoffenberg, H. Steinberg (both KPMG) and various other advisors re: settlement agreement tax model | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Communication with Interested Parties
Client/Matter #         012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/26/21 | LTN | Summarize meeting notes re: tax model and circulated to G. Koch (AlixPartners) | 0.60 |
| 03/26/21 | ADD | Download project Windsor data room and prepare files to transfer to document repository team. | 3.10 |
| 03/26/21 | ADD | Review outstanding diligence requests and request outstanding items from client contracts. | 1.60 |
| 03/26/21 | ADD | Collect and review files produced during the bankruptcy for upload to information repository. | 1.50 |
| 03/26/21 | ADD | Call with J. Arsic, T. Melvin (both PJT), J. DelConte, A. DePalma (both AlixPartners) and third party re: open diligence questions. | 0.30 |
| 03/26/21 | JD | Call with J. Arsic, T. Melvin (both PJT), J. DelConte, A. DePalma (both AlixPartners) and third party re: open diligence questions. | 0.30 |
| 03/27/21 | ADD | Transfer materials produced during the bankruptcy to file transfer site for upload to information repository. | 2.10 |
| 03/28/21 | ADD | Transfer materials produced during the bankruptcy to file transfer site for upload to information repository. | 1.20 |
| 03/28/21 | JD | Review various files needed to be responsive to open creditor advisor requests. | 0.50 |
| 03/29/21 | JD | Call with Duff & Phelps, T. Melvin (PJT) re: follow-up to call on Friday. | 0.60 |
| 03/29/21 | ADD | Review liabilities subject to compromise memo and respond to comments. | 1.80 |
| 03/29/21 | ADD | Update claims data using most recent Prime Clerk register | 2.30 |
| 03/29/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) re: updates to the Family assets due diligence. | 0.30 |
| 03/29/21 | LTN | Review payment mechanics model provided by B. Bromberg (FTI) and summarized findings for G. Koch (AlixPartners) | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Communication with Interested Parties
Client/Matter #   012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/30/21 | LTN | Review the latest settlement agreement provided by J. Weiner (DPW) and provided summary and comments for G. Koch (AlixPartners) | 2.30 |
| 03/30/21 | HSB | Call with L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners), J. O'Connell, T. Melvin, R. Schnitzler, L. Schwarzmann, J. Arsic (all PJT), M. Huebner, C. Robertson, D. Consla, D. Klein (all DPW) re: weekly professionals catch up and planning meeting. | 0.80 |
| 03/30/21 | ADD | Compile diligence statistics for Davis Polk presentation. | 2.60 |
| 03/30/21 | ADD | Review outstanding diligence requests and request remaining items from client. | 1.40 |
| 03/30/21 | ADD | Review and compile materials submitted in response to diligence requests in preparation for production | 2.40 |
| 03/30/21 | ADD | Review and format information submitted in response to diligence requests | 2.80 |
| 03/30/21 | JD | Call with R. Schnitzler, T. Melvin (both PJT) and third party re: open diligence questions. | 0.20 |
| 03/31/21 | NAS | Draft comments from review of revised Purdue Settlement Agreement. | 1.80 |
| 03/31/21 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review comments to latest draft of Settlement Agreement. | 1.20 |
| 03/31/21 | NAS | Prepare for call with J. Weiner (DPW) and A. Romero-Wagner (DPW) re: comments to Settlement Agreement. | 0.40 |
| 03/31/21 | NAS | Call among G. Koch, N Simon, L. Nguyen (all AlixPartners), J. Weiner (DPW), and A. Romero-Wagner (DPW) to review comments to Settlement Agreement. | 1.10 |
| 03/31/21 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review comments to latest draft of Settlement Agreement. | 1.20 |
| 03/31/21 | GJK | Call among G. Koch, N Simon, L. Nguyen (all AlixPartners), J. Weiner (DPW), and A. Romero-Wagner | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Communication with Interested Parties
Client/Matter #         012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | (DPW) to review comments to Settlement Agreement. | |
| 03/31/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss tax rate for IACs sale | 0.50 |
| 03/31/21 | GJK | Call among G. Koch, L. Nguyen (both AlixPartners), T. Martin, R. Loh (Huron), M. Atkinson (Province), B. Bromberg (FTI) and various other advisors re: B side net asset value sample | 0.50 |
| 03/31/21 | ADD | Review and compile materials submitted in response to diligence requests in preparation for production | 2.10 |
| 03/31/21 | ADD | Review outstanding diligence requests and request remaining items from client. | 1.80 |
| 03/31/21 | ADD | Prepare and upload items submitted in response to diligence request to the data room for creditor committee review. | 1.20 |
| 03/31/21 | HSB | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal, S. Lemack (partial attendance) (all AlixPartners), S. Birnbaum (Dechert) | 4.70 |
| 03/31/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss tax rate for IACs sale | 0.50 |
| 03/31/21 | LTN | Review A-side credit support proposals from J. Ball (Debevoise) and prepared a summary report | 1.50 |
| 03/31/21 | LTN | Call among G. Koch, L. Nguyen (both AlixPartners), T. Martin, R. Loh (Huron), M. Atkinson (Province), B. Bromberg (FTI) and various other advisors re: B side net asset value sample | 0.50 |
| 03/31/21 | LTN | Summarize notes after multiple calls and circulated for G. Koch (AlixPartners) | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/31/21 | LTN | Call among G. Koch, N Simon, L. Nguyen (all AlixPartners), J. Weiner (DPW), and A. Romero-Wagner (DPW) to review comments to Settlement Agreement. | 1.10 |
| 04/01/21 | LTN | Review A side family group credit support proposals from J. Ball (Debevoise), compiled the data and circulated for G. Koch (AlixPartners) | 2.10 |
| 04/01/21 | ADD | Summarize distributor payment terms in response to diligence request. | 1.20 |
| 04/01/21 | GJK | Call with J. Weiner (DPW) re: Side A proposals. | 0.30 |
| 04/01/21 | GJK | Prepare for Side A Family proposal discussion. | 1.50 |
| 04/02/21 | GJK | Email exchanges with UCC and AHC advisors to align on Side A proposal call. | 0.50 |
| 04/02/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), J. Rosen (Debevoise), L. Altus (DPW), M. Hoffenberg, H. Steinberg (both KPMG) and various other advisors re: IACs sale tax model | 1.10 |
| 04/02/21 | ADD | Compile and prepare documents provided in response to diligence requests for upload to the data room. | 2.90 |
| 04/02/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), J. Rosen (Debevoise), L. Altus (DPW), M. Hoffenberg, H. Steinberg (both KPMG) and various other advisors re: IACs sale tax model | 1.10 |
| 04/05/21 | LTN | Review the revised article 2 settlement agreement and provided comments to J. Weiner (DPW) | 2.40 |
| 04/05/21 | LTN | Follow up discussion with J. Weiner and A Romero-Wagner (both DPW), G. Koch and L. Nguyen (both AlixPartners) re: notes from review of Article 2 edits by L. Nguyen (AlixPartners). | 0.60 |
| 04/05/21 | ADD | Prepare files to send to interested party in response to diligence request. | 1.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Communication with Interested Parties
Client/Matter #            012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/05/21 | ADD | Compile diligence statistics to be used in Davis Polk presentation. | 2.30 |
| 04/05/21 | HSB | Call with J. Turner, T. Melvin, J. Arsic (All PJT Partners), J. DelConte, H. Bhattal (both AlixPartners), G. Coutts, A. Benjamin, A. San, H. Sun (all Houlihan), B. Bromberg, M. Diaz (both FTI) to discuss Plan issues | 0.50 |
| 04/05/21 | GJK | Follow up discussion with J. Weiner and A Romero-Wagner (both DPW), G. Koch and L. Nguyen (both AlixPartners) re: notes from review of Article 2 edits by L. Nguyen (AlixPartners) | 0.60 |
| 04/05/21 | JD | Call with J. Turner, T. Melvin, J. Arsic (All PJT Partners), J. DelConte, H. Bhattal (both AlixPartners), G. Coutts, A. Benjamin, A. San, H. Sun (all Houlihan), B. Bromberg, M. Diaz (both FTI) to discuss Plan issues | 0.50 |
| 04/05/21 | JD | Call with M. Diaz, B. Bromberg (both FTI), G. Coutts (Houlihan), J. Turner (PJT) re: plan term sheet. | 0.50 |
| 04/06/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to review open items on the agreement before the call with Davis Polk | 0.60 |
| 04/06/21 | GJK | Call with J. Weiner, A Romero Wagner (DPW) and G. Koch, L. Nguyen (both AlixPartners) to discuss feedback on Settlement Agreement edits. | 0.50 |
| 04/06/21 | GJK | Call with M. Diaz, B. Bromberg (FTI) to discuss recommendations to make to Family Side A for collateral. | 0.50 |
| 04/06/21 | ADD | Compile and format information provided in response to diligence request in preparation for interested party review. | 1.70 |
| 04/06/21 | ADD | Review items produced in response to creditor diligence request. | 1.60 |
| 04/06/21 | ADD | Research and respond to diligence production recipient questions. | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/06/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to review open items on the agreement before the call with Davis Polk | 0.60 |
| 04/06/21 | LTN | Review feedback from J. Weiner (DPW) and incorporated to the latest settlement payment model | 2.60 |
| 04/06/21 | LTN | Call with J. Weiner, A Romero Wagner (DPW) and G. Koch, L. Nguyen (both AlixPartners) to discuss feedback on Settlement Agreement edits. | 0.50 |
| 04/07/21 | LTN | Update the Collar section in the payment model based on the revised agreement by J. Weiner (DPW) | 1.00 |
| 04/07/21 | LTN | Rebuild the general terms and initial settlement sections in the payment model based on the revised agreement by J. Weiner (DPW) | 1.50 |
| 04/07/21 | LTN | Update the payment period 1 - 5 section in the payment model based on the revised agreement by J. Weiner (DPW) | 1.00 |
| 04/07/21 | LTN | Update payment schedule in the remaining periods in the settlement model based on the revised agreement by J. Weiner (DPW) | 1.30 |
| 04/07/21 | ADD | Compile and format information responsive to Project Ion diligence requests. | 2.20 |
| 04/07/21 | ADD | Compile information to update interested parties list. | 0.80 |
| 04/07/21 | JD | Call with third party re: potential wind down assistance. | 0.50 |
| 04/08/21 | ADD | Compile information to update interested parties list. | 1.60 |
| 04/08/21 | ADD | Set up data room and access for interested party. | 0.80 |
| 04/08/21 | ADD | Prepare and upload documents provided by Davis Polk's eDiscovery team to the data room for creditor committee review | 2.40 |
| 04/08/21 | LTN | Finalize the settlement payment excel model based on G. Koch's (AlixPartners) feedback and circulated to J. Weiner | 2.50 |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                   **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Communication with Interested Parties
Client/Matter #      012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | (DPW) | |
| 04/08/21 | LTN | Prepare A-side test sample based on the shareholder data from WT. Chin (Huron) | 1.60 |
| 04/08/21 | JD | Call with J. Lowne, M. Jack, C. Ricarte, R. Aleali, E. Ruiz (all Purdue) re: insurance. | 0.50 |
| 04/09/21 | JD | Catch up call with M. Diaz, B. Bromberg (both FTI), J. Turner, T. Melvin (both PJT), H. Schenk (Houlihan) re: emergence date cash and insurance diligence questions. | 0.30 |
| 04/09/21 | GJK | Call among G. Koch, L. Nguyen (both AlixPartners), J. Weiner (DPW), and A. Romero-Wagner (DPW) to discuss the advanced settlement section on the settlement agreement | 0.50 |
| 04/09/21 | LTN | Review B side collateral termsheet and summarize findings for G. Koch (AlixPartners) | 1.60 |
| 04/09/21 | LTN | Prepare notes after external calls and circulated to G. Koch (AlixPartners) | 1.20 |
| 04/09/21 | LTN | Call among G. Koch, L. Nguyen (both AlixPartners), J. Weiner (DPW), and A. Romero-Wagner (DPW) to discuss the advanced settlement section on the settlement agreement | 0.50 |
| 04/09/21 | ADD | Compile and format information responsive to Project Ion diligence requests. | 3.20 |
| 04/12/21 | ADD | Compile information to update interested parties list. | 1.60 |
| 04/12/21 | ADD | Compile updated interest parties list. | 1.70 |
| 04/12/21 | ADD | Compile and format items responsive to diligence requests in preparation for production with interested parties. | 2.80 |
| 04/12/21 | LTN | Correspondence to B. Bromberg (FTI) re: the settlement payment excel model | 0.40 |
| 04/12/21 | LTN | Call with A. Libby, J. Weiner and A Romero-Wagner (all | 0.50 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
|  |  | DPW), G. Koch, L. Nguyen (both AlixPartners) to walk through 'how to build' results of Settlement Agreement review. |  |
| 04/12/21 | LTN | Revise the settlement model before the meeting with Davis Polk | 0.80 |
| 04/12/21 | LTN | Review A side's latest proposal and summarized the findings for G. Koch (AlixPartners) | 1.20 |
| 04/12/21 | GJK | Review AHC and UCC responses to "how to build" file for Settlement Agreement draft. | 0.40 |
| 04/12/21 | GJK | Call with A. Libby, J. Weiner and A Romero-Wagner (all DPW), G. Koch, L. Nguyen (both AlixPartners) to walk through 'how to build' results of Settlement Agreement review. | 0.50 |
| 04/13/21 | GJK | Participate in call with G. Koch, L. Nguyen, H. Bhattal, J. DelConte (all AlixPartners), A. Libby, J. Weiner, M. Huebner, E. Vonnegut (all DPW), AHC advisors, UCC advisors, Huron and Debevoise re: Side A proposal. | 0.50 |
| 04/13/21 | LTN | Summarize meeting notes and circulated to G. Koch (AlixPartners) | 0.60 |
| 04/13/21 | LTN | Review non ISCP partners' financial data and summarized finding for G. Koch (AlixPartners) | 1.30 |
| 04/13/21 | LTN | Call with A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), J. Rosen, J. Ball (Debevoise), T. Martin (Huron), J. Turner, T. Melvin, (both JT Partners), H. Bhattal, L. Nguyen (both AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI), A. Benjamin, G. Coutts, H. Schenk (all Houlihan) to discuss Shareholder Contribution agreement related issues. | 1.00 |
| 04/13/21 | LTN | Participate in call with G. Koch, L. Nguyen, H. Bhattal, J. DelConte (all AlixPartners), A. Libby, J. Weiner, M. Huebner, E. Vonnegut (all DPW), AHC advisors, UCC | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #   012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | advisors, Huron and Debevoise re: Side A proposal. | |
| 04/13/21 | ADD | Compile and format items responsive to diligence requests in preparation for production with interested parties. | 2.40 |
| 04/13/21 | JD | Participate in call with G. Koch, L. Nguyen, H. Bhattal, J. DelConte (all AlixPartners), A. Libby, J. Weiner, M. Huebner, E. Vonnegut (all DPW), AHC advisors, UCC advisors, Huron and Debevoise re: Side A proposal. | 0.50 |
| 04/13/21 | HSB | Call with A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), J. Rosen, J. Ball (Debevoise), T. Martin (Huron), J. Turner, T. Melvin, (both JT Partners), H. Bhattal, L. Nguyen (both AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI), A. Benjamin, G. Coutts, H. Schenk (all Houlihan) to discuss Shareholder Contribution agreement related issues. | 1.00 |
| 04/13/21 | HSB | Participate in call with G. Koch, L. Nguyen, H. Bhattal, J. DelConte (all AlixPartners), A. Libby, J. Weiner, M. Huebner, E. Vonnegut (all DPW), AHC advisors, UCC advisors, Huron and Debevoise re: Side A proposal. | 0.50 |
| 04/14/21 | HSB | Call with A. Libby (DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), J. Rosen, J. Ball (Debevoise), T. Martin (Huron), J. Turner, T. Melvin, (both JT Partners), G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI), A. Benjamin, G. Coutts, H. Schenk (all Houlihan) to discuss Shareholder Contribution agreement related issues. | 1.10 |
| 04/14/21 | ADD | Compile related party agreements at request of Davis Polk. | 1.50 |
| 04/14/21 | ADD | Review outstanding diligence request and request responsive materials. | 1.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 04/14/21 | ADD | Compile and format items responsive to diligence requests in preparation for production with interested parties. | 3.10 |
| 04/14/21 | LTN | Call with A. Libby (DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), J. Rosen, J. Ball (Debevoise), T. Martin (Huron), J. Turner, T. Melvin, (both JT Partners), G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI), A. Benjamin, G. Coutts, H. Schenk (all Houlihan) to discuss Shareholder Contribution agreement related issues. | 1.10 |
| 04/14/21 | LTN | Converted A side - group 4 - Trust assets report to excel, cleaned the data, and prepared its balance sheet | 1.50 |
| 04/14/21 | LTN | Compile data for A-side - trust groups' assets and formatted the data | 1.30 |
| 04/14/21 | LTN | Compile data for A-side - personal parties' assets and formatted the data | 0.80 |
| 04/14/21 | LTN | Converted A side - group 4 - personal assets report to excel, cleaned the data, and prepared its balance sheet | 1.00 |
| 04/14/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), T. Martin, CW. Tan, R. Loh (all Huron), M. Atkinson (Province), B. Bromberg (FTI) and various other advisors re: B side net asset value sample | 0.90 |
| 04/14/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss updates to the Plan projection | 0.90 |
| 04/14/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss updates to the Plan projection | 0.90 |
| 04/14/21 | GJK | Prepare for Sackler Family Side A proposal discussion call. | 0.40 |
| 04/14/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), T. Martin, CW. Tan, R. Loh (all Huron), M. Atkinson (Province), B. Bromberg (FTI) and various other advisors | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Communication with Interested Parties
Client/Matter #       012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | re: B side net asset value sample | |
| 04/14/21 | GJK | Call with A. Libby (DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), J. Rosen, J. Ball (Debevoise), T. Martin (Huron), J. Turner, T. Melvin, (both JT Partners), G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI), A. Benjamin, G. Coutts, H. Schenk (all Houlihan) to discuss Shareholder Contribution agreement related issues. | 1.10 |
| 04/14/21 | JD | Call with M. Diaz and B. Bromberg (both FTI) re: cost reductions. | 0.40 |
| 04/15/21 | LTN | Call with A. Libby, E. Vonnegut, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H. Bhattal, L. Nguyen (both AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 1.00 |
| 04/15/21 | ADD | Update Interested Parties List with new parties. | 1.20 |
| 04/15/21 | HSB | Call with A. Libby, E. Vonnegut, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H. Bhattal, L. Nguyen (both AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 1.00 |
| 04/15/21 | ADD | Compile and format items responsive to diligence requests in preparation for production with interested parties. | 2.30 |
| 04/15/21 | ADD | Review outstanding diligence request and request responsive materials. | 1.60 |
| 04/16/21 | ADD | Compile and format items responsive to diligence requests in preparation for production with interested parties. | 2.20 |

# **AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Communication with Interested Parties
Client/Matter #    012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/16/21 | ADD | Review outstanding diligence request and request responsive materials. | 1.90 |
| 04/16/21 | JD | Finalize financial projections exhibit and share with AHC advisors. | 0.40 |
| 04/16/21 | LTN | Call among G. Koch, L. Nguyen (both AlixPartners), T. Martin, CW. Tan, R. Loh (Huron), M. Atkinson (all Province), B. Bromberg (FTI) and various other advisors re: B side net asset value sample | 0.60 |
| 04/16/21 | GJK | Call among G. Koch, L. Nguyen (both AlixPartners), T. Martin, CW. Tan, R. Loh (Huron), M. Atkinson (all Province), B. Bromberg (FTI) and various other advisors re: B side net asset value sample | 0.60 |
| 04/17/21 | GJK | Review email from A. Libby (DPW) to Debevoise re: open diligence items and recommendations to cure deficiencies in Side A term sheet. | 0.80 |
| 04/19/21 | LTN | Prepare the basic economics slide for Shareholder agreement presentation deck | 0.90 |
| 04/19/21 | LTN | Call with G. Coutts, H. Schenk, A. San (all Houlihan), M. Diaz, C. Kim, B. Bromberg (all FTI), J. Turner, T. Melvin, J. Arsic (all PJT), J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: financial projections exhibit. | 0.40 |
| 04/19/21 | HSB | Call with G. Coutts, H. Schenk, A. San (all Houlihan), M. Diaz, C. Kim, B. Bromberg (all FTI), J. Turner, T. Melvin, J. Arsic (all PJT), J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: financial projections exhibit. | 0.40 |
| 04/19/21 | JD | Call with G. Coutts, H. Schenk, A. San (all Houlihan), M. Diaz, C. Kim, B. Bromberg (all FTI), J. Turner, T. Melvin, J. Arsic (all PJT), J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: financial projections exhibit. | 0.40 |
| 04/19/21 | ADD | Compile IP information in response to diligence request. | 1.50 |
| 04/19/21 | ADD | Review diligence request and follow up with outstanding | 2.70 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Communication with Interested Parties
Client/Matter #     012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | items | |
| 04/20/21 | ADD | Compile list of files produced as part of project plex and create descriptions of the items. | 2.60 |
| 04/20/21 | ADD | Review diligence request and follow up with outstanding items | 2.50 |
| 04/20/21 | ADD | Compile information submitted in response to diligence requests in preparation for processing and production | 1.70 |
| 04/21/21 | ADD | Compile information submitted in response to diligence requests and send files to eDiscovery team for upload to relativity. | 2.50 |
| 04/21/21 | LTN | Update individuals' assets of group 5 - 8 to all A-side groups and prepared summary table | 1.50 |
| 04/21/21 | LTN | Categorize all assets for A-side proposed groups to detailed asset levels and locations (US, ex-US) | 2.80 |
| 04/21/21 | LTN | Prepare the slides for the shareholder assets value | 1.80 |
| 04/21/21 | LTN | Reconcile assets value between all A groups and proposed groups | 2.10 |
| 04/21/21 | JD | Correspondence with M. Atkinson (Province) re: updated disclosure statement filing. | 0.30 |
| 04/21/21 | JD | Correspondence with Purdue management, Davis Polk and the creditor financial advisors re: updated financial exhibits to the disclosure statement. | 1.20 |
| 04/22/21 | JD | Call with G. Coutts, H. Schenk, A. San (all Houlihan), M. Diaz, B. Bromberg, C. Kim (all FTI), J. Turner, T. Melvin, J. Arsic, R. Schnitzler (all PJT) re: financial exhibits to the disclosure statement. | 1.10 |
| 04/22/21 | JD | Review initial draft response to FTI claims inquiry. | 0.30 |
| 04/22/21 | JD | Correspondence with creditor advisors re: latest draft financial projections exhibit. | 0.50 |
| 04/22/21 | GJK | Draft email to Province and FTI re: next steps for Side A | 0.60 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | and Side B collateral. | |
| 04/22/21 | GJK | Call among G. Koch, L. Nguyen (AlixPartners), J. Weiner (DPW), B. Kennedy (Milbank) to review the latest settlement agreement | 1.10 |
| 04/22/21 | GJK | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Welkis (all Akin Gump). M. Atkinson (Province), T. Martin (Huron),G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI), G. Coutts (Houlihan), M. Atkinson (Province) to discuss Shareholder Settlement agreement related issues. | 1.20 |
| 04/22/21 | LTN | Call among G. Koch, L. Nguyen (AlixPartners), J. Weiner (DPW), B. Kennedy (Milbank) to review the latest settlement agreement | 1.10 |
| 04/22/21 | LTN | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Welkis (all Akin Gump). M. Atkinson (Province), T. Martin (Huron),G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI), G. Coutts (Houlihan), M. Atkinson (Province) to discuss Shareholder Settlement agreement related issues. | 1.20 |
| 04/22/21 | LTN | Prepare different combinations of A-group asset summary tables | 1.50 |
| 04/22/21 | LTN | Perform checks on all summary tables of assets value | 1.90 |
| 04/22/21 | LTN | Revise A-group net assets reports based on the latest feedback from G. Koch (AlixPartners) | 2.00 |
| 04/22/21 | ADD | Review and redact PII from materials provided in response to diligence requests. | 3.10 |
| 04/22/21 | HSB | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Welkis (all Akin Gump). M. Atkinson (Province), T. Martin (Huron),G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), M. Diaz, E. | 1.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Communication with Interested Parties |
| Client/Matter # | 012589.00104 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Kurtz, B. Bromberg, C. Kim (all FTI), G. Coutts (Houlihan), M. Atkinson (Province) to discuss Shareholder Settlement agreement related issues. | |
| 04/23/21 | ADD | Review and redact PII from materials provided in response to diligence requests. | 2.80 |
| 04/23/21 | ADD | Compile claims information and update claims spreadsheet in response to diligence question. | 1.70 |
| 04/23/21 | LTN | Review the latest B side collateral data and summarized the findings for G. Koch (AlixPartners) | 1.80 |
| 04/23/21 | GJK | Develop framework for Side A collateral discussion with Debevoise. | 1.20 |
| 04/23/21 | GJK | Call with A. Libby (DPW) to discuss call with Debevoise re: Side A collateral. | 0.30 |
| 04/23/21 | JD | Correspondence with M. Atkinson (Province) re: financial exhibit questions. | 0.40 |
| 04/23/21 | JD | Review final response to FTI claims diligence question prior to sending to DPW for review and sign off. | 0.30 |
| 04/25/21 | GJK | Review follow up items from Side A Family call. | 0.60 |
| 04/25/21 | GJK | Review notes and materials in preparation with group call to discuss options for Side A pods. | 0.80 |
| 04/25/21 | GJK | Call with counsel from Debevoise, DPW, Kramer Levin, Brown Rudnick and advisors from FTI and Huron to discuss Side A Family Group proposals. | 2.50 |
| 04/26/21 | GJK | Call with M. Diaz (FTI) re: Side A proposals. | 0.30 |
| 04/26/21 | GJK | Follow up from Debevoise call re: potential pledge-able assets for Family Side A pods. | 1.20 |
| 04/26/21 | LTN | Review the account statements for B asset pledge pools - Marketable/ Hedge fund investments and provided comments to G. Koch (AlixPartners) | 1.00 |
| 04/26/21 | LTN | Review the latest revisions on the settlement agreement | 2.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #  012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | provided by B. Kennedy (Milbank) on 04.21 and provided comments to J. Weiner (DPW) | |
| 04/26/21 | LTN | Review the latest B-side collateral termsheet sent by J. Weiner (DPW) and summarized comments to G. Koch (AlixPartners) | 1.70 |
| 04/26/21 | LTN | Review the supporting documents for B asset pledge pools - cash/ Fixed income and summarized findings for G. Koch (AlixPartners) | 1.50 |
| 04/26/21 | ADD | Compile list of materials provided and produced for Davis Polk's review. | 2.30 |
| 04/26/21 | ADD | Review diligence request tracker and update responsive materials list. | 2.10 |
| 04/26/21 | JD | Correspondence with Davis Polk and FTI re: open questions on claim details. | 0.30 |
| 04/26/21 | JD | Review materials collected by Purdue management in response to open DOJ requests. | 1.10 |
| 04/27/21 | JD | Review final version of the claims file to provide to FTI per AHC request. | 0.40 |
| 04/27/21 | ADD | Prepare documents for the data room for creditor committee review. | 1.40 |
| 04/27/21 | LTN | Call among G. Koch, L. Nguyen (AlixPartners), A. Libby, J. Weiner (DPW) re: updates on B side collateral termsheet | 0.40 |
| 04/27/21 | GJK | Call among G. Koch, L. Nguyen (AlixPartners), A. Libby, J. Weiner (DPW) re: updates on B side collateral termsheet | 0.40 |
| 04/27/21 | SKL | Call with E. Turay (DPW) to discuss Intralinks contract management process. | 0.20 |
| 04/28/21 | LTN | Review and provide comments to the latest article 2 on the settlement agreement to J. Weiner (DPW) | 1.30 |
| 04/29/21 | LTN | Reconcile the latest Settlement model updated by B. Olson (Kokino) and provided scenarios and comments to | 1.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #      012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | J. Weiner (DPW) | |
| 04/29/21 | LTN | Review pod 2 credit support term sheet and summarized findings to G. Koch (AlixPartners) | 0.80 |
| 04/29/21 | LTN | Correspondence to Province and FTI re: open items on the latest collar model | 0.60 |
| 04/29/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss the revised model related to section 2.02 (b) settlement agreement | 0.90 |
| 04/29/21 | LTN | Call with A. Libby, J. Weiner, E. Hwang (DPW) A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H. Bhattal, G. Koch, L. Nguyen (all AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 1.40 |
| 04/29/21 | HSB | Call with A. Libby, J. Weiner, E. Hwang (DPW) A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H. Bhattal, G. Koch, L. Nguyen (all AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 1.40 |
| 04/29/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss the revised model related to section 2.02 (b) settlement agreement | 0.90 |
| 04/29/21 | GJK | Call with A. Libby, J. Weiner, E. Hwang (DPW) A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H. Bhattal, G. Koch, L. Nguyen (all AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 1.40 |
| 04/29/21 | GJK | Prepare for Side A Pod 2 and Pod 3 discussion with counsel and financial advisors. | 0.50 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:     Communication with Interested Parties
Client/Matter #  012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/29/21 | GJK | Brainstorm potential options for Side A Pod 2 proposal based on discussion with counsel and financial advisors for Debtor, UCC and AHC. | 0.80 |
| 04/29/21 | GJK | Brainstorm potential options for Side A Pod 3 proposal based on discussion with counsel and financial advisors for Debtor, UCC and AHC. | 0.90 |
| 04/30/21 | LTN | Review pod 1, 5 and 6 credit support term sheets and summarize findings to G. Koch (AlixPartners) | 1.50 |
| 04/30/21 | LTN | Reconcile proposed groups vs total payment parties for A side family and update asset summary report | 0.50 |
| 05/01/21 | LTN | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 1.40 |
| 05/01/21 | HSB | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 1.40 |
| 05/01/21 | GJK | Call with A. Libby and J. Weiner (both DPW) regarding proposed term sheets for Side A Group 1, 5, 6 and Side B. | 1.50 |
| 05/01/21 | GJK | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 1.40 |
| 05/02/21 | GJK | Redraft of email to Huron based on feedback from FTI | 0.50 |

2101 Cedar Springs Road **T** 214.647.7500
Suite 1100      **F** 214.647.7501
Dallas, TX 75201   **alixpartners.com**

# **AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Communication with Interested Parties
Client/Matter #      012589.00104

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | requesting diligence on Side B and Side A Pods 1, 6 & 7. | |
| 05/03/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI) and various other advisors re: B side net asset value sample | 0.50 |
| 05/03/21 | JD | Review materials posted to the various diligence data rooms that may be responsive to AHC transfer diligence list. | 1.20 |
| 05/03/21 | JD | Correspondence with Davis Polk, PJT and R. Aleali (Purdue) re: AHC diligence list. | 0.40 |
| 05/03/21 | JD | Review files uploaded for various creditor committees over the weekend. | 0.30 |
| 05/03/21 | JD | Review responses from Debevoise re: shareholder agreement. | 0.30 |
| 05/03/21 | LTN | Prepare A-side asset summary and credit support section of the shareholders' settlement presentation | 2.60 |
| 05/03/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI) and various other advisors re: B side net asset value sample | 0.50 |
| 05/03/21 | LTN | Prepare B-side asset summary and credit support section of the shareholders' settlement presentation | 1.60 |
| 05/03/21 | LTN | Review the latest A-side credit proposals | 0.70 |
| 05/03/21 | ADD | Compile materials submitted in response to diligence requests in preparation for production for creditor committee review. | 1.60 |
| 05/03/21 | ADD | Draft correspondence requesting approval to upload documents to data room | 0.50 |
| 05/04/21 | ADD | Compile data room productions instructions | 1.80 |
| 05/04/21 | ADD | Prepare and upload materials provided by Davis Polk's eDiscovery team for creditor committee review. | 2.00 |
| 05/04/21 | ADD | Call with A. DePalma, S. Lemack, L. Nguyen (all | 0.70 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                          **F** 214.647.7501
Dallas, TX 75201              **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Communication with Interested Parties
Client/Matter #     012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|      |           | AlixPartners) to walkthrough the data room | |
| 05/04/21 | LTN | Review the revised credit support temsheets for group 1, 5 and 6 | 1.10 |
| 05/04/21 | LTN | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H. Bhattal, L. Nguyen (both AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 1.00 |
| 05/04/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), M. Atkinson (Province), M. Diaz, B. Bromberg (FTI) re: updates to trust diligence | 0.50 |
| 05/04/21 | LTN | Call with A. DePalma, S. Lemack, L. Nguyen (all AlixPartners) to walkthrough the data room | 0.70 |
| 05/04/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to debrief on counsel and financial advisors discussion of pods 4 and 7. | 0.20 |
| 05/04/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners), A. Libby, J. Weiner (DPW) and various other advisors re: updates on term sheets | 1.10 |
| 05/04/21 | LTN | Revise group 4's asset summary and update the shareholders' settlement presentation accordingly | 0.90 |
| 05/04/21 | HSB | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H. Bhattal, L. Nguyen (both AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 1.00 |
| 05/04/21 | JD | Call with C. Robertson, A. Lele, E. Turay (all DPW), J. DelConte, S. Lemack (both AlixPartners), R. Aleali (Purdue) re: AHC diligence list. | 0.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Communication with Interested Parties
Client/Matter #          012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/04/21 | SKL | Call with C. Robertson, A. Lele, E. Turay (all DPW), J. DelConte, S. Lemack (both AlixPartners), R. Aleali (Purdue) re: AHC diligence list. | 0.40 |
| 05/04/21 | SKL | Call with A. DePalma, S. Lemack, L. Nguyen (all AlixPartners) to walkthrough the data room | 0.70 |
| 05/04/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to debrief on counsel and financial advisors discussion of pods 4 and 7. | 0.20 |
| 05/04/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), M. Atkinson (Province), M. Diaz, B. Bromberg (FTI) re: updates to trust diligence | 0.50 |
| 05/04/21 | GJK | Prepare for call with counsel and financial advisors regarding Pods 4 and 7. | 0.70 |
| 05/04/21 | GJK | Call with G. Koch, L. Nguyen (AlixPartners), A. Libby, J. Weiner (DPW) and various other advisors re: updates on term sheets | 1.10 |
| 05/05/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), J. Weiner, E. Huang (both DPW) re: pledged entities | 0.40 |
| 05/05/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), T. Martin, CW Tan, R. Loh (all HCG), M. Atkinson (Province), M. Diaz, B. Bromberg (FTI) re: updates to trust diligence | 0.40 |
| 05/05/21 | GJK | Call with G. Koch, L. Nguyen (AlixPartners), A. Libby, J. Weiner (DPW) and various other advisors to discuss updates on B-side Collateral term sheet | 1.10 |
| 05/05/21 | SKL | Virtual working session with S. Lemack, A. DePalma (both AlixPartners) to discuss M&A diligence list. | 1.50 |
| 05/05/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners), A. Libby, J. Weiner (DPW) and various other advisors to discuss updates on B-side Collateral term sheet | 1.10 |
| 05/05/21 | LTN | Review the latest collateral termsheet for group 7 | 0.30 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #    012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/05/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), J. Weiner, E. Huang (both DPW) re: pledged entities | 0.40 |
| 05/05/21 | LTN | Correspondence with B. Broomberg (FTI) re: pledged entities | 0.30 |
| 05/05/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), T. Martin, CW Tan, R. Loh (all HCG), M. Atkinson (Province), M. Diaz, B. Bromberg (FTI) re: updates to trust diligence | 0.40 |
| 05/05/21 | LTN | Correspondence with Province and FTI re: open items on collar | 0.60 |
| 05/05/21 | ADD | Virtual working session with S. Lemack, A. DePalma (both AlixPartners) to discuss M&A diligence list. | 1.50 |
| 05/05/21 | ADD | Update liabilities subject to compromise calculation for April month end. | 2.50 |
| 05/06/21 | LTN | Review the latest collateral data for group 1 & 2 of B-side and calculate the net amount after tax | 0.70 |
| 05/06/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners), B. Bromberg (FTI) to discuss IAC pledge entities | 0.20 |
| 05/06/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), T. Martin, CW Tan, R. Loh (all HCG), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI) re: updates to trust diligence | 0.60 |
| 05/06/21 | LTN | Format and upload DWP data to Intralink | 1.30 |
| 05/06/21 | GJK | Call with B Bromberg (FT) and L. Nguyen (AlixPartners) to discuss pledged entities. | 0.20 |
| 05/06/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), T. Martin, CW Tan, R. Loh (all HCG), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI) re: updates to trust diligence | 0.60 |
| 05/07/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), A. Libby, J. Weiner (both DPW) and various other advisors | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                         Communication with Interested Parties
Client/Matter #             012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | re: updates on A- side collateral term sheets | |
| 05/07/21 | GJK | Prepare for call with Debevoise, Huron, Davis Polk, Akin Gump, Brown Rudnick, Kramer Levin, AlixPartners, Province and FTI regarding counter proposals by Side A Family pods. | 1.30 |
| 05/07/21 | SKL | Call with S. Lemack, L. Nguyen (both AlixPartners) to walk through the dataroom | 0.20 |
| 05/07/21 | SKL | Call with J. DelConte, H. Bhattal, S. Lemack, L. Nguyen (all AlixPartners), G. Coutts, H. Schenk, A. Benjamin, A. San (all Houlihan), J. Turner, T. Melvin, J. Arsic (all PJT), M. Diaz, B. Bromberg, C. Kim (all FTI) re: AHC diligence request. | 0.70 |
| 05/07/21 | LTN | Review the revised article 2 in the settlement agreement and provided comments to J. Weiner (DPW) | 1.30 |
| 05/07/21 | LTN | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H. Bhattal, L. Nguyen (both AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 0.50 |
| 05/07/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), A. Libby, J. Weiner (both DPW) and various other advisors re: updates on A- side collateral term sheets | 0.50 |
| 05/07/21 | LTN | Call with J. DelConte, H. Bhattal, S. Lemack, L. Nguyen (all AlixPartners), G. Coutts, H. Schenk, A. Benjamin, A. San (all Houlihan), J. Turner, T. Melvin, J. Arsic (all PJT), M. Diaz, B. Bromberg, C. Kim (all FTI) re: AHC diligence request. | 0.70 |
| 05/07/21 | LTN | Call with S. Lemack, L. Nguyen (both AlixPartners) to walk through the dataroom | 0.20 |
| 05/07/21 | HSB | Call with J. DelConte, H. Bhattal, S. Lemack, L. Nguyen (all AlixPartners), G. Coutts, H. Schenk, A. Benjamin, A. | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Communication with Interested Parties
Client/Matter #    012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | San (all Houlihan), J. Turner, T. Melvin, J. Arsic (all PJT), M. Diaz, B. Bromberg, C. Kim (all FTI) re: AHC diligence request. | |
| 05/07/21 | HSB | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H. Bhattal, L. Nguyen (both AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 0.50 |
| 05/07/21 | JD | Call with J. DelConte, H. Bhattal, S. Lemack, L. Nguyen (all AlixPartners), G. Coutts, H. Schenk, A. Benjamin, A. San (all Houlihan), J. Turner, T. Melvin, J. Arsic (all PJT), M. Diaz, B. Bromberg, C. Kim (all FTI) re: AHC diligence request. | 0.70 |
| 05/07/21 | JD | Review updated cash flow breakdown analysis in response to NCSG diligence request and provide comments. | 0.80 |
| 05/10/21 | ADD | Download materials from the Intralinks VDR for upload to document repository. | 2.10 |
| 05/10/21 | ADD | Upload materials to FTP site for eDiscovery team. | 1.40 |
| 05/10/21 | LTN | Prepare the security interest and collateral section for both A and B family groups in the shareholder presentation deck | 1.80 |
| 05/10/21 | LTN | Revise balance sheet presentations for 8 A side groups based on the latest term sheets for the shareholder deck | 1.90 |
| 05/10/21 | LTN | Correspondence with J. Weiner (DPW) re: open items on the latest revised settlement agreement | 0.60 |
| 05/10/21 | LTN | Review the latest revised collateral termsheet for A side - group 2 | 0.30 |
| 05/10/21 | LTN | Call with J. Weiner (DPW) to discuss open items on the latest Article 2 agreement | 0.80 |
| 05/10/21 | LTN | Prepare the B side's collateral section in the shareholder | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | presentation deck | |
| 05/11/21 | LTN | Review the latest collateral termsheets for groups 1, 5, 6 of A side and summarized the finding to G. Koch (AlixPartners) | 0.60 |
| 05/11/21 | LTN | Review the revised language in the Collar in the settlement agreement and provided comments to J. Weiner (DPW) | 0.50 |
| 05/12/21 | LTN | Reconcile IAC entities in exhibit E against FTI list provided by B. Bromberg (AlixPartners) | 2.40 |
| 05/12/21 | LTN | Reconcile IAC entities in exhibit E against IAC summary list provided by G. Koch (AlixPartners) | 2.00 |
| 05/12/21 | LTN | Finalize the IACs entities consolidated list and circulated to G. Koch (AlixPartners) for internal review | 2.20 |
| 05/12/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), T. Martin, C. Tan, R. Loh (both HCG), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI) re: updates to IACs matters | 0.50 |
| 05/12/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners), A. Libby, J. Weiner (DPW) and various other advisors re: updates on B- side collateral term sheet | 1.50 |
| 05/12/21 | LTN | Call with T. Martin, R. Loh, C. Tan (all Huron), M. Atkinson, C. Kaulwalder (both Province), M. Diaz, B. Bromberg (both FTI), G. Koch, L. Nguyen (both AlixPartners) for update on outstanding diligence requests. | 0.50 |
| 05/12/21 | HSB | Call with L. Scheinbach (Purdue) re: Purdue financial projections | 0.10 |
| 05/12/21 | GJK | Call with T. Martin, R. Loh, C. Tan (all Huron), M. Atkinson, C. Kaulwalder (both Province), M. Diaz, B. Bromberg (both FTI), G. Koch, L. Nguyen (both AlixPartners) for update on outstanding diligence | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #  012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | requests. | |
| 05/12/21 | GJK | Call with G. Koch, L. Nguyen (AlixPartners), A. Libby, J. Weiner (DPW) and various other advisors re: updates on B- side collateral term sheet | 1.50 |
| 05/12/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), T. Martin, C. Tan, R. Loh (both HCG), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI) re: updates to IACs matters | 0.50 |
| 05/13/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), A. Libby, J. Weiner (both DPW) and other advisors re: updates on B- side collateral term sheet | 1.40 |
| 05/13/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), A. Libby, J. Weiner (DPW) and other advisors to discuss IACs entities matters | 0.50 |
| 05/13/21 | LTN | Format and upload DWP data to Intralink | 1.10 |
| 05/13/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), A. Libby, J. Weiner (both DPW) and other advisors re: updates on B- side collateral term sheet | 1.40 |
| 05/13/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), A. Libby, J. Weiner (DPW) and other advisors to discuss IACs entities matters | 0.50 |
| 05/13/21 | LTN | Revise IAC entities list based on B. Bromberg (FTI) feedback | 1.00 |
| 05/13/21 | LTN | Update ownership structure of Beacon Trust to the IACs consolidated list tracker provided D. Porat (Milbank) | 1.20 |
| 05/14/21 | LTN | Review the latest asset data for family group 4 sent by CW. Tan (HCG) and update the asset summary report | 0.80 |
| 05/14/21 | LTN | Review the latest revised collateral termsheets for A & B families provided by J. Weiner (DPW) | 0.90 |
| 05/14/21 | LTN | Correspondence with FTI and Province regarding to | 0.40 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | ownership structure of IACs entities | |
| 05/14/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners), A. Libby, J. Weiner (DPW) and other advisors re: overview of IACs ownership structure | 1.30 |
| 05/14/21 | JD | Call with G. Coutts (Houlihan) re: business development planning. | 0.30 |
| 05/14/21 | JD | Correspondence with Purdue management and H. Bhattal (AlixPartners) re: outstanding DOJ requests. | 0.50 |
| 05/14/21 | GJK | Call with G. Koch, L. Nguyen (AlixPartners), A. Libby, J. Weiner (DPW) and other advisors re: overview of IACs ownership structure | 1.30 |
| 05/16/21 | LTN | Review the latest collateral termsheets and update the proposed obligors and net assets | 1.90 |
| 05/16/21 | LTN | Update the individuals' assets for group 5 - 8 to the asset summary report and update the shareholder deck | 1.30 |
| 05/16/21 | LTN | Finalize the shareholder presentation deck based on G. Koch (AlixPartners) feedback and circulate to A. Libby (DPW) | 1.60 |
| 05/16/21 | LTN | Revise the security and collateral summary section and update the shareholder deck | 1.20 |
| 05/16/21 | LTN | Prepare the asset coverage analysis and update the shareholder presentation deck | 1.10 |
| 05/16/21 | LTN | Revise group 4's balance sheet based on the latest trusts' net asset data and update the shareholder presentation deck | 0.90 |
| 05/17/21 | JD | Review production documents per request from codefendants. | 0.70 |
| 05/18/21 | JD | Correspondence with AHC advisors re: updated projections exhibit. | 0.40 |
| 05/18/21 | SKL | Meeting with E. Ruiz, L. Scheinbach (both Purdue) and H. | 0.50 |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                   **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Communication with Interested Parties
Client/Matter #    012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Bhattal, S. Lemack (both AlixPartners) to discuss NewCo projection analysis and review the model accordingly. | |
| 05/18/21 | LTN | Revise the shareholder presentation deck based on J. Weiner (DPW) feedback | 2.60 |
| 05/18/21 | ADD | Review outstanding diligence requests and follow up with remaining times. | 1.40 |
| 05/18/21 | ADD | Review materials produced during the prior week for the creditor committees review. | 1.50 |
| 05/18/21 | HSB | Meeting with E. Ruiz, L. Scheinbach (both Purdue) and H. Bhattal, S. Lemack (both AlixPartners) to discuss NewCo projection analysis and review the model accordingly. | 0.50 |
| 05/19/21 | ADD | Compile spend data and review spend by company. | 2.60 |
| 05/19/21 | ADD | Review outstanding diligence requests and follow up with remaining times. | 1.50 |
| 05/19/21 | ADD | Review cost files provided as part of project plex diligence. | 0.80 |
| 05/20/21 | ADD | Review Intralinks and document repository reconciliation and research discrepancies. | 2.70 |
| 05/20/21 | ADD | Call with C. Robertson (DPW), J. Turner, T. Melvin, L. Schwartzmann (all PJT Partners), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) to discuss Plan projections analysis | 0.50 |
| 05/20/21 | ADD | Compile and prepare documents for file repository. | 2.20 |
| 05/20/21 | HSB | Call with C. Robertson (DPW), J. Turner, T. Melvin, L. Schwartzmann (all PJT Partners), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) to discuss Plan projections analysis | 0.50 |
| 05/20/21 | HSB | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H. Bhattal, L. Nguyen (both AlixPartners), M. Diaz, E. Kurtz, | 0.60 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Communication with Interested Parties |
|-----|---------------------------------------|
| Client/Matter # | 012589.00104 |

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | |
| 05/20/21 | LTN | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H. Bhattal, L. Nguyen (both AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 0.60 |
| 05/20/21 | LTN | Call among G. Koch, L. Nguyen (both AlixPartners), A. Libby (DPW), J. Ball (Debevoise) and other advisors to discuss updates on A side collateral term sheets | 1.10 |
| 05/20/21 | LTN | Call among G. Koch, L. Nguyen (both AlixPartners), A. Libby, (DPW), I. McClatchey (Milbank) and other advisors re: overview of IACs ownership structure for Mortimer side | 1.90 |
| 05/20/21 | LTN | Call among G. Koch, L. Nguyen (both AlixPartners), A. Libby, J. Weiner (both DPW) and other advisors to discuss updates on A side termsheets | 0.60 |
| 05/20/21 | SKL | Call with C. Robertson (DPW), J. Turner, T. Melvin, L. Schwartzmann (all PJT Partners), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) to discuss Plan projections analysis | 0.50 |
| 05/20/21 | JD | Call with C. Robertson (DPW), J. Turner, T. Melvin, L. Schwartzmann (all PJT Partners), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) to discuss Plan projections analysis | 0.50 |
| 05/20/21 | GJK | Call among G. Koch, L. Nguyen (both AlixPartners), A. Libby, J. Weiner (both DPW) and other advisors to discuss updates on A side termsheets | 0.60 |
| 05/20/21 | GJK | Call among G. Koch, L. Nguyen (both AlixPartners), A. Libby (DPW), J. Ball (Debevoise) and other advisors to discuss updates on A side collateral term sheets | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/20/21 | GJK | Call among G. Koch, L. Nguyen (both AlixPartners), A. Libby, (DPW), I. McClatchey (Milbank) and other advisors re: overview of IACs ownership structure for Mortimer side | 1.90 |
| 05/21/21 | ADD | Review outstanding diligence requests and follow up with remaining times. | 1.10 |
| 05/21/21 | ADD | Review and compile diligence responses in preparation to submit for review. | 1.40 |
| 05/21/21 | ADD | Review and compile responses to questions from Purdue auditor. | 1.50 |
| 05/24/21 | ADD | Compile materials provided in response to diligence requests and update diligence responses. | 1.60 |
| 05/24/21 | ADD | Upload documents provided by Davis Polk's eDiscovery to the data room for creditor committee review. | 2.60 |
| 05/24/21 | LTN | Call among G. Koch, L. Nguyen (both AlixPartners), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI) to discuss various matters on shareholder due diligence | 0.40 |
| 05/24/21 | GJK | Call among G. Koch, L. Nguyen (both AlixPartners), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI) to discuss various matters on shareholder due diligence | 0.40 |
| 05/24/21 | JD | Review additional documents from Purdue management re: DOJ requests. | 0.40 |
| 05/25/21 | LTN | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H Bhattal, L. Nguyen (both AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 0.60 |
| 05/25/21 | ADD | Compile information provided by the client and draft responses to outstanding diligence questions. | 2.10 |
| 05/25/21 | ADD | Review outstanding diligence requests and follow up with | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #    012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | remaining items | |
| 05/25/21 | HSB | Call with A. Libby, J. Weiner, E. Hwang (all DPW), A. Preis, J. Kochian, E. Miller, E. Harris, S. Brauner (all Akin Gump). M. Atkinson (Province), T. Martin (Huron), H Bhattal, L. Nguyen (both AlixPartners), M. Diaz, E. Kurtz, B. Bromberg, C. Kim (all FTI) to discuss Shareholder Settlement agreement related issues. | 0.60 |
| 05/26/21 | ADD | Prepare third-party logistics provider state regulatory applications for Purdue Pharmaceuticals LP. | 2.80 |
| 05/26/21 | ADD | Compile contract counterparty information for cure cost calculations in response to creditor committee request. | 3.10 |
| 05/26/21 | ADD | Compile and review information to complete license applications. | 1.80 |
| 05/27/21 | ADD | Compile and review information to complete license applications. | 2.60 |
| 05/27/21 | ADD | Prepare third-party logistics provider state regulatory applications for Purdue Pharmaceuticals LP. | 2.30 |
| 05/27/21 | ADD | Compile materials provided in response to diligence requests and update diligence responses. | 1.40 |
| 05/27/21 | ADD | Review diligence request and follow up with outstanding items. | 1.70 |
| 05/27/21 | LTN | Collate OxyContin data requested by J. DelConte (AlixPartners) | 0.60 |
| 05/27/21 | JD | Review updated NewCo cash flow breakdowns per NCSG request. | 0.30 |
| 05/28/21 | GJK | Call among G. Koch, L. Nguyen (both AlixPartners), J. Weiner (DPW), B. Kennedy (Milbank), B. Oslo (Kokino) to walk through the revised model | 1.00 |
| 05/28/21 | LTN | Update the futures liability analysis based on feedback from DVP | 0.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                         **F** 214.647.7501
Dallas, TX 75201              **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #    012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/28/21 | LTN | Call among G. Koch, L. Nguyen (both AlixPartners), J. Weiner (DPW), B. Kennedy (Milbank), B. Oslo (Kokino) to walk through the revised model | 1.00 |
| 05/28/21 | ADD | Prepare third-party logistics provider state regulatory applications for Purdue Pharmaceuticals LP. | 2.90 |
| 05/29/21 | LTN | Review group 8's net asset value and correspondence with A. Libby (DPW) | 0.70 |
| | | **Total** | **729.80** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Communication with Interested Parties
Client/Matter #    012589.00104

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|------------|------:|-----:|-------:|
| Lan T Nguyen | 231.40 | 530.00 | 122,642.00 |
| Andrew D DePalma | 298.00 | 625.00 | 186,250.00 |
| Nate A Simon | 4.50 | 625.00 | 2,812.50 |
| Sam K Lemack | 11.40 | 665.00 | 7,581.00 |
| HS Bhattal | 43.20 | 865.00 | 37,368.00 |
| Gabe J Koch | 59.30 | 865.00 | 51,294.50 |
| Jesse DelConte | 82.00 | 1,055.00 | 86,510.00 |
| **Total Hours & Fees** | **729.80** | | **494,458.00** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      U. S. Trustee / Court Reporting Requirements
Client/Matter #          012589.00105

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/01/21 | LTN | Finalize updates to the December 2020 MOR and circulated for CFO sign-off | 2.40 |
| 02/01/21 | ADD | Review MOR in preparation for submission. | 1.40 |
| 02/01/21 | JD | Review draft December financial statements to be used in the MOR. | 0.30 |
| 02/01/21 | JD | Provide comments on the contingent liability disclosure to be included in the MOR. | 0.30 |
| 02/01/21 | SKL | Review latest updates re: December MOR and circulate feedback accordingly. | 0.90 |
| 02/02/21 | JD | Review final MOR prior to sending out to be filed. | 0.20 |
| 02/08/21 | LTN | Submit data requests to various Purdue teams to prepare the January 2021 MOR | 0.50 |
| 02/11/21 | LTN | Prepare the professional fee payments section of the January 2021 monthly operating report | 1.30 |
| 02/11/21 | LTN | Prepare the Insider payments section of January 2021 monthly operating report | 1.80 |
| 02/11/21 | LTN | Prepare the cash activity section of the January 2021 monthly operating report | 1.60 |
| 02/11/21 | LTN | Prepare the bank account balances section of the January 2021 monthly operating report | 2.20 |
| 02/18/21 | ADD | Review January MOR and debtor questionnaire for any updates from prior month's MOR. | 0.60 |
| 02/18/21 | ADD | Draft correspondence requesting approval to upload documents to the data room. | 0.40 |
| 02/19/21 | ADD | Finalize January MOR for client signature and DPW review. | 2.20 |
| 02/19/21 | ADD | Call with A. DePalma and L. Nguyen (both AlixPartners) re: January 2021 MOR | 0.30 |
| 02/19/21 | LTN | Call with A. DePalma and L. Nguyen (both AlixPartners) | 0.30 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     U. S. Trustee / Court Reporting Requirements
Client/Matter #         012589.00105

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | re: January 2021 MOR | |
| 02/19/21 | LTN | Compile financial statements and formatted January 2021 MOR to circulate for CFO review | 2.70 |
| 02/25/21 | LTN | Revised the Jan MOR report based on the latest update from J. Lowne (Purdue) and finalized the report for CFO sign-off | 2.00 |
| 02/25/21 | JD | Review updated financial statements for the January MOR. | 0.50 |
| 02/26/21 | LTN | Review the latest OCP data provided by C. MacDonald (Purdue) and prepared OCP report for Jan 2021 invoices | 2.50 |
| 03/01/21 | LTN | Revise the OCP Jan report based on latest data provided by C. MacDonald (Purdue) and circulate for internal signoff | 2.00 |
| 03/02/21 | LTN | Revise the OCP Jan report based on the latest feedback from C. MacDonald (Purdue) and circulate for internal signoff | 0.70 |
| 03/02/21 | HSB | Review OCP monthly report prepared by L. Nguyen (AlixPartners) | 0.40 |
| 03/05/21 | ADD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: Weekly update call | 0.70 |
| 03/10/21 | LTN | Submit data requests to various Purdue teams to prepare the February 2021 MOR | 0.50 |
| 03/15/21 | LTN | Prepare the cash activity section of the February 2021 monthly operating report | 1.60 |
| 03/15/21 | LTN | Prepare the Insider payments section of February 2021 monthly operating report | 1.90 |
| 03/15/21 | LTN | Prepare the bank account balances section of the February 2021 monthly operating report | 1.80 |
| 03/16/21 | LTN | Prepare the professional fee payments section of the | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              U. S. Trustee / Court Reporting Requirements
Client/Matter #  012589.00105

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | February 2021 monthly operating report and circulated to C. MacDonald (Purdue) for review | |
| 03/16/21 | LTN | Prepare debtor questionnaire section of the February 2021 MOR | 0.80 |
| 03/17/21 | SKL | Finalize review of the February payments to restructuring professionals and updated professional payments section of the MOR accordingly. | 1.80 |
| 03/19/21 | LTN | Review financial statements provided by J. Lowne (Purdue) and finalized February 2021 MOR for the CFO signoff | 2.10 |
| 03/19/21 | JD | Correspondence with Davis Polk, Purdue and PJT re: ordinary course professional disclosure. | 0.40 |
| 03/19/21 | JD | Review and comment on draft February MOR. | 0.40 |
| 03/26/21 | LTN | Review the latest OCP data provided by C. MacDonald (Purdue) and prepared OCP report for Feb 2021 invoices | 1.90 |
| 03/29/21 | HSB | Review OCP report prepared by L. Nguyen (AlixPartners) | 0.20 |
| 03/29/21 | JD | Review weekly OCP call before filing with the court. | 0.20 |
| 04/12/21 | LTN | Submit data requests to various Purdue teams to prepare the March 2021 MOR | 0.50 |
| 04/13/21 | LTN | Prepare debtor questionnaire section of the March 2021 MOR | 0.50 |
| 04/15/21 | LTN | Prepare the cash activity section of the March 2021 monthly operating report | 1.70 |
| 04/15/21 | LTN | Prepare the Insider payments section of March 2021 monthly operating report | 1.80 |
| 04/15/21 | LTN | Prepare the bank account balances section of the March 2021 monthly operating report | 1.50 |
| 04/15/21 | LTN | Prepare the professional fee payments section of the March 2021 monthly operating report and circulated to C. MacDonald (Purdue) for review | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    U. S. Trustee / Court Reporting Requirements
Client/Matter #        012589.00105

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/15/21 | JD | Review draft March financials for the MOR. | 0.30 |
| 04/16/21 | LTN | Review financial statements provided by J. Lowne (Purdue) and finalized March 2021 MOR for the CFO signoff | 2.40 |
| 04/16/21 | JD | Correspondence with L. Nguyen (AlixPartners) re: MOR professional fee payment reporting. | 0.30 |
| 04/19/21 | JD | Provide sign off on the draft monthly operating report for March. | 0.50 |
| 04/19/21 | HSB | Review MOR related excel analysis prepared by L. Nguyen (AlixPartners) | 0.20 |
| 04/19/21 | LTN | Calculated the UST fee Q1 2020 based on a new fee schedule and circulated the report to J. Lowne (Purdue) for sign-off | 1.40 |
| 04/19/21 | LTN | Finalize March 2021 MOR based on internal feedback and circulated for CFO review | 0.40 |
| 04/22/21 | LTN | Correspondence with J. Lowne, M. Jack (Purdue) re: bank account balances | 0.20 |
| 04/28/21 | LTN | Review the latest OCP data provided by C. MacDonald (Purdue) and prepared OCP report for March 2021 invoices | 1.90 |
| 04/28/21 | LTN | Call with S. Lemack, L. Nguyen (AlixPartners) to discuss OCP March invoices | 0.30 |
| 04/28/21 | SKL | Call with S. Lemack, L. Nguyen (AlixPartners) to discuss OCP March invoices | 0.30 |
| 04/30/21 | LTN | Correspondence with J. Nadkarni (USDOJ) re: quarterly fee payment for Q1 2021 | 0.40 |
| 04/30/21 | LTN | Revise quarterly fee payment for Q1 2021 based on feedback from DOJ | 0.60 |
| 04/30/21 | JD | Correspondence with UST and AlixPartners team re: quarterly fee payments. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              U. S. Trustee / Court Reporting Requirements
Client/Matter #     012589.00105

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/04/21 | LTN | Submit revised DOJ fee payment request to J. Lowne and H. Benson (both Purdue) | 0.30 |
| 05/04/21 | JD | Review updated calculations and materials for the quarterly UST fee payments. | 0.30 |
| 05/07/21 | JD | Call with J. Lowne (Purdue) re: MOR payment tracking. | 0.20 |
| 05/10/21 | JD | Call with C. Robertson (DPW) re: MOR reporting. | 0.30 |
| 05/10/21 | JD | Call with J. Lowne (Purdue) re: insider payment MOR reporting options. | 0.30 |
| 05/10/21 | JD | Call with C. Robertson (Purdue) re: MOR payment reporting follow-up questions. | 0.20 |
| 05/13/21 | LTN | Submit data requests to various Purdue teams to prepare the April 2021 MOR | 0.40 |
| 05/13/21 | JD | Correspondence with L. Nguyen (AlixPartners) and Purdue management re: insider payment disclosures in the MOR. | 0.30 |
| 05/14/21 | LTN | Prepare the cash activity section of the April 2021 monthly operating report | 1.70 |
| 05/14/21 | LTN | Prepare the Insider payments section of April 2021 monthly operating report | 1.90 |
| 05/14/21 | LTN | Prepare the bank account balances section of the April 2021 monthly operating report | 1.60 |
| 05/18/21 | LTN | Prepare the professional fee payments section of the April 2021 monthly operating report and circulated to C. MacDonald (Purdue) for review | 1.40 |
| 05/18/21 | LTN | Prepare debtor questionnaire section of the April 2021 MOR | 0.50 |
| 05/20/21 | LTN | Review financial statements provided by J. Lowne (Purdue) and finalized April 2021 MOR for the CFO signoff | 2.10 |
| 05/20/21 | JD | Correspondence with L. Nguyen (AlixPartners) and J. Lowne (Purdue) re: insider payments in the MOR. | 0.30 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              U. S. Trustee / Court Reporting Requirements
Client/Matter #   012589.00105

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/20/21 | JD | Review and provide comments on the draft April MOR prior to sending to Purdue management. | 0.40 |
| 05/20/21 | JD | Review and sign off on updated April MOR. | 0.20 |
| 05/27/21 | LTN | Review the latest OCP data provided by C. MacDonald (Purdue) and prepared OCP report for April 2021 invoices | 1.80 |
| 05/28/21 | LTN | Finalize the OCP report for April 2021 activities based on latest data/ feedback from C. MacDonald (Purdue) and circulate to DWP | 1.00 |
| | | **Total** | **74.70** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | U. S. Trustee / Court Reporting Requirements |
|-----|-----|
| Client/Matter # | 012589.00105 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|-----|-----|-----|-----|
| Lan T Nguyen | 59.00 | 530.00 | 31,270.00 |
| Andrew D DePalma | 5.60 | 625.00 | 3,500.00 |
| Sam K Lemack | 3.00 | 665.00 | 1,995.00 |
| HS Bhattal | 0.80 | 865.00 | 692.00 |
| Jesse DelConte | 6.30 | 1,055.00 | 6,646.50 |
| **Total Hours & Fees** | **74.70** | | **44,103.50** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Business Analysis & Operations
Client/Matter #              012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/01/21 | HSB | Call with A. Preis, S. Brauner, M. Hurley (both Akin Gump), S. Gilbert (Gilbert), M. Atkinson (Province), M. Huebner, E. Vonnegut, C. Duggan (all DPW), S. Birnbaum (Dechert), J. O'Connell, J. Turner (both PJT), J. DelConte, H. Bhattal (both AlixPartners), K. Maclay (Caplin & Drysdale) re: mediation offers. | 1.00 |
| 02/01/21 | HSB | Call with J. O'Connell, J. Turner, T. Melvin (all PJT), M. Kesselman, R. Aleali (both Purdue), M. Huebner, E. Vonnegut, D. Klein (all DPW), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), T. Baker (Dentons), S. Birnbaum (Dechert) re: third party communications. | 0.40 |
| 02/01/21 | JD | Review latest third party side by side analysis and correspondence with PJT and DPW re: same. | 0.70 |
| 02/01/21 | JD | Call with J. O'Connell, J. Turner, T. Melvin (all PJT), M. Kesselman, R. Aleali (both Purdue), M. Huebner, E. Vonnegut, D. Klein (all DPW), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), T. Baker (Dentons), S. Birnbaum (Dechert) re: third party communications. | 0.40 |
| 02/01/21 | JD | Call with J. Lowne (Purdue) re: third party communications. | 0.30 |
| 02/01/21 | JD | Call with L. Altus, T. Matlock (both DPW), J. Turner, T. Melvin, J. Arsic (all PJT) re: tax forecasting. | 0.90 |
| 02/01/21 | JD | Call with A. Preis, S. Brauner, M. Hurley (both Akin Gump), S. Gilbert (Gilbert), M. Atkinson (Province), M. Huebner, E. Vonnegut, C. Duggan (all DPW), S. Birnbaum (Dechert), J. O'Connell, J. Turner (both PJT), J. DelConte, H. Bhattal (both AlixPartners), K. Maclay (Caplin & Drysdale) re: mediation offers. | 1.00 |
| 02/01/21 | JD | Call with T. Melvin (PJT) re: third party analysis. | 0.40 |
| 02/01/21 | JD | Review A/R and rebate details re: potential ABL availability. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/01/21 | JD | Review proposed accounting for accelerated bonus payments. | 0.70 |
| 02/01/21 | JD | Review updated draft accrued expense details re: third party bid. | 0.30 |
| 02/01/21 | JD | Correspondence with DPW and PJT re: third party side by side analysis. | 0.60 |
| 02/01/21 | JD | Prepare final analysis of ABL collateral to share with AHC advisors. | 0.80 |
| 02/01/21 | JD | Review shareholder settlement comparison analysis from AHC. | 0.20 |
| 02/01/21 | JD | Review draft Rhodes net sales report. | 0.20 |
| 02/01/21 | JD | Review latest turn of the third party side by side comparison presentation. | 0.30 |
| 02/01/21 | LJD | Call with J. O'Connell, J. Turner, T. Melvin (all PJT), M. Kesselman, R. Aleali (both Purdue), M. Huebner, E. Vonnegut, D. Klein (all DPW), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), T. Baker (Dentons), S. Birnbaum (Dechert) re: third party communications. | 0.40 |
| 02/02/21 | LJD | Attended Purdue Special Committee board meeting with M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.10 |
| 02/02/21 | LJD | Review correspondence and comment on side by side analysis | 0.50 |
| 02/02/21 | GJK | Respond to questions on projections and present value from M Huebner (DPW). | 1.30 |
| 02/02/21 | ADD | Compile and format materials submitted in response to diligence request for processing and upload to the data room for creditor committee. | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 02/02/21 | JD | Attended Purdue Special Committee board meeting with M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.10 |
| 02/02/21 | JD | Call with J. Turner (PJT) re: board meeting follow up. | 0.20 |
| 02/02/21 | JD | Call with S. Brecher, J. Crandall, E. Vonnegut (all DPW), J. Turner (PJT) re: PBGC call prep. | 0.30 |
| 02/02/21 | JD | Call with T. Melvin (PJT) re: third party discussion forecasting. | 0.40 |
| 02/02/21 | JD | Call with J. Turner (PJT) re: HL call follow up. | 0.20 |
| 02/02/21 | JD | Review PV analysis of potential shareholder settlements. | 0.50 |
| 02/02/21 | JD | Review updated comparison of third party and PBC cash flow forecasts. | 0.40 |
| 02/02/21 | JD | Call with J. Lowne (Purdue) re: board follow ups. | 0.20 |
| 02/02/21 | JD | Call with T. Melvin (PJT) re: AHC advisor call follow ups. | 0.50 |
| 02/02/21 | JD | Call with M. Huebner (DPW) re: AHC advisor call follow ups. | 0.20 |
| 02/02/21 | JD | Call with T. Melvin (PJT) re: HL pre-call. | 0.40 |
| 02/02/21 | JD | Provide final edits to third party side by side comparison. | 0.40 |
| 02/02/21 | JD | Correspondence with DPW and PJT re: PBGC and third party data room. | 0.30 |
| 02/02/21 | JD | Finalize excluded liabilities file | 0.50 |
| 02/02/21 | JD | Review ad hoc advisor analysis of third party working capital impacts. | 0.40 |
| 02/02/21 | JD | Correspondence with G. Koch (AlixPartners) and J. Turner (PJT) re: IAC value and shareholder settlement. | 0.50 |
| 02/02/21 | JD | Review third party financial model with respect to | 0.50 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:          Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | potential tax liabilities. | |
| 02/02/21 | HSB | Attended Purdue Special Committee board meeting with M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.10 |
| 02/03/21 | HSB | Attended Purdue board meeting with board members, M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal (both AlixPartners), S. Birnbaum (Dechert) | 2.10 |
| 02/03/21 | JD | Provide comments on the final presentation from PJT to be shared with the Board re: third party discussions to date. | 0.80 |
| 02/03/21 | JD | Call with J. Turner (PJT) re: D&P follow-ups. | 0.20 |
| 02/03/21 | JD | Attended Purdue board meeting with board members, M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal (both AlixPartners), S. Birnbaum (Dechert) | 2.10 |
| 02/03/21 | ADD | Update liabilities subject to compromise calculation for January 31 month end. | 2.40 |
| 02/03/21 | GJK | Review Mundipharma draft report for potential follow up questions. | 2.00 |
| 02/03/21 | GJK | Review iterations of Mundipharma financial projections from 2019 to 2021. | 1.50 |
| 02/03/21 | LJD | Provide comments on board presentation | 0.70 |
| 02/04/21 | GJK | Follow up on cash flows in Mundipharma projections. | 2.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                          **F** 214.647.7501
Dallas, TX 75201              **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/04/21 | JD | Call with C. Robertson (DPW) re: emergence planning. | 0.60 |
| 02/04/21 | JD | Call with H. Bhattal, S. Lemack, J. DelConte (all AlixPartners), J. Lowne (Purdue), J. Turner, T. Melvin (both PJT) re: minimum cash discussions. | 0.30 |
| 02/04/21 | JD | Correspondence with C. DeStefano and J. Lowne (both Purdue) re: bonus compensation analysis and year end accrual accounting. | 0.40 |
| 02/04/21 | JD | Review corporate objective scorecard for 2020. | 0.30 |
| 02/04/21 | JD | Review latest business development deal analysis that was presented to portfolio committee. | 0.60 |
| 02/04/21 | JD | Correspondence with J. Lowne (Purdue) and A. DePalma (AlixPartners) re: LSTC balance at January month end. | 0.20 |
| 02/04/21 | SKL | Call with H. Bhattal, S. Lemack, J. DelConte (all AlixPartners), J. Lowne (Purdue), J. Turner, T. Melvin (both PJT) re: minimum cash discussions. | 0.30 |
| 02/04/21 | HSB | Call with H. Bhattal, S. Lemack, J. DelConte (all AlixPartners), J. Lowne (Purdue), J. Turner, T. Melvin (both PJT) re: minimum cash discussions. | 0.30 |
| 02/05/21 | ADD | Reconcile accounts receivable transaction detail and reconcile to A/R balances. | 0.80 |
| 02/05/21 | JD | Draft bullets on ABL collateral summary for PJT discussions with third party financing sources. | 0.50 |
| 02/05/21 | JD | Review draft December board financial package. | 0.50 |
| 02/05/21 | JD | Review target distribution analysis from PJT. | 0.40 |
| 02/05/21 | GJK | Analyze of 2021-2025 projection data. | 2.50 |
| 02/06/21 | JD | Call with J. Lowne (Purdue) re: financial projections exhibit. | 0.30 |
| 02/07/21 | JD | Correspondence with R. Brown (Purdue) re: month end professional fee accruals. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/07/21 | JD | Review correspondence from Bates White, DPW, Akin and Gilbert re: shareholder settlement offers. | 0.40 |
| 02/07/21 | JD | Review most recent third party communications. | 1.00 |
| 02/08/21 | JD | Call with J. Turner (PJT) re: third party discussion. | 0.30 |
| 02/08/21 | JD | Correspondence with DPW and PJT re: plan of reorganization negotiations. | 0.30 |
| 02/08/21 | JD | Correspondence with PJT re: disclosure statement exhibits. | 0.40 |
| 02/08/21 | JD | Call with M. Huebner, A. Lele, W. Taylor, E. Vonnegut (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), S. Birnbaum (Dechert), T. Baker (Dentons) re: third party discussions. | 0.60 |
| 02/08/21 | JD | Call with J. Lowne (Purdue) re: corporate scorecard. | 0.30 |
| 02/08/21 | JD | Review latest minimum TopCo distribution presentation from PJT | 0.50 |
| 02/08/21 | JD | Call with J. Turner (PJT) re: updating latest analyses. | 0.30 |
| 02/08/21 | ADD | Compile customer accounts payable data for review. | 1.50 |
| 02/08/21 | JD | Review board presentation slides re: Adhansia options. | 0.30 |
| 02/08/21 | JD | Review third party discussion analysis from PJT. | 0.40 |
| 02/08/21 | LJD | Provide comments on the latest third party correspondence | 0.40 |
| 02/09/21 | LJD | Provide comments on the revised third party structure in comparison to previous structures. | 0.60 |
| 02/09/21 | JD | Call with J. Lowne, R. Schnitzler, T. Melvin (all PJT) and J. Lowne (Purdue) re: latest business plan. | 0.50 |
| 02/09/21 | JD | Review revised third party analysis from PJT. | 0.40 |
| 02/09/21 | JD | Review latest Mundipharma year end balance sheet. | 0.20 |
| 02/09/21 | JD | Review shareholder settlement materials. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/09/21 | JD | Review AHC fee details from the company and check against my records. | 0.30 |
| 02/09/21 | JD | Review details of potential adjustments to the Rhodes business plan. | 0.70 |
| 02/09/21 | JD | Review A/R details with regards to potential ABL financing. | 0.40 |
| 02/10/21 | JD | Call with J. Turner, T. Melvin (both PJT), J. Lowne (Purdue), L. Altus, T. Matlock (both DPW), B. Angstadt, T. Coyne, A. McNaull (all Grant Thornton) re: tax projections. | 0.70 |
| 02/10/21 | JD | Call with J. Lowne (Purdue) re: updated business plan forecast. | 0.30 |
| 02/10/21 | JD | Provide comments on final third party discussion and minimum distribution decks. | 1.00 |
| 02/10/21 | JD | Review latest PJT materials re: third party discussions and minimum PBC distributions. | 0.80 |
| 02/10/21 | JD | Review historical materials re: Rhodes performance. | 0.40 |
| 02/11/21 | JD | Attended Purdue board meeting with M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal (both AlixPartners), S. Birnbaum (Dechert) | 1.10 |
| 02/11/21 | JD | Call with L. Donahue and J. DelConte (both AlixPartners) re: business plan updates. | 0.20 |
| 02/11/21 | JD | Call with J. Lowne (Purdue) re: updated business plan. | 0.20 |
| 02/11/21 | JD | Call with J. Weiner, E. Hwang (both DPW), J. DelConte, G. Koch, H. Bhattal (all AlixPartners), J. Turner, T. Melvin (both PJT) re: contribution agreement. | 0.60 |
| 02/11/21 | JD | Call with L. Donahue and J. DelConte (both AlixPartners) re: follow-up to management call. | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Business Analysis & Operations
Client/Matter #       012589.00106

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/11/21 | JD | Call with J. Turner (PJT) re: contribution agreement workstream. | 0.30 |
| 02/11/21 | JD | Review company materials related to investment update. | 0.40 |
| 02/11/21 | HSB | Call with J. Weiner, E. Hwang (both DPW), J. DelConte, G. Koch, H. Bhattal (all AlixPartners), J. Turner, T. Melvin (both PJT) re: contribution agreement. | 0.60 |
| 02/11/21 | HSB | Attended Purdue board meeting with M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal (both AlixPartners), S. Birnbaum (Dechert) | 1.10 |
| 02/11/21 | LJD | Call with L. Donahue and J. DelConte (both AlixPartners) re: business plan updates. | 0.20 |
| 02/11/21 | LJD | Review Rhodes business plan and prior presentations | 0.80 |
| 02/11/21 | LJD | Call with L. Donahue and J. DelConte (both AlixPartners) re: follow-up to management call. | 0.20 |
| 02/11/21 | GJK | Coordinate and update on call with Purdue, DPW, PJT and Alix. | 0.60 |
| 02/11/21 | GJK | Call with K. McCafferty, G. Koch (both AlixPartners) re: Pharma assets. | 0.60 |
| 02/12/21 | LJD | Communicate with J. O'Connell (PJT) re: Rhodes approach etc. | 0.30 |
| 02/12/21 | JD | Correspondence with management re: updated materials for latest investment mark to market. | 0.50 |
| 02/12/21 | JD | Correspondence with DPW re: minimum cash. | 0.30 |
| 02/12/21 | JD | Review draft retention payment amounts for Purdue HR. | 0.30 |
| 02/15/21 | LJD | Provide comments on the revised liquidation analysis | 1.80 |
| 02/15/21 | LJD | Provide comments on Special committee update deck | 0.80 |
| 02/15/21 | JD | Provide comments on cash distribution schedule pulled | 0.80 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Business Analysis & Operations
Client/Matter #          012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | together by PJT. | |
| 02/15/21 | JD | Call with J. Lowne (Purdue) re: business planning. | 0.30 |
| 02/15/21 | JD | Call with J. Turner (PJT) re: updated scenarios. | 0.20 |
| 02/15/21 | JD | Call with R. Aleali (Purdue) re: updated business planning. | 0.30 |
| 02/16/21 | LJD | Participate in Purdue special committee board meeting with J. DelConte, L. Donahue (partial participation) (both AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, C. Duggan, M. Clarens, B. Kaminetzky (all Davis Polk), J. O'Connell, J. Turner (both PJT). | 1.00 |
| 02/16/21 | LJD | Review draft deck for special committee meeting | 0.60 |
| 02/16/21 | GJK | Evaluate opportunities to align with UCC and AHC Advisors on trust diligence. | 0.50 |
| 02/16/21 | GJK | Plan out diligence requirements to support evaluation of Family assets based on current informaiton. | 1.80 |
| 02/16/21 | JD | Participate in Purdue special committee board meeting with J. DelConte, L. Donahue (partial participation) (both AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, C. Duggan, M. Clarens, B. Kaminetzky (all Davis Polk), J. O'Connell, J. Turner (both PJT). | 1.30 |
| 02/16/21 | JD | Call with J. Turner (PJT) and G. Coutts (HL) re: case catch up and planning. | 0.70 |
| 02/16/21 | JD | Correspondence with PJT and AlixPartners team members re: updated financial projection timelines. | 0.30 |
| 02/16/21 | JD | Correspondence with PJT and HL re: third party history. | 0.30 |
| 02/16/21 | JD | Provide comments on potential financing sources list from PJT. | 0.70 |
| 02/17/21 | GJK | Prepare for trust diligence call. | 1.50 |
| 02/17/21 | JD | Call with J. Lowne (Purdue) re: updated business plan. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/17/21 | JD | Correspondence with the committee advisors re: updated pro fee forecast. | 0.30 |
| 02/17/21 | JD | Comment on draft board materials on third party investment and Rhodes prior to the upcoming board meeting. | 1.00 |
| 02/17/21 | JD | Review research materials on the history of an interested third party. | 0.40 |
| 02/18/21 | JD | Review various long term forecast sensitivity analyses per question from HL. | 0.50 |
| 02/18/21 | JD | Review latest and shareholder diligence request list and draft email to the other creditor advisors re: same. | 0.60 |
| 02/18/21 | JD | Update professional fee forecast per latest guidance from the UCC. | 0.70 |
| 02/18/21 | JD | Review non-recurring legal expenses and accounting per question from DPW. | 0.40 |
| 02/18/21 | JD | Review old pension materials per request from the UCC. | 0.50 |
| 02/18/21 | JD | Call with J. DelConte, G. Koch, A. DePalma, L. Nguyen (all AlixPartners) re: shareholder financial diligence. | 0.60 |
| 02/18/21 | GJK | Plan out next steps for diligence related to Sackler Family Trusts. | 1.20 |
| 02/18/21 | GJK | Draft email to Financial Advisors re: trust diligence list | 0.80 |
| 02/18/21 | GJK | Call with J. DelConte, G. Koch, A. DePalma, L. Nguyen (all AlixPartners) re: shareholder financial diligence. | 0.60 |
| 02/18/21 | GJK | Develop process for analyzing 2019 asset information for Sackler Family. | 0.80 |
| 02/18/21 | LJD | Provide comments on AHC counterproposal | 0.70 |
| 02/18/21 | ADD | Call with J. DelConte, G. Koch, A. DePalma, L. Nguyen (all AlixPartners) re: shareholder financial diligence. | 0.60 |
| 02/18/21 | LTN | Call with J. DelConte, G. Koch, A. DePalma, L. Nguyen (all | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners) re: shareholder financial diligence. | |
| 02/19/21 | HSB | Attended Purdue board meeting with board members, C. Landau, M.  Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) and reviewed related materials. | 1.40 |
| 02/19/21 | JD | Review updated December financial report per year-end adjustments. | 0.30 |
| 02/19/21 | JD | Attended Purdue board meeting with board members, C. Landau, M.  Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) and reviewed related materials. | 1.40 |
| 02/19/21 | JD | Review proposed final shareholder resolution analysis and summary from Bates White. | 0.30 |
| 02/19/21 | JD | Call with J. Turner, T. Melvin (both PJT), J. Lowne, E. Ruiz, L. Scheinbach (all Purdue) re: updated 10 year forecast. | 0.40 |
| 02/19/21 | JD | Call with T. Melvin (PJT) re: latest 10 year plan. | 0.40 |
| 02/19/21 | LJD | Review chapter 11 proposed timeline and discuss | 0.40 |
| 02/19/21 | LJD | Attended Purdue board meeting with board members, C. Landau, M.  Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) and reviewed related materials. | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/19/21 | GJK | Review Sackler Family Side B asset information. | 1.00 |
| 02/19/21 | GJK | Plan out next steps for reviewing Family diligence information, including addressing open items. | 1.00 |
| 02/21/21 | JD | Correspondence with DPW and Purdue management re: pension participant request from the UCC. | 0.70 |
| 02/22/21 | JD | Review third party investment S-1 and other related filings with regards to Purdue investment. | 1.30 |
| 02/22/21 | JD | Correspondence with R. Aleali (Purdue) re: IT process requirements. | 0.30 |
| 02/22/21 | JD | Call with J. DelConte and A. DePalma (both AlixPartners) re: ongoing workstreams. | 0.30 |
| 02/22/21 | JD | Call with J. Lowne (Purdue) re: updated business plan forecast. | 0.20 |
| 02/22/21 | JD | Review business planning items in relation to potential cost cutting measures. | 0.50 |
| 02/22/21 | ADD | Call with J. DelConte and A. DePalma (both AlixPartners) re: ongoing workstreams. | 0.30 |
| 02/22/21 | LJD | Update call with J. Dubel (board member) | 0.30 |
| 02/22/21 | GJK | Follow up on trust diligence list including call with B Bromberg (FTI). | 0.80 |
| 02/23/21 | GJK | Coordinate finalization of trust diligence list from financial advisors and send to DPW. | 1.80 |
| 02/23/21 | LJD | Provide comments on updated disclosure requirements | 0.40 |
| 02/23/21 | LJD | Review revised deck for operating parameters and min distributions | 0.80 |
| 02/23/21 | JD | Call with J. Lowne and L. Scheinbach (both Purdue) re: updated 10 year forecast. | 0.50 |
| 02/23/21 | JD | Provide comments on updated third party investment board presentation. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/23/21 | JD | Review latest professional fee filings and update latest professional fee forecast. | 0.60 |
| 02/23/21 | JD | Review company diligence materials re: business development investment. | 0.70 |
| 02/23/21 | JD | Correspondence with PJT and HL re: third party investment and Rhodes numbers. | 0.50 |
| 02/23/21 | JD | Review DPW follow-ups on third party investment. | 0.30 |
| 02/23/21 | JD | Provide comments on the latest shareholder diligence list. | 0.40 |
| 02/24/21 | JD | Incorporate latest professional fee apps filed and updated estimates from the AHC and UCC into an updated 2021 forecast. Develop updated 2021 budget materials to provide to Purdue management. | 2.80 |
| 02/24/21 | JD | Review latest R&D pipeline materials from the company. | 0.40 |
| 02/24/21 | JD | Review analyses from the KEIP/KERP discussions re: historical list of insiders. | 0.50 |
| 02/24/21 | JD | Correspondence with PJT re: historical financial information details. | 0.30 |
| 02/24/21 | JD | Call with J. Turner (PJT) re: updated business plan. | 0.20 |
| 02/24/21 | JD | Call with T. Melvin (PJT) re: updated business plan. | 0.50 |
| 02/24/21 | JD | Call with J. Lowne (Purdue) re: R&D portfolio decisions. | 0.20 |
| 02/24/21 | JD | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all Davis Polk), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (partial attendance) (all AlixPartners), S. Birnbaum (Dechert) | 2.20 |
| 02/24/21 | JD | Attend special committee session of Purdue board meeting with Special Committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all Davis Polk), J. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | |
| 02/24/21 | JD | Call with J. Lowne, L. Scheinbach (both Purdue), T. Melvin (PJT) re: updated long term forecast. | 0.40 |
| 02/24/21 | JD | Call with J. Lowne (Purdue), R. Schnitzler, J. Turner, T. Melvin (all PJT) re: R&D portfolio. | 0.50 |
| 02/24/21 | HSB | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all Davis Polk), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (partial attendance) (all AlixPartners), S. Birnbaum (Dechert) | 1.40 |
| 02/24/21 | HSB | Attend special committee session of Purdue board meeting with Special Committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all Davis Polk), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.60 |
| 02/24/21 | LJD | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all Davis Polk), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (partial attendance) (all AlixPartners), S. Birnbaum (Dechert) | 2.20 |
| 02/24/21 | LJD | Attend special committee session of Purdue board meeting with Special Committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all Davis Polk), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Birnbaum (Dechert) | |
| 02/25/21 | GJK | Review open operational items and upcoming brainstorming sessions with subgroups to identify potential cross functional team meetings needed. | 1.30 |
| 02/25/21 | GJK | Brainstorm on potential issues arising from collateral based on ex-US IAC, including undervalue and ability to derive value from assets in a default. | 1.50 |
| 02/25/21 | JD | Call with J. Lowne (Purdue) re: professional fee forecast. | 0.20 |
| 02/25/21 | JD | Call with R. Aleali (Purdue) re: latest board materials. | 0.30 |
| 02/25/21 | JD | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: latest professional fee forecast. | 0.30 |
| 02/25/21 | JD | Review final professional fee forecast from the company in advance of the call with management. | 0.40 |
| 02/25/21 | JD | Prepare year end expense actuals and balance sheet accruals by cost center for the 2020 year end close. | 2.40 |
| 02/26/21 | JD | Participate in call with C. Landau, M. Kesselman, J. Lowne, R. Aleali, J. Ducharme, D. Lundie (all Purdue), J. Turner, T. Melvin, R. Schnitzler (all PJT) re: portfolio committee update. | 0.80 |
| 02/26/21 | JD | Call with J. Lowne, L. Scheinbach, E. Ruiz (all Purdue), J. Turner, T. Melvin, J. Arsic (all PJT) re: updated model and associated board slides. | 0.40 |
| 02/26/21 | JD | Provide answers to open questions from Purdue HR team re: latest bonus payments. | 0.60 |
| 02/26/21 | JD | Review pension scenario analysis from Fidelity and latest pension valuation materials. Provide same to Davis Polk. | 0.30 |
| 02/26/21 | JD | Review portfolio committee R&D pipeline presentation. | 0.70 |
| 02/26/21 | JD | Call with J. Turner (PJT) and third party re: potential financing. | 0.30 |
| 02/26/21 | JD | Call with J. Turner (PJT) and third party re: potential | 0.20 |

**AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | financing. | |
| 02/26/21 | JD | Call with R. Aleali (Purdue) re: open diligence items. | 0.20 |
| 02/26/21 | GJK | Email exchanges with DPW on status of diligence, including process for ensuring all information is available to all Financial Advisors. | 0.60 |
| 02/28/21 | JD | Correspondence with PJT and Alix team re: financing process. | 0.40 |
| 03/01/21 | GJK | Review of Contribution Agreement v2.27 and Exhibits (Side A trusts). | 2.30 |
| 03/01/21 | GJK | Review redline to v2.27 of Contribution Agreement. | 0.50 |
| 03/01/21 | GJK | Review of proposed collar mechanics as written in V 2.27 of the Contribution Agreement. | 2.00 |
| 03/01/21 | GJK | Outline draft payment mechanics in excel for modeling. | 1.50 |
| 03/01/21 | GJK | Review definitions of payment groups (in various forms) in Contribution Agreement v2.27. | 1.60 |
| 03/01/21 | GJK | Review Advanced Contribution language in Contribution Agreement v2.27. | 1.40 |
| 03/01/21 | JD | Review and provide comments on preliminary draft DOJ analysis. | 0.50 |
| 03/01/21 | JD | Correspondence with Davis Polk and G. Koch (AlixPartners) re: shareholder settlement agreement. | 0.30 |
| 03/01/21 | JD | Review updated MDT reserve and PPLP wind down budget before sharing with other parties. | 0.40 |
| 03/01/21 | JD | Review upcoming Board meeting prereads sent to the Board. | 0.60 |
| 03/01/21 | JD | Review draft third party financing NDAs. | 0.20 |
| 03/01/21 | JD | Review diligence files that would be responsive for third party financing diligence. | 0.80 |
| 03/01/21 | JD | Review and provide comments to on draft MDT reserve | 1.20 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                    **F** 214.647.7501
Dallas, TX 75201              **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | and PPLP wind down budget. | |
| 03/01/21 | JD | Call with J. Turner, J. O'Connell (both PJT) and third party re: potential financing. | 0.20 |
| 03/01/21 | JD | Call with J. Turner (PJT) and third party re: potential financing. | 0.40 |
| 03/01/21 | JD | Call with J. Turner (PJT) and R. Aleali (Purdue) re: R&D deal. | 0.30 |
| 03/02/21 | JD | Call with J. Turner, T. Melvin, J. Arsic (all PJT) re: updated business plan. | 1.00 |
| 03/02/21 | JD | Call with J. Lowne (Purdue) re: latest business plan. | 0.40 |
| 03/02/21 | JD | Call with B. Steele (Prime Clerk) re: 2021 budget. | 0.30 |
| 03/02/21 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: contribution agreement. | 0.30 |
| 03/02/21 | JD | Review previous materials re: open insurance questions. | 0.30 |
| 03/02/21 | JD | Review related party transaction documents and correspondence with management and Davis Polk re: same. | 0.50 |
| 03/02/21 | JD | Correspondence with PJT and Purdue management re: emergence date cash flow forecast. | 0.40 |
| 03/02/21 | JD | Review updated draft pro fee budgets for the wind down. | 0.30 |
| 03/02/21 | JD | Correspondence with FTI re: open plan issues. | 0.50 |
| 03/02/21 | JD | Participate in Purdue special committee board call. | 0.90 |
| 03/02/21 | GJK | Call with A. Libby (DPW) to discuss Side A net assets. | 0.40 |
| 03/02/21 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: contribution agreement. | 0.30 |
| 03/02/21 | GJK | Review Side A Net Asset report and possible approaches to value based on trusts not included in asset coverage proposal (and referencing call with Family call and advisors). | 2.20 |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100   **F** 214.647.7501
Dallas, TX 75201   **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/02/21 | LJD | Participate in Purdue special committee board call. | 0.90 |
| 03/03/21 | LJD | Review board agenda | 0.20 |
| 03/03/21 | LJD | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 2.50 |
| 03/03/21 | GJK | Tie out Impact of Collar document to Side A non-IAC contributions. | 0.70 |
| 03/03/21 | GJK | Review hypotheticals provided by Side A related to initial collar document provided by Side A advisors. | 1.40 |
| 03/03/21 | GJK | Walkthrough hypothetical 1 example in reference to Contribution Agreement language. | 1.20 |
| 03/03/21 | GJK | Walkthrough hypothetical 2 example in reference to Contribution Agreement language. | 1.30 |
| 03/03/21 | GJK | Analyze collar and settlement payment mechanics. | 1.30 |
| 03/03/21 | GJK | Call with J. Turner, T. Melvin (both PJT), G. Koch, J. DelConte, H. Bhattal (all AlixPartners), J. Frankel, C. Robertson, E. Hwang, D. Bauer (all DPW), R. Aleali, K. McCarthy, R. Inz, B. Koch (all Purdue) re: IAC agreements. | 1.50 |
| 03/03/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), T. Martin (HCG), M. Diaz (FTI), M. Atkinson (Province) to follow up on Trust diligence requests. | 0.80 |
| 03/03/21 | GJK | Call with A. Libby (DPW) to provide update on trust diligence process and discuss potential ramifications for contribution agreement drafting. | 0.40 |
| 03/03/21 | GJK | Call among G. Koch, L. Nguyen (both AlixPartners), J. Schwartz, J. Weiner, A. Libby (all DPW), J. Uzzi, A. Lees, E. Stodola ( all MIlbank), M. Diaz (FTI), and various other | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Business Analysis & Operations
Client/Matter #       012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | advisors re: Contribution Agreement Hypotheticals analysis | |
| 03/03/21 | GJK | Review examples of Collar mechanism provided by Sacker Family advisors and prepare questions in advance of discussion. | 0.80 |
| 03/03/21 | GJK | Call with G. Koch, L. Nguyen (AlixPartners) to work on outstanding items re: Trust Diligence | 1.00 |
| 03/03/21 | JD | Review draft R&D presentation to be given to the AHC advisors. | 0.50 |
| 03/03/21 | JD | Review and provide comments on the latest version of the MDT and wind down budgets. | 0.60 |
| 03/03/21 | JD | Correspondence with Davis Polk re: open go-forward cost assumptions and plan structure for the MDT and wind down. | 0.80 |
| 03/03/21 | JD | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 2.50 |
| 03/03/21 | JD | Call with J. Turner, T. Melvin (both PJT), G. Koch, J. DelConte, H. Bhattal (all AlixPartners), J. Frankel, C. Robertson, E. Hwang, D. Bauer (all DPW), R. Aleali, K. McCarthy, R. Inz, B. Koch (all Purdue) re: IAC agreements. | 1.50 |
| 03/03/21 | ADD | Update Liabilities Subject to Compromise report for February. | 2.70 |
| 03/03/21 | HSB | Call with J. Turner, T. Melvin (both PJT), G. Koch, J. DelConte, H. Bhattal (all AlixPartners), J. Frankel, C. Robertson, E. Hwang, D. Bauer (all DPW), R. Aleali, K. McCarthy, R. Inz, B. Koch (all Purdue) re: IAC | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Business Analysis & Operations |
|-----|-------------------------------|
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | agreements. | |
| 03/03/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), T. Martin (HCG), M. Diaz (FTI), M. Atkinson (Province) to follow up on Trust diligence requests. | 0.80 |
| 03/03/21 | LTN | Call among G. Koch, L. Nguyen (both AlixPartners), J. Schwartz, J. Weiner, A. Libby (all DPW), J. Uzzi, A. Lees, E. Stodola ( all MIIbank), M. Diaz (FTI), and various other advisors re: Contribution Agreement Hypotheticals analysis | 1.00 |
| 03/03/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners) to work on outstanding items re: Trust Diligence | 1.00 |
| 03/04/21 | JD | Review final version of the R&D presentation for the call with the AHC advisors | 0.30 |
| 03/04/21 | JD | Review and provide comments on draft emergence date cash flow analysis from L. Nguyen and H. Bhattal (both AlixPartners). | 1.10 |
| 03/04/21 | JD | Review and provide comments on draft business plan update deck to provide to creditor FA's. | 0.60 |
| 03/04/21 | JD | Review draft IAC license agreements. | 0.30 |
| 03/04/21 | JD | Call with J. Turner, J. O'Connell (both PJT) and third party re: potential financing. | 0.40 |
| 03/04/21 | JD | Second call with J. Turner and J. O'Connell (both PJT) and third party re: potential financing. | 0.40 |
| 03/04/21 | GJK | Email L. Nguyen (AlixPartners) re: Side A trust data and updates to Trust diligence requests. | 0.30 |
| 03/04/21 | GJK | Call with DPW, Akin, Kramer Levine and FTI to discuss views on contribution agreement requirements. | 1.30 |
| 03/04/21 | GJK | Provide feedback on revised Trust diligence request list. | 0.60 |
| 03/04/21 | GJK | Review Contribution Agreement v2.27 based on discussion with advisor group and Counsel. | 1.50 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/04/21 | GJK | Track through hypothetical examples for contribution agreement. | 2.20 |
| 03/05/21 | GJK | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: Weekly update call | 0.70 |
| 03/05/21 | GJK | Review and mark-up Settlement Agreement v22. | 2.40 |
| 03/05/21 | GJK | Draft comments and questions re: Settlement Agreement v22 to DPW, Alix, PJT. | 1.60 |
| 03/05/21 | GJK | Parse language for Settlement Amounts and Net Proceeds in Settlement Agreement v22. | 1.80 |
| 03/05/21 | GJK | Parse out language for Advanced Contribution in Settlement Agreement v22. | 1.70 |
| 03/05/21 | GJK | Parse out language for Collar in Settlement Agreement v22. | 2.00 |
| 03/05/21 | LJD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: Weekly update call | 0.70 |
| 03/05/21 | LJD | Review announcement on Klaria and comment | 0.30 |
| 03/05/21 | LJD | Review revised AHC term sheet and comment | 0.60 |
| 03/05/21 | GJK | Call with G. Koch, L. Nguyen (AlixPartners) to finalize A-side Family payment group analysis | 0.20 |
| 03/05/21 | JD | Review and provide comments on proposed third party financing diligence materials. | 1.80 |
| 03/05/21 | JD | Review and provide comments on the latest draft emergence date cash analysis. | 0.70 |
| 03/05/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners) to finalize A-side Family payment group analysis | 0.20 |
| 03/06/21 | GJK | Frame out settlement payment model draft based on Settlement Agreement v22. | 2.00 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/07/21 | GJK | Call with J. Weiner and E. Hwang (both DPW) to discuss language in Settlement Agreement and challenges recreating hypothetical examples provided by Debevoise. | 0.80 |
| 03/07/21 | GJK | Model out Settlement Agreement definitions (primarily payment related). | 1.80 |
| 03/07/21 | GJK | Model out basics of collar in Settlement Agreement v22. | 1.80 |
| 03/07/21 | GJK | Email to FA re: Settlement Agreement computations and review M. Atkinson (Province) response. | 0.50 |
| 03/07/21 | JD | Review and provide comments on PJT analysis prior to providing to Dentons. | 0.50 |
| 03/08/21 | JD | Attend Purdue Special Committee meeting with SC board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.30 |
| 03/08/21 | GJK | Tie hypothetical collar example to Settlement Agreement language. | 2.20 |
| 03/08/21 | GJK | Tie hypothetical example advance payment to Settlement Agreement v22. | 1.40 |
| 03/08/21 | GJK | Compare hypothetical model scenarios to components built from language in Settlement Agreement v22. | 1.70 |
| 03/08/21 | GJK | Continue to model out collar language from Settlement Agreement v22. | 1.90 |
| 03/08/21 | GJK | Compare hypothetical model from Side A to language in Settlement Agreement v22. | 1.80 |
| 03/08/21 | GJK | Call with G. Koch, L. Nguyen (AlixPartners) to discuss open items on Settlement Agreement provided by J. Weiner (DPW) | 1.10 |
| 03/08/21 | LJD | Attend Purdue Special Committee meeting with SC board | 1.30 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | |
| 03/08/21 | GJK | Respond to J. Weiner (DPW) email re: Side B assets. | 0.30 |
| 03/08/21 | GJK | Review and respond to M. Atkinson (Province) notes on his call with Huron re: trust diligence. | 0.40 |
| 03/08/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners) to discuss open items on Settlement Agreement provided by J. Weiner (DPW) | 1.10 |
| 03/08/21 | HSB | Attend Purdue Special Committee meeting with SC board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.30 |
| 03/08/21 | JD | Review updated draft business plan update summary deck and provide comments re: same. | 0.80 |
| 03/08/21 | JD | Review and comment on draft Special Committee materials. | 0.30 |
| 03/09/21 | JD | Review latest MDT and Wind Down reserve forecasts and provide comments re: same. | 0.50 |
| 03/09/21 | JD | Review and provide comments on the updated MDT and Wind Down reserve forecasts. | 0.70 |
| 03/09/21 | JD | Review Board update materials re: third party investment. | 0.40 |
| 03/09/21 | JD | Call with J. DelConte, G. Koch (both AlixPartners) to debrief on trust diligence call with Financial Advisors. | 0.30 |
| 03/09/21 | JD | Review additional analysis and materials pulled together by the Company with respect to their R&D pipeline in | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | response to open questions from the AHC. | |
| 03/09/21 | JD | Review and comment on draft materials pulled together to be responsive to request for backup to the latest term sheet counter to the AHC. | 0.60 |
| 03/09/21 | LTN | Call with G. Koch, L. Nguyen (by AlixPartners) to discuss open items of the latest Settlement agreement and next steps | 1.40 |
| 03/09/21 | LJD | Review changes to AHC term sheet and counter | 0.40 |
| 03/09/21 | GJK | Call with G. Koch, L. Nguyen (by AlixPartners) to discuss open items of the latest Settlement agreement and next steps | 1.40 |
| 03/09/21 | GJK | Prepare for Purdue Advisors call (prepare summary notes). | 0.30 |
| 03/09/21 | GJK | Outline proposed coverage ratio for paying parties in Settlement mechanics. | 0.80 |
| 03/09/21 | GJK | Call with J. DelConte, G. Koch (both AlixPartners) to debrief on trust diligence call with Financial Advisors. | 0.30 |
| 03/09/21 | GJK | Prepare for call with Financial Advisors to discuss trust diligence. | 0.50 |
| 03/09/21 | GJK | Research unclear items from Settlement Agreement modeling. | 1.90 |
| 03/09/21 | GJK | Draft emails to Huron for trust diligence and agenda for Deutsche Bank and Mundipharma calls. | 0.70 |
| 03/09/21 | GJK | Walkthrough feedback from DPW on questions raised on Settlement Agreement v22. | 1.20 |
| 03/09/21 | GJK | Research options for reducing outer year payment risk from Side A. | 1.40 |
| 03/09/21 | GJK | Draft email to DPW, AlixPartners and PJT for feedback on risk mitigation options for Settlement payments in outer years. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/10/21 | GJK | Review recitals and definitions of Settlement Agreement v 33. | 1.60 |
| 03/10/21 | GJK | Walkthrough of payment mechanics in Settlement Agreement v33. | 1.70 |
| 03/10/21 | GJK | Review remainder of Settlement Agreement v33 and compare with Redline version. | 1.60 |
| 03/10/21 | GJK | Walkthrough B-Side Net spreadsheet developed by L. Nguyen (AlixPartners), compare to March 1 Raymond Side net asset report. | 1.20 |
| 03/10/21 | GJK | Compare net payment mechanics in Settlement Agreement v33 to v22. | 1.20 |
| 03/10/21 | GJK | Compare collar payment mechanics in Settlement Agreement v33 to v22. | 1.30 |
| 03/10/21 | GJK | Call with G. Koch, L. Nguyen (AlixPartners) to discuss B-side net asset value report | 1.30 |
| 03/10/21 | LJD | Review disclosures and comment | 0.30 |
| 03/10/21 | LJD | Preread deck in advance of board meeting on Thursday | 0.80 |
| 03/10/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners) to discuss B-side net asset value report | 1.30 |
| 03/10/21 | JD | Review and comment on draft Board materials in advance of tomorrow's Board meeting. | 0.50 |
| 03/10/21 | JD | Call with J. Turner, J. Arsic, T. Melvin (PJT), G. Coutts, H. Schenk, A. Benjamin (all Houlihan), M. Diaz, B. Bromberg (both FTI) re: plan term sheet. | 0.70 |
| 03/10/21 | JD | Call with M. Diaz and B. Bromberg (both FTI) re: plan term sheet financial assumptions. | 0.30 |
| 03/10/21 | JD | Call with J. Turner (PJT) re: plan term sheet discussions with the AHC. | 0.50 |
| 03/10/21 | JD | Call with T. Melvin (PJT) re: go forward business plan cash flow forecasts. | 0.50 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 03/10/21 | JD | Review additional draft diligence materials for third party financing diligence room. | 0.50 |
| 03/10/21 | JD | Review latest weekly sales report data in comparison to plan prior to sharing with creditor advisors. | 0.40 |
| 03/10/21 | JD | Review updated financial statement model excel file from Purdue management. | 1.00 |
| 03/10/21 | JD | Research interested third party for a specific asset. | 0.30 |
| 03/10/21 | JD | Provide comments on backup detail pages from PJT for the latest AHC counterproposal and compare against previous versions shared with the AHC. | 1.00 |
| 03/11/21 | JD | Call with A. DePalma and J. DelConte (AlixPartners), J. Lowne (Purdue), re: product diligence materials for upload to VDR. | 0.40 |
| 03/11/21 | JD | Attend Purdue Special Committee meeting with SC Members, C. Landau, Brianne Weingarten, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.20 |
| 03/11/21 | JD | Review draft tax analysis from KPMG on IAC sale scenarios. | 0.50 |
| 03/11/21 | JD | Review updated product specific diligence deck. | 0.30 |
| 03/11/21 | JD | Review monthly PHI budget report. | 0.20 |
| 03/11/21 | JD | Review issues list and plan term sheet mark-up from the AHC in advance of the call tonight. | 1.30 |
| 03/11/21 | JD | Review updated analysis put together by the Purdue R&D team on value inflection of various products. | 0.50 |
| 03/11/21 | JD | Review analysis of indemnification legal spend from C. MacDonald (Purdue). | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/11/21 | JD | Attend Purdue Board meeting with Board Members, C. Landau, B. Weingarten, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.80 |
| 03/11/21 | HSB | Attend Purdue Board meeting with Board Members, C. Landau, B. Weingarten, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.80 |
| 03/11/21 | HSB | Attend Purdue Special Committee meeting with SC Members, C. Landau, Brianne Weingarten, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.20 |
| 03/11/21 | ADD | Call with A. DePalma and J. DelConte (AlixPartners), J. Lowne (Purdue), re: product diligence materials for upload to VDR. | 0.40 |
| 03/11/21 | LTN | Call among G. Koch, L. Nguyen, (both AlixPartners), T. Martin (HCG), M. Diaz (FTI), M. Atkinson (Province), G. Coutts (HL) and other advisors to follow up on Trust diligence requests. | 0.70 |
| 03/11/21 | LTN | Call among G. Koch, L. Nguyen, (both AlixPartners), M. Princen, L. McCracken, A. Breadbout (all Mundipharma), M. Diaz (FTI), M. Atkinson (Province ) and other advisors from Huron, PJT to follow up on Mundipharma updated performance | 0.50 |
| 03/11/21 | LJD | Attend Purdue Board meeting with Board Members, C. | 1.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Landau, B. Weingarten, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | |
| 03/11/21 | LJD | Attend Purdue Special Committee meeting with SC Members, C. Landau, Brianne Weingarten, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.20 |
| 03/11/21 | GJK | Call with G. Koch, L. Nguyen (AlixPartners) re: IACs latest performance | 0.70 |
| 03/11/21 | GJK | Review potential Side B credit risk based on balance sheets. | 0.60 |
| 03/11/21 | GJK | Review KPMG transfer pricing memos. | 0.80 |
| 03/11/21 | GJK | Prepare notes and follow up items re: call with Huron. | 0.30 |
| 03/11/21 | GJK | Prepare for call with Huron and Financial Advisors to Debtor, UCC and AHC to discuss trust diligence. | 0.50 |
| 03/11/21 | GJK | Review and edit notes from call with Huron for Debtor advisors, read through Mundipharma notes. | 0.80 |
| 03/11/21 | GJK | Prepare for update call with Mundipharma executives. | 0.30 |
| 03/11/21 | GJK | Brainstorm on potential settlement dynamics to support funds payback to Family in event of releases being cancelled. | 1.00 |
| 03/11/21 | GJK | Call among G. Koch, L. Nguyen, (both AlixPartners), T. Martin (HCG), M. Diaz (FTI), M. Atkinson (Province), G. Coutts (HL) and other advisors to follow up on Trust diligence requests. | 0.70 |
| 03/11/21 | GJK | Call among G. Koch, L. Nguyen, (both AlixPartners), M. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|      |           | Princen, L. McCracken, A. Breadbout (all Mundipharma), M. Diaz (FTI), M. Atkinson (Province ) and other advisors from Huron, PJT to follow up on Mundipharma updated performance | |
| 03/11/21 | GJK | Call with Huron and financial advisors from Debtor, UCC and AHC re: Trust diligence. | 0.60 |
| 03/12/21 | GJK | Review B Side balance sheet line items tied to Oct 2019 balance sheet. | 1.90 |
| 03/12/21 | LJD | Review revised comparison of term sheets and comment | 0.80 |
| 03/12/21 | LJD | Review disclosure statement and comment | 2.10 |
| 03/12/21 | JD | Provide comments on updated R&D pipeline analysis. | 0.30 |
| 03/12/21 | JD | Call with J. Turner (PJT) and third party re: potential financing. | 0.40 |
| 03/12/21 | JD | Call with J. Turner, T. Melvin, J. Arsic (all PJT), J. Lowne, L. Scheinbach, E. Ruiz, T. Au (all Purdue) re: pipeline analysis. | 0.50 |
| 03/12/21 | JD | Review R&D and pipeline asset materials prior to call. | 0.50 |
| 03/12/21 | JD | Review PHI monthly reporting package. | 0.20 |
| 03/12/21 | JD | Review monthly flash report to provide to creditors. | 0.40 |
| 03/13/21 | JD | Call with J. Lowne (Purdue) re: AHC follow up diligence questions. | 0.20 |
| 03/13/21 | JD | Review backup materials re: pipeline value analysis. | 0.30 |
| 03/14/21 | JD | Attend Purdue Special Committee meeting with SC Members, C. Landau, Brianne Weingarten, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.90 |
| 03/14/21 | JD | Attend Purdue Full Board meeting with Board Members, | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | |
| 03/14/21 | LJD | Attend Purdue Special Committee meeting with SC Members, C. Landau, Brianne Weingarten, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.90 |
| 03/14/21 | LJD | Attend Purdue Full Board meeting with Board Members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.20 |
| 03/14/21 | HSB | Attend Purdue Special Committee meeting with SC Members, C. Landau, Brianne Weingarten, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.90 |
| 03/14/21 | HSB | Attend Purdue Full Board meeting with Board Members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.20 |
| 03/15/21 | GJK | Update collar payment mechanics language in Settlement Agreement v33 (continued). | 1.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Business Analysis & Operations |
|---|---|
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 03/15/21 | GJK | Work on reverse building Hypothetical model and implications for language in Settlement Agreement. | 1.80 |
| 03/15/21 | GJK | Review Side B allocation spreadsheet for IACs. | 1.10 |
| 03/15/21 | GJK | Review open items list for trust diligence and priorities. | 0.80 |
| 03/15/21 | JD | Review latest public health initiative spending report to provide to the creditor advisors. | 0.20 |
| 03/15/21 | JD | Correspondence with AlixPartners team re: initial press release facts. | 0.30 |
| 03/15/21 | JD | Review and comment on draft press release. | 0.30 |
| 03/16/21 | JD | Review latest public health initiative valuation from management. | 0.40 |
| 03/16/21 | JD | Review latest materials and analysis related to open shareholder diligence questions. | 0.60 |
| 03/16/21 | JD | Review analysis of indemnification legal spend from C. MacDonald (Purdue). | 0.50 |
| 03/16/21 | JD | Review and provide comments on accounts receivable analysis to post for potential third party financing sources. | 0.30 |
| 03/16/21 | JD | Review and provide comments on Adhansia overview presentation prepared in response to open third party diligence requests. | 0.40 |
| 03/16/21 | JD | Correspondence with PJT and potential third party re: financing sources. | 0.20 |
| 03/16/21 | JD | Review third party financing data room materials and confidential materials and related correspondence with PJT and Davis Polk | 0.50 |
| 03/16/21 | JD | Analyze shareholder settlement agreement given outstanding press coverage. | 0.60 |
| 03/16/21 | JD | Review press coverage related to the plan and disclosure statement filing. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/16/21 | GJK | Review collateral and covenant language in Settlement Agreement: potential updates to coverage. | 1.40 |
| 03/16/21 | GJK | Tie out detailed Side B Asset Updated Analysis to March 1 presentation. | 1.40 |
| 03/16/21 | GJK | Walkthrough detailed Side B analysis update document. | 1.60 |
| 03/16/21 | GJK | Review proposed Side A trusts and open diligence items. | 1.60 |
| 03/16/21 | LJD | Call with J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), E. Vonnegut, C. Robertson (both DPW), J. Turner, T. Melvin, J. Arsic, L. Schwarzmann (all PJT) re: post-filing catch up and planning call. | 0.50 |
| 03/16/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) re: Trust diligence next step | 0.20 |
| 03/16/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) re: Trust diligence next step | 0.20 |
| 03/17/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss Family NAV analysis. | 0.30 |
| 03/17/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss trust diligence emails and documents. | 0.40 |
| 03/17/21 | JD | Call with third party financing source, J. Turner, T. Melvin, J. Arsic (all PJT), J. DelConte, A. DePalma (both AlixPartners) re: open diligence questions. | 0.50 |
| 03/17/21 | JD | Call with J. Turner (PJT) and M. Huebner (DPW) re: press coverage. | 0.20 |
| 03/17/21 | JD | Call with J. Turner, J. Arsic (both PJT) and third party financing source re: potential financing. | 0.40 |
| 03/17/21 | JD | Review items up in the VDR and correspondence with Davis Polk and PJT re: third party NDA questions. | 0.50 |
| 03/17/21 | JD | Review and provide comments on shareholder wealth analysis per request from Davis Polk. | 0.80 |
| 03/17/21 | JD | Correspondence with Davis Polk, PJT and various third | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | party financing sources. | |
| 03/17/21 | ADD | Call with third party financing source, J. Turner, T. Melvin, J. Arsic (all PJT), J. DelConte, A. DePalma (both AlixPartners) re: open diligence questions. | 0.50 |
| 03/17/21 | LJD | Review quarterly fee application and comment | 0.90 |
| 03/17/21 | GJK | Rework IRR analysis on Family net asset values. | 1.40 |
| 03/17/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss Family NAV analysis. | 0.30 |
| 03/17/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss trust diligence emails and documents. | 0.40 |
| 03/17/21 | GJK | Sketch out IRR analysis on Family wealth based on question from M. Huebner (DPW). | 0.50 |
| 03/17/21 | GJK | Follow up emails to J. Weiner (DPW) re: collar in Settlement Agreement. | 0.60 |
| 03/17/21 | GJK | Review detailed line items in support for Side B Asset Analysis update for proposed paying party liquid investments. | 1.80 |
| 03/17/21 | GJK | Review detailed line items in support for Side B Asset Analysis update for proposed paying party illiquid investments. | 1.90 |
| 03/18/21 | GJK | Review IRR analysis on capital gains taxes Family net assets. | 0.30 |
| 03/18/21 | GJK | Review payment agreement language post DPW call for key problem areas. | 1.50 |
| 03/18/21 | GJK | Prepare for follow up call with Huron re: trust diligence requests. | 0.50 |
| 03/18/21 | GJK | Review financial statement support for March 1 Side B presentation. | 1.80 |
| 03/18/21 | GJK | Test out financial statement support files for Side B. | 1.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/18/21 | GJK | Emails with E Hwang and J. Weiner (both DPW) and L. Nguyen (AlixPartners) re: obligor/collateral proposal. | 0.70 |
| 03/18/21 | GJK | Call with T. Martin (Huron), M. Atkinson (Province) and B Bromberg (FTI) re: delays in trust diligence requests being fulfilled. | 0.90 |
| 03/18/21 | GJK | Discussion with G. Koch, L. Nguyen (both AlixPartners) to discuss shareholder rate return analysis | 1.50 |
| 03/18/21 | JD | Call with J. Turner (PJT) and potential third party financing source. | 0.30 |
| 03/18/21 | JD | Call with J. Turner (PJT) re: open financial exhibit questions. | 0.30 |
| 03/18/21 | JD | Email G. Koch, L. Nguyen (both AlixPartners) re: shareholder wealth analysis. | 0.20 |
| 03/18/21 | JD | Review, edit and provide comments on the latest version of the shareholder wealth analysis. | 0.60 |
| 03/18/21 | JD | Review latest details re: year end professional fee accruals and correspondence with management re: year end audit. | 0.50 |
| 03/18/21 | JD | Correspondence with H. Bhattal and L. Nguyen (both AlixPartners) re: financial projections exhibit. | 0.40 |
| 03/18/21 | JD | Analyze financial projections exhibit to operating parameters details shared with the AHC. | 1.00 |
| 03/18/21 | JD | Review and comment on updated Family wealth analysis. | 0.30 |
| 03/18/21 | LTN | Discussion with G. Koch, L. Nguyen (both AlixPartners) to discuss shareholder rate return analysis | 1.50 |
| 03/19/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss Mundipharma progress | 0.10 |
| 03/19/21 | JD | Call with J. Lowne, R. Aleali, E. Nowakowski (all Purdue), C. Robertson (DPW), J. DelConte, S. Lemack (both AlixPartners) re: LSTC balance accounting. | 0.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/19/21 | JD | Call with Deutsche Bank, AHC advisors, UCC advisors, J. Arsic (PJT), J. DelConte, G. Koch, L. Nguyen (all AlixPartners) re: Mundipharma sale process. | 0.50 |
| 03/19/21 | JD | Review and comment on business development deal termination options. | 0.30 |
| 03/19/21 | JD | Review correspondence and diligence materials re: Side A and Side B shareholder wealth diligence materials. | 0.50 |
| 03/19/21 | JD | Review hypothetical gross proceeds collar analysis from the shareholders. | 0.40 |
| 03/19/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss Mundipharma progress | 0.10 |
| 03/19/21 | GJK | Call with Deutsche Bank, AHC advisors, UCC advisors, J. Arsic (PJT), J. DelConte, G. Koch, L. Nguyen (all AlixPartners) re: Mundipharma sale process. | 0.50 |
| 03/19/21 | GJK | Review of net assets for testing for Side B, in conjunction with UCC and AHC. | 1.80 |
| 03/19/21 | GJK | Email exchanges with M. Atkinson (Province) and B. Bromberg (FTI) re: asset testing and model alignment to Settlement Agreement. | 0.70 |
| 03/19/21 | GJK | Prepare for Deutsche Bank call on Mundipharma transaction status. | 0.50 |
| 03/19/21 | GJK | Note possible IAC transaction follow up questions. | 0.30 |
| 03/19/21 | GJK | Review net assets test process and assets selected by Province and FTI, determine if any additional to include. | 1.60 |
| 03/20/21 | GJK | Call with J. Weiner and A. Libby (both DPW) to discuss call to walkthrough Settlement Agreement language with Milbank and update on process. | 0.50 |
| 03/20/21 | GJK | Follow up and communications re: Settlement Agreement payment mechanics, including call with A. Libby (DPW). | 0.60 |
| 03/21/21 | GJK | Review of non-payment mechanics language in | 1.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Settlement Agreement. | |
| 03/21/21 | GJK | Brainstorm structures for understanding language limitations in Settlement Agreement. | 2.00 |
| 03/22/21 | GJK | Call with A. Libby and J. Weiner (both DPW) to discuss call with Milbank re: Settlement Agreement. | 0.50 |
| 03/22/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss Milbank call and Settlement Agreement. | 0.40 |
| 03/22/21 | GJK | Draft email to Province and FTI re: call with Milbank. | 0.40 |
| 03/22/21 | GJK | Lay out approach for Settlement Agreement build guide. | 1.90 |
| 03/22/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss approach to framing out Settlement Agreement guide. | 1.60 |
| 03/22/21 | GJK | Draft settlement amount and initial settlement amount language in walkthrough. | 1.70 |
| 03/22/21 | GJK | Review methodology for timing of Side A and Side B payments in Settlement Agreement. | 1.60 |
| 03/22/21 | GJK | Parse out Settlement Agreement language for building mechanics into steps. | 1.90 |
| 03/22/21 | JD | Review draft valuation analysis from PJT. | 1.30 |
| 03/22/21 | JD | Review materials collected by A. DePalma (AlixPartners) re: open DOJ request for operational documents. | 0.70 |
| 03/22/21 | JD | Review updated analysis to be used in the liquidation analysis. | 0.40 |
| 03/22/21 | JD | Review research and development proposal materials from management. Correspondence with PJT re: same. | 0.80 |
| 03/22/21 | JD | Review and sign-off on final KEIP/KERP second payment installments. | 1.50 |
| 03/22/21 | JD | Call with J. Lowne (Purdue) re: plan negotiations. | 0.30 |
| 03/22/21 | JD | Call with J. Turner, J. Arsic (both PJT), J. DelConte, A. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | DePalma (both AlixPartners) and third party re: potential financing. | |
| 03/22/21 | ADD | Call with J. Turner, J. Arsic (both PJT), J. DelConte, A. DePalma (both AlixPartners) and third party re: potential financing. | 0.50 |
| 03/22/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss Milbank call and Settlement Agreement. | 0.40 |
| 03/22/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss approach to framing out Settlement Agreement guide. | 1.60 |
| 03/23/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to walkthrough first steps of Settlement Agreement build steps. | 1.00 |
| 03/23/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to review updates to Settlement Agreement build guide. | 0.30 |
| 03/23/21 | JD | Review Q4 pension report from Fidelity. | 0.40 |
| 03/23/21 | JD | Review and comment on final shareholder wealth analysis. | 0.50 |
| 03/23/21 | JD | Correspondence with PJT and third parties re: financing process. | 0.30 |
| 03/23/21 | JD | Compare the financial projections exhibit to the PJT operating parameters presentation and bridge variances. | 0.60 |
| 03/23/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to walkthrough first steps of Settlement Agreement build steps. | 1.00 |
| 03/23/21 | GJK | Call with G. Koch, L. Nguyen (AlixPartners), T. Melvin, J. Arsic (PJT) re: shareholder asset growth | 0.40 |
| 03/23/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to review updates to Settlement Agreement build guide. | 0.30 |
| 03/23/21 | GJK | Call with L. Donahue, J. DelConte, H. Bhattal, G. Koch (all | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | AlixPartners), M. Huebner, C. Robertson, D. Klein (all DPW), J. Turner, T. Melvin, R. Schnitzler, J. Arsic (all PJT) re: weekly advisors meeting to catch up and plan for the week. |  |
| 03/23/21 | GJK | Revise Settlement Agreement walkthrough guide payment schedule. | 1.60 |
| 03/23/21 | GJK | Revise Settlement Agreement guide language for collar computation. | 1.90 |
| 03/23/21 | GJK | Review updated to Settlement Agreement guide by L. Nguyen (AlixPartners). | 1.00 |
| 03/23/21 | GJK | Review Side B liquidity summary. | 0.40 |
| 03/23/21 | LJD | Call with L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), M. Huebner, C. Robertson, D. Klein (all DPW), J. Turner, T. Melvin, R. Schnitzler, J. Arsic (all PJT) re: weekly advisors meeting to catch up and plan for the week. | 0.90 |
| 03/24/21 | GJK | Review revised Settlement Agreement and redline (v51). | 2.00 |
| 03/24/21 | GJK | Walkthrough outer year payment language in Settlement Agreement mechanics. | 2.10 |
| 03/24/21 | GJK | Edit Hypothetical model for "breaks" in computations. | 1.60 |
| 03/24/21 | GJK | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss latest open items and updates to the change of control/transfer workplan process re: labeling. | 0.50 |
| 03/24/21 | GJK | Revise iterations of Settlement Agreement build up based on Defined Terms. | 1.80 |
| 03/24/21 | JD | Review the full PJT valuation deck. | 1.40 |
| 03/25/21 | GJK | Prepare for call with Family, Debtor, UCC and AHC advisors to review Settlement Agreement language challenges. | 1.80 |
| 03/25/21 | GJK | Review Settlement Agreement payment grouping based | 1.70 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | on discussion with J. Weiner (DPW). | |
| 03/25/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), B. Olson (Kokino), B. Kennedy (Milbank), J. Weiner, (DPW), M. Atkinson (Province), M. Diaz (FTI) and various other advisors re: updates to the hypothetical model | 1.20 |
| 03/25/21 | GJK | Call with J. Weiner (DPW) to discuss Article 2 of draft of Settlement Agreement. | 1.00 |
| 03/25/21 | GJK | Review tax model from KPMG. | 0.40 |
| 03/25/21 | GJK | Review alternative scenarios based on revised Family office model of Settlement Agreement. | 0.50 |
| 03/25/21 | GJK | Review of Family Side A group 3 proposal. | 1.20 |
| 03/25/21 | LJD | Prepare for advisor and management planning call. | 0.20 |
| 03/25/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), B. Olson (Kokino), B. Kennedy (Milbank), J. Weiner, (DPW), M. Atkinson (Province), M. Diaz (FTI) and various other advisors re: updates to the hypothetical model | 1.20 |
| 03/25/21 | JD | Call with J. Lowne, E. Ruiz, L. Scheinbach (all Purdue), J. Turner, R. Schnitzler, T. Melvin, J. Arsic (all PJT) re: business development deal discussions. | 0.50 |
| 03/25/21 | JD | Review latest emergence date cash flow analysis and the forecast for the MDT and wind down reserve. Correspondence with Davis Polk re: same. | 0.70 |
| 03/25/21 | JD | Review the latest IAC tax analysis from KPMG. | 0.50 |
| 03/25/21 | JD | Review responses from management to various open diligence questions. | 0.20 |
| 03/25/21 | JD | Review AHC DOJ proposal documents. | 0.20 |
| 03/26/21 | JD | Call with G. Koch, J. DelConte (both AlixPartners), R. Aleali, J. Lowne, D. McGuire (all Purdue), M. Huebner, A. Libby (both DPW) re: Mundipharma supply agreement. | 0.60 |
| 03/26/21 | JD | Correspondence with Davis Polk and third party financing | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | sources. | |
| 03/26/21 | JD | Review the latest term sheet summary from PJT after incorporating comments from management. | 0.50 |
| 03/26/21 | JD | Review various third party financing proposals. | 0.70 |
| 03/26/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss KPMG tax and related matters. | 0.60 |
| 03/26/21 | LJD | Review liquidation analysis and comment | 1.50 |
| 03/26/21 | GJK | Call with G. Koch, J. DelConte (both AlixPartners), R. Aleali, J. Lowne, D. McGuire (all Purdue), M. Huebner, A. Libby (both DPW) re: Mundipharma supply agreement. | 0.60 |
| 03/26/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss KPMG tax and related matters. | 0.60 |
| 03/26/21 | GJK | Review Collateral Team Sheet for Side B. | 1.90 |
| 03/26/21 | GJK | Review Family Group 4 proposal. | 1.60 |
| 03/26/21 | GJK | Assess gross transaction value range noted for Mundipharma in Family Group 4 proposal. | 1.90 |
| 03/26/21 | GJK | Review collateral related language in Settlement Agreement and received Family proposals. | 1.60 |
| 03/27/21 | GJK | Prepare for call with Family, Debtor, UCC And AHC advisors to discuss Family proposals. | 0.50 |
| 03/27/21 | GJK | Review revised Article 2 from Davis Polk. | 2.20 |
| 03/28/21 | GJK | Review proposed changes in Settlement Agreement language. | 2.00 |
| 03/28/21 | GJK | Contrast revised vs original Settlement Agreement language and identified issues. | 1.80 |
| 03/28/21 | GJK | Review of updated Family office model dynamics. | 0.80 |
| 03/29/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) re: updates to the Family assets due diligence. | 0.30 |
| 03/29/21 | GJK | Sketch out potential challenges in language reworking for | 1.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Settlement Agreement. | |
| 03/29/21 | GJK | Draft modeling of revised Settlement Agreement payment mechanics. | 2.20 |
| 03/29/21 | GJK | Draft modeling of revised Settlement Agreement collar mechanics. | 1.90 |
| 03/29/21 | LTN | Call with J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners), T. Melvin, L. Schwarzmann (both PJT) re: financial projections. | 0.80 |
| 03/29/21 | HSB | Call with J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners), T. Melvin, L. Schwarzmann (both PJT) re: financial projections. | 0.80 |
| 03/29/21 | JD | Review bridge between projections exhibit and company financials and correspondence with management re: same. | 0.40 |
| 03/29/21 | JD | Review and provide comments on a draft liabilities subject to compromise memo from the Purdue accounting team. | 0.80 |
| 03/29/21 | JD | Call with J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners), T. Melvin, L. Schwarzmann (both PJT) re: financial projections. | 0.80 |
| 03/29/21 | JD | Review and provide comments on initial draft board slides for Wednesday. | 1.10 |
| 03/29/21 | JD | Review various additional third party financing proposals. | 0.60 |
| 03/29/21 | JD | Review updated liabilities subject to compromise memo from management. | 0.30 |
| 03/29/21 | JD | Review and revise latest emergence date cash flow analysis in advance of sharing with creditor advisors. | 0.60 |
| 03/29/21 | JD | Correspondence with PJT and Davis Polk re: upcoming Board materials. | 0.30 |
| 03/29/21 | JD | Review final updated cash flow forecast to post for all | 0.30 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Business Analysis & Operations
Client/Matter #          012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | advisors. | |
| 03/30/21 | ADD | Call with M. Feltz (Purdue), J. DelConte, H. Bhattal, A. DePalma (all AlixPartners) re: DOJ request for info | 0.70 |
| 03/30/21 | HSB | Attend Purdue Special Committee meeting with SC Members, C. Landau, Brianne Weingarten, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.60 |
| 03/30/21 | HSB | Call with M. Feltz (Purdue), J. DelConte, H. Bhattal, A. DePalma (all AlixPartners) re: DOJ request for info | 0.70 |
| 03/30/21 | LTN | Calls with G. Koch, L. Nguyen (both AlixPartners) to discuss trust diligence issues including tax and Side B diligence and updates to model. | 0.50 |
| 03/30/21 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to discuss takeaways from initial review of draft Settlement Agreement. | 0.50 |
| 03/30/21 | GJK | Calls with G. Koch, L. Nguyen (both AlixPartners) to discuss trust diligence issues including tax and Side B diligence and updates to model. | 0.50 |
| 03/30/21 | GJK | Call with L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners), J. O'Connell, T. Melvin, R. Schnitzler, L. Schwarzmann, J. Arsic (all PJT), M. Huebner, C. Robertson, D. Consla, D. Klein (all DPW) re: weekly professionals catch up and planning meeting. | 0.80 |
| 03/30/21 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: shareholder agreement. | 0.30 |
| 03/30/21 | GJK | Call with J. Weiner re: Settlement Agreement language revisions. | 0.40 |
| 03/30/21 | GJK | Follow up on Rafa JV transaction. | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/30/21 | GJK | Analyze Side B liquidity and support for collateral based on proposed agreement. | 1.70 |
| 03/30/21 | GJK | Review of potential model build up for Article 2 pay groups. | 1.70 |
| 03/30/21 | GJK | Analyze Family Group 4 assets in support of collateral. | 1.20 |
| 03/30/21 | LJD | Attend Purdue Special Committee meeting with SC Members, C. Landau, Brianne Weingarten, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.60 |
| 03/30/21 | LJD | Call with L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners), J. O'Connell, T. Melvin, R. Schnitzler, L. Schwarzmann, J. Arsic (all PJT), M. Huebner, C. Robertson, D. Consla, D. Klein (all DPW) re: weekly professionals catch up and planning meeting. | 0.80 |
| 03/30/21 | LJD | Review professionals presentation for board meeting on 3/31/21 | 1.20 |
| 03/30/21 | JD | Review latest draft liabilities subject to compromise work paper. | 0.30 |
| 03/30/21 | JD | Attend Purdue Special Committee meeting with SC Members, C. Landau, Brianne Weingarten, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.60 |
| 03/30/21 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: shareholder agreement. | 0.30 |
| 03/30/21 | JD | Call with R. Aleali (Purdue) re: board follow up. | 0.30 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/30/21 | JD | Call with C. Robertson (DPW) re: board call. | 0.20 |
| 03/30/21 | JD | Call with M. Feltz (Purdue), J. DelConte, H. Bhattal, A. DePalma (all AlixPartners) re: DOJ request for info | 0.70 |
| 03/30/21 | JD | Review and edit the draft Board slides for tomorrow. | 1.70 |
| 03/30/21 | JD | Review and provide comments on the updated draft Board slides. | 0.70 |
| 03/30/21 | JD | Review revised Board slides per DPW comments. | 0.40 |
| 03/30/21 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to discuss takeaways from initial review of draft Settlement Agreement. | 0.50 |
| 03/31/21 | JD | Call with J. Arsic (PJT) and third party re: potential financing. | 0.30 |
| 03/31/21 | JD | Call with M. Kesselman (Purdue) re: pre-board call planning. | 0.30 |
| 03/31/21 | JD | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal, S. Lemack (partial attendance) (all AlixPartners), S. Birnbaum (Dechert) | 4.70 |
| 03/31/21 | JD | Call with T. Melvin, J. Arsic (both PJT), J. DelConte, A. DePalma (both AlixPartners) and third party re: potential financing. | 0.40 |
| 03/31/21 | JD | Review various shareholder group credit support documents from Debevoise. | 0.50 |
| 03/31/21 | JD | Review latest PBGC estimates. | 0.30 |
| 03/31/21 | LJD | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all | 4.70 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal, S. Lemack (partial attendance) (all AlixPartners), S. Birnbaum (Dechert) | |
| 03/31/21 | GJK | Review open diligence items and priorities for finalizing Settlement Agreement. | 1.30 |
| 03/31/21 | GJK | Review potential updates to Settlement Agreement language based on N. Simon (AlixPartners) review. | 1.80 |
| 03/31/21 | GJK | Review Side A Family group 5 proposal. | 0.60 |
| 03/31/21 | GJK | Review Side A Family group 1 proposal. | 0.50 |
| 03/31/21 | GJK | Review Side A Family group 6 proposal. | 0.40 |
| 03/31/21 | GJK | Review Side A Family group 7 proposal. | 0.40 |
| 03/31/21 | GJK | Call among G. Koch, L. Nguyen (AlixPartners), J. Weiner, L. (DPW) re: updates to tax model | 0.70 |
| 03/31/21 | GJK | Draft email to J. DelConte and H. Bhattal (both AlixPartners) re: tax implications in Settlement. | 0.60 |
| 03/31/21 | LTN | Call among G. Koch, L. Nguyen (AlixPartners), J. Weiner, L. (DPW) re: updates to tax model | 0.70 |
| 03/31/21 | ADD | Call with T. Melvin, J. Arsic (both PJT), J. DelConte, A. DePalma (both AlixPartners) and third party re: potential financing. | 0.40 |
| 04/01/21 | ADD | Call with M. Geraci (Purdue) to discuss diligence requests. | 0.60 |
| 04/01/21 | GJK | Review for "situs" information in trust diligence received. | 1.40 |
| 04/02/21 | GJK | Prepare for tax call, including review of implications for Settlement Agreement. | 1.50 |
| 04/02/21 | GJK | Call with A Libbey (DPW) to discuss trust diligence. | 0.20 |
| 04/02/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to review IACs tax rate and A side credit support proposals | 0.60 |
| 04/02/21 | SKL | Finalize review of the latest board deck and flash report | 1.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | and circulate feedback accordingly. | |
| 04/02/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to review IACs tax rate and A side credit support proposals | 0.60 |
| 04/02/21 | HSB | Review Purdue's February 2021 board deck and related financial info prepared by J. Lowne (Purdue) | 1.20 |
| 04/05/21 | LTN | Call among G. Koch, L. Nguyen (both AlixPartners), M. Atkinson (Province), B. Bromberg (FTI) and various other advisors re: updates to trust diligence process | 0.50 |
| 04/05/21 | ADD | Compile materials requested by interested party and prepare for internal review and approval. | 2.60 |
| 04/05/21 | HSB | Call with J. DelConte, H. Bhattal (both AlixPartners), J. Turner, J. Arsic, T. Melvin (all PJT) and third party re: potential financing. | 0.90 |
| 04/05/21 | HSB | Review January 2021 flash report for Purdue prepared by L. Nguyen (AlixPartners) | 0.50 |
| 04/05/21 | JD | Prepare attrition statistics for internal HR analysis. | 0.30 |
| 04/05/21 | JD | Provide comments on the draft January monthly flash report. | 0.70 |
| 04/05/21 | JD | Call with J. DelConte, H. Bhattal (both AlixPartners), J. Turner, J. Arsic, T. Melvin (all PJT) and third party re: potential financing. | 0.90 |
| 04/05/21 | GJK | Call among G. Koch, L. Nguyen (both AlixPartners), M. Atkinson (Province), B. Bromberg (FTI) and various other advisors re: updates to trust diligence process | 0.50 |
| 04/05/21 | GJK | Review draft A Side Family Group 8 proposal highlights. | 0.60 |
| 04/05/21 | GJK | Review email from M. Atkinson (Province) re: Huron diligence feedback. | 0.20 |
| 04/06/21 | LJD | Call with L. Donahue, G. Koch, J. DelConte, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, D. Consla (all DPW), J. O'Connell, J. Turner, T. Melvin, J. | 0.70 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Arsic (all PJT) re: weekly catch up and planning call. | |
| 04/06/21 | GJK | Call with L. Donahue, G. Koch, J. DelConte, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, D. Consla (all DPW), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT) re: weekly catch up and planning call. | 0.70 |
| 04/06/21 | HSB | Call with L. Donahue, G. Koch, J. DelConte, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, D. Consla (all DPW), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT) re: weekly catch up and planning call. | 0.70 |
| 04/06/21 | ADD | Update liabilities subject to compromise calculation for March month end. | 2.70 |
| 04/06/21 | JD | Analyze latest LSTC analysis in comparison to outstanding claims. | 0.40 |
| 04/06/21 | JD | Call with L. Donahue, G. Koch, J. DelConte, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, D. Consla (all DPW), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT) re: weekly catch up and planning call. | 0.70 |
| 04/06/21 | JD | Look into open materials per UCC diligence request. | 0.40 |
| 04/07/21 | JD | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.10 |
| 04/07/21 | JD | Attend Purdue Special Committee meeting with SC Members, C. Landau, B. Weingarten, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.50 |
| 04/07/21 | JD | Review bonus accrual accounting as of year-end 2020 per diligence requests from E&Y and internal Purdue | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Business Analysis & Operations
Client/Matter #          012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | accounting team. | |
| 04/07/21 | JD | Review February business performance presentation from management. | 1.30 |
| 04/07/21 | JD | Correspondence with FTI and Purdue management re: NewCo and tail insurance needs. | 0.50 |
| 04/07/21 | HSB | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.10 |
| 04/07/21 | HSB | Attend Purdue Special Committee meeting with SC Members, C. Landau, B. Weingarten, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.50 |
| 04/07/21 | LJD | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.10 |
| 04/07/21 | LJD | Attend Purdue Special Committee meeting with SC Members, C. Landau, B. Weingarten, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.50 |
| 04/08/21 | LJD | Call with L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, Z. Levine (all DPW), J. O'Connell, J. Turner, T. Melvin, J. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Arsic (all PJT), J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: weekly planning call. | |
| 04/08/21 | LJD | Review revised addendum to retain and affidavit and comment | 0.70 |
| 04/08/21 | GJK | Call with L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, Z. Levine (all DPW), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT), J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: weekly planning call. | 1.00 |
| 04/08/21 | GJK | Call with J DelConte, G. Koch (both AlixPartners) to discuss trust diligence process. | 0.20 |
| 04/08/21 | JD | Create matrix of accrual and expense for year-end audit purposes breaking down bonus expenses by cost center and by program. | 1.30 |
| 04/08/21 | JD | Break down bonus accrual and expense matrix by ST and LT balance sheet accounts. | 2.50 |
| 04/08/21 | JD | Call with L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, Z. Levine (all DPW), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT), J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: weekly planning call. | 1.00 |
| 04/08/21 | JD | Call with J DelConte, G. Koch (both AlixPartners) to discuss trust diligence process. | 0.20 |
| 04/08/21 | JD | Call with J. Turner (PJT) re: third party financing. | 0.20 |
| 04/08/21 | HSB | Call with L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, Z. Levine (all DPW), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT), J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: weekly planning call. | 1.00 |
| 04/09/21 | HSB | Review Feb board deck for Purdue prepared by J. Lowne (Purdue) | 1.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/09/21 | LTN | Call among G. Koch, L. Nguyen (both AlixPartners), M. Atkinson (Province), B. Bromberg (FTI) and various other advisors re: updates to trust diligence process | 0.50 |
| 04/09/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss next steps on trusts diligence | 0.60 |
| 04/09/21 | JD | Provide comments on draft change and control schematic from S. Lemack (AlixPartners). | 0.40 |
| 04/09/21 | JD | Provide comments on the February flash report for the creditors. | 0.50 |
| 04/09/21 | JD | Review big 3 payment history per third party financing diligence request. | 0.40 |
| 04/09/21 | JD | Review draft 2021 compensation overview. | 0.50 |
| 04/09/21 | JD | Review latest liabilities subject to compromise memo for E&Y from Purdue management and DPW. | 0.50 |
| 04/09/21 | JD | Review draft valuation exhibit. | 0.70 |
| 04/09/21 | JD | Provide comments on draft A/R aging table from SAP. | 0.30 |
| 04/09/21 | JD | Review latest KPMG Mundipharma tax analysis. | 0.40 |
| 04/09/21 | GJK | Develop notes on FA call for sharing with DPW and respond to related follow up emails. | 0.70 |
| 04/09/21 | GJK | Review Stipulation for reference to Huron methodology as referenced in Collateral B Term Sheet. | 0.80 |
| 04/09/21 | GJK | Call among G. Koch, L. Nguyen (both AlixPartners), M. Atkinson (Province), B. Bromberg (FTI) and various other advisors re: updates to trust diligence process | 0.50 |
| 04/09/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss next steps on trusts diligence | 0.60 |
| 04/09/21 | LJD | Update call with K. Buckfire (Board Member) | 0.40 |
| 04/12/21 | LJD | Update call with J. Dubel (Board Member) | 0.50 |
| 04/12/21 | GJK | Assess Credit Support exhibits from Jasmine Bell. | 1.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/12/21 | GJK | Review priority of open items in Sackler Family trust diligence. | 0.60 |
| 04/12/21 | JD | Review historical sources for NCSG and MSGE professional fees | 0.40 |
| 04/12/21 | JD | Provide comments on the latest draft emergence date cash analysis from PJT. | 0.30 |
| 04/12/21 | JD | Provide comments to management for discussions with the auditors on changes in bonus accrual accounting estimates as of year-end 2020 in comparison to year-end 2019. | 0.80 |
| 04/12/21 | JD | Review latest monthly Nalmafene court reporting for creditors. | 0.20 |
| 04/13/21 | SKL | Call with J. Lowne, E. Nowakowski (both Purdue), J. DelConte, S. Lemack (both AlixPartners), C. Robertson (DPW) re: liabilities subject to compromise accounting treatment. | 0.40 |
| 04/13/21 | GJK | Review tax model updates from KPMG re: IAC transaction potential taxes. | 1.60 |
| 04/13/21 | GJK | Follow up on tax meeting/call between KPMG and Norton Rose to discuss difference in tax analysis. | 0.60 |
| 04/13/21 | GJK | Review key points for Side B Collateral Agreement including incurrence test, basket and termination. | 1.20 |
| 04/13/21 | LJD | Participate in Special Committee Board meeting. | 0.80 |
| 04/13/21 | LJD | Post Board meeting follow-up call with L. Donahue and J. DelConte (both AlixPartners) re: go forward strategy. | 0.20 |
| 04/13/21 | JD | Participate in Special Committee Board meeting. | 0.80 |
| 04/13/21 | JD | Post Board meeting follow-up call with L. Donahue and J. DelConte (both AlixPartners) re: go forward strategy. | 0.20 |
| 04/13/21 | JD | Call with J. Lowne (Purdue) re: business development strategy. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/13/21 | JD | Call with J. Lowne, E. Nowakowski (both Purdue), J. DelConte, S. Lemack (both AlixPartners), C. Robertson (DPW) re: liabilities subject to compromise accounting treatment. | 0.40 |
| 04/13/21 | JD | Review analysis of employee claims and proposed changes to what is included in the LSTC calculations on the balance sheet. | 0.80 |
| 04/13/21 | JD | Provide comments on updated 2021 retention figures from Purdue HR. | 0.40 |
| 04/14/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss content for board presentation | 0.90 |
| 04/14/21 | GJK | Review draft email from M. Atkinson (Province) to send to Huron re: limitations in information provided by Huron. | 0.30 |
| 04/14/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss content for board presentation | 0.90 |
| 04/14/21 | GJK | Call with A. Libby (DPW) to discuss drafting presentation update on Settlement Agreement. | 0.20 |
| 04/14/21 | GJK | Review A Side Group 1 Test documents from Huron. | 0.30 |
| 04/14/21 | GJK | Review open items for Side B diligence and partial responses. | 0.50 |
| 04/14/21 | GJK | Follow up on points from Debevoise call including options for liens on assets. | 0.80 |
| 04/14/21 | GJK | Research on BVI entities following Debevoise call suggestions that BVI based entities' assets could be pledged as collateral. | 0.80 |
| 04/14/21 | JD | Correspondence with Purdue management re: board meeting agenda for Friday. | 0.30 |
| 04/14/21 | JD | Update professional fee forecast with latest professional fees filed with the court and compare against 2021 latest estimate. | 1.00 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/14/21 | JD | Review detailed cash flow forecast and professional fee forecast files. | 2.50 |
| 04/14/21 | JD | Call with C. Robertson (DPW) re: upcoming board call. | 0.20 |
| 04/15/21 | JD | Review latest draft liabilities subject to compromise memo from J. Lowne (Purdue) for year-end close. | 0.40 |
| 04/15/21 | JD | Review certain draft materials provided by Purdue management in response to open DOJ questions. | 0.50 |
| 04/15/21 | JD | Provide comments on the final employee reconciliation for the LSTC balance. | 0.30 |
| 04/15/21 | JD | Provide comments on the latest turn of the board slides after incorporating other comments from the team. | 0.50 |
| 04/15/21 | JD | Call with K. McCafferty and J. DelConte (both AlixPartners) re: cost analysis. | 0.60 |
| 04/15/21 | JD | Provide comments on the draft liquidation analysis slides to be presented to the Board tomorrow. | 1.00 |
| 04/15/21 | JD | Respond to questions from Purdue management on the draft Projections Exhibit. | 0.50 |
| 04/15/21 | SKL | Continue to finalize updates to the latest liquidation analysis board deck for tomorrow's BOD call. | 2.40 |
| 04/15/21 | GJK | Call with Norton Rose, KPMG and counsel for Sackler Family, Debtor, UCC And AHC re: applicable tax rates in IAC sales. | 1.50 |
| 04/15/21 | GJK | Brainstorm needs and potential options for payments from IAC gross sales and hold back account for taxes. | 0.50 |
| 04/15/21 | GJK | Follow up emails with DPW and UCC and AHC advisors re: KPMG and Norton Rose tax call. | 0.70 |
| 04/15/21 | GJK | Follow up on UCC and AHC advisor emails re: diligence items in Huron data room. | 0.40 |
| 04/15/21 | LJD | Review and comment on February fee statement | 0.40 |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 04/15/21 | LJD | Coordination call with J. Dubel (Board Member) | 0.30 |
| 04/15/21 | LJD | Review liquidation analysis for board call | 0.80 |
| 04/15/21 | HSB | Update draft of board presentation re: Shareholder Settlement | 1.10 |
| 04/15/21 | HSB | Review Purdue shareholder settlement agreement related materials and drafted an outline for potential board presentation | 1.40 |
| 04/16/21 | JD | Attend Purdue board meeting with board members C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), S. Birnbaum (Dechert) | 1.60 |
| 04/16/21 | JD | Prepare script for Board meeting presentation. | 1.00 |
| 04/16/21 | JD | Review February HRT update presentation to be shared with the creditors. | 0.40 |
| 04/16/21 | HSB | Update draft of PowerPoint document with Purdue board presentation | 0.70 |
| 04/16/21 | HSB | Attend Purdue board meeting with board members C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), S. Birnbaum (Dechert) | 1.60 |
| 04/16/21 | LJD | Attend Purdue board meeting with board members C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), S. Birnbaum (Dechert) | 1.60 |
| 04/16/21 | GJK | Follow up emails with UCC and AHC advisors re: Pod 8 | 0.40 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | asset testing. | |
| 04/16/21 | GJK | Call with KPMG, DPW, Akin Gump, Kramer Levine, Province, FTI to plan next steps from Debvoise/Norton Rose call. | 1.00 |
| 04/16/21 | GJK | Prepare for tax debrief call with KPMG, counsel and financial advisors. | 0.20 |
| 04/16/21 | GJK | Follow up notes from call with Huron and FAs re: Huron/Family Side B delays and refusals to respond to diligence requests. | 0.70 |
| 04/16/21 | SKL | Finalize remaining updates and review of the liquidation analysis board deck prior to the board call. | 1.80 |
| 04/16/21 | SKL | Attend Purdue board meeting with board members C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), S. Birnbaum (Dechert) | 1.60 |
| 04/17/21 | GJK | Draft email re: issues related to Side B Trust Diligence including stalling tactics by Huron. | 1.20 |
| 04/17/21 | GJK | Review email from M. Atkinson (Province) to DPW and FAs re: open Side B information requests. | 0.30 |
| 04/19/21 | GJK | Review Mundipharma diligence related to open risks for IAC transactions. | 1.00 |
| 04/19/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss various matters re: trust diligence | 0.90 |
| 04/19/21 | JD | Provide comments on draft PJT presentations to present to the Board tomorrow. | 0.90 |
| 04/19/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss various matters re: trust diligence | 0.90 |
| 04/19/21 | JD | Review this month's Nalmafene court reporting. | 0.20 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 04/20/21 | JD | Attend Purdue Special Committee board meeting with Special Committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, A. Libby, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.80 |
| 04/20/21 | JD | Call with R. Aleali (Purdue) re: board meeting follow-ups. | 0.50 |
| 04/20/21 | JD | Call with T. Melvin (PJT) and J. Lowne (Purdue) re: updated disclosure statement. | 0.20 |
| 04/20/21 | JD | Call with J. Lowne, E. Nowakowski, R. Aleali (all Purdue), C. Robertson (DPW), A. Caporale, S. Avinash (all E&Y) re: year-end audited financials. | 0.40 |
| 04/20/21 | JD | Update the latest Prime Clerk fee breakdown per request from the UCC. | 0.80 |
| 04/20/21 | JD | Correspondence with J. Lowne and E. Nowakowski (both Purdue) re: final liabilities subject to compromise amounts. | 0.30 |
| 04/20/21 | JD | Review cost files from third party diligence and correspondence with A. DePalma (AlixPartners) re: same. | 0.70 |
| 04/20/21 | JD | Provide comments on the latest draft financial projections. | 0.40 |
| 04/20/21 | JD | Review agreed upon terms with the fee examiner and update latest professional fee tracker. | 0.60 |
| 04/20/21 | JD | Review latest US Trustee quarterly fee calculations given updated fee guidance. | 0.70 |
| 04/20/21 | JD | Provide comments on latest emergence date cash analysis. | 0.40 |
| 04/20/21 | HSB | Attend Purdue Special Committee board meeting with Special Committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | A. Libby, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | |
| 04/20/21 | GJK | Prepare notes for weekly Purdue Advisors call. | 0.30 |
| 04/20/21 | GJK | Revisions to Special Committee slides in process. | 0.80 |
| 04/20/21 | GJK | Review IAC entity reconciliation from Huron. | 0.60 |
| 04/20/21 | GJK | Review K. Sackler asset composition. | 0.90 |
| 04/20/21 | LJD | Attend Purdue Special Committee board meeting with Special Committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, A. Libby, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.80 |
| 04/20/21 | LJD | Update call with J. Dubel (Board Member) | 0.40 |
| 04/21/21 | GJK | Review Group 1 Asset trust source docs. | 0.50 |
| 04/21/21 | GJK | Edit slides for Shareholder Agreement A vs B comparison. | 1.20 |
| 04/21/21 | GJK | Follow up on IAC entity information. | 0.20 |
| 04/21/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss updates to board presentation deck | 1.00 |
| 04/21/21 | JD | Review initial index of third party diligence cost files from A. DePalma (AlixPartners). | 0.40 |
| 04/21/21 | JD | Draft responses and send to Davis Polk and Purdue management on open post-emergence operational and business questions from potential D&O providers. | 0.80 |
| 04/21/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss updates to board presentation deck | 1.00 |
| 04/22/21 | JD | Participate in Purdue board meeting. | 1.90 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/22/21 | JD | Call with R. Aleali (Purdue) re: post-board call catch up. | 0.30 |
| 04/22/21 | JD | Call with J. Lowne (Purdue) re: D&O insurance presentation and PHI valuation. | 0.30 |
| 04/22/21 | JD | Call with J. Lowne, R. Aleali (both Purdue) and C. Robertson (DPW) re: upcoming D&O presentation. | 0.50 |
| 04/22/21 | JD | Correspondence with N. Simon (AlixPartners) re: SOFA insider payment details. | 0.40 |
| 04/22/21 | JD | Correspondence with Davis Polk and Purdue management re: compensation questions. | 0.40 |
| 04/22/21 | JD | Draft new response to question from the potential D&O providers. | 0.40 |
| 04/22/21 | JD | Provide comments on draft presentation for the meeting with the potential D&O insurers. | 1.20 |
| 04/22/21 | GJK | Draft email response to Province, FTI re: cash sweep from IACs. | 0.30 |
| 04/22/21 | GJK | Draft coverage table for Family Groups under various IAC net proceed scenarios. | 0.90 |
| 04/22/21 | GJK | Call with J. Weiner (DPW) to debrief re: B Side Collateral Term Sheet. | 0.20 |
| 04/22/21 | GJK | Read through of Side B Collateral Term Sheet based on feedback from call with Milbank and advisors. | 1.30 |
| 04/22/21 | GJK | Review various IAC/Mundipharma balance sheets for cash balances by entity. | 0.80 |
| 04/22/21 | GJK | Review cash forecast information for IACs for estimates of future cash balances. | 0.70 |
| 04/22/21 | GJK | Review Mundipharma value accelerator strategy for potential large uses of cash. | 0.70 |
| 04/22/21 | LJD | Participate in Purdue board meeting. | 1.90 |
| 04/22/21 | LJD | Review final draft of liquidation analysis prior to filing | 0.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/23/21 | LJD | Staffing issues update call with J. Dubel (Board Member) | 0.40 |
| 04/23/21 | GJK | Coordinate release of SPV asset information with FAs and counsel to limited parties. | 0.70 |
| 04/23/21 | JD | Call with J. Lowne, H. Benson, X. Lin (all Purdue), J. DelConte, A. DePalma (both AlixPartners) re: liabilities subject to compromise. | 0.40 |
| 04/23/21 | JD | Review updated liabilities subject to compromise employee details from Purdue HR. | 0.40 |
| 04/23/21 | JD | Review the latest A/P claim detail prior to our call to finalize the year-end LSTC amount. | 0.50 |
| 04/23/21 | JD | Review the updated proposed valuation exhibit from PJT. | 0.30 |
| 04/23/21 | JD | Correspondence with Davis Polk and Purdue re: sharing draft exhibits with stakeholders. | 0.30 |
| 04/23/21 | JD | Provide comments on cash buildup worksheet from PJT. | 0.30 |
| 04/23/21 | ADD | Call with J. Lowne, H. Benson, X. Lin (all Purdue), J. DelConte, A. DePalma (both AlixPartners) re: liabilities subject to compromise. | 0.40 |
| 04/23/21 | ADD | Update liabilities subject to compromise calculation spreadsheet for Purdue audit. | 2.90 |
| 04/24/21 | GJK | Review of outstanding Side B asset diligence requests. | 0.80 |
| 04/24/21 | GJK | Review of JDS account statements. | 0.40 |
| 04/24/21 | GJK | Review JDS 1987 Fund Account Statements and tie to Excel support. | 0.40 |
| 04/24/21 | GJK | Review 1987 Fund supporting documents. | 0.30 |
| 04/24/21 | GJK | Review Family B Potential Contribution Pool Summary. | 0.60 |
| 04/24/21 | GJK | Compare assets named in Collateral B proposal to Family B Update Analysis. | 0.80 |
| 04/24/21 | GJK | Review of RSS Account Statements and returns. | 0.90 |
| 04/25/21 | GJK | Review IAC cash balances and projections provided at | 0.90 |

# **AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | various times by Mundipharma re: ability for cash sweep. | |
| 04/26/21 | GJK | Call with G. Koch, L. Nguyen (AlixPartners) to discuss various matters on trust diligence | 1.10 |
| 04/26/21 | GJK | Review draft Collateral Term Sheet for Side B Family. | 0.70 |
| 04/26/21 | GJK | Draft email in response to emails from B. Bromberg (FTI) and M. Atkinson (Province) re: Side B collateral. | 0.50 |
| 04/26/21 | ADD | Compile and format materials submitted in response to diligence request in preparation for production. | 3.10 |
| 04/26/21 | JD | Review request and back-up details from Purdue HR re: bonus accounting. | 0.40 |
| 04/26/21 | JD | Review final materials on the final liabilities subject to compromise accounting. | 0.30 |
| 04/26/21 | JD | Call with J. Lowne (Purdue) re: liabilities subject to compromise balances. | 0.20 |
| 04/26/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners) to discuss various matters on trust diligence | 1.10 |
| 04/27/21 | JD | Begin preparing updated analysis of year-end bonus accruals given accelerations from the Noramco transaction. | 1.50 |
| 04/27/21 | JD | Participate in Purdue Special Committee board meeting. | 0.90 |
| 04/27/21 | JD | Call with M. Huebner, C. Robertson, E. Vonnegut, A. Libbey (all DPW), J. O'Connell, J. Turner, R. Schnitzler, T. Melvin, J. Arsic (all PJT), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: weekly professionals update and planning call. | 0.50 |
| 04/27/21 | JD | Finalize updated year-end bonus accounting accrual analysis for the Noramco transaction. | 1.80 |
| 04/27/21 | HSB | Call with M. Huebner, C. Robertson, E. Vonnegut, A. Libbey (all DPW), J. O'Connell, J. Turner, R. Schnitzler, T. Melvin, J. Arsic (all PJT), L. Donahue, J. DelConte, H. | 0.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Bhattal, G. Koch (all AlixPartners) re: weekly professionals update and planning call. | |
| 04/27/21 | GJK | Call with M. Huebner, C. Robertson, E. Vonnegut, A. Libbey (all DPW), J. O'Connell, J. Turner, R. Schnitzler, T. Melvin, J. Arsic (all PJT), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: weekly professionals update and planning call. | 0.50 |
| 04/27/21 | GJK | Compare Collateral B Term Sheet covenants to payment mechanics discussed with Milbank. | 0.90 |
| 04/27/21 | GJK | Call with J. Weiner (DPW) to discuss Side B Collateral Term Sheet Incurrence Tests. | 0.50 |
| 04/27/21 | GJK | Assess testing options for Side B Collateral. | 0.80 |
| 04/27/21 | GJK | Review most recent red-line of Side B Collateral Term Sheet. | 1.10 |
| 04/27/21 | GJK | Detail walk through of revised Collateral B Term Sheet. | 1.30 |
| 04/27/21 | GJK | Detail walk through of revised Collateral B Term Sheet (continued). | 1.20 |
| 04/27/21 | GJK | Review covenants spreadsheet developed by DPW. | 0.50 |
| 04/27/21 | GJK | Brainstorm potential language for clarifying testing covenants for Side B collateral. | 1.30 |
| 04/27/21 | LJD | Participate in Purdue Special Committee board meeting. | 0.90 |
| 04/27/21 | LJD | Call with M. Huebner, C. Robertson, E. Vonnegut, A. Libbey (all DPW), J. O'Connell, J. Turner, R. Schnitzler, T. Melvin, J. Arsic (all PJT), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: weekly professionals update and planning call. | 0.50 |
| 04/28/21 | LJD | Call with J. Dubel (Board Member) re: staffing issues | 0.40 |
| 04/28/21 | GJK | Review counterproposal for Family Side Pod 2 from Debevoise. | 0.80 |
| 04/28/21 | GJK | Review draft revisions to Side B Collateral Term Sheet. | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/28/21 | GJK | Review Project Ox teaser from Deutsche Bank. | 0.60 |
| 04/28/21 | GJK | Review Project Ox CIM - General Overview and Highlight pages. | 0.70 |
| 04/28/21 | GJK | Review Project Ox CIM - Business Overview pages. | 1.40 |
| 04/28/21 | GJK | Compare selected product projections in Project Ox CIM to Malta model projections. | 1.60 |
| 04/28/21 | GJK | Compare financial overview for Project Ox to Malta model. | 1.50 |
| 04/28/21 | JD | Review customer level data pulled to date in response to open diligence questions from Davis Polk. | 0.50 |
| 04/28/21 | JD | Provide comments on initial draft net sales break down to provide to creditor advisors. | 0.30 |
| 04/28/21 | JD | Review teaser and CIM from Deutsche Bank for potential Mundi sales. | 0.80 |
| 04/29/21 | ADD | Call with A. DePalma and J. DelConte (both AlixPartners) re: update on DOJ diligence and customer level sales information. | 0.40 |
| 04/29/21 | JD | Call with J. Lowne (Purdue) re: catch up on discussions with insurers. | 0.20 |
| 04/29/21 | JD | Call with A. DePalma and J. DelConte (both AlixPartners) re: update on DOJ diligence and customer level sales information. | 0.40 |
| 04/29/21 | JD | Correspondence with Purdue management, Davis Polk and AlixPartners PR team re: press outreach. | 0.70 |
| 04/29/21 | GJK | Edit L. Nguyen (AlixPartners) email to Province and FTI re: Family Office financial model case example. | 0.30 |
| 04/29/21 | GJK | Review potentially additional sources of liquidity and collateral for Sackler Family. | 0.90 |
| 04/30/21 | GJK | Review IAC diligence notes for management feedback on minimum levels of operating cash. | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/30/21 | JD | Review latest monthly flash report prepared for the Board. | 0.80 |
| 04/30/21 | JD | Call with J. Lowne (Purdue) re: cost reduction study. | 0.30 |
| 04/30/21 | JD | Update latest professional fee tracker and provide schedule of actual professional fees to date to PJT. | 0.50 |
| 04/30/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) to debrief on trust diligence | 0.20 |
| 04/30/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) to debrief on trust diligence | 0.20 |
| 05/01/21 | GJK | Review potential discussion points for Family Side A term sheets. | 0.70 |
| 05/01/21 | GJK | Review potential discussion points for Family Side B term sheets. | 0.80 |
| 05/01/21 | GJK | Draft email to Province and FTI regarding BVI asset information and Side B Gross Assets in SPVs. | 0.30 |
| 05/02/21 | GJK | Revise draft email to Huron regarding diligence items based on feedback from Province and FTI. | 0.30 |
| 05/02/21 | GJK | Respond to B. Bromberg (FTI) question regarding Richard Sackler pledge, including review of recent Settlement Agreement drafts. | 0.40 |
| 05/02/21 | GJK | Review credit support file for Side A Family Group 5 to tie to Group 5 proposal. | 1.10 |
| 05/02/21 | GJK | Follow up on email exchanges with Province and FTI. | 0.40 |
| 05/03/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss updates on various trust diligence matters | 0.80 |
| 05/03/21 | LJD | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners), S. Birnbaum (Dechert) | |
| 05/03/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), T. Martin, C. Tan, R. Loh (both Huron), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI) to follow up on trust diligence requests | 0.70 |
| 05/03/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners), A. Libby, J. Weiner (both DPW) to touch base on collateral and credit support | 0.60 |
| 05/03/21 | GJK | Review files from  C. Tan (Huron) regarding SPV asset location for Side A Family. | 1.30 |
| 05/03/21 | GJK | Develop diligence agenda for call with Huron, working with FAs from Province and FTI. | 0.80 |
| 05/03/21 | GJK | Review JDS will information for Side B diligence. | 0.50 |
| 05/03/21 | SKL | Finalize review of the latest M&A diligence list and circulate updated feedback and analysis accordingly. | 1.10 |
| 05/03/21 | JD | Call with J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) to discuss request from creditors (relating to Purdue financial info) | 1.60 |
| 05/03/21 | JD | Review Rhodes forecasted gross profit by product analysis from D. Fogel (Purdue). | 0.40 |
| 05/03/21 | JD | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M.  Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.00 |
| 05/03/21 | JD | Review diligence request from NCSG and prepare outline of analysis to be responsive. | 0.50 |
| 05/03/21 | SKL | Call with J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) to discuss request from creditors (relating to Purdue financial info) | 1.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/03/21 | HSB | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.00 |
| 05/03/21 | HSB | Call with J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) to discuss request from creditors (relating to Purdue financial info) | 1.60 |
| 05/03/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss updates on various trust diligence matters | 0.80 |
| 05/03/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), A. Libby, J. Weiner (both DPW) to touch base on collateral and credit support | 0.60 |
| 05/03/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners), T. Martin, C. Tan, R. Loh (both Huron), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI) to follow up on trust diligence requests | 0.70 |
| 05/04/21 | JD | Call with M. Kesselman (Purdue) re: materials for discussions with new board members. | 0.20 |
| 05/04/21 | JD | Review operating agreement summary materials prepared for negotiations with the AHC. | 0.90 |
| 05/04/21 | JD | Correspondence with Purdue accounting re: filed claims accounting. | 0.30 |
| 05/04/21 | JD | Provide comments on cost reduction presentation. | 1.00 |
| 05/04/21 | GJK | Review revised Side B Collateral Term Sheet from DPW. | 1.40 |
| 05/04/21 | GJK | Review incurrence test mechanics as described in revised Side B Collateral Term Sheet. | 0.70 |
| 05/04/21 | GJK | Review notes from Purdue Legal, DPW, AlixPartners call regarding AHC diligence request list. | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/04/21 | GJK | Review proposed language from DPW regarding IAC diligence and support from IAC diligence report. | 0.50 |
| 05/04/21 | GJK | Review RSS Trust unrealized gains summary from Huron. | 0.40 |
| 05/04/21 | GJK | Review IAC holding entities list from Huron. | 0.30 |
| 05/04/21 | GJK | Review JDS Trust unrealized gains summary from Huron | 0.50 |
| 05/04/21 | GJK | Review outstanding items for Settlement Agreement to tie out for settlement process. | 1.20 |
| 05/04/21 | GJK | Review SPV contribution provisions in Side B Collateral Term Sheet. | 0.80 |
| 05/05/21 | SKL | Finalize review of the Intralinks site related to the latest M&A diligence list an update the list tracker accordingly. | 0.90 |
| 05/05/21 | GJK | Draft email to B. Olson (Sackler Family Office) and B. Kennedy (Milbank) in coordination with J. Weiner (DPW) and input from M. Atkinson (Province) and B. Bromberg (FTI). | 0.80 |
| 05/05/21 | GJK | Research pledged entities as referenced in Settlement Agreement for Exhibit F. | 1.60 |
| 05/05/21 | GJK | Review declining collateral impact on incurrence test in Side B Collateral Term Sheet. | 0.60 |
| 05/05/21 | JD | Call with J. Lowne (Purdue) re: HR benefits. | 0.20 |
| 05/05/21 | JD | Correspondence with PJT re: preparing board materials for Purdue management. | 0.20 |
| 05/05/21 | JD | Provide comments on draft board presentation pulled together by PJT. | 0.60 |
| 05/05/21 | JD | Review initial draft analysis on forecasted cash flow sources from S. Lemack (AlixPartners) in response to open NCSG request. | 0.80 |
| 05/05/21 | JD | Review draft diligence tracker from S. Lemack (AlixPartners) in response to open AHC requests. Compare to materials provided to date. | 1.00 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/05/21 | JD | Update latest professional fee tracker and 2021 professional fee budget. | 0.70 |
| 05/05/21 | JD | Correspondence with PJT re: materials for potential board members. | 0.30 |
| 05/06/21 | JD | Call with C. Robertson (DPW) re: outstanding royalty payments. | 0.20 |
| 05/06/21 | JD | Call with J. Lowne (Purdue) re: outstanding royalty payments. | 0.30 |
| 05/06/21 | JD | Review final potential board member Prepare materials from PJT and correspondence with PJT and Purdue management re: same. | 0.70 |
| 05/06/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners) to discuss updates on trust diligence | 0.20 |
| 05/06/21 | HSB | Multiple calls with H. Bhattal, S. Lemack (both AlixPartners) to discuss updates made to the latest 2025 revenue projection analysis. | 0.30 |
| 05/06/21 | GJK | Review operating revenues and expenses for entities 5 and 6 provided by Huron. | 0.40 |
| 05/06/21 | GJK | Review Mundipharma executive summary findings per PJT request for materials developed for Special Committee. | 0.30 |
| 05/06/21 | GJK | Review Termination Event notes from Settlement Agreement and comments from counsel. | 0.80 |
| 05/06/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to discuss employee matters workplan for change of control process. | 0.50 |
| 05/06/21 | GJK | Outline next steps for change of control process workplans. | 0.60 |
| 05/06/21 | GJK | Review Side A Group 4 Credit Support information. | 0.60 |
| 05/06/21 | GJK | Review Side A Group 4 Credit Support detailed breakdown. | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/06/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss trust diligence process. | 0.20 |
| 05/06/21 | SKL | Multiple calls with H. Bhattal, S. Lemack (both AlixPartners) to discuss updates made to the latest 2025 revenue projection analysis. | 0.30 |
| 05/06/21 | SKL | Update the overall timeline and finalize the employee matters transfer workplan. | 1.70 |
| 05/06/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to discuss employee matters workplan for change of control process. | 0.50 |
| 05/06/21 | LJD | Update call with J. Lowne (Purdue) | 0.40 |
| 05/06/21 | LJD | Update call with J. Dubel (Board Member) | 0.50 |
| 05/06/21 | GJK | Research 2018 Mundipharma board reports for potential indications on minimum operating cash needs. | 1.30 |
| 05/07/21 | LJD | Review correspondence related to OpEd article in Boston Globe | 0.50 |
| 05/07/21 | GJK | Review DPW updates to Settlement Agreement payment mechanic language. | 1.40 |
| 05/07/21 | GJK | Review DPW updates to Settlement Agreement net proceeds language. | 0.80 |
| 05/07/21 | GJK | Call with M. Diaz (FTI) to discuss incurrence test mechanics in Side B Collateral Term Sheet. | 0.20 |
| 05/07/21 | GJK | Review incurrence test options based on different payment amounts from collateral accounts. | 1.30 |
| 05/07/21 | JD | Review various codefendant contracts and termination provisions in response to diligence requests from the AHC. | 1.30 |
| 05/07/21 | JD | Call with C. Robertson (DPW) re: HR benefit payments. | 0.20 |
| 05/07/21 | JD | Review breakdown of various settlement payments over the first two years from PJT analysis. | 0.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/07/21 | JD | Review and provide initial comments on draft shareholder settlement payments over the first two years based on the disclosure statement projections. | 0.60 |
| 05/07/21 | JD | Provide comments on the latest draft shareholder settlement analysis and bridge to PJT analysis. | 0.40 |
| 05/07/21 | JD | Send along final settlement payment analysis to Davis Polk. | 0.40 |
| 05/07/21 | JD | Correspondence with PJT and Purdue management re: operating governance disclosure expectations. | 0.30 |
| 05/08/21 | JD | Review and provide comments on the latest update to the cash flow breakdown and distribution analysis. | 0.50 |
| 05/09/21 | JD | Correspondence with PJT and Purdue management re: Prepare materials for potential new board members. | 0.40 |
| 05/09/21 | JD | Provide new comments on the latest cash distribution and cash flow breakdown analysis. | 0.30 |
| 05/09/21 | GJK | Review Mundipharma diligence board decks from 2018 for references on IACs. | 1.70 |
| 05/09/21 | GJK | Review Norton Rose tax example from 2019 to follow entity ownership structure. | 0.80 |
| 05/09/21 | GJK | Review Mundipharma China and Singapore related entities for how potential transaction structure would impact entities. | 1.30 |
| 05/09/21 | GJK | Assess cash build at Mundipharma Canadian entities. | 0.60 |
| 05/09/21 | GJK | Review Mortimer Side Net Asset Presentation for entity related information in support of Settlement Agreement exhibits. | 1.20 |
| 05/10/21 | GJK | Review Raymond Side Net Asset presentation - including two way entities - for IAC references. | 1.60 |
| 05/10/21 | GJK | Review draft of Settlement Agreement presentation from L. Nguyen (AlixPartners). | 0.70 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/10/21 | GJK | Review response from B. Olson (Sackler Family Office) concerning timing of Side A payments and reply to L. Nguyen (AlixPartners) to address. | 0.40 |
| 05/10/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss Collar language edits by DPW and presentation of Side A and Side B proposals. | 0.50 |
| 05/10/21 | LJD | Attend Purdue Board Special Committee meeting with special committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell (PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.60 |
| 05/10/21 | LJD | Staffing call with J. Dubel (Board Member) | 0.30 |
| 05/10/21 | LJD | Review March fee statement and comment | 0.50 |
| 05/10/21 | JD | Attend Purdue Board Special Committee meeting with special committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell (PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.60 |
| 05/10/21 | JD | Correspondence with J. Lowne (Purdue) and Davis Polk re: employee reimbursements. | 0.30 |
| 05/10/21 | JD | Update latest professional fee forecast with actuals and compare against latest budget. | 0.80 |
| 05/10/21 | JD | Review the latest version of the cash flow breakdown analysis prepared per the open diligence request. | 0.70 |
| 05/10/21 | JD | Correspondence with Davis Polk re: affiliated company royalty agreements. | 0.40 |
| 05/10/21 | JD | Review final term sheet summary from PJT for potential insurers meeting. | 0.40 |
| 05/10/21 | JD | Review latest HRT monthly update report. | 0.50 |

2101 Cedar Springs Road      T 214.647.7500
Suite 1100                    F 214.647.7501
Dallas, TX 75201              alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/10/21 | JD | Prepare for special committee board call. | 0.30 |
| 05/10/21 | HSB | Attend Purdue Board Special Committee meeting with special committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell (PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.60 |
| 05/10/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss Collar language edits by DPW and presentation of Side A and Side B proposals. | 0.50 |
| 05/11/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss the revised article 2- Settlement agreement | 0.30 |
| 05/11/21 | HSB | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.10 |
| 05/11/21 | JD | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.10 |
| 05/11/21 | JD | Correspondence with Davis Polk and internal AlixPartners re: Bloomberg article. | 0.30 |
| 05/11/21 | JD | Correspondence with H. Bhattal and S. Lemack (both AlixPartners) re: AHC diligence requests. | 0.50 |
| 05/11/21 | JD | Correspondence with Davis Polk and Purdue management re: affiliated company royalty agreements. | 0.70 |
| 05/11/21 | JD | Provide comments on the draft March professionals eyes | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|      |           | only flash report. | |
| 05/11/21 | JD | Review updated draft cash flow breakdown given comments from PJT. | 0.50 |
| 05/11/21 | JD | Review draft business plan analysis presentation. | 0.50 |
| 05/11/21 | LJD | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.10 |
| 05/11/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss the revised article 2- Settlement agreement | 0.30 |
| 05/11/21 | GJK | Walk through of proposed representations in Settlement Agreement from E. Hwang (DPW). | 1.30 |
| 05/11/21 | GJK | Walk through of Family B Collateral Term sheet blackline against Brown Rudnick and DPW drafts. | 2.20 |
| 05/12/21 | GJK | Prepare reconciliation of IAC list from various sources (including EY 2019 list) and input from Huron. | 1.20 |
| 05/12/21 | GJK | Prepare for call to discuss Side B Collateral Term sheet. | 0.80 |
| 05/12/21 | GJK | Review proposed Side B Incurrence Test scenarios at various basket levels. | 0.60 |
| 05/12/21 | GJK | Compare IAC entity list from FTI to internally developed list. | 0.60 |
| 05/12/21 | GJK | Review Side A Millennium Trust entity file and attempt to reconcile to credit support documents. | 0.80 |
| 05/12/21 | GJK | Review MDAS Investment Trust detail from CW Tan (Huron). | 0.30 |
| 05/12/21 | GJK | Review of informational presentations from Raymond Side and Mortimer Side for any references to pledged entities as noted in Exhibit for Settlement Agreement. | 2.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/12/21 | GJK | Call with E. Hwang (DPW) to discuss IAC and Pledged entity structure. | 0.20 |
| 05/12/21 | SKL | Call with J. Lowne, L. Scheinbach, E. Ruiz (all Purdue), J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: cash flow forecast breakdown. | 0.30 |
| 05/12/21 | SKL | Continue to review latest M&A diligence request and prepare updates accordingly. | 1.40 |
| 05/12/21 | JD | Call with J. Lowne, L. Scheinbach, E. Ruiz (all Purdue), J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: cash flow forecast breakdown. | 0.30 |
| 05/12/21 | JD | Review and produce Nalmafene monthly reporting. | 0.20 |
| 05/12/21 | JD | Correspondence with Davis Polk and Purdue management re: affiliated company royalty agreements. | 0.40 |
| 05/12/21 | JD | Review final cash flow breakdown file in advance of meeting with Purdue management. | 0.40 |
| 05/12/21 | JD | Review AHC IAC list per shareholder agreement workstream. | 0.20 |
| 05/12/21 | JD | Review latest business plan improvement workplan. | 0.50 |
| 05/12/21 | JD | Review updated cash flow breakdown analysis following discussion with Purdue management. | 0.40 |
| 05/12/21 | HSB | Call with J. Lowne, L. Scheinbach, E. Ruiz (all Purdue), J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: cash flow forecast breakdown. | 0.30 |
| 05/13/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to debrief on B Side Collateral Term Sheet and IAC structure calls. | 0.50 |
| 05/13/21 | JD | Call with J. Lowne (Purdue) re: business development | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | planning. | |
| 05/13/21 | JD | Call with J. Turner (PJT) re: Purdue business development planning. | 0.60 |
| 05/13/21 | JD | Develop business planning update outline and timeline. | 0.80 |
| 05/13/21 | JD | Correspondence with Davis Polk and PJT re: audited financials. | 0.20 |
| 05/13/21 | JD | Provide comments on initial draft business development board slides. | 0.70 |
| 05/13/21 | JD | Update latest professional fee forecast for latest actuals. | 0.30 |
| 05/13/21 | JD | Review business development presentation comments from PJT. | 0.20 |
| 05/13/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to debrief on B Side Collateral Term Sheet and IAC structure calls. | 0.50 |
| 05/13/21 | GJK | Review IAC reconciliations by L. Nguyen (AlixPartners) and B Bromberg (FTI). | 0.60 |
| 05/13/21 | GJK | Follow up correspondence with Province and FTI regarding IAC entity and pledged entity structures. | 0.70 |
| 05/13/21 | GJK | Walk through of individual IAC entity structure charts from Nov 2019 to review for pledged entity structure. | 1.60 |
| 05/13/21 | GJK | Prepare for Collateral B Term Sheet covenants call. | 0.40 |
| 05/13/21 | GJK | Review of March 20 2020 IAC Ownership Structure deck, provided by M. Atkinson (Province) originally provided to UCC by Milbank. | 1.40 |
| 05/13/21 | GJK | Compare IAC schematics from Nov 2019 to IAC schematics in March 2020 presentation. | 1.60 |
| 05/13/21 | GJK | Call with A. Libby, J. Weiner (both DPW) to debrief on IAC call and discuss next steps. | 0.20 |
| 05/14/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to | 0.90 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | discuss updates on IAC pledged entities and pledgors | |
| 05/14/21 | GJK | Prepare for call with Norton Rose for walkthrough of IAC ownership structure through pledged entities. | 0.60 |
| 05/14/21 | GJK | Review Side A trust structure documents provided by J. Ball (Debevoise). | 1.10 |
| 05/14/21 | GJK | Trace IAC entities through Side A and Side B proposed pledged entities list. | 1.60 |
| 05/14/21 | GJK | Draft email to Province and FTI regarding review of Side A entities. | 0.20 |
| 05/14/21 | GJK | Search non-pledged entities within Milbank schematic based on walkthrough provided by Norton Rose regarding which entities are pledged vs no!-pledged. | 2.10 |
| 05/14/21 | GJK | Review open items for Side A term sheet proposals. | 0.70 |
| 05/14/21 | SKL | Review latest M&A diligence request and pull high-priority contracts from Intralinks accordingly. | 1.80 |
| 05/14/21 | HSB | Review due diligence request and requested info from appropriate personnel at Purdue | 0.30 |
| 05/14/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss updates on IAC pledged entities and pledgors | 0.90 |
| 05/14/21 | JD | Correspondence with PJT re: discussion with Houlihan about business development planning. | 0.20 |
| 05/14/21 | JD | Provide comments on revised business development board slides. | 0.60 |
| 05/15/21 | GJK | Review notes to update the Settlement Agreement draft slides for Special Committee meeting. | 1.40 |
| 05/15/21 | GJK | Research and draft response to J. Weiner (DPW) regarding payment parties holdings non-IAC related assets on Family Side B. | 2.20 |
| 05/15/21 | GJK | Update IAC Net Proceeds impact slide for Special Committee draft presentation. | 1.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/16/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to walk through the shareholder presentation deck | 0.80 |
| 05/16/21 | GJK | Review trust expenses as noted in email from M. Diaz (FTI). | 0.60 |
| 05/16/21 | GJK | Review alternatives to sizing out excess cash sweep for IACs. | 1.10 |
| 05/16/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss revisions to Settlement Agreement slides, including credit support concept for A Side Group 2. | 0.60 |
| 05/16/21 | GJK | Follow up on IAC excess cash open questions. | 0.30 |
| 05/16/21 | GJK | Edit draft Settlement Agreement slides for Special Committee. | 0.40 |
| 05/16/21 | GJK | Follow up changes to proposed Second Tier obligors in A Side Family Group 8. | 0.60 |
| 05/16/21 | GJK | Review proposed obligors from 5/15 Debevoise proposal compared to original proposals. | 0.90 |
| 05/16/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to walk through the shareholder presentation deck | 0.80 |
| 05/16/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss revisions to Settlement Agreement slides, including credit support concept for A Side Group 2. | 0.60 |
| 05/17/21 | LTN | Review the latest revised collateral termsheets for A side multipod | 0.60 |
| 05/17/21 | LTN | Update the ownership structure of Halm Trust section of the IACs consolidated list provided D. Porat (Milbank) | 1.80 |
| 05/17/21 | LTN | Call with G. Koch, L. Nguyen (AlixPartners) to follow up on the shareholder presentation deck | 0.40 |
| 05/17/21 | LTN | Review IAC excess cash and Mundipharma financials deck | 0.30 |
| 05/17/21 | HSB | Review due diligence request and requested info from appropriate personnel at Purdue | 0.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/17/21 | GJK | Call with J. Weiner (DPW) to discuss Settlement Agreement deck for Special Committee and general status of diligence information. | 0.50 |
| 05/17/21 | GJK | Call with G. Koch, L. Nguyen (AlixPartners) to follow up on the shareholder presentation deck | 0.40 |
| 05/17/21 | GJK | Review files for Settlement Agreement draft revisions in response to question from M. Atkinson (Province). | 0.40 |
| 05/17/21 | GJK | Follow up on open IAC excess cash issues, including drafting email to Huron regarding open issues. | 0.70 |
| 05/17/21 | GJK | Brainstorm possible alternatives to determining excess cash based on feedback from Huron that Mundipharma is unable to present balance sheet or cash flow projections. | 0.80 |
| 05/17/21 | GJK | Review historical Mundipharma balance sheet information from 2019 YE and 2020 1H budget forecasts. | 0.70 |
| 05/17/21 | GJK | Draft follow up response to Huron outlining position regarding excess cash and minimum operating cash needs of $300M. | 1.10 |
| 05/17/21 | GJK | Coordinate with Province and FTI on proposal to Huron/Mundipharma regarding excess cash. | 0.80 |
| 05/17/21 | GJK | Review revised Pod 2 Term Sheet Proposal and blackline against Brown Rudnick version. | 0.80 |
| 05/17/21 | GJK | Review multipod revised Term Sheet/Proposal and blackline against Aking Gump draft. | 1.30 |
| 05/17/21 | GJK | Review email exchanges by counsel for Debtor, UCC and AHC. | 0.40 |
| 05/17/21 | GJK | Review UCC 'nits' to Side A Multipod Term Sheet, including reviewing likely reporting timelines by family trusts. | 0.30 |
| 05/17/21 | GJK | Walk through of non-payment mechanics in April 21 draft of Settlement Agreement. | 1.40 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 05/17/21 | JD | Correspondence with Davis Polk and Purdue management re: affiliated company royalty payments. | 0.30 |
| 05/17/21 | JD | Call with R. Aleali (Purdue) re: company regulatory licenses. | 0.20 |
| 05/17/21 | JD | Review and provide comments on the board presentation on a business development deal. | 0.80 |
| 05/17/21 | JD | Review regulatory licensing questionnaire from Purdue management. | 0.40 |
| 05/17/21 | JD | Review materials and correspond with team re: 2020 year end financials. | 0.50 |
| 05/17/21 | JD | Review correspondence with Purdue management re: updated requests from DOJ re: internal policies and controls. | 0.40 |
| 05/18/21 | JD | Review workstream audit request from Purdue management. | 0.30 |
| 05/18/21 | JD | Review request from Purdue for help with IT workstream. | 0.20 |
| 05/18/21 | JD | Correspondence with E. Kardos (AlixPartners) re: potential new workstream. | 0.30 |
| 05/18/21 | JD | Discussion with R. Aleali (Purdue) re: license application process. | 0.40 |
| 05/18/21 | JD | Meeting with L. Donahue, J. DelConte and K. McCafferty (all AlixPartners) re: updated business plan workstream planning. | 0.50 |
| 05/18/21 | JD | Meeting with J. DelConte, H. Bhattal, A. DePalma (all AlixPartners) re: updating regulatory licenses. | 0.30 |
| 05/18/21 | JD | Correspondence with Purdue management re: assistance with updated licenses. | 0.50 |
| 05/18/21 | JD | Review latest weekly sales report to be shared with creditors. | 0.40 |
| 05/18/21 | JD | Review latest emergence date cash forecast and | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
|  |  | emergence reserve calculations. |  |
| 05/18/21 | SKL | Review high-priority contracts provided during the diligence process and prepare updated summary accordingly. | 1.30 |
| 05/18/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) re: updates to the shareholder presentation deck | 0.30 |
| 05/18/21 | GJK | Coordinate excess cash proposal to Huron. | 1.40 |
| 05/18/21 | GJK | Edits to Shareholder Agreement deck for Special Committee (main slides). | 1.90 |
| 05/18/21 | GJK | Edits to Settlement Agreement deck for Special Committee (appendix - Pods 1 to 8 trust assets). | 1.30 |
| 05/18/21 | GJK | Review Mundipharma exec updates from Q4 2020/Q1 2021. | 1.40 |
| 05/18/21 | GJK | Review open diligence items for Settlement Agreement process. | 0.80 |
| 05/18/21 | LJD | Meeting with L. Donahue, J. DelConte and K. McCafferty (all AlixPartners) re: updated business plan workstream planning. | 0.50 |
| 05/18/21 | HSB | Meeting with J. DelConte, H. Bhattal, A. DePalma (all AlixPartners) re: updating regulatory licenses. | 0.30 |
| 05/18/21 | HSB | Review weekly sales report for Rhodes prepared by L. Nguyen (AlixPartners) | 0.10 |
| 05/18/21 | ADD | Meeting with J. DelConte, H. Bhattal, A. DePalma (all AlixPartners) re: updating regulatory licenses. | 0.30 |
| 05/18/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) re: updates to the shareholder presentation deck | 0.30 |
| 05/19/21 | LTN | Review the latest changes to the collateral termsheet to A side pod 4 | 0.20 |
| 05/19/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to debrief on Mundipharma call | 0.60 |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                   **F** 214.647.7501
Dallas, TX 75201             alixpartners.com

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Business Analysis & Operations
Client/Matter #          012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/19/21 | ADD | Meeting with R. Aleali, K. McCarthy, Z. Haseeb, E. Casinelli, C. George, J. Jimenez (all Purdue), J. Bragg (Skadden), M. Florence (Skadden), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) to discuss the latest re: state license applications. | 0.50 |
| 05/19/21 | HSB | Meeting with R. Aleali, K. McCarthy, Z. Haseeb, E. Casinelli, C. George, J. Jimenez (all Purdue), J. Bragg (Skadden), M. Florence (Skadden), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) to discuss the latest re: state license applications. | 0.50 |
| 05/19/21 | HSB | Attend Purdue Board Special Committee meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (both PJT Partners), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.50 |
| 05/19/21 | HSB | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (both PJT Partners), H. Bhattal, L. Donahue, J. DelConte (all AlixPartners), S. Birnbaum (Dechert) | 1.00 |
| 05/19/21 | ADD | Working session with A. DePalma, S. Lemack (AlixPartners) to discuss the state license application process and make updates to the Intralinks site accordingly. | 1.50 |
| 05/19/21 | LJD | Attend Purdue Board Special Committee meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (both PJT Partners), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/19/21 | LJD | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (both PJT Partners), H. Bhattal, L. Donahue, J. DelConte (all AlixPartners), S. Birnbaum (Dechert) | 1.00 |
| 05/19/21 | LJD | Debrief call with K. Buckfire (Board Member) | 0.30 |
| 05/19/21 | GJK | Call with M. Princen and A. Breabout (both Mundipharma), Huron and financial advisors for Debtor, AHC and UCC to discuss Mundipharma performance and cash usage. | 0.80 |
| 05/19/21 | GJK | Prep for call with Mundipharma executives and advisors from Huron, AlixPartners, Province and FTI. | 1.20 |
| 05/19/21 | GJK | Review capex and research/business development spend by Mundipharma, including files provided by Huron for call with Mundipharma executives. | 0.80 |
| 05/19/21 | GJK | Call with J. Weiner (DPW) to update on Settlement Agreement progress. | 0.70 |
| 05/19/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to debrief on Mundipharma call | 0.60 |
| 05/19/21 | SKL | Meeting with R. Aleali, K. McCarthy, Z. Haseeb, E. Casinelli, C. George, J. Jimenez (all Purdue), J. Bragg (Skadden), M. Florence (Skadden), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) to discuss the latest re: state license applications. | 0.50 |
| 05/19/21 | SKL | Working session with A. DePalma, S. Lemack (AlixPartners) to discuss the state license application process and make updates to the Intralinks site accordingly. | 1.50 |
| 05/19/21 | JD | Attend Purdue Board Special Committee meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (both PJT Partners), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) |  |
| 05/19/21 | JD | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (both PJT Partners), H. Bhattal, L. Donahue, J. DelConte (all AlixPartners), S. Birnbaum (Dechert) | 1.00 |
| 05/19/21 | JD | Review latest cash flow breakdown update files prior to sending to Davis Polk to review. | 0.50 |
| 05/19/21 | JD | Review final version of the final projections exhibit and public distributions. | 0.30 |
| 05/19/21 | JD | Meeting with R. Aleali, K. McCarthy, Z. Haseeb, E. Casinelli, C. George, J. Jimenez (all Purdue), J. Bragg (Skadden), M. Florence (Skadden), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) to discuss the latest re: state license applications. | 0.50 |
| 05/20/21 | JD | Call with J. Lowne (Purdue) re: liabilities subject to compromise. | 0.30 |
| 05/20/21 | JD | Correspondence with Purdue management re: professional fee payments. | 0.30 |
| 05/20/21 | JD | Review latest business update from Mundipharma. | 0.40 |
| 05/20/21 | JD | Review updated analysis of distributor sales percentages. | 0.20 |
| 05/20/21 | JD | Review WTW slides re: potential KEIP/KERP proposal. | 0.40 |
| 05/20/21 | SKL | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss open item for the change of control workstream and next steps with the state license process. | 0.30 |
| 05/20/21 | GJK | Prep for Side A discussion with all parties (including review of latest term sheets for each pod). | 1.80 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/20/21 | GJK | Email exchanges with M. Atkinson (Province) regarding J. Theuraillt (Chairman, MN Consulting - Mundipharma). | 0.20 |
| 05/20/21 | GJK | Review IAC ownership structure documents in preparation for walkthrough by Norton Rose. | 1.30 |
| 05/20/21 | GJK | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss open item for the change of control workstream and next steps with the state license process. | 0.30 |
| 05/21/21 | GJK | Respond to A. Lele (DPW) regarding updating change of control schematic to share with Kramer Levin. | 0.30 |
| 05/21/21 | GJK | Review and respond to M. Atkinson (Province) email for diligence on Side A Pod 2, 3, 4. | 0.30 |
| 05/21/21 | GJK | Review MDAS (Side A, Pod 4) assets from C. Tan (Huron). | 1.10 |
| 05/21/21 | GJK | Review and respond to M. Atkinson (Province) email regarding MDAS asset document from C. Tan (Huron). | 0.20 |
| 05/21/21 | GJK | Review coverage testing options and potential restrictions for Side A Pod 4. | 1.20 |
| 05/21/21 | GJK | Plan potential close out items for diligence from UCC and AHC perspective. | 1.30 |
| 05/21/21 | GJK | Review Settlement Agreement exhibits for IACs and Pledged Entities based on Norton Rose walkthrough. | 0.80 |
| 05/21/21 | GJK | Update call with A. Libby (DPW) on current status of Settlement Agreement. | 0.20 |
| 05/21/21 | SKL | Call with S. Lemack and J. DelConte (both AlixPartners) re: requests from Purdue management. | 0.30 |
| 05/21/21 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss the state license application process and make updates to the Intralinks site accordingly. | 1.00 |
| 05/21/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items related to the state license process and other case related matters. | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/21/21 | SKL | Continue review of high-priority contracts provided during the diligence process and prepare updated breakdown for FTI team to review. | 1.40 |
| 05/21/21 | JD | Correspondence with Purdue management re: SAP access. | 0.20 |
| 05/21/21 | JD | Correspondence with Davis Polk and Purdue management re: confirmation discovery requests from the AHC. | 0.40 |
| 05/21/21 | JD | Review correspondence from Purdue management re: open DOJ requests. | 0.30 |
| 05/21/21 | JD | Review contract breakdown from S. Lemack (AlixPartners) re: open AHC request. | 0.40 |
| 05/21/21 | JD | Call with S. Lemack and J. DelConte (both AlixPartners) re: requests from Purdue management. | 0.30 |
| 05/21/21 | JD | Review and provide comments on the latest business planning workplan. | 0.50 |
| 05/21/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items related to the state license process and other case related matters. | 0.20 |
| 05/21/21 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss the state license application process and make updates to the Intralinks site accordingly. | 1.00 |
| 05/21/21 | ADD | Compile Purdue material contract names and contract parties. | 1.40 |
| 05/21/21 | LTN | Review the collateral data for family group 4 - A side provided by CW. Tan (HCG) | 0.30 |
| 05/22/21 | GJK | Draft response to A Libby (DPW) regarding differences in Pod 4 collateral information provided to Advisors and B Side information provided to advisors. | 0.80 |
| 05/22/21 | GJK | Review MDAS (Pod 4) information provided by Huron to support Pod 4 Term sheet. | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Business Analysis & Operations
Client/Matter #       012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/22/21 | GJK | Compare MDAS investment vehicle information provided by Huron in support of Pod 4 proposal to previous information provided for Pod 4 (MDAS) as general credit support. | 1.70 |
| 05/23/21 | GJK | Respond to M. Atkinson (Province) regarding Pod 4 collateral; review Side B asset disclosure process. | 0.40 |
| 05/23/21 | GJK | Review updated and blacklined Side A Multi-pod Term Sheet. | 1.40 |
| 05/23/21 | GJK | Review Side A Pod 2 collateral restrictions. | 0.60 |
| 05/24/21 | GJK | Review emails and updates from DPW regarding Settlement Agreement deck and Side B Term Sheet. | 0.70 |
| 05/24/21 | GJK | Follow up emails to DPW and Huron regarding diligence items discussed with Province and FTI. | 0.90 |
| 05/24/21 | GJK | Review Debevoise language for estate planning provision in Side A Multipod Term Sheet. | 0.80 |
| 05/24/21 | GJK | Follow up on Mundipharma Project Ox. | 0.20 |
| 05/24/21 | GJK | Review trust progression in the event of the death of trust parties. | 0.70 |
| 05/24/21 | GJK | Review Side A term sheet drafts from DPW to Debevoise. | 1.70 |
| 05/24/21 | GJK | Review updated DPW multipod term sheet and Brown Rudnick comments. | 1.40 |
| 05/24/21 | GJK | Review Side A Pod 1 and 7 asset support. | 0.90 |
| 05/24/21 | GJK | Assess non-China/non-Consumer Health projections for Mundipharma. | 1.70 |
| 05/24/21 | SKL | Call with C. George, K. McCarthy, R. Aleali, J. Jimenez, E. Casinelli (all Purdue), M. Florence, J. Bragg, E. Hellman (all Skadden), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: license applications. | 0.50 |
| 05/24/21 | JD | Review claim details to be provided to E&Y. | 0.40 |

2101 Cedar Springs Road       T 214.647.7500
Suite 1100                    F 214.647.7501
Dallas, TX 75201              alixpartners.com

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/24/21 | JD | Call with C. George, K. McCarthy, R. Aleali, J. Jimenez, E. Casinelli (all Purdue), M. Florence, J. Bragg, E. Hellman (all Skadden), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: license applications. | 0.50 |
| 05/24/21 | JD | Correspondence with Purdue management and T. Ghalayini (AlixPartners) re: IT project assistance. | 0.30 |
| 05/24/21 | JD | Review documents from Purdue management re: license application process. | 0.50 |
| 05/24/21 | JD | Review correspondence from Davis Polk and Purdue management re: professional fee year end accruals. | 0.40 |
| 05/24/21 | JD | Review master license application gap analysis from Skadden. | 0.70 |
| 05/24/21 | HSB | Call with C. George, K. McCarthy, R. Aleali, J. Jimenez, E. Casinelli (all Purdue), M. Florence, J. Bragg, E. Hellman (all Skadden), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: license applications. | 0.50 |
| 05/24/21 | ADD | Call with C. George, K. McCarthy, R. Aleali, J. Jimenez, E. Casinelli (all Purdue), M. Florence, J. Bragg, E. Hellman (all Skadden), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: license applications. | 0.50 |
| 05/25/21 | HSB | Meeting with J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), L. Donahue, G. Koch, J. DelConte, H. Bhattal (all AlixPartners), A. Lele (DPW) re: update on case progress and go forward planning. | 0.20 |
| 05/25/21 | HSB | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (both PJT Partners), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.80 |
| 05/25/21 | HSB | Attend Purdue Board Special Committee meeting with | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | special committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, (PJT Partners), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), S. Birnbaum (Dechert) | |
| 05/25/21 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss state license application process and Intralinks management. | 0.30 |
| 05/25/21 | LTN | Correspondence with G. Koch (AlixPartners) re: collateral asset data for both group families | 0.90 |
| 05/25/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss updates on collateral term sheets and shareholder deck | 1.20 |
| 05/25/21 | LTN | Review the latest updates to collateral term sheet for B-side family groups | 0.70 |
| 05/25/21 | LTN | Review the latest updates to collateral term sheets for multi pod A-side families | 0.90 |
| 05/25/21 | LTN | Finalize the special committee deck based on feedback from G. Koch (AlixPartners) and circulated to DWP | 1.50 |
| 05/25/21 | LTN | Update changes to the special committee deck based on the latest collateral data | 2.30 |
| 05/25/21 | JD | Provide write up of latest status of year end professional fee accruals for Purdue management and Davis Polk. | 0.60 |
| 05/25/21 | JD | Correspondence from Davis Polk and Purdue management re: accounting for latest settlements. | 0.40 |
| 05/25/21 | JD | Call with J. Lowne, S. Daniel, E. Ruiz, R. Aleali (all Purdue) re: contract renewals. | 0.20 |
| 05/25/21 | JD | Attend Purdue Board Special Committee meeting with special committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, (PJT | 0.70 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Partners), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), S. Birnbaum (Dechert) | |
| 05/25/21 | JD | Call with J. Lowne (Purdue) re: open audit. | 0.20 |
| 05/25/21 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: confirmation process. | 0.30 |
| 05/25/21 | JD | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (both PJT Partners), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.80 |
| 05/25/21 | JD | Call with J. Lowne (Purdue) re: various open items. | 0.20 |
| 05/25/21 | JD | Meeting with J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), L. Donahue, G. Koch, J. DelConte, H. Bhattal (all AlixPartners), A. Lele (DPW) re: update on case progress and go forward planning. | 0.20 |
| 05/25/21 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss state license application process and Intralinks management. | 0.30 |
| 05/25/21 | GJK | Update draft Settlement Agreement deck for Special Committee meeting. | 1.40 |
| 05/25/21 | GJK | Review and make additional edits to Settlement Agreement slide deck for Special Committee. | 0.50 |
| 05/25/21 | GJK | Attend Purdue Board Special Committee meeting with special committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, (PJT Partners), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), S. Birnbaum (Dechert) | 0.70 |
| 05/25/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss updates on collateral term sheets and shareholder | 1.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                           **F** 214.647.7501
Dallas, TX 75201               **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                       Business Analysis & Operations
Client/Matter #           012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | deck | |
| 05/25/21 | GJK | Correspondence with L. Nguyen (AlixPartners) re: debrief on call with counsel regarding open Term Sheet items. | 0.20 |
| 05/25/21 | GJK | Meeting with J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), L. Donahue, G. Koch, J. DelConte, H. Bhattal (all AlixPartners), A. Lele (DPW) re: update on case progress and go forward planning. | 0.20 |
| 05/25/21 | GJK | Review proposed collateral amounts and underlying values in the Multipod and Pod 2 and Pod 4 term sheet proposals. | 1.40 |
| 05/25/21 | GJK | Compare Family Side A values from SPV compared to original Settlement Agreement deck slides. | 1.60 |
| 05/25/21 | GJK | Provide feedback and edits to revised Settlement Agreement slides based on new collateral values. | 1.80 |
| 05/25/21 | GJK | Respond to C. Klawunder (Province) email on collateral values. | 0.10 |
| 05/25/21 | GJK | Review updated and blacklined Side A Multipod Term sheet. | 1.30 |
| 05/25/21 | GJK | Review updated and blacklined Side A Pod 2 term sheet. | 1.10 |
| 05/25/21 | GJK | Follow up with DPW, Province and FTI on including asset values in Multipod Term Sheet | 0.70 |
| 05/25/21 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: confirmation process. | 0.30 |
| 05/25/21 | LJD | Attend Purdue Board Special Committee meeting with special committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, (PJT Partners), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), S. Birnbaum (Dechert) | 0.70 |
| 05/25/21 | LJD | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (both PJT Partners), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) |  |
| 05/25/21 | LJD | Review and comment on business plan update deck | 0.60 |
| 05/25/21 | LJD | Review shareholder settlement overview deck and comment before special committee mtg | 0.50 |
| 05/25/21 | LJD | Meeting with J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), L. Donahue, G. Koch, J. DelConte, H. Bhattal (all AlixPartners), A. Lele (DPW) re: update on case progress and go forward planning. | 0.20 |
| 05/26/21 | GJK | Review updated and blacklined Side A Pod 4. | 1.10 |
| 05/26/21 | GJK | Review filed Disclosure Statement related to Family. | 1.40 |
| 05/26/21 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss latest updates to the Intralinks site and state license application process. | 0.10 |
| 05/26/21 | SKL | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners), E. Casinelli, Z. Haseeb (both Purdue) to walk through license application process | 0.70 |
| 05/26/21 | SKL | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners) to discuss next steps on the license application process | 0.30 |
| 05/26/21 | JD | Review latest Rhodes weekly sales report to be provided to creditors. | 0.20 |
| 05/26/21 | JD | Review E&Y disclosure re: updated settlement agreements. | 0.20 |
| 05/26/21 | LTN | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners) to discuss next steps on the license application process | 0.30 |
| 05/26/21 | LTN | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners), E. Casinelli, Z. Haseeb (both Purdue) to | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | walk through license application process | |
| 05/26/21 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss latest updates to the Intralinks site and state license application process. | 0.10 |
| 05/26/21 | ADD | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners), E. Casinelli, Z. Haseeb (both Purdue) to walk through license application process | 0.70 |
| 05/26/21 | ADD | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners) to discuss next steps on the license application process | 0.30 |
| 05/26/21 | HSB | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners), E. Casinelli, Z. Haseeb (both Purdue) to walk through license application process | 0.70 |
| 05/26/21 | HSB | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners) to discuss next steps on the license application process | 0.30 |
| 05/27/21 | HSB | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (all PJT Partners), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.50 |
| 05/27/21 | ADD | Call with H. Bhattal, S. Lemack, A. DePalma, L. Nguyen (all AlixPartners) re: Purdue state license applications | 0.40 |
| 05/27/21 | LTN | Call with H. Bhattal, S. Lemack, A. DePalma, L. Nguyen (all AlixPartners) re: Purdue state license applications | 0.40 |
| 05/27/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) regarding Purdue state license process | 0.20 |
| 05/27/21 | HSB | Attend Purdue advisors catch up call with L. Donahue, H. Bhattal, G. Koch (all AlixPartners) | 0.50 |
| 05/27/21 | HSB | Call with H. Bhattal, S. Lemack, A. DePalma, L. Nguyen | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | (all AlixPartners) re: Purdue state license applications | |
| 05/27/21 | JD | Review workplan re: license renewals. | 0.40 |
| 05/27/21 | JD | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (all PJT Partners), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.50 |
| 05/27/21 | JD | Review April flash report to be presented to the Board. | 0.70 |
| 05/27/21 | JD | Call with J. Lowne (Purdue) re: business development investment. | 0.20 |
| 05/27/21 | JD | Call with M. Kesselman (Purdue), M. Huebner and E. Vonnegut (both DPW) re: futures committee analysis. | 0.30 |
| 05/27/21 | JD | Call with S. Lemack and J. DelConte (both AlixPartners) re: futures analysis. | 0.20 |
| 05/27/21 | JD | Correspondence with AlixPartners team re: futures analysis. | 0.50 |
| 05/27/21 | SKL | Call with H. Bhattal, S. Lemack, A. DePalma, L. Nguyen (all AlixPartners) re: Purdue state license applications | 0.40 |
| 05/27/21 | SKL | Call with S. Lemack and J. DelConte (both AlixPartners) re: futures analysis. | 0.20 |
| 05/27/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) regarding Purdue state license process | 0.20 |
| 05/27/21 | GJK | Coordinate on Settlement Agreement mechanics call. | 0.40 |
| 05/27/21 | GJK | Review key open items for finalizing Settlement Agreement (and supporting diligence). | 1.30 |
| 05/27/21 | GJK | Attend Purdue advisors catch up call with L. Donahue, H. Bhattal, G. Koch (all AlixPartners) | 0.50 |
| 05/27/21 | LJD | Attend Purdue advisors catch up call with L. Donahue, H. Bhattal, G. Koch (all AlixPartners) | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Business Analysis & Operations |
|-----|-------------------------------|
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/27/21 | LJD | Attend Purdue Board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Libby (all DPW), J. O'Connell, T. Melvin (all PJT Partners), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.50 |
| 05/28/21 | GJK | Prepare for call with Sackler Family Office for model walk through, including orienting self to revised excel model provided by Milbank. | 1.40 |
| 05/28/21 | GJK | Walkthrough of Milbank redline of Settlement Agreement payment mechanics language. | 2.10 |
| 05/28/21 | GJK | Call with J. Weiner (DPW) regarding Settlement Agreement status and next steps. | 0.90 |
| 05/28/21 | SKL | Calls with A. DePalma, S. Lemack (both AlixPartners) to finalize future liabilities analysis. | 0.20 |
| 05/28/21 | SKL | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners) to touch base on the license applications. | 0.30 |
| 05/28/21 | SKL | Call with M. Huebner, E. Vonnegut, J. McClammy (all DPW), M. Kesselman, J. Lowne (both Purdue), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: futures analysis. | 0.50 |
| 05/28/21 | JD | Review initial draft analysis and create preliminary presentation to share with various stakeholders. | 2.20 |
| 05/28/21 | JD | Call with J. McClammy (DPW) re: futures analysis. | 0.20 |
| 05/28/21 | JD | Call with M. Huebner, E. Vonnegut, J. McClammy (all DPW), M. Kesselman, J. Lowne (both Purdue), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: futures analysis. | 0.50 |
| 05/28/21 | JD | Revise the futures analysis following comments from Davis Polk and Purdue management. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/28/21 | JD | Review latest comments and edits to the futures presentation. | 0.30 |
| 05/28/21 | JD | Correspondence with A. DePalma, S. Lemack and L. Nguyen (all AlixPartners) re: futures analysis edits. | 0.30 |
| 05/28/21 | JD | Review E&Y settlement accounting doc update. | 0.20 |
| 05/28/21 | HSB | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners) to touch base on the license applications. | 0.30 |
| 05/28/21 | HSB | Call with M. Huebner, E. Vonnegut, J. McClammy (all DPW), M. Kesselman, J. Lowne (both Purdue), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: futures analysis. | 0.50 |
| 05/28/21 | LTN | Review the revised article 2 in the settlement agreement | 1.20 |
| 05/28/21 | LTN | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners) to touch base on the license applications. | 0.30 |
| 05/28/21 | LTN | Call with A. DePalma and L. Nguyen (both AlixPartners) to discuss DPW comments | 0.70 |
| 05/28/21 | ADD | Call among A. DePalma, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners) to touch base on the license applications. | 0.30 |
| 05/28/21 | ADD | Calls with A. DePalma, S. Lemack (both AlixPartners) to finalize future liabilities analysis. | 0.20 |
| 05/28/21 | ADD | Review license application open items and request data from client. | 1.90 |
| 05/28/21 | ADD | Call with A. DePalma and L. Nguyen (both AlixPartners) to discuss DPW comments | 0.70 |
| 05/31/21 | GJK | Follow up on FTI and Province emails regarding excess cash sweep by the IACs. | 0.60 |
| | | **Total** | **923.10** |

2101 Cedar Springs Road     T 214.647.7500
Suite 1100                   F 214.647.7501
Dallas, TX 75201             alixpartners.com

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

**AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Lan T Nguyen | 46.00 | 530.00 | 24,380.00 |
| Andrew D DePalma | 35.00 | 625.00 | 21,875.00 |
| Nate A Simon | 0.50 | 625.00 | 312.50 |
| Sam K Lemack | 27.60 | 665.00 | 18,354.00 |
| HS Bhattal | 48.00 | 865.00 | 41,520.00 |
| Gabe J Koch | 418.80 | 865.00 | 362,262.00 |
| Jesse DelConte | 276.60 | 1,055.00 | 291,813.00 |
| Lisa Donahue | 70.60 | 1,295.00 | 91,427.00 |
| **Total Hours & Fees** | **923.10** | | **851,943.50** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     POR Development
Client/Matter #          012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/01/21 | JD | Review consolidated model to be used in the financial projections exhibit in the disclosure statement. | 0.50 |
| 02/01/21 | SKL | Finalize updates to the liquidation analysis re: prof fees, trustee fees, and ANDA valuation and circulate internally for additional review. | 2.30 |
| 02/01/21 | SKL | Three calls with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis assumptions | 1.60 |
| 02/01/21 | SKL | Finalize remaining updates to the liquidation analysis and write-up and circulate to C. Robertson (DPW) for additional feedback/review. | 1.90 |
| 02/01/21 | SKL | Review latest changes to the liquidation analysis write-up and finalize additional updates accordingly to circulate internally for review. | 2.10 |
| 02/01/21 | HSB | Review updated PJT analysis sent by J. Arsic (PJT) | 0.40 |
| 02/01/21 | HSB | Review excel workbook with latest draft of liquidation analysis updated by S. Lemack (AlixPartners) | 0.80 |
| 02/01/21 | HSB | Review most current draft of liquidation analysis write-up updated by S. Lemack (AlixPartners) and made revisions | 0.70 |
| 02/01/21 | HSB | Review analysis sent by T. Melvin (PJT) and related email correspondence | 0.60 |
| 02/01/21 | HSB | Three calls with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis assumptions | 1.60 |
| 02/01/21 | HSB | Review further updates to liquidation analysis prepared by S. Lemack (AlixPartners) | 0.40 |
| 02/02/21 | HSB | Review draft of additional due diligence (Plex) related analysis prepared by PJT | 0.30 |
| 02/02/21 | HSB | Work session with H. Bhattal, L. Nguyen (both AlixPartners) to build cash schedule of the claimant trust - POR | 1.10 |
| 02/02/21 | HSB | Review Purdue financial projections and made revisions to draft of a section of the disclosure statement related to financial projections exhibit | 1.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/02/21 | HSB | Review request for info from FTI and related underlying financial information for the Debtors | 0.30 |
| 02/02/21 | LTN | Work session with H. Bhattal, L. Nguyen (both AlixPartners) to build cash schedule of the claimant trust - POR | 1.10 |
| 02/02/21 | LTN | Review financial projections provided by J. Lowne (Purdue) and prepared models for the POR plan | 2.40 |
| 02/02/21 | JD | Review latest version of the liquidation analysis shared with DPW. | 0.70 |
| 02/02/21 | JD | Correspondence with H. Bhattal and L. Nguyen (both AlixPartners) re: disclosure statement exhibits. | 0.40 |
| 02/02/21 | SKL | Prepare updates to the write-up piece of the liquidation analysis based on the latest feedback received and circulate update accordingly. | 1.70 |
| 02/02/21 | SKL | Review latest wholesaler inventory feedback provided by E. Nowakowski (Purdue) and update the liquidation analysis accordingly. | 2.50 |
| 02/03/21 | SKL | Prepare updates to the liquidation analysis based on the latest dates and time changes and circulate update internally for additional feedback/review. | 2.60 |
| 02/03/21 | SKL | Continue to update the write-up and excel detail for the liquidation analysis based on the latest feedback received re: ANDA, Avrio and Adlon valuations. | 2.50 |
| 02/03/21 | JD | Review updated analysis of potential shareholder settlement offers. | 0.30 |
| 02/03/21 | JD | Review UCC shareholder settlement scenario analysis. | 0.30 |
| 02/03/21 | JD | Correspondence with DPW and S. Lemack (AlixPartners) re: liquidation analysis language. | 0.40 |
| 02/03/21 | JD | Edit latest draft of the financial projections exhibit for the disclosure statement. | 2.80 |
| 02/03/21 | LTN | Incorporate 3 financial statements provided by J. Lowne (Purdue) to the business plan write-up | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     POR Development
Client/Matter #         012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/03/21 | LTN | Prepare Claimant trusts - Cash schedule for the business plan | 0.90 |
| 02/03/21 | HSB | Review correspondence and related comments from Debtors' financial advisory team | 0.10 |
| 02/03/21 | HSB | Review Purdue financial projections and made revisions to draft of a section of the disclosure statement related to financial projections exhibit | 1.10 |
| 02/03/21 | HSB | Review board presentation prepared by PJT | 1.40 |
| 02/03/21 | HSB | Review selected due diligence materials (Plex) with regards to the analysis prepared by PJT | 1.70 |
| 02/03/21 | HSB | Conduct pharma industry research related to certain Plan issues | 0.60 |
| 02/03/21 | HSB | Review draft of plan term sheet prepared by DPW with regards to preparing description of financial projections | 1.30 |
| 02/04/21 | HSB | Review Purdue December 2020 business plan forecasts with regards to certain plan related issues | 0.60 |
| 02/04/21 | HSB | Review minimum cash analysis prepared by S. Lemack (AlixPartners) in preparation for meeting | 0.30 |
| 02/04/21 | HSB | Create excel comparative analysis of Debtors' financial projections and PJT analysis | 2.00 |
| 02/04/21 | HSB | Review minimum cash analysis prepared by S. Lemack (AlixPartners) | 0.40 |
| 02/04/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: updates to the financial projections of the POR | 1.30 |
| 02/04/21 | HSB | Made multiple revisions to cash flow projections prepared by L. Nguyen (AlixPartners) | 1.20 |
| 02/04/21 | HSB | Review claims analysis prepared by S. Lemack (AlixPartners) | 0.20 |
| 02/04/21 | LTN | Continue to revise the business plan write-up based on the internal feedback and circulated to interested stakeholders | 2.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        POR Development
Client/Matter #            012589.00107

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/04/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: updates to the financial projections of the POR | 1.30 |
| 02/04/21 | JD | Call with R. Aleali, M. Kesselman (both Purdue), M. Huebner, E. Vonnegut, D. Klein, C. Robertson, Z. Levine (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), S. Birnbaum (Dechert) re: plan term sheet markup. | 1.00 |
| 02/04/21 | JD | Call with C. Robertson (DPW) re: plan term sheet follow-up. | 0.30 |
| 02/04/21 | JD | Review updated draft projections exhibit. | 0.30 |
| 02/04/21 | JD | Review plan term sheet outline from HL. | 0.30 |
| 02/04/21 | JD | Review updated draft financial projections and provide comments re: same. | 0.50 |
| 02/04/21 | SKL | Continue to finalize and refresh the latest claim cap analysis per FTI request and circulated updated analysis accordingly. | 2.30 |
| 02/05/21 | SKL | Finalize claim to LSTC reconciliation per FTI request and circulate updated analysis accordingly. | 2.40 |
| 02/05/21 | SKL | Multiple calls with H. Bhattal, S. Lemack (both AlixPartners) re: workstream coordination and planning | 0.40 |
| 02/05/21 | SKL | Continue to prepare and finalize updates to the claim cap analysis and trade claim to LSTC analysis. | 2.10 |
| 02/05/21 | JD | Call with J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: comments on the financial projections exhibit from J. Lowne (Purdue). | 0.30 |
| 02/05/21 | JD | Review comments from J. Lowne (Purdue) on financial projections exhibit. | 0.30 |
| 02/05/21 | SKL | Finalize latest updates to the liquidation analysis and circulate updated PDF for internal review. | 1.30 |
| 02/05/21 | LTN | Revise the financial projection write-up based on the CFO's feedback | 2.40 |
| 02/05/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: final updates to the financial projections | 0.70 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/05/21 | LTN | Call with J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: comments on the financial projections exhibit from J. Lowne (Purdue). | 0.30 |
| 02/05/21 | HSB | Review comments from J. Lowne (Purdue) on plan projections prepared by L. Nguyen (AlixPartners) | 0.20 |
| 02/05/21 | HSB | Multiple calls with H. Bhattal, S. Lemack (both AlixPartners) re: workstream coordination and planning | 0.40 |
| 02/05/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: final updates to the financial projections | 0.70 |
| 02/05/21 | HSB | Call with J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: comments on the financial projections exhibit from J. Lowne (Purdue). | 0.30 |
| 02/05/21 | HSB | Review financial projections draft prepared by L. Nguyen (AlixPartners) and made revisions based on feedback | 1.60 |
| 02/05/21 | HSB | Review comparable recent disclosure statement filings while drafting write-up for plan projections | 1.10 |
| 02/05/21 | HSB | Review underlying financial information details for selected financial projections amounts | 1.20 |
| 02/05/21 | HSB | Review latest draft of liquidation analysis prepared by S. Lemack (AlixPartners) based on phone call discussions | 0.90 |
| 02/05/21 | HSB | Review draft of plan term sheet prepared by DPW, ahead of meeting re: potential plan issues | 1.20 |
| 02/06/21 | JD | Correspondence with DPW and PJT re: plan of reorg reserves amounts. | 0.50 |
| 02/06/21 | JD | Provide comments on plan settlement waterfall language in the draft plan. | 0.60 |
| 02/08/21 | JD | Review latest shareholder settlement materials. | 0.60 |
| 02/08/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis and review open items. | 0.30 |
| 02/08/21 | SKL | Review latest comments provided to the liquidation analysis and prepare updates accordingly. | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             POR Development
Client/Matter #     012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/08/21 | GJK | Call with M. Huebner, C. Duggan, A. Libby, E. Vonnegut (all DPW), M. Kesselman, R. Aleali (both Purdue), D. DeRamus, K. Saurav (both Bates White), J. Turner, T. Melvin (both PJT), J. DelConte, G. Koch (both AlixPartners) re: contribution agreement. | 1.10 |
| 02/08/21 | HSB | Review Adhansia financial info prepared by J. Lowne (Purdue) with regards to certain plan related issues | 0.20 |
| 02/08/21 | HSB | Review comments from J. Lowne (Purdue) with regards to plan related issues | 0.10 |
| 02/08/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis and review open items. | 0.30 |
| 02/08/21 | HSB | Email L. Nguyen (AlixPartners) re: Purdue plan related matters | 0.20 |
| 02/08/21 | HSB | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, D. Klein, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal (both AlixPartners) re: TopCo distributions. | 1.00 |
| 02/08/21 | HSB | Review underlying financial information details for selected financial projections amounts | 0.80 |
| 02/08/21 | LTN | Continue updates to financial projections write-up based on the latest feedback from J. Lowne (Purdue) | 2.10 |
| 02/08/21 | JD | Review contribution agreement issues list from DPW. | 0.60 |
| 02/08/21 | JD | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, D. Klein, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal (both AlixPartners) re: TopCo distributions. | 1.00 |
| 02/08/21 | JD | Call with M. Huebner, C. Duggan, A. Libby, E. Vonnegut (all DPW), M. Kesselman, R. Aleali (both Purdue), D. DeRamus, K. Saurav (both Bates White), J. Turner, T. Melvin (both PJT), J. DelConte, G. Koch (both AlixPartners) re: contribution agreement. | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/08/21 | HSB | Review draft of plan projections prepared by L. Nguyen (AlixPartners) and provided comments | 0.80 |
| 02/09/21 | HSB | Review comparable pharma disclosure statements for precedent on liquidation analysis assumptions and estimates | 0.80 |
| 02/09/21 | HSB | Additional review of draft of liquidation analysis (excel worksheet) prepared by S. Lemack (AlixPartners) | 0.30 |
| 02/09/21 | HSB | Review draft of recoveries analysis prepared by PJT | 0.10 |
| 02/09/21 | HSB | Review liquidation analysis revisions made by S. Lemack (AlixPartners) | 1.30 |
| 02/09/21 | HSB | Review Dec 2020 trial balance with regards to liquidation analysis updates | 0.40 |
| 02/09/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: Purdue plan related matters | 0.40 |
| 02/09/21 | HSB | Review drafts of financial materials prepared by PJT relating to Plan issues | 1.10 |
| 02/09/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: Purdue plan related matters | 0.40 |
| 02/09/21 | JD | Review draft recovery estimates from PJT. | 0.20 |
| 02/09/21 | JD | Review latest edits and correspondence related to the latest third party comparison deck. | 0.50 |
| 02/09/21 | JD | Review updated draft shareholder settlement materials. | 0.30 |
| 02/09/21 | JD | Correspondence with DPW with regards to outstanding claims and a potential convenience class structure. | 0.60 |
| 02/09/21 | JD | Review latest financial projections exhibit for the disclosure statement. | 0.40 |
| 02/10/21 | JD | Call with G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. Bromberg (all FTI), J. Turner, T. Melvin (both PJT), J. DelConte and H. Bhattal (both AlixPartners) re: minimum distributions. | 0.50 |
| 02/10/21 | JD | Call with C. Robertson (DPW) re: open plan items. | 0.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      POR Development
Client/Matter #          012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 02/10/21 | JD | Call with R. Aleali (Purdue) re: open plan items. | 0.70 |
| 02/10/21 | JD | Meeting with J. DelConte, S. Lemack (both AlixPartners) re: review latest updates and discuss open item re: liquidation analysis. | 0.40 |
| 02/10/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis updates. | 1.70 |
| 02/10/21 | SKL | Meeting with J. DelConte, S. Lemack (both AlixPartners) re: review latest updates and discuss open item re: liquidation analysis. | 0.40 |
| 02/10/21 | SKL | Review latest feedback provided re: Purdue/Rhodes sales forecast and update the liquidation analysis accordingly. | 1.80 |
| 02/10/21 | SKL | Review latest feedback provided re: PPE breakdowns and updated the liquidation analysis accordingly. | 1.20 |
| 02/10/21 | HSB | Review creditor letter sent to debtors re: due diligence and plan issues | 0.10 |
| 02/10/21 | HSB | Review plan related analysis prepared by PJT with financial forecast and assumptions, compared amounts with plan projections draft for consistency | 1.30 |
| 02/10/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis updates. | 1.70 |
| 02/10/21 | HSB | Call with G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. Bromberg (all FTI), J. Turner, T. Melvin (both PJT), J. DelConte and H. Bhattal (both AlixPartners) re: minimum distributions. | 0.50 |
| 02/10/21 | HSB | Review claims related analysis prepared by S. Lemack (AlixPartners) with regards to plan discussions and liquidation analysis | 0.70 |
| 02/10/21 | HSB | Review draft of recoveries analysis prepared by PJT | 0.30 |
| 02/10/21 | HSB | Review correspondence from PJT & DPW re: multiple plan issues | 0.20 |
| 02/10/21 | HSB | Review updates to draft of liquidation analysis (excel worksheet) and related financial information prepared by | 1.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | S. Lemack (AlixPartners) and provided comments |  |
| 02/10/21 | JD | Provide comments on liquidation analysis excel file and mark-up latest version of the liquidation analysis write up. | 3.80 |
| 02/10/21 | JD | Review recovery analysis from PJT and comments from DPW. | 0.40 |
| 02/11/21 | JD | Review materials from DPW re: contribution agreement diligence items. | 1.20 |
| 02/11/21 | JD | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: updates to liquidation analysis assumptions and estimates | 0.90 |
| 02/11/21 | JD | Call with R. Aleali (Purdue), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), J. Turner, T. Melvin (both PJT), C. Robertson, E. Vonnegut, Z. Levine (all DPW) re: claims issues with the plan. | 1.00 |
| 02/11/21 | JD | Review minimum distribution counter to provide to the AHC. | 0.30 |
| 02/11/21 | JD | Review latest update to the liquidation analysis. | 0.50 |
| 02/11/21 | HSB | Review Dec board deck prepared by J. Lowne (Purdue) for financial info relating to selected plan related valuation issues | 0.40 |
| 02/11/21 | HSB | Review Mundipharma & Shareholder info obtained from DPW | 1.10 |
| 02/11/21 | ADD | Reconcile accounting detail to the financial statements for liquidation analysis model. | 1.60 |
| 02/11/21 | ADD | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: updates to liquidation analysis assumptions and estimates | 0.90 |
| 02/11/21 | HSB | Call with R. Aleali (Purdue), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), J. Turner, T. Melvin (both PJT), C. Robertson, E. Vonnegut, Z. Levine (all DPW) re: claims issues with the plan. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 02/11/21 | HSB | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: updates to liquidation analysis assumptions and estimates | 0.90 |
| 02/11/21 | HSB | Review draft of contribution agreement and selected related materials obtained from DPW | 0.60 |
| 02/11/21 | HSB | Review claims summary prepared by S. Lemack (AlixPartners) | 0.40 |
| 02/11/21 | HSB | Review updated analysis prepared by PJT | 0.50 |
| 02/11/21 | SKL | Review latest feedback received re: insurance proceeds and update the liquidation analysis accordingly. | 1.20 |
| 02/11/21 | SKL | Review latest feedback received re: claim recoveries and update the liquidation analysis accordingly. | 1.80 |
| 02/11/21 | SKL | Update the liquidation analysis write-up with the latest updates made to the analysis. | 2.20 |
| 02/11/21 | SKL | Call with R. Aleali (Purdue), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), J. Turner, T. Melvin (both PJT), C. Robertson, E. Vonnegut, Z. Levine (all DPW) re: claims issues with the plan. | 1.00 |
| 02/11/21 | SKL | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: updates to liquidation analysis assumptions and estimates | 0.90 |
| 02/12/21 | SKL | Review latest feedback received re: severance and incentive/retention plans and update the liquidation analysis and write-up accordingly. | 2.30 |
| 02/12/21 | GJK | Call with E. Hwang, J. Weiner (both DPW), J. Turner, T. Melvin, J. Arsic (all PJT), G. Koch, J. DelConte, H. Bhattal (all AlixPartners) re: Contribution agreement. | 0.60 |
| 02/12/21 | HSB | Review Purdue trial balance details with regards to certain liquidation analysis related issues | 0.80 |
| 02/12/21 | HSB | Review comparable pharma disclosure statements for precedent on liquidation analysis assumptions and estimates | 1.40 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                    **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     POR Development
Client/Matter #         012589.00107

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 02/12/21 | HSB | Call with E. Hwang, J. Weiner (both DPW), J. Turner, T. Melvin, J. Arsic (all PJT), G. Koch, J. DelConte, H. Bhattal (all AlixPartners) re: Contribution agreement. | 0.60 |
| 02/12/21 | HSB | Review correspondence and related comments on due diligence matters (Plex) | 0.10 |
| 02/12/21 | HSB | Review balance sheet details from Purdue with regards to the liquidation analysis | 0.30 |
| 02/12/21 | HSB | Review relevant sections of agreements with regards to Purdue investments | 0.10 |
| 02/12/21 | HSB | Review updates to the liquidation analysis made by S. Lemack (AlixPartners) and underlying financial details from Purdue | 0.90 |
| 02/12/21 | HSB | Review selected section of draft of plan document prepared by DPW | 0.40 |
| 02/12/21 | HSB | Review updated analysis prepared by PJT along with related email correspondence | 0.40 |
| 02/12/21 | HSB | Review list of issues related to the contribution agreements and prepared notes for call with various parties | 0.30 |
| 02/12/21 | HSB | Review materials pertaining to Mundipharma and shareholder contribution agreement | 1.40 |
| 02/12/21 | HSB | Review prior presentation by PJT partners re: valuation estimates | 0.30 |
| 02/12/21 | JD | Review analysis of and correspondence from DPW and Bates White re: latest shareholder settlement offers. | 0.40 |
| 02/12/21 | JD | Call with E. Hwang, J. Weiner (both DPW), J. Turner, T. Melvin, J. Arsic (all PJT), G. Koch, J. DelConte, H. Bhattal (all AlixPartners) re: Contribution agreement. | 0.60 |
| 02/12/21 | JD | Call with R. Aleali (Purdue) re: open plan issues. | 0.20 |
| 02/12/21 | JD | Finalize updated version of the liquidation analysis write up. | 1.40 |
| 02/12/21 | JD | Provide comments to DPW re: settlement waterfall | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        POR Development
Client/Matter #            012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | sections of the plan of reorganization. | |
| 02/13/21 | SKL | Review latest intercompany matrix provided by E. Nowakowski (Purdue) and prepared updates to the liquidation analysis accordingly. | 2.30 |
| 02/14/21 | SKL | Finalize updates to the liquidation analysis and circulate update accordingly prior to tomorrow's mornings meeting. | 2.80 |
| 02/14/21 | SKL | Continue to finalize updates to the liquidation analysis. | 1.20 |
| 02/14/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis. | 0.50 |
| 02/14/21 | JD | Provide comments on latest liquidation analysis prior to sending for further review. | 0.60 |
| 02/14/21 | JD | Review analysis and correspondence re: shareholder contribution agreement negotiation. | 0.30 |
| 02/14/21 | HSB | Review Purdue financial info pertaining to plan related issues | 0.70 |
| 02/14/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis. | 0.50 |
| 02/14/21 | HSB | Review updated draft of liquidation analysis excel worksheet prepared by S. Lemack (AlixPartners). | 0.80 |
| 02/15/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to review latest update re: liquidation analysis and provide other plan related updates. | 0.20 |
| 02/15/21 | HSB | Review updates to liquidation analysis including 12/31 trial balance update | 1.60 |
| 02/15/21 | HSB | Review Purdue intercompany account balances | 0.30 |
| 02/15/21 | HSB | Review Purdue financial materials with business updates and related descriptions | 0.60 |
| 02/15/21 | HSB | Review cash forecasts and effective date cash estimate | 0.40 |
| 02/15/21 | HSB | Call with L. Donahue, J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: liquidation analysis. | 1.00 |
| 02/15/21 | HSB | Call with J. DelConte, H. Bhattal, S. Lemack and A. | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          POR Development
Client/Matter #              012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
|  |  | DePalma (all AlixPartners) re: updates to Purdue liquidation analysis |  |
| 02/15/21 | HSB | Email S. Lemack (AlixPartners) re: liquidation analysis | 0.20 |
| 02/15/21 | JD | Review latest shareholder settlement materials and correspondence. | 0.20 |
| 02/15/21 | ADD | Call with L. Donahue, J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: liquidation analysis. | 1.00 |
| 02/15/21 | ADD | Call with J. DelConte, H. Bhattal, S. Lemack and A. DePalma (all AlixPartners) re: updates to Purdue liquidation analysis | 0.70 |
| 02/15/21 | SKL | Begin review of latest notes/feedback provided re: updates to the liquidation analysis and update the analysis and open items accordingly | 2.20 |
| 02/15/21 | SKL | Review latest update provided by E. Nowakowski (Purdue) re: liquidation analysis and prepare list of open items and updates accordingly. | 1.90 |
| 02/15/21 | JD | Call with L. Donahue, J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: liquidation analysis. | 1.00 |
| 02/15/21 | JD | Call with J. DelConte, H. Bhattal, S. Lemack and A. DePalma (all AlixPartners) re: updates to Purdue liquidation analysis | 0.70 |
| 02/15/21 | LJD | Call with L. Donahue, J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: liquidation analysis. | 1.00 |
| 02/15/21 | SKL | Call with L. Donahue, J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: liquidation analysis. | 1.00 |
| 02/15/21 | SKL | Call with J. DelConte, H. Bhattal, S. Lemack and A. DePalma (all AlixPartners) re: updates to Purdue liquidation analysis | 0.70 |
| 02/15/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to review latest update re: liquidation analysis and provide other plan related updates. | 0.20 |
| 02/16/21 | SKL | Meeting with H. Bhattal, S. Lemack (both AlixPartners) | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #  012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | re: workstream planning and coordination. | |
| 02/16/21 | GJK | Call with J. DelConte and G. Koch (both AlixPartners) re: contribution agreement diligence. | 0.20 |
| 02/16/21 | ADD | Review items uploaded to the data room to determine if productions was uploaded correctly. | 0.80 |
| 02/16/21 | JD | Call with J. DelConte and G. Koch (both AlixPartners) re: contribution agreement diligence. | 0.20 |
| 02/16/21 | JD | Review latest draft plan term sheet markup. | 0.80 |
| 02/16/21 | JD | Review latest contribution agreement issues list. | 0.50 |
| 02/16/21 | HSB | Review selected draft section of disclosure statement and Plan documents in response to query from DPW | 1.10 |
| 02/16/21 | HSB | Review Purdue and Rhodes R&D file in response to due diligence requests (Plex) | 0.30 |
| 02/16/21 | HSB | Prepare list of supporting documents for liquidation analysis | 0.20 |
| 02/16/21 | HSB | Review weekly cash activity and assessed Purdue working capital requirements | 1.20 |
| 02/16/21 | HSB | Meeting with H. Bhattal, S. Lemack (both AlixPartners) re: workstream planning and coordination. | 0.40 |
| 02/16/21 | HSB | Review Purdue recent business plan forecasts and compared current actuals to forecasts | 1.50 |
| 02/16/21 | HSB | Review PJT's financial forecasts for Purdue post-emergence operations and compared against business plan | 0.80 |
| 02/17/21 | HSB | Meeting with T. Melvin, J. Turner (both PJT), S. Massman, Z. Levine (both DPW), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: plan term sheet comments. | 0.40 |
| 02/17/21 | JD | Review latest comments on the plan term sheet and provide comments back to DPW and PJT. | 1.00 |
| 02/17/21 | ADD | Redact documents to prepare for upload to Project Plex data room. | 1.60 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 02/17/21 | SKL | Meeting with E. Nowakowski (Purdue) to review open items related to the liquidation analysis and discuss next steps re: updates to the LSTC balance. | 1.40 |
| 02/17/21 | SKL | Reconcile due-to/from debtor-debtor accounts and put together updated analysis prior to afternoon meeting with E. Nowakowski (Purdue) | 1.10 |
| 02/17/21 | SKL | Meeting with T. Melvin, J. Turner (both PJT), S. Massman, Z. Levine (both DPW), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: plan term sheet comments. | 0.40 |
| 02/17/21 | JD | Meeting with T. Melvin, J. Turner (both PJT), S. Massman, Z. Levine (both DPW), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: plan term sheet comments. | 0.40 |
| 02/17/21 | JD | Call with C. Robertson (DPW) re: open plan term sheet issues. | 0.20 |
| 02/17/21 | SKL | Review latest debtor-to-debtor matrix provided by E. Nowakowski (Purdue) and began to prepare updates to the liquidation analysis accordingly. | 2.10 |
| 02/17/21 | SKL | Continue to finalize remaining updates to the liquidation analysis and update list of open items/questions accordingly. | 2.20 |
| 02/18/21 | JD | Review latest draft mark-up of the plan term sheet from the ad hoc committee. | 0.80 |
| 02/18/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to review latest update re: liquidation analysis and provide other plan related updates. | 0.20 |
| 02/18/21 | SKL | Review latest Flash report based on feedback/inquiry provided by the DPW team and prepare update accordingly. | 0.50 |
| 02/18/21 | ADD | Update BW P&L query to download dated for the liquidation analysis model. | 1.60 |
| 02/18/21 | JD | Review updated analysis and correspondence re: shareholder settlement. | 0.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 02/18/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to review latest update re: liquidation analysis and provide other plan related updates. | 0.20 |
| 02/18/21 | HSB | Review AHC materials and related financial details pertaining to Purdue business Plan | 0.30 |
| 02/19/21 | HSB | Review plan timeline draft obtained from DPW | 0.20 |
| 02/19/21 | HSB | Review shareholders' due diligence list | 0.20 |
| 02/19/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to review latest update re: liquidation analysis and provide other plan related updates. | 0.70 |
| 02/19/21 | JD | Review latest detailed confirmation timeline from DPW. | 0.40 |
| 02/19/21 | JD | Call with C. Robertson (DPW) re: open plan workstreams. | 0.20 |
| 02/19/21 | JD | Review updated analyses and correspondence from Bates White and DPW re: shareholder settlement. | 0.40 |
| 02/19/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to review latest update re: liquidation analysis and provide other plan related updates. | 0.70 |
| 02/19/21 | SKL | Continue to review latest updates provided re: due to/from associated companies and prepare updates to the liquidation analysis accordingly. | 2.30 |
| 02/19/21 | SKL | Continue to update the write-up to the liquidation analysis based on the latest updates made to the excel analysis. | 2.20 |
| 02/20/21 | JD | Review draft term sheet counter from PJT. | 0.60 |
| 02/21/21 | HSB | Review settlement analysis and related correspondence from DPW | 0.30 |
| 02/22/21 | JD | Call with M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. Lowne, M. Kesselman, R. Aleali (all Purdue), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT) re: minimum disbursements. | 1.00 |
| 02/22/21 | JD | Review latest mark up of the plan term sheet in comparison to the financial term sheet back and forth. | 1.00 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                  F 214.647.7501
Dallas, TX 75201            alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/22/21 | JD | Correspondence with DPW re: plan drafting related questions. | 0.30 |
| 02/22/21 | JD | Call with J. Turner (PJT) re: open plan items. | 0.40 |
| 02/22/21 | JD | Correspondence with PJT and DPW re: plan reserve amounts and forecasts. | 0.60 |
| 02/22/21 | JD | Provide comments on the updated plan confirmation term sheet. | 0.50 |
| 02/22/21 | HSB | Review terms of shareholder contributions and related analysis | 0.40 |
| 02/22/21 | HSB | Review draft of board presentation (related to investments) prepared by Purdue team and related updates to initial version | 1.50 |
| 02/22/21 | HSB | Review document from Davis Polk with estimated plan confirmation timeline | 0.40 |
| 02/22/21 | HSB | Review updates made by S. Lemack (AlixPartners) to Purdue presentations | 0.40 |
| 02/22/21 | HSB | Email J. DelConte (AlixPartners) re: plan related issues | 0.20 |
| 02/22/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to coordinate on all open plan related issues. | 1.00 |
| 02/22/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to coordinate on all open plan related issues. | 1.00 |
| 02/23/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items on the plan. | 0.70 |
| 02/23/21 | LJD | Call with B. Kaminetzy, M. Tobak, K. Benedict, M. Huebner, C. Robertson, M. Huebner (all DPW), M. Kesselman, R. Aleali (both Purdue), J. O'Connell, T. Melvin, J. Turner (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners) re: plan confirmation timeline. | 0.60 |
| 02/23/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items on the plan. | 0.70 |
| 02/23/21 | HSB | Call with B. Kaminetzy, M. Tobak, K. Benedict, M. Huebner, C. Robertson, M. Huebner (all DPW), M. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Kesselman, R. Aleali (both Purdue), J. O'Connell, T. Melvin, J. Turner (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners) re: plan confirmation timeline. | |
| 02/23/21 | JD | Call with B. Kaminetzy, M. Tobak, K. Benedict, M. Huebner, C. Robertson, M. Huebner (all DPW), M. Kesselman, R. Aleali (both Purdue), J. O'Connell, T. Melvin, J. Turner (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners) re: plan confirmation timeline. | 0.60 |
| 02/23/21 | JD | Provide comments on the latest financial term sheet counter from PJT. | 0.70 |
| 02/23/21 | JD | Review data room to find information on Rhodes pipeline products per DPW request. | 0.50 |
| 02/23/21 | JD | Provide comments on questions and answers for M. Kesselman (Purdue) on latest financial term sheet counter. | 0.40 |
| 02/23/21 | JD | Review comments from J. Lowne (Purdue) on latest financial term sheet counter. | 0.30 |
| 02/23/21 | JD | Provide comments on the latest shareholder contribution issues list from DPW. | 0.40 |
| 02/24/21 | JD | Call with M. Huebner (Davis Polk) re: various stakeholder discussions. | 0.30 |
| 02/24/21 | JD | Call with C. Robertson (Davis Polk) re: open plan related issues. | 0.20 |
| 02/24/21 | HSB | Review Purdue monthly flash report for relevant information related to ongoing plan discussions | 0.60 |
| 02/24/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss the liquidation analysis. | 0.30 |
| 02/24/21 | HSB | Review financial forecasts and potential minimum disbursements based on cash flow projections provided by Purdue | 0.80 |
| 02/24/21 | HSB | Review Purdue working capital needs based on cash flow forecasts and related analysis | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/24/21 | HSB | Review excel file from L. Scheinbach (Purdue) with Purdue financial data and checked for accuracy | 1.40 |
| 02/24/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss the liquidation analysis. | 0.30 |
| 02/24/21 | SKL | Meeting with E. Nowakowski (Purdue) to review and reconcile historical P&Ls per PJT request. | 0.50 |
| 02/24/21 | SKL | Review latest feedback provided from PJT re: historical P&L and begin pulling information accordingly. | 0.50 |
| 02/24/21 | SKL | Continue to review feedback provided re: intercompany matrix and update liquidation analysis accordingly. | 2.20 |
| 02/25/21 | SKL | Review latest feedback provided by E. Nowakowski re: due-to/from debtor accounts and prepared updates to the intercompany matrix in the liquidation analysis accordingly. | 2.30 |
| 02/25/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items in the plan and disclosure statement. | 0.40 |
| 02/25/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items in the plan and disclosure statement. | 0.40 |
| 02/25/21 | JD | Review analysis of various recovery sensitivities in relation to DOJ claim. | 0.30 |
| 02/25/21 | JD | Call with E. Vonnegut, K. Benedict, C. Robertson (all Davis Polk), J. Turner, T. Melvin (both PJT) re: DOJ claim analysis. | 0.40 |
| 02/26/21 | JD | Call with C. Robertson (Davis Polk) re: open plan issues. | 0.40 |
| 02/26/21 | JD | Review draft third party process rider for the disclosure statement. | 0.50 |
| 02/26/21 | HSB | Review drafts of Plan documents provided by Davis Polk | 1.80 |
| 02/26/21 | HSB | Review section of disclosure statement per request from Davis Polk and provided comments | 1.10 |
| 02/26/21 | HSB | Review due diligence (Plex) analysis and related materials in relation to review of section within disclosure statement | 1.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #  012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/26/21 | SKL | Review latest feedback provided re: conversion date, and updated the liquidation analysis accordingly. | 1.80 |
| 02/27/21 | HSB | Prepare excel worksheet with selected post-emergence cash flow forecasts | 1.20 |
| 02/27/21 | HSB | Review comparable examples of similar analysis for purposes of preparing post-emergence cash flow forecasts | 0.60 |
| 02/28/21 | JD | Mark-up third party process rider and send to Davis Polk and PJT. | 1.20 |
| 03/01/21 | ADD | Call with H. Bhattal, A. DePalma (both AlixPartners) re: ABL related due diligence (Ion) | 0.50 |
| 03/01/21 | HSB | Call with H. Bhattal, A. DePalma (both AlixPartners) re: ABL related due diligence (Ion) | 0.50 |
| 03/01/21 | HSB | Prepare excel file with forecasts for post emergence cash flows related to MDT and reviewed underlying Plan document draft | 1.60 |
| 03/01/21 | HSB | Prepare excel file with estimate wind down costs based on discussion with AlixPartners team | 1.40 |
| 03/01/21 | HSB | Review excel worksheet and selected relevant files for Project Ion | 0.80 |
| 03/01/21 | HSB | Review trade claims related info prepared by S. Lemack (AlixPartners) | 0.20 |
| 03/01/21 | HSB | Review trade claims related payments report prepared by A. DePalma (AlixPartners) | 0.30 |
| 03/01/21 | HSB | Review consolidated long term model provided by L. Scheinbach (Purdue) | 1.10 |
| 03/01/21 | HSB | Review updated business plan presentation provided by R. Aleali (Purdue) | 1.20 |
| 03/01/21 | HSB | Email S. Lemack (AlixPartners) re: various case related matters | 0.30 |
| 03/01/21 | SKL | Continue to finalize the liquidation analysis based on the recent updates provided by E. Nowakowski (Purdue). | 2.10 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/01/21 | SKL | Review latest board deck and business plan update decks and refresh for circulation to the creditor groups. | 2.20 |
| 03/01/21 | SKL | Prepare for and participate in meeting with E. Nowakowski (Purdue) to discuss intercompany matrix re: liquidation analysis. | 1.00 |
| 03/02/21 | SKL | Meeting with E. Nowakowski (Purdue) to discuss latest intercompany matrix re: liquidation analysis. | 0.70 |
| 03/02/21 | SKL | Review latest December financials and intercompany matrix provided by E. Nowakowski (Purdue) and update the liquidation analysis accordingly. | 1.80 |
| 03/02/21 | HSB | Review files from Milbank with illustrative analysis re: Plan related shareholder contributions | 0.80 |
| 03/02/21 | HSB | Review quarterly balance sheet and cash flow forecasts provided by L. Scheinbach (Purdue) | 0.80 |
| 03/02/21 | HSB | Review distribution agreements terms sheet prepared by Davis Polk | 0.40 |
| 03/02/21 | HSB | Review net asset report provided by Milbank | 0.90 |
| 03/02/21 | HSB | Review shareholder analysis provided by J. Ball (Debevoise) | 0.70 |
| 03/03/21 | HSB | Call with G. Koch, L. Nguyen, J. DelConte, H. Bhattal (all AlixPartners), Side A shareholder advisors, UCC and AHC advisors re: shareholder settlement agreement. | 0.60 |
| 03/03/21 | HSB | Update excel files with post emergence forecasts and reviewed related materials | 1.60 |
| 03/03/21 | HSB | Review updated business plan presentation provided by J. Lowne (Purdue) | 0.60 |
| 03/03/21 | HSB | Review latest pipeline info prepared by Purdue | 0.40 |
| 03/03/21 | HSB | Review draft of shareholder agreement for selected info based on call with creditors and shareholder parties | 1.20 |
| 03/03/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss the liquidation analysis and change of control process. | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/03/21 | LTN | Call with G. Koch, L. Nguyen, J. DelConte, H. Bhattal (all AlixPartners), Side A shareholder advisors, UCC and AHC advisors re: shareholder settlement agreement. | 0.60 |
| 03/03/21 | SKL | Continue to review latest BW financial query provided by E. Nowakowski (Purdue) and prepare updates to the liquidation analysis accordingly. | 1.60 |
| 03/03/21 | SKL | Review latest board deck provided by J. Lowne (Purdue) and prepared updated deck for the creditor groups accordingly. | 1.20 |
| 03/03/21 | SKL | Review latest distribution agreement information provided and prepared updated breakdown accordingly. | 1.30 |
| 03/03/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss the liquidation analysis and change of control process. | 0.20 |
| 03/03/21 | SKL | Meeting with E. Nowakowski and E. Flath (both Purdue) to discuss Rhodes intercompany matrix re: liquidation analysis. | 0.50 |
| 03/03/21 | SKL | Review latest Rhodes detail provided on the intercompany matrix and prepared updates analysis for morning meeting with Rhodes team. | 1.00 |
| 03/03/21 | JD | Call with J. Turner, T. Melvin (both PJT), C. Robertson (DPW) re: plan recoveries. | 0.30 |
| 03/03/21 | JD | Call with J. DelConte and G. Koch (both AlixPartners) re: shareholder diligence. | 0.20 |
| 03/03/21 | JD | Call with G. Koch, L. Nguyen, J. DelConte, H. Bhattal (all AlixPartners), Side A shareholder advisors, UCC and AHC advisors re: shareholder settlement agreement. | 0.60 |
| 03/03/21 | JD | Review shareholder materials in advance of shareholder call. | 0.60 |
| 03/03/21 | JD | Call with T. Melvin (PJT), C. Robertson, M. Huebner (both DPW) re: plan recoveries. | 0.30 |
| 03/03/21 | JD | Call with T. Melvin (PJT) re: plan recoveries and latest | 0.60 |

**AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     POR Development
Client/Matter #         012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | business plan iteration. | |
| 03/03/21 | GJK | Call with G. Koch, L. Nguyen, J. DelConte, H. Bhattal (all AlixPartners), Side A shareholder advisors, UCC and AHC advisors re: shareholder settlement agreement. | 0.60 |
| 03/03/21 | GJK | Call with J. DelConte and G. Koch (both AlixPartners) re: shareholder diligence. | 0.20 |
| 03/04/21 | JD | Call with J. DelConte, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners) to discuss Plan Emergence Obligations Analysis | 0.90 |
| 03/04/21 | JD | Meeting with E. Vonnegut, C. Robertson, S. Massman, Z. Levine, J. Arsic (all DPW), T. Melvin (PJT), J. Turner (PJT), H. Bhattal (AlixPartners), J. DelConte (AlixPartners), S. Lemack (AlixPartners) and L. Nguyen (AlixPartners) to discuss reserves and payments related to the plan. | 0.60 |
| 03/04/21 | JD | Call with J. Lowne (Purdue) re: plan negotiations. | 0.20 |
| 03/04/21 | JD | Review various diligence materials from Province re: shareholder collateral. | 0.40 |
| 03/04/21 | JD | Call with T. Melvin (PJT) and M. Huebner (DPW) re: plan recoveries. | 0.30 |
| 03/04/21 | JD | Review additional shareholder diligence materials from Debevoise. | 0.50 |
| 03/04/21 | JD | Call with S. Lemack, J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: wind down budgets and other open plan items. | 0.80 |
| 03/04/21 | JD | Call with J. Turner, T. Melvin, J. Arsic (all PJT) and J. Lowne (Purdue) re: latest plan counter. | 0.70 |
| 03/04/21 | SKL | Call with S. Lemack, J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: wind down budgets and other open plan items. | 0.80 |
| 03/04/21 | SKL | Work call with H. Bhattal, S. Lemack and L. Nguyen (AlixPartners) re: Emergence Date Cash report. | 0.60 |
| 03/04/21 | SKL | Meeting with E. Vonnegut, C. Robertson, S. Massman, Z. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Levine, J. Arsic (all DPW), T. Melvin (PJT), J. Turner (PJT), H. Bhattal (AlixPartners), J. DelConte (AlixPartners), S. Lemack (AlixPartners) and L. Nguyen (AlixPartners) to discuss reserves and payments related to the plan. | |
| 03/04/21 | SKL | Call with J. DelConte, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners) to discuss Plan Emergence Obligations Analysis | 0.90 |
| 03/04/21 | LTN | Call with J. DelConte, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners) to discuss Plan Emergence Obligations Analysis | 0.90 |
| 03/04/21 | LTN | Meeting with E. Vonnegut, C. Robertson, S. Massman, Z. Levine, J. Arsic (all DPW), T. Melvin (PJT), J. Turner (PJT), H. Bhattal (AlixPartners), J. DelConte (AlixPartners), S. Lemack (AlixPartners) and L. Nguyen (AlixPartners) to discuss reserves and payments related to the plan. | 0.60 |
| 03/04/21 | LTN | Work call with H. Bhattal, S. Lemack and L. Nguyen (AlixPartners) re: Emergence Date Cash report. | 0.60 |
| 03/04/21 | LTN | Format wind down cost reports and prepared the deck to circulate for internal review | 1.80 |
| 03/04/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) to finalize Emergence date Cash report to circulate to Davis Polk and PJT | 1.60 |
| 03/04/21 | LTN | Call with S. Lemack, J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: wind down budgets and other open plan items. | 0.80 |
| 03/04/21 | HSB | Call with S. Lemack, J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: wind down budgets and other open plan items. | 0.80 |
| 03/04/21 | HSB | Work call with H. Bhattal, S. Lemack and L. Nguyen (AlixPartners) re: Emergence Date Cash report. | 0.60 |
| 03/04/21 | HSB | Review and review draft of powerpoint doc with Plan related analysis prepared by L. Nguyen (AlixPartners) | 0.50 |
| 03/04/21 | HSB | Review multiple drafts of Plan document for plan related | 1.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | info related to Trusts and Reserves for estimating emergence date cash flows | |
| 03/04/21 | HSB | Review due diligence list prepared by M. Atkinson (Province) | 0.30 |
| 03/04/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) to finalize Emergence date Cash report to circulate to Davis Polk and PJT | 1.60 |
| 03/04/21 | HSB | Meeting with E. Vonnegut, C. Robertson, S. Massman, Z. Levine, J. Arsic (all DPW), T. Melvin (PJT), J. Turner (PJT), H. Bhattal (AlixPartners), J. DelConte (AlixPartners), S. Lemack (AlixPartners) and L. Nguyen (AlixPartners) to discuss reserves and payments related to the plan. | 0.60 |
| 03/04/21 | HSB | Call with J. DelConte, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners) to discuss Plan Emergence Obligations Analysis | 0.90 |
| 03/04/21 | ADD | Compile and format materials submitted in response to diligence request in preparation for production to the creditor committee. | 1.90 |
| 03/05/21 | ADD | Call with C. Robertson (DPW), S. Lemack, J. DelConte, H. Bhattal, A. DePalma (all AlixPartners) re: liquidation analysis. | 0.80 |
| 03/05/21 | ADD | Download updated financial data for the liquidation analysis. | 1.30 |
| 03/05/21 | ADD | Compile and format materials submitted in response to diligence request for upload to Project Ion data room. | 1.90 |
| 03/05/21 | HSB | Review presentation prepared by PJT re: plan related issues and reviewed against amounts per Purdue forecasts | 1.30 |
| 03/05/21 | HSB | Review excel file with liquidation analysis updates prepared by S. Lemack (AlixPartners) | 0.80 |
| 03/05/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss analysis of filed claims. | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 03/05/21 | HSB | Call with C. Robertson (DPW), S. Lemack, J. DelConte, H. Bhattal, A. DePalma (all AlixPartners) re: liquidation analysis. | 0.80 |
| 03/05/21 | HSB | Call with H. Bhattal, S. Lemack, L. Nguyen (all AlixPartners) to discuss Plan projections | 0.40 |
| 03/05/21 | HSB | Review shareholder due diligence list | 0.10 |
| 03/05/21 | HSB | Review Purdue financial forecasts prepared by J. Lowne (Purdue) | 0.50 |
| 03/05/21 | LTN | Review the updated Business Plan and financial projections provided by J. Lowne (Purdue) and updated POR write-up accordingly | 2.30 |
| 03/05/21 | LTN | Correspondence with C. Massman (DPW) re: Plan issues: Liabilities subject to compromise | 0.80 |
| 03/05/21 | LTN | Call with H. Bhattal, S. Lemack, L. Nguyen (all AlixPartners) to discuss Plan projections | 0.40 |
| 03/05/21 | SKL | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: Weekly update call | 0.70 |
| 03/05/21 | SKL | Call with C. Robertson (DPW) to discuss latest inquiry re: liquidation analysis. | 0.20 |
| 03/05/21 | SKL | Call with C. Robertson (DPW), S. Lemack, J. DelConte, H. Bhattal, A. DePalma (all AlixPartners) re: liquidation analysis. | 0.80 |
| 03/05/21 | SKL | Prepare updates to the liquidation analysis based on the latest feedback and comments provided by C. Robertson (DPW) prior to afternoon update meeting. | 2.30 |
| 03/05/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss analysis of filed claims. | 0.70 |
| 03/05/21 | SKL | Call with H. Bhattal, S. Lemack, L. Nguyen (all AlixPartners) to discuss Plan projections | 0.40 |
| 03/05/21 | JD | Review latest draft shareholder settlement agreement. | 0.50 |
| 03/05/21 | JD | Review and provide comments on the updated liquidation | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | analysis scenario from S. Lemack (AlixPartners) prior to call with Davis Polk. | |
| 03/05/21 | JD | Correspondence with PJT and Purdue management re: latest iteration of the plan term sheet counter. | 0.30 |
| 03/05/21 | JD | Review contribution hypotheticals analysis from Milbank. | 0.30 |
| 03/05/21 | JD | Review revised and prioritized shareholder request list from Province. | 0.30 |
| 03/05/21 | JD | Call with C. Robertson (DPW), S. Lemack, J. DelConte, H. Bhattal, A. DePalma (all AlixPartners) re: liquidation analysis. | 0.80 |
| 03/06/21 | JD | Review breakdown of Side A assets from L. Nguyen (AlixPartners). | 0.30 |
| 03/06/21 | JD | Correspondence with PJT re: plan exhibits. | 0.30 |
| 03/06/21 | HSB | Review excel files with financial forecasts prepared by Purdue | 0.70 |
| 03/07/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest updates regarding liquidation analysis. | 0.30 |
| 03/07/21 | HSB | Review liquidation analysis updates prepared by S. Lemack (AlixPartners) | 0.80 |
| 03/07/21 | JD | Review and provide comments on the latest iterations of the liquidation analysis from S. Lemack (AlixPartners). | 1.70 |
| 03/07/21 | JD | Review and provide comments on various changes to the disclosure statement. | 0.30 |
| 03/07/21 | SKL | Continue to update the liquidation analysis with the latest updates provided from the DPW team. | 2.40 |
| 03/07/21 | SKL | Finalize remaining updates to the liquidation analysis and circulate internally for final sign-off. | 2.10 |
| 03/07/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest updates regarding liquidation analysis. | 0.30 |
| 03/08/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to open plan of reorganization and disclosure statement | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | items. | |
| 03/08/21 | SKL | Call with C. Robertson (DPW), J. DelConte, H. Bhattal, S. Lemack and A. DePalma (all AlixPartners) re: liquidation analysis. | 0.90 |
| 03/08/21 | SKL | Continue to finalize remaining list of updates to the liquidation analysis for DPW review. | 2.40 |
| 03/08/21 | SKL | Finalize updates to scenarios 1-4 of the liquidation analysis re: shareholder proceeds. | 2.00 |
| 03/08/21 | SKL | Finalize updates to scenarios 1-4 of the liquidation analysis re: insurance proceeds and circulate internally for additional sign-off. | 2.40 |
| 03/08/21 | HSB | Call with C. Robertson (DPW), J. DelConte, H. Bhattal, S. Lemack and A. DePalma (all AlixPartners) re: liquidation analysis. | 0.90 |
| 03/08/21 | HSB | Review multiple drafts of the liquidation analysis updates prepared by S. Lemack (AlixPartners) | 1.40 |
| 03/08/21 | HSB | Review board materials prepared by PJT Partners re: Plan related issues | 0.80 |
| 03/08/21 | HSB | Review draft of contribution agreement prepared by Davis Polk | 1.20 |
| 03/08/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to open plan of reorganization and disclosure statement items. | 0.90 |
| 03/08/21 | HSB | Review illustrative collar calculations re: settlement agreement diligence | 0.60 |
| 03/08/21 | ADD | Call with C. Robertson (DPW), J. DelConte, H. Bhattal, S. Lemack and A. DePalma (all AlixPartners) re: liquidation analysis. | 0.90 |
| 03/08/21 | JD | Review and provide comments on updated term sheet pages. | 0.30 |
| 03/08/21 | JD | Call with C. Robertson (DPW), J. DelConte, H. Bhattal, S. Lemack and A. DePalma (all AlixPartners) re: liquidation | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | analysis. | |
| 03/08/21 | JD | Review the latest iteration of the liquidation analysis in advance of the call. | 0.70 |
| 03/08/21 | JD | Review A side payment group net asset summary from L. Nguyen and G. Koch (both AlixPartners). | 0.50 |
| 03/08/21 | JD | Review correspondence from the UCC and G. Koch (AlixPartners) re: shareholder diligence and process go forward. | 0.40 |
| 03/08/21 | JD | Provide comments on updated liquidation analysis following our call this afternoon. | 0.70 |
| 03/09/21 | JD | Correspondence with Davis Polk, Purdue management and PJT re: latest AHC term sheet counter and next steps. | 0.80 |
| 03/09/21 | JD | Call with J. Lowne (Purdue) open plan and disclosure statement issues. | 0.20 |
| 03/09/21 | JD | Call with C. Robertson (DPW), H. Bhattal, J. DelConte, S. Lemack, A. DePalma (all AlixPartners) re: updated liquidation analysis. | 0.60 |
| 03/09/21 | JD | Review latest liquidation analysis iteration from S. Lemack (AlixPartners). | 0.50 |
| 03/09/21 | JD | Call with C. Robertson (DPW) re: liquidation analysis. | 0.20 |
| 03/09/21 | JD | Correspondence with Davis Polk and G. Koch (AlixPartners) re: shareholder settlement agreement collar structure. | 0.60 |
| 03/09/21 | ADD | Call with C. Robertson (DPW), H. Bhattal, J. DelConte, S. Lemack, A. DePalma (all AlixPartners) re: updated liquidation analysis. | 0.60 |
| 03/09/21 | HSB | Review latest draft of term sheet proposal with plan related issues | 0.40 |
| 03/09/21 | HSB | Review updated changes to settlement agreement provided by Davis Polk | 0.70 |
| 03/09/21 | HSB | Review updated plan related analysis received from PJT | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Partners | |
| 03/09/21 | HSB | Review diligence materials (Project Ion) for uploading to dataroom | 0.30 |
| 03/09/21 | HSB | Update versions of the emergence cash analysis draft | 0.90 |
| 03/09/21 | HSB | Review email discussion re: settlement agreement diligence | 0.20 |
| 03/09/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: updates to MDT Emergence cash deck | 0.50 |
| 03/09/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss liquidation analysis | 0.50 |
| 03/09/21 | HSB | Review multiple drafts of the liquidation analysis updates prepared by S. Lemack (AlixPartners) | 1.80 |
| 03/09/21 | HSB | Call with C. Robertson (DPW), H. Bhattal, J. DelConte, S. Lemack, A. DePalma (all AlixPartners) re: updated liquidation analysis. | 0.60 |
| 03/09/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: updates to MDT Emergence cash deck | 0.50 |
| 03/09/21 | SKL | Prepare additional scenario for the liquidation analysis based on the latest feedback and info from C. Robertson (DPW). | 2.30 |
| 03/09/21 | SKL | Finalize updates scenarios 1-4 of the liquidation analysis and circulate updated breakdown and deck to C. Robertson (DPW) for additional review. | 2.40 |
| 03/09/21 | SKL | Call with C. Robertson (DPW) to discuss latest updates and open items re: liquidation analysis. | 0.50 |
| 03/09/21 | SKL | Prepare updated accrued expense in investment in associated company breakdowns for E. Nowakowski (Purdue) to provide additional updates on. | 1.20 |
| 03/09/21 | SKL | Call with C. Robertson (DPW), H. Bhattal, J. DelConte, S. Lemack, A. DePalma (all AlixPartners) re: updated liquidation analysis. | 0.60 |
| 03/09/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #  012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | discuss liquidation analysis | |
| 03/10/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss the latest disclosure statement open items. | 0.30 |
| 03/10/21 | SKL | Review latest feedback provided from the DPW team re: liquidation analysis and prepare updates to the analysis and write-up accordingly. | 2.40 |
| 03/10/21 | SKL | Finalize additional updates to the liquidation analysis based on the latest discussion and feedback provided from C. Robertson (DPW). | 2.40 |
| 03/10/21 | SKL | Finalize updated breakdown of liquidation analysis scenarios and prepare updated deck for additional review and sign-off. | 2.40 |
| 03/10/21 | LTN | Revise MDT Emergence cash deck based on S. Massman and C. Robetson (DPW) feedback | 1.20 |
| 03/10/21 | HSB | Review latest draft of the liquidation analysis prepared by S. Lemack (AlixPartners) | 0.50 |
| 03/10/21 | HSB | Review Purdue's updated business plan and financial projections | 0.60 |
| 03/10/21 | HSB | Review PJT's summary of cash flow forecasts provided by M. Thomas (PJT Partners) | 0.20 |
| 03/10/21 | HSB | Review shareholder settlement agreement related details | 0.80 |
| 03/10/21 | HSB | Review balance sheet and cash flow projections provided by J. Lowne (Purdue) | 1.30 |
| 03/10/21 | HSB | Review Purdue's financial statement deck for Jan 2021, prepared by J. Lowne (Purdue) | 1.40 |
| 03/10/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss the latest disclosure statement open items. | 0.30 |
| 03/10/21 | HSB | Review settlement agreement payment structure under various assumptions | 0.20 |
| 03/10/21 | JD | Call with J. Weiner (DPW) re: shareholder settlement term sheet. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/10/21 | JD | Review and provide comments on draft liquidation analysis presentation from Davis Polk. | 0.70 |
| 03/11/21 | JD | Meeting with C. Robertson, K. Bennedict, D. Klein, D. Consla, M. Tobak (all DPW), J. DelConte (AlixPartners), H. Bhattal (AlixPartners) and S. Lemack (AlixPartners) to discuss latest updates and open items related to the liquidation analysis. | 1.10 |
| 03/11/21 | JD | Meeting with R. Aleali (Purdue), M. Kesselman (Purdue), M. Huebner (DPW), E. Vonnegut (DPW), C. Robertson (DPW), S. Massman (DPW), Z. Levine (DPW), H. Coleman (Dechert), J. Turner (PJT), T. Melvin (PJT), J. DelConte (AlixPartners), H. Bhattal (AlixPartners), and S. Lemack (AlixPartners) to discuss latest updates and open items related to the plan filing. | 1.60 |
| 03/11/21 | JD | Review operating parameters term sheet response from FTI and Houlihan. | 0.50 |
| 03/11/21 | HSB | Meeting with C. Robertson, K. Bennedict, D. Klein, D. Consla, M. Tobak (all DPW), J. DelConte (AlixPartners), H. Bhattal (AlixPartners) and S. Lemack (AlixPartners) to discuss latest updates and open items related to the liquidation analysis. | 1.10 |
| 03/11/21 | HSB | Meeting with R. Aleali (Purdue), M. Kesselman (Purdue), M. Huebner (DPW), E. Vonnegut (DPW), C. Robertson (DPW), S. Massman (DPW), Z. Levine (DPW), H. Coleman (Dechert), J. Turner (PJT), T. Melvin (PJT), J. DelConte (AlixPartners), H. Bhattal (AlixPartners), and S. Lemack (AlixPartners) to discuss latest updates and open items related to the plan filing. | 1.60 |
| 03/11/21 | HSB | Review latest draft of liquidation analysis prepared by S. Lemack (AlixPartners) | 0.40 |
| 03/11/21 | HSB | Prepare summary of financial info and Debtor details for liquidation analysis | 0.60 |
| 03/11/21 | HSB | Review select sections of latest draft of Plan document provided by Davis Polk | 1.20 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 03/11/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss the latest liquidation analysis. | 0.30 |
| 03/11/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: A side and B-side net asset value | 0.20 |
| 03/11/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss the latest liquidation analysis. | 0.30 |
| 03/11/21 | SKL | Meeting with C. Robertson, K. Bennedict, D. Klein, D. Consla, M. Tobak (all DPW), J. DelConte (AlixPartners), H. Bhattal (AlixPartners) and S. Lemack (AlixPartners) to discuss latest updates and open items related to the liquidation analysis. | 1.10 |
| 03/11/21 | SKL | Meeting with R. Aleali (Purdue), M. Kesselman (Purdue), M. Huebner (DPW), E. Vonnegut (DPW), C. Robertson (DPW), S. Massman (DPW), Z. Levine (DPW), H. Coleman (Dechert), J. Turner (PJT), T. Melvin (PJT), J. DelConte (AlixPartners), H. Bhattal (AlixPartners), and S. Lemack (AlixPartners) to discuss latest updates and open items related to the plan filing. | 1.60 |
| 03/12/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open disclosure statement items. | 0.20 |
| 03/12/21 | SKL | Begin review of the latest draft of the disclosure statement prior to filing and provide updated notes accordingly. | 1.40 |
| 03/12/21 | JD | Review and provide comments on draft disclosure statement. | 1.30 |
| 03/12/21 | JD | Call with all creditor committee advisors, J. DelConte, G. Koch, H. Bhattal, L. Nguyen (all AlixPartners) re: Side B diligence. | 0.70 |
| 03/12/21 | JD | Correspondence with Davis Polk re: GUC class treatment. | 0.30 |
| 03/12/21 | JD | Call with H. Schenk, A. Benjamin, H. Sun (all Houlihan), T. Melvin (PJT) re: term sheet updates. | 0.60 |
| 03/12/21 | GJK | Call with all creditor committee advisors, J. DelConte, G. Koch, H. Bhattal, L. Nguyen (all AlixPartners) re: Side B | 0.70 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
|      |            | diligence. |  |
| 03/12/21 | GJK | Review second half of Disclosure Statement. | 1.60 |
| 03/12/21 | GJK | Review first half of draft Disclosure Statement. | 1.80 |
| 03/12/21 | HSB | Review Shareholder assets analysis prepared by L. Nguyen (AlixPartners) | 0.40 |
| 03/12/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open disclosure statement items. | 0.20 |
| 03/12/21 | HSB | Review latest draft of Plan related analysis prepared by PJT Partners | 0.20 |
| 03/12/21 | LTN | Correspondence with J. Lowne (Purdue) re: upfront premium insurance | 0.30 |
| 03/12/21 | LTN | Call with all creditor committee advisors, J. DelConte, G. Koch, H. Bhattal, L. Nguyen (all AlixPartners) re: Side B diligence. | 0.70 |
| 03/12/21 | HSB | Continue reviewing latest draft of Plan DS prepared by Davis Polk and prepared list of comments | 2.10 |
| 03/12/21 | HSB | Call with all creditor committee advisors, J. DelConte, G. Koch, H. Bhattal, L. Nguyen (all AlixPartners) re: Side B diligence. | 0.70 |
| 03/13/21 | ADD | Call with M. Huebner, A. Libby, E. Vonnegut, C. Robertson, Z. Levine, S. Massman (all DPW), M. Kesselman, J. Lowne, R. Aleali (all Purdue), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT), S. Birnbaum, H. Coleman (both Dechert), J. DelConte, H. Bhattal, A. DePalma, S. Lemack (all AlixPartners) re: open plan filing issues and plan to filing on Monday. | 2.00 |
| 03/13/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss the latest liquidation analysis. | 0.70 |
| 03/13/21 | HSB | Call with M. Huebner, A. Libby, E. Vonnegut, C. Robertson, Z. Levine, S. Massman (all DPW), M. Kesselman, J. Lowne, R. Aleali (all Purdue), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT), S. Birnbaum, H. Coleman (both Dechert), J. DelConte, H. Bhattal, A. | 2.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #  012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | DePalma, S. Lemack (all AlixPartners) re: open plan filing issues and plan to filing on Monday. | |
| 03/13/21 | HSB | Review latest draft of Plan DS prepared by Davis Polk | 1.50 |
| 03/13/21 | GJK | Prepare notes and comments on Disclosure Statement. | 1.50 |
| 03/13/21 | GJK | Draft email to AlixPartners team with feedback on Disclosure Statement. | 0.60 |
| 03/13/21 | JD | Call with M. Huebner, A. Libby, E. Vonnegut, C. Robertson, Z. Levine, S. Massman (all DPW), M. Kesselman, J. Lowne, R. Aleali (all Purdue), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT), S. Birnbaum, H. Coleman (both Dechert), J. DelConte, H. Bhattal, A. DePalma, S. Lemack (all AlixPartners) re: open plan filing issues and plan to filing on Monday. | 2.00 |
| 03/13/21 | JD | Call with M. Kesselman, R. Aleali (both Purdue), S. Birnbaum (Dechert), J. Turner (PJT), M. Huebner, E. Vonnegut, C. Robertson, S. Massman (all DPW) re: certain open plan issues. | 1.40 |
| 03/13/21 | JD | Correspondence with Davis Polk re: GUC class treatment. | 0.40 |
| 03/13/21 | SKL | Finalize review of the latest draft of the disclosure statement and circulate notes/feedback to the AlixPartners team accordingly. | 0.60 |
| 03/13/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss the latest liquidation analysis. | 0.70 |
| 03/13/21 | SKL | Call with M. Huebner, A. Libby, E. Vonnegut, C. Robertson, Z. Levine, S. Massman (all DPW), M. Kesselman, J. Lowne, R. Aleali (all Purdue), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT), S. Birnbaum, H. Coleman (both Dechert), J. DelConte, H. Bhattal, A. DePalma, S. Lemack (all AlixPartners) re: open plan filing issues and plan to filing on Monday. | 2.00 |
| 03/13/21 | SKL | Finalize update related to the latest Purdue business plan deck and update supporting analysis for circulation to creditor groups. | 2.70 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #  012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 03/14/21 | JD | Call with J. Turner (PJT) re: post-AHC call feedback and next steps. | 0.50 |
| 03/14/21 | JD | Continue review of plan and disclosure statement. | 0.80 |
| 03/14/21 | JD | Call with J. Lowne (Purdue) re: plan and disclosure statement questions. | 0.20 |
| 03/14/21 | JD | Call with J. Turner (PJT) re: AHC term sheet feedback. | 0.30 |
| 03/14/21 | GJK | Follow up with C. Robertson (DPW) re: Disclosure Statement. | 0.30 |
| 03/14/21 | HSB | Review selected sections of the latest draft of Plan DS prepared by Davis Polk based on recent discussions | 1.00 |
| 03/15/21 | HSB | Review two versions of the draft of Plan DS prepared by Davis Polk based on recent discussions | 2.30 |
| 03/15/21 | ADD | Review draft disclosure statement and submit proposed comments for review. | 2.80 |
| 03/15/21 | ADD | Compile comments and make red line-edits for Davis Polk's review. | 1.10 |
| 03/15/21 | HSB | Review comments related to disclosure statement draft | 0.10 |
| 03/15/21 | JD | Correspondence with Davis Polk and PJT re: unrestricted cash and excess cash sweep language in the plan and disclosure statements. | 0.60 |
| 03/15/21 | JD | Review the latest drafts of the plan and disclosure statement. | 1.70 |
| 03/15/21 | JD | Call with E. Vonnegut, C. Robertson, Z. Levine, S. Massman (all DPW), C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT) re: latest plan term discussion. | 1.70 |
| 03/15/21 | JD | Call with J. Weiner (DPW) re: shareholder agreement. | 0.10 |
| 03/15/21 | JD | Call with J. Lowne (Purdue) re: plan and disclosure statement update. | 0.20 |
| 03/15/21 | JD | Call with Z. Levine, S. Massman (both DPW), J. Turner, T. Melvin, J. Arsic, L. Schwarzmann (all PJT) re: latest term | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     POR Development
Client/Matter #         012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | sheet discussions. | |
| 03/15/21 | JD | Call with C. Robertson (DPW) re: open plan items. | 0.20 |
| 03/15/21 | JD | Call with C. Robertson (DPW) re: update on plan negotiations. | 0.10 |
| 03/15/21 | JD | Review and provide comments and edits to the latest plan term sheet on go forward operating parameters. | 0.50 |
| 03/15/21 | JD | Review comments from the team on various parts of the disclosure statement. | 0.40 |
| 03/15/21 | JD | Correspondence with Davis Polk and PJT re: comments on the plan and disclosure statement. | 1.30 |
| 03/15/21 | JD | Correspondence with PJT and Davis Polk re: plan distribution amounts in the plan. | 0.30 |
| 03/15/21 | JD | Review disclosure statement comments from AlixPartners team and PJT. | 1.00 |
| 03/15/21 | SKL | Continue to finalize updates to scenario 4 of the liquidation analysis re: valuation of ANDAs and insurance proceeds. | 2.10 |
| 03/16/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss various matters related to the liquidation analysis. | 0.30 |
| 03/16/21 | JD | Review final plan and disclosure statement filed with the court. | 0.80 |
| 03/16/21 | GJK | Call with J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), J. Weiner, A. Libby, C. Robertson, E. Hwang (all DPW) re: shareholder agreement. | 0.40 |
| 03/16/21 | HSB | Review liquidation analysis related issues | 0.40 |
| 03/16/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss various matters related to the liquidation analysis. | 0.30 |
| 03/16/21 | LTN | Call with J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), J. Weiner, A. Libby, C. Robertson, E. Hwang (all DPW) re: shareholder agreement. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  POR Development
Client/Matter #      012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 03/16/21 | HSB | Call with J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), J. Weiner, A. Libby, C. Robertson, E. Hwang (all DPW) re: shareholder agreement. | 0.40 |
| 03/16/21 | JD | Call with J. Weiner (DPW) re: shareholder agreement. | 0.10 |
| 03/16/21 | JD | Call with J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), J. Weiner, A. Libby, C. Robertson, E. Hwang (all DPW) re: shareholder agreement. | 0.40 |
| 03/17/21 | JD | Review and provide comments on list of valuation related items included in the latest version of the liquidation analysis. | 0.40 |
| 03/17/21 | JD | Review and provide comments on draft addendum. | 0.30 |
| 03/17/21 | HSB | Call with R. Schnitzler, T. Melvin (both PJT), S. Lemack, H. Bhattal (both AlixPartners) to discuss liquidation analysis | 0.70 |
| 03/17/21 | HSB | Review latest version of plan projections and made updates to assumptions based on recent developments | 0.70 |
| 03/17/21 | HSB | Review Plan DS prepared by Davis Polk based on recent discussions | 1.70 |
| 03/17/21 | HSB | Meeting with T. Melvin (PJT), R. Schnitzler (PJT), H. Bhattal (AlixPartners) and S. Lemack (AlixPartners) to discuss open items related to the liquidation analysis. | 0.70 |
| 03/17/21 | SKL | Review latest feedback provided by the PJT team and updated the open items list and analysis accordingly. | 2.30 |
| 03/17/21 | SKL | Finalize updates to the liquidation analysis based on the feedback provided by the PJT team and prepare update to team for additional review. | 2.10 |
| 03/17/21 | SKL | Call with R. Schnitzler, T. Melvin (both PJT), S. Lemack, H. Bhattal (both AlixPartners) to discuss liquidation analysis | 0.70 |
| 03/17/21 | SKL | Meeting with T. Melvin (PJT), R. Schnitzler (PJT), H. | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Bhattal (AlixPartners) and S. Lemack (AlixPartners) to discuss open items related to the liquidation analysis. | |
| 03/18/21 | SKL | Meeting with S. Lemack, H. Bhattal, A. DePalma, J. DelConte (all AlixPartners) re: updated liquidation analysis. | 0.50 |
| 03/18/21 | SKL | Review latest feedback provided by PJT re: shareholder proceeds and updated the liquidation analysis accordingly. | 2.10 |
| 03/18/21 | SKL | Prepare updates to the liquidation analysis based on the latest feedback provided by E. Nowakowski (Purdue) and follow-up internally for additional sign-off. | 1.50 |
| 03/18/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) to financial projections exhibit. | 1.30 |
| 03/18/21 | LTN | Update financial projections based on feedback from J. DelConte, H. Bhattal (both AlixPartners) | 2.40 |
| 03/18/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) to financial projections exhibit. | 1.30 |
| 03/18/21 | HSB | Meeting with S. Lemack, H. Bhattal, A. DePalma, J. DelConte (all AlixPartners) re: updated liquidation analysis. | 0.50 |
| 03/18/21 | HSB | Update excel analysis with financial projections based on model prepared by J. Lowne (Purdue) and updated related write up | 2.40 |
| 03/18/21 | HSB | Made additional revisions to excel worksheet with Plan related forecasts based on model prepared by Purdue management | 2.00 |
| 03/18/21 | HSB | Review financial model prepared by J. Lowne (Purdue) and reconciled amounts with PJT analysis | 1.50 |
| 03/18/21 | HSB | Review updated financial model prepared by J. Lowne (Purdue) and reviewed updates | 0.80 |
| 03/18/21 | ADD | Meeting with S. Lemack, H. Bhattal, A. DePalma, J. DelConte (all AlixPartners) re: updated liquidation | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | analysis. | |
| 03/18/21 | JD | Review updated draft financial projections exhibit and provide comments re: same. | 0.80 |
| 03/18/21 | JD | Meeting with S. Lemack, H. Bhattal, A. DePalma, J. DelConte (all AlixPartners) re: updated liquidation analysis. | 0.50 |
| 03/18/21 | JD | Review the latest consolidated model from the company for purposes of creating the financial projections exhibit. | 0.70 |
| 03/18/21 | JD | Review and provide comments on draft term sheet summary for management prepared by PJT. | 0.50 |
| 03/19/21 | JD | Call with C. Robertson (DPW), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: updated liquidation analysis. | 0.80 |
| 03/19/21 | JD | Call with H. Bhattal, L. Nguyen, J. DelConte (all AlixPartners) re: updated financial projections exhibit. | 1.10 |
| 03/19/21 | JD | Review and provide comments on the latest financial projections exhibit. | 0.60 |
| 03/19/21 | JD | Call among J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: updates to plan projection | 0.50 |
| 03/19/21 | ADD | Call with C. Robertson (DPW), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: updated liquidation analysis. | 0.80 |
| 03/19/21 | HSB | Call with C. Robertson (DPW), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: updated liquidation analysis. | 0.80 |
| 03/19/21 | HSB | Call among J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: updates to plan projection | 0.50 |
| 03/19/21 | HSB | Update excel worksheet with Plan related forecasts based on model prepared by Purdue management | 2.50 |
| 03/19/21 | HSB | Review email correspondence related to shareholder settlement agreement and related diligence materials | 0.40 |
| 03/19/21 | LTN | Call among J. DelConte, H. Bhattal, L. Nguyen (all | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners) re: updates to plan projection | |
| 03/19/21 | LTN | Call with Deutsche Bank, AHC advisors, UCC advisors, J. Arsic (PJT), J. DelConte, G. Koch, L. Nguyen (all AlixPartners) re: Mundipharma sale process. | 0.50 |
| 03/19/21 | LTN | Continue to update plan projections based on internal feedback | 1.10 |
| 03/19/21 | LTN | Call with H. Bhattal, L. Nguyen, J. DelConte (all AlixPartners) re: updated financial projections exhibit. | 1.10 |
| 03/19/21 | HSB | Call with H. Bhattal, L. Nguyen, J. DelConte (all AlixPartners) re: updated financial projections exhibit. | 1.10 |
| 03/19/21 | SKL | Call with C. Robertson (DPW), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: updated liquidation analysis. | 0.80 |
| 03/22/21 | SKL | Call with J. DelConte, S. Lemack, H. Bhattal, A. DePalma (all AlixPartners), D. Fogel (Purdue) re: liquidation analysis. | 0.40 |
| 03/22/21 | JD | Call with J. DelConte, S. Lemack, H. Bhattal, A. DePalma (all AlixPartners), D. Fogel (Purdue) re: liquidation analysis. | 0.40 |
| 03/22/21 | JD | Review and provide comments on third party financing materials. | 0.30 |
| 03/22/21 | HSB | Review contribution agreement related materials obtained from Davis Polk | 1.80 |
| 03/22/21 | HSB | Review DS exhibit draft prepared by L. Nguyen (AlixPartners) | 0.40 |
| 03/22/21 | HSB | Review diligence materials prepared by A. DePalma (AlixPartners) relating to DOJ request | 0.20 |
| 03/22/21 | HSB | Review relevant sections of the disclosure statement | 1.10 |
| 03/22/21 | HSB | Call with J. DelConte, S. Lemack, H. Bhattal, A. DePalma (all AlixPartners), D. Fogel (Purdue) re: liquidation analysis. | 0.40 |
| 03/22/21 | ADD | Call with J. DelConte, S. Lemack, H. Bhattal, A. DePalma | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | (all AlixPartners), D. Fogel (Purdue) re: liquidation analysis. | |
| 03/23/21 | HSB | Review latest version of excel workbook with Purdue's financial forecasts | 2.00 |
| 03/23/21 | HSB | Call with L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), M. Huebner, C. Robertson, D. Klein (all DPW), J. Turner, T. Melvin, R. Schnitzler, J. Arsic (all PJT) re: weekly advisors meeting to catch up and plan for the week. | 0.90 |
| 03/23/21 | HSB | Update excel worksheets with drafts of financial forecasts for inclusion in exhibits to DS | 2.40 |
| 03/23/21 | HSB | Review excel analysis with plan projections updated by L. Nguyen (AlixPartners) | 1.20 |
| 03/23/21 | HSB | Review comments provided by C. Robertson (DPW) on liquidation analysis | 0.30 |
| 03/23/21 | HSB | Call with H. Bhattal, L. Nguyen (AlixPartners) re: updates to Plan projections | 1.10 |
| 03/23/21 | HSB | Review Purdue financial projections | 0.30 |
| 03/23/21 | LTN | Call with H. Bhattal, L. Nguyen (AlixPartners) re: updates to Plan projections | 1.10 |
| 03/23/21 | LTN | Revise Plan projection model and write-up based on updates from J. DelConte (AlixPartners) | 1.20 |
| 03/23/21 | JD | Call with J. Turner (PJT) and M. Huebner (DPW) re: shareholder settlement agreement. | 0.20 |
| 03/23/21 | JD | Call with J. DelConte, G. Koch (both AlixPartners) and J. Turner (PJT) re: shareholder agreement. | 0.30 |
| 03/23/21 | JD | Review and provide comments to the latest version of the financial projections exhibit for the disclosure statement. | 0.80 |
| 03/23/21 | JD | Correspondence with Purdue management re: financial projections exhibit. | 0.40 |
| 03/23/21 | JD | Review revised shareholder settlement agreement from Milbank. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/23/21 | JD | Review comments on the liquidation analysis from Davis Polk. | 0.40 |
| 03/23/21 | GJK | Call with J. DelConte, G. Koch (both AlixPartners) and J. Turner (PJT) re: shareholder agreement. | 0.30 |
| 03/24/21 | JD | Correspondence with Davis Polk, S. Lemack and H. Bhattal (both AlixPartners) re: latest liquidation analysis. | 0.40 |
| 03/24/21 | JD | Review latest financial projections exhibit following comments from Purdue management and PJT. | 0.40 |
| 03/24/21 | SKL | Prepare and finalize updates to the liquidation analysis re: failure to supply costs. | 1.20 |
| 03/24/21 | SKL | Prepare updates to the accrued liabilities section of the liquidation analysis and circulate updates summary accordingly. | 1.90 |
| 03/24/21 | SKL | Finalize remaining updates to the liquidation analysis re: professional fees and claim resolution costs and circulate updated analysis to C. Robertson (DPW). | 1.40 |
| 03/24/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items related to the liquidation analysis. | 0.90 |
| 03/24/21 | LTN | Review feedback for Plan projection provided by J. Lowne (Purdue) and updated accordingly | 1.10 |
| 03/24/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: updates to the plan projection | 0.30 |
| 03/24/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: updates to the plan projection | 0.30 |
| 03/24/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items related to the liquidation analysis. | 0.90 |
| 03/24/21 | HSB | Review draft of valuation analysis (partial analysis provided by PJT Partners) and provided comments. | 1.60 |
| 03/24/21 | HSB | Review Debtors' financial projections and cash flow forecasts for Q1 2021 | 0.40 |
| 03/24/21 | HSB | Review updated version of liquidation analysis prepared by S. Lemack (AlixPartners) | 0.30 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/25/21 | HSB | Call with C. Robertson, D. Klein, D. Consla (all DPW), R. Schnitzler, J. Turner, T. Melvin, J. Arsic (all PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: liquidation analysis. | 0.50 |
| 03/25/21 | HSB | Review Purdue's financial statement forecasts and March business plan update with regards to updates to drafts of disclosure statement exhibits | 1.10 |
| 03/25/21 | HSB | Review latest liquidation analysis draft in preparation for meeting with Davis Polk to discuss assumptions | 0.80 |
| 03/25/21 | HSB | Review email correspondence from Davis Polk re: Case related matters | 0.20 |
| 03/25/21 | HSB | Prepare draft of material for Purdue Board meeting | 1.80 |
| 03/25/21 | HSB | Research comparable transactions for Plan related assumptions related to disclosure statement exhibits and emailed info to Davis Polk and AlixPartners teams | 1.60 |
| 03/25/21 | JD | Call with C. Robertson, D. Klein, D. Consla (all DPW), R. Schnitzler, J. Turner, T. Melvin, J. Arsic (all PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: liquidation analysis. | 0.50 |
| 03/25/21 | JD | Review management comments on the financial projections exhibit. | 0.30 |
| 03/25/21 | JD | Review details of debt secured by insurance litigation proceeds. | 0.50 |
| 03/25/21 | JD | Review Side A group 3&4 proposals and compare against existing financial information. | 0.30 |
| 03/25/21 | JD | Review the latest version of the liquidation analysis in advance of the call with PJT and Davis Polk. | 0.80 |
| 03/25/21 | JD | Call with C. Robertson (DPW) re: liquidation analysis. | 0.30 |
| 03/25/21 | SKL | Call with C. Robertson, D. Klein, D. Consla (all DPW), R. Schnitzler, J. Turner, T. Melvin, J. Arsic (all PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: liquidation analysis. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/25/21 | SKL | Finalize updates to the liquidation analysis based on the latest DPW feedback re: shareholder proceeds. | 1.30 |
| 03/25/21 | SKL | Finalize updates to the liquidation analysis based on the latest DPW feedback re: insurance proceeds. | 0.90 |
| 03/25/21 | SKL | Finalize updates to the liquidation analysis based on the latest DPW feedback re: chapter 7 trustee and estate costs.. | 1.50 |
| 03/25/21 | JD | Call with J. Lowne (Purdue) re: disclosure statement exhibits. | 0.30 |
| 03/25/21 | JD | Call with J. O'Connell, J. Turner, R. Schnitzler, T. Melvin, J. Arsic (all PJT), J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, C. Robertson, D. Klein, D. Consla (all DPW) re: PJT valuation exhibit walk through. | 0.90 |
| 03/26/21 | SKL | Begin preparing updated liquidation analysis deck for next week's board call. | 1.30 |
| 03/26/21 | SKL | Call with M. Huebner, C. Robertson, D. Consla (all DPW), J. DelConte, L. Donahue, S. Lemack, H. Bhattal (all AlixPartners), T. Melvin, R. Schnitzler, J. Arsic (all PJT) re: liquidation analysis. | 1.00 |
| 03/26/21 | LJD | Call with M. Huebner, C. Robertson, D. Consla (all DPW), J. DelConte, L. Donahue, S. Lemack, H. Bhattal (all AlixPartners), T. Melvin, R. Schnitzler, J. Arsic (all PJT) re: liquidation analysis. | 1.00 |
| 03/26/21 | JD | Call with M. Huebner, C. Robertson, D. Consla (all DPW), J. DelConte, L. Donahue, S. Lemack, H. Bhattal (all AlixPartners), T. Melvin, R. Schnitzler, J. Arsic (all PJT) re: liquidation analysis. | 1.00 |
| 03/26/21 | JD | Call with C. Robertson (DPW) re: liquidation analysis. | 0.20 |
| 03/26/21 | JD | Call with T. Melvin (PJT) re: disclosure statement exhibits. | 0.20 |
| 03/26/21 | JD | Call with J. Lowne (Purdue) re: projections exhibit. | 0.20 |
| 03/26/21 | JD | Call with DOJ, G. Coutts, H. Schenk (Houlihan), M. Diaz, B. Bromberg (FTI), S. Gilbert (Gilbert), D. Molton (Brown | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #  012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Rudnick), K. Eckstein, R. Ringer (both Kramer Levin), T. Melvin (PJT), M. Huebner (DPW) re: DOJ unsecured claim. | |
| 03/26/21 | JD | Call with T. Melvin (PJT) re: recap post DOJ call. | 0.30 |
| 03/26/21 | JD | Review financial projections exhibit comments from PJT and prepare responses re: same. | 0.80 |
| 03/26/21 | JD | Review and edit a recap of the DOJ call from PJT to send around to the Purdue management team. | 0.80 |
| 03/26/21 | JD | Correspondence with Davis Polk and PJT re: MDT and wind down reserve analysis. | 0.30 |
| 03/26/21 | JD | Review latest liquidation analysis summary from Davis Polk. | 0.40 |
| 03/26/21 | HSB | Call with M. Huebner, C. Robertson, D. Consla (all DPW), J. DelConte, L. Donahue, S. Lemack, H. Bhattal (all AlixPartners), T. Melvin, R. Schnitzler, J. Arsic (all PJT) re: liquidation analysis. | 1.00 |
| 03/26/21 | HSB | Review liquidation analysis assumptions prior to call with Davis Polk team | 0.40 |
| 03/26/21 | HSB | Continue preparing draft of Purdue Plan related materials for Purdue Board meeting | 1.20 |
| 03/26/21 | HSB | Review Sackler Contribution agreement and collateral info related materials | 0.80 |
| 03/26/21 | HSB | Review relevant sections of Purdue's Disclosure Statement with regards to ongoing analysis | 0.70 |
| 03/26/21 | HSB | Review draft document with detailed valuation analysis prepared by PJT Partners | 1.30 |
| 03/26/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) to update the plan projection | 0.90 |
| 03/26/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) to update the plan projection | 0.90 |
| 03/26/21 | LTN | Review revised Plan projection write-up and updated the report | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/26/21 | HSB | Review Mundipharma cash tax modeling schedules prepared by KPMG | 0.90 |
| 03/27/21 | LTN | Call with G. Coutts, H. Schenk, A. Benjamin (all HL), M. Atkinson (Province), R. Ringer (Kramer Levin), S. Gilbert (Gilbert), M. Diaz (FTI), A. Libby, J. Weiner, S. Massman, D. Consla (all DPW), G. Koch, H. Bhattal, L. Nguyen (all AlixPartners) and multiple other advisors re: Shareholder Settlement related issues | 1.60 |
| 03/27/21 | HSB | Call with G. Coutts, H. Schenk, A. Benjamin (all HL), M. Atkinson (Province), R. Ringer (Kramer Levin), S. Gilbert (Gilbert), M. Diaz (FTI), A. Libby, J. Weiner, S. Massman, D. Consla (all DPW), G. Koch, H. Bhattal, L. Nguyen (all AlixPartners) and multiple other advisors re: Shareholder Settlement related issues | 1.60 |
| 03/27/21 | GJK | Call with G. Coutts, H. Schenk, A. Benjamin (all HL), M. Atkinson (Province), R. Ringer (Kramer Levin), S. Gilbert (Gilbert), M. Diaz (FTI), A. Libby, J. Weiner, S. Massman, D. Consla (all DPW), G. Koch, H. Bhattal, L. Nguyen (all AlixPartners) and multiple other advisors re: Shareholder Settlement related issues | 1.60 |
| 03/28/21 | SKL | Finalize latest updates provided by C. Robertson (DPW) to the liquidation analysis and circulate updated analysis internally. | 2.40 |
| 03/28/21 | HSB | Review comments from Davis Polk on Plan Projections and documented suggested changes | 1.20 |
| 03/29/21 | HSB | Review Purdue financial statement projections and compared draft versions for accuracy and revisions | 2.00 |
| 03/29/21 | HSB | Call with H. Bhattal, S. Lemack, J. DelConte (all AlixPartners), C. Robertson (DPW) re: liquidation analysis. | 0.30 |
| 03/29/21 | HSB | Review DS exhibit excel worksheets with Plan Projections prepared by L. Nguyen (AlixPartners) | 0.90 |
| 03/29/21 | HSB | Review DS exhibit assumptions documentation for Plan | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     POR Development
Client/Matter #         012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Projections prepared by L. Nguyen (AlixPartners) | |
| 03/29/21 | ADD | Call among J. DelConte, H. Bhattal, S. Lemack, L. Nguyen, A. DePalma (all AlixPartners) to discuss latest updates to the plan projection and liquidation analysis deck. | 0.70 |
| 03/29/21 | JD | Call with J. Lowne (Purdue) re: disclosure statement exhibits. | 0.30 |
| 03/29/21 | JD | Call with J. DelConte and G. Koch (both AlixPartners) re: shareholder agreement. | 0.30 |
| 03/29/21 | JD | Meeting with J. DelConte, H. Bhattal (both AlixPartners) re: disclosure statement exhibits. | 0.70 |
| 03/29/21 | JD | Call with H. Bhattal, S. Lemack, J. DelConte (all AlixPartners), C. Robertson (DPW) re: liquidation analysis. | 0.30 |
| 03/29/21 | JD | Call among J. DelConte, H. Bhattal, S. Lemack, L. Nguyen, A. DePalma (all AlixPartners) to discuss latest updates to the plan projection and liquidation analysis deck. | 0.70 |
| 03/29/21 | JD | Call with J. DelConte, H. Bhattal and L. Nguyen (all AlixPartners) re: financial projections exhibit. | 0.60 |
| 03/29/21 | JD | Review Davis Polk financial projections exhibit comments and provide responses re: same. | 0.70 |
| 03/29/21 | HSB | Meeting with J. DelConte, H. Bhattal (both AlixPartners) re: disclosure statement exhibits. | 0.70 |
| 03/29/21 | HSB | Call among J. DelConte, H. Bhattal, S. Lemack, L. Nguyen, A. DePalma (all AlixPartners) to discuss latest updates to the plan projection and liquidation analysis deck. | 0.70 |
| 03/29/21 | HSB | Call with J. DelConte, H. Bhattal and L. Nguyen (all AlixPartners) re: financial projections exhibit. | 0.60 |
| 03/29/21 | HSB | Continue making revisions to Plan exhibits based on comments from Davis Polk & Purdue teams and reviewed | 2.10 |

**AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | related information | |
| 03/29/21 | HSB | Review updates to liquidation analysis made by S. Lemack (AlixPartners) | 0.60 |
| 03/29/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss updates to drafts of DS exhibits and Board presentation materials | 0.60 |
| 03/29/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss updates to drafts of DS exhibit | 0.60 |
| 03/29/21 | LTN | Finalize OCP report for February activities and circulated to Davis Polk | 0.60 |
| 03/29/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss updates to drafts of DS exhibit | 0.60 |
| 03/29/21 | LTN | Call among J. DelConte, H. Bhattal, S. Lemack, L. Nguyen, A. DePalma (all AlixPartners) to discuss latest updates to the plan projection and liquidation analysis deck. | 0.70 |
| 03/29/21 | LTN | Call with J. DelConte, H. Bhattal and L. Nguyen (all AlixPartners) re: financial projections exhibit. | 0.60 |
| 03/29/21 | LTN | Call with C. MacDonald (Purdue) to reconcile OCP February invoices | 0.50 |
| 03/29/21 | LTN | Revise Plan projection write-up and model based on feedback from J. DelConte, H. Bhattal (both AlixPartners) | 0.40 |
| 03/29/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss updates to drafts of DS exhibits and Board presentation materials | 0.60 |
| 03/29/21 | SKL | Call among J. DelConte, H. Bhattal, S. Lemack, L. Nguyen, A. DePalma (all AlixPartners) to discuss latest updates to the plan projection and liquidation analysis deck. | 0.70 |
| 03/29/21 | SKL | Call with H. Bhattal, S. Lemack, J. DelConte (all AlixPartners), C. Robertson (DPW) re: liquidation analysis. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | POR Development |
|---|---|
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 03/29/21 | SKL | Prepare updated list of assumptions and exhibits re: liquidation analysis, for the upcoming BOD meeting. | 2.40 |
| 03/29/21 | SKL | Prepare consolidated deck re: liquidation analysis and plan projections, and circulate deck internally for additional sign-off. | 2.30 |
| 03/29/21 | SKL | Prepare updates to the liquidation analysis based on the latest feedback provided re: accrued expenses and shareholder proceeds | 1.90 |
| 03/29/21 | SKL | Continue to finalize updates to the plan projections/liquidation analysis deck and circulate internally. | 1.50 |
| 03/29/21 | NAS | Review 3/23 draft of Master Disbursement Trust Settlement Agreement. | 2.90 |
| 03/29/21 | NAS | Model payment terms of 3/23 draft of Master Disbursement Trust Settlement Agreement. | 2.80 |
| 03/29/21 | GJK | Call with J. DelConte and G. Koch (both AlixPartners) re: shareholder agreement. | 0.30 |
| 03/30/21 | NAS | Build model for Net Proceeds definition from latest draft of Settlement Agreement. | 1.90 |
| 03/30/21 | NAS | Build model for Section 2 of latest draft of Settlement Agreement. | 2.90 |
| 03/30/21 | NAS | Review prior diligence materials related to Purdue Settlement Agreement. | 0.70 |
| 03/30/21 | NAS | Draft comments from review of revised Purdue Settlement Agreement. | 0.80 |
| 03/30/21 | SKL | Prepare updates to the liquidation analysis re: shareholder proceeds distribution. | 1.30 |
| 03/30/21 | SKL | Prepare updates to the liquidation analysis re: professional fee calculation and distribution. | 1.10 |
| 03/30/21 | SKL | Prepare updates to the liquidation analysis re: wind-down and estate costs and distributions | 1.80 |
| 03/30/21 | SKL | Prepare and finalize additional updates to the liquidation | 2.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | analysis deck and circulate internally for final sign-off. | |
| 03/30/21 | SKL | Review latest feedback provided by J. DelConte (AlixPartners) and refresh the liquidation analysis deck accordingly. | 2.00 |
| 03/30/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss updates to drafts of DS exhibits and Board presentation materials | 0.60 |
| 03/30/21 | SKL | Call with J. Lowne, E. Nowakowski (Purdue), J. DelConte, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners), C. Robertson, S. Massman, Z. Levine (all DPW), T. Melvin, R. Schnitzler (both PJT) re: plan projections exhibit. | 0.70 |
| 03/30/21 | SKL | Call with J. DelConte, H. Bhattal, S. Lemack and L. Nguyen (all AlixPartners) re: disclosure statement exhibits. | 1.00 |
| 03/30/21 | JD | Call with T. Melvin (PJT) re: open plan issues. | 0.50 |
| 03/30/21 | JD | Call with C. Robertson (DPW) and T. Melvin (PJT) re: plan issues. | 0.30 |
| 03/30/21 | JD | Review and provide comments on latest liquidation analysis. | 0.50 |
| 03/30/21 | JD | Review and provide comments on the latest financial projections exhibit. | 0.80 |
| 03/30/21 | JD | Call with J. Lowne, E. Nowakowski (Purdue), J. DelConte, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners), C. Robertson, S. Massman, Z. Levine (all DPW), T. Melvin, R. Schnitzler (both PJT) re: plan projections exhibit. | 0.70 |
| 03/30/21 | JD | Call with J. DelConte, H. Bhattal, S. Lemack and L. Nguyen (all AlixPartners) re: disclosure statement exhibits. | 1.00 |
| 03/30/21 | JD | Call with L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners), J. O'Connell, T. Melvin, R. Schnitzler, L. Schwarzmann, J. Arsic (all PJT), M. Huebner, C. Robertson, D. Consla, D. Klein (all DPW) re: weekly professionals catch up and planning meeting. | 0.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 03/30/21 | LTN | Continue updates to plan projection write-up and model based on feedback from J. DelConte, H. Bhattal (AlixPartners) | 0.30 |
| 03/30/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss updates to drafts of DS exhibit | 0.60 |
| 03/30/21 | LTN | Call with J. DelConte, H. Bhattal, S. Lemack and L. Nguyen (all AlixPartners) re: disclosure statement exhibits. | 1.00 |
| 03/30/21 | LTN | Call with J. Lowne, E. Nowakowski (Purdue), J. DelConte, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners), C. Robertson, S. Massman, Z. Levine (all DPW), T. Melvin, R. Schnitzler (both PJT) re: plan projections exhibit. | 0.70 |
| 03/30/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss updates to drafts of DS exhibit | 0.60 |
| 03/30/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss updates to drafts of DS exhibits and Board presentation materials | 0.60 |
| 03/30/21 | HSB | Continue making revisions to DS Plan Projections exhibit based on comments from Davis Polk & Purdue teams and reviewed related information | 0.90 |
| 03/30/21 | HSB | Review liquidation analysis updates made by S. Lemack (AlixPartners) | 0.60 |
| 03/30/21 | HSB | Review multiple version of powerpoint board document prepared by S. Lemack (AlixPartners) and underlying excel files | 2.40 |
| 03/30/21 | HSB | Call with J. Lowne, E. Nowakowski (Purdue), J. DelConte, H. Bhattal, L. Nguyen, S. Lemack (all AlixPartners), C. Robertson, S. Massman, Z. Levine (all DPW), T. Melvin, R. Schnitzler (both PJT) re: plan projections exhibit. | 0.70 |
| 03/30/21 | HSB | Call with J. DelConte, H. Bhattal, S. Lemack and L. Nguyen (all AlixPartners) re: disclosure statement exhibits. | 1.00 |
| 03/30/21 | HSB | Call with L. Scheinbach (Purdue) to discuss | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  POR Development
Client/Matter #      012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | management's Plan Projections exhibit | |
| 03/31/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: board deck discussions. | 0.30 |
| 03/31/21 | HSB | Review email correspondence with proposals and materials related to shareholder settlement agreement | 0.60 |
| 03/31/21 | HSB | Review draft of disclosure statement valuation exhibit and related materials prepared by PJT Partners | 0.40 |
| 03/31/21 | HSB | Review relevant sections of disclosure statement | 0.50 |
| 03/31/21 | HSB | Review latest version of liquidation analysis and related board presentation materials updated by S. Lemack (AlixPartners) | 0.60 |
| 03/31/21 | JD | Review liquidation analysis comments from J. Lowne (Purdue). | 0.40 |
| 03/31/21 | JD | Call with J. Lowne (Purdue) re: liquidation analysis. | 0.30 |
| 03/31/21 | SKL | Update the assumption slides of the liquidation analysis deck and circulate internally for additional feedback. | 0.70 |
| 03/31/21 | SKL | Continue to finalize updates to the plan projections/liquidation analysis deck in preparation for today's board call. | 2.40 |
| 03/31/21 | SKL | Update today's board deck with the latest comments and feedback provided by C. Robertson (DPW) and circulate to the full team. | 0.80 |
| 03/31/21 | SKL | Finalize updates to the liquidation analysis and update today's board deck accordingly. | 1.20 |
| 03/31/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: board deck discussions. | 0.30 |
| 03/31/21 | SKL | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal, S. Lemack (partial attendance) (all AlixPartners), S. Birnbaum | 1.70 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | (Dechert) | |
| 03/31/21 | SKL | Finalize BOD deck for today's meeting and circulate latest version to R. Aleali (Purdue). | 1.60 |
| 04/01/21 | SKL | Correspondence with A. DePalma (AlixPartners) re: BW query and updated financials re: liquidation analysis. | 0.20 |
| 04/01/21 | SKL | Review latest February financial report provided by B. Sielert (Purdue) and prepare updates to the liquidation analysis accordingly. | 2.30 |
| 04/01/21 | SKL | Continue to finalize updates to the liquidation analysis based on the February financials provided by B. Sielert (Purdue). | 1.80 |
| 04/01/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest updates re: liquidation analysis. | 0.40 |
| 04/01/21 | GJK | Follow up from Side A Family call including review of diligence related to proposals. | 1.30 |
| 04/01/21 | GJK | Call among G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), A. Libby (DPW), J. Ball (Debevoise), G. Coutts, H. Schenk, A. Benjamin (all Houlihan), M. Atkinson (Province), R. Ringer (Kramer Levin), S. Gilbert (Gilbert), M. Diaz (FTI) re: A-side family group credit support proposal | 1.00 |
| 04/01/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest updates re: liquidation analysis. | 0.40 |
| 04/01/21 | HSB | Review email correspondence with proposals and materials related to shareholder settlement agreement | 0.20 |
| 04/01/21 | HSB | Call among G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), A. Libby (DPW), J. Ball (Debevoise), G. Coutts, H. Schenk, A. Benjamin (all Houlihan), M. Atkinson (Province), R. Ringer (Kramer Levin), S. Gilbert (Gilbert), M. Diaz (FTI) re: A-side family group credit support proposal | 1.00 |
| 04/01/21 | LTN | Call among G. Koch, H. Bhattal, L. Nguyen (all AlixPartners), A. Libby (DPW), J. Ball (Debevoise), G. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Coutts, H. Schenk, A. Benjamin (all Houlihan), M. Atkinson (Province), R. Ringer (Kramer Levin), S. Gilbert (Gilbert), M. Diaz (FTI) re: A-side family group credit support proposal | |
| 04/02/21 | GJK | Prepare update on Trust Diligence and Settlement Agreement for AlixPartners team. | 0.50 |
| 04/02/21 | GJK | Read through of proposed updates to Settlement Agreement language. | 1.80 |
| 04/02/21 | SKL | Finalize updates to the liquidation analysis and prepare a reconciliation of February financials to the latest flash report. | 2.10 |
| 04/02/21 | SKL | Update the waterfall analysis in the liquidation analysis based on the latest financials. | 2.10 |
| 04/02/21 | SKL | Prepare updated list of open items and follow-up requests following financial updates to the liquidation analysis. | 1.00 |
| 04/03/21 | GJK | Review of revised Settlement Agreement language (ongoing). | 1.90 |
| 04/04/21 | GJK | Review updated definitions in draft Settlement Agreement. | 0.40 |
| 04/04/21 | GJK | Assess impact of revised definitions for draft Settlement Agreement on Settlement modeling. | 0.70 |
| 04/04/21 | GJK | Review revised 2.01 language in draft Settlement Agreement. | 0.70 |
| 04/04/21 | GJK | Assess impact of 2.01 edits for draft Settlement Agreement on Settlement modeling. | 1.10 |
| 04/04/21 | GJK | Review revised 2.06 language in draft Settlement Agreement. | 0.50 |
| 04/04/21 | GJK | Assess impact of edits to 2.06 in Settlement Agreement on Settlement modeling. | 0.60 |
| 04/05/21 | GJK | Review notes from L. Nguyen (AlixPartners) on revisions to Settlement Agreement by DPW. | 0.70 |
| 04/05/21 | GJK | Plan for next steps in Side A Family diligence re: asset | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 POR Development
Client/Matter #     012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | testing. | |
| 04/05/21 | GJK | Outline needs for update presentation re: Settlement Agreement per email from A. Libby (DPW). | 0.40 |
| 04/05/21 | SKL | Meeting with J. DelConte, H. Bhattal, A. DePalma, S. Lemack (all AlixPartners) to debrief following liquidation analysis discussion and discuss next steps | 0.40 |
| 04/05/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items re: liquidation analysis. | 0.30 |
| 04/05/21 | SKL | Finalize updates to the February financials in the liquidation analysis and circulate updated file accordingly. | 2.60 |
| 04/05/21 | SKL | Finalize updates to the claim class breakdown in the liquidation analysis following updates to the financials. | 2.10 |
| 04/05/21 | SKL | Begin updates to the A/R and Inventory assumptions following morning liquidation analysis meeting with J. Lowne (Purdue). | 1.80 |
| 04/05/21 | SKL | Call with J. Lowne, E. Nowakowski (both Purdue), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: liquidation analysis. | 1.10 |
| 04/05/21 | SKL | Meeting with A. DePalma, S. Lemack (both AlixPartners) to discuss open items re: liquidation analysis. | 0.20 |
| 04/05/21 | JD | Catch up call with T. Melvin (PJT) re: DOJ offer. | 0.40 |
| 04/05/21 | JD | Call with T. Melvin (PJT) re: other open plan issues. | 0.20 |
| 04/05/21 | JD | Call with J. Lowne, E. Nowakowski (both Purdue), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: liquidation analysis. | 1.10 |
| 04/05/21 | JD | Call with C. Robertson (DPW) re: liquidation analysis. | 0.30 |
| 04/05/21 | JD | Meeting with J. DelConte, H. Bhattal, A. DePalma, S. Lemack (all AlixPartners) to debrief following liquidation analysis discussion and discuss next steps | 0.40 |
| 04/05/21 | LTN | Revise the latest MDT based on feedback from J. DelConte (AlixPartners) and circulated to external advisors | 0.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          POR Development
Client/Matter #              012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 04/05/21 | ADD | Call with J. Lowne, E. Nowakowski (both Purdue), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: liquidation analysis. | 1.10 |
| 04/05/21 | ADD | Meeting with A. DePalma, S. Lemack (both AlixPartners) to discuss open items re: liquidation analysis. | 0.20 |
| 04/05/21 | ADD | Meeting with J. DelConte, H. Bhattal, A. DePalma, S. Lemack (all AlixPartners) to debrief following liquidation analysis discussion and discuss next steps | 0.40 |
| 04/05/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items re: liquidation analysis. | 0.30 |
| 04/05/21 | HSB | Correspondence with L. Nguyen (AlixPartners) re: plan projections | 0.20 |
| 04/05/21 | HSB | Research recent cases for comparable plan related assumptions with regards to Purdue's Plan | 1.30 |
| 04/05/21 | HSB | Review due diligence materials (DOJ related) prepared by Purdue team. | 0.90 |
| 04/05/21 | HSB | Review latest draft of liquidation analysis prepared by S. Lemack (AlixPartners) | 0.80 |
| 04/05/21 | HSB | Meeting with J. DelConte, H. Bhattal, A. DePalma, S. Lemack (all AlixPartners) to debrief following liquidation analysis discussion and discuss next steps | 0.40 |
| 04/05/21 | HSB | Call with J. Lowne, E. Nowakowski (both Purdue), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: liquidation analysis. | 1.10 |
| 04/06/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items re: liquidation analysis. | 0.30 |
| 04/06/21 | HSB | Review email correspondence related to various Purdue reports | 0.10 |
| 04/06/21 | HSB | Review status of various Purdue cash reports | 0.20 |
| 04/06/21 | LTN | Continue to review the revised article 2 settlement agreement and finalized comments to J. Weiner (DPW) | 2.80 |
| 04/06/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          POR Development
Client/Matter #              012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | discuss open items re: liquidation analysis. | |
| 04/06/21 | SKL | Review latest feedback re: investments in associated companies and prepare updates to the liquidation analysis accordingly. | 1.40 |
| 04/06/21 | GJK | Brainstorm potential recommendations for Side A Family credit support. | 0.70 |
| 04/06/21 | GJK | Assess Side A Family Group 1 Credit Support Proposal locations and composition. | 0.70 |
| 04/06/21 | GJK | Review Side A Family Group 1 Credit Support Proposal. | 0.80 |
| 04/06/21 | GJK | Review Side A Family Group 3 Credit Support Proposal. | 0.80 |
| 04/06/21 | GJK | Assess Side A Family Group 3 Credit Support Proposal locations and composition. | 0.90 |
| 04/07/21 | GJK | Review Side A Family Group 6 Credit Support Proposal. | 0.90 |
| 04/07/21 | GJK | Review Side A Family Group 7 Credit Support Proposal. | 0.80 |
| 04/07/21 | GJK | Assess Side A Family Group 7 Credit Support Proposal locations and composition. | 1.20 |
| 04/07/21 | GJK | Assess Side A Family Group 6 Credit Support Proposal locations and composition. | 0.80 |
| 04/07/21 | GJK | Assess Side A Family Group 5 Credit Support Proposal locations and composition. | 1.00 |
| 04/07/21 | GJK | Review Side A Family Group 5 Credit Support Proposal. | 0.70 |
| 04/07/21 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss updates related to the liquidation analysis. | 0.50 |
| 04/07/21 | HSB | Review most current draft of liquidation analysis | 1.30 |
| 04/07/21 | HSB | Correspondence with L. Nguyen (AlixPartners) to discuss plan projections | 0.40 |
| 04/07/21 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss updates related to the liquidation analysis. | 0.50 |
| 04/08/21 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss latest open items to the liquidation analysis. | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  POR Development
Client/Matter #      012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 04/08/21 | HSB | Review Purdue's financial model and related analysis for inclusion into DS exhibits | 1.80 |
| 04/08/21 | HSB | Review relevant sections of the Purdue disclosure statement | 0.90 |
| 04/08/21 | HSB | Review most current draft of plan projections with regards to request from AdHoc committee advisors | 0.20 |
| 04/08/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to work on Article 2 settlement model | 1.10 |
| 04/08/21 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss latest open items to the liquidation analysis. | 0.20 |
| 04/08/21 | SKL | Review latest feedback re: finished goods balances and prepare updates to the liquidation analysis accordingly. | 1.50 |
| 04/08/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to work on Article 2 settlement model | 1.10 |
| 04/08/21 | GJK | Review sampling method for Side A Family testing developed by L. Nguyen (AlixPartners) | 0.40 |
| 04/08/21 | GJK | Review updated "how to build" guide for Settlement Agreement developed by L. Nguyen (AlixPartners) for sharing with DPW. | 0.90 |
| 04/08/21 | GJK | Review Advanced Contribution language in Settlement Agreement. | 0.70 |
| 04/09/21 | GJK | Review open issues re: Sackler Family diligence for Side A and Side B. | 0.80 |
| 04/09/21 | SKL | Finalize updates to the liquidation re: accrued expenses. | 1.60 |
| 04/09/21 | JD | Edit the latest version of the plan projections exhibit before having it sent around to the broader team. | 1.30 |
| 04/09/21 | LTN | Revise Plan Projection based on the latest feedback from J. DelConte (AlixPartners) | 0.40 |
| 04/09/21 | HSB | Review relevant sections of the Purdue disclosure statement | 0.40 |
| 04/09/21 | HSB | Review draft of Feb flash report for Purdue prepared by L. | 1.10 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Nguyen (AlixPartners) | |
| 04/09/21 | HSB | Email L. Nguyen (AlixPartners) re: DS exhibits | 0.10 |
| 04/09/21 | HSB | Review due diligence materials (Proj Ion) prepared by Purdue team. | 0.80 |
| 04/09/21 | HSB | Review latest draft of Plan Projections write-up prepared by L. Nguyen (AlixPartners) | 0.50 |
| 04/09/21 | ADD | Download updated data for liquidation analysis. | 1.40 |
| 04/11/21 | HSB | Review most current draft of DS exhibits prepared by S. Lemack (AlixPartners) | 0.60 |
| 04/11/21 | SKL | Finalize updates to the finished goods section of the liquidation analysis based on the latest feedback provided by J. Carlisle (Purdue). | 2.40 |
| 04/11/21 | SKL | Continue to finalize updates to the inventory section of the liquidation analysis based on the latest updates provided by J. Carlisle (Purdue) and circulate updated summary internally for additional feedback/comments. | 2.10 |
| 04/12/21 | SKL | Prepare updates to the PPE section of the liquidation analysis based on the latest detail provided by R. Ullman (Purdue). | 1.10 |
| 04/12/21 | SKL | Finalize updates to the liquidation analysis and circulate updated analysis for additional review. | 1.80 |
| 04/12/21 | SKL | Prepare updates to the professional fee section of the liquidation analysis and prepare two different versions depending on the assumptions taken. | 1.90 |
| 04/12/21 | SKL | Finalize updates to the claim recoveries section of the liquidation analysis and circulate updated feedback internally for additional review. | 1.70 |
| 04/12/21 | JD | Review Side A credit proposal term sheet covering 7 of 8 pods from Debevoise | 1.60 |
| 04/12/21 | JD | Provide comments on the latest liquidation analysis in advance of discussion with Davis Polk tomorrow. | 0.80 |
| 04/12/21 | JD | Correspondence with S. Lemack and H. Bhattal (both | 0.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | AlixPartners) re: liquidation analysis comments. | |
| 04/12/21 | JD | Review updated liquidation analysis following my requested edits were pushed through. | 0.30 |
| 04/12/21 | GJK | Review scenarios in Settlement Agreement based on Family Office model. | 1.20 |
| 04/12/21 | GJK | Review collectibles in Side A family groups as potential route to placing liens. | 0.70 |
| 04/12/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to debrief on DPW discussion re: Settlement Agreement. | 0.30 |
| 04/12/21 | GJK | Review cash accounts by location by family group for Side A. | 1.10 |
| 04/12/21 | GJK | Review updated credit support proposal for Side A Family. | 0.70 |
| 04/12/21 | GJK | Follow up with Province and FTI re: Settlement Agreement edits; email "how to build" guide. | 0.30 |
| 04/12/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss Side B collateral and Side A credit support. | 0.90 |
| 04/12/21 | HSB | Review updated versions of DS exhibits prepared by S. Lemack (AlixPartners) | 0.40 |
| 04/12/21 | HSB | Review shareholder settlement agreement related documents obtained from J. Ball (Debevoise) including additional collateral details and draft of proposed term sheet | 1.60 |
| 04/12/21 | HSB | Continue reviewing shareholder settlement agreement related documents including additional collateral details and draft of proposed term sheet ahead of call to discuss proposals | 0.50 |
| 04/12/21 | ADD | Download data for liquidation analysis update. | 1.10 |
| 04/12/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss Side B collateral and Side A credit support. | 0.90 |
| 04/12/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to debrief on DPW discussion re: Settlement Agreement. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/12/21 | HSB | Review most current version of liquidation analysis DS exhibit | 1.10 |
| 04/12/21 | HSB | Review email correspondence and related materials in response to diligence request from DOJ | 0.30 |
| 04/13/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss DS exhibit and related matters | 0.40 |
| 04/13/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) re: updates to group 2 & 8 credit proposal | 0.20 |
| 04/13/21 | ADD | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) and C. Robertson (DPW) re: final draft liquidation analysis. | 0.80 |
| 04/13/21 | JD | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) and C. Robertson (DPW) re: final draft liquidation analysis. | 0.80 |
| 04/13/21 | HSB | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) and C. Robertson (DPW) re: final draft liquidation analysis. | 0.80 |
| 04/13/21 | HSB | Meeting with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest updates to the liquidation analysis. | 0.30 |
| 04/13/21 | HSB | Review Purdue shareholder settlement related materials | 1.70 |
| 04/13/21 | GJK | Review notes from call with Debevoise re: Sackler Family Side A proposals. | 0.60 |
| 04/13/21 | GJK | Review ICSP and ACSP contributions in Settlement Agreement. | 0.80 |
| 04/13/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) re: updates to group 2 & 8 credit proposal | 0.20 |
| 04/13/21 | GJK | Review Family Side A Group 5 proposed trusts compared to March 1, 2021 Family update. | 0.70 |
| 04/13/21 | GJK | Review Family Side A Group 6 proposed trusts compared to March 1, 2021 Family update. | 0.80 |
| 04/13/21 | GJK | Review Family Side A Group 7 proposed trusts compared to March 1, 2021 Family update. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            POR Development
Client/Matter #     012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/13/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss DS exhibit and related matters | 0.40 |
| 04/13/21 | SKL | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) and C. Robertson (DPW) re: final draft liquidation analysis. | 0.80 |
| 04/13/21 | SKL | Update the liquidation analysis with the latest assumptions re: PBGC and claim detail and circulate update internally for additional review. | 2.30 |
| 04/13/21 | SKL | Finalize remaining updates to the liquidation analysis re: recoveries on A/R and finished goods and circulate updated file internally. | 2.50 |
| 04/13/21 | SKL | Meeting with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest updates to the liquidation analysis. | 0.30 |
| 04/13/21 | SKL | Meeting with E. Nowakowski (Purdue) to discuss latest intercompany matrix re: liquidation analysis. | 0.90 |
| 04/14/21 | SKL | Finalize remaining updates to the liquidation analysis and circulate updated file to C. Robertson (DPW) for additional sign-off. | 1.20 |
| 04/14/21 | SKL | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) and C. Robertson (DPW) re: finalize liquidation analysis. | 0.60 |
| 04/14/21 | SKL | Finalize additional updates to the liquidation analysis prior to morning meeting with C. Robertson (DPW). | 1.20 |
| 04/14/21 | SKL | Update the liquidation analysis with the Accrued Bonus info from the 09/30 financials as a placeholder. | 1.30 |
| 04/14/21 | JD | Correspondence with Purdue management re: financial projections exhibit to the disclosure statement. | 0.40 |
| 04/14/21 | JD | Review latest pension calculations from Fidelity in relation to the liquidation analysis. | 0.40 |
| 04/14/21 | JD | Provide comments on the latest draft Projections Exhibit to be shared with the AHC advisors. | 0.70 |
| 04/14/21 | JD | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | (all AlixPartners) and C. Robertson (DPW) re: finalize liquidation analysis. | |
| 04/14/21 | JD | Call with G. Koch, J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: Settlement agreement economics presentation. | 0.60 |
| 04/14/21 | GJK | Identify potential options for improving security position with Side A Family pods. | 0.80 |
| 04/14/21 | GJK | Assess Tier 2 and Tier 3 obligation structure in Sackler Family Side A proposals. | 0.70 |
| 04/14/21 | GJK | Follow up on open diligence items impact on credit support for Side B and Side A. | 1.30 |
| 04/14/21 | GJK | Outline needs for update presentation re: Settlement Agreement per email from A. Libby (DPW). | 0.40 |
| 04/14/21 | GJK | Call with G. Koch, J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: Settlement agreement economics presentation. | 0.60 |
| 04/14/21 | HSB | Review Purdue shareholder settlement related collateral excel analysis compiled by L. Nguyen (AlixPartners) | 0.80 |
| 04/14/21 | HSB | Review Purdue shareholder settlement related collar model and reviewed output based on various assumptions | 1.50 |
| 04/14/21 | HSB | Review Purdue shareholder settlement related collateral summary materials | 1.70 |
| 04/14/21 | HSB | Call with G. Koch, J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: Settlement agreement economics presentation. | 0.60 |
| 04/14/21 | HSB | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) and C. Robertson (DPW) re: finalize liquidation analysis. | 0.60 |
| 04/14/21 | HSB | Review updated versions of DS exhibits prepared by S. Lemack (AlixPartners) | 0.80 |
| 04/14/21 | ADD | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) and C. Robertson (DPW) re: finalize | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | liquidation analysis. | |
| 04/14/21 | LTN | Call with G. Koch, J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: Settlement agreement economics presentation. | 0.60 |
| 04/14/21 | HSB | Correspondence with G. Koch (AlixPartners) re: shareholder settlement related matters | 0.30 |
| 04/14/21 | HSB | Review email correspondence from Davis Polk re: Purdue Plan related updates | 0.20 |
| 04/14/21 | HSB | Review Purdue DS exhibit related supporting materials | 0.40 |
| 04/15/21 | HSB | Review excel analysis prepared by L. Nguyen (AlixPartners) relating to shareholder settlement collateral | 0.40 |
| 04/15/21 | HSB | Meeting with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest open items re: liquidation analysis. | 0.50 |
| 04/15/21 | HSB | Review comments on liquidation analysis draft provided by C. Robertson (DPW) | 0.10 |
| 04/15/21 | HSB | Update draft of DS exhibit | 0.40 |
| 04/15/21 | HSB | Call with H.S Bhattal, L. Nguyen (AlixPartners) to discuss updates to the Plan projection | 1.20 |
| 04/15/21 | LTN | Revise the plan projection write-up based on the latest feedback from J. Lowne, M. Kesselman (both Purdue) | 1.10 |
| 04/15/21 | LTN | Call with H.S Bhattal, L. Nguyen (AlixPartners) to discuss updates to the Plan projection | 1.20 |
| 04/15/21 | LTN | Prepare the summary table for A-side assets | 1.70 |
| 04/15/21 | ADD | Meeting with C. Robertson (DPW), J. Lowne, E. Nowakowski (both Purdue), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: final liquidation analysis review. | 0.50 |
| 04/15/21 | HSB | Meeting with C. Robertson (DPW), J. Lowne, E. Nowakowski (both Purdue), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: final liquidation analysis review. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             POR Development
Client/Matter #  012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/15/21 | HSB | Review multiple drafts of liquidation analysis updated by S. Lemack (AlixPartners) | 0.80 |
| 04/15/21 | HSB | Review collateral level detail related to settlement agreement | 1.60 |
| 04/15/21 | HSB | Review multiple drafts of DS exhibit updated by L. Nguyen (AlixPartners) | 0.20 |
| 04/15/21 | GJK | Review collar agreement language in Settlement Agreement for impact on tax holdback changes between Side A and Side B. | 1.20 |
| 04/15/21 | JD | Review certain precedent pharma liquidation analyses identified by Davis Polk. | 0.70 |
| 04/15/21 | JD | Review latest liquidation analysis in advance of meeting with Purdue management. | 0.50 |
| 04/15/21 | JD | Edit the latest financial projections exhibit per comments from Purdue management. | 0.40 |
| 04/15/21 | JD | Call with J. Lowne (Purdue) re: disclosure statement exhibits. | 0.20 |
| 04/15/21 | JD | Meeting with C. Robertson (DPW), J. Lowne, E. Nowakowski (both Purdue), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: final liquidation analysis review. | 0.50 |
| 04/15/21 | JD | Call with J. DelConte and S. Lemack (both AlixPartners) re: liquidation analysis. | 0.30 |
| 04/15/21 | SKL | Meeting with C. Robertson (DPW), J. Lowne, E. Nowakowski (both Purdue), J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: final liquidation analysis review. | 0.50 |
| 04/15/21 | SKL | Meeting with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest open items re: liquidation analysis. | 0.50 |
| 04/15/21 | SKL | Finalize remaining updates to the liquidation analysis deck and circulate internally for final sign-off. | 1.50 |
| 04/15/21 | SKL | Call with J. DelConte and S. Lemack (both AlixPartners) | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #  012589.00107

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | re: liquidation analysis. | |
| 04/16/21 | SKL | Multiple meetings with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest open items and updates to the liquidation analysis. | 1.50 |
| 04/16/21 | JD | Review and edit latest write up to the liquidation analysis from Davis Polk. | 0.80 |
| 04/16/21 | LTN | Review the latest test sample data for A side and summarized the findings for G. Koch (AlixPartners) | 0.90 |
| 04/16/21 | LTN | Revise the latest plan projections data and circulated to Purdue, Davis Polk and PJT | 0.90 |
| 04/16/21 | LTN | Revise the summary table for A-side assets based on the latest feedback from HS. Bhattal (AlixPartners) | 1.50 |
| 04/16/21 | HSB | Multiple meetings with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest open items and updates to the liquidation analysis. | 1.50 |
| 04/16/21 | HSB | Review shareholder proposals and related materials re: settlement agreement | 1.80 |
| 04/19/21 | HSB | Review plan projections and related Purdue financial forecasts in preparation for call with HL & FTI | 0.40 |
| 04/19/21 | HSB | Review shareholders settlement related materials | 0.70 |
| 04/19/21 | HSB | Meeting with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest open items and various matters related to the liquidation analysis. | 0.50 |
| 04/19/21 | HSB | Update draft of DS exhibit and related excel analysis | 2.40 |
| 04/19/21 | HSB | Review excel worksheet from PJT Partners and updated DS exhibit draft with plan projections | 1.30 |
| 04/19/21 | HSB | Review PJT prepared financial forecasts and related analysis | 0.30 |
| 04/19/21 | LTN | Revise plan projection exhibit based on AHC's feedback | 1.10 |
| 04/19/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) to revise plan projection based on AHC's feedback | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     POR Development
Client/Matter #         012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/19/21 | JD | Call with J. Turner (PJT) and C. Robertson (DPW) re: amended disclosure statement filing timing. | 0.40 |
| 04/19/21 | JD | Correspondence with FTI re: questions on the financial projections. | 0.40 |
| 04/19/21 | JD | Provide edits to the latest draft of the projections exhibit. | 0.40 |
| 04/19/21 | JD | Review latest draft projections exhibit with comments incorporated. | 0.50 |
| 04/19/21 | HSB | Review expense summary prepared by FTI with regards to emergence cash flows estimates | 0.10 |
| 04/19/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) to revise plan projection based on AHC's feedback | 0.50 |
| 04/19/21 | HSB | Call with H. Bhattal, A. DePalma (both AlixPartners) re: various Purdue bankruptcy related matters | 0.20 |
| 04/19/21 | ADD | Call with H. Bhattal, A. DePalma (both AlixPartners) re: various Purdue bankruptcy related matters | 0.20 |
| 04/19/21 | ADD | Update trade claim reconciliation file to incorporate updated claim classifications. | 1.30 |
| 04/19/21 | SKL | Meeting with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest open items and various matters related to the liquidation analysis. | 0.50 |
| 04/19/21 | SKL | Review latest feedback received re: shareholder proceeds and provide updated breakdown per PJT request. | 1.20 |
| 04/19/21 | SKL | Finalize review of the latest write-up re: liquidation analysis and note updates accordingly. | 2.80 |
| 04/19/21 | RC | Review information related to the plan of reorganization. | 0.60 |
| 04/19/21 | GJK | Review cash generation options for credit support for Side As. | 0.90 |
| 04/19/21 | GJK | Brainstorm approaches to resolve open collateral and credit support issues with Side As family pods (1-4). | 1.20 |
| 04/19/21 | GJK | Brainstorm open issues around Pod 8 proposal from Side A. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/19/21 | GJK | Brainstorm open issues around Side A pods (5-7). | 0.80 |
| 04/20/21 | GJK | Review open B side asset tests. | 0.80 |
| 04/20/21 | GJK | Draft Settlement Agreement context slide for Special Committee deck. | 1.10 |
| 04/20/21 | GJK | Draft Settlement Agreement subgroups slide for Special Committee deck. | 0.80 |
| 04/20/21 | GJK | Draft Settlement Agreement collar slide for Special Committee deck. | 0.70 |
| 04/20/21 | SKL | Finalize review of liquidation analysis file and write-up and save updates for internal review. | 1.60 |
| 04/20/21 | SKL | Finalize update to the liquidation analysis exhibits and save accordingly for internal sign-off. | 1.00 |
| 04/20/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: DS exhibit assumptions and estimates | 0.60 |
| 04/20/21 | SKL | Call with J. DelConte and S. Lemack (both AlixPartners) re: latest liquidation analysis. | 0.20 |
| 04/20/21 | ADD | Review liquidation analysis model. | 0.80 |
| 04/20/21 | HSB | Working session with H. Bhattal, L. Nguyen (both AlixPartners) to revise plan projection based on AHC's feedback | 2.20 |
| 04/20/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: DS exhibit assumptions and estimates | 0.60 |
| 04/20/21 | JD | Call with J. Turner, T. Melvin, J. Arsic, L. Schwarzmann (all PJT), J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: financial projections exhibit. | 0.60 |
| 04/20/21 | JD | Edit the latest draft financial projections exhibit following latest conversations. | 0.80 |
| 04/20/21 | JD | Provide comments on the latest draft financial projections exhibit draft. | 1.00 |
| 04/20/21 | JD | Review financial projections bridge put together by FTI in comparison to our bridge. | 0.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                         POR Development
Client/Matter #             012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/20/21 | JD | Call with J. DelConte and S. Lemack (both AlixPartners) re: latest liquidation analysis. | 0.20 |
| 04/20/21 | JD | Meeting with J. DelConte, H. Bhattal and L. Nguyen (all AlixPartners) re: latest financial projections exhibit. | 0.40 |
| 04/20/21 | JD | Review MDT and TopCo operating expense assumptions. | 0.40 |
| 04/20/21 | JD | Call with T. Melvin (PJT) and B. Bromberg (FTI) re: financial projections. | 0.40 |
| 04/20/21 | LTN | Call with J. Turner, T. Melvin, J. Arsic, L. Schwarzmann (all PJT), J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: financial projections. | 0.60 |
| 04/20/21 | LTN | Working session with H. Bhattal, L. Nguyen (both AlixPartners) to revise plan projection based on AHC's feedback | 2.20 |
| 04/20/21 | LTN | Meeting with J. DelConte, H. Bhattal and L. Nguyen (all AlixPartners) re: latest financial projections exhibit. | 0.40 |
| 04/20/21 | LTN | Revise the plan projection exhibits based on the latest expenses data for MDT and TopCo | 1.40 |
| 04/20/21 | LTN | Revise the initial costs for MDT and TopCo sections of Emergence date cash flows | 1.20 |
| 04/20/21 | HSB | Call with J. Turner, T. Melvin, J. Arsic, L. Schwarzmann (all PJT), J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: financial projections exhibit. | 0.60 |
| 04/20/21 | HSB | Update draft of excel file with Purdue cash forecast | 1.30 |
| 04/20/21 | HSB | Meeting with J. DelConte, H. Bhattal and L. Nguyen (all AlixPartners) re: latest financial projections exhibit. | 0.40 |
| 04/20/21 | HSB | Update DS exhibits and underlying excel analysis based on comments and feedback | 1.50 |
| 04/20/21 | HSB | Review Purdue forecasts in connection with plan projections | 0.90 |
| 04/20/21 | HSB | Review analysis prepared by PJT Partners in connection with plan projections and reconciled underlying amounts | 1.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/20/21 | LTN | Revise the deck for emergence date cash based on the latest feedback | 1.60 |
| 04/20/21 | LTN | Revise the Cash Flows summary section based on feedback from B. Bromberg (FTI) for Emergence date cash flows | 0.90 |
| 04/21/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) to update on the plan projection | 0.10 |
| 04/21/21 | HSB | Review multiple updates to the liquidation analysis excel file | 1.40 |
| 04/21/21 | HSB | Update liquidation analysis DS exhibit write up | 1.20 |
| 04/21/21 | HSB | Review write up draft of liquidation analysis DS exhibit and made revisions | 2.10 |
| 04/21/21 | LTN | Correspondence with L. Schwarzmann (PJT) re: plan projection detail calculation | 0.30 |
| 04/21/21 | HSB | Working session with H. Bhattal, A. DePalma (both AlixPartners) re: edits to excel drafts of DS exhibit assumptions and estimates | 2.40 |
| 04/21/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) to update on the plan projection | 0.10 |
| 04/21/21 | HSB | Review write up draft of valuation DS exhibit prepared by PJT Partners | 0.50 |
| 04/21/21 | HSB | Review draft of term sheet for shareholder settlement agmt | 0.90 |
| 04/21/21 | ADD | Working session with H. Bhattal, A. DePalma (both AlixPartners) re: edits to excel drafts of DS exhibit assumptions and estimates | 2.40 |
| 04/21/21 | ADD | Incorporate comments and update liquidation analysis | 2.60 |
| 04/21/21 | ADD | Update trade claim reconciliation file to incorporate updated claim classifications. | 2.00 |
| 04/21/21 | SKL | Review latest feedback provided re: total asset recoveries and update the latest liquidation analysis accordingly. | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      POR Development
Client/Matter #          012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/21/21 | SKL | Call with S. Lemack and J. DelConte (all AlixPartners) re: liquidation analysis. | 0.30 |
| 04/21/21 | SKL | Email A. DePalma (AlixPartners) re: latest updates to be made to the liquidation analysis. | 0.10 |
| 04/21/21 | SKL | Email H. Bhattal (AlixPartners) re: latest feedback received on the liquidation analysis. | 0.10 |
| 04/21/21 | JD | Call with S. Lemack and J. DelConte (all AlixPartners) re: liquidation analysis. | 0.30 |
| 04/21/21 | JD | Call with C. Robertson (DPW) re: liquidation analysis. | 0.20 |
| 04/21/21 | JD | Review the latest numbers in the liquidation analysis in advance of sharing the exhibit with the various creditor advisors. | 1.30 |
| 04/21/21 | JD | Provide comments on the latest liquidation analysis draft. | 0.80 |
| 04/21/21 | JD | Review latest valuation exhibit from PJT. | 0.70 |
| 04/21/21 | JD | Correspondence with H. Bhattal, A. DePalma and S. Lemack (all AlixPartners) re: finalizing initial draft liquidation analysis. | 1.10 |
| 04/21/21 | JD | Review the latest liquidation analysis write up. | 0.60 |
| 04/21/21 | GJK | Review Side A Group 8 trust documents. | 0.40 |
| 04/21/21 | GJK | Edit Settlement Agreement slide table presentation. | 1.60 |
| 04/21/21 | GJK | Review Side A Group asset totals vs proposed trusts and note edits needed. | 1.20 |
| 04/21/21 | GJK | Revise coverage tables for Side A groups. | 1.10 |
| 04/21/21 | GJK | Read through of Settlement Agreement mark up (part 1). | 1.20 |
| 04/21/21 | GJK | Read through of Settlement Agreement mark up (part 2). | 1.30 |
| 04/22/21 | GJK | Begin to identity potential Settlement Agreement issues based on revisions and discussion with Family counsel. | 0.80 |
| 04/22/21 | GJK | Call with J. Weiner (DPW) to discuss Settlement Agreement language from discussion with Milbank and Debevoise. | 0.60 |

2101 Cedar Springs Road      T 214.647.7500
Suite 1100                    F 214.647.7501
Dallas, TX 75201             alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #  012589.00107

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 04/22/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss Side A asset tables | 1.10 |
| 04/22/21 | JD | Call with J. DelConte, H. Bhattal (both AlixPartners), J. Turner, R. Schnitzler, T. Melvin, J. Arsic (all PJT) re: financial projections. | 0.40 |
| 04/22/21 | JD | Call with H. Bhattal, S. Lemack and J. DelConte (all AlixPartners) re: liquidation analysis updates. | 0.70 |
| 04/22/21 | JD | Call with C. Robertson (DPW) re: financial exhibits to the disclosure statement. | 0.40 |
| 04/22/21 | JD | Call with J. Turner (PJT) re: follow up to call with Houlihan and FTI. | 0.30 |
| 04/22/21 | JD | Call with J. DelConte, H. Bhattal (both AlixPartners) re: DS exhibit assumptions and estimates | 0.40 |
| 04/22/21 | JD | Review accrued expense details from Purdue management to update the latest liquidation analysis. | 0.90 |
| 04/22/21 | JD | Finalize latest draft financial projections exhibit and send out to management and Davis Polk for review. | 0.60 |
| 04/22/21 | SKL | Call with H. Bhattal, S. Lemack and J. DelConte (all AlixPartners) re: liquidation analysis updates. | 0.70 |
| 04/22/21 | SKL | Review latest notes and feedback provided on the liquidation analysis and save updated analysis accordingly for internal review and sign-off. | 1.80 |
| 04/22/21 | ADD | Working session with H. Bhattal, A. DePalma (both AlixPartners) to make edits to excel drafts of DS exhibit assumptions and estimates | 3.20 |
| 04/22/21 | HSB | Call with J. DelConte, H. Bhattal (both AlixPartners), J. Turner, R. Schnitzler, T. Melvin, J. Arsic (all PJT) re: financial projections. | 0.40 |
| 04/22/21 | HSB | Call with H. Bhattal, S. Lemack and J. DelConte (all AlixPartners) re: liquidation analysis updates. | 0.70 |
| 04/22/21 | HSB | Call with J. DelConte, H. Bhattal (both AlixPartners) re: DS exhibit assumptions and estimates | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     POR Development
Client/Matter #         012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/22/21 | HSB | Working session with H. Bhattal, A. DePalma (both AlixPartners) to make edits to excel drafts of DS exhibit assumptions and estimates | 3.20 |
| 04/22/21 | HSB | Review Purdue forecasts and reconciled amounts per DS exhibits | 1.30 |
| 04/22/21 | HSB | Review multiple versions of disclosure statement drafts and underlying excel analysis | 1.40 |
| 04/22/21 | HSB | Update multiple versions of disclosure statement drafts and underlying excel analysis | 1.70 |
| 04/22/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss Side A asset tables | 1.10 |
| 04/23/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) to update on the plan projection | 0.20 |
| 04/23/21 | LTN | Review B side asset value and performed additional checks on the reports | 1.80 |
| 04/23/21 | HSB | Review cash forecast analysis prepared by PJT Partners | 0.10 |
| 04/23/21 | HSB | Review email correspondence from Davis Polk re: shareholder settlement issues and open items | 0.20 |
| 04/23/21 | HSB | Review Purdue forecasts and reconciled amounts per DS exhibits | 0.80 |
| 04/23/21 | HSB | Review multiple versions of disclosure statement drafts and underlying excel analysis | 2.40 |
| 04/23/21 | HSB | Call with H. Bhattal, A. DePalma (both AlixPartners) to finalize liquidation analysis. | 1.00 |
| 04/23/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) to update on the plan projection | 0.20 |
| 04/23/21 | ADD | Call with H. Bhattal, A. DePalma (both AlixPartners) to finalize liquidation analysis. | 1.00 |
| 04/23/21 | JD | Provide comments on the latest draft liquidation analysis prior to providing to Davis Polk for review. | 1.50 |
| 04/23/21 | JD | Call with C. Robertson (DPW) re: financial exhibits. | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/23/21 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: ongoing shareholder settlement discussions. | 0.20 |
| 04/23/21 | JD | Review correspondence from Davis Polk and G. Koch (AlixPartners) re: status of ongoing shareholder settlement discussions. | 0.40 |
| 04/23/21 | JD | Review latest draft liquidation analysis updated for various party's comments. | 0.60 |
| 04/23/21 | JD | Review red lines of the financial exhibits to be sent around to the company. | 0.70 |
| 04/23/21 | GJK | Review revised 2.01 section from Settlement Agreement based on call with Family counsel. | 1.20 |
| 04/23/21 | GJK | Comparison of secured obligations language in Collateral B Term Sheet to Settlement Agreement language. | 0.70 |
| 04/23/21 | GJK | Review Net Proceeds definition changes from Settlement Agreement based on call with Family counsel. | 0.50 |
| 04/23/21 | GJK | Review revised 2.06 section from Settlement Agreement based on call with Family counsel. | 0.60 |
| 04/23/21 | GJK | Brainstorm Side A collateral discussion ideas. | 1.30 |
| 04/23/21 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: ongoing shareholder settlement discussions. | 0.20 |
| 04/23/21 | GJK | Assess personal assets impact for Side A Groups 5 to 8 coverage. | 0.80 |
| 04/23/21 | GJK | Review updated Side A asset tables. | 0.40 |
| 04/23/21 | GJK | Review B Side asset tables. | 0.50 |
| 04/24/21 | JD | Correspondence with Davis Polk, PJT, H. Bhattal and L. Nguyen (both AlixPartners) re: updated financial projections exhibit. | 0.80 |
| 04/24/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: updates on plan projection | 0.10 |
| 04/24/21 | HSB | Review latest updated draft of disclosure statement exhibits and made edits | 0.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                       POR Development
Client/Matter #           012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 04/24/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: updates on plan projection | 0.10 |
| 04/24/21 | LTN | Revise plan projection exhibit based on AHC's feedback before filing | 0.40 |
| 04/26/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest feedback from last week re: liquidation analysis filing and other open items. | 0.60 |
| 04/26/21 | HSB | Review current draft of PowerPoint presentation with shareholder settlement details and open issues | 0.50 |
| 04/26/21 | HSB | Review amended version of disclosure statement | 1.70 |
| 04/26/21 | HSB | Review Purdue documents related to DOJ request | 0.70 |
| 04/26/21 | JD | Review final version of the amended plan and disclosure statement filed on the docket. | 0.70 |
| 04/26/21 | JD | Conversation with E. Vonnegut (DPW) re: open plan issues. | 0.20 |
| 04/26/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest feedback from last week re: liquidation analysis filing and other open items. | 0.60 |
| 04/26/21 | SKL | Review latest updates made to the liquidation analysis prior to filing and finalized the excel analysis accordingly. | 2.50 |
| 04/26/21 | GJK | Assess impact of Family Side A Pod 8 limitations on payments and credit support. | 1.20 |
| 04/26/21 | GJK | Review available info for potential Side A Group 2 collateral account. | 0.90 |
| 04/26/21 | GJK | Assess potential credit support options for Family Side A Group 8. | 1.30 |
| 04/27/21 | GJK | Draft open items for Settlement Agreement process for sharing with Province and FTI. | 0.80 |
| 04/27/21 | LTN | Review the latest revisions on the settlement agreement provided by J. Weiner (DPW) on 04.26 and summarized findings to G. Koch (AlixPartners) | 2.10 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        POR Development
Client/Matter #            012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/27/21 | LTN | Correspondence with G. Koch (AlixPartners) re: latest revisions on the settlement agreement | 0.20 |
| 04/28/21 | HSB | Review Purdue documents related to shareholder settlement | 0.80 |
| 04/28/21 | HSB | Review amended version of disclosure statement and Plan documents | 1.60 |
| 04/28/21 | HSB | Review updated draft of disclosure statement | 1.80 |
| 04/28/21 | GJK | Review Family Side A Pod 2 security funding support. | 0.80 |
| 04/29/21 | GJK | Review of additional scenarios for Settlement Agreement modeling from Sackler Family Office. | 0.80 |
| 04/29/21 | GJK | Review mark up to Side A Pod 2 Term Sheet. | 0.60 |
| 04/29/21 | GJK | Review mark up to Side A Pod 3 Term Sheet. | 0.60 |
| 04/29/21 | GJK | Review of case for Settlement Agreement modeling from Sackler Family Office. | 0.60 |
| 04/29/21 | HSB | Review shareholder proposals and related materials re: settlement agreement | 1.50 |
| 04/29/21 | HSB | Review DS objections | 0.30 |
| 04/29/21 | JD | Call with C. Robertson (Purdue) re: latest plan negotiations. | 0.30 |
| 04/29/21 | HSB | Call with H. Bhattal , L. Nguyen (both AlixPartners) to discuss updates on trust diligence before the meeting with other advisors | 0.20 |
| 04/29/21 | LTN | Finalize OCP report for March 2021 activities and circulated to Davis Polk | 0.60 |
| 04/29/21 | LTN | Call with H. Bhattal , L. Nguyen (both AlixPartners) to discuss updates on trust diligence before the meeting with other advisors | 0.20 |
| 04/30/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss updates on A-side credit termsheets | 0.80 |
| 04/30/21 | HSB | Review shareholder proposals and related materials re: settlement agreement | 2.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/30/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to discuss updates on A-side credit termsheets | 0.80 |
| 04/30/21 | GJK | Assess underlying asset support for Side A Family Pod 1, including search for mortgage information. | 1.40 |
| 04/30/21 | GJK | Assess potential underlying asset support for Side A Family Pod 5 including BVI identified holdings. | 1.30 |
| 04/30/21 | GJK | Assess potential underlying asset support for Side A Family Pod 6 including BVI identified holdings. | 1.10 |
| 04/30/21 | GJK | Review of Side A Family Pod 1 proposal. | 0.90 |
| 04/30/21 | GJK | Review of Side A Family Pod 5 proposal. | 1.20 |
| 04/30/21 | GJK | Review of Side A Family Pod 6 proposal. | 1.10 |
| 05/02/21 | GJK | Call with J. Weiner (DPW) to discuss Settlement Agreement related language and paying parties. | 0.50 |
| 05/02/21 | HSB | Review shareholder proposals and related materials regarding settlement agreement | 0.80 |
| 05/03/21 | HSB | Review Purdue financial projections relating to request for info from creditors | 1.40 |
| 05/03/21 | HSB | Review Purdue financial analysis prepared by PJT Partners | 0.70 |
| 05/03/21 | HSB | Review excel files prepared by J. Lowne (Purdue) with financial projections for Purdue | 1.80 |
| 05/03/21 | HSB | Prepare Purdue financial projections analysis in response to request from creditors | 1.70 |
| 05/03/21 | HSB | Working session with H. Bhattal, S. Lemack (both AlixPartners) to discuss financial analysis for creditors (relating to Purdue financial info) | 2.10 |
| 05/03/21 | LTN | Calculate asset coverage ratios for B side collateral | 0.90 |
| 05/03/21 | GJK | Review mark up of Family Side A pod 1 term sheet. | 1.20 |
| 05/03/21 | GJK | Review mark up of Family Side A pod 5 term sheet. | 1.10 |
| 05/03/21 | GJK | Review mark up of Family Side A pod 6 term sheet. | 0.80 |
| 05/03/21 | GJK | Review collateral support and potential open questions for | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Family Side A pods 1, 5, 6. | |
| 05/03/21 | SKL | Working session with H. Bhattal, S. Lemack (both AlixPartners) to discuss financial analysis for creditors (relating to Purdue financial info) | 2.10 |
| 05/03/21 | JD | Call with J. Lowne (Purdue) re: open plan issues. | 0.20 |
| 05/04/21 | JD | Comment on potential new disclosure statement language re: IACs. | 0.30 |
| 05/04/21 | JD | Review revised pod 5 and 6 term sheets. | 0.40 |
| 05/04/21 | JD | Review revised pod 2 and 3 markup from Debevoise. | 0.80 |
| 05/04/21 | JD | Review revised pod 1, 5, 6 term sheets. | 0.70 |
| 05/04/21 | GJK | Walk through of potential open issues with Side A Pod 8 back stop by other family pods. | 0.90 |
| 05/04/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to continue to expand on the latest 2025 revenue forecast related to the recent diligence request. | 1.10 |
| 05/04/21 | LTN | Update additional trusts to pod 4's asset presentation based on the latest data provided by CW. Tan (Huron) | 2.10 |
| 05/04/21 | HSB | Update excel analysis draft prepared in response to request from creditors | 2.20 |
| 05/04/21 | HSB | Review Rhodes analysis prepared by S. Lemack (AlixPartners) in connection with financial projections analysis | 0.30 |
| 05/04/21 | HSB | Review term sheets with shareholder proposals and related materials regarding settlement agreement | 1.30 |
| 05/04/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to continue to expand on the latest 2025 revenue forecast related to the recent diligence request. | 1.10 |
| 05/05/21 | HSB | Review due diligence request list from Houlihan regarding Purdue transfer work | 0.30 |
| 05/05/21 | HSB | Review updated term sheets with shareholder proposals regarding settlement agreement | 1.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/05/21 | HSB | Review distributions analysis prepared by PJT Partners | 0.20 |
| 05/05/21 | LTN | Call with G. Koch, L. Nguyen (both AlixPartners) to coordinate on Settlement Agreement diligence. | 0.60 |
| 05/05/21 | GJK | Call with G. Koch, L. Nguyen (both AlixPartners) to coordinate on Settlement Agreement diligence. | 0.60 |
| 05/05/21 | GJK | Assess payment support from Side A Pod 1 to cover any defaults from Pods 5, 6, and 7. | 1.60 |
| 05/05/21 | GJK | Review revised Side A pod 2 proposal from Debevoise. | 1.10 |
| 05/05/21 | GJK | Review Side A Pod 3 revised proposal from Debevoise. | 1.30 |
| 05/06/21 | GJK | Call with J. Weiner (DPW) to discuss settlement agreement process. | 0.40 |
| 05/06/21 | GJK | Assess asset support for Side A Pods 1 and 7 land. | 1.20 |
| 05/06/21 | HSB | Review updated credit support term sheets with shareholder proposals regarding settlement agreement | 0.70 |
| 05/06/21 | HSB | Update excel analysis in connection with Purdue financial projections | 2.10 |
| 05/06/21 | HSB | Review excel model with cash flow projections obtained from PJT Partners and obtained relevant inputs for related analysis | 1.60 |
| 05/06/21 | HSB | Review excel worksheets with financial forecasts and related analysis for NewCo | 1.30 |
| 05/06/21 | JD | Review marked up pod 1, 5, 6, 7 terms sheets from Debevoise. | 0.70 |
| 05/07/21 | JD | Call with J. DelConte, G. Koch, L. Nguyen, H. Bhattal (all AlixPartners), A. Libbey, J. Weiner, M. Huebner, E. Vonnegut (all DPW), AHC Advisors, UCC Advisors, and Side A advisors re: shareholder settlement agreement. | 1.20 |
| 05/07/21 | HSB | Call with J. DelConte, G. Koch, L. Nguyen, H. Bhattal (all AlixPartners), A. Libbey, J. Weiner, M. Huebner, E. Vonnegut (all DPW), AHC Advisors, UCC Advisors, and Side A advisors re: shareholder settlement agreement. | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/07/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss various matters including trust diligence, emergence cash | 1.20 |
| 05/07/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss updates related to the 2025 revenue analysis. | 0.20 |
| 05/07/21 | HSB | Review NewCo cash flow analysis and related reconciliation prepared by L. Nguyen (AlixPartners) and made additional revisions | 0.80 |
| 05/07/21 | HSB | Review NewCo cash flow analysis prepared by PJT Partners and reviewed underlying assumptions | 0.30 |
| 05/07/21 | HSB | Update Purdue financial projections analysis | 3.10 |
| 05/07/21 | LTN | Reconcile PJT's vs AlixPartners distributions amounts for different constituencies and circulated to J. DelConte (AlixPartners) | 1.70 |
| 05/07/21 | LTN | Call with J. DelConte, G. Koch, L. Nguyen, H. Bhattal (all AlixPartners), A. Libbey, J. Weiner, M. Huebner, E. Vonnegut (all DPW), AHC Advisors, UCC Advisors, and Side A advisors re: shareholder settlement agreement. | 1.20 |
| 05/07/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss various matters including trust diligence, emergence cash | 1.20 |
| 05/07/21 | GJK | Call with J. DelConte, G. Koch, L. Nguyen, H. Bhattal (all AlixPartners), A. Libbey, J. Weiner, M. Huebner, E. Vonnegut (all DPW), AHC Advisors, UCC Advisors, and Side A advisors re: shareholder settlement agreement. | 1.20 |
| 05/07/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss updates related to the 2025 revenue analysis. | 0.20 |
| 05/07/21 | RC | Review various articles and press coverage on bankruptcy plan and settlement with the Sackler family. | 0.40 |
| 05/08/21 | HSB | Update Purdue financial projections analysis and incorporated additional scenario for forecasts | 2.10 |
| 05/08/21 | HSB | Review disclosure statement exhibit and related excel file | 0.70 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                         POR Development
Client/Matter #             012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | while updating financial forecasts analysis | |
| 05/09/21 | HSB | Additional revisions to excel files with Purdue financial projections analysis and included additional relevant details | 3.30 |
| 05/10/21 | HSB | Update Purdue financial projections analysis | 1.90 |
| 05/10/21 | HSB | Review PJT prepared plan related analysis and reconciled amounts | 0.80 |
| 05/10/21 | JD | Call with J. Turner (PJT) re: plan confirmation process. | 0.30 |
| 05/10/21 | GJK | Assess Pod 2 entity pledge, tracing through iterations of Pod 2 proposals. | 1.10 |
| 05/10/21 | GJK | Review Pod 4, Mortimer S. Sackler, proposals and credit support information provided for potential collateral/security support. | 1.70 |
| 05/11/21 | GJK | Review Family Side A Pod 2 term sheet revisions. | 2.10 |
| 05/11/21 | GJK | Review Family Side A Pod 5 Term Sheet revisions. | 2.30 |
| 05/11/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest M&A diligence request. | 0.70 |
| 05/11/21 | HSB | Review Purdue contracts with regards to diligence request | 0.30 |
| 05/11/21 | HSB | Review latest updates to Purdue financial projections analysis | 0.40 |
| 05/11/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest M&A diligence request. | 0.70 |
| 05/11/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss updates on plan projection exhibit | 0.30 |
| 05/11/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss updates on plan projection exhibit | 0.30 |
| 05/12/21 | HSB | Review supporting information and underlying excel files projections analysis | 0.50 |
| 05/12/21 | HSB | Update Purdue financial projections analysis related to DS Exhibit | 2.10 |
| 05/12/21 | HSB | Update additional scenario for Purdue financial projections | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #  012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | analysis | |
| 05/12/21 | JD | Review latest draft shareholder settlement agreements. | 0.70 |
| 05/12/21 | GJK | Keyword search through Mundipharma Board and Budget books for references to pledge entities to support diligence for Settlement Agreement. | 1.60 |
| 05/13/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest M&A diligence request and other case related matters. | 0.40 |
| 05/13/21 | JD | Call with R. Aleali (Purdue) re: open plan items. | 0.30 |
| 05/13/21 | HSB | Review NewCo cash flow analysis and updated additional scenario with revisions | 1.30 |
| 05/13/21 | HSB | Review updated credit support term sheets with shareholder proposals regarding settlement agreement | 1.20 |
| 05/13/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest M&A diligence request and other case related matters. | 0.40 |
| 05/14/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: next steps for the plan projection | 0.40 |
| 05/14/21 | HSB | Review PJT Partners prepared analysis with cash flow projections for Purdue | 0.70 |
| 05/14/21 | HSB | Review updated credit support term sheets with shareholder proposals regarding settlement agreement | 0.90 |
| 05/14/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: next steps for the plan projection | 0.40 |
| 05/17/21 | HSB | Review draft of amended disclosure statement | 1.60 |
| 05/17/21 | HSB | Review Purdue financial forecasts ahead of meeting with team | 0.20 |
| 05/17/21 | HSB | Review multiple versions of updated credit support term sheets related to Purdue settlement negotiations | 0.90 |
| 05/17/21 | HSB | Review licensing questionnaire re: Purdue license applications | 0.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/17/21 | JD | Call with C. Robertson (DPW) re: confirmation productions. | 0.10 |
| 05/18/21 | JD | Provide comments on open question re: codefendant descriptions in the latest disclosure statement draft. | 0.40 |
| 05/18/21 | JD | Correspondence with Davis Polk re: requests for confirmation production documents. | 0.40 |
| 05/18/21 | JD | Provide proposed edits to the disclosure statement and to the liquidation analysis re: outstanding shareholder claims. | 0.80 |
| 05/18/21 | JD | Call with C. Robertson (DPW) re: update on latest plan negotiations. | 0.30 |
| 05/18/21 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: update on shareholder agreement negotiations. | 0.20 |
| 05/18/21 | JD | Review updated draft projections exhibit. | 0.50 |
| 05/18/21 | JD | Correspondence with Davis Polk re: disclosure statement edits. | 0.30 |
| 05/18/21 | JD | Correspondence with Purdue management re: financial projection edits. | 0.40 |
| 05/18/21 | JD | Correspondence with Davis Polk, PJT and H. Bhattal and L. Nguyen (both AlixPartners) re: NOAT distributions and the financial projections exhibit. | 0.80 |
| 05/18/21 | JD | Review options and create plan to update the projections exhibit and revise the other numbers in different sections of the disclosure statement. | 0.70 |
| 05/18/21 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: update on shareholder agreement negotiations. | 0.20 |
| 05/18/21 | HSB | Review updated Purdue financial analysis prepared by L. Nguyen (AlixPartners) | 0.20 |
| 05/18/21 | HSB | Review email from R. Aleali (Purdue) regarding license applications | 0.10 |
| 05/18/21 | HSB | Review updated draft of Purdue's amended disclosure statement | 1.10 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                   **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/18/21 | HSB | Review updates to liquidation analysis | 0.10 |
| 05/18/21 | HSB | Review emergence date financial analysis and discussed with AlixPartners team via email | 0.30 |
| 05/18/21 | HSB | Update excel files with Purdue forecasts and related analysis related to due diligence request | 3.20 |
| 05/18/21 | HSB | Review Purdue prepared financial analysis | 0.60 |
| 05/18/21 | HSB | Review updates to excel versions of Purdue forecasts and compared versions | 0.90 |
| 05/18/21 | HSB | Review Purdue & Rhodes cash flows per Purdue financial model based on call with Purdue team and checked inputs for related analysis | 0.60 |
| 05/18/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: updates to the plan projection | 0.30 |
| 05/18/21 | LTN | Update NOAT distributions and revise the plan projection exhibit accordingly | 1.70 |
| 05/18/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: updates to the plan projection | 0.30 |
| 05/19/21 | HSB | Email correspondence with Purdue employees regarding DOJ request for additional info | 0.20 |
| 05/19/21 | HSB | Correspondence with A. DePalma (AlixPartners) re: Purdue related matters | 0.40 |
| 05/19/21 | HSB | Update excel versions of Purdue plan related analysis and sent drafts to PJT Partners team for review | 1.30 |
| 05/19/21 | HSB | Review PJT analysis with Plan based recovery amounts | 0.40 |
| 05/19/21 | HSB | Prepare updates to draft of Purdue financial forecast analysis | 0.40 |
| 05/19/21 | HSB | Email Purdue forecasts analysis to Purdue and PJT colleagues | 0.10 |
| 05/19/21 | HSB | Draft email with Purdue forecasts analysis to C. Robertson (DPW) | 0.20 |
| 05/19/21 | GJK | Review Debevoise Pod 4 Term Sheet proposal. | 0.80 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/19/21 | GJK | Develop concept for restricting Mundipharma balance sheet cash to backstop Family Side A Pod 8. | 1.10 |
| 05/20/21 | GJK | Review and edit draft email to C. Robertson (DPW) by S. Lemack (AlixPartners) regarding timing of emergence post confirmation. | 0.70 |
| 05/20/21 | JD | Review contract review confirmation discovery request charts from Davis Polk in response to an open AHC request. | 0.60 |
| 05/20/21 | RC | Review information related to the disclosure statement and disclosure statement hearing. | 0.60 |
| 05/20/21 | RC | Review media coverage re: Purdue disclosure statement hearing and the Sackler family. | 0.30 |
| 05/20/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items related to the state license process. | 0.10 |
| 05/20/21 | HSB | Review updated drafts of shareholder agreement term sheets | 0.80 |
| 05/20/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) to debrief on shareholder due diligence | 0.40 |
| 05/20/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items related to the state license process. | 0.10 |
| 05/20/21 | ADD | Call with J. Turner (PJT), J. DelConte A. DePalma, S. Lemack, and H. Bhattal (AlixPartners) re: NewCo CF Analysis Discussion. | 0.50 |
| 05/20/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) to debrief on shareholder due diligence | 0.40 |
| 05/21/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss various matters re: to plan projection, shareholder due diligence | 0.30 |
| 05/21/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) to discuss various matters re: to plan projection, shareholder due diligence | 0.30 |
| 05/21/21 | HSB | Review summary of DOJ requested diligence responses | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     POR Development
Client/Matter #         012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | prepared by A. DePalma (AlixPartners) | |
| 05/21/21 | HSB | Review summary of Purdue contracts prepared by S. Lemack (AlixPartners) | 0.20 |
| 05/21/21 | HSB | Review multiple versions of updated credit support term sheets related to Purdue settlement negotiations | 0.90 |
| 05/21/21 | HSB | Review Purdue financial forecasts and related analysis prepared by PJT Partners | 0.70 |
| 05/24/21 | HSB | Review email correspondence and related files regarding state license application process | 0.30 |
| 05/24/21 | HSB | Review shareholder settlement agreement related draft term sheets and related correspondence | 1.50 |
| 05/24/21 | HSB | Review UCC written statement | 0.10 |
| 05/24/21 | HSB | Review relevant sections of Purdue disclosure statement | 1.30 |
| 05/25/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: updates to the NOAT distribution | 0.40 |
| 05/25/21 | LTN | Call among J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners), C. Robertson, Z. Levine (both DPW), J. Turner, T. Melvin (both PJT) re: updates to the plan projection exhibit. | 0.20 |
| 05/25/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: updates to the NOAT distribution | 0.40 |
| 05/25/21 | LTN | Update plan projection exhibit based on feedback from C. Robertson (DVP) | 1.10 |
| 05/25/21 | HSB | Call among J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners), C. Robertson, Z. Levine (both DPW), J. Turner, T. Melvin (both PJT) re: updates to the plan projection exhibit. | 0.20 |
| 05/25/21 | HSB | Update excel files with Purdue forecasts and related analysis related to due diligence request | 3.20 |
| 05/25/21 | HSB | Review Plan Projections exhibit draft and related excel analysis updated by L. Nguyen (AlixPartners) | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/25/21 | JD | Call among J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners), C. Robertson, Z. Levine (both DPW), J. Turner, T. Melvin (both PJT) re: updates to the plan projection exhibit. | 0.20 |
| 05/25/21 | JD | Correspondence with PJT and Davis Polk re: updates to the claim settlements and projections exhibit. | 0.40 |
| 05/25/21 | JD | Provide comments on the updated projections exhibit. | 0.80 |
| 05/26/21 | JD | Review latest plan and disclosure statement drafts filed with the court in advance of the court hearing. | 0.80 |
| 05/26/21 | HSB | Correspondence with A. DePalma (AlixPartners) re: Purdue related matters | 0.20 |
| 05/27/21 | HSB | Review OxyContin forecasts in response to request for plan related analysis | 1.40 |
| 05/27/21 | HSB | Meeting with H. Bhattal, L. Nguyen and A. DePalma (all AlixPartners) to touch base re: state license application process. | 0.50 |
| 05/27/21 | HSB | Review Plan Projections files and sent updated versions to Davis Polk | 0.30 |
| 05/27/21 | ADD | Meeting with H. Bhattal, L. Nguyen and A. DePalma (all AlixPartners) to touch base re: state license application process. | 0.50 |
| 05/27/21 | JD | Review shareholder settlement presentation provided to the special committee. | 0.60 |
| 05/27/21 | SKL | Meeting with H. Bhattal, L. Nguyen and A. DePalma (all AlixPartners) to touch base re: state license application process. | 0.50 |
| 05/28/21 | SKL | Call with S. Lemack, H. Bhattal (both AlixPartners) regarding Purdue plan related analysis | 0.30 |
| 05/28/21 | HSB | Review Purdue OxyContin forecasts and related analysis | 0.90 |
| 05/28/21 | HSB | Call with S. Lemack, H. Bhattal (both AlixPartners) regarding Purdue plan related analysis | 0.30 |
| 05/28/21 | HSB | Review Purdue OxyContin related analysis and email | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  POR Development
Client/Matter #      012589.00107

| Date | Consultant | Description of Services | | Hours |
|------|-----------|------------------------|---|-------|
| | | correspondence from Davis Polk | | |
| | | | **Total** | **1,083.40** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  POR Development
Client/Matter #      012589.00107

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Lan T Nguyen | 93.80 | 530.00 | 49,714.00 |
| Andrew D DePalma | 45.70 | 625.00 | 28,562.50 |
| Nate A Simon | 12.00 | 625.00 | 7,500.00 |
| Sam K Lemack | 267.40 | 665.00 | 177,821.00 |
| HS Bhattal | 380.70 | 865.00 | 329,305.50 |
| Gabe J Koch | 114.00 | 865.00 | 98,610.00 |
| Jesse DelConte | 165.30 | 1,055.00 | 174,391.50 |
| Richard Collura | 1.90 | 1,125.00 | 2,137.50 |
| Lisa Donahue | 2.60 | 1,295.00 | 3,367.00 |
| **Total Hours & Fees** | **1,083.40** | | **871,409.00** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Executory Contracts
Client/Matter #        012589.00108

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/18/21 | JD | Call with J. Lowne, R. Aleali (both Purdue), C. Robertson (DPW) re: contract assumptions. | 0.30 |
| | | **Total** | **0.30** |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Executory Contracts
Client/Matter #        012589.00108

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Jesse DelConte | 0.30 | 1,055.00 | 316.50 |
| **Total Hours & Fees** | **0.30** | | **316.50** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Claims Process
Client/Matter #  012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/02/21 | ADD | Analyze trade claims population and summarize data for review. | 1.40 |
| 02/02/21 | ADD | Categorize trade claims for additional research. | 2.80 |
| 02/03/21 | ADD | Meeting with A. DePalma, S. Lemack (both AlixPartners) to analyze claims and determine next steps. | 0.70 |
| 02/03/21 | ADD | Analyze trade claims population and compare information to accounts payable. | 2.30 |
| 02/03/21 | JD | Review latest files from S. Lemack and A. DePalma (both AlixPartners) that are responsive to the latest inbound diligence request from FTI on latest claims analysis. | 1.00 |
| 02/03/21 | JD | Correspondence with DPW and Purdue management re: LTS claim. | 0.20 |
| 02/03/21 | JD | Review latest liabilities subject to compromise report. | 0.30 |
| 02/03/21 | SKL | Continue to work through the claim to LSTC prepetition balance and prepare updated analysis accordingly. | 0.80 |
| 02/03/21 | SKL | Meeting with A. DePalma, S. Lemack (both AlixPartners) to analyze claims and determine next steps. | 0.70 |
| 02/04/21 | SKL | Virtual working session with S. Lemack and A. DePalma (both AlixPartners) to analyze claims population. | 2.10 |
| 02/04/21 | JD | Provide comments on claims analysis from S. Lemack (AlixPartners) in advance of sharing with the AHC. | 0.40 |
| 02/04/21 | JD | Review the latest claims analyses in advance of call with FTI. | 0.50 |
| 02/04/21 | ADD | Virtual working session with S. Lemack and A. DePalma (both AlixPartners) to analyze claims population. | 2.10 |
| 02/04/21 | ADD | Update filed claim and accounts payable by creditor comparison in preparation for internal trade claims meeting. | 1.40 |
| 02/04/21 | ADD | Review data room for produced materials at request of DPW | 1.20 |
| 02/05/21 | ADD | Call with S. Lemack, A. DePalma, J. DelConte (all | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Claims Process
Client/Matter #    012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | AlixPartners) re: follow-up claims questions from J. Lowne (Purdue). | |
| 02/05/21 | JD | Draft responses to open questions from Purdue management on the go-forward claims process. | 0.60 |
| 02/05/21 | JD | Call with S. Lemack, A. DePalma, J. DelConte (all AlixPartners) re: follow-up claims questions from J. Lowne (Purdue). | 0.70 |
| 02/05/21 | SKL | Call with S. Lemack, A. DePalma, J. DelConte (all AlixPartners) re: follow-up claims questions from J. Lowne (Purdue). | 0.70 |
| 02/05/21 | SKL | Review latest claims register provided by the Prime Clerk team and update the AlixPartners database accordingly. | 1.30 |
| 02/06/21 | JD | Prepare draft claims analyses to share with creditor groups. | 1.30 |
| 02/08/21 | SKL | Meeting with A. DePalma, S. Lemack (both AlixPartners) to review the contract management process and discuss next steps re: Intralinks set up. | 1.40 |
| 02/08/21 | SKL | Call with S. Lemack, A. DePalma, J. DelConte (all AlixPartners), J. Lowen, H. Benson, E. Ruiz, E. Nowakowski (all Purdue) re: claims process. | 0.50 |
| 02/08/21 | SKL | Review latest claims analysis and prepare for afternoon meeting accordingly. | 0.60 |
| 02/08/21 | ADD | Meeting with A. DePalma, S. Lemack (both AlixPartners) to review the contract management process and discuss next steps re: Intralinks set up. | 1.40 |
| 02/08/21 | ADD | Update trade claims reconciliation spreadsheet for client review. | 2.60 |
| 02/08/21 | ADD | Compile documents responsive to diligence requests and draft approval request to produce the materials. | 1.30 |
| 02/08/21 | ADD | Call with S. Lemack, A. DePalma, J. DelConte (all AlixPartners), J. Lowen, H. Benson, E. Ruiz, E. Nowakowski (all Purdue) re: claims process. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Claims Process
Client/Matter #   012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/08/21 | JD | Call with S. Lemack, A. DePalma, J. DelConte (all AlixPartners), J. Lowen, H. Benson, E. Ruiz, E. Nowakowski (all Purdue) re: claims process. | 0.50 |
| 02/09/21 | ADD | Review claims reconciliation comments and feedback from client. | 0.50 |
| 02/09/21 | SKL | Update the claims analysis based on latest feedback received. | 1.40 |
| 02/09/21 | JD | Provide comments on the updated claims analysis and correspondence with FTI re: same. | 0.70 |
| 02/10/21 | JD | Call with C. Robertson (DPW) re: open claims issues. | 0.20 |
| 02/10/21 | SKL | Meeting with A. DePalma, S. Lemack (both AlixPartners) re: scheduled claim reconciliation. | 0.70 |
| 02/10/21 | SKL | Prepare updated filed POC breakdown and circulated internally for final sign-off. | 0.60 |
| 02/10/21 | ADD | Meeting with A. DePalma, S. Lemack (both AlixPartners) re: scheduled claim reconciliation. | 0.70 |
| 02/10/21 | JD | Review additional federal government claim materials. | 0.70 |
| 02/10/21 | JD | Review claim summary analysis to share with FTI. | 0.30 |
| 02/12/21 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) re: contracts management process and open items re: claims analysis. | 1.10 |
| 02/12/21 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) re: contracts management process and open items re: claims analysis. | 1.10 |
| 02/22/21 | ADD | Update claims reconciliation in preparation for trade claims meeting with client. | 1.70 |
| 02/24/21 | ADD | Review claims reconciliation in preparation for trade claims meeting with client. | 1.00 |
| 02/24/21 | JD | Call with S. Lemack and J. DelConte (both AlixPartners) re: outstanding claims. | 0.40 |
| 02/24/21 | JD | Review latest claims reconciliation summary in response | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Claims Process
Client/Matter #    012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | to question from Davis Polk. | |
| 02/24/21 | SKL | Call with S. Lemack and J. DelConte (both AlixPartners) re: outstanding claims. | 0.40 |
| 02/24/21 | SKL | Continue to review latest feedback provided re: trade claim reconciliation and prepare updated breakdown accordingly. | 1.30 |
| 02/25/21 | SKL | Update the claims database with the latest Prime Clerk register and refreshed claim analysis accordingly prior to afternoon call with H. Benson (Purdue). | 1.40 |
| 02/25/21 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss claims reconciliation analysis. | 0.40 |
| 02/25/21 | SKL | Meeting with C. Robertson, M. Linder (both DPW), J. DelConte, A. DePalma, H. Bhattal, S. Lemack (all AlixPartners) to discuss next steps re: trade claims. | 0.70 |
| 02/25/21 | SKL | Meeting with J. Lowne, H. Benson, E. Nowakowski (all Purdue) and A. DePalma, S. Lemack (both AlixPartners) to discuss trade claim reconciliations. | 0.50 |
| 02/25/21 | ADD | Meeting with C. Robertson, M. Linder (both DPW), J. DelConte, A. DePalma, H. Bhattal, S. Lemack (all AlixPartners) to discuss next steps re: trade claims. | 0.70 |
| 02/25/21 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss claims reconciliation analysis. | 0.40 |
| 02/25/21 | JD | Meeting with C. Robertson, M. Linder (both DPW), J. DelConte, A. DePalma, H. Bhattal, S. Lemack (all AlixPartners) to discuss next steps re: trade claims. | 0.70 |
| 02/25/21 | ADD | Meeting with J. Lowne, H. Benson, E. Nowakowski (all Purdue) and A. DePalma, S. Lemack (both AlixPartners) to discuss trade claim reconciliations. | 0.50 |
| 02/25/21 | HSB | Meeting with C. Robertson, M. Linder (both DPW), J. DelConte, A. DePalma, H. Bhattal, S. Lemack (all AlixPartners) to discuss next steps re: trade claims. | 0.70 |
| 02/26/21 | SKL | Update trade claim report with latest comments provided following reconciliation and circulate to Province team | 1.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Claims Process
Client/Matter #    012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | accordingly. | |
| 02/27/21 | JD | Review latest claims summary and correspondence with S. Lemack and A. DePalma (both AlixPartners) re: same. | 0.30 |
| 02/28/21 | JD | Review analysis of vendors with claims over $250K. | 0.30 |
| 03/01/21 | ADD | Redact documents in preparation for processing and upload to the data room | 1.60 |
| 03/01/21 | SKL | Prepare updated critical vendor payment breakdown for certain trade claimants and circulate internally. | 0.50 |
| 03/04/21 | ADD | Compile data to update claims reconciliation variance to accounts payable report. | 0.70 |
| 03/04/21 | ADD | Compile and format materials submitted in response to diligence request for upload to Project Ion data room. | 2.60 |
| 03/05/21 | ADD | Update claims reconciliation variance to accounts payable report. | 2.10 |
| 03/10/21 | ADD | Update claims reconciliation with updated accounts payable data. | 2.50 |
| 03/10/21 | SKL | Review latest claims register provided by the Prime Clerk team and claims breakdown that H. Benson (Purdue) is working through. | 0.60 |
| 03/12/21 | SKL | Call with J. DelConte, S. Lemack, A. DePalma (all AlixPartners), J. Lowne, H. Benson, E. Nowakowski (all Purdue) re: claims process update. | 0.70 |
| 03/12/21 | JD | Call with J. DelConte, S. Lemack, A. DePalma (all AlixPartners), J. Lowne, H. Benson, E. Nowakowski (all Purdue) re: claims process update. | 0.70 |
| 03/12/21 | ADD | Call with J. DelConte, S. Lemack, A. DePalma (all AlixPartners), J. Lowne, H. Benson, E. Nowakowski (all Purdue) re: claims process update. | 0.70 |
| 03/16/21 | SKL | Review the latest Prime Clerk claims register updates and update the claims database accordingly. | 0.80 |
| 03/19/21 | SKL | Call with J. Lowne, R. Aleali, E. Nowakowski (all Purdue), C. Robertson (DPW), J. DelConte, S. Lemack (both | 0.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Claims Process
Client/Matter #   012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners re: LSTC balance accounting. | |
| 03/19/21 | SKL | Meeting with J. Lowne, R. Aleali, E. Nowakowski (all Purdue), C. Robertson (DPW), A. Sonika (EY), R. Savell (EY) and T. Sciametta (EY) to discuss updates and open items re: LSTC. | 1.30 |
| 03/19/21 | JD | Review breakdown of prepetition employee claims by employee. | 0.70 |
| 03/26/21 | SKL | Review latest feedback provided re: trade claim reconciliation and prepare and circulate updated claim analysis accordingly. | 1.40 |
| 03/26/21 | SKL | Prepare updated claim variance analysis and circulate internally for final feedback. | 1.70 |
| 03/26/21 | SKL | Review latest feedback and comments re: trade claim report and claim variance analysis and prepare updates accordingly. | 1.50 |
| 03/29/21 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss the latest claims reconciliation inquiry. | 0.20 |
| 03/29/21 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss the latest claims reconciliation inquiry. | 0.20 |
| 04/01/21 | SKL | Review and reconcile latest employee claim inquiry and prepare update accordingly. | 1.50 |
| 04/05/21 | SKL | Call with J. DelConte, S. Lemack, A. DePalma (all AlixPartners), J. Lowne, E. Nowakowski, H. Benson (all Purdue) re: claims. | 0.40 |
| 04/05/21 | JD | Call with J. DelConte, S. Lemack, A. DePalma (all AlixPartners), J. Lowne, E. Nowakowski, H. Benson (all Purdue) re: claims. | 0.40 |
| 04/05/21 | ADD | Call with J. DelConte, S. Lemack, A. DePalma (all AlixPartners), J. Lowne, E. Nowakowski, H. Benson (all Purdue) re: claims. | 0.40 |
| 04/08/21 | ADD | Reconcile updated claims data and incorporate updated accounts payable details. | 2.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Claims Process
Client/Matter #    012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/08/21 | ADD | Call with J. Lowne (Purdue) and A. DePalma, S. Lemack (both AlixPartners) to discuss latest open questions related to the liabilities subject to compromise balance and the claims file. | 0.60 |
| 04/08/21 | SKL | Call with J. Lowne (Purdue) and A. DePalma, S. Lemack (both AlixPartners) to discuss latest open questions related to the liabilities subject to compromise balance and the claims file. | 0.60 |
| 04/09/21 | SKL | Review latest open items related to the claim analysis and prepared updated employee claim reconciliation accordingly. | 2.30 |
| 04/09/21 | ADD | Reconcile updated claims data and incorporate updated accounts payable details. | 2.50 |
| 04/12/21 | ADD | Meeting with A. DePalma, S. Lemack (both AlixPartners) to discuss latest LSTC/claim reconciliation. | 0.40 |
| 04/12/21 | ADD | Update claims Liabilities Subject to Compromise and claims reconciliation | 1.40 |
| 04/12/21 | SKL | Meeting with A. DePalma, S. Lemack (both AlixPartners) to discuss latest LSTC/claim reconciliation. | 0.40 |
| 04/12/21 | SKL | Review latest Prime Clerk claims register and update format and summary in the LSTC/Claim analysis provided by J. Lowne (Purdue). | 2.10 |
| 04/13/21 | SKL | Meeting with A. DePalma, S. Lemack (both AlixPartners) to discuss latest LSTC/claim reconciliation. | 0.20 |
| 04/13/21 | SKL | Finalize update to the LSTC claim analysis file provided by J. Lowne (Purdue) prior to LSTC meeting. | 1.80 |
| 04/13/21 | ADD | Update liabilities subject to compromise spreadsheet. | 2.60 |
| 04/13/21 | ADD | Meeting with A. DePalma, S. Lemack (both AlixPartners) to discuss latest LSTC/claim reconciliation. | 0.20 |
| 04/15/21 | SKL | Meeting with J. Lowne (Purdue) to discuss latest updates re: employee claim analysis. | 0.40 |
| 04/16/21 | SKL | Meeting with A. DePalma, S. Lemack (both AlixPartners) | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Claims Process
Client/Matter #  012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | to discuss latest trade claim import. | |
| 04/16/21 | SKL | Continue to finalize updates to the claims database based on the latest Prime Clerk claims register. | 1.80 |
| 04/16/21 | ADD | Prepare spreadsheet with new claims for upload into the claims database. | 2.10 |
| 04/16/21 | ADD | Meeting with A. DePalma, S. Lemack (both AlixPartners) to discuss latest trade claim import. | 0.90 |
| 04/19/21 | ADD | Meeting with A. DePalma, S. Lemack (both AlixPartners) to discuss trade claim reconciliation. | 0.90 |
| 04/19/21 | ADD | Download updated claims information and incorporate data into claims database. | 2.10 |
| 04/19/21 | SKL | Meeting with A. DePalma, S. Lemack (both AlixPartners) to discuss trade claim reconciliation. | 0.90 |
| 04/19/21 | SKL | Review latest notes and feedback on the claims analysis and begin preparing updated LSTC bridge accordingly. | 1.30 |
| 04/19/21 | SKL | Finalize remaining updates to the AlixPartners claims database and prepare updated breakdown accordingly. | 1.90 |
| 04/20/21 | SKL | Calls with A. DePalma, S. Lemack (both AlixPartners) to discuss open items relates to the LSTC/Claim analysis. | 1.10 |
| 04/20/21 | ADD | Calls with A. DePalma, S. Lemack (both AlixPartners) to discuss open items relates to the LSTC/Claim analysis. | 1.10 |
| 04/22/21 | ADD | Update claims to liabilities subject to compromise reconciliation. | 2.30 |
| 04/22/21 | JD | Correspondence with FTI, A. DePalma (AlixPartners) and Davis Polk re: claims details. | 0.30 |
| 04/23/21 | HSB | Call with H. Baer, K. Gordon (both Prime Clerk) and H. Bhattal, A. DePalma (both AlixPartners) re: claims analysis | 0.30 |
| 04/23/21 | ADD | Call with H. Baer, K. Gordon (both Prime Clerk) and H. Bhattal, A. DePalma (both AlixPartners) re: claims analysis | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Claims Process
Client/Matter #         012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 04/29/21 | ADD | Call with A. DePalma and S. Lemack (both AlixPartners) to discuss claims questions. | 0.70 |
| 04/29/21 | SKL | Call with A. DePalma and S. Lemack (both AlixPartners) to discuss claims questions. | 0.70 |
| 04/30/21 | SKL | Finalize review of latest claim inquiry provided by C. MacDonald (Purdue) and circulate update accordingly. | 1.40 |
| 04/30/21 | ADD | Draft correspondence providing response to claims questions. | 0.70 |
| 05/04/21 | ADD | Draft correspondence responding to claim questions. | 0.40 |
| 05/24/21 | SKL | Review latest claim analysis request from J. Lowne (Purdue) and prepare and circulate update accordingly. | 1.60 |
| 05/24/21 | SKL | Finalize updates to the IT transfer workplan and circulate to H. Ghnaimeh (Purdue) accordingly for thoughts and feedback. | 1.40 |
| 05/28/21 | JD | Review latest filed secured and priority claims. | 0.40 |
| | | **Total** | **120.30** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Claims Process
Client/Matter #        012589.00109

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Andrew D DePalma | 57.40 | 625.00 | 35,875.00 |
| Sam K Lemack | 50.00 | 665.00 | 33,250.00 |
| HS Bhattal | 1.00 | 865.00 | 865.00 |
| Jesse DelConte | 11.90 | 1,055.00 | 12,554.50 |
| **Total Hours & Fees** | **120.30** | | **82,544.50** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Special Projects
Client/Matter #    012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/15/21 | ADD | Backup project catalyst data room in preparation to close data room | 1.70 |
| 02/15/21 | ADD | Remove users and close project catalyst Intralinks dataroom. | 1.20 |
| 03/01/21 | KG | Process and load data for AlixPartners team to review. | 0.80 |
| 03/04/21 | ADD | Update Project Catalyst Smartsheet users at the request of transition team. | 1.30 |
| 03/08/21 | KG | Process and load data for AlixPartners team to review. | 0.40 |
| 03/12/21 | JH | Prepare for Call re: Transfer Demo | 0.40 |
| 03/12/21 | JH | Call with J. Hamilton, T. Ghalayini, B. Johns , A. DePalma (AlixPartners), C. Oluwole (DPW), R. Hoff (Wiggin and Dana), T. Morrissey re: AP Transfer Demo. | 0.70 |
| 03/17/21 | JH | Set up server and security groups for document reserve | 0.80 |
| 03/17/21 | JH | Call with J. Hamilton, T. Ghalayini (both AlixPartners), T. Morrissey (Purdue), R. Hoff (Wiggin), C. Oluwole (Davis Polk re document reserve set-up. | 0.50 |
| 03/18/21 | JH | Correspondence with S. Ray, D. Reynolds, T. Ghalayini (all AlixPartners) re: receipt and staging of media from Purdue. | 0.70 |
| 03/19/21 | JH | Correspondence with S. Ray, D. Reynolds, T. Ghalayini (all AlixPartners) re: receipt and staging of media from Purdue. | 0.40 |
| 03/22/21 | JH | Correspondence with J. Chen (Davis Polk) re: document reserve. | 0.40 |
| 03/22/21 | JH | Correspondence with S. Ray, D. Reynolds, T. Ghalayini (all AlixPartners) re: receipt and staging of media from Purdue. | 0.60 |
| 03/22/21 | JH | Correspondence with C. Oluwole (Davis Polk) re: domain and contact details. | 0.10 |
| 03/23/21 | JH | Correspondence with T. Dane (both AlixPartners) re: | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Special Projects
Client/Matter #   012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | staging document reserve. | |
| 03/23/21 | JH | Correspondence with C. Oluwole (Davis Polk) re: security access groups. | 0.10 |
| 03/23/21 | ADD | Review Project Catalyst Rhodes Tech / Normaco Smartsheet user access issue and reset permissions. | 0.60 |
| 03/24/21 | ADD | Review outstanding diligence request and follow up with past due items. | 0.80 |
| 03/24/21 | JH | Correspondence with B. Johns, T. Bully (all AlixPartners) re: staging document reserve. | 0.20 |
| 03/26/21 | JH | Correspondence with S. Ray, D. Reynolds, T. Ghalayini (all AlixPartners) re: receipt and staging of media from Purdue. | 0.10 |
| 03/29/21 | JH | Correspondence with S. Ray, D. Reynolds, T. Ghalayini (all AlixPartners) re: receipt and staging of media from Purdue. | 0.30 |
| 03/29/21 | SML | Process and load additional data for AlixPartners team to review. | 2.00 |
| 03/29/21 | ADD | Review compiled contracts to locate request agreement. | 0.50 |
| 03/29/21 | ADD | Compile archived Project Catalyst data files for Rhodes personnel review. | 2.60 |
| 03/30/21 | JH | Correspondence with S. Ray, D. Reynolds, T. Ghalayini (all AlixPartners) re: receipt and staging of media from Purdue. | 0.20 |
| 03/31/21 | SML | Process and load additional data for AlixPartners team to review. | 2.50 |
| 04/02/21 | JH | Correspondence with B. Johns (AlixPartners) re: reserve FAQ responses. | 0.30 |
| 04/02/21 | ADD | Add new team and users to the virtual data room | 0.50 |
| 04/05/21 | JH | Correspondence with T. Morrissey (Purdue), and M. Hannah (Cobra) re: reserve FAQ responses. | 0.20 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Special Projects
Client/Matter #        012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/06/21 | JH | Correspondence with A. DePalma (AlixPartners) re: protective order. | 0.10 |
| 04/07/21 | JH | Correspondence with D. Reynolds (AlixPartners), and D. Martyn (TCDI) re: receipt of new data for reserve. | 0.80 |
| 04/08/21 | JG | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.40 |
| 04/08/21 | JG | Continue to update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.10 |
| 04/08/21 | JCH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.70 |
| 04/08/21 | TKD | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.50 |
| 04/08/21 | TKD | Continue to update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 4.00 |
| 04/08/21 | SJ | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.20 |
| 04/09/21 | SJ | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.50 |
| 04/09/21 | TKD | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 4.00 |
| 04/09/21 | JCH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 4.00 |
| 04/09/21 | JG | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.60 |
| 04/09/21 | JG | Continue to update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.30 |
| 04/09/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.10 |
| 04/10/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 1.20 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Special Projects
Client/Matter #        012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/10/21 | JG | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.80 |
| 04/10/21 | TKD | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.90 |
| 04/11/21 | JCH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.30 |
| 04/11/21 | TKD | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.50 |
| 04/11/21 | JG | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.70 |
| 04/11/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 1.90 |
| 04/12/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 1.10 |
| 04/12/21 | TKD | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 1.90 |
| 04/12/21 | JCH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.90 |
| 04/12/21 | ESK | Meeting with E. Kardos, H. Saydah (both AlixPartners) and S. Stefanik, J. Simonelli, M. Tobak, G. McCarthy, K. Benedict, and C. Oluwole (all DPW) re: eDiscovery protocol | 0.60 |
| 04/13/21 | TKD | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 1.30 |
| 04/13/21 | TKD | Continue to update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 1.10 |
| 04/13/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.50 |
| 04/13/21 | JH | Correspondence with D. Reynolds (AlixPartners), and D. Martyn (TCDI) re: receipt of new data for reserve. | 0.60 |
| 04/14/21 | KAS | Prepare feedback re: proposed search terms | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Special Projects
Client/Matter #  012589.00110

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 04/14/21 | TKD | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.80 |
| 04/14/21 | ADD | Update SmartSheet RP Tech Transfer tracker. | 0.60 |
| 04/14/21 | HS | Meeting with E. Kardos, H. Saydah (both AlixPartners) and S. Stefanik, J. Simonelli, M. Tobak, G. McCarthy, K. Benedict, and C. Oluwole (all DPW) re: eDiscovery protocol | 0.60 |
| 04/15/21 | TKD | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.90 |
| 04/15/21 | JH | Correspondence with D. Reynolds (AlixPartners) re: staging of new data for reserve. | 0.10 |
| 04/16/21 | JH | Correspondence with D. Reynolds (AlixPartners) re: staging of new data for reserve. | 0.70 |
| 04/16/21 | JG | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 1.80 |
| 04/16/21 | TKD | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.80 |
| 04/17/21 | JCH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.80 |
| 04/19/21 | TKD | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.80 |
| 04/19/21 | JH | Correspondence with C. Oluwole (DPW) re: status of reserve. | 0.40 |
| 04/19/21 | KG | Process and load data for AlixPartners team to review. | 1.30 |
| 04/20/21 | KG | Process and load data for AlixPartners team to review. | 1.40 |
| 04/20/21 | CO | Correspondence with J. Lynn (AlixPartners) re: search term analysis. | 0.10 |
| 04/20/21 | CO | Review privilege terms for compliance with review protocols. | 0.20 |
| 04/20/21 | CO | Update search term document for analysis. | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Special Projects
Client/Matter #              012589.00110

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 04/20/21 | JH | Create final summary report for C. Oluwole (DPW) re: reserve data set. | 1.30 |
| 04/20/21 | TKD | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.60 |
| 04/21/21 | KG | Process and load data for AlixPartners team to review. | 3.20 |
| 04/21/21 | CO | Analyze and re-format project specific search terms. | 1.10 |
| 04/21/21 | CO | Analyze and update privilege search terms. | 2.30 |
| 04/21/21 | JKL | Create search term reports in database for AlixPartners review team. | 1.70 |
| 04/21/21 | JKL | Meeting with H. Saydah, J. Lynn (both AlixPartners) re: eDiscovery protocol and search results. | 0.50 |
| 04/21/21 | HS | Meeting with H. Saydah, J. Lynn (both AlixPartners) re: eDiscovery protocol and search results. | 0.50 |
| 04/22/21 | HS | Review hit reports and summary prepared by eDiscovery team | 0.40 |
| 04/22/21 | JKL | Create searches based on domains for AlixPartners review team. | 3.40 |
| 04/22/21 | CO | Correspondence with J. Lynn and C. O'Connor (both AlixPartners) to discuss review strategy. | 0.30 |
| 04/22/21 | CO | Finalize privilege terms for AlixPartners review team. | 0.30 |
| 04/22/21 | CO | Create updated search term results based on date and custodian restrictions for AlixPartners review team. | 0.90 |
| 04/22/21 | CO | Update search term results to account for new metadata for AlixPartners review team. | 0.10 |
| 04/22/21 | KG | Continue to process and load data for AlixPartners team to review. | 2.10 |
| 04/22/21 | KG | Process and load data for AlixPartners review team. | 1.70 |
| 04/23/21 | KG | Load native files for AlixPartners team to review. | 0.20 |
| 04/23/21 | KG | Image and export files for AlixPartners review. | 2.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Special Projects
Client/Matter #  012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/23/21 | CO | Update privilege search term results for AlixPartners review team. | 0.40 |
| 04/23/21 | CO | Test privilege term results for AlixPartners review team. | 0.20 |
| 04/23/21 | CO | Update search term highlighting set for AlixPartners review team. | 0.30 |
| 04/23/21 | CO | Update privilege highlight set for AlixPartners review team. | 1.10 |
| 04/23/21 | JKL | Call with J. Lynn, H. Saydah (both AlixPartners) to discuss review strategy | 0.30 |
| 04/23/21 | JKL | Update review set to minimize files for AlixPartners review team. | 0.50 |
| 04/23/21 | JKL | Create review batches for AlixPartners review team. | 0.40 |
| 04/23/21 | JKL | Set-up email threading analytics for AlixPartners review team. | 1.00 |
| 04/23/21 | TKD | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 1.30 |
| 04/23/21 | HS | Call with J. Lynn, H. Saydah (both AlixPartners) to discuss review strategy | 0.30 |
| 04/24/21 | CO | Analyze and update search terms for AlixPartners review team. | 1.60 |
| 04/24/21 | CO | Analyze and update Group A search terms for AlixPartners review team. | 1.20 |
| 04/24/21 | CO | Analyze and update Group B search terms for AlixPartners review team. | 0.20 |
| 04/24/21 | CO | Analyze and update Group C search terms for AlixPartners review team. | 0.40 |
| 04/25/21 | JKL | Create search term report for S. Stefanik (DPW) review team. | 1.10 |
| 04/25/21 | JKL | Update search term report for S. Stefanik (DPW) review team. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Special Projects |
| Client/Matter # | 012589.00110 |

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 04/26/21 | CO | Update highlighting to account for updated search terms for AlixPartners review team. | 0.70 |
| 04/26/21 | KG | Export files for A. DePalma (AlixPartners). | 0.30 |
| 04/26/21 | TKD | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.80 |
| 04/27/21 | TKD | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 1.10 |
| 04/28/21 | TKD | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.80 |
| 04/29/21 | TKD | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.60 |
| 04/29/21 | KG | Load native files for AlixPartners team to review. | 0.90 |
| 04/29/21 | JH | Correspondence with A. Guo (DPW) re: responses to Plaintiffs. | 0.90 |
| 04/29/21 | HS | Emails to and from J. Lynn and K. Sundt (both AlixPartners) re: document review and production strategy | 0.70 |
| 04/30/21 | HS | Emails with J. Lynn (AlixPartners) and S. Stefanik (DPW) re: production of documents | 0.60 |
| 04/30/21 | HS | Call with J. Lynn, H. Saydah (both AlixPartners) re: strategy for production of documents to DPW | 0.30 |
| 04/30/21 | JKL | Transfer exports to S. Stefanik (DPW). | 2.50 |
| 04/30/21 | JKL | Call with J. Lynn, H. Saydah (both AlixPartners) re: strategy for production of documents to DPW | 0.30 |
| 04/30/21 | JH | Correspondence with A. Guo (DPW) re: responses to Plaintiffs. | 0.10 |
| 04/30/21 | TKD | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.70 |
| 05/06/21 | JH | Correspondence with R. Hoff (Wiggin) re: social media collections. | 0.30 |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                   **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Special Projects
Client/Matter #          012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/06/21 | CO | Conference call with J. Lynn, C. O'Connor, H. Saydah (all AlixPartners) to discuss export set QC searches. | 0.70 |
| 05/06/21 | CO | Follow up call with J. Lynn, C. O'Connor, H. Saydah (all AlixPartners) to discuss export set QC searches. | 0.20 |
| 05/06/21 | CO | Review Client Confidential Info terms sent in different email threads from K. Sundt (AlixPartners) and confirm STR does not currently exist for these types of terms. | 0.10 |
| 05/06/21 | CO | Summarize complete list of terms back to K. Sundt and H. Saydah (both AlixPartners) for confirmation and reference. | 0.10 |
| 05/06/21 | CO | Finalize Client Confidential Info STR per K. Sundt and H. Saydah (both AlixPartners) request. | 0.50 |
| 05/06/21 | CO | Create searches for K. Sundt to review that flag documents containing Client Confidential Info in the next production set for Davis Polk. | 0.30 |
| 05/06/21 | HS | Conference call with J. Lynn, C. O'Connor, H. Saydah (all AlixPartners) to discuss export set QC searches. | 0.70 |
| 05/06/21 | HS | Follow up call with J. Lynn, C. O'Connor, H. Saydah (all AlixPartners) to discuss export set QC searches. | 0.20 |
| 05/10/21 | JH | Correspondence with J. Chen (DPW) re: diligence documents. | 0.20 |
| 05/10/21 | JH | Correspondence with C. Oluwole (DPW) re: reserve launch. | 0.10 |
| 05/10/21 | JH | Prepare diligence documents report at request of J. Chen (DPW). | 0.90 |
| 05/11/21 | JH | Finalize diligence documents report at request of J. Chen (DPW). | 0.30 |
| 05/11/21 | JH | Correspondence with C. Oluwole (DPW) re: reserve launch. | 0.20 |
| 05/11/21 | JH | Call with C. Oluwole, A. Mendelson, C. Hinton, and J. Chen (all DPW) re: reserve launch. | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Special Projects
Client/Matter #        012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/11/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 1.80 |
| 05/12/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.20 |
| 05/12/21 | JH | Correspondence with C. Oluwole (DPW) re: introduction to confirmation discovery vendor. | 0.20 |
| 05/12/21 | JH | Correspondence with J. Chen (DPW) re: updates to diligence reports. | 0.80 |
| 05/12/21 | JH | Correspondence with C. Oluwole (DPW) re: reserve security group access. | 0.50 |
| 05/12/21 | JCH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.50 |
| 05/12/21 | JCH | Continue to update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 1.30 |
| 05/13/21 | JCH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.90 |
| 05/13/21 | JCH | Call with J. Hamilton, J. Hardy (both AlixPartners), C. Oluwole, A. Mendelson (both DPW), T. Morrissey (Purdue) and A. Freiheit, C. Marantette (both KLD) re: additional volumes for the reserve. | 0.50 |
| 05/13/21 | JH | Call with J. Hamilton, J. Hardy (both AlixPartners), C. Oluwole, A. Mendelson (both DPW), T. Morrissey (Purdue) and A. Freiheit, C. Marantette (both KLD) re: additional volumes for the reserve. | 0.50 |
| 05/14/21 | JH | Call with C. Oluwole (DPW) re: reserve security group access. | 0.80 |
| 05/14/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.50 |
| 05/14/21 | JH | Continue to update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.40 |
| 05/14/21 | JH | Additional updates to reserve data sets in preparation of | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Special Projects
Client/Matter #    012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | launch at request of C. Oluwole (DPW). | |
| 05/14/21 | JG | Continue to update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.70 |
| 05/14/21 | JCH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.50 |
| 05/15/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.40 |
| 05/17/21 | JH | Correspondence with D. Martyn (TCDI) re: new data deliveries. | 0.20 |
| 05/17/21 | JH | Correspondence with D. Lyons (Kramer Levin) re: access to Confirmation Reserve. | 0.10 |
| 05/17/21 | JH | Correspondence with H. Israel (Levenfeld Pearlstein) re: access to Confirmation Reserve. | 0.10 |
| 05/17/21 | JH | Correspondence with C. Oluwole (DPW) re: diligence reports. | 0.40 |
| 05/17/21 | JH | Call with C. Oluwole (DPW) re: Sackler documents. | 0.40 |
| 05/17/21 | JH | Correspondence with A. Guo (DPW) re: new user requests. | 0.40 |
| 05/17/21 | JH | Create and send out new user access credentials at request of A. Guo (DPW). | 0.50 |
| 05/17/21 | JG | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.60 |
| 05/17/21 | JG | Continue to update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.70 |
| 05/17/21 | JG | Continue to update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 1.80 |
| 05/18/21 | JG | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.10 |
| 05/18/21 | JH | Correspondence with C. Oluwole (DPW) re: reporting. | 0.20 |
| 05/18/21 | JH | Correspondence with R. Keefe (Spears & Imes) re: | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Special Projects
Client/Matter #   012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | reserve access. | |
| 05/18/21 | JH | Correspondence with E. Min (Province) re: reserve access. | 0.10 |
| 05/18/21 | JH | Create Bankruptcy Diligence file path report for C. Oluwole's (DPW) review. | 0.80 |
| 05/19/21 | JH | Correspondence with D. Lyons (Kramer Levin) re: reserve access. | 0.40 |
| 05/19/21 | JH | Correspondence with J. Taub (Kramer Levin) re: reserve access. | 0.10 |
| 05/19/21 | JH | Correspondence with K. Chau, and C. Oluwole (both DPW) re: reporting. | 0.50 |
| 05/19/21 | JG | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.30 |
| 05/19/21 | JG | Continue to update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.70 |
| 05/19/21 | JCH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.70 |
| 05/20/21 | JCH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.40 |
| 05/20/21 | JG | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 1.10 |
| 05/20/21 | JH | Correspondence with T. Ghalayini (AlixPartners) re: email notifications. | 0.30 |
| 05/20/21 | JH | Correspondence with M. VanEck (PA AG) re: reserve access. | 0.20 |
| 05/20/21 | JH | Correspondence with D. Levine (DOJ) re: reserve access. | 0.10 |
| 05/20/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.00 |
| 05/20/21 | JH | Correspondence with C. Oluwole (DPW) re: reserve access. | 0.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Special Projects
Client/Matter #   012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/20/21 | JH | Correspondence with D. Martyn (TCDI) re: new media. | 0.10 |
| 05/20/21 | JH | Send out Confirmation Reserve data update notification to all users at request of C. Oluwole (DPW). | 0.30 |
| 05/21/21 | JH | Correspondence with M. VanEck (PA AG) re: reserve access. | 0.10 |
| 05/21/21 | JH | Send out Confirmation Reserve data update notification to all users at request of C. Oluwole (DPW). | 0.50 |
| 05/21/21 | JCH | Update reserve data sets at request of C. Oluwole (DPW). | 0.20 |
| 05/24/21 | JCH | Correspondence with J. Hardy (AlixPartners) and S. Meyer (AZ AG) re: reserve access. | 0.50 |
| 05/24/21 | JH | Correspondence with A. Guo (DPW) re: new user credentials. | 0.60 |
| 05/24/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.40 |
| 05/24/21 | JH | Correspondence with C. Oluwole (DPW) re: reporting. | 0.20 |
| 05/24/21 | JG | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.30 |
| 05/25/21 | JG | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 3.60 |
| 05/25/21 | JH | Correspondence with C. Oluwole (DPW) re: Sackler reporting. | 0.80 |
| 05/25/21 | JH | Correspondence with A. Guo (DPW) re: new user credentials. | 0.50 |
| 05/25/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.90 |
| 05/26/21 | JH | Correspondence with D. Reynolds (AlixPartners) and C. Scherer (TCDI) re: new media shipment. | 0.10 |
| 05/26/21 | JH | Correspondence with J. Bonham (AZAG) re: user credentials. | 0.30 |
| 05/26/21 | JCH | Correspondence with J. Hardy (AlixPartners) and S. Meyer | 0.20 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Special Projects
Client/Matter #   012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | (AZ AG) re: reserve access. | |
| 05/27/21 | JCH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 2.00 |
| 05/27/21 | JD | Correspondence with T. Ghalayini (both AlixPartners) re: IT assistance for Purdue. | 0.10 |
| 05/27/21 | JH | Correspondence with C. Oluwole (DPW) re: Sackler staging and review. | 0.30 |
| 05/27/21 | JH | Correspondence with K. Fell, M. Grier, and K. Giampaolo (all Milbank) re: Sackler staging and review. | 0.30 |
| 05/27/21 | JH | Update reserve data sets in preparation of launch at request of C. Oluwole (DPW). | 0.40 |
| 05/28/21 | JH | Correspondence with D. Martyn (TCDI) re: new media. | 0.10 |
| 05/28/21 | JH | Correspondence with A. Guo (DPW) re: new user credentials. | 0.30 |
| 05/28/21 | JH | Correspondence with K. Giampaolo (Milbank) re: reserve access. | 0.20 |
| 05/28/21 | JH | Correspondence with C. Oluwole (DPW) re: new user credentials. | 0.10 |
| | | **Total** | **212.80** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Special Projects
Client/Matter #   012589.00110

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Heather Saydah | 4.30 | 480.00 | 2,064.00 |
| Travis K Dane | 23.40 | 530.00 | 12,402.00 |
| Julia Caitlin Hardy | 23.40 | 530.00 | 12,402.00 |
| Kaitlyn A Sundt | 0.40 | 530.00 | 212.00 |
| Andrew D DePalma | 9.80 | 625.00 | 6,125.00 |
| Sue M Low | 4.50 | 625.00 | 2,812.50 |
| Julia Gutierrez | 47.60 | 625.00 | 29,750.00 |
| Sarah Jakobsen | 5.70 | 665.00 | 3,790.50 |
| Kristina Galbraith | 14.50 | 665.00 | 9,642.50 |
| Elizabeth S Kardos | 0.60 | 735.00 | 441.00 |
| Catherine O'Connor | 13.50 | 825.00 | 11,137.50 |
| Jamey Hamilton | 52.90 | 865.00 | 45,758.50 |
| Jay K Lynn | 12.10 | 980.00 | 11,858.00 |
| Jesse DelConte | 0.10 | 1,055.00 | 105.50 |
| **Total Hours & Fees** | **212.80** | | **148,501.00** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Retention and Engagement Administration
Client/Matter #   012589.00112

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 02/26/21 | JD | Email E. Kardos (AlixPartners) re: engagement amendment. | 0.20 |
| 03/01/21 | AG | Finalize relationship disclosures for Purdue Pharma report (A-C) | 2.20 |
| 03/01/21 | AG | Finalize relationship disclosures for Purdue Pharma report (C-F) | 2.30 |
| 03/01/21 | AG | Finalize relationship disclosures for Purdue Pharma report (F-I) | 2.00 |
| 03/02/21 | AG | Finalize relationship disclosures for Purdue Pharma report (I-L) | 1.80 |
| 03/02/21 | AG | Finalize relationship disclosures for Purdue Pharma report (L-P) | 2.30 |
| 03/02/21 | AG | Finalize relationship disclosures for Purdue Pharma report (P-S) | 1.90 |
| 03/03/21 | AG | Finalize relationship disclosures for Purdue Pharma report (S-Z) | 2.90 |
| 03/04/21 | HS | Review relationship disclosures for supplemental declaration | 1.90 |
| 03/05/21 | HS | Revise supplemental declaration | 1.60 |
| 03/05/21 | BFF | Draft supplemental declaration per H. Saydah (AlixPartners) | 0.60 |
| 03/08/21 | JD | Review supplemental AlixPartners retention disclosures. | 0.40 |
| 03/09/21 | HS | Revise 6th Supplemental Declaration | 0.40 |
| 03/10/21 | HS | Email exchange with L. Donahue and J. DelConte (both AlixPartners) re: Sixth Supplemental Declaration | 0.20 |
| 03/17/21 | JD | Review and provide comments on eDiscovery EL addendum. | 0.30 |
| 03/17/21 | BFF | Draft eDiscovery engagement letter for J. DelConte (AlixPartners) | 1.10 |
| 03/18/21 | JD | Review updated draft engagement letter addendum. | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Retention and Engagement Administration
Client/Matter #  012589.00112

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 03/22/21 | JD | Correspondence with AlixPartners and Purdue legal re: retention addendum. | 0.30 |
| 03/23/21 | HS | Review engagement letter for e-discovery services for supplemental retention pleadings | 0.30 |
| 03/23/21 | HS | Draft supplemental retention application for eDiscovery services | 2.30 |
| 03/26/21 | HS | Continue to draft supplemental retention motion re: eDiscovery work | 2.30 |
| 03/26/21 | JD | Finalize EL addendum. | 0.30 |
| 03/29/21 | HS | Revise motion to expand retention | 0.60 |
| 03/29/21 | HS | Review executed engagement letter | 0.20 |
| 04/04/21 | JD | Review and edit draft retention pleading. | 0.50 |
| 04/05/21 | HS | Review revisions to motion to supplement retention from J. DelConte (AlixPartners) | 0.30 |
| 04/06/21 | HS | Review US Trustee comments to retention order | 0.30 |
| 04/08/21 | HS | Review fee examiner's initial report re: fourth interim fee application | 0.70 |
| 04/08/21 | HS | Revise motion to expand retention, per comments from C. Robertson (DPW) | 0.30 |
| 04/08/21 | JD | Review final draft retention addendum. | 0.30 |
| 04/09/21 | HS | Review draft response to fee examiner's report | 0.60 |
| 04/13/21 | HS | Review February monthly fee statement for filing | 0.30 |
| 04/13/21 | HS | Review J. DelConte (AlixPartners) comments to fee examiner initial report | 0.40 |
| 04/14/21 | JD | Correspondence with AlixPartners legal and Davis Polk re: retention addendum. | 0.20 |
| 04/15/21 | HS | Revise motion to expand retention | 0.40 |
| 04/16/21 | HS | Review internal outline of eDiscovery protocol | 1.30 |
| 04/16/21 | HS | Meeting with S. Stefanik, J. Simonelli, M. Tobak, G. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Retention and Engagement Administration
Client/Matter #   012589.00112

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | McCarthy, K. Benedict, and C. Oluwole (all DPW) re: eDiscovery protocol | |
| 04/21/21 | HS | Attend hearing on Fourth Interim Fee Application | 0.40 |
| 04/21/21 | HS | Review email correspondence from J. Lynn (AlixPartners) re: document collection | 0.10 |
| 05/27/21 | JD | Call with J. DelConte, E. Kardos and K. Sundt (all AlixPartners) re: other potential Purdue workstreams. | 0.20 |
| 05/27/21 | KAS | Call with J. DelConte, E. Kardos and K. Sundt (all AlixPartners) re: other potential Purdue workstreams. | 0.20 |
| | | **Total** | **35.60** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Retention and Engagement Administration
Client/Matter #      012589.00112

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Andrew Gettler | 15.40 | 375.00 | 5,775.00 |
| Brooke F Filler | 1.70 | 460.00 | 782.00 |
| Heather Saydah | 15.40 | 480.00 | 7,392.00 |
| Kaitlyn A Sundt | 0.20 | 530.00 | 106.00 |
| Jesse DelConte | 2.90 | 1,055.00 | 3,059.50 |
| **Total Hours & Fees** | **35.60** | | **17,114.50** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Fee Statements and Fee Applications
Client/Matter #      012589.00113

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/01/21 | JD | Finalize review of December fee application. | 2.30 |
| 02/02/21 | TB | Prepare monthly fee statement and exhibits for December 2020. | 1.50 |
| 02/03/21 | JD | Final review of December fee application. | 0.40 |
| 02/04/21 | TB | Update exhibit A for the December 2020 monthly fee statement. | 0.30 |
| 02/08/21 | TB | Email to M. Pera, D. Consla, C. Robertson (all DPW) attaching the sixteenth monthly fee application and exhibits for December 2020 for filing with the court. | 0.20 |
| 02/10/21 | MSM | Prepare professional fees for January 2021. | 2.00 |
| 02/11/21 | MSM | Prepare professional fees for January 2021. | 3.80 |
| 02/11/21 | MSM | Continue to prepare professional fees for January 2021. | 2.00 |
| 02/17/21 | MSM | Prepare professional fees for January 2021. | 2.70 |
| 02/17/21 | MSM | Continue to prepare professional fees for January 2021. | 3.20 |
| 02/17/21 | MSM | Continue to prepare professional fees for January 2021. | 1.80 |
| 02/18/21 | MSM | Prepare professional fees for January 2021. | 3.50 |
| 02/18/21 | MSM | Continue to prepare professional fees for January 2021. | 3.00 |
| 02/18/21 | MSM | Continue to prepare professional fees for January 2021. | 2.00 |
| 02/26/21 | JD | Initial review of January fee application. | 1.40 |
| 03/01/21 | MSM | Prepare professional fees for February 2021 monthly fee statement | 3.00 |
| 03/01/21 | MSM | Continue to prepare professional fees for February 2021 monthly fee statement | 2.70 |
| 03/02/21 | JD | Continue review of January 2021 fee statement | 1.00 |
| 03/03/21 | JD | Finalize review of January 2021 monthly fee statement. | 1.40 |
| 03/03/21 | TB | Prepare seventeenth monthly fee statement and exhibits for January 2021. | 1.40 |
| 03/04/21 | HS | Review January 2021 monthly fee statement | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Fee Statements and Fee Applications
Client/Matter #  012589.00113

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/05/21 | TB | Update seventeenth monthly fee statement for January 2021. | 0.30 |
| 03/05/21 | LJD | Review January 2021 monthly fee statement | 0.50 |
| 03/05/21 | JD | Finalize January 2021 monthly fee statement. | 0.30 |
| 03/06/21 | TB | Email to M. Pera, D. Consla, C. Robertson (all DPW) attaching the seventeenth monthly fee statement and exhibits for January 2021 for filing with the court. | 0.20 |
| 03/08/21 | TB | Prepare schedule workbook for fourth interim fee application. | 1.20 |
| 03/09/21 | TB | Prepare fourth interim fee application.. | 2.30 |
| 03/09/21 | TB | Prepare exhibits for fourth interim fee application. | 1.50 |
| 03/10/21 | TB | Prepare exhibits for fourth interim fee application. | 0.70 |
| 03/12/21 | TB | Update seventeenth monthly fee statement for January 2021 on request of Counsel. | 0.40 |
| 03/12/21 | JD | Provide initial comments to the AlixPartners 4th interim fee application. | 0.60 |
| 03/15/21 | MSM | Prepare professional fees for February 2021 monthly fee statement | 3.00 |
| 03/15/21 | MSM | Continue to prepare professional fees for February 2021 monthly fee statement | 3.20 |
| 03/15/21 | TB | Update fourth interim fee application and exhibits. | 0.80 |
| 03/16/21 | TB | Prepare fourth interim fee application and exhibits. | 1.00 |
| 03/16/21 | MSM | Prepare professional fees for February 2021 monthly fee statement | 3.00 |
| 03/16/21 | MSM | Continue to prepare professional fees for February 2021 monthly fee statement | 2.50 |
| 03/16/21 | JD | Final review of AlixPartners 4th interim fee application. | 1.80 |
| 03/17/21 | MSM | Prepare professional fees for February 2021 monthly fee statement | 1.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Fee Statements and Fee Applications
Client/Matter #        012589.00113

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 03/17/21 | MSM | Continue to prepare professional fees for February 2021 monthly fee statement | 2.60 |
| 03/17/21 | TB | Email to M. Pera, D. Consla, C. Robertson (all DPW) attaching the fourth interim fee application and exhibits for filing with on the court docket. | 0.20 |
| 03/17/21 | TB | Review Court Docket [docket #2514] | 0.20 |
| 03/18/21 | MSM | Prepare professional fees for February 2021 monthly fee statement | 3.20 |
| 03/18/21 | MSM | Continue to prepare professional fees for February 2021 monthly fee statement | 2.90 |
| 04/06/21 | JD | Initial review of draft February fee application. | 1.60 |
| 04/07/21 | JD | Review draft report from the fee examiner. | 0.30 |
| 04/08/21 | JD | Continue review of February fee application. | 1.30 |
| 04/08/21 | JD | Finish review of February fee statement. | 1.20 |
| 04/09/21 | BFF | Draft response to Fee Examiner re: Fourth Interim Fee Application | 2.30 |
| 04/12/21 | JD | Review final February fee statement. | 0.20 |
| 04/13/21 | MSM | Prepare professional fees for March 2021 fee statement | 3.50 |
| 04/13/21 | TB | Prepare eighteenth monthly fee statement and exhibit for February 2021. | 1.30 |
| 04/13/21 | JD | Finalize draft response to the fee examiner's initial report to the AlixPartners 4th interim fee application. | 1.30 |
| 04/14/21 | ESK | Call with J. DelConte, E. Kardos, B. Filler, and H. Saydah (all AlixPartners) re: Fee Examiner's report on Fourth Interim Fee Application | 0.40 |
| 04/14/21 | ESK | Provide comments to the Response to the Objection to the Fourth Interim Fee Application | 0.50 |
| 04/14/21 | BFF | Revise response to Fee Examiner | 0.40 |
| 04/14/21 | BFF | Call with J. DelConte, E. Kardos, B. Filler, and H. Saydah (all AlixPartners) re: Fee Examiner's report on Fourth | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Fee Statements and Fee Applications
Client/Matter #       012589.00113

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Interim Fee Application | |
| 04/14/21 | HS | Call with J. DelConte, E. Kardos, B. Filler, and H. Saydah (all AlixPartners) re: Fee Examiner's report on Fourth Interim Fee Application | 0.40 |
| 04/14/21 | HS | Review J. DelConte (AlixPartners) comments to fee examiner response | 0.30 |
| 04/14/21 | MSM | Prepare professional fees for March 2021 fee statement | 2.90 |
| 04/14/21 | JD | Finalize response to 4th interim fee app response from the fee examiner. | 0.50 |
| 04/14/21 | JD | Call with J. DelConte, E. Kardos, B. Filler, and H. Saydah (all AlixPartners) re: Fee Examiner's report on Fourth Interim Fee Application | 0.40 |
| 04/15/21 | JD | Respond to interim report from the fee examiner for the 4th interim AlixPartners fee application. | 0.30 |
| 04/15/21 | MSM | Prepare professional fees for March 2021 fee statement | 3.30 |
| 04/15/21 | TB | Update eighteen monthly fee statement on the request of H. Saydah (AlixPartners). | 0.40 |
| 04/15/21 | TB | Email to M. Pera, D. Consla, C. Robertson (all DPW) attaching the eighteen monthly fee statement and exhibits for February 2021 for filing with on the court docket. | 0.20 |
| 04/16/21 | JD | Correspondence with AlixPartners legal and D. Klauder (Belli and Klauder) re: fee examiner response. | 0.40 |
| 04/25/21 | MSM | Prepare professional fees for March 2021 fee statement | 3.50 |
| 04/25/21 | MSM | Continue to prepare professional fees for March 2021 fee statement. | 3.30 |
| 04/26/21 | MSM | Prepare professional fees for March 2021 fee statement | 3.20 |
| 04/26/21 | MSM | Continue to prepare professional fees for March 2021 fee statement. | 2.00 |
| 04/26/21 | MSM | Complete preparation of professional fees for March 2021 | 3.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Fee Statements and Fee Applications
Client/Matter #   012589.00113

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | fee statement. | |
| 04/26/21 | JD | Begin review of draft March fee statement. | 0.40 |
| 04/27/21 | JD | Continue working on editing the draft March fee statement. | 1.30 |
| 04/29/21 | JD | Finalize review of draft March fee statement. | 2.40 |
| 05/03/21 | JD | Finalize initial draft March fee application. | 0.30 |
| 05/04/21 | MSM | Prepare professional fees for April 2021 fee statement. | 0.80 |
| 05/06/21 | JD | Provide comments on latest edits to the fee application. | 0.20 |
| 05/07/21 | JD | Finalize review of March fee statement. | 0.30 |
| 05/07/21 | LMB | Review professional fees for March monthly fee statement | 0.60 |
| 05/07/21 | LMB | Prepare 19th monthly fee statement, supporting schedules and exhibits | 1.80 |
| 05/11/21 | LMB | Finalize March monthly fee statement, supporting schedules and exhibits | 0.30 |
| 05/11/21 | LMB | Email to M. Pera (DPW) attaching the 19th monthly fee statement for March 2021 | 0.20 |
| 05/13/21 | MSM | Prepare professional fees for April 2021 fee statement. | 2.30 |
| 05/14/21 | MSM | Prepare professional fees for April 2021 fee statement. | 2.90 |
| 05/14/21 | MSM | Continue to prepare professional fees for April 2021 fee statement. | 1.60 |
| 05/17/21 | MSM | Prepare professional fees for April 2021 fee statement. | 3.70 |
| 05/17/21 | MSM | Continue to prepare professional fees for April 2021 fee statement. | 3.20 |
| 05/17/21 | MSM | Further preparation of professional fees for April 2021 fee statement. | 2.10 |
| 05/18/21 | MSM | Prepare professional fees for April 2021 fee statement. | 3.50 |
| 05/18/21 | MSM | Continue to prepare professional fees for April 2021 fee statement. | 2.50 |
| 05/18/21 | MSM | Further preparation of professional fees for April 2021 fee | 2.00 |

**AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Fee Statements and Fee Applications
Client/Matter #   012589.00113

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|      |           | statement.             |       |
| 05/19/21 | MSM | Prepare professional fees for May 2021 fee statement | 1.20 |
| 05/24/21 | MSM | Prepare professional fees for May 2021 fee statement | 2.90 |
| 05/27/21 | MSM | Prepare professional fees for May 2021 fee statement | 1.50 |
|  |  | **Total** | **151.40** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Fee Statements and Fee Applications
Client/Matter #        012589.00113

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Melanie McCabe | 107.40 | 430.00 | 46,182.00 |
| Brooke F Filler | 3.10 | 460.00 | 1,426.00 |
| Tammy Brewer | 14.10 | 465.00 | 6,556.50 |
| Lisa Marie Bonito | 2.90 | 465.00 | 1,348.50 |
| Heather Saydah | 0.90 | 480.00 | 432.00 |
| Elizabeth S Kardos | 0.90 | 735.00 | 661.50 |
| Jesse DelConte | 21.60 | 1,055.00 | 22,788.00 |
| Lisa Donahue | 0.50 | 1,295.00 | 647.50 |
| **Total Hours & Fees** | **151.40** | | **80,042.00** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Court Hearings
Client/Matter #        012589.00114

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/17/21 | JD | Participate telephonically in court hearing. | 3.00 |
| 02/17/21 | HSB | Attended Purdue bankruptcy court hearing (telephonically). | 2.00 |
| 03/01/21 | JD | Participate telephonically in court hearing. | 0.60 |
| 03/24/21 | JD | Partial participation in omnibus court hearing. | 2.70 |
| 03/24/21 | HSB | Attend part of the Bankruptcy Court Hearing (re: Preliminary Injunction) via audio dial in. | 2.50 |
| 04/06/21 | JD | Participate telephonically in the Court hearing. | 1.80 |
| 04/21/21 | JD | Participate in Purdue omnibus court hearing. | 1.60 |
| 05/12/21 | JD | Participate in court hearing telephonically. | 1.00 |
| 05/12/21 | HSB | Attend Purdue bankruptcy Court Hearing | 1.00 |
| 05/20/21 | HSB | Attend Purdue bankruptcy court hearing. | 1.70 |
| 05/20/21 | JD | Listen in to court hearing telephonically. | 1.70 |
| 05/26/21 | JD | Participate in Purdue disclosure statement hearing. | 6.90 |
| 05/26/21 | HSB | Attend parts of the Purdue bankruptcy court hearing (re: Disclosure Statement). | 3.50 |
| | | **Total** | **30.00** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Court Hearings
Client/Matter #   012589.00114

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| HS Bhattal | 10.70 | 865.00 | 9,255.50 |
| Jesse DelConte | 19.30 | 1,055.00 | 20,361.50 |
| **Total Hours & Fees** | **30.00** | | **29,617.00** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Forensic Analysis
Client/Matter #         012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/01/21 | RC | Review documentation related to tax distributions. | 1.30 |
| 02/01/21 | RC | Update fraudulent transfer lookback period analysis. | 2.00 |
| 02/01/21 | RC | Review documentation related to Rhodes capital contributions and cash distributions | 1.10 |
| 02/02/21 | RC | Review documents related to Ex-US fundings. | 0.90 |
| 02/02/21 | RC | Review UCC's materials related to their fraudulent transfer analysis. | 1.40 |
| 02/02/21 | RC | Provide comments on fraudulent transfer lookback period analysis. | 1.70 |
| 02/02/21 | RC | Review documents related to Purdue cash and non-cash distributions. | 1.30 |
| 02/03/21 | RC | Update fraudulent transfer lookback period analysis. | 2.10 |
| 02/03/21 | RC | Review supporting documentation related to cash distribution analysis. | 1.40 |
| 02/03/21 | RC | Review audited financial statements and cash flow information related to cash distributions. | 1.00 |
| 02/08/21 | RC | Draft narrative section for disclosure statement re: team qualifications. | 1.50 |
| 02/08/21 | RC | Review tax distribution support documentation gathered in response to the UCC's requests | 0.70 |
| 02/10/21 | RC | Review support documentation gathered in response to requests from the UCC re: distributions. | 1.50 |
| 02/17/21 | RC | Review information related to the Sackler's foreign owned entities. | 0.50 |
| 02/23/21 | RC | Review information gathered in response to distribution requests from the UCC. | 1.00 |
| 02/25/21 | RC | Additional review of support documentation re: tax distributions. | 1.20 |
| 03/15/21 | RC | Review and comments on draft disclosure statement | 2.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Forensic Analysis
Client/Matter #     012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | sections related to the special committee investigation. | |
| 03/15/21 | RC | Email Counsel re: responses to information requests related to the cash transfers of value report. | 0.40 |
| 03/15/21 | RC | Review and provide additional comments to the draft disclosure statement. | 0.50 |
| 03/15/21 | MFR | Review of disclosure statement section related to Report 1A and 1B.  Review of Report 1B. | 1.30 |
| 03/16/21 | RC | Review disclosure statement and related press coverage re: plan settlement. | 1.00 |
| 03/17/21 | RC | Review disclosure statement information. | 0.50 |
| | | **Total** | **26.30** |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Forensic Analysis
Client/Matter #  012589.00115

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Mark F Rule | 1.30 | 980.00 | 1,274.00 |
| Richard Collura | 25.00 | 1,125.00 | 28,125.00 |
| **Total Hours & Fees** | **26.30** | | **29,399.00** |

**AlixPartners, LLP**

**Exhibit B**

**Summary and Detailed Description of**
**<u>AlixPartners' Expenses During Fifth Interim Period</u>**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Travel and Expense
                 Processing & Hosting
Client/Matter #  012589.00150
                 01004

| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 04/14/21 | Postage/Messenger/Courier - - VENDOR: FedEx Las Vegas to Southfield | 22.10 |
| 04/21/21 | Court Solutions - Jesse DelConte for attendance at Court hearing | 70.00 |
| 04/21/21 | Court Solutions - Heather Saydah attendance at Court hearing | 70.00 |
| | **Total Disbursements** | **162.10** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                         Processing & Hosting
Client/Matter #             012589.00150
                            01004

**Disbursement Recap:**

| Description | Amount |
|---|---:|
| Phone – Court Solutions | 140.00 |
| Postage/Federal Express | 22.10 |
| **Total Disbursements** | **162.10** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Processing & Hosting
Client/Matter #  012589.00150
                 01004

| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 04/30/21 | Hosting Fees (GB) | 55,993.80 |
| 05/31/21 | Hosting Fees (GB) | 60,211.20 |
| | **Total Disbursements** | **116,205.00** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Processing & Hosting
Client/Matter #    012589.00150
              01004

**Disbursement Recap:**

| Description | Amount |
|---|---|
| Hosting Fees (GB) | 116,205.00 |
| **Total Disbursements** | **116,205.00** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

**AlixPartners, LLP**


**Exhibit C**

**Certification of Lisa Donahue**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

## CERTIFICATION OF LISA DONAHUE

I, Lisa Donahue, declare under the penalty of perjury as follows:

1.      I am a Managing Director in the firm of AlixPartners, LLP ("AlixPartners"), with offices at 909 Third Avenue, 30th Floor, New York, New York 10022.  AlixPartners serves as financial advisor to Purdue Pharma L.P. and its affiliated debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 Cases.

2.      In compliance with the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases, adopted January 25, 2013* (the "Local Guidelines"), and the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted June 17, 2013*

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901

(the "UST Guidelines"), I hereby certify as follows:

3.      I have reviewed *AlixPartners LLP'S Fifth Interim Application for the Period February 1, 2021 through May 31, 2021 for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Financial Advisor to the Chapter 11 Debtors* (the "Application").

4.      As required by Section A.1 of the Local Guidelines, I certify that:

a)  I have read the Application;

b)  To the best of my knowledge, information and belief formed after reasonable inuiry, the fees and disbursements sought in the Application fall within the Local Guidelines;

c)  The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by AlixPartners and are generally accepted by AlixPartners's clients; and

d)  In providing reimbursable services, AlixPartners does not make a profit on such service, whether the service is performed by AlixPartners in-house or through a third party.

5.      In accordance with Section B.3 of the Local Guidelines, I certify that copies of the Application are being provided to (i) Debtors; (ii) the Committee; (ii) the Application Recipients (as defined in ¶2(i) of the Interim Compensation Order); and (iv) all parties who have requested and are receiving notices in these Chapter 11 Cases through the Court's electronic filing system.

6.      I have reviewed Southern District of New York Bankruptcy Local Rule 2016(a) and submit that the Application substantially complies with such Rule.  In accordance with Federal Rule of Bankruptcy Procedure 2016(a) and section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm or any professional thereof, on the one hand, and any other person, on the other hand, for the division of such compensation as my firm may receive from the Court herein, nor will any division of fees prohibited by section 504 of the Bankruptcy Code be

2

made by me, or any professional of my firm.

7.      To the best of my knowledge, information and belief formed after reasonable inquiry, the Application complies with UST Guidelines.

8.      I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated:    July 16, 2021

/s/  *Lisa Donahue*
Lisa Donahue
Managing Director