**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., et al.[1] | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Michael D. McMahan, (the "Movant"), hereby request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent the following list of creditors in the above-referenced bankruptcy cases:

| | |
|---|---|
| Alaska Native Tribal Health Consortium | Kodiak Area Native Association |
| Aleutian Pribilof Islands Association, Inc. | Norton Sound Health Corporation |
| Bristol Bay Area Health Corporation | Pala Band of Mission Indians |
| Cheesh'na Tribe | Port Gamble S'Klallam Tribe |
| Council of Athabascan Tribal Governments | Seldovia Village Tribe |
| Indian Health Council, Inc. | Southeast Alaska Regional Health Consortium |
| Jamestown S'Klallam Tribe | Suquamish Tribe |

***I certify that I am a member in good standing*** of the bar of the States of Oklahoma and Texas, and the bars of the District Court for the District of Columbia, the District Court for the Western District of Oklahoma, the District Court for the Eastern District of Texas, the United

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

States Courts of Appeals for the Tenth Circuit and the District of Columbia Circuit, and the United States Supreme Court.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

HOBBS, STRAUS, DEAN & WALKER, LLP

Dated: July 16, 2021  
Oklahoma City OK

By: /s/ *Michael D. McMahan*  
Michael D. McMahan  
101 Park Avenue, Suite 700  
Oklahoma City, OK  73102  
Telephone: (405) 502-9425  
Fax: (405) 602-9426  
MMcMahan@hobbsstraus.com