**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., et al.[1] | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael D. McMahan to be admitted ***pro hac vice*** to represent the

creditors listed below in the above-referenced bankruptcy case, and upon the movant's

certification that the movant is a member of good standing of the bar of the States of Oklahoma

and Texas, and the bars of the District Court for the District of Columbia, the District Court for

the Western District of Oklahoma, the District Court for the Eastern District of Texas, the United

States Courts of Appeals for the Tenth Circuit and the District of Columbia Circuit, and the

United States Supreme Court, it is hereby

**ORDERED**, that Michael D. McMahan is admitted to practice *pro hac vice* in the above-

referenced bankruptcy cases to represent the below list of creditors in the United States

Bankruptcy Court for the Southern District of New York, provided that the filing fee has been

paid:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Alaska Native Tribal Health Consortium | Kodiak Area Native Association |
| Aleutian Pribilof Islands Association, Inc. | Norton Sound Health Corporation |
| Bristol Bay Area Health Corporation | Pala Band of Mission Indians |
| Cheesh'na Tribe | Port Gamble S'Klallam Tribe |
| Council of Athabascan Tribal Governments | Seldovia Village Tribe |
| Indian Health Council, Inc. | Southeast Alaska Regional Health Consortium |
| Jamestown S'Klallam Tribe | Suquamish Tribe |


DATED: _____

White Plains, New York

_____

HON. ROBERT D. DRAIN

UNITED STATES BANKRUPTCY JUDGE