

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Andrew M. Troop
tel: +1.212.858.1660
andrew.troop@pillsburylaw.com

July 17, 2021

VIA ELECTRONIC COURT FILING

The Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:    **In re Purdue Pharma L.P., et al, Case No. 19-23649 (RDD)**

Dear Judge Drain:

I write on behalf of the Non-Consenting States Group to support the request of the Reporters Committee for Freedom of the Press [Docket No. 3129] that the public and the press receive the benefit of a live video stream of the upcoming Confirmation Hearing.

The families who bear the burdens of the opioid crisis deserve to see the Confirmation Hearing in this case. The Non-Consenting States represent the public, and they believe the Reporters Committee's request advances an important public interest. For that reason, the Non-Consenting States respectfully submit that the relief requested by the Reporters Committee should be granted.

Respectfully submitted,

 */s/ Andrew M. Troop*
Andrew M. Troop
Counsel to the Ad Hoc Group of
Non-Consenting States

www.pillsburylaw.com