**SQUIRE PATTON BOGGS (US) LLP**

Stephen D. Lerner
201 E. Fourth St., Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
stephen.lerner@squirepb.com

-and-

1211 Avenue of the Americas, 26th Floor
New York, New York 10036
Telephone: 212.872.9800
Facsimile: 212.872.9815

*Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| **In re:** | : | Chapter 11 |
|  | : |  |
| **PURDUE PHARMA L.P.,** *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746**
**REGARDING NOTICE OF APPLICATION OF EXAMINER**
**FOR AUTHORITY TO EMPLOY AND RETAIN SCOTT A. KANE**
**AS ATTORNEY FOR THE EXAMINER *NUNC PRO TUNC* TO JUNE 24, 2021**

Pursuant to 28 U.S.C. § 1746, Rule 9075-2 of the Local Bankruptcy Rules for the Southern

District of New York (the "Local Rules"), and in accordance with this Court's case management

---

1 The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

procedures set forth in the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures*, entered on November 18, 2019 [Docket No. 498] (the "Case Management Order"), the undersigned hereby certifies as follows:

1. In accordance with the Case Management Order, responses to the *Application of Examiner for Authority to Employ and Retain Scott A. Kane as Attorney for the Examiner* Nunc Pro Tunc *to June 24, 2021* [Docket No. 3095], filed on June 30, 2021 (the "Application") were due no later than no later than July 16, 2021, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"). The Case Management Order and Local Rule 9075-2 provide that pleadings may be granted without a hearing if (a) no objections or other responsive pleadings have been filed on or before the applicable objection deadline, and (b) the attorney for the entity that filed the Application complies with the relevant procedural and notice requirements.

2. As of the filing of this certificate, more than forty-eight (48) hours have elapsed since the Objection Deadline and, to the best of my knowledge, no responsive pleading to the Application has been (a) filed with the Court on the docket of the above-captioned chapter 11 cases, or (b) served on the Examiner or Scott A. Kane.

3. All parties in interest were provided with notice [Docket No. 3116] that if no objections were timely filed and served with respect to the Application, the Examiner may, on or after the Objection Deadline, submit to the Court an order substantially in the form of the proposed order annexed to the Application, which order may be entered without further notice or opportunity to be heard.

4. Accordingly, the Examiner respectfully requests that the Court enter the proposed order, a copy of which is attached hereto as **Exhibit A**, granting the relief requested in the Application in accordance with the procedures described in the Case Management Order.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: July 18, 2021  **SQUIRE PATTON BOGGS (US) LLP**

*/s/ Stephen D. Lerner*
Stephen D. Lerner
201 E. Fourth St., Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
stephen.lerner@squirepb.com

-and-

1211 Avenue of the Americas, 26th Floor
New York, New York 10036
Telephone: 212.872.9800
Facsimile: 212.872.9815

*Examiner*