# EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|                                    |     |                          |
| ---------------------------------- | --- | ------------------------ |
|                                    | x   |                          |
| **In re:**                         | :   | Chapter 11               |
|                                    | :   |                          |
| **PURDUE PHARMA L.P.,** *et al.*,  | :   | Case No. 19-23649 (RDD)  |
|                                    | :   |                          |
| **Debtors.**[1]                    | :   | (Jointly Administered)   |
|                                    | x   |                          |

---

### ORDER APPROVING APPLICATION OF EXAMINER
### FOR AUTHORITY TO EMPLOY AND RETAIN SCOTT A. KANE AS
### <u>ATTORNEY FOR THE EXAMINER *NUNC PRO TUNC* TO JUNE 24, 2021</u>

Upon the Application (the "<u>Application</u>")[2] of the Examiner for entry of an order, pursuant

to section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b), Local Rules

2014-1 and 2016-1, and the Examiner Order, approving the employment and retention of Scott A.

Kane as attorney for the Examiner *nunc pro tunc* to June 24, 2021, pursuant to the terms set forth

in the Application and in the Kane Declaration; and the Court having jurisdiction to consider the

matters raised in the Application pursuant to 28 U.S.C. § 1334 and the Amended Standing Order

of Reference M-431, dated January 31, 2012 (Preska, C.J.); and the Court having authority to hear

the matters raised in the Application pursuant to 28 U.S.C. § 157; venue being proper pursuant to

28 U.S.C. § § 1408 and 1409; and the Application and the relief requested therein being a core

proceeding that the Court can determine pursuant to 28 U.S.C. § 157(b)(2); and due and proper

notice of the Application and opportunity for a hearing on the Application having been given to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

the parties listed therein, and it appearing that no other or further notice need be provided; and the

Court having reviewed and considered the Application, and the Kane Declaration; and the Court

having determined that the legal and factual bases set forth in the Application establishes just cause

for the relief granted herein; and the Court having found that the relief requested in the Application

being in the best interests of the Examiner and Debtors, their creditors, their estates and all other

parties in interest; and upon all of the proceedings had before the Court; and after due deliberation

and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

5.      The relief requested in the Application is hereby granted as set forth herein.

6.      The Examiner is hereby authorized to employ and retain Scott A. Kane *nunc pro
tunc* to June 24, 2021 in the chapter 11 cases, all as contemplated by the Application and Kane

Declaration and on the terms provided in the Examiner Order.

7.      Scott A. Kane is hereby authorized to render professional services and incur

expenses related to his professional services of assisting the Examiner with his investigation and

preparing and filing the Report in accordance with the Examiner Order.

8.      Compensation and reimbursement of the Examiner and compensation and

reimbursement of Scott A. Kane shall be determined pursuant to Section 330 of the Bankruptcy

Code and subject to the terms provided in Paragraph 5 of the Examiner Order.

9.      Any Bankruptcy Rule (including, but not limited to, Bankruptcy Rule 6004(h)) or

Local Rule that might otherwise delay the effectiveness of this Order is hereby waived, and the

terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

10.     The relief granted herein shall be binding upon any chapter 11 trustee appointed in any of the chapter 11 cases or upon any chapter 7 trustee appointed in the event of a subsequent conversion of any of the chapter 11 cases to cases under chapter 7 of the Bankruptcy Code.

11.     To the extent that there may be any inconsistency between the terms of the Application, the Kane Declaration, and this Order, the terms of this Order shall govern.

12.     To the extent that there may be any inconsistency between the terms of this Order and the Examiner Order, the Examiner Order shall govern.

13.     The Examiner and Scott A. Kane are authorized to take all such actions as are necessary or appropriate to implement the terms of this Order.

14.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2021
       White Plains, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE