UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

In re:    Case No.: 19-23649 (RDD)

**Purdue Pharma L.P.**, *et al*.    Chapter 11

Debtors[1]    (Jointly Administered)

------------------------------------------------------------

### ORDER GRANTING LEAVE TO FILE *AMICI CURIAE* BRIEF

Having considered the Motion for Leave to File *Amici Curiae* Brief of proposed *amici curiae* Kennedy Forum, American Foundation for Suicide Prevention, Depression and Bipolar Support Alliance, Inseparable, The Jed Foundation, Kennedy-Satcher Center for Mental Health Equity, Mental Health America, National Alliance on Mental Illness, National Association of Addiction Treatment Providers, National Association for Behavioral Healthcare, Scattergood Foundation, and Well Being Trust, and for the reasons set forth in said Motion, it is

**ORDERED,** that the Motion for Leave to File Amici Curiae Brief of proposed *amici curiae* be and is hereby GRANTED.

Dated: _____, 2021.

White Plains, NY

/s/_____
United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).