**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

---------------------------------------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE OF DAVID CHRISTIAN

Pursuant to Rule 2090-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, I, **David C. Christian II**, respectfully request admission pro hac vice to appear before the Bankruptcy Court to represent North American Elite Insurance Company and Aspen American Insurance Company, parties in interest in the above-captioned cases. In support thereof, the movant respectfully states as follows:

1. I certify that I am a member in good standing of the bars of the States of Illinois, Kansas, and Missouri; numerous federal bankruptcy, district, and circuit courts around the United States; and the Supreme Court of the United States.

2. Movant's practice is concentrated in the areas of bankruptcy, business restructuring, and commercial litigation.

3. Movant has read, is familiar with, and will abide by the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901

4. Movant has submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: July 19, 2021.        By: /s/David C. Christian II
                                                  David Christian
                                                  DAVID CHRISTIAN ATTORNEYS LLC
                                                  105 W. Madison St., Suite 1400
                                                  Chicago, IL 60602
                                                  862-362-8605
                                                  dchristian@dca.law

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------x
In re:                                                                  Chapter 11

PURDUE PHARMA L.P., *et al.*,                        Case No. 19-23649 (RDD)

                Debtors.[1]                                   (Jointly Administered)
-----------------------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon the motion of **David C. Christian II** to be admitted pro hac vice to represent North American Elite Insurance Company and Aspen American Insurance Company, parties in interest in the above-captioned cases, and upon the movant's certification that he is a member in good standing of the bars of the States of Illinois, Kansas, and Missouri; numerous federal bankruptcy, district, and circuit courts around the United States; and the Supreme Court of the United States; it is hereby

**ORDERED,** that David C. Christian II is admitted to practice pro hac vice in the above-captioned cases to represent his clients identified above in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____                        /s/_____
      New York, NY                             THE HONORABLE ROBERT D. DRAIN
                                                         UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901