Pg 1 of 3

SIMPSON THACHER & BARTLETT LLP
Bryce L. Friedman
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2235
Fax: (212) 455-2502
bfriedman@stblaw.com

*Attorney for Gulf Underwriters Insurance Company
and St. Paul Fire and Marine Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al*., | Case No.: 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Bryce L. Friedman of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company in the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all notices given or required to be given in the above-captioned chapter 11 cases, and all papers served or required

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

be served in the above-captioned chapter 11 cases, be given and served upon the firm at the address indicated below.

**PLEASE TAKE FURTHER NOTICE** that that the foregoing request includes not only the notices and papers referred to above, but also includes, without limitation, all other notices, papers, reports, orders, letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, in each case whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit shall constitute a waiver of any of the rights of Gulf Underwriters Insurance Company or St. Paul Fire and Marine Insurance Company, including (i) the right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury so triable in the above-captioned chapter 11 cases or in any case, controversy, or proceeding related thereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, or defenses, as to which Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company are or may be entitled, in law or in equity, all of which rights, claims, actions, or defenses are expressly reserved.

Dated: New York, New York
July 19, 2021

SIMPSON THACHER & BARTLETT LLP

*/s/ Bryce L. Friedman*
Bryce L. Friedman
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2235
Fax: (212) 455-2502
bfriedman@stblaw.com

*Attorney for Gulf Underwriters Insurance Company
and St. Paul Fire and Marine Insurance Company*