UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
:
In re                                                                              :         Chapter 11
:
PURDUE PHARMA L.P., *et al.*,                                 :         Case No. 19-23649 (RDD)
:
Debtors.       :         Jointly Administered
:
---------------------------------------------------------- x

## AFFIRMATION OF SERVICE

PAUL K. SCHWARTZBERG, hereby affirms under penalty of perjury that the forgoing is true and correct:

1. I am an attorney with the Office of the United States Trustee for the Southern District of New York.

2. On July 19, 2021, I caused a true and correct copy of the United States Trustee's Objection to the Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors [ECF Doc. No. 3256] to be served by the method set forth on Master Service List attached hereto.

/s/ *Paul K. Schwartzberg*
Paul K. Schwartzberg