**PULLMAN & COMLEY, LLC**
Irve J. Goldman, Esq.
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601-7006
(203) 330-2213
igoldman@pullcom.com

*Counsel to the State of Connecticut*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | ) |  |
| **In re:** | ) |  |
|  | ) |  |
| **PURDUE PHARMA, L.P., et al,**[1] | ) | **Chapter 11** |
|  | ) |  |
| **Debtors.** | ) | **Case No. 19-23649 (RDD)** |
|  | ) |  |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that the undersigned appears for the State of Connecticut, by its Attorney General, William Tong, and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules, demands that all notices given or required to be given in this case and all papers, documents and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office, Post Office address, email address and telephone number set forth below.

---

[1] The debtors in these chapter 11 cases ("Debtors" or "Purdue"), along with the last four digits of their federal tax identification numbers, are Purdue Pharma Manufacturing L.P. (3821), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies K.P. (1868), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (6166), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' principal offices are at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

2

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, every order, application, motion, petition, pleading, request, complaint, demand, or other document which is filed with or brought before this Court or which affects the Debtor or the property of the Debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, email, telex or otherwise.

Dated: Bridgeport, Connecticut
      July 19, 2021                    PULLMAN & COMLEY, LLC

By: /s/Irve J. Goldman
    Irve J. Goldman (IG8058)
    Pullman & Comley, LLC
    850 Main Street, P.O. Box 7006
    Bridgeport, CT  06601-7006
    Tel: 203 330 2213
    igoldman@pullcom.com
    Attorneys for the State of Connecticut

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 19, 2021 a copy of the foregoing Appearance was served on the all parties requesting notice by electronic notice utilizing the Court's CM/ECF notification system.

/s/Irve J. Goldman
Irve J. Goldman

ACTIVE/81979.1/IJG/9683069v1