# EXHIBIT 3

**Undertaking and Affirmation for Advancement of Legal Costs and Expenses**

1. I am a current or former employee, officer, director or agent of Purdue Pharma L.P. and/or its subsidiaries (collectively, "Purdue").

2. I submit this undertaking and affirmation ("Affirmation") in support of a request for advancement and payment of legal costs and expenses incurred in connection with my activities as an employee, officer, director or agent of Purdue.

3. I have received and reviewed the relevant provisions of Purdue Pharma L.P.'s Fifth Amended and Restated Limited Partnership Agreement dated June 20, 2019 (the "Limited Partnership Agreement") (paragraph 20 of which is attached to this Affirmation) regarding advancement and payment of legal costs and expenses, and I agree to abide by such terms.

4. I further affirm that, at all relevant times and in connection with my activities as an employee, officer, director or agent of Purdue, I conducted myself in good faith and in the belief that my conduct was lawful and on Purdue's behalf and in the best interests of Purdue.

5. I agree to repay Purdue any legal costs and expenses advanced for my benefit pursuant to this request to the extent that a court having jurisdiction in the matter shall have finally adjudicated, inclusive of appellate rights, (i) that I did not act in good faith and had reasonable cause to believe that my conduct was criminally unlawful, or (ii) that I am otherwise not entitled to be indemnified by Purdue.

6. I hereby acknowledge that each request for advancement and payment of legal costs and expenses made by me or on my behalf constitutes a reaffirmation by me of the statements, agreements and affirmations set forth above, and that I have a continuing duty to update Purdue if I am no longer able to certify to the above.

DATED: _November 28, 2019_

SIGNED: _[signature]_

NAME: _JOHN H. STEWART_