# EXHIBIT 4

19-23649-shl   Doc 3273-4   Filed 07/19/21   Entered 07/19/21 15:53:43   Exhibit
Exhibit 4 (Schedule of Excluded Parties)   Pg 2 of 2

19-23649-rdd   Doc 3187   Filed 07/15/21   Entered 07/15/21 00:12:53   Main Document
Pg 1192 of 1195

## EXHIBIT DD

### Schedule of Excluded Parties[1]

1. McKinsey & Company, Inc. United States and all its Related Parties, in their respective capacities as such

2. Practice Fusion, Inc. and all its Related Parties, in their respective capacities as such

3. Publicis Health Media, LLC and all its Related Parties, including without limitation, Publicis Health, LLC and Publicis Groupe S.A., in their respective capacities as such

4. ZS Associates, Inc. and all its Related Parties, in their respective capacities as such

5. Mark Timney

6. John Stewart

---

[1] The inclusion of any party on this Schedule of Excluded Parties is not an indication that any such party has been, or will be, accused of, or has committed any, wrongful conduct.