Kevin H. Marino
John D. Tortorella
John A. Boyle
Roseann Bassler Dal Pra
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, NJ 07928-1488
(973) 824-9300

*Attorneys for Creditor John H. Stewart*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 7:19-bk-23649 (RDD)<br><br>(Jointly Administered)<br><br>**Hearing Date**: August 9, 2021, at 10:00 a.m.<br><br>**Objection Deadline**: July 19, 2021, at 4:00p.m. |

**CERTIFICATE OF SERVICE**

JOHN D. TORTORELLA, of full age, hereby certifies and states:

1. I am an attorney at law of the State of New Jersey and a member of the law firm Marino, Tortorella & Boyle, P.C., attorneys for John H. Stewart ("Stewart"), a creditor and party in interest in this matter.

2. On this date, I caused a copy of the Objection of John H. Stewart to Confirmation of the Fifth Amendment Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (the "Objection") to be served via the Court's Case Management/Electronic Case Files (CM/ECF) system and e-mail on the following:

   (a) **counsel to the Debtors**, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017; (Attention: Marshall S. Huebner, Benjamin S.

-11-

        Kaminetzky, Eli J. Vonnegut and Christopher S. Robertson); (Purdue.noticing@dpw.com);

(b)    **counsel to the Creditors Committee**, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attention: Arik Preis, Mitchell P. Hurley, Sara L. Brauner and Edan Lisovicz) (apreis@akingump.com; mhurley@akingump.com; sbrauner@akingump.com; elisovicz@akingump.com); and (B) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801 (Attention: Justin R. Alberto) (jalberto@coleschotz.com); and

3.    On this date, I also caused a copy of the Objection to be served via the Court's Case Management/Electronic Case Files (CM/ECF) system, email, and first-class mail on the following:

    **the Office of the U.S. Trustee for the Southern District of New York**, 201 Varick Street, Suite 1006, New York, New York 10014 (Attention: Paul K. Schwartzberg) (paul.schwartzberg@usdoj.gov).

4.    On this date, I also caused a copy of the Objection marked "Chambers Copy" to be delivered via Federal Express to the Chambers of the Honorable Judge Robert D. Drain, United States Court for the Southern District of New York, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 248, White Plains, New York 10601.

5.    On this date, I also caused a copy of the Objection to be served by email upon those parties listed with email addresses on the Master Service List maintained by Prime Clerk in respect of these Bankruptcy Cases.

6.    On this date, I also caused a copy of the Objection to be served by first-class mail upon those parties on the Master Service List with no indicated email address.

-13-

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                JOHN A. BOYLE

Dated:  July 19, 2021