**Hearing Date: August 9, 2021 at 10:00 a.m. (ET)**
**Objection Deadline: July 19, 2021 at 4:00 p.m. (ET)**

Thomas J. Donovan, Jr.
Attorney General of Vermont
Joshua Diamond
Deputy Attorney General
Jill S. Abrams
Director, Consumer Protection and Antitrust
109 State Street
Montpelier, VT 05609
(802) 828-1106
jill.abrams@vermont.gov
*Attorneys for the State of Vermont*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **PURDUE PHARMA, L.P.,** *et al.*, | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**JOINDER OF THE STATE OF VERMONT   TO OBJECTION OF THE STATE OF WASHINGTON TO**
**CONFIRMATION OF THE DEBTORS' PLAN OF REORGANIZATION**

To the Honorable Robert D. Drain, United States Bankruptcy Judge:

For its objection to the *Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* ("Plan") [Dkt. 3185], the State of Vermont, by and through the Vermont Attorney General, joins the *Objection of State of Washington to Confirmation of the Debtors' Plan of Reorganization* [Dkt. 3276]. Vermont agrees that the Plan is unconfirmable because it purports to unlawfully impose broad third-party, nonconsensual releases of claims and causes of action against the Sackler Family Members and others,

1

including the nonconsensual release of sovereign police-power actions asserted by various States, including Vermont, on behalf of their citizens. *See* 11 U.S.C. § 524(e) (("[D]ischarge of a debt of the debtor does not affect the liability of any other entity on, or the property of any other entity for, such debt.").

**WHEREFORE**, the State of Vermont respectfully requests that this Court deny confirmation of the Plan.

Dated: July 19, 2021                                Respectfully submitted,

*/s/ Jill S. Abrams*
Jill S. Abrams
Assistant Attorney General

## CERTIFICATE OF SERVICE

      I, Jill S. Abrams, hereby certify that, on July 19, 2021, I caused true and correct copies of the foregoing document to be served (i) by the Court's Case Management/Electronic Case File (CM/ECF) System to all parties who are deemed to have consented to electronic service; (ii) by email upon the parties who provided email addresses set forth in the Master Service List maintained by the Debtors in respect of these chapter 11 cases; and by email upon the chambers of the Honorable Judge Robert D. Drain (rdd.Chambers@nysb.uscourts.gov) and the Office of the United States Trustee for the Southern District of New York (Attn: Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

                                                */s/ Jill S. Abrams*
                                                JILL S. ABRAMS