Hearing Date: August 9, 2021 at 10:00 a.m. (ET)
Objection Deadline: July 19, 2021 at 4:00 p.m. (ET)

KATHLEEN JENNINGS
Attorney General of Delaware
OWEN LEFKON
Director, Fraud and Consumer Protection Division
JILLIAN LAZAR
Director of Investor Protection
MARION QUIRK
Director of Consumer Protection
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Email: owenlefkon@delaware.gov
jillian.lazar@delaware.gov
marion.quirk@delaware.gov
*Attorneys for the State of Delaware*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **PURDUE PHARMA, L.P.,** *et al.*, | ) | Case No. 19-23649 (RDD) |
| | ) | |
| **Debtors.** | ) | (Jointly Administered) |
| | ) | |

**JOINDER OF THE STATE OF DELAWARE TO OBJECTION OF THE STATE OF WASHINGTON, THE STATE OF OREGON, AND THE OBJECTING STATES TO CONFIRMATION OF THE DEBTORS' PLAN OF REORGANIZATION**

To the Honorable Robert D. Drain, United States Bankruptcy Judge:

For its objection to the *Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* ("Plan") [Dkt. 3185], the State of Delaware, by and through the Delaware Attorney General, joins the *Objection of State of Washington, the State*

1

*of Oregon, and the Objecting States to Confirmation of the Debtors' Plan of Reorganization* [Dkt. 3276] (the "Objection"); *provided*, *however*, that because Delaware is the domicile of The Raymond and Beverly Sackler Fund for the Arts and Sciences, Delaware does not join or take a position at this time regarding paragraphs 44 and 45 of the Objection. Delaware agrees that the Plan is unconfirmable because it purports to unlawfully impose broad third-party, nonconsensual releases of claims and causes of action against the Sackler Family Members and others, including the nonconsensual release of sovereign police-power actions asserted by various States, including Delaware, on behalf of their citizens. *See* 11 U.S.C. § 524(e) ("[D]ischarge of a debt of the debtor does not affect the liability of any other entity on, or the property of any other entity for, such debt.").

**WHEREFORE**, the State of Delaware respectfully requests that this Court deny confirmation of the Plan.

Dated: July 19, 2021

Respectfully submitted,

*/s/ Jillian Lazar*
Owen Lefkon
Director, Fraud and Consumer Protection Division
Jillian Lazar *(JL2222)*
Director of Investor Protection
Marion Quirk
Director of Consumer Protection
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) (683-8899)
Email: owen.lefkon@delaware.gov
         jillian.lazar@delaware.gov
         marion.quirk@delaware.gov

*Attorneys for the State of Delaware*

2

## CERTIFICATE OF SERVICE

      I, Marion Quirk hereby certify that, on July 19, 2021, I caused true and correct copies of the foregoing document to be served (i) by the Court's Case Management/Electronic Case File (CM/ECF) System to all parties who are deemed to have consented to electronic service; (ii) by email upon the parties who provided email addresses set forth in the Master Service List maintained by the Debtors in respect of these chapter 11 cases; and by email upon the chambers of the Honorable Judge Robert D. Drain (rdd.Chambers@nysb.uscourts.gov) and the Office of the United States Trustee for the Southern District of New York (Attn: Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

                                                    */s/ Marion Quirk*
                                                    MARION QUIRK