UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | ) ) ) | Case No. 19-23649 (RDD) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF (A) EXECUTORY CONTRACTS AND
UNEXPIRED LEASES TO BE ASSUMED BY THE DEBTORS
PURSUANT TO THE PLAN, (B) CURE AMOUNTS, IF ANY,
AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**PLEASE TAKE NOTICE THAT** on June 3, 2021, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") entered an order (the "**Disclosure Statement Order**") (a) authorizing Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") to solicit acceptances for the *Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* (as modified, amended, or supplemented from time to time, the "**Plan**"); (b) approving the *Disclosure Statement for Fifth Amended Chapter 11 Plan for Purdue Pharma L.P. and Its Affiliated Debtors* (the "**Disclosure Statement**")[2] as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Disclosure Statement (including the Plan and the other exhibits thereto), Disclosure Statement Order, and all other materials in the Solicitation Package, except Ballots, may be obtained at no charge from Prime Clerk LLC, the Solicitation Agent retained by the Debtors in these Chapter 11 Cases (the "**Solicitation Agent**"), by: (a) calling the Debtors' restructuring hotline at (844) 217-0912 (toll-free) or (347) 859-8093

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan or Disclosure Statement, as applicable.

(international); (b) visiting the Debtors' restructuring website at: https://restructuring.primeclerk.com/purduepharma; and/or (c) writing to Purdue Pharma Ballot Processing, c/o Prime Clerk LLC, 60 East 42nd Street, Suite 1440, New York, NY 10165. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://www.nysb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE THAT** Section 8.1 of the Plan, provides that, as of and subject to the occurrence of the Effective Date, all executory contracts and unexpired leases to which any Debtor is a party, as amended pursuant to Section 8.4 of the Plan, will be deemed assumed by the applicable Debtor and, except with respect to any contract or lease held by a Transferred Debtor, assigned to NewCo or its designee, except for any executory contract or unexpired lease that:

(i) Has previously been assumed or rejected pursuant to a Final Order of the Bankruptcy Court;

(ii) Is specifically identified on the Schedule of Rejected Contracts;

(iii) Is the subject of a separate assumption or rejection motion filed by the Debtors under section 365 of the Bankruptcy Code pending on the Confirmation Date;

(iv) Is the subject of a pending Contract Dispute; or

(v) Is being otherwise treated pursuant to the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** you are receiving this notice because you are a counterparty to an executory contract or unexpired lease that, as of and subject to the occurrence of the Effective Date, will be assumed by the applicable Debtor or assumed by the applicable Debtor and assigned to NewCo (as applicable) and that, accordingly, has been specifically designated, along with a proposed cure amount (the "**Cure Amounts**") on the Schedule of Assumed Contracts, attached hereto as **Exhibit A**. If you have received this notice but your executory contract or unexpired lease is not listed on **Exhibit A**, the proposed Cure Amount for your executory contract or unexpired lease is Zero Dollars ($0).

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to a proposed Cure Amount, to the assumption of your executory contract or unexpired lease by the applicable Debtor or assumption by the applicable Debtor and assignment to NewCo (as applicable), including, without limitation, with respect to the provision of "adequate assurance of future performance" (within the meaning of section 365 of the Bankruptcy Code), or to the amendment of any such contract that gives rise to any obligation described in Section 8.4(a) of the Plan is **August 2, 2021, at 4:00 p.m., prevailing Eastern Time** (the "**Contract Objection Deadline**"). Such objection **must**: (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, (c) be filed with the Court (i) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov), and (ii) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to

2

Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and (d) be served in accordance with the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* entered on November 18, 2019 [D.I. 498], on (i) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attention: Marshall S. Huebner, Benjamin S. Kaminetzky, Eli J. Vonnegut and Christopher S. Robertson), (ii) counsel to the Creditors' Committee, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attention: Arik Preis, Mitchell P. Hurley, Sara L. Brauner, and Edan Lisovicz) and (B) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801 (Attention: Justin R. Alberto), and (iii) the Office of the U.S. Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014 (Attention: Paul K. Schwartzberg), so as to be actually received on or before the Contract Objection Deadline.

> **PLEASE TAKE FURTHER NOTICE THAT** any counterparty to an executory contract or unexpired lease who receives this notice and who fails to timely make an objection to (i) the proposed assumption, or assumption and assignment, of such executory contract or unexpired lease pursuant to the Plan, (ii) the adequate assurance of future performance within the meaning of section 365 of the Bankruptcy Code, (iii) the Cure Amount with respect to such executory contract or unexpired lease identified on **Exhibit A** (which will be deemed to be Zero Dollars ($0) if such contract is not listed thereon), or (iv) the amendment of such contract in connection with assumption, or assumption and assignment, thereof pursuant to Section 8.4 of the Plan on or before the Contract Objection Deadline will be deemed to have assented to the treatment described herein and in the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the assumption or assumption and assignment of any executory contract or unexpired lease pursuant to the Plan, or otherwise, shall result in the full release and satisfaction of any Claims or defaults, subject to satisfaction of the Cure Amount, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any assumed executory contract or unexpired lease at any time before the effective date of assumption or assumption and assignment. Any Proofs of Claim filed with respect to an executory contract or unexpired lease that has been assumed shall be deemed Disallowed and expunged, without further notice, or action, order or approval of the Bankruptcy Court or any other Person. Except to the extent that the Holder of a Co-Defendant Claim otherwise agrees or fails to object to such treatment, the assumption or rejection of a contract or lease with the Holder of a Co-Defendant Claim shall not operate as a release, waiver or discharge of any Co-Defendant Defensive Rights or Co-Defendant Claims.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan shall constitute (i) an amendment to each assumed or assumed and assigned contract or lease as necessary to render null and void any and all terms or provisions thereof solely to the extent such terms or provisions create an obligation of any Debtor (or any assignee thereof), or give rise to a right in favor of any non-Debtor under any MDT Insurance Policy, for the indemnification or reimbursement of any Person for costs, losses, damages, fees, expenses or any other amounts whatsoever relating to or arising from any actual or potential opioid-related litigation or dispute, whether accrued or unaccrued, asserted or unasserted, existing or hereinafter arising, based on or relating to, or in any manner arising from, in whole or in part, Opioid-Related Activities or other conduct

occurring prior to the Effective Date; and (ii) an agreement by each counterparty to release the Debtors (and any assignee thereof or successor thereto) and all Insurance Companies from any and all obligations, liabilities, Claims, Causes of Action and other rights of recovery arising under or relating to such indemnification and reimbursement rights to the extent relating to any conduct occurring prior to the Effective Date, and an agreement by such party to release any and all Co-Defendant Claims held by such party and to channel, in accordance with the Channeling Injunction, all Channeled Claims arising under or relating to such contract, including any such Claims that might otherwise be elevated to administrative status through assumption of such contract or lease. On the Effective Date, (x) all Co-Defendant Claims arising under or related to any such assumed or assumed and assigned contract or lease shall be released and discharged with no consideration on account thereof, and all Proofs of Claim in respect thereof shall be deemed Disallowed and expunged, without further notice, or action, order or approval of the Bankruptcy Court or any other Person and (y) all Channeled Claims arising under or related to any such assumed or assumed and assigned contract or lease shall be channeled in accordance with the Channeling Injunction. For the avoidance of doubt, unless otherwise agreed by the counterparty to any assumed or assumed and assigned contract or lease, the foregoing shall not release or otherwise modify any term or provision of such contract or lease to the extent of any indemnification or reimbursement rights accruing after the Effective Date for conduct occurring after the Effective Date. To the extent an objection to the amendments and releases described in Section 8.4(a) of the Plan is not timely filed and properly served on the Debtors with respect to a contract or lease in accordance with the procedures set forth in the Assumption Notice, (i) the counterparty to such contract or lease and all other applicable Persons shall be bound by and deemed to have assented to the terms set forth in Section 8.4(a) of the Plan, including the amendment of such contract or lease as described in Section 8.4(a)(i) of the Plan and the assumption or assumption and assignment of such contract or lease, as so amended, (ii) except to the extent such contract or lease is included in the Schedule of Rejected Contracts, as of the Effective Date, subject to the consensual resolution of any applicable Contract Dispute by such counterparty and the Debtors (with the consent (not to be unreasonably withheld, conditioned or delayed) of the Governmental Consent Parties, and after consultation with the Creditors' Committee), such contract or lease, solely as amended pursuant to Section 8.4 of the Plan, shall be assumed by the applicable Debtor and, except with respect to any such contract of the Transferred Debtors, assigned to NewCo (or one of its Subsidiaries), and (iii) as of the Effective Date, such counterparty and all other applicable Persons shall be deemed to have released any and all rights, obligations, liabilities, Claims, Causes of Action and other rights of recovery described in Section 8.4(a)(ii) of the Plan. To the extent an objection to the amendment and release described in Section 8.4(a) of the Plan is timely filed and properly served on the Debtors by any counterparty with respect to such counterparty's contract or lease, and such objection has not been consensually resolved between such counterparty and the Debtors (with the consent (not to be unreasonably withheld, conditioned or delayed) of the Governmental Consent Parties, and after consultation with the Creditors' Committee) prior to the Confirmation Hearing, (i) such contract or lease shall be deemed to be rejected, (ii) any Claims against the Debtors resulting from such rejection shall be classified and treated in accordance with Section 8.5 of the Plan and (iii) all Estate Causes of Action against such counterparty shall be preserved and not released and shall constitute Retained Causes of Action.

**PLEASE TAKE FURTHER NOTICE THAT** your status as a counterparty to an executory contract or an unexpired lease does not, without more, entitled you to vote on the Plan.

4

**PLEASE TAKE FURTHER NOTICE THAT** the listing of an executory contract or unexpired lease on **Exhibit A** shall not constitute an admission by the Debtors or that such document is an executory contract or an unexpired lease or that the Debtors have any liability thereunder, with the exception of the proposed Cure Amount.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors, subject to the terms of the Plan, reserve the right to modify the treatment of any particular executory contract or unexpired lease pursuant to the Plan. Furthermore, notwithstanding anything to the contrary in the Plan, the Debtors may alter, amend, modify or supplement the Schedule of Rejected Contracts and assume, assume and assign or reject executory contracts and unexpired leases at any time prior to the Effective Date or, with respect to any executory contract or unexpired lease subject to a Contract Dispute that is resolved after the Effective Date, within thirty (30) days following entry of a Final Order of the Bankruptcy Court resolving such Contract Dispute.

**PLEASE TAKE FURTHER NOTICE** that if a controversy arises regarding whether any Claim is properly classified under the Plan, the Bankruptcy Court shall, upon proper motion and notice, determine such controversy at the Confirmation Hearing. If the Bankruptcy Court finds that the classification of any Claim is improper, then such Claim shall be reclassified and the Ballot previously cast by the holder of such Claim shall be counted in, and the Claim shall receive the treatment prescribed in, the Class in which the Bankruptcy Court determines such Claim should have been classified, without the necessity of resoliciting any votes on the Plan. Notwithstanding the fact that your Claim would otherwise satisfy the definition of another type of Claim, or your receipt of a Ballot or notice, which identifies your Claim as belonging to a specific Class for voting and distribution purposes, any Claim that satisfies the definition of Co-Defendant Claims under Sections 1.1 and 4.16 of the Plan shall be a Co-Defendant Claim and any Claim that satisfies the definition of an Other Subordinated Claim under Sections 1.1 and 4.17 of the Plan shall be an Other Subordinated Claim.

> **Sections 10.6, 10.7, 10.8, 10.9, 10.10, 10.11, 10.12, and 10.13 of the Plan contain release, shareholder release, exculpation, injunction, channeling injunction, MDT insurer injunction, Settling MDT insurer injunction and shareholder channeling injunction provisions.** Pursuant to the Plan, certain parties are releasing the Released Parties, which include certain third parties, from certain Claims and Causes of Action. Thus, you are advised to review and consider the Plan carefully because your rights might be affected thereunder.
>
> **This notice is being sent to you for informational purposes only. If you have any questions about this notice, you should contact the Solicitation Agent in accordance with the instructions provided above. Please note the that Solicitation Agent cannot give you legal advice or advise you on how the Plan affects you or what actions you should take with respect to the Plan. Any questions regarding those matters should be referred to your own counsel.**

Dated: July 19, 2021
New York, New York

DAVIS POLK & WARDWELL LLP

By: /s/ *Eli J. Vonnegut*

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
James I. McClammy
Christopher S. Robertson

*Counsel to the Debtors and Debtors in Possession*

**Exhibit A**

**Schedule of Assumed Contracts**

| Debtor Obligor | Counterparty Name | Description of Contract | Amount Required to Cure Default Thereunder |
|---|---|---|---|
| Purdue Pharma L.P. | Advanced Chemistry Development, Inc. | Amendment No. 1 to Software License Agreement | $ 1,980.00 |
| Purdue Pharma L.P. | Advanced Chemistry Development, Inc. | Software License Agreement | |
| Purdue Pharma L.P. | Advanced Clinical, LLC | Master Services Agreement effective as of April 20, 2015 | $ 41,136.50 |
| Rhodes Pharmaceuticals L.P. | Advanced Clinical Concepts | Confidential Disclosure Agreement effective November 04, 2014 | |
| Rhodes Pharmaceuticals L.P. | Advanced Clinical Trials | Confidential Disclosure Agreement effective October 20, 2016 | |
| Purdue Pharma L.P. | Advocacy & Management Group | Consultant Services Agreement dated November 01, 2017 | $ 2,000.00 |
| Purdue Pharma L.P. | Agilent Technologies Inc. | Amendment #2 to Master Services Agreement dated September 29, 2016 | $ 4,769.60 |
| Purdue Pharma L.P. | Ajinomoto Bio-Pharma Services | Ajinomoto Althea, Inc. dba Ajinomoto Bio-Pharma Services - Services Agreement and Statement of Work (K. Fogle) effective May 17, 2019 | $ 700.00 |
| Purdue Pharma L.P. | Akamai Technologies, Inc. | Terms and Conditions executed April 07, 2015 | $ 772.65 |
| Purdue Pharma L.P. | American Chemical Society | SciFinder Software License | $ 5,803.27 |
| Purdue Pharma L.P. | American Cleaning Institute | Letter of Agreement for Safety and Efficacy Studies effective as of September 19, 2017 | $ 1,367.45 |
| Purdue Pharma L.P. | ANAQUA INC | Anaqua Inc. - SOW 2019-1 Docketing Services 2019-2022 CW2366578 (PB.RA) effective April 01, 2019 | $ 715.00 |
| Purdue Pharma L.P. | Anaqua Services, Inc. | IP Rights Maintenance Service Agreement dated December 19, 2016 | |
| Purdue Pharma L.P. | Anaqua, Inc. | Master Services Agreement effective as of October 24, 2011 | |
| Purdue Pharma L.P. | Anaqua, Inc. | Subscription Agreement dated December 15, 2016 | |
| Purdue Pharma L.P. | Anaqua, Inc. | Amendment #1 to the IPRMSA Agreement dated June 09, 2017 | |
| Purdue Pharma L.P. | Ascent Strategies, LLC | Consultant Services Agreement dated December 01, 2018 | $ 5,250.00 |
| Purdue Pharma L.P. | AT&T | Master Agreement effective as of May 12, 2017 | $ 348.10 |
| Purdue Pharma L.P. | ATHENA SOLUTIONS LLC | Athena Solutions Group, LLC CSA CW2366605 (LH.RA) effective May 01, 2019 | $ 6,000.00 |
| Purdue Pharma L.P. | Avista Pharma Solutions, Inc. | Master Laboratory Services Agreement dated February 27, 2018 | $ 57,543.07 |
| Rhodes Pharmaceuticals L.P. | Avista Pharma Solutions, Inc. | Confidential Disclosure Agreement effective May 10, 2018 | |
| Purdue Pharma L.P. | Berry Consultants, LLC. | Consultant Services Agreement effective as of November 30, 2018 | $ 1,150.00 |
| Purdue Pharma L.P. | Bivens & Associates LLC | Consultant Services Agreement dated January 01, 2018 | $ 2,000.00 |
| Purdue Pharma L.P. | BLUE MATTER LLC | Blue Matter LLC - Amendment to MSA CW2366441 (SD.RA) effective April 11, 2019 | $ 581.61 |
| Purdue Pharma L.P. | BLUE MATTER LLC | Master Services Agreement dated August 01, 2016 | |
| Purdue Pharma L.P. | Bravo Group, Inc. | Amendment No. 1 Consulting Services Agreement dated March 06, 2018 | $ 2,256.00 |
| Purdue Pharma L.P. | Bureau of National Affairs (Bloomberg BNA) | Customer Agreement | $ 357.32 |
| Rhodes Technologies | Caron Products & Services, Inc. | MSA dated January 31, 2016 | $ 5,794.03 |
| Purdue Pharma L.P. | Catalent Pharma Solutions, LLC | Amendment No. 2 to Supply Agreement dated January 29, 1998 | $ 3,500.00 |
| Purdue Pharma L.P. | Catalent Pharma Solutions, LLC | Amendment No. 6 to the Master Laboratory Services Agreement effective as of November 17, 2016 | |
| Purdue Pharma L.P. | Catalent Pharma Solutions, LLC | Project Specification Order #2018-1 dated October 26, 2018 | |
| Purdue Pharma L.P. | Catalent Pharma Solutions, LLC | CATALENT PHARMA SOLUTIONS LLC - First Amendment to CDA 30JAN19 (KF.RA) effective January 30, 2019 | |
| Rhodes Pharmaceuticals L.P. | Catalent Pharma Solutions, LLC | Confidential Disclosure Agreement effective September 23, 2016 | |
| Purdue Pharmaceutical Products L.P. | Cenplex Building Services, Inc. | Amendment No. 4 to Services Agreement dated January 01, 2016 | $ 2,969.54 |
| Purdue Pharmaceutical Products L.P. | Cenplex Building Services, Inc. | Amendment #2017-1 to Services Agreement dated May 01, 2017 | |
| Purdue Pharma L.P. | CenturyLink QCC | CenturyLink Total Advantage Agreement  dated June 5, 2014 | $ 1,703.01 |
| Purdue Pharma L.P. | CERILLIANT CORPORATION | Cerilliant Corporation - Amendment 1 to MLSA OTH CW2365944 (LH.RA) effective February 01, 2019 | $ 1,175.00 |
| Purdue Pharma L.P. | CFO Solutions LLC | Consultant Services Agreement effective as of August 20, 2018 | $ 8,531.25 |
| Purdue Pharma L.P. | Charles Stefanini Consulting LLC | Consultant Services Agreement effective as of October 01, 2017 | $ 6,000.00 |
| Purdue Pharma L.P. | Chilworth Technology, Inc. | Statement of Work effective as of June 09, 2009 | $ 7,839.00 |
| Purdue Pharma L.P. | Chilworth Technology, Inc. | Amendment #1 To Master Materials Testing And Professional Services Agreement dated December 19, 2014 | |
| Purdue Pharma L.P. | Clinical Drug Information, LLC (formerly Medi-Span, a part of Wolters Kluwer Health, Inc). | Wolters Kluwer Amendment 8 CW2368043 (SD.RA) effective August 01, 2019 | $ 25,146.49 |
| Purdue Pharma L.P. | Cobbs Creek Healthcare, LLC | Amendment No. 4 to Master Consultant Services Agreement dated July 31, 2017 | $ 38,406.00 |
| Purdue Pharma L.P. | Cobra Legal Solutions LLC | Master Services Agreement effective as of June 22, 2018 | $ 130,365.40 |
| Purdue Pharma L.P. | Cobra Legal Solutions LLC | Amendment No. 1 to Statement of Work #2018-1 dated July 02, 2018 | |
| Purdue Pharma L.P. | Cobra Legal Solutions LLC | Master Services Agreement effective as of June 22, 2018 | |
| Purdue Pharma L.P. | Cobra Legal Solutions LLC | Statement of Work #2018-1 Under Master Agreement dated June 22, 2018 | |
| Purdue Pharma L.P. | Cobra Legal Solutions LLC | Statement of Work #2019-1 under Master Services Agreement dated February 07, 2019 | |
| Purdue Pharma L.P. | Cobra Legal Solutions LLC | Cobra OTH CW2365898 Amend1 to SOW2019-1 modify pricing due to early payment discount  change (LH.RA) effective March 11, 2019 | |
| Purdue Pharma L.P. | Cobra Legal Solutions LLC | Cobra OTH CW2365901 Amend2 to SOW 2018-1 modify pricing due to changed early payment discount and extend term (LH.RA) effective March 11, 2019 | |
| Purdue Pharma L.P. | Cobra Legal Solutions LLC | Cobra OTH CW2365889 Amend1 to MSA modify early payment discount (LH.RA) effective March 11, 2019 | |
| Purdue Pharma L.P. | Cognizant Technology Solutions U.S. Corporation | Statement of Work #2018-1 effective as of July 01, 2018 | $ 453,955.49 |
| Purdue Pharma L.P. | Cognizant Technology Solutions U.S. Corporation | Amendment No. 6 to Master Services Agreement dated February 27, 2018 | |
| Purdue Pharma L.P. | Cognizant Technology Solutions U.S. Corporation | Cognizant - SOW 2019-1 Serialization Support - Basis Security ABAP CW2366901 (PB.RA) effective May 06, 2019 | |
| Avrio Health L.P. | Corporate Mailings Inc. dba CCG Marketing Solutions | Amendment #1 to Master Services Agreement effective as of December 04, 2017 | $ 3,440.37 |
| Purdue Pharma L.P. | DATABASICS INC | DATABASICS, INC. - SOW 2019-1 Modifications CW2367557 (LH.RA) effective July 01, 2019 | $ 2,823.53 |
| Purdue Pharma L.P. | Deerfield Agency, Inc. | Consulting Services Agreement effective as of February 19, 2018 | $ 15,335.00 |
| Purdue Pharma L.P. | DELAFOREST CONSULTING LLC | Christopher DeLaForest Consulting OTH Amend 2 extend CSA CW2367143 (LH.RA) effective June 01, 2019 | $ 4,000.00 |
| Purdue Pharma L.P. | Dickinson & Avella PLLC | Consulting Services Agreement effective as of March 01, 2018 | $ 2,500.00 |
| Purdue Pharma L.P. | DMD AMERICA INC | DMD America Inc. CSA CW2366960 (SD.RA) effective June 01, 2019 | $ 173.08 |
| Purdue Pharma L.P. | Duke University | Study Specification Order #001 effective as of April 18, 2018 | $ 19,134.59 |
| Purdue Pharma L.P. | DUKE UNIVERSITY | Duke University CDA CW2367656 Investigator Initiated Research (LH.SD) effective July 10, 2019 | |
| Purdue Pharma L.P. | DUKE UNIVERSITY | Duke Clinical Research OTH CW2365640 PMR AMD1 2923-2- A Nationally Representative Drug Utilization Study of OxyContin in Children Aged 17 years and Younger (LH.RA) effective February 22, 2019 | |
| Purdue Pharma L.P. | Duke University | Clinical Study and Research Agreement executed July 11, 2000 | |
| Purdue Pharma L.P. | DUKE UNIVERSITY | Duke OTH CW2366631 PMR 2923-2 AMD 2 A Nationally Representative Drug Utilization Study of OxyContin in Children Aged 17 years and Younger (LH.SD) effective May 31, 2019 | |
| Purdue Pharma L.P. | Duke University Health System | Amendment to the Purchasing Agreement  executed October 30, 2018 | |
| Purdue Pharma L.P. | Duke University Health System | Amendment  to the Pharmaceutical Purchase Agreement  effective as of October 09, 2017 | |

| Debtor Obligor | Counterparty Name | Description of Contract | Amount Required to Cure Default Thereunder |
|---|---|---|---|
| Purdue Pharma L.P. | Duke University Health System | Letter Amendment re: Price Increase dated January 29, 2016 | |
| Purdue Pharma L.P. | Duke University Health System | General Terms and Conditions of Sale effective as of March 03, 2015 | |
| Purdue Pharma L.P. | Duke University Health System | Letter Purchasing Agreement effective as of May 01, 2015 | |
| Purdue Pharma L.P. | Duke University Health System | Amendment to the Purchasing Agreement executed January 26, 2017 | |
| Purdue Pharma L.P. | Duke University Health System | Amendment to the Purchasing Agreement effective as of May 15, 2017 | |
| Purdue Pharma L.P. | ENORMOUS CREATIVE LLC | Enormous Creative LLC CDA 20FEB19 CW2365664 (LH.RA) effective February 20, 2019 | $ 12,091.41 |
| Rhodes Pharmaceuticals L.P. | Eppendorf Holding, Inc. | Master Services Agreement effective as of October 27, 2014 | $ 296.50 |
| Rhodes Pharmaceuticals L.P. | Eppendorf North America, In. | Statement of Work to Master Services Agreement effective as of December 12, 2018 | |
| Purdue Pharma L.P. | Factiva Inc an affiliate of Dow Jones Company | Master Agreement dated July 08, 2013 | $ 739.94 |
| Purdue Pharma L.P. | FactSet Research Systems Inc. | Client License Agreement & Amendment | $ 2,615.82 |
| Rhodes Pharmaceuticals L.P. | Frontage Laboratories, Inc. | Master Cro Services Agreement effective as of January 27, 2010 | $ 25,000.00 |
| Rhodes Pharmaceuticals L.P. | Altus Formulation, Inc./Frontage Laboratories, Inc. | Confidential Disclosure Agreement effective March 28, 2016 | |
| Rhodes Pharmaceuticals L.P. | Frontage Laboratories, Inc./Altus Formulation, Inc. | Confidential Disclosure Agreement effective March 28, 2016 | |
| Rhodes Pharmaceuticals L.P. | Frontage Laboratories, Inc./Glatt Air Techniques | Confidential Disclosure Agreement effective April 20, 2017 | |
| Rhodes Pharmaceuticals L.P. | Frontage Laboratories, Inc./Gregory Pharmaceutical Holdings, Inc. (UPM) | Confidential Disclosure Agreement effective July 01, 2015 | |
| Rhodes Pharmaceuticals L.P. | Frontage Laboratories, Inc./Noramco, Inc. | Confidential Disclosure Agreement effective November 23, 2015 | |
| Rhodes Pharmaceuticals L.P. | Frontage Laboratories, Inc./Tapemark Co. | Confidential Disclosure Agreement effective January 17, 2017 | |
| Rhodes Pharmaceuticals L.P. | Frontage Laboratories, Inc./Tapemark Co./Vektor Pharma TF GmbH | Confidential Disclosure Agreement effective May 23, 2016 | |
| Rhodes Pharmaceuticals L.P. | Glatt Air Techniques/Frontage Laboratories, Inc. | Confidential Disclosure Agreement effective April 20, 2017 | |
| Rhodes Pharmaceuticals L.P. | Frontida BioPharm, Inc. | Mutual Confidentiality Agreement effective February 14, 2017 | $ 2,624.70 |
| Rhodes Pharmaceuticals L.P. | Frontida BioPharm, Inc. | Asset Transfer Agreement effective as of August 03, 2018 | |
| Rhodes Pharmaceuticals L.P. | Frontida BioPharm, Inc. | Technical Transfer effective as of September 11, 2017 | |
| Rhodes Pharmaceuticals L.P. | Frontida BioPharm, Inc. | Project Proposal effective as of August 10, 2018 | |
| Purdue Pharma L.P. | Gaffney, Bennett & Associates, Inc. | Consultant Services Agreement dated December 01, 2017 | $ 2,127.00 |
| Purdue Pharma L.P. | Gartner, Inc. | Amendment to the Master Client Agreement dated April 25, 2009 | $ 11,943.25 |
| Purdue Pharma L.P. | Gartner, Inc. | Master Client Agreement | |
| Purdue Pharma L.P. | GEISINGER CLINIC | Geisinger Clinic - OTH CW2367463 Amendment 1 to Research and Collaboration Agreement (LH.RA) effective June 25, 2019 | $ 16,059.00 |
| Purdue Pharma L.P. | Geisinger Clinic | Amended and Restated Research and Collaboration Agreement effective as of August 23, 2018 | |
| Purdue Pharma L.P. | Geisinger Clinic for Health Research | Research and Collaboration Agreement effective as of October 23, 2017 | |
| Purdue Pharma Inc. | Geisinger Center for Health Research | Research and Collaboration Agreement dated June 15, 2016 | |
| Purdue Pharma L.P. | Halo Pharmaceutical Inc | Quality Agreement effective as of August 07, 2015 | $ 26,132.07 |
| Purdue Pharma L.P. | Halo Pharmaceutical, Inc. | Supply Agreement dated December 1, 2008 (last amended June 13, 2017) between Halo Pharmaceutical, Inc. and the Company | |
| Purdue Pharma L.P. | Halo Pharmaceutical, Inc. | Quality Agreement dated June 26, 2009 | |
| Purdue Pharma L.P. | Halo Pharmaceutical, Inc. | Master Manufacturing and Supply Agreement dated January 27, 2010 (last amended January 19, 2017) between Halo Pharmaceutical, Inc. and the Company | |
| Rhodes Pharmaceuticals L.P. | Halo Pharma | Change of Control Letter effective as of September 12, 2018 | |
| Rhodes Pharmaceuticals L.P. | Halo Pharmaceutical, Inc. | Master Manufacturing and Supply Agreement effective as of January 27, 2010 | |
| Rhodes Pharmaceuticals L.P. | Halo Pharmaceutical, Inc. | Technology Transfer and Commerical Pricing Proposal effective as of November 30, 2011 | |
| Rhodes Pharmaceuticals L.P. | Halo Pharmaceutical, Inc. | Master Technology Transfer Agreement effective as of February 08, 2010 | |
| Rhodes Technologies | Iron Mountain Management, Inc. | Agreement dated May 01, 2003 | $ 2,980.81 |
| Purdue Pharma L.P. | J. Alexander Hunt Inc. | Consultant Services Agreement dated December 01, 2018 | $ 6,000.00 |
| Purdue Pharma L.P. | J. Alexander Hunt Inc. | Amendment #1 To Consultant Services Agreement dated February 28, 2019 | |
| Purdue Pharma L.P. | J.S. McCarthy CO., Inc. dba J.S. McCarthy Printers | Consultant Services Agreement effective as of August 30, 2018 | $ 270.85 |
| Purdue Pharma L.P. | Johnson Controls, Inc. | Statement of Work #20 effective as of May 01, 2016 | $ 72,959.98 |
| Purdue Pharmaceuticals L.P. | Johnson Controls, Inc. | Master Services Agreement effective as of March 01, 2019 | |
| Purdue Pharmaceutical Products L.P. | Johnson Controls Inc. | Master Services Agreement effective as of March 01, 2019 | |
| Avrio Health L.P. | JOIN THE DOTS USA INC | Join the Dots MSA CW2365683 (SD.JB) effective February 18, 2019 | $ 14,920.00 |
| Purdue Pharma Manufacturing L.P. | KP Pharmaceutical Technology, Inc. | KP Pharmaceutical Technology, Inc. - CDA 15APR19 (AH.RA) effective April 15, 2019 | $ 40,756.45 |
| Purdue Pharma L.P. | LPW TRAINING SERVICES LLC | LPW Training Services LLC CSA CW2366582 (SD.RA) effective April 24, 2019 | $ 85,471.53 |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Amendment No. 3 to Manufacturing and Supply Agreement dated November 03, 2014 | $ 988,348.14 |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Amendment to Manufacturing and Supply Agreement effective as of July 19, 2013 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Amendment to Manufacturing and Supply Agreement dated July 19, 2013 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Amendment 01: SOW executed November 23, 2015 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Amendment to Manufacturing and Supply Agreement dated April 12, 1995 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Manufacturing and Supply Agreement effective as of December 21, 2010 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Amendment 02: SOW executed April 21, 2016 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Amendment to Technology Transfer and Investment Agreement dated June 01, 2009 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Quality Assurance Agreement dated July 23, 2008 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Quality Assurance Agreement dated April 12, 1995 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Amendment No. 4 to Manufacturing and Supply Agreement effective as of January 01, 2017 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Quality Agreement effective as of September 01, 2016 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Amendment No. 2 to Technology Transfer and Investment Agreement effective June 01, 2009 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | LTS Lohmann Therapie-Systeme AG - CDA 5JUL19 (P. Strassburger) effective July 05, 2019 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Third Amendment to Patient Assignment and Patient and Know-How License Agreement dated April 12, 1995 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Second Amendment to Patent Assignment and Patent and Know-How License Agreement dated April 09, 2015 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Confirmatory Patent Assignment dated April 09, 2015 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Amendment #1 to Patent Assignment and Paten and Know-How License Agreement dated April 09, 2015 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Amendment to License Agreement dated February 08, 2013 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Amendment No. 2 to Patent Assignment and Patent dated April 09, 2015 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Amendment to License Agreement dated April 12, 1995 | |

| Debtor Obligor | Counterparty Name | Description of Contract | Amount Required to Cure Default Thereunder |
|---|---|---|---|
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Amendment to License Agreement effective March 01, 2011 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Amendment No. 1 to Patent Assignment and Patent and Know-How License Agreement dated April 09, 2015 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Amendment to License Agreement effective November 28, 2012 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Letter Agreement Re: Development of Additional Dosage Strength dated December 01, 2009 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Non Binding Manufacturing Offer dated August 14, 2015 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Letter Agreement Re: Development of Additional Dosage Strengths dated April 01, 2008 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Technology Transfer and Investment Agreement effective as of June 01, 2009 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Letter Agreement Re: Development of Second Generation Patch dated June 23, 2009 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Non Binding Manufacturing Offer dated August 14, 2015 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Common Interest Privilege Agreement dated July 11, 2011 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Technology Transfer Agreement effective as of November 03, 2014 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Letter Agreement Re: Development of Additional Dosage Strength effective as of June 01, 2012 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme GMBH | Amendment executed July 19, 1996 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme GmbH & co. KG | License Agreement between Purdue Pharma L.P. and LTS Lohmann Therapie-Systeme GmbH & co. KG dated April 12, 1995, as amended and supplemented | |
| Purdue Pharma L.P. | LTS Lohmann Therapy Systems Corp. | Quality Assurance Agreement effective as of February 09, 2015 | |
| Purdue Pharma L.P. | LTS Lohmann Therapy Systems Corp. | Manufacturing and Supply Agreement effective as of December 21, 2010 | |
| Rhodes Pharmaceuticals L.P. | LTS Lohmann Therapie-Systeme AG | Confidential Disclosure Agreement effective February 10, 2014 | |
| Rhodes Pharmaceuticals L.P. | LTS Lohmann Therapie-Systeme AG/Dermapharm Corporation | Development and Sublicense Agreement effective October 07, 2015 | |
| Rhodes Pharmaceuticals L.P. | LTS Lohmann Therapie-Systeme AG/Gesellschaft fur Micronisierung mbH | Confidential Disclosure Agreement effective November 15, 2016 | |
| Rhodes Pharmaceuticals L.P. | LTS Lohmann Therapy Systems, Corp. | Confidential Disclosure Agreement effective November 15, 2016 | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Butrans Letter Agreement (11.08.2010) | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Butrans Letter Changes Agreement (12.17.2012) | |
| Purdue Pharma L.P. | LTS Lohmann Therapie-Systeme AG | Assignment (08.15.2018) | |
| Purdue Pharma L.P. | Matt Back Government Relations | Consultant Services Agreement dated May 01, 2017 | $ 3,500.00 |
| Purdue Pharma L.P. | MEDICAL RESEARCH CONSULTANTS | Master Agreement for Services effective as of August 01, 2016 | $ 623.56 |
| Purdue Pharma L.P. | MEDICAL RESEARCH CONSULTANTS | Master Agreement for Services dated August 07, 2013 | |
| Purdue Pharma L.P. | MEDICAL RESEARCH CONSULTANTS | Medical Research Consultants OTH CW2367192 Amend. 3 to MSA (LH.RA) effective June 06, 2019 | |
| Purdue Pharma L.P. | Movilitas Consulting LLC | Statement of Work dated September 29, 2017 | $ 30,508.50 |
| Rhodes Pharmaceuticals L.P. | MPL Laboratories (EMSL Analytical, Inc.) | Master Services Agreement effective as of October 25, 2013 | $ 962.50 |
| Avrio Health L.P. | New Frontier Marketing Associates LLC | Consultant Services Agreement dated March 08, 2018 | $ 19,850.00 |
| Rhodes Technologies | New Harbor Group | MSA dated October 20, 2008 | $ 500.00 |
| Rhodes Technologies | New Harbor Group | Master Consultant Services Agreement effective as of October 20, 2008 | |
| Rhodes Technologies | Reel Big Media, LLC, PhotoFlight Aerial Media, and New Harbor Group, LLC | Confidential Disclosure Agreement effective October 14, 2016 | |
| Purdue Pharma L.P. | Northrop Grumman Federal Civil Systems, Inc. | Subscription Agreement dated July 29, 2004 | $ 1,691.00 |
| Purdue Pharma L.P. | Northrop Grumman Information Technology, Inc. | Subscription Agreement dated June 05, 2008 | |
| Purdue Pharma L.P. | Ohio Clinical Trials, Inc. | Ohio Clinical Trials Study Specification Order CW2361260 OAG1010 (LK.RA) dated January 01, 2018 | $ 4,569.60 |
| Purdue Pharma L.P. | Ohio Clinical Trials, Inc. | Ohio Clinical Trials Inc. (OCT) Master Clinical Trial Agmt 2019 CW2364656 effective January 01, 2019 | |
| Purdue Pharma L.P. | Ohio Clinical Trials, Inc. | Master Clinical Trial Agreement effective as of January 01, 2019 | |
| Purdue Pharma L.P. | Particle Sciences, Inc. | Particle Sciences SOW 19NOV18 CW2364581 PUR2863 Nalmefene Clinical Mfg (RJ.RA) dated November 19, 2018 | $ 2,385.94 |
| Purdue Pharma L.P. | Particle Sciences, LLC | Master Service Agreement effective as of November 05, 2018 | |
| Purdue Pharma L.P. | Particle Sciences, LLC | Master Service Agreement effective as of November 26, 2018 | |
| Purdue Pharma L.P. | PARX SOLUTIONS INC | PARx Solutions, Inc. MSA CW2366809 (SD.RA) effective May 17, 2019 | $ 13,619.00 |
| Purdue Pharma L.P. | PARX SOLUTIONS INC | PARx Solutions, Inc. - SOW 2019-1 CW2367165 (SD.RA) effective June 06, 2019 | |
| Purdue Pharma L.P. | Peter J. Pitts | Amendment #2 to Statement of Work dated December 31, 2018 | $ 4,500.00 |
| Purdue Pharma L.P. | Peter J. Pitts | Amendment #1 to Statement of Work dated January 01, 2018 | |
| Purdue Pharma L.P. | Peter J. Pitts | Master Consultant Services Agreement effective as of January 01, 2016 | |
| Purdue Pharma L.P. | Peter J. Pitts d/b/a Peter J. Pitts Health Policy Consulting | Master Consultant Services Agreement effective as of January 01, 2016 | |
| Purdue Pharma L.P. | PHARMACENTRA LLC | Master Services Agreement effective as of June 16, 2016 | $ 12,400.00 |
| Purdue Pharma L.P. | PHARMACENTRA LLC | Pharmacentra, LLC - AMEND 1 to MSA CW2365971 (SD.RA) effective March 18, 2019 | |
| Purdue Pharma L.P. | PHARMACENTRA LLC | Pharmacentra LLC - SOW 2019-2 Pharmacy Locator Servcies Adhansia CW2367003 (SD.RA) effective April 19, 2019 | |
| Purdue Pharma L.P. | PHARMACENTRA LLC | Pharmacentra SOW Pharmacy Locator Servcies CW2365974 (SD.RA) effective February 01, 2019 | |
| Purdue Pharma L.P. | Pharmalex US Corp. | Statement of Work effective as of August 21, 2018 | $ 530.00 |
| Purdue Pharma L.P. | Pharmalex US Corp. | Statement of Work effective as of August 18, 2016 | |
| Purdue Pharma L.P. | PharmaLex US, LLC | Master Services Agreement effective as of August 18, 2016 | |
| Purdue Pharma L.P. | PharmaLex US, LLC | Master Services Agreement effective as of August 18, 2016 | |
| Purdue Pharma L.P. | POMS CORPORATION | POMS Corporation - CSA CW2367327 (PB.RA) effective June 17, 2019 | $ 1,368.06 |
| Purdue Pharma L.P. | Poms Corporation | Software, License, Support Professional Services Agreement | |
| Purdue Pharma L.P. | Precision Promotional Effectiveness, LLC | Amendment #2 to Master Services Agreement dated December 19, 2018 | $ 2,504.50 |
| Purdue Pharma L.P. | Precision Promotional Effectiveness, LLC | Precision Promotional Effectiveness LLC SOW CW2362760 Insomina Adoption Propensity Modeling (SD.RA) dated August 01, 2018 | |
| Purdue Pharma L.P. | Precision Promotional Effectiveness, LLC | Amendment #1 to Master Services Agreement dated November 24, 2015 | |
| Purdue Pharma L.P. | Precision Promotional Effectiveness, LLC | Statement of Work under Master Services Agreement dated September 10, 2018 | |
| Purdue Pharma L.P. | Precision Promotional Effectiveness, LLC | Licence Agreement effective October 22, 2018 | |
| Purdue Pharma L.P. | Precision Promotional Effectiveness, LLC | Precision License Agreement effective October 22, 2018 | |
| Purdue Pharma L.P. | Precision Promotional Effectiveness, LLC. | Statement of Work under Master Services Agreement dated November 24, 2015 | |
| Purdue Pharma L.P. | Prime Technologies, Inc. | SOW 1 dated October 15, 2007 | $ 1,587.04 |
| Purdue Pharma L.P. | Prime Technologies, Inc. | Amendment #1 to Software License Agreement | |
| Purdue Pharma L.P. | Prime Technologies, Inc. | Software License Agreement | |
| Purdue Pharmaceuticals L.P. | Pureflow Inc. | PUREFLOW INC. - MSA CW2365099 (AH.RA) dated January 01, 2019 | $ 9,218.42 |

| Debtor Obligor | Counterparty Name | Description of Contract | Amount Required to Cure Default Thereunder |
|---|---|---|---|
| Purdue Pharmaceuticals L.P. | Pureflow Inc. | PUREFLOW INC. - MSA CW2365099 (AH.RA) effective January 01, 2019 | |
| Rhodes Pharmaceuticals L.P. | QS Pharma/Sciecure Pharma, Inc. | Confidential Disclosure Agreement effective April 08, 2016 | $ 17,714.62 |
| Rhodes Pharmaceuticals L.P. | Sciecure Pharma Inc. | Collaboration and License Agreement between Rhodes Pharmaceuticals L.P. and Sciecure Pharma Inc. dated November 28, 2016 | |
| Rhodes Pharmaceuticals L.P. | Sciecure Pharma, Inc. | Supply Agreement effective as of November 29, 2016 | |
| Rhodes Pharmaceuticals L.P. | Sciecure Pharma, Inc. | Collaboration and License Agreement effective November 29, 2016 | |
| Rhodes Pharmaceuticals L.P. | Sciecure Pharma, Inc./Quotient Sciences-Philadelphia, LLC | Confidential Disclosure Agreement effective April 08, 2016 | |
| Purdue Pharma L.P. | Rebecca L. Halkias | Halkias CSA CW2354339 Government Affairs (AB.RA) dated May 01, 2017 | $ 50.45 |
| Purdue Pharma of Puerto Rico | Rebexa Group Inc. | Consultant Services Agreement (May 10, 2019) | $ 1,865.50 |
| Purdue Pharma L.P. | Reed Tech | Navigator(tm) for Drug Labels Order Form dated May 01, 2018 | $ 2,001.05 |
| Purdue Pharma L.P. | Reprints Desk, Inc. | Document Delivery Service Agreement and Amendment | $ 11,390.14 |
| Purdue Pharma L.P. | RODA CREATIVE SERVICES | RODA CREATIVE SERVICES, LTD. OTH CW2365151 AMEND2 TO SOW 2018-1 (LH.RA) dated January 01, 2019 | $ 73,318.12 |
| Purdue Pharma L.P. | RODA CREATIVE SERVICES | Roda Creative Services SOW CW2359060 2018 - 2019 (LH.RA) dated December 14, 2017 | |
| Purdue Pharma L.P. | RODA CREATIVE SERVICES | Amendment #3 to Master Services Agreement effective as of December 16, 2015 | |
| Purdue Pharma L.P. | RODA CREATIVE SERVICES | Roda Creative Services OTH CW2364192 Amend to 2018 - 2019 SOW (LH.RA) dated November 01, 2018 | |
| Purdue Pharma L.P. | RODA CREATIVE SERVICES | RODA CREATIVE SERVICES, LTD. OTH CW2365355 AMEND3 TO SOW 2018-1 (LH.RA) effective February 01, 2019 | |
| Purdue Pharma L.P. | RODA CREATIVE SERVICES | RODA CREATIVE SERVICES, LTD. OTH CW2365151 AMEND2 TO SOW 2018-1 (LH.RA) effective January 01, 2019 | |
| Purdue Pharmaceuticals L.P. | ROLESVILLE EQUIPMENT CO | Rolesville Equipment Company - Master Services Agreement CW2365083 (AH.RA) effective January 01, 2019 | $ 1,248.00 |
| Rhodes Pharmaceuticals L.P. | Sannova Analytical, Inc. | Master Laboratory and Clinical Services Agreement effective as of September 18, 2017 | $ 869.40 |
| Rhodes Pharmaceuticals L.P. | Sannova Analytical, Inc. | Confidential Disclosure Agreement effective April 04, 2016 | |
| Purdue Pharma L.P. | SAS Institute, Inc. | Amendment No. 4 To Master License Agreement Electronic Software Download | $ 1,570.13 |
| Purdue Pharma L.P. | SAS Institute, Inc. | Amendment No. 1 to Institute License Agreement Source Code Escrow | |
| Purdue Pharma L.P. | SAS Institute, Inc. | Supplement 21 License Agreement Number 14647 dated February 22, 2001 | |
| Purdue Pharma L.P. | SAS Institute, Inc. | Amendment No. 3 to Master License Agreement effective September 01, 2003 | |
| Purdue Pharma L.P. | SAS Institute, Inc. | Supplement 29 to License Agreement dated December 01, 2003 | |
| Purdue Pharma L.P. | SAS Institute, Inc. | Amendment No. 1 to Master License Agreement effective September 01, 2000 | |
| Purdue Pharma L.P. | SAS Institute, Inc. | Supplement 28 to License Agreement Number 14647 dated December 01, 2003 | |
| Purdue Pharma L.P. | SAS Institute, Inc. | Amendment No. 1 to Master License Agreement effective September 01, 2000 | |
| Purdue Pharma L.P. | SAS Institute, Inc. | Amendment No. 3 To Master License Agreement For Institute Products On Microcomputers effective September 01, 2003 | |
| Purdue Pharma L.P. | SAS Institute, Inc. | Supplement 28 to License Agreement Number 14647 dated December 01, 2003 | |
| Rhodes Pharmaceuticals L.P. | SGS North America, Inc. | Master Services Agreement effective as of January 31, 2018 | $ 2,928.00 |
| Rhodes Pharmaceuticals L.P. | Bibra Toxicology Advice & Consulting Ltd./SGS North America, Inc. | Confidential Disclosure Agreement effective March 17, 2016 | |
| Rhodes Pharmaceuticals L.P. | SGS North America, Inc. | Confidential Disclosure Agreement effective August 12, 2015 | |
| Rhodes Pharmaceuticals L.P. | SGS North America, Inc./Bibra Toxicology Advice & Consulting, Ltd. | Confidential Disclosure Agreement effective March 17, 2016 | |
| Rhodes Technologies | Sigma-Aldrich | Pricing Agreement dated January 01, 2011 | $ 12,132.58 |
| Purdue Pharma L.P. | Sodexo Operations, LLC | Sodexo MSA Wilson CW2319913 (KL.CAG) dated November 17, 2016 | $ 63,877.31 |
| Purdue Pharma L.P. | Sodexo Operations, LLC | Sodexo MSA Wilson CW2319913 (KL.CAG) dated November 17, 2016 | |
| Purdue Pharma L.P. | Sodexo Operations, LLC | Sodexo MSA DURHAM, NC CW2319782 Cafeteria Services (KL.CG) dated November 18, 2016 | |
| Purdue Pharma L.P. | SOTAX CORP | SOTAX Corporation OTH CW2366749 Amend 4 extension to MSA (LH.RA) effective May 01, 2019 | $ 922.00 |
| Purdue Pharma L.P. | Sotax Corporation | Master Services Agreement effective as of May 12, 2009 | |
| Purdue Pharma L.P. | Sotax Corporation | Amendment #3 to Master Services Agreement dated May 12, 2009 | |
| Rhodes Pharmaceuticals L.P. | Sotax Corporation | Master Services Agreement effective as of February 27, 2019 | |
| Purdue Pharma L.P. | Southern Elevator Company, Inc. | Southern Elevator Company, Inc. - Amend. 4 to MSA (AH.RA) dated November 15, 2018 | $ 1,274.37 |
| Purdue Pharma L.P. | c/o/ Sparta Systems | Customer Engagement, Beta, and Feedback Agreement dated November 18, 2013 | $ 4,270.00 |
| Purdue Pharma L.P. | Sparta Systems, Inc. | Trackwise License and Support Agreement dated March 26, 2012 | |
| Purdue Pharma L.P. | Sparta Systems, Inc. | Sparta Systems, Inc. - Amendment No. 7 to Trackwise License and Support Agreement CW2361539 Affiliate Updates (PB.JM) dated May 09, 2018 | |
| Purdue Pharma L.P. | Sparta Systems, Inc. | Amendment #2 to License Agreement dated September 17, 2013 | |
| Purdue Pharma L.P. | Sparta Systems, Inc. | Amendment #1 to License Agreement dated March 26, 2012 | |
| Purdue Pharma L.P. | Sparta Systems, Inc. | Amendment #3 to License Agreement dated March 26, 2012 | |
| Purdue Pharma L.P. | Sparta Systems, Inc. | Sparta Systems, Inc. - Amendment No. 5 to License Agreement CW2362415 (PB.RA) dated September 26, 2016 | |
| Purdue Pharma L.P. | Sparta Systems, Inc. | Sparta Systems, Inc. - Amendment No. 6 to License Agreement CW2362417 (PB.RA) dated December 21, 2017 | |
| Purdue Pharma L.P. | Sparta Systems, Inc. | Amendment No. 4 To License Agreement dated February 18, 2015 | |
| Rhodes Pharmaceuticals L.P. | Sparta Systems, Inc. | Licensed Software Transfer Agreement | |
| Purdue Pharma L.P. | Sprint Solutions, Inc. | Custom Service Agreement effective as of October 25, 2004 | $ 1,477.83 |
| Purdue Pharma L.P. | Strategic Research Insights, Inc. | Strategic Research CSA CW2353005 (AB.RA) dated April 05, 2017 | $ 30,000.00 |
| Purdue Pharma L.P. | TECHNOLOGY CONCEPTS & DESIGN INC | Technology Concepts and Design, Inc. MSA CW2366007 (LH.KM) effective May 01, 2019 | $ 341.36 |
| Purdue Pharma L.P. | The Dilenschneider Group, Inc. | Amendment #1 to Consultant Services Agreement Dated December 19, 2017 dated November 01, 2018 | $ 11,250.00 |
| Purdue Pharma L.P. | The Medical Affairs Company | Consultant Services Agreement effective as of June 05, 2017 | $ 3,976.45 |
| Purdue Pharma L.P. | The Medical Affairs Company LLC | The Medical Affairs Company (TMAC) CSA CW2363449 (LH.RA) dated August 24, 2018 | |
| Avrio Health L.P. | The Nielsen Company, LLC | The Nielsen Company CSA CW2357798 OTC MarketResearch (AB.RA) dated November 21, 2017 | $ 114,223.50 |
| Purdue Pharma L.P. | Thermo Electron North America LLC | Thermo Electron Master Service Agreement - CW2359798 - (AH.JM) dated February 01, 2018 | $ 4,585.11 |
| Rhodes Technologies | Thermo Electron North America LLC | MSA dated September 14, 2017 | |
| Rhodes Technologies | Thermo Electron North America LLC | MSA dated December 17, 2009 | |
| Rhodes Technologies | Thermo Fisher Scientific (Asheville) LLC | MSA dated June 04, 2010 | $ 1,268.04 |
| Purdue Pharma L.P. | Thomas P. Pappas & Associates | Thomas Pappas Associates CSA CW2356895 (LH.RA) dated November 01, 2017 | $ 2,000.00 |
| Purdue Pharma L.P. | Time Warner Cable | Service Agreement effective as of February 04, 2015 | $ 420.14 |
| Purdue Pharma L.P. | Time Warner Cable | Terms and Conditions, Service Order, Service Agreement executed September 05, 2014 | |
| Purdue Pharma L.P. | Time Warner Cable Business Class | Order Form for Intrastate Ethernet dated September 11, 2014 | |

| Debtor Obligor | Counterparty Name | Description of Contract | Amount Required to Cure Default Thereunder |
|---|---|---|---|
| Purdue Pharma L.P. | Tom Kwieciak Consulting, LLC | Consultant Services Agreement effective as of January 01, 2018 | $ 10,000.00 |
| Purdue Pharma L.P. | TraceLink Inc | Enterprise Agreement effective as of September 29, 2014 | $ 16,792.92 |
| Purdue Pharma L.P. | TraceLink, Inc. | Tracelink Amendment CW2354545 05252017 (DS.EA) dated August 31, 2017 | |
| Purdue Pharma L.P. | Transperfect Translations International, Inc. | TransPerfect Translations International, Inc. - Amendment 4 to MCSA CW2357024 allowing POs (LH.RA) dated October 01, 2017 | $ 3,142.91 |
| Purdue Pharma L.P. | Veeva Systems, Inc. | Veeva SOW 9 PromoMats and MedComms Managed Services 2019 CW2364510 PB.EA dated January 01, 2019 | $ 7,577.45 |
| Purdue Pharma L.P. | Veeva Systems, Inc. | Master Subscription and Services Agreement effective as of July 15, 2015 | |
| Purdue Pharma L.P. | Veeva Systems, Inc. | Veeva MedComm SOWCW2356792 (DS.RA) dated January 01, 2018 | |
| Purdue Pharma L.P. | Veeva Systems, Inc. | Veeva MedComm SOWCW2356792 (DS.RA) dated October 02, 2017 | |
| Purdue Pharma L.P. | Veeva Systems, Inc. | Veeva Vault Submissions Renewal Order CW2362500 PB.RA dated August 01, 2018 | |
| Purdue Pharma L.P. | Veeva Systems, Inc. | Veeva PromoMats Renewal Order CW2362498 PB.RA dated July 27, 2018 | |
| Purdue Pharma L.P. | Veeva Systems, Inc. | Veeva SOW 9 PromoMats and MedComms Managed Services 2019 CW2364510 PB.EA effective January 01, 2019 | |
| Rhodes Pharmaceuticals L.P. | Vektor Pharma TF GmbH | Master Laboratory and Clinical Services Agreement effective as of November 30, 2012 | $ 12,500.00 |
| Rhodes Pharmaceuticals L.P. | Vektor Pharma TF GmbH | Product Development Agreement (Sixth Definitive Agreement) effective as of November 24, 2015 | |
| Rhodes Pharmaceuticals L.P. | Vektor Pharma TF GmbH | Product Development Agreement (Third Definitive Agreement) effective as of June 05, 2013 | |
| Rhodes Pharmaceuticals L.P. | Vektor Pharma TF GmbH | Product Development Agreement (Fourth Definitive Agreement) effective as of August 14, 2014 | |
| Rhodes Pharmaceuticals L.P. | Vektor Pharma TF GmbH/3S Pharmacological Consultation & Research GmbH | Confidential Disclosure Agreement effective March 14, 2016 | |
| Rhodes Pharmaceuticals L.P. | Vektor Pharma TF GmbH/Alembic Pharmaceuticals Limited | Confidential Disclosure Agreement effective April 06, 2017 | |
| Rhodes Pharmaceuticals L.P. | Vektor Pharma TF GmbH/ARx, LLC | Confidential Disclosure Agreement effective January 28, 2016 | |
| Rhodes Pharmaceuticals L.P. | Vektor Pharma TF GmbH/Cambrex Charles City, Inc./Micron Technologies, Inc. | Confidential Disclosure Agreement effective June 30, 2015 | |
| Rhodes Pharmaceuticals L.P. | Vektor Pharma TF GmbH/Cambrex Karlskoga AB | Confidential Disclosure Agreement effective January 18, 2017 | |
| Rhodes Pharmaceuticals L.P. | Vektor Pharma TF GmbH/Frontage Laboratories, Inc./Tapemark, Co. | Confidential Disclosure Agreement effective May 23, 2016 | |
| Rhodes Pharmaceuticals L.P. | Vektor Pharma TF GmbH/Gateway Analytical, LLC/Tapemark, Co. | Confidential Disclosure Agreement effective July 14, 2015 | |
| Rhodes Pharmaceuticals L.P. | Vektor Pharma TF GmbH/Tapemark, Co. | Confidential Disclosure Agreement effective March 24, 2014 | |
| Purdue Pharma L.P. | Vinyl Development, LLC D/B/A Zudy | Zudy MSA Amendment CW2354595 (DS.EA) dated August 11, 2015 | $ 1,818.00 |
| Purdue Pharma L.P. | Vinyl Development, LLC DBA Zudy | Master Software License and Subscription Agreement | |
| Purdue Pharma L.P. | West Virginia Lobbyist Group, LLC | West Virginia Lobbyist Group, LLC CSA CW2356899 (LH.RA) dated November 01, 2017 | $ 1,500.00 |
| Rhodes Technologies | Xerox | Lease dated April 18, 2014 | $ 2,145.23 |
| Purdue Pharma L.P. | Zoom Video Communications, Inc. | Master Subscription Agreement | $ 1,523.54 |