Joyce M. Villnave
7892 Ontario Avenue
Cicero, New York 13039
(315) 350-6358
joycevillnave@gmail.com

FILED
U.S. BANKRUPTCY COURT
2021 JUL 20
S.D.N.Y.

July 17, 2021

Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

Davis Polk & Wardwell, LLP
Attn: Marshall S. Huebner, et. al.
450 Lexington Avenue
New York, New York 10017

Akin Gump Strauss Hauer & Feld LLP
Attn: Arik Preis, Mitchell P. Hurley, et. al.
One Bryant Park
New York, New York 10036

Cole Schotz P.C.
Attn: Justin R. Alberto
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801

Office of the U.S. Trustee for the Southern District of New York
Attn: Paul K. Schwartzberg
201 Varick Street, Suite 1006
New York, New York 10014

RE: Purdue Pharma L.P., et. al.
Case No: 19-23649
Hearing to Consider Confirmation of the Fifth Amended Chapter 11 Plan

Dear Judge Drain:

Unfortunately, I am not an attorney and am not familiar with the proper form for objections. I hope you will indulge me by allowing me to register my objections by letter.

So many of those injured by Debtor's product, like my husband and my cousin, have lost their lives because they were prescribed a medication Debtors claimed was not addictive. They claimed this even after they knew the claim to be untrue and continued to promote opioids as a miracle drug.

As a result of said claims, several Debtors have pleaded guilty in a criminal proceeding. Yet, not one person will serve even a day in prison. There were billions of dollars in fines and forfeitures, but the criminals get to live their comfy lives as pillars of the community.

With the "global" settlement of the criminal case and the settlement of these bankruptcy cases, how will those whose final outcome is not known be comforted? How will those claimants, whose claim is considered unsecured because their claim is not monetary, know they matter in these proceedings?

Case No: 19-23649<br>
Letter of Joyce Villnave<br>
Page Two

Some states are already touting how much money they will receive from the bankruptcy cases and how they will use the funds. Visions of the tobacco industry settlement fill my dreams. As a result of those settlements the states ran scary commercials and raised the taxes on tobacco products. The tobacco companies raised the price of cigarettes and the smokers paid the price for their addiction and the settlements. The tobacco companies, and their executives, are just fine.

What is "corporate responsibility"? I understand that law prevents the executives of corporations to be held liable for company debt and liability, but shouldn't that be different when they and the corporations have admitted criminal guilt? Should a company be allowed to survive after such an abhorrent disregard for human life? Should those who made the decision to ignore the collateral damages of their lies be allowed to live as though they merely bent a few rules.

What are punitive damages? What is the value of the loss of a spouse, or a child, or a parent? I had a hard time determining what to enter on the form. I almost left it blank. But, then I thought that would indicate none. Punitive damages are meant as punishment and are meant to hurt. If Purdue Pharma is allowed to exist beyond these cases, and the executives are free, then there are not enough punitive damages.

What is the deterrent to future misconduct by corporations and executives? Already vaping is becoming the next lawsuit. Why would they not take the risk? What keeps them from advertising to our children?

Perhaps these are questions for legislators rather than the courts.

Thank you, Judge Drain, for allowing me to voice my dissent.

Sincerely yours,

*Joyce Villnave*

Joyce M. Villnave