PROVIDED TO APALACHEE CORRECTIONAL INSTITUTION ON 7/15/21 FOR MAILING

# UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re: Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors

## "MOTION FOR ALLOWANCE"

Comes Now, Jerome J. Ferrier Jr. #A50762 Filing this Motion 3RD Party as a friend of the Court on behalf of Mr. Richard McMillan III D.C.# 815425 located at a Florida State Prison, i.e. South Florida Reception Center, 13910 NW 41ST Street, Miami, Fla. 33178.

In Support of this Motion Ferrier (3RD Party) states:

Mr. Richard McMillan III is the former Co-owner of several pain clinics that was located in Palm Springs, Fla. and Boca Raton, Fla.. Mr. McMillan, also, co-managed a pharmacy in Boca Raton, Fla., Palm Beach County.

The name of Mr. McMillan's pain clinics were "Total Medical Express" and the pharmacy was named County Value Pharmacy.

In 2011, Mr. McMillan was charged one Count of Racketeering (RICO) combined with nine Counts of Distribution, Purchase, Sell and/or Delivery of OxyContin (prescription opioids) that were the nine predicate incidents of the Racketeering Charge. Mr. McMillan was charged with one count of Conspiracy to Commit Racketeering.

PAGE 1

Mr. McMillan was under the assumption that his pain clinics and the mangeing of the pharmacy was legal, but the state of Florida took Mr. McMillan to trial in Palm Beach County Case # 50-2011-CF-006729-BXXX-MB.

Mr. McMillan was found guilty of all Counts and sentenced to serve 35 yrs. in prison.

Mr. McMillan's business indirectly purchased OxyContin from Purdue Pharma, and Purdue Pharma "NEVER" informed Mr. McMillan that he could be facing prison time for conducting businesses that he thought were legal.

Therefore, Ferrier (3rd Party) believes that Mr. McMillan has a claim against Purdue Pharma, because Purdue Pharma "NEVER" gave Mr. McMillan any disclaimers.

At this time, Ferrier (3rd Party) or Mr. McMillan can "NOT" obtain any websites or call any toll free phone numbers; therefore, on behalf of Mr. McMillan, Ferrier, is Requesting that the Court to take the appropriate action that Mr. McMillan deserves. Ferrier (3rd Party) and Mr. McMillan is incarcerated in Florida.

Ferrier, is Requesting that the Court to Contact Mr. McMillan by writing to: Richard McMillan III D.C. # B15425, (SFRC), 13910 NW 41st Street, Miami, Fla. 33178.

Ferrier, on behalf of Mr. McMillan believes that he should be able to vote, because Mr. McMillan does have a claim against Purdue Pharma.

PAGE 2

Wherefore, Ferrier (3rd Party) is Requesting that this Motion For Allowance be Granted and the Court to accept Ferrier as a 3rd Party for Mr. McMillan.

## OATH

I, Jerome J. Ferrier Jr. #A50762, Apalachee C.I., 35 Apalachee Drive, Sneads, Fla. 32460 declares that on behalf of Mr. Richard McMillan III #815425 (address listed above) declares that everything contained in this Motion is True and Correct and filed under Oath pursuant to Tit. 28 USCS 1746 that Postage was prepaid by 1st class postage mailed to: U.S. Southern District Bankruptcy Court of New York, 300 Quarropas St., White Plains, New York 10601-4140.

Ferrier, understands that the deadline to file this Motion is on July 19, 2021; therefore, Ferrier on behalf of Mr. McMillan to apply the mail box rule for prisoners pursuant to Houston v. Lack 487 U.S. 266 (1988) that this Motion was timely filed on July 15, 2021.

BY: X _Jerome J. Ferrier Jr._
Jerome J. Ferrier Jr.
3rd Party for Richard McMillan III

PAGE 3

FILED
U.S. BANKRUPTCY COURT
2021 JUL 20 PM 9:31
S.D. OF N.Y.