AUDREY STRAUSS
United States Attorney for the
Southern District of New York
By:    LAWRENCE H. FOGELMAN
       PETER ARONOFF
       DANIELLE LEVINE
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2800
Lawrence.Fogelman@usdoj.gov
Danielle.Levine@usdoj.gov
Peter.Aronoff@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P., et al.,**<br><br>　　　　　　Debtors. | Bankr. No. 19-23649 (RDD) |

## CERTIFICATE OF SERVICE

     I, Lawrence H. Fogelman, an Assistant United States Attorney for the Southern District of New York, hereby certify that on July 19, 2021, I caused a copy of the Statement of the United States Regarding the Shareholder Release to be served by ECF upon all counsel and parties receiving ECF notifications in this case.


Dated:  July 21, 2021
       New York, New York

                                                        By:    /s/ Lawrence H. Fogelman
                                                               LAWRENCE H. FOGELMAN
                                                               Assistant United States Attorney