## Objection to the plan

my objection to the plan is for all personal injury victims. persons like myself that suffer from opioid use disorder from oxycontin that are serving ──8── years in prison. Do to the malice of the sacklers famley regared for human life leveing many people like me in prison with dead loved ones that money cant bring back or give back. if the courts just divied the 10,000,000,000 billion dalaers they stole from the purdue co. and divied it the class 10(B) totaling 129631 of just people whos lives were ruined that would be a meaer 129,000 dallor apiece. would not beanuff for me siting in prison. the crime is bernnie madaoff died in prison without killing anyone or liveing them addicted to drugs or in prisoned and got life in prison. while the sacklers will have there buttlers bring them tea. THATS THE CRIME.

if the courts would devied up the 4.275 billion and leave them with nuthin that would be a fair settlement.

Tim Wright
Tim Wright

7-19-2021

Motion for
late fileing

I receved my balot on 7-16-2021 for a totle number of 5 balots receved late. the CDCR heled back my balots passed the date of fileing. and held back my Disclosure statement perventing me from Fileing by the deadline of july 19th 2021.

I request the court except this late fileing of my balots 5 of them please exsept my late fileing of the objections to the plan

Tim Wright
Tim Wright Dated 7-19-2021