UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Lawrence J. Kotler, certify that on July 22, 2021, I caused a true and correct copy of *Chubb Insurance USA's Objection To The Sixth Amended Joint Chapter 11 Plan Of Reorganization Of Purdue Pharma L.P. And Its Affiliated Debtors* to be served upon the parties set forth on the attached service list via electronic mail and all parties entitled to notice via the Court's electronic notification system at the time of electronic filing.

Dated: July 22, 2021

/s/ *Lawrence K. Kotler*
Lawrence K. Kotler, Esq.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

## SERVICE LIST

**Chambers of the Honorable Judge Robert D. Drain (*Via Federal Express*)**
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248,
White Plains, New York 10601

**Counsel to the Debtors (*Via Email*)**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Attention: Marshall S. Huebner, Benjamin S. Kaminetzky, Eli J. Vonnegut and Christopher S. Robertson
marshall.huebner@davispolk.com
ben.kaminetzky@davispolk.com
eli.vonnegut@davispolk.com
christopher.robertson@davispolk.com

**Counsel to the Creditors Committee (*Via Email*)**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park, New York, NY 10036
Attention: Arik Preis, Mitchell P. Hurley, Sara L. Brauner and Edan Lisovicz
apreis@akingump.com
mhurley@akingump.com
sbrauner@akingump.com
elisovicz@akingump.com

-and-

Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Attention: Justin R. Alberto
jalberto@coleschotz.com

**Office of the U.S. Trustee for the Southern District of New York (*Via Email and Federal Express*)**
201 Varick Street, Suite 1006
New York, New York 10014
Attention: Paul K. Schwartzberg
paul.schwartzberg@usdoj.gov