ULMER & BERNE LLP
65 East State Street, Suite 1100
Columbus, OH  43215
T. 614.229.0018
F. 614.229.0019

*Counsel for Creditors, Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, Impax Laboratories, LLC and Impax Laboratories, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649(RDD) |

**MOTION FOR ADMISSION *PRO HAC VICE* FOR ANDREW W. OWEN**

**I, ANDREW W. OWEN** (the "Movant"), request admission, *pro hac vice,* in the above-captioned action before the Honorable Robert D. Drain, to represent Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, Impax Laboratories, LLC and Impax Laboratories, Inc., creditors in this case.

I certify that I am a member in good standing of the bar in the State of Ohio and in the bar of the following Courts:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Court | Date Admitted |
|---|---|
| Supreme Court of Ohio (Bar #0059646) | 11-09-1992 |
| United States Court of Appeals, Sixth Circuit | 05-04-1993 |
| U.S. District Court, Southern District of Ohio | 12-01-1992 |
| U.S. District Court, Northern District of Ohio | 10-22-2001 |
| U.S. Bankruptcy Court, Southern District of Ohio | 12-01-1992 |

I have submitted the filing fee of $200.00 with the filing of this Motion for Admission *Pro Hac Vice.*

Dated: July 22, 2021

**ULMER & BERNE LLP**

By: /s/ *Andrew W. Owen*
Andrew W. Owen (Ohio Bar No. 0059646)
aowen@ulmer.com
65 East State Street, Suite 1100
Columbus, Ohio 43215
T. 614.229.0018
F. 614.229.0019

2