UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.* | Case No. 19-23649(RDD) |
| Debtors.[1] | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* FOR ANDREW W. OWEN

Upon the Motion of ANDREW W. OWEN (the "Movant"), to be admitted, *pro hac vice*, to represent Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, Impax Laboratories, LLC and Impax Laboratories, Inc., creditors in the above-referenced case, and upon the Movant's certification that he is a member in good standing of the bar of the State of Ohio and the bar of the following Courts:

| Court | Date Admitted |
|---|---|
| Supreme Court of Ohio (Bar #0059646) | 11-09-1992 |
| United States Court of Appeals, Sixth Circuit | 05-04-1993 |
| U.S. District Court, Southern District of Ohio | 12-01-1992 |
| U.S. District Court, Northern District of Ohio | 10-22-2001 |
| U.S. Bankruptcy Court, Southern District of Ohio | 12-01-1992 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

It is hereby **ORDERED,** that ANDREW W. OWEN, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case to represent Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, Impax Laboratories, LLC and Impax Laboratories, Inc., in the United States Bankruptcy Court for the Southern District of New York, providing the filing fee has been paid.

Dated: _____, 2021
       New York, New York

                                                 THE HONORABLE ROBERT D. DRAIN
                                                 UNITED STATES BANKRUPTCY JUDGE