IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered)<br><br>Hearing Date: August 9, 2021, at 10:00 a.m., Eastern Standard Time |

**CERTAIN DISTRIBUTORS, MANUFACTURERS,
AND PHARMACIES MOTION FOR LEAVE TO EXCEED PAGE
LIMIT IN FILING THE JOINT OBJECTION TO THE SIXTH AMENDED JOINT
CHAPTER 11 PLAN OF PURDUE PHARMA L.P. AND ITS AFFILIATED DEBTORS**

The Distributors, Manufacturers, and Pharmacies listed in **Exhibit A** (collectively, the "DMPs") to the *Joint Objection of Certain Distributors, Manufacturers, and Creditors to the Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and Its Affiliated* (the "Joint Objection"), by and through their respective undersigned counsel respectfully represent as follows in support of this motion (the "Motion") for leave to exceed this Bankruptcy Court's page limitations when filing the Joint Objection:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1. The *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* [D.I. 498] (the "Case Management Order"), provides that "motions, applications and objections are limited to 40 pages[.]"

2. Paragraph 3(f)(i) of the *Second Amended Order Granting Debtors' Motion for Order Establishing Confirmation Schedule and Protocols* [D.I. 2989] (the "Confirmation Protocols Order") "encourage[s]" all parties objecting to the confirmation of the Debtors' *Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors* [D.I. 3185] (the "Plan") "to coordinate and consolidate objections to the extent the objections are overlapping and the Parties represent similar constituencies."

3. In keeping with the spirit of paragraph 3(f)(i) of the Confirmation Protocols Order, and to avoid this Bankruptcy Court reviewing numerous, largely duplicative objections, the DMPs have coordinated in the production of a single consolidated joint objection to the confirmation of the Plan, instead of possibly filing one or more individual objections.

4. To effectively address these concerns in the most economical and concise fashion, however, the DMPs required more than the forty pages permitted for each objection by the Case Management Order. Specifically, the length of the Joint Objection is fifty-five (55) pages, exclusive of the title page, table of contents, table of authorities, signature pages, and one exhibit. In drafting the Joint Objection, the DMPs have endeavored to be as concise as possible while still comprehensively explaining the bases for the opposition to the Plan's confirmation by a mix of "similar," but distinct, constituencies.

5. The DMPs submit that, although the Joint Objection exceeds this Bankruptcy Court's page limitations, the consolidated briefing prevents this Bankruptcy Court, the Debtor, and

parties in interest from receiving and reviewing numerous separate objections, likely aggregating hundreds of pages, and including "overlapping" objections.

6. The DMPs have also obtained the consent of the Debtors for the relief sought herein.

7. For the above reasons, the DMPs respectfully request that this Bankruptcy Court grant the DMPs leave to file the Joint Objection, filed simultaneously with this Motion.

[*Remainder of page intentionally blank.*]

Dated: July 22, 2021 　　　　　　　　　　　　　　　　　Respectfully submitted,

*/s/ Christopher A. Lynch* 　　　　　　　　　　　　　　　　*/s/ Michael H. Goldstein*
**REED SMITH LLP** 　　　　　　　　　　　　　　　　　　　**GOODWIN PROCTER LLP**
Christopher A. Lynch 　　　　　　　　　　　　　　　　　　Michael H. Goldstein
599 Lexington Avenue 　　　　　　　　　　　　　　　　　William P. Weintraub
New York, New York 10022-7650 　　　　　　　　　　　Howard S. Steel
Telephone: (212) 521-5400 　　　　　　　　　　　　　　Barry Z. Bazian
Fax: (212) 521-5450 　　　　　　　　　　　　　　　　　　Stacy Dasaro
E-mail: clynch@reedsmith.com 　　　　　　　　　　　　Artem Skorostensky
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　The New York Times Building
-and- 　　　　　　　　　　　　　　　　　　　　　　　　　　620 Eighth Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10018
**REED SMITH LLP** 　　　　　　　　　　　　　　　　　　　Telephone: (212) 813-8840
Lauren S. Zabel (admitted *pro hac vice*) 　　　　　　Fax: (212) 409-8404
Three Logan Square 　　　　　　　　　　　　　　　　　　E-mail: mgoldstein@goodwinlaw.com
1717 Arch Street, Suite 3100 　　　　　　　　　　　　　E-mail: wweintraub@goodwinlaw.com
Philadelphia, Pennsylvania 19103 　　　　　　　　　　E-mail: hsteel@goodwinlaw.com
Telephone: (215) 851-8100 　　　　　　　　　　　　　　E-mail: bbazian@goodwinlaw.com
Fax: (215) 851-1420 　　　　　　　　　　　　　　　　　　E-mail: sdasaro@goodwinlaw.com
E-mail: lzabel@reedsmith.com 　　　　　　　　　　　　E-mail: askorostensky@goodwinlaw.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Teva Pharmaceuticals USA,*
-and- 　　　　　　　　　　　　　　　　　　　　　　　　　　*Inc. and Related Entities*

**CRAVATH, SWAINE & MOORE LLP**
Michael T. Reynolds
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1552
Fax: (212) 474-3700
E-mail: mreynolds@cravath.com

*Counsel for AmerisourceBergen Drug*
*Corporation and Certain of Its Affiliates*

| | |
|---|---|
| */s/ Douglas K. Mayer*<br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>Richard G. Mason<br>Douglas K. Mayer<br>Elaine P. Golin<br>Angela K. Herring<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>Fax: (212) 403-2000<br>E-mail: RGMason@wlrk.com<br>E-mail: DKMayer@wlrk.com<br>E-mail: EPGolin@wlrk.com<br>E-mail: AKHerring@wlrk.com<br><br>*Counsel for Cardinal Health, Inc. and Related Entities* | */s/ Catherine Steege*<br>**JENNER & BLOCK LLP**<br>Catherine Steege<br>Melissa Root<br>353 North Clark Street<br>Chicago, Illinois 60654<br>Telephone: (312) 222-9350<br>E-mail: csteege@jenner.com<br>E-mail: mroot@jenner.com<br><br>-and-<br><br>**JENNER & BLOCK LLP**<br>Richard Levin<br>919 Third Avenue<br>New York, New York 10022-3908<br>Telephone: (212) 891-1600<br>E-mail: rlevin@jenner.com<br><br>*Counsel for McKesson Corporation and Related Entities* |
| */s/ Jill L. Nicholson*<br>**FOLEY & LARDNER LLP**<br>Jill L. Nicholson, Esq.<br>90 Park Avenue<br>New York, New York 10016<br>Telephone: (212) 682-7474<br>Fax: (713) 276-6727<br>E-mail: jnicholson@foley.com<br><br>*Counsel for Apotex Corp. and Aveva Drug Delivery Systems, Inc.* | */s/ Gregory Gartland*<br>**WINSTON & STRAWN, LLP**<br>Gregory Gartland<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 294-2693<br>E-mail: ggartland@winston.com<br><br>*Counsel for Hikma Pharmaceuticals USA Inc. f/k/a West-Ward Pharmaceuticals Corp.* |
| */s/ Jamila Justine Willis*<br>**DLA PIPER LLP (US)**<br>Jamila Justine Willis<br>1251 Avenue of the Americas, 24th Floor<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Fax: (212) 335-4501<br>E-mail: jamila.willis@us.dlapiper.com<br><br>*Counsel for Bristol-Myers Squibb* | */s/ Ryan A. Wagner*<br>**GREENBERG TRAURIG, LLP**<br>Ryan A. Wagner<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 212.801.3191<br>E-mail: wagnerr@gtlaw.com<br><br>*Counsel for Sandoz Inc. and Related Entities* |

| | |
|---|---|
| */s/ Geoffrey S. Goodman*<br>**FOLEY & LARDNER LLP**<br>Geoffrey S. Goodman (admitted *pro hac vice*)<br>Emil P. Khatchatourian (admitted *pro hac vice*)<br>321 North Clark Street, Suite 3000<br>Chicago, Illinois 60654-4762<br>Telephone: (312) 832-4500<br>Fax: (312) 832-4700<br>E-mail: ggoodman@foley.com<br>E-mail: ekhatchatourian@foley.com<br><br>-and-<br><br>**FOLEY & LARDNER LLP**<br>Alissa M. Nann, Esq.<br>90 Park Avenue<br>New York, New York 10016<br>Telephone: (212) 682-7474<br>Fax: (713) 276-6727<br>E-mail: anann@foley.com<br><br>*Counsel for CVS Pharmacy, Inc. and its Related Entities* | */s/ Evan M. Jones*<br>**O'MELVENY & MYERS LLP**<br>Evan M. Jones (admitted *pro hac vice*)<br>400 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 430-6000<br>E-mail: ejones@omm.com<br><br>-and-<br><br>**O'MELVENY & MYERS LLP**<br>Adam P. Haberkorn<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>E-mail: ahaberkorn@omm.com<br><br>*Counsel for Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Alza Corporation, Janssen Ortho LLC, and Janssen Inc.* |
| *s/ Daniel J. Saval*<br>**KOBRE & KIM LLP**<br>Daniel J. Saval<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 488-1200<br>Fax: (212) 488-1220<br>E-mail: daniel.saval@kobrekim.com<br><br>*Counsel for Express Scripts, Inc., ESI Mail Pharmacy Service, Inc., Express Scripts Holding Company, Express Scripts Pharmacy, Inc., and CuraScript, Inc.* | */s/ Jeremy W. Ryan*<br>**POTTER ANDERSON & CORROON LLP**<br>Jeremy W. Ryan, Esq.<br>R. Stephen McNeill, Esq.<br>Aaron H. Stulman, Esq.<br>D. Ryan Slaugh, Esq.<br>1313 North Market Street, Sixth Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Fax: (302) 658-1192<br>E-mail: jryan@potteranderson.com<br>E-mail: rmcneill@potteranderson.com<br>E-mail: astulman@potteranderson.com<br>E-mail: rslaugh@potteranderson.com<br><br>*Counsel for Walmart Inc.* |

| | |
|---|---|
| */s/ Norman L. Pernick* | */s/ Mark S. Indelicato* |
| **COLE SCHOTZ P.C.** | **THOMPSON COBURN HAHN & HESSEN LLP** |
| Norman L. Pernick | Mark S. Indelicato, Esq. |
| 500 Delaware Avenue, Suite 1410 | 488 Madison Avenue |
| Wilmington, Delaware 19801 | New York, New York 10022 |
| Telephone: (302) 652-3131 | Telephone: (212) 478-7200 |
| Fax: (302) 652-3117 | Fax: (212) 478-7400 |
| E-mail: npernick@coleschotz.com | E-mail: mindelicato@thompsoncoburn.com |

-and-

*Counsel for Mylan Inc., Mylan Pharmaceuticals Inc., Mylan Technologies Inc., Mylan Specialty L.P., Mylan Bertek Pharmaceuticals Inc., Mylan Pharmaceuticals ULC, BGP Pharma ULC, and Viatris Inc. (successor-in-interest to Mylan N.V.)*

**COLE SCHOTZ P.C.**
David M. Bass
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Telephone: (212) 752-8000
Fax: (212) 752-8393
E-mail: dbass@coleschotz.com

*/s/ George P. Apostolides*
**SAUL EWING ARNSTEIN & LEHR LLP**
George P. Apostolides
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7102
Fax: (312) 876-0288
E-mail: george.apostolides@saul.com

*Counsel for Endo International plc and its Related Entities*

*Counsel for Bausch Health Companies, Inc., and Related Entities*

*/s/ Joseph D. Frank*
**FRANKGECKER LLP**
Joseph D. Frank (admitted *pro hac vice*)
Jeremy C. Kleinman (admitted *pro hac vice*)
1327 West Washington Boulevard, Suite 5 G-H
Chicago, Illinois 60607
Telephone: (312) 276-1400
E-mail: jfrank@fgllp.com
E-mail: jkleinman@fgllp.com

*/s/ G. Robert Gage, Jr.*
**GAGE SPENCER & FLEMING LLP**
G. Robert Gage, Jr.
410 Park Avenue
New York, New York 10022
Telephone: (212) 768-4900
Fax: (212) 768-3629
E-mail: grgage@gagespencer.com

*Counsel for Walgreen Co., Walgreen Eastern Co., Inc., and Walgreen Arizona Drug Co.*

*Counsel for Allergan Finance, LLC, Allergan Limited, Allergan Sales, LLC, Allergan USA, Inc., Allergan, Inc., Warner Chilcott Sales (US), LLC, and AbbVie Inc.*

*/s/ Thomas S. Kiriakos*
**MAYER BROWN LLP**
Thomas S. Kiriakos, Esq.
(admitted *pro hac vice*)
Alexander F. Berk, Esq.
(admitted *pro hac vice*)
71 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-7834
Fax: (312) 706-8386
E-mail: tkiriakos@mayerbrown.com
E-mail: aberk@mayerbrown.com

*Counsel for Loblaw Companies Ltd., Shoppers Drug Mart Inc., and Sanis Health Inc.*

*/s/ Reuel D. Ash*
**ULMER & BERNE LLP**
Reuel D. Ash (*pro hac vice* pending)
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Telephone: (513) 698-5118
Fax: (513) 698-5119
E-mail: rash@ulmer.com

*Counsel for Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, Impax Laboratories, Inc. and Impax Laboratories, LLC*

*/s/ John P. McDonald*
**LOCKE LORD LLP**
John P. McDonald (admitted *pro hac vice*)
Brandan J. Montminy (admitted *pro hac vice*)
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone (214) 740-8000
E-mail: jpmcdonald@lockelord.com
E-mail: brandan.montminy@lockelord.com

*Counsel for Henry Schein, Inc., Henry Schein Medical Systems, Inc., Insource, Inc., and General Injectables & Vaccines, Inc.*

*/s/ Aya Salem*
**SUN PHARMACEUTICALS INDUSTRIES, INC.**
Aya M. Salem (*pro hac vice* to be filed)
2 Independent Way
Princeton, New Jersey 08540
Telephone: (609) 720-5606
Fax: (732) 823-8419
E-mail: aya.salem@sunpharma.com

-and-

*/s/ Jenna Pellecchia*
**SUN PHARMACEUTICALS INDUSTRIES, INC.**
Jenna Pellecchia
2 Independent Way
Princeton, New Jersey 08540
Telephone: (609) 720-5606
Fax: (732) 823-8419
E-mail: jenna.pellecchia@sunpharma.com

*Counsel for Sun Pharmaceuticals Canada, Inc., Pharmaceutical Industries, Inc., and Ranbaxy Pharmaceuticals Canada Inc.*

*/s/ Thomas E. Rice*
**BAKER STERCHI COWDEN & RICE LLC**
Thomas E. Rice
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
Telephone: (816) 471-2121
E-mail: rice@bscr-law.com

*Counsel for KVK - Tech, Inc.*