# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered)<br><br>Hearing Date: August 9, 2021, at 10:00 a.m., Eastern Standard Time |

### PROPOSED ORDER GRANTING LEAVE TO EXCEED PAGE LIMIT IN FILING THE JOINT OBJECTION TO THE SIXTH AMENDED JOINT CHAPTER 11 PLAN OF PURDUE PHARMA L.P. AND ITS AFFILIATED DEBTORS

Upon the motion, dated July 22, 2021 (the "Motion"), of certain Distributors, Manufacturers, and Pharmacies (collectively, the "DMPs"), for an order granting leave to exceed the page limit in filing their *Joint Objection of Certain Distributors, Manufacturers, and Creditors to the Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and Its Affiliated* (the "Joint Objection"), the Court finds that the DMPs have shown good cause to exceed the page limit set out by this Court's Second Amended Order Establishing Certain Notice, Case Management, and *Administrative Procedures*, entered on November 18, 2019 [D.I. 498] (the "Case Management Order"). Based on this finding, it is hereby:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

ORDERED, that the DMPs may exceed the Court's page limit for objections and the Joint Objection, which is fifty-five (55) pages in length, exclusive of the title page, table of contents, table of authorities, signature pages, and exhibits.

Dated: _____, 2021  
      White Plains, New York

_____  
The Honorable Robert D. Drain  
United States Bankruptcy Judge