# EXHIBIT A[1]

**Distributors, Manufacturers, and Pharmacies**

---

[1] The DMPs reserve all rights to modify, amend, and/or supplement this Exhibit A from time to time. Information regarding the claims filed by each DMP can be found in the DMPs' respective proofs of claim.

**AbbVie**
- AbbVie Inc.

**Allergan**
- Allergan Limited f/k/a Allergan plc f/k/a Actavis plc
- Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.
- Allergan Sales, LLC
- Allergan USA, Inc.
- Allergan, Inc.
- Warner Chilcott Sales (US), LLC

**AmerisourceBergen Drug Corporation**
- AmerisourceBergen Drug Corporation, in its individual capacity and as successor in interest to Bellco Drug Corporation
- Integrated Commercialization Solutions, Inc.
- American Medical Distributors, Inc.
- AmerisourceBergen Corporation
- J.M. Blanco, Inc,
- MWI Veterinary Supply, Inc.
- PharMEDium Services, LLC
- H.D. Smith Holdings LLC
- H.D. Smith, LLC
- Valley Wholesale Drug Co., LLC

**Amneal**
- Amneal Pharmaceuticals of New York, LLC
- Amneal Pharmaceuticals LLC

**Apotex**
- Apotex Corp.

**Aveva**
- Aveva Drug Delivery Systems, Inc.

**Bausch**
- Bausch Health Companies, Inc.
- Valeant Canada LP / Valeant Canada S.E.C.
- Valeant Canada Limited
- 4490142 Canada Inc., f/k/a Meda Valeant Pharma Canada Inc.

**Bristol-Myers Squibb**
- Bristol-Myers Squibb Canada Co.
- Bristol-Myers Squibb Company

**Cardinal Health**
- Cardinal Health, Inc.
- Cardinal Health 3, LLC
- Cardinal Health 3, Inc.
- Cardinal Health 5, LLC
- Cardinal Health 6 Inc. (f/k/a Physicians Purchasing, Inc.)
- Cardinal Health 100, Inc.
- Cardinal Health 103, Inc.
- Cardinal Health 104, LP
- Cardinal Health 105, Inc. (d/b/a Specialty Pharmaceutical Services)
- Cardinal Health 106, Inc.
- Cardinal Health 107, LLC
- Cardinal Health 107, Inc.
- Cardinal Health 108, LLC (f/k/a Cardinal Health 108, Inc.) (d/b/a Specialty Pharmaceutical Distribution) (d/b/a Metro Medical Supply)
- Cardinal Health 110, LLC (d/b/a Gen-Source RX) (f/k/a Cardinal Health ll0, Inc.)
- Cardinal Health 112, LLC
- Cardinal Health 113, Inc.
- Cardinal Health 113, LLC
- Cardinal Health 122, LLC (f/k/a P4 Healthcare, LLC)
- Cardinal Health 132, LLC
- Cardinal Health 200, LLC
- Cardinal Health 201, LLC
- Cardinal Health 201, Inc.
- Cardinal Health 411, Inc.
- Cardinal Health 414, LLC
- Cardinal Health P.R. l20, Inc. (f/k/a Borschow Hospital & Medical Supplies, Inc.)
- Cardinal Health Pharmacy Services, LLC
- Dik Drug Company, LLC
- The Harvard Drug Group, L.L.C. (d/b/a Major Pharmaceuticals) (d/b/a Rugby Laboratories)
- Kinray, LLC (f/k/a Kinray, Inc.)
- Kinray I LLC
- ParMed Pharmaceuticals LLC (f/k/a Parmed Pharmaceuticals, Inc.)

**CVS**
- Alabama CVS Pharmacy, L.L.C.
- Arizona CVS Stores, L.L.C.
- Arkansas CVS Pharmacy, L.L.C.
- Caremark Repack, L.L.C.
- Caremark Rx, L.L.C.
- Caremark Texas Mail Pharmacy, L.L.C.
- Caremark, L.L.C.
- CaremarkPCS Health, L.L.C.

- CaremarkPCS, L.L.C.
- Coram Healthcare Corporation of Greater New York
- CVS Albany, L.L.C.
- CVS Caremark Part D Services L.L.C.
- CVS Health Solutions LLC
- CVS Health Welfare Benefit Plan
- CVS Health, Corporation
- CVS Indiana, L.L.C.
- CVS Orlando, FL Distribution, L.L.C.
- CVS PA Distribution, L.L.C.
- CVS Pharmacy, Inc.
- CVS RS Arizona, L.L.C.
- CVS Rx Services, Inc.
- CVS TN Distribution, L.L.C.
- CVS Vero Florida Distribution, L.L.C.
- Georgia CVS Pharmacy, L.L.C.
- German Dobson CVS, L.L.C.
- Highland Park CVS L.L.C.
- Holiday CVS L.L.C.
- Home Care Pharmacy, L.L.C.
- Interlock Pharmacy Systems, L.L.C.
- Kentucky CVS Pharmacy, L.L.C.
- Longs Drug Stores California, L.L.C.
- Louisiana CVS Pharmacy, L.L.C.
- Maryland CVS Pharmacy, L.L.C.
- Mississippi CVS Pharmacy, L.L.C.
- Missouri CVS Pharmacy, L.L.C.
- Montana CVS Pharmacy, LLC
- NeighborCare Pharmacy Services, Inc.
- New Jersey CVS Pharmacy, LLC
- Ohio CVS Stores, L.L.C.
- Oklahoma CVS Pharmacy, L.L.C.
- Omnicare Distribution Center, L.L.C.
- Omnicare of New York, L.L.C.
- Omnicare Pharmacy of the Midwest, L.L.C.
- Omnicare, Inc.
- Pennsylvania CVS Pharmacy, L.L.C.
- Puerto Rico CVS Pharmacy, L.L.C.
- South Carolina CVS Pharmacy, L.L.C.
- Tennessee CVS Pharmacy, L.L.C.
- Virginia CVS Pharmacy, L.L.C.
- West Virginia CVS Pharmacy, L.L.C.
- Woodward Detroit CVS, L.L.C.

**Endo**
- Endo International plc
- Endo Health Solutions Inc.
- Endo Pharmaceuticals Inc.
- Par Pharmaceutical, Inc.
- Par Pharmaceutical Companies, Inc.
- Endo Generics Holdings, Inc.
- Vintage Pharmaceuticals, LLC
- Generics Bidco I, LLC
- Par Sterile Products, LLC
- DAVA Pharmaceuticals, LLC
- Paladin Labs Inc.
- Endo Ventures Limited

**Express Scripts**
- Express Scripts, Inc.[2]
- Express Scripts Pharmacy, Inc.
- Express Scripts Holding Company
- ESI Mail Pharmacy Service, Inc.
- CuraScript, Inc.

**Henry Schein**
- Henry Schein, Inc.
- Henry Schein Medical Systems, Inc.
- Insource, Inc.
- General Injectables & Vaccines, Inc.

**Hikma**
- Hikma Pharmaceuticals USA Inc.
- Boehringer Ingelheim Corp.
- Baxter Healthcare Corp.

**Impax Laboratories**
- Impax Laboratories, Inc.
- Impax Laboratories, LLC

**Johnson & Johnson**
- Johnson & Johnson
- Janssen Pharmaceuticals, Inc.
- Ortho-McNeil- Janssen Pharmaceuticals, Inc. (n/k/a Janssen Pharmaceuticals, Inc.)
- Janssen Pharmaceutica, Inc. (n/k/a Janssen Pharmaceuticals, Inc.)

---

[2] Express Scripts, Inc. is a pharmacy benefit manager. Pharmacy benefit managers provide services under written contracts with health-plan clients, which include insurers, private employers, government agencies, and labor unions that provide a prescription drug benefit for their employees or members.

- Alza Corporation
- Janssen Ortho LLC
- Janssen Inc.

**KVK-Tech**
- KVK - Tech, Inc.

**Loblaw**
- Loblaw Companies Ltd.
- Shoppers Drug Mart Inc.
- Sanis Health Inc.

**McKesson**
- McKesson Corporation
- McKesson Canada Corporation
- McKesson Medical Surgical Inc.
- McKesson Specialty Care Distribution Corporation
- McKesson Specialty Distribution, LLC
- McKesson Medical-Surgical Minnesota Supply Inc.
- Health Mart Systems, Inc.
- PSS World Inc.

**Mylan**
- Mylan Inc.
- Viatris Inc. successor-in-interest to Mylan N.V.
- Mylan Pharmaceuticals Inc.
- Mylan Institutional Inc.
- Mylan Technologies Inc.
- Mylan Specialty L.P.
- Mylan Bertek Pharmaceuticals Inc.
- Mylan Pharmaceuticals ULC
- BGP Pharma ULC

**Sandoz**
- Sandoz Inc.
- Sandoz Canada Inc.
- Novartis Pharmaceuticals Canada Inc.

**Sun Pharmaceuticals**
- Sun Pharmaceuticals Canada, Inc.
- Sun Pharmaceutical Industries, Inc.
- Ranbaxy Pharmaceuticals Canada Inc.

**Teva**
- Actavis Elizabeth LLC
- Actavis Kadian LLC
- Actavis Laboratories FL, Inc.
- Actavis Laboratories UT, Inc.
- Actavis LLC
- Actavis Mid Atlantic LLC
- Actavis Pharma, Inc.
- Actavis South Atlantic LLC
- Actavis Totowa LLC
- Anda Marketing, Inc.
- Anda Pharmaceuticals, Inc.
- Anda, Inc.
- Anesta LLC
- Barr Laboratories Inc.
- Cephalon, Inc.
- Cupric Holding Co., Inc.
- Teva Biopharmaceuticals USA, Inc.
- Teva Branded Pharmaceutical Products R&D, Inc.
- Teva Canada Limited
- Actavis Pharma Company
- Teva Pharmaceutical Holdings Cooperative U.A.
- Teva Pharmaceuticals Europe B.V.
- Teva Pharmaceuticals USA, Inc.
- Teva Puerto Rico LLC
- Teva Sales and Marketing, Inc.
- Watson Laboratories, Inc.

**Walgreen**
- Walgreen Co.
- Walgreen Eastern Co., Inc.
- Walgreen Arizona Drug Co.

**Walmart**
- Walmart Inc.

7