**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA, L.P., *et al.,* | Case No. 19-23649 |
| Debtor | (Jointly Administered) |

------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Marion Quirk, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the State of Delaware in the above-referenced matter.

***I certify that I am a member in good standing*** of the bar in the State of Delaware and, if applicable, the bar of the U.S. District Court for the District of Delaware.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 23, 2021

/s/ Marion Quirk

Marion Quirk
Director of Consumer Protection
820 N. French Street
Wilmington, DE 19801
*E-mail address*: marion.quirk@delaware.gov
*Telephone number*: (302) 683-8899
Attorneys for the State of Delaware