**MORGAN R. BENTLEY, ESQ.**
Florida Bar No. 0962287
mbentley@bentleyandbruning.com
**DAVID A. WALLACE, ESQ.**
Florida Bar No. 0608386
dwallace@bentleyandbruning.com
783 South Orange Avenue, Third Floor
Sarasota, Florida  34236
Telephone: (941) 556-9030
 Facsimile: (941) 312-5316
Secondary Email: mdiven@bentleyandbruning.com
*Attorneys for Plaintiff Sarasota County Public Hospital District*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,** [1] | CASE NO.: 19-23649 (RDD) |
| **Debtors.** | (Jointly Administered) |

**SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT D/B/A SARASOTA MEMORIAL HEALTH CARE SYSTEM, INC.'S NOTICE OF WITHDRAWAL OF OBJECTION AND CHANGE IN VOTING BALLOT TO SIXTH AMENDED JOINT CHAPTER 11 PLAN OF REPORGANIZATION OF PURDUE PHARMA L.P. AND ITS AFFILIATED DEBTORS OF**

---

PLEASE TAKE NOTICE that Creditor, Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System, Inc., ("SCPHD"), by and through its undersigned counsel,

---

[1] The debtors in these chapter 11 cases ("Debtors" or "Purdue"), along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc.(7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014) (collectively, the "Bankruptcy Cases").

1

hereby withdraws, without prejudice, its Objection to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors, [D.I. 3288] and further, in accordance with its withdrawal is changing its Voting Ballot.

Dated July 23, 2021

**BENTLEY AND BRUNING, P.A.**

*[signature]*

**MORGAN R. BENTLEY, ESQ.**
Florida Bar No. 0962287
mbentley@bentleyandbruning.com
**DAVID A. WALLACE, ESQ.**
Florida Bar No. 0608386
dwallace@bentleyandbruning.com
783 South Orange Avenue, Third Floor
Sarasota, Florida 34236
Telephone: (941) 556-9030
Facsimile: (941) 312-5316
Secondary Email: mdiven@bentleyandbruning.com
*Attorneys for Plaintiff Sarasota County Public Hospital District*

**STEVEN W. TEPPLER, ESQ.**
Florida Bar No. 14787
12920 Fernbank Lane
Jacksonville, Florida 32223
Telephone: (202) 253-5670
steppler@me.com
*Attorney for Plaintiff Sarasota County Public Hospital District*

**WILLIAM F. ROBERTSON, JR., ESQ.**
Kirk-Pinkerton, PA
Florida Bar No. 436607
1 South School Avenue, 3rd Floor
Sarasota, Florida 34237
(941) 364-2400
wrobertson@kirkpinkerton.com
*Attorney for Plaintiff Sarasota County Public Hospital District*