UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
**PURDUE PHARMA L.P.**, *et al.*,                   :    Case No. 19-23649 (RDD)
                                                    :
                        Debtors.[1]                 :    (Jointly Administered)
------------------------------------------------------------- x

## ORDER AUTHORIZING EXAMINER'S
## RETENTION OF SCOTT A. KANE AS
## ATTORNEY FOR THE EXAMINER *NUNC PRO TUNC* TO JUNE 24, 2021

Upon the application, dated June 20, 2021 (the "Application")[2] of the Examiner for entry of an order, pursuant to section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b), Local Rules 2014-1 and 2016-1, and the Examiner Order, approving the employment and retention of Scott A. Kane as attorney for the Examiner effective as of June 24, 2021, pursuant to the terms set forth in the Application and in the Kane Declaration; and upon the Kane Declaration; and the Court having jurisdiction to consider the Application under 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.), as a core proceeding that the Court can determine pursuant to 28 U.S.C. § 157(b)(2); and venue being proper under 28 U.S.C. § § 1408 and 1409; and there being due and proper notice of the Application and the opportunity for a hearing thereon; and there being no objections to the requested relief; and no further notice or a hearing is required; and, after due deliberation, the Court

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein, including that Scott A. Kane and Squire Sanders do no hold or represent an adverse interest to the Debtors or their estates, that they are disinterested under section 101(14) of the Bankruptcy Code, and that the proposed retention is in the best interests of the Debtors, their creditors, their estates and all other parties in interest and consistent with the Examiner Order; and counsel for the Examiner having submitted the proposed form of this Order to chambers on July 21, 2021; and good and sufficient cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as set forth herein.

2. The Examiner is authorized to employ and retain Scott A. Kane as his counsel in these chapter 11 cases, effective as of June 24, 2021, all as contemplated by the Application and Kane Declaration and on the terms of the Examiner Order.

3. Scott A. Kane is authorized to render professional services and incur expenses related to his professional services of assisting the Examiner with his investigation and preparing and filing the Report in accordance with the Examiner Order.

4. Compensation and reimbursement of the Examiner and compensation and reimbursement of Scott A. Kane shall be determined pursuant to sections 330 and 331 of the Bankruptcy Code, as the case may be, and the applicable Bankruptcy Rules, Local Rules, and fee and expense guidelines and orders of the Court, subject to Paragraph 5 of the Examiner Order.

5. Any Bankruptcy Rule (including, but not limited to, Bankruptcy Rule 6004(h)) or Local Rule that might otherwise delay the effectiveness of this Order is waived, for cause shown, and the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

6. The relief granted herein shall be binding upon any chapter 11 trustee appointed in any of the chapter 11 cases or upon any chapter 7 trustee appointed in the event of a subsequent conversion of any of the chapter 11 cases to cases under chapter 7 of the Bankruptcy Code.

7. To the extent that there may be any inconsistency between the terms of the Application, the Kane Declaration, and this Order, the terms of this Order shall govern.

8. To the extent that there may be any inconsistency between the terms of this Order and the Examiner Order, the Examiner Order shall govern.

9. The Examiner and Scott A. Kane are authorized to take all such actions as are necessary or appropriate to implement the terms of this Order.

10. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: July 23, 2021
       White Plains, New York

*/s/Robert D. Drain*
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE