UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA, L.P., *et al.,* | Case No. 19-23649 |
| Debtor | (Jointly Administered) |

----------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Marion Quirk to be admitted, *pro hac vice*, to represent the State of Delaware in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Delaware and the bar of the U.S.District Court for the District of Delaware, it is hereby

**ORDERED**, that Marion Quirk, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the State of Delaware in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July 23, 2021
   White Plains, New York

   */s/ Robert D. Drain*
   UNITED STATES BANKRUPTCY JUDGE