U‌LMER & B‌ERNE LLP
65 East State Street, Suite 1100
Columbus, OH  43215
T. 614.229.0018
F. 614/229/0019

*Counsel for Creditors, Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, Impax Laboratories, LLC and Impax Laboratories. Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.* | Case No. 19-23649(RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Court and parties hereto will take notice that Andrew W. Owen, Esq., previously admitted *pro hac vice* by this Court, is hereby substituted in place of Reuel D. Ash, Esq., also of Ulmer & Berne LLP, as counsel for Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, Impax Laboratories, LLC and Impax Laboratories, Inc.  This Notice of Substitution is filed for purposes of clarity only because the Application for Admission *Pro Hac Vice* that was filed April 12, 2021 [ECF No. 2630] on behalf of Mr. Ash remains pending.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Undersigned counsel requests that Mr. Ash's Motion be withdrawn and that Mr. Ash be removed from any further electronic case notifications in this case.

Dated:  July 26, 2021

**ULMER & BERNE LLP**

By:  /s/ *Andrew W. Owen*
Andrew W. Owen
aowen@ulmer.com
65 East State Street, Suite 1100
Columbus, Ohio 43215
T. 614.229.0018
F. 614.229.0019

*Counsel for Creditors, Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, Impax Laboratories, LLC and Impax Laboratories, Inc.*