**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

## SEVENTEENTH MONTHLY FEE STATEMENT OF KPMG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS TAX CONSULTANT FOR THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2021 THROUGH JUNE 30, 2021

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | The Debtors and the Official Committee of Unsecured Creditors |
| Date of Retention: | February 24, 2020, *nunc pro tunc* to December 23, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2021 through June 30, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $          24,223.10 |
| Less 20% Holdback: | $          (4,844.62) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $                 0.00 |
| Total Fees and Expenses Due: | $          19,378.48 |

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: July 26, 2021

 _/s/ Howard Steinberg_
 Howard Steinberg
 Partner, KPMG LLP
 1350 Avenue of the Americas
 New York, New York 10019
 (212) 872-6562

**EXHIBIT A**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary Of Hours and Discounted Fees Incurred By Professional
June 1, 2021 through June 30, 2021

| Professional Person | Position & Department | Country of Origin | Total Billed Hours | Hourly Billing Rate | | Total Compensation | |
|---|---|---|---|---|---|---|---|
| Ashley Armfield | Senior Associate - M&A Tax | US | 10.1 | $ | 534 | $ | 5,393.40 |
| Casey Nunez | Managing Director - M&A Tax | US | 2.2 | $ | 794 | $ | 1,746.80 |
| Devon Rowles | Associate - M&A Tax | US | 5.2 | $ | 350 | $ | 1,820.00 |
| Douglas Holland | Principal - Washington National Tax | US | 0.8 | $ | 985 | $ | 788.00 |
| Howard Steinberg | Partner - M&A Tax | US | 4.9 | $ | 856 | $ | 4,194.40 |
| Isaac Hirsch | Managing Director - International Tax | US | 8.4 | $ | 819 | $ | 6,879.60 |
| Jess Commisso | Associate - M&A Tax | US | 3.6 | $ | 350 | $ | 1,260.00 |
| Mark Hoffenberg | Principal - Washington National Tax | US | 0.3 | $ | 980 | $ | 294.00 |
| Monica Plangman | Director - Bankruptcy | US | 0.9 | $ | 279 | $ | 251.10 |
| Wendy Shaffer | Manager - Bankruptcy | US | 7.9 | $ | 202 | $ | 1,595.80 |
| **Subtotal of Hours and Discounted Fees** | | | **44.3** | | | $ | **24,223.10** |
| **Total Discounted Fees** | | | | | | $ | **24,223.10** |
| Out of Pocket Expenses | | | | | | $ | - |
| **Total Fees and Out of Pocket Expenses** | | | | | | $ | **24,223.10** |
| Less Holdback Adjustment (20%) | | | | | | $ | (4,844.62) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | | | $ | **19,378.48** |
| **Blended Hourly Rate** | | | | $ | 546.80 | | |

**EXHIBIT B**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary of Hours and Discounted Fees Incurred by Category
June 1, 2021 through June 30, 2021

| Category | Exhibit | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| Bankruptcy Tax Consulting Services | C1 | 35.5 | $ 22,376.20 |
| Non -Working Travel Time | C2 | 0.0 | $ - |
| Retention Services | C3 | 0.0 | $ - |
| Fee Application Preparation Services | C4 | 8.8 | $ 1,846.90 |
| **Total** | | **44.3** | **$ 24,223.10** |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
June 1, 2021 through June 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Ashley Armfield | 06/03/21 | (0.3) KPMG conference call with I. Hirsch (International tax core US team member), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) to discuss updated Purdue settlement agreement and analysis of a tax computation provided by Davis Polk. | 0.3 | $ 534 | $ 160.20 |
| Casey Nunez | 06/03/21 | (0.3) KPMG conference call with I. Hirsch (International tax core US team member), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) to discuss updated Purdue settlement agreement and analysis of a tax computation provided by Davis Polk. | 0.3 | $ 794 | $ 238.20 |
| Devon Rowles | 06/03/21 | (0.3) KPMG conference call with I. Hirsch (International tax core US team member), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) to discuss updated Purdue settlement agreement and analysis of a tax computation provided by Davis Polk. | 0.3 | $ 350 | $ 105.00 |
| Isaac Hirsch | 06/03/21 | (0.3) KPMG conference call with I. Hirsch (International tax core US team member), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) to discuss updated Purdue settlement agreement and analysis of a tax computation provided by Davis Polk. | 0.3 | $ 819 | $ 245.70 |
| Jess Commisso | 06/03/21 | (0.3) KPMG conference call with I. Hirsch (International tax core US team member), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) to discuss updated Purdue settlement agreement and analysis of a tax computation provided by Davis Polk. | 0.3 | $ 350 | $ 105.00 |
| Ashley Armfield | 06/03/21 | (0.5) Call with I. Hirsch (KPMG International tax core US team member), C. Nunez (KPMG M&A tax core US team member), A. Armfield (KPMG M&A tax core US team member), and J. Commisso (KPMG M&A tax core US team member) to discuss tax computation provided by Davis Polk in order to provide external comments. | 0.5 | $ 534 | $ 267.00 |
| Casey Nunez | 06/03/21 | (0.5) Call with I. Hirsch (KPMG International tax core US team member), C. Nunez (KPMG M&A tax core US team member), A. Armfield (KPMG M&A tax core US team member), and J. Commisso (KPMG M&A tax core US team member) to discuss tax computation provided by Davis Polk in order to provide external comments. | 0.5 | $ 794 | $ 397.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
June 1, 2021 through June 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Isaac Hirsch | 06/03/21 | (0.5) Call with I. Hirsch (KPMG International tax core US team member), C. Nunez (KPMG M&A tax core US team member), A. Armfield (KPMG M&A tax core US team member), and J. Commisso (KPMG M&A tax core US team member) to discuss tax computation provided by Davis Polk in order to provide external comments. | 0.5 | $ 819 | $ 409.50 |
| Jess Commisso | 06/03/21 | (0.5) Call with I. Hirsch (KPMG International tax core US team member), C. Nunez (KPMG M&A tax core US team member), A. Armfield (KPMG M&A tax core US team member), and J. Commisso (KPMG M&A tax core US team member) to discuss tax computation provided by Davis Polk in order to provide external comments. | 0.5 | $ 350 | $ 175.00 |
| Ashley Armfield | 06/03/21 | 0.9 Drafting email with summary findings regarding KPMG's review of the Norton Rose calculation (to be provided to our clients Davis Polk and Akin Gump). | 0.9 | $ 534 | $ 480.60 |
| Devon Rowles | 06/03/21 | 0.9 Review of the fifth amended Chapter 11 plan of reorganization filed on the bankruptcy docket, with focus on related tax considerations in preparation for upcoming call with KPMG project team. | 0.9 | $ 350 | $ 315.00 |
| Devon Rowles | 06/03/21 | 1.6 Reviewing the tax computation provided by Norton Rose, in preparation of meeting with KPMG project team. | 1.6 | $ 350 | $ 560.00 |
| Ashley Armfield | 06/03/21 | 1.9 Reviewed finalized regulations concerning certain deductions, pursuant to supporting the calculations set forth in the cash tax model. | 1.9 | $ 534 | $ 1,014.60 |
| Ashley Armfield | 06/03/21 | 2.1 Review of draft calculation prepared by Norton Rose with specific regards to net proceeds / estimate of taxes. | 2.1 | $ 534 | $ 1,121.40 |
| Isaac Hirsch | 06/03/21 | (2.4) Performed International tax managing director review of cash example prepared by Norton Rose and concurrently compare to KPMG's cash tax model for purposes of analyzing reasonableness of effective tax rates. | 2.4 | $ 819 | $ 1,965.60 |
| Jess Commisso | 06/03/21 | 2.8 Review final tax regulations relating to the tax deductions and any changes to the applicability to the Debtor. | 2.8 | $ 350 | $ 980.00 |
| Ashley Armfield | 06/04/21 | (0.3) Conference call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax core US team member), C. Nunez (KPMG M&A tax core US team member), A. Armfield (KPMG M&A tax core US team member), and D. Rowles (KPMG M&A tax core US team member) to discuss tax computation provided by Norton Rose. | 0.3 | $ 534 | $ 160.20 |
| Casey Nunez | 06/04/21 | (0.3) Conference call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax core US team member), C. Nunez (KPMG M&A tax core US team member), A. Armfield (KPMG M&A tax core US team member), and D. Rowles (KPMG M&A tax core US team member) to discuss tax computation provided by Norton Rose. | 0.3 | $ 794 | $ 238.20 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
June 1, 2021 through June 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Devon Rowles | 06/04/21 | (0.3) Conference call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax core US team member), C. Nunez (KPMG M&A tax core US team member), A. Armfield (KPMG M&A tax core US team member), and D. Rowles (KPMG M&A tax core US team member) to discuss tax computation provided by Norton Rose. | 0.3 | $ 350 | $    105.00 |
| Douglas Holland | 06/04/21 | (0.3) Conference call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax core US team member), C. Nunez (KPMG M&A tax core US team member), A. Armfield (KPMG M&A tax core US team member), and D. Rowles (KPMG M&A tax core US team member) to discuss tax computation provided by Norton Rose. | 0.3 | $ 985 | $    295.50 |
| Howard Steinberg | 06/04/21 | (0.3) Conference call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax core US team member), C. Nunez (KPMG M&A tax core US team member), A. Armfield (KPMG M&A tax core US team member), and D. Rowles (KPMG M&A tax core US team member) to discuss tax computation provided by Norton Rose. | 0.3 | $ 856 | $    256.80 |
| Isaac Hirsch | 06/04/21 | (0.3) Conference call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax core US team member), C. Nunez (KPMG M&A tax core US team member), A. Armfield (KPMG M&A tax core US team member), and D. Rowles (KPMG M&A tax core US team member) to discuss tax computation provided by Norton Rose. | 0.3 | $ 819 | $    245.70 |
| Mark Hoffenberg | 06/04/21 | (0.3) Conference call with M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (KPMG M&A tax core US team member), D. Holland (KPMG Washington National Tax), I. Hirsch (KPMG International tax core US team member), C. Nunez (KPMG M&A tax core US team member), A. Armfield (KPMG M&A tax core US team member), and D. Rowles (KPMG M&A tax core US team member) to discuss tax computation provided by Norton Rose. | 0.3 | $ 980 | $    294.00 |
| Casey Nunez | 06/04/21 | (0.3) Performed M&A Tax Managing Director revisions to summary observations of Norton Rose theoretical calculation. | 0.3 | $ 794 | $    238.20 |
| Ashley Armfield | 06/04/21 | 0.4 Reviewed the Purdue fifth amended plan of reorganization pursuant to gaining insight to any key tax provisions. | 0.4 | $ 534 | $    213.60 |
| Ashley Armfield | 06/04/21 | 0.7 Reviewing comments from C. Nunez (KPMG) regarding external email draft containing the review of Norton Rose' calculation of net proceeds. | 0.7 | $ 534 | $    373.80 |
| Howard Steinberg | 06/07/21 | Perform Partner review of Norton Rose theoretical calculations of net proceeds. | 0.5 | $ 856 | $    428.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
June 1, 2021 through June 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Douglas Holland | 06/07/21 | 0.5 Performed WNT Partner review and concurrently revise email from KPMG team to T. Matlock (Davis Polk) regarding differences between Norton Rose tax liability calculation and KPMG model. | 0.5 | $ 985 | $ 492.50 |
| Isaac Hirsch | 06/07/21 | 0.7 Performed international tax managing director review the draft summary related to Norton Rose calculation of cash tax consequences of settlement | 0.7 | $ 819 | $ 573.30 |
| Ashley Armfield | 06/07/21 | 0.7 Reviewing questions from international tax Managing Director (I. Hirsch - KPMG) regarding external email to Akin Gump regarding tax calculation provided. | 0.7 | $ 534 | $ 373.80 |
| Isaac Hirsch | 06/07/21 | 0.8 Perform international tax managing director review of Norton Rose calculation of cash tax consequences of settlement. | 0.8 | $ 819 | $ 655.20 |
| Casey Nunez | 06/08/21 | (0.4) Drafted detailed response to specific tax request from Davis Polk and Akin Gump regarding KPMG foreign country feedback. | 0.4 | $ 794 | $ 317.60 |
| Howard Steinberg | 06/09/21 | Partner level review of comparison between cash tax consequences as prepared by Norton Rose and KPMG, including the corresponding impact on effective tax rate (ETR). | 1.2 | $ 856 | $ 1,027.20 |
| Howard Steinberg | 06/10/21 | Performed partner review of process memo prepared in connection with KPMG's cash tax model. | 0.7 | $ 856 | $ 599.20 |
| Isaac Hirsch | 06/10/21 | Performed international tax managing director review of the updated Purdue process memo related to KPMG cash tax model. | 3.0 | $ 819 | $ 2,457.00 |
| Ashley Armfield | 06/14/21 | 0.2 Reviewing the Purdue bankruptcy docket as of 6/14/2021 to identify any updates related to the Purdue plan of reorganization. | 0.2 | $ 534 | $ 106.80 |
| Ashley Armfield | 06/15/21 | 0.8 Performed Senior Associate review of updates made by D. Rowles (KPMG) regarding process memorandum for cash tax modeling. | 0.8 | $ 534 | $ 427.20 |
| Devon Rowles | 06/15/21 | Updates to the Purdue Cash Tax Model Process Memo per review comments received from I. Hirsch (KPMG International Tax Managing Director). | 2.1 | $ 350 | $ 735.00 |
| Howard Steinberg | 06/23/21 | Partner review of bankruptcy docket for pertinent tax information relating to the bankruptcy case. | 0.5 | $ 856 | $ 428.00 |
| Howard Steinberg | 06/25/21 | Performed Partner review of updated process memo prepared in connection with KPMG's cash tax model. | 1.0 | $ 856 | $ 856.00 |
| Ashley Armfield | 06/28/21 | 0.6 Performed research to address question raised by B. Sherman (Davis Polk) regarding certain structuring issues. | 0.6 | $ 534 | $ 320.40 |
| Howard Steinberg | 06/28/21 | Review of email communication from B. Sherman (Davis Polk) regarding certain tax structuring issues. | 0.7 | $ 856 | $ 599.20 |
| Ashley Armfield | 06/29/21 | (0.4) Meeting with I. Hirsch (KPMG International tax), C. Nunez, and A. Armfield (KPMG Core Mergers & Acquisitions tax) to discuss email from B. Sherman (Davis Polk) and proposed response related to certain tax structuring issues. | 0.4 | $ 534 | $ 213.60 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
June 1, 2021 through June 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Casey Nunez | 06/29/21 | (0.4) Meeting with I. Hirsch (KPMG International tax), C. Nunez, and A. Armfield (KPMG Core Mergers & Acquisitions tax) to discuss email from B. Sherman (Davis Polk) and proposed response related to certain tax structuring issues. | 0.4 | $ 794 | $ 317.60 |
| Isaac Hirsch | 06/29/21 | (0.4) Meeting with I. Hirsch (KPMG International tax), C. Nunez, and A. Armfield (KPMG Core Mergers & Acquisitions tax) to discuss email from B. Sherman (Davis Polk) and proposed response related to certain tax structuring issues. | 0.4 | $ 819 | $ 327.60 |
| Ashley Armfield | 06/30/21 | 0.3 Drafting response to T. Matlock (Davis Polk) regarding a certain structural question. | 0.3 | $ 534 | $ 160.20 |
| | | **Total Bankruptcy Tax Consulting Services** | **35.5** | | **$ 22,376.20** |

**EXHIBIT C2**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Non -Working Travel Time
June 1, 2021 through June 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | *no fees billed for these services in current month* | | | |
| | | **Total Non-Working Travel Time** | | | $ - |

**EXHIBIT C3**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Retention Services
June 1, 2021 through June 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | *no fees billed for these services in current month* | | | |
| | | **Total Retention Services** | **0.0** | | $ - |

**EXHIBIT C4**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Fee Application Preparation Services
June 1, 2021 through June 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Wendy Shaffer | 06/01/21 | 1.0 Updates to Purdue Pharma 16th monthly fee statement to include data received from professionals as of 6/1/2021. | 1.0 | $ 202 | $ 202.00 |
| Wendy Shaffer | 06/02/21 | 0.3 Updates to Purdue 15th monthly fee statement per D. Pera (Davis Polk) and 0.1 re-PDF same; 0.1 drafted email to D. Pera (Davis Polk) with updated version to request filing; 0.1 drafted email to C. Nunez (KPMG) regarding changes requested to Purdue 15th monthly fee statement; 0.1 Prepared Schedule 2 of Purdue 5th Interim Fee Application. | 0.7 | $ 202 | $ 141.40 |
| Monica Plangman | 06/03/21 | Director review of Fee Examiner statement and concurrently provide comments/revisions. | 0.1 | $ 279 | $ 27.90 |
| Wendy Shaffer | 06/03/21 | 0.4 Prepared Purdue Pharma 15th monthly fee statement in Excel to provide to fee examiner and 0.1 drafted email to send copy of Purdue Pharma 15th monthly fee statement in Excel to M. Plangman (KPMG) to request review/approval. | 0.5 | $ 202 | $ 101.00 |
| Wendy Shaffer | 06/09/21 | 0.1 Updates to Purdue 5th Interim Narrative to include data related to monthly fee applications filed to date. | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 06/09/21 | 0.2 Review of updated KPMG work in progress report to confirm billable hours for Purdue for May. | 0.2 | $ 202 | $ 40.40 |
| Wendy Shaffer | 06/09/21 | 0.3 Updated Purdue 16th monthly fee statement to include data received from professionals as of 6/9/2021. | 0.3 | $ 202 | $ 60.60 |
| Wendy Shaffer | 06/09/21 | 0.8 Begin to combine data related to Purdue monthly fee statements filed to date for use in 5th Interim fee application. | 0.8 | $ 202 | $ 161.60 |
| Wendy Shaffer | 06/14/21 | 0.1 Finalized Purdue monthly fee statement exhibits and 0.1 drafted email to send copy of Purdue monthly fee statement to A. Armfield and C. Nunez (KPMG) for review/approval. | 0.2 | $ 202 | $ 40.40 |
| Wendy Shaffer | 06/16/21 | 0.1 Drafted email to M. Plangman (KPMG) to provide copy of Purdue 16th monthly fee statement exhibits for review/approval. | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 06/16/21 | 0.1 Updates to Purdue Pharma 16th monthly fee statement exhibits per A. Armfield (KPMG). | 0.1 | $ 202 | $ 20.20 |
| Monica Plangman | 06/20/21 | Perform Director review of Purdue monthly fee statement and concurrently provide comments. | 0.2 | $ 279 | $ 55.80 |
| Wendy Shaffer | 06/21/21 | 0.1 Drafted email to H. Steinberg (KPMG) to request approval / permission to apply electronic signature to Purdue Pharma 16th monthly fee statement | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 06/21/21 | 0.1 Prepared covers sheet related to Purdue Pharma 16th monthly fee statement and send to M. Plangman (KPMG) for approval. | 0.1 | $ 202 | $ 20.20 |
| Monica Plangman | 06/21/21 | Performed Director review of final monthly fee statement documents and concurrently provide comments. | 0.1 | $ 279 | $ 27.90 |
| Wendy Shaffer | 06/21/21 | 0.2 Updates to Purdue 16th monthly fee statement per direction from M. Plangman (KPMG); | 0.2 | $ 202 | $ 40.40 |
| Wendy Shaffer | 06/22/21 | 0.1 Drafted email to C. Nunez (KPMG) to request description of services to be included in Purdue Pharma 5th Interim fee application; | 0.1 | $ 202 | $ 20.20 |

**EXHIBIT C4**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Fee Application Preparation Services
June 1, 2021 through June 30, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Wendy Shaffer | 06/22/21 | 0.1 Drafted email to D. Consla (Davis Polk) to request filing and service of Purdue Pharma 16th monthly fee statement. | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 06/22/21 | 0.2 Finalized (PDF) Purdue Pharma 16th monthly fee statement and 0.1 Drafted email to M. Plangman (KPMG) to request review/approval of Purdue Pharma 16th monthly fee statement prior to sending for filing. | 0.3 | $ 202 | $ 60.60 |
| Wendy Shaffer | 06/22/21 | 1.4 Continued to draft Purdue 5th Interim fee application documents. | 1.4 | $ 202 | $ 282.80 |
| Wendy Shaffer | 06/25/21 | 0.1 Drafted follow-up email to D. Consla (Davis Polk) regarding status of review/filing of Purdue Pharma 16th monthly fee statement. | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 06/28/21 | 0.1 Drafted email to D. Klauder (Bielli & Klauder, LLC) to provide copy of KPMG 16th monthly fee statement in Excel. | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 06/28/21 | 0.1 Updated Purdue Pharma 16th monthly fee statement per direction from B. Gong (Davis Polk) and 0.1 drafted email to B. Gong to provide copy of same for filing / service. | 0.2 | $ 202 | $ 40.40 |
| Wendy Shaffer | 06/28/21 | 0.2 Prepared Purdue Fee examiner file in Excel and send to M. Plangman (KPMG) for review/approval; | 0.2 | $ 202 | $ 40.40 |
| Wendy Shaffer | 06/28/21 | 0.2 Finalized Purdue Pharma 5th Interim application; 0.1 Drafted email to send copy of Purdue Pharm 5th Interim fee application to M. Plangmna (KPMG) to request review/approval | 0.3 | $ 202 | $ 60.60 |
| Wendy Shaffer | 06/29/21 | 0.2 Begin to prepare Purdue Pharma 17th monthly fee statement exhibits. | 0.2 | $ 202 | $ 40.40 |
| Monica Plangman | 06/29/21 | Performed Director review Fee Examiner file and concurrently provide comments. | 0.2 | $ 279 | $ 55.80 |
| Wendy Shaffer | 06/30/21 | 0.1 Drafted email to Purdue fee examiner regarding reduction related to KPMG's 14th monthly fee statement that will be included in KPMG 5th Interim application. | 0.1 | $ 202 | $ 20.20 |
| Monica Plangman | 06/30/21 | Performed Director review of Purdue Pharma interim fee statement and concurrently provide comments. | 0.3 | $ 279 | $ 83.70 |
| Wendy Shaffer | 06/30/21 | 0.4 Updates to Purdue 5th Interim fee application per direction from M. Plangman (KPMG). | 0.4 | $ 202 | $ 80.80 |
| | | **Total Fee Application Preparation Services** | **8.8** | | **$ 1,846.90** |

**EXHIBIT D**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary of Out of Pocket Expenses
June 1, 2021 through June 30, 2021

| Category | Amount | |
|---|---|---|
| Airfare | $ | - |
| Lodging | $ | - |
| Meals | $ | - |
| Ground Transportation | $ | - |
| Miscellaneous | $ | - |
| **Total** | **$** | **-** |

**EXHIBIT D1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Detail of Out of Pocket Expenses
June 1, 2021 through June 30, 2021

| Name | Date | Description | Amount |
|------|------|-------------|--------|
| | | **Air Fare Subtotal** | $          - |
| | | **Lodging Subtotal** | $          - |
| | | **Meals Subtotal** | $          - |
| | | **Total Ground Transportation** | $          - |
| | | **Miscellaneous Subtotal** | $          - |
| | | **Total Out of Pocket Expenses** | $          - |