**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 |
| Debtors.[1] | (Jointly Administered) |

**CONSOLIDATED FIRST MONTHLY FEE STATEMENT OF GRANT THORNTON LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR SERVICES RENDERED AS TAX CONSULTANTS TO DEBTORS FOR THE PERIOD FROM JANUARY 20, 2021 TO JUNE 30, 2021**

| | |
|---|---|
| **Name of Applicant:** | Grant Thornton LLP ("**Grant Thornton**") |
| **Authorized to Provide Professional Services to:** | Debtors |
| **Date of Retention:** | April 28, 2021 (*nunc pro tunc* to January 20, 2021) |
| **Consolidated Period for Which Compensation and Reimbursement is Sought:** | January 20, 2021 through June 30, 2021 ("**Fee Period**") |
| **Amount of Compensation Sought as Actual, Reasonable and Necessary:** | $48,926.50 |
| **Total Compensation Requested in this Fee Statement:** | $39,141.20 (80% of $48,926.50) |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:** | $16,040.00 |
| **Total Compensation (80%) and Expenses (100%) Requested in this Fee Statement:** | $55,181.20 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Retention and Employment of Grant Thornton LLP as Tax Restructuring Consultants for the Debtors Nunc Pro Tunc to January 20, 2021* [Docket No. 2760] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated November 21, 2019* [Docket No. 529] (the "**Interim Compensation Order**"), Grant Thornton, tax consultant for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Consolidated First Monthly Fee Statement of Grant Thornton LLP for Allowance of Compensation and Reimbursement of Expenses Incurred for Services Rendered as Tax Consultants to the Debtors for the Period from January 20, 2021 to June 30, 2021* (this "**Fee Statement**").

By this Fee Statement, Grant Thornton seeks compensation and reimbursement of expenses in the total amount of $55,181.20, which is composed of: (i) compensation in the amount of $39,141.20, representing 80% of the total amount of reasonable compensation for actual, necessary consulting services that Grant Thornton incurred during the Fee Period in the amount of $48,926.50; plus (ii) reimbursement in the amount of $16,040.00, representing 100% of the total amount of actual, reasonable and necessary expenses incurred by Grant Thornton during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Grant Thornton consultants during the Fee Period with respect to each project category.  As reflected in **Exhibit A**, Grant Thornton consultants billed a total of

85.6 hours and incurred $48,926.50 in fees during the Fee Period.[2]  Pursuant to this Fee Statement,

Grant Thornton seeks reimbursement for 80% of such fees, totaling $39,141.20.

2.      Attached hereto as **Exhibit B** is a chart of Grant Thornton consultants that billed

time to this engagement, including the standard hourly rate for each consultant who rendered

services to the Debtors in connection with these chapter 11 cases during the Fee Period, and the

title, hourly rate, aggregate hours worked and the amount of fees earned by each consultant.  The

blended hourly billing rate of consultants for all services provided during the Fee Period is

$571.25.

3.      Attached hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses

incurred by Grant Thornton in the amount of $16,040.00 in connection with providing professional

services during the Fee Period and being retained in these bankruptcy cases.  In connection with

Grant Thornton's retention in these bankruptcy cases, at the Debtors' request, Grant Thornton

utilized its own outside bankruptcy counsel to assist Grant Thornton with its retention application.

Pursuant to the Retention Order:

> "Grant Thornton's reimbursable expenses may include the reasonable and necessary actual, documented out-of-pocket costs, fees, disbursements, and other charges of Grant Thornton's external legal counsel (without the need for such legal counsel to be retained as a professional in the chapter 11 cases); provided, that, if Grant Thornton seeks reimbursement from the Debtors for attorneys' fees and expenses pursuant to the Engagement Agreement, the invoices and supporting time records for the attorneys' fees and expenses shall be included in Grant Thornton's own applications, both interim and final, and these invoices and time records shall be subject to the approval of the *[sic]* Court pursuant to sections 330 and 331 of the Bankruptcy Code, but without regard to whether such attorneys have been retained under section 327 of the Bankruptcy Code, and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code."

---

[2] In addition to the discounted hourly rates agreed to by Grant Thornton for this engagement, the compensation requested herein does not include over $13,600 of fees incurred by Grant Thornton to research and clear conflicts and other administrative time related to its employment in these bankruptcy cases, nor does it include any in-house legal charges billed in connection with finalizing the employment application and addressing conflict inquiries.

Retention Order, ¶ 4.  In accordance with the Retention Order, **Exhibit C** includes the invoices and supporting time records for Grant Thornton's outside legal counsel that constitute the reasonable and necessary actual, documented out-of-pocket costs, fees, disbursements, and other charges incurred by Grant Thornton in connection with utilizing such external legal counsel.

4.      Attached hereto as **Exhibits D1 through D3** are the time records of Grant Thornton for the Fee Period organized by month and project category with a daily time log describing the time spent by each consultant during Fee Period.

### Notice

5.      The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  Grant Thornton submits that no other or further notice be given.

**WHEREFORE**, Grant Thornton, in connection with services rendered on behalf of the Debtors, respectfully requests compensation in the amount of $55,181.20, which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Grant Thornton incurred during the Fee Period (*i.e.*, $48,926.50) and 100% of the actual, reasonable and necessary expenses for which Grant Thornton seeks reimbursement.

July 23, 2021
Chicago, IL

**GRANT THORNTON LLP**

Raymond Werth
Partner, Grant Thornton LLP

4

## EXHIBIT A

### SUMMARY OF SERVICES BY CATEGORY
### (January 20, 2021 through June 30, 2021)

| Time Category | Category Descriptions | Exhibit | Total Billed Hours | Total Fees Incurred |
|---|---|---|---|---|
| Tax Modeling | This category includes activities associated with modeling the future tax projections related to the post-emergence structure | D1 | 61.9 | $35,081.50 |
| Exit Structure Analysis | This category includes activities associated with assessing income tax consequences of potential plan structure including liquidation of potential entities, maintaining employer identification numbers, etc. | D2 | 15.3 | $9,437.50 |
| Engagement Management | This category includes activities associated with preparing engagement documents, reviewing interested parties list, billing, etc. | D3 | 8.4 | $4,407.50 |
| **Total** | | | **85.6** | **$48,926.50** |

## EXHIBIT B

## SUMMARY BY PROFESSIONAL

| LAST NAME | FIRST NAME | TITLE | TOTAL BILLED HOURS | HOURLY BILLING RATE | TOTAL COMPENSATION |
|-----------|-----------|-------|--------------------|--------------------|--------------------|
| Alex | Harrison | Associate | 2.2 | $280 | $616.00 |
| Angstadt | Brian | Senior Manager | 29.9 | $650 | $19,435.00 |
| Beck | Michael | Senior Manager | 3.5 | $650 | $2,275.00 |
| Cordonnier | Caleb | Senior Manager | 0.5 | $650 | $325.00 |
| Coyne | Thomas | Senior Manager | 5.5 | $650 | $3,575.00 |
| Daniel | Russell | Partner | 4.1 | $765 | $3,136.50 |
| Dodson | Jeffrey | Manager | 1.5 | $570 | $855.00 |
| Gillett | Julie Ann | Associate | 3.0 | $280 | $840.00 |
| Hughes | Laura Michael | Manager | 6.7 | $570 | $3,819.00 |
| Lohmann | Brianna | Associate | 1.0 | $280 | $280.00 |
| McNaull | Amberley | Senior Associate | 23.5 | $460 | $10,810.00 |
| Stockdale | Thomas | Senior Manager | 2.2 | $650 | $1,430.00 |
| Werth | Raymond | Partner | 2.0 | $765 | $1,530.00 |
| **TOTAL** | | | **85.60** | | **$48,926.50** |

## **EXHIBIT C**

**SUMMARY OF OUT OF POCKET EXPENSES AND SUPPORTING INVOICES**

| **Category** | **Amount** |
|---|---|
| External Legal Counsel<br>(See Attached Supporting Invoices) | $16,040.00 |



Sklar Kirsh, LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 845-6416 MAIN
accounting@sklarkirsh.com
Tax I.D. 37-1711630

Grant Thornton, LLP
Attn: Chris Stathopoulos
171 N. Clark Street, Suite 200
Chicago, IL  60601
chris.sthatopoulos@us.gt.com; Liz.Piechnik@us.gt.com

February 22, 2021

Invoice #39629

Due Upon Receipt

For Professional Services Rendered Through January 31, 2021

## Matter: Purdue Pharma - Legal Services

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/21/2021 | KKF | Reviewed and responded to emails from J. Anderson re: employment in Purdue Pharma for new statement of work engagement and drafted proposed language for inclusion in same re: bankruptcy court employment procedures. | 0.50 | $575.00 | $287.50 |
| 01/27/2021 | KKF | Reviewed email from J. Andersen and drafted email to Purdue Pharma in-house counsel re: employment process. | 0.20 | $575.00 | $115.00 |
| 01/29/2021 | ISL | Review and address issues relating to employment. | 0.40 | $675.00 | $270.00 |
| | KKF | Telephone conference with C. Robertson re: employment issues (0.2).  Telephone conference with R. Daniels re: same (0.2).  Reviewed and responded to emails from C. Robertson and R. Daniels re: same (0.4). | 0.80 | $575.00 | $460.00 |
| 01/30/2021 | KKF | Reviewed and responded to email from C. Robertson re: materials for employment application, and draft email to R. Daniels re: same. | 0.20 | $575.00 | $115.00 |
| 01/31/2021 | KKF | Reviewed materials sent by Davis Polk re: employment applications and research same.  Revised SOW for Grant Thornton review. | 1.40 | $575.00 | $805.00 |

| | | | | | |
|--|--|--|--|--|--|
| | For professional services rendered | | 3.5 hrs | | $2,052.50 |
| SUBTOTAL | | | | | $2,052.50 |
| | Total amount of this bill | | | | $2,052.50 |

Grant Thornton LLP

February 22, 2021
Invoice # 39629

## Timekeeper Summary

| Name | Initials | Title | Hours | Rate | Amount |
|------|----------|-------|-------|------|--------|
| Ian S. Landsberg | ISL | Partner | 0.40 | $675.00 | $270.00 |
| Kelly K. Frazier | KKF | Of Counsel | 3.10 | $575.00 | $1,782.50 |

It is a pleasure working with you.  We appreciate your business.



SKLAR KIRSH

Sklar Kirsh, LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 845-6416 MAIN
accounting@sklarkirsh.com
Tax I.D. 37-1711630

Grant Thornton, LLP
Attn: Chris Stathopoulos
171 N. Clark Street, Suite 200
Chicago, IL  60601
chris.stathopoulos@us.gt.com; Liz.Piechnik@us.gt.com

March 11, 2021

Invoice #40293

Due Upon Receipt

For Professional Services Rendered Through February 28, 2021

## Matter: Purdue Pharma - Legal Services

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/09/2021 | KKF | Researched and drafted employment application. | 1.70 | $575.00 | $977.50 |
| 02/10/2021 | KKF | Finalized draft of employment application and drafted declarations and exhibits accompanying motion (4.8); Drafted email to Grant Thornton team re: deadlines and open issues to finalize employment application (.6). | 5.40 | $575.00 | $3,105.00 |
| 02/23/2021 | KKF | Drafted emails to Grant Thornton team and counsel for Purdue Pharma re: status of employment application. | 0.20 | $575.00 | $115.00 |
| 02/28/2021 | KKF | Reviewed and responded to email from R. Werth re: additional employment by Purdue Pharma for state registrations. | 0.10 | $575.00 | $57.50 |
| | | For professional services rendered | 7.4 hrs | | $4,255.00 |
| SUBTOTAL | | | | | $4,255.00 |

| | |
|---|---|
| Total amount of this bill | $4,255.00 |
| Previous balance | $2,052.50 |
| | $6,307.50 |

## Timekeeper Summary

| Name | Initials | Title | Hours | Rate | Amount |
|------|----------|-------|-------|------|--------|
| Kelly K. Frazier | KKF | Of Counsel | 7.40 | $575.00 | $4,255.00 |

It is a pleasure working with you.  We appreciate your business.



Sklar Kirsh, LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 845-6416 MAIN
accounting@sklarkirsh.com
Tax I.D. 37-1711630

Grant Thornton, LLP
Attn: Chris Stathopoulos
171 N. Clark Street, Suite 200
Chicago, IL  60601
chris.stathopoulos@us.gt.com; Liz.Piechnik@us.gt.com

April 20, 2021

Invoice #41334

Due Upon Receipt

For Professional Services Rendered Through March 31, 2021

---

## Matter: Purdue Pharma - Legal Services

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/01/2021 | KKF | Reviewed and responded to multiple emails from J. Anderson and B. Angstadt re: employment issues in Purdue. | 0.30 | $575.00 | $172.50 |
| 03/03/2021 | KKF | Telephone conference with J. Anderson re: preparation of employment application (0.2).  Exchange email correspondence with J. Anderson and R. Werth re: employment application, open items to complete preparation and strategy for missing Exhibit A to MSA (0.3). | 0.50 | $575.00 | $287.50 |
| 03/09/2021 | ISL | Review and address employment application. | 0.30 | $675.00 | $202.50 |
| | KKF | Revised employment application based on collective comments (0.5).  Exchanged emails with GT team and Davis Polk re: open issues and timing to file application (0.3). | 0.80 | $575.00 | $460.00 |
| 03/10/2021 | KKF | Reviewed and responded to B. Angstadt re: revisions to employment application re: prepetition payments. | 0.10 | $575.00 | $57.50 |
| 03/16/2021 | KKF | Reviewed email and edits fro Davis Polk on employment application and forwarded same with comments to GT team. | 0.30 | $575.00 | $172.50 |
| 03/21/2021 | KKF | Finalized employment application and sent to both David Polk team and Grant Thornton team for final review. | 1.40 | $575.00 | $805.00 |
| 03/23/2021 | KKF | Exchanged emails with A. Romero-Wagner and R. Werth re: final employment application and required signatures (0.3).  Exchanged emails with C. Robertson and J. Anderson re: UST requirements for supplemental disclosures (0.4). | 0.70 | $575.00 | $402.50 |
| 03/25/2021 | KKF | Telephone conference with C. Robertson re: UST and Committee objections to employment application (0.3).  Follow-up email exchange with C. Robertson re: same (0.2). | 0.50 | $575.00 | $287.50 |
| 03/26/2021 | ISL | Telephone conference with clients regarding extensive conflict check. | 1.00 | $675.00 | $675.00 |
| | KKF | Telephone conference with I. Landsberg, C. Stathopoulos and J. Anderson re: UST objection on scope of conflicts search (0.5).  Telephone conference with S. Blasco re: revisions to disclosure schedule (0.2). | 0.70 | $575.00 | $402.50 |
| | SRB | Edited disclosure table. | 1.80 | $175.00 | $315.00 |

---

Grant Thornton LLP

April 20, 2021

Invoice # 41334

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/29/2021 | KKF | Revised Werth Declaration to expand scope of conflicts disclosures and email to C. Robertson re: update on same. | 1.20 | $575.00 | $690.00 |
| 03/30/2021 | ISL | Review items relating to engagement agreement and employment application. | 0.30 | $675.00 | $202.50 |
|  | KKF | Finalized revised documents for filing to send to David Polk and drafted emails to J. Anderson and C. Robertson re: same. | 0.70 | $575.00 | $402.50 |
|  |  | For professional services rendered | 10.6 hrs |  | $5,535.00 |
|  | SUBTOTAL |  |  |  | $5,535.00 |
|  |  | Total amount of this bill |  |  | $5,535.00 |
|  |  |  |  |  | $6,307.50 |
|  |  | Balance due upon receipt |  |  | $11,842.50 |

## Timekeeper Summary

| Name | Initials | Title | Hours | Rate | Amount |
|------|----------|-------|-------|------|--------|
| Ian S. Landsberg | ISL | Partner | 1.60 | $675.00 | $1,080.00 |
| Kelly K. Frazier | KKF | Of Counsel | 7.20 | $575.00 | $4,140.00 |
| Sarah R. Blasco | SRB | Paralegal | 1.80 | $175.00 | $315.00 |

It is a pleasure working with you.  We appreciate your business.



Sklar Kirsh, LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 845-6416 MAIN
accounting@sklarkirsh.com
Tax I.D. 37-1711630

May 28, 2020

Grant Thornton, LLP
Attn: Chris Stathopoulos
171 N. Clark Street, Suite 200
Chicago, IL  60601
chris.stathopoulos@us.gt.com; Liz.Piechnik@us.gt.com

Invoice #42053

Due Upon Receipt

For Professional Services Rendered Through April 30, 2021

---

### Matter: Purdue Pharma - Legal Services

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/05/2021 | KKF | Drafted email to J. Anderson re Committee issues with disinterested parties list. | 0.10 | $575.00 | $57.50 |
| 04/07/2021 | KKF | Telephone conference with J. Anderson re Committee issues with disinterested parties list and drafted emails to I. Landsberg and C. Robertson re same. | 0.20 | $575.00 | $115.00 |
| | SRB | Reviewed previous employment applications in case for confirming changes to employment application. | 0.20 | $175.00 | $35.00 |
| 04/08/2021 | KKF | Telephone conference with J. Anderson re revisions to Disclosure Schedule, and email J. Anderson as follow-up re same (0.3).  Researched Provident Financial connections in bankruptcy cases (0.2).  Researched scope of disclosure for accountants (0.4). | 0.90 | $575.00 | $517.50 |
| 04/09/2021 | KKF | Revised Werth Declaration and Disclosure Schedule and exchange emails with J. Anderson and C. Robertson re same. | 1.60 | $575.00 | $920.00 |
| 04/12/2021 | ISL | Review employment application. | 0.30 | $675.00 | $202.50 |
| | KKF | Revised employment application, including with R. Werth signature to send to C. Robertson for filing. | 0.60 | $575.00 | $345.00 |
| 04/25/2021 | KKF | Exchanged correspondence with C. Robertson and B. Angstandt re status of employment order and submission of bills. | 0.20 | $575.00 | $115.00 |
| 04/29/2021 | ISL | Review and address status and filing of applications. | 0.30 | $675.00 | $202.50 |
| | KKF | Reviewed court revisions to employment application and forward same to Grant Thornton team with email explanation of changes (0.2).  Researched fee application requirements and drafted emails to C. Robertson and B. Angstadt re same (1.4). | 1.60 | $575.00 | $920.00 |

---

Grant Thornton LLP
May 28, 2021
Invoice # 42053

| | | |
|---|---|---|
| For professional services rendered | 6.00 hrs | $3,430.00 |
| SUBTOTAL | | $3,430.00 |
| Total amount of this bill | | $3,430.00 |
| Previous balance | | $11,842.50 |
| Balance due upon receipt | | $15,272.50 |

## Timekeeper Summary

| Name | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Ian S. Landsberg | ISL | Partner | 0.60 | $675.00 | $405.00 |
| Kelly K. Frazier | KKF | Of Counsel | 5.20 | $575.00 | $2,990.00 |
| Sarah R. Blasco | SRB | Paralegal | 0.20 | $175.00 | $35.00 |

It is a pleasure working with you.  We appreciate your business.



Sklar Kirsh, LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 845-6416 MAIN
accounting@sklarkirsh.com
Tax I.D. 37-1711630

Grant Thornton, LLP
Attn: Chris Stathopoulos
171 N. Clark Street, Suite 200
Chicago, IL 60601
chris.stathopoulos@us.gt.com; Liz.Piechnik@us.gt.com

June 29, 2021

Invoice #42475

Due Upon Receipt

For Professional Services Rendered Through May 31, 2021

## Matter: Purdue Pharma - Legal Services

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/03/2021 | ISL | Review and address examiner inquiries, etc. | 0.20 | $675.00 | $135.00 |
| | KKF | Followed-up on fee examiner contact and emailed J. Anderson and C. Robertson re: same. | 0.10 | $575.00 | $57.50 |
| | | For professional services rendered | 0.3 hrs | | $192.50 |
| | SUBTOTAL | | | | $192.50 |
| | | Total amount of this bill | | | $192.50 |
| | | Previous balance | | | $15,272.50 |
| | | Balance due upon receipt | | | $15,465.00 |

## Timekeeper Summary

| Name | Initials | Title | Hours | Rate | Amount |
|------|----------|-------|-------|------|--------|
| Ian S. Landsberg | ISL | Partner | 0.20 | $675.00 | $135.00 |
| Kelly K. Frazier | KKF | Of Counsel | 0.10 | $575.00 | $57.50 |

It is a pleasure working with you.  We appreciate your business.



Sklar Kirsh, LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 845-6416 MAIN
accounting@sklarkirsh.com
Tax I.D. 37-1711630

Grant Thornton, LLP
Attn: Chris Stathopoulos
171 N. Clark Street, Suite 200
Chicago, IL  60601
chris.stathopoulos@us.gt.com; Liz.Piechnik@us.gt.com

July 8, 2021

Invoice #43082

Due Upon Receipt

For Professional Services Rendered Through June 30, 2021

---

**Matter: Purdue Pharma - Legal Services**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/01/2021 | KKF | Reviewed Plan and Disclosure Statement filings for post-confirmation retention requirements and draft email to R. Werth and J. Anderson re: same. | 1.00 | $575.00 | $575.00 |
| | | For professional services rendered | 1.0 hrs | | $575.00 |
| | SUBTOTAL | | | | $575.00 |
| | | Total amount of this bill | | | $575.00 |
| | | Previous balance | | | $15,465.00 |
| | | Balance due upon receipt | | | $16,040.00 |

Timekeeper Summary

| Name | Initials | Title | Hours | Rate | Amount |
|------|----------|-------|-------|------|--------|
| Kelly K. Frazier | KKF | Of Counsel | 1.00 | $575.00 | $575.00 |

It is a pleasure working with you.  We appreciate your business.

Page 1

# EXHIBIT D1

## DETAILED TIME ENTRIES

### (Project Category: Tax Modeling)

| Employee Name | Title | Date of Service | Project Category | Hours Charged | FINAL NARRATIVE |
|---|---|---|---|---|---|
| Angstadt, Brian | Senior Manager | 1/25/2021 | Tax Modeling | 2.00 | Research valuation for tax purposes |
| Angstadt, Brian | Senior Manager | 1/26/2021 | Tax Modeling | 1.00 | Internal Discussion w/ A McNaull and LM Hughes regarding taxable income models |
| Angstadt, Brian | Senior Manager | 1/26/2021 | Tax Modeling | 0.50 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); T Coyne (GT) regarding taxable income models |
| Coyne, Thomas Peter | Senior Manager | 1/26/2021 | Tax Modeling | 0.50 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); B Angstadt (GT) regarding taxable income models |
| Hughes, Laura Michael | Manager | 1/26/2021 | Tax Modeling | 0.50 | Internal Discussion w/ A McNaull and B Angstadt regarding taxable income models |
| McNaull, Amberley | Senior Associate | 1/26/2021 | Tax Modeling | 1.00 | Internal Discussion w/ LM Hughes and B Angstadt regarding taxable income models |
| Angstadt, Brian | Senior Manager | 1/27/2021 | Tax Modeling | 1.00 | Research valuation for tax purposes and review information request list |
| Hughes, Laura Michael | Manager | 1/27/2021 | Tax Modeling | 1.00 | Preparation of taxable income models |
| McNaull, Amberley | Senior Associate | 1/27/2021 | Tax Modeling | 0.50 | Preparation of taxable income models |
| Angstadt, Brian | Senior Manager | 1/28/2021 | Tax Modeling | 1.00 | Teleconference w/J Lowne (Purdue); T Coyne and A McNaull (GT) regarding valuations for tax purposes |
| Coyne, Thomas Peter | Senior Manager | 1/28/2021 | Tax Modeling | 1.00 | Teleconference w/J Lowne (Purdue); B Angstadt and A McNaull (GT) regarding valuations for tax purposes |
| Hughes, Laura Michael | Manager | 1/28/2021 | Tax Modeling | 2.20 | Preparation taxable income models |
| McNaull, Amberley | Senior Associate | 1/28/2021 | Tax Modeling | 6.00 | Preparation of taxable income models |
| McNaull, Amberley | Senior Associate | 1/28/2021 | Tax Modeling | 1.00 | Teleconference w/J Lowne (Purdue); B Angstadt and T Coyne (GT) regarding valuations for tax purposes |
| Angstadt, Brian | Senior Manager | 1/29/2021 | Tax Modeling | 0.50 | Review of taxable income models |
| Angstadt, Brian | Senior Manager | 1/30/2021 | Tax Modeling | 2.00 | Review of taxable income models |
| Daniel, Russell | Partner | 1/31/2021 | Tax Modeling | 0.70 | Review of taxable income models |
| Angstadt, Brian | Senior Manager | 2/1/2021 | Tax Modeling | 0.50 | Internal Discussion w/ T Stockdale on valuations for tax purposes |
| Hughes, Laura Michael | Manager | 2/1/2021 | Tax Modeling | 1.00 | Internal Discussion w/ A McNaull on taxable income models |
| McNaull, Amberley | Senior Associate | 2/1/2021 | Tax Modeling | 1.00 | Internal Discussion w/ LM Hughes on taxable income models |
| McNaull, Amberley | Senior Associate | 2/1/2021 | Tax Modeling | 3.00 | Preparation of taxable income models |
| Stockdale, Thomas F. | Senior Manager | 2/1/2021 | Tax Modeling | 0.50 | Internal Discussion w/ B Angstadt on valuations for tax purposes |
| Stockdale, Thomas F. | Senior Manager | 2/1/2021 | Tax Modeling | 1.70 | Research valuation of inventory for tax purposes |

| | | | | | |
|---|---|---|---|---|---|
| Angstadt, Brian | Senior Manager | 2/3/2021 | Tax Modeling | 1.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); R Daniel, T Coyne, and A McNaull (GT) regarding taxable income models |
| Coyne, Thomas Peter | Senior Manager | 2/3/2021 | Tax Modeling | 1.50 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); R Daniel, B Angstadt and A McNaull (GT) regarding taxable income models |
| Daniel, Russell | Partner | 2/3/2021 | Tax Modeling | 1.30 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); T Coyne, B Angstadt, and A McNaull (GT) regarding taxable income models |
| McNaull, Amberley | Senior Associate | 2/3/2021 | Tax Modeling | 2.00 | Preparation of taxable income models |
| McNaull, Amberley | Senior Associate | 2/3/2021 | Tax Modeling | 1.50 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); R Daniel, T Coyne, and B Angstadt (GT) regarding taxable income models |
| Angstadt, Brian | Senior Manager | 2/4/2021 | Tax Modeling | 2.00 | Review of taxable income models |
| Lohmann, Brianna | Associate | 2/4/2021 | Tax Modeling | 1.00 | Preparation of taxable income models for state income tax items |
| McNaull, Amberley | Senior Associate | 2/4/2021 | Tax Modeling | 1.50 | Preparation of taxable income models for state income tax items |
| Angstadt, Brian | Senior Manager | 2/5/2021 | Tax Modeling | 0.50 | Review of taxable income models for state income tax items |
| Beck, Michael D | Senior Manager | 2/5/2021 | Tax Modeling | 2.00 | Research state apportionment for taxable income models |
| McNaull, Amberley | Senior Associate | 2/5/2021 | Tax Modeling | 1.50 | Preparation of taxable income models for state income tax items |
| Beck, Michael D | Senior Manager | 2/6/2021 | Tax Modeling | 1.50 | Research state apportionment for taxable income models |
| Angstadt, Brian | Senior Manager | 2/8/2021 | Tax Modeling | 0.50 | Internal Discussion w/ C Cordonnier on accounting methods for tax purposes |
| Angstadt, Brian | Senior Manager | 2/8/2021 | Tax Modeling | 1.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); R Daniel, T Coyne, LM Hughes, and A McNaull (GT) regarding taxable income models |
| Cordonnier, Caleb Michael | Senior Manager | 2/8/2021 | Tax Modeling | 0.50 | Internal Discussion w/ B Angstadt on accounting methods for tax purposes |
| Coyne, Thomas Peter | Senior Manager | 2/8/2021 | Tax Modeling | 1.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); R Daniel, B Angstadt, LM Hughes, and A McNaull (GT) regarding taxable income models |
| Daniel, Russell | Partner | 2/8/2021 | Tax Modeling | 1.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); B Angstadt, T Coyne, LM Hughes, and A McNaull (GT) regarding taxable income models |
| Hughes, Laura Michael | Manager | 2/8/2021 | Tax Modeling | 1.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); R Daniel, B Angstadt, T Coyne, and A McNaull (GT) regarding taxable income models |
| McNaull, Amberley | Senior Associate | 2/8/2021 | Tax Modeling | 3.00 | Preparation of taxable income models - SALT, FMV, CAPEX, and method change |
| McNaull, Amberley | Senior Associate | 2/8/2021 | Tax Modeling | 1.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); R Daniel, B Angstadt, T Coyne, and LM Hughes (GT) regarding taxable income models |
| Angstadt, Brian | Senior Manager | 2/9/2021 | Tax Modeling | 0.50 | Preparation of taxable income models - SALT, FMV, CAPEX, and method change |
| Angstadt, Brian | Senior Manager | 2/9/2021 | Tax Modeling | 1.00 | Review of taxable income models - SALT, FMV, CAPEX, and method change |
| Angstadt, Brian | Senior Manager | 2/10/2021 | Tax Modeling | 1.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); J DelConte (Alix Partners); J Turner and T Melvin (PJT Partners); R Werth, LM Hughes and A McNaull (GT) regarding taxable income models |

| | | | | | |
|---|---|---|---|---|---|
| Hughes, Laura Michael | Manager | 2/10/2021 | Tax Modeling | 1.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); J DelConte (Alix Partners); J Turner and T Melvin (PJT Partners); R Werth, B Angstadt and A McNaull (GT) regarding taxable income models |
| McNaull, Amberley | Senior Associate | 2/10/2021 | Tax Modeling | 0.50 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); J DelConte (Alix Partners); J Turner and T Melvin (PJT Partners); B Angstadt, LM Hughes and A McNaull (GT) regarding taxable income models |
| Werth, Raymond J | Partner | 2/10/2021 | Tax Modeling | 0.50 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); J DelConte (Alix Partners); J Turner and T Melvin (PJT Partners); R Werth, B Angstadt, and A McNaull (GT) regarding taxable income models |
| Alex, Harrison | Associate | 3/2/2021 | Tax Modeling | 0.50 | Preparing analysis of time incurred |
| Angstadt, Brian | Senior Manager | 6/14/2021 | Tax Modeling | 0.50 | Review of taxable income models prior to call |
| | | | **TOTAL HOURS** | **61.9** | |

**EXHIBIT D2**

**DETAILED TIME ENTRIES**

**(Project Category: Exit Structure Analysis)**

| Employee Name | Title | Date of Service | Project Category | Hours Charged | FINAL NARRATIVE |
|---|---|---|---|---|---|
| Angstadt, Brian | Senior Manager | 4/19/2021 | Exit Structure Analysis | 0.50 | Call w/T Matlock, L Altus (Davis Polk); J Lowne; and R Daniel and R Werth (GT) to discuss exit structure |
| Daniel, Russell | Partner | 4/19/2021 | Exit Structure Analysis | 0.60 | Call w/T Matlock, L Altus (Davis Polk); J Lowne; and B Angstadt and R Werth (GT) to discuss exit structure |
| Werth, Raymond J | Partner | 4/19/2021 | Exit Structure Analysis | 0.50 | Call w/T Matlock, L Altus (Davis Polk); J Lowne; and R Daniel and B Angstadt (GT) to discuss exit structure |
| Alex, Harrison | Associate | 6/17/2021 | Exit Structure Analysis | 0.50 | Call w/T Matlock, L Altus (Davis Polk); and R Werth, B Angstadt and J Dodson to discuss exit structure |
| Angstadt, Brian | Senior Manager | 6/17/2021 | Exit Structure Analysis | 0.50 | Call w/T Matlock, L Altus (Davis Polk); and R Werth, J Dodson, and H Alex to discuss exit structure |
| Dodson, Jeffrey C | Manager | 6/17/2021 | Exit Structure Analysis | 0.50 | Call w/T Matlock, L Altus (Davis Polk); and R Werth, B Angstadt and H Alex to discuss exit structure |
| Werth, Raymond J | Partner | 6/17/2021 | Exit Structure Analysis | 0.50 | Call w/T Matlock, L Altus (Davis Polk); and B Angstadt, J Dodson, and H Alex to discuss exit structure |
| Alex, Harrison | Associate | 6/23/2021 | Exit Structure Analysis | 0.70 | Analyze exit structure |
| Angstadt, Brian | Senior Manager | 6/23/2021 | Exit Structure Analysis | 0.50 | Analyze exit structure |
| Coyne, Thomas Peter | Senior Manager | 6/23/2021 | Exit Structure Analysis | 1.00 | Analyze exit structure |
| Angstadt, Brian | Senior Manager | 6/24/2021 | Exit Structure Analysis | 3.00 | Analyze exit structure |
| Angstadt, Brian | Senior Manager | 6/25/2021 | Exit Structure Analysis | 1.00 | Analyze exit structure |
| Coyne, Thomas Peter | Senior Manager | 6/25/2021 | Exit Structure Analysis | 0.50 | Analyze exit structure |
| Daniel, Russell | Partner | 6/27/2021 | Exit Structure Analysis | 0.50 | Analyze exit structure |
| Angstadt, Brian | Senior Manager | 6/28/2021 | Exit Structure Analysis | 1.00 | Analyze exit structure - email analysis |
| Alex, Harrison | Associate | 6/30/2021 | Exit Structure Analysis | 0.50 | Analyze exit structure - analysis of liquidations |
| Angstadt, Brian | Senior Manager | 6/30/2021 | Exit Structure Analysis | 1.50 | Analyze exit structure - analysis of liquidations |
| Angstadt, Brian | Senior Manager | 6/30/2021 | Exit Structure Analysis | 0.50 | Analyze exit structure - analysis of liquidations |
| Dodson, Jeffrey C | Manager | 6/30/2021 | Exit Structure Analysis | 1.00 | Analyze exit structure - analysis of liquidations |
| | | | **TOTAL HOURS** | **15.3** | |

20

## <u>EXHIBIT D3</u>

## DETAILED TIME ENTRIES

## (Project Category: Engagement Services)

| Employee Name | Title | Date of Service | Project Category | Hours Charged | FINAL NARRATIVE |
|---|---|---|---|---|---|
| Angstadt, Brian | Senior Manager | 3/1/2021 | Engagement Management | 2.00 | Preparation of employment application and disclosures |
| Angstadt, Brian | Senior Manager | 3/3/2021 | Engagement Management | 0.20 | Update employment application for additional information |
| Angstadt, Brian | Senior Manager | 3/4/2021 | Engagement Management | 0.20 | Update employment application for additional information and send draft to attorneys |
| Angstadt, Brian | Senior Manager | 3/10/2021 | Engagement Management | 1.00 | Updated employment application for additional information |
| Angstadt, Brian | Senior Manager | 3/11/2021 | Engagement Management | 0.50 | Updated employment application for additional information |
| Gillett, Julie Ann | Associate | 3/11/2021 | Engagement Management | 3.00 | Preparation of creation of disclosure table for the court |
| Angstadt, Brian | Senior Manager | 3/12/2021 | Engagement Management | 0.50 | Finalize employment application for review |
| Werth, Raymond J | Partner | 3/12/2021 | Engagement Management | 0.50 | Reviewed and revised my declaration in support of Grant Thornton's employment application |
| Angstadt, Brian | Senior Manager | 3/30/2021 | Engagement Management | 0.50 | Review final declaration prepared by attorneys |
| | | | **TOTAL HOURS** | **8.4** | |

21