```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/26/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
IN RE:                                                        :
                                                              :
                                                              :   **ORDER OF DISMISSAL**
PURDUE PHARMA L.P.,                                           :
                    Debtor.                                   :
--------------------------------------------------------------x
AVRIO HEALTH L.P., et al.,                                    :   21 CV 3708 (VB)
                    Plaintiffs,                               :
                                                              :
v.                                                            :
                                                              :
AIG SPECIALTY INSURANCE COMPANY,                              :
et al.,                                                       :
                    Defendants.                               :
--------------------------------------------------------------x

Certain defendants in the above-captioned adversary proceeding, referred to as the "Arbitration Insurers," moved to withdraw the reference for the limited purpose of deciding motions to compel arbitration and to dismiss for lack of personal jurisdiction. (Doc. #1). On June 29, 2021, the Bankruptcy Court issued an Order Granting the Arbitration Insurers' Joint Motion to Stay the Claims Against Them in This Adversary Proceeding in Favor of Arbitration (the "Stay Order").

On July 1, 2021, the Court ordered the parties to advise the Court as to the Stay Order's effect on this motion to withdraw. On July 22, 2021, the parties jointly filed a letter stating that "all parties agree that the Arbitration Insurers' Motion to Withdraw the Reference has been mooted by the Stay Order and that this Court need not consider that motion." (Doc. #9).

Accordingly, it is HEREBY ORDERED that the Arbitration Insurers' motion to withdraw the reference for the limited purpose of deciding motions to compel arbitration and to dismiss for lack of personal jurisdiction is TERMINATED AS MOOT. (Doc. #1).

To be clear, this Order has no effect on the related motion to withdraw the reference of the entire adversary proceeding. (21 CV 2674).

The Clerk is instructed to terminate this motion (Doc. #1), and close this case—21 CV 3708—only.

Dated: July 26, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge