**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA, L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 28th day of July 2021, I caused a true and correct copy of the *Reservation of Rights of Her Majesty the Queen in Right of the Province of British Columbia and Other Canadian Governments with Respect to Confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors* to be served via e-mail upon the parties listed on the attached Service List, and by Federal Express on the parties listed below:

| | |
|---|---|
| Chambers of the Hon. Robert D. Drain<br>United States Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601-7246 | Marshall Scott Huebner, Esq.<br>Benjamin S. Kaminetzky, Esq.<br>Timothy Graulich, Esq.<br>Christopher Robertson, Esq.<br>Eli J. Vonnegut, Esq.<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 |

Dated: July 28, 2021

  /s/ Nickolas Karavolas

Nickolas Karavolas

Doc #9820225.2

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

# SERVICE LIST

cbs@agentislaw.com
apreis@akingump.com
mhurley@akingump.com
sbrauner@akingump.com
elisovicz@akingump.com
william.hao@alston.com
will.sugden@alston.com
jacob.johnson@alston.com
gspizer@anapolweiss.com
aa@andrewsthornton.com
shiggins@andrewsthornton.com
rsiko@andrewsthornton.com
eneiger@askllp.com
jchristian@askllp.com
vandermeusejl@doj.state.wi.us
dina.yunker@atg.wa.gov
daluzt@ballardspahr.com
roglenl@ballardspahr.com
DonBarrettPA@gmail.com
mbentley@bentleyandbruning.com
dwallace@bentleyandbruning.com
Klaw@bbslaw.com
tbielli@bk-legal.com
bmc@ecfAlerts.com
daniel.connolly@bracewell.com
robert.burns@bracewell.com
dludman@brownconnery.com
GCicero@brownrudnick.com
DMolton@brownrudnick.com
spohl@brownrudnick.com
jgarfinkle@buchalter.com
dslate@buchalter.com
bernard.eskandari@doj.ca.gov
michelle.burkart@doj.ca.gov
timothy.lundgren@doj.ca.gov
judith.fiorentini@doj.ca.gov
kmaclay@capdale.com
jwehner@capdale.com
jliesemer@capdale.com
tphillips@capdale.com
bankruptcy@clm.com

jalberto@coleschotz.com
eric.gold@mass.gov
cmomjian@attorneygeneral.gov
mike@consovoymccarthy.com
cbrustowicz@clfnola.com
jdetty@clfnola.com
lrichardson@clfnola.com
donald@creadorelawfirm.com
jonc@cuneolaw.com
jonc@cuneolaw.com
Purdue.noticing@dpw.com
GWillard@dubllc.com
badams@egletlaw.com
aham@egletlaw.com
eentsminger@egletlaw.com
ggoodman@foley.com
leisenberg@foley.com
panderson@foxswibel.com
jfrank@fgllp.com
jkleinman@fgllp.com
fredhill70@gmail.com
litherlandc@gilbertlegal.com
quinnk@gilbertlegal.com
gilberts@gilbertlegal.com
kstadler@gklaw.com
mgoldstein@goodwinlaw.com
wweintraub@goodwinlaw.com
hsteel@goodwinlaw.com
benh@hbsslaw.com
purduebankruptcy@hbsslaw.com
dzwally@haugpartners.com
jdougherty@haugpartners.com
Caleb.Holzaepfel@huschblackwell.com
marshall.turner@huschblackwell.com
CSteege@jenner.com
rlevin@jenner.com
mleventhal@jha.com
dpepe@jha.com
pjerdee@jha.com
cstanley@jha.com
gjoseph@jha.com

| | |
|---|---|
| jkasen@kasenlaw.com | astulman@potteranderson.com |
| sam@kellerlenkner.com | rslaugh@potteranderson.com |
| mgold@kkwc.comrtuchman@kkwc.com | purduepharmateam@primeclerk.com |
| keckstein@kramerlevin.com | serviceqa@primeclerk.com |
| rringer@kramerlevin.com | Jon.Lowne@pharma.com |
| vrubinstein@loeb.com | mdf@rawlingsandassociates.com |
| luskin@lsellp.com | clynch@reedsmith.com |
| stern@lsellp.com | cspringer@reedsmith.com |
| nowak@marcus-shapira.com | bkaswan@scott-scott.com |
| rbarnes@marcus-shapira.com | jscolnick@scott-scott.com |
| gbressler@mdmc-law.com | egoldstein@goodwin.com |
| mmorano@mdmc-law.com | bankruptcy@goodwin.com |
| nleonard@mdmc-law.com | bankruptcyparalegal@goodwin.com |
| ivolkov@mcgrailbensinger.com | jamie.fell@stblaw.com |
| guzzi@milbank.com | egraff@stblaw.com |
| estodola@milbank.com | attorney.general@alaska.gov |
| alees@milbank.com | aginfo@azag.gov |
| sdnyecf@dor.mo.gov | oag@ArkansasAG.gov |
| sam@mitchellspeights.com | bankruptcy@coag.gov |
| jyoung@forthepeople.com | Attorney.General@ct.gov |
| juanmartinez@forthepeople.com | Attorney.General@state.DE.US |
| mbuchman@motleyrice.com | hawaiiag@hawaii.gov |
| kmccraw@ncdoj.gov | webmaster@atg.state.il.us |
| kcordry@naag.org | ConsumerInfo@ag.state.la.us |
| nicolas.keller@dfs.ny.gov | consumer.mediation@maine.gov |
| Heather.Crockett@atg.in.gov | oag@oag.state.md.us |
| lara.fogel@law.njoag.gov | ago@state.ma.us |
| David.Nachman@ag.ny.gov | miag@michigan.gov |
| Kathryn.Blake@ag.ny.gov | attorney.general@ago.mo.gov |
| Umair.Khan@ag.ny.gov | contactdoj@mt.gov |
| amathews@scag.gov | ago.info.help@nebraska.gov |
| jlibet@scag.gov | attorneygeneral@doj.nh.gov |
| Denise.Mondell@ct.gov | askconsumeraffairs@lps.state.nj.us |
| brett.delange@ag.idaho.gov | Louis.Testa@ag.ny.gov |
| william.pearson@ag.iowa.gov | jsutton2@ncdoj.gov |
| Jill.abrams@vermont.gov | ndag@nd.gov |
| paul.schwartzberg@usdoj.gov | consumer.hotline@doj.state.or.us |
| Alison.Archer@ohioattorneygeneral.gov | consumerhelp@state.sd.us |
| Trish.Lazich@ohioattorneygeneral.gov | reg.boards@tn.gov |
| mcyganowski@otterbourg.com | paul.singer@oag.texas.gov |
| jfeeney@otterbourg.com | bk-robaldo@oag.texas.gov |
| mvaneck@attorneygeneral.gov | public.information@oag.state.tx.us |
| andrew.troop@pillsburylaw.com | uag@utah.gov |
| andrew.alfano@pillsburylaw.com | ago.info@vermont.gov |
| jason.sharp@pillsburylaw.com | mailoag@oag.state.va.us |
| jryan@potteranderson.com | emailago@atg.wa.gov |

Abby.G.Cunningham@wvago.gov
nfk@stevenslee.com
cp@stevenslee.com
esserman@sbep-law.com
dapice@sbep-law.com
smarkowitz@tarterkrinsky.com
rcavaliere@tarterkrinsky.com
mbrownstein@tarterkrinsky.com
Marvin.Clements@ag.tn.gov
jblask@tuckerlaw.com
twaldrep@waldrepllp.com
jlyday@waldrepllp.com
jlanik@waldrepllp.com
cshore@whitecase.com
michele.meises@whitecase.com
alice.tsier@whitecase.com
ashley.chase@whitecase.com
tlauria@whitecase.com
laura.femino@whitecase.com
esnyder@wilkauslander.com
idizengoff@akingump.com
efisher@binderschwartz.com
drbrice@bklawyers.com
jball@debevoise.com
mkmonaghan@debevoise.com
jrosen@debevoise.com
elizabeth@elizabethcitrin.com
jcampos@foley.com
jnicholson@foley.com
Anne.Wallice@Kirkland.com
James.Stempel@Kirkland.Com
daniel.saval@Kobrekim.com
kidesq1@aol.com
hisrael@lplegal.com
mlouis@macelree.com
karenneuwirth@aol.com
jellis@mololamken.com
smolo@mololamken.com
jortiz@mololamken.com
ARheaume@mofo.com
BButterfield@mofo.com
ahaberkorn@omm.com
jshafferman@swc-law.com
stephen.lerner@squirepb.com
Denise.mondell@ct.gov
Jenna.Pellecchia@sunpharma.com

jlipson@temple.edu
ktownsend@rcfp.org
gspizer@vscplaw.com