UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.,*<br><br>                              Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

### <u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

PLEASE TAKE NOTICE that Leah Eisenberg ("<u>Ms. Eisenberg</u>"), formerly of Foley &

Lardner, LLP ("<u>Foley</u>"), hereby withdraws as counsel to *CVS Caremark Part D Services, L.L.C.,*

*CaremarkPCS Health, L.L.C., CVS Pharmacy, Inc. and various related entities* (collectively,

"<u>CVS</u>") in the above-captioned chapter 11 case.  Ms. Eisenberg departed Foley on June 21, 2021.

The remaining attorneys of record at Foley will continue to represent CVS in this matter.

Dated:  July 28, 2021
            New York, New York

Respectfully submitted,

        */s/ Leah Eisenberg*
Leah Eisenberg
 Mayer Brown LLP
 1221 Avenue of the Americas
 New York, NY 10020
 Telephone: (212) 506-2500
 E-Mail: leseinberg@mayerbrown.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.