**BARACK FERRAZZANO KIRSCHBAUM
& NAGELBERG LLP**
Nathan Q. Rugg, Esq. (Illinois State Bar No. 6272969)
200 West Madison Street, Suite 3900
Chicago, IL 60606
(T)     (312) 984-3100
(E)     nathan.rugg@bfkn.com

*Counsel to Altergon Italia s.r.l.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) ) ) Chapter 11 ) |
| PURDUE PHARMA L.P., *et al.*,[1] | ) Case No. 19-23649 (RDD) ) |
| Debtors. | ) (Jointly Administered) ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Nathan Q. Rugg is hereby entering his appearance on behalf of Altergon Italia s.r.l., a creditor herein, pursuant to Rules 3017, 2002, 9007 and 9010 of the Federal Rules of Bankruptcy procedures and Sections 342(a) and 1109(b) of the Bankruptcy Code. The undersigned further requests that all correspondence, pleadings and notices should be sent to the following address:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

>Nathan Q. Rugg
>Barack Ferrazzano Kirschbaum & Nagelberg LLP
>200 West Madison Street, Suite 3900
>Chicago, IL 60606
>Telephone:    (312) 984-3100
>Facsimile:    (312) 984-3150
>Email: nathan.rugg@bfkn.com

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders and notices of any applications, motions, petitions, pleadings, requests, memorandums, affidavits, declarations, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by the Court's electronic case filing system, mail, courier service, hand delivery, telephone, facsimile transmissions, or otherwise that affects or seeks to affect in any way the rights or interest of any creditor or party in interest in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters entered only after *de novo* review by a District Court judge, (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupment under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses,

setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

| | |
|---|---|
| Dated: July 29, 2021 | Respectfully Submitted,<br><br>/s/ Nathan Q. Rugg<br>Nathan Q. Rugg (Illinois State Bar No. 6272969)<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>200 West Madison Street, Suite 3900<br>Chicago, IL 60606<br>Telephone: (312) 984-3100<br>Facsimile: (312) 984-3150<br>Email: nathan.rugg@bfkn.com<br><br>*Attorneys for Altergon Italia s.r.l.* |

## CERTIFICATE OF SERVICE

    I, Nathan Q. Rugg, an attorney, hereby certify that on July 29, 2021, a copy of the foregoing Notice of Appearance and Request for Notice was filed via this Court's CM/ECF system and will be forwarded by electronic transmission to all parties registered to receive electronic notices in these cases, as identified on the Notice of Electronic Filing (NEF).

                          /s/ *Nathan Q. Rugg*
                             Nathan Q. Rugg