**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re: PURDUE PHARMA L.P., et al.

                              Debtor

----------------------------------------------------------------x

                              Plaintiff

                        v.

                              Defendant

----------------------------------------------------------------x

Case No.: 19-23649 (RDD)

Chapter 11

Adversary Proceeding No.: _____

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

    I, Nathan Q. Rugg, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Altergon Italia s.r.l., a creditor in the above-referenced ☑ case ☐ adversary proceeding.

    ***I certify that I am a member in good standing*** of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 29, 2021
New York, New York

Nathan Q. Rugg
*Mailing Address*:
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
*E-mail address*: nathan.rugg@bfkn.com
*Telephone number*: (312) 984-3127