**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: PURDUE PHARMA L.P., et al.

                              Debtor

Case No.: 19-23649 (RDD)

Chapter 11

-------------------------------------------------------------x

                             Plaintiff

Adversary Proceeding No.: _____

v.

                             Defendant

-------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of Nathan Q. Rugg, to be admitted, ***pro hac vice***, to represent Altergon Italia s.r.l., (the "Client") a creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

      **ORDERED**, that Nathan Q. Rugg, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York     /s/ _____

                                                    UNITED STATES BANKRUPTCY JUDGE