UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

IN RE:                                            CHAPTER 11

PURDUE PHARMA L.P. et al.,         CASE NO. 19-23649 (RDD)

           DEBTORS.                     JOINTLY ADMINISTERED

                                            CLAIM NO.s 616371
                                                         616504
                                                         616531

MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM

       AND NOW COMES, LAWRENCE HIGGINS, PLAINTIFF/CLAIMANT IN THE ABOVE CAPTIONED CAUSE AND WOULD SHOW THE COURT THE FOLLOWING:

A) PLAINTIFF FILED PROOF OF CLAIM ON SEPTEMBER 3RD, 2020.
ALONG WITH THIS PROOF OF CLAIM PLAINTIFF ALSO SUBMITTED MOTION FOR LEAVE WITH AFFIDAVIT, TO THE PRIME CLERK.
MOTION FOR LEAVE EXPLAINED HOW PLAINTIFF IS NOW AND WAS INCARCERATED DURING ANY PUBLICIZED EVENTS OF THE LAWSUIT AND GENERAL BAR DATE.

B) PLAINTIFFS CELL BLOCK WAS LOCKED DOWN FROM JANUARY 2020 FOR DISCIPLINARY REASONS. WITH NO ACCESS TO TELEVISION.
TELEVISIONS ARE NOT SOLD TO INMATES IN THE TEXAS PENITENTURY SYSTEM.

IN MARCH OF 2020, PLAINTIFFS ENTIRE UNIT WAS LOCKED DOWN FOR COVID -19 .

AGAIN THIS IS WITH NO ACCESS TO TELEPHONE OR TELEVISION.

PLAINTIFF ONLY BECAME AWARE OF THE LAWSUIT ON JULY 15, 2020, THROUGH ANOTHER DRUG ADDICT IN PRISON.

1

PLAINTIFF IMMEDIETELY SENT FOR THE PROOF OF CLAIM FORMS.

THE PRIME CLERK RESPONDED UNTIMELY AND PLAINTIFF DID NOT RECIEVE

THE FORMS UNTIL AUGUST 13, 2020, DUE TO THE PRISON MAIL SYSTEM

PERSONEL SHORTAGES AND TDCJ STAFFS SHORTAGES IN GENERAL.

PLAINTIFF IMMEDIETELY COMPLETED THE FORMS AND RETURNED THEM

TO THE PRISON MAILING SYSTEM.

THE FORMS WERE NOT RECIEVED BY THE CKERK PRIME CLERK UNTIL

SEPTEMBER 3, 2020.

C) PLAINTIFF BEING A LAYMEN OF NEW YORK LAW WAS UNDER THE BELIEF

THAT THE PRIME CLERKK WAS THE CLERK OF COURT IN THE CAUSE SO

ALONG WITH THE COMPLETED FORMS PLAINTIFF SUBMITTED MOTION FOR LEAVE

ASKING THE COURTS PERMISSION TO FILE THE LATE PROOF OF CLAIM

EXPLAINING WHY PLAINTIFF WAS LATE BY AFFIDAVIT.

PLAINTIFF JUST NOW BECAME AWARE THAT THE MOTION FOR LEAVE WAS NEVER

FILED WITH THE PROOF OF CLAIM.

PLAINTIFF BEGS THE COURT TO GRANT THIS MOTION FOR LEAVE BECAUSE

THE PLAINTIFF NOT ONLY BECAME ADDICTED TO THESE E OPIODS AND

RUIN HIS LIFE, PLAINTIFFS SON JARED JOSEPH HIGGINS BECAME

ADDICTED TO OXYCOTIN AND WHEN HE COULDNT GET THE OXY HE TURNED TO

HEROIN AND DIED ON DECEMBER 28, 2012 OF AN OVERDOSE AT 29 YEARS OLD,

PLAINTIFFS ONLY CHILD...

DUE TO THESE CIRCUMSTANCES PLAINTIFF BEGS THE COURTS PARDON FOR

THE TARDINESS AND ASKS THE COURT TO ALLOW THIS CLAIM TO BE CONSIDERED

TIMELY FILED. FURTHERMORE THIS TARDINES WAS NOT TO CAUSE THE DEFENDANTS/

DEBTORS ANY UNDUE HARM OR DELAY.

RESPECTFULLY SUBMITTED,

*[signature]*

SWORN AFFIDAVIT

I, THE UNDERSINED HEREBY SWEAR UNDER PENALTY OF PERJURY THAT ALL FACTS PERTAINED TO IN "PLAINTIFFS MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM ARE TRUE AND CORRECT.

*LAWRENCE HIGGINS*

SWORN AFFIDAVIT II

I, THE UNDERSIGNED HEREBY SWEAR UNDER THE PENALTY OF PERJURY THAT THIS PLAINTIFF WAS PERSONALLY INJURED BY ADDICTION WHICH LED PLAINTIFF OUT OF CONTROL.

PLAINTIFF WAS SCARRED EMOTOONALLY FOR LIFE FOR THE LOSS OF JARED. PLAINTIFF SWEARS UNDER THE PENALTY OF PURGERY THAT BOTH THE PLAINTIFF AND THE PLAINTIFFS SON BECAME ADDICTED TO OPIODS MANUFACURED AND DISTRUBUTED BY THE DEBTORS.

SIGNED THIS 21st DAY of JULY, 2021

*LAWRENCE HIGGINS*

CERTIFICATE OF SERVICE

PURDUE PHARMA

NO: 19-23649

I, THE UNDERSIGNED HEREBY SWEAR AND CERIFY THAT A TRUE AND CORRECT COPY OF PLAINTIFFS MOTION FOR LEAVE TO FILE LATE CLAIM WAS SERVED BY PLACING SAME IN THE PRISON MAILING SYSTEM THIS 21ST day of JULY, 2021, to all parties in the cause.

LAWRENCE HIGGINS

Doc 3342 Filed 07/29/21 Entered 07/29/21 15:59:18
Pg 5 of 5

**Prime Clerk**
Grand Central Station, PO Box 4850
New York NY 10163-4850

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

Windsor 2325 SRF 46712 MMLID: 11274287 PackID: 110 Clm Ack Batch-0379
Higgins, Lawrence
#060189
1697 FM 980
Huntsville, TX 77343

NOTICE TO COURT

This letter of
confirmation of filing
from Sept 3rd 2020
postmarked October 14
a month later.

1060189 C83-13B

C8 3/13B

(Note: letter took Total
of 6 weeks to
reach me.)

U.S. POSTAGE PITNEY BOWES
ZIP 10165 $ 000.50⁰
02 4W
0000349747 OCT 14 2020