# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Purdue Pharma L.P. | CASE NO.: 19–23649–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 06–1307484 | CHAPTER: 11 |

---

# NOTICE OF HEARING RE: MOTION TO FILE LATE CLAIM

Mr. Lawrence Higgins:

A hearing on your Motion to File a Late Claim is scheduled for August 16, 2021 at 10:00 AM before the Honorable Robert D. Drain.
Please take notice that the hearing will be conducted on Zoom for Government. Please register your appearance by 4:00 PM the day before any scheduled Zoom hearing at https://ecf.nysb.uscourts.gov/cgi–bin/nysbAppearances.pl

Dated: July 29, 2021                              Vito Genna
                                                  Clerk of the Court