# Notice Recipients

District/Off: 0208–7     User: Admin     Date Created: 7/29/2021
Case: 19–23649–rdd      Form ID: 143    Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr      Lawrence Higgins    #1060189    1697 FM 980    Huntsville, TX 77343

TOTAL: 1