UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                              :    Chapter 11
                                                    :
PURDUE PHARMA L.P., *et al.*,                       :    Case No. 19-23649 (RDD)
                                                    :
                                    Debtors.[1]     :    (Jointly Administered)
                                                    :
------------------------------------------------------------ x

**STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES
OF PJT PARTNERS LP FOR THE PERIOD OF
JUNE 1, 2021 THROUGH JUNE 30, 2021**

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of June 1, 2021 through June 30, 2021 (the "Eighteenth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

**I. Background**

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2. On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3. On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4. On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5. For the Eighteenth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $1,373.29, and (b) in accordance with the Procedures Order, seeks payment in the amount of $181,373.29 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Eighteenth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Eighteenth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses.

2

Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Eighteenth Compensation Period but not included herein.

6. An invoice detailing the monthly fees earned and out-of-pocket expenses incurred by PJT during the Eighteenth Compensation Period is attached hereto as Appendix A. A summary of the compensation earned and out-of-pocket expenses incurred during the Eighteenth Compensation Period is outlined below:

| Eighteenth Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| June 1 - 30, 2021 | $225,000.00 | ($45,000.00) | $1,373.29 | **$181,373.29** |

7. The amount of compensation and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context. PJT has never billed its clients based on the number of hours expended by its professionals. Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients. PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 264.5 hours expended by PJT professionals in providing investment banking services to the Debtors during the Eighteenth Compensation Period are provided in Appendix B. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | June 2021 |
|---|---|
| Jamie O'Connell | 14.5 |
| Joe Turner | 68.0 |
| Tom Melvin | 103.5 |
| Jovana Arsic | 38.0 |
| Lukas Schwarzmann | 40.5 |
| **Total Hours** | **264.5** |

## III. Requested Relief

8. Pursuant to the Retention Order and the Procedures Order, with respect to PJT's (a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of $1,373.29, in each case earned or incurred during the Eighteenth Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | 1,373.29 |
| **Total Amount Due** | **$181,373.29** |

Dated: July 29, 2021                                   PJT PARTNERS LP

By: /s/ John James O'Connell III
John James O'Connell III
Partner
280 Park Avenue
New York, NY 10017
(212) 364-7800

**APPENDIX A**

**PJT Partners**

July 29, 2021

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---:|---:|
| Monthly Fee for the period of June 1, 2021 through June 30, 2021: | | $ 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |
| Out-of-pocket expenses processed through July 8, 2021:[1] | | |
| Ground Transportation | $ 21.42 | |
| Meals | 34.15 | |
| Research | 1,317.72 | 1,373.29 |
| **Total Amount Due** | | **$ 181,373.29** |

**Invoice No. 10018337**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Jul-21 | Total Expenses |
|---|---:|---:|
| Ground Transportation | $ 21.42 | $ 21.42 |
| Employee Meals | 34.15 | **34.15** |
| Research - Online Database | 1,317.72 | **1,317.72** |
| **Total Expenses** | $ **1,373.29** | $ **1,373.29** |
|  |  |  |
| **Ground Transportation** |  | $ 21.42 |
| **Meals** |  | **34.15** |
| **Research** |  | **1,317.72** |
|  |  |  |
| **Total Expenses** |  | $ **1,373.29** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through July 8, 2021**
**Invoice No. 10018337**

**Ground Transportation**

| | | | |
|---|---|---|---|
| Schwarzmann (weeknight taxi home from office) | 05/04/21 | 21.42 | |
| **Subtotal - Ground Transportation** | | | **$ 21.42** |

**Employee Meals**

| | | | |
|---|---|---|---|
| Schwarzmann (weeknight working dinner meal) | 03/15/21 | 34.15 | |
| **Subtotal - Employee Meals** | | | **34.15** |

**Research - Online Database**

| | | | |
|---|---|---|---|
| de Almeida (retrieved documents from Court docket via PACER) | 02/21/21 | 3.00 | |
| de Almeida (retrieved documents from Court docket via PACER) | 02/22/21 | 0.70 | |
| de Almeida (retrieved documents from Court docket via PACER) | 03/18/21 | 1.10 | |
| de Almeida (retrieved documents from Court docket via PACER) | 03/30/21 | 1.40 | |
| South (KLDiscovery electronic discovery and data recovery services) | 06/01/21 - 06/30/21 | 1,311.52 | |
| **Subtotal - Research - Online Database** | | | **1,317.72** |
| **Total Expenses** | | | **$ 1,373.29** |



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

**Bill To Customer:**

PJT Partners Inc
Attention: George South
280 Park Ave FL 15W
New York, NY 10017-1206
United States

| | |
|---|---|
| Invoice Number: | P0100191522 |
| Invoice Date: | 07/09/2021 |
| Service Dates: | 06/01/2021 - 06/30/2021 |
| Customer Number: | 8004780 |
| Job Number: | 7508999 |
| PO Number: | |
| Matter Reference: | PURDUE PHARMA L.P., et al |
| Invoice Amount Due: | 1,311.52 USD |

Account Manager: Drury, Dale        Payment Terms: Net 30 Days        Due Date: 08/08/2021

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 66.28 | Units | 9.0000 | N | 596.52 | USD |
| User Access - Relativity | 11 | Units | 65.0000 | N | 715.00 | USD |
| **TOTAL HOSTING** | | | | | 1,311.52 | |

|  |  |  |
|---|---|---|
| **Subtotal** | 1,311.52 | |
| **Tax** (0.00%) | 0.00 | |
| **Invoice Amount Due** | 1,311.52 | USD |

**Please Send Remittance to**

**Electronic Payment Instructions:**
Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**
KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*

# APPENDIX B

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 14.5 |
| Joe Turner | Managing Director | 68.0 |
| Tom Melvin | Vice President | 103.5 |
| Jovana Arsic | Associate | 38.0 |
| Lukas Schwarzmann | Analyst | 40.5 |
| | **Total** | **264.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 06/02/21 | 0.5 | Review correspondence regarding various matters |
| Jamie O'Connell | 06/02/21 | 0.5 | Call with J. Turner regarding plan matters |
| Jamie O'Connell | 06/02/21 | 0.5 | Dialed into court hearing (did not attend entire hearing) |
| Jamie O'Connell | 06/03/21 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 06/03/21 | 1.0 | Calls regarding expert reports |
| Jamie O'Connell | 06/03/21 | 0.5 | Call with counsel regarding plan matters |
| Jamie O'Connell | 06/06/21 | 0.5 | Calls regarding plan matters |
| Jamie O'Connell | 06/09/21 | 0.5 | Call with J. Turner regarding plan matters |
| Jamie O'Connell | 06/10/21 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 06/11/21 | 1.5 | Calls with counsel regarding plan matters |
| Jamie O'Connell | 06/14/21 | 1.0 | Dialed into Special Committee meeting |
| Jamie O'Connell | 06/14/21 | 0.5 | Call with J. Turner regarding plan matters and related emails |
| Jamie O'Connell | 06/17/21 | 3.0 | Dialed into board meeting (did not attend entire meeting) |
| Jamie O'Connell | 06/21/21 | 1.0 | Dialed into court hearing (did not attend entire hearing) |
| Jamie O'Connell | 06/21/21 | 0.5 | Internal team call regarding various matters |
| Jamie O'Connell | 06/22/21 | 0.5 | Weekly update call with advisors |
| Jamie O'Connell | 06/23/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 06/24/21 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 06/28/21 | 0.5 | Review and comment on May fee statement |
|  |  | **14.5** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 06/01/21 | 1.0 | Review correspondence regarding various matters |
| Joe Turner | 06/01/21 | 1.0 | Call with company and coordination of advisors re financial items |
| Joe Turner | 06/01/21 | 2.0 | Dialed into court hearing |
| Joe Turner | 06/02/21 | 1.0 | Review correspondence regarding various matters |
| Joe Turner | 06/02/21 | 1.0 | Review of various financial analyses |
| Joe Turner | 06/02/21 | 0.5 | Call with J. O'Connell regarding plan matters |
| Joe Turner | 06/02/21 | 1.5 | Dialed into court hearing |
| Joe Turner | 06/03/21 | 2.0 | Review of draft expert reports |
| Joe Turner | 06/03/21 | 0.5 | Weekly update call with management and advisors |
| Joe Turner | 06/03/21 | 1.0 | Calls regarding expert reports |
| Joe Turner | 06/03/21 | 1.0 | Review of draft expert reports |
| Joe Turner | 06/03/21 | 0.5 | Call with counsel regarding plan matters |
| Joe Turner | 06/04/21 | 1.0 | Review of draft expert reports |
| Joe Turner | 06/04/21 | 2.0 | Review of various financial analyses |
| Joe Turner | 06/05/21 | 3.0 | Review of various financial analyses |
| Joe Turner | 06/06/21 | 0.5 | Calls regarding plan matters |
| Joe Turner | 06/06/21 | 0.5 | Correspondence regarding various matters |
| Joe Turner | 06/06/21 | 2.0 | Review of various financial analyses relating to expert reports |
| Joe Turner | 06/07/21 | 1.0 | Calls regarding expert reports |
| Joe Turner | 06/07/21 | 2.0 | Review of draft expert reports and analyses |
| Joe Turner | 06/07/21 | 4.0 | Review of various financial analyses relating to expert reports |
| Joe Turner | 06/09/21 | 1.0 | Calls with counsel regarding plan matters |
| Joe Turner | 06/09/21 | 0.5 | Call with J. O'Connell regarding plan matters |
| Joe Turner | 06/09/21 | 0.5 | Review correspondence regarding various matters |
| Joe Turner | 06/10/21 | 0.5 | Weekly update call with management and advisors |
| Joe Turner | 06/11/21 | 1.5 | Calls with counsel regarding plan matters |
| Joe Turner | 06/11/21 | 2.0 | Review of various plan materials |
| Joe Turner | 06/13/21 | 1.0 | Review of various financial analyses |
| Joe Turner | 06/13/21 | 0.5 | Correspondence regarding various matters |
| Joe Turner | 06/14/21 | 2.0 | Dialed into Special Committee meeting (inc. prep time) |
| Joe Turner | 06/14/21 | 1.5 | Correspondence regarding various matters |
| Joe Turner | 06/14/21 | 0.5 | Call with J. O'Connell regarding plan matters and related emails |
| Joe Turner | 06/16/21 | 3.5 | Dialed into court hearing |
| Joe Turner | 06/17/21 | 6.0 | Dialed into board meeting (inc. prep time) |
| Joe Turner | 06/17/21 | 1.0 | Review of filed expert reports |
| Joe Turner | 06/20/21 | 3.5 | Review of filed expert reports, consolidation of comments |
| Joe Turner | 06/21/21 | 2.5 | Dialed into court hearing |
| Joe Turner | 06/21/21 | 0.5 | Internal team call regarding various matters |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 06/22/21 | 0.5 | Weekly update call with advisors |
| Joe Turner | 06/23/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 06/24/21 | 0.5 | Weekly update call with management and advisors |
| Joe Turner | 06/24/21 | 3.0 | Review of various Newco related documents |
| Joe Turner | 06/29/21 | 0.5 | Weekly update call with advisors |
| Joe Turner | 06/28/21 | 1.0 | Dialed into Special Committee meeting |
| Joe Turner | 06/29/21 | 1.0 | Correspondence regarding various matters |
| Joe Turner | 06/30/21 | 1.0 | Diligence call related to IAC companies |
| Joe Turner | 06/30/21 | 2.0 | Review of various financial analyses |
| Joe Turner | 06/30/21 | 0.5 | Call with Company regarding financial analysis |
| | | **68.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 06/01/21 | 2.0 | Attended telephonic court hearing |
| Thomas Melvin | 06/01/21 | 2.5 | Review Plan and Disclosure Statement updates |
| Thomas Melvin | 06/01/21 | 1.5 | Update and review Plan-related financial analysis |
| Thomas Melvin | 06/01/21 | 1.0 | E-mail correspondence with DPW regarding updates to Plan |
| Thomas Melvin | 06/02/21 | 2.0 | Attended telephonic court hearing |
| Thomas Melvin | 06/02/21 | 0.5 | Prepare and review agenda for weekly call |
| Thomas Melvin | 06/02/21 | 2.0 | Review Plan and Disclosure Statement exhibit updates |
| Thomas Melvin | 06/02/21 | 1.0 | E-mail correspondence with DPW and AlixPartners regarding updates to Plan and Disclosure Statement exhibits |
| Thomas Melvin | 06/03/21 | 1.0 | Weekly call with Company management and debtor advisors |
| Thomas Melvin | 06/03/21 | 0.5 | Call with Company management and AlixPartners to discuss various matters |
| Thomas Melvin | 06/03/21 | 0.5 | Call with DPW and AlixPartners to discuss Disclosure Statement matters |
| Thomas Melvin | 06/04/21 | 1.0 | Review DPW analysis related to confirmation schedule |
| Thomas Melvin | 06/04/21 | 2.5 | Review AlixPartners financial analysis |
| Thomas Melvin | 06/04/21 | 0.5 | E-mail correspondence with DPW and AlixPartners regarding various matters |
| Thomas Melvin | 06/05/21 | 1.0 | Review internal financial analysis |
| Thomas Melvin | 06/05/21 | 2.0 | Review internal and AlixPartners financial analysis |
| Thomas Melvin | 06/05/21 | 0.5 | E-mail correspondence with internal team and AlixPartners regarding various financial analysis |
| Thomas Melvin | 06/06/21 | 0.5 | E-mail correspondence with DPW regarding expert reports |
| Thomas Melvin | 06/07/21 | 0.5 | Call with internal team to discuss various matters |
| Thomas Melvin | 06/07/21 | 1.0 | Review diligence requests from creditor financial advisors |
| Thomas Melvin | 06/07/21 | 0.5 | Review e-mail correspondence with DPW and KPMG regarding tax-related matters |
| Thomas Melvin | 06/07/21 | 2.0 | Prepare and review various materials for DPW related to Plan and Disclosure Statement exhibits |
| Thomas Melvin | 06/08/21 | 2.0 | Review presentation prepared by management |
| Thomas Melvin | 06/08/21 | 0.5 | Review financial analysis prepared by AlixPartners |
| Thomas Melvin | 06/08/21 | 1.5 | E-mail correspondence with DPW and AlixPartners regarding various matters |
| Thomas Melvin | 06/09/21 | 0.5 | Call with internal team to discuss various matters |
| Thomas Melvin | 06/09/21 | 0.5 | Call with DPW to discuss various Plan-related matters |
| Thomas Melvin | 06/09/21 | 2.5 | Review internal materials related to Plan and Disclosure Statement exhibits |
| Thomas Melvin | 06/09/21 | 1.0 | Review docket filings related to expert witnesses |
| Thomas Melvin | 06/09/21 | 0.5 | E-mail correspondence with internal team related to various matters |
| Thomas Melvin | 06/10/21 | 1.0 | Weekly call with Company management and debtor advisors |
| Thomas Melvin | 06/10/21 | 2.0 | Review internal materials related to upcoming court hearing |
| Thomas Melvin | 06/10/21 | 1.0 | E-mail correspondence with DPW, AlixPartners and internal team regarding various matters |
| Thomas Melvin | 06/11/21 | 1.0 | Call with DPW to discuss Plan-related matters |
| Thomas Melvin | 06/11/21 | 0.5 | Call with AlixPartners to discuss various matters |
| Thomas Melvin | 06/11/21 | 0.5 | Call with internal team to discuss various financial analyses |
| Thomas Melvin | 06/12/21 | 1.0 | E-mail correspondence with internal team, AlixPartners and DPW regarding financial analysis |
| Thomas Melvin | 06/13/21 | 0.5 | Call with internal team to discuss financial analysis |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 06/13/21 | 0.5 | Call with internal team to discuss financial analysis |
| Thomas Melvin | 06/13/21 | 2.5 | Review analysis prepared by AlixPartners |
| Thomas Melvin | 06/13/21 | 1.0 | Review materials related to upcoming court hearings |
| Thomas Melvin | 06/14/21 | 0.5 | Call with Company management and AlixPartners to financial analysis |
| Thomas Melvin | 06/14/21 | 0.5 | Call with Company management to discuss financial analysis |
| Thomas Melvin | 06/14/21 | 1.0 | Attended telephonic Special Committee meeting |
| Thomas Melvin | 06/14/21 | 2.0 | Review analysis prepared by AlixPartners |
| Thomas Melvin | 06/14/21 | 1.0 | Review internal materials related to upcoming court hearing |
| Thomas Melvin | 06/14/21 | 1.5 | Review and respond to requests from DPW and Company management |
| Thomas Melvin | 06/15/21 | 1.0 | Weekly debtor advisors call |
| Thomas Melvin | 06/15/21 | 0.5 | Call with internal team to discuss various matters |
| Thomas Melvin | 06/15/21 | 1.0 | Review materials for upcoming Board meeting |
| Thomas Melvin | 06/15/21 | 1.0 | Review certain materials filed to docket |
| Thomas Melvin | 06/15/21 | 0.5 | E-mail correspondence with internal team regarding various matters |
| Thomas Melvin | 06/16/21 | 5.0 | Attended telephonic court hearing |
| Thomas Melvin | 06/16/21 | 1.0 | Update and review internal data tracker |
| Thomas Melvin | 06/16/21 | 2.5 | Review internal financial analyses |
| Thomas Melvin | 06/17/21 | 4.5 | Attended telephonic Board meeting |
| Thomas Melvin | 06/17/21 | 0.5 | Review filed expert reports |
| Thomas Melvin | 06/18/21 | 1.5 | Review diligence requests from creditor financial advisors |
| Thomas Melvin | 06/18/21 | 1.0 | E-mail correspondence with Company management and AlixPartners regarding various matters |
| Thomas Melvin | 06/19/21 | 2.0 | Review filed expert reports |
| Thomas Melvin | 06/20/21 | 2.0 | Review filed expert reports |
| Thomas Melvin | 06/21/21 | 3.0 | Attended telephonic court hearing |
| Thomas Melvin | 06/21/21 | 0.5 | Weekly internal team call |
| Thomas Melvin | 06/21/21 | 1.0 | Review internal analysis |
| Thomas Melvin | 06/22/21 | 1.0 | Weekly debtor advisors call |
| Thomas Melvin | 06/24/21 | 1.0 | Weekly call with Company management and debtor advisors |
| Thomas Melvin | 06/24/21 | 0.5 | Call with Company management and AlixPartners to discuss financial analysis |
| Thomas Melvin | 06/24/21 | 0.5 | Call with Company management and AlixPartners to discuss financial analysis |
| Thomas Melvin | 06/24/21 | 3.0 | Review and respond to requests from DPW and Company management |
| Thomas Melvin | 06/24/21 | 1.0 | Review and respond to questions from creditor financial advisors |
| Thomas Melvin | 06/24/21 | 1.0 | Review materials from creditor financial advisors related to new Board search |
| Thomas Melvin | 06/27/21 | 0.5 | Review e-mail correspondence with DPW and AlixPartners regarding various matters |
| Thomas Melvin | 06/28/21 | 1.5 | Identify and review files requested by AlixPartners |
| Thomas Melvin | 06/28/21 | 1.5 | Review materials prepared by Management |
| Thomas Melvin | 06/28/21 | 1.0 | Attended telephonic Special Committee meeting |
| Thomas Melvin | 06/29/21 | 1.0 | Weekly debtor advisors call |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 06/29/21 | 2.0 | Review analysis prepared by AlixPartners in response to Company management request |
| Thomas Melvin | 06/29/21 | 1.0 | E-mail correspondence with AlixPartners and Company management regarding financial analysis |
| Thomas Melvin | 06/30/21 | 0.5 | Call with Company management and AlixPartners to discuss financial analysis |
| Thomas Melvin | 06/30/21 | 1.0 | Call with DPW to discuss various matters |
| Thomas Melvin | 06/30/21 | 1.5 | Review analysis prepared by AlixPartners |
| Thomas Melvin | 06/30/21 | 2.0 | Review draft of NewCo operating agreement |
|  |  | **103.5** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 06/01/21 | 1.0 | Review correspondence regarding various matters |
| Jovana Arsic | 06/01/21 | 1.0 | Call with company and coordination of advisors re financial items |
| Jovana Arsic | 06/01/21 | 2.0 | Dialed into court hearing |
| Jovana Arsic | 06/02/21 | 1.0 | Review correspondence regarding various matters |
| Jovana Arsic | 06/02/21 | 1.0 | Review of various financial analyses |
| Jovana Arsic | 06/02/21 | 1.5 | Dialed into court hearing |
| Jovana Arsic | 06/03/21 | 2.0 | Review of draft expert reports |
| Jovana Arsic | 06/03/21 | 0.5 | Weekly update call with management and advisors |
| Jovana Arsic | 06/03/21 | 1.0 | Review of draft expert reports |
| Jovana Arsic | 06/03/21 | 0.5 | Call with counsel regarding plan matters |
| Jovana Arsic | 06/04/21 | 1.0 | Review of draft expert reports |
| Jovana Arsic | 06/04/21 | 2.0 | Review of various financial analyses |
| Jovana Arsic | 06/05/21 | 3.0 | Review of various financial analyses |
| Jovana Arsic | 06/06/21 | 0.5 | Calls regarding plan matters |
| Jovana Arsic | 06/06/21 | 0.5 | Correspondence regarding various matters |
| Jovana Arsic | 06/06/21 | 2.0 | Review of various financial analyses relating to expert reports |
| Jovana Arsic | 06/07/21 | 1.0 | Calls regarding expert reports |
| Jovana Arsic | 06/07/21 | 2.0 | Review of draft expert reports and analyses |
| Jovana Arsic | 06/09/21 | 1.0 | Calls with counsel regarding plan matters |
| Jovana Arsic | 06/10/21 | 0.5 | Weekly update call with management and advisors |
| Jovana Arsic | 06/11/21 | 2.0 | Review of various plan materials |
| Jovana Arsic | 06/13/21 | 1.0 | Review of various financial analyses |
| Jovana Arsic | 06/16/21 | 3.0 | Dialed into court hearing |
| Jovana Arsic | 06/21/21 | 2.0 | Dialed into court hearing |
| Jovana Arsic | 06/21/21 | 0.5 | Internal team call regarding various matters |
| Jovana Arsic | 06/22/21 | 0.5 | Weekly update call with advisors |
| Jovana Arsic | 06/24/21 | 0.5 | Weekly update call with management and advisors |
| Jovana Arsic | 06/29/21 | 0.5 | Weekly update call with advisors |
| Jovana Arsic | 06/30/21 | 1.0 | Diligence call related to IAC companies |
| Jovana Arsic | 06/30/21 | 2.0 | Review of various financial analyses |
| | | **38.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 06/01/21 | 1.0 | Weekly advisor call |
| Lukas Schwarzmann | 06/02/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 06/03/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 06/03/21 | 1.0 | Biweekly catch-up call |
| Lukas Schwarzmann | 06/04/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 06/06/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 06/07/21 | 1.0 | Prep session |
| Lukas Schwarzmann | 06/08/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 06/08/21 | 1.0 | Weekly advisor call |
| Lukas Schwarzmann | 06/09/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 06/10/21 | 1.5 | Biweekly catch-up call |
| Lukas Schwarzmann | 06/12/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 06/13/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 06/14/21 | 0.5 | Call with company regarding financial analysis |
| Lukas Schwarzmann | 06/15/21 | 1.0 | Financial analysis |
| Lukas Schwarzmann | 06/15/21 | 1.0 | Weekly advisor call |
| Lukas Schwarzmann | 06/16/21 | 1.0 | Financial analysis |
| Lukas Schwarzmann | 06/21/21 | 0.5 | Internal catch-up call |
| Lukas Schwarzmann | 06/22/21 | 1.0 | Weekly advisor call |
| Lukas Schwarzmann | 06/24/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 06/24/21 | 1.5 | Weekly advisor call |
| Lukas Schwarzmann | 06/25/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 06/29/21 | 1.0 | Weekly advisor call |
| Lukas Schwarzmann | 06/30/21 | 0.5 | Call with company regarding financial analysis |
| | | **40.5** | |