**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Case No. 19-23649 (RDD)** |
| **Debtors.** [1] | **(Jointly Administered)** |

### MONTHLY FEE STATEMENT OF PRIME CLERK LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM JUNE 1, 2021 THROUGH JUNE 30, 2021

By this monthly fee statement (the "**Statement**"), pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**"), Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to the above captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby seeks compensation and reimbursement for reasonable and necessary fees and expenses incurred for the period from June 1, 2021 through June 30, 2021 (the "**Statement Period**"). In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Compensation Order**"), Prime Clerk seeks (i) allowance of reasonable and necessary fees incurred during the Statement Period in an amount equal to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

$88,028.69 and payment of $70,422.96, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in an amount equal to $70.00. In support of the Statement, Prime Clerk respectfully represents as follows:

| | |
|---|---|
| Name of Professional: | Prime Clerk LLC |
| Authorized to Provide Administrative Advisor Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 21, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for which compensation and reimbursement is sought: | June 1, 2021 through June 30, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $88,028.69[2] |
| 80% of compensation sought as actual, reasonable and necessary: | $70,422.96 |
| Amount of expense reimbursement sought as actual, reasonable and necessary | $70.00 |
| **Total amount to be paid at this time:** | **$70,492.96** |

---

[2] In accordance with the Compensation Order, at the expiration of the Objection Deadline (as defined in the Compensation Order), the Debtors are authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Statement to which no Objection (as defined in the Compensation Order) has been served.

## Prior Monthly Fee Statements

| Date Filed; ECF No. | Period Covered | Fees | Expenses | Fees | Expenses | Holdback (20%) |
|---|---|---|---|---|---|---|
| 3/1/21; ECF No. 2431 | 2/1/20 – 2/29/20; 8/1/20 – 8/31/20; 12/1/20 – 1/31/21 | $16,432.25 | $0.00 | $16,432.25 | $0.00 | N/A |
| 3/30/21; ECF No. 2575 | 2/1/21 – 2/28/21 | $31,671.25 (payment of 80% or $25,337.00) | $0.00 | $25,337.00 (80% of $31,671.25) | $0.00 | $6,334.25 |
| 4/30/21; ECF No. 2785 | 3/1/21 – 3/31/21 | $50,324.80 (payment of 80% or $40,259.84) | $0.00 | $40,259.84 (80% of $50,324.80) | $0.00 | $10,064.96 |
| 5/28/21; ECF No. 2955 | 4/1/21 – 4/30/21 | $63,523.24 (payment of 80% or $50,818.59) | $0.00 | $50,818.59 (80% of $63,523.24) | $0.00 | $12,704.65 |
| 6/30/21; ECF No. 3089 | 5/1/21 – 5/31/21 | $27,708.68 (payment of 80% or $22,166.94) | $70.00 | $22,166.94 (80% of $27,708.68) | $70.00 | $5,541.74 |

## Prior Interim Fee Application

| Date Filed; ECF No. | Period Covered | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| 3/15/21; ECF No. 2482 | 2/1/20 – 1/31/21 | $16,432.25 | $0.00 | $16,432.25 | $0.00 |
| 7/15/21; ECF No. 3196 | 2/1/21 – 5/31/21 | $173,227.97 | $70.00 | TBD[3] | TBD |

---

[3] The objection deadline with respect to Prime Clerk's second interim fee application is August 9, 2021 at 4:00 p.m., and a hearing thereon is scheduled to be held on August 16, 2021. To date, no formal or informal objections or responses have been filed or received

## Summary of Hours Billed by Prime Clerk Employees During the Statement Period

| Employee Name | Title | Total Hours | Rate | Total |
|---|---|---|---|---|
| Johnson, Craig | Director of Solicitation | 0.40 | $231.50 | $92.60 |
| Orchowski, Alex T | Director of Solicitation | 29.90 | $231.50 | $6,921.85 |
| Sharp, David | Director of Solicitation | 2.90 | $231.50 | $671.35 |
| Baer, Herb | Director | 2.20 | $214.90 | $472.78 |
| Dubin, Mariah | Director | 3.70 | $214.90 | $795.13 |
| Hill, Mike | Director | 0.50 | $214.90 | $107.45 |
| Jaffer, Amrita C | Director | 8.10 | $214.90 | $1,740.69 |
| Karotkin, Josh L | Director | 0.20 | $214.90 | $42.98 |
| Manners, Venetia | Director | 2.20 | $214.90 | $472.78 |
| Usitalo, Eric | Director | 0.60 | $214.90 | $128.94 |
| Brown, Mark M | Solicitation Consultant | 2.10 | $209.40 | $439.74 |
| Carpenter, Mary J | Solicitation Consultant | 10.70 | $209.40 | $2,240.58 |
| Crowell, Messiah L | Solicitation Consultant | 32.30 | $209.40 | $6,763.62 |
| Gray, Ackheem J | Solicitation Consultant | 8.20 | $209.40 | $1,717.08 |
| Jadonath, Anna | Solicitation Consultant | 3.80 | $209.40 | $795.72 |
| Liu, Calvin L | Solicitation Consultant | 7.80 | $209.40 | $1,633.32 |
| Mackey, Tessa Rose Lord | Solicitation Consultant | 50.00 | $209.40 | $10,470.00 |
| Plerqui, Justin | Solicitation Consultant | 3.70 | $209.40 | $774.78 |
| Steinberg, Zachary | Solicitation Consultant | 25.90 | $209.40 | $5,423.46 |
| Vyskocil, Ryan J | Solicitation Consultant | 60.30 | $209.40 | $12,626.82 |
| Zarzuela, Leonel | Solicitation Consultant | 11.80 | $209.40 | $2,470.92 |
| Davis, Candance L | Senior Consultant | 1.40 | $181.80 | $254.52 |
| Quinn, Tim R | Senior Consultant | 0.20 | $181.80 | $36.36 |
| Ahuja, Prashant | Consultant | 14.30 | $165.30 | $2,363.79 |
| Chan, Andrew Q | Consultant | 42.00 | $165.30 | $6,942.60 |
| Evangelista, Thomas M | Consultant | 1.00 | $165.30 | $165.30 |
| Floyd, Tiffany M | Consultant | 8.90 | $163.30 | $1,471.17 |
| Frans, Joudeleen | Consultant | 1.30 | $165.30 | $214.89 |
| Gordon, Kelsey L | Consultant | 1.70 | $165.30 | $281.01 |
| Haidopoulos, Vicky S | Consultant | 1.20 | $165.30 | $198.36 |
| Hughes, James T | Consultant | 17.60 | $165.30 | $2,909.28 |
| Kouskorskaya, Yaroslava | Consultant | 12.70 | $165.30 | $2,099.31 |
| Mapplethorp, James Andrew | Consultant | 4.30 | $165.30 | $710.79 |
| Pagan, Chanel C | Consultant | 15.80 | $165.30 | $2,611.74 |
| Richards, Kira K. | Consultant | 10.50 | $165.30 | $1,735.65 |
| Rivera, Christian I | Consultant | 7.10 | $165.30 | $1,173.63 |
| Stittos, Marcos R | Consultant | 0.90 | $165.30 | $148.77 |
| Gabriel, Ben | Consultant | 1.30 | $159.80 | $207.74 |
| Holloway, Jessica D | Consultant | 31.10 | $159.80 | $4,969.78 |
| Kail, John C | Consultant | 15.00 | $159.80 | $2,397.00 |

| | | | | |
|---|---|---|---|---|
| Pullo, Paul J | Consultant | 1.50 | $159.80 | $239.70 |
| Ahmad, Nabeela | Consultant | 3.40 | $143.30 | $487.22 |
| Akter, Sonia | Consultant | 2.00 | $143.30 | $286.60 |
| Ashraf, Asir U | Consultant | 0.70 | $143.30 | $100.31 |
| Francoeur, Alain B | Consultant | 2.30 | $143.30 | $329.59 |
| Higgins, Sebastian V | Consultant | 1.60 | $143.30 | $229.28 |
| Jones, Shunte Monique | Consultant | 0.90 | $143.30 | $128.97 |
| Markosinis, Ioannis N. | Consultant | 2.60 | $143.30 | $372.58 |
| Schudro, Aleksey | Consultant | 17.10 | $143.30 | $2,450.43 |
| Cerro, Angela M | Consultant | 0.40 | $132.30 | $52.92 |
| Ahmad, Moheen | Consultant | 2.30 | $126.70 | $291.41 |
| Chien, Nathan | Consultant | 1.70 | $126.70 | $215.39 |
| Kellett, Cameron | Consultant | 2.20 | $126.70 | $278.74 |
| Kulyk, Liliya | Consultant | 0.20 | $126.70 | $25.34 |
| Ledwin, Joseph D | Consultant | 2.20 | $126.70 | $278.74 |
| O'Connor, Rachel K | Consultant | 2.70 | $126.70 | $342.09 |
| O'Dowd, Francis | Consultant | 5.70 | $126.70 | $722.19 |
| Otton, Natasha | Consultant | 2.50 | $126.70 | $316.75 |
| Rosario, Alexa | Consultant | 3.40 | $126.70 | $430.78 |
| Sugarman, Jason | Consultant | 3.50 | $126.70 | $443.45 |
| Pierce, Adrian J | Consultant | 3.70 | $99.20 | $367.04 |
| Croker, Lloyd D | Analyst | 16.60 | $55.10 | $914.66 |
| Hamilton, Ashawn | Analyst | 2.90 | $55.10 | $159.79 |
| Madueno, Cristina | Analyst | 0.80 | $55.10 | $44.08 |
| Matos, Joseph S | Analyst | 1.30 | $55.10 | $71.63 |
| Yan, Raymond | Analyst | 5.50 | $55.10 | $303.05 |
| Bellamy, Jacqueline | Analyst | 4.70 | $49.50 | $232.65 |
| | **TOTAL** | **550.00** | | **$97,809.66[4]** |
| | **BLENDED RATE** | | **$177.84** | |

### Summary of Fees Billed by Subject Matter During the Statement Period

| Matter Description | Total Hours | Total |
|---|---|---|
| Ballots | 362.30 | $58,689.53 |
| Call Center / Credit Inquiry | 116.00 | $24,679.58 |
| Retention / Fee Application | 3.50 | $486.48 |
| Solicitation | 68.20 | $13,954.07 |
| **TOTAL** | **550.00** | **$97,809.66[5]** |

---

[4, 5] This amount has been discounted to $88,028.69 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $160.05.

## <u>Summary of Expenses Incurred by Prime Clerk Employee During the Statement Period</u>

| Description | Total |
|---|---|
| Telephonic Hearing | $70.00 |
| **TOTAL** | **$70.00** |

*[Remainder of page intentionally left blank]*

## Jurisdiction

1.       The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference of the United States District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.).   This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).   Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.   The predicates for the relief requested herein are sections 327, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and the Local Bankruptcy Rules.

## Background

2.       On September 15 and September 16, 2019 (together, the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.  The Debtors continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code.  Joint administration of the Debtors' cases was authorized by the Court by entry of an order on September 18, 2019.  On September 27, 2019, the Office of the United States Trustee for the Southern District of New York appointed an Official Committee of Unsecured Creditors to serve in these chapter 11 cases.

## Retention of Prime Clerk

3.       On November 21, 2019, the Court entered the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 531] (the "**Administrative Advisor Order**"), which authorized the Debtors to employ and retain Prime Clerk as administrative advisor *nunc pro tunc* to the Petition Date.

## Relief Requested

4.      Prime Clerk submits this Statement in accordance with the Compensation Order. All services for which Prime Clerk requests compensation were performed for, or on behalf of, the Debtors.

5.      Prime Clerk seeks (a) allowance of reasonable and necessary fees incurred during the Statement Period in the total amount of $88,028.69 and payment of $70,422.96, which represents 80% of the total amount, and (b) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $70.00.

6.      Prime Clerk maintains computerized records of the time spent by employees of Prime Clerk in connection with its role as administrative agent to the Debtors.  In that regard, **Exhibit A**: (a) identifies the employee that rendered services in each task category; (b) describes each service such employee performed; (c) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing services; and (d) as applicable, sets forth the type of expenses incurred.  **Exhibit B** hereto sets forth the type of expenses incurred by each Prime Clerk employee during the Statement Period, if any.  In addition, Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its employees and cover routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned and are subject to periodic adjustments to reflect economic and other conditions.

7.      In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the rates charged for such services, (d) the nature and extent of the services rendered, (e) the value of such services and (f) the costs of comparable services other than in a case under this title.

**Notice**

8.      Pursuant to the Compensation Order, this Statement will be served upon the Notice Parties (as defined in the Compensation Order).   Prime Clerk submits, in light of the relief requested, no other or further notice is necessary.

**Conclusion**

9.      WHEREFORE, pursuant to the Compensation Order, Prime Clerk respectfully requests (i) allowance of reasonable and necessary fees for the Statement Period in the total amount of $88,028.69 and payment of $70,422.96, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $70.00.


Dated:  July 30, 2021
      New York, New York               Prime Clerk LLC


                                   */s/ Shira D. Weiner*
                                   Shira D. Weiner
                                   General Counsel
                                   One Grand Central Place
                                   60 East 42nd Street, Suite 1440
                                   New York, NY 10165
                                   Telephone: (212) 257-5450
                                   Email: sweiner@primeclerk.com

                                   *Administrative Advisor to the Debtors*

## **Exhibit A**

**Fee Detail**



**Hourly Fees by Employee through June  2021**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| JBE | Bellamy, Jacqueline | AN - Analyst | 4.70 | $49.50 | $232.65 |
| LDC | Croker, Lloyd D | AN - Analyst | 16.60 | $55.10 | $914.66 |
| AHA | Hamilton, Ashawn | AN - Analyst | 2.90 | $55.10 | $159.79 |
| CRM | Madueno, Cristina | AN - Analyst | 0.80 | $55.10 | $44.08 |
| JJS | Matos, Joseph S | AN - Analyst | 1.30 | $55.10 | $71.63 |
| RY | Yan, Raymond | AN - Analyst | 5.50 | $55.10 | $303.05 |
| AJP | Pierce, Adrian J | CO - Consultant | 3.70 | $99.20 | $367.04 |
| MAH | Ahmad, Moheen | CO - Consultant | 2.30 | $126.70 | $291.41 |
| NCH | Chien, Nathan | CO - Consultant | 1.70 | $126.70 | $215.39 |
| CKE | Kellett, Cameron | CO - Consultant | 2.20 | $126.70 | $278.74 |
| LKU | Kulyk, Liliya | CO - Consultant | 0.20 | $126.70 | $25.34 |
| JDL | Ledwin, Joseph D | CO - Consultant | 2.20 | $126.70 | $278.74 |
| RKO | O'Connor, Rachel K | CO - Consultant | 2.70 | $126.70 | $342.09 |
| FOD | O'Dowd, Francis | CO - Consultant | 5.70 | $126.70 | $722.19 |
| NON | Otton, Natasha | CO - Consultant | 2.50 | $126.70 | $316.75 |
| ARAA | Rosario, Alexa | CO - Consultant | 3.40 | $126.70 | $430.78 |
| JSU | Sugarman, Jason | CO - Consultant | 3.50 | $126.70 | $443.45 |
| AMC | Cerro, Angela M | CO - Consultant | 0.40 | $132.30 | $52.92 |
| NA | Ahmad, Nabeela | CO - Consultant | 3.40 | $143.30 | $487.22 |
| SA | Akter, Sonia | CO - Consultant | 2.00 | $143.30 | $286.60 |
| AUA | Ashraf, Asir U | CO - Consultant | 0.70 | $143.30 | $100.31 |
| ABF | Francoeur, Alain B | CO - Consultant | 2.30 | $143.30 | $329.59 |
| SVH | Higgins, Sebastian V | CO - Consultant | 1.60 | $143.30 | $229.28 |
| SMJ | Jones, Shunte Monique | CO - Consultant | 0.90 | $143.30 | $128.97 |
| INM | Markosinis, Ioannis N | CO - Consultant | 2.60 | $143.30 | $372.58 |

Purdue Pharma

| | | | | | |
|---|---|---|---|---|---|
| AS | Schudro, Aleksey | CO - Consultant | 17.10 | $143.30 | $2,450.43 |
| BG | Gabriel, Ben | CO - Consultant | 1.30 | $159.80 | $207.74 |
| JDH | Holloway, Jessica D | CO - Consultant | 31.10 | $159.80 | $4,969.78 |
| JCK | Kail, John C | CO - Consultant | 15.00 | $159.80 | $2,397.00 |
| PJP | Pullo, Paul J | CO - Consultant | 1.50 | $159.80 | $239.70 |
| PAH | Ahuja, Prashant | CO - Consultant | 14.30 | $165.30 | $2,363.79 |
| AQC | Chan, Andrew Q | CO - Consultant | 42.00 | $165.30 | $6,942.60 |
| TME | Evangelista, Thomas M | CO - Consultant | 1.00 | $165.30 | $165.30 |
| TMF | Floyd, Tiffany M | CO - Consultant | 8.90 | $165.30 | $1,471.17 |
| JFR | Frans, Joudeleen | CO - Consultant | 1.30 | $165.30 | $214.89 |
| KLG | Gordon, Kelsey L | CO - Consultant | 1.70 | $165.30 | $281.01 |
| VSH | Haidopoulos, Vicky S | CO - Consultant | 1.20 | $165.30 | $198.36 |
| JTH | Hughes, James T | CO - Consultant | 17.60 | $165.30 | $2,909.28 |
| YK | Kouskorskaya, Yaroslava | CO - Consultant | 12.70 | $165.30 | $2,099.31 |
| JAMA | Mapplethorp, James Andrew | CO - Consultant | 4.30 | $165.30 | $710.79 |
| CCP | Pagan, Chanel C | CO - Consultant | 15.80 | $165.30 | $2,611.74 |
| KKR | Richards, Kira K | CO - Consultant | 10.50 | $165.30 | $1,735.65 |
| CIR | Rivera, Christian I | CO - Consultant | 7.10 | $165.30 | $1,173.63 |
| MRS | Stitt, Marcos R | CO - Consultant | 0.90 | $165.30 | $148.77 |
| CLD | Davis, Candace L | SC - Senior Consultant | 1.40 | $181.80 | $254.52 |
| TRQ | Quinn, Tim R | SC - Senior Consultant | 0.20 | $181.80 | $36.36 |
| MMB | Brown, Mark M | SA - Solicitation Consultant | 2.10 | $209.40 | $439.74 |
| MJCA | Carpenter, Mary J | SA - Solicitation Consultant | 10.70 | $209.40 | $2,240.58 |
| MLC | Crowell, Messiah L | SA - Solicitation Consultant | 32.30 | $209.40 | $6,763.62 |
| AJG | Gray, Ackheem J | SA - Solicitation Consultant | 8.20 | $209.40 | $1,717.08 |
| AJAD | Jadonath, Anna | SA - Solicitation Consultant | 3.80 | $209.40 | $795.72 |
| CLL | Liu, Calvin L | SA - Solicitation Consultant | 7.80 | $209.40 | $1,633.32 |
| TRLM | Mackey, Tessa Rose Lord | SA - Solicitation Consultant | 50.00 | $209.40 | $10,470.00 |
| JPL | Plerqui, Justin | SA - Solicitation Consultant | 3.70 | $209.40 | $774.78 |
| ZS | Steinberg, Zachary | SA - Solicitation Consultant | 25.90 | $209.40 | $5,423.46 |
| RJV | Vyskocil, Ryan J | SA - Solicitation Consultant | 60.30 | $209.40 | $12,626.82 |
| LZ | Zarzuela, Leonel | SA - Solicitation Consultant | 11.80 | $209.40 | $2,470.92 |
| HCB | Baer, Herb C | DI - Director | 2.20 | $214.90 | $472.78 |

Purdue Pharma

| | | | | | |
|---|---|---|---|---|---|
| MDU | Dubin, Mariah | DI - Director | 3.70 | $214.90 | $795.13 |
| MHI | Hill, Mike | DI - Director | 0.50 | $214.90 | $107.45 |
| ACJ | Jaffar, Amrita C | DI - Director | 8.10 | $214.90 | $1,740.69 |
| JLK | Karotkin, Josh L | DI - Director | 0.20 | $214.90 | $42.98 |
| VMA | Manners, Venetia | DI - Director | 2.20 | $214.90 | $472.78 |
| EU | Usitalo, Eric | DI - Director | 0.60 | $214.90 | $128.94 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 0.40 | $231.50 | $92.60 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 29.90 | $231.50 | $6,921.85 |
| DS | Sharp, David | DS - Director of Solicitation | 2.90 | $231.50 | $671.35 |
| | | **TOTAL:** | **550.00** | | **$97,809.66** |

### Hourly Fees by Task Code through June  2021

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| BALL | Ballots | 362.30 | $58,689.53 |
| INQR | Call Center / Credit Inquiry | 116.00 | $24,679.58 |
| RETN | Retention / Fee Application | 3.50 | $486.48 |
| SOLI | Solicitation | 68.20 | $13,954.07 |
| | **TOTAL:** | **550.00** | **$97,809.66** |

Purdue Pharma                                                                    Page 4

Invoice #: 16039

# Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 06/01/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.80 |
| 06/01/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 6.50 |
| 06/02/21 | MMB | SA | Confer and coordinate with Prime Clerk case team (A. Jadonath) re Plan solicitation | Solicitation | 0.20 |
| 06/02/21 | MMB | SA | Confer and coordinate with Prime Clerk case team (R. Vyskocil) re Plan solicitation | Solicitation | 0.40 |
| 06/02/21 | RJV | SA | Quality assurance review of incoming law firm directive forms | Solicitation | 2.70 |
| 06/02/21 | VMA | DI | Meet and confer with Prime Clerk team re infrastructure changes required to accommodate upcoming solicitation | Solicitation | 1.10 |
| 06/04/21 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.40 |
| 06/07/21 | ATO | DS | Quality assurance review of plan class report | Solicitation | 0.90 |
| 06/08/21 | ATO | DS | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 0.70 |
| 06/08/21 | CLL | SA | Quality assurance review of incoming master ballot exhibits | Ballots | 2.40 |
| 06/08/21 | MRS | CO | Update FAQ materials for use in connection with responses to solicitation inquiries | Call Center / Credit Inquiry | 0.90 |
| 06/08/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 1.00 |
| 06/09/21 | CLL | SA | Quality assurance review of incoming master ballot exhibits | Ballots | 5.40 |
| 06/09/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.60 |
| 06/10/21 | JTH | CO | Setup of electronic ballot platform on case website | Solicitation | 2.00 |
| 06/11/21 | CLD | SC | Setup of electronic ballot platform on case website | Solicitation | 1.00 |
| 06/11/21 | JTH | CO | Setup of electronic ballot platform on case website | Solicitation | 2.50 |
| 06/11/21 | RJV | SA | Confer and coordinate with J. Founts, B. Steele, H. Baer, A. Orchowski, J. Finegan and C. Johnson (Prime Clerk) re landing page | Solicitation | 0.50 |
| 06/13/21 | JTH | CO | Setup of electronic ballot platform on case website | Solicitation | 2.00 |
| 06/14/21 | ATO | DS | Participate in telephone conference with C. Johnson, R. Vyskocil, K. Brountzas, G. Faust, R. Stitt, V. Haidopoulos and C. Chan (Prime Clerk) re frequently asked questions | Call Center / Credit Inquiry | 0.40 |
| 06/14/21 | CJ | DS | Meet and confer with A. Orchowski, R. Vyskocil, K. Brountzas, G. Faust, R. Stitt, V. Haidopoulos, and C. Chan (Prime Clerk) re FAQs | Call Center / Credit Inquiry | 0.40 |
| 06/14/21 | JTH | CO | Setup of electronic ballot platform on case website | Solicitation | 2.60 |
| 06/14/21 | RJV | SA | Meet and confer with A. Orchowski, C. Johnson, K. | Call Center / | 0.40 |

Purdue Pharma

Page 5

Invoice #: 16039

| | | | | | |
|---|---|---|---|---|---|
| | | | Brountzas, G. Faust, R. Stitt, V. Haidopoulos, and C. Chan (Prime Clerk) re FAQs | Credit Inquiry | |
| 06/14/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 1.00 |
| 06/14/21 | TRLM | SA | Confer and coordinate with R. Vyskocil (Prime Clerk) and Z. Steinberg (Prime Clerk) re law firm email outreach | Solicitation | 0.20 |
| 06/14/21 | VSH | CO | Meet and confer with A. Orchowski, R. Vyskocil, K. Brountzas, G. Faust, R. Stitt, V. Haidopoulos, and C. Chan (Prime Clerk) re FAQs | Call Center / Credit Inquiry | 0.40 |
| 06/15/21 | ATO | DS | Quality assurance review of electronic ballot platform | Solicitation | 1.10 |
| 06/15/21 | JTH | CO | Setup of electronic ballot platform on case website | Solicitation | 2.20 |
| 06/15/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 2.50 |
| 06/15/21 | TRLM | SA | Update case website with e-balloting | Solicitation | 4.00 |
| 06/15/21 | TRLM | SA | Confer and coordinate with J. Hughes (Prime Clerk) re e-ballot set up | Solicitation | 0.20 |
| 06/15/21 | ZS | SA | Confer and coordinate with J. Hughes (Prime Clerk) re online balloting set up | Ballots | 0.30 |
| 06/16/21 | ATO | DS | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 0.40 |
| 06/16/21 | ATO | DS | Perform quality assurance review of frequently asked questions in preparation for solicitation | Call Center / Credit Inquiry | 1.40 |
| 06/16/21 | CKE | CO | Draft monthly fee application | Retention / Fee Application | 2.20 |
| 06/16/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 1.10 |
| 06/16/21 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.40 |
| 06/16/21 | ZS | SA | Review inquiry responses for upcoming inquiries | Call Center / Credit Inquiry | 0.50 |
| 06/17/21 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.50 |
| 06/17/21 | ATO | DS | Respond to creditor inquires related to solicitation | Call Center / Credit Inquiry | 0.80 |
| 06/17/21 | ATO | DS | Participate in telephone conference with R Vyskocil, Z. Steinberg and T. Mackey (Prime Clerk) regarding incoming solicitation inquiries | Call Center / Credit Inquiry | 0.70 |
| 06/17/21 | RJV | SA | Prepare for and participate in telephone conference T. Mackay, Z. Steinberg, A. Jadonath, and A. Orchowski (Prime Clerk) re: inquiry work flows | Solicitation | 0.50 |
| 06/17/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 2.20 |
| 06/17/21 | TRLM | SA | Confer and coordinate with R. Vyskocil (Prime Clerk) re inquiry work flows | Call Center / Credit Inquiry | 0.90 |
| 06/17/21 | TRLM | SA | Review solicitation FAQs | Call Center / Credit Inquiry | 1.50 |

| 06/17/21 | ZS | SA | Review and analyze solicitation materials, procedures, and frequently asked questions to be implemented in upcoming solicitation | Solicitation | 2.10 |
|---|---|---|---|---|---|
| 06/17/21 | ZS | SA | Confer and coordinate with R. Vyskocil (Prime Clerk) re plans for incoming solicitation inquiries and master ballots | Call Center / Credit Inquiry | 0.90 |
| 06/18/21 | ATO | DS | Perform quality assurance review of incoming ballots | Ballots | 0.20 |
| 06/18/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 1.70 |
| 06/18/21 | TRLM | SA | Confer and coordinate with R. Vyskocil (Prime Clerk) re incoming inquiries | Call Center / Credit Inquiry | 0.50 |
| 06/18/21 | ZS | SA | Confer and coordinate with R. Vyskocil (Prime Clerk) re ongoing solicitation | Solicitation | 0.50 |
| 06/21/21 | ACJ | DI | Coordinate processing of incoming ballot and quality assurance review thereof | Ballots | 1.60 |
| 06/21/21 | AQC | CO | Quality assurance review of incoming ballots | Ballots | 4.50 |
| 06/21/21 | AS | CO | Quality assurance review of incoming ballots | Ballots | 4.90 |
| 06/21/21 | ATO | DS | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 0.70 |
| 06/21/21 | ATO | DS | Participate in telephone conference with G. Faust, R. Stitt, R. Vyskocil (Prime Clerk) regarding incoming inquiries | Call Center / Credit Inquiry | 0.50 |
| 06/21/21 | ATO | DS | Respond to inquiries from Arik Preis (Akin Gump) related to solicitation | Solicitation | 0.60 |
| 06/21/21 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 4.30 |
| 06/21/21 | CCP | CO | Coordinate and manage quality assurance review of incoming ballots | Ballots | 1.50 |
| 06/21/21 | JBE | AN | Record receipt and timeliness of incoming ballots | Ballots | 0.40 |
| 06/21/21 | JCK | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 06/21/21 | JDH | CO | Quality assurance review of incoming ballots | Ballots | 3.40 |
| 06/21/21 | JFR | CO | Review and respond to inquiries from creditor re ballots | Call Center / Credit Inquiry | 0.10 |
| 06/21/21 | JTH | CO | Quality assurance review of ballot filing database | Ballots | 1.10 |
| 06/21/21 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 06/21/21 | NA | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 06/21/21 | PAH | CO | Quality assurance review of incoming ballots | Ballots | 0.30 |
| 06/21/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 3.00 |
| 06/21/21 | RJV | SA | Confer and coordinate with K. Brountzas, G. Faust, A. Orchowski and R. Stitt (Prime Clerk) re solicitation inquiry workflow | Call Center / Credit Inquiry | 1.00 |
| 06/21/21 | RY | AN | Record receipt and timeliness of incoming ballots | Ballots | 0.50 |
| 06/21/21 | TMF | CO | Quality assurance review of incoming ballots | Ballots | 1.10 |
| 06/21/21 | TRLM | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 1.00 |
| 06/21/21 | VSH | CO | Meet and confer with A. Orchowski, R. Vyskocil, K. | Call Center / | 0.80 |

Purdue Pharma

Page 7

Invoice #: 16039

| | | | | | |
|---|---|---|---|---|---|
| | | | Brountzas, G. Faust, R. Stitt and C. Chan (Prime Clerk) re FAQs. | Credit Inquiry | |
| 06/21/21 | YK | CO | Quality assurance review of incoming ballots | Ballots | 1.30 |
| 06/21/21 | ZS | SA | Input incoming ballot information into voting database | Ballots | 0.80 |
| 06/21/21 | ZS | SA | Confer and coordinate with R. Vyskocil (Prime Clerk) re inquiry work flow | Call Center / Credit Inquiry | 1.00 |
| 06/22/21 | AJP | CO | Record receipt and timeliness of incoming ballots | Ballots | 0.90 |
| 06/22/21 | AQC | CO | Quality assurance review of incoming ballots | Ballots | 3.80 |
| 06/22/21 | AS | CO | Quality assurance review of incoming ballots | Ballots | 2.00 |
| 06/22/21 | ATO | DS | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 1.20 |
| 06/22/21 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 1.30 |
| 06/22/21 | ATO | DS | Confer with G. Faust (Prime Clerk) regarding finalizing list of frequently asked solicitation questions | Call Center / Credit Inquiry | 0.30 |
| 06/22/21 | ATO | DS | Participate in telephone conference with G. Faust, R. Stitt and R. Vyskocil (Prime Clerk) regarding incoming inquiries | Call Center / Credit Inquiry | 1.00 |
| 06/22/21 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 3.00 |
| 06/22/21 | CCP | CO | Coordinate and manage quality assurance review of incoming ballots | Ballots | 0.80 |
| 06/22/21 | HCB | DI | Research inquiry regarding public access to voting reports | Solicitation | 0.40 |
| 06/22/21 | INM | CO | Quality assurance review of incoming ballots | Ballots | 1.00 |
| 06/22/21 | JCK | CO | Input incoming ballot information into voting database | Ballots | 3.00 |
| 06/22/21 | JDH | CO | Quality assurance review of incoming ballots | Ballots | 4.80 |
| 06/22/21 | JTH | CO | Quality assurance review of ballot filing database | Ballots | 1.60 |
| 06/22/21 | LDC | AN | Record receipt and timeliness of incoming ballots | Ballots | 0.90 |
| 06/22/21 | MDU | DI | Meet and confer with A. Jaffar (Prime Clerk) re quality assurance review logistics for incoming ballots | Ballots | 0.30 |
| 06/22/21 | MJCA | SA | Review and analyze solicitation materials and procedures implemented in ongoing solicitation | Solicitation | 0.50 |
| 06/22/21 | NA | CO | Quality assurance review of incoming ballots | Ballots | 1.70 |
| 06/22/21 | PAH | CO | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 06/22/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 3.50 |
| 06/22/21 | RJV | SA | Confer and coordinate with G. Brunswick, K. Brountzas, G. Faust, A. Orchowski and R. Stitt (Prime Clerk) re solicitation inquiry workflow | Call Center / Credit Inquiry | 1.00 |
| 06/22/21 | TME | CO | Quality assurance review of incoming ballots | Ballots | 0.10 |
| 06/22/21 | TMF | CO | Quality assurance review of incoming ballots | Ballots | 2.20 |
| 06/22/21 | VMA | DI | Coordinate and manage e-ballot reporting customization | Solicitation | 1.10 |
| 06/22/21 | YK | CO | Quality assurance review of incoming ballots | Ballots | 1.40 |
| 06/22/21 | ZS | SA | Respond to creditor and law firm inquiries re ongoing solicitation | Call Center / Credit Inquiry | 1.50 |

Purdue Pharma

| 06/23/21 | AQC | CO | Quality assurance review of incoming ballots | Ballots | 6.00 |
|---|---|---|---|---|---|
| 06/23/21 | AS | CO | Quality assurance review of incoming ballots | Ballots | 5.00 |
| 06/23/21 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 3.10 |
| 06/23/21 | ATO | DS | Respond to inquiries from S. Ford (Davis Polk) regarding list of frequently asked questions | Call Center / Credit Inquiry | 0.20 |
| 06/23/21 | ATO | DS | Confer with G. Faust (Prime Clerk) regarding incoming creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.40 |
| 06/23/21 | ATO | DS | Participate in telephone conference with G. Faust, R. Stitt and R. Vyskocil (Prime Clerk) regarding incoming inquiries | Call Center / Credit Inquiry | 0.50 |
| 06/23/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.80 |
| 06/23/21 | JBE | AN | Record receipt and timeliness of incoming ballots | Ballots | 0.40 |
| 06/23/21 | JCK | CO | Input incoming ballot information into voting database | Ballots | 2.00 |
| 06/23/21 | JDH | CO | Quality assurance review of incoming ballots | Ballots | 3.40 |
| 06/23/21 | JTH | CO | Quality assurance review of ballot filing database | Ballots | 1.40 |
| 06/23/21 | JTH | CO | Quality assurance review of ballot filing database | Ballots | 0.30 |
| 06/23/21 | LDC | AN | Record receipt and timeliness of incoming ballots | Ballots | 1.80 |
| 06/23/21 | MHI | DI | Telephone conference with E. Townes (Davis Polk) team re ballot confidentiality | Ballots | 0.20 |
| 06/23/21 | MJCA | SA | Quality assurance review of incoming ballots | Ballots | 2.50 |
| 06/23/21 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.20 |
| 06/23/21 | PAH | CO | Quality assurance review of incoming ballots | Ballots | 7.00 |
| 06/23/21 | RJV | SA | Quality assurance review of incoming ballots | Ballots | 0.70 |
| 06/23/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 2.20 |
| 06/23/21 | RJV | SA | Confer and coordinate with K. Brountzas, G. Faust, A. Orchowski and R. Stitt (Prime Clerk) re solicitation inquiry workflow | Call Center / Credit Inquiry | 1.00 |
| 06/23/21 | RY | AN | Record receipt and timeliness of incoming ballots | Ballots | 0.10 |
| 06/23/21 | TME | CO | Quality assurance review of incoming ballots | Ballots | 0.10 |
| 06/23/21 | TMF | CO | Quality assurance review of incoming ballots | Ballots | 2.00 |
| 06/23/21 | TRLM | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 5.80 |
| 06/23/21 | TRLM | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.60 |
| 06/23/21 | TRLM | SA | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 06/23/21 | TRLM | SA | Confer and coordinate with R. Vyskocil (Prime Clerk), Z. Steinberg (Prime Clerk) and A. Jadonath (Prime Clerk) re inquiry work flow | Call Center / Credit Inquiry | 0.50 |
| 06/23/21 | YK | CO | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 06/23/21 | ZS | SA | Confer and coordinate with R. Vyskocil (Prime Clerk) re plans for inquiry loads | Call Center / Credit Inquiry | 0.50 |
| 06/23/21 | ZS | SA | Respond to creditor and law firm inquiries re ongoing | Call Center / | 2.00 |

Purdue Pharma

Page 9

Invoice #: 16039

|  |  |  | solicitation | Credit Inquiry |  |
|---|---|---|---|---|---|
| 06/24/21 | ACJ | DI | Coordinate processing of incoming ballot and quality assurance review thereof | Ballots | 1.90 |
| 06/24/21 | AQC | CO | Quality assurance review of incoming ballots | Ballots | 6.70 |
| 06/24/21 | AS | CO | Quality assurance review of incoming ballots | Ballots | 2.50 |
| 06/24/21 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 1.20 |
| 06/24/21 | ATO | DS | Participate in telephone conference with G. Faust, R. Stitt and R. Vyskocil (Prime Clerk) regarding incoming inquiries | Call Center / Credit Inquiry | 0.50 |
| 06/24/21 | ATO | DS | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.30 |
| 06/24/21 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 4.00 |
| 06/24/21 | CRM | AN | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 0.80 |
| 06/24/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.70 |
| 06/24/21 | EU | DI | Meet and Confer with A. Schudro and J. Kail (Prime Clerk) re quality assurance review of incoming ballots; manage and coordinate re same | Ballots | 0.20 |
| 06/24/21 | HCB | DI | Quality assurance review of incoming ballots | Ballots | 0.60 |
| 06/24/21 | INM | CO | Quality assurance review of incoming ballots | Ballots | 0.80 |
| 06/24/21 | JBE | AN | Record receipt and timeliness of incoming ballots | Ballots | 1.60 |
| 06/24/21 | JCK | CO | Quality assurance review of incoming ballots | Ballots | 3.00 |
| 06/24/21 | JDH | CO | Quality assurance review of incoming ballots | Ballots | 4.80 |
| 06/24/21 | LDC | AN | Record receipt and timeliness of incoming ballots | Ballots | 1.40 |
| 06/24/21 | MDU | DI | Meet and confer with A. Jaffar (Prime Clerk) re quality assurance review logistics for incoming ballots | Ballots | 0.30 |
| 06/24/21 | MJCA | SA | Quality assurance review of incoming ballots | Ballots | 3.80 |
| 06/24/21 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 2.10 |
| 06/24/21 | PAH | CO | Quality assurance review of incoming ballots | Ballots | 1.50 |
| 06/24/21 | RJV | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.50 |
| 06/24/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 2.80 |
| 06/24/21 | RJV | SA | Confer and coordinate with G. Faust, A. Orchowski and R. Stitt (Prime Clerk) re solicitation inquiry workflow | Call Center / Credit Inquiry | 0.50 |
| 06/24/21 | TME | CO | Quality assurance review of incoming ballots | Ballots | 0.20 |
| 06/24/21 | TMF | CO | Quality assurance review of incoming ballots | Ballots | 2.00 |
| 06/24/21 | TRLM | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.50 |
| 06/24/21 | TRLM | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation inquiries | Solicitation | 1.50 |
| 06/24/21 | TRLM | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 06/24/21 | TRLM | SA | Respond to creditor inquiries related to plan solicitation | Call Center / | 1.00 |

Purdue Pharma

Page 10

Invoice #: 16039

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Credit Inquiry | |
| 06/24/21 | YK | CO | Quality assurance review of incoming ballots | | Ballots | 2.00 |
| 06/24/21 | ZS | SA | Confer and coordinate with R. Vyskocil (Prime Clerk) re handling inquiries | | Call Center / Credit Inquiry | 1.00 |
| 06/24/21 | ZS | SA | Create and format preliminary voting report for circulation to case professionals | | Solicitation | 0.80 |
| 06/24/21 | ZS | SA | Respond to creditor and law firm inquiries re ongoing solicitation | | Call Center / Credit Inquiry | 3.40 |
| 06/25/21 | ACJ | DI | Coordinate processing of incoming ballot and quality assurance review thereof | | Ballots | 2.40 |
| 06/25/21 | AHA | AN | Record receipt and timeliness of incoming ballots | | Ballots | 2.90 |
| 06/25/21 | AQC | CO | Quality assurance review of incoming ballots | | Ballots | 6.30 |
| 06/25/21 | AQC | CO | Meet and confer with A. Jaffar, C. Pagan and P. Ahuja (Prime Clerk) re quality assurance of incoming ballots | | Ballots | 0.20 |
| 06/25/21 | AQC | CO | Meet and confer with A. Jaffar, C. Pagan and T. Evangelista (Prime Clerk) quality assurance of incoming ballots | | Ballots | 0.30 |
| 06/25/21 | ATO | DS | Participate in telephone conference with G. Faust, R. Stitt and R. Vyskocil (Prime Clerk) regarding incoming inquiries | | Call Center / Credit Inquiry | 0.50 |
| 06/25/21 | CCP | CO | Quality assurance review of incoming ballots | | Ballots | 2.00 |
| 06/25/21 | CCP | CO | Meet and confer with A. Jaffar, A, Chan, C. Pagan and P. Ahuja (Prime Clerk) re quality assurance of incoming ballot | | Ballots | 0.20 |
| 06/25/21 | JCK | CO | Record receipt and timeliness of incoming ballots | | Ballots | 1.00 |
| 06/25/21 | JDH | CO | Quality assurance review of incoming ballots | | Ballots | 4.50 |
| 06/25/21 | KKR | CO | Quality assurance review of incoming ballots | | Ballots | 4.80 |
| 06/25/21 | LDC | AN | Record receipt and timeliness of incoming ballots | | Ballots | 1.00 |
| 06/25/21 | MJCA | SA | Quality assurance review of incoming ballots | | Ballots | 1.20 |
| 06/25/21 | MLC | SA | Quality assurance review of incoming ballots | | Ballots | 6.40 |
| 06/25/21 | PAH | CO | Meet and confer with A. Jaffar, A, Chan, C. Pagan and P. Ahuja (Prime Clerk) re quality assurance of incoming ballots | | Ballots | 0.20 |
| 06/25/21 | RJV | SA | Quality assurance review of incoming ballots | | Ballots | 0.50 |
| 06/25/21 | RJV | SA | Create and format preliminary voting report for circulation to case professionals | | Solicitation | 0.50 |
| 06/25/21 | RJV | SA | Confer and coordinate with A. Orchowski, G. Faust, and R. Stitt (Prime Clerk) re solicitation inquiry workflow | | Call Center / Credit Inquiry | 0.50 |
| 06/25/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | | Call Center / Credit Inquiry | 7.00 |
| 06/25/21 | RY | AN | Record receipt and timeliness of incoming ballots | | Ballots | 1.90 |
| 06/25/21 | TME | CO | Meet and confer with A. Jaffar, C. Pagan, and A. Chan (Prime Clerk) re quality assurance review of incoming ballots | | Ballots | 0.30 |
| 06/25/21 | TRLM | SA | Confer and coordinate with R. Vyskocil (Prime Clerk) and A. Jadonath (Prime Clerk) re voting reports | | Solicitation | 0.40 |
| 06/25/21 | TRLM | SA | Create and format preliminary voting report for circulation to case professionals | | Solicitation | 1.50 |
| 06/25/21 | TRLM | SA | Respond to creditor inquiries related to plan solicitation | | Call Center / | 8.50 |

Purdue Pharma

Page 11

Invoice #: 16039

|  |  |  |  | Credit Inquiry |  |
|---|---|---|---|---|---|
| 06/25/21 | YK | CO | Quality assurance review of incoming ballots | Ballots | 2.00 |
| 06/26/21 | RJV | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.50 |
| 06/28/21 | AJAD | SA | Review and analyze incoming law firm directive forms | Solicitation | 0.50 |
| 06/28/21 | AJG | SA | Quality assurance review of electronically filed ballots | Ballots | 2.30 |
| 06/28/21 | AMC | CO | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 0.40 |
| 06/28/21 | AQC | CO | Quality assurance review of incoming ballots | Ballots | 1.50 |
| 06/28/21 | AQC | CO | Input incoming ballot information into voting database | Ballots | 3.60 |
| 06/28/21 | AQC | CO | Participate in training regarding unique procedures for processing incoming ballots | Ballots | 0.20 |
| 06/28/21 | ARAA | CO | Participate in training regarding unique procedures for processing incoming ballots | Ballots | 0.20 |
| 06/28/21 | ATO | DS | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.60 |
| 06/28/21 | ATO | DS | Participate in telephone conference with G. Faust, R. Stitt, and R. Vyskocil (Prime Clerk) regarding incoming solicitation inquiries | Call Center / Credit Inquiry | 0.40 |
| 06/28/21 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.70 |
| 06/28/21 | ATO | DS | Respond to inquiries from Jacquelyn Knudson (Davis Polk) related to solicitation | Solicitation | 1.40 |
| 06/28/21 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 1.70 |
| 06/28/21 | AUA | CO | Participate in training regarding unique procedures for processing incoming ballots | Ballots | 0.20 |
| 06/28/21 | AUA | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 06/28/21 | CIR | CO | Participate in training regarding unique procedures for processing incoming ballots | Ballots | 0.20 |
| 06/28/21 | CIR | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 06/28/21 | CLD | SC | Meet and confer with A. Jaffar, T. Quinn, M. Dubin (Prime Clerk) re quality assurance review logistics for incoming ballots | Solicitation | 0.20 |
| 06/28/21 | EU | DI | Meet and Confer with A. Schudro and J. Kail (Prime Clerk) re: quality assurance review of incoming ballots; manage and coordinate re: same | Ballots | 0.20 |
| 06/28/21 | FOD | CO | Participate in training regarding unique procedures for processing incoming ballots | Ballots | 0.30 |
| 06/28/21 | FOD | CO | Input incoming ballot information into voting database | Ballots | 1.10 |
| 06/28/21 | HCB | DI | Participate in training regarding unique procedures for processing incoming ballots | Ballots | 0.20 |
| 06/28/21 | HCB | DI | Quality assurance review of incoming ballots | Ballots | 0.40 |
| 06/28/21 | JAMA | CO | Participate in training regarding unique procedures for processing incoming ballots | Ballots | 0.30 |

Purdue Pharma

| | | | | | |
|---|---|---|---|---|---|
| 06/28/21 | JAMA | CO | Input incoming ballot information into voting database | Ballots | 1.10 |
| 06/28/21 | JBE | AN | Record receipt and timeliness of incoming ballots | Ballots | 0.60 |
| 06/28/21 | JDH | CO | Quality assurance review of incoming ballots | Ballots | 3.40 |
| 06/28/21 | JDL | CO | Participate in training regarding unique procedures for processing incoming ballots | Ballots | 0.20 |
| 06/28/21 | JDL | CO | Input incoming ballot information into voting database | Ballots | 1.40 |
| 06/28/21 | JFR | CO | Review and respond to inquiry from E. Lisovicz (Akin) re claimants and voting updates | Solicitation | 1.20 |
| 06/28/21 | JLK | DI | Participate in training regarding unique procedures for processing incoming ballots | Ballots | 0.20 |
| 06/28/21 | JPL | SA | Quality assurance review of ballots | Ballots | 1.90 |
| 06/28/21 | JSU | CO | Participate in training regarding unique procedures for processing incoming ballots | Ballots | 0.20 |
| 06/28/21 | JSU | CO | Input incoming ballot information into voting database | Ballots | 1.20 |
| 06/28/21 | JTH | CO | Quality assurance review of ballot filing database | Ballots | 0.80 |
| 06/28/21 | KLG | CO | Participate in training regarding unique procedures for processing incoming ballots | Ballots | 0.20 |
| 06/28/21 | KLG | CO | Input incoming ballot information into voting database | Ballots | 1.50 |
| 06/28/21 | LDC | AN | Record receipt and timeliness of incoming ballots | Ballots | 2.00 |
| 06/28/21 | LKU | CO | Participate in training regarding unique procedures for processing incoming ballots | Ballots | 0.20 |
| 06/28/21 | LZ | SA | Quality assurance review of incoming ballots | Ballots | 3.70 |
| 06/28/21 | MAH | CO | Record receipt and timeliness of incoming ballots | Ballots | 1.20 |
| 06/28/21 | MDU | DI | Coordinate processing of incoming ballot and quality assurance review thereof | Solicitation | 0.40 |
| 06/28/21 | MDU | DI | Meet and confer with A. Jaffar, T. Quinn, C. Davis (Prime Clerk) re quality assurance review logistics for incoming ballots | Solicitation | 0.20 |
| 06/28/21 | MHI | DI | Participate in training regarding unique procedures for processing incoming ballots | Ballots | 0.30 |
| 06/28/21 | MJCA | SA | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 06/28/21 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 5.90 |
| 06/28/21 | NCH | CO | Participate in training regarding unique procedures for processing incoming ballots | Ballots | 0.50 |
| 06/28/21 | NCH | CO | Input incoming ballot information into voting database | Ballots | 1.20 |
| 06/28/21 | NON | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 06/28/21 | NON | CO | Participate in training regarding unique procedures for processing incoming ballots | Ballots | 0.50 |
| 06/28/21 | PJP | CO | Participate in training regarding unique procedures for processing incoming ballots | Ballots | 0.20 |
| 06/28/21 | PJP | CO | Input incoming ballot information into voting database | Ballots | 0.60 |
| 06/28/21 | RKO | CO | Participate in training regarding unique procedures for processing incoming ballots | Ballots | 0.20 |

Purdue Pharma

Page 13

Invoice #: 16039

| 06/28/21 | RKO | CO | Input incoming ballot information into voting database | Ballots | 2.50 |
|---|---|---|---|---|---|
| 06/28/21 | SA | CO | Participate in training regarding unique procedures for processing incoming ballots | Ballots | 0.20 |
| 06/28/21 | SA | CO | Input incoming ballot information into voting database | Ballots | 0.80 |
| 06/28/21 | SVH | CO | Record receipt and timeliness of incoming ballots | Ballots | 0.80 |
| 06/28/21 | SVH | CO | Participate in training regarding unique procedures for processing incoming ballots | Ballots | 0.20 |
| 06/28/21 | TME | CO | Participate in training regarding unique procedures for processing incoming ballots | Ballots | 0.30 |
| 06/28/21 | TRLM | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.70 |
| 06/28/21 | TRLM | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 5.60 |
| 06/28/21 | TRQ | SC | Meet and confer with A. Jaffar, M. Dubin, C. Davis (Prime Clerk) re quality assurance review logistics for incoming ballots | Solicitation | 0.20 |
| 06/28/21 | YK | CO | Record receipt and timeliness of incoming ballots | Ballots | 2.00 |
| 06/28/21 | ZS | SA | Respond to law firm and creditor inquiries re ongoing solicitation | Call Center / Credit Inquiry | 1.10 |
| 06/28/21 | ZS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.90 |
| 06/29/21 | ABF | CO | Input incoming ballot information into voting database | Ballots | 1.10 |
| 06/29/21 | ABF | CO | Meet and confer with A. Jaffar (Prime Clerk) re processing incoming ballots | Ballots | 0.20 |
| 06/29/21 | ACJ | DI | Coordinate processing of incoming ballot and quality assurance review thereof | Ballots | 1.60 |
| 06/29/21 | AJAD | SA | Review and analyze incoming law firm master ballots | Ballots | 2.00 |
| 06/29/21 | AJG | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.60 |
| 06/29/21 | AJG | SA | Quality assurance review of electronically filed ballots | Ballots | 1.60 |
| 06/29/21 | AQC | CO | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 06/29/21 | AQC | CO | Meet and confer with A. Jaffar (Prime Clerk) re processing incoming ballots | Ballots | 0.20 |
| 06/29/21 | AQC | CO | Input incoming ballot information into voting database | Ballots | 2.00 |
| 06/29/21 | ARAA | CO | Input incoming ballot information into voting database | Ballots | 1.60 |
| 06/29/21 | AS | CO | Review and analyze incoming ballots | Ballots | 1.70 |
| 06/29/21 | ATO | DS | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.40 |
| 06/29/21 | ATO | DS | Participate in telephone conference with G. Faust, R. Stitt, and R. Vyskocil (Prime Clerk) regarding incoming solicitation inquiries | Call Center / Credit Inquiry | 0.40 |
| 06/29/21 | CIR | CO | Input incoming ballot information into voting database | Ballots | 3.30 |
| 06/29/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.80 |
| 06/29/21 | EU | DI | Meet and Confer with A. Schudro and J. Kail (Prime Clerk) re: quality assurance review of incoming ballots; manage | Ballots | 0.10 |

Purdue Pharma                                                                                    Page 14

Invoice #: 16039

| | | | and coordinate re: same | | |
|---|---|---|---|---|---|
| 06/29/21 | FOD | CO | Input incoming ballot information into voting database | Ballots | 2.30 |
| 06/29/21 | HCB | DI | Quality assurance review of incoming ballots | Ballots | 0.40 |
| 06/29/21 | JAMA | CO | Input incoming ballot information into voting database | Ballots | 2.70 |
| 06/29/21 | JBE | AN | Record receipt and timeliness of incoming ballots | Ballots | 1.70 |
| 06/29/21 | JCK | CO | Input incoming ballot information into voting database | Ballots | 2.00 |
| 06/29/21 | JDH | CO | Quality assurance review of incoming ballots | Ballots | 3.80 |
| 06/29/21 | JDL | CO | Input incoming ballot information into voting database | Ballots | 0.60 |
| 06/29/21 | JJS | AN | Recording receipt and timeliness of ballots | Ballots | 0.50 |
| 06/29/21 | JPL | SA | Quality assurance review of ballots | Ballots | 1.80 |
| 06/29/21 | JSU | CO | Input incoming ballot information into voting database | Ballots | 1.10 |
| 06/29/21 | JTH | CO | Quality assurance review of ballot filing database | Ballots | 1.10 |
| 06/29/21 | KKR | CO | Quality assurance review of incoming ballots | Ballots | 3.10 |
| 06/29/21 | LDC | AN | Record receipt and timeliness of incoming ballots | Ballots | 3.50 |
| 06/29/21 | LZ | SA | Quality assurance review audit of processed ballots | Ballots | 4.10 |
| 06/29/21 | MDU | DI | Coordinate processing of incoming ballot and quality assurance review thereof | Ballots | 1.10 |
| 06/29/21 | MJCA | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 06/29/21 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 9.10 |
| 06/29/21 | NA | CO | Quality assurance review of incoming ballots | Ballots | 0.20 |
| 06/29/21 | NON | CO | Input incoming ballot information into voting database | Ballots | 1.30 |
| 06/29/21 | PAH | CO | Quality assurance review of incoming ballots | Ballots | 1.50 |
| 06/29/21 | RJV | SA | Review and respond to inquiry from J. Knudson (DPW) related to solicitation packages sent | Solicitation | 0.80 |
| 06/29/21 | RJV | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 06/29/21 | RJV | SA | Confer and coordinate with K. Brountzas, F. Faust, R. Stitt (Prime Clerk) re solicitation inquiry work flow | Call Center / Credit Inquiry | 0.70 |
| 06/29/21 | RJV | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 5.00 |
| 06/29/21 | SMJ | CO | Confer and coordinate with A. Jaffar (Prime Clerk) re processing incoming ballots | Ballots | 0.20 |
| 06/29/21 | SMJ | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 06/29/21 | SVH | CO | Record receipt and timeliness of incoming ballots | Ballots | 0.60 |
| 06/29/21 | TMF | CO | Quality assurance review of incoming ballots | Ballots | 0.80 |
| 06/29/21 | TRLM | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.40 |
| 06/29/21 | TRLM | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 1.70 |
| 06/29/21 | TRLM | SA | Record receipt and timeliness of incoming master ballots | Ballots | 0.40 |
| 06/29/21 | YK | CO | Record receipt and timeliness of incoming ballots | Ballots | 1.00 |

Purdue Pharma

Page 15

Invoice #: 16039

| 06/29/21 | ZS | SA | Respond to law firm and creditor inquiries re ongoing solicitation | Call Center / Credit Inquiry | 3.60 |
|---|---|---|---|---|---|
| 06/29/21 | ZS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.60 |
| 06/30/21 | ABF | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 06/30/21 | ACJ | DI | Coordinate processing of incoming ballot and quality assurance review thereof | Ballots | 0.60 |
| 06/30/21 | AJAD | SA | Review and analyze incoming law firm master ballot forms | Ballots | 1.30 |
| 06/30/21 | AJG | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.90 |
| 06/30/21 | AJG | SA | Quality assurance review of electronically filed ballots | Ballots | 2.80 |
| 06/30/21 | AJP | CO | Record receipt and timeliness of incoming ballots | Ballots | 2.80 |
| 06/30/21 | AQC | CO | Quality assurance review of incoming ballots | Ballots | 6.20 |
| 06/30/21 | ARAA | CO | Quality assurance review of incoming ballots | Ballots | 1.60 |
| 06/30/21 | AS | CO | Review and analyze incoming ballots | Ballots | 1.00 |
| 06/30/21 | ATO | DS | Participate in telephone conference with G. Faust, R. Stitt, and R. Vyskocil (Prime Clerk) regarding incoming solicitation inquiries | Call Center / Credit Inquiry | 0.40 |
| 06/30/21 | ATO | DS | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 1.30 |
| 06/30/21 | BG | CO | Review and file monthly fee application | Retention / Fee Application | 1.30 |
| 06/30/21 | CIR | CO | Quality assurance review of incoming ballots | Ballots | 3.50 |
| 06/30/21 | CLD | SC | Meet and confer with A. Jaffar, T. Floyd, E. Usitalo, M. Dubin (Prime Clerk) re quality assurance review logistics for incoming ballots | Solicitation | 0.20 |
| 06/30/21 | EU | DI | Meet and Confer with A. Jaffar and M. Dubin, C. Davis and T. Floyd (Prime Clerk) re: management and coordination of quality assurance review of incoming ballots | Ballots | 0.10 |
| 06/30/21 | FOD | CO | Input incoming ballot information into voting database | Ballots | 2.00 |
| 06/30/21 | HCB | DI | Quality assurance review of incoming ballots | Ballots | 0.20 |
| 06/30/21 | INM | CO | Quality assurance review of incoming ballots | Ballots | 0.80 |
| 06/30/21 | JAMA | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 06/30/21 | JCK | CO | Input incoming ballot information into voting database | Ballots | 3.00 |
| 06/30/21 | JDH | CO | Quality assurance review of incoming ballots | Ballots | 3.00 |
| 06/30/21 | JJS | AN | Recording receipt and timeliness of ballots | Ballots | 0.80 |
| 06/30/21 | JSU | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 06/30/21 | KKR | CO | Quality assurance review of incoming ballots | Ballots | 2.60 |
| 06/30/21 | LDC | AN | Record receipt and timeliness of incoming ballots | Ballots | 6.00 |
| 06/30/21 | LZ | SA | Record receipt and timeliness of incoming ballots | Ballots | 3.10 |
| 06/30/21 | LZ | SA | Quality assurance review of incoming ballots | Ballots | 0.90 |
| 06/30/21 | MAH | CO | Input incoming ballot information into voting database | Ballots | 1.10 |
| 06/30/21 | MDU | DI | Coordinate processing of incoming ballot and quality assurance review thereof | Solicitation | 1.40 |

Purdue Pharma                                                                    Page 16

Invoice #: 16039

| 06/30/21 | MJCA | SA | Quality assurance review of incoming ballots | Ballots | 1.00 |
|---|---|---|---|---|---|
| 06/30/21 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 8.10 |
| 06/30/21 | MMB | SA | Quality assurance review of incoming ballots | Ballots | 1.50 |
| 06/30/21 | NA | CO | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 06/30/21 | PAH | CO | Quality assurance review of incoming ballots | Ballots | 3.30 |
| 06/30/21 | PJP | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 06/30/21 | RJV | SA | Confer and coordinate with A. Orchowski, G. Faust, and R. Stitt (Prime Clerk) re solicitation inquiry work flow | Call Center / Credit Inquiry | 0.50 |
| 06/30/21 | RJV | SA | Review and respond to inquiry from C. Robertson (DPW) related to solicitation packages sent | Solicitation | 1.00 |
| 06/30/21 | RJV | SA | Review and respond to inquiry from S. Ford (DPW) related to voting results | Solicitation | 0.50 |
| 06/30/21 | RJV | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 06/30/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 4.50 |
| 06/30/21 | RY | AN | Record receipt and timeliness of incoming ballots | Ballots | 3.00 |
| 06/30/21 | SA | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 06/30/21 | TMF | CO | Quality assurance review of incoming ballots | Ballots | 0.80 |
| 06/30/21 | TRLM | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.60 |
| 06/30/21 | TRLM | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 4.70 |
| 06/30/21 | TRLM | SA | Update master ballot tracker | Ballots | 3.10 |
| 06/30/21 | YK | CO | Record receipt and timeliness of incoming ballots | Ballots | 1.80 |
| 06/30/21 | ZS | SA | Respond to creditor and law firm inquiries re ongoing solicitation | Call Center / Credit Inquiry | 1.00 |
| 06/30/21 | ZS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |

**Total Hours**                                                                  **550.00**

## Expense Detail

| Description | Units | Rate | Amount |
|---|---|---|---|
| Telephonic Hearing | | | $70.00 |
| **Total Expenses** | | | **$70.00** |

**Exhibit B**

**Detail of Expenses Incurred by Prime Clerk Employees During the Statement Period**

| Employee Name | Date | Expense Type | Amount |
|---|---|---|---|
| Brunswick, Gabriel | 5/20/21 | Telephonic Hearing | $70.00 |
| **TOTAL** | | | **$70.00** |