UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

ORDER GRANTING FINAL APPLICATION OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM SEPTEMBER 16, 2019 THROUGH MARCH 5, 2021

Upon the application, dated May 11, 2021 (the "**Application**") filed by Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), pursuant to sections 327, 328 and 330 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking allowance of final compensation for professional services rendered and reimbursement of actual and necessary expenses incurred as special counsel to the Debtors from September 16, 2019 through March 5, 2021 (the "**Fee Period**"); and an independent fee examiner (the "**Fee Examiner**") having been appointed in these cases in accordance with the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023] (the "**Fee Examiner Order**"); and the Fee Examiner having reviewed the Application in accordance with the Fee Examiner Order; and the Fee Examiner and WilmerHale having agreed to the recommended fee and expense reductions as set forth on **Schedule A** hereto; and the Fee Examiner having no objection to the final allowance and payment of the WilmerHale's fees and expenses in the amounts set forth on **Schedule A** hereto under the column headings "Fees Allowed for Final Fee Application" and "Expenses Allowed for Final Fee Application"; and a reduction in fees of $42,490.42 having been applied pursuant to the *Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure Approving (1) Settlement Agreement Between the United States Trustee, Skadden, Arps, Slate, Meagher & Flom, LLP, Wilmer Cutler Pickering Hale and Dorr LLP, and Dechert LLP and (2) Certain Releases by the Debtors* (the "**Settlement Order**"); and due and proper notice having been provided pursuant to Bankruptcy Rules 2002(a)(6) and (c)(2) and the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529]; and there being no objections to the relief granted herein; and it appearing that no other or further notice or a hearing is required; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and this matter being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of all of the proceedings had before the Court; and good and sufficient cause appearing for the relief granted hereby,

    IT IS HEREBY ORDERED THAT:

1. The Application is granted on a final basis to the extent set forth on **Schedule A** hereto.

2. WilmerHale is awarded, on a final basis, (a) compensation for professional services rendered during the Fee Period and (b) reimbursement for actual and necessary expenses incurred by WilmerHale, in the amounts set forth under the column headings "Fees Allowed for Final Fee Application" and "Expenses Allowed for Final Fee Application" on **Schedule A** hereto.

3. The Debtors are authorized and directed to pay WilmerHale promptly the amounts of fees and expenses approved by this Order and set forth under the column headings "Fees Allowed for Final Fee Application" and "Expenses Allowed for Final Fee Application" on **Schedule A** hereto, to the extent such amounts have not previously been paid.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 30, 2021
      White Plains, New York

                                                             */s/ Robert D. Drain*
                                                             HONORABLE ROBERT D. DRAIN
                                                             UNITED STATES BANKRUPTCY JUDGE

## Schedule A

**Final Fee Application of WilmerHale:**

**Case No:** 19-23649 (RDD)
**Case Name:** In re Purdue Pharma L.P., *et al.*

| Applicant | Date and Docket Number of Application | Fees Requested on Final Fee Application | Expenses Requested on Final Fee Application | Agreed Recommended Reduction of Fees | Reduction of Fees Pursuant to the Settlement Order | Agreed Recommended Reduction of Expenses | Fees Allowed for Final Fee Application | Expenses Allowed for Final Fee Application |
|---|---|---|---|---|---|---|---|---|
| Wilmer Cutler Pickering Hale and Dorr LLP | June 11, 2021 ECF No. 2843 | $1,662,796.32 | $14,213.03 | $5,028.75 | $42,490.42 | $0.00 | $1,615,277.15 | $14,213.03 |

Date Order Signed:  7/30/2021                                                                 Initials:  RDD  USBJ