**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors. | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. 19-23649 (RDD) <br> ) <br> ) (Jointly Administered) <br> ) |

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

Upon the motion of Nathan Q. Rugg to be admitted, *pro hac vice*, to represent Altergon Italia s.r.l. (the "Client") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Nathan Q. Rugg, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:   White Plains, New York          */s/Robert D. Drain*
         July 30, 2021                    UNITED STATES BANKRUPTCY JUDGE