

August 1, 2021

VIA ELECTRONIC COURT FILING

The Honorable Robert D. Drain
U.S. Bankruptcy Court for the Southern District of New York
30 Quarropas Street
White Plains, NY  10601

    Re:    **In re Purdue Pharma L.P., et al, Case No. 19-23649 (RDD)**

Dear Judge Drain:

    We are writing about the motion, filed by The Kennedy Forum and other national behavioral health organizations, for leave to file an *Amici Curiae* Brief.   (Motion for Leave to File *Amici Curiae* Brief, 7/17/21 (doc. 3251)).  The proposed brief, which was attached to the motion, expresses support for the Revised Fifth Amended Plan and its intent that jurisdictions use distributions to supplement rather than supplant spending to abate the opioid crisis.

    By this letter, we wish to give the Court notice that the Debtors and the Official Committee of Unsecured Creditors (UCC) have consented, through counsel, to the filing of the proposed A*mici Curiae* Brief.

    Thank you for the Court's consideration of the motion.

                               Respectfully submitted,

                               /s/
                             IRA A. BURNIM (*pro hac vice*)
                             JUDGE DAVID L. BAZELON CENTER
                             FOR MENTAL HEALTH LAW
                             1090 Vermont Ave. NW, Suite 220
                             Washington, DC 20005
                             (202)-467-5730
                             irab@bazelon.org
                             *Counsel for Amici Curiae*