Lucian B. Murley (DE Bar No. 4892)
**SAUL EWING ARNSTEIN & LEHR LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
302-421-6898
E-mail: luke.murley@saul.com

*Attorneys for Cigna Health and Life Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | ) Case No. 19-23649 (RDD) |
| Debtors. | ) Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lucian B. Murley, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Cigna Health and Life Insurance Company, a creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the Bars of the Commonwealth of Pennsylvania and the States of Delaware and New Jersey, and, if applicable, the bar of the U.S. District Court for the District of Delaware.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 2, 2021

*/s/ Lucian B. Murley*
Lucian B. Murley
SAUL EWING ARNSTEIN & LEHR LLP
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
Email: luke.murley@saul.com