Maria Ecke  July 30, 2021
8 Glenbrook Dr.
West Simsbury, CT 06092

Judge Robert D. Drain
U.S. Bankruptcy Court
For the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

FILED
U.S. BANKRUPTCY COURT
2021 6-2 P 2 00
S.D. OF N.Y.

**Re: OBJECTION TO RESTRUCTING OF PURDUE PHARMA L.P., ET ALL – CASE NO. 19-23649 (RDD)**

Dear Judge Drain:

Before Hearing at the Court at the December 15, 2020 where I submitted a Motion For Claim Payment, on December 3, 2020, Jacqueline Knudsen of Davis, Polk, and Wardwell (phone 803-417-3273) called me at 12:29 pm me to urge me to call Eden Lesowich, Counsel at Aiken Gump Strauss Hauer & Feld LLP. I called Attorney Lisovicz and spoke with him and Arik Preis, Partner at Aiken Gump. I have a recording of Jacqueline Knudsen's telephone call to me. Attorney Preis urged me to hire an Attorney or I would not receive anything. He even contacted Theodore S. Forman Esquire at Forman Law Offices, P.A., 238 N.E. 1st Avenue, Delray Beach, FL 33444 to take my case against Purdue Pharma.

Attorney Foreman contacted me via U.S. Postal Service on January 18, 2021 (mailed January 19, 2021). I signed with him and mailed the necessary information to him at a contingency fee of 25%. I did not receive any paperwork back from Attorney Foreman.

At the same time, Attorney Foreman contacted my poor, deaf, disabled, Vietnam Veteran, Ex-husband who also signed paperwork to pay an additional 25% contingency fee to create only one **Claim No. 16810** out of four (4) Claims as I learned on July 29, 2021. The Claims were for four (4) individual adults who signed the original **Claim Nos.: Maria Zekoff Ecke was Claim No.16810, Richard Robert Ecke's was Claim No. 22855, Andrew R. Ecke's Claim was No. 23016, and Peter F. Sottile's Claim was No. 16817,** yet I only learned on July 29, 2021 that Attorney Theodore Foreman had combined all four Claims under my **Claim No.: 16810**. I only learned this from Renee, Sharon Urbanek and Ted Foreman's Assistant on July 29, 2010. I don't find this fair at all!!!!!

My dear son's death s death was worth more than $242,000,000.00 to me but I was told on July 29, 2021 that I would not even get one amount of $242,000,000.00 for all of us to share because Purdue Pharma had only given $700,000,000.00 to be distributed among all the claimants. **I, Maria Ecke, mother of deceased David Jonathan Ecke, Object to the Restructuring of Purdue Pharma.**

Sincerely,
*Maria Ecke*
Maria Ecke