**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PURDUE PHARMA L.P., *et al.*, | ) Case No. 21-23649 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## CERTIFICATE OF SERVICE

I, Lucian B. Murley, hereby certify that on August 2, 2021, I caused a copy of the *Cigna Health and Life Insurance Company's Limited Objection to Assumption and Assignment of Executory Contracts* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Lucian B. Murley*
Lucian B. Murley
1201 N. Market Street, Suite 2300
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6898

Dated: August 2, 2021

38799847.3 08/02/2021

## Service List

Marshall S. Huebner, Esquire
Benjamin S. Kaminetzky, Esquire
Eli J. Vonnegut, Esquire
Christopher S. Robertson, Esquire
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
marshall.huebner@davispolk.com
ben.kaminetzky@davispolk.com
eli.vonnegut@davispolk.com
christopher.robertson@davispolk.com

Arik Preis, Esquire
Mitchell P. Hurley, Esquire
Sara L. Brauner, Esquire
Edan Lisovicz, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
apreis@akingump.com
mhurley@akingump.com
sbrauner@akingump.com
elisovicz@akingump.com

Justin R. Alberto, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Ste 1410
Wilmington, DE 19801
jalberto@coleschotz.com

Paul K. Schwartzberg, Esquire
The Office of the United States Trustee
Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
paul.schwartzberg@usdoj.gov