**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                                          Case No.: _____

                                                     Chapter ___

                     Debtor

---------------------------------------------------------------x

                                                    Adversary Proceeding No.: _____

                    Plaintiff

              v.

                   Defendant

---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** ***PRO HAC VICE***

     I, _____, request admission, ***pro hac vice***, before the Honorable _____, to represent _____, a _____ in the above-referenced    case   adversary proceeding.

     *I certify that I am a member in good standing* of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

     I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: _____

_____, Washington                                                  _____

                                                                                          *Mailing Address*:

                                                                                           _____

                                                                                           _____

                                                                                            _____

                                                                         *E-mail address*: john.knapp@millernash.com

                                                                         *Telephone number*: (____)_____