## Exhibit A

## OCP Statement

In re: PURDUE PHARMA L.P., et al.

OCP Payment Report- Three Month Fee Average

Case No.: 19-23649 (RDD)

| Name | Tier | Rolling Cap | Case Cap | Case Total[1] | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 9,990,536 | 469,874 | 450,307 | 456,915 | 465,188 | 516,160 | 495,942 | 520,598 | 449,725 | 408,130 | 351,100 | 348,811 | 408,118 | 453,839 | 498,365 | 479,101 | 490,894 | 477,174 | 479,509 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 5,869,641 | 263,926 | 277,925 | 315,463 | 347,722 | 349,585 | 316,819 | 293,395 | 315,666 | 322,383 | 312,624 | 270,447 | 242,054 | 210,912 | 198,780 | 224,064 | 242,305 | 248,241 | 210,325 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 304,689 | 25,100 | 16,971 | 14,955 | 12,855 | 11,896 | 9,394 | 7,978 | 14,917 | 19,128 | 27,596 | 26,572 | 29,329 | 21,360 | 13,971 | 7,047 | 5,032 | 4,598 | 2,937 |
| OCP Total | Total | | 25,000,000 | 16,164,866 | | | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 3 | 75,000 | 900,000 | 2,131 | | 327 | 327 | 525 | 198 | 289 | 91 | 91 | 95 | 95 | 95 | | | | | | | |
| Angell Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | 47 | | | | | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 2,083 | | 262 | 130 | | | | | | | 432 | 432 | 432 | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | 1,001 | 417 | | | | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 2,193 | | 298 | 731 | 433 | 433 | | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 3 | 75,000 | 900,000 | 525,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 10,934 | 966 | 843 | 1,210 | 1,550 | 993 | 476 | 27 | 27 | 136 | 163 | 177 | 150 | 517 | 734 | 653 | 422 | 163 | 163 |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 2 | 20,000 | 240,000 | 87,558 | 3,998 | 3,277 | 2,711 | | | | 8,056 | 10,685 | 17,089 | 11,569 | 14,503 | 8,099 | 5,564 | | | | | |
| Ciprian & Werner PC | OCP Tier 3 | 5,000 | 60,000 | 4,533 | 271 | 102 | 128 | 125 | 102 | 45 | 43 | 408 | 963 | 1,048 | 707 | 152 | 23 | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 10,980 | 1,053 | 925 | 772 | 408 | 386 | 685 | 631 | 620 | 413 | 500 | 577 | 511 | 522 | 512 | 545 | 459 | 382 | 175 |
| Conyers Dill & Pearman Limited | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 2 | 20,000 | 240,000 | 4,108 | 389 | 477 | 175 | 117 | 313 | 283 | 322 | 78 | 233 | 195 | 156 | 247 | 247 | 247 | | 100 | 100 | 100 |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | 8,250 | 8,390 | 3,879 | 1,917 | 140 | 104 | 826 | 826 | 723 | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 43,233 | 5,503 | 8,898 | 8,235 | 5,763 | 2,248 | 1,510 | 1,296 | 1,175 | 336 | 444 | 337 | 472 | 472 | 522 | 405 | 257 | 140 | 123 |
| Davis, Hatley, Haffman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | 54 | 54 | | | | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 178 | | 17 | 17 | 17 | | | | | | | | | | | 43 | 43 | 43 | |
| Dentons US LLP | OCP Tier 3 | 75,000 | 1,200,000 | 1,060,150 | 53,383 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | 106 | 56 | 56 | 31 | | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 47,331 | 5,327 | 2,262 | 764 | 764 | 721 | 333 | 333 | 146 | 1,366 | 4,532 | 6,142 | 5,302 | 3,781 | 2,130 | 2,685 | 1,040 | 1,040 | |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 156,903 | 3,511 | 4,835 | 7,069 | 9,778 | 11,320 | 8,935 | 5,846 | 2,803 | 4,253 | 7,398 | 9,338 | 8,718 | 5,717 | 7,135 | 8,753 | 10,188 | 15,680 | 12,506 |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 2,971 | 848 | 426 | 133 | 26 | 26 | | | | | | | | | | | | | 117 |
| Durbin, Larimore & Bialick, PC | OCP Tier 3 | 75,000 | 900,000 | 421 | | | | | | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 3 | 75,000 | 900,000 | 2,474 | 456 | 456 | 456 | | | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 41,366 | 546 | 802 | 931 | 1,390 | 2,008 | 2,303 | 2,291 | 2,119 | 1,814 | 1,624 | 4,896 | 6,396 | 6,278 | 2,919 | 1,132 | 1,145 | 801 | 848 |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 20,808 | 442 | 945 | 1,596 | 1,615 | 1,693 | 1,598 | 1,670 | 1,433 | 876 | 758 | 710 | 935 | 876 | 805 | 1,030 | 1,077 | 1,018 | 864 |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 2,020 | 505 | | 58 | 67 | 67 | 10 | | | | 101 | 101 | 101 | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 7,763 | 1,054 | 422 | 87 | 93 | 20 | 110 | 148 | 176 | 804 | 785 | 805 | 283 | 423 | 376 | 220 | 41 | 64 | 42 |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 2,037 | 625 | 27 | 27 | 27 | | | | 22 | 27 | 27 | 4 | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | 19 | 19 | 19 | | | 91 | 192 | 301 | 469 | 369 |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | 427 | 293 | 27 | | | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 75,374 | | 3,091 | 4,451 | 5,772 | 3,929 | 4,697 | 7,339 | 7,738 | 6,821 | 4,239 | 3,434 | 3,809 | 2,769 | 2,465 | 3,868 | 4,486 | 4,468 | 1,478 |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | 1,529 | | | | | 326 | 326 | 326 | | 184 | 184 | 184 | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 150,000 | 1,800,000 | 98,688 | | | | | | | | | | | | 31,982 | 31,982 | 31,982 | | | 914 | 914 |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 1 | 150,000 | 1,800,000 | 803,608 | 31,059 | 39,684 | 52,071 | 64,273 | 75,000 | 70,063 | 61,935 | 65,684 | 62,052 | 48,803 | 23,312 | 12,037 | 13,410 | 12,234 | 10,695 | 10,383 | 15,062 | 16,133 |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 36,940 | 4,899 | 4,899 | 4,899 | | 606 | 4,943 | 4,943 | 4,337 | | | | | 350 | 350 | 350 | | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 3 | 75,000 | 900,000 | 479,776 | 38,829 | 29,501 | 36,789 | 31,633 | 31,248 | 23,655 | 21,360 | 22,251 | 18,021 | 17,840 | 13,878 | 12,378 | 11,200 | 11,960 | 13,310 | 17,315 | 16,036 | 14,238 |
| Lynch & Pine | OCP Tier 3 | 75,000 | 900,000 | 2,650 | 883 | 883 | 883 | | | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 31,785 | 1,645 | 884 | | | | | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 886,203 | 35,956 | 46,188 | 50,095 | 57,855 | 66,000 | 69,860 | 61,245 | 60,068 | 48,906 | 43,084 | 27,878 | 29,290 | 35,034 | 37,021 | 32,457 | 31,080 | 26,284 | 31,293 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 58,184 | | 1,445 | 5,127 | 9,628 | 8,253 | 5,375 | 1,340 | 1,459 | 759 | 2,216 | 3,035 | 3,020 | 1,544 | 740 | 2,936 | 2,604 | 2,541 | 2,178 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 225,000 | 3,600,000 | 3,087,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Mehaffy, Weber | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | 100 | 30 | 30 | | | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 64,793 | 3,672 | 3,065 | 2,441 | 4,632 | 6,473 | 5,814 | 4,210 | 1,351 | 1,336 | 2,207 | 2,180 | 1,726 | 775 | 931 | 1,087 | 2,559 | 2,937 | 2,635 |
| Morrison & Foerster LLP | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | 223,300 | | 5,104 | 9,327 | 10,024 | 7,464 | 6,469 | 17,846 | 20,447 | 20,411 | 10,594 | 7,350 | 4,157 | 2,791 | 5,903 | 27,454 | 28,913 | 28,167 | 6,615 |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 13,271 | 1,580 | 1,462 | 1,288 | 2,040 | 1,780 | 1,411 | 664 | 576 | 441 | 138 | 95 | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 4,584 | 901 | 320 | 282 | 282 | | | 90 | 90 | 90 | | | | | 256 | 256 | 256 | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | 556 | 450 | 211 | | | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 3 | 5,000 | 60,000 | 218 | 30 | 30 | | | | | 43 | 43 | 43 | | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 88,680 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 7,012 | 7,012 | 5,753 |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | 198 | 94 | 198 | 146 | 260 | 114 | 114 | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 3 | 75,000 | 900,000 | 31,365 | | | | | | | | 5,413 | 5,703 | 8,008 | 3,612 | 4,615 | 2,309 | 1,344 | 137 | 137 | 86 | |
| Porzio Bromberg & Newman P.C | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 3 | 75,000 | 900,000 | 304,694 | | | | | | | | 248 | 6,339 | 19,241 | 28,238 | 28,865 | 21,125 | 24,427 | 29,892 | 40,499 | 36,080 | 36,469 |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 33,142 | 396 | 396 | 396 | | | 546 | 546 | 959 | 2,178 | 3,295 | 4,158 | 2,393 | 1,539 | 264 | 264 | | | |
| Pryor Cashman LLP | OCP Tier 3 | 75,000 | 900,000 | 386,202 | 12,219 | 17,040 | 23,559 | 22,867 | 28,918 | 29,133 | 29,684 | 21,168 | 15,975 | 17,078 | 20,794 | 22,629 | 20,710 | 14,749 | 12,772 | 10,976 | 9,749 | 4,605 |
| Reed Smith, LLP | OCP Tier 1 | 200,000 | 3,000,000 | 1,911,544 | 53,833 | 49,311 | 50,520 | 34,502 | 92,254 | 85,648 | 96,651 | 52,048 | 58,639 | 54,112 | 69,257 | 95,541 | 131,002 | 150,000 | 150,000 | 150,000 | 162,014 | 127,758 |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | 1,289 | 353 | | 77 | 77 | 77 | 77 | | | | | | | | | | | | |
| Reinhart, McDevitt & Henrich, P.C. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | 92 | | | | | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | 40,000 | 480,000 | 12,260 | 1,517 | 205 | 800 | 1,175 | 1,258 | 481 | 1,250 | 1,166 | 1,166 | | | 145 | 145 | 145 | | | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,190,619 | 74,816 | 85,924 | 78,046 | 98,799 | 83,634 | 60,272 | 75,000 | 70,536 | 57,054 | 27,167 | 20,640 | 22,300 | 22,288 | 34,988 | 35,230 | 35,009 | 22,296 | 36,549 |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 617,743 | 35,471 | 30,314 | 27,148 | 26,426 | 25,245 | 23,861 | 24,118 | 25,903 | 27,140 | 23,698 | 19,892 | 15,676 | 14,522 | 13,780 | 15,285 | 16,650 | 17,831 | 16,166 |
| Smith Anderson | OCP Tier 3 | 75,000 | 900,000 | 84,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 3 | 75,000 | 900,000 | 9,093 | 1,504 | 2,226 | 2,297 | 1,527 | 805 | 734 | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 87,113 | | | | 28,204 | 28,804 | 28,804 | 455 | 33 | 54 | 74 | 67 | 67 | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 3 | 75,000 | 900,000 | 384,536 | 14,476 | 9,426 | 15,972 | 21,330 | 24,934 | 19,505 | 16,115 | 26,550 | 35,809 | 40,608 | 32,199 | 26,741 | 19,856 | 13,238 | 9,834 | 8,234 | 7,274 | 9,392 |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,414,931 | 103,678 | 61,967 | 55,212 | 47,820 | 32,860 | 30,580 | 30,607 | 25,868 | 19,531 | 16,755 | 27,402 | 34,396 | 50,248 | 60,770 | 68,474 | 68,108 | 56,110 | 78,973 |
| Stites & Harbison, PLLC | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | | |
| Taylor English Davila LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | 51 | 51 | 51 | | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | 80 | 112 | 730 | 703 | 618 | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | | |

In re: PURDUE PHARMA L.P., et al.    OCP Payment Report - Three Month Fee Average    Case No.: 19-23649 (RDD)

| Name | Tier | Rolling Cap | Case Cap | Case Total[1] | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 82,000 | 2,667 | 2,667 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 199,433 | 15,149 | 23,969 | 25,227 | 17,598 | 8,635 | 679 | 8,626 | 19,805 | 25,226 | 20,015 | 11,764 | 7,977 | 4,966 | 1,888 | 190 | | | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 5,142 | 299 | 598 | 299 | 299 | 395 | 395 | 395 | | | | | 171 | 192 | 192 | 291 | 405 | 519 | 259 |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,369,767 | 52,948 | 59,033 | 76,042 | 79,212 | 94,413 | 102,582 | 110,086 | 94,206 | 77,000 | 62,981 | 56,633 | 47,609 | 36,286 | 36,604 | 45,941 | 59,697 | 62,355 | 57,022 |

[1]Represents Fees since the Commencement Date
[2]Reed Smith is in the process of seeking bankruptcy court approval for payment of the unpaid fees of $724,702.13 for the period February 1, 2021 through May 31, 2021

In re: PURDUE PHARMA L.P., et al.    OCP Payment Report - Monthly Fees    Case No.: 19-23649 (RDD)

| Name | Tier | Rolling Cap | Case Cap | Case Total | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 9,990,536 | 419,862 | 457,368 | 493,515 | 444,680 | 610,284 | 432,862 | 518,646 | 393,648 | 308,077 | 347,554 | 390,801 | 485,998 | 484,717 | 524,381 | 428,207 | 520,095 | 483,220 | 435,214 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 5,869,641 | 278,986 | 293,496 | 373,906 | 375,764 | 290,084 | 275,610 | 305,490 | 365,898 | 295,762 | 276,212 | 239,368 | 210,582 | 182,786 | 202,971 | 286,436 | 237,508 | 220,778 | 172,688 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 304,689 | 18,975 | 11,467 | 14,422 | 12,676 | 8,591 | 6,915 | 8,429 | 29,406 | 19,548 | 33,834 | 26,333 | 27,819 | 9,927 | 4,167 | 7,046 | 3,883 | 2,865 | 2,061 |
| OCP Total | Total | | 25,000,000 | 16,164,866 | | | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | 2,131 | | 980 | | | 595 | | 273 | | | 284 | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 2 | 10,000 | 120,000 | 140 | | | | | | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 2,083 | | | | | | | | | | | | | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | | | | | | | | 1,296 | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 2,193 | | 1,298 | | | | | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 525,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 10,934 | 326 | 1,754 | 1,550 | 1,346 | 82 | | | 82 | 326 | 82 | 122 | 245 | 1,183 | 775 | | 490 | | |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 2 | 20,000 | 240,000 | 87,558 | 8,132 | | | | | | | 24,167 | 7,887 | 19,213 | 7,605 | 16,692 | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 4,533 | 145 | 70 | 170 | 135 | | | 130 | 1,095 | 1,665 | 385 | 70 | | | | | | | |
| Cole Scott & Kissane | OCP Tier 2 | 10,000 | 120,000 | 10,980 | 1,485 | 392 | 441 | 392 | 326 | 1,338 | 228 | 294 | 718 | 490 | 522 | 522 | 522 | 492 | 620 | 264 | 261 | |
| Conyers Dill & Pearman Limited | OCP Tier 3 | 5,000 | 60,000 | | | | | | | 850 | | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 2 | 20,000 | 240,000 | 4,108 | 175 | 263 | 88 | | | | 117 | 117 | 467 | | | | 741 | | | | 299 | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | 5,887 | 5,330 | 421 | | | 312 | 2,168 | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 43,233 | 8,440 | 11,533 | 4,732 | 1,025 | 987 | 2,517 | 383 | 624 | | 707 | 303 | 404 | 707 | 455 | 53 | 263 | 105 | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | | | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 178 | | | 50 | | | | | | | | | | | | 128 | | | |
| Dentons US LLP | OCP Tier 2 | 75,000 | 1,200,000 | 1,060,150 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | 77 | 92 | | | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 47,331 | | | 816 | 1,476 | | 686 | 312 | | 125 | 3,972 | 9,499 | 4,954 | 1,454 | 4,936 | 3,120 | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 156,903 | 6,547 | 5,323 | 9,336 | 14,675 | 9,948 | 2,181 | 5,411 | 819 | 6,531 | 14,845 | 6,639 | 4,669 | 5,844 | 10,894 | 9,523 | 10,147 | 27,371 | 351 |
| Duke Scanlan | OCP Tier 2 | 20,000 | 240,000 | 2,971 | 323 | | 77 | | | | | | | | | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 3 | 5,000 | 60,000 | 421 | | | | | | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | 1,368 | | | | | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 41,366 | | 768 | 1,478 | 1,922 | 2,622 | 2,365 | 1,885 | 2,107 | 1,451 | 1,314 | 11,922 | 5,952 | 961 | 1,845 | 591 | 998 | 813 | 732 |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 20,808 | 1,220 | 1,616 | 1,953 | 1,275 | 1,849 | 1,669 | 1,492 | 1,137 | | 1,137 | 995 | 675 | 959 | 781 | 1,350 | 1,101 | 604 | 888 |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 2,020 | | | 173 | 29 | | | | | 303 | | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 7,763 | 41 | 220 | 60 | | | 272 | 172 | 86 | 2,155 | 115 | 143 | 592 | 535 | | 124 | | 67 | 59 |
| Hepler Broom LLC | OCP Tier 2 | 75,000 | 900,000 | 2,037 | | 82 | | | | | | 67 | 13 | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | 1,738 | | | | | | | | | 57 | | | | | | | | | |
| Holland & Hart | OCP Tier 2 | 10,000 | 120,000 | 1,281 | 80 | | | | | | | | | | | | | | 274 | 301 | 328 | 779 |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 75,374 | | 9,274 | 4,079 | 3,963 | 3,747 | 6,382 | 11,887 | 4,945 | 3,633 | 4,141 | 2,528 | 4,758 | 1,022 | 1,615 | 8,969 | 2,876 | 1,559 | |
| Karr Tuttle Campbell | OCP Tier 2 | 40,000 | 480,000 | 1,529 | | | | | | 977 | | | 552 | | | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 150,000 | 1,800,000 | 98,688 | | | | | | | | | | | | | 95,945 | | | | | 2,743 |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 150,000 | 1,800,000 | 803,608 | 36,152 | 41,353 | 78,709 | 72,759 | 73,533 | 63,898 | 48,374 | 84,782 | 53,001 | 8,627 | 8,307 | 19,177 | 12,747 | 4,778 | 14,560 | 11,811 | 18,814 | 17,774 |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 36,940 | 14,696 | | | | | 1,819 | 13,011 | | | | | | 1,050 | | | | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 479,776 | 36,725 | 23,533 | 50,109 | 21,259 | 22,378 | 27,328 | 14,375 | 25,052 | 14,636 | 13,833 | 13,166 | 10,136 | 10,300 | 15,443 | 14,189 | 22,313 | 11,607 | 8,795 |
| Lynch & Pine | OCP Tier 2 | 20,000 | 240,000 | 2,650 | 2,650 | | | | | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 31,785 | | | | | | | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 886,203 | 39,076 | 58,004 | 53,204 | 62,357 | 82,438 | 64,787 | 36,510 | 78,907 | 31,301 | 19,045 | 33,287 | 35,539 | 36,276 | 39,249 | 21,845 | 32,145 | 24,862 | 36,872 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 58,184 | 4,335 | 11,047 | 13,502 | 208 | 2,415 | 1,396 | 567 | 313 | 5,768 | 3,023 | 267 | 1,343 | 608 | 6,857 | 346 | 421 | 5,767 | |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 225,000 | 3,600,000 | 3,087,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | 90 | | | | | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 64,793 | 153 | 3,351 | 3,819 | 6,725 | 8,874 | 1,843 | 1,912 | 297 | 1,800 | 4,523 | 218 | 437 | 1,671 | 686 | 905 | 6,087 | 1,819 | |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | 223,300 | | 15,311 | 12,669 | 2,092 | 7,631 | 9,683 | 36,225 | 15,431 | 9,577 | 6,773 | 5,700 | | 2,673 | 15,035 | 64,655 | 7,051 | 12,794 | |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 13,271 | 887 | 1,179 | 1,797 | 3,145 | 397 | 689 | 907 | 132 | 284 | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 2 | 10,000 | 120,000 | | | | | | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 2 | 10,000 | 120,000 | 4,584 | | 845 | | | | 269 | | | | | | | | | 768 | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | 632 | | | | | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 218 | | | | | | 128 | | | | | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 3 | 5,000 | 900,000 | 88,680 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 13,484 | 3,776 | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | | 156 | | 437 | | 343 | | | | | | | | | | | | |
| PillersRazza PLLC | OCP Tier 3 | 5,000 | 60,000 | 31,365 | | | 16,238 | 869 | 6,917 | 3,049 | | | | | | | 3,879 | 155 | 258 | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | | |
| Potomac Law Group PLLC | OCP Tier 2 | 75,000 | 900,000 | 304,694 | 1,187 | | | | | 1,639 | 743 | 18,274 | 38,707 | 27,734 | 20,153 | 15,487 | 37,642 | 36,547 | 47,307 | 24,386 | 37,714 | |
| Poyner Spruill LLP | OCP Tier 3 | 5,000 | 60,000 | 33,142 | 1,187 | | | | | 1,238 | | | | 5,296 | 3,352 | 3,827 | 791 | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 200,000 | 3,000,000 | 386,202 | 14,882 | 25,028 | 30,766 | 12,807 | 43,182 | 31,408 | 14,462 | 17,635 | 15,827 | 17,772 | 21,364 | 12,015 | 10,868 | 15,434 | 6,627 | 7,187 | | |
| Reed Smith, LLP | OCP Tier 2 | 75,000 | 900,000 | 1,911,544 | 105,519 | 22,078 | 23,962 | 57,466 | 195,334 | 4,143 | 90,475 | 61,526 | 23,915 | 76,893 | 106,964 | 102,768 | 183,275 | 163,957 | 102,768 | 183,275 | 200,000 | |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | 230 | | | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | | | | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 2 | 40,000 | 480,000 | 12,260 | 69 | | 2,332 | 1,193 | 250 | | | 3,499 | | | 434 | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 2 | 75,000 | 1,800,000 | 1,190,619 | 103,689 | 130,451 | 62,258 | 58,193 | 60,366 | 106,468 | 44,773 | 19,920 | 16,809 | 25,192 | 24,899 | 16,772 | 63,294 | 35,625 | 16,109 | 25,156 | 68,382 | |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 617,743 | 28,288 | 24,907 | 28,248 | 26,124 | 21,362 | 24,096 | 26,897 | 26,717 | 27,806 | 16,572 | 15,298 | 15,158 | 13,109 | 13,073 | 19,673 | 17,206 | 16,615 | 14,678 |
| Smith Anderson | OCP Tier 3 | 5,000 | 900,000 | 84,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | 4,511 | | 2,167 | 213 | 2,202 | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 87,113 | 85,045 | 1,367 | | | | | 100 | 60 | 60 | 80 | 97 | 66 | 66 | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 384,536 | 10,951 | 7,827 | 29,139 | 27,023 | 18,641 | 12,851 | 16,852 | 49,948 | 34,626 | 37,237 | 24,733 | 18,252 | 16,584 | 4,879 | 8,039 | 8,903 | 11,235 | 4,960 |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,414,931 | 56,402 | 65,289 | 43,947 | 34,224 | 20,408 | 37,107 | 34,306 | 6,191 | 18,097 | 25,979 | 38,132 | 39,076 | 73,534 | 69,699 | 62,189 | 72,436 | 34,304 | 130,179 |
| Stites & Harbison, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | 154 | | | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | 81 | 256 | 1,853 | | | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | | |

In re: PURDUE PHARMA L.P., et al.

Ordinary Course Professionals Statement    Pg 5 of 7

OCP Payment Report - Monthly Fees

Case No.: 19-23649 (RDD)

| Name | Tier | Rolling Cap | Case Cap | Case Total | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 82,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 199,433 | 24,284 | 27,339 | 24,059 | 1,395 | 450 | 190 | 25,237 | 33,987 | 16,453 | 9,603 | 9,234 | 5,094 | 571 | | | | | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 5,142 | | 897 | | | 1,184 | | | | | | | 513 | 62 | | 812 | 403 | 342 | 32 |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,369,767 | 71,866 | 61,308 | 94,951 | 81,376 | 106,911 | 119,460 | 103,888 | 59,270 | 67,843 | 61,828 | 40,227 | 40,771 | 27,860 | 41,182 | 68,780 | 69,130 | 49,156 | 52,780 |

In re: PURDUE PHARMA L.P., et al.

**OCP Payment Report - Monthly Expenses**

Case No.: 19-23649 (RDD)

| Name | Tier | Case Total[1] | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | 1,027,654 | 68,386 | 42,343 | 67,317 | 101,668 | 78,609 | 86,351 | 38,195 | 43,882 | 50,477 | 16,449 | 36,417 | 17,928 | 37,095 | 48,897 | 21,651 | 27,834 | 26,884 | 26,150 |
| OCP Tier 2 Total | OCP Tier 2 | 561,347 | 25,162 | 18,269 | 41,841 | 34,673 | 19,906 | 36,103 | 20,000 | 14,936 | 36,756 | 23,031 | 41,960 | 12,803 | 6,871 | 17,979 | 13,497 | 33,038 | 5,952 | 4,780 |
| OCP Tier 3 Total | OCP Tier 3 | 2,837 | 15 | 32 | 15 | 31 | | 36 | 384 | 82 | 208 | 391 | | 40 | 40 | 1 | 8 | | 5 | 4 |
| OCP Total | Total | 1,591,838 | | | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 175 | | | | 78 | | | | | 97 | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | | | | | | | | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 42 | | | | | | | | | | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 80 | | 3 | | | | | | 76 | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 1,125 | | | | | | | 358 | | 59 | 358 | | | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 2 | 90 | | | | | | | | | | | | | | | | | | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 315 | 48 | | | | | | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | | | | | | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 3 | 8,126 | | | 1,320 | 2,550 | 1,000 | 150 | 786 | | | 379 | | | | | | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 45 | | | | 15 | | | | | | | | | | | | | | |
| Dentons US LLP | OCP Tier 3 | 17,983 | 10,540 | 2,761 | 735 | | | | | | | | | | | | | | | |
| Dinse, Knapp & McAndrew | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 395 | | | | | | | 18 | | | | | | | | | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 23,541 | | | 2,400 | 1,700 | 1,565 | 250 | 940 | 125 | | 3 | 25 | 29 | 1,125 | 125 | 4,028 | 1,500 | 1,578 | 1,900 |
| Duke Scanlan | OCP Tier 3 | 2 | | | | | | | | | | | | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | | | | | | | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | | | | | | | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 31 | | | | 27 | | | 4 | | | | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 6 | | | 5 | | | | | | | | | | | | | 1 | | |
| Frost Brown Todd LLC | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | | | | | | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 83 | | | | | | | | | | | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 516 | 3 | 14 | | 4 | | 18 | 12 | 6 | 146 | 8 | 10 | 40 | 36 | | 8 | | 5 | 4 |
| Hepler Broom LLC | OCP Tier 2 | | | | | | | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | | | | | | | | | | | | | | | | | | | |
| Heitz Applegate, LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 19 | | | | | | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | | | | | | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | | | | | | | | | | | | | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 13 | | | | | | | | | | | | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | | | | | | | | | | | | | | | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 1,577 | | 323 | | | | | | | | | | | | | | | 248 | |
| Larson & O'Brien | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 4,240 | 600 | | | | | | 2,240 | | | | | | | | | | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 231,669 | 7,682 | 1,321 | 5,828 | 19,819 | 2,096 | 23,424 | 5,957 | 11,758 | 5,144 | 1,458 | 5,560 | 3,169 | 2,705 | 12,593 | 1,690 | 9,390 | 2,150 | |
| Lynch & Pine | OCP Tier 2 | 11,819 | 6,182 | | | | | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | | | | | | | | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 846,734 | 34,751 | 36,245 | 66,063 | 67,467 | 78,529 | 83,291 | 37,653 | 43,805 | 50,412 | 16,407 | 36,397 | 17,846 | 36,741 | 42,701 | 21,219 | 26,617 | 21,921 | 26,127 |
| McCarter & English | OCP Tier 2 | 18,573 | | | | 3,600 | 2,700 | | 400 | 1,160 | | 1,000 | 1,680 | 2,200 | | 1,880 | | 640 | 1,480 | 13 | 1,820 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 33,673 | 7,512 | 5,421 | | | | | | | | | | | | | | | | |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | | | | | | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 2 | 38 | 8 | 13 | | | | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 1,049 | | | | 7 | 400 | | | | | | 400 | | | | | 125 | 11 | 11 |
| Morrison & Foerster LLP | OCP Tier 2 | | | | | | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 187 | | 175 | | | | | 12 | | | | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 60 | | | | | | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Nemaster Goode | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 13 | 1 | | | | | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | | | | | | | | | | | | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 2 | | | | | | | | | | | | | | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | | | | | | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 2 | 4,063 | 22 | | | | | | | | 94 | | | | | 63 | | 4,000 | | |
| Poyner Spruill LLP | OCP Tier 2 | 401 | 22 | | | | | | | | | | | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 105,116 | 2,159 | 2,382 | 3,425 | 3,362 | 9,476 | 7,663 | 2,286 | 912 | 4,239 | 10,251 | 3,028 | 5,444 | 88 | 44 | 9,526 | 16,465 | 49 | 2,960 |
| Reed Smith, LLP | OCP Tier 2 | 13,716 | 116 | | 31 | 60 | 30 | | 30 | 469 | 61 | 40 | 40 | 21 | | 82 | 350 | 6,159 | 431 | 1,155 | 4,761 |
| Reichard & Escalera LLC | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 68 | | | | | | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | | | | | | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 3,693 | | | 2 | 1,177 | 40 | 13 | 2 | 0 | | 25 | | | | | 4 | 1 | 1 | | 0 |
| Skarzynski Black | OCP Tier 2 | 4,437 | 23 | 146 | | | | | | | 6 | | | | | 33 | | | | |
| Smith Anderson | OCP Tier 2 | 252 | 252 | | | | | | | | | | | | | | | | | |
| Snell & Wilmer | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 557 | | | | 399 | 157 | | | | | | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 58,079 | 1,300 | | 51 | 13,417 | 1,720 | 6,462 | 3,580 | 3,560 | 1,540 | 1,020 | 5,460 | 6,034 | 3,065 | 2,040 | 1,250 | 17 | 114 | 1,580 |
| Stikeman Elliott, LLP | OCP Tier 2 | 8,323 | 3,105 | 622 | | | | 15 | 12 | | 4 | 2 | | | | | 1 | | 52 | 203 |
| Stites & Harbison, PLLC | OCP Tier 2 | | | | | | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 200 | | | | | | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | | | | | | | | | | | | | | | | | | | |

19-23649-shl    Doc 3366-1    Filed 08/02/21    Entered 08/02/21 14:36:24    Exhibit A-
Ordinary Course Professionals Statement    Pg 7 of 7

In re: PURDUE PHARMA L.P., et al.

OCP Payment Report – Monthly Expenses

Case No.: 19-23649 (RDD)

| Name | Tier | Case Total[1] | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tonkon Torp LLP | OCP Tier 2 | | | | | | | | | | | | | | | | | | | |
| Troutman Sanders LLP | OCP Tier 2 | 81,008 | 2,537 | 9,789 | 9,879 | 3,495 | | | 3,846 | 601 | 24,030 | | 23,370 | | | | | | | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 11 | | | | | | | 11 | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 109,697 | 16,720 | 23 | 17 | 34,131 | 52 | 3,016 | 73 | 12 | | | | | | 35 | | 10 | | 22 |

[1]Represents Fees since the Commencement Date