## EXHIBIT A

**AmerisourceBergen Drug Corporation and Certain of Its Affiliates**

1. AmerisourceBergen Drug Corporation, in its individual capacity and as successor in interest to Bellco Drug Corporation;
2. Integrated Commercialization Solutions, Inc.;
3. American Medical Distributors, Inc.;
4. AmerisourceBergen Corporation;
5. J.M. Blanco, Inc.;
6. MWI Veterinary Supply, Inc.;
7. PharMEDium Services, LLC;
8. H.D. Smith Holdings LLC;
9. H.D. Smith, LLC; and
10. Valley Wholesale Drug Co., LLC

i