# EXHIBIT B

## Relevant Executory Contracts

|   | Contract Description |
|---|---|
| 1 | Continuing Guaranty and Indemnity Agreement executed by Purdue Pharma L.P. in favor of AmerisourceBergen Drug Corporation ("ABDC," and, collectively with related entities, "ABDC Entities"[17]), dated February 3, 2005, as amended, restated, supplemented or modified from time to time |
| 2 | Drug Distribution Service Agreement by and among Purdue Pharma L.P., associated U.S. companies, and certain ABDC Entities, effective as of April 1, 2006 and:<br><br>• extension letter dated December 19, 2012<br><br>• as further amended, restated, supplemented or modified from time to time |
| 3 | Distribution Performance Agreement by and among Purdue Pharma L.P. and certain of its associated U.S. companies, and certain ABDC Entities, effective as of October 1, 2012, and:<br><br>• Amendment to Distribution Performance Agreement effective as of September 30, 2014,<br><br>• Second Amendment to Distribution Performance Agreement effective as of September 30, 2015<br><br>• Third Amendment to Distribution Performance Agreement effective as of September 28, 2018<br><br>• Fourth Amendment to Distribution Performance Agreement effective as of October 1, 2019<br><br>• as further amended, restated, supplemented or modified from time to time |
| 4 | Authorized Distributor Agreement by and among Purdue Pharma L.P. and certain of its associated U.S. companies, and certain ABDC Entities, effective as of October 1, 2012, and:<br><br>• Amendment to Authorized Distributor Agreement effective as of September 30, 2014<br><br>• Second Amendment to Authorized Distributor Agreement effective as of September 30, 2015<br><br>• Third Amendment to Authorized Distributor Agreement effective as of September 1, 2017<br><br>• Fourth Amendment to Authorized Distributor Agreement effective as of October 1, 2019<br><br>• as further amended, restated, supplemented or modified from time to time |

---

[17] In addition to ABDC, the ABDC Entities include the following entities: (1) AmerisourceBergen Corporation in its individual; (2) ABDC as successor in interest to Bellco Drug Corp.; (3) Integrated Commercialization Solutions, Inc.; (4) American Medical Distributors, Inc.; capacity; (5) J.M. Blanco, Inc.; (6) MWI Veterinary Supply, Inc.; (7) PharMEDium Services, LLC; (8) H.D. Smith Holdings LLC; (9) H.D. Smith, LLC; and (10) Valley Wholesale Drug Co., LLC.

|   | **Contract Description** |
|---|---|
| 5 | Logistical Services Agreement by and among Purdue Pharma L.P. and certain of its associated U.S. companies, and certain ABDC Entities, effective as of November 1, 2015, and:<br><br>• Second Amendment to Logistics Services Agreement effective as of October 1, 2019<br><br>• as further amended, restated, supplemented or modified from time to time |
| 6 | Master Distribution Services Agreement between Rhodes Pharmaceuticals LP and certain ABDC Entities, effective as of January 1, 2015, and:<br><br>• PrxO Generics Program Addendum to Master Distribution Services Agreement, effective as of January 1, 2015<br><br>• Addendum to Master Distribution Services Agreement, effective as of January 1, 2015<br><br>• as further amended, restated, supplemented or modified from time to time |
| 7 | Distribution Services Agreement between Rhodes Pharmaceuticals LP and certain ABDC Entities, effective as of March 16, 2015, and:<br><br>• Amendment to Distribution Services Agreement effective as of January 20, 2017<br><br>• modification letter dated January 9, 2017<br><br>• Second Amendment to Distribution Services Agreement effective as of March 16, 2020<br><br>• as further amended, restated, supplemented or modified from time to time |
| 8 | Master Distribution Services Agreement between Rhodes Pharmaceuticals LP and certain ABDC Entities, effective as of January 1, 2018, and:<br><br>• PrxO Generics Program Addendum to Master Distribution Services Agreement effective as of January 1, 201<br><br>• Pharmagen Generics Program Addendum to Master Distribution Services Agreement effective as of January 1, 2018<br><br>• as further amended, restated, supplemented or modified from time to time |
| 9 | Continuing Guaranty and Indemnification Agreement executed by Purdue Pharma L.P. in favor of the ABDC Entities effective as of October 1, 2019 |