Dear Kurt Vonnegut, I have to object
Slapstick
to this hearing to be held on July 7, 2021
I have been added to this legal suit
for Perdue Pharma and to my knowledge
you are my Representative Mr. Vonnegut.

My objects are numerous.
1.) Not recieved a copy of the Plan.
2.) Shareholder List or the response
   Sackler Family.
3.) Voting Ballot

Mr. Eli "Kurt" Vonnegut I recieve
none or nothing at all from you as
a contributor to this Opiod Lawsuit
I now ask for these injuctions and
to be included in all motions civic
otherwise.

Then too the amount for me and
my family is worth discussing, I was
placed in Perdue Pharma's hands and
wish to be notified strictly by yourself.
sir if I am included as I have other
Legal matters I need you in worth
more than 4.275 Billion divided a hundred
different ways. Wimberly, MAGIC, CAPTAIN, miLives

Regards and Thank You —
#110/688        Phillips State Prison