Jeremy W. Ryan, Esq.
R. Stephen McNeill, Esq.
Aaron H. Stulman, Esq.
D. Ryan Slaugh, Esq.
1313 N. Market Street, Sixth Floor
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email:  jryan@potteranderson.com
          rmcneill@potteranderson.com
          astulman@potteranderson.com
          rslaugh@potteranderson.com

*Counsel to Walmart, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**PURDUE PHARMA L.P.,** *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

      I, Jeremy W. Ryan, do hereby certify that on August 2, 2021, I caused a copy of the **Objection of Walmart, Inc. to Debtors' Notice of (A) Executory Contracts and Unexpired Leases to be Assumed by the Debtors Pursuant to the Plan, (B) Cure Amounts, if any, and (C) Related Procedures in Connection Therewith** to be served electronically with the Court and served through

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

Dated:  August 2, 2021               **POTTER ANDERSON & CORROON LLP**

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan, Esq. (Delaware Bar No. 4057)
1313 N. Market Street, Sixth Floor
Wilmington, DE  19801
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:   jryan@potteranderson.com

## SERVICE LIST

| | |
|---|---|
| Marshall S. Huebner, Esq.<br>Benjamin S. Kaminetzky, Esq.<br>Eli J. Vonnegut, Esq.<br>Christopher S. Robertson, Esq.<br>**DAVIS POLK & WARDELL LLP**<br>450 Lexington Avenue<br>New York, NY 10017<br>Email: marshall.huebner@davispolk.com<br>　　　 ben.kaminetzky@davispolk.com<br>　　　 eli.vonnegut@davispolk.com<br>　　　 christopher.robertson@davispolk.com | Arik Preis, Esq.<br>Mitchell P. Hurley, Esq.<br>Sara L. Brauner, Esq.<br>Edan Lisovicz, Esq.<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>New York, NY 10036<br>Email: apreis@akingump.com<br>　　　 mhurley@akingump.com<br>　　　 sbrauner@akingump.com<br>　　　 elisovicz@akingump.com |
| Justin R. Alberto, Esq.<br>**COLE SCHOTZ P.C.**<br>500 Delaware Avenue, Ste 1410<br>Wilmington, DE 19801<br>Email: jalberto@coleschotz.com | Paul K. Schwartzberg, Esq.<br>The Office of the United States Trustee<br>Southern District of New York<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Email: paul.schwartzberg@usdoj.gov |