**REICH REICH & REICH, P.C.**
**Attorneys for Creditor Jane Redwood**
**235 Main Street, Suite 450**
**White Plains, New York 10601**
**(914) 949-2126**
**By: Lawrence R. Reich**
lreich@reichpc.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
**In re:**

        **PURDUE PHARMA L.P.,** *et al.*,

                                          **Debtors.**[1]
-------------------------------------------------------------X

                                                      **Chapter 11**
                                                      **Case No. 19-23649 (RDD)**

                                                      **(Jointly Administered)**

## NOTICE OF APPEARANCE AND REQUEST FOR
## NOTICE PURSUANT TO BANKRUPTCY RULE 9010

      **PLEASE TAKE NOTICE** that the undersigned appear for Jane Redwood, Creditor.

      **REQUEST IS HEREBY MADE,** pursuant to Bankruptcy Rule, that all notices to which Jane Redwood is entitled (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed to the statutory committees or their authorized agents, as such may be duly appointed or designated, and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

to creditors and equity security holders who file with the Court and request that all notices be mailed to them) shall be directed to the undersigned.

**REQUEST IS HEREBY FURTHER MADE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtor or the property of such Debtor's estate.

Dated: White Plains, New York
       August 2, 2021

                                            /s/Lawrence R. Reich
                                            Lawrence R. Reich, Esq.
                                            REICH REICH & REICH, P.C.
                                            Attorneys for Jane Redwood
                                            235 Main Street, Suite 450
                                            White Plains, NY 10601
                                            (914) 949-2126
                                            lreich@reichpc.com

To:    All parties listed on the annexed service list.

SERVICE LIST

United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Anthony D. Boccanfuso, Esq.
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710

Paul E. Breene, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

Chane Buck, Esq.
Jones Day
4655 Executive Drive, Suite 1500
San Diego, CA 92121

Julie Elizabeth Cohen, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan west
New York, NY 10001-8602

Scott I. Davidson, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Timothy E. Graulich, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Marshall Scott Huebner, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Benjamin S. Kaminetzky, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Darren S. Klein, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Anna Kordas, Esq.
Jones Day
250 Vesey Street
New York, NY 10281

James I. McClammy
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

George W. Shuster, Jr., Esq.
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109

Marc Joseph Tobak, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Eli J. Vonnegut, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017