REICH REICH & REICH, P.C.
Attorneys for Creditor Jane Redwood
235 Main Street, Suite 450
White Plains, New York 10601
(914) 949-2126
By: Lawrence R. Reich
lreich@reichpc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    PURDUE PHARMA L.P., *et al.*,

Debtors.[1]

-----------------------------------------------------------------X

Chapter 11
Case No. 19-23649 (RDD)

(Jointly Administered)

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF WESTCHESTER    )SS:

    SAMARA NEAL being sworn says: I am not a party to the action, am over 18 years of age and employed at Reich Reich & Reich, P.C., 235 Main Street, White Plains, New York 10601.

    On August 2, 2021, I served true copies of the annexed Notice of Appearance and Request for Notice Pursuant to Bankruptcy Rule 9010, together with the notice of electronic filing of the foregoing document, by mailing same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressees as indicated on the annexed service list.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

/s/Samara Neal  
SAMARA NEAL

Sworn to before me on  
August 2, 2021

/s/Lawrence R. Reich  
LAWRENCE R. REICH  
Notary Public, State of New York  
No. 02RE8525385  
Qualified in Westchester County  
Commission Expires November 3, 2022

## SERVICE LIST

United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Anthony D. Boccanfuso, Esq.
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710

Paul E. Breene, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

Chane Buck, Esq.
Jones Day
4655 Executive Drive, Suite 1500
San Diego, CA 92121

Julie Elizabeth Cohen, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan west
New York, NY 10001-8602

Scott I. Davidson, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Timothy E. Graulich, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Marshall Scott Huebner, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Benjamin S. Kaminetzky, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Darren S. Klein, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Anna Kordas, Esq.
Jones Day
250 Vesey Street
New York, NY 10281

James I. McClammy
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

George W. Shuster, Jr., Esq.
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109

Marc Joseph Tobak, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Eli J. Vonnegut, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017