ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 836-8000
Facsimile:   (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| **Debtors.** | (Jointly Administered) |

**TWENTY-SECOND MONTHLY FEE STATEMENT OF ARNOLD & PORTER KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2021 THROUGH JUNE 30, 2021**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | June 1, 2021 through June 30, 2021 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $117,227.33[2] |
| Less 20% Holdback | $23,445.47 |
| Total Reimbursement Requested | $0.00 |
| Total Compensation and Reimbursement Requested in this Statement | $93,781.86 |

**This is a(n):** __X__ Monthly Application    ___ Interim Application    ___ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from June 1, 2021 Through June 30, 2021* (this "**Fee Statement**").[3]  By this Fee Statement, A&P seeks (i) compensation in the amount of

---

[2]   This amount reflects a reduction in fees in the amount of $20,687.17 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]   The period from June 1, 2021, through and including June 30, 2021, is referred to herein as the "**Fee Period**."

$93,781.86 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $117,227.33) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### **Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $117,227.33 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $93,781.86.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $819.55.[4]  The blended hourly billing rate of all paraprofessionals is $333.72.[5]

3.      A&P did not incur or disburse any expenses during the Fee Period..

4.      Attached hereto as **Exhibit C** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

**Notice**

5.      A&P will provide notice of this Fee Statement in accordance with the Interim

Compensation Order. A&P submits that no other or further notice be given.


*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $93,781.86, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $117,227.33) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

August 3, 2021                          Respectfully submitted,


By:  _/s/ Rory Greiss_

**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

***Special Counsel to the Debtors***

## Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Miscellaneous - General Advice | 2.90 | $2,620.98 |
| Commercial Contracts Advice | 29.50 | $20,453.98 |
| Project Alive | 7.70 | $6,479.55 |
| Amendment to Shionogi Collaboration | 0.70 | $589.05 |
| Retention and Fee Applications | 29.40 | $18,083.75 |
| Project Montana | 35.40 | $30,553.68 |
| Project Chione | 2.90 | $2,608.22 |
| Government Contracts | 6.40 | $5,735.80 |
| Project Falcon | 34.60 | $30,102.32 |
| **Total[6]** | **149.50** | **$117,227.33** |

---

[6]  This amount reflects a reduction in fees in the amount of $20,687.17 on account of voluntary discounts as described in the Retention Application.

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,000.00 | 2.80 | $2,800.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,420.00 | 2.30 | $3,266.00 |
| Greiss, Rory | Partner | 1981 | 1,215.00 | 26.20 | $31,833.00 |
| Handwerker, Jeffrey L. | Partner | 1995 | 1,195.00 | 4.90 | $5,855.50 |
| Rothman, Eric | Partner | 2008 | 990.00 | 27.40 | $27,126.00 |
| Wootton, Barbara H. | Counsel | 1998 | 1,035.00 | 15.20 | $15,732.00 |
| Clements, Ginger | Associate | 2016 | 815.00 | 12.20 | $9,943.00 |
| Henderson, Danielle | Associate | 2015 | 850.00 | 12.70 | $10,795.00 |
| Joo, Daisy Y. | Associate | 2020 | 595.00 | 1.50 | $892.50 |
| Miljevic, Mina | Associate | 2016 | 815.00 | 1.90 | $1,548.50 |
| Park, Sora | Associate | 2021 | 520.00 | 6.20 | $3,224.00 |
| Young, Dylan | Associate | 2016 | 815.00 | 10.90 | $8,883.50 |
| Zausner, Ethan | Associate | 2017 | 815.00 | 14.40 | $11,736.00 |
| Reddix, Darrell | Legal Assistant | | 405.00 | 10.40 | $4,212.00 |
| Barrett, Steven | Docket Clerk | | 135.00 | 0.50 | $67.50 |
| **Total** | | | | **149.50** | **137,914.50** |
| Less 15% Discount | | | | | ($20,687.17) |
| **Discounted Total** | | | | | **$117,227.33** |
| Less 20% Holdback | | | | | ($23,445.47) |
| **Total Amount Requested Herein** | | | | | **$93,781.86** |

**<u>Exhibit C</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**                                          July 30, 2021
**Attn: Roxana Aleali**                                 Invoice # 30130048
**Associate General Counsel**                          EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00001**

Miscellaneous

1000000570


**For Legal Services Rendered through June 30, 2021**          $          3,083.50

Less Discount:                                                      -462.52

**Fee Total**                                                      2,620.98


**Total Amount Due**                                          $       2,620.98



**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

Or Remit To:             Arnold & Porter Kaye Scholer LLP
                         P.O. Box 759451
                         Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 30, 2021                                                    Invoice # 30130048


**(1049218.00001)**
**Miscellaneous**


**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 06/04/21 | 0.50 | Correspondence with R. Inz and E. Zausner re: sublicense. |
| Ethan Zausner | 06/04/21 | 0.50 | Review, analyze sublicense agreement and related correspondence. |
| Rory Greiss | 06/07/21 | 0.80 | Review, analyze correspondence from R. Inz re agreement (.2); review, anlayze original license agreement provisions (.5); correspond with R. Inz re same (.1). |
| Ethan Zausner | 06/07/21 | 0.30 | Review, analyze sublicense agreement and related emails. |
| Rory Greiss | 06/14/21 | 0.50 | Correspondence with R. Inz and E. Zausner re: preparation for execution of sublicense agreement. |
| Ethan Zausner | 06/14/21 | 0.30 | Finalize draft of sublicense. |
| **Total Hours** | | **2.90** | |


**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 1.80 | 1,215.00 | 2,187.00 |
| Ethan Zausner | 1.10 | 815.00 | 896.50 |
| **TOTAL** | **2.90** | | **3,083.50** |


**Total Current Amount Due**                                    **$2,620.98**

# Arnold&Porter

**Purdue Pharma L.P.**                                                July 30, 2021
**Attn: Maria Barton**                                          Invoice # 30130049
**General Counsel**                                              EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through June 30, 2021** | $ | 24,063.50 |
| Discount: | | -3,609.52 |
| **Fee Total** | | **20,453.98** |
| **Total Amount Due** | $ | **20,453.98** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**              Arnold & Porter Kaye Scholer LLP
                              P.O. Box 759451
                              Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 30, 2021                                                                 Invoice # 30130049

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Mina Miljevic | 06/08/21 | 0.60 | Revise Product Schedule to API Supply Agreement. |
| Mina Miljevic | 06/21/21 | 1.30 | Review, analyze API supply agreement. |
| Rory Greiss | 06/25/21 | 0.80 | Correspondence with E. Rothman re: supply agreement review and comparison with template developed by L. Edwards. |
| Rory Greiss | 06/28/21 | 0.50 | Correspondence and calls with E. Rothman re: supply agreement issues. |
| Eric Rothman | 06/28/21 | 1.60 | Revise supply agreement form (1.2); correspond with client re same (.4). |
| Eric Rothman | 06/28/21 | 1.10 | Teleconference with Purdue to discuss CMO Agreement. |
| Ethan Zausner | 06/28/21 | 4.90 | Review, anaylze form supply agreements (4.7); teleconference with E. Rothman re: the same (.2). |
| Sora Park | 06/28/21 | 2.80 | Call with clients re: revisions to Aji Bio supply agreement (1.1); review, analyze supply agreement comments to prepare issues list for discussion (1.7). |
| Eric Rothman | 06/29/21 | 1.00 | Teleconference with client and DPW to discuss supply agreement arrangements. |
| Eric Rothman | 06/29/21 | 1.30 | Review, comment and drafting work on supply agreement arrangement term sheet. |
| Ethan Zausner | 06/29/21 | 5.80 | Review, revise supply agreement arrangement term sheet (5.1); call with client and DPW re same (.7). |
| Sora Park | 06/29/21 | 2.20 | Further review, analyze supply agreement comments to prepare issues list for discussion. |
| Eric Rothman | 06/30/21 | 1.30 | Review, comment and drafting work on supply agreement arrangement term sheet. |
| Eric Rothman | 06/30/21 | 1.30 | Review, comment and drafting work on separate supply agreement arrangement term sheet. |
| Ethan Zausner | 06/30/21 | 1.80 | Teleconference with Purdue to discuss term sheet (.8); review, revise updated term sheet (1.0). |
| Sora Park | 06/30/21 | 1.20 | Review, analyze supply agreement comments and compiling issues list for discussion (1.0); correspond with E. Rothman re: the issues list (.2). |

**Total Hours**                              **29.50**

July 30, 2021                                                                 Invoice # 30130049

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|------:|-----:|------:|
| Rory Greiss | 1.30 | 1,215.00 | 1,579.50 |
| Eric Rothman | 7.60 | 990.00 | 7,524.00 |
| Mina Miljevic | 1.90 | 815.00 | 1,548.50 |
| Sora Park | 6.20 | 520.00 | 3,224.00 |
| Ethan Zausner | 12.50 | 815.00 | 10,187.50 |
| **TOTAL** | **29.50** | | **24,063.50** |

**Total Current Amount Due**                                          **$20,453.98**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

July 30, 2021
Invoice # 30130050
EIN 53-0208605

**Client/Matter # 1049218.00134**

Project Alive

20180002128

| | | |
|---|---|---|
| **For Legal Services Rendered through June 30, 2021** | $ | 7,623.00 |
| Discount: | | -1,143.45 |
| **Fee Total** | | 6,479.55 |
| **Total Amount Due** | $ | **6,479.55** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 759451 |
| | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 30, 2021

**(1049218.00134)**
**Project Alive**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 06/07/21 | 0.50 | Teleconference with K. McCarthy and other members of Purdue team to discuss latest on Alive option. |
| Eric Rothman | 06/07/21 | 1.20 | Correspond with Purdue team re Alive option. |
| Eric Rothman | 06/08/21 | 0.50 | Teleconference debrief with Purdue team to discuss Alive option with Purdue team. |
| Eric Rothman | 06/08/21 | 0.60 | Teleconference with K. McCarthy to discuss Alive option letter. |
| Eric Rothman | 06/08/21 | 1.30 | Revise draft of Alive option letter. |
| Eric Rothman | 06/14/21 | 1.10 | Teleconference with K. McCarthy to discuss Alive option letter. |
| Eric Rothman | 06/14/21 | 1.30 | Further revise draft of Alive option letter. |
| Eric Rothman | 06/22/21 | 0.60 | Teleconference with Purdue to discuss Alive option letter. |
| Eric Rothman | 06/25/21 | 0.60 | Teleconference with Purdue to discuss Alive option letter. |

**Total Hours** **7.70**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Eric Rothman | 7.70 | 990.00 | 7,623.00 |
| **TOTAL** | **7.70** | | **7,623.00** |

**Total Current Amount Due** **$6,479.55**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

July 30, 2021
Invoice # 30130051
EIN 53-0208605

**Client/Matter # 1049218.00144**

Amendment to Shionogi Collaboration

20190002605

| | | |
|---|---|---|
| **For Legal Services Rendered through June 30, 2021** | $ | 693.00 |
| Discount: | | -103.95 |
| **Fee Total** | | **589.05** |
| **Total Amount Due** | $ | **589.05** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**        Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 30, 2021

**(1049218.00144)**
**Amendment to Shionogi Collaboration**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 06/22/21 | 0.70 | Correspond with Purdue team re Amendment to Collaboration Agreement. |
| **Total Hours** | | **0.70** | |

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|--|-------|------|-------|
| **Partner** | | | | |
| Eric Rothman | | 0.70 | 990.00 | 693.00 |
| | **Subtotal:** | **0.70** | | **693.00** |
| **TOTAL** | | **0.70** | | **693.00** |

**Total Current Amount Due**                                              **$589.05**

# Arnold&Porter

**Purdue Pharma L.P.**                                             July 30, 2021
**Attn: Roxana Aleali**                                      Invoice # 30130052
**Associate General Counsel**                                  EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through June 30, 2021** | $ | 21,275.00 |
| Discount: | | -3,191.25 |
| **Fee Total** | | **18,083.75** |
| **Total Amount Due** | $ | **18,083.75** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 759451
                          Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 30, 2021

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 06/03/21 | 0.80 | Review, analyze May prebills and correct as appropriate. |
| Rosa J. Evergreen | 06/04/21 | 0.10 | Correspond with R. Greiss re fee application. |
| Ginger Clements | 06/07/21 | 0.10 | Review, analyze correspondence from R. Greiss re invoices. |
| Rosa J. Evergreen | 06/07/21 | 0.10 | Review, analyze R. Greiss correspondence re May application. |
| Rory Greiss | 06/10/21 | 0.50 | Review, comment Purdue comments on May entries. |
| Ginger Clements | 06/10/21 | 0.10 | Review, analyze correspondence with D. Reddix re invoices. |
| Rosa J. Evergreen | 06/10/21 | 0.30 | Correspond with R. Greiss re April statement (.1); review, analyze May statement (.2). |
| Rory Greiss | 06/11/21 | 0.50 | Review, revise May prebills. |
| Rosa J. Evergreen | 06/11/21 | 0.10 | Review R. Greiss correspondence re fee application. |
| Darrell B. Reddix | 06/11/21 | 2.20 | Prepare Twenty-first monthly fee report including exhibits. |
| Ginger Clements | 06/14/21 | 0.10 | Correspond with A&P team re invoices. |
| Darrell B. Reddix | 06/14/21 | 0.20 | Correspond with A&P team re monthly fee report. |
| Ginger Clements | 06/15/21 | 1.10 | Review, analyze invoices (.6); correspond with R. Evergreen, D. Reddix re interim fee application (.5). |
| Rosa J. Evergreen | 06/15/21 | 0.30 | Correspond with R. Greiss re May report (.1); correspond with G. Clements re fee application (.2). |
| Darrell B. Reddix | 06/15/21 | 0.50 | Correspond with A&P team re monthly fee report. |
| Rory Greiss | 06/16/21 | 0.50 | Review draft Monthly Statement for May (.4); correspondence with D. Reddix re: same (.1). |
| Rosa J. Evergreen | 06/16/21 | 0.30 | Correspond with R. Greiss re fee application (.1); review and comment on application (.2). |
| Darrell B. Reddix | 06/16/21 | 2.10 | Prepare Twenty-first monthly fee report including exhibits. |
| Ginger Clements | 06/17/21 | 0.20 | Review, analyze correspondence with A&P team re monthly fee statement. |
| Rosa J. Evergreen | 06/17/21 | 0.10 | Review, analyze monthly fee statement. |
| Darrell B. Reddix | 06/17/21 | 0.20 | Prepare Twenty-first monthly fee report including exhibits. |
| Ginger Clements | 06/18/21 | 0.10 | Review, analyze correspondence with A&P team re monthly fee statement. |
| Steven Barrett | 06/21/21 | 0.50 | E-Filing of the 21st Monthly Fee Statement in the USBC SDNY. |
| Ginger Clements | 06/21/21 | 0.20 | Review, analyze correspondence with A&P team re filing of monthly fee statement. |
| Rosa J. Evergreen | 06/21/21 | 0.10 | Correspond with D. Reddix re fee application. |
| Darrell B. Reddix | 06/21/21 | 0.60 | Finalize Twenty-first monthly fee report for filing and service. |
| Ginger Clements | 06/22/21 | 2.30 | Draft fifth interim fee application. |
| Rosa J. Evergreen | 06/22/21 | 0.20 | Correspond with G. Clements and D. Reddix re fee application (.1); review email from Davis Polk re fifth interim fee applications (.1). |
| Ginger Clements | 06/23/21 | 2.80 | Further draft fifth interim fee application. |
| Darrell B. Reddix | 06/23/21 | 0.20 | Review Fee Examiner draft order to confirm approval amounts. |
| Ginger Clements | 06/24/21 | 3.30 | Further draft fifth interim fee application (2.8); correspond with A&P team re same (.3); telephone conference with D. Reddix re same (.2). |
| Rosa J. Evergreen | 06/24/21 | 0.20 | Correspond with G. Clements re fee application. |

July 30, 2021                                                                    Invoice # 30130052

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Darrell B. Reddix | 06/24/21 | 0.70 | Teleconference with G. Clements re Fifth Interim Fee Application (.4); review, analyze Fifth Interim Fee application (.3). |
| Rory Greiss | 06/25/21 | 0.80 | Review and comment on Fifth Interim Fee Application. |
| Ginger Clements | 06/25/21 | 1.90 | Review, analyze fifth interim fee application (.6); correspond with A&P team re same (.6); telephone conference with D. Reddix re same (.5); review comments to same (.2). |
| Rosa J. Evergreen | 06/25/21 | 0.60 | Correspond with D. Reddix and G. Clements re fee application (.2); review and comment on fee application (.4). |
| Darrell B. Reddix | 06/25/21 | 3.50 | Teleconferences with G. Clements and accounting re Fifth Interim Fee Application (1.8); correspond with A&P team re same (1.1); review, revise Fifth Interim Fee application (.6). |
| Rosa J. Evergreen | 06/28/21 | 0.20 | Correspond with R. Greiss re interim fee application. |
| Rosa J. Evergreen | 06/29/21 | 0.10 | Correspond with R. Greiss re fee application. |
| Rory Greiss | 06/30/21 | 0.40 | Correspondence with R. Evergreen regarding 5th Interim Fee Application footnotes. |
| Rosa J. Evergreen | 06/30/21 | 0.10 | Correspond with R. Greiss re interim application. |
| Darrell B. Reddix | 06/30/21 | 0.20 | Review, revise Fifth Interim Fee application. |
| **Total Hours** | | **29.40** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 2.80 | 1,000.00 | 2,800.00 |
| Rory Greiss | 3.50 | 1,215.00 | 4,252.50 |
| Ginger Clements | 12.20 | 815.00 | 9,943.00 |
| Steven Barrett | 0.50 | 135.00 | 67.50 |
| Darrell B. Reddix | 10.40 | 405.00 | 4,212.00 |
| **TOTAL** | **29.40** | | **21,275.00** |

**Total Current Amount Due**                                              $18,083.75

# Arnold&Porter

**Purdue Pharma L.P.**                                                  July 30, 2021
**Attn: Roxana Aleali**                                           Invoice # 30130053
**Associate General Counsel**                                      EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00152**

Project Montana

20210003079

**For Legal Services Rendered through June 30, 2021**                    **35,945.50**

 Discount:                                                              -5,391.82

**Fee Total**                                                            **30,553.68**

**Total Amount Due**                                    $              **30,553.68**

**Wire Transfer Instructions:**

|                    |                              |
|--------------------|------------------------------|
| Account Name:      | Arnold & Porter Kaye Scholer LLP |
| Bank Info:         | Wells Fargo Bank NA          |
|                    | 420 Montgomery Street        |
|                    | San Francisco, CA  94104     |
| Account Number:    | 4127865475                   |
| ABA Number:        | 121000248 (ACH and wires)    |
| Swift Code:        | WFBIUS6S                      |

**Or Remit To:**                          Arnold & Porter Kaye Scholer LLP
                                           P.O. Box 759451
                                           Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 30, 2021

Invoice # 30130053

**(1049218.00152)**
Project Montana


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 06/24/21 | 2.30 | Review, analyze correspondence from Z. Haseeb re: sale of certain oncology assets (.3); review, analyze latest draft of term sheet (.4); videoconference with R. Aleali, Z. Haseeb, K. McCarthy, E. Rothman re: preparing asset purchase agreement for transaction (1.0); call with E. Rothman re: precedent to use and other issues (.6). |
| Eric Rothman | 06/24/21 | 1.00 | Teleconference with A&P team to discuss APA. |
| Eric Rothman | 06/24/21 | 1.40 | Review, analyze precedent document (.8); teleconference with R. Greiss re same (.6). |
| Danielle A. Henderson | 06/24/21 | 2.20 | Teleconference with A&P team on Project Montana (.2); review, anaylze deal documents (1.0); prepare initial Montana APA (1.0). |
| Danielle A. Henderson | 06/25/21 | 4.50 | Draft asset purchase agreement (4.0); draft assignment agreement (.5). |
| Rory Greiss | 06/27/21 | 2.10 | Review, analyze draft asset purchase agreement re: certain oncology assets to be sold. |
| Rory Greiss | 06/28/21 | 2.40 | Review, analyze draft of agreement for sale of oncology assets (1.6); correspondence with E. Rothman and D. Henderson re: comments and revisions to be made (.8). |
| Eric Rothman | 06/28/21 | 2.90 | Review, comment on Project Montana APA (1.7); correspond with A&P team re same (1.2). |
| Danielle A. Henderson | 06/28/21 | 2.50 | Revise initial draft of APA. |
| Rory Greiss | 06/29/21 | 4.20 | Finalize draft of asset purchase agreement to send to Purdue team with E. Rothman and D. Henderson (3.2); videoconference with K. McCarthy, R. Aleali; E. Rothman, D. Hendson, Z. Haseeb re same (.6); correspondence with same re same (.4). |
| Eric Rothman | 06/29/21 | 3.20 | Teleconference with R. Greiss, K. McCarthy, R. Aleali, D. Henderson, and Z. Haseeb to discuss Project Montana (.6); correspond with same re same (1.1); review, comment on draft APA (1.5). |
| Danielle A. Henderson | 06/29/21 | 3.50 | Revise and finalize initial draft of APA (2.9); teleconference with R. Greiss, E. Rothman, K. McCarthy, R. Aleali, and Z. Haseeb re same (.6). |
| Rory Greiss | 06/30/21 | 0.90 | Review, analyze correspondence from Purdue team regarding questions on draft agreement (.6); correspondence re: videoconference for Thursday to review draft (.3). |
| Eric Rothman | 06/30/21 | 1.10 | Teleconference with K. McCarthy, R. Aleali, Z. Haseeb and others to discuss Project Montana. |
| Eric Rothman | 06/30/21 | 1.20 | Emails with internal team and Purdue team related to Project Montana. |

**Total Hours**            **35.40**

Page 1

July 30, 2021                                                            Invoice # 30130053

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Rory Greiss | 11.90 | 1,215.00 | 14,458.50 |
| Eric Rothman | 10.80 | 990.00 | 10,692.00 |
| **Subtotal:** | **22.70** | | **25,150.50** |
| **Associate** | | | |
| Danielle A. Henderson | 12.70 | 850.00 | 10,795.00 |
| **Subtotal:** | **12.70** | | **10,795.00** |
| **TOTAL** | **35.40** | | **35,945.50** |

**Total Current Amount Due**                                        **$30,553.68**

# Arnold&Porter

**Purdue Pharma L.P.**                                          July 30, 2021
**Attn: Roxana Aleali**                                    Invoice # 30130054
**Associate General Counsel**                                EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**


**Client/Matter # 1049218.00154**

Project Chione

20210003087


| | | |
|---|---|---|
| **For Legal Services Rendered through June 30, 2021** | $ | **3,068.50** |
| Discount: | | -460.28 |
| **Fee Total** | | **2,608.22** |
| **Total Amount Due** | $ | **2,608.22** |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**            Arnold & Porter Kaye Scholer LLP
                            P.O. Box 759451
                            Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 30, 2021

Invoice # 30130054

**(1049218.00154)**
**Project Chione**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 06/08/21 | 1.10 | Prepare for conference with Purdue team to discuss proposed revisions to term sheet (.2); conference with G. Misra, Z. Haseeb, K. McCarthy, E. Rothman and E. Zausner (.6); review revised term sheet (.3). |
| Eric Rothman | 06/08/21 | 0.60 | Teleconference with Purdue Team to discuss term sheet. |
| Ethan Zausner | 06/08/21 | 0.80 | Teleconference (partial) with client to discuss term sheet (.4); review, revise term sheet (.4). |
| Rory Greiss | 06/11/21 | 0.40 | Correspondence with Z. Haseeb and E. Zausner re: term sheet. |

**Total Hours**                 **2.90**

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|--|-------|------|-------|
| **Partner** | | | | |
| Rory Greiss | | 1.50 | 1,215.00 | 1,822.50 |
| Eric Rothman | | 0.60 | 990.00 | 594.00 |
| | Subtotal: | **2.10** | | **2,416.50** |
| **Associate** | | | | |
| Ethan Zausner | | 0.80 | 815.00 | 652.00 |
| | Subtotal: | **0.80** | | **652.00** |
| | **TOTAL** | **2.90** | | **3,068.50** |

**Total Current Amount Due**                                  **$2,608.22**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

July 30, 2021
Invoice # 30130055
EIN 53-0208605

**Client/Matter # 1049218.00155**

Government Contracts

20210003110

| | |
|---|---|
| **For Legal Services Rendered through June 30, 2021** | **6,748.00** |
| Discount: | -1,012.20 |
| **Fee Total** | **5,735.80** |
| **Total Amount Due**                                      $ | **5,735.80** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**     Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 30, 2021                                                                  Invoice # 30130055

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Jeffrey L. Handwerker | 06/07/21 | 0.80 | Prepare for and participate in call with Purdue team re: next steps (.5); review, revise chart re: same (.3). |
| Jeffrey L. Handwerker | 06/08/21 | 0.50 | Review SAMS matter and draft response re: same. |
| Daisy Y. Joo | 06/08/21 | 0.10 | Review and update client government contracts tracking chart. |
| Jeffrey L. Handwerker | 06/10/21 | 0.50 | Call with K. McCarthy and team re: VA strategy. |
| Jeffrey L. Handwerker | 06/11/21 | 0.50 | Call with CMS/HHS re: transition of agreements. |
| Daisy Y. Joo | 06/11/21 | 0.80 | Coordinate and attend meeting with HHS office of general counsel and the Coverage Gap Discount Program group at CMS (.5); update government contracts tracker and draft client summary (.3). |
| Jeffrey L. Handwerker | 06/14/21 | 0.50 | Participate in status update call with Purdue team (.3); review, comment on draft DOD communication (.2). |
| Jeffrey L. Handwerker | 06/16/21 | 1.00 | Prepare for and participate in calls with VA and CMS re: transfer of contracts. |
| Daisy Y. Joo | 06/16/21 | 0.60 | Coordinate and attend meeting with HHS office of general counsel and Medicare rebate group at CMS. |
| Jeffrey L. Handwerker | 06/17/21 | 0.30 | Call with K. McCarthy re: CMS. |
| Jeffrey L. Handwerker | 06/21/21 | 0.50 | Participate in weekly update call with Purdue team. |
| Jeffrey L. Handwerker | 06/23/21 | 0.30 | Review, comment re draft DUNS email (.1); review, comment re VA issue email (.2). |

**Total Hours**                              **6.40**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Jeffrey L. Handwerker | 4.90 | 1,195.00 | 5,855.50 |
| Subtotal: | **4.90** | | **5,855.50** |
| **Associate** | | | |
| Daisy Y. Joo | 1.50 | 595.00 | 892.50 |
| Subtotal: | **1.50** | | **892.50** |
| **TOTAL** | **6.40** | | **6,748.00** |

**Total Current Amount Due**                                           $5,735.80

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

July 30, 2021
Invoice # 30130056
EIN 53-0208605

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | |
|---|---:|
| **For Legal Services Rendered through June 30, 2021** | **35,414.50** |
| Discount: | -5,312.18 |
| **Fee Total** | **30,102.32** |
| **Total Amount Due**                     $ | **30,102.32** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

July 30, 2021                                                                              Invoice # 30130056


**(1049218.00157)**
**Project Falcon**


**Legal Services**:


| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 06/03/21 | 1.10 | Review, analyze project materials (.8); correspondence with D. Feinstein re same (.3). |
| Deborah L. Feinstein | 06/03/21 | 0.10 | Review, analyze email re: document hold. |
| Barbara H. Wootton | 06/03/21 | 0.90 | Analysis of project (.3); review and analysis of current document hold scope sufficiency (.3); email with D. Feinstein re same (.3). |
| Deborah L. Feinstein | 06/04/21 | 0.10 | Review, analyze draft email to client re: hold. |
| Barbara H. Wootton | 06/04/21 | 2.30 | Review, analyze project materials (1.6); draft language for document retention hold re same (.7). |
| Rory Greiss | 06/08/21 | 0.80 | Conference call with Purdue Team, D. Feinstein, and B. Wootten re project (.7); correspond with D. Feinstein re same (.1). |
| Deborah L. Feinstein | 06/08/21 | 0.70 | Call with client re project. |
| Barbara H. Wootton | 06/08/21 | 0.50 | Telephone conference (partial) with Purdue Team, R. Greiss, and D. Feinstein re Project planning. |
| Rory Greiss | 06/09/21 | 0.70 | Review, analyze draft agreement drafted by B. Wootten. |
| Deborah L. Feinstein | 06/09/21 | 0.30 | Call with client re project. |
| Barbara H. Wootton | 06/09/21 | 0.40 | Prepare draft agreement. |
| Rory Greiss | 06/10/21 | 0.50 | Review, analyze proposed email from D. Feinstein to Client. |
| Deborah L. Feinstein | 06/10/21 | 0.20 | Call with co-counsel re project. |
| Barbara H. Wootton | 06/10/21 | 0.20 | Telephone conference with M. Heeley and D. Feinstein re request. |
| Rory Greiss | 06/11/21 | 0.50 | Correspondence with D. Feinstein re: budget and other matters. |
| Rory Greiss | 06/14/21 | 0.50 | Review, analyze correspondence re: D. Feinstein and B. Wooten call with agency. |
| Deborah L. Feinstein | 06/14/21 | 0.60 | Call with agency (.5); prepare notes re same (.1). |
| Barbara H. Wootton | 06/14/21 | 1.30 | Telephone conference with agency (.5); correspond with D. Feinstein re same (.2); draft summary email to client re same and next steps (.6). |
| Rory Greiss | 06/15/21 | 0.40 | Correspondence with A&P team re: next steps and Thursday conference call. |
| Rory Greiss | 06/17/21 | 1.20 | Review, analyze R. Kreppel correspondence and request in preparation for conference call (.4); conference call with Purdue Team, B. Wootten, D. Young re: collection initial documents (.8). |
| Barbara H. Wootton | 06/17/21 | 1.80 | Review, analyze proposed draft talking points for Board (.5); prepare for and participate in telephone conference with Purdue Team, R. Greiss, and D. Young re identification of specifications for early response and custodian identification (1.0); correspond with D. Young re same (.3). |
| Dylan S. Young | 06/17/21 | 2.50 | Review, analyze background material (.5); correspond with B. Wooton re same (.3); participate in conference call with client on matter status (1.0); record notes of the same (.7). |
| Barbara H. Wootton | 06/18/21 | 0.20 | Email with Purdue Team re approach to proposed responses. |
| Dylan S. Young | 06/18/21 | 0.20 | Review, analyze documents re settlements from client. |
| Deborah L. Feinstein | 06/21/21 | 0.10 | Emails re: next steps. |

Page 1

July 30, 2021                                                                    Invoice # 30130056

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Barbara H. Wootton | 06/21/21 | 0.90 | Review materials provided by client and analysis re sufficiency (.3); draft email to D. Feinstein re status and next steps (.3); email with D. Young (.3). |
| Dylan S. Young | 06/21/21 | 0.30 | Review and discuss materials provided by client for responsiveness. |
| Barbara H. Wootton | 06/22/21 | 1.40 | Analysis of materials re responsiveness and potential custodians (.6); email and phone call with D. Young re preparation of materials for submission and custodians (.4); email with Purdue Team re follow up on same (.4). |
| Dylan S. Young | 06/22/21 | 1.10 | Correspond with B. Wooton re data responses and potential custodian list (.4); prepare same (.7). |
| Barbara H. Wootton | 06/23/21 | 1.00 | Correspond with D. Young re preparation of materials for production (.5); email with D. Feinstein re status (.2); analysis and email with Purdue Team, and D. Young re confidentiality (.2); review and revise transmittal letter (.1). |
| Dylan S. Young | 06/23/21 | 2.50 | Prepare initial production of materials. |
| Rory Greiss | 06/24/21 | 0.50 | Correspondence with B. Wootton re: document production. |
| Barbara H. Wootton | 06/24/21 | 1.60 | Teleconference with Purdue Team and D. Young re project status and next steps (.5); correpond with D. Young re same (.3); correspond with R. Greiss and D. Feinstein re status (.4); revise transmittal letter and email and FTP submission of documents (.2); follow up with team (.2). |
| Dylan S. Young | 06/24/21 | 1.30 | Teleconference with B. Wootton and Purdue Team, re custodians and document production (.5); prepare materials for production (.8). |
| Deborah L. Feinstein | 06/25/21 | 0.20 | Call with agency. |
| Barbara H. Wootton | 06/25/21 | 0.40 | Telephone call with agency re project compliance (.2); call with D. Feinstein re same (.1); correspond with Purdue Team re same (.1). |
| Barbara H. Wootton | 06/29/21 | 0.80 | Telconference with Purdue re background (.7); correspond with D. Young re same (.1). |
| Dylan S. Young | 06/29/21 | 1.90 | Teleconference with Purdue and B. Wootton re market landscape (.7); review, analyze other background information (.6); draft summary (.6). |
| Barbara H. Wootton | 06/30/21 | 1.50 | Prepare for and participate in conference with Purdue Team (1.0); telephone call with counsel re questions (.4); correspond with Purdue Team re same (.1). |
| Dylan S. Young | 06/30/21 | 1.10 | Participate in conference call with Purdue Team and B. Wootton re custodians, ediscovery resources, and historical collections. |

**Total Hours**                        **34.60**

July 30, 2021                                                                                    Invoice # 30130056

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Deborah L. Feinstein | 2.30 | 1,420.00 | 3,266.00 |
| Rory Greiss | 6.20 | 1,215.00 | 7,533.00 |
| Subtotal: | **8.50** | | **10,799.00** |
| **Counsel** | | | |
| Barbara H. Wootton | 15.20 | 1,035.00 | 15,732.00 |
| Subtotal: | **15.20** | | **15,732.00** |
| **Associate** | | | |
| Dylan S. Young | 10.90 | 815.00 | 8,883.50 |
| Subtotal: | **10.90** | | **8,883.50** |
| **TOTAL** | **34.60** | | **35,414.50** |

**Total Current Amount Due**                                                    **$30,102.32**