Alissa M. Nann
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, New York 10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
E-mail: anann@foley.com

Geoffrey S. Goodman (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Telephone: 312-832-4500
Facsimile: 312-832-4700
Email: ggoodman@foley.com

*Counsel for CVS Caremark Part D Services, L.L.C. CaremarkPCS Health, L.L.C., CVS Pharmacy, Inc. and various related entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | |
| Debtors.[1] | Case No. 19-23649 (RDD) |
| | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

4832-1359-1028.1

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned chapter 11 cases as counsel to *Alabama CVS Pharmacy, L.L.C.; Arizona CVS Stores, L.L.C.; Arkansas CVS Pharmacy, L.L.C.; CVS Albany, L.L.C.; CVS Health Solutions LLC; CVS Health Welfare Benefit Plan; CVS Health, Corporation; CVS Indiana, L.L.C.; CVS Orlando, FL Distribution, L.L.C.; CVS PA Distribution, L.L.C.; CVS RS Arizona, L.L.C.;CVS Rx Services, Inc.; CVS TN Distribution, L.L.C.; CVS Vero Florida Distribution, L.L.C.; Georgia CVS Pharmacy, L.L.C.; German Dobson CVS, L.L.C.; Highland Park CVS L.L.C.; Holiday CVS L.L.C.; Kentucky CVS Pharmacy, L.L.C.; Louisiana CVS Pharmacy, L.L.C.; Maryland CVS Pharmacy, L.L.C.; Mississippi CVS Pharmacy, L.L.C.; Missouri CVS Pharmacy, L.L.C.; Montana CVS Pharmacy, LLC; New Jersey CVS Pharmacy, LLC; Ohio CVS Stores, L.L.C.; Oklahoma CVS Pharmacy, L.L.C.; Pennsylvania CVS Pharmacy, L.L.C.; Puerto Rico CVS Pharmacy, L.L.C.; South Carolina CVS Pharmacy, L.L.C.; Tennessee CVS Pharmacy, L.L.C.; Virginia CVS Pharmacy, L.L.C.; West Virginia CVS Pharmacy, L.L.C.; Woodward Detroit CVS, L.L.C.; Caremark Repack, L.L.C.; Caremark Rx, L.L.C.; Caremark Texas Mail Pharmacy, L.L.C.; Caremark, L.L.C.; Coram Healthcare Corporation of Greater New York; Home Care Pharmacy, L.L.C.; Interlock Pharmacy Systems, L.L.C.; Longs Drug Stores California, L.L.C.; NeighborCare Pharmacy Services, Inc.; Omnicare Distribution Center, L.L.C.; Omnicare of New York, L.L.C.; Omnicare Pharmacy of the Midwest, L.L.C.; Omnicare, Inc.; and CaremarkPCS, L.L.C.* (collectively, "CVS"),[2] and pursuant to rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section § 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), respectfully request that all

---

[2] The undersigned have already filed notices of appearance [D.I. 2992 and 3245] for the following: CVS Caremark Part D Services, L.L.C., CaremarkPCS Health, L.L.C., CVS Pharmacy, Inc.

4832-1359-1028.1

notices, pleadings and other papers served or required to be served in these proceedings, be served upon:

| | |
|---|---|
| Alissa M. Nann, Esq.<br>**FOLEY & LARDNER LLP**<br>90 Park Avenue<br>New York, New York 10016<br>Telephone: (212) 682-7474<br>Facsimile: (713) 276-6727<br>E-mail: anann@foley.com | Geoffrey S. Goodman (admitted *pro hac vice*)<br>**FOLEY & LARDNER LLP**<br>321 N. Clark Street, Suite 3000<br>Chicago, IL 60654<br>Telephone: 312-832-4500<br>Facsimile: 312-832-4700<br>Email: ggoodman@foley.com |

**PLEASE TAKE FURHTER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notice (the "Notice") shall not be deemed or construed to be a waiver of the rights of CVS (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to demand formal service of process on CVS in accordance the Federal Rules of Bankruptcy Procedure and/or Federal Rules of Civil Procedure, or (v) to assert any other rights, claims, actions, setoffs, or recoupments to which CVS is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

New York, New York
Dated: August 3, 2021

Respectfully submitted,

*/s/ Alissa M. Nann*
Alissa M. Nann, Esq.
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
E-mail: anann@foley.com
Telephone: (212) 682-7474
Facsimile: (713) 276-6727

-and-

Geoffrey S. Goodman (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Telephone: 312-832-4500
Facsimile: 312-832-4700
Email: ggoodman@foley.com

*Counsel for CVS Caremark Part D Services, L.L.C. CaremarkPCS Health, L.L.C., CVS Pharmacy, Inc. and various related entities*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served on this, the 3rd day of August, 2021 on all parties entitled to receive service through the Court's ECF system.

                                                  /s/ Alissa M. Nann
                                                  Alissa M. Nann