**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re: PURDUE PHARMA, L.P., et al.,                              Case No.: 19-23649 (RDD)

                                                                      Chapter 11

                                       Debtors                      (Jointly Adminstered)
---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of <u>John R. Knapp, Jr.</u> to be admitted, ***pro hac vice***, to represent <u>AndersonBrecon, Inc.</u> (the "Client") _____ in the above referenced ☒ cases ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Washington</u> and the bar of the U.S. District Court for the <u>Western</u> District of <u>Washington</u>, it is hereby

      **ORDERED**, that <u>John R. Knapp, Jr.</u>, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ cases ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       August 3, 2021

                                                                      */s/ Robert D. Drain*
                                                                   UNITED STATES BANKRUPTCY JUDGE