**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | ) Case No. 19-23649 (RDD) |
| , | ) |
| Debtors. | ) Jointly Administered |

**ORDER GRANTING LUCIAN B. MURLEY ADMISSION**
**TO PRACTICE *PRO HAC VICE***

Upon the motion of Lucian B. Murley to be admitted, ***pro hac vice***, to represent Cigna Health and Life Insurance Company (the "Client") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the Bars of the Commonwealth of Pennsylvania and the States of Delaware and New Jersey, and the bar of the U.S. District Court for the District of Delaware, it is hereby

**ORDERED**, that Lucian B. Murley, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  August 3, 2021
        White Plains, New York

                                                    /s/ Robert D. Drain
                                                    ROBERT D. DRAIN
                                                    UNITED STATES BANKRUPTCY JUDGE

38802722.2 8/3/21