Michele Puiggari (NM Bar NO. 3870)
3801 Milwaukee Ct.
Missoula. MT 59808
505-690-4052
Email: michele@mpuiggari.com

*Attorney for Independent Emergency Room Physician*
*Dr. Michael Masiowski*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| Debtors. | : | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

TO: **THE HONORABLE ROBERT D. DRAIN,**
**UNITED STATES BANKRUPTCY JUDGE:**

I, Michele Puiggari, request admission, pro hac vice, before the Honorable Robert D. Drain, to represent, Dr. Michael Masiowski, Independent Emergency Room Physicians, a creditor in the above referenced case.

I certify that I am a member in good standing of the New Mexico Bar.

I have submitted the fielding fee of $200.00 with this motion for pro hac vice admission.

Dated: August 2, 2021

/s/ *Michele Puiggari*
Michele Puiggari
3801 Milwaukee Ct.
Missoula, MT 59808
Tel: 505-690-4052
Email: michele@mpuiggari.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :
In re                                                         :    Chapter 11
                                                              :
PURDUE PHARMA L.P., *et al.*,                                 :    Case No. 19-23649 (RDD)
                                                              :
                                             Debtors.         :    Jointly Administered
                                                              :
------------------------------------------------------------- x

# ORDER GRANTING MICHELE PUIGGARI ADMISSION
## TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michele Puiggari Esquire, to be admitted, ***pro hac vice***, to represent Dr. Michael Masiowski, Independent Emergency Room Physician (the "Client"), a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the Bar of New Mexico, it is hereby

**ORDERED**, that Michele Puiggari, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2021

_____, New York

 

                                                                _____
                                                                ROBERT D. DRAIN
                                                                UNITED STATES BANKRUPTCY JUDGE