UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| Debtors. | : | Jointly Administered |

# ORDER GRANTING MICHELE PUIGGARI ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michele Puiggari to be admitted, ***pro hac vice***, to represent Dr. Michael Masiowski, Independent Emergency Room Physician (the "Client") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the Bar of New Mexico, it is hereby

**ORDERED**, that Michele Puiggari, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
August 4, 2021

*/s/Robert D. Drain*
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE