**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- x

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------------------- x

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Civil Rule 1.3 and Local Rule 2090-1 of the United States Bankruptcy Court for the Southern District of New York, I, Paul M. Singer, request admission, ***pro hac vice***, before the Honorable Judge Robert D. Drain, to represent Purdue Pharma L.P., et al., Debtors in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of New York and the Commonwealth of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.


Dated: August 4, 2021          By:     */s/Paul M. Singer*
                                        Paul M. Singer
                                        REED SMITH LLP
                                        Reed Smith Centre
                                        225 Fifth Avenue
                                        Pittsburgh, PA 15222
                                        T:  (412) 288-3131
                                        F:  (412) 288-3063
                                        psinger@reedsmith.com
                                        *Attorney for Debtor*