**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- x

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------------------- x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Paul M. Singer, to be admitted, ***pro hac vice***, to represent Purdue Pharma L.P., (the "Client") Debtor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York and Commonwealth of Pennsylvania, it is hereby

**ORDERED**, that Paul M. Singer, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/_____
Honorable Judge Robert D. Drain
UNITED STATES BANKRUPTCY
JUDGE