UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------- x

In re:                                                     Chapter 11

PURDUE PHARMA L.P., *et al.*,                              Case No. 19-23649 (RDD)

                Debtors.                          (Jointly Administered)

--------------------------------------------------------------------------- x

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Civil Rule 1.3 and Local Rule 2090-1 of the United States Bankruptcy Court for the Southern District of New York, I, Andrew J. Muha, request admission, *pro hac vice*, before the Honorable Judge Robert D. Drain, to represent Purdue Pharma L.P., Debtor in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the Commonwealth of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: August 5, 2021          By:    */s/Andrew J. Muha*
                                      Andrew J. Muha
                                      REED SMITH LLP
                                      Reed Smith Centre
                                      225 Fifth Avenue
                                      Pittsburgh, PA 15222
                                      T: (412) 228-3131
                                      F: (412) 228-6063
                                      amuha@reedsmith.com
                                      *Attorney for Debtor*