## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

In re:                                                                          Chapter 11

PURDUE PHARMA L.P., *et al.*,                                    Case No. 19-23649 (RDD)

                                    Debtors.                          (Jointly Administered)

------------------------------------------------------------------------ x

### <u>ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*</u>

Upon the motion of Andrew J. Muha, to be admitted, ***pro hac vice***, to represent Purdue Pharma L.P., (the "Client") Debtor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Pennsylvania, it is hereby

**ORDERED**, that Andrew J. Muha, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/_____
                                                                             Honorable Judge Robert D. Drain
                                                                             UNITED STATES BANKRUPTCY
                                                                             JUDGE