IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | ) ) | Case No. 19-23649 (RDD) |
| Debtors. | ) ) ) | (Jointly Administered) |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of *Objection of Cardinal Health to Debtors' Proposed Assumption and Amendment of Cardinal Health's Executory Contracts* was (i) filed electronically on the Court's CM/ECF system at ECF No. 3373 and served upon all electronic filers appearing in this case on August 2, 2021, (ii) sent via first-class mail to the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg on August 4, 2021, and (iii) served via email on August 2, 2021 on the following:

    Marshall S. Huebner
    Benjamin S. Kaminetzky
    Eli J. Vonnegut
    Christopher S. Robertson
    Davis Polk & Wardwell LLP
    Email: marshall.huebner@davispolk.com
           ben.kaminetzky@davispolk.com
           eli.vonnegut@davispolk.com
           christopher.robertson@davispolk.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's registration number are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Arik Preis
Mitchell P. Hurley
Sara L. Brauner
Edan Lisovicz
Akin Gump Strauss Hauer & Feld LLP
Email: apreis@akingump.com
        mhurley@akingump.com
        sbrauner@akingump.com
        elisovicz@akingump.com

Justin R. Alberto
Cole Schotz P.C.
Email:  jalberto@coleschotz.com

Paul K. Schwartzberg
U.S. Department of Justice
Office of the U.S. Trustee
Email: Paul.Schwartzberg@usdoj.gov

Dated: August 4, 2021
      New York, New York

*/s/ Angela K. Herring*
**WACHTELL, LIPTON, ROSEN & KATZ**
Richard G. Mason
Douglas K. Mayer
Elaine P. Golin
Angela K. Herring
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Fax:  (212) 403-2000
E-mail:  RGMason@wlrk.com
        DKMayer@wlrk.com
        EPGolin@wlrk.com
        AKHerring@wlrk.com

*Counsel for Cardinal Health, Inc. and Related Entities*