**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- x
In re:

PURDUE PHARMA L.P., *et al.*,

                    Debtors.
---------------------------------------------------------------------------- x

Chapter 11

Case No. 19-23649 (RDD)

(Jointly Administered)

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Paul M. Singer to be admitted, *pro hac vice*, to represent Purdue Pharma L.P. (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York and Commonwealth of Pennsylvania, it is hereby

**ORDERED**, that Paul M. Singer, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
        August 5, 2021

                                                  /s/ Robert D. Drain
                                                  Honorable Robert D. Drain
                                                  United States Bankruptcy Judge