UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
: 
In re: : Chapter 11
: 
PURDUE PHARMA L.P., *et al.*, : Case No. 19-23649 (RDD)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------------ X

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Emily P. Grim to be admitted *pro hac vice* to represent certain members of the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in such members' independent capacities as creditors and/or parties-in-interest ( as such members shall be identified under Fed. R. Bankr. P. 2019, the "Ad Hoc Committee") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the District of Columbia, the Commonwealth of Pennsylvania, and the State of Illinois, it is hereby

**ORDERED**, that Emily P. Grim, Esq., is admitted to practice *pro hac vice* in the above-referenced case to represent the Ad Hoc Committee, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       August 5, 2021

*/s/Robert D. Drain*
UNITED STATES BANKRUPTCY JUDGE