# EXHIBIT 1

| Claim No. | Creditor |
|---|---|
| 132008 | Alabama CVS Pharmacy, L.L.C. |
| 137627 | Arizona CVS Stores, L.L.C. |
| 137628 | Arkansas CVS Pharmacy, L.L.C. |
| 137654 | CVS Albany, L.L.C. |
| 137665 | CVS Health Solutions LLC |
| 147488 | CVS Health Welfare Benefit Plan |
| 137668 | CVS Health, Corporation |
| 137667 | CVS Indiana, L.L.C. |
| 137666 | CVS Orlando, FL Distribution, L.L.C. |
| 137672 | CVS PA Distribution, L.L.C. |
| 132003 | CVS Pharmacy, Inc. |
| 137408 | CVS RS Arizona, L.L.C. |
| 137412 | CVS Rx Services, Inc. |
| 132014 | CVS TN Distribution, L.L.C. |
| 132015 | CVS Vero Florida Distribution, L.L.C. |
| 137420 | Georgia CVS Pharmacy, L.L.C. |
| 137676 | German Dobson CVS, L.L.C. |
| 137424 | Highland Park CVS L.L.C. |
| 137415 | Holiday CVS L.L.C. |
| 137440 | Kentucky CVS Pharmacy, L.L.C. |
| 137431 | Louisiana CVS Pharmacy, L.L.C. |
| 137430 | Maryland CVS Pharmacy, L.L.C. |
| 137444 | Mississippi CVS Pharmacy, L.L.C. |
| 137448 | Missouri CVS Pharmacy, L.L.C. |
| 137445 | Montana CVS Pharmacy, LLC |
| 137488 | New Jersey CVS Pharmacy, LLC |
| 137495 | Ohio CVS Stores, L.L.C. |
| 137483 | Oklahoma CVS Pharmacy, L.L.C. |
| 137516 | Pennsylvania CVS Pharmacy, L.L.C. |
| 137537 | Puerto Rico CVS Pharmacy, L.L.C. |
| 137526 | South Carolina CVS Pharmacy, L.L.C. |
| 137614 | Tennessee CVS Pharmacy, L.L.C. |
| 137611 | Virginia CVS Pharmacy, L.L.C. |
| 137630 | West Virginia CVS Pharmacy, L.L.C. |
| 137633 | Woodward Detroit CVS, L.L.C. |
| 132011 | Caremark Repack, L.L.C. |
| 137657 | Caremark Rx, L.L.C. |
| 137647 | Caremark Texas Mail Pharmacy, L.L.C. |
| 137661 | Caremark, L.L.C. |
| 137673 | CVS Caremark Part D Services L.L.C. |

| Claim No. | Creditor |
|---|---|
| 132004 | Coram Healthcare Corporation of Greater New York |
| 137416 | Home Care Pharmacy, L.L.C. |
| 137435 | Interlock Pharmacy Systems, L.L.C. |
| 137438 | Longs Drug Stores California, L.L.C. |
| 137492 | NeighborCare Pharmacy Services, Inc. |
| 137496 | Omnicare Distribution Center, L.L.C. |
| 137489 | Omnicare of New York, L.L.C. |
| 137509 | Omnicare Pharmacy of the Midwest, L.L.C. |
| 137510 | Omnicare, Inc. |
| 137664 | CaremarkPCS Health, L.L.C. |
| 137785 | CaremarkPCS, L.L.C. |