TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Tel.:   (317) 713-3500
Fax:    (317) 713-3699
Michael P. O'Neil
*Admitted Pro Hac Vice*
*Counsel for Ad Hoc Group of Hospitals*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

<u>**DECLARATION OF WILLIAM LEGIER**</u>

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Pursuant to 28 U.S.C. § 1746, I, William Legier, hereby declare as follows under penalty of perjury:

1.      On July 13, 2021, I submitted an *Expert Report*, which report I understand has been designated as JX-2604.

2.      Nothing that I have learned since the submission of my report has changed any of my opinions expressed therein.  I reserve the right to revise my opinions in light of my ongoing review of materials, including data, documents, and depositions or other testimony that may subsequently come to light.

3.      I respectfully submit this Declaration and my attached report as my direct testimony on behalf of the Ad Hoc Group of Hospitals.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 5, 2021

By:      */s/ William Legier*
          William Legier

70792067v1

# LEGIER & COMPANY, *apac*

## EXPERT REPORT

**United States Bankruptcy Court Southern District of New York Purdue Pharma, L.P., et al. – Chapter 11 Case No. 19-23649 (RDD)**

### PREPARED FOR:

**Michael P. O'Neil, Esquire**
**Taft Stettinius & Hollister LLP**
**on behalf of the Counsel for Ad Hoc Group of Hospitals**
**One Indiana Square, Suite 3500**
**Indianapolis, IN 46204-2023**



THE MARK OF EXCELLENCE



LEGIER
&
COMPANY
*apac*

July 13, 2021

Michael P. O'Neil, Esquire
Taft Stettinius & Hollister LLP
 on behalf of the Counsel for Ad Hoc
 Group of Hospitals
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

**Re:  United States Bankruptcy Court Southern District of New York
      Purdue Pharma, L.P., et al. – Chapter 11 Case No. 19-23649 (RDD)**

Dear Mr. O'Neil:

## SCOPE

In reply to Dr. Masiowski's disclosed opinions, you have asked that I review documents and information in connection with the above referenced matter and provide my opinions, along with the basis and reasons for same, as to:

> ➢ Whether the Hospital Trust Distribution Procedures document("HTDP") uniformly address the claimant's electronic data as defined in #23 of the Hospital Abatement Distribution Form ("Claims Data") for hospitals and other treatment providers, including an independent emergency room physician such as Dr. Masiowski

> ➢ The extent to which Dr. Masiowski should be capable of submitting his specific Claims Data to the Trust

> ➢ Whether the HTDP as it relates to the weight of the Operational Impact Model (defined below), when applied in conjunction with other weighted factors set forth in the HTDP, provide for an allocation to eligible claimants

## SUMMARY OF DOCUMENTS AND INFORMATION

In the course of this engagement, I have studied and analyzed the following documents and information, which have been provided to me to date, including the following:

- Hospital Trust Agreement

- HTDP

Forensic and Investigative CPAS

Energy Centre · 1100 Poydras St. · 34th Floor · New Orleans, LA 70163 · Telephone 504/561-0020 · Fax 504/561-0023

Member American Institute of Certified Public Accountants · Forensic and Valuation Services Section

Michael P. O'Neil, Esquire
July 13, 2021
Page 2

- Hospital Abatement Distribution Form

- Expert Report of Dr. Michael L. Masiowski and documents he submitted with his report

      This report may only be used in connection with this matter. It is not intended for, and may not be used for, other purposes or by anyone not directly involved in this matter. It is based upon documents and information provided to me to date. To the extent that additional documents and information are made available to me in connection with this matter, this report may be subject to update. The curriculum vitae of William R. Legier and a list of my previous trial testimony are attached. The compensation to be paid in connection with this engagement is $495 per hour.

## BASIS AND REASONS FOR OPINIONS

      In connection with my study and analysis of the documents and information provided, I note the following as the basis and reasons for my opinions:

**THE ALLOCATION MODEL –**

      As demonstrated throughout the mediation, and more recently to Dr. Masiowski, his counsel (Mr. Rothstein), counsel for the UCC and counsel for the debtor, the operational impact model calculates a claimant's operational impact resulting from its treatment of patients with opioid diagnoses. This operational impact is based upon the claimant's collections from opioid patient encounters as a percentage of its total charges to them versus its collections from non-opioid patients as a percentage of its total charges to non-opioid patients. The difference in this percentage of collections for opioid patients versus non-opioid patients is then multiplied times the claimant's total charges to the opioid patients, which gives rise to the total collections that the claimant would have collected from the opioid patients had they collected at the same rate as they did for the non-opioid patients ("Operational Impact Model").

      The above calculation is performed utilizing the Claims Data, which is generated by the treatment provider at the time of the patient encounter. To the extent that this Claims Data is provided by hospitals versus other treatment providers, such as an independent emergency room physician, the Operational Impact Model will calculate operational impact in a consistent manner.

      The weight of the Operational Impact Model is applied, in conjunction with the other weighted factors that were the subject of the mediator's proposal, to ascertain the allocation that an eligible claimant may receive. The volume of claims will likely result in a *pro rata* distribution.

Michael P. O'Neil, Esquire
July 13, 2021
Page 3

While this consistency has been demonstrated to Dr. Masiowski, and his counsel Paul
Rothstein, by this firm, using Claims Data provided by a claimant for an emergency room
physician, it was also suggested that he provide his specific Claims Data, even if just for
one revenue cycle, so that I could personally demonstrate and confirm to him that the use
of his data in connection with the HTDP was consistent with the use of hospital Claims
Data. Notwithstanding this, and his and his attorney's sworn declaration that Dr.
Masiowski generates and controls his own claims data, and thus should be capable of
submitting his specific Claims Data to the Trust, he refused this offer extended to him by
Counsel for Ad Hoc Group of Hospitals. I nevertheless proceeded with the demonstration
using Claims Data provided by a claimant for an emergency room physician, and Dr.
Masiowski at that time was permitted to ask questions and indicated his understanding of
the process.

In addition to the foregoing, I also rely on my education, training and extensive experience,
including my experience in conducting financial impact analyses and calculating the financial
implications attributable to an often catastrophic event.

## OPINIONS

In view of the above, it is my opinion that:

➢ The HTDP uniformly address hospitals and other treatment providers, including an
independent emergency room physician such as Dr. Masiowski. Thus, there is no
favor shown to any treatment provider, and no disfavor shown to an independent
emergency room physician.

➢ Dr. Masiowski should be capable of submitting his specific Claims Data to the
Trust.

➢ The HTDP as it relates to the weight of the Operational Impact Model, as personally
demonstrated to Dr. Masiowski, when applied in conjunction with the other
weighted factors set forth in the HTDP provide for an allocation to eligible
claimants.

Sincerely,

Legier & Company, *apac*
William R. Legier
Forensic CPAs and Business Consultants

# WILLIAM R. LEGIER, *CPA, CFE, CFF*

## *CURRICULUM VITAE*

# William R. Legier, CPA, CFE, CFF



*William R. Legier, CPA, CFF*

## CURRICULUM VITAE

## FIRM NAME AND ADDRESS:

**LEGIER & COMPANY,** *apac*
Forensic CPAs and Business Consultants
Energy Centre, 34th Floor
1100 Poydras Street
New Orleans, LA 70163

Telephone Numbers:
(504) 599-8300        Direct
(504) 599-8351        Facsimile - Direct
Email:  legier@legier.com

## SUMMARY OF QUALIFICATIONS:

Forty-one years of successful accounting experience.  Certified Public Accountant, Certified Fraud Examiner, Certified in Financial Forensics, high level corporate background, extensive testimony in Federal and State Courts for leading national law firms and Fortune 500 companies in areas including calculating and refuting financial damages including lost profits (business interruption), fraud detection and recovery, mismanagement, appointment of receivers, business valuations, shareholder disputes, evidence of ownership, identification of hidden assets, corporate veil piercing, analysis and explanation of complex financial transactions, bankruptcies, forensic accounting, accounting malpractice and marital dissolutions.

## EDUCATION:

**LOUISIANA STATE UNIVERSITY** - Baton Rouge, Louisiana
Bachelor of Science Degree, 1970
Major:  Accounting
Minor:  Business Administration
Member, Beta Alpha Psi - Honorary Accounting Fraternity

**CERTIFIED PUBLIC ACCOUNTANT** – 1974

**CERTIFIED FRAUD EXAMINER** – 1991

**CERTIFIED IN FINANCIAL FORENSICS** – 2008

William R. Legier, *CPA, CFE, CFF*
Page 2

---

**CONTINUING PROFESSIONAL EDUCATION** - (approximately 40+ hours per year) on the topics including the following:
- ❑ Fraud Auditing and Investigation
- ❑ Forensic Accounting
- ❑ Business Valuation
- ❑ Business Planning and Consulting
- ❑ Family Business Management
- ❑ Litigation/Expert Witness Services
- ❑ Calculating and Refuting Damages from Lost Profits
- ❑ Personal Financial Planning
- ❑ Federal Income Taxes
- ❑ Financial Aspects of Historic Preservation
- ❑ Income Tax Planning
- ❑ Management Advisory Services
- ❑ Preparation of Prospective Financial Statements

---

## EMPLOYEE HISTORY:

---

**LEGIER & COMPANY,** *apac*
Forensic and Investigative CPAs - New Orleans, Louisiana - 1984 to present.

### *MANAGING DIRECTOR*
Responsible for the management and coordination of the firm's operations, finance, marketing, and research and development, including accounting, auditing, tax and management advisory services divisions.

**McDONALD SALES CORPORATION - New Orleans, Louisiana**, 1975 to 1983.

### *VICE PRESIDENT, FINANCE - OPERATIONS*
Responsible for all financial and operating aspects of this privately-owned $100 million group of diversified companies in fields such a as:
- ❑ Wholesale distribution of major appliance brands including RCA, Litton, White-Westinghouse, Tappan and Burlington House
- ❑ Direct mail order sales of the Oreck Vacuum Cleaner products to over one million customers throughout the United States

---

William R. Legier, *CPA, CFE, CFF*
Page 3

## EMPLOYMENT HISTORY:  (Continued)

**McDONALD SALES CORPORATION** (continued) –

- ❑ Retail sales of Oreck Vacuum Cleaner products through regional company-  owned stores
- ❑ Manufacturing and direct mail order sales of Viking clocks
- ❑ Retail sales of Viking clocks through company-owned retail stores
- ❑ Real Estate acquisition, development and management
- ❑ Private safe deposit vault operations
- ❑ Commercial financial services (floor plan financing to wholesale customers)
- ❑ Captive advertising agency operations
- ❑ Responsibilities included supervision of over 150 employees through 8 to 10 departmental managers in the following areas:
  - Corporate accounting and finance including financial reporting, budgeting, forecasting and long range strategic planning and tax compliance
  - Treasury functions including cash management, maintenance of investments portfolio and banking relations
  - Vendor financial relations
  - Business Information Technology including selections and development of computer hardware and software, systems design and installation
  - Product manufacturing and distribution through several facilities within the Gulf South Region
  - Acquisition and start up of new corporate entities
  - Establishment of corporate credit policies, procedures and objectives
  - Personnel management including hiring and dismissal of personnel, labor relations matters and executive and management incentive based compensation program development and implementation
  - Establishment and maintenance of corporate insurance portfolio
  - Employee benefit plan development and administration including investment of funds through bank trustee
  - Development and maintenance of the employee benefit handbook
  - Asset acquisition, disposition and related financing

*Revised 10/2020*

William R. Legier, *CPA, CFE, CFF*
Page 4

## EMPLOYMENT HISTORY:  (Continued)

**LOUISIANA NEWS COMPANY - New Orleans, Louisiana** - 1973 to 1975.

### *VICE PRESIDENT, GENERAL MANAGER; VICE PRESIDENT, FINANCE; CONTROLLER*

Responsible for all financial and operating aspects of the company in the following areas:

❑ Wholesale distribution of major national and international publishers of paperback books and periodicals through drugstore, grocery, department stores, newsstands, etc.

❑ Wholesale distribution for major publishers of phonograph records and tapes to record stores, department stores and U.S. Government P.X. operations, etc.

❑ Retail sales of phonograph records and tapes

❑ Responsibilities also included all of those noted above for McDonald Sales Corporation except:

- Manufacturing operations
- Real estate development projects
- Employee benefit plans

**ARTHUR ANDERSEN & COMPANY - New Orleans, Louisiana** - 1970 to 1973.

### *SENIOR ACCOUNTANT*

Responsible for audits of various privately held and publicly traded companies, preparation of audit reports, management advisory letters and corporate income tax returns.

## BOARDS, COMMITTEES, PROFESSIONAL MEMBERSHIPS AND AWARDS:

❑ NOCCA Institute (New Orleans Center for Creative Arts)
President
Executive Committee and former Treasurer

❑ Northwestern State University
Dean's Executive Advisory Board

❑ New Orleans Pro Bono Project Board Member

❑ Volunteers of America of Greater New Orleans
Board Member, Treasurer and Chairman
Audit and Finance Committee, 1988-1991

❑ International Hospital for Children
Board Member, Treasurer and President, 1988 – 1995

❑ Metairie Park Country Day School
Board Member and Secretary - Dads' Club, 1988 – 1990
Chairman of Associates Annual Fund Raising Campaign, 1987 – 1988

William R. Legier, *CPA, CFE, CFF*
Page 5

## BOARDS, COMMITTEES, PROFESSIONAL MEMBERSHIPS AND AWARDS: (Continued)

- ❑ The Village at Henderson Point
    Board Member, Treasurer and President, 1990  - 1994
- ❑ New Orleans Speech and Hearing
    Board Member and Treasurer, 1988 - 1994
- ❑ United Way of Greater New Orleans
    Co-Chairman - Needs Assessment Committee, 1983 - 1984
- ❑ American Institute of Certified Public Accountants  – Member
- ❑ Society of Louisiana Certified Public Accountants – Member
- ❑ National Forensic Center – Member
- ❑ National Association of Certified Fraud Examiners
    Member in Advanced Standing
- ❑ The American Board of Forensic Examiners, Member
- ❑ Louisiana Advisory Board of the American Automobile Association
    Board Member, 1995 - 1997
- ❑ Tulane University, A.B. Freeman School of Business
    Family Business Forum  - Advisory Council – Member, 1995 - present
- ❑ University of New Orleans
    Advisory Board, Entrepreneurship Program, Entrepreneur in Residence
- ❑ The Chamber/New Orleans and the River Region
    Executive Committee, Small Business Council, 1995 - 1996
- ❑ The Chamber/New Orleans and the River Region
    Governmental Affairs Committee, 1996
- ❑ The Chamber/New Orleans and the River Region
    Small Business Champion Award, 1994
- ❑ The Chamber/New Orleans and the River Region
    Board of Directors, 1999 – present
- ❑ The Chamber/New Orleans and the River Region Treasurer
- ❑ U.S. Small Business Administration
    State of Louisiana, Accountant Advocate Award, 1995
- ❑ Young Leadership Council (YLC) of Greater New Orleans
    Selected Role Model, 1996
- ❑ Louisiana Small Business Development Center
    Advisory Council Member, 1996
- ❑ Crimestoppers, Board of Trustees, 2002
- ❑ American Institute of Certified Public Accountants Steering Committee
    National Restaurant Conference

*Revised 10/2020*

William R. Legier, *CPA, CFE, CFF*
Page 6

## LECTURES AND SPEECHES:

Topics including accounting, finance, business planning, business valuation, incentive based compensation planning, managing a growing business, fraud and forensic accounting, tax planning, exiting your business and business information technology to groups sponsored by:

- ❑ IBM
- ❑ RCA
- ❑ American Institute of Certified Public Accountants
- ❑ Louisiana State University
- ❑ The Equitable Life Insurance Company
- ❑ United States Bankruptcy Court Trustees
- ❑ The Roundtable Club
- ❑ The Institute of Internal Auditors
- ❑ Ochsner Medical Foundation
- ❑ New Orleans Metropolitan Association of Realtors, Inc.
- ❑ National Association of Insurance Commissioners (NAIC)
- ❑ The Chamber, New Orleans/River Region – Venture Network
- ❑ University of New Orleans
  - School of Business
  - Metropolitan College
  - School of Hotel and Restaurant Management
  - Small Business Development Center
- ❑ Tulane University
  - A.B. Freeman School of Business
  - Levy-Rosenblum Family Business Institute
  - Tulane Law School
- ❑ *The New Orleans Times-Picayune* Money Watch Live

## EXPERT WITNESS QUALIFICATIONS:

Qualified as an Expert Witness in the fields of certified public accounting, fraud and forensic accounting, management and financial consulting, business valuations, determination of lost profits, evidence of ownership from an accounting standpoint and the financial analysis of businesses with testimony in cases before the:

Federal Districts:
- ❑ United States District Court - Middle District of Louisiana
- ❑ United States District Court - Eastern District of Louisiana
- ❑ United States District Court - Middle District of Georgia
- ❑ United States District Court - Western District of Louisiana
- ❑ United States District Court - Northern District of California
- ❑ United States District Court - Galveston Division
- ❑ United States Bankruptcy Court - Eastern District of Louisiana

*Revised 10/2020*

William R. Legier, *CPA, CFE, CFF*
Page 7

## EXPERT WITNESS QUALIFICATIONS:  (Continued)

- ❑ United States Bankruptcy Court - Western District of Louisiana
- ❑ United States Bankruptcy Court Southern District of Mississippi (Gulfport-I Divisional Office)

State Districts:
- ❑ Civil District Court - Orleans Parish, Louisiana
- ❑ 16th Judicial District Court – Iberia Parish
- ❑ 17th Judicial District Court – Lafourche Parish
- ❑ 19th Judicial District Court, Parish of East Baton Rouge
- ❑ 23rd Judicial District Court – Ascension Parish
- ❑ 24th Judicial District Court – Jefferson Parish
- ❑ 25th Judicial District Court – Plaquemines Parish
- ❑ 33rd Judicial District Court – Allen Parish
- ❑ 27th Judicial District Court - Opelousas Division
- ❑ 32nd Judicial District Court – Terrebonne Parish
- ❑ Chancery Court of Hancock County, Mississippi
- ❑ Superior Court of New Jersey, Middlesex County
- ❑ Court of Common Pleas; Philadelphia County

Others:
- ❑ American Arbitration Association
- ❑ Appointed by the 24th Judicial District Court of Jefferson Parish as the Court's Expert
- ❑ NASD / FINRA Arbitration

## CONTRIBUTING AUTHOR AND PUBLISHER:

- ❑ "Financial Alert" newsletters
- ❑ A. B. Freeman School of Business newsletter "EntrepreNews"

## LITIGATION SERVICES – EXPERT WITNESS CASES & MATTERS:

- ❑ The Exxon Corporation - Determination of Business Lost Profits – Frilot, Partridge, Kohnke & Clements, Attorneys At Law – New Orleans, Louisiana
- ❑ Merrill Lynch and Company – Rebuttal of Damage Calculation and Forensic Accounting, Fast Food Restaurant Industry - Maynard, Cooper & Gale, P.C , Attorneys At Law – Birmingham, Alabama
- ❑ Georgia Coast Partners - Fraud and Forensic Accounting – Real Estate Investments – Bouhan, Williams & Levy, Attorneys At Law – Savannah, Georgia

*Revised 10/2020*

William R. Legier, *CPA, CFE, CFF*
Page 8

## LITIGATION SERVICES – EXPERT WITNESS CASES & MATTERS:  (Cont'd)

❑ Zapata Gulf Marine, Inc. – Anti-trust/Forensic Accounting/ Business Lost Profit Determination, Marine Transportation Industry – Lemle & Kelleher,  LLP, Attorneys At Law – New Orleans, Louisiana

❑ Mellon Financial Services – Lender Liability/Forensic Accounting, Business Lost Profits Financial Services/Real Estate Development Industry – Reed, Smith, Shaw & McClay, Attorneys At Law – Pittsburgh, Pennsylvania

❑ CXY Chemicals, U.S.A./Occidental Petroleum – Business Lost Profit/Business Interruption Claim, Chemical Manufacturing Industry – Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC, Attorneys At Law – New Orleans, Louisiana

❑ Commissioner of Insurance, State of Florida – Guarantee Security Life Insurance Company and Western Pacific Life Insurance Company – Securities Fraud, Marine Construction Industry – Federal Court, Dallas – Foley & Lardner, Attorneys At Law – Milwaukee, Wisconsin

❑ Volunteers of America – Forensic Accounting, Not for Profit Industry – New Orleans, Louisiana

❑ Ocean Drilling & Exploration Company (ODECO) – Forensic Accounting, Petrochemical Industry

❑ Freeport McMoran, Inc. – Joint Venture Expense Allocation,   Mining Industry – Jones, Walker, Waechter, Poitevent, Carrère & Denègre, Attorneys At Law – New Orleans, Louisiana

❑ North River Insurance Company – CPA Professional Liability/Forensic Accounting, Public Accounting/Agriculture Industry – Preis & Crawford, Attorneys At Law – Baton Rouge, Louisiana

❑ Mossy Motors, Inc. – Determination of Business Lost Profit – Frilot, Partridge, Kohnke & Clements, Attorneys At Law – New Orleans, Louisiana

❑ Various Bankruptcy Trustee in Forensic Accounting and Fraud Matters before United States Bankruptcy Court – Eastern District of Louisiana

❑ Texaco (Star Enterprise) – Determination of Business Lost Profit – Roedel, Parsons, Hill & Koch, Attorneys At Law – Baton Rouge, Louisiana

❑ First Trust/Biloxi Belle Casino – Valuation in connection with Reorganization/Bankruptcy, Gaming Industry – Oppenheimer, Wolff & Donnelly, Attorneys At Law – Minneapolis, MN

❑ First National Bank of Jefferson (FNJ) – Lender Liability, Complex Financial Transactions Assessment, Business Lost Profit Determination and Forensic Accounting, Chemical & Health Care Industry – McGlinchey, Stafford & Lang, Attorneys at Law – New Orleans, Louisiana

❑ Levitz Furniture Corporation – Determination of Business Lost Profit – Deutsch, Kerrigan & Stiles, Attorneys At Law – New Orleans, Louisiana

William R. Legier, *CPA, CFE, CFF*
Page 9

## LITIGATION SERVICES – EXPERT WITNESS CASES & MATTERS:  (Cont'd)

- ❑ Que Sera – Stockholders Derivative Action, Stock Ownership and Forensic Accounting, – Satterlee, Mestayer & Freeman, Attorneys At Law, New Orleans, Louisiana
- ❑ Mellon Financial Services – Business Lost Profit Determination; Lender Liability; Forensic Accounting – Shushan, Meyer, Jackson, McPherson & Herzog, Attorneys At Law – New Orleans, Louisiana
- ❑ Lemann, O'Hara & Miles, Attorneys At Law – Bank and Corporate Forensic Accounting, Financial Services Industry – New Orleans, Louisiana
- ❑ Dorion Fleming – Forensic Accounting in connection with alleged mismanagement by major bank trust department – Lowe, Stein, Hoffman, Allweiss & Hauver, Attorneys At Law – New Orleans, Louisiana
- ❑ National Union Fire Insurance Company of Pittsburgh, PA/Louisiana Wholesale Grocers – Officers and Directors Liability/Forensic Accounting, Wholesale Grocery Distributors – McGlinchey, Stafford & Lang, Attorneys At Law – New Orleans, Louisiana
- ❑ U.S. Justice Department – Valuation of Covenant not to Compete, Health Care Industry – Washington, DC
- ❑ Omnitech International, Inc. (vs. Clorox Company) – Business Lost Profit Determination, Chemical Industry – Amato & Creely, Attorneys At Law – New Orleans, Louisiana
- ❑ E.I. du Pont de Nemours & Company – Business Lost Profits, Textiles Industry – Abbott, Best & Meeks, Attorneys At Law – New Orleans, Louisiana
- ❑ First Trust/Treasure Bay Casino – Valuation in connection with Reorganization/Bankruptcy, Gaming Industry – Oppenheimer, Wolff & Donnelly, Attorneys At Law – Minneapolis, MN
- ❑ Public Investors, Inc. – Breach of Fiduciary Responsibility/Forensic Accounting, Insurance Industry – Adams & Reese, Attorneys At Law – New Orleans, Louisiana
- ❑ Murphy Oil Company – Rebuttal of Plaintiffs' Damages and Corporate Veil Piercing Issues – Frilot, Partridge, Kohnke & Clements, Attorneys At Law – New Orleans, Louisiana
- ❑ Kirby Industries, Inc. – Corporate Veil-Piercing/Environmental issues, Marine Construction Industry – Lemle & Kelleher, Attorneys At Law – New Orleans, Louisiana
- ❑ Camp, Dresser, McKay – Lost Profit – Lemle & Kelleher, Attorneys At Law – New Orleans, Louisiana
- ❑ Brown Shoe Company, Galveston, Texas – Lost Profit – US District Court – Foley & Lardner, Attorneys at Law – Milwaukee, Wisconsin
- ❑ Norwest Bank Wisconsin, National Association – Securities Fraud – Oppenheimer, Wolff & Donnelly, Attorneys At Law – Minneapolis, MN
- ❑ Commissioner of Insurance, State of Louisiana – Forensic Accounting, Insurance Industry – Brook Morial, Pizza & Van Loon, LLP, Attorneys At Law – New Orleans, Louisiana

William R. Legier, *CPA, CFE, CFF*
Page 10

## LITIGATION SERVICES – EXPERT WITNESS CASES & MATTERS:  (Cont'd)

❑ Industrial Cleanup Inc. – Business valuation; excess compensation and stock ownership issues; corporate mismanagement and income and financial position determination, Environmental Industry – Tranchina & Martinez, Attorneys At Law – New Orleans, Louisiana

❑ Coil Tubing Rentals and Supply Company – Breach of Contract and Business Lost Profit Determination, Oil Field Equipment Leasing Industry – Albert J. Derbes, III and Associates, Attorneys At Law – New Orleans, Louisiana

❑ Whitney National Bank of New Orleans – Critique Reorganization Plan/Going Concern Issue, Marine Construction Industry – Steeg & O'Connor, Attorneys at Law – New Orleans, Louisiana

❑ Riverboat Gaming Industry – Determination of Business Lost Profits – Shushan, Jackson & McPherson, Attorneys At Law – New Orleans, Louisiana

❑ The Home Life Insurance Company and Brown Shoe Company – Business Lost Profits – Determination Retail Shoe Industry – Foley & Lardner, Attorneys At Law – Milwaukee, Wisconsin

❑ The Hartford Steam Boiler Inspection and Insurance Company – Rebuttal of Business Interruption Claim, Drum Manufacturing Industry – Blue Williams, L.L.P., Attorneys At Law – Metairie, Louisiana

❑ Mellon Financial Services – Securities Performance – Reed, Smith, Shaw & McClay, Attorneys At Law – Pittsburgh, Pennsylvania

❑ Gunther Wittich – Dispute over Business sale and financing – Sullivan, Daigle & Resor, Attorneys At Law – Metairie, Louisiana

❑ Whitney National Bank of New Orleans – Lloyds of London name liability – Jones, Walker, Waechter, Poitevent, Carrère & Denègre, LLP, Attorneys At Law – New Orleans, Louisiana

❑ Michael Haerting, et al. – Financial Analysis of Corporate Transactions – J. Gregory Odom, Attorney at Law – New Orleans, Louisiana

❑ Mitsubishi Company – Lost Profits Determination – Jones, Walker, Waechter, Poitevent, Carrère & Denègre, LLP, Attorneys At Law – New Orleans, Louisiana

❑ Rose Dove – Marital Dissolution – Barkley & Thompson, LC, Attorneys At Law – New Orleans, Louisiana

❑ InterBio, Inc. – Lost Profits – Jones, Walker, Waechter, Poitevent, Carrère & Denègre, LLP, Attorneys At Law – New Orleans, Louisiana

❑ River City/New Orleans 2000 Joint Venture – Forensic Accounting, Gaming Industry – Breazeale, Sachse & Wilson, Attorneys At Law – New Orleans, LA

❑ Mark A. Tessier, et al. – Litigation Consulting – Philip Bulliard, Attorney At Law – New Orleans, LA

❑ Alltel Corporation – Breach of Contract Damages – Capell, Howard, Knabe & Cobbs, Montgomery, AL – Telecommunications Industry

❑ Midwest Life Insurance Company – Breach of Contract Damages – Stowell, Anton & Kraemer, Tallahassee, FL – Insurance Industry

William R. Legier, *CPA, CFE, CFF*
Page 11

## LITIGATION SERVICES – EXPERT WITNESS CASES & MATTERS:  (Cont'd)

- ❑ Ruth U. Fertel, Inc. – Shareholder Dispute – Crawford & Lewis, Baton Rouge, LA – Restaurant Industry (Two cases)
- ❑ LLOG Exploration – Forensic Accounting and Solvency Issues – Phelps Dunbar, LLP, New Orleans, LA – Oil and Gas Industry
- ❑ Kerr-McGee Chemical Corporation – Analysis of Complex Business Transaction – Adams and Reese, LLP, New Orleans, Louisiana – Chemical Industry
- ❑ Oreck Corporation – Loss Profits – Liskow & Lewis, LLP – New Orleans, Louisiana – Appliance Manufacturing Industry
- ❑ MCI WorldCom, Inc. – Shareholder Dispute – Adams and Reese, LLP – Jackson, Mississippi – Telecommunications Industry
- ❑ Rheem Manufacturing Company – Corporate Veil Piercing Issues - Frilot, Partridge, Kohnke & Clements, Attorneys At Law – New Orleans, LA – Hot Water Heater Manufacturing Industry
- ❑ Wasserstein Perella and Company – Cravath, Swaine and Moore – New York, NY – Restaurant Industry
- ❑ Kenner Plaza Shopping Center, L.L.C. – Rebuttal of Plaintiffs' Damages – Dwyer & Cambre, A Professional Law Corporation – New Orleans, Louisiana – Restaurant Industry
- ❑ National Medical Care, Inc. (Bio-Medical Applications of Louisiana, Inc.) – Rebuttal of Financial Damages – Hemelt & Foshee – New Orleans, LA – Healthcare Industry
- ❑ Cooper Tire & Rubber Company – Allan Kanner & Associates, P.C. – New Orleans, LA – Assessments of the value of the benefits to the plaintiffs in this class action matter and the ability for the defendant to sustain judgment
- ❑ American MetroComm Corporation – Moore, Walters, Thompson – Baton Rouge, LA – Forensic Accounting
- ❑ Conseco Senior Health Insurance Company – Allan Kanner & Associates, P.C. – New Orleans, LA – Assessment of the ability of defendant to meet financial obligations in this class action matter
- ❑ Media Vision, Inc. – Arthur Lemann, Attorney at Law – Forensic Accounting of Failed Public Technology Company
- ❑ Winn-Dixie, Inc. – Jones, Walker, Waechter, Poitevent, Carrère & Denègre, Attorneys At Law – New Orleans, Louisiana – Complex Financial Analysis of Separate vs. Unitary Income Tax Reporting
- ❑ Chevron Phillips Chemical Company, LP – Adams & Reese, LLP – Baton Rouge, LA – Lost Profits
- ❑ Brennan's of New Orleans, Inc. – Kenyon & Kenyon, Washington D.C. – Lost Profits
- ❑ Roedel, Parsons, Koch, Frost, Balhoff & McCollister – Forensic Accounting
- ❑ KPMG Peat Marwick, Forensic Accounting, Accounting Malpractice

William R. Legier, *CPA, CFE, CFF*
Page 12

## LITIGATION SERVICES – EXPERT WITNESS CASES & MATTERS:  (Cont'd)

❑ Offshore Specialty Fabricators, Inc – Fraud and Forensic Accounting – Hebert and Marceaux, Houma, LA – Oil Field Service Industry

❑ Cingular/BellSouth – Rebuttal of State and Local Tax Claim – Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P., New Orleans, LA – Telecommunications Industry

❑ Salmen Company, LLC – Assessment of Economic Damages – Liskow & Lewis, PLC, Attorneys at Law – New Orleans, LA – Real Estate and Timber Industry

❑ Capitol House Preservation Company, LLC – Determination of Business Lost Profits – Charles Lambert, Jr., Attorney at Law – Baton Rouge, LA – Riverboat Gaming Industry

❑ Salomon Smith Barney – Rebuttal of Lost Wages Claim – McGlinchey Stafford, PLLC – New Orleans, LA – Investment Brokerage Industry

❑ Consolidated Companies, Inc. – Calculation of Business Interruption Losses in Connection with Hurricane Katrina – Lemle & Kelleher, LLP – Wholesale Food Distribution Industry

❑ Arnaud's Restaurant, Inc. and Remoulade, Inc. vs. Lexington Insurance Company – Calculation of Business Interruption Lost Profits and Extra Expenses in Connection with Hurricane Katrina – Lowe, Stein, Hoffman, Allweiss & Hauver – Restaurant Industry

❑ Creole Delicacies Company, Inc., et al. vs. Transportation Insurance Company – Calculation of Business Lost Profits and Extra Expenses in Connection with Hurricane Katrina – Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux – Specialty Products Retail Industry

❑ CAPTEC Franchise Trust 2000-1 acting by and through its servicer, The of Bank of New York vs. Dining Delight, Inc. and Richard Best – Rebuttal of Valuation of License in Connection with Franchise Restaurant – Shumaker, Loop & Kendrick, LLP – Retail Food Service Industry

❑ Robert L. Manard, PLC v. Transportation Insurance Company – Calculation of Loss of Business Income in Connection with Hurricane Katrina – The Manard Law Firm – Professional Services Industry

❑ Emma Walker Montero, Individually and as Usufructuary, Claimant vs. Edward Jones, et al. – Rebuttal of Damages in Connection with FINRA Arbitration (formerly NASD) – Hurlburt, Privat and Monrose – Stock Brokerage Industry

❑ XL Specialty Insurance Company vs. Conrad Industries, Inc., et al – Rebuttal of business interruption claim in connection with a fire – Brown Sims, P.C. – Marine Industry

William R. Legier, *CPA, CFE, CFF*
Page 13

## LITIGATION SERVICES – EXPERT WITNESS CASES & MATTERS:  (Cont'd)

- ❑ Textron Financial Corporation vs. Gregg Moon Construction, Inc. d/b/a Texas Hot Tubs, Gregory W. Moon and Kathy A. Moon –  Evaluation of a company's financial condition, ability to fulfill contracts and its fair market value – Adams and Reese, LLP – Construction Industry (Spa and Pools)

- ❑ St. Bernard Port, Harbor and Terminal District vs. Industrial Risk Insurers – Calculation of the Port's losses and extra expenses in connection with Hurricane Katrina – Leger & Shaw – Maritime Industry

- ❑ Byrne, Rice & Turner, Inc. vs. Hanover Insurance Company – Calculation of a marine supply company's loss of business income and extra expenses in connection with Hurricane Katrina – Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC – Maritime Industry

- ❑ Quest Diagnostics Incorporated vs. Factory Mutual Insurance Company – Calculation of losses in connection with Hurricane Katrina – K&L Gates, LP – Health Care Industry

- ❑ Louisiana Binding Service, Inc., CSA Marketing and WWD Investments, Inc. vs. Citizens Insurance, A Company of The Hanover Insurance Group – Calculation of loss of business income and extra expenses in connection with Hurricane Katrina – Weeks, Kavanagh & Rendeiro – Archival Preservation Industry

- ❑ New Jersey Department of Environmental Protection and Administrator, New Jersey Spill Compensation Fund vs. Exxon Mobil Corporation – Calculation of Dividends and Amounts for Distribution in connection with environmental action – Kanner and Whiteley, LLC – Oil & Gas Industry

- ❑ Physicians Best Care Clinic vs. St. Paul Travelers – Calculation of business income loss and extra expenses in connections with Hurricane Katrina – Law Office of Richard J. Fernandez, LLC – Health Care Industry

- ❑ Crescent City OBGYN Associates, LLC vs. Travelers Insurance Company – Calculation of business income loss and extra expenses in connection with Hurricane Katrina – Law Office of Richard J. Fernandez, LLC – Health Care Industry

- ❑ Input/Output Marine Systems, Inc. vs. Wilson Greatbatch, Inc., et al. – Calculation of lost profits in connection with infringement of confidentiality agreement – Frilot, LLC – Marine Seismic Industry

- ❑ Adriatic Marine, LLC vs. C&C Boat Works, LLC and Skansi Marine – Calculation of lost profits in connection with breach of contract –  Smith & Fawer, LLC – Marine Transportation Industry

- ❑ Ad-Med, Inc. v. Bruce J. Iteld, M.D., (A Professional Medical Corporation) – Solvency Analysis – Lowe, Stein, Hoffman, Allweiss & Hauver, LLP – Health Care Industry

William R. Legier, *CPA, CFE, CFF*
Page 14

## LITIGATION SERVICES – EXPERT WITNESS CASES & MATTERS: (Cont'd)

- ❑ Avis Bourg, Jr. v. Michael Eymard, Raimy Eymard, Louis Eymard, et al. – Determination of excessive officers' compensation and but for available cash and operating income in connection with breach of fiduciary duties and duties of loyalty – King, Krebs & Jurgens, PLLC – Marine Transportation Industry
- ❑ Hope Enterprise Corporation vs. Sunset Landing, LLC, et al. – Recalculation of market values and other calculations in connection with breach of loan contract – Marina and Dry Storage Industry
- ❑ Sabine State Bank & Trust Co. – Analysis of vault cash shortages and concealment of same – Banking Industry
- ❑ Succession of Virginia Hardin Derby – Analysis of financial operations and profitability of an LLC and effect on 50% share of funds held in the registry of the court – Residential Real Estate Industry
- ❑ Woodlands Development, LLC, et al. vs. Regions Bank, et al. – Calculation and rebuttal of amount due in connection with loan agreements – Commercial Real Estate Industry
- ❑ Matthew M. Walker v. The Manitowoc Company, et al. – Determination of the financial condition and diminution in same, as well as the amount of lost profits in connection with a crane collapse – Welding and Fabrication in Oil & Gas Industry
- ❑ Anthony Pitts, et al v. The Monroe City School Board – Analysis of funds dedicated for teachers' salaries and shortages in payments to teachers from same – Public School Industry
- ❑ Coushatta Tribe of Louisiana d/b/a Coushatta Casino Resort v. Lake Charles Electric, LLC – Calculation and rebuttal of lost profits in connection with an electrical fire – Gaming Industry
- ❑ Breton Sound Oyster Company, L.L.C. v. Stiel Insurance Company of New Orleans, Inc., et al – Calculation and rebuttal of lost profits in connection with spoiled food claims – Seafood Industry
- ❑ Brent Warr v. Pat Fore, III, et al. – Analysis of public works project's profitability – Concrete Pipe Manufacturing Industry
- ❑ M. Langenstein & Sons Inc., et al. v. Sewerage & Water Board of New Orleans – Calculations of lost profits in connection with a public works project to improve New Orleans drainage systems for the following plaintiffs: M. Langenstein & Sons, Inc.; Prytania Liquor Store, Inc.; Prytania Mail Services, L.L.C.; British Antiques, L.L.C.; The Magic Box, LTD.; Fine Arts Management, L.L.C. d/b/a Prytania Theatre; Pascal–Manale Restaurant, Inc. – Retail/Hospitality Industry
- ❑ Enterprise Products Operating, LLC v. Southwood Terminal, LLC – Calculation and rebuttal of Damages in connection with an Order of Expropriation – Barge Movement and Fleeting Industry

William R. Legier, *CPA, CFE, CFF*
Page 15

## LITIGATION SERVICES – EXPERT WITNESS CASES & MATTERS:  (Cont'd)

❑   Thomas A. Genin v. Sean H. Anthony –  Calculation and rebuttal as to the fair value of the Defendant's 50% ownership interest – Restaurant Industry

❑   Gulf Fleet Holdings, Inc., et al., Debtors and Alan H. Goodman, Trustee (Plaintiff-in-Intervention) v. H.I.G. Capital, LLC, et al. – Determination of capitalization, solvency and damages in connection with breaches of fiduciary duty – Oil and Gas Industry

❑   OJ's Janitorial and Sweeping Service, LLC and Otis Jones, Sr. v. Syncom Space Services, LLC and PAE Applied Technologies, LLC – Calculation and rebuttal of lost profits in connection with the breach of a Subcontract – Maintenance Service Industry

❑   First Bank & Trust v. Premier Restorations, LLC, et al. – Alter Ego and/or Single Business Enterprise Issues –  Guest House/Remodeling Industry

❑   Comm Care Corporation v. ARCO Builders, Inc. – Calculation of lost profits in connection with construction delay, defects and remediation work associated with same – Health Care Industry

❑   R.T. Casey, LLC vs. Sumitomo Electric, U.S.A, Inc. –  Calculation of direct cost, overhead and profit, revenue, amount received and balance due in connection with abandonment of contract – Marine Construction Industry

❑   Capstone Associated Services, Ltd., et al. v. Dr. Scott Sullivan, et al. – Rebuttal of Lost Profits in connection with Intellectual Property – Insurance Industry

## PERSONAL:

Married and father of one son.

*Revised 10/2020*

**William R. Legier, CPA, CFE, CFF**

Cases

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | ARBITRATION/ TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Zapata Gulf Marine Corporation vs. Puerto Rico Maritime Shipping Authority Sea-Land Service, and Trailer Marine Transport Corporation | Financial analysis of corporate transactions and determination of corporate profitability in determining lost profits in connection with anti-trust case. | Lemle & Kelleher | Federal Court - New Orleans | ✔ | ✔ |
| Trans Global Alloy, Ltd., et al vs. First National Bank of Jefferson Parish, Allied Bank of Texas and John R. Spratt | Determination of business lost profits. | Lemle & Kelleher | 24th Judicial District Court | ✔ | ✔ |
| Jean O. Turner, Trustee for the Estate of the Louisiana Grocers Co-Operative, Inc. vs. National Union Fire Insurance Company of Pittsburgh, Pennsylvania, et al | Financial analysis of corporate transactions in order to determine the cause and effect of this corporate failure, including forensic accounting. | McGlinchey, Stafford, Cellini & Lang | Bankruptcy Court - Eastern District | | |
| MacSales, Inc., et al vs. E.I. duPont de Nemours & Company, Inc. | Financial analysis of corporate transactions and determination of lost profits. | Abbott & Meeks | Federal Court - New Orleans | ✔ | |
| Parker vs. Watts, et al | Financial analysis of corporate transactions in connection with securities fraud. | Lemann, O'Hara & Miles | N/A | ✔ | |
| Chalmette General Hospital vs. U.S. Department of Justice | Valuation of covenant not to compete - Consultant | U.S. Department of Justice | N/A | | |
| Dean C. Dupuy vs. James E. Riley and Que Sera, Inc. | Forensic accounting and financial and operational analysis of business in connection with appointment of receiver and stockholders derivative action. | Satterlee, Mestayer and Freeman | Civil District Court | ✔ | ✔ |
| Black Collegiate Services, Inc. vs. Alfonso M. Ajubita, et al | Forensic accounting and financial analysis of corporate transactions in connection with the proper categorization of investments. | McGlinchey, Stafford, Cellini & Lang | Civil District Court | ✔ | ✔ |

*Revised 07/2021*

**William R. Legier, CPA, CFE, CFF**

**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | ARBITRATION/ TRIAL TESTIMONY |
|---|---|---|---|---|---|
| G & N Enterprises, Inc., et al vs. Mellon Financial Services Corporation, et al | Assessment of business lost profits in connection with lender liability suit. | Reed, Smith, Shaw & McClay, Philadelphia; Mellon Financial Services | Federal Court - New Orleans | ✓ | |
| Omnitech International, Inc. vs. The Clorox Company | Forensic accounting, lost profits, business valuation, damage calculation and financial analysis of corporate transactions. | Amato & Creely | Federal Court - New Orleans | ✓ | ✓ |
| John Gohres, et al vs. Century Bank of New Orleans | Business valuation in connection with lender liability suit. | McGlinchey, Stafford, Cellini & Lang | N/A | ✓ | |
| Nicolls Pointing Coulson, Ltd. vs. Transportation Underwriters of Louisiana, Inc. | Forensic accounting, accounts receivable collection and fraud detection – Insurance Brokerage Industry | Terriberry, Carroll & Yancey; Nicolls Pointing Coulson, Ltd. | Bankruptcy Court – Eastern District | ✓ | ✓ |
| Evans Cooperage Company, Inc. vs. The Hartford Steam Boiler Inspection and Insurance Company | Refute business lost profits claim involving drum manufacturing industry | Blue, Williams, LLP; Hartford Steam Boiler Insurance Co. | N/A | | |
| Maloney Sept., L.L.C. vs. Navistar International Transportation Corporation | Calculation of lost profits involving video poker enterprise | Stassi, Griffith & Conroy, LLC | N/A | | |
| Barbara Thibodeaux, Wife of/And Peter G. Vicari and Pete Vicari General Contractor, Inc. vs. Exxon Corp. d/b/a Exxon Company, U.S.A. | Business lost profits determination | Exxon Company, USA | N/A | | |
| Darryl Tschirn vs. Secor Bank, et al. | Damage calculation regarding forfeiture of assets, lender liability | Frilot, Partridge, Kohnke & Clements, LC | Civil District Court | ✓ | ✓ |

*Revised 07/2021*

**William R. Legier, CPA, CFE, CFF**
**Cases**

| <u>CAPTIONED CASE</u> | <u>DESCRIPTION</u> | <u>CLIENT</u> | <u>COURT</u> | <u>AFFIDAVIT/ DEPOSITION TESTIMONY</u> | <u>ARBITRATION/ TRIAL TESTIMONY</u> |
|---|---|---|---|---|---|
| Johnson vs. Johnson | Financial analysis of corporate transactions, business valuation and determination of corporate profitability; Evidence of ownership | Tranchina & Martinez | Civil District Court | ✔ | ✔ |
| Louisiana Riverboat Casinos, Inc. vs. Casino Magic Corporation | Calculation of business lost profits involving riverboat gaming industry | Shushan, Jackson & McPherson | N/A | | |
| Norwest Bank vs. The Thompson Group | Securities fraud case | Oppenheimer, Wolfe & Donnelly, Minneapolis; Norwest Bank | N/A | | |
| Clyde L. Olson and John H. Wilbur vs. Frank Hagan, Jr., The Wal-Mart Stores, Inc. and Georgia Coast Associates, Ltd. | Financial analysis of economics of ownership and damages regarding limited partnership in retail shopping center | J. Gregory Odom, PLC | Federal Court – Georgia | | |
| James D. Reddoch vs. Employers Reinsurance Corp. | Calculation of business lost profits involving insurance agency | J. Gregory Odom, PLC | Federal Court – Georgia | ✔ | ✔ |
| GSLIC, et al vs. H. Douglas Thompson, et al | Securities fraud, marine construction industry | Foley & Lardner, Milwaukee; GSLIC | Federal Court – Texas | ✔ | |
| Mossy Motors, Inc. et al vs. The Sewerage & Water Board Of The City Of New Orleans, et al | Business interruption/lost profits calculation | Frilot, Partridge, Kohnke & Clements, LC; Mossy Motors, Inc. | Civil District Court | ✔ | ✔ |
| Valentino Rovere vs. Jan Marie Lohman | Business valuation of community property, restaurant industry | Tranchina & Martinez | Civil District Court | ✔ | ✔ |

*Revised 07/2021*

**William R. Legier, CPA, CFE, CFF**
**Cases**

| <u>CAPTIONED CASE</u> | <u>DESCRIPTION</u> | <u>CLIENT</u> | <u>COURT</u> | **AFFIDAVIT/<br>DEPOSITION<br>TESTIMONY** | **ARBITRATION/<br>TRIAL<br>TESTIMONY** |
|---|---|---|---|---|---|
| Star Enterprise vs. Entergy Louisiana, Inc. | Business interruption/lost profits calculation | Frilot, Partridge, Kohnke & Clements, LC/ Roedel, Parsons, Koch, Frost, Balhoff & McCollister; Star Enterprise | Civil District Court | ✓ | |
| Midwest Life Insurance Company vs. Sun Bank | Forensic accounting, analysis of corporate financial transactions and calculation of damages | Stowell, Anton & Kraemer, Tallahassee, FL | Federal Court – Florida | ✓ | |
| Judith Soniat, wife of Charles J. Haneman, Jr. vs. Charles J. Haneman, Jr. | Business valuation of community property, professional services firm | Lowe, Stein, Hoffman, Allweiss & Hauver | State Court – Houma | ✓ | |
| Louisiana Department of Insurance vs. Associated Auditors | Forensic accounting and fraud detection | Brook, Morial, Pizza & Van Loon, LLP | State Court - Baton Rouge | ✓ | ✓ |
| Westowne, et al vs. Brown Group, Inc., et al | Rebuttal of business lost profits, retail shoe industry | Foley & Lardner, Milwaukee; Home Life Insurance Company/Brown Shoe Group | Federal Court – Wisconsin | | |
| Robert L. Marrero, as Trustee for Public Investors, Inc., a Louisiana Corporation vs. B. F. Shamburger, Gary E. Jackson, Mark B. Herman, Jerry F. Palmer, Leonard H. Aucoin, Denis J. Lafont, W. Joel Herron and Larry Griggers | Forensic accounting and financial analysis of corporate transactions – Insurance Industry | Adams & Reese | Bankruptcy Court – Eastern District | ✓ | ✓ |
| Trinity Industries, Inc. vs. Dixie Carriers, Inc. | Corporate veil piercing/environmental issues | Lemle & Kelleher | Federal Court - New Orleans | | |

*Revised 07/2021*

## William R. Legier, CPA, CFE, CFF
### Cases

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | ARBITRATION/ TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Alvin C. Copeland, etc., et al vs. Merrill Lynch & Co., Inc., et al | Rebuttal of damages claim involving restaurant industry | Maynard, Cooper & Gale, Birmingham; Merrill Lynch | Federal Court - New Orleans | ✓ | |
| Electricians Pension Plan, IBEW Local 995 vs. The Boston Company | Rebuttal of damages claim involving derivatives investment | Reed, Smith, Shaw & McClay, Pittsburgh; The Boston Company/ Mellon Financial Services | Federal Court - New Orleans | | |
| Compartinvest, S.R.L. vs Silocaf of New Orleans, Inc., et al | Shareholder derivative action | Adams & Reese, LLP | Civil District Court | | |
| Sazerac Company, Inc. vs. Skyy Spirits, Inc. | Lost profits calculations regarding patent infringement | Steeg & O'Connor; Sazerac Company, Inc. | Federal Court -New Orleans | | |
| Murphy Oil Company Matter | Rebuttal of class action lost wages/lost business profits claims | Frilot, Partridge, Kohnke & Clements | N/A | | |
| Coil Tubing Rentals and Supply Company vs. Camco International, Inc. | Calculation of business lost profits | Al J. Derbes III and Associates | Federal Court-New Orleans | | |
| Scottsdale Insurance Company- Crescent Gun and Sales Matter | Lost profits in connection with fire/flood | Lindsey Morden Claim Services, Inc. | N/A | | |
| Whitney National Bank/Crutcher Tufts Matter | Forensic accounting | Jones Walker; Whitney Bank | N/A | | |
| Turnbull Cone Baking Co. Smoke Loss Claim | Lost profits resulting from smoke damage to manufacturing plant | Satterlee, Mestayer & Freeman | N/A | | |
| Dorion Fleming vs. FNBC | Trust accounting | Lowe, Stein, Hoffman, Allweiss & Hauver | Civil District Court | | |

*Revised 07/2021*

**William R. Legier, CPA, CFE, CFF**
**Cases**

| <u>CAPTIONED CASE</u> | <u>DESCRIPTION</u> | <u>CLIENT</u> | <u>COURT</u> | **<u>AFFIDAVIT/ DEPOSITION TESTIMONY</u>** | **<u>ARBITRATION/ TRIAL TESTIMONY</u>** |
|---|---|---|---|---|---|
| North River Insurance Matter | Accounting malpractice | Preis & Crawford; North River Insurance | Bankruptcy Court – Western District | ✓ | ✓ |
| New Orleans 2000/ River City Joint Venture | Fraud detection | Steeg & O'Connor/ Breazeale, Sachse and Wilson | Bankruptcy Court- Eastern District | | |
| Interbio, Inc. vs. Solmar Corp. and Robert B. Grubbs | Financial analysis of corporate transactions and determination of lost profits | Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP | State Court Baton Rouge | | |
| Levitz Furniture Corporation vs. Houston Casualty Company | Lost profits calculation for a business interruption claim resulting from a flood | Frilot, Partridge, Kohnke & Clements, LC; Levitz Furniture Corporation | Federal Court New Orleans | ✓ | ✓ |
| Gulf South Systems, Inc. vs. Chemwaste | Financial analysis and lost profits calculated in connection with a contract dispute | House, Golden, Kingsmill & Reiss LLP | State Court Alabama | | |
| Young vs. Young | Business valuation of community property of a professional services firm | Lowe, Stein, Hoffman, Allweiss & Hauver | Civil District Court | | |
| Robert Roth and Guy H. Roth vs. Michael Rodrigue, Acme Café and Tavern, Inc. et al | Financial analysis of corporate transactions and determination of lost profits | Middleburg, Riddle & Gianna | Civil District Court | | |
| Sotolongo vs. McDaniel | Financial analysis of economics of ownership in the medical industry | Frilot, Partridge, Kohnke & Clements, LC | Civil District Court | | |

*Revised 07/2021*

**William R. Legier, CPA, CFE, CFF**

**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | ARBITRATION/ TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Industrial Commercial Equipment Rental, Inc. vs. Dean Blanchard Seafood, Inc. | Financial analysis of corporate transactions and determination of lost profits | Guste, Barnett & Shushan | Civil District Court | | |
| Bill Hammack, et al vs. Farmers Telephone Co. | Financial analysis of corporate transactions in connection with contract dispute | McGlinchey Stafford Lang | State Court New Orleans | | |
| Michael Haerting, John Christopher Ward and Aileen A. Brousseau vs. One TouCan Du, Inc., et al | Financial analysis of corporate transactions in connection with diminution in value of financial interest in restaurant | J. Gregory Odom, Esquire | Civil District Court | ✓ | |
| First Trust, N.A., Trustee for Treasure Bay Gaming | Financial analysis of corporate transactions and valuation analysis in connection with Gulf Coast gaming interest | Oppenheimer, Wolff & Donnelly; First Trust, N.A. | Bankruptcy Court – Eastern District | ✓ | ✓ |
| Frank Grimes and Jerry Gunn vs. E-Z Serve, Inc. | Financial analysis of lost profits | J. Gregory Odom, Esquire | United States District Court – Western District of Louisiana, Alexandria Division | ✓ | ✓ |
| CXY Chemicals U.S.A. vs. Gerling Global General Insurance Company, et al | Calculation of business interruption damages – lost profits and physical damages. | Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC; CXY Chemicals U.S.A. | Federal Court – Eastern District | ✓ | |
| Ivan Mandich vs. Pipeliners, Inc. et al | Business Valuation, Financial Analysis, Evidence of Ownership, Compensation – Engineering Consulting Services Industry | Frilot, Partridge, Kohnke, & Clements, L.C. | Civil District Court – Orleans Parish | ✓ | ✓ |
| Dufour Petroleum, Inc. vs. Claiborne Energy, Inc. | Rebuttal of Contractual Damages, Liquid Petroleum Gas Fractionating | Helmsing, Sims & Leach, Mobile, AL | American Arbitration Association | ✓ | ✓ |

*Revised 07/2021*

**William R. Legier, CPA, CFE, CFF**
**Cases**

| <u>CAPTIONED CASE</u> | <u>DESCRIPTION</u> | <u>CLIENT</u> | <u>COURT</u> | **AFFIDAVIT/<br>DEPOSITION<br>TESTIMONY** | **ARBITRATION/<br>TRIAL<br>TESTIMONY** |
|---|---|---|---|---|---|
| Raymond Rodrigue and Richard Ramage vs. Gabriel Medical, et al | Calculation of Damages in Connection With Diminution of Investment Value – Medical Equipment Industry | Liskow & Lewis, LLC | 27th Judicial District Court - Opelousas Division | ✓ | |
| Whitney National Bank vs. Nahan Galleries, Inc. | Forensic Accounting of Inventory – Banking Industry | Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC; Whitney National Bank | N/A | | |
| Wuttke, Inc. vs. Brown Group, Inc, et al (Florida) | Rebuttal of Business Lost Profits – Retail Shoe Industry | Foley and Lardner, L.L.C.; Brown Group, Inc. | Civil District Court – Middle District of Florida | | |
| Denzil Davis and Jazil, Inc. d/b/a Connie Shoes, Inc. vs. Brown Group, Inc. and Brown Shoe Company (Texas) | Rebuttal of Business Lost Profits – Retail Shoe Industry | Foley and Lardner, L.L.C.; Brown Shoe Company | United States District Court – Galveston Division | ✓ | |
| Freeport Sulphur Company vs. Exxon Corporation | Financial Analyses of Joint Venture Expense Allocation – Mining Industry | Jones, Walker, Waechter, Poitevent, Carrere & Denegre | N/A | | |
| Alltel Corporation | Consulting – Telecommunications Industry | Capell, Howard, Knabe & Cobbs | N/A | | |
| WRT Energy Corporation, WRT Creditors Liquidation Trust vs. LLOG Exploration Company, et al | Commercial Litigation - Oil & Gas Industry | Phelps Dunbar LLP | United States Bankruptcy Court – Western District of Louisiana | ✓ | ✓ |
| K-Paul's Louisiana Kitchen, Inc. | Forensic Fraud Auditing – Restaurant Industry | Evans & Clesi PLC | N/A | | |

*Revised 07/2021*

**William R. Legier, CPA, CFE, CFF**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | ARBITRATION/ TRIAL TESTIMONY |
|---|---|---|---|---|---|
| FDIC vs. Barton, et al. | Bankruptcy – Banking | Liskow & Lewis, LLC | United States District Court – Eastern District of Louisiana | | |
| Glenn R. Clements vs. Blanchard and Company, et al | Business Consulting – Specialty Coins | Jones, Walker, Waechter, Poitevent, Carrere & Denegre | United States District Court – Eastern District of Louisiana | | |
| House of Blues | Rebuttal of Business Interruption /Lost Profits – Restaurant Industry | The Hartford Insurance Company | N/A | | |
| Egle vs. Egle | Divorce | Barkley & Thompson | 15th Judicial District Court – Lafayette Parish, Louisiana | | |
| Humberto Vidal, Inc. | Business Interruption - Retail Shoe Industry | Pablo Morales & Co. – PSC Puerto Rico | United States District Court for the District of Puerto Rico | | |
| Machinery Distribution, Inc. vs. Courtney Equipment, Inc. | Loss Profits – Construction Equipment Industry | Jones, Walker, Waechter, Poitevent, Carrere & Denegre | N/A | | |
| TMSEL vs. GIA, Inc. | Financial Analysis – Insurance Industry | McGlinchey, Stafford, Lang | Civil District Court – United States District Court | | |
| Reginald Cooper vs. The Rehabilitation Institute of New Orleans and Dr. H.M. Stokes | Business Valuation – Construction Industry | Adams & Reese, LLP | Civil District Court – Parish of Orleans, State of Louisiana | | |
| Sirpi vs. Dickson GMP International, Inc. | Lost Profits - Oil & Gas Industry | Sessions Fishman | Civil District Court | | |

*Revised 07/2021*

**William R. Legier, CPA, CFE, CFF**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | ARBITRATION/ TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Narcisse vs. TMSEL | Wages Claim – Information Systems Industry | Vial, Hamilton, Koch & Knox | United State District Court – Eastern Division | | |
| Frank Knight vs. Wayne J. Danos, et al. | Lost Wages – Construction Industry | Rodney, Bourdenave, Boykin, Bennette & Boyle | Civil District Court – Parish of Orleans, State of Louisiana | | |
| Mark A. Tessier, et al. Vs. Donald S. Moffatt, et al. | Litigation Consulting – Real Estate Industry | Philip Bulliard | United States District Court – Eastern District of Louisiana | ✓ | |
| Daniel L. Earles vs. Ruth U. Fertel, Inc., Ruth U. Fertel, Philip S. Brooks and William L. Hyde, Jr. | Shareholder Dispute – Restaurant Industry | Crawford & Lewis Baton Rouge | United States District Court – Eastern District of Louisiana | | ✓ |
| Kerr-McGee Chemical Corporation | Analysis of Complex Finance Transactions – Chemical Industry | Adams and Reese, LLP | Chancery Court - Forrest County, MS | | |
| Oreck Corporation vs. EMC Motor Company | Business Loss Profits – Appliance Manufacturing Industry | Liskow & Lewis, LLC | United States District Court – Eastern District of Louisiana | | |
| Geoffrey R. Jordan vs. MCI WorldCom, Inc. | Shareholder Dispute – Telecommunications Industry | Adams and Reese, LLP Jackson, MS | Circuit Court of the First Judicial District – Hinds County, MS | | |
| A.O. Smith Corporation, et al vs. American Alternative Insurance Corporation, et al | Corporate Veil – Gas Meter Manufacturing Industry | Frilot, Partridge, Kohnke & Clements, L.C. | Civil District Court – Parish of Orleans, District of Louisiana | ✓ | ✓ |

*Revised 07/2021*

**William R. Legier, CPA, CFE, CFF**
**Cases**

| **CAPTIONED CASE** | **DESCRIPTION** | **CLIENT** | **COURT** | **AFFIDAVIT/ DEPOSITION TESTIMONY** | **ARBITRATION/ TRIAL TESTIMONY** |
|---|---|---|---|---|---|
| Premier Restaurants, Inc. vs. Kenner Plaza Shopping Center, L.L.C. | Rebuttal of Lost Profits Claim Involving Restaurant Industry | Dwyer & Cambre | 24th Judicial District Court, Parish of Jefferson | ✓ | ✓ |
| Ralph J. Girardina vs. Ruth U. Fertel, Inc., et al | Shareholder Dispute – Restaurant Industry | Crawford & Lewis Baton Rouge | Federal Court | ✓ | |
| Brennan's, Inc. Owen E. Brennan, James C. Brennan, and Theodore M. Brennan vs. Dickie Brennan & Company, Inc., Cousins Restaurants, Inc., Seven Sixteen Iberville, LLC, Richard J. Brennan, and Richard J. Brennan, Jr. | Calculation of damages in connection with trademark infringement – Restaurant Industry | Baldwin & Haspel, LLC | Federal Court – Eastern District | ✓ | ✓ |
| Clarion Hotels International vs. Decatur Hotel Corporation | Rebuttal of Lost Profits Claim – Hospitality Industry | Jones, Walker, Waechter, Poitevent, Carrere & Denegre | | ✓ | |
| Montgomery Watson Matter | Rebuttal of Lost Profits Claim – Engineering Consulting Industry | Adams and Reese, LLP | U. S. District Court – Eastern District of Louisiana | ✓ | |
| Star Enterprise vs. Entergy Louisiana, Inc. | Calculation of Lost Profits Claim – Oil & Gas Refining Industry | Roedel, Parsons | Civil District Court | ✓ | |
| Diversified Foods, Inc., and The Claire Company, Inc. vs. Mark P. Landry, Gaspar J. Corpora, Antonina Oschmann, David Schwarz, Jr., and Donna Buring, Michael Menard, and P. A. Menard, Inc. | Calculation of Lost Profits – Food Distribution Industry | Hailey, McNamara | 24th Judicial District Court, Parish of Jefferson | ✓ | |
| Steve Allen Matter | Forensic Accounting and Fraud Detection, Securities Case – Information Technology Industry | Lemann & Associates | U. S. District Court – Northern District of California | ✓ | ✓ |

*Revised 07/2021*

## William R. Legier, CPA, CFE, CFF
### Cases

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | ARBITRATION/ TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Anthony Talalai, et al. vs. Cooper Tire & Rubber Company | Assessments of the Value of the Benefits to the Plaintiffs in this Class Action Matter and the Ability for the Defendant to Sustain Judgment – Manufacturing Industry | Allan Kanner & Associates, P.C. | Superior Court of New Jersey, Middlesex County | ✓ | |
| Irene Milkman, et al. vs. Conseco Senior Health Insurance Company, et al | Assessment of the Ability of Defendant to Meet Financial Obligations in this Class Action Matter – Insurance Industry | Allan Kanner & Associates, P.C. | Court of Common Pleas; Philadelphia County | ✓ | |
| 360Networks (USA), Inc., et al., Debtors | Assessment and Categorization of Payments Made in Connection with Bankruptcy Proceedings | Adams & Reese, LLP | Bankruptcy Court – Southern District of New York | | |
| Louisiana Health Service & Indemnity Co. d/b/a Blue Cross Blue Shield of Louisiana vs. Hospital Corporations of America, et al. | Assessment of Accuracy Of Database Information and the Determination of Amounts Due on Patient Accounts | Locke, Liddell & Sapp LLP | Federal Court - Baton Rouge | | |
| Cox Communications vs. Tommy Bowman, d/b/a Roofing, Inc. and Colony Insurance Co. | Assessment of Economic Damages Associated with Evacuation of Office Building | Ungarino & Eckert, LLC | | | |
| United States of America vs. Mark K. Johnson | Assessment of Inventories of Health Testing Records and Other Supporting Documents in Connection with Interstate Commerce of Wild Life | John J. Jackson, III, Esquire | Federal Court, Middle District – Baton Rouge | | |
| Hibernia National Bank, et al. vs. William H. Sullivan, Jr. | Assessment of Economic Damages Associated with Breach Fiduciary Duty in Connection with Real Estate and Timber Industry | James A. Brown, Esquire of Liskow & Lewis, PLC | | | |
| Blunt Wrap U.S.A., Inc. vs. Royal Blunts, Inc. | Calculations of Lost Profits | Rodney, Bordenave, Boykin & Ehret | | | |

*Revised 07/2021*

**William R. Legier, CPA, CFE, CFF**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | ARBITRATION/ TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Kanefsky vs. Trex | | Lowenstein Sandler PC | | | |
| George D. Lentz, Jr. vs. Robert Applegate, et al. | Calculation of Lost Profits | John B. Wells, Esquire | | | |
| Shelton Pollet, Jr., et al. vs. The Standard Fire Insurance Company, et al. | Study and Analyze Insurance Claim Files | Chaffe, McCall, Phillips, Toler & Sarpy, LLP | | | |
| Domingue vs. Salomon Smith Barney, et al. | Rebuttal of lost wage and benefits claim in connection with a wrongful termination (Stock Brokerage Industry) | Thomas A. Roberts, Esquire of McGlinchey Stafford, PLLC | NASD / FINRA Arbitration | ✓ | ✓ |
| Total Transportation, Inc. vs. Capital Marine Supply, Inc., et al | Rebuttal of valuation and presentation of alternative calculation in connection with the termination of a joint venture – Ship Mooring Industry | Richard B. Foster, Esquire of Lemle & Kelleher | | ✓ | ✓ |
| Alfred Christophe, et al. vs. Allstate Indemnity Insurance, et al. | Study and analyze Insurance Claim Files to provide our opinions as to the extent of diversity of claim data contained therein, along with the basis and reason for same | Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC | Civil District Court, Parish of Orleans | | |
| Cox Communications Louisiana, LLC vs. I.C. Fiber, LLC, et al. | Assessment of Economic Damages I Connection with Interruption of Digital Services – Telecommunications Industry | Adams and Reese, LLP | | | |
| Cox Communications Louisiana, LLC vs. Midship | Assessment of Economic Damages in Connection with Interruption of Cable and Television Services | Adams and Reese, LLP | | | ✓ |

13

*Revised 07/2021*

**William R. Legier, CPA, CFE, CFF**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | ARBITRATION/ TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Offshore Specialty Fabricators, Inc. vs. Rocky Wayne Henderson, et al, and Timothy Rauch vs. Offshore Specialty Fabricators, Inc., and William Kallop | Breach of Fiduciary Duty and Rebuttal of Calculation of Nonpayment of Bonuses – Oil Field Service Industry (Metal Fabrication) | Julius P. Hebert, Esquire of Hebert and Marceaux, LLP | 32nd Judicial District Court, Parish of Terrebonne | ✓ | |
| Chevron Phillips Chemical Company LP vs. Sulzer Chemtech USA, In., et al | | Adams and Reese, LLP | | | |
| The City of New Orleans vs. BellSouth Mobility, LLC, et al | Rebuttal of State and Local Tax Claim – Telecommunications Industry | Jones, Walker, Waechter, Poitevent, Carrère & Denegre, L.L.P. | Civil District Court – Parish of Orleans | | |
| Brookshire Brothers Holdings, Inc., et al. vs. Total Containment, Inc., et al. | Rebuttal of Lost Profits Calculations – Retail Gasoline Industry | Adams and Reese, LLP | U.S. District Court – Western District of Louisiana, Lake Charles Division | ✓ | |
| Capitol House Preservation Company, LLC vs. Perryman Consultants, Inc., et al | Determination of Business Lost Profits – Riverboat Gaming Industry | Charles Lambert, J., Esquire | 19th Judicial District Court, Parish of East Baton Rouge | ✓ | ✓ |
| Consolidated Companies, Inc. vs. Lexington Insurance Company | Calculation of Business Interruption Losses in connection with Hurricane Katrina. | Lemle & Kelleher, LLP | U.S. District Court – Eastern District of Louisiana | ✓ | ✓ |
| Arnaud's Restaurant, Inc. and Remoulade, Inc. vs. Lexington Insurance Company | Calculation of business interruption lost profits and extra expenses in connection with Hurricane Katrina – Restaurant Industry | Lowe, Stein, Hoffman, Allweiss & Hauver | U.S. District Court – Eastern District of Louisiana | ✓ | |
| Creole Delicacies Company, Inc., et al. vs. Transportation Insurance Company | Calculation of business lost profits and extra expenses in connection with Hurricane Katrina – Specialty Products Retail Industry | Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC | U.S. District Court – Eastern District of Louisiana | | |

14

*Revised 07/2021*

**William R. Legier, CPA, CFE, CFF**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | ARBITRATION/ TRIAL TESTIMONY |
|---|---|---|---|---|---|
| CAPTEC Franchise Trust 2000-1 acting by and through its servicer, The Bank of New York vs. Dining Delight, Inc. and Richard Best | Rebuttal of valuation of license in connection with franchise restaurant – Retail Food Service Industry | Shumaker, Loop & Kendrick, LLP | | | |
| Robert L. Manard, PLC v. Transportation Insurance Company | Calculation of loss of business income in connection with Hurricane Katrina – Professional Services Industry | Manard Law Firm | Civil District Court, Parish of Orleans – State of Louisiana | ✓ | |
| Emma Walker Montero, Individually and as Usufructuary, Claimant vs. Edward Jones, et al. | Rebuttal of damages in connection with FINRA Arbitration (formerly NASD) – Stock Brokerage Industry | Hurlburt, Privat and Monrose | NASD / FINRA Arbitration | | |
| XL Specialty Insurance Company vs. Conrad Industries, Inc., et al | Rebuttal of business interruption claim in connection with a fire – Marine Industry | Andrew B. Cooper, Esquire of Brown Sims, P.C. | American Arbitration Association | ✓ | ✓ |
| Textron Financial Corporation vs. Gregg Moon Construction, Inc. d/b/a Texas Hot Tubs, Gregory W. Moon and Kathy A. Moon | Evaluation of a company's financial condition, ability to fulfill contracts and its fair market value – Construction Industry (Spa and Pools) | Robin B. Cheatham, Esquire of Adams and Reese, LLP | | | |
| St. Bernard Port, Harbor and Terminal District vs. Industrial Risk Insurers | Calculation of the Port's losses and extra expenses in connection with Hurricane Katrina – Maritime Industry | Walter J. Leger, Jr., Esquire of Leger & Shaw | U.S. District Court – Eastern District of Louisiana | | |
| Byrne, Rice & Turner, Inc. vs. Hanover Insurance Company | Calculation of a marine supply company's loss of business income and extra expenses in connection with Hurricane Katrina –Maritime Industry | William T. Finn, Esquire of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC | Civil District Court for the Parish of Orleans, State of LA | | |

*Revised 07/2021*

## William R. Legier, CPA, CFE, CFF
## Cases

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | ARBITRATION/ TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Quest Diagnostics Incorporated vs. Factory Mutual Insurance Company | Calculation of losses in connection with Hurricane Katrina – Health Care Industry | John M. Sylvester, Esquire of K&L Gates, LP | U.S. District Court – Eastern District of Louisiana | ✓ | |
| Louisiana Binding Service, Inc., CSA Marketing and WWD Investments, Inc. vs. Citizens Insurance, A Company of The Hanover Insurance Group | Calculation of loss of business income and extra expenses in connection with Hurricane Katrina –Archival Preservation Industry | Gino J. Rendeiro, Esquire of Weeks, Kavanagh & Rendeiro | U.S. District Court – Eastern District of Louisiana | ✓ | |
| New Jersey Department of Environmental Protection and Administrator, New Jersey Spill Compensation Fund vs. Exxon Mobil Corporation | Calculation of Dividends and Amounts for Distribution in connection with environmental action – Oil & Gas Industry | Allan Kanner, Esquire of Kanner and Whiteley, LLC | | ✓ | |
| Physicians Best Care Clinic vs. St. Paul Travelers | Calculation of business income loss and extra expenses in connections with Hurricane Katrina – Health Care Industry | Law Office of Richard J. Fernandez, LLC | | | |
| Crescent City OBGYN Associates, LLC vs. Travelers Insurance Company | Calculation of business income loss and extra expenses in connection with Hurricane Katrina – Health Care Industry | Law Office of Richard J. Fernandez, LLC | | | |
| Input/Output Marine Systems, Inc. vs. Wilson Greatbatch, Inc., et al. | Calculation of lost profits in connection with infringement of confidentiality agreement – Marine Seismic Industry | Miles P. Clements, Esquire of Frilot, LLC | 24th Judicial District Court – Jefferson Parish | ✓ | ✓ |
| Adriatic Marine, LLC vs. C&C Boat Works, LLC and Skansi Marine | Calculation of lost profits in connection with breach of contract – Marine Transportation Industry | J. Geoffrey Ormsby Smith & Fawer, LLC | 25th Judicial District Court – Plaquemines Parish | ✓ | |
| Mobile Bay Investments, LLC vs. Regions Financial Corporation | Determination of loss of real estate development value and lost profits | Steve Martino, Esquire of Taylor Martino | Arbitration | | ✓ |

*Revised 07/2021*

## William R. Legier, CPA, CFE, CFF
### Cases

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | ARBITRATION/ TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Ad-Med, Inc. v. Bruce J. Iteld, M.D., (A Professional Medical Corporation) | Solvency Analysis – Health Care Industry | Mitchell J. Hoffman, Esquire of Lowe, Stein, Hoffman, Allweiss & Hauver, LLP | Civil District Court for the Parish of Orleans, State of Louisiana | ✓ | |
| Avis Bourg, Jr. v. Michael Eymard, Raimy Eymard Louis Eymard, et al. | Determination of excessive officers' compensation and but for available cash and operating income in connection with breach of fiduciary duties and duties of loyalty – Marine Transportation Industry | John A. Cangelosi, Esquire of King, Krebs & Jurgens, PLLC | 17th Juducial District Court – Lafourche Parish | ✓ | |
| Hope Enterprise Corporation vs. Sunset Landing, LLC, et al. | Recalculation of market values and other calculations in connection with breach of loan contract – Marina and Dry Storage Industry | Robert C. Williamson Esquire of Baria-Williamson, PLLC | American Arbitration Association | ✓ | |
| Sabine State Bank & Trust Co. Fort Polk Vault Cash Shortages and Concealment of Same | Analysis of vault cash shortages and concealment of same – Banking Industry | John Whitehead, Esquire of Sabine State Bank & Trust Co. | | | |
| Succession of Virginia Hardin Derby | Analysis of financial operations and profitability of an LLC and effect on 50% share of funds held in the registry of the court – Residential Real Estate Industry | D. Douglas Howard, Jr., Esquire of Howard, Reed, DelHierro & Pederson | Civil District Court for the Parish of Orleans, State of Louisiana | ✓ | |
| Woodlands Development, LLC, et al. vs. Regions Bank, et al. | Calculation and rebuttal of amount due in connection with loan agreements – Commercial Real Estate Industry | John A. Dunlap, Esquire of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC | 24th Judicial District Court – Jefferson Parish | ✓ | ✓ |

*Revised 07/2021*

**William R. Legier, CPA, CFE, CFF**
**Cases**

| <u>CAPTIONED CASE</u> | <u>DESCRIPTION</u> | <u>CLIENT</u> | <u>COURT</u> | **AFFIDAVIT/<br>DEPOSITION<br>TESTIMONY** | **ARBITRATION/<br>TRIAL<br>TESTIMONY** |
|---|---|---|---|---|---|
| Matthew M. Walker v. The Manitowoc Company, et al. | Determination of the financial condition and diminution in same, as well as the amount of lost profits in connection with a crane collapse – Welding and Fabrication in Oil & Gas Industry | John H. Hughes, Esquire of Allen & Gooch, A Louisiana Business Law Corporation | 16th Judicial District Court – Iberia Parish | ✓ | |
| Anthony Pitts, et al v. The Monroe City School Board | Analysis of funds dedicated for teachers' salaries and shortages in payments to teachers from same – Public School Industry | Ross Downs, Esquire of The Downs Law Firm APC | 4th Judicial District Court – Ouachita Parish | | |
| Coushatta Tribe of Louisiana d/b/a Coushatta Casino Resort v. Lake Charles Electric, LLC | Calculation and rebuttal of lost profits in connection with an electrical fire – Gaming Industry | Jeffrey A. Riggs, Esquire of Lewis Brisbois Bisgaard & Smith LLP | 33rd Judicial District Court – Allen Parish | ✓ | |
| Breton Sound Oyster Company, L.L.C. v. Stiel Insurance Company of New Orleans, Inc., et al | Calculation and rebuttal of lost profits in connection with spoiled food claims – Seafood Industry | David J. Ayo, Esquire of Allen & Gooch, A Law Corporation | 25th Judicial District Court – Plaquemines Parish | | ✓ |
| Brent Warr v. Pat Fore, III, et al. | Analysis of public works project's profitability – Concrete Pipe Manufacturing Industry | Alex Brady, Esquire of Brady Law Firm, PLLC | 1st Judicial District Court – Harrison County, MS | ✓ | |

*Revised 07/2021*

**William R. Legier, CPA, CFE, CFF**
**Cases**

| <u>CAPTIONED CASE</u> | <u>DESCRIPTION</u> | <u>CLIENT</u> | <u>COURT</u> | <u>AFFIDAVIT/<br>DEPOSITION<br>TESTIMONY</u> | <u>ARBITRATION/<br>TRIAL<br>TESTIMONY</u> |
|---|---|---|---|---|---|
| M. Langenstein & Sons Inc., et al. v. Sewerage & Water Board of New Orleans | Calculations of lost profits in connection with a public works project to improve New Orleans drainage systems for the following plaintiffs:  M. Langenstein & Sons, Inc.; Prytania Liquor Store, Inc.; Prytania Mail Services, L.L.C.; British Antiques, L.L.C. The Magic Box, LTD.; Fine Arts Management, L.L.C. d/b/a Prytania Theatre; Pascal–Manale Restaurant, Inc. – Retail/Hospitality Industry | Sarah A. Lowman, Esquire of Strauss & King, APLC | United States District Court – Eastern District of Louisiana | | |
| Enterprise Products Operating, LLC v. Southwood Terminal, LLC | Calculation of Damages in connection with an Order of Expropriation – Barge Movement and Fleeting Industry | Ashley Belleau, Esquire of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard | 23rd Judicial District Court – Ascension Parish | ✓ | |
| Thomas A. Genin v. Sean H. Anthony | Calculation and rebuttal as to the fair value of the Defendant's 50% ownership interest – Restaurant Industry | Nathan L. Prescott, Esquire of Page, Mannino, Peresich & McDermott, P.L.L.C. | Chancery Court of Hancock County, Mississippi | ✓ | |
| Gulf Fleet Holdings, Inc., et al., Debtors and Alan H. Goodman, Trustee (Plaintiff-in-Intervention) v. H.I.G. Capital, LLC, et al. | Determination of capitalization, solvency and damages in connection with breaches of fiduciary duty – Oil and Gas Industry | Hugh M. Ray, III, Esquire of Pillsbury Winthrop Shaw Pittman LLP | United States Bankruptcy Court – Western District of Louisiana | ✓ | |
| OJ's Janitorial and Sweeping Service, LLC and Otis Jones, Sr. v. Syncom Space Services, LLC and PAE Applied Technologies, LLC | Calculation and rebuttal of lost profits in connection with the breach of a Subcontract – Maintenance Service Industry | Raymond C Lewis, Esquire of Deutsch Kerrigan, L.L.P. | United States District Court – Eastern District of Louisiana | | |

*Revised 07/2021*

**William R. Legier, CPA, CFE, CFF**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | ARBITRATION/ TRIAL TESTIMONY |
|---|---|---|---|---|---|
| First Bank & Trust v. Premier Restorations, LLC, et al. | Alter Ego and/or Single Business Enterprise Issues – Guest House/ Remodeling Industry | J. Patrick Gaffney, Esquire of Carver Darden Koretzky Tessier Finn Blossman & Areaux LLC | Civil District Court for the Parish of Orleans, State of Louisiana | ✓ | |
| Comm Care Corporation v. ARCO Builders, Inc. | Calculation of lost profits in connection with construction delay, defects and remediation work associated with same – Health Care Industry | John I. Hulse, Esquire of Conroy Law Firm, PLC | 10th Judicial District Court for the Parish of Natchitoches, State of Louisiana | ✓ | |
| R.T. Casey, LLC vs. Sumitomo Electric, U.S.A, Inc. | Calculation of direct cost, overhead and profit, revenue, amount received and balance due in connection with abandonment of contract – Marine Construction Industry | Daniel A. Ranson, Esquire of Gaudry, Ranson, Higgins & Gremillion, LLC | American Arbitration Association | | ✓ |
| Capstone Associated Services, Ltd., et al. v. Dr. Scott Sullivan, et al. | Rebuttal of Lost Profits in connection with Intellectual Property – Insurance Industry | James M. Garner, Esquire of Sher Garner Cahill Richter Klein & Hilbert, LLC | Conflict Resolution Services, PLLC | | ✓ |
| Scott K. Sullivan, et al. v. The Feldman Law Firm, LLP, et al. | Rebuttal of Lost Profits in connection with Intellectual Property – Insurance Industry | James M. Garner, Esquire of Sher Garner Cahill Richter Klein & Hilbert, LLC | Arbitration | ✓ | |

*Revised 07/2021*