## Appendix A

**Cash Transfers Report**

**Alix**Partners

# Cash Transfers of Value Analysis

December 16, 2019

# Table of Contents

| Section | Page |
|---|---|
| **I.** **Objectives of the Transfers of Value Analysis** | 5 |
| **II.** **Sources Relied Upon** | 8 |
| **III.** **Executive Summary** | 10 |
| **IV.** **Cash Distributions Analysis** | 17 |
|     **A.** **Combined Purdue and Rhodes Cash Distributions** | 23 |
|     **B.** **Purdue Cash Distributions** | 28 |
|     **C.** **Rhodes Cash Distributions** | 32 |
| **V.** **Compensation Paid to or for the Benefit of the Sackler Family Members** | 36 |
| **VI.** **Legal Expenses Incurred on Behalf of the Sackler Family Members** | 39 |
| **VII.** **Pension Benefits Paid to Sackler Family Members** | 43 |
| **VIII.** **Travel and Expense Reimbursements to or for the Benefit of the Sackler Family Members** | 46 |
| **IX.** **Fringe Benefits Provided to Sackler Family Members** | 49 |

# Table of Contents — Exhibits

| Section | Page |
|---|---|
| **X.    Exhibits** | 52 |
| **Index of Exhibits** | 53 |
| **Exhibit A**    Cash Distributions Analysis, Detailed Procedures Performed | 54 |
| **Exhibit B**    Detailed Reconciliation of Purdue Net Cash Distributions to Audited Financial Statements | 60 |
| **Exhibit C**    Combined Purdue and Rhodes Detailed Schedules of Cash Transfers | 64 |
| **Exhibit D**    Rhodes Detailed Schedules of Cash Distributions | 72 |
| **Exhibit E**    Purdue Cash Distributions Tracing Analysis | 74 |
| **Exhibit F**    Rhodes Cash Distributions Tracing Analysis | 238 |
| **Exhibit G**    Analysis of Distributions Referenced in the State Complaints Filed Against Purdue and/or the Sackler Family Members | 303 |
| **Exhibit H**    Pension Benefits Detailed Procedures Performed | 309 |
| **Exhibit I**    Travel and Expense Reimbursements Detailed Procedures Performed | 311 |

# Table of Contents — Appendix

| | |
|---|---|
| **XI. Appendix** | 315 |
| **Index of Appendices** | 316 |
| **Appendix A   Detailed List of Sources Relied Upon** | 317 |
| **Appendix B   List of the Sackler Family Members** | 323 |
| **Appendix C   Purdue Organizational Charts and Ownership Structure** | 325 |
| **Appendix D   Purdue Company Names and SAP Account Information** | 340 |
| **Appendix E   Rhodes Organizational Charts and Ownership Structure** | 345 |
| **Appendix F   Rhodes Company Names and SAP Account Information** | 349 |
| **XII. Disclaimer and Statement of Limiting Conditions** | 354 |

**Alix**Partners

# I. Objectives of the Transfers of Value Analysis

# Objectives of the Transfers of Value Analysis

At the direction of the Special Committee of the Board of Directors of Purdue Pharma Inc. (the "Special Committee") and Davis Polk & Wardwell LLP ("Counsel"), AlixPartners, LLP ("AlixPartners") has performed a comprehensive transfers of value analysis.

− This report (the "Cash Transfers of Value Report") sets forth the results of AlixPartners's cash transfers of value analysis (the "Cash Transfers of Value Analysis"), based on the identification and quantification of transfers of value on or after January 1, 2008 made as cash distributions, compensation, legal expenses and benefits provided to or for the benefit of the Sackler Family members, as explained in greater detail on the following page.

− The analysis of intercompany and non-cash transfers of value made on or after January 1, 2008 will be addressed in a separate report (the "Intercompany and Non-Cash Transfers Report"). That report will set forth the results of the identification and quantification of transfers of value made as (1) non-cash transfers from Purdue to its parent, Pharmaceutical Research Associates, L.P. ("PRA L.P."); and (2) cash payments for goods, services and other consideration, including with respect to intellectual property, among Purdue and independent associated entities ("IACs"), Rhodes and IACs, and Purdue and Rhodes.[1]

---

[1] Capitalized terms, such as "Purdue" and "Rhodes," are defined on the following page.

# Objectives of the Cash Transfers of Value Analysis

The objectives of the Cash Transfers of Value Analysis were to:

Identify and quantify all transfers of value from the following entities and their respective subsidiaries, to parent entities, shareholders and/or family members and/or any other entity in which beneficial owners or families own a controlling interest (collectively "Affiliated Entities", including IACs):

− Purdue Pharma L.P. ("PPLP") together with its subsidiaries (collectively "Purdue");

− Purdue Pharma, Inc. ("PPI"), which is the general partner of Purdue; and

− Coventry Technologies L.P., Rhodes Associates L.P., Rhodes Technologies Inc., Rhodes Technologies, Rhodes Pharmaceuticals Inc. and Rhodes Pharmaceuticals L.P. (collectively "Rhodes").

This analysis included identifying and quantifying the following transfers of value by Purdue, PPI and Rhodes on or after January 1, 2008 through September 30, 2019, to the extent such transfers were made:[1]

− Cash distributions to or for the benefit of Affiliated Entities ("Cash Distributions");

− Compensation paid to or for the benefit of the Sackler Family members;

− Legal expenses incurred on behalf of the Sackler Family members;

− Pension benefits ("Pension Benefits") paid to the Sackler Family members;

− Travel and expense ("T&E") reimbursements paid to or for the benefit of the Sackler Family; and

− Fringe benefits ("Fringe Benefits") provided to the Sackler Family members.

The findings and results of our analysis are set forth in this Cash Transfers of Value Report.

---

[1] While our Cash Transfers of Value Analysis related to PPI is ongoing, the only cash dividends paid by PPI during the period January 1, 2008 through September 30, 2019 that we have identified to date were $6 million of payments made in 2012, as described on p. 29 of this Cash Transfers of Value Report. Amounts included throughout this Cash Transfers of Value Report represent approximations and may include rounding differences.

**AlixPartners**    7

**Alix**Partners

# II. Sources Relied Upon

# Sources Relied Upon

In order to achieve the objectives of the Cash Transfers of Value Analysis, we accessed and reviewed various sources of information from Purdue, PPI, Rhodes, TXP Services, Inc. ("TXP") and One Stamford Realty L.P. ("One Stamford Realty") that we used and relied on when performing our analysis. Refer to Appendix A for a more detailed listing of these sources.

1. Entity organizational charts

2. SAP accounting system information

3. Purdue's and Rhodes's internally-prepared distribution reports

4. Audited financial statements[1]

5. Internal financial statements, reports, schedules and/or SAP accounting records for PPLP, Rhodes, PPI, PLP Associates Holdings Inc. and other Affiliated Entities whose books and records are maintained in the same SAP accounting system

6. Accounting and approval documentation for Cash Distributions made by Purdue and Rhodes, and dividends paid by PPI and PLP Associates Holdings Inc.

7. State Complaints as set forth in Exhibit G

8. Payroll and compensation records

9. Purdue's legal expense reports prepared by Purdue's Legal Department

10. Pension Benefit records and related documentation

11. Purdue's T&E reports, accounts payable T&E reimbursement payments and T&E supporting documentation

12. Fringe Benefit records

13. Purdue, PPI, Rhodes, TXP and One Stamford Realty employees
    – TXP provides accounting and other administrative services to Purdue and PPI. One Stamford Realty owns the building in which Purdue's corporate headquarters are located. Employees of these entities assist with the management of the Fringe Benefit programs provided to the Sackler Family members.

---

[1] Purdue's audited financial statements are available for the years ended December 31, 2008 through December 31, 2017. For the year ended December 31, 2018, audit fieldwork has largely been completed, but the aud ted financial statements have not been finalized due to the pending court appointment of Ernst & Young LLP as Purdue's aud tors. Purdue and Rhodes's combined audited financial statements are available for the years ended December 31, 2014 through 2015, with 2013 included as prior year information in the 2014 report. Audited financial statements for Rhodes on a standalone basis are available for 2016. All audits were performed by Ernst & Young LLP.

**Alix**Partners    9

**Alix**Partners

# III. Executive Summary

# Executive Summary - Purdue/Rhodes Cash Distributions Analysis

Total Net Cash Distributions paid by Purdue and Rhodes to or for the benefit of the Affiliated Entities and/or taxing authorities on or after January 1, 2008 were $10.4 billion.

– Cash Distributions generally flowed up from Purdue or Rhodes according to their ownership interests and then to the ultimate recipient entity. For example, Purdue's Cash Distributions generally flowed up from Purdue to and through PRA L.P. (which was formerly Purdue Holdings L.P.), and were either invested in IACs, or continued to flow up through other holding companies to trusts established for the benefit of the Sackler Family members or to taxing authorities.

**Purdue/Rhodes Total Net Cash Distributions to or for the Benefit of Affiliated Entities and/or Taxing Authorities[1,2,3,4]**



[1] The classification of US Partner Cash Distributions, Distributions for the Benefit of Other Affiliated Entities and Tax Distributions is based on Purdue's Internal Distributions Analysis and the October 19, 2018 MDL Presentation (as later defined).
[2] Distributions for the Benefit of Other Affiliated Entities correspond with the Ex-US Cash Distributions category in Purdue's Internal Distributions Analysis.
[3] 2017 Cash Distributions do not include $312 6 million of loans to PRA L P., all of which have since been repaid in full with interest.
Rhodes paid $70,000 in Tax Distributions in 2018 which are not included in the chart above. Cash Distributions were not paid from January 1, 2019 through September 30, 2019.

**AlixPartners**

# Executive Summary — Compensation to the Sackler Family Members

Purdue paid approximately $371,400 in payroll compensation to or for the benefit of the Sackler Family members on or after January 1, 2008.[1] Refer to Appendix B for the Sackler Family member names, titles and relationships.

| Sackler Family Member | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | YTD September 30, 2019 | Total January 1, 2008 through September 30, 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kathe A. Sackler[2] | $ 2,100 | $ 2,100 | $ 8,980 | $ 11,749 | $ 11,644 | $ 4,500 | $ 4,500 | $ 4,995 | $ 5,719 | $ 5,720 | $ 6,500 | $ – | $ 68,507 |
| Mortimer D.A. Sackler | 2,100 | 2,100 | 2,400 | 2,600 | 2,800 | 3,250 | 3,250 | 5,192 | 5,719 | 6,006 | 6,500 | – | 41,917 |
| Samantha (Sackler) Hunt | 2,100 | 2,100 | 2,400 | 2,600 | 2,800 | 3,250 | 3,250 | 5,192 | 5,719 | 6,006 | 4,500 | – | 39,917 |
| Richard S. Sackler[3] | 2,100 | 2,100 | 2,400 | 11,568 | 2,800 | 3,250 | 3,250 | 3,123 | 1,820 | 1,820 | 1,945 | – | 36,176 |
| David A. Sackler | – | 1,477 | 2,400 | 2,400 | 2,400 | 2,400 | 2,727 | 5,192 | 5,719 | 5,720 | 4,750 | – | 35,185 |
| Jonathan D. Sackler | 2,100 | 2,100 | 2,400 | 2,600 | 2,800 | 3,250 | 3,250 | 3,635 | 3,899 | 3,900 | 4,550 | – | 34,484 |
| Raymond R. Sackler | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 3,375 | 3,769 | 2,205 | – | – | 24,049 |
| Rebecca Sackler | – | – | – | 4,898 | 6,694 | – | – | 1,729 | 3,380 | 3,380 | 3,900 | – | 23,981 |
| Marianna Sackler | – | – | – | – | – | – | – | – | 5,719 | 5,720 | 5,720 | – | 17,159 |
| Ilene Sackler Lefcourt | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,662 | 1,820 | 1,820 | 1,945 | – | 15,647 |
| Jeffrey Lefcourt | – | – | – | – | – | – | – | – | 4,550 | 4,823 | 3,780 | – | 13,153 |
| Karen Lefcourt-Taylor | – | – | – | – | – | – | – | – | 4,550 | 4,823 | 3,780 | – | 13,153 |
| All Other Sackler Family Members (3) | – | – | – | – | 3,431 | – | – | 2,051 | – | 770 | 1,820 | – | 8,072 |
| **Grand Total** | **$ 13,800** | **$ 15,277** | **$ 24,280** | **$ 41,715** | **$ 38,669** | **$ 23,200** | **$ 23,527** | **$ 36,146** | **$ 52,383** | **$ 52,713** | **$ 49,690** | **$ –** | **$ 371,400** |

[1] The Sackler Family members included herein received healthcare benefits under Purdue's employee benefits program during this period. The vast majority of the compensation amounts were deducted to cover the Sackler Family member's portion of insurance costs, and the small remainder was paid in cash.
[2] Compensation to Kathe A. Sackler in 2010 through 2012 includes approximately $19,500 in domestic partner medical benefits.
[3] Compensation to Richard S. Sackler in 2011 includes approximately $9,000 in special compensation as reflected in Purdue's payroll records.

# Executive Summary — Legal Expenses Incurred on Behalf of the Sackler Family Members

Since January 1, 2008 forward, Purdue had a corporate indemnity policy (the "Corporate Indemnity Policy") whereby Purdue agreed to pay legal expenses for Purdue's Directors, Officers and other Named Agents (as defined in the policy) when those expenses were related to actions taken in an official capacity.

− Total legal expenses incurred by Purdue on behalf of the Sackler Family members pursuant to the Corporate Indemnity Policy on or after January 1, 2008 were $17.6 million.

− Purdue ceased payments on behalf of the Sackler Family members for legal services performed after February 28, 2019.



[1] No indemnity payments were identified prior to 2016, and Purdue's Legal Department is not aware of any indemnification requests pursuant to this pol cy arising prior to January 1, 2016. We have relied on the Purdue Legal Department's representation that these expenses related to legal services performed on behalf of the Sackler Family members and that Purdue has pa d pursuant to the Corporate Indemnity Policy.
[2] Amounts are shown in the quarterly period when services were rendered (not paid). 1Q19 includes only legal expenses incurred for services performed in January and February 2019.

**Alix**Partners

# Executive Summary – Pension Benefits Paid to the Sackler Family Members from Qualified Pension Plan

Total Pension Benefits paid to the Sackler Family members pursuant to Purdue's defined benefit plan ("Purdue's Pension Plan") on or after January 1, 2008 were $3.0 million. These Pension Benefit payments were made out of the trust assets of Purdue's Pension Plan, which were held separately from Purdue's assets.

| Sackler Family Member | Pension Benefit Payment | Retirement Date |
|---|---|---|
| Richard S. Sackler | $        1,331,758 | 4/1/2010 |
| Ilene Sackler Lefcourt | 319,401 | 10/1/2011 |
| Kathe A. Sackler | 1,316,818 | 5/1/2013 |
| **Total** | **$        2,967,977** | |

– All three recipients of these Pension Benefits elected to receive lump sum payments, which were paid within one month of their respective retirement dates and in accordance with Purdue's Pensions Plan.

– The pension benefit information listed herein reflects compensation received by certain Sackler Family members prior to 2008, including base salaries and bonuses.

In addition, Jonathan D. Sackler is eligible for an early retirement Pension Benefit but has not elected to receive this benefit as of September 30, 2019. The lump sum present value of the early retirement Pension Benefit was estimated by Deloitte, Purdue's Pension Benefit consultant, to be approximately $1.1 million as of August 1, 2019. On April 1, 2020, he becomes eligible for full retirement benefits.

Similarly, Mortimer D.A. Sackler becomes eligible for an early retirement Pension Benefit on June 1, 2026, and for a full retirement Pension Benefit on June 1, 2036.  According to Deloitte, these dates are too far in the future to accurately estimate the current value of this Pension Benefit.

# Executive Summary – T&E Reimbursements to or for the Benefit of the Sackler Family Members

Purdue paid $1.9 million in T&E reimbursements to or for the benefit of the Sackler Family members on or after January 1, 2008.[1] No T&E reimbursements have been submitted by or paid to the Sackler Family members after March 31, 2019.

− Airline charges represent the largest category of T&E reimbursements, approximately 65% of T&E reimbursements paid to or for the benefit of the Sackler Family members.

− The remaining T&E categories listed below account for approximately 35% of T&E reimbursements paid to or for the benefit of the Sackler Family members:
  o Transportation (Taxi, Bus and Other Vehicle)
  o Meals & Entertainment
  o Hotel Lodging
  o Other

− In August 2019, at Purdue's request, PRA L.P. repaid Purdue for approximately $634,000 of these T&E reimbursements for a variety of reasons, including the difficulty in confirming that these reimbursements were properly chargeable to Purdue, resulting in a net payment by Purdue of approximately $1,276,116.

---

[1] T&E reimbursements were identified either in accounts payable or the T&E electronic detail. Accounts payable records were available for the entire period, but the T&E electronic detail from Purdue's T&E reporting system, Databas cs, was available starting in April 2011. T&E reimbursements categories were included in the T&E electron c detail. For T&E reimbursements processed through accounts payable, we assigned an expense category for each T&E reimbursement based on information available in SAP.

# Executive Summary – Reimbursed Fringe Benefits Provided to the Sackler Family Members

Certain Sackler Family members received Fringe Benefits from Purdue in the form of company paid cellular phones, company fleet vehicles and salary/benefits for personal service employees on or after January 1, 2008.

− Purdue was fully reimbursed for the fleet vehicle costs and personal service employee benefits by the Sackler Family members in the ordinary course on a periodic basis.

− Purdue was not contemporaneously reimbursed for the use of company issued cellular phones. However, in August 2019, PRA L.P. repaid Purdue, at Purdue's request, the full amount (approximately $477,351) of the costs associated with the Sackler Family members' use of company issued cellular phones on or after January 1, 2008.

| | Not Contemporaneously Reimbursed<br><br>Cellular Phones | Reimbursed in the Ordinary Course On a Periodic Basis<br><br>Fleet Vehicles[1] | Reimbursed in the Ordinary Course On a Periodic Basis<br><br>Personal Service Employees | Total |
|---|---|---|---|---|
| Total Cost to Purdue | $ 477,351 | $ 1,892,705 | $ 2,590,800 | $ 4,960,856 |
| Contemporaneous Reimbursements / Credits Identified[1] | - | (1,892,705) | (2,590,800) | (4,483,505) |
| Net Total | $ 477,351 | $ - | $ - | $ 477,351 |
| Repaid by PRA L.P. in August 2019 | (477,351) | - | - | (477,351) |
| Net Cost to Purdue | $ - | $ - | $ - | $ - |

− No Fringe Benefits were provided by Purdue to the Sackler Family members after April 30, 2019.

[1] Reimbursements include credits related to approximately $6,400 in fleet invoice overcharges and $4,600 in automobile maintenance costs. It is our understanding that fleet vehicle expenses were reimbursed by the Sackler Family members in the ordinary course. However, based on the information available in SAP and discussions with TXP, it is unclear if Purdue was reimbursed for $4,600 in automobile maintenance costs.

**Alix**Partners

# IV.  Cash Distributions Analysis

# Cash Distributions Analysis - Objectives

The objectives of the Cash Distributions Analysis include the following:

1. Identify and quantify the amount of all Cash Distributions made by Purdue and Rhodes on or after January 1, 2008 to the Affiliated Entities.[1]

   − The organizational structure of Purdue as of May 28, 2019 is illustrated below. This structure, which is current as of the date of this Cash Transfers of Value Report, includes Rhodes as a subsidiary of Purdue. PPLP's subsidiary entities varied over time, as did its ownership interests, with periodic internal reorganizations.

   − Refer to Appendices C and E for more detailed organizational charts for Purdue and Rhodes.



[1] The analysis related to Non-Cash Distributions made on or after January 1, 2008 is included in the Intercompany and Non-Cash Transfers Report.

**AlixPartners**    18

# Cash Distributions Analysis - Objectives

2. Identify and quantify the amount of the Cash Distributions made by Purdue and Rhodes on or after January 1, 2008 that Purdue has classified as US Partner Cash Distributions, Ex-US Cash Distributions and Tax Distributions in:

   – Purdue's internally-prepared summary of distributions ("Purdue's Internal Distribution Analysis");

   – Rhodes's internally-prepared distribution analysis ("Rhodes's Internal Distribution Analysis");

   – Audited financial statements;[1] and

   – The October 19, 2018 presentation prepared by Purdue for the Opioid Multidistrict Litigation ("MDL") in the Northern District of Ohio (the "October 19, 2018 MDL Presentation").

---

[1] Purdue audited financial statements are available for the years ended December 31, 2008 through December 31, 2017. For the year ended December 31, 2018, aud t fieldwork has largely been completed, but the aud ted financial statements have not been finalized due to the pending court appointment of Ernst & Young LLP as Purdue's auditors. Purdue and Rhodes's combined audited financial statements are available for the years ended December 31, 2014 through 2015, with 2013 included as prior year information in the 2014 report. Audited financial statements for Rhodes on a standalone basis are available for 2016. All audits were performed by Ernst & Young LLP.

# Cash Distributions Analysis - Objectives

3. Identify, quantify and reconcile the Cash Distributions made by Purdue and Rhodes to the amounts reported in the following sources of information:

   – Purdue's SAP accounting system;

   – The October 19, 2018 MDL Presentation;

   – Purdue's Internal Distribution Analysis;

   – Rhodes's Internal Distribution Analysis;

   – Purdue and Rhodes's audited financial statements;

   – Purdue's Treasury Department transaction reports;

   – Purdue's notes receivable schedule; and

   – Third-party documents, including:

     o Relevant bank records, and

     o Distributions alleged in State Complaints.

4. Identify and gain an understanding of the flow of funds activity related to Cash Distributions made by Purdue and Rhodes, including:

   – How Purdue and Rhodes recorded Cash Distributions in its SAP accounting system;

   – The types of information and documentation regarding the flow of funds for Cash Distributions; and

   – The authorization process of Cash Distributions.

**AlixPartners**

# Cash Distributions Analysis - Objectives

5. Identify and quantify the amount of Capital Contributions[1] received by Purdue on or after January 1, 2008 in the following sources of information:

   - Purdue's SAP accounting system;

   - The October 19, 2018 MDL Presentation;

   - Purdue's Internal Distribution Analysis; and

   - Audited financial statements.

6. Identify and quantify the amount of Capital Contributions[1] that Rhodes received on or after January 1, 2008 in the following sources of information:

   - Purdue's accounting system, which included the accounting system for Rhodes;

   - Distribution authorizations, which contain information related to Capital Contributions received by Rhodes and were provided by Rhodes's Vice President of Finance;

   - Rhodes's Internal Distribution Analysis, which also includes Capital Contributions received by Rhodes; and

   - Audited financial statements.

7. Identify and gain an understanding of the following regarding Capital Contributions received by Rhodes on or after January 1, 2008:

   - How Capital Contributions were recorded in Rhodes's SAP accounting system;

   - The types of information and documentation regarding the flow of funds for Capital Contributions; and

   - The authorization process for Capital Contributions.

[1] Capital Contributions generally represent investments made by IACs in Purdue or Rhodes.

**Alix**Partners    21

# Cash Distributions Analysis — Procedures Performed

In order to achieve the objectives of the Cash Distributions Analysis, we performed the following procedures:

1. Collected sources of information and documentation from Purdue.

2. Identified, quantified and reconciled Cash Distributions recorded in Purdue's and Rhodes's Internal Distributions Analyses and SAP accounting system, and the October 19, 2018 MDL Presentation.

3. Validated and reconciled Cash Distribution amounts reported in Purdue and Rhodes's financial statements and external sources.

4. Traced the flow of funds for each Purdue and Rhodes Cash Distribution classification (Non-Tax US Partner, Non-Tax Ex-US and Tax Distributions) made across various years.

   − Refer to Exhibit A for more detailed procedures performed.
   − Refer to Exhibit E for the Purdue Cash Distributions Tracing Analysis.
   − Refer to Exhibit F for the Rhodes Cash Distributions Tracing Analysis.

**Alix**Partners

# IV.A Combined Purdue and Rhodes Cash Distributions

# Purdue/Rhodes Cash Distribution Analysis

1. Total Net Cash Distributions paid by Purdue and Rhodes to or for the benefit of the Affiliated Entities and/or taxing authorities on or after January 1, 2008 were $10.4 billion.

   – Refer to Exhibit C for detailed schedules of Cash Distributions.



Purdue/Rhodes Total Net Cash Distributions to or for the Benefit of Affiliated Entities and/or Taxing Authorities[1,2,3,4]

| Total for Year | $1,377.3 | $1,710.9 | $1,626.2 | $1,231.2 | $999.0 | $922.9 | $832.0 | $803.2 | $657.0 | $186.9 |

| Summary | dollars in millions |
|---|---|
| US Partner Cash Distributions | $ 4,119.8 |
| Distributions for the Benefit of Other Affiliated Entities | $ 1,546.6 |
| Tax Distributions | $ 4,680.2 |
| Total Cash Distributions | $ 10,346.6 |

[1] The classification of US Partner Cash Distributions, Distributions for the Benefit of Other Affiliated Entities and Tax Distributions is based on Purdue's Internal Distributions Analysis and the October 19, 2018 MDL Presentation.
[2] Distributions for the Benefit of Other Affiliated Entities correspond with the Ex-US Cash Distributions category in Purdue's Internal Distributions Analysis.
[3] 2017 Cash Distributions do not include $312 6 million of loans to PRA L P., all of which have since been repaid in full with interest.
Rhodes paid $70,000 in Tax Distributions in 2018 which are not included in the chart above. Cash Distributions were not paid from January 1, 2019 through September 30, 2019.

**Ali xPartners**   24

# Purdue/Rhodes Net Cash Distributions — Findings

2. Total Net Cash Distributions paid by Purdue and Rhodes to or for the benefit of the Affiliated Entities on or after January 1, 2008 are included in the table below.

| dollars in '000s Year | Purdue Net Cash Distributions | | | | | Rhodes Net Cash Distributions | | | | Total Net Cash Distributions |
|---|---|---|---|---|---|---|---|---|---|---|
| | Purdue US Partner Cash Distributions | Purdue Ex-US Cash Distributions [2] | Purdue Investment in Associated Companies [1] | Purdue Tax Distributions | Purdue Total Cash Distributions | Rhodes US Partner Net Cash Distributions | Rhodes Tax Distributions | Eliminate Purdue Cash Distributions to Rhodes | Rhodes Total Net Cash Distributions | |
| 2008 | $ 752,120 | $ — | $ 76,107 | $ 540,203 | 1,368,430 | $ — | $ 10,400 | $ (1,500) | $ 8,900 | $ 1,377,330 |
| 2009 | 898,949 | — | 111,576 | 710,916 | 1,721,441 | — | 8,803 | (19,301) | (10,498) | 1,710,943 |
| 2010 | 859,950 | 112,381 | — | 653,842 | 1,626,173 | — | 14,207 | (14,200) | 7 | 1,626,180 |
| 2011 | 553,552 | 113,306 | — | 555,949 | 1,222,807 | 25,000 | 3,346 | (20,000) | 8,346 | 1,231,153 |
| 2012 | 439,342 | 122,394 | — | 459,522 | 1,021,258 | 6,000 | 10,745 | (39,000) | (22,255) | 999,003 |
| 2013 | 298,319 | 234,447 | — | 400,849 | 933,615 | — | 9,366 | (20,000) | (10,634) | 922,981 |
| 2014 | 127,505 | 232,023 | — | 435,569 | 795,097 | — | 46,962 | (10,000) | 36,962 | 832,059 |
| 2015 | 128,788 | 297,019 | — | 366,111 | 791,918 | — | 11,328 | — | 11,328 | 803,246 |
| 2016 | 154,074 | 247,358 | — | 249,273 | 650,705 | — | 6,199 | — | 6,199 | 656,904 |
| 2017 | 199 | — | — | 186,541 | 186,740 | — | 140 | — | 140 | 186,880 |
| Subtotal 2008-2017 | $ 4,212,798 | $ 1,358,928 | $ 187,683 | $ 4,558,775 | $ 10,318,184 | $ 31,000 | $ 121,496 | $ (124,001) | 28,495 | $ 10,346,679 |
| Additional Non-Purdue Distribution on Identified in Reconciliation to State Complaints [3] | 30,000 | — | — | — | 30,000 | — | — | — | — | 30,000 |
| Total as Adjusted | $ 4,242,798 | $ 1,358,928 | $ 187,683 | $ 4,558,775 | $ 10,348,184 | $ 31,000 | $ 121,496 | $ (124,001) | $ 28,495 | $ 10,376,679 |

- Cash Distributions generally flowed up from Purdue to and through PRA L.P., and were either invested in IACs, or continued to flow up through other holding companies to trusts established for the benefit of the Sackler Family members or to taxing authorities. Refer to Exhibit E and F for our flow of funds and tracing analyses for Purdue and Rhodes, respectively.

- We did not find any instances where distribution amounts alleged in the State Complaints during a particular time period exceeded distributions amounts reported in Purdue's Internal Distribution Analysis for that same time period. Refer to Exhibit G for more details.

- Net Cash Distributions contain credits in the amount of $154.2 million for funds reinvested in Purdue by PRA L.P., and $17.2 million for tax refunds received by Purdue.

- Purdue did not make any Cash Distributions after 2017.

- Rhodes paid $70,000 in Tax Distributions in 2018, which are not included in the amounts above. Rhodes did not make any Cash Distributions after 2018.

[1] Purdue recorded $187.7 million in Ex-US Distributions as Investment in Associated Companies, which represented cash that flowed to a wholly owned entity of Purdue and then to an Ex-US Affiliated Entity.
[2] 2017 Cash Distributions do not include $312.6 million of loans to PRA L.P., all of which have since been repaid in full with interest.
[3] Additional Non-Purdue Distribution reflects a 2010 distribution made by Millsaw Realty L.P., formerly a subsidiary of Purdue, to Beacon Company and Rosebay Medical Company L.P., apparently made at the direction of Purdue. This amount was identified in the reconciliation to the State Complaints. Refer to Exhibit G for more details regarding this reconciliation.

**AlixPartners**

# Combined Purdue and Rhodes Cash Distributions Identified in SAP

3. As illustrated in the table below, we determined that 99.3% of the gross cash transfer amounts that are reported in Purdue's and Rhodes's Internal Distribution Analyses, which include Cash Distributions and loans made by Purdue to PRA, L.P. in 2017, match the accounts payable vendor/payee name and payment amount that are recorded in Purdue's SAP accounts payable ledger. Refer to Exhibits E and F Cash Distributions tracing analyses for Purdue and Rhodes, respectively.

| | A | | | | | | B | C | A / (B-C) = D |
|---|---|---|---|---|---|---|---|---|---|
| **Purdue and Rhodes Distributions Identified in Accounts Payable for Amount and Payee (dollars in '000s)** | | | | | | | | | |
| Year | Cash Transfers to Affiliated Entities / Subsidiaries Identified in Accounts Payable | Total Net Cash Distributions | Cash Transfers Identified in Accounts Payable Related to Loans | Accrued Distributions | Contributions From Purdue to Rhodes | Contributions From Purdue Holdings L.P. and Tax Refunds | Gross Cash Transfers to Affiliated Entities / Subsidiaries | Cash Distributions Not Paid Through Accounts Payable | % Identified in Accounts Payable |
| 2008 | $  1,382,839 | $  1,377,330 | $            - | $            - | $  1,500 | $  8,879 | $  1,387,709 | $            - | 99.6% |
| 2009 | 1,707,938 | 1,710,943 | - | - | 19,301 | 3,424 | 1,733,668 | - | 98.5% |
| 2010 | 1,629,269 | 1,626,181 | - | - | 14,200 | 2,341 | 1,642,722 | - | 99.2% |
| 2011 | 1,262,969 | 1,231,153 | - | - | 20,000 | 34,095 | 1,285,248 | 5,608 | 98.7% |
| 2012 | 1,068,617 | 999,003 | - | - | 39,000 | 35,846 | 1,073,849 | 4,553 | 99.9% |
| 2013 | 957,667 | 922,981 | - | - | 20,000 | 20,236 | 963,217 | 4,633 | 99.9% |
| 2014 | 867,670 | 832,059 | - | - | 10,000 | 35,486 | 877,545 | 3,042 | 99.2% |
| 2015 | 913,081 | 803,245 | - | 107,000 | - | 7,413 | 917,658 | 3,340 | 99.9% |
| 2016 | 568,451 | 656,904 | - | (107,000) | - | 23,712 | 573,616 | 1,607 | 99.4% |
| 2017 | 397,648 | 186,880 | 246,739 | - | - | - | 433,619 | 35,763 | 99.9% |
| **Total** | $  10,756,149 | $  10,346,679 | $  246,739 | $            - | $  124,001 | $  171,432 | $  10,888,851 | $  58,546 | 99.3% |

- **Column C** - We understand that the following categories of disbursements were recorded by general ledger entry instead of through the SAP accounts payable ledger system:
  - o Fractional distributions made to PPI and PLP Associates Holdings Inc. (e.g., "Sliver Distributions").
  - o A $35 million Tax Distribution from Purdue to PRA L.P. in 2017.[1]
- Based on discussions with Purdue and TXP, the remaining amounts not identified in the SAP accounts payable ledger generally relate to small individual payments to taxing authorities, which are difficult to identify due to combination with other items or entries.
- Refer to Appendices D and F for SAP company codes for Purdue and Rhodes, respectively.

[1] The classification as a Tax Distribution is based upon Purdue's Internal Distribution Analysis and the October 19, 2018 MDL Presentation. This Tax Distribution does not appear to have been transferred beyond PRA L.P.

# Purdue/Rhodes Cash Distributions Identified in SAP

4. The Purdue and Rhodes cash transfers identified in the SAP accounts payable ledger are summarized below. Refer to Exhibit C for the Purdue and Rhodes detailed schedules of Cash Distributions.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Purdue and Rhodes Distributions Identified in Accounts Payable for Amount and Payee (dollars in '000s)** | | | | | | | | | | |
| Year | Beacon / Rosebay Non-Tax | Other Affiliated Entities / Subsidiaries | Cumulative Rounding | Total Non-Tax Cash Transfers to Affiliated Entities / Subsidiaries | Beacon / Rosebay Tax | State/Local | Federal | Cumulative Rounding | Total Tax Distributions | Cash Transfers to IACs / Subsidiaries Identified in Accounts Payable |
| 2008 | $ 625,629 | $ 200,478 | $ - | $ 826,107 | $ 5,879 | $ 30,356 | $ 520,497 | $ - | $ 556,732 | $ 1,382,839 |
| 2009 | 879,134 | 111,576 | (1) | 990,709 | 363,238 | 44,486 | 309,504 | 1 | 717,229 | 1,707,938 |
| 2010 | 862,196 | 108,709 | (1) | 970,904 | 332,445 | 35,978 | 289,943 | (1) | 658,365 | 1,629,269 |
| 2011 | 599,727 | 115,114 | - | 714,841 | 269,127 | 39,827 | 239,175 | (1) | 548,128 | 1,262,969 |
| 2012 | 466,900 | 134,394 | - | 601,294 | 232,814 | 28,372 | 206,138 | (1) | 467,323 | 1,068,617 |
| 2013 | 318,928 | 230,567 | 1 | 549,496 | 217,747 | 26,311 | 164,113 | - | 408,171 | 957,667 |
| 2014 | 177,350 | 210,402 | (1) | 387,751 | 255,508 | 28,255 | 196,157 | (1) | 479,919 | 867,670 |
| 2015 | 320,004 | 217,725 | (1) | 537,728 | 146,340 | 24,443 | 204,573 | (3) | 375,353 | 913,081 |
| 2016 | 87,591 | 226,739 | - | 314,330 | 123,610 | 18,869 | 111,642 | - | 254,121 | 568,451 |
| 2017 | 107,013 | 139,712 | - | 246,725 | 72,235 | 29,088 | 49,600 | - | 150,923 | 397,648 |
| Total | $ 4,444,472 | $ 1,695,416 | $ (3) | $ 6,139,885 | $ 2,018,943 | $ 305,985 | $ 2,291,342 | $ (6) | $ 4,616,264 | $ 10,756,149 |

− The classification of Non-Tax cash transfers and Tax Distributions in the above table is based on Purdue's Internal Distributions Analysis and the October 19, 2018 MDL Presentation.[1]

− The Non-Tax cash transfers include Cash Distributions and $246.7 million of cash transfers related to loans that Purdue made to PRA L.P. in 2017, which PRA L.P. then transferred to Ex-US Affiliates. These loans have since been repaid in full with interest.

− A search was run in the SAP accounts payable ledger to determine if any of the payees known to have received Cash Distributions received any other individual payments in excess of $1 million that were not recorded as Cash Distributions or loans in Purdue's Internal Distribution Analysis, SAP accounts payable ledger or audited financial statements. The search for payee names included taxing authorities (SAP industry code: TAX) or Affiliated Entities (SAP industry codes: AFIL and DSTD). No instances of unrecorded cash distributions, loans or other cash transfers to these taxing authorities or Affiliated Entities were identified as a result of performing this analysis.

− Refer to Appendices D and F for company names and SAP account information for Purdue and Rhodes, respectively.

[1] We are unable to determine from the books and records maintained by Purdue and Rhodes whether Rosebay Medical Company L.P. and/or Beacon Company used the Tax Distributions to make tax-related payments to the appropriate taxing authorities.

**AlixPartners**

**Alix**Partners

# IV.B  Purdue Cash Distributions

# Purdue Cash Distributions — Findings

1. Total Net Cash Distributions paid by Purdue to or for the benefit of the Affiliated Entities on or after January 1, 2008 are included in the table below.[1] Refer to the Purdue/Rhodes Cash Distributions Analysis section of this Cash Transfers of Value Report for additional information regarding Purdue's Cash Distributions.

| Purdue Net Cash Distributions | | | | | |
|---|---|---|---|---|---|
| *dollars in '000s* Year | US Partner Net Distributions | Ex-US Distributions | Investments in Associated Companies | Net Tax Distributions | Total Net Cash Distributions |
| 2008 | $      752,120 | $          — | $      76,107 | $      540,203 | $      1,368,430 |
| 2009 | 898,949 | — | 111,576 | 710,916 | 1,721,441 |
| 2010 | 859,950 | 112,381 | — | 653,842 | 1,626,173 |
| 2011 | 553,552 | 113,306 | — | 555,949 | 1,222,807 |
| 2012 | 439,342 | 122,394 | — | 459,522 | 1,021,258 |
| 2013 | 298,319 | 234,447 | — | 400,849 | 933,615 |
| 2014 | 127,505 | 232,023 | — | 435,569 | 795,097 |
| 2015 | 128,788 | 297,019 | — | 366,111 | 791,918 |
| 2016 | 154,074 | 247,358 | — | 249,273 | 650,705 |
| 2017 | 199 | — | — | 186,541 | 186,740 |
| **Subtotal 2008-2017** | **4,212,798** | **1,358,928** | **187,683** | **4,558,775** | **10,318,184** |
| Additional Non-Purdue Distribution Identified in Reconciliation to State Complaints | 30,000 | — | — | — | 30,000 |
| **Adjusted Total** | **$   4,242,798** | **$   1,358,928** | **$   187,683** | **$   4,558,775** | **$ 10,348,184** |

− The $439.3 million of US Partner Net Distributions made in 2012 includes two $6 million Cash Distributions: one to PPI and the other to PLP Associates Holdings Inc.

  o PPI, which is PPLP's general partner, paid $6 million in dividends to the following Affiliated Entities: $3 million to Banela Corporation, $1.5 million to Linarite Holdings LLC and $1.5 million to Perthlite Holdings LLC.[2]

  o PLP Associates Holdings Inc. paid $6 million in dividends to the following Affiliated Entities: $3 million to Banela Corporation, $1.5 million to Linarite Holdings LLC and $1.5 million to Perthlite Holdings LLC.

  o Purdue's Non-Tax Cash Distribution Selection 9, included in the Purdue Cash Distributions Tracing Analysis section, contains an illustration of how the funds flowed from PPLP to PPI and PLP Associates Holdings Inc., which then paid dividends to Affiliated Entities.

[1] 2017 Cash Distributions do not include $312.6 mill on of loans to PRA L.P., all of which have since been repaid in full with interest. Purdue did not make Cash Distributions after 2017.
[2] While our Cash Transfers of Value Analysis related to PPI is ongoing, the only cash dividends pa d by PPI during the period January 1, 2008 through September 30, 2019 that we have identified to date were $6 million of payments made in 2012.

**AlixPartners**    29

# Purdue Cash Distribution Reconciliation Results[1]

2. A reconciliation of Purdue's Internal Distribution Analysis to the audited financial statements is summarized below. Refer to Exhibit B for a more detailed reconciliation schedule.

| dollars in '000s | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Distributions to Partners:** | | | | | | | | | | |
| Gross US Partner Distributions | $ 752,120 | $ 898,949 | $ 859,950 | $ 585,601 | $ 475,188 | $ 318,554 | $ 162,991 | $ 243,201 | $ 70,244 | $ 199 |
| Reinvestment in Purdue | – | – | – | (32,049) | (35,846) | (20,236) | (35,486) | (7,413) | (23,170) | – |
| **Subtotal Net US Partner Distributions** | $ 752,120 | $ 898,949 | $ 859,950 | $ 553,552 | $ 439,342 | $298,319 | $127,505 | $235,788 | $ 47,074 | $ 199 |
| | | | | | | | | | | |
| **Ex-US Distributions** | $ – | $ – | $ 112,381 | $ 113,306 | $ 122,394 | $234,447 | $232,023 | $297,019 | $247,358 | $ – |
| Classified as distributions per aud t, loans per books | | | | | | | | | | $ 246,739 |
| **Subtotal Ex-US Distributions** | $ – | $ – | $ 112,381 | $ 113,306 | $ 122,394 | $234,447 | $232,023 | $297,019 | $247,358 | $246,739 |
| | | | | | | | | | | |
| Investment in Associated Companies | $ 76,107 | $ 111,576 | $ – | $ – | $ – | $ – | $ – | $ – | $ – | $ – |
| | | | | | | | | | | |
| Gross Tax Distributions | 549,082 | 714,340 | 656,183 | 557,996 | 459,522 | 400,849 | 435,569 | 366,111 | 249,815 | 186,541 |
| Tax Refunds Applied | (8,879) | (3,424) | (2,341) | (2,046) | – | – | – | (542) | – | – |
| **Subtotal Tax Distributions** | $ 540,203 | $ 710,916 | $ 653,842 | $ 555,949 | $ 459,522 | $400,849 | $435,569 | $366,111 | $249,273 | $186,541 |
| | | | | | | | | | | |
| Accrued distribution/reversal | – | – | – | – | – | – | – | (107,000) | 107,000 | – |
| | | | | | | | | | | |
| **Net Cash Distributions** | $ 1,368,430 | $ 1,721,441 | $ 1,626,173 | $ 1,222,808 | $ 1,021,258 | $ 933,615 | $ 795,096 | $ 791,917 | $ 650,705 | $ 186,740 |
| | | | | | | | | | | |
| Reconciling items to aud t reports | 821 | 762 | 748 | 731 | 731 | 5,174 | 2,904 | 734 | 2,284 | 257,354 |
| | | | | | | | | | | |
| **Amount per reconciliation** | $ 1,369,251 | $ 1,722,202 | $ 1,626,922 | $ 1,223,539 | $ 1,021,989 | $ 938,789 | $ 798,000 | $ 792,651 | $ 652,989 | $ 444,094 |
| | | | | | | | | | | |
| **Amount per audited financial statements** | | | | | | | | | | |
| Distributions to Partners from aud ted statements of cash flow | $ 1,293,144 | $ 1,610,627 | $ 1,626,922 | $ 1,223,539 | $ 1,021,989 | $ 938,788 | $ 798,000 | $ 792,651 | $ 652,989 | $ 444,093 |
| Investment in Associated Companies from aud ted statements of cash flows | 76,108 | 111,576 | – | | | | | | | |
| **Total from audited financial statements** | $ 1,369,252 | $ 1,722,203 | $ 1,626,922 | $ 1,223,539 | $ 1,021,989 | $ 938,788 | $ 798,000 | $ 792,651 | $ 652,989 | $ 444,093 |
| | | | | | | | | | | |
| Difference (rounding) | $ (1) | $ (1) | $ – | $ – | $ – | $ 1 | $ – | $ – | $ – | $ 1 |

– Ex-US Cash Distributions made to Affiliated Entities in 2017 totaling $312.6 million represent cash transfers to PRA L.P., which PRA L.P. then transferred to Ex-US Affiliates. As required by Generally Accepted Accounting Principles ("GAAP"), $246.7 million of this amount was recorded as Cash Distributions in Purdue's audited financial statements for the year ended December 31, 2017. PRA L.P. subsequently issued promissory notes for these cash transfers to Purdue, and the full amounts of these loans ($312.6 million) have since been repaid in full with interest.

– In 2008 and 2009, Purdue reported cash paid to Ex-US Affiliated Entities as an Investment in Associated Companies. These amounts were recorded in audited financial statements as investing activities in the statements of cash flows. After 2010, Ex-US Distributions were recorded as equity distributions and included as such in the audited financial statements of equity and statements of cash flows.[2]

[1] The reconciliation above is based on Purdue's audited financial statements that do not include the combined financial results for Rhodes.
[2] Purdue recorded $187.7 million in Ex-US Distributions as Investment in Associated Companies, which represented cash that flowed to a wholly owned entity of Purdue and then to an Ex-US Affiliated Ent ty. Purdue subsequently distributed its ownership interest in this subsidiary, which is discussed in the Intercompany and Non-Cash Transfers Report.

**AlixPartners**

# Purdue Cash Distribution Reconciliation Results

3.  The table below reconciles Purdue's Net Cash Distributions included in Purdue's Internal Distribution Analysis to the October 19, 2018 MDL Presentation. Non-Cash Distributions are discussed separately in the Intercompany and Non-Cash Transfers Report.

| | Purdue Net Cash and Non-Cash Distributions | | | | | | | Reconciliation to the October 19, 2018 MDL Presentation | | | |
| | *dollars in '000s* | | | | | | | *dollars in millions* | | | |
| | | | Investment in | | | | | Purdue | | MDL | |
| Year | US Partner Cash Distribution | Ex-US Cash Distributions | Associated Companies | Tax Distributions | Total Net Cash Distributions | Non-Cash Distributions | Total Distributions | Cash | Non-Cash | Cash | Non-Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | $ 752,120 | $ – | $ 76,107 | $ 540,203 | $ 1,368,430 | $ 72,378 | $ 1,440,808 | $ 1,368 | $ 72 | $ 1,368 | $ 73 |
| 2009 | 898,949 | – | 111,576 | 710,916 | 1,721,441 | 55,332 | 1,776,773 | 1,721 | 55 | 1,721 | 55 |
| 2010 | 859,950 | 112,381 | – | 653,842 | 1,626,173 | 32,219 | 1,658,392 | 1,626 | 32 | 1,626 | 32 |
| 2011 | 553,552 | 113,306 | – | 555,949 | 1,222,807 | – | 1,222,807 | 1,223 | – | 1,223 | – |
| 2012 | 439,342 | 122,394 | – | 459,522 | 1,021,258 | – | 1,021,258 | 1,021 | – | 1,021 | – |
| 2013 | 298,319 | 234,447 | – | 400,849 | 933,615 | 230,096 | 1,163,711 | 934 | 230 | 934 | 230 |
| 2014 | 127,505 | 232,023 | – | 435,569 | 795,097 | 2,171 | 797,268 | 795 | 2 | 795 | 2 |
| 2015 | 128,788 | 297,019 | – | 366,111 | 791,918 | – | 791,918 | 792 | – | 899 | – |
| 2016 | 154,074 | 247,358 | – | 249,273 | 650,705 | – | 650,705 | 651 | – | 544 | – |
| 2017 | 199 | – | – | 186,541 | 186,740 | 16,967 | 203,707 | 187 | 17 | 187 | 17 |
| Total | $ 4,212,798 | $ 1,358,928 | $ 187,683 | $ 4,558,775 | $ 10,318,184 | $ 409,163 | $ 10,727,347 | $ 10,318 | $ 409 | $ 10,318 | $ 409 |

−  As illustrated above, the results of our reconciliation validated that Purdue's Net Cash Distribution and Non-Cash Distribution amounts reported in the October 19, 2018 MDL Presentation are consistent with the Net Cash Distributions and Non-Cash Distribution amounts that are recorded in Purdue's Internal Distribution Analysis.

−  We did not find any instances where distribution amounts alleged in the State Complaints during a particular time period exceeded distributions amounts reported in Purdue's Internal Distribution Analysis for that same time period. Refer to Exhibit G for more details.

−  The table below summarizes Purdue's Total Cash Transfers and Non-Cash Distributions included in the October 19, 2018 MDL Presentation for the period January 1, 1995 through September 30, 2018.

| Summary of Purdue's Total Cash Transfers and Non-Cash Distributions included in the October 19, 2018 MDL Presentation January 1, 1995 through September 30, 2018 (dollars in millions) | |
|---|---|
| Purdue's Total Cash and Non-Cash Distributions (January 1, 1995 through December 31, 2007 - not included above) | $ 1,322 |
| Purdue's Total Cash and Non-Cash Distributions (January 1, 2008 through September 30, 2018 - included above) | 10,727 |
| Purdue's Loans to PRA L.P. included in the October 19, 2018 MDL Presentation that were Classified as Cash Distributions for financial statement purposes under GAAP as of December 31, 2017 and which have since been repaid in full with interest (as previously explained and not included above) | 247 |
| Rounding Difference | 1 |
| **Purdue's Total Cash Transfers and Non-Cash Distributions included in the October 19, 2018 MDL Presentation (January 1, 1995 through September 30, 2018)** | **$ 12,297** |

---

[1] Purdue recorded an accrued distribution of $107.0 million as of December 31, 2015, which was not paid until 2016. The October 19, 2018 MDL Presentation reflected distributions in the year accrued. This is a timing difference only and has no net effect on Total Net Cash Distributions for the ten-year period from January 1, 2008 through December 31, 2017.

**AlixPartners**

**Alix**Partners

# IV.C  Rhodes Cash Distributions

# Rhodes Cash Distributions – Findings

1. Total Cash Distributions paid by Rhodes to or for the benefit of Affiliated Entities on or after January 1, 2008 were $152.5 million, or $28.5 million net of $124.0 million of Capital Contributions received from Purdue. Refer to Exhibit D for detailed Rhodes Cash Distribution schedules.

| | A | B | C | D | C+D=E | E-B=F |
|---|---|---|---|---|---|---|
| (dollars in '000s) | | | | | | |
| Year | Cash Distributions from Purdue | Capital Contributions Received by Rhodes | US Partner Cash Distributions by Rhodes | Tax Distributions by Rhodes | Total Cash Distributions by Rhodes | Net Cash Distributions by Rhodes |
| 2008 | $ 1,500 | $ 1,500 | $ - | $ 10,400 | $ 10,400 | $ 8,900 |
| 2009 | 19,301 | 19,301 | - | 8,803 | 8,803 | (10,498) |
| 2010 | 14,200 | 14,200 | - | 14,207 | 14,207 | 7 |
| 2011 | 20,000 | 20,000 | 25,000 | 3,346 | 28,346 | 8,346 |
| 2012 | 39,000 | 39,000 | 6,000 | 10,745 | 16,745 | (22,255) |
| 2013 | 20,000 | 20,000 | - | 9,366 | 9,366 | (10,634) |
| 2014 | 10,000 | 10,000 | - | 46,962 | 46,962 | 36,962 |
| 2015 | - | - | - | 11,328 | 11,328 | 11,328 |
| 2016 | - | - | - | 6,199 | 6,199 | 6,199 |
| 2017 | - | - | - | 140 | 140 | 140 |
| Total | $ 124,001 | $ 124,001 | $ 31,000 | $ 121,496 | $ 152,496 | $ 28,495 |

- Rhodes paid $70,000 in Tax Distributions in 2018, which are not included in the amounts above.

- Rhodes did not make any Cash Distributions after 2018.

- **Column A** – Includes US Partner Cash Distributions made by Purdue and noted as payable to Riego/Rosebay[1] with the notation "Rhodes Pharmaceuticals LP Funding" or similar language in the Purdue Internal Distribution Analysis. These distributions flowed up from Purdue through its ownership interest to Beacon Company and Rosebay Medical L.P., and then were contributed to Rhodes. These amounts are included in Purdue's Cash Distribution Analysis.

- **Column B** – Includes Capital Contributions received by Rhodes which originated from Purdue and went through Purdue's ownership interest to Beacon Company and Rosebay Medical L.P, and then were contributed to Rhodes through Coventry Technologies L.P.

- **Column C** – Includes US Partner Cash Distributions made by Rhodes to Affiliated Entities.

- **Column D** – Includes Tax Distributions made by Rhodes to or for the benefit of Affiliated Entities.

- **Column F** – Includes Cash Distributions made by Rhodes, net of Cash Contributions received from Purdue.

[1] Beacon Company was formerly known as Riego Company.
Note: The classification of US Partner Distributions and Tax Distributions is based on Purdue's and Rhodes's Internal Distribution Analyses.

# Rhodes Cash Distributions — Findings

2. $124.0 million of Total Capital Contributions received by Rhodes were identified and quantified in the Rhodes Internal Distribution Analysis. These Capital Contributions were made by Beacon Company and Rosebay Medical Company L.P.

   – $124.0 million of Cash Distributions from Purdue are recorded as US Partner Cash Distributions in Purdue's Internal Distribution Analysis as payable through its ownership interest to Beacon Company and Rosebay Medical Company L.P.  There is usually a notation in Purdue's Internal Distribution Analysis when Purdue's distributions were ultimately intended as contributions to Rhodes.

   – Of the $124.0 million in Purdue Cash Distributions received as Capital Contributions by Rhodes, $116.0 million were specifically identified in Purdue's Internal Distribution Analysis as intended to fund Rhodes and are included in the total of $10.4 billion in Purdue Total Net Cash Distributions. These payments were validated as to the accounts payable vendor/payee name and distribution amount that are recorded in Purdue's SAP accounts payable ledger.

   – Of the remaining $8.0 million, receipt of $6.5 million in Capital Contributions from Beacon Company and Rosebay Medical Company L.P. in 2010 was identified in Rhodes's SAP general ledger.

   – Rhodes paid $70,000 in Tax Distributions in 2018. No other Cash Distributions were made after 2018.

   – As discussed earlier, Purdue does not provide accounting or administrative services to Beacon Company and Rosebay Medical Company L.P. Therefore, further disposition of Cash Distributions received by those entities cannot be validated based on the books and records maintained in the same SAP accounting system as Purdue and Rhodes.

# Rhodes Cash Distributions — Findings

3. As illustrated in the table below, we determined that at least 99.2% of the Cash Distribution amounts reported in Purdue's and Rhodes's Internal Distribution Analyses match the accounts payable vendor/payee name and distribution amount that are recorded in Purdue's SAP accounting system.

| Rhodes Distributions Identified in Accounts Payable for Amount and Payee (dollars in '000s) | | |
|---|---|---|
| Year | Amount Identified in Accounts Payable | Total Distributions by Rhodes | % Identified in Accounts Payable |
| 2008 | $ 10,400 | $ 10,400 | 100.0% |
| 2009 | 8,446 | 8,803 | 95.9% |
| 2010 | 13,957 | 14,207 | 98.2% |
| 2011 | 28,356 | 28,346 | 100.0% |
| 2012 | 16,745 | 16,745 | 100.0% |
| 2013 | 9,366 | 9,366 | 100.0% |
| 2014 | 46,942 | 46,962 | 100.0% |
| 2015 | 11,323 | 11,328 | 100.0% |
| 2016 | 5,540 | 6,199 | 89.4% |
| 2017 | 140 | 140 | 100.0% |
| **Total** | **$ 151,215** | **$ 152,496** | **99.2%** |

- Based on discussions with Purdue and TXP, the remaining amounts not identified in accounts payable generally relate to Sliver Distributions and small individual payments to taxing authorities, which are difficult to identify due to combination with other items or entries.
- Accounts payable payments are recorded on the applicable payor's accounts payable ledger when payment is made to an Affiliated Entity whose books and records are not maintained in the same SAP accounting system as Purdue and Rhodes.

**AlixPartners**

**Alix**Partners

# V. Compensation Paid to or for the Benefit of the Sackler Family Members

# Compensation Analysis — Objective and Procedures Performed

## Objective

1. To identify and quantify the amount of payments made by Purdue as compensation to or for the benefit of the Sackler Family members on or after January 1, 2008.

## Procedures Performed

The following procedures were performed to achieve this objective:

1. Obtained the names of the Sackler Family members from Purdue and cross-checked those names with the names of the Sackler Family members that were identified in public sources, such as the State Complaints and through internet searches.

2. Requested and received payroll information for the Sackler Family members who received compensation from Purdue on or after January 1, 2008.

3. For the time period when electronic payroll records were available (2016 and forward), searched payroll records for all employees to confirm that no additional Sackler Family members received compensation from Purdue.

4. Quantified the payroll compensation paid to the Sackler Family members.

5. Extracted other payments made directly to the Sackler Family members as recorded in the SAP accounts payable ledger.

# Compensation to the Sackler Family Members — Findings

1. Purdue paid approximately $371,400 in payroll compensation to or for the benefit of the Sackler Family members on or after January 1, 2008.[1] Refer to Appendix B for a list of the Sackler Family member names, titles and relationships.

| Sackler Family Member | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | YTD September 30, 2019 | Total January 1, 2008 through September 30, 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kathe A. Sackler[2] | $ 2,100 | $ 2,100 | $ 8,980 | $ 11,749 | $ 11,644 | $ 4,500 | $ 4,500 | $ 4,995 | $ 5,719 | $ 5,720 | $ 6,500 | $ – | $ 68,507 |
| Mortimer D.A. Sackler | 2,100 | 2,100 | 2,400 | 2,600 | 2,800 | 3,250 | 3,250 | 5,192 | 5,719 | 6,006 | 6,500 | – | 41,917 |
| Samantha (Sackler) Hunt | 2,100 | 2,100 | 2,400 | 2,600 | 2,800 | 3,250 | 3,250 | 5,192 | 5,719 | 6,006 | 4,500 | – | 39,917 |
| Richard S. Sackler[3] | 2,100 | 2,100 | 2,400 | 11,568 | 2,800 | 3,250 | 3,250 | 3,123 | 1,820 | 1,820 | 1,945 | – | 36,176 |
| David A. Sackler | – | 1,477 | 2,400 | 2,400 | 2,400 | 2,400 | 2,727 | 5,192 | 5,719 | 5,720 | 4,750 | – | 35,185 |
| Jonathan D. Sackler | 2,100 | 2,100 | 2,400 | 2,600 | 2,800 | 3,250 | 3,250 | 3,635 | 3,899 | 3,900 | 4,550 | – | 34,484 |
| Raymond R. Sackler | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 3,375 | 3,769 | 2,205 | – | – | 24,049 |
| Rebecca Sackler | – | – | – | 4,898 | 6,694 | – | – | 1,729 | 3,380 | 3,380 | 3,900 | – | 23,981 |
| Marianna Sackler | – | – | – | – | – | – | – | – | 5,719 | 5,720 | 5,720 | – | 17,159 |
| Ilene Sackler Lefcourt | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,662 | 1,820 | 1,820 | 1,945 | – | 15,647 |
| Jeffrey Lefcourt | – | – | – | – | – | – | – | – | 4,550 | 4,823 | 3,780 | – | 13,153 |
| Karen Lefcourt-Taylor | – | – | – | – | – | – | – | – | 4,550 | 4,823 | 3,780 | – | 13,153 |
| All Other Sackler Family Members (3) | – | – | – | – | 3,431 | – | – | 2,051 | – | 770 | 1,820 | – | 8,072 |
| Grand Total | $ 13,800 | $ 15,277 | $ 24,280 | $ 41,715 | $ 38,669 | $ 23,200 | $ 23,527 | $ 36,146 | $ 52,383 | $ 52,713 | $ 49,690 | $ – | $ 371,400 |

[1] The Sackler Family members included herein received healthcare benefits under Purdue's employee benefits program during this period. The vast majority of the compensation amounts were deducted to cover the Sackler Family member's portion of insurance costs, and the small remainder was paid in cash.
[2] Compensation to Kathe A. Sackler in 2010 through 2012 includes approximately $19,500 in domestic partner medical benefits.
[3] Compensation to Richard S. Sackler in 2011 includes approximately $9,000 in special compensation as reflected in Purdue's payroll records.

**Alix**Partners

# VI. Legal Expenses Incurred on Behalf of the Sackler Family Members

# Legal Expense Analysis — Objective and Procedures Performed

## Objective

1. To quantify the legal expenses incurred by Purdue on behalf of the Sackler Family members pursuant to the Corporate Indemnity Policy during the period on or after January 1, 2008.[1]

## Procedures Performed

The following procedures were performed to achieve this objective:

1. Obtained a list of Purdue's directors & officers from Norton Rose Fulbright US LLP, Purdue's corporate counsel, that served in such capacities on or after January 1, 2008.

2. Obtained from Purdue's Legal Department the names of and invoices paid to law firms representing the Sackler Family members, pursuant to its Corporate Indemnity Policy.

3. Identified payments made to these law firms in Purdue's SAP accounting system and validated that the payments recorded in SAP were included in the report provided by Purdue's Legal Department.

---

[1] Purdue ceased payments on behalf of the Sackler Family members for legal services performed after February 28, 2019.

**Alix**Partners

# Legal Expense Analysis — Findings

1. During the period January 1, 2008 forward, Purdue had the Corporate Indemnity Policy in place whereby Purdue agreed to pay legal expenses for Purdue's Directors, Officers and other Named Agents (as defined in the policy) when those expenses were related to actions taken in an official capacity.

   – Total legal expenses incurred by Purdue on behalf of the Sackler Family members pursuant to the Corporate Indemnity Policy on or after January 1, 2008 were $17.6 million.



2. Beginning in 2018, plaintiffs in opioid-related litigation began to name Sackler Family members individually as defendants.

   – Purdue ceased payments on behalf of the Sackler Family members for legal services performed after February 28, 2019.

[1] No indemnity payments were identified prior to 2016, and Purdue's Legal Department is not aware of any indemnification requests pursuant to this policy arising prior to January 1, 2016. We have relied on the Purdue Legal Department's representation that these expenses related to legal services performed on behalf of the Sackler Family members, and that Purdue has paid pursuant to the Corporate Indemnity Policy.
[2] Amounts are shown in the quarterly period when services were rendered (not paid). 1Q19 includes only legal expenses incurred for services performed in January and February 2019.

**AlixPartners**    41

# Legal Expense Payments by Law Firm

3. The increase in legal expenses was driven by increased spending with lead law firms and the addition of other law firms.

  − The source of the amounts below is Purdue's TeamConnect system as provided by Purdue's Legal Department.[1]

  − The amounts paid to the law firms listed below are shown in the quarter that the legal services were performed. All of these legal expenses have since been paid by Purdue on behalf of the Sackler Family members.

All amounts in thousands

| Law Firm | 2Q16 | 3Q16 | 4Q16 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 1Q19 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cameron & Mittleman LLP | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14 | $ 33 | $ 47 |
| Choate Hall & Stewart LLP | - | - | - | - | - | - | - | - | - | 239 | 122 | 196 | 557 |
| Cohen & Gresser LLP | - | - | - | - | - | - | - | - | - | - | - | 118 | 118 |
| Debevoise & Plimpton LLP | - | - | - | - | - | - | - | - | 677 | 1,569 | 3,951 | 5,223 | 11,420 |
| Fitch Law Partners LLP | - | - | - | - | - | - | - | - | - | - | - | 18 | 18 |
| Hawkins Parnell & Young | - | - | - | - | - | - | - | - | - | - | - | 3 | 3 |
| Joseph Hage Aaronson LLC | - | - | - | - | - | - | - | 67 | 707 | 784 | 1,307 | 2,018 | 4,883 |
| Kelley Jasons McGowan Spinelli Hanna & Reber LLP | - | - | - | - | - | - | - | - | - | - | - | 32 | 32 |
| Lum, Drasco & Positan LLC | - | - | - | - | - | - | - | - | 15 | 11 | 1 | 1 | 28 |
| Luther Strange & Associates LLC | - | - | - | - | - | - | - | - | - | - | 115 | 133 | 248 |
| McDermott Will & Emery | - | - | - | - | - | - | - | - | - | - | - | 31 | 31 |
| Mulinix Goerke & Meyer PPLC | - | - | - | - | - | - | - | - | - | - | 9 | 13 | 22 |
| Norton Rose Fulbright US LLP | - | - | - | - | - | - | - | - | - | - | 54 | - | 54 |
| Parson Behle & Latimer (for Richard Sackler) | 13 | 10 | 19 | 1 | 3 | 17 | 11 | 8 | 1 | 4 | - | 2 | 89 |
| Grand Total | $ 13 | $ 10 | $ 19 | $ 1 | $ 3 | $ 17 | $ 11 | $ 75 | $ 1,400 | $ 2,607 | $ 5,573 | $ 7,821 | $ 17,550 |

  − No indemnity payments were identified prior to 2016, and Purdue's Legal Department is not aware of any indemnification requests pursuant to this policy arising prior to January 1, 2016.

[1] We have relied on the Purdue Legal Department's representation that the law firms included herein are the firms that performed legal services on behalf of the Sackler Family members and that Purdue has paid pursuant to the Corporate Indemnity Policy.

**Alix**Partners

# VII. Pension Benefits Paid to Sackler Family Members

# Pension Benefit Analysis — Objectives and Procedures Performed

## Objectives

1. To identify and quantify the amount of Pension Benefits paid to the Sackler Family members on or after January 1, 2008 from Purdue's Pension Plan, which was maintained separately from Purdue's assets; and

2. To assess whether Pension Benefits paid to the Sackler Family members appear in accordance with Purdue's Pension Plan policies.

## Procedures Performed

We performed the following procedures to achieve these objectives.  Refer to Exhibit H for more detailed procedures.

1. Reviewed and analyzed the Pension Benefit calculation worksheets prepared by Deloitte to identify and quantify the Pension Benefits paid to the Sackler Family members.

2. For those Sackler Family members who remain eligible for future Pension Benefits, identified and quantified the amount for which they are eligible based on information provided by Deloitte.

3. Reviewed Purdue's Pension Plan documents in order to determine if the Sackler Family members who received Pension Benefits under Purdue's Pension Plan were eligible to receive such benefits as defined in Purdue's Pension Plan documents.

# Pension Benefit Analysis — Findings

1. Total Pension Benefits paid to the Sackler Family members pursuant to Purdue's Pension Plan from January 1, 2008 through December 31, 2018 was $3.0 million. These Pension Benefit payments were made out of the trust assets of Purdue's Pension Plan, which were held separately from Purdue's assets. As of September 30, 2019, no Pension Benefits were paid to the Sackler Family members after December 31, 2018.

| Sackler Family Member | Pension Benefit Payment | Retirement Date |
|---|---|---|
| Richard S. Sackler | $          1,331,758 | 4/1/2010 |
| Ilene Sackler Lefcourt | 319,401 | 10/1/2011 |
| Kathe A. Sackler | 1,316,818 | 5/1/2013 |
| **Total** | **$          2,967,977** | |

   – All three recipients of these Pension Benefits elected to receive lump sum payments within one month of their respective retirement date and in accordance with Purdue's Pension Plan.

   – The Pension Benefit calculations include employee compensation (base salaries and bonuses) earned prior to 2008.

2. In addition, Jonathan D. Sackler is eligible for an early retirement Pension Benefit but has not elected to receive this benefit as of September 30, 2019. The lump sum present value of the early retirement Pension Benefit was estimated by Deloitte, Purdue's Pension Benefit consultant, to be approximately $1.1 million as of August 1, 2019. On April 1, 2020, he becomes eligible for full retirement benefits.

3. Similarly, Mortimer D.A. Sackler becomes eligible for an early retirement Pension Benefit on June 1, 2026, and for a full retirement Pension Benefit on June 1, 2036.  According to Deloitte, these dates are too far in the future to accurately estimate the current value of this Pension Benefit.

**AlixPartners**

**Alix**Partners

# VIII. Travel and Expense Reimbursements to or for the Benefit of the Sackler Family Members

# T&E Analysis — Objectives and Procedures Performed

## Objective

1. To identify and quantify T&E reimbursements paid by Purdue to or for the benefit of the Sackler Family members.[1]

## Procedures Performed

In order to achieve this objective, we performed the following procedures:

1. Requested T&E report data from Purdue for T&E reimbursements paid by Purdue on or after January 1, 2008. Purdue provided T&E reports starting in April 2011, which is when its current T&E reporting system Databasics went live. T&E report data from Purdue's prior T&E reporting system has been archived and is not available prior to April 2011.

2. Identified the Sackler Family members who submitted expense reports.

3. Reviewed individual line-item detail for Sackler Family member expense reports.

4. Reviewed receipts/supporting documentation submitted with T&E reports for approximately 73% of the total dollar amount of T&E reimbursements made to or for the benefit of the Sackler Family members through Databasics.

5. Extracted payments made directly to the Sackler Family members for T&E reimbursement from Purdue's SAP accounts payable ledger on or after January 1, 2008.

6. Reviewed T&E reimbursements paid through accounts payable and assigned an expense category to the T&E reimbursements based on the information available in Purdue's SAP accounting system.

[1] Sackler Family members were issued American Express Corporate Credit Cards in their own names, which Purdue paid directly to American Express upon submission of expense reports. Purdue also issued Procurement Cards to various employees; however, none were issued to Sackler Family members.

# T&E Analysis — Findings

1. Purdue's T&E reimbursements paid to or for the benefit of the Sackler Family members on or after January 1, 2008 are included in the table below. Refer to Exhibit I for more information regarding the detailed procedures performed related to T&E reimbursements:

| Data Available Since | T&E System | Accounts Payable | Grand Total |
|---|---|---|---|
| | April 2011 through December 31, 2018 | January 1, 2008 through March 31, 2019 | January 1, 2008 through March 31, 2019 |
| Theresa E. Sackler | $                  - | $           616,715 | $           616,715 |
| R chard S. Sackler | 554,265 | 16,502 | 570,767 |
| Mortimer D.A. Sackler | 323,725 | - | 323,725 |
| Dav d A. Sackler | 151,996 | - | 151,996 |
| Mortimer D. Sackler[1] | - | 95,434 | 95,434 |
| Jonathan D. Sackler | 61,484 | - | 61,484 |
| Kathe A. Sackler | 34,772 | 118 | 34,890 |
| Ilene Sackler Lefcourt | 21,326 | 1,884 | 23,210 |
| Raymond R. Sackler | 17,735 | 380 | 18,115 |
| Samantha (Sackler) Hunt | - | 10,749 | 10,749 |
| Rebecca Sackler[2] | 1,934 | 55 | 1,989 |
| Beverly Sackler | - | 1,042 | 1,042 |
| **Grand Total** | $        1,167,237 | $           742,879 | $        1,910,116 |

- Sources of T&E reimbursements include:
  o Purdue's T&E reports from Databasics, which are available starting in April 2011, and supporting documentation. As of September 30, 2019, no T&E reimbursements had been submitted by or paid to the Sackler Family members through Databasics after December 31, 2018.
  o Purdue's SAP accounts payable ledger (data available from 2008) and supporting documentation. As of September 30, 2019, no T&E reimbursements had been submitted by or paid to the Sackler Family members through Accounts Payable after March 31, 2019.
  o PPLP was the only Purdue entity that paid T&E reimbursements to or on behalf of the Sackler Family members during this time period.

2. In August 2019, at Purdue's request, PRA L.P. repaid Purdue for approximately $634,000 of these T&E reimbursements for a variety of reasons, including the difficulty in confirming that these reimbursements were properly chargeable to Purdue, resulting in a net payment by Purdue of approximately $1,276,116.

---

[1] Based on documentation in SAP, the total cost of the plane charter was approximately $107,000, of which approximately $12,000 was reimbursed to Theresa E. Sackler and the remaining approximately $95,000 was reimbursed to Mortimer D. Sackler. These amounts were repaid to Purdue by PRA L.P. in August 2019.
[2] It appears that the same $55 expense was included in Rebecca Sackler's T&E system report and accounts payable reimbursements.

**AlixPartners**    48

**Alix**Partners

# IX. Fringe Benefits Provided to Sackler Family Members

# Fringe Benefits Analysis — Objectives and Procedures Performed

## Objective

1. To identify and quantify the expenses paid by Purdue for the following Fringe Benefits received by the Sackler Family members:

   - Cellular phones and service plans;

   - Fleet vehicles; and

   - Personal service employees.

## Procedures Performed

In order to achieve this objective, we performed the following procedures:

1. Met with various Purdue, TXP and One Stamford Realty employees to discuss the Fringe Benefits;

2. Reviewed and analyzed documentation maintained by Purdue, TXP and One Stamford Realty related to the Fringe Benefits;

3. Reviewed and analyzed Purdue's SAP accounting system in order to quantify amounts billed to Sackler Family members and amounts reimbursed to Purdue by Sackler Family members; and

4. Selected a portion of the fleet vehicle and personal service employee reimbursements that the Sackler Family members made by wire transfer and traced those amounts to Purdue's available bank statements.

**AlixPartners**

# Fringe Benefits Analysis — Findings

1. Based on discussions with employees of TXP and One Stamford Realty, certain Sackler Family members received the following types of Fringe Benefits on or after January 1, 2008:

   - **Cellular phones** - Purdue provided cell phones to certain Sackler Family members and paid for monthly service charges. These costs were not contemporaneously reimbursed by the Sackler Family members.

   - **Fleet vehicles** - Purdue leased vehicles through an external service provider (Wheels, Inc.), which were used by certain Sackler Family members and fully reimbursed to Purdue in the ordinary course on a periodic basis.

   - **Personal service employees** - Three Sackler Family members had personal service employees on Purdue's payroll and benefits plan. Purdue paid and provided benefits for these employees over the relevant pay periods and was fully reimbursed by the Sackler Family members, or trusts associated with Sackler Family members, in the ordinary course on a periodic basis.

2. Purdue was not contemporaneously reimbursed for the use of company issued cellular phones. However, in August 2019, PRA L.P. repaid Purdue, at Purdue's request, the full amount (approximately $477,351) of the costs associated with the Sackler Family members' use of company-issued cellular phones on or after January 1, 2008.

| | Not Contemporaneously Reimbursed | Reimbursed in the Ordinary Course On a Periodic Basis | Reimbursed in the Ordinary Course On a Periodic Basis | |
| --- | --- | --- | --- | --- |
| | Cellular Phones | Fleet Vehicles[1] | Personal Service Employees | Total |
| Total Cost to Purdue | $ 477,351 | $ 1,892,705 | $ 2,590,800 | $ 4,960,856 |
| Contemporaneous Reimbursements / Credits Identified[1] | - | (1,892,705) | (2,590,800) | (4,483,505) |
| Net Total | $ 477,351 | $ - | $ - | $ 477,351 |
| Repaid by PRA L.P. in August 2019 | (477,351) | - | - | (477,351) |
| Net Cost to Purdue | $ - | $ - | $ - | $ - |

   - No Fringe Benefits were provided by Purdue to the Sackler Family members after April 30, 2019.
   - The benefit categories outlined above and amounts associated with each category were obtained from reports prepared by TXP and Purdue's books and records.

[1] Reimbursements include credits related to approximately $6,400 in Fleet invoice overcharges and $4,600 in automobile maintenance costs. It is our understanding that Fleet Vehicle expenses were reimbursed by the Sackler Family members in the ordinary course. However, based on the information available in SAP and discussions with TXP, it is unclear if Purdue was reimbursed for $4,600 in automobile maintenance costs.

**AlixPartners**

**Alix**Partners

# X. Exhibits

# Index of Exhibits

| Section | | Page |
|---|---|---|
| Exhibit A | Cash Distributions Analysis, Detailed Procedures Performed | 54 |
| Exhibit B | Detailed Reconciliation of Purdue Net Cash Distributions to Audited Financial Statements | 60 |
| Exhibit C | Combined Purdue and Rhodes Detailed Schedules of Cash Transfers | 64 |
| Exhibit D | Rhodes Detailed Schedules of Cash Distributions | 72 |
| Exhibit E | Purdue Cash Distributions Tracing Analysis | 74 |
| Exhibit F | Rhodes Cash Distributions Tracing Analysis | 238 |
| Exhibit G | Analysis of Distributions Referenced in the State Complaints Filed Against Purdue and/or the Sackler Family Members | 303 |
| Exhibit H | Pension Benefits Detailed Procedures Performed | 309 |
| Exhibit I | Travel and Expense Reimbursements Detailed Procedures Performed | 311 |

**Alix**Partners

# Exhibit A - Cash Distributions Analysis, Detailed Procedures Performed

# Exhibit A - Cash Distributions Analysis, Detailed Procedures Performed

In order to achieve the objectives of the Purdue and Rhodes Cash Distribution Analysis,[1] we performed the following procedures:

1. Collected information and documents from Purdue, Rhodes and TXP:

   – Accessed and reviewed accounting, financial and other relevant information from Purdue, Rhodes and TXP for purposes of understanding the types of information available related to Cash Distributions identifying and quantifying the Cash Distributions made by Purdue and Rhodes from January 1, 2008 through December 31, 2018, to or for the benefit of the Affiliated Entities, including those Cash Distributions made as Capital Contributions by Purdue to Rhodes.

     o Purdue's financial statements were audited by Ernst & Young LLP for the years ended December 31, 2002 through 2017. The audit opinion states that the audits were conducted in accordance with generally accepting auditing standards ("GAAS") and Purdue's financial statements were prepared in accordance with GAAP.

     o For the year ended December 31, 2018, audit fieldwork has largely been completed, but the audited financial statements have not been finalized due to the pending court appointment of Ernst & Young LLP as Purdue's auditors.

   – Cash Distributions were not paid from January 1, 2019 through September 30, 2019.

---

[1] The analysis related to Non-Cash Distributions made on or after January 1, 2008 is included in the Intercompany and Non-Cash Transfers Report.

# Exhibit A - Cash Distributions Analysis, Detailed Procedures Performed

2. Identified, quantified and reconciled Cash Distributions and loans made that are recorded in Purdue and Rhodes's SAP accounting system:

   − Identified relevant Purdue general ledger accounts and company codes that Cash Distributions were recorded in/under.

   − Identified and quantified Cash Distributions in total, and by payee, made by Purdue and Rhodes from January 1, 2008 through December 31, 2018, as recorded in its SAP accounting system and accounts payable ledger.

       o Purdue Cash Distributions usually flowed up to and through one or more Affiliated Entities. The payor name recorded in Purdue's SAP accounts payable ledger usually was the payee of the last Affiliated Entity in a Cash Distribution's flow of funds structure whose books and records are maintained in the same SAP accounting system as Purdue and Rhodes;

       o Payee names included Beacon Company, Rosebay Medical Company L.P., other Affiliated Entities (usually Ex-US Affiliated Entities) and various taxing authorities; and

       o The books and records for Beacon Company, Rosebay Medical Company L.P. and Ex-US Affiliated Entities are not maintained in the same SAP accounting system as Purdue and Rhodes. Therefore, further disposition of Cash Distributions received by those entities cannot be validated based on the books and records maintained in the same SAP accounting system as Purdue and Rhodes.

3. Validated and reconciled Cash Distribution amounts reported in financial statements and external sources:

   − Reconciled Cash Distribution amounts made by Purdue from January 1, 2008 through December 31, 2017, as recorded in the SAP accounting system to the Cash Distribution amounts recorded in Purdue's audited financial statements for the years ended December 31, 2008 through 2017.[1]

       o This included summarizing the Combined Statements of Equity and Combined Statements of Cash Flows by year to capture Cash Distribution amounts as reported in the financial statements.

# Exhibit A - Cash Distributions Analysis, Detailed Procedures Performed

4. Reviewed and validated the Purdue cash transfer amounts reported in the October 19, 2018 MDL Presentation and Purdue's Internal Distribution Analysis:

   − This included identifying and quantifying Cash Distributions that Purdue classified as US Partner Cash Distributions, Ex-US Cash Distributions, Investment in Associated Companies and Tax Distributions.

   − This included identifying and quantifying amounts Purdue reported as loans and reviewing Purdue's schedule of notes receivable activity.

5. Reconciled the Cash Distribution amounts reported in Purdue's and Rhodes's Internal Distribution Analyses to the Cash Distribution amounts recorded in audited financial statements for the years ended December 31, 2008 through 2017.[1]

6. Validated the gross cash transfer amounts reported in Purdue's Internal Distribution Analysis by matching to the accounts payable vendor/payee name and distribution amount that is recorded in Purdue's accounts payable ledger.

7. Traced the accounts payable vendor/payee names and cash transfer amounts recorded in Purdue's SAP accounting system using available bank statements, generally from July 2014 forward.

8. Reviewed various State Complaints filed against Purdue and the Sackler Family members and reconciled the distribution amounts referenced therein to Purdue's Internal Distribution Analysis.

---

[1] For the year ended December 31, 2018, audit fieldwork has largely been completed, but the audited financial statements have not been finalized due to the pending court appointment of Ernst & Young LLP as Purdue's auditors. Purdue and Rhodes's combined audited financial statements were prepared for the years ended December 31, 2014 through 2015 with 2013 included as prior year information. The audited financial statements for Rhodes on a standalone basis were prepared for 2016.

**AlixPartners**

# Exhibit A - Cash Distributions Analysis, Detailed Procedures Performed

9.  Traced the flow of funds for Purdue and Rhodes Cash Distributions and loans made by Purdue:

    –   Selected each type of Cash Distribution classification (Non-Tax US Partner, Non-Tax Ex-US and Tax Distributions) included in Purdue's and Rhodes's Internal Distributions Analyses and the October 19, 2018 MDL Presentation across various years from January 1, 2008 through December 31, 2018, for testing in order to:[1]

        o   Obtain the relevant documents maintained in Purdue and Rhode's SAP accounting system for each distribution, including SAP transaction detail, Written Consents and other documents from the general partners authorizing distributions, Treasury Department reports, wire instructions and tax calculations;

        o   Gain an understanding of how each distribution is recorded in Purdue's SAP accounting system;

        o   Document the flow of funds for each distribution from Purdue up to and through Affiliated Entities based upon general ledger detail, wire instructions, bank statements and documents with approvals for each distribution;

        o   Validate whether the payees/recipients of distributions that are recorded in Purdue's SAP accounting system match the payees/recipients referenced in the distribution authorization documents;

        o   Validate whether the payees/recipients of distributions that are recorded in Purdue's SAP accounting system match the payees/recipients referenced in the wire instructions and/or bank statements;

        o   Validate whether the name of the recipient of the distribution and distribution amount reported in Purdue's Internal Distribution Analysis matches the payee/recipient's name and amount recorded in Purdue's SAP accounting system; and

        o   Assess whether the documents maintained in Purdue and Rhodes's SAP accounting system provide support for how Purdue classified the distribution in Purdue's Internal Distribution Analysis as either US Partner Cash Distributions, Ex-US Cash Distributions or Tax Distributions.

---

[1] The classification of distributions presented in this Cash Transfers of Value Report is based upon Purdue's and Rhode's Internal Distribution Analyses and the October 19, 2018 MDL Presentation.

# Exhibit A - Cash Distributions Analysis, Detailed Procedures Performed

10. Accessed and reviewed information and documents from Purdue, Rhodes and TXP employees:

– Held meetings and/or communicated with Purdue, Rhodes and TXP to gain an understanding of the accounting for and quantification of Cash Distributions made by Purdue and Rhodes from January 1, 2008 through December 31, 2018, including the types of documentation that are maintained by Purdue and Rhodes for distributions.

o A list of the Purdue, Rhodes and TXP employees we met with and/or communicated with about Cash Distributions is included in Appendix A.

**Alix**Partners

# Exhibit B — Detailed Reconciliation of Purdue Net Cash Distributions to Audited Financial Statements

# Exhibit B - Reconciliation of Purdue's Internal Distribution Analysis to Purdue's Audited Financial Statements[1]

| Description | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2008 to 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US Partner Net Cash Distributions: | | | | | | | | | | | |
| Purdue's Internal Distribution Analysis (Purdue) | $ 752,119,882 $ | 898,949,268 $ | 859,950,094 $ | 585,601,043 $ | 475,187,684 $ | 318,553,587 $ | 162,991,487 $ | 243,201,192 $ | 70,243,916 $ | 198,544 $ | 4,366,996,697 |
| Distributions from other Purdue entities | | | | | | | | | | | |
| Norwell Land Company (non-wholly owned Purdue subsidiary) | – | – | – | 542,902 | 542,902 | 4,975,142 | 542,902 | 542,902 | 542,902 | 10,332,132 | 18,021,784 *a* |
| Koltan Pharmaceuticals (non-Purdue subsidiary) | – | – | – | – | – | 2,170,802 | – | – | – | – | 2,170,802 *b* |
| Ikuwa Holdings, Inc. (non-Purdue subsidiary) | – | – | – | – | – | – | – | – | – | 260,049 | 260,049 *c* |
| Reinvestment in Purdue (contra distribution) | – | – | – | (32,049,000) | (35,846,302) | (20,235,500) | (35,486,411) | (7,412,907) | (23,170,000) | – | (154,200,120) *d* |
| Accrued Distribution/Reversal | | | | | | | | (107,000,000) | 107,000,000 | | – *e* |
| Accrued Distribution, Non-Cash | | | | | | | | | | (282,925) | (282,925) *e* |
| US Partner Net Cash Distributions per audited financial statements | $ 752,119,882 $ | 898,949,268 $ | 859,950,094 $ | 554,094,945 $ | 439,884,284 $ | 303,293,229 $ | 130,218,780 $ | 129,331,187 $ | 154,333,893 $ | 10,790,725 $ | 4,232,966,287 |
| | | | | | | | | | | | |
| Ex-US Distributions from Purdue's Internal Distribution Analysis | $ – $ | – $ | 112,381,791 $ | 113,306,433 $ | 122,393,943 $ | 234,447,279 $ | 232,022,691 $ | 297,018,519 $ | 247,357,896 $ | – $ | 1,358,927,952 |
| Ex-US Distributions per audited financial statements | – $ | – $ | – $ | – $ | – $ | – $ | – $ | – $ | – $ | 246,739,484 $ | 246,739,484 *f* |
| US Partner Net Cash Distributions plus Ex-US Cash Distributions | $ 752,119,882 $ | 898,949,268 $ | 972,331,285 $ | 667,401,378 $ | 562,278,227 $ | 537,740,508 $ | 362,241,471 $ | 426,349,706 $ | 401,691,789 $ | 257,530,209 $ | 5,838,633,723 |
| | | | | | | | | | | | |
| Tax Distributions: | | | | | | | | | | | |
| Purdue's Internal Distribution Analysis (Purdue) (gross) | $ 549,082,447 $ | 714,339,900 $ | 656,182,792 $ | 557,995,625 $ | 459,522,179 $ | 400,849,386 $ | 435,568,873 $ | 366,110,679 $ | 249,814,863 $ | 186,541,378 $ | 4,576,008,122 |
| Tax Refunds Applied | (8,879,329) | (3,424,171) | (2,340,574) | (2,046,451) | | | | | (541,675) | | (17,232,200) *d* |
| Purdue Assoc LP - US Trust 12/26/96 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 15,000 | 10,850 | 10,850 | 10,850 | 10,850 | 108,400 *c* |
| Purdue Assoc LP - Trust B 11/5/74 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 15,000 | 10,850 | 10,850 | 10,850 | 10,850 | 108,400 *c* |
| Norwell - Varus | 8,742 | – | – | – | – | – | – | – | – | – | 8,742 *a* |
| Norwell - Regio | 41,144 | 14,529 | 8,404 | – | – | – | – | – | 917,000 | 684 | 981,761 *a* |
| Norwell JDS Trust | 19,912 | 7,925 | 4,202 | – | – | – | – | – | 458,500 | – | 490,539 *a* |
| Norwell RSS Trust | 19,913 | 7,923 | 4,202 | – | – | – | – | – | 458,500 | – | 490,538 *a* |
| Norwell Fixed Equity | 711,374 | 711,373 | 711,373 | 168,471 | 168,471 | 168,471 | 168,471 | 169,155 | 168,471 | – | 3,145,630 *a* |
| Tax Distributions per audited financial statements | $ 541,024,203 $ | 711,677,479 $ | 654,590,399 $ | 556,137,645 $ | 459,710,650 $ | 401,047,857 $ | 435,759,044 $ | 366,301,534 $ | 251,297,359 $ | 186,563,762 $ | 4,564,109,932 |
| | | | | | | | | | | | |
| Partner/Ex-US Distributions per audited financial statements | $ 752,119,882 $ | 898,949,268 $ | 972,331,285 $ | 667,401,378 $ | 562,278,227 $ | 537,740,508 $ | 362,241,471 $ | 426,349,706 $ | 401,691,789 $ | 257,530,209 $ | 5,838,633,723 |
| Tax Distributions per audited financial statements | $ 541,024,203 $ | 711,677,479 $ | 654,590,399 $ | 556,137,645 $ | 459,710,650 $ | 401,047,857 $ | 435,759,044 $ | 366,301,534 $ | 251,297,359 $ | 186,563,762 $ | 4,564,109,932 |
| | $ 1,293,144,085 $ | 1,610,626,747 $ | 1,626,921,684 $ | 1,223,539,023 $ | 1,021,988,877 $ | 938,788,365 $ | 798,000,515 $ | 792,651,240 $ | 652,989,148 $ | 444,093,971 $ | 10,402,743,655 |

| Recap: | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Cash Distributions *(dollars in 000's)* | | | | | | | | | | | |
| Net Partner | 752,120 | 898,949 | 859,950 | 554,095 | 439,884 | 303,293 | 130,219 | 129,331 | 154,334 | 10,791 | 4,232,966 |
| Ex-US | – | – | 112,381 | 113,306 | 122,394 | 234,447 | 232,023 | 297,019 | 247,358 | 246,739 | 1,605,667 |
| Tax | 541,024 | 711,677 | 654,590 | 556,138 | 459,711 | 401,048 | 435,759 | 366,302 | 251,297 | 186,564 | 4,564,110 |
| Total Net Cash Distribution | 1,293,144 | 1,610,627 | 1,626,922 | 1,223,539 | 1,021,989 | 938,788 | 798,001 | 792,651 | 652,989 | 444,094 | 10,402,744 |
| | | | | | | | | | | | |
| Net Cash Distributions From audited financial statements *(dollars in 000's)* | | | | | | | | | | | |
| Tax | | | | | | | | 366,302 | 251,297 | 186,563 | |
| Non-Tax | | | | | | | | 426,349 | 401,692 | 257,530 | |
| Total Net Cash Distributions per Audit | 1,293,144 | 1,610,627 | 1,626,922 | 1,223,539 | 1,021,989 | 938,788 | 798,000 | 792,651 | 652,989 | 444,093 | 10,402,744 |
| | | | | | | | | | | | |
| Difference | $ – $ | – $ | – $ | – $ | – $ | – $ | 1 $ | – $ | – $ | 1 $ | 2 |

| Purdue Distributions: | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US Partner Gross Cash Distribution | $ 752,119,882 $ | 898,949,268 $ | 859,950,094 $ | 585,601,043 $ | 475,187,684 $ | 318,553,587 $ | 162,991,487 $ | 243,201,192 $ | 70,243,916 $ | 198,544 $ | 4,366,996,697 |
| Ardsley US Partner Net Cash Distribution Included in Total | $ – | – | | | | | | | | | $ – |
| Accrued Distribution/Reversal | | | | | | | | $ (107,000,000) $ | 107,000,000 | | $ – |
| Reinvestment in Purdue (contra distribution) | $ – $ | – $ | – $ | (32,049,000) $ | (35,846,302) $ | (20,235,500) $ | (35,486,411) $ | (7,412,907) $ | (23,170,000) $ | – $ | (154,200,120) |
| US Partner Net Cash Distribution | $ 752,119,882 $ | 898,949,268 $ | 859,950,094 $ | 553,552,043 $ | 439,341,382 $ | 298,318,087 $ | 127,505,076 $ | 128,788,285 $ | 154,073,916 $ | 198,544 $ | 4,212,796,577 |
| Ex-US Cash Distributions | – | – | 112,381,191 | 113,306,433 | 122,393,943 | 234,447,279 | 232,022,691 | 297,018,519 | 247,357,896 | – $ | 1,358,927,952 *f* |
| Investment in Associated Companies | 76,107,446 | 111,576,000 | | | | | | | | | $ 187,683,446 *g* |
| Gross Tax Distributions | 549,082,447 | 714,339,900 | 656,182,792 | 557,995,625 | 459,522,179 | 400,849,386 | 435,568,873 | 366,110,679 | 249,814,863 | 186,541,378 $ | 4,576,008,122 |
| Tax Refunds | (8,879,329) | (3,424,171) | (2,340,574) | (2,046,451) | | | | | (541,675) | | (17,232,200) |
| Net Tax Distributions | 540,203,118 | 710,915,729 | 653,842,218 | 555,949,174 | 459,522,179 | 400,849,386 | 435,568,873 | 366,110,679 | 249,273,188 | 186,541,378 | 4,558,775,922 |
| Total Purdue Cash Distributions | $ 1,368,430,446 $ | 1,721,440,997 $ | 1,626,173,503 $ | 1,222,807,650 $ | 1,021,257,504 $ | 933,614,752 $ | 795,096,640 $ | 791,917,483 $ | 650,705,000 $ | 186,739,922 $ | 10,318,183,897 |

| | |
|---|---|
| Total Purdue Distributions | $ 10,318,183,897 |
| Less amounts shown as Investment in Associated Companies | (187,683,446) *g* |
| Subtotal - equity distributions per books | $ 10,130,500,451 |
| Reconciling items: | |
| Cash distributions by non-wholly owned/non-Purdue subsidiaries *(a,b,c)* | 20,452,635 |
| Tax distributions by non-wholly owned/non-Purdue subsidiaries *(a,b,c)* | 5,334,010 |
| Accrued distribution in 2016 not paid *(e)* | (282,925) |
| Loans treated as distributions *(f)* | 246,739,484 |
| Total reconciling items | $ 272,243,204 |
| Total equity distributions per audited financial statements | $ 10,402,743,655 |

– Notes to this reconciliation are included on the following two pages.
– Variance in certain amounts due to rounding differences.

[1] The reconciliation above is based on Purdue's audited financials statements that do not include the combined financial results for Rhodes.

**AlixPartners**

# Exhibit B - Reconciliation of Purdue's Internal Distribution Analysis to Purdue's Audited Financial Statements

Notes to Reconciliation of Purdue's Internal Distribution Analysis to audited financial statements:

a) PPLP was a Class B partner in Norwell Land Company, a non-wholly owned Purdue subsidiary ("Norwell"). PPLP had 73.928% participation in profits/distributions of Norwell and other Affiliated Entities had 26.072%.

Because the Cash Distributions shown in the October 19, 2018 MDL Presentation were intended to represent distributions of PPLP and its 100% owned subsidiaries, the $10,318 million of Cash Distributions included in the October 19, 2018 MDL Presentation do not include $23.1 million in distributions paid by Norwell to the Affiliated Entities, which held a 26.072% participation interest. This $23.1 million in distributions were not made to PPLP and are not included in Purdue's Total Net Cash Distributions.

The audited financial statements of Purdue which combine Norwell's financial results include the $23.1 million of distributions to Affiliated Entities, and therefore the $23.1 million is listed as a reconciling difference between the October 19, 2018 MDL Presentation and the audited financial statements on the previous page. For the sake of clarification, this $23.1 million distribution was transferred from Norwell (a non-wholly owned subsidiary of PPLP) to Affiliated Entities, and not to PPLP.

b) Koltan Pharmaceutical shares, classified as marketable securities, were distributed by PPLP in 2014 and included as a cash distribution in the audited financial statements. The $2.1 million distribution was shown in Purdue's Internal Distribution Analysis as a Non-Cash Distribution and is addressed in the Intercompany and Non-Cash Transfers Report.

c) Ikuwa Holdings, Inc., a non-Purdue subsidiary, paid approximately $260,000 of distributions in 2017. This distribution amount was not included in Purdue's Total Net Cash Distributions.

# Exhibit B - Reconciliation of Purdue's Internal Distribution Analysis to Purdue's Audited Financial Statements

d) Purdue's Internal Distribution Analysis reflects gross cash distributions which are offset by reinvestment in the cumulative amount of $154.2 million and tax refunds in the cumulative amount of $17.2 million to arrive at Net Cash Distributions.

e) The October 19, 2018 MDL Presentation reported a $107.0 million accrued distribution as of December 31, 2015. The Purdue Net Cash Distributions include the $107.0 million as a 2016 item, the year it was actually paid. As a result there is a timing difference between the October 19, 2018 MDL Presentation which reported distributions on an accrual basis and Purdue Net Cash Distribution which are reported on a cash basis. There is no effect on the Total Net Cash Distributions for the period from January 1, 2008 through December 31, 2017.

f) Ex-US Cash Distributions made to Affiliated Entities in 2017 totaling $312.6 million represent cash transfers to PRA L.P. which PRA L.P. then transferred to Ex-US Affiliates. As required by GAAP, $246.7 million of this amount was recorded as Cash Distributions in Purdue's audited financial statements for the year ended December 31, 2017. PRA L.P. subsequently issued promissory notes for these cash transfers to Purdue, and the full amounts of these loans ($312.6 million) have since been repaid in full with interest.

g) In 2008 and 2009, Purdue reported cash paid to Ex-US Affiliated Entities as an Investment in Associated Companies, which represented cash that flowed to a wholly owned entity of Purdue and then to an Ex-US Affiliated Entity. These amounts were recorded in audited financial statements as investing activities in the statements of cash flows.

**AlixPartners**

# Exhibit C — Combined Purdue and Rhodes Detailed Schedules of Cash Transfers

*Based upon the reconciliation and testing work we performed on the distribution and loan information reported in the October 19, 2018 MDL Presentation, Purdue's Internal Distribution Analysis, Purdue's audited financial statements and Purdue's SAP accounting system, we have prepared detailed cash transfer schedules included in this Exhibit.*

Source: Distribution and loan amounts reported in the Purdue Internal Distribution Analysis and identified in Purdue's SAP accounting system (accounts payable). Distribution and loan classifications (Tax and Non-Tax) used herein are based upon Purdue's Internal Distribution Analysis and the October 19, 2018 MDL Presentation.

Note: Distributions to Beacon Company are included in the payee names Beacon Co and Beacon Trust Company Limited.

# Exhibit C — Purdue and Rhodes Detailed Schedules of Cash Transfers

The schedules presented on the following pages show cash transfers by payee and payor as recorded in Purdue and Rhodes's SAP accounts payable ledger.

- As illustrated in the flow of funds analysis section of this Cash Transfers of Value Report, Cash Distributions ordinarily flowed up from Purdue and passed through to one or more intermediate Affiliated Entities before reaching the intended recipient of the distribution (according to the distribution authorization documents obtained from the SAP accounting system).

- The SAP payor entity that is listed represents the last entity making a distribution whose books and records are maintained in the same SAP accounting system as Purdue and Rhodes.[1] The intermediate transfers passed through the Affiliated Entities whose books and records are maintained in the same SAP accounting system as Purdue and Rhodes are usually recorded by general ledger entry and not through accounts payable.

- The SAP payee entity appears as the last entity that was paid by the payor entity whose books and records are maintained in the same SAP accounting system as Purdue and Rhodes. The SAP payee entities are listed in the schedules on the following pages, and the books and records of those payee entities are not maintained in the same SAP accounting system as Purdue and Rhodes.

- The classifications of Cash Distributions and loans as Tax and Non-Tax are based upon Purdue's and Rhodes's Internal Distribution Analyses and the October 19, 2018 MDL Presentation.

---

[1] Payor entities whose books and records are maintained in the same SAP accounting system as Purdue and Rhodes include Purdue Pharma LP (208), Coventry Technologies L.P. (230), New Suffolk Holdings LLP (232), Lucien Holdings S.ar.l (233), Avrio Health L.P. (307), PLP Assoc Holdings L.P. (401), RSJ Company L.P. (408), BR Holdings Assoc L.P. (413), PRA L.P. (416), Purdue BioPharma L.P. (420) and SVC Pharma L.P. (507).

**AlixPartners**    65

# Exhibit C − Purdue and Rhodes Detailed Schedules of Cash Transfers

## Non-Tax Cash Transfers Identified in Accounts Payable[1] (dollars in thousands)

| SAP Payee | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ROSEBAY MEDICAL COMPANY LP | $ 375,000 | $ 439,567 | $ 431,098 | $ 299,851 | $ 233,450 | $ 159,464 | $ 88,675 | $ 154,287 | $ 37,643 | $ 1,483 | $ 2,220,518 |
| BEACON CO | - | 14,871 | 431,098 | 299,876 | 233,450 | 159,464 | 88,675 | 154,017 | 37,643 | 1,483 | 1,420,577 |
| BEACON TRUST COMPANY LIMITED | 250,629 | 424,696 | - | - | - | - | - | - | - | - | 675,325 |
| LUCIEN HOLDINGS SARL / SUBSIDIARIES | 76,107 | 111,576 | - | 1,104 | 1,042 | 890 | 29,286 | 31,348 | 11,359 | 42,157 | 304,869 |
| IND SARL | - | - | 20,843 | 38,622 | 42,079 | 51,082 | 23,988 | 6,441 | - | - | 183,055 |
| FLIRA SARL | - | - | 19,835 | 24,955 | 28,155 | 35,942 | 16,801 | 6,635 | 6,324 | - | 138,647 |
| MUNDIPHARMA KK | - | - | 32,869 | 1,058 | - | 8,379 | 5,492 | 21,860 | 36,008 | 26,703 | 132,369 |
| MUNDIPHARMA SINGAPORE | - | - | - | - | - | - | - | 11,700 | 12,305 | 104,047 | 128,052 |
| REIGO TRUSTEE LIMITED | 124,371 | - | - | - | - | - | - | - | - | - | 124,371 |
| MUNDIBIOPHARMA LIMITED | - | - | - | - | - | - | - | 39,674 | 36,290 | 37,576 | 113,540 |
| SOFY SARL | - | - | 18,377 | 29,174 | 19,149 | 8,555 | 8,760 | 6,016 | 4,034 | - | 94,065 |
| MUNDIPHARMA KOREA LTD | - | - | - | - | - | 9,700 | 30,000 | 17,000 | 19,625 | - | 76,325 |
| MUNDIPHARMA DEUTSCHLAND GMBH & CO K | - | - | - | 6,670 | 12,950 | 29,650 | - | 24,924 | - | - | 74,194 |
| ACCARDI SARL | - | - | - | - | - | - | - | 5,393 | 55,609 | 10,375 | 71,377 |
| BOETTI CORP | - | - | - | - | 327 | 12,424 | 18,851 | 15,003 | 12,438 | 7,838 | 66,881 |
| BOLDINI CORPORATION | - | - | - | - | - | 12,751 | 18,851 | 15,003 | 12,438 | 7,838 | 66,881 |
| BULLA SARL | - | - | 7,458 | 7,697 | 9,249 | 11,031 | 9,821 | - | 1,908 | - | 47,164 |
| CLOVIO CORP | - | - | - | - | - | 8,808 | 8,850 | 5,800 | 4,205 | 3,975 | 31,638 |
| HAYEZ CORP | - | - | - | - | 902 | 6,590 | 5,870 | 6,400 | 6,000 | - | 25,762 |
| MUNDIPHARMA PTE LIMITED | - | - | - | - | - | 2,200 | 5,740 | 4,100 | 8,450 | - | 20,490 |
| NITID SARL | - | - | 3,061 | 1,288 | 1,066 | 7,875 | 4,180 | 1,597 | 1,363 | - | 20,430 |
| HOKOL S A R L | - | - | - | - | 2,345 | 1,721 | 9,393 | - | - | - | 13,459 |
| MUNDIPHARMA HOLDING AG | - | - | - | - | - | 13,000 | - | - | - | - | 13,000 |
| MUNDIPHARMA PHARMACEUTICALS SDN BHD | - | - | - | - | - | 3,460 | 3,350 | 3,270 | 2,700 | - | 12,780 |
| MALTUS CORPORATION | - | - | - | - | - | 700 | 3,581 | 2,950 | 3,450 | 1,625 | 12,306 |
| MEXCUS CORPORATION | - | - | - | - | - | 700 | 3,581 | 2,950 | 3,450 | 1,625 | 12,306 |
| SONTI SARL | - | - | - | - | 4,171 | 2,640 | 2,513 | 817 | - | - | 10,141 |
| FILTI SARL | - | - | 818 | 3,329 | 473 | 523 | 805 | - | 327 | - | 6,275 |
| IREY SARL | - | - | 5,106 | - | 266 | 196 | 413 | - | 218 | - | 6,199 |
| BANELA CORPORATION | - | - | - | - | 6,000 | - | - | - | - | - | 6,000 |
| RAYMOND R SACKLER TR 1B 12231989 | - | - | - | - | 3,000 | - | - | - | - | - | 3,000 |
| RAYMOND R SACKLER TR 2B 12231989 | - | - | - | - | 3,000 | - | - | - | - | - | 3,000 |
| MUNDIPHARMA PHARMACEUTICALS BV | - | - | - | - | - | 1,600 | - | - | - | - | 1,600 |
| NONTAG SARL | - | - | 80 | 1,002 | 133 | - | 276 | - | - | - | 1,491 |
| PORTHOS SARL | - | - | 121 | - | - | 85 | - | 544 | 543 | - | 1,293 |
| SONGOL SARL | - | - | 141 | 215 | 87 | 65 | - | - | - | - | 508 |
| CUMULATIVE ROUNDING | - | (1) | (1) | - | - | 1 | (1) | (1) | - | - | (3) |
| **Total** | $ 826,107 | $ 990,709 | $ 970,904 | $ 714,841 | $ 601,294 | $ 549,496 | $ 387,751 | $ 537,728 | $ 314,330 | $ 246,725 | $ 6,139,885 |

− Annual distribution amounts to Lucien Holdings S.ar.l. and its subsidiaries were included in Purdue's Internal Distribution Analysis and those distributions are recorded in the Purdue's audited financial statements as Investment in Associated Companies for the years ended December 31, 2008 and 2009. The Cash Distribution amounts paid to Lucien Holdings S.ar.l. and its subsidiaries included in this schedule are based on the annual distribution amounts included in Purdue's Internal Distribution Analysis and audited financial statements.

    o Individual distribution amounts paid to Lucien Holdings S.ar.l. and its subsidiaries were not included in Purdue's Internal Distribution Analysis.

    o As a result of foreign currency adjustments and unavailability of individual transaction amounts included in Purdue's Internal Distribution Analysis, each individual distribution amount paid to Lucien Holdings S.ar.l. and its subsidiaries could not be identified in Purdue's SAP accounts payable system.

− Raymond R Sackler Trust 1B is the name on the bank account of the trust that owns Linarite Holdings LLC.

− Raymond R Sackler Trust 2B is the name on the bank account of the trust that owns Perthlite Holdings LLC.

− The amounts identified in accounts payable for 2017 include $246.7 million of cash transfers related to promissory notes issued by PRA L.P. to Purdue, which PRA L.P. then transferred to Ex-US Affiliates. These loans have since been repaid in full with interest.

[1] Non-Tax cash transfers include Cash Distributions and loans that Purdue made to PRA L.P. in 2017.

**AlixPartners**

# Exhibit C — Purdue and Rhodes Detailed Schedules of Cash Transfers

**Tax Distributions Identified in Accounts Payable[1] (dollars in thousands)**

| SAP Payee | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UNITED STATES TREASURY | $ 520,497 | $ 309,504 | $ 289,943 | $ 239,175 | $ 206,138 | $ 164,113 | $ 196,157 | $ 204,573 | $ 111,642 | $ 49,600 | $ 2,291,342 |
| ROSEBAY MEDICAL COMPANY LP | 5,879 | 343,311 | 304,884 | 255,570 | 220,144 | 192,757 | 227,600 | 132,708 | 119,410 | 71,785 | 1,874,048 |
| STATE OF NJ | 13,260 | 13,042 | 12,724 | 16,889 | 11,745 | 8,050 | 8,200 | 6,705 | 4,050 | 2,000 | 96,665 |
| BEACON CO | - | - | - | 9,255 | 12,670 | 24,990 | 27,908 | 13,632 | 4,200 | 450 | 93,105 |
| NORTH CAROLINA DEPT OF REVENUE | 2,505 | 9,000 | 11,957 | 10,938 | 9,500 | 9,271 | 7,750 | 6,779 | 6,930 | 4,500 | 79,130 |
| BEACON TRUST COMPANY LIMITED | - | 19,927 | 27,561 | 4,302 | - | - | - | - | - | - | 51,790 |
| CT COMMISSIONER OF REVENUE SERVICES | - | - | 82 | 451 | 1 | 1,223 | 553 | 1,623 | 2,490 | 21,600 | 28,023 |
| CONNECTICUT COMMISSIONER OF REVENUE | - | 13,000 | - | - | - | - | - | - | - | - | 13,000 |
| NEW YORK STATE INCOME TAX | 4,980 | 5,039 | 2,478 | - | - | - | - | - | - | - | 12,497 |
| TREASURER STATE OF OHIO | - | - | - | 4,825 | 1,830 | 1,189 | 1,408 | 1,354 | 550 | 100 | 11,256 |
| RHODE ISLAND DIVN OF TAXATION | 2,964 | - | - | 350 | 1,075 | 1,025 | 3,792 | 1,086 | 606 | 40 | 10,938 |
| CA FRANCHISE TAX BOARD | - | - | - | - | - | 1,800 | 3,025 | 2,809 | 1,455 | - | 9,089 |
| RI DIV OF TAXATION | 4,035 | 1,663 | 1,987 | 420 | - | - | - | - | - | - | 8,105 |
| GEORGIA DEPARTMENT OF REVENUE | 555 | 634 | 1,536 | 900 | 500 | 80 | 475 | 505 | 425 | 75 | 5,685 |
| MICHAEL COSTANZA CPA CLIENT | - | - | 483 | 2,119 | 1,137 | 1,460 | 260 | - | - | - | 5,459 |
| COMPTROLLER OF MARYLAND | 697 | 793 | 604 | 453 | 349 | 274 | 314 | 357 | 283 | 140 | 4,264 |
| KENTUCKY STATE TREASURER | - | - | 1,005 | 890 | 650 | 588 | 272 | 149 | 130 | - | 3,684 |
| NYC DEPARTMENT OF FINANCE | - | - | 1,934 | 1,150 | 275 | - | 75 | 43 | 8 | - | 3,485 |
| ALABAMA DEPT OF REVENUE | 592 | 438 | 216 | - | 400 | 350 | 325 | 350 | 330 | 100 | 3,101 |
| MICHIGAN DEPARTMENT OF TREASURY | - | - | - | - | 695 | 643 | 625 | 560 | 180 | - | 2,703 |
| ILLINOIS DEPARTMENT OF REVENUE | - | - | 463 | 307 | - | - | - | 868 | 700 | - | 2,338 |
| NYS COMMISSIONER OF TAXATION & FIN | - | - | - | - | - | - | 701 | 575 | 340 | 135 | 1,751 |
| MINNESOTA REVENUE | 270 | 275 | 137 | - | - | - | 135 | 379 | 185 | - | 1,381 |
| ARIZONA DEPT OF REVENUE | 278 | 318 | 158 | - | - | - | 126 | 148 | 80 | - | 1,108 |
| COLORADO DEPTARTMENT OF REVENUE | - | - | - | 115 | 169 | 105 | 180 | 97 | 90 | - | 756 |
| MAINE REVENUE SERVICES | 127 | 232 | 39 | 20 | 16 | 15 | 11 | 11 | 10 | 8 | 489 |
| OHIO DEPARTMENT OF TAXATION | - | - | - | - | - | - | - | - | - | 380 | 380 |
| OREGON DEPARTMENT OF REVENUE | - | - | - | - | 30 | 238 | 5 | 22 | 7 | 10 | 312 |
| DELAWARE DIVISION OF REVENUE | 46 | 52 | 58 | - | - | - | 23 | 23 | 20 | - | 222 |
| TREASURER STATE OF MAINE | 2 | - | 117 | - | - | - | - | - | - | - | 119 |
| COMMISSIONER OF REVENUE SERVICES | 45 | - | - | - | - | - | - | - | - | - | 45 |
| CUMULATIVE ROUNDING | - | 1 | (1) | (1) | (1) | - | (1) | (3) | - | - | (6) |
| **Total** | **$ 556,732** | **$ 717,229** | **$ 658,365** | **$ 548,128** | **$ 467,323** | **$ 408,171** | **$ 479,919** | **$ 375,353** | **$ 254,121** | **$ 150,923** | **$ 4,616,264** |

- Accounts payable activity for the payee Michael Costanza, CPA are payments to various state taxing authorities made on behalf of Beacon Company. Purdue wired funds to Michael Costanza, CPA which would be responsible for remitting the estimated quarterly payments to the appropriate state authorities. We are unable to determine whether payments made to Michael Costanza, CPA were in turn made to the appropriate taxing authorities.

[1] We are unable to determine from the books and records maintained by Purdue and Rhodes whether Rosebay Medical Company L.P. or Beacon Company used the distributions to make tax-related payments to the appropriate taxing authorities.

**AlixPartners**

# Exhibit C – Purdue and Rhodes Detailed Schedules of Cash Transfers

**Entity-Level Cash Transfers (Non-Tax Cash Transfers[1] and Tax Distributions[2]) by Year (dollars in thousands);
Page 1 of 4**

| SAP Entity | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Purdue Pharma L.P. (208)** | | | | | | | | | | | |
| UNITED STATES TREASURY | $ 515,847 | $ - | $ 2,814 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 518,661 |
| LUCIEN HOLDINGS SARL / SUBSIDIARIES | 76,107 | 111,576 | - | - | - | - | - | - | - | - | 187,683 |
| ROSEBAY MEDICAL COMPANY LP | - | 7,952 | 16,633 | 14,690 | 12,670 | 10,820 | 9,850 | 9,588 | 6,922 | 22,050 | 111,175 |
| STATE OF NJ | 13,260 | 13,042 | 12,724 | 16,889 | 11,745 | 8,050 | 8,200 | 6,705 | 4,050 | 2,000 | 96,665 |
| NORTH CAROLINA DEPT OF REVENUE | 2,500 | 9,000 | 11,286 | 10,238 | 9,500 | 8,871 | 7,350 | 6,066 | 6,750 | 4,500 | 76,061 |
| BEACON CO | - | - | - | 9,255 | 12,670 | 9,650 | 9,300 | 7,975 | 4,200 | 450 | 53,500 |
| BEACON TRUST COMPANY LIMITED | - | 7,952 | 27,561 | 4,301 | - | - | - | - | - | - | 39,814 |
| CT COMMISSIONER OF REVENUE SERVICES | - | - | 82 | 450 | - | 1,220 | 550 | 1,613 | 2,485 | 21,600 | 28,000 |
| TREASURER STATE OF OHIO | - | - | - | 4,625 | 1,830 | 1,189 | 1,350 | 1,347 | 550 | 100 | 11,191 |
| FLIRA SARL | - | - | 9,615 | - | - | - | - | - | - | - | 9,615 |
| IND SARL | - | - | 8,774 | - | - | - | - | - | - | - | 8,774 |
| CA FRANCHISE TAX BOARD | - | - | - | - | - | 1,800 | 2,075 | 2,115 | 1,025 | - | 7,015 |
| GEORGIA DEPARTMENT OF REVENUE | 552 | 634 | 1,536 | 900 | 500 | 80 | 475 | 505 | 425 | 75 | 5,682 |
| NEW YORK STATE INCOME TAX | 4,970 | 325 | - | - | - | - | - | - | - | - | 5,295 |
| BULLA SARL | - | - | 3,906 | - | - | - | - | - | - | - | 3,906 |
| NYC DEPARTMENT OF FINANCE | - | - | 1,934 | 1,150 | 275 | - | - | - | - | - | 3,359 |
| RHODE ISLAND DIVN OF TAXATION | 2,964 | - | - | - | - | - | 65 | 96 | 25 | 40 | 3,190 |
| COMPTROLLER OF MARYLAND | 692 | 726 | 472 | 350 | 215 | 220 | 170 | 167 | 120 | - | 3,132 |
| NITID SARL | - | - | 2,981 | - | - | - | - | - | - | - | 2,981 |
| RI DIV OF TAXATION | 2,935 | - | - | - | - | - | - | - | - | - | 2,935 |
| MICHIGAN DEPARTMENT OF TREASURY | - | - | - | - | 695 | 643 | 625 | 560 | 180 | - | 2,703 |
| ALABAMA DEPT OF REVENUE | - | - | - | - | 400 | 350 | 325 | 350 | 330 | 100 | 1,855 |
| SOFY SARL | - | - | 1,683 | - | - | - | - | - | - | - | 1,683 |
| ILLINOIS DEPARTMENT OF REVENUE | - | - | 234 | 154 | - | - | - | 338 | 267 | - | 993 |
| MAINE REVENUE SERVICES | 127 | 232 | 39 | 20 | 16 | 15 | 11 | 11 | 10 | 8 | 489 |
| OHIO DEPARTMENT OF TAXATION | - | - | - | - | - | - | - | - | - | 380 | 380 |
| MICHAEL COSTANZA CPA CLIENT | - | - | - | 194 | - | - | - | - | - | - | 194 |
| COLORADO DEPTARTMENT OF REVENUE | - | - | - | 115 | 50 | - | - | - | - | - | 165 |
| PORTHOS SARL | - | - | 121 | - | - | - | - | - | - | - | 121 |
| TREASURER STATE OF MAINE | - | - | 117 | - | - | - | - | - | - | - | 117 |
| COMMISSIONER OF REVENUE SERVICES | 45 | - | - | - | - | - | - | - | - | - | 45 |
| KENTUCKY STATE TREASURER | - | - | - | - | - | - | 2 | - | - | - | 2 |
| **Purdue Pharma L.P. (208) Total** | $ 619,999 | $ 151,439 | $ 102,512 | $ 63,531 | $ 50,566 | $ 42,908 | $ 40,348 | $ 37,436 | $ 27,339 | $ 51,303 | $ 1,187,381 |
| | | | | | | | | | | | |
| **Coventry Technologies L.P (230)** | | | | | | | | | | | |
| ROSEBAY MEDICAL COMPANY LP | $ 4,650 | $ 900 | $ 4,105 | $ 13,392 | $ 7,768 | $ 3,943 | $ 21,294 | $ 4,712 | $ 1,983 | $ - | $ 62,747 |
| UNITED STATES TREASURY | 4,650 | 5,883 | 6,844 | 825 | 4,691 | 3,548 | 19,222 | 4,586 | 2,600 | - | 52,849 |
| BEACON CO | - | - | - | 12,500 | 3,000 | 340 | 1,843 | 71 | - | - | 17,754 |
| RHODE ISLAND DIVN OF TAXATION | - | - | - | 350 | 1,075 | 1,025 | 3,727 | 990 | 581 | - | 7,748 |
| RI DIV OF TAXATION | 1,100 | 1,663 | 1,987 | 420 | - | - | - | - | - | - | 5,170 |
| NORTH CAROLINA DEPT OF REVENUE | - | - | 525 | 700 | - | 400 | 400 | 713 | 180 | - | 2,918 |
| MICHAEL COSTANZA CPA CLIENT | - | - | - | 65 | 77 | 45 | 20 | - | - | - | 207 |
| NYS COMMISSIONER OF TAXATION & FIN | - | - | - | - | - | - | 136 | - | 20 | - | 156 |
| NYC DEPARTMENT OF FINANCE | - | - | - | - | - | - | 75 | 43 | 8 | - | 126 |
| NEW YORK STATE INCOME TAX | - | - | 135 | - | - | - | - | - | - | - | 135 |
| TREASURER STATE OF OHIO | - | - | - | - | - | - | 58 | 7 | - | - | 65 |
| COMPTROLLER OF MARYLAND | - | - | 3 | 3 | - | - | 18 | - | 3 | - | 27 |
| KENTUCKY STATE TREASURER | - | - | - | - | - | 8 | 14 | 2 | - | - | 24 |
| CT COMMISSIONER OF REVENUE SERVICES | - | - | - | 1 | 1 | 3 | 10 | 5 | - | - | 23 |
| BEACON TRUST COMPANY LIMITED | - | - | - | - | - | - | 1 | - | - | - | 1 |
| **Coventry Technologies L.P (230) Total** | $ 10,400 | $ 8,446 | $ 13,599 | $ 28,257 | $ 16,612 | $ 9,312 | $ 46,810 | $ 11,134 | $ 5,380 | $ - | $ 149,950 |
| | | | | | | | | | | | |
| **Subtotal by Page** | $ 630,399 | $ 159,885 | $ 116,111 | $ 91,788 | $ 67,178 | $ 52,220 | $ 87,158 | $ 48,570 | $ 32,719 | $ 51,303 | $ 1,337,331 |

[1] Non-Tax cash transfers include Cash Distributions and loans that Purdue made to PRA L.P. in 2017.

[2] We are unable to determine from the books and records maintained by Purdue and Rhodes whether Rosebay Medical Company L.P. or Beacon Company used the distributions to make tax-related payments to the appropriate taxing authorities.

**AlixPartners**    68

# Exhibit C – Purdue and Rhodes Detailed Schedules of Cash Transfers

### Entity-Level Cash Transfers (Non-Tax Cash Transfers[1] and Tax Distributions[2]) by Year (dollars in thousands); Page 2 of 4

| SAP Entity | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **New Suffolk Holdings LLP (232)** | | | | | | | | | | | |
| MUNDIPHARMA DEUTSCHLAND GMBH & CO K | $ - | $ - | $ - | 6,670 | 12,950 | $ 29,650 | $ - | 24,924 | $ - | $ - | $ 74,194 |
| New Suffolk Holdings LLP (232) Total | $ - | $ - | $ - | 6,670 | 12,950 | $ 29,650 | $ - | 24,924 | $ - | $ - | $ 74,194 |
| **Lucien Holdings S.ar. L (233)** | | | | | | | | | | | |
| IND SARL | $ - | $ - | $ - | $ - | 4,463 | $ - | $ - | $ - | $ - | $ - | $ 4,463 |
| HAYEZ CORP | | | | | 902 | | 2,000 | | | | 2,902 |
| MALTUS CORPORATION | | | | | | | 1,250 | | | | 1,250 |
| CLOVIO CORP | | | | | | | 1,200 | | | | 1,200 |
| HOKOL S A R L | | | | | 1,111 | | | | | | 1,111 |
| BOETH CORP | | | | | | 750 | | | | | 750 |
| BOLDINI CORPORATION | | | | | | 750 | | | | | 750 |
| Lucien Holdings S.ar. L (233) Total | $ - | $ - | $ - | $ - | 6,476 | $ 1,500 | 4,450 | $ - | $ - | $ - | $ 12,426 |
| **Purdue Pharma Inc. (301)** | | | | | | | | | | | |
| BANELA CORPORATION | $ - | $ - | $ - | $ - | 3,000 | $ - | $ - | $ - | $ - | $ - | $ 3,000 |
| RAYMOND R SACKLER TR 1B 12231989 | | | | | 1,500 | | | | | | 1,500 |
| RAYMOND R SACKLER TR 2B 12231989 | | | | | 1,500 | | | | | | 1,500 |
| Purdue Pharma Inc. (301) Total | $ - | $ - | $ - | $ - | 6,000 | $ - | $ - | $ - | $ - | $ - | $ 6,000 |
| **Avrio Health L.P. (307)** | | | | | | | | | | | |
| NEW YORK STATE INCOME TAX | $ - | 10 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 10 |
| NORTH CAROLINA DEPT OF REVENUE | | 5 | | | | | | | | | 5 |
| COMPTROLLER OF MARYLAND | | 5 | | | | | | | | | 5 |
| GEORGIA DEPARTMENT OF REVENUE | | 3 | | | | | | | | | 3 |
| TREASURER STATE OF MAINE | | 2 | | | | | | | | | 2 |
| Avrio Health L.P. (307) Total | $ - | 25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 25 |
| **PLP Assoc Holdings L.P. (401)** | | | | | | | | | | | |
| ROSEBAY MEDICAL COMPANY LP | $ 376,729 | 774,026 | 584,476 | 65,044 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,799,775 |
| BEACON TRUST COMPANY LIMITED | 250,629 | 436,671 | | | | | | | | | 687,300 |
| UNITED STATES TREASURY | | 303,620 | 280,285 | 64,100 | | | | | | | 648,005 |
| BEACON CO | | 14,871 | 300,330 | | | | | | | | 315,201 |
| REIGO TRUSTEE LIMITED | 124,371 | | | | | | | | | | 124,371 |
| CONNECTICUT COMMISSIONER OF REVENUE | | 13,000 | | | | | | | | | 13,000 |
| NEW YORK STATE INCOME TAX | | 4,714 | 2,343 | | | | | | | | 7,057 |
| MICHAEL COSTANZA CPA CLIENT | | | 483 | 790 | | | | | | | 1,273 |
| ALABAMA DEPT OF REVENUE | 592 | 438 | 216 | | | | | | | | 1,246 |
| KENTUCKY STATE TREASURER | | | 1,005 | | | | | | | | 1,005 |
| ARIZONA DEPT OF REVENUE | 278 | 318 | 158 | | | | | | | | 754 |
| MINNESOTA REVENUE | 270 | 275 | 137 | | | | | | | | 682 |
| ILLINOIS DEPARTMENT OF REVENUE | | 228 | | | | | | | | | 228 |
| DELAWARE DIVISION OF REVENUE | 46 | 52 | 58 | | | | | | | | 156 |
| NORTH CAROLINA DEPT OF REVENUE | | | 146 | | | | | | | | 146 |
| COMPTROLLER OF MARYLAND | | 67 | | | | | | | | | 67 |
| PLP Assoc Holdings L.P. (401) Total | $ 752,415 | 1,548,052 | 1,169,865 | 129,934 | $ - | $ - | $ - | $ - | $ - | $ - | 3,600,266 |
| **PLP Assoc Holdings Inc. (402)** | | | | | | | | | | | |
| BANELA CORPORATION | $ - | $ - | $ - | $ - | 3,000 | $ - | $ - | $ - | $ - | $ - | $ 3,000 |
| RAYMOND R SACKLER TR 1B 12231989 | | | | | 1,500 | | | | | | 1,500 |
| RAYMOND R SACKLER TR 2B 12231989 | | | | | 1,500 | | | | | | 1,500 |
| PLP Assoc Holdings Inc. (402) Total | $ - | $ - | $ - | $ - | 6,000 | $ - | $ - | $ - | $ - | $ - | 6,000 |
| **RSJ Company L.P. (408)** | | | | | | | | | | | |
| MUNDIPHARMA KK | $ - | $ - | 32,869 | 1,058 | $ - | 8,379 | 5,492 | 21,860 | 36,008 | 26,703 | $ 132,369 |
| ROSEBAY MEDICAL COMPANY LP | | | | | 447 | | | | | | 447 |
| UNITED STATES TREASURY | | | | | 447 | | | | | | 447 |
| RSJ Company L.P. (408) Total | $ - | $ - | 32,869 | 1,058 | 894 | 8,379 | 5,492 | 21,860 | 36,008 | 26,703 | 133,263 |
| **Subtotal by Page** | $ 752,440 | 1,548,052 | 1,202,734 | 137,662 | 32,320 | 39,529 | 9,942 | 46,784 | 36,008 | 26,703 | 3,832,174 |

– Raymond R Sackler Trust 1B is the name on the bank account of the trust that owns Linarite Holdings LLC.
– Raymond R Sackler Trust 2B is the name on the bank account of the trust that owns Perthlite Holdings LLC.

[1] Non-Tax cash transfers include Cash Distributions and loans that Purdue made to PRA L.P. in 2017.
[2] We are unable to determine from the books and records maintained by Purdue and Rhodes whether Rosebay Medical Company L.P. or Beacon Company used the distributions to make tax-related payments to the appropriate taxing authorities.

**AlixPartners**

# Exhibit C – Purdue and Rhodes Detailed Schedules of Cash Transfers

**Entity-Level Cash Transfers (Non-Tax Cash Transfers[1] and Tax Distributions[2]) by Year (dollars in thousands);**
**Page 3 of 4**

| SAP Entity | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **BR Holdings Assoc. LP (413)** | | | | | | | | | | | |
| ROSEBAY MEDICAL COMPANY LP | $ - | $ - | $ 130,768 | 462,296 | 432,709 | 337,373 | 285,131 | 272,695 | 148,147 | 51,218 | $ 2,120,337 |
| BEACON CO | - | - | 130,768 | 287,376 | 230,450 | 174,464 | 105,440 | 159,604 | 37,643 | 1,483 | 1,127,228 |
| UNITED STATES TREASURY | - | - | - | 174,250 | 201,000 | 160,565 | 176,935 | 199,986 | 109,042 | 49,600 | 1,071,378 |
| MICHAEL COSTANZA CPA CLIENT | - | - | - | 1,070 | 1,060 | 1,415 | 240 | - | - | - | 3,785 |
| KENTUCKY STATE TREASURER | - | - | - | 890 | 650 | 580 | 256 | 147 | 130 | - | 2,653 |
| CA FRANCHISE TAX BOARD | - | - | - | - | - | - | 950 | 694 | 430 | - | 2,074 |
| NYS COMMISSIONER OF TAXATION & FIN | - | - | - | - | - | - | 565 | 575 | 320 | 135 | 1,595 |
| ILLINOIS DEPARTMENT OF REVENUE | - | - | - | 153 | - | - | - | 530 | 432 | - | 1,115 |
| MINNESOTA REVENUE | - | - | - | - | - | - | 135 | 379 | 185 | - | 699 |
| COLORADO DEPARTMENT OF REVENUE | - | - | - | - | 119 | 105 | 180 | 97 | 90 | - | 591 |
| ARIZONA DEPT OF REVENUE | - | - | - | - | - | - | 126 | 148 | 80 | - | 354 |
| OREGON DEPARTMENT OF REVENUE | - | - | - | - | 30 | 238 | 5 | 22 | 7 | 10 | 312 |
| DELAWARE DIVISION OF REVENUE | - | - | - | - | - | - | 23 | 23 | 20 | - | 66 |
| **BR Holdings Assoc. LP (413) Total** | $ - | $ - | $ 261,536 | $ 926,035 | $ 866,018 | $ 674,740 | $ 569,986 | $ 634,900 | $ 296,526 | $ 102,446 | $ 4,332,187 |
| | | | | | | | | | | | |
| **Pharmaceutical Research A (416)** | | | | | | | | | | | |
| IND SARL | $ - | $ - | $ 12,069 | 38,622 | 37,616 | 51,082 | 23,988 | 6,441 | - | - | $ 169,818 |
| FLIRA SARL | - | - | 10,220 | 24,955 | 28,155 | 35,942 | 16,801 | 6,635 | 6,324 | - | 129,032 |
| MUNDIPHARMA SINGAPORE | - | - | - | - | - | - | - | 11,700 | 12,305 | 104,047 | 128,052 |
| LUCIEN HOLDINGS SARL | - | - | - | 1,104 | 1,042 | 890 | 29,286 | 31,348 | 11,359 | 42,157 | 117,186 |
| SOFY SARL | - | - | 16,694 | 29,174 | 19,149 | 8,555 | 8,760 | 6,016 | 4,034 | - | 92,382 |
| MUNDIPHARMA KOREA LTD | - | - | - | - | - | 9,700 | 30,000 | 17,000 | 19,625 | - | 76,325 |
| ACCARDI SARL | - | - | - | - | - | - | - | 5,393 | 55,609 | 10,375 | 71,377 |
| BOETTI CORP | - | - | - | - | 327 | 11,674 | 18,851 | 15,003 | 12,438 | 7,838 | 66,131 |
| BOLDINI CORPORATION | - | - | - | - | - | 12,001 | 18,851 | 15,003 | 12,438 | 7,838 | 66,131 |
| BULLA SARL | - | - | 3,551 | 7,697 | 9,249 | 11,031 | 9,821 | 1,908 | - | - | 43,257 |
| CLOVIO CORP | - | - | - | - | - | 8,808 | 7,650 | 5,800 | 4,205 | 3,975 | 30,438 |
| HAYEZ CORP | - | - | - | - | - | 6,590 | 3,870 | 6,400 | 6,000 | - | 22,860 |
| MUNDIPHARMA PTE LIMITED | - | - | - | - | - | 2,200 | 5,740 | 4,100 | 8,450 | - | 20,490 |
| NITID SARL | - | - | 80 | 1,288 | 1,066 | 7,875 | 4,180 | 1,597 | 1,363 | - | 17,449 |
| MUNDIPHARMA HOLDING AG | - | - | - | - | - | 13,000 | - | - | - | - | 13,000 |
| MUNDIPHARMA PHARMACEUTICALS SDN BHD | - | - | - | - | - | 3,460 | 3,350 | 3,270 | 2,700 | - | 12,780 |
| HOKOL S A R L | - | - | - | - | 1,235 | 1,721 | 9,393 | - | - | - | 12,349 |
| MEXCUS CORPORATION | - | - | - | - | - | 700 | 3,581 | 2,950 | 3,450 | 1,625 | 12,306 |
| MALTUS CORPORATION | - | - | - | - | - | 700 | 2,331 | 2,950 | 3,450 | 1,625 | 11,056 |
| SONTI SARL | - | - | - | - | 4,171 | 2,640 | 2,513 | 817 | - | - | 10,141 |
| FILTI SARL | - | - | 818 | 3,329 | 473 | 523 | 805 | - | 327 | - | 6,275 |
| IREY SARL | - | - | 5,106 | - | 266 | 196 | 413 | - | 218 | - | 6,199 |
| MUNDIPHARMA PHARMACEUTICALS BV | - | - | - | - | - | 1,600 | - | - | - | - | 1,600 |
| NONTAG SARL | - | - | 80 | 1,002 | 133 | - | 276 | - | - | - | 1,491 |
| PORTHOS SARL | - | - | - | - | - | 85 | - | 544 | 543 | - | 1,172 |
| SONGOL SARL | - | - | 141 | 215 | 87 | 65 | - | - | - | - | 508 |
| ROSEBAY MEDICAL COMPANY LP | - | - | - | - | - | 85 | - | - | - | - | 85 |
| **Pharmaceutical Research A (416) Total** | $ - | $ - | $ 48,759 | $ 107,386 | $ 102,969 | $ 191,123 | $ 200,460 | $ 142,967 | $ 166,746 | $ 179,480 | $ 1,139,890 |
| | | | | | | | | | | | |
| **Subtotal by Page** | $ - | $ - | $ 310,295 | $ 1,033,421 | $ 968,987 | $ 865,863 | $ 770,446 | $ 777,867 | $ 463,272 | $ 281,926 | $ 5,472,077 |

[1] Non-Tax cash transfers include Cash Distributions and loans that Purdue made to PRA L.P. in 2017.
[2] We are unable to determine from the books and records maintained by Purdue and Rhodes whether Rosebay Medical Company L.P. or Beacon Company used the distributions to make tax-related payments to the appropriate taxing authorities.

# Exhibit C — Purdue and Rhodes Detailed Schedules of Cash Transfers

**Entity-Level Cash Transfers (Non-Tax Cash Transfers[1] and Tax Distributions[2]) by Year (dollars in thousands);**
**Page 4 of 4**

| SAP Entity | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Purdue BioPharma L.P. (420)** | | | | | | | | | | | |
| MUNDIBIOPHARMA LIMITED | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 39,674 | $ 36,290 | $ 37,576 | $ 113,540 |
| Purdue BioPharma L.P. (420) Total | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 39,674 | $ 36,290 | $ 37,576 | $ 113,540 |
| | | | | | | | | | | | |
| **SVC Pharma L.P. (507)** | | | | | | | | | | | |
| COMPTROLLER OF MARYLAND | $ - | $ - | $ 129 | $ 100 | $ 134 | $ 54 | $ 126 | $ 190 | $ 160 | $ 140 | $ 1,033 |
| SVC Pharma L.P. (507) Total | $ - | $ - | $ 129 | $ 100 | $ 134 | $ 54 | $ 126 | $ 190 | $ 160 | $ 140 | $ 1,033 |
| | | | | | | | | | | | |
| Subtotal by Page | $ - | $ - | $ 129 | $ 100 | $ 134 | $ 54 | $ 126 | $ 39,864 | $ 36,450 | $ 37,716 | $ 114,573 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| *CUMULATIVE ROUNDING* | 0 | 1 | 0 | -2 | -2 | 1 | -2 | -4 | 2 | 0 | -6 |
| Total Distributions Identified (all entities) | $ 1,382,839 | $ 1,707,938 | $ 1,629,269 | $ 1,262,969 | $ 1,068,617 | $ 957,667 | $ 867,670 | $ 913,081 | $ 568,451 | $ 397,648 | $ 10,756,149 |

- In situations where a single distribution listed in Purdue's Internal Distribution Analysis contains multiple accounts payable payments to different payees, and a foreign exchange ("F/X") adjustment, then the F/X adjustment was prorated based on each payee's individual payment amount as a percentage of the total distribution. The adjustment was added to the total distributions paid to the payee.

- For the schedules above, rounding errors are corrected at the total level and not at the individual payor subtotal level. Therefore, while the total distributions identified agrees with the summary schedules, there may be differences due to rounding when adding amounts to the individual payees and comparing those amounts to the summary schedules.

- Annual distribution amounts to Lucien Holdings S.ar.l. and its subsidiaries were included in Purdue's Internal Distribution Analysis and those distributions are recorded in the Purdue's audited financial statements as Investment in Associated Companies for the years ended December 31, 2008 and 2009. The Cash Distribution amounts paid to Lucien Holdings S.ar.l. and its subsidiaries included in this schedule are based on the annual distribution amounts included in Purdue's Internal Distribution Analysis and audited financial statements.

  o Individual distribution amounts paid to Lucien Holdings S.ar.l. and its subsidiaries were not included in Purdue's Internal Distribution Analysis.

  o As a result of foreign currency adjustments and unavailability of individual transaction amounts included in Purdue's Internal Distribution Analysis, each individual distribution amount paid to Lucien Holdings S.ar.l. and its subsidiaries could not be identified in Purdue's SAP accounts payable system.

- The amounts identified in accounts payable for 2017 include $246.7 million of cash transfers related to promissory notes issued by PRA L.P. to Purdue, which PRA L.P. then transferred to Ex-US Affiliates. These loans have since been repaid in full with interest.

---

[1] Non-Tax cash transfers include Cash Distributions and loans that Purdue made to PRA L.P. in 2017.
[2] We are unable to determine from the books and records maintained by Purdue and Rhodes whether Rosebay Medical Company L.P. or Beacon Company used the distributions to make tax-related payments to the appropriate taxing authorities.

**Alix**Partners

# Exhibit D — Rhodes Detailed Schedules of Cash Distributions

# Exhibit D - Rhodes Detailed Schedules of Cash Distributions

## Non-Tax Cash Distributions Identified in Accounts Payable[1] (dollars in '000s)

| SAP Payee | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BEACON CO | $    - | $    - | $    - | $  12,500 | $  3,000 | $    - | $    - | $    - | $    - | $    - | $  15,500 |
| ROSEBAY MEDICAL COMPANY LP | - | - | - | 12,500 | 3,000 | - | - | - | - | - | 15,500 |
| Total | $    - | $    - | $    - | $  25,000 | $  6,000 | $    - | $    - | $    - | $    - | $    - | $  31,000 |

## Tax Distributions Identified in Accounts Payable[1] (dollars in '000s)

| SAP Payee | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UNITED STATES TREASURY | $  4,650 | $  5,883 | $  6,844 | $  825 | $  4,691 | $  3,548 | $  19,222 | $  4,586 | $  2,600 | $    - | $  52,849 |
| ROSEBAY MEDICAL COMPANY LP | 4,650 | 900 | 4,105 | 892 | 4,768 | 3,943 | 21,294 | 4,712 | 1,983 | - | 47,247 |
| RHODE ISLAND DIVN OF TAXATION | - | - | - | 350 | 1,075 | 1,025 | 3,727 | 990 | 581 | - | 7,748 |
| RI DIV OF TAXATION | 1,100 | 1,663 | 1,987 | 420 | - | - | - | - | - | - | 5,170 |
| NORTH CAROLINA DEPT OF REVENUE | - | - | 754 | 700 | - | 400 | 400 | 713 | 180 | - | 3,147 |
| BEACON CO | - | - | - | - | - | 340 | 1,843 | 71 | - | - | 2,254 |
| COMPTROLLER OF MARYLAND | - | - | 132 | 103 | 134 | 54 | 149 | 190 | 163 | 140 | 1,065 |
| MICHAEL COSTANZA CPA CLIENT | - | - | - | 65 | 77 | 45 | 20 | - | - | - | 207 |
| NYS COMMISSIONER OF TAXATION & FIN | - | - | - | - | - | - | 136 | - | 20 | - | 156 |
| NEW YORK STATE INCOME TAX | - | - | 135 | - | - | - | - | - | - | - | 135 |
| NYC DEPARTMENT OF FINANCE | - | - | - | - | - | - | 75 | 43 | 8 | - | 126 |
| TREASURER STATE OF OHIO | - | - | - | - | - | - | 58 | 7 | - | - | 65 |
| KENTUCKY STATE TREASURER | - | - | - | - | - | 8 | 16 | 2 | - | - | 26 |
| CT COMMISSIONER OF REVENUE SERVICE | - | - | - | 1 | 1 | 3 | 3 | 10 | 5 | - | 23 |
| BEACON TRUST COMPANY LIMITED | - | - | - | 1 | - | - | - | - | - | - | 1 |
| CUMULATIVE ROUNDING | - | - | - | (1) | (1) | - | (1) | (1) | - | - | (4) |
| Total | $  10,400 | $  8,446 | $  13,957 | $  3,356 | $  10,745 | $  9,366 | $  46,942 | $  11,323 | $  5,540 | $  140 | $  120,215 |

| **Rhodes Total Distributions** | $  10,400 | $  8,446 | $  13,957 | $  28,356 | $  16,745 | $  9,366 | $  46,942 | $  11,323 | $  5,540 | $  140 | $  151,215 |

- Accounts payable activity for the payee Michael Costanza, CPA are payments to various state taxing authorities made on behalf of Beacon Company. Purdue wired funds to Michael Costanza, CPA which would be responsible for remitting the estimated quarterly payments to the appropriate state authorities. We are unable to determine whether payments made to Michael Costanza, CPA were in turn made to the appropriate taxing authorities.

[1] The classification of Tax and Non-Tax Distributions is based on Purdue's and Rhode's Internal Distribution Analysis and the October 19, 2018 MDL Presentation. We are unable to determine from the books and records maintained by Purdue and Rhodes whether Rosebay Medical Company L.P. or Beacon Company used the distributions to make tax-related payments to the appropriate taxing authorities.

**AlixPartners**    73

**Alix**Partners

# Exhibit E — Purdue Cash Distributions Tracing Analysis

# Purdue Cash Distributions Tracing Analysis - Objective and Procedures Performed

## Objective

1. Trace Purdue Cash Distributions and loans Purdue made to PRA L.P. identified in Purdue's SAP accounts payable ledger to available third-party bank statements in order to validate if the distributions amounts, posting/transaction dates, payee/beneficiary names and payor entities were consistent and/or similar in both sources of information.

## Procedures Performed

1. Determined time period and entities to review based on Purdue's Internal Distribution Analysis and our reconciliation work. Bank statements were available for July 2014 onwards unless specifically requested from storage by TXP.

2. Reviewed bank statements to determine account holder entity name and time period represented.

3. Each Purdue Cash Distribution and loan made to PRA L.P. identified in Purdue's SAP accounts payable ledger was compared to the available bank statements to find a match by payor, payee name, posting/transaction date and amount.

4. Certain transactions were assumed to be matches even if certain criteria were not an exact match. For example, if a distribution amount matched, but the payee name was not included in the bank statement and the posting date was within 60 days (before or after) of the transaction date included on the bank statement, then the distribution was generally considered to be a match.

   − If any of the criteria were not a match, the discrepancy was noted.
   − For payee name mismatches, the most common reason was that the bank statement did not include a payee name.
   − Certain F/X transactions to multiple payees were grouped together into a single transaction on the bank statement. It is unclear from the bank statements who the actual payment recipients were but have been considered matches. We noted variations in the dollar amounts for F/X transactions on the bank statements but assumed that those transactions were matches.

**AlixPartners**    75

# Purdue Cash Distributions Tracing Analysis – Sources Relied Upon

The following types of sources of information were accessed and reviewed from Purdue and TXP:

1. Cash Distributions and loans made to PRA L.P. identified in Purdue's SAP accounts payable ledger;

2. Bank statements for Purdue and Affiliated Entities from the below periods highlighted in green; and

3. Bank account check clearing reconciliations.

# Purdue Cash Distributions Tracing Analysis - Observations and Findings

Based upon on the tracing work performed on the Purdue Cash Distributions and loans Purdue made to PRA L.P. recorded in the SAP accounts payable ledger to the available third-party bank statements, we have the following observations:

1. The available third-party bank statements included 666 transactions totaling $3.63 billion, of which matches between the two sources of information (SAP accounts payable ledger and Bank Statements) were identified for 666 transactions *(100% of total)* totaling $3.63 billion *(100% of total)*.

| Company Name (Company #) | Transactions in SAP Accounts Payable Ledger within Bank Statement Periods | | Transactions in SAP Accounts Payable Ledger Matched to Bank Statements | |
|---|---|---|---|---|
| | # Trx | $ Amount | # Trx | $ Amount |
| BR Holdings Associates, L.P. (Company #413) | 283 | $ 2,385,587,755 | 283 | $ 2,385,587,755 |
| Purdue Pharma, L.P. (Company #208) | 108 | $ 161,482,742 | 108 | $ 161,482,742 |
| Purdue Holdings, L.P. (Company #416) | 249 | $ 842,234,885 | 249 | $ 842,273,255 |
| RSJ Company, L.P. (Company #408) | 19 | $ 100,069,310 | 19 | $ 100,069,310 |
| Purdue BioPharma, L.P. (Company #420) | 6 | $ 113,607,063 | 6 | $ 113,540,042 |
| New Suffolk Holding, L.P. (Company #232) | 1 | $ 24,924,360 | 1 | $ 24,924,360 |
| PLP Holdings Associates L.P. (Company #401) | – | $ - | – | $ - |
| BR Holdings Associates, Inc. (Company #414) | – | $ - | – | $ - |
| | 666 | $ 3,627,906,115 | 666 | $ 3,627,877,464 |
| As % of Transactions within Bank Statement periods | 100% | 100% | 100% | 100% |

*Note: $ Amount differences above are due to variations in F/X transaction amounts recorded in the accounts payable ledger and bank statements. For purposes of the Purdue Cash Distributions tracing analysis, we have assumed that these Cash Distributions are matched transactions.*

- The payor entity/company name listed above represents the last entity (not always Purdue) making a distribution whose books and records are maintained in the same SAP accounting system as Purdue. The intermediate transfers passed through the Affiliated Entities whose books and records are maintained in the same SAP accounting system as Purdue are usually recorded by general ledger entry and not through accounts payable.

[1] SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

# Purdue Cash Distributions Tracing Analysis - Observations and Findings

2. For BR Holdings Associates L.P. (Entity #413):

| | |
|---|---|
| **Periods for which statements are available:** | Apr. 2011 – Jun. 2011 & Jun. 2013 – Dec. 2018 |
| **Number of transactions in SAP account payable ledger within available bank statement periods:** | 283 – $2.39b |
| **Number of transactions matched to bank statements** *(and as % of total for available statement periods)*: | 283 *(100%)* – $2.39b *(100%)* |
| **Number of exact matches (payee, amount and date):** | 76 – $454.34m |
| **Number of payee and amount matches with close posting date match:[1]** | 112 – $1.85b |
| **Number of amount matches with close posting date match[1] (no payee name listed in bank statement):** | 95 – $82.27m<br>• 70 checks totaling $5.82m, all appear to be tax payments<br>• 17 payments to Rosebay Medical Company LP totaling $59.35m<br>• 8 payments to Beacon Co. totaling $17.1m |

[1] SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

**AlixPartners**

# Purdue Cash Distributions Tracing Analysis - Observations and Findings

3. For Purdue Pharma, L.P. (Entity #208):

| | |
|---|---|
| **Periods for which statements are available:** | Aug. 2014 – Dec. 2018 |
| **Number of transactions in SAP account payable ledger within available bank statement periods:** | 108 – $161.48m |
| **Number of transactions matched to bank statements** *(and as % of total for available statement periods)*: | 108 *(100%)* – $161.48m *(100%)* |
| **Number of exact matches (payee, amount and date):** | 20 – $51.31m |
| **Number of payee and amount matches with close posting date match:[1]** | 39 – $79.81m |
| **Number of amount matches with close posting date match[1] (no payee name listed in bank statement):** | 49 – $30.36m |
| | • 2 payments to North Carolina Dept of Revenue totaling $12.82m |
| | • 4 payments to Rosebay Medical Company LP totaling $5.76m |
| | • 3 payments to Beacon Co totaling $4.15m |
| | • 10 payments to Treasurer State of Ohio totaling $2.82m |
| | • 3 payments to State of NJ totaling $2.23m |
| | • 6 payments to Michigan Department of Treasury totaling $1.17m |
| | • 2 payments to Illinois Department of Revenue totaling $605k |
| | • 9 payments to Comptroller of Maryland totaling $397k |
| | • 3 payments to Ohio Department of Taxation totaling $380k |
| | • 7 payments to Maine Revenue Services totaling $34k |

[1] SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

**Alix**Partners    79

# Purdue Cash Distributions Tracing Analysis - Observations and Findings

4. For Purdue Holdings L.P. (Entity #416):

| | |
|---|---|
| **Periods for which statements are available:** | Apr. 2011 – Jun. 2011 & Jun. 2013 – Dec. 2018 |
| **Number of transactions in SAP account payable ledger within available bank statement periods:** | 249 – $842.23m |
| **Number of transactions matched to bank statements *(and as % of total for available statement periods)*:** | 249 *(100%)* – $842.27m *(100% – difference due to variations in F/X transaction amounts as explained below)* |
| **Number of exact matches (payee, amount and date):** | 18 – $144.35m |
| **Number of F/X transactions with close amount and posting date matches[1] (no payee name listed in bank statement) – slight amount differences are likely due to F/X rate changes and/or fees:** | 10 – $47.29m<br>• All are F/X transactions (USD to EUR)<br>   • 6 payments to Lucien Holdings S.ar.l. totaling $34.34m in SAP vs. $34.28m in bank statements<br>   • 3 payments to Accardi S.ar.l. totaling $9.69m in SAP vs. $9.78m in bank statements<br>   • 1 payment to Flira S.ar.l. totaling $3.227m in SAP vs. $3.228m in bank statement |
| **Number of payee and amount matches with close posting date match:[1]** | 57 – $159.15m |

[1] SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

**AlixPartners**

# Purdue Cash Distributions Tracing Analysis - Observations and Findings

4. For Purdue Holdings L.P. (Entity #416), continued:

| | |
|---|---|
| **Number of amount matches with close posting date match[1] (no payee name listed in bank statement):** | 164 – $491.48m |
| | • 52 payments to various foreign entities appear to have been bundled into 13 payments totaling $223.11m |
| | • 112 payments to various entities totaling $268.37m |
| |      • 16 payments to Lucien Holdings S.ar.l. totaling $70.64m |
| |      • 14 payments to Accardi S.ar.l. totaling $40.49m |
| |      • 15 payments to Boetti Corp totaling $40.88m |
| |      • 15 payments to Boldini Corporation totaling $40.88m |
| |      • 12 payments to Clovio Corp totaling $15.56m |
| |      • 8 payments to Hayez Corp totaling $12.4m |
| |      • 10 payments to Mexcus Corporation totaling $9.26m |
| |      • 9 payments to Maltus Corporation totaling $8.01m |
| |      • 2 payments to Hokol S.ar.l. totaling $8.02m |
| |      • 1 payment to Sofy S.ar.l. totaling $6.99m |
| |      • 1 payments to Flira S.ar.l. totaling $3.41m |
| |      • 3 payments to Mundipharma Pte Limited totaling $4.2m |
| |      • 2 payments to Mundipharma Pharmaceuticals Sdn Bhd totaling $3.56m |
| |      • 1 payment to Ind S.ar.l. totaling $2.18m |
| |      • 2 payments to Porthos S.ar.l. totaling $1.09m |
| |      • 1 payment to Sonti S.ar.l. totaling $817k |

[1] SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

**AlixPartners**

# Purdue Cash Distributions Tracing Analysis - Observations and Findings

5. For RSJ Company, L.P. (Entity #408):

| | |
|---|---|
| **Periods for which statements are available:** | Jul. 2014 – Dec. 2018 |
| **Number of transactions in SAP account payable ledger within available bank statement periods:** | 19 – $100.07m |
| **Number of transactions matched to bank statements** *(and as % of total for available statement periods)***:** | 19 *(100%)* – $100.07m *(100%)* |
| **Number of exact matches (payee, amount and date):** | 6 – $21.93m |
| **Number of payee and amount matches with close posting date match:[1]** | 13 – $78.14m |
| **Number of amount matches with close posting date match[1] (no payee name listed in bank statement):** | 0 |

[1] SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

**Alix**Partners    82

# Purdue Cash Distributions Tracing Analysis - Observations and Findings

6. For Purdue BioPharma L.P. (Entity #420):

| | |
|---|---|
| **Periods for which statements are available:** | May. 2015 – Dec. 2017 |
| **Number of transactions in SAP account payable ledger within available bank statement periods:** | 6 – $113.61m |
| **Number of transactions matched to bank statements *(and as % of total for available statement periods)*:** | 6 *(100%)* – $113.54m *(99.9% – difference due to variations in F/X transaction amounts as explained below)* |
| **Number of exact matches (payee, amount and date):** | 0 |
| **Number of F/X transactions with close amount and posting date matches[1] (no payee name listed in bank statement) – slight amount differences are likely due to F/X rate changes and/or fees:** | 2 – $37.58m<br>• Both are F/X transactions (USD to EUR)<br>  • Payment to Mundibiopharma Limited of $11.22m in SAP vs. $11.17m in bank statement<br>  • Payment to Mundibiopharma Limited of $26.43m in SAP vs. $26.41m in bank statement |
| **Number of payee and amount matches with close posting date match:[1]** | 0 |
| **Number of amount matches with close posting date match[1] (no payee name listed in bank statement):** | 4 – $75.96m<br>• 4 payments to Mundibiopharma Limited totaling $75.96m |

# Purdue Cash Distributions Tracing Analysis - Observations and Findings

7. For New Suffolk Holding, L.P. (Entity #232):

| | |
|---|---|
| **Periods for which statements are available:** | Jan. 2015 – Dec. 2015 |
| **Number of transactions in SAP account payable ledger within available bank statement periods:** | 1 – $24.92m |
| **Number of transactions matched to bank statements *(and as % of total for available statement periods)*:** | 1 *(100%)* – $24.92m *(100%)* |
| **Number of exact matches (payee, amount and date):** | 0 |
| **Number of payee and amount matches with close posting date match:[1]** | 0 |
| **Number of amount matches with close posting date match[1] (no payee name listed in bank statement):** | 1 – $24.92m<br>• $24.92m to Mundipharma Deutschland GmbH & Co K |

[1] SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

**Alix**Partners    84

# Purdue Cash Distributions Tracing Analysis – Observations and Findings

8. For PLP Holdings Associates L.P. (Entity #401):

| | |
|---|---|
| **Periods for which statements are available:** | Aug. 2014 – Dec. 2018 |
| **Number of transactions in SAP account payable ledger within available bank statement periods:** | 0 |
| **Number of transactions matched to bank statements:** | 0 |
| **Number of exact matches (payee, amount and date):** | n/a |
| **Number of payee and amount matches with close posting date match:[1]** | n/a |
| **Number of amount matches with close posting date match (no payee name listed in bank statement):** | n/a |

**Transactions in SAP account payable ledger spanned the period from Jan. 2008 – Apr. 2011**
- No bank statements from these periods were available for review

**AlixPartners**    85

# Purdue Cash Distributions Tracing Analysis - Observations and Findings

9.  For BR Holdings Associates, Inc. (Entity #414):

| | |
|---|---|
| **Periods for which statements are available:** | Jul. 2008, Sep. 2008, Apr. 2011 – Jun. 2011 & Jun. 2013 – Nov. 2014 |
| **Number of transactions in SAP account payable ledger within available bank statement periods:** | 0 |
| **Number of transactions matched to bank statements:** | 0 |
| **Number of exact matches (payee, amount and date):** | n/a |
| **Number of payee and amount matches with close posting date match:[1]** | n/a |
| **Number of amount matches with close posting date match (no payee name listed in bank statement):** | n/a |

# Purdue Cash Distributions Tracing Analysis – Observations and Findings

10. Statements have not yet been analyzed for the following entities listed in the SAP account payable ledger:



- 230
- 233
- 301
- 304
- 307
- 313
- 315
- 316
- 401
- 402
- 507

**Transactions in the SAP account payable ledger for Company #401 spanned the period from Jan. 2008 – Apr. 2011**

- While some bank statements for this company were received, they did not cover any of the relevant periods for these transactions

11. Statements for the following entities were provided, but no transactions were recorded in the SAP accounts payable ledger:

- BR Holdings Associates Inc.

| BR Holdings Associates, Inc. (Company #414) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bank Statement Periods Received | | | | | | | | | | | |
| | Q1 | | | Q2 | | | Q3 | | | Q4 | | |
| Year | J | F | M | A | M | J | J | A | S | O | N | D |
| 2008 | | | | | | | | | | | | |
| 2009 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |

**Alix**Partners

# Purdue Cash Distributions Flow of Funds Analysis

# Purdue Cash Distributions Flow of Funds Analysis — Cash Distribution Testing Selections

As illustrated in this section of the Cash Distribution Analysis, we performed a flow of funds analysis on each classification of Cash Distributions (Non-Tax US Partner, Non-Tax Ex-US and Tax Distributions) made by Purdue and included in Purdue's Internal Distributions Analysis and the October 19, 2018 MDL Presentation, across various years from 2008 through 2018 (collectively referred to as the "Purdue Cash Distribution Testing Selections"):

**Purdue Non-Tax Cash Distributions[1]**

- **Selection 1 -** Ex-US Cash Distribution to foreign entity (Clovio Corporation), February 2017
- **Selection 2** - Ex-US Cash Distribution to foreign entity (Lucien Holdings S.ar.l.), June 2017
- **Selection 3** – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015
- **Selection 4** - Ex-US Cash Distribution to foreign entities (Mexcus Corp and Maltus Corp), July 2016
- **Selection 5** - Ex-US Cash Distribution to foreign entity (Mundipharma KK, aka Mundipharma Japan), July 2016
- **Selection 6** - Ex-US Cash Distribution to foreign entity (Mundipharma KK, aka Mundipharma Japan), July 2017
- **Selection 7** - US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011
- **Selection 8** - US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., March 2009
- **Selection 9** - US Partner Cash Distributions to PPI and PLP Associates Holdings Inc., December 2012 (PPI and PLP Associates Holdings Inc. then Paid Dividends to Banela Corporation, Linerite Holdings LLC, and Perthlite Holdings LLC)

**Purdue Tax Distributions**

- **Selection 10** - Tax Distribution for estimated federal tax payment, Q3 2014
- **Selection 11** - Tax Distribution for estimated federal tax payment, Q1 2016
- **Selection 12** - Tax Distribution for estimated Connecticut state tax, Q3 2015

---

[1] Purdue Non-Tax Cash Distributions include Cash Distributions and loans that Purdue made to PRA L.P. in 2017.

# Purdue Cash Distributions Flow of Funds Analysis — Observations and Findings

The following summary of observations and findings is based upon our review and analysis of various sources of information obtained from Purdue related to the Purdue Cash Distribution Testing Selections:

1. Purdue Distributions made on or after January 1, 2008 are classified in the October 19, 2018 MDL Presentation and Purdue's Internal Distribution Analysis as either:

   − Non-Tax Cash Distributions (US Partner Cash Distributions and Ex-US Cash Distributions);

   − Loans made by Purdue to PRA L.P.;

   − Tax Distributions (federal and state); or

   − Non-Cash/Stock Distributions (see the Intercompany and Non-Cash Transfers Report).

2. Purdue Cash Distribution Testing Selections generally flowed up from Purdue to and through PRA L.P. and were either invested in IACs, or continued to flow up through other holding companies to trusts established for the benefit of the Sackler Family members or to taxing authorities.

   − For the Purdue Non-Tax Cash Distribution Testing Selections, distributions generally flowed from Purdue up to and through PRA L.P. and other holding companies before ultimately being invested in IACs.
     o US Partner Cash Distributions generally flowed up through PRA L.P. and other holding companies to Beacon Company and Rosebay Medical Company L.P.

     o Ex-US Cash Distributions, including loans made by Purdue, generally flow up through PRA L.P. and other holding companies, before ultimately being invested in foreign IACs.

   − For the Purdue Tax Distribution Testing Selections, the flow of distributions depended on whether payment was to federal or state taxing authorities.
     o For federal Tax Distribution Testing Selections 10 and 11, distributions generally flowed from Purdue up to and through PRA L.P. and other holding companies, and then to Rosebay Medical Company L.P., Beacon Company or a taxing authority on behalf of those entities.
     o For state Tax Distribution Testing Selection 12, Purdue sent funds directly to Rosebay Medical Company L.P. and Beacon Company.[1]

---

[1] Based on documents included in Purdue's SAP accounting system, these Tax Distribut ons related to estimated Connecticut state taxes. Rosebay Medical Company L.P. is a Connect cut res dent and required to pay quarterly estimated Connecticut taxes. Beacon Company is a foreign entity and required to pay Connecticut taxes annually at extension time. As quarterly Tax Distributions were pa d to Rosebay Medical Company L.P. for Connecticut taxes, an equalizing Tax Distribution was made to Beacon at the same time.

# Purdue Cash Distributions Flow of Funds Analysis — Observations and Findings

3. Purdue's accounting for the Purdue Cash Distribution Testing Selections' flow of funds from Purdue up to and through one or more Affiliated Entities is consistent with the available written approval and authorization documents supporting these distributions.

4. For the Purdue Non-Tax Cash Distribution Testing Selections, the payee/beneficiary name recorded in Purdue's accounts payable detail of the SAP general ledger system matches the payee/beneficiary name reported in Purdue's Internal Distribution Analysis.

   − The payee/beneficiary name is also consistent with the name listed in the available wire instructions, payment detail reports prepared by Purdue's Treasury Department, written consents of the general partner, estimated tax calculation worksheets prepared by Purdue's Tax Department (now TXP) and bank account statements.

5. Purdue's classification of the Purdue Cash Distribution Testing Selections as Non-Tax Cash Distributions and Tax Distributions in Purdue's Internal Distribution Analysis and the October 19, 2018 MDL Presentation appears consistent with the information and supporting documentation obtained from Purdue.

   − The books and records for Rosebay Medical Company L.P. and Beacon Company are not maintained in the same SAP accounting system as Purdue, and therefore subsequent transactions and/or the use of funds received by these Affiliated Entities cannot be identified in Purdue's books and records.

   − For the Purdue Tax Distribution Testing Selections that flowed from Purdue directly or indirectly to Rosebay Medical Company L.P. and/or Beacon Company through Affiliated Entities, we are unable to determine from the books and records maintained by Purdue whether Rosebay Medical Company L.P. or Beacon Company used the distributions to make tax-related payments to the appropriate taxing authorities.

**Alix**Partners

# Purdue Non-Tax Cash Distributions

**Alix**Partners

# Selection 1 Purdue Ex-US Cash Distributions (2017)

# Selection 1 – Ex-US Cash Distribution to Clovio Corporation, February 2017



– This transfer represents a cash transfer to PRA L.P. (formerly Purdue Holdings L.P.). A promissory note was subsequently issued by PRA L.P. to Purdue for this amount. As previously explained, this amount is not included in the Purdue's Cash Distributions because it was treated by Purdue as a loan. PRA L.P. transferred these funds to an Ex-US Affiliate (i.e., Clovio Corporation). The full amount of the loan has since been repaid to Purdue in full with interest.

 **Purdue**

 **Affiliated Entity – Books and Records Maintained in the same SAP System as Purdue**

 **Affiliated Entity – Books and Records not Maintained in the same SAP System as Purdue**

# Selection 1 – Ex-US Cash Distribution to Clovio Corporation, February 2017 (cont'd)



**Transfer #1:** $1.3 million cash payment from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #2:** $1.3 million cash payment from Purdue Holdings L.P. to Clovio Corporation

Source: SAP General Ledger detail

**AlixPartners**   95

# Selection 1 – Ex-US Cash Distribution to Clovio Corporation, February 2017 (cont'd)

| Doc.Type : KZ ( Vendor payment ) Normal document | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Doc. Number | 1500000330 | Company Code | 416 | Fiscal Year | 2017 | | | |
| Doc. Date | 02/15/2017 | Posting Date | 02/15/2017 | Period | 02 | | | |
| Calculate Tax | ☐ | | | | | | | |
| Ref.Doc. | WIRE TRANSFER | | | | | | | |
| Doc. Currency | USD | | | | | | | |

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 50 | 100010 | Cash Concentration | | GEN | | | 1,300,000.00- | |
| 2 | 25 | 1032548 | CLOVIO CORP | | GEN | | | 1,300,000.00 | |

**Transfer #2:** Confirmation of $1.3 million wire transfer from Purdue Holdings L.P. (company 416) to Clovio Corporation

# Selection 1 – Ex-US Cash Distribution to Clovio Corporation, February 2017 (cont'd)



**Transfer #1:** Confirmation of transfer $1.3 million from Purdue Pharma L.P.

**Transfer #2:** Authorization to transfer $1.3 million from Purdue Holdings L.P. to Clovio Corporation

# Selection 1 – Ex-US Cash Distribution to Clovio Corporation, February 2017 (cont'd)



**Transfer #2:** Wire instructions for $1.3 million transfer from Purdue Holdings L.P. to Clovio Corporation

Source: Email from Chadbourne & Parke LLP to Purdue containing wire instructions, dated 2/14/17

# Selection 1 – Ex-US Cash Distribution to Clovio Corporation, February 2017 (cont'd)



**Transfer #2:** Bank confirmation for $1.3 million transfer from Purdue Holdings L.P. to Clovio Corporation

Source: Purdue Pharma L.P. payments report prepared by Purdue Treasury Department

# Selection 1 – Ex-US Cash Distribution to Clovio Corporation, February 2017 (cont'd)



**Transfer #1:** $1.3 million cash payment from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #2:** $1.3 million cash payment from Purdue Holdings L.P. to Clovio Corporation

Source: J.P. Morgan Chase monthly bank statement for Purdue Holdings L.P., February 2017

**AlixPartners**    100

**Alix**Partners

# Selection 2 Purdue Ex-US Cash Distributions (2017)

# Selection 2 – Ex-US Cash Distribution to Lucien Holdings S.ar.l., June 2017



– This transfer represents a cash transfer to PRA L.P. (formerly Purdue Holdings L.P.). A promissory note was subsequently issued by PRA L.P. to Purdue for this amount. As previously explained, this amount is not included in the Purdue's Cash Distributions because it was treated by Purdue as a loan. PRA L.P. transferred these funds to an Ex-US Affiliate (i.e., Lucien Holdings S.ar.l.). The full amount of the loan has since been repaid to Purdue in full with interest.

 **Purdue**

 **Affiliated Entity - Books and Records
Maintained in the same SAP System as Purdue**

 **Affiliated Entity - Books and Records not
Maintained in the same SAP System as Purdue**

# Selection 2 – Ex-US Cash Distribution to Lucien Holdings S.ar.l., June 2017 (cont'd)



```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100168758       Company Code   208        Fiscal Year    2017
Doc. Date      07/10/2017      Posting Date   07/09/2017  Period         07
Calculate Tax  ☐
Ref.Doc.       CWS             Overall No.    0100168758208 17
Doc. Currency  USD
Doc. Hdr Text  CTW208 07012017-07092017
```

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|-----|--------|------|
| 57 | 50 | 100010 | Cash Concentration | | GEN | | | 7,905.75- | PURDUE PHARMA LP CIGNA MEDICAL INSUUS |
| 58 | 50 | 100010 | Cash Concentration | | GEN | | | 804.16- | CASH CONCENTRATION TRANSFER DEBIT TO ACCOUNT |
| 59 | 50 | 100010 | Cash Concentration | | GEN | | | 19,935,752.50- | PURDUE HOLDINGS L P 1 STAMFORD F |
| 60 | 50 | 100010 | Cash Concentration | | GEN | | | 1,000,000.00- | PURDUE PHARMACEUTICAL PRODUCTS L |
| 61 | 50 | 100525 | Flex. Reimb Chase | | GEN | | | 21,896.34- | PURDUE PHARMA LP |
| 62 | 40 | 100010 | Cash Concentration | | GEN | | | 176,080.25 | LOCKBOX NO: FOR 12 ITEMS AT 12:00 7 TRN: 03 |
| 63 | 40 | 100010 | Cash Concentration | | GEN | | | 53,018.64 | AMAZON.COM896256 |
| 64 | 40 | 100010 | Cash Concentration | | GEN | | | 32,358.58 | NC MUTUAL DRUG |
| 65 | 40 | 100010 | Cash Concentration | | GEN | | | 31,747.82 | WALGREENS |
| 66 | 40 | 100010 | Cash Concentration | | GEN | | | 26,662.21 | WAL-MART STORES |
| 67 | 40 | 100010 | Cash Concentration | | GEN | | | 10,795.36 | MCKESSON |
| 68 | 40 | 100010 | Cash Concentration | | GEN | | | 9,182.26 | GEN MED |

> **Transfer #1:** €17.45M transfer ($19.94M) from Purdue Pharma L.P. to Purdue Holdings L.P.

```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100168758       Company Code   208        Fiscal Year    2017
Doc. Date      07/10/2017      Posting Date   07/09/2017  Period         07
Calculate Tax  ☐
Ref.Doc.       CWS             Overall No.    0100168758208 17
Doc. Currency  USD
Doc. Hdr Text  CTW208 07012017-07092017
```

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|-----|--------|------|
| 160 | 40 | 205025 | Accr.Comdata VMC | | GEN | | | 58,560.78 | COMDATA NETWORK |
| 161 | 40 | 100550 | Net Travel Clearing | | GEN | | | 9,306.42 | Load # |
| 162 | 40 | 100550 | Net Travel Clearing | | GEN | | | 2,646.52 | Load # |
| 163 | 40 | 100540 | Insurance Clearing | | GEN | | | 7,905.75 | PURDUE PHARMA LP CIGNA MEDICAL INSUUS |
| 164 | 40 | 302045 | Dist #45 PH LP | | GEN | | | 19,935,752.50 | PURDUE HOLDINGS L P 1 STAMFORD F |
| 165 | 40 | 100010 | Cash Concentration | | GEN | | | 21,896.34 | PURDUE PHARMA LP |
| 166 | 50 | 100110 | Lockbox Clearing | | GEN | | | 176,080.25- | LOCKBOX NO: FOR 12 ITEMS AT 12:00 7 TRN: 03 |

Source: SAP General Ledger detail

# Selection 2 – Ex-US Cash Distribution to Lucien Holdings S.ar.l., June 2017 (cont'd)



Source: SAP General Ledger detail

# Selection 2 – Ex-US Cash Distribution to Lucien Holdings S.ar.l., June 2017 (cont'd)

## PURDUE HOLDINGS L.P.

The undersigned, Purdue Pharma Inc. (the "General Partner"), a New York

corporation and the General Partner of Purdue Holdings L.P., a Delaware limited

partnership (the "Partnership"), hereby authorizes the following and directs that this

authorization be filed with the records of the Partnership:

WHEREAS, the Partnership will receive a distribution from Purdue Pharma L.P.,

a Delaware limited partnership, in the amount of €17,450,000;

**Transfer #1:** Confirmation of €17.45M transfer ($19.94M) from Purdue Pharma L.P. to Purdue Holdings L.P.

The Partnership is hereby authorized to make a €17,450,000 contribution to the

capital of Lucien Holdings S.ar.l., a Luxembourg company ("Lucien"),without a related

issuance of shares to be allocated to Lucien's capital account, and to distribute

€17,450,000 to Lucien in accordance with Lucien's wire transfer instructions.

**Transfer #2:** Authorization for €17.45M transfer from Purdue Holdings L.P. to Lucien Holdings S.ar.l.

Date: June 29, 2017

PURDUE HOLDINGS L.P.,
by its general partner,
Purdue Pharma Inc.

By
Stuart D. Baker
Executive Vice President,
Counsel to the Board

# Selection 2 – Ex-US Cash Distribution to Lucien Holdings S.ar.l., June 2017 (cont'd)

From: "McClatchey, Ian" <IMcClatchey@chadbourne.com>
To:
Cc: "Baker, Stuart" <sbaker@chadbourne.com>, "Charhon, JJ" <JJ.Charhon@pharma.com>, "Lowne, Jon"
<Jon.Lowne@pharma.com>,

"Roncalli, Anthony" <ARoncalli@chadbourne.com>, "Kelly, Lauren D."
<LKelly@chadbourne.com>, "Kendall, Gareth" <gkendall@chadbourne.com>, "Quinn-Felice, Jennifer"
<JQuinn@chadbourne.com>, "Toscano, Cristina" <CToscano@CHADBOURNE.com>
**Subject: PHLP Funding Lucien Holdings**

Thursday, June 29, 2017

Dear

In connection with approved funding for Lucien Holdings S.àr.l. (Luxembourg), attached are the approvals for Purdue Pharma L.P. to distribute €17,450,000 to Purdue Holdings L.P., and for Purdue Holdings L.P. in turn to distribute this amount to Lucien Holdings S.àr.l.

**Transfer #1:** Confirmation of €17.45M transfer ($19.94M) from Purdue Pharma L.P. to Purdue Holdings L.P.

In accordance with the foregoing, please arrange for the following wire transfer from the account of. Purdue Holdings L.P. in connection with this approved 2017 funding in the amount of €17,450,000 without charges for the beneficiary as follows:

SIGN HERE

okay to Pay

Amount: EUR 17,450,000
Beneficiary: Lucien Holdings S.àr.l., 2, avenue Charles de Gaulle, L-1653 Luxembourg
Bank: ING Luxembourg S.A.
International Account:
BIC/Swift code: CELL LULL
Reference: Capital Contribution

**Transfer #2:** Wire instructions for €17.45M transfer from Purdue Holdings L.P. to Lucien Holdings S.ar.l.

Please note that we have been asked to provide a value date for this transfer as soon as possible.

Please do not hesitate to contact me with any questions.

Thank you,

Ian

Source: Email from Chadbourne & Parke LLP to Purdue containing wire instructions, dated 6/29/17

# Selection 2 – Ex-US Cash Distribution to Lucien Holdings S.ar.l., June 2017 (cont'd)



**Transfer #2:** Confirmation for €17.45M ($19.94M) transfer from Purdue Holdings L.P. to Lucien Holdings S.ar.l.

Source: Purdue Pharma L.P. payments report prepared by Purdue Treasury Department

# Selection 2 – Ex-US Cash Distribution to Lucien Holdings S.ar.l., June 2017 (cont'd)



**Transfer #1:** €17.45M transfer ($19.94M) from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #2:** €17.45M ($19.94M) transfer from Purdue Holdings L.P. to Lucien Holdings S.ar.l.

Source: J.P. Morgan Chase monthly bank statement for Purdue Holdings L.P., July 2017

**AlixPartners**   108

**Alix**Partners

# Selection 3 Purdue Ex-US Cash Distributions (2015)

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015



Note: Purdue's Internal Distribution Analysis classifies Selection 3 as an Ex-US Cash Distribution and refers to it as "Project Bull's Eye".
Purdue's Legal Department explained that "Project Bull's Eye" related to Mundipharma's acquisition of the Merck ophthalmology portfolio.

**AlixPartners**    110

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)



**Doc.Type : SA ( G/L account document ) Normal document**

| | | | | | |
|---|---|---|---|---|---|
| Doc. Number | 100154224 | Company Code | 208 | Fiscal Year | 2015 |
| Doc. Date | 15.12.2015 | Posting Date | 13.12.2015 | Period | 12 |
| Calculate Tax ☐ | | | | | |
| Ref.Doc. | CWS | Overall No. | 0100154224208 15 | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW208 12012015-12132015 | | | | |

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 219 | 50 | 100010 | Cash Concentration | | GEN | | | 120.000.000,00- | GOLDMAN SACHS FUNDS GROUP FFC: PURDUE PHAR |
| 202 | 50 | 100010 | Cash Concentration | | GEN | | | 89.495.000,00- | PURDUE HOLDINGS L P 1 STAMFORD F |
| 392 | 50 | 100450 | BOA Money Market | | GEN | | | 75.000.000,00- | **VIA FED** |
| 412 | 50 | 100450 | BOA Money Market | | GEN | | | 70.000.000,00- | **VIA FED** |
| 71 | 50 | 100010 | Cash Concentration | | GEN | | | 60.297.816,00- | PURDUE HOLDINGS L P 1 STAMFORD F |

**Transfer #1:** $60,297,816 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Doc.Type : SA ( G/L account document ) Normal document**

| | | | | | |
|---|---|---|---|---|---|
| Doc. Number | 100154224 | Company Code | 208 | Fiscal Year | 2015 |
| Doc. Date | 15.12.2015 | Posting Date | 13.12.2015 | Period | 12 |
| Calculate Tax ☐ | | | | | |
| Ref.Doc. | CWS | Overall No. | 0100154224208 15 | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW208 12012015-12132015 | | | | |

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 427 | 40 | 100430 | Money Mkt Goldman | | GEN | | | 120.000.000,00 | GOLDMAN SACHS FUNDS GROUP FFC: PURDUE PHAR |
| 411 | 40 | 302045 | Dist #45 PH LP | | GEN | | | 89.495.000,00 | PURDUE HOLDINGS L P 1 STAMFORD F |
| 181 | 40 | 100010 | Cash Concentration | | GEN | | | 75.000.000,00 | **VIA FED** |
| 203 | 40 | 100010 | Cash Concentration | | GEN | | | 70.000.000,00 | **VIA FED** |
| 289 | 40 | 302045 | Dist #45 PH LP | | GEN | | | 60.297.816,00 | PURDUE HOLDINGS L P 1 STAMFORD F |
| 26 | 40 | 100010 | Cash Concentration | | GEN | | | 50.000.000,00 | BANC OF AMERICA SECURITIES- ATS 600 MO |

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)



# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)





# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)



Source: SAP General Ledger detail

**Ali**xPartners    114

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)



**Transfer #4A:** $30M transfer from BR Holdings Associates L.P. to Beacon Company

**Transfer #4B:** $30M transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

Source: SAP General Ledger detail

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)



**Transfer #3:** Confirmation of $60M transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfers #4A and #4B:** Authorization for $30M transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $60M in distributions.

Source: Written consent of BR Holdings Associates L.P. General Partner, 11/30/2015

## Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)



**Transfer #1:** Authorization for $60,297,816 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfers #2A, #2B, and #2C:** Authorization for transfers from Purdue Holdings L.P. to Purdue Pharma Inc., PLP Associates Holdings Inc., and PLP Associates Holdings L.P.

**Transfer #3:** Authorization for $60M transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfers #4A and #4B:** Authorization for $30M transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $60M in distributions.

Source: Email from Chadbourne & Parke LLP to Purdue containing wire instructions, dated 11/30/15

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)



**Transfer #4A:** Confirmation for $30M transfer from BR Holdings Associates L.P. to Beacon Company.

Source: Purdue Pharma L.P. payments report prepared by Purdue Treasury Department

**AlixPartners**   118

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)

**Transfer #4B:** Confirmation for $30M transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.



Source: Purdue Pharma L.P. payments report prepared by Purdue Treasury Department

**AlixPartners**   119

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)

**CHASE** ◯

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

December 01, 2015 through December 31, 2015

**Account Number:**

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00078844 WBS 802 211 00116 NNNNNNNNNNN 1 000000000 80 0000

PURDUE HOLDINGS L P
1 STAMFORD FORUM
STAMFORD CT 06901-3516

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 12/03 | Book Transfer Credit B/O: Purdue Pharma L P Stamford CT 06901-3431 Ref: Distribution Trn: YOUR REF: ATS OF 15/12/02 | $60,297,816.00 |

**Transfer #1:** $60,297,816 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 12/03 | Book Transfer Debit A/C: Plp Associates Holdings L P Stamford CT 06901-3431 Ref: Distribution Trn: YOUR REF: NONREF | $60,000,000.00 |
| 12/03 | Chips Debit Via: Hsbc Bank USA, N.A./0108 A/C: Hsbc Singapore Singapore 049320 Ben: Mundipharma Singapore Holding Pte Sg Ref: Preffered Shares Ssn: Trn: YOUR REF: NONREF | 2,100,000.00 |
| 12/03 | Orig CO Name:Holdings Orig ID: Desc Date:151203 CO Entry Descr:Corp Pay Sec:CCD Trace#: Eed:151203 Ind ID: Ind Name:Holdings Trn: | 149,237.00 |
| 12/03 | Orig CO Name:Holdings Orig ID: Desc Date:151203 CO Entry Descr:Corp Pay Sec:CCD Trace#: Eed:151203 Ind ID: Ind Name:Holdings Trn: | 148,579.00 |

**Transfer #2C:** $60,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

**Transfer #2A:** $149,237 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

**Transfer #2B:** $148,579 transfer from Purdue Holdings L.P. to PLP Associates Holdings Inc.

Source: J.P. Morgan Chase monthly bank statement for Purdue Holdings L.P., December 2015

**AlixPartners**     120

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)



**CHASE**

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

December 01, 2015 through December 31, 2015

**Account Number:**

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00033035 WBS 802 211  00116 NNNNNNNNNNN  1 000000000 80 0000
PLP ASSOCIATES HOLDINGS L P
ATTN ACCOUNTING SERVICES
ONE STAMFORD FORUM
STAMFORD CT 06901-3516

**Deposits and Credits**

| Ledger Date | Description | Amount |
|---|---|---|
| 12/03 | Book Transfer Credit B/O: Purdue Holdings L P Stamford CT 06901-3516 Ref: Distribution Trn: YOUR REF: ATS OF 15/12/02 | $60,000,000.00 |
| 12/22 | Orig CO Name:Holdings          Orig ID:          Desc Date:151222 CO Entry Descr:Corp Pay Sec:CCD   Trace#:          Eed:151222 Ind ID:          Ind Name:Plp Assoc Holdings Lp   Funding Trn: | 196,000.00 |
| **Total** | | **$60,196,000.00** |

**Transfer #2C:** $60,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

**Withdrawals and Debits**

| Ledger Date | Description | Amount |
|---|---|---|
| 12/03 | Book Transfer Debit A/C: Br Holdings Associates L.P. Stamford CT 06901-3516 Ref: Distribution Trn: YOUR REF: NONREF | $60,000,000.00 |

**Transfer #3:** $60,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

Source: J.P. Morgan Chase monthly bank statement for PLP Associates Holdings L.P., December 2015

**AlixPartners**      121

# Selection 3 – Ex-US Cash Distribution to Beacon Company and Rosebay Medical Company L.P., December 2015 (cont'd)

### CHASE 🟠

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

December 01, 2015 through December 31, 2015

**Account Number:**

#### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00078884 WBS 802 211 00116 NNNNNNNNNNN 1 000000000 80 0000

BR HOLDINGS ASSOCIATES L.P.
1 STAMFORD FORUM
STAMFORD CT 06901-3516

---

**Transfer #3: $60,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.**

### Deposits and Credits

| Ledger Date | Value Date | Description | Amount |
|---|---|---|---|
| 12/03 | | Book Transfer Credit B/O: Plp Associates Holdings L P Stamford CT 06901-3431 Ref: Distribution Trn: YOUR REF: ATS OF 15/12/02 | $60,000,000.00 |

---

**Transfers #4A and #4B: $30,000,000 transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P.**

### Withdrawals and Debits

| Ledger Date | Value Date | Description | Amount |
|---|---|---|---|
| 12/03 | | Book Transfer Debit A/C: Rosebay Medical CO L P Oklahoma City OK 73134-2617 Ref: Distribution Trn: YOUR REF: NONREF | $30,000,000.00 |
| 12/03 | | Book Transfer Debit A/C: Beacon CO Zurich Switzerland Ch-80-55 Ref: Distribution Trn: YOUR REF: NONREF | 30,000,000.00 |

**Alix**Partners

# Selection 4 Purdue Ex-US Cash Distributions (2016)

# Selection 4 – Ex-US Cash Distribution to Mexcus Corp and Maltus Corp, July 2016



Note: Per email instructions, $300,000 was subsequently sent by each Mexcus Corporation and Maltus Corporation to Mundipharma Mexico. However, since books and records for Mexcus, Maltus and Mundipharma Mexico are not maintained by Purdue, these subsequent transactions cannot be identified using Purdue's books and records.

 **Purdue**

 **Affiliated Entity - Books and Records Maintained in the same SAP System as Purdue**

 **Affiliated Entity - Books and Records not Maintained in the same SAP System as Purdue**

# Selection 4 – Ex-US Cash Distribution to Mexcus Corp and Maltus Corp, July 2016 (cont'd)

```
G/L account document
Overall No.      0100000746416 16   Doc. Currency  USD


 CoCd DocumentNo Year Type      Doc. Date  Pstng Date Reference     Crcy
   Itm PK Account     Account short text  Assignment       Tx       Amount Text

 208  100159793  2016 SA        01.08.2016 28.07.2016 CWS          USD
    1 50 100010     Cash Concentration   20160801        4.410.000,00- CORP PAY
    2 50 100010     Cash Concentration   20160801          600.000,00- CORP PAY
    3 50 100010     Cash Concentration   20160801          492.432,00- CORP PAY
    4 50 100010     Cash Concentration   20160801        1.000.000,00- CORP PAY
    5 40 102416     Purdue Holdings LP   20160801        6.502.432,00

 416  100000746  2016 SA        01.08.2016 28.07.2016 CWS          USD
    1 40 100010     Cash Concentration   20160801        4.410.000,00  CORP PAY
    2 40 100010     Cash Concentration   20160801          600.000,00  CORP PAY
    3 40 100010     Cash Concentration   20160801          492.432,00  CORP PAY
    4 50 100010     Cash Concentration   20160801        4.410.000,00- CORP PAY
    5 50 100010     Cash Concentration   20160801          490.000,00- CORP PAY
    6 50 100010     Cash Concentration   20160801          300.000,00- CORP PAY
    7 50 100010     Cash Concentration   20160801          300.000,00- CORP PAY
    8 50 100010     Cash Concentration   20160801            1.219,00- CORP PAY
    9 50 100010     Cash Concentration   20160801            1.213,00- CORP PAY
   10 40 100010     Cash Concentration   20160801        1.000.000,00  CORP PAY
   11 50 100010     Cash Concentration   20160801        1.000.000,00- CORP PAY
   12 40 302042     Dist #42 PP Inc      20160801        4.410.000,00  CORP PAY
   13 40 302042     Dist #42 PP Inc      20160801          490.000,00  CORP PAY
   14 40 302042     Dist #42 PP Inc      20160801          300.000,00  CORP PAY
   15 40 302042     Dist #42 PP Inc      20160801          300.000,00  CORP PAY
   16 40 302042     Dist #42 PP Inc      20160801            1.219,00  CORP PAY
   17 40 302042     Dist #42 PP Inc      20160801            1.213,00  CORP PAY
   18 40 302042     Dist #42 PP Inc      20160801        1.000.000,00  CORP PAY
   19 50 102208     Purdue Pharma L.P.   20160801        6.502.432,00-
```

**Transfer #1:** $600,000 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfers #2A and #2B:** $300,000 transfers from Purdue Holdings L.P. to Mexcus Corporation and Maltus Corporation, totaling $600,000.

# Selection 4 – Ex-US Cash Distribution to Mexcus Corp and Maltus Corp, July 2016 (cont'd)



```
Doc.Type : KZ ( Vendor payment ) Normal document
Doc. Number    1500000302      Company Code   416         Fiscal Year    2016
Doc. Date      07/25/2016      Posting Date   07/28/2016  Period         07
Calculate Tax  ☐
Ref.Doc.       WIRE TRANSFER
Doc. Currency  USD
```

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|----|--------|------|
| 1 | 50 | 100010 | Cash Concentration | | GEN | | | 300,000.00- | |
| 2 | 25 | 1033026 | MEXCUS CORPORATION | | GEN | | | 300,000.00 | |

**Transfer #2A:** $300,000 transfer from Purdue Holdings L.P. to Mexcus Corporation.

```
Doc.Type : KZ ( Vendor payment ) Normal document
Doc. Number    1500000301      Company Code   416         Fiscal Year    2016
Doc. Date      07/25/2016      Posting Date   07/28/2016  Period         07
Calculate Tax  ☐
Ref.Doc.       WIRE TRANSFER
Doc. Currency  USD
```

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|----|--------|------|
| 1 | 50 | 100010 | Cash Concentration | | GEN | | | 300,000.00- | |
| 2 | 25 | 1033027 | MALTUS CORPORATION | | GEN | | | 300,000.00 | |

**Transfer #2B:** $300,000 transfer from Purdue Holdings L.P. to Maltus Corporation.

# Selection 4 – Ex-US Cash Distribution to Mexcus Corp and Maltus Corp, July 2016 (cont'd)



**From:** McClatchey, Ian [mailto:IMcClatchey@chadbourne.com]
**Sent:** Friday, July 22, 2016 4:45 PM
**To:**
**Cc:** Baker, Stuart D.; Charhon, JJ; Lowne, Jon;
Roncalli, Anthony; Kelly, Lauren D.; Kendall, Gareth;
Quinn-Felice, Jennifer
**Subject:** PHLP 2016 Funding - Mundipharma Mexico

Friday, July 22, 2016

Dear

Attached are the approvals for Purdue Pharma L.P. to distribute $600,000 to Purdue Holdings L.P., and for Purdue Holdings L.P. in turn to subscribe for (i) 1,000 preferred shares of Mexcus Corporation, a British Virgin Islands company ("Mexcus"), for a subscription price of $300,000; and (ii) 1,000 preferred shares of Maltus Corporation, a British Virgin Islands company ("Maltus"), for a subscription price of $300,000.  For your information, Mexcus and Maltus will fund payments in connection with Mundipharma Mexico.

In accordance with the foregoing, please arrange for the following wire transfers from the account of Purdue Holdings L.P. without charges for the beneficiary:

| | |
|---|---|
| Amount: | $300,000 |
| Account Name: | Mexcus Corporation |
| Account Number: | |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Bank Address: | 270 Park Avenue; New York, New York 10017 |
| ABA Number: | 021000021 |
| SWIFT Code: | CHASUS33 |
| Reference: | 1,000 Preferred Shares |

| | |
|---|---|
| Amount: | $300,000 |
| Account Name: | Maltus Corporation |
| Account Number: | |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Bank Address: | 270 Park Avenue; New York, New York 10017 |
| ABA Number: | 021000021 |
| SWIFT Code: | CHASUS33 |
| Reference: | 1,000 Preferred Shares |

Please note that we have been asked to provide a value date for these transfers as soon as possible.

Kind regards,

**Transfers #2A and #2B:** Approvals for $300,000 transfers from Purdue Holdings L.P. to each of Mexcus Corporation and Maltus Corporation.

**Transfer #2A:** Wire instructions for $300,000 transfer from Purdue Holdings L.P. to Mexcus Corporation.

**Transfer #2B:** Wire instructions for $300,000 transfer from Purdue Holdings L.P. to Maltus Corporation.

Source: Email from Chadbourne & Parke LLP to Purdue containing wire instructions, dated 7/22/16

**AlixPartners**   127

# Selection 4 – Ex-US Cash Distribution to Mexcus Corp and Maltus Corp, July 2016 (cont'd)



**Transfer #2A:** Confirmation for $300,000 transfer from Purdue Holdings L.P. to Mexcus Corporation.

## Selection 4 – Ex-US Cash Distribution to Mexcus Corp and Maltus Corp, July 2016 (cont'd)



Source: Purdue Pharma L.P. payments report prepared by Purdue Treasury Department

# Selection 4 – Ex-US Cash Distribution to Mexcus Corp and Maltus Corp, July 2016 (cont'd)



**Transfer #1: $600,000** transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

# Selection 4 – Ex-US Cash Distribution to Mexcus Corp and Maltus Corp, July 2016 (cont'd)



**Transfers #2A and #2B:**
$300,000 transfers from Purdue Holdings L.P. to each of Mexcus Corporation and Maltus Corporation.

Source: J.P. Morgan Chase monthly bank statement for Purdue Holdings L.P., July 2016

**AlixPartners**    131

**Alix**Partners

# Selection 5 Purdue Ex-US Cash Distributions (2016)

# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016



## Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)



**Transfer #5:** $4.41M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #1:** $492,432 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #6:** $4.41M transfer from Purdue Holdings L.P. to RSJ Company L.P.

**Transfer #2A:** $1,219 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

**Transfer #2B:** $1,213 transfer from Purdue Holdings L.P. to PLP Associates Holdings Inc.

**Transfer #2C:** $490,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

Source: SAP General Ledger detail

**AlixPartners**   134

# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)

```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number     100001376      Company Code    301         Fiscal Year      2016
Doc. Date       08/01/2016     Posting Date    07/28/2016  Period           07
Calculate Tax   ☐
Ref.Doc.        CWS
Doc. Currency   USD
Doc. Hdr Text   CTW301 07222016-07282016
```

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 1,219.00 | CORP PAY |
| 2 | 50 | 107416 | Invest - PH LP | | GEN | | | 1,219.00- | CORP PAY |

**Transfer #2A:** $1,219 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number     100000962      Company Code    402         Fiscal Year      2016
Doc. Date       08/01/2016     Posting Date    07/28/2016  Period           07
Calculate Tax   ☐
Ref.Doc.        CWS
Doc. Currency   USD
Doc. Hdr Text   CTW402 07222016-07282016
```

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 1,213.00 | CORP PAY |
| 2 | 50 | 107416 | Invest - PH LP | | GEN | | | 1,213.00- | CORP PAY |

**Transfer #2B:** $1,213 transfer from Purdue Holdings L.P. to PLP Associates Holdings Inc.

**AlixPartners**   135

## Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)



# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)



```
Doc.Type : KZ ( Vendor payment ) Normal document
Doc. Number    1500000286    Company Code    413         Fiscal Year    2016
Doc. Date      07/25/2016    Posting Date    07/28/2016  Period         07
Calculate Tax  ☐
Ref.Doc.       WIRE TRANSFER
Doc. Currency  USD
```

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 1 | 50 | 100010 | Cash Concentration | | GEN | | | 245,000.00- | |
| 2 | 25 | 1029154 | BEACON CO | | GEN | | | 245,000.00 | |

**Transfer #4A:** $245,000 transfer from BR Holdings Associates L.P. to Beacon Company

```
Doc.Type : KZ ( Vendor payment ) Normal document
Doc. Number    1500000285    Company Code    413         Fiscal Year    2016
Doc. Date      07/25/2016    Posting Date    07/28/2016  Period         07
Calculate Tax  ☐
Ref.Doc.       WIRE TRANSFER
Doc. Currency  USD
```

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 1 | 50 | 100010 | Cash Concentration | | GEN | | | 245,000.00- | |
| 2 | 25 | 1016497 | ROSEBAY MEDICAL COMP | | GEN | | | 245,000.00 | |

**Transfer #4B:** $245,000 transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

## Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)



# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)

### BR HOLDINGS ASSOCIATES L.P.

### Written Consent of General Partner

The undersigned, BR Holdings Associates Inc. (the "General Partner"), a New York corporation and the General Partner of BR Holdings Associates L.P., a Delaware limited partnership (the "Partnership"), hereby consents to the taking of the following action and directs that this consent be filed with the records of proceedings of the Partnership:

WHEREAS, the Partnership is to receive a distribution from PLP Associates Holdings L.P. ("PLP Associates") in the amount of $490,000 (the "Distribution").

NOW, THEREFORE, be it

RESOLVED, that upon receipt of the Distribution from PLP Associates, the Partnership be and it hereby is authorized to distribute $245,000 to Beacon Company and $245,000 to Rosebay Medical Company L.P.

Date: July 22, 2016

BR HOLDINGS ASSOCIATES L.P.,
by its general partner,
BR Holdings Associates Inc.

By_____
Stuart D. Baker
Vice President

**Transfer #3:** $490,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfers #4A and #4B:** $245,000 transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $490,000

Source: Written consent of BR Holdings Associates L.P. General Partner, dated 7/22/16

# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)



**Transfers #2A, #2B, and #2C:** Authorization for the following transfers from Purdue Holdings L.P.:
- $1,219 to Purdue Pharma Inc.
- $1,213 to PLP Associates Holdings Inc.
- $490,000 to PLP Associates Holdings L.P.

**Transfer #1:** Authorization for $492,432 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #3:** Authorization for $490,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

Source: Email from Chadbourne & Parke LLP to Purdue containing wire instructions, dated 7/22/16

**AlixPartners**     140

# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)

**Transfer #5:** Authorization for $4.41M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #8:** Authorization for $4.9M transfer from RSJ Company L.P. to Mundipharma KK

**Transfer #8:** Wire instructions for $4.9M transfer from RSJ Company L.P. to Mundipharma KK



**Transfers #4A and #4B:** Authorization for $245,000 transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $490,000

**Transfer #6:** Authorization for $4.41M transfer from Purdue Holdings L.P. to RSJ Company L.P.

Source: Email from Chadbourne & Parke LLP to Purdue containing wire instructions, dated 7/22/16

**AlixPartners**    141

# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)

**Transfer #4A:** Confirmation of $245,000 transfer from BR Holdings Associates L.P. to Beacon Company



# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)

**Transfer #4B:** Confirmation of $245,000 transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.



# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)



**CHASE**

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

July 01, 2016 through July 29, 2016

**Account Number:**

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00074249 WBS 802 211 21216 NNNNNNNNNNN 1 000000000 80 0000

PURDUE HOLDINGS L P
1 STAMFORD FORUM
STAMFORD CT 06901-3516

**Deposits and Credits**

| Ledger Date | Description | Amount |
|---|---|---|
| 07/01 | Book Transfer Credit B/O: Purdue Pharma L P Stamford CT 06901-3431 Ref: Distribution Trn: YOUR REF: ATS OF 16/07/01 | $14,069,490.00 |
| 07/12 | Book Transfer Credit B/O: Purdue Pharma L P Stamford CT 06901-3431 Ref: Distribution Trn: YOUR REF: ATS OF 16/07/12 | 6,000,000.00 |
| 07/25 | Orig CO Name:Purdue Pharma Lp    Orig ID:        Desc Date:160725 CO Entry Descr:Corp Pay Sec:CCD Trace#:        Eed:160725  Ind ID:          Ind Name:Purdue Holdings Lp       Funding Trn: | 4,410,000.00 |
| 07/25 | Orig CO Name:Purdue Pharma Lp    Orig ID:        Desc Date:160725 CO Entry Descr:Corp Pay Sec:CCD Trace#:        Eed:160725  Ind ID:          Ind Name:Purdue Holdings Lp       Funding Trn: | 600,000.00 |
| 07/25 | Orig CO Name:Purdue Pharma Lp    Orig ID:        Desc Date:160725 CO Entry Descr:Corp Pay Sec:CCD Trace#:        Eed:160725  Ind ID:          Ind Name:Purdue Holdings Lp       Funding Trn: | 492,432.00 |

**Transfer #5:** $4.41M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #1:** $492,432 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

Source: J.P. Morgan Chase monthly bank statement for Purdue Holdings L.P., July 2016

**AlixPartners**    144

# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)





**Transfer #2C:** $490,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

**Transfer #2A:** $1,219 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

**Transfer #2B:** $1,213 transfer from Purdue Holdings L.P. to PLP Associates Holdings Inc.

# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)



**Transfer #3:** $490,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfer #4B:** $245,000 transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

**Transfer #4A:** $245,000 transfer from BR Holdings Associates L.P. to Beacon Company.

Source: J.P. Morgan Chase monthly bank statement for BR Holdings Associates L.P., July 2016

**AlixPartners**    146

# Selection 5 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2016 (cont'd)

## CHASE 🔾

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

July 01, 2016 through July 29, 2016

**Account Number:**

### Customer Service Information

If you have any questions about your statement, please contact your Customer Service Professional.

00029210 WBS 802 211 21216 NNNNNNNNNNN 1 000000000 80 0000

RSJ CO LP
ONE STAMFORD FORUM
STAMFORD CT 06901-3516

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 07/25 | Orig CO Name: Holdings          Orig ID:          Desc Date:160725 CO<br>Entry Descr: Corp Pay Sec: CCD   Trace#:          Eed:160725<br>Ind ID:                 Ind Name: Rsj Company Lp Trn: | \$4,410,000.00 |
| 07/26 | Book Transfer Credit B/O: Rosebay Medical CO L P Oklahoma City OK<br>73134-2617 Ref: Rosebay Medical Company Lp Trn:<br>YOUR REF: ATS OF 16/07/25 | 245,000.00 |
| 07/26 | Book Transfer B/O: Beacon CO Zurich Switzerland Ch-80-55 Ref: Beacon<br>Company Vacca Trn:<br>YOUR REF: OS1 OF 16/07/26 | 245,000.00 |
| **Total** | | **\$4,900,000.00** |

### Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 07/26 | Book Transfer Debit A/C: Sumitomo Mitsui Banking Corporationchiyoda-Ku<br>Tokyo Japan 51500-0 Ben:/3031736 Mundipharma K.K. Ref: Japan Funding<br>Requirement Trn:<br>YOUR REF: NONREF | \$4,900,000.00 |

**Transfer #6:** \$4.41M transfer from Purdue Holdings L.P. to RSJ Company L.P.

**Transfer #7B:** \$245,000 transfer from Rosebay Medical Company L.P. to RSJ Company L.P.

**Transfer #7A:** \$245,000 transfer from Beacon Company to RSJ Company L.P.

**Transfer #8:** \$4.9M transfer from RSJ Company L.P. to Mundipharma KK (Mundipharma Japan).

Source: J.P. Morgan Chase monthly bank statement for RSJ Company L.P., July 2016

**AlixPartners**    147

**Alix**Partners

# Selection 6 Purdue Ex-US Cash Distributions (2017)

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017



This transfer represents a cash transfer to PRA L.P. (formerly Purdue Holdings L.P.). A promissory note was subsequently issued by PRA L.P. to Purdue for this amount. As previously explained, this amount is not included in Purdue's Cash Distributions because it was treated by Purdue as a loan. PRA L.P. transferred these funds to an Ex-US Affiliate (i.e., Mundipharma KK). The full amount of the loan has since been repaid to Purdue in full with interest.