# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



**Transfer #1:** $1.969M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



**Transfer #6:** $17.64M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



Doc.Type : SA ( G/L account document ) Normal document

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Doc. Number | 100000899 | Company Code | 416 | Fiscal Year | 2017 | | |
| Doc. Date | 31.07.2017 | Posting Date | 23.07.2017 | Period | 07 | | |
| Calculate Tax | ☐ | | | | | | |
| Ref.Doc. | CWS | | | | | | |
| Doc. Currency | USD | | | | | | |
| Doc. Hdr Text | CTW416 07172017-07232017 | | | | | | |

**Transfer #6:** $17.64M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 17.640.000,00 | PURDUE PHARMA L P 1 STAMFORD FOR |
| 2 | 50 | 100010 | Cash Concentration | | GEN | | | 5.833,51- | ACCT SERVICE FEE |
| 3 | 50 | 100010 | Cash Concentration | | GEN | | | 17.640.000,00- | CAPITAL CONTRIBUTION CREDIT REF ATS OF 17/07/14 |
| 4 | 40 | 100010 | Cash Concentration | | GEN | | | 285.714,00 | |
| 5 | 50 | 107204 | Invest - PPLP | | GEN | | | 17.640.000,00 | PURDUE PHARMA L P 1 STAMFORD FOR |
| 6 | 40 | 660080 | Bank Service Charges | 2100416 | GEN | | | 5.833,51 | ACCT SERVICE FEE |
| 7 | 40 | 107408 | Invest. RSJ Com LLC | | GEN | | | 17.640.000,00 | CAPITAL CONTRIBUTION CREDIT REF ATS OF 17/07/14 |
| 8 | 50 | 100530 | Misc. Cash Clearing | | GEN | | | 285.714,00- | |

**Transfer #7:** $17.64M transfer from Purdue Holdings L.P. to RSJ Company L.P.

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



Source: SAP General Ledger detail

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



**Transfer #2A:** $1.96M transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

**Transfer #3:** $1.96M transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfer #2B:** $4,875 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

**Transfer #2C:** $4,854 transfer from Purdue Pharma L.P. to PLP Associates Holdings Inc.

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



**Transfer #3:** $1.96M transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfer #4A:** $980,000 transfer from BR Holdings Associates L.P. to Beacon Company.

**Transfer #4B:** $980,000 transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



Doc.Type : SA ( G/L account document ) Normal document
Doc. Number      100000531      Company Code      408            Fiscal Year      2017
Doc. Date        31.07.2017     Posting Date       23.07.2017     Period           07
Calculate Tax    ☐
Ref.Doc.         CWS
Doc. Currency    USD
Doc. Hdr Text    CTW408 07172017-07232017

**Transfer #5A:** $980,000 transfer from Beacon Company to RSJ Company L.P.

**Transfer #5B:** $980,000 transfer from Rosebay Medical Company L.P. to RSJ Company L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 17.640.000,00 | CAPITAL CONTRIBUTION DEBIT REF NONREF |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 980.000,00 | BEACON CO REVINOVA TREUHAND AG F |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 980.000,00 | ROSEBAY MEDICAL CO L P 14000 QUA |
| 4 | 50 | 301045 | Capital #45 PH LP | | GEN | | | 17.640.000,00- | CAPITAL CONTRIBUTION DEBIT REF NONREF |
| 5 | 50 | 301026 | Capital #26Contrib. | | GEN | | | 980.000,00- | BEACON CO REVINOVA TREUHAND AG F |
| 6 | 50 | 301027 | Capital #27Contrib. | | GEN | | | 980.000,00- | ROSEBAY MEDICAL CO L P 14000 QUA |

Doc.Type : KZ ( Vendor payment ) Normal document
Doc. Number      1500000037     Company Code      408            Fiscal Year      2017
Doc. Date        20.07.2017     Posting Date       21.07.2017     Period           07
Calculate Tax    ☐
Ref.Doc.         WIRE TRANSFER
Doc. Currency    USD

**Transfer #7:** $17.6M transfer from Purdue Holdings L.P. to RSJ Company L.P.

**Transfer #8:** $19.6M transfer from RSJ Company L.P. to Mundipharma KK (Mundipharma Japan)

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 50 | 100010 | Cash Concentration | | GEN | | | 19.600.000,00- | |
| 2 | 25 | 1018052 | MUNDIPHARMA KK | | GEN | | | 19.600.000,00 | |

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



**Transfer #7:** $17.64M transfer from Purdue Holdings L.P. to RSJ Company L.P.

**Transfer #5A:** $980,000 transfer from Beacon Company to RSJ Company L.P.

**Transfer #5B:** $980,000 transfer from Rosebay Medical Company L.P. to RSJ Company L.P.

Source: Email from Chadbourne & Parke LLP to Purdue containing wire instructions, dated 7/13/17

**AlixPartners**   157

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)

**Transfer #1:** Authorization for $1.969M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #3:** Authorization for $1.96M transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfer #6:** Authorization for $17.64M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #7:** Authorization for $17.64M transfer from Purdue Holdings L.P. to RSJ Company L.P.

**Transfers #2A, #2B, and #2C:** Authorization for transfer from Purdue Holdings L.P. of $1.96M, $4,875, and $4,854 to PLP Associates Holdings L.P., Purdue Pharma Inc., and PLP Associates Holdings Inc., respectively.

**Transfers #4 and #5:** Authorization for transfers of $980,000 from BR Holdings Associates L.P. to each of Beacon Company and Rosebay Medical Company L.P., and subsequent transfers of $980,000 from each of Beacon Company and Rosebay Medical Company L.P. to RSJ Company L.P.

**Transfer #8:** Authorization and wire instructions for $19.6M transfer from RSJ Company L.P. to Mundipharma KK.

---

1. Purdue Pharma L.P. ("PPLP") Written Consent of General Partner authorizing PPLP to distribute $1,969,729 to PHLP;

2. PHLP Written Consent of General Partner authorizing PHLP to distribute $4,875 to Purdue Pharma Inc., $4,854 to PLP Associates Holdings Inc. and $1,960,000 to PLP Associates Holdings L.P.;

3. PLP Associates Holdings L.P. Written Consent of General Partner authorizing PLP Associates Holdings L.P. to distribute $1,960,000 to BR Holdings Associates L.P. ("BR Holdings");

4. BR Holdings Written Consent of General Partner authorizing BR Holdings to distribute $980,000 to Beacon Company and $980,000 to Rosebay Medical Company L.P. (each of Beacon Company and Rosebay Medical Company L.P. will in turn contribute these amounts to RSJ Company);

5. PPLP Written Consent of General Partner authorizing PPLP to distribute $17,640,000 to PHLP;

6. PHLP Written Consent of General Partner authorizing PHLP to contribute $17,640,000 to RSJ Company;

7. RSJ Company Written Consent of General Partner authorizing RSJ Company to contribute $19,600,000 to Mundipharma Japan (as noted above the remaining $400,000 will be contributed to Mundipharma Japan by the shareholders of MKK).

On the basis of the foregoing please proceed as follows:

1. Distribute the funds up into Beacon Company and into Rosebay Medical Company L.P.;

2. When RSJ Company receives the $980,000 from Beacon Company and the $980,000 from Rosebay Medical Company L.P., please arrange for the wire transfer from RSJ Company in the amount of $19,600,000 to the account of Mundipharma Japan as follows:

Account Name:     Mundipharma K.K.
Bank Name:        Sumitomo Mitsui Banking Corporation
Branch Name:      Hibiya Branch
Type of Account:  Saving (USD)
SWIFT Code:       SMBCJPJT
Account Number:

Separately I've written to [ ] and [ ] to advise them to expect to receive their respective $980,000 and to immediately transfer those funds to RSJ Company upon receipt.

Thanks for keeping me updated on the progress of the funding and advising when the final value date transfer is from RSJ Company to Mundipharma Japan. Please note that we have been asked to fund these payments as soon as possible.

Kind regards,

Ian

This email message and any attachments are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure, copying or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



**Transfer #4A:** Confirmation of $980,000 transfer from BR Holdings Associates L.P. to Beacon Company.

Source: Purdue Pharma L.P. payments report prepared by Purdue Treasury Department

**AlixPartners**   159

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



**Transfer #4B:** Confirmation of $980,000 transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

Source: Purdue Pharma L.P. payments report prepared by Purdue Treasury Department

**AlixPartners**     160

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)

**CHASE ⬡**

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

July 01, 2017 through July 31, 2017

**Account Number:**

### Customer Service Information

If you have any questions about your statement, please contact your Customer Service Professional.

00066422 WBS 802 211 21317 NNNNNNNNNNN 1 000000000 80 0000

PURDUE HOLDINGS L P
1 STAMFORD FORUM
STAMFORD CT 06901-3516

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 07/05 | Book Transfer Credit B/O: Purdue Pharma L P Stamford CT 06901-3516 Ref: Distribution Tm: YOUR REF: ATS OF 17/07/05 | $19,935,752.50 |
| 07/07 | Deposit | 103,997.59 |
| 07/12 | Book Transfer Credit B/O: Purdue Pharma L P Stamford CT 06901-3516 Ref: Distribution Tm: YOUR REF: ATS OF 17/07/11 | 3,783,780.00 |
| 07/14 | Book Transfer Credit B/O: Purdue Pharma L P Stamford CT 06901-3516 Ref: Distribution Tm: YOUR REF: ATS OF 17/07/14 | 1,969,729.00 |

**Transfer #1:** $1.969M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

### Deposits and Credits (continued)

| Ledger Date | Description | Amount |
|---|---|---|
| 07/17 | Book Transfer Credit B/O: Purdue Pharma L P Stamford CT 06901-3516 Ref: Distribution Tm: YOUR REF: ATS OF 17/07/14 | 17,640,000.00 |

**Transfer #6:** $17.64M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)



**CHASE ⬡**

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

July 01, 2017 through July 31, 2017
**Account Number:**

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00066422 WBS 802 211 21317 NNNNNNNNNNN  1 000000000 80 0000



PURDUE HOLDINGS L P
1 STAMFORD FORUM
STAMFORD CT 06901-3516

**Withdrawals and Debits**

| Ledger Date | Description | Amount |
|---|---|---|
| 07/05 | Fedwire Debit Via: Bk Amer Nyc/026009593 A/C: Bank of America N.A. US Fx US Ref: Fx Transact Ref:          Imad:                    Trn:          YOUR REF: NONREF | $19,935,752.50 |
| 07/12 | Fedwire Debit Via: Bk Amer Nyc/026009593 A/C: Bank of America N.A. US Fx US Ref: Fx Transact Ref:          Imad:                    Trn:          YOUR REF: NONREF | 3,783,780.00 |
| 07/14 | Book Transfer Debit A/C: Plp Associates Holdings L P Stamford CT 06901-3431 Ref: Distribution Tm:          YOUR REF: NONREF | 1,960,000.00 |
| 07/14 | Orig CO Name:Holdings          Orig ID:          Desc Date:170717 CO Entry Descr:Corp Pay  Sec:CCD   Trace#:          Eed:170714 Ind ID:          Ind Name:Holdings Tm: | 4,875.00 |
| 07/14 | Orig CO Name:Holdings          Orig ID:          Desc Date:170717 CO Entry Descr:Corp Pay  Sec:CCD   Trace#:          Eed:170714 Ind ID:          Ind Name:Holdings Tm: | 4,854.00 |
| 07/17 | Book Transfer Debit A/C: Rsj CO Lp Stamford CT 06901- Ref: Capital Contribution Tm:          YOUR REF: NONREF | 17,640,000.00 |

**Transfer #2A:** $1.96M transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

**Transfer #2B:** $4,875 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

**Transfer #2C:** $4,854 transfer from Purdue Pharma L.P. to PLP Associates Holdings Inc.

**Transfer #7:** $17.64M transfer from Purdue Holdings L.P. to RSJ Company L.P.

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)

## CHASE ○

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

July 01, 2017 through July 31, 2017

**Account Number:**

00050681 WBS 802 211 21317 NNNNNNNNNNNN 1 000000000 80 0000

BR HOLDINGS ASSOCIATES L.P.
1 STAMFORD FORUM
STAMFORD CT 06901-3516

### Customer Service Information

If you have any questions about your statement, please contact your Customer Service Professional.

### Deposits and Credits

| Ledger Date | Value Date | Description | Amount |
|---|---|---|---|
| 07/07 | | Deposit<br>2 DAY FLOAT   07/11   $1,098.00 | $1,098.00 |
| 07/14 | | Book Transfer Credit B/O: Plp Associates Holdings L P Stamford CT 06901-3431 Ref: Distribution Trn:<br>YOUR REF: ATS OF 17/07/14 | 1,960,000.00 |

**Transfer #3:** $1.96M transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

### Withdrawals and Debits

| Ledger Date | Value Date | Description | Amount |
|---|---|---|---|
| 07/14 | | Book Transfer Debit A/C: Rosebay Medical CO L P Oklahoma City OK 73134-2617 Ref: Distribution Trn:<br>YOUR REF: NONREF | $980,000.00 |
| 07/14 | | Book Transfer Debit A/C: Beacon CO Zurich Switzerland Ch-80-55 Ref: Distribution Trn:<br>YOUR REF: NONREF | 980,000.00 |

**Transfer #4B:** $980,000 transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

**Transfer #4A:** $980,000 transfer from BR Holdings Associates L.P. to Beacon Company.

Source: J.P. Morgan Chase monthly bank statement for BR Holdings Associates L.P., July 2017

**AlixPartners**          163

# Selection 6 – Ex-US Cash Distribution to Mundipharma KK (aka Mundipharma Japan), July 2017 (cont'd)

**CHASE ○**

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

July 01, 2017 through July 31, 2017

**Account Number:**

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00022177 WBS 802 211 21317 NNNNNNNNNNN 1 000000000 80 0000
RSJ CO LP
ONE STAMFORD FORUM
STAMFORD CT 06901-3516

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 07/17 | Book Transfer Credit B/O: Purdue Holdings L P Stamford CT 06901-3516 Ref: Capital Contribution Trn: YOUR REF: ATS OF 17/07/14 | $17,640,000.00 |
| 07/17 | Book Transfer B/O: Beacon CO Zurich Switzerland Ch-80-55 Ref: Beacon Company Vacca Trn: YOUR REF: OS1 OF 17/07/17 | 980,000.00 |
| 07/20 | Book Transfer Credit B/O: Rosebay Medical CO L P Oklahoma City OK 73134-2617 Ref: Rosebay Medical Company Lp Trn: YOUR REF: ATS OF 17/07/20 | 980,000.00 |
| **Total** | | **$19,600,000.00** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 07/20 | Book Transfer Debit A/C: Sumitomo Mitsui Banking Corporationchiyoda-Ku Tokyo Japan 51500-0 Ben:/3031736 Mundipharma K.K. Ref: Japan Funding Requirement Trn: YOUR REF: NONREF | $19,600,000.00 |
| **Total** | | **$19,600,000.00** |

**Transfer #7:** $17.64M transfer from Purdue Holdings L.P. to RSJ Company L.P.

**Transfer #5A:** $980K transfer from Beacon Company to RSJ Company L.P.

**Transfer #5B:** $980K transfer from Rosebay Medical Company L.P. to RSJ Company L.P.

**Transfer #8:** $19.6M transfer from RSJ Company L.P. to Mundipharma KK (Mundipharma Japan).

**Alix**Partners

# Selection 7 Purdue US Partner Cash Distributions (2011)

# Selection 7 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011



# Selection 7 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011 (cont'd)



| Doc.Type : SA ( G/L account document ) Normal document | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Doc. Number | 100087811 | Company Code | 208 | Fiscal Year | 2011 | | | |
| Doc. Date | 12.07.2011 | Posting Date | 07.07.2011 | Period | 07 | | | |
| Calculate Tax ☐ | | | | | | | | |
| Doc. Currency USD | | | | | | | | |
| Doc. Hdr Text  CTW 07012011 to 07072011 | | | | | | | | |

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 102416 | Purdue Holdings LP | | GEN | | | 200.992.721,00 | FUNDING to PURDUE HOLDINGS LP |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 50.000.000,00 | BofA: SHORT-TERM INVESTMENT |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 50.000.000,00 | GOLDMAN SACHS MONEY MARKET DRAW-DOWN |
| 4 | 40 | 100010 | Cash Concentration | | GEN | | | 26.394.129,54 | CARDINAL HEALTH |
| 5 | 40 | 100010 | Cash Concentration | | GEN | | | 17.624.116,55 | MCKESSON |

**Transfer #1:** $200,992,721 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

| Doc.Type : SA ( G/L account document ) Normal document | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Doc. Number | 100087811 | Company Code | 208 | Fiscal Year | 2011 | | | |
| Doc. Date | 12.07.2011 | Posting Date | 07.07.2011 | Period | 07 | | | |
| Calculate Tax ☐ | | | | | | | | |
| Doc. Currency USD | | | | | | | | |
| Doc. Hdr Text  CTW 07012011 to 07072011 | | | | | | | | |

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 107 | 50 | 100010 | Cash Concentration | | GEN | | | 200.992.721,00- | FUNDING to PURDUE HOLDINGS LP |
| 108 | 50 | 100450 | BOA Money Market | | GEN | | | 50.000.000,00- | BofA: SHORT-TERM INVESTMENT |
| 109 | 50 | 100430 | Money Mkt Goldman | | GEN | | | 50.000.000,00- | GOLDMAN SACHS MONEY MARKET DRAW-DOWN |
| 110 | 50 | 100110 | Lockbox Clearing | | GEN | | | 26.394.129,54- | CARDINAL HEALTH |
| 111 | 50 | 100110 | Lockbox Clearing | | GEN | | | 17.624.116.55- | MCKESSON |

# Selection 7 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011 (cont'd)



**AlixPartners**   168

# Selection 7 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011 (cont'd)





# Selection 7 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011 (cont'd)



Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100000379       Company Code    413          Fiscal Year    2011
Doc. Date      12.07.2011      Posting Date    07.07.2011   Period         07
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 07012011 to 07072011

**Transfer #3:** $200M transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 200.000.000,00 | FUNDING from PLP ASC. HOLDINGS LP |
| 2 | 50 | 102401 | PLP Assoc Holdings | | GEN | | | 200.000.000,00- | FUNDING from PLP ASC. HOLDINGS LP |

Doc.Type : KZ ( Vendor payment ) Normal document
Doc. Number    1500000024      Company Code    413          Fiscal Year    2011
Doc. Date      07.07.2011      Posting Date    08.07.2011   Period         07
Calculate Tax  ☐
Ref.Doc.       WIRE TRANSFER
Doc. Currency  USD

**Transfer #4A:** $100M transfer from BR Holdings Associates L.P. to Beacon Company.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|----|--------|------|
| 1 | 50 | 100010 | Cash Concentration | | GEN | | | 100.000.000,00- | |
| 2 | 25 | 1029154 | BEACON CO | | GEN | | | 100.000.000,00 | |

Doc.Type : KZ ( Vendor payment ) Normal document
Doc. Number    1500000025      Company Code    413          Fiscal Year    2011
Doc. Date      07.07.2011      Posting Date    08.07.2011   Period         07
Calculate Tax  ☐
Ref.Doc.       WIRE TRANSFER
Doc. Currency  USD

**Transfer #4B:** $100M transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|----|--------|------|
| 1 | 50 | 100010 | Cash Concentration | | GEN | | | 100.000.000,00- | |
| 2 | 25 | 1016497 | ROSEBAY MEDICAL COMP | | GEN | | | 100.000.000,00 | |

Source: SAP General Ledger detail

# Selection 7 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011 (cont'd)



**Transfer #1:** Authorization for $200,992,721 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #3:** Authorization for $200M transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfers #2A, #2B, and #2C:** Authorization for transfers from Purdue Holdings L.P. in amounts of $497,457, $495,264, and $200M to Purdue Pharma Inc., PLP Associates Holdings Inc., and PLP Associates Holdings L.P., respectively.

**Transfers #4A and #4B:** Authorization for $100M transfer from BR Holdings Associates L.P. to each of Beacon Company and Rosebay Medical Company L.P.

Source: Decision of Board of Directors of Purdue Pharma Inc. dated 6/24/11

**AlixPartners**   171

# Selection 7 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011 (cont'd)

**Transfer #4A:** Authorization for $100M transfer from BR Holdings Associates L.P. to Beacon Company.



**AlixPartners**    172

# Selection 7 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011 (cont'd)

**Transfer #4B:** Authorization for $100M transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.



# Selection 7 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011 (cont'd)

**Transfer #4A:** Confirmation for $100M transfer from BR Holdings Associates L.P. to Beacon Company.



Source: Purdue wire transfer confirmation dated 7/7/11

**AlixPartners**    174

# Selection 7 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., June 2011 (cont'd)

**Transfer #4B:** Confirmation for $100M transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.



**Alix**Partners

# Selection 8 Purdue US Partner Cash Distributions (2009)

# Selection 8 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., March 2009






# Selection 8 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., March 2009 (cont'd)



**Doc.Type : SA ( G/L account document ) Normal document**

| | | Doc. Number | 100050281 | Company Code | 208 | Fiscal Year | 2009 |
| Doc. Date | 17.03.2009 | Posting Date | 16.03.2009 | Period | 03 |

Calculate Tax ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 03102009 to 03162009

**Transfer #1A:** $497,457 transfer from Purdue Pharma L.P. to Purdue Pharma Inc.

**Transfer #1B:** $495,264 transfer from Purdue Pharma L.P. to PLP Associates Holdings Inc.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|----|--------|------|
| 176 | 50 | 100010 | Cash Concentration | | GEN | | | 500.000,00- | I/C PPLP TO PURDUE PHARMA TECHNOLOGIES, INC. |
| 177 | 50 | 100010 | Cash Concentration | | GEN | | | 497.457,00- | FUNDING to PURDUE PHARMA, INC. |
| 178 | 50 | 100010 | Cash Concentration | | GEN | | | 495.264,00- | FUNDING to PLP ASC. HOLDINGS, INC. |
| 179 | 50 | 100110 | Lockbox Clearing | | GEN | | | 467.234,06- | AR LOCKBOX |

**Doc.Type : SA ( G/L account document ) Normal document**

| | | Doc. Number | 100050281 | Company Code | 208 | Fiscal Year | 2009 |
| Doc. Date | 17.03.2009 | Posting Date | 16.03.2009 | Period | 03 |

Calculate Tax ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 03102009 to 03162009

**Transfer #1C:** $200M transfer from Purdue Pharma L.P. to PLP Associates Holdings L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|----|--------|------|
| 319 | 50 | 100010 | Cash Concentration | | GEN | | | 200.000.000,00- | 3/11/2009 ADVANCE to PLP ASC. HOLDINGS LP |
| 156 | 50 | 100430 | Money Mkt Goldman | | GEN | | | 105.000.000,00- | GOLDMAN SACHS MONEY MARKET DRAW-DOWN |
| 320 | 50 | 100450 | BOA Money Market | | GEN | | | 100.000.000,00- | 3/11/2009 MIC / BofA money market |
| 321 | 50 | 100400 | Temp. Invest. Chase | | GEN | | | 30.000.000,00- | 3/12/2009 MIC / BofA SHORT-TERM INVESTMENT |

# Selection 8 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., March 2009 (cont'd)



**Transfer #1A:** $497,457 transfer from Purdue Pharma L.P. to Purdue Pharma Inc.

**Transfer #1B:** $495,264 transfer from Purdue Pharma L.P. to PLP Associates Holdings Inc.

**Transfer #1C:** $200M transfer from Purdue Pharma L.P. to PLP Associates Holdings L.P.

Source: SAP General Ledger detail

AlixPartners   179

# Selection 8 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., March 2009 (cont'd)



**Transfer #2A and 2B:** $100M transfer from PLP Associates Holdings L.P. to Beacon Company.
- **Transfer 2A:** $95M paid to Beacon Trust Company.
- **Transfer 2B:** $5M paid to Beacon Company (different vendor codes)

**Transfer #2C:** $100M transfer from PLP Associates Holdings L.P. to Rosebay Medical Company L.P.

Source: SAP General Ledger detail

# Selection 8 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., March 2009 (cont'd)



**Transfer #1:** Authorization for $200,992,721 transfer from Purdue Pharma L.P., including $497,457 to Purdue Pharma Inc., $495,264 to PLP Associates Holdings Inc., and $200M to PLP Associates Holdings L.P.

Source: Decision of the Board of Directors of Purdue Pharma Inc. dated 3/5/2009

# Selection 8 – US Partner Cash Distribution to Beacon Company, Beacon Trust Co. Limited and Rosebay Medical Company L.P., March 2009 (cont'd)

**Transfer #2A:** Authorization for $5M transfer from PLP Associates Holdings L.P. to Beacon Co.

## Selection 8 – US Partner Cash Distribution to Beacon Company, Beacon Trust Co. Limited and Rosebay Medical Company L.P., March 2009 (cont'd)

**Transfer #2A:** Confirmation of $5M transfer from PLP Associates Holdings L.P. to Beacon Co.

11/MAR/09   09:42 Transaction CSession I00~4865
StatuReleased

TYPE PA'BANCHASE LOCNY CUST LINE:
METH BKTACCO
TFR D.11/MARVALL11/MAFAMOLUSI5,000,000.00
CONFIRMATI0876600070JO0000

ULTIMATE BENEFICIARY
Acct No.
Name   BEACON COMPANY
Address :

Advice :
Instr :

BENEFICIARY BANK
Acct No/ID:
Name   Jpmorgan Chase Bank
AddressNew York Ny 10004

Advice :
Instr :

CORRESPONDENT / PAY THROUGH BANK
Acct No/ID:
Name :
Address :

Advice :
Instr :

BY ORDER OF
Name :
Address :

CUST REF :

REFERENCE TEXT
!PRIORITY!

# Selection 8 – US Partner Cash Distribution to Beacon Company, Beacon Trust Co. Limited and Rosebay Medical Company L.P., March 2009 (cont'd)

**Transfer #2B:** Authorization for \$95M transfer from PLP Associates Holdings L.P. to Beacon Trust Co.



**AlixPartners**   184

# Selection 8 – US Partner Cash Distribution to Beacon Company, Beacon Trust Co. Limited and Rosebay Medical Company L.P., March 2009 (cont'd)

**Transfer #2B:** Confirmation of $95M transfer from PLP Associates Holdings L.P. to Beacon Trust Co.



Source: Purdue wire transfer confirmation dated 3/11/09

**Alix**Partners   185

# Selection 8 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., March 2009 (cont'd)

**Transfer #2C:** Authorization for $100M transfer from PLP Associates Holdings L.P. to Rosebay Medical Company L.P.



**AlixPartners**   186

# Selection 8 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., March 2009 (cont'd)

**Transfer #2C:** Confirmation of $100M transfer from PLP Associates Holdings L.P. to Rosebay Medical Company L.P.

11/MAR/09    09:42 Transaction CSession 00-4864
StatuReleased

TYPE PA'BANCHASE LOCNYCUST LINE:
METH@KTAC
TFR D.11/MARVALL11/MAFAMOLUS!100,000,000.00
CONFIRMATI0876500070JO0000

ULTIMATE BENEFICIARY
Acct No.
Name    ROSEBAY MEDICAL COMPANY
AddressCO NORTH BAY ASSOCIATES
OKLAHOMAN CITY OK 73134

Advice   :
Instr    :

BENEFICIARY BANK
Acct No/ID:
Name   Jpmorgan Chase Bank
AddressNew York Ny 10004

Advice   :
Instr    :

CORRESPONDENT / PAY THROUGH BANK
Acct No/ID:
Name    :
Address  :

Advice   :
Instr    :

BY ORDER OF
Name     :
Address  :

CUST REF :

REFERENCE TEXT
!PRIORITY!

CIVED

Page : 2

**Alix**Partners    187

# Selection 8 – US Partner Cash Distribution to Beacon Company and Rosebay Medical Company L.P., March 2009 (cont'd)



**Transfer #1:** Authorization for $200,992,721 transfer from Purdue Pharma L.P., including $497,457 to Purdue Pharma Inc., $495,264 to PLP Associates Holdings Inc., and $200M to PLP Associates Holdings L.P.

**Transfer #2:** Authorization for $100M transfers from PLP Associates Holdings L.P. to each of Reigo Company (name later changed to Beacon Company) and Rosebay Medical Company L.P.

No documentation was identified in the SAP general ledger system evidencing that funds flowed from PLP Associates Holdings L.P. (Company #401) to BR Holdings L.P. before flowing to Beacon Company, Beacon Trust Company or Rosebay Medical Company L.P. Instead, documentation in the SAP general ledger system indicates that funds flowed directly from PLP Associates Holdings L.P. (Company #401) to Beacon Company, Beacon Trust Company Limited and Rosebay Medical Company L.P. Beacon Company and Beacon Trust Company Limited were formerly known as Reigo Company.

**Alix**Partners

# Selection 9 Purdue US Partner Cash Distributions (2012)

# Selection 9 – US Partner Cash Distributions to Purdue Pharma Inc. and PLP Associates Holdings Inc., December 2012



Raymond R Sackler Trust 1B is the name on the bank account of the trust that owns Linarite Holdings LLC
Raymond R Sackler Trust 2B is the name on the bank account of the trust that owns Perthlite Holdings LLC

**AlixPartners**    190

# Selection 9 – US Partner Cash Distributions to Purdue Pharma Inc. and PLP Associates Holdings Inc., December 2012 (cont'd)



Doc.Type : SA ( G/L account document ) Normal document

| | | | | | | |
|---|---|---|---|---|---|---|
| Doc. Number | 100114404 | Company Code | 208 | Fiscal Year | 2012 | |
| Doc. Date | 01/03/2013 | Posting Date | 12/31/2012 | Period | 12 | |
| Calculate Tax | ☐ | | | | | |
| Doc. Currency | USD | | | | | |
| Doc. Hdr Text | CTW 12172012 to 12312012 | | | | | |

**Transfer #2:** $6 million transfer from Purdue Pharma L.P. to PLP Associates Holdings Inc.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 297 | 50 | 100110 | Lockbox Clearing | | GEN | | | 6,329,907.22- | AMERISOURCE |
| 298 | 50 | 100010 | Cash Concentration | | GEN | | | 6,000,000.00- | FUNDING to PLP ASC. HOLDINGS, INC. |
| 299 | 50 | 100010 | Cash Concentration | | GEN | | | 6,000,000.00- | FUNDING to PURDUE PHARMA, INC. |

**Transfer #1:** $6 million transfer from Purdue Pharma L.P. to Purdue Pharma Inc.

# Selection 9 – US Partner Cash Distributions to Purdue Pharma Inc. and PLP Associates Holdings Inc., December 2012 (cont'd)



**Transfer #1:** $6 million transfer from Purdue Pharma L.P. to Purdue Pharma Inc.

Doc.Type : SA ( G/L account document ) Normal document
Doc. Number   100000913      Company Code   301      Fiscal Year   2012
Doc. Date     01/03/2013     Posting Date   12/31/2012   Period      12
Calculate Tax
Doc. Currency USD
Doc. Hdr Text CTW 12172012 to 12312012

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|-----|---------|--------------------|----------|------------|-------|-----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 6,000,000.00 | PPLP ADVANCE TO PURDUE PHARMA INC. |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 149,237.00 | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 2,083.33 | FUNDING from COVENTRY TECHNOLOGIES, LP (llc) |
| 4 | 40 | 100010 | Cash Concentration | | GEN | | | 1,076.87 | FUNDING from PURDUE HOLDINGS LP |
| 5 | 50 | 102208 | Purdue Pharma L.P. | | GEN | | | 6,000,000.00- | PPLP ADVANCE TO PURDUE PHARMA INC. |
| 6 | 50 | 107416 | Invest - PH LP | | GEN | | | 149,237.00- | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 7 | 50 | 102230 | Coventry Tech. LLC | | GEN | | | 2,083.33- | FUNDING from COVENTRY TECHNOLOGIES, LP (llc) |
| 8 | 50 | 102416 | Purdue Holdings LP | | GEN | | | 1,076.87- | FUNDING from PURDUE HOLDINGS LP |

Doc.Type : SA ( G/L account document ) Normal document
Doc. Number   100000638      Company Code   402      Fiscal Year   2012
Doc. Date     01/03/2013     Posting Date   12/31/2012   Period      12
Calculate Tax
Doc. Currency USD
Doc. Hdr Text CTW 12172012 to 12312012

**Transfer #2:** $6 million transfer from Purdue Pharma L.P. to PLP Associates Holdings Inc.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|-----|---------|--------------------|----------|------------|-------|-----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 6,000,000.00 | ADVANCE from PPLP |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 148,579.00 | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 1,072.09 | FUNDING from PURDUE HOLDINGS LP |
| 4 | 50 | 102208 | Purdue Pharma L.P. | | GEN | | | 6,000,000.00- | ADVANCE from PPLP |
| 5 | 50 | 107416 | Invest - PH LP | | GEN | | | 148,579.00- | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 6 | 50 | 102416 | Purdue Holdings LP | | GEN | | | 1,072.09- | FUNDING from PURDUE HOLDINGS LP |

## Selection 9 – US Partner Cash Distributions to Purdue Pharma Inc. and PLP Associates Holdings Inc., December 2012 (cont'd)



Transfer #4A: $3 million dividend from Purdue Pharma Inc. to Banela Corporation.

Transfer #4C: $1.5 million dividend from Purdue Pharma Inc. to Perthlite Holdings LLC.

Transfer #4B: $1.5 million dividend from Purdue Pharma Inc. to Linarite Holdings LLC.

**AlixPartners**   193

# Selection 9 – US Partner Cash Distributions to Purdue Pharma Inc. and PLP Associates Holdings Inc., December 2012 (cont'd)



**Transfer #3A:** $3 million dividend from PLP Associates Holdings Inc. to Banela Corporation.

**Transfer #3C:** $1.5 million dividend from PLP Associates Holdings Inc. to Perthlite Holdings LLC.

**Transfer #3B:** $1.5 million dividend from PLP Associates Holdings Inc. to Linarite Holdings LLC.

Source: SAP General Ledger detail

**AlixPartners**   194

# Selection 9 – US Partner Cash Distributions to Purdue Pharma Inc. and PLP Associates Holdings Inc., December 2012 (cont'd)



**DECISION**

**December 17, 2012**

2012 Dividends - PLP Associates Holdings Inc.

It was decided that PLP Associates Holdings Inc. declare and pay dividends in the aggregate amount of $6 million on or before December 31, 2012 payable as follows:

- $3 million to Banela Corporation, a British Virgin Island's company

- $1.5 million to Linarite Holdings LLC, a Delaware Limited Liability Company (held 100% by Anthony M. Roncalli, as Trustee under Trust Agreement dated December 23, 1989 F.B.O. the issue of Richard S. Sackler, M.D.)

- $1.5 million to Perthlite Holdings LLC, a Delaware Limited Liability Company (held 100% by Jeffrey A. Robins, as Trustee under Trust Agreement dated December 23, 1989 F.B.O. the issue of Jonathan D. Sackler)

(Decision of the Board of Directors of PLP Associates Holdings Inc.)

OK To Pay
Edward B. Mahony

**Transfer #3A:** Authorization to transfer $3.0 million cash payment from PLP Associates Holdings Inc. to Banela Corporation.

**Transfer #3B:** Authorization to transfer $1.5 million cash payment from PLP Associates Holdings Inc. to Linarite Holdings LLC.

**Transfer #3C:** Authorization to transfer $1.5 million cash payment from PLP Associates Holdings Inc. to Perthlite Holdings LLC.

Source: Decision of Board of Directors of PLP Associates Holdings Inc. dated 12/17/2012
Raymond R Sackler Trust 1B is the name on the bank account of the trust that owns Linarite Holdings LLC
Raymond R Sackler Trust 2B is the name on the bank account of the trust that owns Perthlite Holdings LLC

**AlixPartners**   195

# Selection 9 – US Partner Cash Distribution to Purdue Pharma Inc. and PLP Associates Holdings Inc., December 2012 (cont'd)



**Transfer #4A:** Authorization to transfer $3.0 million cash payment from Purdue Pharma Inc. to Banela Corporation.

**Transfer #4B:** Authorization to transfer $1.5 million cash payment from Purdue Pharma Inc. to Linarite Holdings LLC.

**Transfer #4C:** Authorization to transfer $1.5 million cash payment from Purdue Pharma Inc. to Perthlite Holdings LLC.

Source: Decision of Board of Directors of Purdue Pharma Inc. dated 12/17/2012
Raymond R Sackler Trust 1B is the name on the bank account of the trust that owns Linarite Holdings LLC
Raymond R Sackler Trust 2B is the name on the bank account of the trust that owns Perthlite Holdings LLC

**Alix**Partners    196

**Alix**Partners

# Purdue Tax Distributions

**Alix**Partners

# Selection 10 Purdue Tax Distributions (2014)

# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014



| | |
|---|---|
| Transfers to BR Holdings Associates L.P. | $110,702,500 |
| Federal tax payments | ($110,000,000) |
| **Difference** | **$702,500** |
| State tax payments (not shown above)[1] | ($702,500) |
| **Remaining Difference** | **$0** |

Purdue | Affiliated Entity - Books and Records Maintained in the same SAP System as Purdue | Beacon/Rosebay | Taxing Authority

[1] State and other federal tax payments identified in Purdue's Internal Distribution Analysis and SAP General Ledger detail.
We are unable to determine from the books and records maintained by Purdue whether Rosebay Medical Company L.P. or Beacon Company used the distributions to make tax-related payments to the appropriate taxing authorities. Under IRC Sect on 1446, BR Holdings Associates L.P. is required to w thhold taxes on behalf of its foreign partner, Beacon Company. The $4,815,669 Tax Distribution to Beacon Company related to Medicare taxes. Under IRC Section 1446, the w thholding agent is not required to w thhold the 3.8% Med care tax to remit to the US Treasury.

# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)



**Transfers #1A and #1B:** $60.4M and $50.3M transfers from Purdue Pharma L.P. to Purdue Holdings L.P., totaling $110.7M.

# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)



# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)



| | | Doc.Type : SA ( G/L account document ) Normal document | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Doc. Number | | 100000676 | Company Code | 413 | Fiscal Year | | 2014 | |
| Doc. Date | | 09/23/2014 | Posting Date | 09/14/2014 | Period | | 09 | |
| Calculate Tax | | ☐ | | | | | | |
| Ref.Doc. | | CWS | Overall No. | 0100000474416 14 | | | | |
| Doc. Currency | | USD | | | | | | |
| Doc. Hdr Text | | CTW416 09082014-09142014 | | | | | | |

**Transfers #2A and #2B:** $60.4M and $50.3M transfers from Purdue Holdings L.P. to BR Holdings Associates L.P., totaling $110.7M.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 60,368,169.00 | BR HOLDINGS ASSOCIATES L.P. 1 ST |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 50,334,331.00 | BR HOLDINGS ASSOCIATES L.P. 1 ST |
| 3 | 50 | 102416 | Purdue Holdings LP | | GEN | | | 110,702,500.00- | |



| | | Doc.Type : KZ ( Vendor payment ) Normal document | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Doc. Number | | 1500000175 | Company Code | 413 | Fiscal Year | | 2014 | |
| Doc. Date | | 11.09.2014 | Posting Date | 22.09.2014 | Period | | 09 | |
| Calculate Tax | | ☐ | | | | | | |
| Ref.Doc. | | WIRES TRANSFER | | | | | | |
| Doc. Currency | | USD | | | | | | |

**Transfer #3:** $55M transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 50 | 100010 | Cash Concentration | | GEN | | | 55.000.000,00- | |
| 2 | 25 | 1016497 | ROSEBAY MEDICAL COMP | | GEN | | | 55.000.000,00 | |

# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)





# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)



Transfer #3: Q3 2014 federal tax payment of $55M for Rosebay Medical Company L.P.

Source: Purdue Tax Department estimate of federal tax payment

**Ali**x**Partners**

204

## Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)

**Transfer #3:** Q3 2014 federal tax payment of $55M for Rosebay Medical Company L.P.



| 3rd Quarter 2014 Tax Payments | | |
|---|---|---|
| ITEM # | 325.000 | |
| Entity | | |
| Entity # | 413 | |
| Taxpayer | Rosebay Medical Company L.P. | |
| Jurisdiction | Federal | |
| Tax Type | Income Tax (Distrib. by BRHALP to Ros | |
| | | |
| Underlying Pre-Tax Income | | 473,301,714 |
| State Tax Adjustments | | - |
| | | |
| Adjusted Pre-Tax Income | | 473,301,714 |
| Partner %, if applicable | | 50.000% |
| | | |
| Taxable Income | | 236,650,857 |
| Apportionment | | 100.00% |
| | | |
| Post-Apportioned Income | | 236,650,857 |
| Tax Rate | | 43.400% |
| | | |
| Tax Due | | 102,706,472 |
| Minimum Tax | | - |
| Additional Other Tax (e.g., Franchise) | | - |
| | | |
| Total Tax Due | | 102,706,472 |
| | | |
| G/L Coding: | 413-302027-0000000 | |
| Payments: | | |
| 2013 Overpayment Credit | - | |
| Q1 | 12,500,000 | |
| Q2 | 12,500,000 | |
| Q3 | 55,000,000 | |
| Q4 | 22,706,472 | |
| Additional Q4 | - | |
| Extension | - | |
| | | |
| Total Payments | | 102,706,472 |
| | | |
| Net Under (Over) Payment | | - |

# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)

**Transfer #3:** Confirmation of $55.0M transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.



# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)



**Transfer #4:** Authorization for $50,184,331 transfer from BR Holdings Associates L.P. to U.S. Treasury.

Source: Internal Purdue authorization for payment of federal tax

**Ali**x**Partners**     207

# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)

**Transfer #4:** Q3 2014 estimated federal tax payment of $50.2M to US Treasury for Beacon Company.



# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)

**Transfer #4:** Confirmation of $50.2M payment for Q3 2014 federal tax from BR Holdings Associates L.P. to the US Treasury on behalf of Beacon Company.



TAXPAYER NAME: BR HOLDINGS ASSOCIATES LP                                              TIN:

## Deposit Confirmation

Your payment has been accepted.

### Payment Successful

An EFT Acknowledgement Number has been provided for this payment. Please keep this number for your records.

### REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | | 270465554218142 |
|---|---|---|

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | |
| Tax Form | 8804 Annual Return Partnership W/H |
| Tax Type | Balance due on return or notice |
| Tax Period | December/2014 |
| Payment Amount | $50,184,331.00 |
| Settlement Date | 09/12/2014 |

# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)



**Transfer #5:** Confirmation of $4.8M transfer from BR Holdings Associates L.P. to Beacon Company.

# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)

**Transfer #5:** Q3 2014 estimated federal Medicare tax payment of $4.8M for Beacon Company.



**AlixPartners**   211

# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)

**Transfer #5:** Q3 2014 estimated federal Medicare tax payment of $4.8M for Beacon Company.



Source: Purdue Tax Department estimate of federal Medicare tax payment

# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)



**CHASE**

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

August 30, 2014 through September 30, 2014

**Account Number:**

### Customer Service Information

If you have any questions about your statement, please contact your Customer Service Professional.

IIlllllllllllllllllllIllllllllllllllllllllllll

00092854 WBS 802 211  27414 NNNNNNNNNNN  1 000000000 80 0000

PURDUE HOLDINGS L P
1 STAMFORD FORUM
STAMFORD CT 06901-3516

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 09/02 | Orig CO Name:208                       Orig ID:⬛             Desc Date:140902 CO<br>Entry Descr:Corp Pay Sec:CCD   Trace#⬛                    Eed:140902<br>Ind ID:                                Ind Name:Purdue Holdings Lp          Funding Trn: | $9,000,000.00 |
| 09/11 | Book Transfer Credit B/O: Purdue Pharma L P Stamford CT 06901-3431 Ref:<br>Tax Distribution Trn:<br>YOUR REF:  ATS OF 14/09/11 | 60,368,169.00 |
| 09/11 | Orig CO Name:208                       Orig ID:⬛             Desc Date:140911 CO<br>Entry Descr:Corp Pay Sec:CCD   Trace#⬛                    Eed:140911<br>Ind ID:                                Ind Name:Purdue Holdings Lp          Funding Trn: | 256,000.00 |
| 09/12 | Book Transfer Credit B/O: Purdue Pharma L P Stamford CT 06901-3431 Ref:<br>Tax Distribution Trn:<br>YOUR REF:  ATS OF 14/09/12 | 50,334,331.00 |
| 09/18 | Orig CO Name:208                       Orig ID:⬛             Desc Date:140918 CO<br>Entry Descr:Corp Pay Sec:CCD   Trace#⬛                    Eed:140918<br>Ind ID:                                Ind Name:Purdue Holdings Lp          Funding Trn: | 1,769,892.00 |

**Transfer #1A:** $60.4M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #1B:** $50.3M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

Source: J.P. Morgan Chase monthly bank statement for Purdue Holdings L.P., September 2014

**AlixPartners**          213

# Selection 10 – Tax Distribution for estimated federal tax payment, Q3 2014 (cont'd)



**Transfer #2A:** $60.4M transfer from Purdue Holdings L.P. to BR Holdings Associates L.P.

**Transfer #2B:** $50.3M transfer from Purdue Holdings L.P. to BR Holdings Associates L.P.

**Transfer #3:** $55.0M transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

**Transfer #5:** $4.8M transfer from BR Holdings Associates L.P. to Beacon Company.

**Transfer #4:** $50.2M transfer from BR Holdings Associates L.P. to U.S. Treasury.

Source: J.P. Morgan Chase monthly bank statement for BR Holdings Associates L.P., September 2014

**AlixPartners**     214

**Alix**Partners

# Selection 11 Purdue Tax Distributions (2016)

# Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016



[1] State and other federal tax payments identified in Purdue's Internal Distribution Analysis and SAP General Ledger detail.
We are unable to determine from the books and records maintained by Purdue whether Rosebay Medical Company L.P. used the distributions to make tax-related payments to the appropriate taxing authorities.

**AlixPartners**

# Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)



| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|---------| ----------|-------|----|--------|------|
| 41 | 50 | 100010 | Cash Concentration | | GEN | | | 35.000.000,00- | MIC MERRILL LYNCH PIERCE FENNER SMITH FFC: |
| 28 | 50 | 100010 | Cash Concentration | | GEN | | | 29.893.503,00- | PURDUE HOLDINGS L P 1 STAMFORD F |
| 48 | 50 | 100110 | Lockbox Clearing | | GEN | | | 11.951.628,33- | AMERISOURCE BERG |
| 63 | 50 | 105120 | Exchange Other | | GEN | | | 7.975.000,00- | BEACON CO REVINOVA TREUHAND AG F |
| 69 | 50 | 100430 | Money Mkt Goldman | | GEN | | | 5.000.000,00- | GOLDMAN SACHS TRUST ON BEHALF OF ITS PO |
| 49 | 50 | 605275 | Medco Pharmacy | 2570208 | GEN | | | 589.825,56- | CIGNA |
| 85 | 50 | 102112 | CT Avenue Realty | | GEN | | | 565.000,00- | |

Doc.Type : SA ( G/L account document ) Normal document
Doc. Number 100156882 Company Code 208 Fiscal Year 2016
Doc. Date 01.04.2016 Posting Date 31.03.2016 Period 03
Calculate Tax ☐
Ref.Doc. CWS Overall No. 0100156882208 16
Doc. Currency USD
Doc. Hdr Text CTW208 03302016-03312016

**Transfer #1:** $29.9M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|---------| ----------|-------|----|--------|------|
| 81 | 40 | 100450 | BOA Money Market | | GEN | | | 35.000.000,00 | MIC MERRILL LYNCH PIERCE FENNER SMITH FFC: |
| 68 | 40 | 302045 | Dist #45 PH LP | | GEN | | | 29.893.503,00 | PURDUE HOLDINGS L P 1 STAMFORD F |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 11.951.628,33 | AMERISOURCE BERG |
| 21 | 40 | 100010 | Cash Concentration | | GEN | | | 7.975.000,00 | BEACON CO REVINOVA TREUHAND AG F |
| 29 | 40 | 100010 | Cash Concentration | | GEN | | | 5.000.000,00 | GOLDMAN SACHS TRUST ON BEHALF OF ITS PO |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 589.825,56 | CIGNA |

# Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)



Transfer #1: $29.9M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

Transfer #2: $29.9M transfer from Purdue Holdings L.P. to BR Holdings Associates L.P.

## Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)



Source: SAP General Ledger detail

# Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)

**Transfer #3:** Authorization for $10.3M payment from BR Holdings Associates L.P. to Rosebay Medical Company L.P. for Q1 2016 estimated federal tax.



# Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)

**Transfer #3:** Q1 2016 estimated federal tax for Rosebay Medical Company L.P.



Source: Purdue Tax Department estimate of federal tax payment

**Al**i**xPartners**   221

# Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)

**Transfer #3:** Confirmation of $10.3M payment from BR Holdings L.P. to Rosebay Medical Company L.P. for Q1 2016 estimated federal tax.



# Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)



**Transfer #4:** Authorization for $10.3M transfer from BR Holdings Associates L.P. to US Treasury on behalf of Beacon Company.

AlixPartners

# Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)



**Transfer #4:** Q1 2016 estimated federal tax for Beacon Company.

Source: Purdue Tax Department estimate of federal tax payment

AlixPartners     224

# Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)

**Transfer #4:** Confirmation of $10.3M 1Q16 Federal tax payment from BR Holdings Associates L.P. to US Treasury on behalf of Beacon Company.



Source: Payment confirmation from Electronic Federal Tax Payment System

# Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)

**CHASE** 

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

March 01, 2016 through March 31, 2016

**Account Number:**

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00059079 WBS 802 211 09216 NNNNNNNNNNN 1 000000000 80 0000

PURDUE HOLDINGS L P
1 STAMFORD FORUM
STAMFORD CT 06901-3516

**Transfer #1:** $29.9M transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Deposits and Credits** *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 03/30 | Book Transfer Credit B/O: Purdue Pharma L P Stamford CT 06901-3431 Ref: Br Tax Distribution Trn: YOUR REF: ATS OF 16/03/30 | 29,893,503.00 |

# Selection 11 – Tax Distribution for estimated federal tax payment, Q1 2016 (cont'd)

**Transfer #2: $29.9M transfer from Purdue Holdings L.P. to BR Holdings Associates L.P.**

**Transfer #3: $10.3M transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.**

**Transfer #4: $10.3M transfer from BR Holdings Associates L.P. to US Treasury.**



Source: J.P. Morgan Chase monthly bank statement for BR Holdings Associates L.P., March 2016

**AlixPartners**   227

**Alix**Partners

# Selection 12 Purdue Tax Distributions (2015)

# Selection 12 – Tax Distribution for estimated Connecticut state tax, Q3 2015



**Transfer #1**
$6.775M

**Rosebay Medical Company L.P.**

**Purdue Pharma L.P.**

(Company #208)

**Transfer #2**
$6.775M

**Beacon Company**



Purdue

Beacon/Rosebay

We are unable to determine from the books and records maintained by Purdue whether Rosebay Medical Company L.P. or Beacon Company used the distributions to make tax-related payments to
the appropriate taxing authorities. Based on documents included in Purdue's SAP accounting system, these Tax Distributions related to estimated Connecticut state taxes. Rosebay Medical
Company L.P. is a Connecticut resident and required to pay quarterly estimated Connecticut taxes. Beacon Company is a foreign entity and required to pay Connecticut taxes annually at extension
time. As quarterly Tax Distributions were paid to Rosebay Medical Company L.P. for Connecticut taxes, an equalizing Tax Distribution was made to Beacon at the same time.

**AlixPartners**

# Selection 12 – Tax Distribution for estimated Connecticut state tax, Q3 2015 (cont'd)



```
Doc.Type : KZ ( Vendor payment ) Normal document
Doc. Number    1500010363     Company Code    208          Fiscal Year    2015
Doc. Date      11.09.2015     Posting Date     14.09.2015   Period         09
Calculate Tax  □
Ref.Doc.       WIRE TRANSFER
Doc. Currency  USD
```

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 1 | 50 | 100010 | Cash Concentration | | GEN | | | 6.775.000,00- | |
| 2 | 25 | 1016497 | ROSEBAY MEDICAL COMP | | GEN | | | 6.775.000,00 | |

**Transfer #1:** $6.8M transfer from Purdue Pharma L.P. to Rosebay Medical Company L.P.

```
Doc.Type : KZ ( Vendor payment ) Normal document
Doc. Number    1500010362     Company Code    208          Fiscal Year    2015
Doc. Date      11.09.2015     Posting Date     14.09.2015   Period         09
Calculate Tax  □
Ref.Doc.       WIRE TRANSFER
Doc. Currency  USD
```

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 1 | 50 | 100010 | Cash Concentration | | GEN | | | 6.775.000,00- | |
| 2 | 25 | 1029154 | BEACON CO | | GEN | | | 6.775.000,00 | |

**Transfer #2:** $6.8M transfer from Purdue Pharma L.P. to Beacon Company.

# Selection 12 – Tax Distribution for estimated Connecticut state tax, Q3 2015 (cont'd)

**Transfer #1:** Q3 2015 estimated Connecticut state tax payment of $6.8M for Rosebay Medical Company L.P.



**AlixPartners**   231

# Selection 12 – Tax Distribution for estimated Connecticut state tax, Q3 2015 (cont'd)

**Transfer #1:** Authorization for $6.8M payment from Purdue Pharma L.P. to Rosebay Medical Company L.P. for Q3 2015 estimated Connecticut state tax.



Source: Purdue Tax Department estimate of Connecticut state tax payment

**Alix**Partners        232

# Selection 12 – Tax Distribution for estimated Connecticut state tax, Q3 2015 (cont'd)

**Transfer #1:** Confirmation of $6.8M payment from Purdue Pharma L.P. to Rosebay Medical Company L.P. for Q3 2015 estimated Connecticut state tax.



# Selection 12 – Tax Distribution for estimated Connecticut state tax, Q3 2015 (cont'd)

**Transfer #2:** Q3 2015 estimated Connecticut state tax payment of $6.8M for Beacon Company.



# Selection 12 – Tax Distribution for estimated Connecticut state tax, Q3 2015 (cont'd)

**Transfer #2:** Authorization for $6.8M payment from Purdue Pharma L.P. to Beacon Company for Q3 2015 estimated Connecticut state tax.



Source: Purdue Tax Department estimate of Connecticut state tax payment

**Alix**Partners    235

# Selection 12 – Tax Distribution for estimated Connecticut state tax, Q3 2015 (cont'd)

**Transfer #2:** Confirmation of $6.8M payment from Purdue Pharma L.P. to Beacon Company for Q3 2015 estimated Connecticut tax.



Source: Purdue Pharma L.P. payments report prepared by Treasury

**Al!xPartners**    236

# Selection 12 – Tax Distribution for estimated Connecticut state tax, Q3 2015 (cont'd)





**Transfer #1:** $6.8M transfer from Purdue Pharma L.P. to Rosebay Medical Company L.P.

**Transfer #2:** $6.8M transfer from Purdue Pharma L.P. to Beacon Company.

AlixPartners   237

**Alix**Partners

# Exhibit F — Rhodes Cash Distributions Tracing Analysis

# Rhodes Cash Distributions Tracing Analysis - Objectives

## Objective

1. Trace Rhodes Cash Distributions identified in Rhodes's SAP accounts payable ledger to the available third-party bank statements in order to validate if the distributions amounts, posting/transaction dates, payee/beneficiary names and payor entities were consistent and/or similar in both sources of information.

## Procedures Performed

1. Determined time period and entities to review based on Rhodes and Purdue's Internal Distribution Analysis and our reconciliation work. Bank statements were available for July 2014 onwards unless specifically requested from storage by TXP.

2. Reviewed bank statements to determine account holder entity name and time period represented.

3. Each Rhodes Cash Distribution identified in Purdue's SAP accounts payable ledger was compared to the available bank statements in order to find a match by payor entity, payee name, posting/transaction date and amount.

4. Certain transactions were assumed to be matches even if certain criteria were not an exact match. For example, if a distribution amount matched, but the payee name was not included in the bank statement and the posting date was within 60 days (before or after) of the transaction date included on the bank statement, then the distribution was generally considered to be a match.

   - If any of the criteria were not a match, the discrepancy was noted.

   - For payee name mismatches, the most common reason was that the bank statement did not include a payee name.

# Rhodes Cash Distributions Tracing Analysis — Sources Relied Upon

The following sources of information were accessed and reviewed from Purdue, Rhodes and TXP:

1. Cash Distributions identified in Rhodes's SAP accounts payable ledger; and

2. Bank statements for Rhodes and Affiliated Entities from the below periods highlighted in green:

| Coventry Technologies L.P. (Company #230) Bank Statement Periods Received | | | |
|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 |
| Year | J F M | A M J | J A S | O N D |
| 2014 | | | | |
| 2015 | | | | |
| 2016 | | | | |
| 2017 | | | | |
| 2018 | | | | |

| SVC Pharma L.P. (Company #507) Bank Statement Periods Received | | | |
|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 |
| Year | J F M | A M J | J A S | O N D |
| 2014 | | | | |
| 2015 | | | | |
| 2016 | | | | |
| 2017 | | | | |
| 2018 | | | | |

**AlixPartners**    240

# Rhodes Cash Distributions Tracing Analysis - Observations and Findings

Based upon on the tracing work performed on the Rhodes Cash Distributions recorded in the SAP accounts payable ledger to the available third-party bank statements, we have the following observations:

1. The available third-party bank statements included 75 transactions totaling $53.28 million, of which matches between the two sources of information (SAP accounts payable ledger and Bank Statements) were identified for 75 transactions *(100% of total)* totaling $53.28 million *(100% of total)*.

| Company Name (Company #) | Transactions in SAP Accounts Payable Ledger within Bank Statement periods | | Transactions in SAP Accounts Payable Ledger Matched to Bank Statements | |
|---|---|---|---|---|
| | # Trx | $ Amount | # Trx | $ Amount |
| Coventry Technologies L.P. (Company #230) | 63 | $ 52,644,200 | 63 | $ 52,644,200 |
| SVC Pharma L.P. (Company #507) | 12 | $ 630,882 | 12 | $ 630,882 |
| Rhodes Technologies (Company #227) | – | $ - | – | $ - |
| Rhodes Technologies Inc. (Company #247) | – | $ - | – | $ - |
| Rhodes Pharmaceuticals LP (Company #250) | – | $ - | – | $ - |
| Rhodes Pharmaceuticals Inc. (Company #251) | – | $ - | – | $ - |
| | 75 | $ 53,275,082 | 75 | $ 53,275,082 |
| *As % of Transactions within Bank Statement periods* | *100%* | *100%* | *100%* | *100%* |

---

[1] SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

**Alix**Partners    241

# Rhodes Cash Distributions Tracing Analysis - Observations and Findings

2. For Coventry Technologies L.P. (Entity #230):

| | |
|---|---|
| **Periods for which statements are available:** | Jul. 2014 – Dec. 2018 |
| **Number of transactions in SAP accounts payable ledger within available bank statement periods:** | 63 – $52.6m |
| **Number of transactions matched to bank statements** *(and as % of total for available statement periods)***:** | 63 *(100%)* – $52.6m *(100%)* |
| **Number of exact matches (payee, amount and date):** | 14 – $6.49m |
| **Number of payee and amount matches with close posting date match[1]:** | 27 – $44.96m<br><br>• 2 payments to Rosebay Medical Company LP totaling $14.65m were combined into a single transaction in the bank statement |
| **Number of amount matches with close posting date match[1] (no payee name listed in bank statement):** | 22 – $1.19m<br><br>• All are checks for tax-related payments |

[1] SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

# Rhodes Cash Distributions Tracing Analysis - Observations and Findings

3. For SVC Pharma L.P. (Entity #507):

| | |
|---|---|
| **Periods for which statements are available:** | Aug. 2014 – Dec. 2018 |
| **Number of transactions in AP Extract file:** | 21 – $1.17m |
| **Number of transactions in AP Extract file within available bank statement periods:** | 12 – $631k |
| **Number of transactions matched to bank statements** *(and as % of total for available statement periods)*: | 12 *(100%)* – $631k *(100%)* |
| **Number of exact matches (payee, amount and date):** | 0 |
| **Number of payee and amount matches with close posting date match[1]:** | 2 – $186k |
| **Number of amount matches with close posting date match[1] (no payee name listed in bank statement):** | 10 – $445k<br>• All are checks recorded in SAP as payable to Comptroller of Maryland |

[1] SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

**AlixPartners**

# Rhodes Cash Distributions Tracing Analysis - Observations and Findings

4. For Rhodes Technologies (Entity #227):

| | |
|---|---|
| **Periods for which statements are available:** | Jul. 2014 – Dec. 2018 |
| **Number of transactions in SAP accounts payable ledger within available bank statement periods:** | 0 |
| **Number of transactions matched to bank statements:** | 0 |
| **Number of exact matches (payee, amount and date):** | n/a |
| **Number of payee and amount matches with close posting date match[1]:** | n/a |
| **Number of amount matches with close posting date match[1] (no payee name listed in bank statement):** | n/a |

[1] SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

**AlixPartners**    244

# Rhodes Cash Distributions Tracing Analysis - Observations and Findings

5. For Rhodes Technologies Inc. (Entity #247):

| | |
|---|---|
| **Periods for which statements are available:** | Aug. 2014 – Dec. 2018 |
| **Number of transactions in SAP accounts payable ledger within available bank statement periods:** | 0 |
| **Number of transactions matched to bank statements:** | 0 |
| **Number of exact matches (payee, amount and date):** | n/a |
| **Number of payee and amount matches with close posting date match[1]:** | n/a |
| **Number of amount matches with close posting date match[1] (no payee name listed in bank statement):** | n/a |

[1] SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

# Rhodes Cash Distributions Tracing Analysis - Observations and Findings

6. For Rhodes Pharmaceuticals L.P. (Entity #250):

| | |
|---|---|
| **Periods for which statements are available:** | Aug. 2014 – Dec. 2018 |
| **Number of transactions in SAP accounts payable ledger within available bank statement periods:** | 0 |
| **Number of transactions matched to bank statements:** | 0 |
| **Number of exact matches (payee, amount and date):** | n/a |
| **Number of payee and amount matches with close posting date match[1]:** | n/a |
| **Number of amount matches with close posting date match[1] (no payee name listed in bank statement):** | n/a |

[1] SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

**AlixPartners**

# Rhodes Cash Distributions Tracing Analysis - Observations and Findings

7. For Rhodes Pharmaceuticals Inc. (Entity #251):

| | |
|---|---|
| **Periods for which statements are available:** | Aug. 2014 – Dec. 2018 |
| **Number of transactions in SAP accounts payable ledger within available bank statement periods:** | 0 |
| **Number of transactions matched to bank statements:** | 0 |
| **Number of exact matches (payee, amount and date):** | n/a |
| **Number of payee and amount matches with close posting date match[1]:** | n/a |
| **Number of amount matches with close posting date match[1] (no payee name listed in bank statement):** | n/a |

[1] SAP accounts payable ledger posting date considered a match if within +/- 60 days of bank statement transaction date.

**AlixPartners**

# Rhodes Cash Distributions Tracing Analysis - Observations and Findings

8. Statements for the following entities were provided, but no transactions were identified in the SAP accounts payable ledger:



**AlixPartners**

# Rhodes Cash Distributions Flow of Funds Analysis

# Flow of Funds Analysis — Cash Distribution and Capital Contribution Testing Selections

As illustrated in this section of the Cash Distribution and Capital Contributions Analysis, we performed a flow of funds analysis on each classification of Cash Distributions (Non-Tax and Tax) made ("Rhodes Cash Distribution Testing Selections") and Capital Contributions received ("Rhodes Capital Contributions Testing Selections") by Rhodes (collectively referred to as the "Rhodes Cash Distribution and Capital Contribution Testing Selections"):

## Rhodes Cash Distribution Testing Selections

- **Selection 1** – Non-Tax Cash Distribution from Rhodes Technologies to Beacon Company and Rosebay Medical Company L.P., December 2011
- **Selection 2** – Tax Distribution for Estimated Federal Tax Payment, Q4 2014

## Rhodes Capital Contribution Testing Selections

- **Selection 1** – Capital Contribution Received by Rhodes Technologies from Purdue Pharma L.P. through Affiliated Entities, April 2012
- **Selection 2** – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013
- **Selection 3** – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013

**AlixPartners**

# Rhodes Flow of Funds Analysis — Observations and Findings

The following summary of observations and findings is based upon our review and analysis of various sources of information that we obtained from Rhodes related to the Rhodes Cash Distribution and Capital Contribution Testing Selections:

1. Rhodes Cash Distribution Testing Selection 1 was classified by Rhodes as a Non-Tax Cash Distribution that flowed from Rhodes Technologies up to and through Coventry Technologies L.P. and then from Coventry Technologies L.P. to Beacon Company and Rosebay Medical Company L.P.
   − It is our understanding from Rhodes that this flow of funds pattern is generally consistent with the other Non-Tax Cash Distributions made by Rhodes.

2. Rhodes Cash Distribution Testing Selection 2 was classified by Rhodes as a Tax Distribution that flowed from Coventry Technologies L.P. to Rosebay Medical Company L.P., Beacon Company and the United States Treasury and such classification is consistent with the documentation supporting this transaction.[1]
   − It is our understanding from Rhodes that this flow of funds pattern is generally consistent with the other Tax Distributions made by Rhodes.

3. Rhodes Capital Contribution Testing Selections 1 through 3 flowed from Purdue Pharma L.P. up to PRA L.P. and through other holdings companies, and then to Beacon Company and Rosebay Medical Company L.P., which made contributions to Rhodes Technologies or Rhodes Pharmaceuticals L.P. through Coventry Technologies L.P.
   − It is our understanding from Rhodes that this flow of funds pattern is generally consistent with the other Capital Contributions received by Rhodes.

4. Rhodes's accounting for the Rhodes Cash Distribution and Capital Contribution Testing Selections flow of funds is consistent with the available written approval and authorization documents supporting these transactions.

5. For the Rhodes Cash Distribution Testing Selections, the payee/beneficiary name recorded in Rhodes's accounts payable detail of the SAP general ledger system matches the payee/beneficiary name reported in Rhodes's Internal Distribution Analysis.

---

[1] We are unable to determine from the books and records maintained by Purdue and Rhodes whether Rosebay Medical Company L.P. or Beacon Company used the distributions to make tax-related payments to the appropriate taxing authorities.

**AlixPartners**

**Alix**Partners

# Rhodes Cash Distribution Testing Selections

**Alix**Partners

# Selection 1 Rhodes Non-Tax Cash Distributions (2011)

# Selection 1 – Non-Tax Cash Distribution from Rhodes Technologies to Beacon Company and Rosebay Medical Company L.P., December 2011



 **Affiliated Entity - Books and Records Maintained in the same SAP System as Purdue**

 **Beacon/Rosebay**

[1] For consistency with PPLP's classification of Non-Tax Cash Distributions, this Non-Tax Cash Distribution by Rhodes that flowed up to Beacon Company and Rosebay Medical L.P. has been treated as a US Partner Cash Distribution in the Cash Distributions Analysis.

**AlixPartners**    254

# Selection 1 – Non-Tax Cash Distribution from Rhodes Technologies to Beacon Company and Rosebay Medical Company L.P., December 2011



Doc.Type : SA ( G/L account document ) Normal document
Doc. Number   100029607      Company Code   227         Fiscal Year   2011
Doc. Date     12/12/2011     Posting Date   12/08/2011   Period        12
Calculate Tax ☐
Doc. Currency USD
Doc. Hdr Text CTW 12062011 to 12082011

**Transfer #1:** $25,000,000 transfer from Rhodes Technologies to Coventry Technologies L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|-----|--------|------|
| 1 | 40 | 102230 | Coventry Tech. LLC | | GEN | | | 25,000,000.00 | FUNDING to COVENTRY TECHNOLOGIES LLC |
| 2 | 40 | 201150 | Payroll Suspense | | GEN | | | 802,328.85 | PAYROLL PAYMENT |
| 3 | 40 | 100040 | Chase Control ZBA | | GEN | | | 191,806.91 | CONTROL DISBURSEMENT ACCOUNT FUNDING |
| 4 | 40 | 100040 | Chase Control ZBA | | GEN | | | 106,816.54 | CONTROL DISBURSEMENT ACCOUNT FUNDING |
| 5 | 40 | 100040 | Chase Control ZBA | | GEN | | | 10,894.94 | CONTROL DISBURSEMENT ACCOUNT FUNDING |
| 6 | 40 | 100010 | Cash Concentration | | GEN | | | 357.09 | MISCELLANEOUS BANK DEPOSIT |
| 7 | 50 | 100010 | Cash Concentration | | GEN | | | 25,000,000.00- | FUNDING to COVENTRY TECHNOLOGIES LLC |

Doc.Type : SA ( G/L account document ) Normal document
Doc. Number   100000222      Company Code   230         Fiscal Year   2011
Doc. Date     12/12/2011     Posting Date   12/08/2011   Period        12
Calculate Tax ☐
Doc. Currency USD
Doc. Hdr Text CTW 12062011 to 12082011

**Transfer #1:** $25,000,000 transfer from Rhodes Technologies to Coventry Technologies L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|-----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 25,000,000.00 | FUNDING from RHODES TECHNOLOGIES (227) |
| 2 | 50 | 102227 | Rhodes Technologies | | GEN | | | 25,000,000.00- | FUNDING from RHODES TECHNOLOGIES (227) |

# Selection 1 – Non-Tax Cash Distribution from Rhodes Technologies to Beacon Company and Rosebay Medical Company L.P., December 2011





# Selection 1 – Non-Tax Cash Distribution from Rhodes Technologies to Beacon Company and Rosebay Medical Company L.P., December 2011



**COVENTRY TECHNOLOGIES L.P.**

**Written Consent of General Partner**

The undersigned, Purdue Pharma Inc. (the "General Partner"), a New York corporation and the General Partner of Coventry Technologies L.P., a Delaware limited partnership (the "Partnership"), hereby consents to the taking of the following action and directs that this consent be filed with the records of proceedings of the Partnership:

WHEREAS, the Partnership is to receive a distribution from Rhodes Technologies ("Rhodes") in the amount of $25,000,000 on or before December 9, 2011 (the "Distribution").

NOW, THEREFORE, be it

RESOLVED, that upon receipt of the Distribution from Rhodes, the Partnership be and it hereby is authorized to distribute $12,500,000 to Beacon Company and $12,500,000 to Rosebay Medical Company L.P.

Date:  December 8, 2011

COVENTRY TECHNOLOGIES L.P.
by its general partner,
Purdue Pharma Inc.

Edward F. Mahony

By
Stuart D. Baker
Executive Vice President,
Counsel to the Board

**Transfer #1:** Confirmation of $25,000,000 transfer from Rhodes Technologies to Coventry Technologies L.P.

**Transfers #2a and #2b:** Authorization for $12,500,000 transfers from Coventry Technologies L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $25,000,000 in distributions.

**Alix**Partners

# Selection 2 Rhodes Tax Distribution (2014)

# Selection 2 – Tax Distribution for Estimated Federal Tax Payment, Q4 2014



**1** **Transfer #1**
$14.5M

**Rosebay Medical Company L.P.**

**2** **Transfer #2**
$13,232,217

**United States Treasury**

**3** **Transfer #3**
$1,267,783

**Beacon Company**

**Coventry Technologies L.P.**

(Company #230)

 **Affiliated Entity - Books and Records Maintained in the same SAP System as Purdue**

 **Beacon/Rosebay**

 **Taxing Authority**

Recorded as an estimated federal tax payment in Rhodes's Internal Distribution Analysis and Rhodes's SAP Accounting System. We are unable to determine from the books and records maintained by Rhodes whether Rosebay Medical Company L.P. or Beacon Company used the distributions to make tax-related payments to the appropriate taxing authorities. Under IRC Section 1446, Coventry Technologies L.P. is required to withhold taxes on behalf of its foreign partner, Beacon Company. The $1,267,783 Tax Distribution to Beacon Company related to Medicare taxes. Under IRC Section 1446, the w thholding agent is not required to w thhold the 3.8% Medicare tax to remit to the US Treasury.

**AlixPartners**

# Selection 2 — Tax Distribution for Estimated Federal Tax Payment, Q4 2014

```
Doc.Type : KR ( Vendor invoice ) Normal document
Doc. Number     1900000203      Company Code    230         Fiscal Year    2014
Doc. Date       12/08/2014      Posting Date    12/12/2014  Period         12
Calculate Tax   ☐
Ref.Doc.        120814E
Doc. Currency   USD
```

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 1 | 31 | 1016497 | ROSEBAY MEDICAL COMP | | GEN | | | 14,500,000.00- | 4QTR 2014 FEDERAL ESTIMATED TAX PAYMENT |
| 2 | 40 | 302027 | Capital #27 Distrib. | | GEN | | | 14,500,000.00 | 4QTR 2014 FEDERAL ESTIMATED TAX PAYMENT |

**Transfer #1: $**14,500,000 transfer from Coventry Technologies L.P. to Rosebay Medical Company L.P.

Source: SAP General Ledger detail

**Alix**Partners    260

# Selection 2 – Tax Distribution for Estimated Federal Tax Payment, Q4 2014



```
Doc.Type : KR ( Vendor invoice ) Normal document
Doc. Number      1900000204      Company Code    230          Fiscal Year     2014
Doc. Date        12/08/2014      Posting Date    12/16/2014   Period          12
Calculate Tax    ✓
Ref.Doc.         120814A
Doc. Currency    USD
```

**Transfer #2:** Q4 2014 federal tax payment of $13,232,217 for Beacon Company.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|-----|--------|------|
| 1 | 31 | 1004240 | UNITED STATES TREASU | | GEN | | U1 | 13,232,217.00- | |
| 2 | 40 | 302026 | Capital #26 Distrib. | | GEN | | | 13,232,217.00 | |



```
Doc.Type : KR ( Vendor invoice ) Normal document
Doc. Number      1900000201      Company Code    230          Fiscal Year     2014
Doc. Date        12/08/2014      Posting Date    12/12/2014   Period          12
Calculate Tax    ☐
Ref.Doc.         120814
Doc. Currency    USD
```

**Transfer #3:** Q4 2014 federal tax payment of $1,267,783 for Beacon Company.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|-----|--------|------|
| 1 | 31 | 1029154 | BEACON CO | | GEN | | | 1,267,783.00- | 4QTR 2014 ESTIMATED   3.8% MEDICARE TAX |
| 2 | 40 | 302026 | Capital #26 Distrib. | | GEN | | | 1,267,783.00 | 4QTR 2014 ESTIMATED   3.8% MEDICARE TAX |

# Selection 2 – Tax Distribution for Estimated Federal Tax Payment, Q4 2014



**Transfer #1:** Q4 2014 federal tax payment of $14,500,000 for Rosebay Medical Company L.P.

# Selection 2 – Tax Distribution for Estimated Federal Tax Payment, Q4 2014

**Transfer #1:** Q4 2014 federal tax payment of $14,500,000 for Rosebay Medical Company L.P.



**4th Quarter 2014 Tax Payments**

| | |
|---|---|
| ITEM # | 247.000 |
| Entity | |
| Entity # | 230 |
| Taxpayer | Rosebay Medical Company L.P. |
| Jurisdiction | Federal |
| Tax Type | Income Tax (Distrib. by Coventry to Ros |
| | |
| Underlying Pre-Tax Income | 88,614,805 |
| State Tax Adjustments | - |
| | |
| Adjusted Pre-Tax Income | 88,614,805 |
| Partner %, if applicable | 50.000% |
| | |
| Taxable Income | 44,307,402 |
| Apportionment | 100.00% |
| | |
| Post-Apportioned Income | 44,307,402 |
| Tax Rate | 43.400% |
| | |
| Tax Due | 19,229,413 |
| Minimum Tax | - |
| Additional Other Tax (e.g., Franchise) | - |
| | |
| Total Tax Due | 19,229,413 |
| | |
| G/L Coding: | 230-302027-0000000 |
| Payments: | |
| 2013 Overpayment Credit | 1 |
| Q1 | 1,250,000 |
| Q2 | 2,000,000 |
| Q3 | 1,500,000 |
| Q4 | 14,500,000 |
| Additional Q4 | - |
| Extension | - |
| | |
| Total Payments | 19,250,001 |
| | |
| Net Under (Over) Payment | (20,588) |

# Selection 2 – Tax Distribution for Estimated Federal Tax Payment, Q4 2014



Transfer #2: Q4 2014 federal tax payment of $13,232,217 for Beacon Company.

# Selection 2 – Tax Distribution for Estimated Federal Tax Payment, Q4 2014



TAXPAYER NAME: COVENTRY TECHNOLOGIES LP          TIN: ▮▮▮▮

## Deposit Confirmation

Your payment has been accepted.

## Payment Successful

An EFT Acknowledgement Number has been provided for this payment. Please keep this number for your records.

**Transfer #2:** Confirmation of Q4 2014 federal tax payment of $13,232,217 for Beacon Company.

## REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270474683366697 |
|---|---|

| Payment Information | Entered Data |
|---|---|
| **Taxpayer EIN** | ▮▮▮▮ |
| **Tax Form** | 8804 Annual Return Partnership W/H |
| **Tax Type** | Balance due on return or notice |
| **Tax Period** | December/2014 |
| **Payment Amount** | $13,232,217.00 |
| **Settlement Date** | 12/12/2014 |

Source: Purdue Tax Department estimate of federal tax payment

# Selection 2 – Tax Distribution for Estimated Federal Tax Payment, Q4 2014



**Transfer #3:** Q4 2014 federal tax payment of $1,267,783 for Beacon Company.

Source: Purdue Tax Department estimate of federal tax payment

**Alix**Partners

# Rhodes Capital Contribution Testing Selections

**Alix**Partners

# Selection 1 Rhodes Capital Contribution (2012)

# Selection 1 – Capital Contribution Received by Rhodes Technologies from Purdue Pharma L.P. through Affiliated Entities, April 2012



**AlixPartners**     269

# Selection 1 – Capital Contribution Received by Rhodes Technologies from Purdue Pharma L.P. through Affiliated Entities, April 2012

```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100101884      Company Code    208        Fiscal Year    2012
Doc. Date      04/20/2012     Posting Date    04/17/2012  Period         04
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 04102012 to 04172012
```

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 176 | 50 | 100010 | Cash Concentration |  | GEN |  |  | 85,500,000.00- | FUNDING to BR HOLDINGS ASC. L.P. |
| 177 | 50 | 100110 | Lockbox Clearing |  | GEN |  |  | 33,332,742.90- | CARDINAL HEALTH |
| 178 | 50 | 100110 | Lockbox Clearing |  | GEN |  |  | 25,722,461.96- | CARDINAL HEALTH |
| 179 | 50 | 100010 | Cash Concentration |  | GEN |  |  | 25,124,090.00- | DISTRIBUTION FUNDING to PURDUE HOLDINGS LP |

```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100101884      Company Code    208        Fiscal Year    2012
Doc. Date      04/20/2012     Posting Date    04/17/2012  Period         04
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 04102012 to 04172012
```

**Transfer #1:** $25,124,090 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 1 | 40 | 102413 | BR Holdings Assoc LP |  | GEN |  |  | 85,500,000.00 | FUNDING to BR HOLDINGS ASC. L.P. |
| 2 | 40 | 100010 | Cash Concentration |  | GEN |  |  | 33,332,742.90 | CARDINAL HEALTH |
| 3 | 40 | 100010 | Cash Concentration |  | GEN |  |  | 25,722,461.96 | CARDINAL HEALTH |
| 4 | 40 | 302045 | Dist #45 PH LP |  | GEN |  |  | 25,124,090.00 | DISTRIBUTION FUNDING to PURDUE HOLDINGS LP |

Source: SAP General Ledger detail

# Selection 1 – Capital Contribution Received by Rhodes Technologies from Purdue Pharma L.P. through Affiliated Entities, April 2012



**Transfer #1:** $25,124,090 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100000206    Company Code    416    Fiscal Year    2012
Doc. Date    04/19/2012    Posting Date    04/17/2012    Period    04
Calculate Tax
Doc. Currency  USD
Doc. Hdr Text  CTW 04102012 to 04172012

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 1 | 40 | 100010 | Cash Concentration |  | GEN |  |  | 25,124,090.00 | DISTRIBUTION FUNDING from PURDUE PHARMA L.P. |
| 2 | 40 | 302044 | Dist #44 PLPAH LP |  | GEN |  |  | 25,000,000.00 | DISTRIBUTION FUNDING to PLP ASC. HOLDINGS LP |
| 3 | 40 | 100010 | Cash Concentration |  | GEN |  |  | 33,124.35 | FX INTEREST DUE |
| 4 | 50 | 107204 | Invest - PPLP |  | GEN |  |  | 25,124,090.00- | DISTRIBUTION FUNDING from PURDUE PHARMA L.P. |
| 5 | 50 | 100010 | Cash Concentration |  | GEN |  |  | 25,000,000.00- | DISTRIBUTION FUNDING to PLP ASC. HOLDINGS LP |
| 6 | 50 | 102233 | Lucien Holdings Sarl |  | GEN |  |  | 33,124.35- | FX INTEREST DUE |
| 7 | 40 | 302042 | Dist #42 PP Inc |  | GEN |  |  | 62,182.00 | DISTRIBUTION FUNDING 4/17/2012 to PURDUE PHARMA, I |
| 8 | 40 | 302043 | Dist #43 PLPAH Inc |  | GEN |  |  | 61,908.00 | DISTRIBUTION FUNDING 4/17/2012 to PLP ASC. HOLDING |
| 9 | 50 | 100010 | Cash Concentration |  | GEN |  |  | 62,182.00- | DISTRIBUTION FUNDING 4/17/2012 to PURDUE PHARMA, I |
| 10 | 50 | 100010 | Cash Concentration |  | GEN |  |  | 61,908.00- | DISTRIBUTION FUNDING 4/17/2012 to PLP ASC. HOLDING |

**Transfer #2b:** $62,182 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

**Transfer #2c:** $61,908 transfer from Purdue Holdings L.P. to PLP Assoc Holdings Inc.

**Transfer #2a:** $25,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

# Selection 1 – Capital Contribution Received by Rhodes Technologies from Purdue Pharma L.P. through Affiliated Entities, April 2012





# Selection 1 – Capital Contribution Received by Rhodes Technologies from Purdue Pharma L.P. through Affiliated Entities, April 2012

```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100000857      Company Code   401           Fiscal Year   2012
Doc. Date      04/19/2012     Posting Date   04/17/2012    Period        04
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 04102012 to 04172012
```

**Transfer #2a:** $25,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 25,000,000.00 | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 2 | 40 | 302032 | Capital #32 Dist BR | | GEN | | | 25,000,000.00 | DISTRIBUTION FUNDING to BR HOLDINGS ASC. LP |
| 3 | 50 | 107416 | Invest - PH LP | | GEN | | | 25,000,000.00 | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 4 | 50 | 100010 | Cash Concentration | | GEN | | | 25,000,000.00 | DISTRIBUTION FUNDING to BR HOLDINGS ASC. LP |

```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100000478      Company Code   413           Fiscal Year   2012
Doc. Date      04/19/2012     Posting Date   04/17/2012    Period        04
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 04102012 to 04172012
```

**Transfer #3:** $25,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfer #3:** $25,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 85,500,000.00 | FUNDING from PURDUE PHARMA L.P. |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 25,000,000.00 | DISTRIBUTION FUNDING from PLP ASC. HOLDINGS LP |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 1,470,000.00 | FUNDING from PURDUE PHARMA L.P. |
| 4 | 40 | 100010 | Cash Concentration | | GEN | | | 655,000.00 | FUNDING from PURDUE PHARMA L.P. |
| 5 | 40 | 100010 | Cash Concentration | | GEN | | | 255,000.00 | FUNDING from PURDUE PHARMA L.P. |
| 6 | 50 | 102208 | Purdue Pharma L.P. | | GEN | | | 85,500,000.00- | FUNDING from PURDUE PHARMA L.P. |
| 7 | 50 | 107401 | Invest. PLP Asc.Hold | | GEN | | | 25,000,000.00- | DISTRIBUTION FUNDING from PLP ASC. HOLDINGS LP |
| 8 | 50 | 102208 | Purdue Pharma L.P. | | GEN | | | 1,470,000.00- | FUNDING from PURDUE PHARMA L.P. |
| 9 | 50 | 102208 | Purdue Pharma L.P. | | GEN | | | 655,000.00- | FUNDING from PURDUE PHARMA L.P. |
| 10 | 50 | 102208 | Purdue Pharma L.P. | | GEN | | | 255,000.00- | FUNDING from PURDUE PHARMA L.P. |

Source: SAP General Ledger detail

**AlixPartners**    273

# Selection 1 – Capital Contribution Received by Rhodes Technologies from Purdue Pharma L.P. through Affiliated Entities, April 2012



**Transfer #4a:** $12,500,000 transfer from BR Holdings Associates L.P. to Beacon Company.



**Transfer #4b:** $12,500,000 transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

# Selection 1 – Capital Contribution Received by Rhodes Technologies from Purdue Pharma L.P. through Affiliated Entities, April 2012

```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100000240      Company Code    230      Fiscal Year    2012
Doc. Date      04/25/2012     Posting Date    04/22/2012    Period    04
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 04182012 to 04222012
```

**Transfer #5a:** $12,500,000 transfer from Beacon Company to Coventry Technologies L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|-----|---------|--------------------|----------|-----------|-------|-----|--------|------|
| 1 | 40 | 102227 | Rhodes Technologies | | GEN | | | 25,000,000.00 | FUNDING to RHODES TECHNOLOGIES |
| 2 | 50 | 100010 | Cash Concentration | | GEN | | | 25,000,000.00- | FUNDING to RHODES TECHNOLOGIES |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 12,500,000.00 | 4/28/2012 ROSEBAY MEDICAL COMPANY |
| 4 | 40 | 100010 | Cash Concentration | | | | | 12,500,000.00 | 4/18/2012 BEACON COMPANY |
| 5 | 50 | 301027 | Capital #27Contrib. | | | | | 12,500,000.00- | 4/28/2012 ROSEBAY MEDICAL COMPANY |
| 6 | 50 | 301026 | Capital #26Contrib. | | | | | 12,500,000.00- | 4/18/2012 BEACON COMPANY |

**Transfer #6:** $25,000,000 transfer from Coventry Technologies L.P. to Rhodes Technologies.

**Transfer #5b:** $12,500,000 transfer from Rosebay Medical Company L.P. to Coventry Technologies L.P.

```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100032222      Company Code    227      Fiscal Year    2012
Doc. Date      04/25/2012     Posting Date    04/22/2012    Period    04
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 04182012 to 04222012
```

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|-----|---------|--------------------|----------|-----------|-------|-----|--------|------|
| 1 | 40 | 100450 | BOA Money Market | | GEN | | | 25,000,000.00 | MIC / BofA MONEY MARKET |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 25,000,000.00 | FUNDING from COVENTRY TECHNOLOGIES, LP |
| 3 | 40 | 100040 | Chase Control ZBA | | GEN | | | 65,377.20 | CONTROL DISBURSEMENT ACCOUNT FUNDING |
| 4 | 40 | 100040 | Chase Control ZBA | | GEN | | | 7,515.95 | CONTROL DISBURSEMENT ACCOUNT FUNDING |
| 5 | 40 | 100040 | Chase Control ZBA | | GEN | | | 1,012.07 | CONTROL DISBURSEMENT ACCOUNT FUNDING |
| 6 | 50 | 100010 | Cash Concentration | | GEN | | | 25,000,000.00- | MIC / BofA MONEY MARKET |
| 7 | 50 | 102230 | Coventry Tech. LLC | | GEN | | | 25,000,000.00- | FUNDING from COVENTRY TECHNOLOGIES, LP |

Source: SAP General Ledger detail

**AlixPartners**    275

# Selection 1 – Capital Contribution Received by Rhodes Technologies from Purdue Pharma L.P. through Affiliated Entities, April 2012



**Transfer #1:** Authorization for $25,124,190[1] transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #3:** Authorization for $25,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

million distribution for Rhodes Technologies. As you will see the $25 million is to be covered by a distribution by Purdue Pharma L.P. 50/50 to Beacon Company and Rosebay Medical Company L.P. in the net amount of $25 million ($12.5 million each).

In accordance with the foregoing, please arrange for a distribution from Purdue Pharma L.P. in the gross amount of $25,124,190 in the amounts indicated as follows:

| | |
|---|---|
| Purdue Pharma L.P. Distribution | $25,124,190 |
| Purdue Holdings L.P. Distribution | $25,124,190 |
| Purdue Pharma Inc. | $62,182 |
| PLP Associates Holdings Inc. | $61,908 |
| PLP Associates Holdings L.P. | $25,000,000 |
| | $25,124,190 |
| To BR Holdings and then Partners | $25,000,000 |
| Beacon (50%) | $12,500,000 |
| Rosebay (50%) | $12,500,000 |

Please let me know the value date once the transfer has been initiated.

Thanks,

Tony

**Anthony M. Roncalli**
**Chadbourne & Parke LLP**
30 Rockefeller Plaza, New York, NY 10112
tel 212-408-5281 | efax 646-710-5281
aroncalli@chadbourne.com | private fax 212-408-5587

**Transfers #2a, #2b, and #2c:** Authorization for $25,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.; $62,182 transfer from Purdue Holdings L.P. to Purdue Pharma Inc. ; and $61,908 transfer from Purdue Holdings L.P. to PLP Assoc Holdings Inc. totaling $25,124,090.

**Transfers #4a and #4b:** Authorization for $12,500,000 transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $25,000,000.

[1] A $100 discrepancy exists between the authorized distribution amount of $25,124,190 and the distribution that was recorded in SAP of $25,124,090.

Source: Email from Chadbourne & Parke LLP to Purdue containing wire instructions, dated 4/22/2012

# Selection 1 – Capital Contribution Received by Rhodes Technologies from Purdue Pharma L.P. through Affiliated Entities, April 2012



**BR HOLDINGS ASSOCIATES L.P.**

**Written Consent of General Partner**

The undersigned, BR Holdings Associates Inc. (the "General Partner"), a

New York corporation and the General Partner of BR Holdings Associates L.P., a

Delaware limited partnership (the "Partnership"), hereby consents to the taking of the

following action and directs that this consent be filed with the records of proceedings of

the Partnership:

WHEREAS, the Partnership is to receive a distribution from PLP

Associates Holdings L.P. ("PLP Associates") in the amount of $25,000,000 (the

"Distribution").

NOW, THEREFORE, be it

RESOLVED, that upon receipt of the Distribution from PLP Associates,
the Partnership be and it hereby is authorized to distribute $12,500,000 to Beacon
Company and $12,500,000 to Rosebay Medical Company L.P.

Date: April 9, 2012

BR HOLDINGS ASSOCIATES L.P.
by its general partner,
BR Holdings Associates Inc.

By _____
Stuart D. Baker
Vice President

**Transfer #3:** $25,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfers #4a and #4b:** $12,500,000 transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $25,000,000.

Source: Written consent of BR Holdings Associates L.P. General Partner, dated 4/9/2012

**AlixPartners**    277

**Alix**Partners

# Selection 2 Rhodes Capital Contribution (2013)

# Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013



# Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013



```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number     100122322       Company Code    208         Fiscal Year    2013
Doc. Date       06/03/2013      Posting Date    05/31/2013  Period         05
Calculate Tax   ☐
Doc. Currency   USD
Doc. Hdr Text   CTW 05272013 to 05312013
```

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 129 | 50 | 100010 | Cash Concentration | | GEN | | | 13,290,000.00- | MIC / BofA MONEY MARKET |
| 130 | 50 | 100110 | Lockbox Clearing | | GEN | | | 11,858,598.83- | AMERISOURCE |
| 131 | 50 | 100010 | Cash Concentration | | GEN | | | 10,049,636.00- | FUNDING to PURDUE HOLDINGS LP |

```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number     100122322       Company Code    208         Fiscal Year    2013
Doc. Date       06/03/2013      Posting Date    05/31/2013  Period         05
Calculate Tax   ☐
Doc. Currency   USD
Doc. Hdr Text   CTW 05272013 to 05312013
```

**Transfer #1:** $10,049,636 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 1 | 40 | 100450 | BOA Money Market | | GEN | | | 37,900,000.00 | MIC / BofA MONEY MARKET |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 30,000,000.00 | REDEMPTION of U.S. T-BILLS |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 18,901,827.36 | MCKESSON |
| 4 | 40 | 100010 | Cash Concentration | | GEN | | | 15,913,999.76 | CARDINAL HEALTH |
| 5 | 40 | 100450 | BOA Money Market | | GEN | | | 13,290,000.00 | MIC / BofA MONEY MARKET |
| 6 | 40 | 100010 | Cash Concentration | | GEN | | | 11,858,598.83 | AMERISOURCE |
| 7 | 40 | 102416 | Purdue Holdings LP | | GEN | | | 10,049,636.00 | FUNDING to PURDUE HOLDINGS LP |

# Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013

```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number      100000321       Company Code    416          Fiscal Year    2013
Doc. Date        06/03/2013      Posting Date    05/31/2013   Period         05
Calculate Tax
Doc. Currency    USD
Doc. Hdr Text    CTW 05272013 to 05312013
```

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 10,049,636.00 | DISTRIBUTION FUNDING from PURDUE PHARMA L.P. |
| 2 | 40 | 102401 | PLP Assoc Holdings | | GEN | | | 10,000,000.00 | FUNDING to PLP ASC. HOLDINGS LP |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 1,500,000.00 | DISTRIBUTION FUNDING from PURDUE PHARMA L.P. |
| 4 | 40 | 102301 | Purdue Pharma Inc. | | GEN | | | 24,873.00 | FUNDING to PUR... |
| 5 | 40 | 102402 | PLP Assoc Holdings | | GEN | | | 24,763.00 | FUNDING to PLP |
| 6 | 50 | 102208 | Purdue Pharma L.P. | | GEN | | | 10,049,636.00- | DISTRIBUTION F |
| 7 | 50 | 100010 | Cash Concentration | | GEN | | | 10,000,000.00- | FUNDING to PLP |
| 8 | 50 | 102208 | Purdue Pharma L.P. | | GEN | | | 1,500,000.00- | DISTRIBUTION FUNDING from PURDUE PHARMA L.P. |
| 9 | 50 | 100010 | Cash Concentration | | GEN | | | 24,873.00- | FUNDING to PURDUE PHARMA, INC. |
| 10 | 50 | 100010 | Cash Concentration | | GEN | | | 24,763.00- | FUNDING to PLP ASC. HOLDINGS, INC. |

**Transfer #1:** $10,049,636 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #2a:** $10,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

**Transfer #2b:** $24,873 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

**Transfer #2c:** $24,763 transfer from Purdue Holdings L.P. to PLP Assoc Holdings Inc.

# Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013



```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100000979       Company Code    301         Fiscal Year    2013
Doc. Date      06/03/2013      Posting Date    05/31/2013   Period         05
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 05272013 to 05312013
```

**Transfer #2b:** $24,873 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 24,873.00 | FUNDING from PURDUE HOLDINGS LP |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 2,083.33 | FUNDING from COVENTRY TECHNOLOGIES, LP (11c) |
| 3 | 50 | 102416 | Purdue Holdings LP | | GEN | | | 24,873.00- | FUNDING from PURDUE HOLDINGS LP |
| 4 | 50 | 102230 | Coventry Tech. LLC | | GEN | | | 2,083.33- | FUNDING from COVENTRY TECHNOLOGIES, LP (11c) |

```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100000687       Company Code    402         Fiscal Year    2013
Doc. Date      06/03/2013      Posting Date    05/31/2013   Period         05
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 05272013 to 05312013
```

**Transfer #2c:** $24,763 transfer from Purdue Holdings L.P. to PLP Assoc Holdings Inc.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 24,763.00 | FUNDING from PURDUE HOLDINGS LP |
| 2 | 50 | 102416 | Purdue Holdings LP | | GEN | | | 24,763.00- | FUNDING from PURDUE HOLDINGS LP |

**AlixPartners**   282

# Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013



Source: SAP General Ledger detail

# Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013



Transfer #4a: $5,000,000 transfer from BR Holdings Associates L.P. to Beacon Company.



Transfer #4b: $5,000,000 transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

Source: SAP General Ledger detail

**Ali·xPartners**   284

# Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013



Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100000300      Company Code    230        Fiscal Year    2013
Doc. Date      06/03/2013     Posting Date    05/31/2013  Period         05
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 05272013 to 05312013

**Transfer #5a: $5,000,000 from Beacon Company to Coventry Technologies L.P.**

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 102250 | Rhodes Pharm LP | | GEN | | | 10,000,000.00 | FUNDING to RHODES PHARMCEUTICALS LP |
| 2 | 40 | 102301 | Purdue Pharma Inc. | | GEN | | | 2,083.33 | FUNDING to PURDUE PHARMA, INC. |
| 3 | 40 | 102208 | Purdue Pharma L.P. | | GEN | | | 255.88 | FUNDING to PURDUE PHARMA L.P. |
| 4 | 50 | 100010 | Cash Concentration | | | | | 10,000,000.00- | FUNDING to RHODES PHARMCEUTICALS LP |
| 5 | 50 | 100010 | Cash Concentration | | | | | 2,083.33- | FUNDING to PURDUE PHARMA, INC. |
| 6 | 50 | 100010 | Cash Concentration | | | | | 255.88- | FUNDING to PURDUE PHARMA L.P. |
| 7 | 40 | 100010 | Cash Concentration | | | | | 5,000,000.00 | 5/29/2013 BEACON |
| 8 | 40 | 100010 | Cash Concentration | | | | | 5,000,000.00 | 5/29/2013 ROSEBAY |
| 9 | 50 | 700030 | Misc. Income | 9000230 | GEN | | | 5,000,000.00- | 5/29/2013 BEACON |
| 10 | 50 | 700030 | Misc. Income | 9000230 | GEN | | | 5,000,000.00- | 5/29/2013 ROSEBAY |

**Transfer #6: $10,000,000 transfer from Coventry Pharmaceuticals L.P. to Rhodes Pharmaceuticals L.P.**

**Transfer #5b: $5,000,000 from Rosebay Medical Company L.P. to Coventry Technologies L.P.**

# Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013



Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100007858        Company Code    250         Fiscal Year    2013
Doc. Date      06/03/2013       Posting Date    05/31/2013   Period         05
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 05272013 to 05312013

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|-----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 10,000,000.00 | FUNDING to PURDUE PHARMA LP |

Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100007858        Company Code    250         Fiscal Year    2013
Doc. Date      06/03/2013       Posting Date    05/31/2013   Period         05
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 05272013 to 05312013

**Transfer #6: $10,000,000 transfer from Coventry Technologies L.P. to Rhodes Pharmaceuticals L.P.**

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|-----|--------|------|
| 21 | 50 | 102230 | Coventry Tech. LLC | | GEN | | | 10,000,000.00- | FUNDING to PURDUE PHARMA LP |

Source: SAP General Ledger detail

**AlixPartners**          286

# Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013



**Transfer #1:** Authorization for $10,049,636 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

Source: Email from Chadbourne & Parke LLP to Purdue containing wire instructions, dated 5/22/2013

**Al‌ixPartners**    287

# Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013

**Transfers #2a, #2b, and #2c:** Authorization for $10,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.; $24,873 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.; and $24,763 transfer from Purdue Holdings L.P. to PLP Assoc Holdings Inc. totaling $10,049,636.

**Transfer #3:** Authorization for $10,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfer #6:** Authorization for $10,000,000 transfer from Coventry Technologies L.P. to Rhodes Pharmaceuticals L.P. upon receipt of $5,000,000 transfers from Beacon Company and Rosebay Medical Company L.P., totaling $10,000,000

**Transfers #4a and #4b** Authorization for $5,000,000 transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $10,000,000

2.    Written Consent of General Partner of PHLP authorizing PHLP to transfer $24,873 to Purdue Pharma Inc., $24,763 to PLP Associates Holdings Inc. and $10 million to PLP Associates Holdings L.P.;

3.    Written Consent of General Partner of PLP Associates Holdings L.P. authorizing PLP Associates Holdings L.P. to transfer $10 million to BR Holdings Associates L.P. ("BR Holdings");

4.    Written Consent of General Partner of BR Holdings authorizing BR Holdings to transfer $5 million to Beacon Company and $5 million to Rosebay Medical Company L.P.;

5.    Written Consent of General Partner of Coventry Technologies L.P. ("Coventry") authorizing Coventry upon receipt of $5 million from Beacon Company and $5 million from Rosebay Medical Company L.P. to transfer the $10 million to Rhodes Pharmaceuticals L.P.

Please send me the wire transfer instructions to the account of Coventry, and I will make arrangements with each of Beacon Company and Rosebay Medical Company L.P. to transfer the funds to Coventry upon their receipt from BR Holdings. Please also let me know the expected value date so I can give each of Beacon Company and Rosebay Medical Company L.P. a heads up as to when they will be expected to receive and transfer the funds to Coventry.

Thanks,

Tony

**Anthony M. Roncalli**
**Chadbourne & Parke LLP**
30 Rockefeller Plaza, New York, NY 10112
**tel** 212-408-5281 | **efax** 646-710-5281
aroncalli@chadbourne.com | **private fax 212-408-5587**

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke (London) LLP, including a list of attorneys, please see our website at http://www.chadbourne.com

Source: Email from Chadbourne & Parke LLP to Purdue containing wire instructions, dated 5/22/2013

**AlixPartners**    288

# Selection 2 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, May 2013



**BR HOLDINGS ASSOCIATES L.P.**

**Written Consent of General Partner**

The undersigned, BR Holdings Associates Inc. (the "General Partner"), a New York corporation and the General Partner of BR Holdings Associates L.P., a Delaware limited partnership (the "Partnership"), hereby consents to the taking of the following actions and directs that this consent be filed with the records of proceedings of the Partnership:

WHEREAS, the Partnership is to receive a distribution from PLP Associates Holdings L.P., a Delaware limited partnership ("PLP Associates"), in the amount of $10,000,000 (the "Distribution").

NOW, THEREFORE, be it

OK To Pay
Edward B. Mahony

RESOLVED, that upon receipt of the Distribution from PLP Associates, the Partnership be and it hereby is authorized to distribute $5,000,000 to Beacon Company and $5,000,000 to Rosebay Medical Company L.P.

RESOLVED, that the proper officers of the General Partner be and each of them hereby is authorized and directed to make, execute and deliver, or cause to be made, executed and delivered on behalf of itself and the Partnership all such agreements, documents, instruments and other papers as they may deem necessary or appropriate to carry out the purposes and intent of the foregoing resolution.

Date: May 22, 2013

BR HOLDINGS ASSOCIATES L.P.
by its general partner,
BR Holdings Associates Inc.

By
Stuart D. Baker
Vice President

**Transfer #3:** $10,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfers #4a and #4b:** $5,000,000 transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $10,000,000

**Alix**Partners

# Selection 3 Rhodes Capital Contribution (2013)

# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013



# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013

| Doc.Type : SA ( G/L account document ) Normal document | | | | | |
|---|---|---|---|---|---|
| Doc. Number | 100129346 | Company Code | 208 | Fiscal Year | 2013 |
| Doc. Date | 10/25/2013 | Posting Date | 10/23/2013 | Period | 10 |
| Calculate Tax ☐ | | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW 10162013 to 10232013 | | | | |

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 179 | 50 | 100110 | Lockbox Clearing | | GEN | | | 18,622,831.65- | MCKESSON |
| 180 | 50 | 100110 | Lockbox Clearing | | GEN | | | 14,578,759.19- | AMERISOURCE |
| 181 | 50 | 100110 | Lockbox Clearing | | GEN | | | 14,502,799.96- | CARDINAL HEALTH |
| 182 | 50 | 100010 | Cash Concentration | | GEN | | | 10,049,636.00- | FUNDING to PURDUE HOLDINGS LP |

| Doc.Type : SA ( G/L account document ) Normal document | | | | | |
|---|---|---|---|---|---|
| Doc. Number | 100129346 | Company Code | 208 | Fiscal Year | 2013 |
| Doc. Date | 10/25/2013 | Posting Date | 10/23/2013 | Period | 10 |
| Calculate Tax ☐ | | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW 10162013 to 10232013 | | | | |

**Transfer #1: $10,049,636** transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 102416 | Purdue Holdings LP | | GEN | | | 131,147,751.00 | FUNDING to PURDUE HOLDINGS LP |
| 2 | 40 | 100450 | BOA Money Market | | GEN | | | 100,000,000.00 | MIC / BofA MONEY MARKET |
| 3 | 40 | 102416 | Purdue Holdings LP | | GEN | | | 41,500,000.00 | FUNDING to PURDUE HOLDINGS LP |
| 4 | 40 | 100450 | BOA Money Market | | GEN | | | 36,000,000.00 | MIC / BofA MONEY MARKET |
| 5 | 40 | 100010 | Cash Concentration | | GEN | | | 30,000,000.00 | REDEMPTION of U.S. T-BILLS |
| 6 | 40 | 100430 | Money Mkt Goldman | | GEN | | | 25,000,000.00 | GOLDMAN SACHS - MONEY MARKET |
| 7 | 40 | 100450 | BOA Money Market | | GEN | | | 20,500,000.00 | MIC / BofA MONEY MARKET |
| 8 | 40 | 100010 | Cash Concentration | | GEN | | | 18,622,831.65 | MCKESSON |
| 9 | 40 | 100010 | Cash Concentration | | GEN | | | 14,578,759.19 | AMERISOURCE |
| 10 | 40 | 100010 | Cash Concentration | | GEN | | | 14,502,799.96 | CARDINAL HEALTH |
| 11 | 40 | 102416 | Purdue Holdings LP | | GEN | | | 10,049,636.00 | FUNDING to PURDUE HOLDINGS LP |

Source: SAP General Ledger detail

# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013



Doc.Type : SA ( G/L account document ) Normal document

| | | | | | |
|---|---|---|---|---|---|
| Doc. Number | 100000366 | Company Code | 416 | Fiscal Year | 2013 |
| Doc. Date | 25.10.2013 | Posting Date | 23.10.2013 | Period | 10 |
| Calculate Tax | ☐ | | | | |
| Doc. Currency | USD | | | | |
| Doc. Hdr Text | CTW 10162013 to 10232013 | | | | |

**Transfer #1:** $10,049,636 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #2c:** $24,763 transfer from Purdue Holdings L.P. to PLP Assoc Holdings Inc.

| Itm | PK | Account | Account short text | | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | | 131.147.751,00 | FUNDING from PURDUE PHARMA L.P. |
| 2 | 40 | 100010 | Cash Concentration | GEN | | 41.500.000,00 | FUNDING from PURDUE PHARMA L.P. |
| 3 | 40 | 102413 | BR Holdings Assoc LP | GEN | | 41.500.000,00 | FUNDING to BR HOLDINGS ASC. LP |
| 4 | 40 | 100010 | Cash Concentration | GEN | | 10.049.636,00 | FUNDING from PURDUE PHARMA L.P. |
| 5 | 50 | 102208 | Purdue Pharma L.P. | GEN | | 131.147.751,00- | FUNDING from PURDUE PHARMA L.P. |
| 6 | 50 | 102208 | Purdue Pharma L.P. | GEN | | 41.500.000,00- | FUNDING from PURDUE PHARMA L.P. |
| 7 | 50 | 100010 | Cash Concentration | GEN | | 41.500.000,00- | FUNDING to BR HOLDINGS ASC. LP |
| 8 | 50 | 102208 | Purdue Pharma L.P. | GEN | | 10.049.636,00- | FUNDING from PURDUE PHARMA L.P. |
| 9 | 40 | 302044 | Dist #44 PLPAH LP | GEN | | 130.500.000,00 | DISTRIBUTION to PLP ASC. HOLDINGS LP 10/17 |
| 10 | 40 | 302044 | Dist #44 PLPAH LP | GEN | | 10.000.000,00 | DISTRIBUTION to PLP ASCS HOLDINGS LP 10/16 |
| 11 | 40 | 302042 | Dist #42 PP Inc | GEN | | 324.591,00 | DISTRIBUTION to PURDUE PHARMA, INC. 10/17 |
| 12 | 40 | 302043 | Dist #43 PLPAH Inc | GEN | | 323.160,00 | DISTRIBUTION to PLP ASC HOLDINGS, INC. |
| 13 | 40 | 302042 | Dist #42 PP Inc | GEN | | 24.873,00 | DISTRIBUTION to PURDUE PHARMA, INC. 10/16 |
| 14 | 40 | 302043 | Dist #43 PLPAH Inc | GEN | | 24.763,00 | DISTRIBUTION to PLP ASC. HOLDINGS, INC. 10/16 |
| 15 | 50 | 100010 | Cash Concentration | GEN | | 130.500.000,00- | DISTRIBUTION to PLP ASC. HOLDINGS LP 10/17 |
| 16 | 50 | 100010 | Cash Concentration | GEN | | 10.000.000,00- | DISTRIBUTION to PLP ASCS HOLDINGS LP 10/16 |
| 17 | 50 | 100010 | Cash Concentration | GEN | | 324.591,00- | DISTRIBUTION to PURDUE PHARMA, INC. 10/17 |
| 18 | 50 | 100010 | Cash Concentration | GEN | | 323.160,00- | DISTRIBUTION to PLP ASC HOLDINGS, INC. |
| 19 | 50 | 100010 | Cash Concentration | GEN | | 24.873,00- | DISTRIBUTION to PURDUE PHARMA, INC. 10/16 |
| 20 | 50 | 100010 | Cash Concentration | GEN | | 24.763,00- | DISTRIBUTION to PLP ASC. HOLDINGS, INC. 10/16 |

**Transfer #2b:** $24,873 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

**Transfer #2a:** $10,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013



Doc.Type : SA ( G/L account document ) Normal document

| | | | |
|---|---|---|---|
| Doc. Number | 100001021 | Company Code | 301 | Fiscal Year | 2013 |
| Doc. Date | 10/25/2013 | Posting Date | 10/23/2013 | Period | 10 |
| Calculate Tax ☐ | | | |
| Doc. Currency USD | | | |
| Doc. Hdr Text CTW 10162013 to 10232013 | | | |

**Transfer #2b:** $24,873 transfer from Purdue Holdings L.P. to Purdue Pharma Inc.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 24,873.00 | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 2 | 50 | 107416 | Invest - PH LP | | GEN | | | 24,873.00- | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 324,591.00 | DISTRIBUTION from PURDUE HOLDINGS LP 10/17 |
| 4 | 50 | 107416 | Invest - PH LP | | GEN | | | 324,591.00- | DISTRIBUTION from PURDUE HOLDINGS LP 10/17 |

Doc.Type : SA ( G/L account document ) Normal document

| | | | |
|---|---|---|---|
| Doc. Number | 100000720 | Company Code | 402 | Fiscal Year | 2013 |
| Doc. Date | 10/25/2013 | Posting Date | 10/23/2013 | Period | 10 |
| Calculate Tax ☐ | | | |
| Doc. Currency USD | | | |
| Doc. Hdr Text CTW 10162013 to 10232013 | | | |

**Transfer #2c:** $24,763 transfer from Purdue Holdings L.P. to PLP Assoc Holdings Inc.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 24,763.00 | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 2 | 50 | 107416 | Invest - PH LP | | GEN | | | 24,763.00- | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 323,160.00 | DISTRIBUTION from PURDUE HOLDINGS LP 10/17 |
| 4 | 50 | 107416 | Invest - PH LP | | GEN | | | 323,160.00- | DISTRIBUTION from PURDUE HOLDINGS LP 10/17 |

# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013

```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100000943        Company Code    401        Fiscal Year    2013
Doc. Date      25.10.2013       Posting Date    23.10.2013  Period         10
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 10162013 to 10232013
```

**Transfer #2a:** $10,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|-----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 10.000.000,00 | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 2 | 50 | 107416 | Invest - PH LP | | GEN | | | 10.000.000,00- | DISTRIBUTION FUNDING from PURDUE HOLDINGS LP |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 130.500.000,00 | DISTRIBUTION from PURDUE HOLDINGS LP 10/17 |
| 4 | 40 | 302032 | Capital #32 Dist BR | | GEN | | | 130.500.000,00 | DISTRIBUTION to BR HOLDINGS ASC. LP 10/17/2013 |
| 5 | 40 | 302032 | Capital #32 Dist BR | | GEN | | | 10.000.000,00 | DISTRIBUTION to BR HOLDINGS ASC. LP 10/16 |
| 6 | 50 | 107416 | Invest - PH LP | | GEN | | | 130.500.000,00- | DISTRIBUTION from PURDUE HOLDINGS LP 10/17 |
| 7 | 50 | 100010 | Cash Concentration | | GEN | | | 130.500.000,00- | DISTRIBUTION to BR HOLDINGS ASC. LP 10/17/2013 |
| 8 | 50 | 100010 | Cash Concentration | | GEN | | | 10.000.000,00- | DISTRIBUTION to BR HOLDINGS ASC. LP 10/16 |

```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100000611        Company Code    413        Fiscal Year    2013
Doc. Date      10/25/2013       Posting Date    10/23/2013  Period         10
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 10162013 to 10232013
```

**Transfer #3:** $10,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfer #3:** $10,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|-----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 41,500,000.00 | FUNDING from PURDUE HOLDINGS LP |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 10,000,000.00 | DISTRIBUTION FUNDING from PLP ASC. HOLDINGS LP |
| 3 | 50 | 102416 | Purdue Holdings LP | | GEN | | | 41,500,000.00- | FUNDING from PURDUE HOLDINGS LP |
| 4 | 50 | 107401 | Invest. PLP Asc.Hold | | GEN | | | 10,000,000.00- | DISTRIBUTION FUNDING from PLP ASC. HOLDINGS LP |
| 5 | 40 | 100010 | Cash Concentration | | GEN | | | 130,500,000.00 | DISTRIBUTION from PLP ASC. HOLDINGS LP 10/17/2013 |
| 6 | 50 | 107401 | Invest. PLP Asc.Hold | | GEN | | | 130,500,000.00- | DISTRIBUTION from PLP ASC. HOLDINGS LP 10/17/2013 |

Source: SAP General Ledger detail

**AlixPartners**   295

# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013



```
Doc.Type : KR ( Vendor invoice ) Normal document
Doc. Number    1900000199    Company Code    413    Fiscal Year    2013
Doc. Date      09/24/2013    Posting Date    10/16/2013  Period    10
Calculate Tax  ☐
Ref.Doc.       92413
Doc. Currency  USD
```

**Transfer #4a:** $5,000,000 transfer from BR Holdings Associates L.P. to Beacon Company.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|----|--------|------|
| 1 | 31 | 1029154 | BEACON CO | | GEN | | | 5,000,000.00- | PARTNER DIST. RHODES PHARMACEUTICAL FUNDING |
| 2 | 40 | 302026 | Capital #26 Distrib. | | GEN | | | 5,000,000.00 | PARTNER DIST. RHODES PHARMACEUTICAL FUNDING |

```
Doc.Type : KR ( Vendor invoice ) Normal document
Doc. Number    1900000200    Company Code    413    Fiscal Year    2013
Doc. Date      09/24/2013    Posting Date    10/16/2013  Period    10
Calculate Tax  ☐
Ref.Doc.       92413
Doc. Currency  USD
```

**Transfer #4b:** $5,000,000 transfer from BR Holdings Associates L.P. to Rosebay Medical Company L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|-----------|-------|----|--------|------|
| 1 | 31 | 1016497 | ROSEBAY MEDICAL COMP | | GEN | | | 5,000,000.00- | PARTNER DIST. RHODES PHARMACEUTICAL FUNDING |
| 2 | 40 | 302027 | Capital #27 Distrib. | | GEN | | | 5,000,000.00 | PARTNER DIST. RHODES PHARMACEUTICAL FUNDING |

# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013



Doc.Type : SA ( G/L account document ) Normal document

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Doc. Number | 100000331 | Company Code | 230 | Fiscal Year | 2013 | | | |
| Doc. Date | 11/11/2013 | Posting Date | 11/06/2013 | Period | 11 | | | |
| Calculate Tax | ☐ | | | | | | | |
| Doc. Currency | USD | | | | | | | |
| Doc. Hdr Text | CTW 11012013 to 11062013 | | | | | | | |

**Transfer #5a:** $5,000,000 from Beacon Company to Coventry Technologies L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 102250 | Rhodes Pharm LP | | GEN | | | 5,000,000.00 | FUNDING to RHODES PHARMCEUTICALS LP |
| 2 | 50 | 100010 | Cash Concentration | | GEN | | | 5,000,000.00- | FUNDING to RHODES PHARMCEUTICALS LP |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 5,000,000.00 | 11/1/2013 BEACON CO. |
| 4 | 50 | 301026 | Capital #26Contrib. | | | | | 5,000,000.00- | 11/1/2013 BEACON CO. |

**Transfer #6a:** $5,000,000 transfer from Coventry Technologies L.P. to Rhodes Pharmaceuticals L.P.

# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013



```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100000324      Company Code   230          Fiscal Year   2013
Doc. Date      10/25/2013     Posting Date   10/23/2013    Period        10
Calculate Tax
Doc. Currency  USD
Doc. Hdr Text  CTW 10162013 to 10232013
```

**Transfer #5b:** $5,000,000 from Rosebay Medical Company L.P. to Coventry Technologies L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|-----|--------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 5,000,000.00 | FUNDING from RHODES TECHNOLOGIES (227) |
| 2 | 50 | 102227 | Rhodes Technologies | | GEN | | | 5,000,000.00- | FUNDING from RHODES TECHNOLOGIES (227) |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 5,000,000.00 | 10/21/2013 ROSEBAY MEDICAL COMPANY |
| 4 | 50 | 103040 | AR Other | | GEN | | | 5,000,000.00- | 10/21/2013 ROSEBAY MEDICAL COMPANY |

```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100000327      Company Code   230          Fiscal Year   2013
Doc. Date      11/01/2013     Posting Date   10/31/2013    Period        10
Calculate Tax
Doc. Currency  USD
Doc. Hdr Text  CTW 10292013 to 10312013
```

**Transfer #6b:** $5,000,000 transfer from Coventry Technologies L.P. to Rhodes Pharmaceuticals L.P.

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|-----|--------|------|
| 1 | 40 | 102250 | Rhodes Pharm LP | | GEN | | | 5,000,000.00 | FUNDING to RHODES PHARMCEUTICALS LP |
| 2 | 50 | 100010 | Cash Concentration | | GEN | | | 5,000,000.00- | FUNDING to RHODES PHARMCEUTICALS LP |

# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013

```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number      100009240      Company Code    250      Fiscal Year    2013
Doc. Date        11/01/2013     Posting Date   10/31/2013  Period        10
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 10292013 to 10312013
```

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|---------|-----------|-------|----|-------|------|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 5,000,000.00 | FUNDING to PURDUE PHARMA LP |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 294,320.04 | MORRIS & DICKSON A/R RECEIPT |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 37,604.30 | INDIVIDUAL LOCKBOX DEPOSIT |
| 4 | 40 | 100010 | Cash Concentration | | GEN | | | 7,818.09 | SMITH DRUG COMPANY |
| 5 | 40 | 100010 | Cash Concentration | | GEN | | | 4,798.08 | INDIVIDUAL LOCKBOX DEPOSIT |
| 6 | 40 | 100010 | Cash Concentration | | GEN | | | 3,361.38 | ROCHESTER DRUG |
| 7 | 40 | 100010 | Cash Concentration | | GEN | | | 2,056.94 | PBA TRUECARE |
| 8 | 40 | 100010 | Cash Concentration | | GEN | | | 2,009.90 | DAKOTA DRUG, INC. |
| 9 | 50 | 102230 | Coventry Tech. LLC | | GEN | | | 5,000,000.00- | FUNDING to PURDUE PHARMA LP |

**Transfer #6b:** $5,000,000 transfer from Coventry Technologies L.P. to Rhodes Pharmaceuticals L.P.

**Alix**Partners   299

# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013

Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100009359         Company Code    250          Fiscal Year    2013
Doc. Date      11/11/2013        Posting Date    11/06/2013    Period         11
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 11012013 to 11062013

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | 100010 | Cash Concentration | | GEN | | | 5,000,000.00 | FUNDING to PURDUE PHARMA LP |
| 2 | 40 | 100010 | Cash Concentration | | GEN | | | 691,969.75 | MORRIS & DICKSON A/R RECEIPT |
| 3 | 40 | 100010 | Cash Concentration | | GEN | | | 40,685.60 | INDIVIDUAL LOCKBOX DEPOSIT |
| 4 | 40 | 100010 | Cash Concentration | | | | | 24,167.86 | SMITH DRUG COMPANY |
| 5 | 40 | 100010 | Cash Concentration | | | | | 20,998.19 | INDIVIDUAL LOCKBOX DEPOSIT |
| 6 | 40 | 100010 | Cash Concentration | | | | | 12,031.86 | ROCHESTER DRUG |
| 7 | 40 | 100010 | Cash Concentration | | | | | 6,620.64 | INDIVIDUAL LOCKBOX DEPOSIT |
| 8 | 40 | 100010 | Cash Concentration | | | | | 2,205.94 | HARVARD DRUG GRP. |
| 9 | 40 | 100010 | Cash Concentration | | GEN | | | 1,262.94 | INDIVIDUAL LOCKBOX DEPOSIT |
| 10 | 40 | 100010 | Cash Concentration | | GEN | | | 357.90 | NC MUTUAL DRUG |
| 11 | 50 | 102230 | Coventry Tech. LLC | | GEN | | | 5,000,000.00- | FUNDING to PURDUE PHARMA LP |

**Transfer #6a: $5,000,000 transfer from Coventry Technologies L.P. to Rhodes Pharmaceuticals L.P.**

# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013

**Transfer #1:** Authorization for $10,049,636 transfer from Purdue Pharma L.P. to Purdue Holdings L.P.

**Transfer #3:** Authorization for $10,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfers #6a and #6b:** Authorization for $10,000,000 transfer from Coventry Technologies L.P. to Rhodes Pharmaceuticals L.P. upon receipt of $5,000,000 transfers from Beacon Company and Rosebay Medical Company L.P., totaling $10,000,000

**Transfers #2a, #2b, and #2c:** Authorization for $10,000,000 transfer from Purdue Holdings L.P. to PLP Associates Holdings L.P.; $24,873 transfer from Purdue Holdings L.P. to Purdue Pharma Inc. ; and $24,763 transfer from Purdue Holdings L.P. to PLP Assoc Holdings Inc. totaling $10,049,636.

**Transfers #4a and #4b:** Authorization for $5,000,000 transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $10,000,000

From: McClatchey, Ian [mailto:IMcClatchey@chadbourne.com]
Sent: Tuesday, September 10, 2013 8:24 PM
To: █████
Cc: Baker, Stuart D.; Mahony, Edward; Lowne, Jon; █████████████ Roncalli, Anthony; Quinn-Felice, Jennifer
Subject: Rhodes Pharmaceuticals L.P. - $10 Million Funding

Tuesday, September 10, 2013

Dear █████

Attached are the following signed consents in connection with the anticipated funding of $10 million ultimately to Rhodes Pharmaceuticals L.P.:

1.   Written Consent of General Partner of Purdue Pharma L.P. ("PPLP") authorizing PPLP to distribute $10,049,636 to Purdue Holdings L.P. ("PHLP");

2.   Written Consent of General Partner of PHLP authorizing PHLP to transfer $24,873 to Purdue Pharma Inc., $24,763 to PLP Associates Holdings Inc. and $10 million to PLP Associates Holdings L.P.;

3.   Written Consent of General Partner of PLP Associates Holdings L.P. authorizing PLP Associates Holdings L.P. to transfer $10 million to BR Holdings Associates L.P. ("BR Holdings");

4.   Written Consent of General Partner of BR Holdings authorizing BR Holdings to transfer $5 million to Beacon Company and $5 million to Rosebay Medical Company L.P.; and

5.   Written Consent of General Partner of Coventry Technologies L.P. ("Coventry") authorizing Coventry upon receipt of $5 million from Beacon Company and $5 million from Rosebay Medical Company L.P. to transfer the $10 million to Rhodes Pharmaceuticals L.P.

I will make arrangements with each of Beacon Company and Rosebay Medical Company L.P. to transfer the funds to Coventry's JPMorgan account ending in █████ upon their receipt from BR Holdings. Please let me know the expected value date so I can give each of Beacon Company and Rosebay Medical Company L.P. a heads up as to when they will be expected to receive and transfer the funds to Coventry.

Please do not hesitate to contact me if you have any questions or if I may be of any assistance regarding this funding request.

Thank you,

Ian

Source: Email from Chadbourne & Parke LLP to Purdue containing wire instructions, dated 9/10/2013

# Selection 3 – Capital Contribution Received by Rhodes Pharmaceuticals L.P. from Purdue Pharma L.P. through Affiliated Entities, October/November 2013



**Transfer #3:** $10,000,000 transfer from PLP Associates Holdings L.P. to BR Holdings Associates L.P.

**Transfers #4a and #4b:** $5,000,000 transfers from BR Holdings Associates L.P. to Beacon Company and Rosebay Medical Company L.P., totaling $10,000,000

Source: Written consent of BR Holdings Associates L.P. General Partner, dated 9/10/2013

**Alix**Partners    302

**AlixPartners**

# Exhibit G – Analysis of Distributions Referenced in the State Complaints Filed Against Purdue and/or the Sackler Family Members

# Exhibit G — Analysis of Distributions Referenced in Complaints, Objectives and Procedures Performed

## Objectives

1. Review State Complaints filed against Purdue and/or Sackler Family members to identify allegations of distributions made by Purdue to or for the benefit of the Affiliated Entities.

2. Assess whether the distributions alleged in the State Complaints were or appear to have been included in Purdue's Internal Distribution Analysis and reconcile potential discrepancies.

## Procedures Performed

1. Reviewed State Complaints filed against Purdue and/or Sackler Family members and identified the allegations of distributions made by Purdue to Affiliated Entities.

| State | Original/Amended | Date of Complaint |
|---|---|---|
| Connecticut | Amended | May 6, 2019 |
| Indiana | Original | May 21, 2019 |
| Iowa | Original | May 16, 2019 |
| Kansas | Original | May 16, 2019 |
| Maryland | Original | May 16, 2019 |
| Massachusetts | Amended | January 31, 2019 |
| New Jersey | Original | May 30, 2019 |
| New York | Amended | March 28, 2019 |
| Oklahoma | Original | June 30, 2017 |
| Oregon | Original | September 18, 2018 |
| Pennsylvania | Original | May 15, 2019 |
| West Virginia | Original | May 16, 2019 |
| Wisconsin | Original | May 16, 2019 |

2. Quantified the dollar amounts of the distributions made by Purdue to Affiliated Entities as alleged in the State Complaints.

3. Reconciled the distributions made by Purdue to Affiliated Entities as alleged in the State Complaints to the distributions included in Purdue's Internal Distribution Analysis.

**AlixPartners**    304

# Exhibit G - Analysis of Distributions Referenced in Complaints - Observations and Findings

1. For many of the distribution amounts alleged in the State Complaints, we identified either exact or similar dollar amounts at or around the same time period that were included in Purdue's Internal Distribution Analysis.

   − For identification of either exact or similar dollar amounts at or around the same time period, we assumed that those distributions referenced in the State Complaints were included in Purdue's Internal Distribution Analysis.

2. The State Complaints alleged inexact amounts and did not always provide sufficiently detailed information and/or references to supporting documentation in order to assess whether those distributions were included in Purdue's Internal Distribution Analysis.

   − We did not find any instances where distribution amounts alleged in the State Complaints during a particular time period exceeded distributions amounts reported in Purdue's Internal Distribution Analysis for that same time period.

**AlixPartners**

# Exhibit G - Reconciled Distributions Alleged in State Complaints to Purdue's Internal Distribution Analysis

1. The following tables illustrates that the annual distribution amounts reported in Purdue's Internal Distribution Analysis exceeded the alleged distributions that were included in the State Complaints aggregated by year.

   – The following pages identified which individual distributions that were alleged in the State Complaints have been identified in Purdue's Internal Distribution Analysis. The remaining distributions in the State Complaints have been included in the column name "Complaints Unidentified Individual Distributions."

   – After taking into account the Unidentified Individual Distributions, the total annual distributions reported in Purdue's Internal Distribution Analysis exceeded all of the distributions that were alleged in the State Complaints for that same year.

| Year | Complaints | Purdue's Internal Distribution Analysis | Complaints Sum of Individual Distributions by Year | Complaints Unidentified Alleged Distributions | Complaints Total Distributions |
|------|-----------|------------------|------------------|------------------|------------------|
| 2008 | MA, CT | $ 1,292,135,359 | $ 1,125,000,000 | $ - | $ 1,125,000,000 |
| 2009 | MA | 1,594,762,000 | 535,000,000 | - | 535,000,000 |
| 2010 | MA | 1,626,663,503 | 877,650,000 | 11,350,000 | 889,000,000 |
| 2011 | MA | 1,254,856,650 | 530,500,000 | 20,500,000 | 551,000,000 |
| 2012 | MA, CT | 1,057,103,806 | 242,000,000 | 176,200,000 | 418,200,000 |
| 2013 | MA, CT, IN | 953,850,252 | 59,930,000 | 339,990,000 | 399,920,000 |
| 2014 | CT | 832,658,451 | 73,367,059 | 89,632,941 | 163,000,000 |
| 2015 | CT | 906,330,390 | 205,358,000 | - | 205,358,000 |
| 2016 | CT | 566,875,000 | 107,000,000 | 69,142,000 | 176,142,000 |
| **2008-2016 MA,CT,IN** | | **$ 10,085,235,411** | **$ 3,755,805,059** | **$ 706,814,941** | **$ 4,462,620,000** |

# Exhibit G - Reconciled Distributions Alleged in State Complaints to Purdue's Internal Distribution Analysis

**Reconciliation of Distributions Listed in State Complaints to Purdue's Internal Distribution Analysis, Page 1 of 2**

| Result | Complaints Individual Distributions | Complaints Unidentified Alleged Distributions | Total Distributions Amount | Period | Complaints | Page | ¶ |
|---|---|---|---|---|---|---|---|
| In Purdue's Internal Distribution Analysis | $ 250,000,000 | $            - | $ 250,000,000 | 2008 | MA | 81 | 242 |
| In Purdue's Internal Distribution Analysis | 325,000,000 | - | 325,000,000 | 2008 | MA | 83 | 251 |
| In Purdue's Internal Distribution Analysis | 275,000,000 | - | 275,000,000 | 2008 | CT | 42 | 153 |
| In Purdue's Internal Distribution Analysis | 275,000,000 | - | 275,000,000 | 2008 | CT | 42 | 153 |
| Year: 2008 | $ 1,125,000,000 | $            - | $ 1,125,000,000 | | | | |
| | | | | | | | |
| In Purdue's Internal Distribution Analysis | $ 200,000,000 | $            - | $ 200,000,000 | 2009 | MA | 83 | 253 |
| In Purdue's Internal Distribution Analysis | 162,000,000 | - | 162,000,000 | 2009 | MA | 85 | 259 |
| In Purdue's Internal Distribution Analysis | 173,000,000 | - | 173,000,000 | 2009 | MA | 87 | 265 |
| Year: 2009 | $ 535,000,000 | $            - | $ 535,000,000 | | | | |
| | | | | | | | |
| In Purdue's Internal Distribution Analysis | $ 236,650,000 | $            - | $ 236,650,000 | 2010 | MA | 97 | 292 |
| In Purdue's Internal Distribution Analysis | 141,000,000 | - | 141,000,000 | 2010 | MA | 98 | 295 |
| In Purdue's Internal Distribution Analysis | 260,000,000 | - | 260,000,000 | 2010 | MA | 110 | 327 |
| In Purdue's Internal Distribution Analysis | 240,000,000 [1] | - | 240,000,000 | 2010 | MA | 108 | 320 |
| Sum of Multiple Distributions Exceeds Complaint | - | 11,350,000 | 11,350,000 | 2010 | MA | 113 | 336 |
| Year: 2010 | $ 877,650,000 | $ 11,350,000 | $ 889,000,000 | | | | |
| | | | | | | | |
| In Purdue's Internal Distribution Analysis | $ 189,700,000 | $            - | $ 189,700,000 | 2011 | MA | 115 | 340 |
| In Purdue's Internal Distribution Analysis | 200,000,000 | - | 200,000,000 | 2011 | MA | 121 | 357 |
| In Purdue's Internal Distribution Analysis | 140,800,000 | - | 140,800,000 | 2011 | MA | 122 | 363 |
| Sum of Multiple Distributions Exceeds Complaint | - | 20,500,000 | 20,500,000 | 2011 | MA | 123 | 365 |
| Year: 2011 | $ 530,500,000 | $ 20,500,000 | $ 551,000,000 | | | | |
| | | | | | | | |
| In Purdue's Internal Distribution Analysis | $ 129,000,000 | $            - | $ 129,000,000 | 2012 | MA | 265 | 866 |
| In Purdue's Internal Distribution Analysis | 113,000,000 | - | 113,000,000 | 2012 | CT | 42 | 153 |
| Sum of Multiple Distributions Exceeds Complaint | - | 176,200,000 | 176,200,000 | 2012 | MA | 265 | 886 |
| Year: 2012 | $ 242,000,000 | $ 176,200,000 | $ 418,200,000 | | | | |

[1] The $240 million distribution in 2010 includes a $30 million distribution from Millsaw Realty L.P., apparently made at the direction of Purdue. The $30 million distribution was not included in Purdue's combined audited financial statements, Internal Distributions Analysis or the October 19, 2018 MDL Presentation.

**AlixPartners**

# Exhibit G - Reconciled Distributions Alleged in State Complaints to Purdue's Internal Distribution Analysis

**Reconciliation of Distributions Listed in State Complaints to Purdue's Internal Distribution Analysis, Page 2 of 2**

| Result | Complaints Individual Distributions | | Complaints Unidentified Alleged Distributions | | Total Distributions Amount | | Period | Complaints | Page | ¶ |
|---|---|---|---|---|---|---|---|---|---|---|
| In Purdue's Internal Distribution Analysis | $ | 2,930,000 | $ | - | $ | 2,930,000 | 2013 | CT | 41 | 151 |
| In Purdue's Internal Distribution Analysis | | 15,000,000 | | - | | 15,000,000 | 2013 | CT | 42 | 152 |
| In Purdue's Internal Distribution Analysis | | 42,000,000 | | - | | 42,000,000 | 2013 | IN | 95 | 313 |
| Sum of Multiple Distributions Exceeds Complaint | | - | | 339,990,000 | | 339,990,000 | 2013 | MA | 143 | 421 |
| Year: 2013 | $ | 59,930,000 | $ | 339,990,000 | $ | 399,920,000 | | | | |
| | | | | | | | | | | |
| In Purdue's Internal Distribution Analysis | $ | 367,059 | $ | - | $ | 367,059 | 2014 | CT | 41 | 151 |
| In Purdue's Internal Distribution Analysis | | 57,400,000 | | - | | 57,400,000 | 2014 | CT | 41 | 151 |
| In Purdue's Internal Distribution Analysis | | 15,600,000 | | - | | 15,600,000 | 2014 | CT | 41 | 151 |
| Sum of Multiple Distributions Exceeds Complaint | | - | | 89,632,941 | | 89,632,941 | 2014 | CT | 42 | 154 |
| Year: 2014 | $ | 73,367,059 | $ | 89,632,941 | $ | 163,000,000 | | | | |
| | | | | | | | | | | |
| In Purdue's Internal Distribution Analysis | $ | 710,500 | $ | - | $ | 710,500 | 2015 | CT | 41 | 151 |
| In Purdue's Internal Distribution Analysis | | 2,160,000 | | - | | 2,160,000 | 2015 | CT | 41 | 151 |
| In Purdue's Internal Distribution Analysis | | 135,000,000 | | - | | 135,000,000 | 2015 | CT | 41 | 151 |
| In Purdue's Internal Distribution Analysis | | 1,975,000 | | - | | 1,975,000 | 2015 | CT | 41 | 151 |
| In Purdue's Internal Distribution Analysis | | 60,000,000 | | - | | 60,000,000 | 2015 | CT | 41 | 151 |
| In Purdue's Internal Distribution Analysis | | 5,512,500 | | - | | 5,512,500 | 2015 | CT | 42 | 152 |
| Year: 2015 | $ | 205,358,000 | $ | - | $ | 205,358,000 | | | | |
| | | | | | | | | | | |
| In Purdue's Internal Distribution Analysis | $ | 107,000,000 | $ | - | $ | 107,000,000 | 2016 | CT | 41 | 151 |
| Sum of Multiple Distributions Exceeds Complaint | | - | | 69,142,000 | | 69,142,000 | 2016 | CT | 42 | 154 |
| Year: 2016 | $ | 107,000,000 | $ | 69,142,000 | $ | 176,142,000 | | | | |
| | | | | | | | | | | |
| | $ | 3,755,805,059 | $ | 706,814,941 | $ | 4,462,620,000 | 2008-2016 | | | |

**Alix**Partners

**AlixPartners**

# Exhibit H - Pension Benefits Detailed Procedures Performed

# Exhibit H - Pension Benefits, Detailed Procedures Performed

In order to achieve the objectives of the Pension Benefits Analysis, we performed the following procedures:

1. Obtained Purdue's Pension Plan document and other relevant information from Purdue for the purposes of quantifying the amount of Pension Benefits paid or owed to the Sackler Family members.

2. Identified the Sackler Family members referenced in these documents who received Pension Benefits or will become eligible to receive Pension Benefits.

3. Confirmed with Purdue's Director of Benefits and HRIS that no other Sackler Family members were or are eligible for Pension Benefits under Purdue's Pension Plan.

4. Reviewed and analyzed Deloitte's Pension Benefit calculation worksheets.

5. Reviewed Purdue's Pension Plan document in order to determine if the Sackler Family members who have been paid out under Purdue's Pension Plan as well as those who will receive future benefits appear eligible as defined in Purdue's Pension Plan document.

**Alix**Partners

# Exhibit I - Travel and Expense Reimbursements Detailed Procedures Performed

# Exhibit I — T&E Reimbursements, Detailed Procedures Performed

In order to achieve the objectives of the T&E Spend Analysis, we performed the following procedures:

1. Requested T&E report-level data for all Purdue T&E reimbursements paid on or after January 1, 2008 from Purdue's Controller and Assistant Manager of Corporate Travel.
   - Purdue was the only Purdue entity that paid T&E reimbursements to or on behalf of the Sackler Family members.
   - Purdue had records available for T&E reimbursements submitted through the current T&E system, Databasics, starting in April 2011. T&E reimbursement information prior to April 2011 has been archived and was not available.

2. Identified the Sackler Family members who submitted expense reports in Purdue's T&E system, Databasics, which went live in April 2011. No T&E reimbursements had been submitted by or paid to the Sackler Family members through the T&E reporting system after December 31, 2018.

3. Requested individual line-item detail within expense reports for the Sackler Family members from Purdue's Assistant Manager of Corporate Travel. Reviewed transactions and summarized expenses by year, expense category (as defined by Purdue), Sackler Family member name, and reimbursement type (paid American Express company credit card vs. reimbursed a Sackler Family member directly).[1]
   - Expense categories were taken directly from Purdue's T&E reporting system and relied on.
   - Reviewed receipts/supporting documentation submitted through Databasic with T&E reports for approximately 73% of the total dollar amount of reimbursements made to or for the benefit of the Sackler Family members.  Criteria used for selections can be found on the following page.
     - Selected 343 items included in the T&E reports totaling approximately $849,000 to determine if the expense reports contained documentation supporting the T&E reimbursements.
     - Of the 343 expenses selected, 341 (or 99.4%) items included underlying receipts/supporting documentation. This represented 99.97% of the total dollar amount of T&E reimbursements selected for review.
   - No assessment of the business reasonableness of the expenses was made.
   - No assessment of whether expenses were in compliance with Purdue's T&E policies was made.

---

[1] Sackler Family members were issued American Express Corporate Credit Cards in their own names, which Purdue paid directly to American Express upon submission of expense reports. Purdue also issued Procurement Cards to various employees, however, none were issued to Sackler Family members.

# Exhibit I − T&E Reimbursements, Detailed Procedures Performed

4. Criteria for selecting the receipts/supporting documentation from Purdue's T&E reporting system for review was as follows:

| Category | Selection Criteria |
|---|---|
| **Airline** | Amounts over $5,000 |
| **HCP (Health Care Professional)** | Amounts over $500 |
| **Hotel** | |
| Due to Employee | Amounts over $500 |
| Due to Card | Amounts over $1,000 |
| **Meals (Self)** | |
| Due to Employee | Amounts over $100 |
| Due to Card | Amounts over $100 |
| **Meals and Entertainment** | |
| Due to Employee | Amounts over $500 |
| Due to Card | Amounts over $500 |
| **Taxi/Car/Ground Transportation** | |
| Due to Employee | Amounts over $400 |
| Due to Card | Amounts over $400 |
| **Miscellaneous** | |
| Due to Employee | Amounts over $300 |
| Due to Card | Amounts over $300 |

5. Identified payments made directly to the Sackler Family members recorded as T&E reimbursements in Purdue's SAP accounts payable ledger on or after January 1, 2008. No T&E reimbursements had been submitted by or paid to the Sackler Family members through accounts payable after March 31, 2019.

**Alix**Partners    313

# Exhibit I — T&E Reimbursements, Detailed Procedures Performed

6. Reviewed documentation in SAP supporting T&E reimbursements paid through accounts payable, and assigned an expense category to each T&E reimbursement to the extent sufficient detail was available in Purdue's SAP accounting system.

   - Purdue's SAP accounting system included invoices, other supporting documentation and/or descriptions for approximately 87% of the total dollar amount of T&E reimbursements paid to the Sackler Family members through accounts payable.

7. Obtained and reviewed Purdue's Travel Policy and Procedures in effect during the years 2008 through 2018.

8. Held meetings and/or communicated with Purdue employees regarding the T&E policy and reimbursement process and to gain an understanding of the accounting for and quantification of T&E reimbursements paid by Purdue.

   - A list of the Purdue employees we met with and/or communicated with about T&E reimbursements is included in Appendix A.

**Alix**Partners

# XI. Appendix

# Index of Appendices

| | |
|---|---|
| **Appendix A**   Detailed List of Sources Relied Upon | 317 |
| **Appendix B**   List of the Sackler Family Members | 323 |
| **Appendix C**   Purdue Organizational Charts and Ownership Structure | 325 |
| **Appendix D**   Purdue Company Names and SAP Account Information | 340 |
| **Appendix E**   Rhodes Organizational Charts and Ownership Structure | 345 |
| **Appendix F**   Rhodes Company Names and SAP Account Information | 349 |

**Alix**Partners

# Appendix A – Detailed List of Sources Relied Upon

# Appendix A — Detailed List of Sources Relied Upon

In order to achieve the objectives of the Cash Transfers of Value Analysis, we accessed and reviewed various types of sources of information from Purdue, TXP and One Stamford Realty that we used and relied on when performing our procedures.

**1. Entity Organizational Charts**

- Organizational charts for the Purdue and Rhodes entities and certain Affiliated Entities.

**2. SAP Accounting System Information**

- SAP company numbers and names, and chart of accounts: Financial Tables.xlsx.

- SAP general ledger detail.

- SAP master vendor table.

- SAP accounts payable ledger.

- SAP accounts receivable ledger.

- SAP cost center detail and list of customer codes.

# Appendix A — Detailed List of Sources Relied Upon

**3. Purdue Internally Prepared Distribution Reports**

- The October 19, 2018 MDL Presentation.

- Purdue's Internal Distribution Analysis (see Excel file named: Distributions 1995 to 2017 Actuals v7.xlsx).

- Purdue's Notes Receivable schedule of historical activity (see Excel file named: PRALP-PPLP Notes Receivable Historical Activity through 7.31.2019v2.xlsx).

- Rhodes's Internal Distribution Analysis (see Excel files below):

  o Coventry History — Cash Flow Statement_since inception 2018 Revised_05202019.xlsx.

  o Coventry Tax Distributions LTD 2008 — 2018.xlsx.

**4. Financial Statements**

- Purdue's audited financial statements for the years ended December 31, 2008 through December 31, 2017, and unaudited financial statements for the year ended December 31, 2018.[1]

- Purdue and Rhodes's combined audited financial statements for the years ended December 31, 2014 through 2015.

- Rhode's audited financial statements for the year ended December 31, 2016.

- Internal financial statements, reports and/or SAP accounting records for PPLP, Rhodes, PPI, PLP Associates Holdings Inc. and other Affiliated Entities whose books and records are maintained in the same SAP accounting system as Purdue's.

---

[1] For the year ended December 31, 2018, aud t fieldwork has largely been completed, but the audited financial statements have not been finalized due to the pending court appointment of Ernst & Young LLP as Purdue's auditors.

# Appendix A — Detailed List of Sources Relied Upon

## 5. Purdue's Accounting and Approval Documentation

- Treasury department's records with transaction information and other accounting records.

- Wire instructions, bank statements, weekly bank transaction reports and bank account check clearing reconciliations.

- Written Consents and other documents from the general partners authorizing distributions.

- Other accounting records and approval documentation available in the SAP accounting system.

- Tax calculations by Purdue's Tax Department (now TXP).

- Information obtained from discussions and communications with Purdue and TXP employees.

## 6. State Complaints

- Complaints filed by various states against Purdue and/or the Sackler Family members:

| State | Original/Amended | Date of Complaint |
|---|---|---|
| Connecticut | Amended | May 6, 2019 |
| Indiana | Original | May 21, 2019 |
| Iowa | Original | May 16, 2019 |
| Kansas | Original | May 16, 2019 |
| Maryland | Original | May 16, 2019 |
| Massachusetts | Amended | January 31, 2019 |
| New Jersey | Original | May 30, 2019 |
| New York | Amended | March 28, 2019 |
| Oklahoma | Original | June 30, 2017 |
| Oregon | Original | September 18, 2018 |
| Pennsylvania | Original | May 15, 2019 |
| West Virginia | Original | May 16, 2019 |
| Wisconsin | Original | May 16, 2019 |

**AlixPartners**

# Appendix A – Detailed List of Sources Relied Upon

## 7. Payroll Records

- Purdue payroll report detail.

## 8. Legal Expense Reports Prepared by Purdue's Legal Operations Department

- File provided by Legal Operations containing expenses paid to law firms that represent Sackler Family members under the Corporate Indemnity Policy.  These reports listed the name of each law firm paid and the amounts invoiced to Purdue and did not include any detail as to the work performed.

- File describing all of Purdue's corporate policies and requirements related to legal invoice processing.

- Copy of the Directors and Officers liability insurance policy.

- Minutes from the November 19, 2004 Board of Directors meeting of PPI, at which time the Corporate Indemnity Policy was adopted.  The full text of the Corporate Indemnity Policy is incorporated into the minutes from that meeting.

## 9. Pension Records

- Pension Benefit Calculation Worksheets prepared by Deloitte.

- Purdue's Pension Plan Document.

# Appendix A — Detailed List of Sources Relied Upon

## 10. Purdue Expense Reports

- Purdue's T&E reports from Databasics from April 2011 through December 31, 2018, including individual line-items from expense reports and available supporting documentation.

- Purdue's SAP account payable detail and available supporting documentation related to expense reimbursements from January 1, 2008 through December 31, 2018.

- Purdue's Travel Policy and Procedures in effect during the years 2008 through 2018.

- Transaction detail related to Purdue's cellular phone plan costs.

- Transaction detail related to Purdue's fleet vehicle costs, personal service employees expenses and the reimbursements of such.

## 11. Meetings with employees of Purdue, PPI, Rhodes, TXP and One Stamford Realty

| Title | Company | Category |
|---|---|---|
| Associate General Counsel | PPLP | Compensation, Legal, and Pension |
| Sr. Manager, Payroll Services | PPLP | Compensation |
| Controller | PPLP | Cash Distributions and Travel & Expense |
| Assistant Manager of Corporate Travel | PPLP | Travel & Expense |
| Director of Law Department Operations | PPLP | Legal |
| Director, Benefits and HRIS | PPLP | Pension |
| Associate Director, SG&A Finance | PPLP | Travel & Expense |
| Senior Vice President and Chief Financial Officer | PPLP and PPI | Cash Distributions, Compensation, Legal and Pension |
| Senior Legal Analyst | PPLP | Legal |
| Associate General Counsel | PPLP | Legal |
| Treasurer & Director Business Development Finance | PPLP | Cash Distributions |
| Vice President Finance | Rhodes | Cash Distributions |
| Associate Treasury Analyst | TXP | Fringe Benefits |
| Transactions and Compliance Manager | TXP | Cash Distributions |
| Director, Finance and Accounting | TXP | Cash Distributions, Compensation and Travel & Expense |
| Vice President of Finance for PRALP | TXP | Fringe Benefits |
| Associate Director, Tax | TXP | Cash Distributions |
| Accounting Services, Manager | TXP | Travel & Expense |
| Associate Director | One Stamford Realty | Fringe Benefits |

**AlixPartners**

**Alix**Partners

# Appendix B - List of the Sackler Family Members

# Appendix B - List of Sackler Family Members

| Name | Purdue Director Begin Date | Purdue Director End Date |
|------|---------------------------|--------------------------|
| Jonathan D. Sackler | 10/2/1990 | 12/8/2018 |
| Ilene Sackler Lefcourt | 10/2/1990 | 10/9/2018 |
| Kathe A. Sackler | 10/2/1990 | 9/27/2018 |
| Richard S. Sackler | 10/2/1990 | 7/24/2018 |
| Raymond R. Sackler | 10/2/1990 | 7/17/2017 |
| Mortimer D. Sackler | 10/2/1990 | 3/24/2010 |
| Mortimer D.A. Sackler | 1/15/1993 | 1/16/2019 |
| Theresa E. Sackler | 1/15/1993 | 9/7/2018 |
| Beverly Sackler | 1/15/1993 | 10/17/2017 |
| Samantha (Sackler) Hunt | 1/15/1993 | 3/8/2003 |
| David A. Sackler | 7/19/2012 | 8/14/2018 |

| Family Member | Relationship | Title at Purdue (if applicable) |
|---------------|--------------|--------------------------------|
| Mark Sackler | | Delphian Sales Manager |
| Karen Lefcourt-Taylor | | Consultant |
| Jeffrey Lefcourt | | Consultant |
| Marianna Sackler | Daughter of Richard S. Sackler | Consultant |
| Henry Sackler | | |
| Miles Sackler | | Summer Intern |
| Rebecca Sackler | Daughter of Richard S. Sackler | Consultant |
| Benjamin Shack-Sackler | Son of Kathe A. Sackler | Summer Intern |
| Julia Shack-Sackler | Daughter of Kathe A. Sackler | Summer Intern |
| Muriel Sackler | Wife of Mortimer D. Sackler | |
| Susan Sackler | Wife of Kathe A. Sackler | |
| Ben Taylor | Husband of Karen Lefcourt-Taylor | |
| Beth Sackler | Ex-wife of Richard S. Sackler | |

Source: Purdue's Legal Department

**Alix**Partners

**AlixPartners**

# Appendix C - Purdue Organizational Charts and Ownership Structure

# Appendix C - Purdue Pharma L.P. Subsidiaries, January 1, 2008 through February 14, 2008



\* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

\*\* The preferred stock has been characterized as Preferred Stock A and Preferred Stock B   Bulla S àr 1 holds 100% of Preferred Stock A and Lymit Holdings S àr 1 holds 100% of Preferred Stock B   The percentages represent the total preferred stock

Source: Purdue's Organizational Charts

**Alix**Partners    326

# Appendix C - Purdue Pharma L.P. Subsidiaries, February 15, 2008 through December 31, 2008



* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

**Partner has no equity interest in LLP, rather the Partner receives a service fee for acting as a Partner

*** The preferred stock has been characterized as Preferred Stock A and Preferred Stock B   Bulla S àr l holds 100% of Preferred Stock A and Lymit Holdings S àr l holds 100% of Preferred Stock B   The percentages represent the total preferred stock

**** Effective as of January 1, 2008, New Suffolk Holdings LLP will invest up to €30 7 million as a silent partner in Mundipharma Vertriebsgesellschaft mbH & Co  KG  This silent partnership ends on December 31, 2030

# Appendix C - Purdue Pharma L.P. Subsidiaries, January 1, 2009 through April 29, 2010



* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

**Partner has no equity interest in LLP, rather the Partner receives a service fee for acting as a Partner

*** The preferred stock has been characterized as Preferred Stock A and Preferred Stock B    Bulla S är l holds 100% of Preferred Stock A and Lymit Holdings S är l holds 100% of Preferred Stock B    The percentages represent the total preferred stock

**** Effective as of January 1, 2008, New Suffolk Holdings LLP will invest up to €30 7 million as a silent partner in Mundipharma Vertriebsgesellschaft mbH & Co  KG   This silent partnership ends on December 31, 2030

AlixPartners    328

# Appendix C - Purdue Pharma L.P. Subsidiaries, April 30, 2010 through April 8, 2013



* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

# Appendix C - Purdue Pharma L.P. Subsidiaries, April 9, 2013 through July 8, 2014



* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

# Appendix C - Purdue Pharma L.P. Subsidiaries, July 9, 2014 through September 1, 2014



* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

# Appendix C - Purdue Pharma L.P. Subsidiaries, September 2, 2014 through December 17, 2015



* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

Source: Purdue's Organizational Charts

**AlixPartners**    332

# Appendix C - Purdue Pharma L.P. Subsidiaries, December 18, 2015 through November 20, 2017



* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

Source: Purdue's Organizational Charts

**Alix**Partners    333

# Appendix C - Purdue Pharma L.P. Subsidiaries, November 21, 2017 through August 19, 2018



* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

** Name changes effective December 28, 2017

Source: Purdue's Organizational Charts

**Alix**Partners                334

# Appendix C - Purdue Pharma L.P. Subsidiaries, August 20, 2018 through September 10, 2018



* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner
** Purdue Pharma Inc   replaces Purdue Manufacturing Inc   as general partner effective August 23, 2018

Source: Purdue's Organizational Charts

**Alix**Partners    335

# Appendix C - Purdue Pharma L.P. Subsidiaries, September 11, 2018 through October 29, 2018



* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

**Alix**Partners    336

# Appendix C - Purdue Pharma L.P. Subsidiaries, October 30, 2018 through May 27, 2019



* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

Source: Purdue's Organizational Charts

# Appendix C - Purdue Pharma L.P. Ownership and Subsidiaries, May 28, 2019 to Present



* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

** Partner has no equity interest in LLP, rather the Partner receives a service fee for acting as a Partner

*** BR Holdings Associates Inc  is the general partner of  Pharmaceutical Research Associates L P ; Purdue Pharma Inc  , PLP Associates Holdings Inc  and PLP Associates Holdings L P  are the limited partners of Pharmaceutical Research Associates L P

# Appendix C — Current Purdue Pharma L.P. Ownership and Subsidiaries



\*    General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

\*\*    Partner has no equity interest in LLP, rather the Partner receives a service fee for acting as a Partner

\*\*\*    BR Holdings Associates Inc is the general partner of Pharmaceutical Research Associates L P ; Purdue Pharma Inc , PLP Associates Holdings Inc and PLP Associates Holdings L P are the limited partners of Pharmaceutical Research Associates L P

**Alix**Partners    339

**AlixPartners**

# Appendix D – Purdue Company Names and SAP Account Information

# Appendix D - Cash Distribution Testing Selections — Purdue's SAP Company Names

| Company Number | Company Name | Description |
|---|---|---|
| 208 | Purdue Pharma L.P. | |
| 301 | Purdue Pharma Inc. | General Partner of Purdue Pharma L.P. |
| 401 | PLP Associates Holdings L.P. | Limited Partner of Purdue Holdings L.P. (name changed in 2018 to PRA L.P.) |
| 402 | PLP Associates Holdings Inc. | General Partner of Purdue Holdings L.P. (name changed in 2018 to PRA L.P.) |
| 408 | RSJ Company L.P. | Limited Partner of Mudipharma KK (Japan) |
| 413 | BR Holdings Associates L.P. | Limited Partner of PLP Associates Holdings L.P. |
| 414 | BR Holdings Associates Inc. | General Partner of BR Holdings Associates L.P. |
| 416 | Purdue Holdings L.P. (name changed in 2018 to PRA L.P.) | Limited Partner of Purdue Pharma L.P. |
| NA | Rosebay Medical Company L.P. | Limited Partner of BR Holdings Associates L.P. (50%) |
| NA | Beacon Company | Limited Partner of BR Holdings Associates L.P. (50%) |
| NA | Mexcus Corporation | Affiliated Entity (Ex-US) |
| NA | Maltus Corporation | Affiliated Entity (Ex-US) |
| NA | Mundipharma KK | Affiliated Entity (Ex-US) |
| NA | Clovio Corp. | Affiliated Entity (Ex-US) |
| NA | Lucien Holdings S.ar.l. | Affiliated Entity (Ex-US) |

**Note:** The books and records for these entities are not maintained in the same SAP accounting system as Purdue.

For a complete listing of company numbers and names maintained in the same SAP accounting system as Purdue refer to the excel file named Financial Tables.xlsx.

**AlixPartners**

# Appendix D - Cash Distribution Testing Selections — Purdue's SAP Account Descriptions

| SAP Number | Account Type | SAP "Short Text" |
|---|---|---|
| 100010 | Asset - Cash | Cash Concentration |
| 102208 | Due from Associated Company | Purdue Pharma L.P. |
| 102301 | Due from Associated Company | Purdue Pharma Inc. |
| 102401 | Due from Associated Company | PLP Assoc Holdings |
| 102413 | Due from Associated Company | BR Holdings Assoc L.P. |
| 102416 | Due from Associated Company | Purdue Holdings L.P. |
| 107401 | Long Term Asset | Invest. PLP Asc. Hold |
| 107204 | Long Term Asset | Invest - Purdue |
| 107408 | Long Term Asset | Invest. RSJ Com LLC |
| 107416 | Long Term Asset | Invest — PH L.P. |

For a complete listing of account numbers and names maintained in the same SAP accounting system as Purdue refer to the excel file named Financial Tables.xlsx.

**AlixPartners**

# Appendix D - Cash Distribution Testing Selections — Purdue's SAP Account Descriptions

| SAP Number | Account Type | SAP "Short Text" | Description |
|---|---|---|---|
| 302042 | Equity Account | Dist #42 PP Inc | Distribution to Purdue Pharma Inc. |
| 302045 | Equity Account | Dist #45 PH L.P. | Distribution to Purdue Holdings L.P. |
| 302044 | Equity Account | Dist #44 PLPAH L.P. | Distribution to PLP Associates Holdings Inc. |
| 302032 | Equity Account | Capital #32 Dist BR | Distribution to BR Holdings Associates L.P. |
| 1018449 | Vendor | BEACON TRUST COMPANY | SAP Number = Vendor Number |
| 1004240 | Vendor | UNITED STATES TREASURY | SAP Number = Vendor Number |
| 1032548 | Vendor | CLOVIO CORP | SAP Number = Vendor Number |
| 1019140 | Vendor | LUCIEN HOLDINGS SARL | SAP Number = Vendor Number |
| 1016497 | Vendor | ROSEBAY MEDICAL COMPANY LP | SAP Number = Vendor Number |
| 1029154 | Vendor | BEACON CO | SAP Number = Vendor Number |
| 1033027 | Vendor | MALTUS CORPORATION | SAP Number = Vendor Number |
| 1033026 | Vendor | MEXCUS CORPORATION | SAP Number = Vendor Number |

For a complete listing of account numbers and names maintained in the same SAP accounting system as Purdue refer to the excel file named Financial Tables.xlsx.

**AlixPartners**

# Appendix D – SAP Screenshot Guide for Purdue



**Document Date:** Date on which the original document (such as an invoice) was issued.

**Document Number:** Unique transaction identification number.

**Company Code:** Identifies the entity where the transaction is entered.

**Text:** Field where a description for the transaction can be provided (not required).

**Posting Date:** Date on which the entry was created.

**Account:** Identifies the general ledger accounts that are impacted by the transaction.

**Account:** Value of the transaction.

```
Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100050281      Company Code   208         Fiscal Year   2009
Doc. Date      17.03.2009     Posting Date   16.03.2009   Period        03
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 03102009 to 03162009
```

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 176 | 50 | 100010 | Cash Concentration | | GEN | | | 500.000,00- | I/C PPLP TO PURDUE PHARMA TECHNOLOGIES, INC. |
| 177 | 50 | 100010 | Cash Concentration | | GEN | | | 497.457,00- | FUNDING to PURDUE PHARMA, INC. |
| 178 | 50 | 100010 | Cash Concentration | | GEN | | | 495.264,00- | FUNDING to PLP ASC. HOLDINGS, INC. |
| 179 | 50 | 100110 | Lockbox Clearing | | GEN | | | 467.234,06- | AR LOCKBOX |

Source: SAP General Ledger detail

**AlixPartners**   344

**AlixPartners**

# Appendix E — Rhodes Organizational Charts and Ownership Structure

# Appendix E — Rhodes Ownership and Subsidiaries Effective January 1, 2008 through August 19, 2018



*General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

**Managing General Partner has no equity interest in G P , rather the Managing General Partner receives a service fee for acting as Managing General Partner

**AlixPartners**    346

# Appendix E — Rhodes Ownership and Subsidiaries Effective August 20, 2018 through May 27, 2019



*General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

**Managing General Partner has no equity interest in G P , rather the Managing General Partner receives a service fee for acting as Managing General Partner

AlixPartners    347

# Appendix E — Rhodes Ownership and Subsidiaries Effective May 28, 2019 to Present



* General Partner has no equity interest in L P , rather the General Partner receives a service fee for acting as General Partner

** Partner has no equity interest in LLP, rather the Partner receives a service fee for acting as a Partner

*** BR Holdings Associates Inc  is the general partner of  Pharmaceutical Research Associates L P ; Purdue Pharma Inc , PLP Associates Holdings Inc  and PLP Associates Holdings L P  are the limited partners of Pharmaceutical Research Associates L P

**Alix**Partners

# Appendix F – Rhodes Company Names and SAP Account Information

# Appendix F - Rhodes Cash Distribution and Capital Contribution Testing Selections — SAP Company Names

| Company Number | Company Name | Description |
|---|---|---|
| 208 | Purdue Pharma L.P. | |
| 227 | Rhodes Technologies | |
| 230 | Coventry Technologies L.P. | |
| 250 | Rhodes Pharmaceuticals L.P. | |
| 301 | Purdue Pharma Inc. | General Partner of Purdue Pharma L.P. |
| 401 | PLP Associates Holdings L.P. | Limited Partner of Purdue Holdings L.P. (name changed in 2018 to PRA L.P.) |
| 402 | PLP Associates Holdings Inc. | General Partner of Purdue Holdings L.P. (name changed in 2018 to PRA L.P.) |
| 413 | BR Holdings Associates L.P. | Limited Partner of PLP Associates Holdings L.P. |
| 414 | BR Holdings Associates Inc. | General Partner of BR Holdings Associates L.P. |
| 416 | Purdue Holdings L.P. (name changed in 2018 to PRA L.P.) | Limited Partner of Purdue Pharma L.P. |
| NA | Rosebay Medical Company L.P. | Limited Partner of BR Holdings Associates L.P (50%) |
| NA | Beacon Company | Limited Partner of BR Holdings Associates L.P (50%) |

**Note:** The books and records for these entities are not maintained in the same SAP accounting system as Purdue and Rhodes.

For a complete listing of company numbers and names maintained in the same SAP accounting system as Purdue and Rhodes refer to the excel file named Financial Tables.xlsx.

**AlixPartners**

# Appendix F - Rhodes Cash Distribution and Capital Contribution Testing Selections – SAP Account Descriptions

| SAP Number | Account Type | SAP "Short Text" |
|---|---|---|
| 100010 | Asset - Cash | Cash Concentration |
| 102208 | Due from Associated Company | Purdue Pharma L.P. |
| 102227 | Due from Associated Company | Rhodes Technologies |
| 102230 | Due from Associated Company | Coventry Technologies LLC |
| 102250 | Due from Associated Company | Rhodes Pharmaceuticals LP |
| 102301 | Due from Associated Company | Purdue Pharma Inc. |
| 102401 | Due from Associated Company | PLP Assoc Holdings |
| 102413 | Due from Associated Company | BR Holdings Assoc L.P. |
| 102416 | Due from Associated Company | Purdue Holdings L.P. |
| 107401 | Long Term Asset | Investment PLP Associates Holding LP |

For a complete listing of account numbers and names maintained in the same SAP accounting system as Purdue and Rhodes refer to the excel file named Financial Tables.xlsx.

**AlixPartners**    351

# Appendix F - Rhodes Cash Distribution and Capital Contribution Testing Selections — SAP Account Descriptions

| SAP Number | Account Type | SAP "Short Text" |
|---|---|---|
| 107204 | Long Term Asset | Investment Purdue |
| 107416 | Long Term Asset | Investment in Purdue Holdings LP |
| 301026 | Equity Account | Capital #26 Contribution Reigo Company |
| 301027 | Equity Account | Capital #27 Distribution Rosebay |
| 302026 | Equity Account | Capital #26 Distribution Beacon Company |
| 302042 | Equity Account | Distribution #42 Purdue Pharma Inc. |
| 302045 | Equity Account | Distribution #45Purdue Holdings LP |
| 302044 | Equity Account | Distribution #44 PLP Assoc. Holdings LP |
| 302032 | Equity Account | Capital #32 Distribution BR |
| 1016497 | Vendor | ROSEBAY MEDICAL COMPANY LP |
| 1029154 | Vendor | BEACON CO |

For a complete listing of account numbers and names maintained in the same SAP accounting system as Purdue and Rhodes refer to the excel file named Financial Tables.xlsx.

**AlixPartners**    352

# Appendix F - SAP Screenshot Guide for Rhodes Technologies



**Document Number:** Unique transaction identification number.

**Document Date:** Date on which the original document (such as an invoice) was issued.

**Company Code:** Identifies the entity where the transaction is entered.

**Text:** Field where a description for the transaction can be provided (not required).

Doc.Type : SA ( G/L account document ) Normal document
Doc. Number    100029607       Company Code    227        Fiscal Year    2011
Doc. Date      12/12/2011      Posting Date    12/08/2011  Period         12
Calculate Tax  ☐
Doc. Currency  USD
Doc. Hdr Text  CTW 12062011 to 12082011

| Itm | PK | Account | Account short text | Cost Ctr | Profit Ctr | Order | Tx | Amount | Text |
|-----|----|---------|--------------------|----------|------------|-------|----|--------|------|
| 1 | 40 | 102230 | Coventry Tech. LLC | | GEN | | | 25,000,000.00 | FUNDING to COVENTRY TECHNOLOGIES LLC |
| 2 | 40 | 201150 | Payroll Suspense | | GEN | | | 802,328.85 | PAYROLL PAYMENT |
| 3 | 40 | 100040 | Chase Control ZBA | | GEN | | | 191,806.91 | CONTROL DISBURSEMENT ACCOUNT FUNDING |
| 4 | 40 | 100040 | Chase Control ZBA | | GEN | | | 106,816.54 | CONTROL DISBURSEMENT ACCOUNT FUNDING |
| 5 | 40 | 100040 | Chase Control ZBA | | GEN | | | 10,894.94 | CONTROL DISBURSEMENT ACCOUNT FUNDING |
| 6 | 40 | 100010 | Cash Concentration | | GEN | | | 357.09 | MISCELLANEOUS BANK DEPOSIT |
| 7 | 50 | 100010 | Cash Concentration | | GEN | | | 25,000,000.00- | FUNDING to COVENTRY TECHNOLOGIES LLC |

**Posting Date:** Date on which the entry was created.

**Account:** Value of the transaction.

**Account:** Identifies the general ledger accounts that are impacted by the transaction.

Source: SAP General Ledger detail

**Alix**Partners   353

**Alix**Partners

# XII. Disclaimer and Statement of Limiting Conditions

# XII. Disclaimer and Statement of Limiting Conditions

This Cash Transfers of Value Report and the related analysis has been prepared at the direction of the Special Committee and Counsel. THIS CASH TRANSFERS OF VALUE REPORT IS NOT INTENDED TO BE RELIED UPON BY ANY PARTY OTHER THAN PURDUE, PPI, RHODES, THE SPECIAL COMMITTEE OR COUNSEL, OR INDUCE ACTION BY ANY PARTY.

The information contained herein is based upon financial and other data provided to AlixPartners by Counsel, the management and staff of Purdue, PPI, Rhodes, TXP and One Stamford Realty, and publicly available information, which was available and reviewed as of the date of this Cash Transfers of Value Report. The depth of the analyses may be limited in some respects due to the extent and sufficiency of available information. AlixPartners further relied on the assurance of Counsel and management and staff of Purdue, PPI, Rhodes, TXP and One Stamford Realty that they were unaware of any facts that would make the information provided to AlixPartners incomplete or misleading.  In preparing this Cash Transfers of Value Report, AlixPartners has assumed, without any independent verification, the accuracy and completeness of all information available from public sources, Counsel, Purdue, PPI, Rhodes, TXP and One Stamford Realty or which was otherwise provided to us.

AlixPartners has not subjected the information contained herein to an examination in accordance with generally accepted auditing or attestation standards. Had AlixPartners performed such an examination, certain matters might have come to our attention that may have caused us to report different findings and observations herein. Accordingly, AlixPartners cannot and does not express an opinion on the information and does not assume any responsibility for the accuracy or correctness of the underlying financial or other data, information and assessments upon which this Cash Transfers of Value Report is based. The analysis performed was on a "level-of-effort" basis; that is, the depth of our analyses and extent of our authentication of the information may be limited in some respects due to the extent and sufficiency of available information, time constraints dictated by the circumstances, and other factors. Additionally, AlixPartners is not licensed to provide legal advice. Accordingly, nothing in this Cash Transfers of Value Report should be construed as legal advice or opinion.

Many of the observations included in this Cash Transfers of Value Report are based upon representations, both written and verbal, made by Counsel and employees of Purdue, PPI, Rhodes, TXP and One Stamford Realty.  We give no assurances as to the accuracy of these representations and are not responsible whatsoever for misrepresentations made, if any.  Information in this Cash Transfers of Value Report is non-public and considered highly confidential by Counsel and Purdue. Amounts included throughout this Cash Transfers of Value Report represent approximates and may include rounding differences.

This Cash Transfers of Value Report is incomplete without AlixPartners's accompanying verbal presentation and is based on the information and documents reviewed as of the date of this Cash Transfers of Value Report, and review of any additional documents may change the information included herein. The information in this Cash Transfers of Value Report reflects conditions and the views of AlixPartners as of this date, all of which are subject to change. AlixPartners undertakes no obligation to update or provide any revisions to this Cash Transfers of Value Report to reflect events, circumstances or changes that occur after the date this Cash Transfers of Value Report was prepared. Neither this Cash Transfers of Value Report nor any of its contents may be copied, reproduced, disseminated, quoted or referred to in any presentation, agreement or document with or without attribution to AlixPartners.

# **Alix**Partners

**WHEN IT REALLY MATTERS.**

©2019 AlixPartners, LLP.

## **Appendix B**

**Curriculum Vitae**

**APPENDIX B**



## Richard Collura

rcollura@alixpartners.com

+1 212 561 4146

+1 646 235 6870

## Professional History and Education

Richie has 25 years of experience in providing forensic accounting, investigative, dispute consulting, expert witness and auditing services. He has worked with counsel to represent companies, boards of directors, audit committees, special committees, creditors' committees, lenders and equity holders.

Richie specializes in conducting large-scale financial investigations and providing complex forensic accounting services. He also has extensive experience providing forensic accounting, expert witness and litigation-related services in connection with bankruptcy cases and distressed company situations.

His wide-ranging industry experience includes energy, financial services, healthcare, insurance, manufacturing, media and communications, real estate, retail, and RMBS.

Starting in 2010, Richie worked at Zolfo Cooper, which was acquired by AlixPartners in 2018. Prior to that, he worked at FTI Consulting and Protiviti. Richie started his career in the audit practice of Ernst & Young. He holds a B.S. in accounting from Fordham University. He is a Certified Public Accountant, Certified Insolvency and Restructuring Advisor, Certified Fraud Examiner, and is certified in financial forensics by the AICPA.

## Relevant Experience

- Richie has extensive experience uncovering financial and accounting fraud schemes, investigating allegations related to misappropriation of assets, conducting fact finding investigations, performing flow of funds and cash tracing analyses, analyzing intercompany accounts, identifying undisclosed related party transactions, investigating allegations related to alter ego and veil piercing, and quantifying damages.

- Richie has been involved in large, complex bankruptcy cases involving insider investigations, preference and fraudulent conveyance actions, solvency issues, valuation disputes, breach of fiduciary duty claims, intercompany and inter-creditor disputes, equitable subordination and loan recharacterization.

  - Forensic accountant to the special committee of the board of directors of Purdue Pharma Inc. (Ch. 11)

  - Forensic accountant to the UCC of Boy Scouts of America, Century 21 Department Stores, Chesapeake Energy, Commonwealth of Puerto Rico, Exide Holdings, Fusion Connect, Haggen Holdings, Modell's Sporting Goods, Murray Energy, New Century Financial Corporation, New Stream Secured Capital and Trident Holding Company

  - Forensic accountant/expert witness for independent directors of the board of directors of Mission Coal (Ch.11)

  - Forensic accountant to independent director of the board of directors of Cenveo (Ch. 11)

  - Financial advisor to independent directors of the board of directors of Maxus Energy (Ch. 11)

  - Financial advisor to Ambac Assurance in connection with alter ego and veil piercing claims against BofA and Countrywide

  - Forensic accountant/expert witness for the Unencumbered Assets Trust and VI/XII Collateral Trust (NCFE Ch. 11)

**AlixPartners**    1

APPENDIX B

## Expert Report and Testimony Experience

➢ *Expert Report (December 2019) in re: Purdue Pharma L.P., et al., pending Chapter 11 Case No. 19-23649 (RDD), United States Bankruptcy Court, Southern District of New York*

- Retained as financial advisors and forensic accountants by counsel to the Special Committee of the Board of Directors of Purdue Pharma Inc., conducted an independent investigation, and then issued expert report identifying and quantifying cash transfers of value made by the Debtors to or for the benefit of parent entities, shareholders and/or Sackler Family members, and/or any other entity in which beneficial owners or Sackler Family members own a controlling interest, including the following types of transactions:
  - i.   Cash distributions;
  - ii.  Compensation;
  - iii. Legal expenses;
  - iv.  Pension benefits;
  - v.   Travel and expense reimbursements; and
  - vi.  Fringe benefits.

➢ *Expert Testimony (April 2019) in re: Mission Coal Company, LLC, et al., Chapter 11 Case No. 18-04177(TOM), United States Bankruptcy Court, Northern District of Alabama*

- Retained as financial advisors and forensic accountants by counsel to the Independent Directors of Mission Coal's Board of Directors, and then provided deposition and expert testimony at Plan Confirmation (April 2019) regarding the quantification of potential causes of action against insiders and third-party lenders, including:
  - i.    Breach of fiduciary duty;
  - ii.   Constructive fraudulent transfer;
  - iii.  Intentional fraudulent transfer;
  - iv.   Equitable subordination;
  - v.    Loan recharacterization;
  - vi.   Preference;
  - vii.  Negligence and gross negligence; and
  - viii. Veil piercing and alter ego.

**AlixPartners**    2

## Expert Report and Testimony Experience (continued)

➤ *Expert Report (February 2015) in re: Cambridge Petroleum Holding, Inc. vs. LUKOIL Americas Corporation, Supreme Court of the State of New York, County of New York, Case No. 650081/2012*

- Retained by counsel to LUKOIL Americas Corporation and issued an expert report relating to the:
    - i. Types of notes and disclosures that are usually included in financial statements that are prepared in accordance with GAAP; and
    - ii. Appropriate accounting treatment for a seller's sale of assets pursuant to GAAP.

➤ *Fact-finding Report (September 2014) in re: Lehman Brothers International (Europe) (In Administration) and in the matter of the Insolvency Act 1986,* In the High Court of Justice Chancery Division Companies Court, Waterfall II Application No. 7942 of 2008

- Retained by counsel to Wentworth Sons Sub-Debt S.a.r.l, LB Holdings Intermediate 2 Limited, King Street Capital Management L.P. and Elliott Management Corporation and co-issued fact-finding report for the Wentworth joint venture related to analyzing default rate information pertaining to:
    - i. LBIE ISDA Master Agreement Guaranty Claims filed against Lehman Brothers Holdings Inc.; and
    - ii. ISDA Master Agreement claims filed against Lehman Brothers Special Financing, Inc.

➤ *Expert Report (January 2012) in re: Adversary Proceeding in the National Century Financial Enterprises, et al., Chapter 11 Case No. 02-65235, United States Bankruptcy Court, Eastern District at Columbus for the Southern District of Ohio (Adv. Pro. No. 02-02576, Amedisys, Inc., et al., v. JP Morgan Chase Bank, N.A., et al.)*

- Retained by counsel to the Unencumbered Assets Trust and VI/XII Collateral Trust and issued an expert report relating to:
    - i. Tracing the amount of funds that flowed through and remained on deposit in certain bank accounts by applying the Lowest Intermediate Balance Test; and
    - ii. Describing normal key documents that I would expect to find memorializing an asset-based revolving line of credit as compared to the way parties typically document the sale and purchase of accounts receivables.

**AlixPartners**

## Publications and Presentations

➢ *Tracing Trust Funds in a Commingled Bank Account: A Deep Dive into Applying the Lowest Intermediate Balance Test*, American Bankruptcy Institute's Fraud Committee newsletter (September 2016).

➢ Numerous presentations on forensic accounting, financial accounting and auditing concepts at Fordham University.

➢ Provided training sessions for publicly traded companies related to improving internal controls and employee fraud awareness.

➢ Provided internal training sessions for company employees on forensic accounting, bankruptcy litigation, solvency methods and engagement administration.

## Forensic Accounting, Investigation and Litigation Experience in Bankruptcy Cases

➢ *In re: Boy Scouts of America, et al., pending Chapter 11 Case No. 20-10343 (LSS), United States Bankruptcy Court, District of Delaware*

- Retained as financial advisors and forensic accountants to the Official Committee of Unsecured Creditors and assisted counsel:

  i. Investigate the classification of the Debtors' "restricted" and "unrestricted" assets;

  ii. Analyze the use of unrestricted assets and reasonableness of such uses;

  iii. Investigate whether any pools of assets which the Debtors claim are "mission critical" and outside the reach of creditors was improper; and

  iv. Prepare for and attend mediation sessions with the Debtors and advisors of other creditor constituencies in an attempt to ensure favorable settlements and maximize recoveries for unsecured creditors.

➢ *In re: Century 21 Department Stores LLC, et al., Chapter 11 Case No. 20-12097 (SCC), United States Bankruptcy Court, Southern District of New York*

- Retained as financials advisors and forensic accountants to the Official Committee of Unsecured Creditors and assisted counsel:

  i. Investigate claims related to pre-petition transactions, including the 2017 reorganization of the Debtors and its affiliates, director and officer compensation, related party transactions, and insider transactions;

  ii. Object to the Debtors order authorizing the sale of insurance action interest by submitting a declaration; and

  iii. Negotiate a global settlement with the Debtors and Gindi Family resulting in a significant recovery for unsecured creditors.

*Forensic Accounting, Investigation and Litigation Experience in Bankruptcy Cases (continued)*

➢ *In re: Exide Holdings, Inc. et al., Chapter 11 Case No. 20–11157 (CSS), United States Bankruptcy Court, District of Delaware*

• Retained as financials advisors and forensic accountants to the Official Committee of Unsecured Creditors and assisted counsel:

   i.   Investigate potential claims related to prepetition transactions, including various Note Exchanges and corporate structure reorganizations;

   ii.   Conduct interviews of board members;

   iii.   Prepare flow of funds analyses regarding use of cash proceeds from Note Exchanges;

   iv.   Evaluate preference and fraudulent transfer claims by assessing solvency and preparing reasonably equivalent value analyses; and

   v.   Calculate estimated creditor recoveries under hypothetical scenarios.

➢ *In re: Modell's Sporting Goods, Inc., et al., Chapter 11 Case No. 20-14179 (VFP), United States Bankruptcy Court, District of New Jersey*

• Retained as financials advisors and forensic accountants to the Official Committee of Unsecured Creditors and assisted counsel:

   i.   Investigate claims related to pre-petition transactions with insiders, including distributions made to the Modell Family members, director and officer fees and compensation, travel and entertainment expenses, intercompany and related party transactions, and loans;

   ii.   Evaluate potential fraudulent transfer claims and assess the financial condition of Debtors; and

   iii.   Identify potential causes of action to pursue against insiders.

➢ *In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al., pending Title III PROMESA Case No. 17 BK 3283-LTS, United States District Court, District of Puerto Rico*

• Retained as financials advisors and forensic accountants to the Official Committee of Unsecured Creditors and assisted counsel

   i.   Conduct a Rule 2004 investigation into various potential avoidance actions, including identifying payments to insiders, potential preference payments and potential fraudulent conveyances.

**Alix**Partners

*Forensic Accounting, Investigation and Litigation Experience in Bankruptcy Cases (continued)*

➤ *In re: Cenveo, Inc., et al., Chapter 11 Case No. 18-22178 (RDD), United States Bankruptcy Court, Southern District of New York*
  • Retained as financials advisors and forensic accountants by counsel to the Independent Director of Cenveo's Board of Directors:
    i.   Conducted an independent investigation into potential claims Cenveo may have had against senior management or third parties, including fraudulent conveyances;
    ii.  Participated in key witness interviews;
    iii. Quantified total compensation received by senior management;
    iv.  Analyzed expense reimbursements paid to senior management and considered related business purposes; and
    v.   Analyzed payments to vendors to identify the business purpose.

➤ *In re: Maxus Energy Corporation, et al., Chapter 11* Case No. 16-11501 (CSS), United States Bankruptcy Court, District of Delaware
  • Prior to Maxus's bankruptcy filing, retained by counsel to the special independent committee of the board of directors of Maxus:
    i.   Conducted an independent investigation involving potential alter ego-related claims that Maxus might have against its foreign domiciled parent company. This included identifying and analyzing cash transactions between the parent company and Maxus;
    ii.  After the investigation concluded, Maxus and its parent reached an agreement to settle Maxus's alter ego-related claims. Maxus subsequently filed voluntarily petitions for relief under Chapter 11 of the United States Bankruptcy Code;
    iii. Our role expanded to represent Maxus as its bankruptcy consultants and special financial advisors throughout the bankruptcy;
    iv.  Assisted in preparing expert report assessing potential, estimated, reasonable range of damages that could be recovered by the Debtors on account of their potential alter ego and fraudulent conveyance claims against its non-debtor, parent company; and
    v.   Estimated the potential incremental costs associated with litigating such claims and addressed the potential difficulties that the Debtors could encounter when seeking to collect on a judgment against its foreign domiciled parent company.

*Forensic Accounting, Investigation and Litigation Experience in Bankruptcy Cases (continued)*

➢ *In re: consolidated adversary proceedings in the Residential Capital, LLC, et al., Chapter 11 Case No. 12-12020 (MG), United States Bankruptcy Court, Southern District of New York (Adv. Pro. No. 13-01277 (MG), Official Committee of Unsecured Creditors v. UMB Bank, NA, and Adv. Case No. 13-01343 (MG), Residential Capital, LLC, et al., v. UMB Bank, NA)*

- Retained as financial advisors and forensic accountants by counsel to the Ad Hoc Group of Junior Secured Noteholders:

  i. Analyzed the nature of the transactions that comprised the nine largest intercompany balances as of the Petition Date, which represented $8 billion of the total $8.4 billion of intercompany balances scheduled by the Debtors;

  ii. Analyzed the presentation of the Debtors' intercompany balances as reflected in the Debtors' pre-petition accounting records and external reports;

  iii. Assisted with the preparation of an expert report related to the treatment of intercompany claims in a Chapter 11 bankruptcy proceeding; and

  iv. Prepared expert witness for deposition and trial testimony.

➢ *In re: Suprema Specialties, Inc., et al., Chapter 7 Case No. 02-10823 (JLG), United States Bankruptcy Court, Southern District of New York*

- Retained as financial advisors and forensic accountants to the Chapter 7 Trustee and assisted counsel:

  i. Conduct a fraud investigation into various pre-petition transactions:

  ii. By performing procedures to detect improper revenue recognition, round-tripping cash transactions with customers and vendors, and transactions with undisclosed related parties;

  iii. By reviewing and analyzing information included in borrowing base certificates;

  iv. By evaluating the company's solvency over a five-year period in connection with fraudulent conveyance claims;

  v. Identify potential causes of action against the independent auditors and Board of Directors; and

  vi. Prepare presentations and provide financial analyses and related findings to the U.S. Attorneys' Office, FBI and SEC.

*Forensic Accounting, Investigation and Litigation Experience in Bankruptcy Cases (continued)*

➢ *Adversary proceeding in re: HH Liquidation, LLC, et al., (f/k/a Haggen Holdings LLC.), Chapter 11* Case No. 15-11874 (KG), United States Bankruptcy Court, District of Delaware (Adv. Pro. No. 16-51204 (KG)

- Retained as financial advisors to the Official Committee of Unsecured Creditors and assisted counsel:

  i. Investigate various pre-petition transactions and identify potential fraudulent transfer claims;

  ii. Evaluate the solvency of OpCo; and

  iii. Investigate whether or not the PropCo Loan had more characteristics of an equity contribution as compared to a loan and consider whether a disinterested third-party would have made a loan on similar terms after taking into account the facts and circumstances that existed at the time the loan was made.

➢ *In re: New Stream Secured Capital, Inc., et al., Chapter 11 Case No. 11-10753 (MFW), United States Bankruptcy Court, District of Delaware*

- Retained as financial advisors and forensic accountants to the Official Committee of Unsecured Creditors and assisted counsel:

  i. By performing complex flow of funds analyses, calculating investor contributions and redemptions, and analyzing payments to insiders and related entities; and

  ii. Calculate potential recovery outcomes based on settlement negotiations.

➢ *Adversary proceeding in re: Getty Petroleum Marketing Inc., et al., Chapter 11 Case No. 11-15606 (SCC), United States Bankruptcy Court, Southern District of New York (Adv. Pro. No. 11-02941-SCC, Getty Petroleum Marketing Inc., et al. v. LUKOIL Americas Corporation, LUKOIL North America, et al.)*

- Retained as financial, accounting and restructuring experts by counsel to LUKOIL Americas Corporation and LUKOIL North America, LLC and OAO LUKOIL:

  i. Assisted with the preparation of an expert report related to evaluating the estimated recoveries of creditors pursuant to a hypothetical Chapter 11 liquidation plan;

  ii. Assisted with the preparation of a rebuttal expert report that addressed issues related to the calculation of the fair market value of an ethanol contract, including the treatment and estimated value of a contingent liability, in connection with evaluating the solvency of a company and fraudulent conveyance claims; and

  iii. Assisted the expert witness in preparing for deposition testimony.

**APPENDIX B**

*Forensic Accounting, Investigation and Litigation Experience in Bankruptcy Cases (continued)*

➢ *Adversary proceeding in re: Colonial Bancgroup, Inc., Chapter 11* Case No. 09-32303 (DHW), United States District Court, Middle District of Alabama (Adv. Pro. No. 2:10-CV-198-MHT, The Colonial Bancgroup, Inc. v. Federal Deposit Insurance Corporation, as Receiver for Colonial Bank)**:**

  - Retained as forensic accounting and bankruptcy experts by counsel to Colonial Bancgroup:

    i.  Traced the flow of funds through the Debtor and its subsidiaries' bank accounts; and

    ii. Reviewed accounting records and assisted with preparing an expert report and rebuttal expert report related to the treatment of intercompany transactions pursuant to a corporate tax sharing agreement.

➢ *Adversary proceeding in re: DVI Inc., et al., Chapter 11* Case Nos. 03-12656 through 03-12658, United States Bankruptcy Court, For the District of Delaware, (Adv. Pro. No. 03-57446-MFW, Dennis J. Buckley, the Liquidating Trustee, as legal representative of the DVI Liquidating Trust v. DVI Business Credit Receivables Corp. III, et al.)

  - Retained as forensic accounting and bankruptcy experts by counsel to numerous global financial institutions in connection with defending a fraudulent conveyance action brought by the Liquidating Trustee:

    i.   Performed complex flow of funds analyses and analyzed intercompany transactions related to the Debtor and its subsidiaries;

    ii.  Reviewed and analyzed information included in borrowing base reports, servicer reports, general ledger reports and other accounting and financial information;

    iii. Evaluated the solvency of the Debtor and its subsidiaries;

    iv.  Assisted counsel in evaluating and preparing defenses against allegations involving preferences and fraudulent conveyance actions; and

    v.   Assisted in preparing an expert report and rebuttal expert report.

**AlixPartners**    9

### Additional Litigation Experience

➢ *In re: Ambac Assurance Corporation et al., v. Countrywide Home Loans, Inc., Countrywide Securities Corp., Countrywide Financial Corp., and Bank of America Corp., pending* Case No. 651612/2010, Supreme Court of the State of New York, County of New York

  • Retained as financial advisors, litigation consultants and bankruptcy experts by counsel to Ambac:

  i.   Assisted with the preparation of an expert report related to examining facts and circumstances attendant to Bank of America Corp.'s acquisition of, and integration with, Countrywide Financial Corp. and its subsidiaries;

  ii.  Evaluated, in the context of that acquisition and integration, the presence or absence of certain facts and circumstances understood to be commonly considered by New York courts as relevant factual indicia when evaluating whether the legal theories and principles of De Facto Merger and Alter Ego/Veil Piercing are applicable;

  iii. Assisted counsel by providing analyses in support of Summary Judgment arguments; and

  iv.  Assisting counsel with trial preparation.

➢ *In re: Residential Funding Company, LLC and ResCap Liquidating Trust Litigation against Impac Funding Corporation, United States District Court, District of Minnesota, Court File No. 13-cv-3451 (SRN/JJK/HB)) arising from the Residential Capital, LLC, et al., Chapter 11 Case No. 12-12020 (MG), United States Bankruptcy Court, Southern District of New York*

  • Retained as litigation consultants by counsel to ResCap Liquidating Trust and Residential Funding Co., LLC:

  i.   Assisted with preparation of the expert report related to examining facts and circumstances attendant to the defendant's acquisition and integration of substantially all of the assets of another firm; and

  ii.  Evaluated, in the context of that acquisition and integration, the presence or absence of certain factual indicia commonly considered by courts when evaluating the legal theories and principles of De Facto Merger and Mere Continuation.

**Alix**Partners

**APPENDIX B**

## Additional Forensic Accounting and Investigation Experience

➢ *US Financial Services Company*

- Retained as forensic accounting experts by counsel to the company:

  i. Investigated allegations of fraud and misappropriation of assets related to the financial institution's loans made to a private equity fund with purported interests in multiple portfolio companies spanning various industries;

  ii. Conducted due diligence and asset searches and assisted counsel with identifying significant assets, including real estate and luxury automobiles, owned by other entities associated with and/or controlled by the fund manager; and

  iii. Assisted counsel in preparing a complaint and successful motion to appoint a receiver.

➢ *Global Advertising and Communications Company*

- Retained as forensic accounting experts by the Office of General Counsel of the company:

  i. Investigated allegations of fraudulent financial reporting, misappropriation of company assets and non-compliance with corporate expense reimbursement policies;

  ii. Performed complex flow of funds analyses that uncovered the use of company funds for payment of personal expenses;

  iii. Calculated insurance loss and helped prepare information and forensic accounting analyses that were submitted by the company to the U.S. Attorneys' Office and the U.S. Postal Inspection Service; and

  iv. Former employee was charged criminally and served prison time.

➢ *Global Insurance and Financial Services Company*

- Retained as forensic accounting experts by counsel to the company:

  i. Reviewed and analyzed information related to a complex fidelity bond claim; and

  ii. Assisted the client and their counsel with evaluating the insured's proof of loss, which included allegations of a highly sophisticated computer crime scheme.

**Alix**Partners    11

**APPENDIX B**

*Additional Forensic Accounting and Investigation Experience (continued)*

➢ *Global Payments Provider*

- Retained as forensic accounting experts by counsel to the Audit Committee of the company's Board of Directors to assist with conducting an accounting investigation:

  i. Investigated allegations of improper revenue recognition and accounting for sign-on bonuses;

  ii. Interacted with company's independent auditors and shared investigative findings; and

  iii. Ultimately, the investigative analyses assisted counsel in presenting findings to the Audit Committee and developing a comprehensive remediation plan.

➢ Global Financial Services Company

- Retained as forensic accounting expert by counsel to the company:

  i. Conducted a forensic accounting investigation in connection with a DOJ and IRS inquiry involving the structuring of various municipal bond offerings on behalf of a global financial institution;

  ii. Assisted counsel investigate allegations of bid-rigging guaranteed investment contracts and interest rate arbitrage; and

  iii. Prepared alternative damage scenario calculations in connection with various settlement negotiations.

➢ Global Financial Services Company

- Retained as forensic accounting experts by counsel to the company:

  i. Conducted a forensic accounting investigation that involved tracing the movements of cash and corresponding collateral through complex tri-party repo accounts held at the financial institution; and

  ii. Assisted counsel prepare presentation materials for meetings with various regulatory agencies.

➢ *Hotel and Restaurant Publicly Traded REIT*

- Retained as forensic accounting experts by counsel to the Audit Committee of the company's Board of Directors:

  i. Provided forensic accounting services in response to an SEC inquiry; and

  ii. Developed presentations for meetings with the SEC and prepared supplemental analyses in response to follow up inquiries.

**Alix**Partners    12

**<u>Appendix C</u>**

**Sources Relied Upon**

## Cash Transfers Report

### Sources Relied Upon

**Entity Organizational Charts**

- Organizational charts for the Purdue and Rhodes entities and certain Affiliated Entities

**SAP Accounting System Information**

- SAP company numbers and names, and chart of accounts

  - Financial Tables - Company Listing -- (PPLPCNC500706226)

  - Financial Tables - SAP Account Codes -- (PPLPCNC500706227)

  - Financial Tables - SAP Company Codes -- (PPLPCNC500706249)

- SAP general ledger detail

- SAP master vendor table

- SAP accounts payable ledger

- SAP accounts receivable ledger

- SAP cost center detail and list of customer codes

**Purdue Internally Prepared Distribution Reports**

- 3.1.1 Final Deck Issued to MDL - (10.19.18.Purdue Materials) -- (PPLPCNC500059052)

- 3.3.1.1 Distributions 1995 - 2017 Actuals v7 -- (PPLPCNC500051645)

- 3.7.1 PRALP-PPLP Notes Receivable Historical Activity through 8.31.19 -- (PPLPCNC500051792)

- 3.3.2.1 Coventry Non Tax Distributions Support 2011 - 2012 -- (PPLPCNC500020854)

- 3.3.2.2 Coventry Tax Distributions LTD 2008 - 2018 -- (PPLPCNC500051775)

- 3.3.2.3 Coventry History - Cash Flow Statement_since inception_v1_03072019 -- (PPLPCNC500051787)

- Coventry History - Cash Flow Statement_since inception 2018 Revised_05202019 -- (PPLPCNC501276967)

- Rhodes Reconciliation -- (PPLPCNC501277863)

## Cash Transfers Report

### Sources Relied Upon

**Financial Statements**

- 3.2.1 1709-2403904_Coventry Technologies L.P. and Subsidiaries_2016_FINAL (EY 2016) -- (PPLPCNC500059068)

- 3.2.10 2015 Audited Financial Statements - PPLP_FINAL -- (PPLPCNC500059096)

- 3.2.11 2015 Audited Financial Statements - Purdue_Coventry -- (PPLPCNC500059146)

- 3.2.12 2016 Purdue Pharma Financials -- (PPLPCNC500059201)

- 3.2.13 Purdue Pharma Audited Financial Statements (2016) -- (PPLPCNC500059256)

- 3.2.14 Purdue Pharma Audited Financial Statements (2017) -- (PPLPCNC500059311)

- 3.2.2 2008 Audited Combined Financial Statements -- (PPLPCNC500059370)

- 3.2.3 2009 Purdue Pharma LP and Assoc'd Cos AFS FINAL -- (PPLPCNC500059409)

- 3.2.4 2010 Purdue Pharma LP and Assoc'd Cos audited FS Issued sent -- (PPLPCNC500059448)

- 3.2.5 2011 Final PPLP financial statements -- (PPLPCNC500059489)

- 3.2.6 2012 Purdue Pharma L. P. Final FS -- (PPLPCNC500059536)

- 3.2.7 2013--PPLP Final Audited Financial Statements -- (PPLPCNC500059581)

- 3.2.8 2014 Purdue AFS -- (PPLPCNC500059620)

- 3.2.9 2014 Purdue&Rhodes AFS -- (PPLPCNC500059670)

- Internal financial statements, reports and/or SAP accounting records for PPLP, PPI, Rhodes, PLP Associates Holdings Inc. and other Affiliated Entities whose books and records are maintained in the same SAP accounting system as Purdue's

**Purdue's Accounting and Approval Documentation**

- Treasury department's records with transaction information and other accounting records

- Wire instructions, bank statements, weekly bank transaction reports and bank account check clearing reconciliations

**Cash Transfers Report**

**Sources Relied Upon**

- Written Consents and other documents from the general partners authorizing distributions

- Other accounting records and approval documentation available in the SAP accounting system

- Tax calculations by Purdue's Tax Department (now TXP)

- Information obtained from discussions and communications with Purdue and TXP employees

**State Complaints**

Complaints filed by various states against Purdue and/or the Sackler Family members

| State | Original/Amended | Date of Complaint |
|---|---|---|
| Connecticut | Amended | May 6, 2019 |
| Indiana | Original | May 21, 2019 |
| Iowa | Original | May 16, 2019 |
| Kansas | Original | May 16, 2019 |
| Maryland | Original | May 16, 2019 |
| Massachusetts | Amended | January 31, 2019 |
| New Jersey | Original | May 30, 2019 |
| New York | Amended | March 28, 2019 |
| Oklahoma | Original | June 30, 2017 |
| Oregon | Original | September 18, 2018 |
| Pennsylvania | Original | May 15, 2019 |
| West Virginia | Original | May 16, 2019 |
| Wisconsin | Original | May 16, 2019 |

**Payroll and Compensation Information**

- 3.4.1 2008-15 Part 1 -- (PPLPCNC500059722)

- 3.4.2 2008-15 Part 2 -- (PPLPCNC500059761)

- 3.4.3 2008-15 Part 3 -- (PPLPCNC500059788)

- 3.4.4 2016 YTD Earnings -- (PPLPCNC500060887)

- 3.4.5 2017 YTD Earnings -- (PPLPCNC500060888)

**Cash Transfers Report**

**Sources Relied Upon**

- 3.4.6 2018 YTD Earnings for PPLP transfers -- (PPLPCNC500060889)

- 3.4.7 2018 YTD Earnings -- (PPLPCNC500060890)

- Sackler Family Compensation Summary v4.16.2020 -- (PPLPCNC500587210)

- 2008-15 SDB -- (PPLPCNC501065339)

- 2016 YTD Earnings -- (PPLPCNC501065347)

- 2017 YTD Earnings -- (PPLPCNC501065563)

- 2018 YTD Earnings -- (PPLPCNC501065775)

- 2018 YTD Earnings for Add'l transfers -- (PPLPCNC501065770)

- 2018 YTD Earnings for PPLP transfers -- (PPLPCNC501065771)

**Legal Expense Information**

- 3.5.1 Dr. Richard Sackler - Additional Counsel Spend - 2016 - 2019 -- (PPLPCNC500144032)

- 3.5.2 Sackler Family Indemnification Costs - Through February 2019 Services -- (PPLPCNC500144033)

- File describing all of Purdue's corporate policies and requirements related to legal invoice processing

- Copy of the Directors and Officers liability insurance policy

- Minutes from the November 19, 2004 Board of Directors meeting of PPI, at which time the Corporate Indemnity Policy was adopted.  The full text of the Corporate Indemnity Policy is incorporated into the minutes from that meeting

**Pension Benefits Information**

- 3.6.1 Ilene Sackler Lump Sum 11 1 2011 -- (PPLPCNC500059790)

- 3.6.2 PPLP Pension Plan_Working Copy to Include all Amendments Adopted through September 10, 2009 -- (PPLPCNC500059792)

4

**Cash Transfers Report**

**Sources Relied Upon**

- 3.6.3 Richard Sackler Lump Sum 5 1 2013 -- (PPLPCNC500059844)

- 3.6.4 Sackler, Jonathan-05232019 -- (PPLPCNC500059847)

- 3.6.5 Sackler, Kathe A LS Update 04152013 -- (PPLPCNC500059851)

- 3.6.6 Sackler, Mortimer_05232019 -- (PPLPCNC500059854)

- 3.6.7 Summary of the PPLP Pension Plan_January 1, 2013 -- (PPLPCNC500059857)

**T&E Reimbursement Information**

- 3.8.2 Net T&E Reimbursements -- (PPLPCNC500060891)

- Purdue's T&E reports from Databasics from April 2011 through December 31, 2018, including individual line-items from expense reports and available supporting documentation

- Purdue's SAP account payable detail and available supporting documentation related to expense reimbursements from January 1, 2008 through December 31, 2018

- 3.8.1.1 2016 Travel Policies and Procedures v2 2016 -- (PPLPCNC500020870)

- 3.8.1.10 Travel Policies and Procedures - January 2011 -- (PPLPCNC500020885)

- 3.8.1.11 Travel Policies and Procedures - January 2014 -- (PPLPCNC500020905)

- 3.8.1.2 2016 Travel Policies and Procedures -- (PPLPCNC500020921)

- 3.8.1.3 2017 Travel Policies and Procedures v1 2017 -- (PPLPCNC500020937)

- 3.8.1.4 2017-2018 Travel Policies and Procedures v11.21.2017 -- (PPLPCNC500020953)

- 3.8.1.5 2018 Travel Policies and Procedures (Non-Sales Field) (Revised September 2018) -- (PPLPCNC500020970)

- 3.8.1.6 2019 Travel Policies and Procedures (Non-Sales Field) (2.6.19 - Final) -- (PPLPCNC500020987)

- 3.8.1.7 Travel Policies and Procedures - 2015 -- (PPLPCNC500021004)

- 3.8.1.8 Travel Policies and Procedures - August 2011 -- (PPLPCNC500021020)

**APPENDIX C**

## Cash Transfers Report

## Sources Relied Upon

- 3.8.1.9 Travel Policies and Procedures - February 2013 -- (PPLPCNC500021040)

- Purdue's Travel Policy and Procedures in effect during the years 2008 through 2018

- Transaction detail related to Purdue's cellular phone plan costs

- Transaction detail related to Purdue's fleet vehicle costs, personal service employees expenses and the reimbursements of such

**Meetings and Interviews with employees of Purdue, PPI, Rhodes, TXP and One Stamford Realty**

| Title | Company | Category |
|---|---|---|
| Associate General Counsel | PPLP | Compensation, Legal, and Pension |
| Sr. Manager, Payroll Services | PPLP | Compensation |
| Controller | PPLP | Cash Distributions and Travel & Expense |
| Assistant Manager of Corporate Travel | PPLP | Travel & Expense |
| Director of Law Department Operations | PPLP | Legal |
| Director, Benefits and HRIS | PPLP | Pension |
| Associate Director, SG&A Finance | PPLP | Travel & Expense |
| Senior Vice President and Chief Financial Officer | PPLP and PPI | Cash Distributions, Compensation, Legal and Pension |
| Senior Legal Analyst | PPLP | Legal |
| Associate General Counsel | PPLP | Legal |
| Treasurer & Director Business Development Finance | PPLP | Cash Distributions |
| Vice President Finance | Rhodes | Cash Distributions |
| Associate Treasury Analyst | TXP | Fringe Benefits |
| Transactions and Compliance Manager | TXP | Cash Distributions |
| Director, Finance and Accounting | TXP | Cash Distributions, Compensation and Travel & Expense |
| Vice President of Finance for PRALP | TXP | Fringe Benefits |
| Associate Director, Tax | TXP | Cash Distributions |
| Accounting Services, Manager | TXP | Travel & Expense |
| Associate Director | One Stamford Realty | Fringe Benefits |