Current: July, 2021

# Gautam Gowrisankaran

**PERSONAL:**

Department of Economics
Columbia University            E-mail: gautamg2@gmail.com
420 West 118th St.             Citizenship: USA and Canada
New York, NY 10027             Languages: English, French, fluent, Spanish, moderate
Rm. 1026 IAB, MC 3308          Date of Birth: March 18, 1971

**RESEARCH INTERESTS:**

Industrial Organization, Health Economics, Environmental Economics, Applied Econometrics

**EDUCATION:**

Doctorate *Honoris Causa*, University of Oulu, 2017
Ph.D., Economics, Yale University, 1995
    Dissertation advisors: Steven Berry and Ariel Pakes
    Dissertation title: A Dynamic Analysis of Mergers
M.Phil., Economics, Yale University, 1993
M.A., Economics, Yale University, 1992
B.A., Economics, Swarthmore College, 1991

**PROFESSIONAL EXPERIENCE:**

**Current position:**

Professor of Economics (with tenure), Department of Economics, Columbia University, 2021 –

**Other current affiliations:**

Research Fellow, Center for Economic Policy Research, 2021 – present
Research Associate, National Bureau of Economic Research, 2012 – present
Professor (by courtesy), Department of Marketing, Eller College of Management, University of Arizona, Aug. 2011 – present
Professeur affilié, Institut d'économie appliquée, HEC Montréal, 2007 – present

**Past positions:**

Professor of Economics (with tenure) and Peter and Nancy Salter Chair in Healthcare Management, Department of Economics, Eller College of Management, University of Arizona, 2020 – 21,
Arizona Public Service Professor of Economics (with tenure), Department of Economics, Eller College of Management, University of Arizona, 2011 – 20
Visiting Scholar, Becker-Friedman Institute, Department of Economics, University of Chicago, Spring 2016
Visiting Professor, Department of Economics, Northwestern University, Winter, Spring 2014
Visiting Professor, Universidad de los Andes, Santiago, Chile, Fall 2013
Faculty Research Fellow, National Bureau of Economic Research, 2001 – 12

1

Associate Professor of Economics (with tenure), Department of Economics, Eller College of Management, University of Arizona, 2007 – 11

Visiting Scholar, Center for the Study of Industrial Organization, Department of Economics, Northwestern University, 2009, 2010

Research Associate Professor, Department of Ophthalmology and Vision Sciences, Washington University in St. Louis School of Medicine, 2007 – 09

Visiting Associate Professor, Department of Economics, Eller College of Management, University of Arizona, Spring 2007

Assistant Professor of Economics, John M. Olin School of Business, Washington University in St. Louis, 2003 – 2007

Visiting Scholar, Federal Reserve Bank of San Francisco, 2001 – 02, 2005

Consultant, Federal Reserve Bank of New York, 2002 – 04

Visiting Assistant Professor, Department of Economics, Yale University, Spring 2003

Visiting Assistant Professor, Department of Economics, Harvard University, Fall 2002

Assistant Professor, Department of Economics, University of Minnesota, 1995 – 2002

Visiting Assistant Professor, Department of Economics, University of Michigan, 1997 – 98

## PUBLICATIONS:
### Published and forthcoming:

Barrette, Eric, Gautam Gowrisankaran and Robert Town (2021). "Countervailing Market Power and Hospital Competition." Forthcoming, *The Review of Economics and Statistics*. (Also NBER Working Paper 27,005.)

Blundell, Wesley, Gautam Gowrisankaran and Ashley Langer (2020). "Escalation of Scrutiny: The Gains from Dynamic Enforcement of Environmental Regulations." *American Economic Review* 110: 2558-85. (Also NBER Working Paper 24,810.)

Dalton, Christina M., Gautam Gowrisankaran and Robert Town (2020). "Salience, Myopia and Complex Dynamic Incentives: Evidence from Medicare Part D." *The Review of Economic Studies* 87: 822-869. (Also NBER Working Paper 21,104.)

Easterbrook, Kathleen, Gautam Gowrisankaran, Dina Older Aguilar and Yufei Wu (2019). "Accounting for Complementarities in Hospital Mergers: Is a Substitute Needed for Current Approaches?" *Antitrust Law Journal* 82, 497-531.

Collard-Wexler, Allan, Gautam Gowrisankaran and Robin Lee (2019). "'Nash-in-Nash' Bargaining: A Microfoundation for Empirical Work." *Journal of Political Economy* 127: 163-95. (Also NBER Working Paper 20,640.)

Gowrisankaran, Gautam, Claudio Lucarelli, Philipp Schmidt-Dengler and Robert J. Town (2018). "Can Amputation Save the Hospital? The Impact of the Medicare Rural Flexibility Program on Demand and Welfare." *Journal of Health Economics* 58: 110-122. (Also NBER Working Paper 18,894.)

Griffin, Stephanie, David Bui, Gautam Gowrisankaran, Eric A. Lutz, Charles He, Chengcheng Hu and Jefferey L. Burgess (2018). "Risk Management Interventions to Reduce Injuries and Maximize Economic Benefits in U.S. Mining." *Journal of Occupational and Environmental Medicine* 60(3): 226-233.

Gowrisankaran, Gautam, Stanley Reynolds and Mario Samano (2016). "Intermittency and the Value of Renewable Energy." *Journal of Political Economy* 124(4): 1187-1234. (Also NBER Working Paper 17,086.)

Gautam Gowrisankaran, Aviv Nevo and Robert Town (2015). "Mergers When Prices Are Negotiated: Evidence from the Hospital Industry." *American Economic Review* 175(1): 172-203. (Also NBER Working Paper 18,875.)

Gowrisankaran, Gautam, Karen Norberg, Steven Kymes, Michael Chernew, Dustin Stwalley, Leah Kemper and William Peck (2013). "A Hospital System's Wellness Program Linked To Health Plan Enrollment Cut Hospitalizations But Not Overall Costs." *Health Affairs* 32(3): 477–85.

Gowrisankaran, Gautam and Marc Rysman (2012). "Dynamics of Consumer Demand for New Durable Goods." *Journal of Political Economy* 120(6): 1173-1219. (Also NBER Working Paper 14,737.)

Gowrisankaran, Gautam and John Krainer (2011). "Entry and Pricing in a Differentiated Products Industry: Evidence from the ATM Market." *RAND Journal of Economics* 42: 1- 22.

Gowrisankaran, Gautam, Claudio Lucarelli, Philipp Schmidt-Dengler and Robert Town (2011). "The Impact of the Medicare Rural Hospital Flexibility Program on Patient Choice." *International Journal of Industrial Economics* 29: 342-344.

Gowrisankaran, Gautam, Robert J. Town and Eric Barrette (2011). "Managed Care, Drug Benefits, and Mortality: An Analysis of the Elderly." *The B.E. Journal of Economic Analysis and Policy* 11: Issue 2 *(Advances)* Article 3.

Chernew, Michael, Gautam Gowrisankaran and Dennis Scanlon (2008). "Learning and the Value of Information: Evidence from Health Plan Report Cards." *Journal of Econometrics* 144: 156-74. (Also NBER Working Paper 8589.)

Gowrisankaran, Gautam, Matthew F. Mitchell and Andrea Moro (2008). "Electoral Design and Voter Welfare from the U.S. Senate: Evidence from a Dynamic Selection Model." (Also NBER Working Paper 10748.) *Review of Economic Dynamics* 11: 1–17.

Ackerberg, Daniel A. and Gautam Gowrisankaran (2006). "Quantifying Equilibrium Network Externalities in the ACH Banking Industry." *RAND Journal of Economics* 37: 738-61. (Also NBER Working Paper 12,488.)

Gowrisankaran, Gautam and Thomas J. Holmes (2004). "Mergers and the Evolution of Industry Concentration: Results from the Dominant Firm Model." *RAND Journal of Economics* 35: 561–82. (Also NBER Working Paper 9151.)

Gowrisankaran, Gautam and Joanna Stavins (2004). "Network Externalities and Technology Adoption: Lessons from Electronic Payments." *RAND Journal of Economics* 35: 260–276. (Also NBER Working Paper 8943.)

Chernew, Michael, Gautam Gowrisankaran, Catherine McLaughlin and Teresa Gibson (2004). "Quality and Employers' Choice of Health Plan." *Journal of Health Economics* 23: 471–92. (Also NBER Working Paper 9847.)

Gowrisankaran, Gautam and Robert J. Town (2003). "Competition, Payers and Hospital Quality." *Health Services Research* 38: 1403 – 22. (Also NBER Working Paper 9206.)

Geweke, John, Gautam Gowrisankaran and Robert J. Town (2003). "Bayesian Inference For Hospital Quality in a Selection Model." *Econometrica* 71: 1215 – 1238. (Also NBER Working Paper 8497.)

Chernew, Michael, Gautam Gowrisankaran and A. Mark Fendrick (2002). "Payer Type and the Returns to Bypass Surgery: Evidence from Hospital Entry Behavior," *Journal*

19-23649-shl    Doc 3414-2    Filed 08/05/21    Entered 08/05/21 14:13:21    Gowrisankaran Updated CV    Pg 4 of 19

Gowrisankaran, Gautam (2002). (continued) *Journal of Health Economics* 21: 451 – 474. (Also NBER Working Paper 8632.)

Gowrisankaran, Gautam (1999). "A Dynamic Model of Endogenous Horizontal Mergers," *RAND Journal of Economics* 30: 56 – 83.

Gowrisankaran, Gautam (1999). "Efficient Representation of State Spaces for Some Dynamic Models." *Journal of Economic Dynamics and Control* 23: 1077 – 98.

Gowrisankaran, Gautam and Robert J. Town (1999). "Estimating the Quality of Care in Hospitals Using Instrumental Variables," *Journal of Health Economics* 18: 747 – 67.

Gowrisankaran, Gautam and Robert J. Town (1997). "Dynamic Equilibrium in the Hospital Industry." *Journal of Economics and Management Strategy* 6: 45 – 74.

**Submitted papers:**

Gowrisankaran, Gautam and Marc Rysman (2020). "A Framework for Empirical Models of Dynamic Demand."

Gowrisankaran, Gautam, Keith Joiner and Pierre-Thomas Léger (2021). "Physician Practice Style and Healthcare Costs: Evidence from Emergency Departments." Second revision resubmitted to *Management Science*. (Also NBER Working Paper 21,155.)

Fleitas, Sebastian, Gautam Gowrisankaran and Anthony Lo Sasso (2020). "Reclassification Risk in the Small Group Health Insurance Market." Revise and resubmit, *The Review of Economics and Statistics.* (Also NBER Working Paper 24,663.)

Gowrisankaran, Gautam, Charles He, Eric Lutz and Charles Burgess (2020). "Productivity, Safety, and Regulation in Underground Coal Mining: Evidence from Disasters and Fatalities." (Also NBER Working Paper 21,129.)

Gowrisankaran, Gautam, Keith Joiner and Jianjing Lin (2019). "How Do Hospitals Respond to Payment Incentives?" (Also NBER Working Paper 26,455.)

**Working papers:**

Gowrisankaran, Gautam, Marc Rysman and Grace Yu (2016). "Computing Price-Cost Margins in a Durable Goods Environment."

Gowrisankaran, Gautam, Marc Rysman and Minsoo Park (2012). "Measuring Network Effects in a Dynamic Environment."

**Other (non-refereed) publications:**

Gowrisankaran, Gautam (2019). "Comments on Jones et al. (2019) and Advice to for the Graduate School Application Process." Forthcoming, *Journal of Economic Education*.

Gowrisankaran, Gautam (2011). "Evaluating the Impact of a Hospital Merger Using the Difference-in-Difference of Prices." (Comment on article by Steven Tenn.) *International Journal of the Economics of Business* 18: 83 – 89.

Gowrisankaran, Gautam (2008). "Competition Among Hospitals and Hospital Quality" (2008), Ch. 12 of *Incentives and Choice in Health and Health Care*, F. Sloan and H. Kasper, eds. Cambridge: MIT Press.

Gowrisankaran, Gautam and John Krainer (2005). "Bank ATMs and ATM Surcharges," Federal Reserve Bank of San Francisco Economic Letter 2005-36.

Gowrisankaran, Gautam (2002). "Why Do Americans Still Write Checks?" Federal Reserve Bank of San Francisco Economic Letter 2002-27.

Gowrisankaran, Gautam (2002). "Productivity in Heart Attack Treatments," Federal Reserve Bank of San Francisco Economic Letter 2002-20.

Gowrisankaran, Gautam (2002). "Competition and Regulation in the Airline Industry," Federal Reserve Bank of San Francisco Economic Letter 2002-01.

## AWARDS AND HONORS:

Winner, Best Paper in Regulatory Economics Prize at 2021 International Industrial Organization Conference, for "Soaking Up With Sun: Investment, Renewable Energy, and Market Equilibrium," (joint with Andrew Butters and Jackson Dorsey)

Bernie Saffran Lecture, Swarthmore College, March, 2019

Keynote speech, North Carolina Health Economics Colloquium, Wake Forest University, October, 2018

Keynote speech, International Conference on Innovation and Industrial Economics, Nanjing University, Nanjing, China, 2018, 2016

American Economic Association, Excellence in refereeing award, 2007, 2008, 2018

Invited speaker, 2018 Latin American Workshop in Econometrics, August, 2018, Lima, Peru

Doctorate *Honoris Causa*, University of Oulu, May, 2017

Grossman Lecture, Colby College, March, 2017

Winner, Best Paper Award from the 2021 Workshop in Health IT and Economics (WHITE), for "Does Health IT Lead to Better Information or Worse Incentives?" (under former title), joint with Keith Joiner and Jianjing Lin

Invited lecture, Shanghai University of Finance and Economics Industrial Organization Summer School, Shanghai, China, June, 2016

Winner, 2016 [Antitrust Writing Award](#) for best academic paper on mergers, for "Mergers When Prices Are Negotiated: Evidence from the Hospital Industry," joint with Aviv Nevo and Robert Town

Invited lecture, Martti Ahtisaari Institute, Oulu, Finland, August, 2015

Invited speaker, Colombian Health Economics Association, Cali, Colombia, 2015

Invited speaker, Latin American Meetings of the Econometric Society, Sao Paulo, Brazil, 2014

Invited speaker, European Association for Research in Industrial Economics, Evora, Portugal, 2013

Keynote speech, Zhejiang University Conference on Industrial Economics, Hangzhou, China, 2013

Canadian Economic Association State of the Art Lecture, Montreal, Canada, 2013

Keynote speech, Network of Industrial Economists Conference, London, United Kingdom, 2012

Keynote speech, Copenhagen Business School Conference, *Common Ground: Recent Work in Empirical Labour and Industrial Organization*, Copenhagen, Denmark, 2012

Keynote speech, Center for European Economic Research (ZEW) Symposium, *A Framework for Estimating Demand in Consumer Durable Goods Markets*, Mannheim, Germany, 2011

Grande conférence (keynote speech), Les Journées de CIRPÉE 2009 (Annual Meetings), Québec, Canada

2009 Kalt Prize Recipient, for Best Doctoral Student Mentorship at the Eller College of Management

Eller College Fellow, University of Arizona, 2007–11

Distinguished Visitor, Boston University Department of Economics, June 2008

5

**GRANTS:**

National Science Foundation Grant SES-1824348, "Collaborative Research: Pollution Mitigation and Productivity in Developing Countries," 2018-21, $202,831 (Role: PI).

Eller College Small Research Grant and Center for Management Innovations in Healthcare Grant, "Preferred Pharmacy Networks," 2017, $12,000 (Role: PI).

Agency for Healthcare Quality and Research 1R01HS024850-01, "Narrow Network Health Plans: Effects on Access, Cost, Quality, and Selection," 2016-19, $383,180 for University of Arizona subcontract only (Role: co-PI; PI of University of Arizona subcontract).

National Science Foundation Grant SES-1425063, "Bargaining in Bilateral Oligopolies with Application to the Health Sector," 2014-17, $256,999 (Role: PI).

Alpha Foundation for the Improvement of Mine Safety and Health Grant, "Implementation of Risk Management Programs: Identification of Best Practices to Reduce Injuries and Maximize Economic Benefits," 2013-15, $668,518 (Role: co-PI).

University of Arizona Renewable Energy Network Policy Research Initiative Grant, "Intermittency and Multiple Sources in Renewable Energy," 2012-13, $11,998 (Role: PI)

University of Arizona, Center for Management Innovations in Health Care Summer Grants, 2011, 2012, 2013, 2015 (Role: PI)

Agency for Healthcare Research and Quality Grant R01-HS018424-01A1, "Hospital Choice, Hospital Quality and Patient Welfare for Rural Residents," 2010–13, $577,514 (Role: PI).

National Science Foundation Grant SES-0922540, "Collaborative Research: Estimation and Computation of Dynamic Oligopoly and Network Effects Model," 2009–13, $207,164 (Role: PI)

NET Institute Fellowship, 2009, 2004, 2003

Missouri Foundation for Health contract. "Healthy Outcomes: The Impact of Employee Cost-Sharing on Healthcare Costs and Outcomes," 2007–08, $416,714 (Role: PI)

Commonwealth Foundation Grant 20070068. "Healthy Outcomes: The Impact of Employee Cost-Sharing on Healthcare Costs and Outcomes," 2007, $121,320 (Role: PI)

National Science Foundation Grant SES-0551360, "Collaborative Research: Dynamic Demand for New Durable Goods: An Empirical Model and Applications to Pricing and Welfare," 2006 – 09, $104,897 (Role: PI)

National Science Foundation Grant SES-0318170, "Estimating Models of Firm Entry," 2003– 06, $207,645 (Role: PI)

University of Minnesota, Faculty Summer Research Fellowship, 1999, 1996 University of Minnesota, Single Quarter Leave, Winter 1998

Alfred P. Sloan Foundation Doctoral Dissertation Fellowship, 1994 – 95

Social Sciences and Humanities Research Council of Canada Doctoral Fellowship, 1993 – 95

Master's and Doctoral Fellowship (latter declined) from the Government of Quebec, Fonds pour la formation des chercheurs et l'aide à la recherché (FCAR), 1991 – 95

Yale University Fellowship, 1991 – 95

**EXTERNAL SERVICE:**

**Editorial positions:**

Associate editor, *RAND Journal of Economics,* 2015–

Associate editor, *International Economic Review,* 2014–

Associate editor, *Journal of Business and Economic Statistics,* 2009–

Member of board of editors, *American Economic Review*, 2011–2016

Associate editor, *Economic Inquiry,* 2008–13

**Ad-hoc referee:**

*American Economic Review*
*American Journal of Preventive Medicine*
*B.E. Journals in Economic Analysis & Policy*
*Canadian Journal of Economics*
*Energy Journal*
*Econometrica*
*Economic Journal*
*Economic Inquiry*
*Economica*
*European Economic Review/Journal of the European Economic Association*
*Health Affairs*
*Health Economics*
*Health Economics, Policy and Law*
*Health Services Research*
*International Economic Review*
*International Journal of Disaster Risk Reduction*
*International Journal of Industrial Organization*
*Journal of Applied Econometrics*
*Journal of Banking and Finance*
*Journal of Business and Economics Statistics*
*Journal of Comparative Economics*
*Journal of Econometrics Journal of Economic Theory*
*Journal of Economics and Business*
*Journal of Economics and Management Strategy*
*Journal of Health Economics*

*Journal of Human Resources*

*Journal of Industrial Economics*

*Journal of Law and Economics*
*Journal of Law, Economics and Organization*
*Journal of Political Economy*
*Management Science*
*Marketing Science*
*Quarterly Journal of Economics*
*RAND Journal of Economics*
*Review of Economic Dynamics*
*Review of Economic Studies*
*Review of Economics and Statistics*
*Review of Network Economics*
*Southern Economic Journal*

**Ad-hoc reviewer:**

Chilean National Science Foundation
Hong Kong Research Grants Council
National Science Foundation

    W.W. Norton & Company
    Trinity College Dublin, Institute for International Integration Studies
    University of Venice Doctoral Committee
    John Wiley & Sons
    University of Gothenburg, opponent for dissertation exam

**Public and government outreach and service:**
- Member of U.S. Congressional Budget Office Health Advisory Panel, 2020 – present, Health Insurance Simulation Advisory Panel, 2018 – 20
- Presentation, *Recent Research on the Economics of Discrimination: What Do We Know and Where to From Here?* Congressional Budget Office, January, 2021
- Co-organizer, University of Arizona Department of Economics Reading Group on the Economics of Discrimination, Fall 2020
- Panel presentation, *Perspectives and Lessons from the Canadian Healthcare System*, University of California, Berkeley Gilbert Center International Health Systems Conference, October, 2020
- Member of National Science Foundation Economics Program Review Panel, 2017 – 19
- Panel presentation, *Preparing Undergraduates for Application to Graduate School*, Allied Social Sciences Association Winter Meetings, Atlanta, GA, January, 2019
- Panel presentation, *Narrow Networks and State Level Policies*, State Policy Mini-Conference, Berkeley, March, 2018
- Panel presentation, *New Models of Healthcare Delivery: How Is Healthcare Changing? How is the Government Responding?* Cornerstone Research and Stanford Institute for Economic and Policy Research, Stanford, January, 2017
- Panel presentation, *The Ghosts of Small Group Health Insurance: Past, Present, and Future*, Caribbean Health Economics Symposium, Tortola, BVI, December, 2016
- Panel presentation, *The Economics of Accountable Care Organizations,* Accountable Care Organizations and Antitrust Conference, University of California, Berkeley, November, 2011
- Participant in Federal Reserve Board of Governors Academic Consultant Meeting, 2011
- Lecture series, *Estimation of Durable Goods Models for Differentiated Products*, Bureau of Economic Analysis, 2010
- Faculty Advisor for Graduate Student Dissertation Workshop, Western Economic Association International, Portland, OR, 2010

**Expert reports, declarations, and testimony:**
- In re: Purdue Pharma L.P., et al., Debtors, Expert Report (June 15, 2021) in support of debtors.
- FTC v. Hackensack Meridian Health, Inc. and Englewood Healthcare Foundation, Expert Report (April 9, 2021), Deposition (May 5, 2021), and trial testimony (May 17, 2021).
- Djeneba Sidibe v. Sutter Health, United States District Court for the Northern District of California, Supplement to Expert Report (March 12, 2021) and Deposition (March, 29, 2021) in support of defendants.
- Sentry Data Systems, Inc. v. CVS Pharmacy, Inc., United State District Court for the Southern District of Florida, Expert Report (September 9, 2019) in support of defendants.
- Djeneba Sidibe v. Sutter Health, United States District Court for the Northern District of

California, Expert Report (June 21, 2019) and Deposition (July 17, 2019) in support of defendants.

UFCW & Employers Benefit Trust v. Sutter Health and People of the State of California v. Sutter Health, Superior Court of the State of California for the City and County of San Francisco, Declaration (October 29, 2018), Deposition (December 17 and 18, 2018), and Addendum to Declaration (March 27, 2019) in support of defendants.

Djeneba Sidibe v. Sutter Health, United States District Court for the Northern District of California, Declaration (October 5, 2017; updated April 3, 2018) and Deposition (February 6, 2018) in support of defendants.

In the Matter of Tribune Media Company and Sinclair Broadcast Group, Inc. Consolidated Applications for Consent to Transfer Control, FCC MB Docket No. 17-179, Applicants' Consolidated Opposition to Petitions to Deny, Declaration (August 22, 2017) in support of Sinclair Broadcast Group, Inc.

Grasso v. Electrolux Home Products, Inc., United States District Court for the Middle District of Florida, Initial Expert Report (October 3, 2016), Supplemental Export Report (November 4, 2016), and Deposition (December 9, 2016) in support of defendant.

USA v. Cabell Huntington Hospital Inc. and St. Mary's Medical Center Inc., Expert Report (March 2, 2016) in support of defendants.

Efficient Pricing of ADSL Wholesale Services, joint with Jeffrey MacKie Mason, Australian Competition and Consumer Commission, Export Report (August 23, 2012) in support of Telstra Corporation Limited.

In Re: TFT-LCD (Flat Panel) MDL1827 (State of Missouri et al. v. AU Optronics et al. and State of Florida et al. v. AU Optronics et al.), United States District Court for the Northern District of California, Expert Report (January 17, 2012) and Deposition (March 7, 2012) in support of plaintiffs.

Comes v. Microsoft CL82311, Iowa District Court, Export Report (June 2, 2006), Supplemental Expert Report (June 19, 2006), and Deposition (July 26, 2006) in support of plaintiffs.

**Selected other antitrust consulting experience:**

U.S. Department of Justice, Antitrust Division, 2013, 2010, 2008, consultant on cases involving airline and hospital mergers
Federal Trade Commission, 2007–08, consultant on hospital merger case

State of Minnesota, Office of the Attorney General, St. Paul, MN, 2001, consultant on airline merger case

Competition Economics, Inc., Washington, DC, 1998, consultant on airline competition issue

Microeconomic Consulting & Research Associates (MiCRA), Inc., Washington, DC, 1995–97, consultant on a number of merger cases

**Conference organization:**

Co-organizer, Annual Center for European Economic Research (ZEW) Energy Conference, Mannheim, Germany, 2012–21

Co-organizer, Annual HEC Montreal/CIRPÉE Conference on Industrial Organization, 2012–20

Program chair for competition in health care markets area, 2019 American Society of Health Economists Conference (ASHEcon)

    Co-organizer, Workshop on Healthcare and Industrial Organization. University of Chile, 2017
    Co-organizer, 2012 Econometric Society Summer Meetings
    Co-organizer, 2005, 2006 and 2007 International Industrial Organization Conference
    Co-organizer, 2004 and 2005 Washington University CRES Industrial Organization Conference

**PH.D. STUDENT ADVISING:**
    Advisor for Kelli Marquardt, Ph.D., University of Arizona, 2021, first position, Research Economist, Federal Reserve Bank of Chicago
    Advisor for Arundhati Tillu, Ph.D., University of Arizona, 2019, first position, E2e Energy Policy Fellow, University of Chicago
    Advisor for Sebastian Fleitas, Ph.D., University of Arizona, 2017, first position, Assistant Professor of Economics, University of Leuven
    Advisor for Anatolii Kokoza, Ph.D., University of Arizona, 2017, first position, Data Scientist, USAA
    Co-advisor for Nedko Yordanov, Ph.D., University of Arizona, 2016, first position, Associate, EconOne Consulting
    Advisor for Jianjing Lin, Ph.D., University of Arizona, 2015, first position, Postdoctoral Fellow, Tulane University
    Advisor for Chuan (Charles) He, Ph.D., University of Arizona, 2015, first position, Senior Economist, Amazon.com
    Advisor for Leila Asgari, Ph.D., University of Arizona, 2014, first position, Associate Vice President, J.P. Morgan Chase
    Advisor for T.N. (Subra) Subramaniam, Ph.D., University of Arizona, 2014, first position, Senior Associate in Modeling, Discover Card
    Advisor for Chrystie Burr, Ph.D., University of Arizona 2013, first position, Assistant Professor, Department of Economics, University of Colorado – Boulder
    Advisor for Kathleen Nosal, Ph.D., University of Arizona 2012, first position: Assistant Professor, Department of Economics, University of Mannheim
    Advisor for Mario Samano, Ph.D., University of Arizona 2012, first position: Assistant Professor, Institute of Applied Economics, HEC Montreal Business School
    Advisor for Joseph Cullen, Ph.D. University of Arizona 2009, first position: Harvard University Center for the Environment Postdoctoral Fellowship, Assistant Professor, Olin Business School, Washington University in St. Louis
    Advisor for Ivan Maryanchyk, Ph.D. University of Arizona 2009, first position: Senior Analyst, Bates White Economic Consulting
    Advisor for Oleksandr Shcherbakov, Ph.D. University of Arizona 2008, first position: Cowles Postdoctoral Fellowship, Yale University
    Co-advisor for Fumiko Hayashi, Ph.D. University of Minnesota 2001, first position: Federal Reserve Bank of Kansas City

**RESEARCH PRESENTATIONS (with most recent title):**
    **Invited seminar presentations since October, 2001:**
        *A Computable Dynamic Oligopoly Model of Capacity Investment*
            University of Chile, September, 2013

10

    Bank of Canada, July, 2013

*A Hospital System's Wellness Program Linked To Health Plan Enrollment Cut Hospitalizations But Not Overall Costs*
    University of California, Riverside, February, 2012
    Duke University, October, 2010
    Northwestern University, May, 2009

*Bayesian Inference For Hospital Quality in a Selection Model*
    Agency for Healthcare Quality and Research, October, 2003
    University of Montreal, November, 2002
    Queen's University, October, 2002
    UC Davis, May, 2002
    Duke University, January, 2002
    Yale University, December, 2001
    Federal Reserve Bank of Chicago, November, 2001

*Causality and the Volume-Outcome Relationship in Surgery*
    University of Chicago, Health Economics Seminar, April, 2005
    Syracuse University, April, 2005

*Computing Price-Cost Margins in a Durable Goods Environment*
    Cornell University, November, 2015

*Does Health IT Adoption to Better Information or Worse Incentives?*
    UCLA Anderson School, May 2017
    University of Chicago, May, 2016
    Emory University, March, 2016

*Dynamics of Consumer Demand for New Durable Goods*
    École Polytechnique/CREST (Paris), October, 2011
    INSEAD Business School, April, 2011
    Katholieke Universiteit Leuven, April, 2011
    University of Texas, September, 2010
    U.S. Bureau of Labor Statistics, December, 2009
    U.S. Bureau of Economic Analysis, September, 2009
    University of Helsinki, August, 2009
    Harvard University, December, 2008
    University of Southern California, October, 2008
    Bristol University, May, 2008
    University of Toronto Rotman School, March, 2008
    Federal Trade Commission, December, 2007
    University College London, May, 2007
    London School of Economics, April, 2007
    University of Minnesota Marketing Department, February, 2007
    Drexel University, December, 2006

    Arizona State University, November, 2006
    University of California Los Angeles, May, 2006
    Stanford University, May, 2006
    Johns Hopkins University, May, 2006
    Purdue University, March, 2006
    University of Arizona, February, 2006
    Duke University, September, 2005
    Federal Reserve Bank of San Francisco, June, 2005
    University of Missouri, April, 2005
    Northwestern University Kellogg School of Management, April, 2005

*Escalation of Scrutiny: The Gains from Dynamic Enforcement of Environmental Regulations*
    Columbia University, November, 2019
    Indiana University, September, 2019
    New York University Stern School of Business (joint with Columbia University), April 2019
    University of Technology, Sydney, March 2019
    University of Queensland, March, 2019
    University of California, Los Angeles, February, 2019
    University of Michigan, November, 2018
    Universidad Carlos III de Madrid, April, 2018 École Polytechnique/CREST (Paris), April, 2018
    University of Rochester, Simon School of Business, April, 2018

*Information Feedback and Long-Term Electricity Conservation: Evidence from the Tapestry Building*
    HEC Montreal, July, 2013

*Intermittency and the Value of Renewable Energy:*
    Imperial College, London, June, 2015
    Universidad de los Andes, Santiago, Chile, May, 2015
    University of Michigan, October, 2014
    Texas A&M University, April, 2012
    University of Texas at Austin, February, 2012
    Carnegie Mellon University, November, 2011
    Harvard University, September, 2011
    University of Gothenburg, May, 2011
    University of Mannheim, April, 2011
    New York University, March, 2011
    Yale University, March, 2011
    University of Arizona, March 2011
    UC Berkeley, November, 2010

*Learning and the Value of Information: The Case of Health Plan Report Cards*
    Washington State University, April, 2007

    University of Toronto, October, 2002
    UC San Diego, April, 2002
    UC Berkeley, April, 2002
    Brown University, April, 2002
    Dartmouth College, April, 2002
    Stanford University GSB, March, 2002
    Columbia University, December, 2001
    UC Davis, Agricultural and Resource Economics, November, 2001
    UC Berkeley, Agricultural and Resource Economics, October, 2001

*Managed Care, Drug Benefits, and Mortality: An Analysis of the Elderly*
    Medical University of South Carolina, March, 2007
    University of Pennsylvania Health Care Management, December, 2006
    HEC – Montréal (University of Montreal Business School), March, 2005
    University of North Carolina, Department of Health Policy and Administration,
        Triangle Health Economics Workshop (long-distance format), September, 2004
    Washington University in St. Louis, April, 2004
    Yale University, June, 2003
    Boston University (joint with Harvard and MIT), April, 2003

*Mergers When Prices Are Negotiated: Evidence from the Hospital Industry*
    University of Alabama – Birmingham, April, 2014
    University of Colorado, Boulder, February, 2014
    Vanderbilt University, February, 2014
    U.S. Department of Justice, November, 2013
    Charles River Associates, June, 2013
    Stanford University GSB Marketing, May, 2013
    University of Tilburg, May, 2013
    Toulouse School of Economics, May, 2013
    Universidad de los Andes, Santiago, Chile, April, 2013
    University of East Anglia, December, 2012
    Vanderbilt University, December, 2012
    Indiana University, September, 2012
    Clemson University, April, 2012
    Ohio State University, April, 2012
    Columbia University, December, 2011
    Johns Hopkins University, October, 2011

*"Nash-in-Nash" Bargaining: A Microfoundation for Empirical Work*
    Nanjing University, May, 2015

*Network Externalities and Technology Adoption: Lessons from Electronic Payments*
    Federal Reserve Bank of New York, December, 2001
    New York University Stern School of Business, October, 2001

*Policy and the Dynamics of Market Structure: The Critical Access Hospital Program*

University of Minnesota, May, 2010
University of Wisconsin, March, 2010
Bates White Economic Consulting, December, 2009
Princeton University, November, 2009
Boston College, November, 2009
Bank of Canada, June, 2009
University of California, Davis, April, 2009
University of California, Irvine, April, 2009
University of California Los Angeles, October, 2008
Federal Reserve Bank of Kansas City, October, 2008
Boston University, June, 2008
University of Cyprus, May, 2008

*Productivity, Safety, and Regulation in Coal Mining: Evidence from Disasters and Fatalities*
Hong Kong University, March, 2017

*Quantifying Equilibrium Network Externalities in the ACH Banking Industry*
Yale University, March, 2003
University of Montreal, January, 2003
Washington University in St. Louis, December, 2002
Harvard University, September, 2002

*Reclassification Risk in the Small Group Health Insurance Market*
University of Wisconsin, March, 2020
École Polytechnique/CREST (Paris), May, 2019
University of California, Los Angeles, May, 2019
Board of Governors of the Federal Reserve, May, 2019
University of Nevada, Reno, February, 2019
University of Toronto, Rotman School, January, 2019
University of Kansas, November, 2018
University of North Carolina (joint with Duke University), November, 2018
University of South Florida, November, 2018
University of Illinois Gies School of Business, April, 2018
Toulouse School of Economics, March, 2018
University at Albany, October, 2017
University of British Columbia, Sauder School of Business, October, 2016
Princeton University, September, 2016
Ohio State University, September, 2016
Singapore Management University, August, 2016

*Salience, Myopia and Complex Dynamic Incentives: Evidence from Medicare Part D*
Boston University, November, 2017
UC Irvine, May, 2017
Chinese University of Hong Kong, March, 2017
Universitat Autonoma de Barcelona, November, 2016

14

    National University of Singapore, August, 2016
    Peking University, National School of Development, June, 2016
    Federal Trade Commission, December, 2015
    Miami University of Ohio, September, 2015
    University of Helsinki, August, 2015
    Shanghai University of Finance and Economics, May, 2015
    University of Chile, May, 2015
    University of Southern California, May, 2015
    University of California, Los Angeles, April, 2015
    University of Toronto, December, 2014
    University of North Carolina at Chapel Hill, November, 2014
    Johns Hopkins University, April, 2014
    Northwestern University, April, 2014
    University of Iowa, April, 2014

*Soaking Up the Sun: Battery Investment, Renewable Energy, and Market Equilibrium*
    Harvard University, February, 2021 (virtual)
    Florida State University, January, 2021 (virtual)
    Queen's University, December, 2020 (virtual)
    Georgetown University, November, 2020 (virtual)
    Ohio State University, October, 2020 (virtual)

*The Welfare Consequences of ATM Surcharges: Evidence From a Structural Entry Model*
    Federal Reserve Bank of New York, June, 2004
    University of Minnesota, May, 2004
    Competition Bureau of Canada, May, 2004
    University of Pennsylvania, March, 2004
    University of Chicago Graduate School of Business, Marketing Seminar, April, 2004
    Trinity College Dublin, Dublin (Ireland) Economics Workshop, March, 2004
    Board of Governors of the Federal Reserve, November, 2003
    University of Maryland, October, 2003
    Pennsylvania State University, September, 2003
    Columbia University, September, 2003
    University of Wisconsin, September, 2003

*Why Do Incumbent Senators Win? Evidence from a Dynamic Selection Model*
    American Enterprise Institute, November, 2005
    Washington University in St. Louis, Political Economy Seminar, May, 2004

**Invited or refereed conference presentations since October, 2001:**
    *Countervailing Market Power and Hospital Competition*
        Allied Social Sciences Association Winter Meetings, Chicago, IL, January, 2017

    *Bayesian Inference For Hospital Quality in a Selection Model*
        Indiana University Conference on Simulation-Based Econometric Methods, February, 2003

*Causality and the Volume-Outcome Relationship in Surgery*
    Conference on Evaluating Health Policy, Imperial College, UK, May, 2008
    International Health Economics Association Meetings, Barcelona, Spain, July, 2005
    Consumers, Information and the Evolving Healthcare Marketplace Conference, Cornell University, April, 2005

*Computing Price-Cost Margins in a Durable Goods Environment*
    Empirical Models of Differentiated Products Conference, University College London, June, 2015
    Ninth Annual Cowles Conference on Theory-Based Econometric Modeling, Yale University, June, 2015

*Does Health IT Adoption to Better Information or Worse Incentives?*
    Workshop on Healthcare and Industrial Organization, University of Chile, September, 2017

*Dynamics of Consumer Demand for New Durable Goods*
    Allied Social Sciences Association Winter Meetings, San Francisco, CA, January, 2009
    Fifth Annual Bates White Antitrust Conference, Washington, DC, June, 2008
    Ninth CEPR Conference on Applied Industrial Organization, Paris, France, May, 2008
    Federal Reserve Bank of Minneapolis Applied Microeconomics Conference, October, 2007
    Economics of ICT Conference, Paris, France, June, 2007
    Econometric Society Summer Meetings, Minneapolis, MN, June, 2006

*Escalation of Scrutiny: The Gains from Dynamic Enforcement of Environmental Regulations*
    2018 Econometric Society Latin American Workshop in Econometrics, Lima, Peru, August, 2018
    Second International Conference on Innovation and Industrial Economics, Nanjing, China, June, 2018

*How Do Hospitals Respond to Payment Incentives?*
    Notre Dame Health Mini-Conference, September, 2019, South Bend, IN

*Intermittency and the Value of Renewable Energy*
    Marti Ahtisaari Institute Lecture, Oulu, Finland, August, 2015
    Center for European Economic Research (ZEW) Energy Conference, Mannheim, Germany, June, 2012
    Pressing Issues in World Energy Policy Conference, University of Florida, March, 2012
    POWER Conference, University of California, Berkeley, April, 2012
    Fifth Annual Cowles Conference on Theory-Based Econometric Modeling, Yale

University, June, 2011
Eighth Annual Bates White Antitrust Conference, Washington, DC, June, 2011
Twelfth CEPR Conference on Applied Industrial Organization, Tel Aviv University, May, 2011

*Learning and the Value of Information: The Case of Health Plan Report Cards*
Econometric Society Winter Meetings, Chicago, IL, January, 2007
Quantitative Marketing and Economics Conference, Chicago, IL, October, 2003
Society for Economic Dynamics Annual Meetings, New York, NY, July 2002
National Bureau of Economic Research (NBER) Summer Institute, Cambridge, MA, July, 2002
Allied Social Sciences Association Winter Meetings, Atlanta, GA, January, 2002

*Managed Care, Drug Benefits, and Mortality: An Analysis of the Elderly*
National Bureau of Economic Research (NBER) Summer Institute, Cambridge, MA, August, 2004
Annual Health Economics Conference, Birmingham, AL, April, 2004

*Measuring Network Effects in a Dynamic Environment*
4th Annual Penn State University Conference on Auctions and Procurement, April, 2011

*Mergers When Prices Are Negotiated: Evidence from the Hospital Industry*
First CREST Conference on Advances in the Economics of Antitrust and Consumer Protection, Paris, France, September, 2014
Penn State/Cornell Conference on Econometrics and Industrial Organization, State College, PA, September, 2014
European Association for Research in Industrial Economics Conference, Evora, Portugal, August, 2013
Zhejiang University Conference on Industrial Economics, Hangzhou, China, June, 2013
Canadian Economic Association, Montreal, Canada, May, 2013
Quantitative Marketing and Economics Conference, Durham, NC, October, 2012
National Bureau of Economic Research (NBER) Summer Institute, Cambridge, MA, July, 2012
Common Ground Conference, Copenhagen Business School, May, 2012
Annual Health Economics Conference, Northwestern University, October, 2011
Allied Social Sciences Association Winter Meetings, Denver, CO, January, 2011

*"Nash-in-Nash" Bargaining: A Microfoundation for Empirical Work*
Institute for Fiscal Studies Vertical Contracting Conference, London, June, 2018

*Network Externalities and Technology Adoption: Lessons from Electronic Payments*
Federal Reserve Bank of Philadelphia, Conference on Payment Systems, Philadelphia, PA, May, 2002
Center for Economic Policy and Research Conference on Productivity and

Technology, Alghero, Italy, March, 2002

*Physician Practice Style and Healthcare Costs: Evidence from Emergency Departments*
   Society for Institutional & Organizational Economics Conference, Montreal, July, 2018

*Policy and the Dynamics of Market Structure: The Critical Access Hospital Program*
   Third Annual Cowles Conference on Theory-Based Econometric Modeling, Yale University, June, 2009
   Penn State University Conference on Procurement and Regulated Markets, April, 2008
   HEC Montréal Conference on the I.O. of Health, November, 2007

*Pollution Mitigation and Productivity: Evidence from Chinese Manufacturing Firms*
   Javeriana University Structural I.O. Conference, Bogotá, Colombia, October, 2017

*Price Setting and Negotiation in the Supermarket Industry*
   INRA Trade, Industrial Organization, and the Food Industry Workshop, Paris, France, May 2019

*Productivity, Safety, and Regulation in Underground Coal Mining: Evidence from Disasters and Fatalities*
   New Directions in Commodities Research Conference, University of Colorado, Denver, August, 2017
   Third Annual IZA Conference on Labor Market Effects of Environmental Policies, Berlin, Germany, August, 2015

*Quality and Employers' Choice of Health Plan*
   Allied Social Sciences Association Winter Meetings, Washington, DC, January, 2003

*Quantifying Equilibrium Network Externalities in the ACH Banking Industry*
   NET Institute 2005 Conference, New York, NY, April, 2005
   Kiel – Munich Workshop on the Economics of Information and Network Industries, Munich, Germany, August, 2004
   CEPR Conference on Two-Sided Markets, Toulouse, France, January, 2004
   Society for Economic Dynamics Annual Meetings, Paris, France, June, 2003
   University of Iowa Clarence Tow Conference on Industrial Organization, May, 2003
   International Industrial Organization Society Conference, Boston, MA, April, 2003
   Stanford Institute for Theoretical Economics (SITE), July, 2002

*Reclassification Risk in the Small Group Health Insurance Market*
   National Bureau of Economic Research (NBER) Winter Health Care Meetings, Cambridge, MA, November, 2018
   Bates White Life Sciences Symposium, June, 2018
   Eleventh Annual Cowles Conference on Theory-Based Econometric Modeling, Yale University, June, 2017

*Marketing Science* Conference on Marketing and Health, St. Louis, MO, November, 2016

Lancaster University Management School Conference on Auctions, Competition, Regulation, and Public Policy, May, 2016

*Salience, Myopia and Complex Dynamic Incentives: Evidence from Medicare Part D*
Tel Aviv University / IDC Summer Conference, Herzliya, Israel, July, 2017
Colombian Association of Health Economics, Cali, Colombia, February, 2015
National Bureau of Economic Research (NBER) Winter Industrial Organization Meetings, Stanford, CA, February, 2015
Latin American Meetings of the Econometric Society, Sao Paulo, Brazil, November, 2014
Penn State/Cornell Economics on Economics and Industrial Organization, University Park, PA, September, 2014
Eleventh Annual Bates White Antitrust Conference, Washington, DC, June, 2014
Northwestern/Toulouse Industrial Organization Conference, Evanston, IL, May, 2014

*Selection, Subsidies, and Welfare in Health Insurance: Employer Sponsored Health Insurance Versus the ACA Marketplaces*
Interdisciplinary Choice Workshop, Santiago, Chile, August, 2018

*The Welfare Consequences of ATM Surcharges: Evidence From a Structural Entry Model*
Recent Developments in Consumer Credit and Payments, Federal Reserve Bank of Philadelphia, Philadelphia, PA, September, 2005
National Bureau of Economic Research (NBER) Winter Industrial Organization Meetings, Menlo Park, CA, February, 2005
Allied Social Sciences Association Winter Meetings, Philadelphia, PA, January, 2005
University of British Columbia Summer Industrial Organization Conference, July, 2003