# EXHIBIT A

Gerard Uzzi
Alexander B. Lees
MILBANK LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Gregory P. Joseph
Mara Leventhal
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone: (212) 407-1200
Facsimile: (212) 407-1280

*Counsel for the Raymond Sackler Family*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br>Case No. 19-23649 (RDD)<br>Jointly Administered |

**[PROPOSED] ORDER GRANTING LEAVE TO EXCEED THE PAGE LIMIT IN RAYMOND SACKLER FAMILY'S STATEMENT IN SUPPORT OF CONFIRMATION OF DEBTORS' SIXTH AMENDED PLAN OF REORGANIZATION AND IN REPLY TO PLAN OBJECTIONS**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Upon the motion dated August 5, 2021 of the Raymond Sackler Family[2] for an order granting leave to exceed the page limit in the Raymond Sackler Family's statement in support of confirmation of Debtors' Sixth Amended Joint Chapter 11 Plan of Reorganization (ECF No. 3185) (the "**Plan**") and in reply to plan objections (the "**Statement**"), the Court finds that the Raymond Sackler Family has shown good cause to exceed the page limit set out by this Court's *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures*, entered on November 18, 2019 (Dkt. 498). Based on this finding, it is hereby:

ORDERED, that the Raymond Sackler Family may exceed this Court's page limit for statements and file a statement in support of confirmation of the Plan and in reply to Plan objections that is 114 pages in length, exclusive of the table of contents and table of authorities.

Dated: August ___, 2021
       White Plains, New York

                                                     THE HONORABLE ROBERT D. DRAIN
                                                     UNITED STATES BANKRUPTCY JUDGE

838175

---

[2] The Raymond Sackler Family consists of Richard Sackler, David Sackler, and the estates of the late Jonathan Sackler and Beverly Sackler.

2