UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

**PURDUE PHARMA L.P.**, *et al.*,

Debtors.[1]

Chapter 11

Case No. 19-23649 (RDD)

(Jointly Administered)

## DECLARATION OF LIANNA E. SIMMONDS

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

I, Lianna E. Simmonds, pursuant to 28 U.S.C. § 1746, hereby declare as follows under penalty of perjury:

1. I am over the age of twenty-one, and I am competent to testify to the matters set forth below.

2. I am employed by Reed Smith LLP (the "**Firm**"), and my official title is Paralegal. I have been designated as a custodian of records for the Firm.

3. The Resolution Letters produced by the Firm ("**Records**") (JX-0228– JX-0382) were made at or near the time of occurrence of the matters set forth in the Records by, or from information transmitted by, a person with knowledge of those matters.

4. The Records produced by the Firm are maintained by the Firm as business records, which are kept in the regular course of its business and practice.

5. The Records produced by the Firm are true and correct copies of the Firm's business records.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 5, 2021

/s/ *Lianna E. Simmonds*
Lianna E. Simmonds