UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

# AFFIDAVIT OF SERVICE

I, Andrew Chan, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

Dated: July 28, 2021

*/s/ Andrew Chan*
Andrew Chan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 28, 2021, by Andrew Chan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**<u>Exhibit A</u>**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2940 | Pure Communications LLC<br>The Weiss Comm Group Ltd<br>dba W2O Group<br>199 Water Street, 12th Floor<br>New York, NY 10029<br><br>Pure Communications LLC<br>Accounts Payable<br>100 Campus Drive, Suite 300<br>Florharm Park, NY 07932 | Hain Capital Investors Master Fund, LTD<br>Attn: Keenan Austin<br>301 Route 17, 7th Fl<br>Rutherford, NJ 07070 | June 4, 2021 |
| 2943 | LPW Training Services LLC<br>Attn: Liza Pizarro-White<br>90 East Main Street, Suite 302<br>Somerville, NJ 08876<br><br>LPW Training Services LLC<br>TD Bank<br>560 Route 22 East<br>Bridgewater, NJ 08807<br><br>LPW Training Services LLC<br>1938 Washington Valley Rd 2nd Fl<br>Martinsville, NJ 08836 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | June 4, 2021 |

In re: Purdue Pharma L.P., *et al.*
Case No. 19-23649 (RDD)  Page 1 of 2

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2945 | LPW Training Services LLC<br>Attn: Liza Pizarro-White<br>90 East Main Street, Suite 302<br>Somerville, NJ 08876<br><br>LPW Training Services LLC<br>560 Route 22 East<br>Bridgewater, NJ 08807<br><br>LPW Training Services LLC<br>1938 Washington Valley Rd 2nd Fl<br>Martinsville, NJ 08836 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | June 4, 2021 |
| 3007 | Vantage Marketing Group LLC<br>6 Forest Drive<br>Succasunna, NJ 07876 | Fair Harbor Capital, LLC<br>Attn: Fredric Glass<br>Ansonia Finance Station<br>PO Box 237037<br>New York, NY 10023 | July 16, 2021 |
| 3091 | Customer Marketing Group, Inc<br>3601 S. Congress Ave. Suite D102<br>Austin, TX 78704 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | July 16, 2021 |
| 3092 | Customer Marketing Group<br>3601 S. Congress Ave. Suite D102<br>Austin, TX 78704 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | July 16, 2021 |