**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**AD HOC GROUP OF HOSPITALS MOTION FOR LEAVE TO EXCEED
THE PAGE LIMIT IN FILING THE REPLY TO THE UNITED STATES
TRUSTEE'S OBJECTION TO THE FEE SETTLEMENTS INCLUDED IN
SIXTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION
OF PURDUE PHARMA L.P. AND ITS AFFILIATED DEBTORS**

The Ad Hoc Group of Hospitals (the "**Hospitals**"), through its counsel, Taft Stettinius & Hollister LLP, respectfully submit this motion (the "**Motion**") for leave to exceed the page limit in filing its reply (the "**Reply**") to the *Objection of United States Trustee to Sixth Amended Joint Chapter 11 Plan of Purdue Pharma, L.P. and its Affiliated Debtors* (the "**UST Objection**") [Docket No. 3256]. In support of the Motion, the Hospitals respectfully state as follows:

**MOTION**

1.  Notwithstanding the highly contested nature of the Chapter 11 Cases, only the United States Trustee filed on objection to the attorney fee provisions in the Plan, necessitating the filing of the Reply to the UST Objection.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

2. The *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures*, entered on November 18, 2019 [Docket No. 498] (the "**CMO**"), provides that "[u]nless granted prior permission...replies and statements are limited to 20 pages." CMO at Ex. 1, ¶ 15.

3. The Hospitals submit that allowing the Reply to exceed twenty pages is appropriate and justified. Due to the complexity of the Plan and issues raised in the UST Objection, the Reply and supporting exhibits describe the extensive efforts it took to reach is groundbreaking results in the Plan. Consequently, the Reply exceeds the page limit restriction in the CMO.

4. The Reply itself is only 15 pages (exclusive of the certificate of service), but there are also two Declarations which aggregate 34 pages, for a total of 49 pages. The Hospitals are unable to provide the Court with the information necessary for the full and fair adjudication of the issues raised in the UST Objection if it were to remain subject to the twenty-page limitation.

**CONCLUSION**

For the above reasons, the Hospitals respectfully submit that this Bankruptcy Court grant the Hospitals leave to file the Reply in excess of twenty pages.

Dated: August 5, 2021
New York, New York

TAFT STETTINIUS & HOLLISTER LLP

By: */s/ Michael P. O'Neil*
Michael P. O'Neil
Admitted *Pro Hac Vice*
Counsel for Ad Hoc Group of Hospitals

TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Tel.:   (317) 713-3500
Fax:   (317) 713-3699

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2021 I caused a copy of the foregoing *AD HOC GROUP OF HOSPITALS MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN FILING THE REPLY TO THE UNITED STATES TRUSTEE'S OBJECTION TO THE FEE SETTLEMENTS INCLUDED IN SIXTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF PURDUE PHARMA L.P. AND ITS AFFILIATED DEBTORSMOTION FOR LEAVE TO EXCEED* to be electronically filed and served via the United States Bankruptcy Court for the Southern District of New York's CM/ECF system upon the following parties in this case:

      (See attached list)

                                        /s/ *Michael P. O'Neil*
                                        Michael P. O'Neil

4

**Mailing Information for Case 19-23649-rdd – August 5, 2021**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael Geoffrey Abelow**     mabelow@sherrardroe.com, neads@sherrardroe.com
- **Jill Abrams**     jill.abrams@vermont.gov
- **Nicklas Arnold Akers**     nicklas.akers@doj.ca.gov
- **Sydenham B. Alexander**     sandy.alexander@mass.gov
- **Andrew Vincent Alfano**     andrew.alfano@pillsburylaw.com
- **Barbara M. Almeida**     barbara.almeida@clydeco.us, shane.calendar@clydeco.us
- **Anne Andrews**     aa@andrewsthornton.com
- **Philip D. Anker**     philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com
- **Alison Archer**     alison.archer@ohioattorneygeneral.gov
- **Reuel D. Ash**     rash@ulmer.com, sbenoit@ulmer.com
- **Mitchell Jay Auslander**     maosbny@willkie.com, mauslander@willkie.com
- **Michael I. Baird**     baird.michael@pbgc.gov, efile@pbgc.gov
- **Jasmine Ball**     jball@debevoise.com, cponeal@debevoise.com;nquigley@debevoise.com
- **Lauren Guth Barnes**     lauren@hbsslaw.com, purduebankruptcy@hbsslaw.com
- **Barry Z. Bazian**     bbazian@goodwinlaw.com, acunningham@goodwinlaw.com
- **Morgan R Bentley**     mbentley@bentleyandbruning.com
- **Alexander Berk**     aberk@mayerbrown.com, courtnotification@mayerbrown.com
- **Thomas Moultrie Beshere**     tbeshere@oag.state.va.us
- **Thomas D. Bielli**     tbielli@bk-legal.com, dklauder@bk-legal.com;tnobis@bk-legal.com
- **Kathryn Blake**     kathryn.blake@ag.ny.gov
- **Jordan S. Blask**     jblask@fbtlaw.com, agilbert@tuckerlaw.com
- **Anthony D. Boccanfuso**     Anthony.Boccanfuso@apks.com, ecf-b9841d808f73@ecf.pacerpro.com
- **James T. Boffetti**     james.boffetti@doj.nh.gov, janet.demers@doj.nh.gov
- **John A. Boyle**     jboyle@khmarino.com, docketing@khmarino.com
- **Morton R. Branzburg**     mbranzburg@klehr.com, jtaylor@klehr.com
- **Paul E. Breene**     pbreene@reedsmith.com

- **William J. Brennan**  william.brennan@kennedyslaw.com
- **Gary D. Bressler**  gbressler@mdmc-law.com, scarney@mdmc-law.com;nleonard@mdmc-law.com
- **Daniel R Brice**  drbrice@bklawyers.com
- **Emily Brown**  ebrown@hsplegal.com
- **Celeste Brustowicz**  cbrustowicz@sch-llc.com, lrichardson@clfnola.com
- **Michael Morris Buchman**  mbuchman@motleyrice.com
- **Chane Buck**  cbuck@jonesday.com
- **Michiyo Michelle Burkart**  michelle.burkart@doj.ca.gov
- **Ira Burnim**  irabster@gmail.com
- **Lori A. Butler**  butler.lori@pbgc.gov, efile@pbgc.gov
- **CRG Financial LLC**  notices@CRGfinancial.com
- **Aaron R. Cahn**  cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com
- **George Calhoun**  george@ifrahlaw.com
- **Robert P. Charbonneau**  rpc@agentislaw.com, bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Shawn M. Christianson**  schristianson@buchalter.com, cmcintire@buchalter.com
- **Elizabeth A Citrin**  elizabeth@elizabethcitrin.com
- **Marvin E. Clements**  agbanknewyork@ag.tn.gov
- **Julie Elizabeth Cohen**  julie.cohen@skadden.com
- **Daniel S. Connolly**  daniel.connolly@bracewell.com, mco@bracewell.com;joseph.lasher@bracewell.com
- **John Michael Connolly**  mike@consovoymccarthy.com
- **William S Consovoy**  will@consovoymccarthy.com
- **Linda J Conti**  linda.conti@maine.gov
- **Merrida Coxwell**  lenah@coxwelllaw.com
- **Anthony Crawford**  acrawford@reedsmith.com
- **Ashley Crawford**  avcrawford@akingump.com
- **Heather M Crockett**  heather.crockett@atg.in.gov, marie.baker@atg.in.gov
- **Jonathan Watson Cuneo**  jonc@cuneolaw.com
- **Melanie L. Cyganowski**  mcyganowski@oshr.com, awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt

6

@otterbourg.com;hildebrandtjr81341@notify.bestcase.com;mmaizel@otterbourg.com; mpantzer@otterbourg.com

- **Peter D'Apice**  dapice@sbep-law.com
- **Scott I. Davidson**  sdavidson@kslaw.com, jcmccullough@kslaw.com
- **Joseph G. Davis**  jdavis@willkie.com, maodc1@willkie.com
- **Brett T DeLange**  brett.delange@ag.idaho.gov
- **Ira S. Dizengoff**  idizengoff@akingump.com, apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com
- **Mark S. Dym**  mdym@hsplegal.com
- **Leslie A. Eaton**  leslie.eaton@coag.gov
- **Kenneth H. Eckstein**  keckstein@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
- **Brian Edmunds**  bedmunds@oag.state.md.us
- **Leah M. Eisenberg**  leisenberg@mayerbrown.com
- **Justin M Ellis**  jellis@mololamken.com
- **Susan Ellis**  sellis@atg.state.il.us
- **Bernard Ardavan Eskandari**  bernard.eskandari@doj.ca.gov
- **Gillian Feiner**  gillian.feiner@mass.gov
- **Jamie Fell**  jamie.fell@stblaw.com
- **Laura Femino**  laura.femino@whitecase.com
- **Lowell W. Finson**  lowellwfinson@gmail.com
- **Judith Aurora Yosepha Fiorentini**  judith.fiorentini@doj.ca.gov
- **Eric Fisher**  efisher@binderschwartz.com, docket@binderschwartz.com
- **Lara J Fogel**  lfogel@levinelee.com
- **Lawrence Fogelman**  lawrence.fogelman@usdoj.gov
- **Joseph D. Frank**  jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com
- **Bryce L. Friedman**  bfriedman@stblaw.com, 5962535420@filings.docketbird.com
- **George Robert Gage**  grgage@gagespencer.com
- **Richard R Gan**  richlaw1@comcast.net
- **Jeffrey K. Garfinkle**  jgarfinkle@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **Alison Gaske**  gaskea@gilbertlegal.com

7

- **Scott F. Gautier** scott.gautier@faegredrinker.com, kmeek@robinskaplan.com;mdelaney@robinskaplan.com
- **Richard Joseph Geddes** richard.geddes@kennedyslaw.com
- **Marc P Gertz** mpgertz@gertzrosen.com
- **Steven A. Ginther** sdnyecf@dor.mo.gov
- **Eric M. Gold** eric.gold@state.ma.us
- **Matthew J. Gold** mgold@kkwc.com, jremi@kkwc.com
- **Irve J. Goldman** igoldman@pullcom.com, jshearin@pullcom.com;rmccoy@pullcom.com
- **Eric Goldstein** egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- **Michael Goldstein** mgoldstein@goodwinlaw.com
- **Leslie A. Goller** lgoller@terrellhogan.com
- **Michael Gorelick** mgorelick@agfjlaw.com
- **Alexander M Gormley** agormley@williamsmullen.com, ssavitsky@slevinhart.com
- **Isley Markman Gostin** isley.gostin@wilmerhale.com
- **Gary A. Gotto** ggotto@kellerrohrback.com
- **Elisha D. Graff** egraff@stblaw.com
- **Timothy E. Graulich** ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com
- **Christopher Graver** cgraver@kellerrohrback.com
- **Adam P. Haberkorn** ahaberkorn@omm.com
- **Mawerdi Hamid** mawerdi.hamid@ag.state.mn.us
- **William Hao** william.hao@alston.com, leslie.salcedo@alston.com
- **Ben Harrington** benh@hbsslaw.com
- **Neil L Henrichsen** nhenrichsen@hslawyers.com
- **Angela K. Herring** akherring@wlrk.com, calert@wlrk.com
- **John Wayne Hogan** hogan@terrellhogan.com
- **Jake Holdreith** jholdreith@robinskaplan.com, bmiller@robinskaplan.com;tbarrett@robinskaplan.com;cmay@robinskaplan.com
- **Daniel Ari Horowitz** dhorowitz@obbblaw.com, jfitzgerald@obbblaw.com;sbushinsky@obbblaw.com;bcollins@obbblaw.com
- **Chiung-Hui Huang** chuang@hslawyers.com

- **Jenna A Hudson**    hudsonj@gilbertlegal.com, johnsonka@gilbertlegal.com;colcocks@gilbertlegal.com
- **Harold D. Israel**    hisrael@lplegal.com, ikropiewnicka@lplegal.com;bdroca@lplegal.com;nbailey@lplegal.com
- **Henry Jaffe**    Henry.Jaffe@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com
- **Evan M. Jones**    ejones@omm.com, evan-jones-5677@ecf.pacerpro.com
- **Gregory P. Joseph**    gjoseph@jhany.com
- **Nicholas F. Kajon**    nfk@stevenslee.com
- **Benjamin S. Kaminetzky**    kaminet@dpw.com, ecf.ct.papers@davispolk.com
- **Nickolas Karavolas**    nkaravolas@phillipslytle.com, ddrons@phillipslytle.com
- **Joshua Karsh**    pleadings@findjustice.com
- **Michael J Kasen**    mkasen@kasenlaw.com
- **Beth Kaswan**    bkaswan@scott-scott.com
- **Ashley Keller**    ack@kellerlenkner.com
- **Nicolas G. Keller**    nicolas.keller@dfs.ny.gov
- **Neil Francis Xavier Kelly**    nkelly@riag.ri.gov, mdifonzo@riag.ri.gov
- **Muhammad Umair Khan**    umair.khan@ag.ny.gov
- **Michael S. Kimm**    msk@kimmlaw.com, law@kimmlaw.com;proh@kimmlaw.com
- **Thomas S. Kiriakos**    tkiriakos@mayerbrown.com, cnotification@mayerbrown.com
- **Jeremy C. Kleinman**    jkleinman@fgllp.com
- **John R. Knapp**    john.knapp@millernash.com, edgar.rosales@millernash.com;dona.purdy@millernash.com
- **Paul R Koepff**    paul.koepff@clydeco.us, meisee.hon@clydeco.us
- **Dan D Kohane**    ddk@hurwitzfine.com, donnab@hurwitzfine.com;kathik@hurwitzfine.com
- **Anna Kordas**    akordas@jonesday.com, cbuck@jonesday.com
- **Lawrence J. Kotler**    ljkotler@duanemorris.com
- **Ann Kramer**    akramer@reedsmith.com
- **Mark Krueger**    mkrueger@ag.nv.gov, dpotnar@ag.nv.gov,jwhitson@ag.nv.gov,lmtucker@ag.nv.gov
- **Thomas Lauria**    tlauria@whitecase.com
- **Andrea Law**    alaw@atg.state.il.us
- **Jillian Lazar**    jillian.lazar@delaware.gov

- **Trish Lazich**    trish.lazich@ohioattorneygeneral.gov
- **Garrett S. Ledgerwood**    garrett.ledgerwood@millernash.com
- **Alexander Lees**    alees@milbank.com, alexander-lees-2212@ecf.pacerpro.com;AutoDocketECF@milbank.com
- **Nicole A Leonard**    nleonard@mdmc-law.com, sshidner@mdmc-law.com
- **Stephen D. Lerner**    stephen.lerner@squirepb.com, sarah.conley@squirepb.com;stephen-lerner-2073@ecf.pacerpro.com
- **Richard James Leveridge**    leveridger@gilbertlegal.com
- **Richard B. Levin**    rlevin@jenner.com
- **Arthur J Liederman**    aliederman@morrisonmahoney.com
- **Jonathan C Lipson**    jlipson@temple.edu
- **Mimi Liu**    mliu@motleyrice.com
- **Michael G Louis**    mlouis@macelree.com
- **Donald K. Ludman**    dludman@brownconnery.com
- **Timothy Lundgren**    timothy.lundgren@doj.ca.gov
- **Michael Luskin**    luskin@lsellp.com
- **Jennifer B Lyday**    notice@waldrepwall.com
- **Joanna Lydgate**    joanna.lydgate@mass.gov
- **Christopher A. Lynch**    clynch@reedsmith.com, chris-lynch-7800@ecf.pacerpro.com
- **Lauren M. Macksoud**    lauren.macksoud@dentons.com
- **Kevin C. Maclay**    cecilia-guerrero-caplin-6140@ecf.pacerpro.com,jgiglio@capdale.com
- **Thomas Maeglin**    tmaeglin@agfjlaw.com
- **Ambria Mahomes**    amahomes@shb.com
- **Eric John Maloney**    eric.maloney@ag.state.mn.us
- **Scott S. Markowitz**    smarkowitz@tarterkrinsky.com, snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com;mtorres@tarterkrinsky.com
- **Kimberly P. Massicotte**    kimberly.massicotte@ct.gov
- **Brian S. Masumoto**    nysbnotice@gmail.com
- **Clayton Matheson**    cmatheson@akingump.com
- **Annemarie Belanger Mathews**    abm@columbia13.com
- **Douglas Kirk Mayer**    dkmayer@wlrk.com, calert@wlrk.com

- **James I. McClammy**   james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com
- **Katherine McCraw**   kmccraw@ncdoj.gov, kchadwick@ncdoj.gov;etant@ncdoj.gov;lbulls@ncdoj.gov
- **John P McDonald**   jpmcdonald@lockelord.com
- **Laura McFarlane**   mcfarlanele@doj.state.wi.us
- **Michael D McMahan**   MMcMahan@hobbsstraus.com, cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com
- **Patrick Francis McTernan**   pmcternan@croninfried.com, cfskf@croninfried.com
- **Cyrus Mehri**   cmehri@findjustice.com
- **Seth Adam Meyer**   sam@kellerlenkner.com, docket@kellerlenkner.com
- **Samuel Mitchell**   sam@mitchellspeights.com
- **Corey Moll**   cmoll@phjlaw.com
- **Steven Francis Molo**   smolo@mololamken.com
- **Carol E. Momjian**   cmomjian@attorneygeneral.gov
- **Denise Mondell**   denise.mondell@ct.gov
- **Brandan Montminy**   brandan.montminy@lockelord.com
- **Patrick Morrisey**   pm@wvago.gov
- **Eleanor M. Mullen**   eleanor.mullen@ct.gov
- **Joseph L Mulvey**   joseph@mulveylawllc.com
- **Lucian Murley**   luke.murley@saul.com, robyn.warren@saul.com
- **Sean Michael Murphy**   murphysm@doj.state.wi.us, radkeke@doj.state.wi.us
- **Lynn Hagman Murray**   lhmurray@shb.com, docket@shb.com
- **David Eli Nachman**   david.nachman@ag.ny.gov
- **Alissa M. Nann**   anann@foley.com, alissa-nann-1605@ecf.pacerpro.com
- **Edward E. Neiger**   eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com
- **Jill L. Nicholson**   jnicholson@foley.com, mstockl@foley.com
- **Darlene M. Nowak**   nowak@marcus-shapira.com
- **Sean A. O'Neal**   soneal@cgsh.com, maofiling@cgsh.com
- **Brendan O'Neil**   brendan.oneil@maine.gov
- **Michael Patrick O'Neil**   moneil@taftlaw.com

- **Peter Francis O'Neill**   pfoneill@shb.com, docket@shb.com
- **Steven P Ordaz**   sordaz@bmcgroup.com
- **Jessica Ortiz**   jortiz@mololamken.com
- **Norma E. Ortiz**   email@ortizandortiz.com, bkcourt@gmail.com;ortiznoticeme@gmail.com;ortizandortiz@gmail.com; ortiznr70019@notify.bestcase.com
- **Andrew Owen**   aowen@ulmer.com
- **James Franklin Ozment**   frankozmentlaw@gmail.com
- **Robert Padjen**   robert.padjen@coag.gov
- **Jeremy Pearlman**   jeremy.pearlman@ct.gov
- **William R Pearson**   william.pearson@ag.iowa.gov
- **Amanda Peterson**   apeterson@forthepeople.com
- **Justino D Petrarca**   jpetrarca@edlawyer.com, emcnulty@edlawyer.com
- **Todd E. Phillips**   tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com
- **Alissa K. Piccione**   alissa.piccione@troutman.com, Brett.Goodman@troutman.com
- **Matthew J. Piers**   mpiers@hsplegal.com, rortiz@hsplegal.com;docketing@hsplegal.com
- **Mark D. Plevin**   mplevin@crowell.com
- **Joshua Polster**   joshua.polster@stblaw.com
- **Constantine Dean Pourakis**   cp@stevenslee.com
- **Michele Puiggari**   michele@mpuiggari.com
- **Amanda Quick**   amanda.quick@atg.in.gov, marie.baker@atg.in.gov
- **Marion Quirk**   marion.quirk@delaware.gov
- **Paul A. Rachmuth**   paul@paresq.com
- **Geoffrey T. Raicht**   graicht@raichtlawpc.com, jgreen@nicolaidesllp.com;msullivan@nicolaidesllp.com
- **Martin S. Rapaport**   manhatoffice@yahoo.com
- **Lawrence R. Reich**   reichlaw@reichpc.com
- **Alexander Gary Rheaume**   arheaume@mofo.com
- **Aisha Rich**   arich@findjustice.com
- **Mai Lan G. Rodgers**   rodgers.mailan@pbgc.gov, efile@pbgc.gov
- **Laurel D. Roglen**   roglenl@ballardspahr.com, carbonej@ballardspahr.com

- **Evan Romanoff**    evan.romanoff@ag.state.mn.us
- **Paul S Rothstein**    psr@rothsteinforjustice.com
- **Corey William Roush**    croush@akingump.com
- **Laurie Rubinow**    lrubinow@millershah.com, pleadings@millershah.com
- **Jason Rubinstein**    rubinsteinj@gilbertlegal.com
- **Vadim J. Rubinstein**    vrubinstein@loeb.com, vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com
- **Nathan Quinn Rugg**    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Megan Paris Rundlet**    megan.rundlet@coag.gov
- **Michael B. Rush**    rushm@gotofirm.com
- **William T. Russell**    wrussell@stblaw.com
- **Tancred V. Schiavoni**    tschiavoni@omm.com, jmcdonald@omm.com;tancred-schiavoni-9326@ecf.pacerpro.com
- **Frederick E. Schmidt**    eschmidt@cozen.com, frederick-schmidt-4035@ecf.pacerpro.com
- **David Edward Schoenfeld**    dschoenfeld@shb.com
- **Elizabeth Scott**    edscott@akingump.com
- **Joel Shafferman**    shaffermanjoel@gmail.com
- **Hunter J. Shkolnik**    hunter@nsprlaw.com
- **J. Christopher Shore**    cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com
- **Richard Shore**    shorer@gilbertlegal.com
- **George W. Shuster**    george.shuster@wilmerhale.com, WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com
- **Lee Scott Siegel**    lss@hurwitzfine.com, kathik@hurwitzfine.com
- **Linda Singer**    lsinger@motleyrice.com
- **Paul M. Singer**    psinger@reedsmith.com, gwieland@reedsmith.com;SLucas@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com
- **Steven A Skalet**    sskalet@findjustice.com
- **Daniel H. Slate**    dslate@buchalter.com
- **Eric J. Snyder**    esnyder@wilkauslander.com, jstauder@wilkauslander.com
- **Colleen P Sorensen**    csorensen@hww-law.com, afaber@hww-law.com
- **Christopher B Spuches**    cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

13

- **Katherine Stadler**    kstadler@gklaw.com, kboucher@gklaw.com
- **Catherine Steege**    csteege@jenner.com, jeffrey_cross@discovery.com
- **Mark Stein**    mstein@lowestein.com
- **Dawn Stewart**    dstewart@thestewartlawfirm.com
- **Aaron H. Stulman**    astulman@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com
- **Jeffrey S. Swyers**    jswyers@slevinhart.com, courtalerts@slevinhart.com
- **Lisa A Szymanski**    lszymanski@reedsmith.com
- **Mark Tate**    wkell@tatelawgroup.com
- **Jay Teitelbaum**    jteitelbaum@tblawllp.com, dcampagne@tblawllp.com
- **Louis J. Testa**    louis.testa@ag.ny.gov
- **Wendy Tien**    wendy.tien@ag.state.mn.us
- **Marc Joseph Tobak**    mtobak@dpw.com, purdue.bloyd.service@davispolk.com
- **Lawrence L. Tong**    lawrence.l.tong@hawaii.gov, mana.moriarty@hawaii.gov;aaron.s.joyce@hawaii.gov
- **Sara Tonnesen**    stonnesen@oag.state.md.us
- **KatieLynn B Townsend**    ktownsend@rcfp.org
- **Andrew M. Troop**    andrew.troop@pillsburylaw.com
- **Margaret Truesdale**    mtruesdale@hsplegal.com
- **Kelly Tsai**    ktsai@crowell.com
- **Marshall C. Turner**    marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com
- **Allen J. Underwood**    aunderwood@litedepalma.com, grodriguez@litedepalma.com
- **United States Trustee**    USTPRegion02.NYECF@USDOJ.GOV
- **Warren A. Usatine**    wusatine@coleschotz.com, fpisano@coleschotz.com
- **Gerard Uzzi**    guzzi@milbank.com, jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com;mmuscara@Milbank.com
- **Melissa L. Van Eck**    mvaneck@attorneygeneral.gov
- **Jennifer Lynn Vandermeuse**    vandermeusejl@doj.state.wi.us, radkeke@doj.state.wi.us
- **Shmuel Vasser**    shmuel.vasser@dechert.com, nycmanagingclerks@dechert.com,brett.stone@dechert.com
- **Ilana Volkov**    ivolkov@mcgrailbensinger.com, ivolkov@mcgrailbensinger.com

- **Eli J. Vonnegut** eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com
- **Daniel Walfish** dwalfish@walfishfissell.com
- **Anne Gilbert Wallice** anne.wallice@kirkland.com
- **Peter H Weinberger** sschebek@spanglaw.com
- **William P. Weintraub** wweintraub@goodwinlaw.com, gfox@goodwinprocter.com
- **Erin West** ewest@gklaw.com, kboucher@gklaw.com;elewerenz@gklaw.com
- **Dorothy White-Coleman** whitecoleman@whitecoleman.net
- **Harris Wiener** harris.wiener@clydeco.us
- **Gregory Dale Willard** gwillard@dubllc.com
- **Brady C. Williamson** bwilliamson@gklaw.com
- **Dennis Windscheffel** dwindscheffel@akingump.com
- **Douglas Wolfe** dwolfe@asmcapital.com
- **Charles Wysong** cwysong@hsplegal.com
- **Dina L. Yunker Frank** bcuyunker@atg.wa.gov
- **David Zwally** dzwally@haugpartners.com
- **David Zylberberg** david.zylberberg@stblaw.com

70793595v1