UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PURDUE PHARMA L.P., *et al.*, | ) Case No. 19-23649 (RDD) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, F. Jerome Tapley, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Multi-State Governmental Entities Group in the above-captioned bankruptcy proceedings and any related adversary proceedings. I certify that I am a member in good standing of the bars of the States of Alabama and Florida. I am also admitted to practice in the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Eleventh Circuit, the U.S. District Court for the Northern District of Alabama, the U.S. District Court for the Middle District of Alabama, the U.S. District Court for the Southern District of Alabama, the U.S. District Court for the Northern District of Florida, the U.S. District Court for the Middle District of Florida, the U.S. District Court for the Southern District of Florida, and the U.S. District Court for the Southern District of Indiana.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Error! Unknown document property name.**

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 5, 2021

Respectfully submitted,

*/s/ F. Jerome Tapley*
F. Jerome Tapley
Cory Watson, P.C.
2131 Magnolia Avenue South
Birmingham, AL 35205
Phone: (205) 328-2200
Email: jtapley@corywatson.com

*Counsel for the Multi-State Governmental Entities Group*

## CERTIFICATE OF SERVICE

I certify that on August 5, 2021, a copy of the foregoing Motion for Admission *Pro Hac Vice* has been duly served upon all counsel or parties of record by the Court's ECF Notification system.

/s/ F. Jerome Tapley
F. Jerome Tapley