**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------X
                                                    :
In re:                                              :    Chapter 11
                                                    :
PURDUE PHARMA L.P., et al.,                         :    Case No. 19-23649 (RDD)
                                                    :
                        Debtors.                    :    (Jointly Administered)
                                                    :
------------------------------------------------------------------ X
```

# MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Samuel Issacharoff, certify that I am a member in good standing of the bar in the State of Texas. and request admission *pro hac vice* before the Honorable Robert D. Drain, to represent as special counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "Ad Hoc Committee") on behalf of local governments and subdivisions with respect to Section 5.8(a) of the Plan. My office and email addresses and telephone number is:

Samuel Issacharoff
40 Washington Sq. South
New York, NY 10012
Tel:  (212) 998-6580
si13@nyu.edu

I agree to pay the fee of $200 upon entry of an order admitting me to practice *pro hac vice*.

Dated:  August 5, 2021
New York,  New York

                                                                         /s/ *Samiel Issacharoff*
                                                                         Samuel Issacharoff

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
: 
In re: : Chapter 11
: 
PURDUE PHARMA L.P., *et al.*, : Case No. 19-23649 (RDD)
: 
Debtors. : (Jointly Administered)
: 
--------------------------------------------------------------- X

### ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Samuel Issacharoff, to be admitted, *pro hac vice*, to represent as special counsel special counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "Ad Hoc Committee") on behalf of local governments and subdivisions with respect to Section 5.8(a) of the Plan in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas, it is hereby **ORDERED**, that Samuel Issacharoff, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent as special counsel to the Ad Hoc Committee, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

New York, New York        /s/ _____
                              UNITED STATES BANKRUPTCY JUDGE

64126535 v2