UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING LEAVE TO EXCEED THE PAGE LIMIT IN FILING THE REPLY TO THE UNITED STATES TRUSTEE'S OBJECTION TO THE FEE SETTLEMENTS INCLUDED IN SIXTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF PURDUE PHARMA L.P. AND ITS AFFILIATED DEBTORS**

Upon the motion (the "**Motion**")[2], dated August 5, 2021, of the Ad Hoc Group of Hospitals (the "**Hospitals**"), for an order granting leave to exceed the page limit in filing its *Reply to the Objection of United States Trustee to Sixth Amended Joint Chapter 11 Plan of Purdue Pharma, L.P. and its Affiliated Debtors* (the "**Reply**"); and after due deliberation the Court finding that the Hospitals have shown good cause based on the facts and circumstances set forth in the Motion to exceed the page limit set forth in the CMO; and no further notice or hearing being required, it is hereby

ORDERED THAT:

1. The Motion is granted as set forth herein.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not defined herein shall have the meaning given to such term in the Motion.

1

2. The Hospitals may exceed the Bankruptcy Court and CMO's page limitation for replies and statements and file its Reply, including the Declarations as described in the Motion.

Dated: White Plains, New York
August 5, 2021

*/s/Robert D. Drain*
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

70794151v2