**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**ORDER GRANTING LEAVE TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EXCEED PAGE LIMIT IN STATEMENT IN SUPPORT OF CONFIRMATION OF THE AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF PURDUE PHARMA L.P. AND ITS AFFILIATED DEBTORS**

Upon the motion, dated August 5, 2021 of the Official Committee of Unsecured Creditors (the "Official Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for an order granting relief from the page limit in the Official Committee's statement (the "UCC Statement") in support of confirmation of the *Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors* [ECF No. 3185]; and after due deliberation the Court having found that the Official Committee has demonstrated sufficient cause to grant relief from the page limit that otherwise would apply to the UCC Statement under the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures*, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

ORDERED, that the Official Committee may exceed the page limit imposed by the CMO and may file the UCC Statement at 56 pages in length, exclusive of the table of contents and table of authorities.


Dated:  White Plains, New York  /s/ Robert D. Drain
        August 5, 2021  THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE