**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re: PURDUE PHARMA, L.P., *et al.*,    Case No.: 19-23649 (RDD)

Chapter 11

Debtor

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mario D'Angelo, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent The City of Grande Prairie, as Representative Plaintiff for a Class Consisting of All Canadian Municipalities; Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People; The City of Brantford; The City of Grande Prairie; Lac La Ronge Indian Band; The City of Lethbridge; and, The City of Wetaskiwin, creditors in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of New York and, if applicable, the bar of the U.S. District Court for the Eastern District of New York.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: _____
     Bayport, New York                           /s/ <u>Mario D'Angelo</u>
                                                        Mario D'Angelo, Esq.
                                                        16 Crestview Ct.
                                                        Bayport, NY11705-2029
                                                   *E-mail address*: mdesq@dangelolaw.net
                                                      *Telephone number*: (516) 380-3595