**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: PURDUE PHARMA, L.P., *et al.*,                    Case No.: 19-23649 (RDD)

                                                          Chapter 11

                              Debtor

-------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Mario D'Angelo, to be admitted, ***pro hac vice***, to represent The City of Grande Prairie, as Representative Plaintiff for a Class Consisting of All Canadian Municipalities; Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People; The City of Brantford; The City of Grande Prairie; Lac La Ronge Indian Band; The City of Lethbridge; and, The City of Wetaskiwin, (the "Clients") creditors in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York and, if applicable, the bar of the U.S. District Court for the Eastern District of New York,  it is hereby

**ORDERED**, that Mario D'Angelo, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case  to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
White Plains, New York                    /s/ _____
                                          HONORABLE ROBERT D. DRAIN
                                          UNITED STATES BANKRUPTCY JUDGE