**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: PURDUE PHARMA, L.P., *et al.*,    Case No.: 19-23649 (RDD)

Chapter 11

Debtor

---------------------------------------------------------------x

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mathew Farrell, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent The City of Grande Prairie, as Representative Plaintiff for a Class Consisting of All Canadian Municipalities; Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People; The City of Brantford; The City of Grande Prairie; Lac La Ronge Indian Band; The City of Lethbridge; and, The City of Wetaskiwin, creditors in the above-referenced case.

*I certify that I am a member in good standing* of the Law Society of Alberta in the province of Alberta, Canada.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: _____
    Calgary, Alberta            /s/ Mathew Farrell
                                        Mathew Farrell, B.A., LL.B.
                                        342 – 4 Avenue SE
                                        Calgary, AB T2G 1C9
                                        *E-mail address*: mfarrell@guardian.law
                                        *Telephone number*: (403) 457-7778