**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: PURDUE PHARMA, L.P., *et al.*,        Case No.: 19-23649 (RDD)

                                                                                            Chapter 11

                         Debtor

---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Mathew Farrell, to be admitted, *pro hac vice*, to represent The City of Grande Prairie, as Representative Plaintiff for a Class Consisting of All Canadian Municipalities; Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People; The City of Brantford; The City of Grande Prairie; Lac La Ronge Indian Band; The City of Lethbridge; and, The City of Wetaskiwin, (the "Clients") creditors in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the Law Society of Alberta in the province of Alberta, Canada, it is hereby

**ORDERED**, that Mathew Farrell, B.A., LL.B., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
White Plains, New York

/s/ _____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE