UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
In re:                                                              :    Chapter 11
                                                                    :
PURDUE PHARMA L.P., *et al.*,                                       :    Case No. 19-23649 (RDD)
                                                                    :
                          Debtors.                                  :    (Jointly Administered)
                                                                    :
------------------------------------------------------------------ X


### ORDER GRANTING MOTION TO EXCEED PAGE LIMIT
### FOR AD HOC COMMITTEE'S REPLY TO PLAN OBJECTIONS

Upon the motion, dated August 5, 2021 (the "**Motion**")[1] of the ad hoc committee of governmental and other contingent litigation claimants (the "**Ad Hoc Committee**") for entry of an order (this "**Order**") to exceed the Page Limit in the *Ad Hoc Committee's Reply to Plan Objections* (the "**Reply**"), filed contemporaneously herewith; and the Court having found that the Court has jurisdiction over this matter as per 28 U.S.C. §§ 157(a)-(b) and 1334(b), that this is a core proceeding under 28 U.S.C. § 157(b), and that notice of the Motion was sufficient under the circumstances; and after due deliberation the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, in that the Reply responds to multiple Plan Objections aggregating roughly 250 pages; now, therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Reply may exceed the Page Limit by sixty pages.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion.

3. The Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: August 6, 2021
      White Plains, New York

                        /s/ Robert D. Drain
                        THE HONORABLE ROBERT D. DRAIN
                        UNITED STATES BANKRUPTCY JUDGE