**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: PURDUE PHARMA, L.P., *et al.*,    Case No.: 19-23649 (RDD)

                                                                                Chapter 11

                                 Debtor

---------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Clint Docken, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent The City of Grande Prairie, as Representative Plaintiff for a Class Consisting of All Canadian Municipalities; Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People; The City of Brantford; The City of Grande Prairie; Lac La Ronge Indian Band; The City of Lethbridge; and, The City of Wetaskiwin, creditors in the above-referenced case.

***I certify that I am a member in good standing*** of the Law Society of Alberta in the province of Alberta, Canada.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 8/6/2021
      Calgary, Alberta                                            /s/ <u>Clint Docken</u>
                                                                                Clint Docken, Q.C.
                                                                                 342 – 4 Avenue SE
                                                                                 Calgary, AB T2G 1C9
                                                              *E-mail address*: cdocken@guardian.law
                                                              *Telephone number*: (403) 457-7778