**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re: PURDUE PHARMA, L.P., *et al.*,　　　　　　Case No.: 19-23649 (RDD)

　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

　　　　　　　　　　Debtor

-----------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

　　Upon the motion of Clint Docken, to be admitted, ***pro hac vice***, to represent The City of Grande Prairie, as Representative Plaintiff for a Class Consisting of All Canadian Municipalities; Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People; The City of Brantford; The City of Grande Prairie; Lac La Ronge Indian Band; The City of Lethbridge; and, The City of Wetaskiwin, (the "Clients") creditors in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the Law Society of Alberta in the province of Alberta, Canada, it is hereby

　　**ORDERED**, that Clint Docken, Q.C., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
White Plains, New York　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　HONORABLE ROBERT D. DRAIN
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE