Kevin H. Marino
kmarino@khmarino.com
jtortorella@khmarino.com
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, NJ  07928-1488
(973) 824-9300

*Attorneys for Creditor John H. Stewart*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 7:19-bk-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that Kevin H. Marino, Marino, Tortorella & Boyle, P.C., hereby enters his appearance for Creditor John H. Stewart pursuant to Bankruptcy Rule 9010(b).

**REQUEST IS HEREBY MADE** that all notices to which John H. Stewart is entitled (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed to the statutory committees or their authorized agents, as such may be duly

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc.(4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) shall be directed to the undersigned.

**REQUEST IS HEREBY FURTHER MADE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtor or the property of such Debtor's estate.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) any right to have final orders in non-core matters entered only after de novo review by a district court judge, (ii) any right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto, (iii) any right to have the reference withdrawn by a district court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Chatham, New Jersey
      August 6, 2021

                                            MARINO, TORTORELLA & BOYLE, P.C.

By: _____
Kevin H. Marino
John D. Tortorella
437 Southern Boulevard
Chatham, New Jersey 07928-1488
(973) 824-9300
*Attorneys for Creditor*
*John Stewart*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* was served on this, the 6th day of August, 2021 on all parties entitled to receive service through the Court's ECF system.

_____
Kevin H. Marino