**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| PURDUE PHARMA L.P., *et al.*, | : Case No. 19-23649 (RDD) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

---------------------------------------------------------------- X

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Samuel Issacharoff to be admitted, *pro hac vice*, to represent as

special counsel the Ad Hoc Committee of Governmental and Other Contingent Litigation

Claimants (the "Ad Hoc Committee") on behalf of local governments and subdivisions with

respect to Section 5.8(a) of the Plan in the above-referenced cases; and upon the movant's

certification that the movant is a member in good standing of the bar in the State of Texas, it is

hereby

**ORDERED**, that Samuel Issacharoff, Esq., is admitted to practice, *pro hac vice*, in the

above referenced cases to represent as special counsel to the Ad Hoc Committee, in the United

States Bankruptcy Court for the Southern District of New York, provided that the filing fee has

been paid.

Dated: White Plains, New York
     August 6, 2021

                       /s/Robert D. Drain
                       UNITED STATES BANKRUPTCY JUDGE

1