UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
In re:                                                        :    Chapter 11
                                                              :
PURDUE PHARMA L.P., *et al.*,                                 :    Case No. 19-23649 (RDD)
                                                              :
                    Debtors.                                  :    (Jointly Administered)
                                                              :
--------------------------------------------------------------- X

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Joseph F. Rice, certify that I am a member in good standing of the bar in the State of South Carolina and the District of Columbia and request admission *pro hac vice* before the Honorable Robert D. Drain, to represent Motley Rice LLC in the above-referenced cases. My office and email addresses and telephone number is:

Joseph F. Rice, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Tel:  (843) 216-9000
Fax:  (843) 216-9450
jrice@motleyrice.com

I agree to pay the fee of $200 upon entry of an order admitting me to practice *pro hac vice*.

Dated:  August 6, 2021
New York,  New York

                                                        /s/ *Joseph F. Rice*
                                                        Joseph F. Rice

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
: 
In re: : Chapter 11
: 
PURDUE PHARMA L.P., *et al.*, : Case No. 19-23649 (RDD)
: 
                  Debtors. : (Jointly Administered)
: 
--------------------------------------------------------------- X

### ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Joseph F. Rice, to be admitted, *pro hac vice*, to represent Motley Rice LLC in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of South Carolina and the District of Columbia, it is hereby **ORDERED**, that Joseph F. Rice, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent Motley Rice LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

New York, New York     /s/ _____
                                       UNITED STATES BANKRUPTCY JUDGE

64129593 v1