# Exhibit A

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Purdue Pharma L.P., *et al.*,[1] | ) | Case No. 19-23649 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### ORDER SHORTENING NOTICE PERIOD WITH RESPECT TO THE AD HOC GROUP OF INDIVIDUAL VICTIMS' MOTION FOR ENTRY OF A HIPAA-QUALIFIED PROTECTIVE ORDER

Upon the motion (the "Motion to Shorten") of the Personal Injury Ad Hoc Group[2] for entry of an order (this "Order") shortening the notice period with respect to the Motion, as more fully set forth in the Motion to Shorten; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion to Shorten and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Shorten having been provided, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and the Court having determined that the relief requested is in the best interests of the Debtors' estates, their creditors and all parties in interest; and upon

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

      **IT IS HEREBY ORDERED THAT**:

1. The relief requested in the Motion to Shorten is hereby granted as set forth herein.

2. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion.

3. A hearing (the "Hearing") to consider the relief requested in the Motion will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601 on **August 19, 2021, at 10:00 a.m. (Prevailing Eastern Time)**.

4. The responses or objections to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* entered on November 18, 2019 [ECF No. 498] (the "Case Management Order"), and shall be filed with the Court (a) by registered users of the Court's case filing system, electronically in accordance with *General Order M–399* (which can be found at http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers as set forth in the Case Management Order), in accordance with the customary practices of the Court and *General Order M–399*, to the extent applicable, and served so as to be actually received no later than **August 16, 2021, at 12:00 p.m. (Prevailing Eastern Time)** on the Master Service List (as defined in the Case Management Order).

5. The Personal Injury Ad Hoc Group is authorized to take all such actions as are necessary or appropriate to implement the relief granted in this Order.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**SO ORDERED.**

Dated: _____, 2021
       White Plains, New York

                                                  _____
                                                  The Honorable Robert D. Drain
                                                  United States Bankruptcy Judge