UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**MONTHLY FEE STATEMENT OF CORNERSTONE
RESEARCH FOR COMPENSATION FOR SERVICES
RENDERED AS CONSULTANT TO THE DEBTORS FOR
THE PERIOD FROM
JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Name of Applicant | Cornerstone Research |
|---|---|
| Applicant's Role in Case | Consultant to Purdue Pharma L.P., *et al.*, |
| Date Order of Employment Signed | June 11, 2020 |
| Period for which compensation and reimbursement is sought | June 1, 2021 through June 30, 2021 |

| Summary of Total Fees and Expenses Requested ||
|---|---|
| Total compensation requested in this statement | $272,828.80 (80% of $341,036.00) |
| Total reimbursement requested in this statement | $30.00 |
| Total compensation and reimbursement requested in this statement | $272,858.80 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

| **This is a(n):** | X Monthly Application _____ Interim Application _____ Final Application |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Cornerstone Research as Consultants for the Debtors Nunc Pro Tunc to January 14, 2020* [ECF No. 1255] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Cornerstone Research, consultant for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Fee Statement of Cornerstone Research for Services Rendered as Consultant to the Debtor for the Period from June 1, 2021 Through June 30, 2021* (this "**Fee Statement**").[2] By this Fee Statement, Cornerstone Research seeks compensation in the amount of **$272,828.80** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$341,036.00**) and ii) payment of **$30.00** for the actual, necessary expenses that Cornerstone Research incurred in connection with such services during the Fee Period.

---

[2] The period from June 1, 2021 through and including June 30, 2021, is referred to herein as the "**Fee Period**."

2

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Cornerstone Research consultants and litigation support staff during the Fee Period with respect to each project category. As reflected in **Exhibit A**, Cornerstone Research incurred **$341,036.00** in fees during the Fee Period. Pursuant to this Fee Statement, Cornerstone Research seeks reimbursement for 80% of such fees, totaling **$272,828.80.**

2. Attached hereto as **Exhibit B** is a chart of Cornerstone Research staff, including the standard hourly rate for each consultant and litigation support staff member who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each individual. The blended hourly billing rate of consultants for all services provided during the Fee Period is $497.20.[3] The blended hourly billing rate of litigation support staff members for all services provided during the Fee Period is $185.11.[4]

3. Attached hereto as **Exhibit C** is a chart of expenses that Cornerstone Research incurred or disbursed in the amount of **$30.00** in connection with providing professional services to the Debtors during the Fee Period.

**Notice**

4. The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

---

[3] The blended hourly billing rate of $497.20 for consultants is derived by dividing the total fees for consultants of $336,704.50 by the total hours of 677.20.
[4] The blended hourly billing rate of $185.11 for litigation support staff is derived by dividing the total fees for litigation staff of $4,331.50 by the total hours of 23.40.

3

WHEREFORE, Cornerstone Research, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of **$272,828.80** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$341,036.00**) and ii) payment of **$30.00** for the actual, necessary expenses that Cornerstone Research incurred in connection with such services during the Fee Period**.**

Dated:   August 6, 2021
         Boston, Massachusetts

                              CORNERSTONE RESEARCH

                              By:   /s/ Sally Woodhouse

                              699 Boylston Street
                              Boston, Massachusetts 02116
                              Telephone: (617) 927-3000
                              Facsimile: (617) 927-3100

**Exhibit A**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Preparation of Fee Statements | 6.20 | $ 4,123.00 |
| Claims Valuation | 694.40 | $ 336,913.00 |
| **Total** | 700.60 | $ 341,036.00 |

**Exhibit B**

**Professional and Paraprofessional Fees**

| Individual | Title | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Professional Fees** | | | | |
| Woodhouse, Sally | Senior Vice President | $ 875.00 | 22.60 | $ 19,775.00 |
| Haque, Rezwan | Senior Manager | $ 665.00 | 78.90 | $ 52,468.50 |
| Lee, James | Senior Manager | $ 665.00 | 0.20 | $ 133.00 |
| Abraham, Sarah M. | Manager | $ 625.00 | 105.40 | $ 65,875.00 |
| Guo, Fang | Manager | $ 625.00 | 27.80 | $ 17,375.00 |
| Yanguas, Maria Lucia | Associate | $ 560.00 | 70.00 | $ 39,200.00 |
| Popov, Anton | Associate | $ 510.00 | 50.90 | $ 25,959.00 |
| King, Kyla M. | Research Associate | $ 420.00 | 52.30 | $ 21,966.00 |
| Delsman, Benjamin P. | Analyst | $ 355.00 | 41.00 | $ 14,555.00 |
| Guo, Ruihan | Analyst | $ 355.00 | 23.80 | $ 8,449.00 |
| Miller, Robert M. | Analyst | $ 355.00 | 43.40 | $ 15,407.00 |
| Wang, Qian | Analyst | $ 355.00 | 97.80 | $ 34,719.00 |
| Lan, Yuehan | Analyst | $ 330.00 | 5.80 | $ 1,914.00 |
| Nandwani, Gehna | Analyst | $ 330.00 | 57.30 | $ 18,909.00 |
| **Paraprofessional Fees** | | | | |
| Chiappetta, Sarah | Senior Information Specialist | $ 395.00 | 2.50 | $ 987.50 |
| Moussa, Nadine | Senior Litigation Support Specialist | $ 160.00 | 16.90 | $ 2,704.00 |
| Sobhany, Tasneema N. | Litigation Support Specialist | $ 160.00 | 4.00 | $ 640.00 |
| | | ***Total*** | **700.6** | **$ 341,036.00** |

**Exhibit C**

**Expense Summary**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Document/Data Acquisition | Journal Article | $ 30.00 |
| **Total** | | $ 30.00 |

## Exhibit D

### Time Detail by Project Category and Month

**Project Category: Preparation of Fee Statements**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Lee, James | 6/4/2021 | 0.2 | Worked on supplemental fees declaration. |
| Haque, Rezwan | 6/6/2021 | 0.4 | Reviewed monthly fee statement. |
| Haque, Rezwan | 6/16/2021 | 1.4 | Reviewed time narratives for monthly fee statement. |
| Haque, Rezwan | 6/17/2021 | 2.2 | Reviewed time narratives for monthly fee statement. |
| Haque, Rezwan | 6/23/2021 | 1.2 | Reviewed monthly fee statement. |
| Haque, Rezwan | 6/30/2021 | 0.8 | Reviewed monthly fee statement. |

Total    6.2

**Project Category: Claims Valuation**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Abraham, Sarah M. | 6/1/2021 | 0.3 | Managed team to prepare for filing. |
| Delsman, Benjamin P. | 6/1/2021 | 4.0 | Reviewed and summarized literature on state and local opioid abatement spending. |
| Miller, Robert M. | 6/1/2021 | 3.4 | Conducted academic research on opioid abatement policies. |
| Popov, Anton | 6/1/2021 | 1.6 | Searched for data and reports on opioid abatement spending. |
| Wang, Qian | 6/1/2021 | 3.5 | Reviewed literature on state and local opioid abatement spending. |
| Abraham, Sarah M. | 6/2/2021 | 0.5 | Call with expert to discuss report. |
| Abraham, Sarah M. | 6/2/2021 | 1.9 | Aided expert with draft report. |
| Delsman, Benjamin P. | 6/2/2021 | 1.6 | Investigated potential state government spending case studies. |
| Delsman, Benjamin P. | 6/2/2021 | 3.8 | Analyzed CDC opioid abatement funding data. |

8

| | | | |
|---|---|---|---|
| Guo, Fang | 6/2/2021 | 0.5 | Call with expert to discuss report. |
| Guo, Fang | 6/2/2021 | 0.8 | Worked on draft expert report. |
| Haque, Rezwan | 6/2/2021 | 0.5 | Call with expert to discuss report. |
| Haque, Rezwan | 6/2/2021 | 0.7 | Reviewed draft expert report. |
| Haque, Rezwan | 6/2/2021 | 1.7 | Reviewed data and literature on opioid abatement spending. |
| Miller, Robert M. | 6/2/2021 | 0.9 | Reviewed CDC opioid abatement funding data. |
| Popov, Anton | 6/2/2021 | 0.5 | Call with expert to discuss report |
| Popov, Anton | 6/2/2021 | 0.5 | Analyzed data on opioid abatement spending. |
| Popov, Anton | 6/2/2021 | 3.7 | Searched for data and reports on opioid abatement spending. |
| Woodhouse, Sally | 6/2/2021 | 0.5 | Call with expert to discuss report. |
| Delsman, Benjamin P. | 6/3/2021 | 3.2 | Analyzed CDC opioid abatement funding data. |
| Haque, Rezwan | 6/3/2021 | 0.8 | Reviewed analyses of opioid abatement spending. |
| Miller, Robert M. | 6/3/2021 | 2.1 | Analyzed CDC opioid abatement funding data. |
| Popov, Anton | 6/3/2021 | 1.4 | Analyzed data on opioid abatement spending. |
| Wang, Qian | 6/3/2021 | 3.4 | Investigated data for opioid abatement cost analysis. |
| Abraham, Sarah M. | 6/4/2021 | 0.4 | Discussed analyses for expert report with team. |
| Abraham, Sarah M. | 6/4/2021 | 0.6 | Call with counsel regarding expert report. |
| Guo, Fang | 6/4/2021 | 0.4 | Discussed expert report with team. |
| Guo, Fang | 6/4/2021 | 0.8 | Call with counsel to discuss expert report. |
| Haque, Rezwan | 6/4/2021 | 0.4 | Discussed expert report with team. |
| Haque, Rezwan | 6/4/2021 | 0.8 | Call with counsel to discuss expert report. |
| Haque, Rezwan | 6/4/2021 | 1.2 | Reviewed draft expert report. |
| Popov, Anton | 6/4/2021 | 0.4 | Discussed analyses for expert report with team. |
| Popov, Anton | 6/4/2021 | 1.6 | Searched for data and reports on opioid abatement spending. |
| Woodhouse, Sally | 6/4/2021 | 0.4 | Discussed analyses for expert report with team. |
| Woodhouse, Sally | 6/4/2021 | 0.8 | Phone call with counsel regarding expert report. |
| Abraham, Sarah M. | 6/5/2021 | 1.1 | Reviewed comments from counsel. |
| Guo, Fang | 6/5/2021 | 2.5 | Worked on draft report. |
| Haque, Rezwan | 6/5/2021 | 0.5 | Discussed expert report with team. |

9

| Name | Date | Hours | Description |
|---|---|---|---|
| Haque, Rezwan | 6/5/2021 | 0.9 | Reviewed academic literature on economic value. |
| Haque, Rezwan | 6/5/2021 | 3.3 | Assisted expert with draft report. |
| Woodhouse, Sally | 6/5/2021 | 0.5 | Discussed expert report with team. |
| Abraham, Sarah M. | 6/6/2021 | 3.0 | Summarized revealed preference theory for expert report. |
| Abraham, Sarah M. | 6/6/2021 | 3.1 | Investigated literature on revealed preference. |
| Guo, Fang | 6/6/2021 | 2.8 | Assisted expert with draft report. |
| Haque, Rezwan | 6/6/2021 | 1.3 | Coordinated review of draft report. |
| Haque, Rezwan | 6/6/2021 | 1.7 | Reviewed academic literature. |
| Haque, Rezwan | 6/6/2021 | 3.9 | Assisted expert with draft report. |
| Abraham, Sarah M. | 6/7/2021 | 0.4 | Call with expert to discuss draft report. |
| Abraham, Sarah M. | 6/7/2021 | 1.7 | Discussed edits to draft report with team. |
| Guo, Fang | 6/7/2021 | 3.1 | Assisted expert with draft report. |
| Haque, Rezwan | 6/7/2021 | 0.4 | Call with expert to discuss draft report. |
| Haque, Rezwan | 6/7/2021 | 1.6 | Reviewed literature on tribes. |
| Haque, Rezwan | 6/7/2021 | 3.6 | Reviewed draft outline. |
| Haque, Rezwan | 6/7/2021 | 3.7 | Assisted expert with draft report. |
| Wang, Qian | 6/7/2021 | 2.4 | Assisted expert with draft report. |
| Wang, Qian | 6/7/2021 | 3.5 | Researched benefits of abatement programs. |
| Wang, Qian | 6/7/2021 | 3.5 | Researched benefits of abatement programs. |
| Woodhouse, Sally | 6/7/2021 | 0.4 | Phone call with expert to discuss report. |
| Woodhouse, Sally | 6/7/2021 | 1.1 | Assisted with expert report. |
| Abraham, Sarah M. | 6/8/2021 | 2.5 | Aided expert with summary of opinions for draft report. |
| Abraham, Sarah M. | 6/8/2021 | 3.4 | Edited draft report to share with expert. |
| Guo, Fang | 6/8/2021 | 4.4 | Worked on draft report. |
| Haque, Rezwan | 6/8/2021 | 1.2 | Corresponded with expert and counsel. |
| Haque, Rezwan | 6/8/2021 | 2.2 | Reviewed documents cited in draft report. |
| Haque, Rezwan | 6/8/2021 | 3.9 | Assisted expert with draft report. |
| Miller, Robert M. | 6/8/2021 | 3.8 | Aided expert in fact checking report. |
| Wang, Qian | 6/8/2021 | 1.5 | Gathered source materials cited in report. |
| Wang, Qian | 6/8/2021 | 3.6 | Fact-checked expert report. |
| Woodhouse, Sally | 6/8/2021 | 0.5 | Discussed draft expert report with team. |
| Woodhouse, Sally | 6/8/2021 | 0.8 | Reviewed draft expert report. |
| Abraham, Sarah M. | 6/9/2021 | 2.4 | Reviewed textbook presentations of revealed preferences. |
| Delsman, Benjamin P. | 6/9/2021 | 2.7 | Fact-checked report. |

| | | | |
|---|---|---|---|
| Guo, Fang | 6/9/2021 | 0.8 | Worked on draft report. |
| Haque, Rezwan | 6/9/2021 | 0.8 | Reviewed draft report and citations. |
| Miller, Robert M. | 6/9/2021 | 3.7 | Aided expert in fact checking report. |
| Moussa, Nadine | 6/9/2021 | 4.5 | Working on Documents Considered list. |
| Nandwani, Gehna | 6/9/2021 | 4.2 | Reviewed draft expert report. |
| Nandwani, Gehna | 6/9/2021 | 4.6 | Aided expert in fact checking report draft. |
| Popov, Anton | 6/9/2021 | 1.1 | Reviewed draft expert report. |
| Wang, Qian | 6/9/2021 | 2.5 | Coordinated fact-checking. |
| Wang, Qian | 6/9/2021 | 2.9 | Assisted with preparation of Documents Considered list. |
| Wang, Qian | 6/9/2021 | 4.0 | Reviewed documents cited in report. |
| Wang, Qian | 6/9/2021 | 4.0 | Fact-checked report. |
| Woodhouse, Sally | 6/9/2021 | 0.3 | Assisted expert with draft report. |
| Abraham, Sarah M. | 6/10/2021 | 3.2 | Aided expert with report sections related to abatement program descriptions. |
| Abraham, Sarah M. | 6/10/2021 | 3.3 | Aided expert with report sections related to value conferred by abatement programs. |
| Abraham, Sarah M. | 6/10/2021 | 4.5 | Aided expert with summary of opinions in draft report. |
| Delsman, Benjamin P. | 6/10/2021 | 3.3 | Fact-checked report. |
| Guo, Fang | 6/10/2021 | 2.6 | Worked on draft report. |
| King, Kyla M. | 6/10/2021 | 0.5 | Supported expert in drafting report. |
| Moussa, Nadine | 6/10/2021 | 5.2 | Worked on Documents Considered list. |
| Nandwani, Gehna | 6/10/2021 | 4.1 | Reviewed draft expert report. |
| Nandwani, Gehna | 6/10/2021 | 4.2 | Reviewed source materials cited in expert report. |
| Popov, Anton | 6/10/2021 | 0.3 | Discussed expert report with team. |
| Popov, Anton | 6/10/2021 | 0.5 | Reviewed draft expert report. |
| Wang, Qian | 6/10/2021 | 1.9 | Coordinated preparation of Documents Considered list. |
| Wang, Qian | 6/10/2021 | 2.5 | Coordinated fact checking of expert report. |
| Wang, Qian | 6/10/2021 | 3.0 | Fact-checked report. |
| Wang, Qian | 6/10/2021 | 4.0 | Updated Document Considered list. |
| Woodhouse, Sally | 6/10/2021 | 0.3 | Discussed expert report with team. |
| Woodhouse, Sally | 6/10/2021 | 0.7 | Assisted with draft expert report. |
| Woodhouse, Sally | 6/10/2021 | 0.8 | Phone call with counsel to discuss expert report. |
| Yanguas, Maria Lucia | 6/10/2021 | 0.3 | Discussed expert report with team. |
| Abraham, Sarah M. | 6/11/2021 | 0.3 | Call with counsel regarding expert report. |
| Abraham, Sarah M. | 6/11/2021 | 0.3 | Call with expert regarding draft report. |

11

| | | | |
|---|---|---|---|
| Abraham, Sarah M. | 6/11/2021 | 3.0 | Corresponded with counsel regarding expert draft and organized follow up with team. |
| Abraham, Sarah M. | 6/11/2021 | 3.8 | Prepared revised draft report for counsel. |
| Chiappetta, Sarah | 6/11/2021 | 0.4 | Searched for requested book and obtained book chapter. |
| Guo, Fang | 6/11/2021 | 0.3 | Call with expert to discuss report. |
| Guo, Fang | 6/11/2021 | 0.4 | Call with counsel to discuss report. |
| Guo, Fang | 6/11/2021 | 1.4 | Worked on draft report. |
| Miller, Robert M. | 6/11/2021 | 0.9 | Reviewed documents cited in expert report. |
| Moussa, Nadine | 6/11/2021 | 3.8 | Standardized formatting of footnotes in expert report. |
| Popov, Anton | 6/11/2021 | 3.9 | Worked on draft expert report. |
| Wang, Qian | 6/11/2021 | 2.6 | Reviewed Document Considered list. |
| Wang, Qian | 6/11/2021 | 2.6 | Reviewed report footnotes. |
| Woodhouse, Sally | 6/11/2021 | 0.3 | Phone call with expert regarding draft report. |
| Woodhouse, Sally | 6/11/2021 | 0.4 | Phone call with counsel regarding draft expert report. |
| Woodhouse, Sally | 6/11/2021 | 2.5 | Assisted with draft expert report. |
| Yanguas, Maria Lucia | 6/11/2021 | 4.6 | Assisted expert with draft report. |
| Abraham, Sarah M. | 6/12/2021 | 3.7 | Aided expert with draft report. |
| Abraham, Sarah M. | 6/12/2021 | 4.5 | Responded to edits from counsel in draft expert report. |
| Guo, Fang | 6/12/2021 | 3.1 | Worked on draft report. |
| Wang, Qian | 6/12/2021 | 1.2 | Coordinated fact checking of expert report. |
| Woodhouse, Sally | 6/12/2021 | 1.9 | Assisted expert with draft report. |
| Abraham, Sarah M. | 6/13/2021 | 4.5 | Managed fact checking of expert report. |
| Delsman, Benjamin P. | 6/13/2021 | 4.4 | Fact-checked expert report. |
| Delsman, Benjamin P. | 6/13/2021 | 4.4 | Reviewed source materials for expert report. |
| Guo, Fang | 6/13/2021 | 0.6 | Worked on draft report. |
| Miller, Robert M. | 6/13/2021 | 4.8 | Reviewed source materials cited in expert report. |
| Miller, Robert M. | 6/13/2021 | 4.8 | Aided expert in fact checking report. |
| Nandwani, Gehna | 6/13/2021 | 5.4 | Reviewed draft expert report. |
| Wang, Qian | 6/13/2021 | 1.5 | Standardized citations in expert report. |
| Wang, Qian | 6/13/2021 | 1.7 | Coordinated fact-checking of expert report. |
| Wang, Qian | 6/13/2021 | 4.0 | Fact checked updates to expert report. |
| Wang, Qian | 6/13/2021 | 4.0 | Reviewed materials cited in expert report. |

| Name | Date | Hours | Description |
|---|---|---|---|
| Woodhouse, Sally | 6/13/2021 | 0.2 | Reviewed expert's comments on draft report. |
| Abraham, Sarah M. | 6/14/2021 | 2.3 | Assisted expert with draft report and shared draft with counsel. |
| Abraham, Sarah M. | 6/14/2021 | 3.1 | Coordinated assembly of Documents Considered List for expert report. |
| Abraham, Sarah M. | 6/14/2021 | 4.2 | Managed review of complaints shared by counsel for integration in expert report. |
| Delsman, Benjamin P. | 6/14/2021 | 2.2 | Standardized citations in draft report. |
| Delsman, Benjamin P. | 6/14/2021 | 2.8 | Assisted expert with draft report. |
| Guo, Fang | 6/14/2021 | 0.7 | Worked on draft report. |
| Haque, Rezwan | 6/14/2021 | 2.5 | Reviewed updates to draft report. |
| Haque, Rezwan | 6/14/2021 | 2.9 | Assisted expert with draft report. |
| Miller, Robert M. | 6/14/2021 | 1.1 | Assisted expert with draft report. |
| Miller, Robert M. | 6/14/2021 | 3.1 | Standardized report citations. |
| Miller, Robert M. | 6/14/2021 | 4.7 | Aided expert in checking report draft. |
| Moussa, Nadine | 6/14/2021 | 3.4 | Standardized formatting of footnotes in expert report. |
| Popov, Anton | 6/14/2021 | 4.5 | Worked on draft expert report. |
| Wang, Qian | 6/14/2021 | 2.0 | Added citations to draft report. |
| Wang, Qian | 6/14/2021 | 2.0 | Reviewed citations in expert report. |
| Wang, Qian | 6/14/2021 | 2.5 | Updated Document Considered list. |
| Wang, Qian | 6/14/2021 | 2.8 | Standardized footnotes and gathered cited documents. |
| Wang, Qian | 6/14/2021 | 3.6 | Assisted expert with draft report. |
| Woodhouse, Sally | 6/14/2021 | 0.5 | Reviewed fact-checking edits to expert report. |
| Yanguas, Maria Lucia | 6/14/2021 | 1.6 | Assisted expert with draft report. |
| Yanguas, Maria Lucia | 6/14/2021 | 3.0 | Reviewed and summarized claimant complaints. |
| Abraham, Sarah M. | 6/15/2021 | 2.1 | Identified citations for expert report. |
| Abraham, Sarah M. | 6/15/2021 | 2.7 | Managed team in reviewing expert report for formatting standardization. |
| Abraham, Sarah M. | 6/15/2021 | 3.1 | Corresponded with counsel and expert regarding expert report. |
| Abraham, Sarah M. | 6/15/2021 | 3.9 | Assisted expert in finalizing and filing report. |
| Chiappetta, Sarah | 6/15/2021 | 2.1 | Searched for requested expert reports and court documents. |
| Delsman, Benjamin P. | 6/15/2021 | 1.1 | Prepared report appendices for filing. |
| Delsman, Benjamin P. | 6/15/2021 | 2.8 | Standardized citations and updated Documents Considered list. |
| Delsman, Benjamin P. | 6/15/2021 | 4.7 | Finalized report for filing. |
| Guo, Fang | 6/15/2021 | 0.5 | Worked on draft report. |

| | | | |
|---|---|---|---|
| Haque, Rezwan | 6/15/2021 | 1.2 | Reviewed expert report and exhibits. |
| Haque, Rezwan | 6/15/2021 | 2.3 | Assisted expert with finalizing report. |
| Miller, Robert M. | 6/15/2021 | 1.9 | Reviewed Documents Considered List. |
| Miller, Robert M. | 6/15/2021 | 4.1 | Reviewed source materials cited in expert report. |
| Miller, Robert M. | 6/15/2021 | 4.1 | Aided expert in checking updated expert report. |
| Nandwani, Gehna | 6/15/2021 | 1.3 | Worked on appendices for expert report. |
| Nandwani, Gehna | 6/15/2021 | 4.4 | Aided expert in report checking. |
| Popov, Anton | 6/15/2021 | 0.4 | Reviewed draft expert report. |
| Wang, Qian | 6/15/2021 | 0.8 | Prepared appendices for expert report. |
| Wang, Qian | 6/15/2021 | 3.5 | Updated citations and Documents Considered list. |
| Wang, Qian | 6/15/2021 | 3.5 | Assisted expert with finalization of report. |
| Wang, Qian | 6/15/2021 | 4.3 | Fact-checked expert report. |
| Woodhouse, Sally | 6/15/2021 | 0.6 | Reviewed updates to expert report. |
| Yanguas, Maria Lucia | 6/15/2021 | 0.8 | Reviewed expert report. |
| Abraham, Sarah M. | 6/16/2021 | 0.7 | Reviewed claimant expert reports. |
| Abraham, Sarah M. | 6/16/2021 | 1.1 | Coordinated preparation of backup materials for expert. |
| Haque, Rezwan | 6/16/2021 | 2.8 | Reviewed claimant expert reports. |
| Woodhouse, Sally | 6/16/2021 | 0.6 | Reviewed claimant expert report. |
| Yanguas, Maria Lucia | 6/16/2021 | 2.1 | Reviewed and summarized expert reports. |
| Abraham, Sarah M. | 6/17/2021 | 0.4 | Managed preparation of backup materials for expert. |
| Abraham, Sarah M. | 6/17/2021 | 0.9 | Reviewed claimant expert report. |
| Haque, Rezwan | 6/17/2021 | 0.4 | Call with expert to discuss claimant expert reports. |
| Haque, Rezwan | 6/17/2021 | 2.3 | Reviewed claimant expert report. |
| Wang, Qian | 6/17/2021 | 2.1 | Coordinated organization of report backup materials. |
| Woodhouse, Sally | 6/17/2021 | 0.3 | Phone call with expert. |
| Yanguas, Maria Lucia | 6/17/2021 | 0.4 | Call with expert to discuss rebuttal points to claimant report. |
| Yanguas, Maria Lucia | 6/17/2021 | 2.0 | Reviewed claimant expert report. |
| Abraham, Sarah M. | 6/18/2021 | 0.5 | Call with counsel to discuss claimant expert report. |
| Abraham, Sarah M. | 6/18/2021 | 0.6 | Call with counsel to discuss claimant expert report. |
| Abraham, Sarah M. | 6/18/2021 | 0.7 | Discussed claimant report with team. |
| Guo, Fang | 6/18/2021 | 0.5 | Call with counsel to discuss claimant expert reports. |
| Guo, Fang | 6/18/2021 | 1.2 | Reviewed claimant expert reports. |

14

| | | | |
|---|---|---|---|
| Haque, Rezwan | 6/18/2021 | 0.6 | Call with counsel to discuss claimant expert report. |
| Haque, Rezwan | 6/18/2021 | 0.7 | Discussed claimant report with team. |
| Haque, Rezwan | 6/18/2021 | 1.6 | Reviewed claimant expert report. |
| Popov, Anton | 6/18/2021 | 0.7 | Discussed claimant report with team. |
| Woodhouse, Sally | 6/18/2021 | 0.5 | Discussed claimant report with team. |
| Woodhouse, Sally | 6/18/2021 | 0.5 | Attended part of call to discuss rebuttal points to claimant report with team. |
| Woodhouse, Sally | 6/18/2021 | 0.6 | Discussed claimant report with counsel. |
| Yanguas, Maria Lucia | 6/18/2021 | 0.5 | Discussed claimant report with team. |
| Yanguas, Maria Lucia | 6/18/2021 | 0.7 | Discussed analyses of rebuttal points to claimant report. |
| Yanguas, Maria Lucia | 6/18/2021 | 2.1 | Drafted outline of rebuttal points to claimant report. |
| Yanguas, Maria Lucia | 6/18/2021 | 3.5 | Coordinated team assignments for rebuttal analyses. |
| Abraham, Sarah M. | 6/19/2021 | 0.2 | Reviewed key points of claimant report. |
| Haque, Rezwan | 6/19/2021 | 1.8 | Assisted with analysis of claimant expert report. |
| Yanguas, Maria Lucia | 6/19/2021 | 1.1 | Reviewed draft outline of rebuttal points to claimant report. |
| Abraham, Sarah M. | 6/20/2021 | 0.7 | Reviewed draft outline of rebuttal points to claimant report. |
| Haque, Rezwan | 6/20/2021 | 2.8 | Assisted with draft outline of rebuttal points to claimant report. |
| Yanguas, Maria Lucia | 6/20/2021 | 3.5 | Reviewed draft outline of rebuttal points to claimant report. |
| Abraham, Sarah M. | 6/21/2021 | 0.6 | Discussed rebuttal points to claimant report with expert. |
| Abraham, Sarah M. | 6/21/2021 | 4.8 | Managed analyses of proposed claimant allocations. |
| Haque, Rezwan | 6/21/2021 | 0.6 | Call with expert to discuss claimant expert report. |
| Haque, Rezwan | 6/21/2021 | 1.5 | Reviewed draft outline or rebuttal points to claimant report. |
| Haque, Rezwan | 6/21/2021 | 1.8 | Assisted with draft analysis of rebuttal points to claimant report. |
| King, Kyla M. | 6/21/2021 | 3.7 | Reviewed and summarized distribution procedure. |
| Lan, Yuehan | 6/21/2021 | 2.0 | Reviewed analyses in claimant report. |
| Lan, Yuehan | 6/21/2021 | 3.8 | Worked on analyses of claimant report. |
| Nandwani, Gehna | 6/21/2021 | 3.9 | Organized backup materials for expert report. |
| Popov, Anton | 6/21/2021 | 3.9 | Reviewed claimant proposed allocation rules and claimant expert report. |

| | | | |
|---|---|---|---|
| Woodhouse, Sally | 6/21/2021 | 0.6 | Phone call with expert to discuss claimant expert report. |
| Woodhouse, Sally | 6/21/2021 | 0.7 | Reviewed rebuttal points to claimant report. |
| Woodhouse, Sally | 6/21/2021 | 1.1 | Provided feedback on rebuttal points to claimant report. |
| Yanguas, Maria Lucia | 6/21/2021 | 0.6 | Call with expert to discuss claimant report. |
| Yanguas, Maria Lucia | 6/21/2021 | 0.8 | Coordinated team assignments. |
| Yanguas, Maria Lucia | 6/21/2021 | 3.2 | Reviewed and coordinated analyses with team. |
| Yanguas, Maria Lucia | 6/21/2021 | 4.8 | Assisted with drafting outline of rebuttal points to claimant report. |
| Abraham, Sarah M. | 6/22/2021 | 0.8 | Call with counsel regarding claimant report. |
| Abraham, Sarah M. | 6/22/2021 | 3.1 | Summarized key points in claimant report for counsel. |
| Abraham, Sarah M. | 6/22/2021 | 3.7 | Prepared critiques of claimant report for call with counsel. |
| Guo, Ruihan | 6/22/2021 | 2.4 | Updated analyses of claimant report and proposed allocation plans. |
| Guo, Ruihan | 6/22/2021 | 2.9 | Checked underlying data and analyses of claimant report and analyzed proposed allocation plans. |
| Haque, Rezwan | 6/22/2021 | 0.7 | Reviewed claimant report analyses. |
| Haque, Rezwan | 6/22/2021 | 0.9 | Call with counsel to discuss claimant report. |
| Haque, Rezwan | 6/22/2021 | 1.2 | Reviewed abatement funding allocation exhibits. |
| Haque, Rezwan | 6/22/2021 | 2.8 | Prepared summary of claimant analysis for counsel. |
| King, Kyla M. | 6/22/2021 | 2.2 | Worked on analyses of claimant report. |
| King, Kyla M. | 6/22/2021 | 2.3 | Reviewed claimant expert report. |
| King, Kyla M. | 6/22/2021 | 2.5 | Reviewed and summarized distribution procedure. |
| Nandwani, Gehna | 6/22/2021 | 4.5 | Organized backup materials for expert report. |
| Popov, Anton | 6/22/2021 | 3.8 | Summarized critiques of claimant expert report. |
| Woodhouse, Sally | 6/22/2021 | 0.5 | Discussed next steps regarding claimant expert report with team. |
| Woodhouse, Sally | 6/22/2021 | 0.9 | Phone call with counsel to discuss claimant expert report. |
| Yanguas, Maria Lucia | 6/22/2021 | 1.5 | Reviewed summary of proposed allocations. |
| Yanguas, Maria Lucia | 6/22/2021 | 2.3 | Reviewed analyses. |

16

| | | | |
|---|---|---|---|
| Yanguas, Maria Lucia | 6/22/2021 | 2.9 | Assisted expert with analyses of rebuttal points to claimant report. |
| Abraham, Sarah M. | 6/23/2021 | 2.4 | Shared notes on claimant expert report critiques with counsel. |
| Guo, Ruihan | 6/23/2021 | 0.3 | Updated analyses and exhibits regarding claimant expert report and proposed allocation plans. |
| Haque, Rezwan | 6/23/2021 | 1.0 | Reviewed abatement funding allocation exhibits. |
| King, Kyla M. | 6/23/2021 | 2.0 | Reviewed claimant report. |
| King, Kyla M. | 6/23/2021 | 3.1 | Analyzed drug use and treatment survey data. |
| King, Kyla M. | 6/23/2021 | 3.2 | Worked on analyses of claimant report. |
| Nandwani, Gehna | 6/23/2021 | 3.5 | Gathered materials to assist expert with deposition preparation. |
| Popov, Anton | 6/23/2021 | 4.3 | Summarized claimant expert proposed allocation plans. |
| Woodhouse, Sally | 6/23/2021 | 0.4 | Reviewed summary of claimant expert report points. |
| Yanguas, Maria Lucia | 6/23/2021 | 0.9 | Reviewed outline of rebuttal points to claimant expert report. |
| Yanguas, Maria Lucia | 6/23/2021 | 1.2 | Updated work plan for analyzing rebuttal points to claimant report. |
| Yanguas, Maria Lucia | 6/23/2021 | 3.1 | Investigated allocations of abatement funds. |
| Abraham, Sarah M. | 6/24/2021 | 2.9 | Managed analyses of potential allocations of abatement funds. |
| Guo, Ruihan | 6/24/2021 | 3.6 | Updated analyses and exhibits related to claimant proposed allocation plans. |
| Guo, Ruihan | 6/24/2021 | 3.7 | Analyzed claimant expert proposed allocation plans and created exhibits. |
| Guo, Ruihan | 6/24/2021 | 3.9 | Checked underlying data and analyses for proposed allocation plans. |
| Haque, Rezwan | 6/24/2021 | 1.2 | Reviewed abatement funding allocation exhibits. |
| Haque, Rezwan | 6/24/2021 | 1.3 | Updated draft outline of rebuttal points to claimant expert report. |
| King, Kyla M. | 6/24/2021 | 2.0 | Reviewed claimant report. |
| King, Kyla M. | 6/24/2021 | 3.7 | Checked potential analyses of rebuttal points to claimant report. |
| King, Kyla M. | 6/24/2021 | 3.8 | Worked on analyses of claimant report. |
| Nandwani, Gehna | 6/24/2021 | 1.7 | Worked on exhibits for call with counsel. |
| Nandwani, Gehna | 6/24/2021 | 4.5 | Organized backup materials for expert report. |
| Nandwani, Gehna | 6/24/2021 | 5.0 | Created exhibits for call with counsel. |

17

| | | | |
|---|---|---|---|
| Popov, Anton | 6/24/2021 | 4.4 | Summarized proposed allocation plans. |
| Yanguas, Maria Lucia | 6/24/2021 | 0.9 | Coordinated analyses. |
| Yanguas, Maria Lucia | 6/24/2021 | 1.3 | Reviewed outline of rebuttal points to claimant report. |
| Yanguas, Maria Lucia | 6/24/2021 | 1.5 | Reviewed analyses of claimant report. |
| Yanguas, Maria Lucia | 6/24/2021 | 3.8 | Worked on analyses of claimant report. |
| Abraham, Sarah M. | 6/25/2021 | 0.3 | Call with counsel regarding claimant report. |
| Abraham, Sarah M. | 6/25/2021 | 0.5 | Discussed claimant report with team. |
| Abraham, Sarah M. | 6/25/2021 | 1.6 | Prepared analyses for discussion with counsel. |
| Guo, Ruihan | 6/25/2021 | 3.4 | Updated analyses and exhibits regarding proposed allocation plans. |
| Guo, Ruihan | 6/25/2021 | 3.6 | Checked underlying data and analyses for proposed allocation plans. |
| Haque, Rezwan | 6/25/2021 | 0.5 | Call with counsel to discuss claimant report. |
| Haque, Rezwan | 6/25/2021 | 0.5 | Discussed claimant report with team. |
| Haque, Rezwan | 6/25/2021 | 1.9 | Reviewed analyses and exhibits related to claimant report. |
| King, Kyla M. | 6/25/2021 | 2.1 | Worked on analyses related to claimant report. |
| King, Kyla M. | 6/25/2021 | 3.6 | Prepared analysis for counsel regarding claimant report. |
| Nandwani, Gehna | 6/25/2021 | 2.1 | Created exhibits for call with counsel. |
| Popov, Anton | 6/25/2021 | 0.7 | Discussed claimant report with team. |
| Popov, Anton | 6/25/2021 | 1.0 | Reviewed proposed allocation plans. |
| Wang, Qian | 6/25/2021 | 2.7 | Reviewed backup materials for expert report. |
| Wang, Qian | 6/25/2021 | 3.5 | Gathered backup materials for expert report. |
| Woodhouse, Sally | 6/25/2021 | 0.2 | Call with team to discuss next steps. |
| Woodhouse, Sally | 6/25/2021 | 0.5 | Phone call with counsel to discuss claimant report. |
| Yanguas, Maria Lucia | 6/25/2021 | 0.7 | Assisted with preparation of analysis of claimant report. |
| Yanguas, Maria Lucia | 6/25/2021 | 0.7 | Discussed claimant report with team. |
| Yanguas, Maria Lucia | 6/25/2021 | 3.0 | Assisted with reviewing and producing potential analyses regarding claimant report. |
| King, Kyla M. | 6/28/2021 | 7.6 | Prepared analysis of claimant report for counsel. |
| Popov, Anton | 6/28/2021 | 3.5 | Drafted analysis of claimant report for counsel. |
| Yanguas, Maria Lucia | 6/28/2021 | 4.3 | Assisted with drafting analysis of claimant report for counsel. |

| | | | |
|---|---|---|---|
| Abraham, Sarah M. | 6/29/2021 | 2.1 | Edited analysis of claimant report for counsel. |
| King, Kyla M. | 6/29/2021 | 4.3 | Prepared analysis of claimant report for counsel. |
| Popov, Anton | 6/29/2021 | 2.9 | Drafted analysis of claimant report for counsel. |
| Sobhany, Tasneema N. | 6/29/2021 | 4.0 | Prepared report backup materials for expert. |
| Wang, Qian | 6/29/2021 | 0.7 | Checked backup materials prepared for expert. |
| Yanguas, Maria Lucia | 6/29/2021 | 2.9 | Assisted with analysis of claimant report for counsel. |
| Abraham, Sarah M. | 6/30/2021 | 3.0 | Updated analysis of claimant report for counsel. |
| Guo, Fang | 6/30/2021 | 0.4 | Reviewed analysis of topics related to claimant report. |
| King, Kyla M. | 6/30/2021 | 5.7 | Updated summary of rebuttal points to claimant report for counsel. |
| Nandwani, Gehna | 6/30/2021 | 3.9 | Organized backup materials for expert report. |
| Popov, Anton | 6/30/2021 | 2.0 | Reviewed summary of rebuttal points to claimant report for counsel. |
| Popov, Anton | 6/30/2021 | 3.3 | Updated summary of rebuttal points to claimant report for counsel. |
| Woodhouse, Sally | 6/30/2021 | 1.7 | Reviewed summary of rebuttal points to claimant report for counsel. |
| Yanguas, Maria Lucia | 6/30/2021 | 3.4 | Reviewed summary of rebuttal points to claimant report for counsel. |
| **Total** | | 694.4 | |

**Grand Total**  700.60