Hearing Date: August 12, 2021 at 10:00 a.m. (prevailing Eastern time)
Objection Deadline: August 10, 2021

Jasmine Ball
Maura Kathleen Monaghan
Jeffrey J. Rosen
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Beacon Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## NOTICE OF MOTION TO EXCLUDE THE
## EXPERT TESTIMONY OF WILLIAM P. HRYCAY, CFA

PLEASE TAKE NOTICE that in connection with the confirmation hearing with respect to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P., and Its Affiliated Debtors, which is set to be heard on August 12, 2021, the Dr. Mortimer Sackler Initial Covered Sackler Persons ("**Side A ICSPs**") have filed the attached Motion to Exclude the Expert

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Testimony of William P. Hrycay, CFA (the **"Motion"**). A hearing on the confirmation plan (the "**Hearing**") will be held before the Honorable Robert D. Drain of the United States Bankruptcy Court for the Southern District of New York on August 12, 2021 at 10:00 a.m. (prevailing Eastern time), or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), 300 Quarropas Street, White Plains, New York 10601.

PLEASE TAKE FURTHER NOTICE that responses or objections, if any, to the Motion must be made in writing, state with particularity the grounds therefor, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, be filed electronically in text searchable portable document format (PDF) with the Bankruptcy Court in accordance with General Order M-399 (General Order M-399 can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and by all other parties in interest (with a hard-copy delivered directly to the Judge's Chambers), and be served in accordance with the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* entered November 18, 2019 [D.I. 498] so as to be received **no later than Tuesday, August 10, 2021** (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that if no responses or objections are received by the Objection Deadline, the relief may be granted as requested in the Motion without further notice or a hearing.

PLEASE TAKE FURTHER NOTICE that you need not appear at the Hearing if you do not object to the relief requested in the Motion.

2

PLEASE TAKE FURTHER NOTICE that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or at a later hearing.

Dated: August 7, 2021
      New York, New York

By:   */s/ Jasmine Ball*
      Jasmine Ball
      Maura Kathleen Monaghan
      Jeffrey J. Rosen
      DEBEVOISE & PLIMPTON LLP
      919 Third Avenue
      New York, New York 10022
      Telephone: (212) 909-6000
      Facsimile: (212) 909-6836
      Email: jball@debevoise.com
            mkmonaghan@debevoise.com
            jrosen@debevoise.com

*Attorneys for Beacon Company*