UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:                                                              Case No.: 19-23649

    PURDUE PHARMA L.P., et al.,                      Chapter 11
                             Debtor

-------------------------------------------------------------x

                                   Adversary Proceeding No.: _____

                Plaintiff

            v.



                Defendant

-------------------------------------------------------------x


## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*


    I, --------Shannon M. McNulty----------, request admission, *pro hac vice*, before the Honorable  Robert D. Drain , to represent  Ad Hoc Group of Hospitals , a group of creditors  in the above-referenced ☑ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of  Illinois  and, if applicable, the bar of the U.S. District Court for the  Northern  District of  Illinois, and others .

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  8/6/2021

                                                       /s/ Shannon M. McNulty
                                                       *Mailing Address*:

                                                       Clifford Law Offices
                                                       120 North LaSalle Street
                                                       Chicago, Illinois 60602
                                                       *E-mail address*:  smm@CliffordLaw.com
                                                       *Telephone number*: (312) 899-9090