**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:

    PURDUE PHARMA L.P., et al.,

                         Debtor

-------------------------------------------------------------x

                         Plaintiff

            v.

                         Defendant

-------------------------------------------------------------x

Case No.: __19-23649__

Chapter __11__

Adversary Proceeding No.: _____

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

    Upon the motion of __--------Shannon M. McNulty----------__, to be admitted, ***pro hac vice***, to represent __Ad Hoc Group of Hospitals__, (the "Client") a __group of creditors__ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of __Illinois__ and, if applicable, the bar of the U.S. District Court for the __Northern__ District of __Illinois, and others__, it is hereby

    **ORDERED**, that __------Shannon M. McNulty-------__, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York    /s/ _____

                                                           UNITED STATES BANKRUPTCY JUDGE