Gerard Uzzi
Alexander B. Lees
MILBANK LLP
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219

Gregory P. Joseph
Mara Leventhal
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone:    (212) 407-1200
Facsimile:    (212) 407-1280

*Counsel for the Raymond Sackler Family*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Samantha Gamble, hereby declare as follows:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Milbank LLP, counsel to the Raymond Sackler Family, in the above-captioned case.

On the 6th of August 2021, I caused a copy of the following documents:

- *Declaration of Carl J. Trompetta* [ECF 3415]
- *Declaration of Garrett Lynam* [ECF 3416]
- *Declaration of Stephen A. Ives* [ECF 3417]
- *Declaration of David Sackler* [ECF 3418]
- *Supplemental Declaration of Jennifer L. Blouin* [ECF 3419]
- *Declaration Maureen M. Chakraborty* [ECF 3420]
- *Declaration of Lawrence A. Hamermesh* [ECF 3421]

- *Declaration of Timothy J. Martin* [ECF 3422]
- *Statement of The Raymond Sackler Family in Support of Confirmation of Debtors' Sixth Amended Plan of Reorganization and in Reply to Plan Objections* [ECF 3438]
- *Declaration of Gregory P. Joseph filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 Exhibit The Raymond Sackler Family's Proposed Findings of Fact and Conclusions of Law)* [ECF 3441]

to be served upon the parties identified on Exhibit A, attached hereto, by first class mail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Aug. 9, 2021.

/s/ *Samantha Gamble*
Samantha Gamble

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**EXHIBIT A**

Air Liquide Industrial U.S. LP
Attn: President or General Counsel
9811 Katy Freeway
Suite 100
Houston, TX 77024

Attorney General for the State of Wisconsin
Attn: Michael S. Murphy and Laura E.
McFarlane - Assistant Attorney General
17 West Main Street, P.O. Box 7857
Madison, WI 53707

Chambers of Honorable Robert D. Drain
Purdue Pharma L.P. - Chambers Copy
US Bankruptcy Court SDNY
300 Quarropas Street, Room 248
White Plains, NY 10601

Commonwealth of Puerto Rico
Attn: Bankruptcy Department
Apartado 9020192
San Juan, PR 00902-0192

Fetzko Law Offices, P.C.
Attn: Brian Fetzko
12 Evergreen Drive, Suite 102
Middletown, NY 10940

Ikon Financial Services
Attn: President or General Counsel
1738 Bass Rd
Macon, GA 31210-1043

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5 Q30 133
Philadelphia, PA 19104-5016

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Kimm Law Firm
Attn: Michael S. Kimm
333 Sylvan Avenue, Suite 106
Englewood Cliffs, NJ 07632

Ronald George Dandar
c/o Legal Mail Department
50 Overlook Drive
KQ7780
Labelle, PA 15450

State of Alabama Attorney General
Attn: Bankruptcy Department
P.O. Box 300152
Montgomery, AL 36130-0152

State of Colorado Attorney General
Attn: Bankruptcy Department
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

State of Florida Attorney General
Attn: Bankruptcy Department
The Capitol, PL 01
Tallahassee, FL 32399-1050

State of Georgia Attorney General
Attn: Bankruptcy Department
40 Capital Square, SW
Atlanta, GA 30334-1300

State of Idaho Attorney General
Attn: Bankruptcy Department
700 W. Jefferson Street
P.O. Box 83720
Boise, ID 83720-1000

State of Indiana Attorney General
Attn: Bankruptcy Department
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

State of Iowa Attorney General
Attn: Bankruptcy Department
1305 E. Walnut Street
Des Moines, IA 50319

State of Kansas Attorney General
Attn: Bankruptcy Department
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612-1597

State of Kentucky Attorney General
Attn: Bankruptcy Department
700 Capitol Avenue, Suite 118
Frankfort, KY 40601

State of Minnesota Attorney General
Attn: Bankruptcy Department
1400 Bremer Tower
445 Minnesota Street
St. Paul, MN 55101-2131

State of Mississippi Attorney General
Attn: Bankruptcy Department
Walter Sillers Building
550 High Street, Suite 1200, P.O. Box 220
Jackson, MS 39201

State of Nevada Attorney General
Attn: Bankruptcy Department
100 North Carson Street
Carson City, NV 89701

State of New Mexico Attorney General
Attn: Bankruptcy Department
P.O. Drawer 1508
Santa Fe, NM 87504-1508

State of Ohio Attorney General
Attn: Bankruptcy Department
30 E. Broad St., 14th Floor
Columbus, OH 43215

State of Oklahoma Attorney General
Attn: Bankruptcy Department
313 NE 21st Street
Oklahoma City, OK 73105

State of Pennsylvania Attorney General
Attn: Bankruptcy Department
Strawberry Square
16th Floor
Harrisburg, PA 17120

State of Rhode Island Attorney General
Attn: Bankruptcy Department
150 South Main Street
Providence, RI 02903

State of South Carolina Attorney General
Attn: Bankruptcy Department
P.O. Box 11549
Columbia, SC 29211-1549

State of Wisconsin Attorney General
Attn: Bankruptcy Department
Wisconsin Department of Justice
State Capitol, Room 114 East, P.O. Box 7857
Madison, WI 53707-7857

State of Wyoming Attorney General
Attn: Bankruptcy Department
123 Capitol Building
200 W. 24th Street
Cheyenne, WY 82002

U.S. Bank Equipment Finance
Attn: President or General Counsel
1310 Madrid Street
Marshall, MN 56258

U.S. Department of Justice
Attn: Legal Department
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Attorney's Office
Attn: U.S. Attorney
300 Quarropas Street, Room 248
White Plains, NY 10601-4150

Washington DC Attorney General
Attn: Bankruptcy Department
441 4th Street, NW
Washington, DC 20001