Honorable Robert D. Drain,                                            08-02-2021

FILED
U.S. BANKRUPTCY COURT
2021 AUG -6 P 2:58
S.D. OF N.Y.

My name is Benjamin Payne Ellis. I am writing to you in regards to my Hearing that took place on 07-19-2021 @ 10:00 AM. The Hearing was held for my Motion to File Proof of Claim After Claims Bar Date filed by myself Benjamin Payne Ellis. I also mailed proof that I was unable to attend the hearing due to me being incarcerated and I supplemented the record a week prior to the Hearing that was held two weeks ago and I still have not heard anything pertaining to the out come of the Hearing. I am respectfully requesting that the Court mail me something pertaining to the conclusion of the Hearing. Also I mailed my claims to Purdue Pharma Prime Clerk on 06-16-2021 the same day I mailed my document to you. And I still haven't been informed of my claims numbers or any response from them in regards to this matter. If you would be so kind at your discretion to please look into these issues and get back to me. I would greatly appreciate it. I sincerely thank you for your time, consideration & efforts.

Respectfully Benjamin Payne Ellis
BENJAMIN PAYNE ELLIS

Benjamin Papa Uhs#880737
c/o Washington Correction Center
P.O. Box 900 (R.2.A.5.L)
Shelton, Wa 98584

TACOMA WA 983
OLYMPIA WA
3 AUG 2021 PM 4 L

USA ★ FOREVER

USMP

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY
10601

TACOMA WA 983
OLYMPIA WA
3 AUG 2021 PM 2 L

THIS WAS MAILED BY AN INCARCERATED
INDIVIDUAL CONFINED AT A
WASHINGTON STATE DEPARTMENT OF
CORRECTIONS FACILITY. ITS CONTENTS
MAY BE UNCENSORED.