August 3, 2021

C 917 912 3091
C 212 861 3886

The Honorable Judge
Robert D. Drain #147
300 Quarropas Street
White Plains NY 10601

Dear Judge Drain:

I pray you are well and that God gives you wisdom Re: Purdue Case. I am writing for the second time. I want to make sure that the documents submitted via Fed Ex on 4/30/20 (claim 140081) were/are consolidated with the amended claim on 2/17/21 (claim 619650). I was told that they would be but am unsure about that now. Sincere appreciation for all you do.

Victoria L Kampei, RN
1112 South B Street
San Mateo CA 94401

Victoria Kampper
1112 South B Street
San mateo ca 94470

The Honorable Judge
Robert D. Drain #141
300 Quarropas Street
White Plains NY 10601-4140