# EXHIBIT A

# Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## [PROPOSED] ORDER GRANTING LATE CLAIM MOTION

Upon the motion of Lawrence Higgins [Dkt. No. 3342] (the "**Late Claim Motion**")
seeking leave to have his personal injury proof of claim (the "**Late Claim**") deemed timely filed
notwithstanding that the Late Claim was filed after the extended general bar date for claims to be
filed in these chapter 11 cases (the "**Extended General Bar Date**"); and the Court having
jurisdiction to consider the matters raised in the Late Claim Motion pursuant to 28 U.S.C. §§
157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31,
2012 (Preska, C.J.); and consideration of the Late Claim Motion and the relief requested therein
being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court
pursuant to 28 U.S.C. §§ 1408 and 1409; and, after due and sufficient notice of the Late Claim
Motion, there being no pending objections to the requested relief; and the Official Committee of
Unsecured Creditors and Ad Hoc Group of Individual Victims having consented to the relief

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable
jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal
Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034),
Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven
Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140),
Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc.
(7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584),
Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and
SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser
Boulevard, Stamford, CT 06901.

sought in the Late Claim Motion; and in light of the *Sixth Amended Joint Chapter 11 Plan of
Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* [Dkt. No. 3185] and the PI
Trust Distribution Procedures appended thereto [Dkt. No. 3187], which provide a mechanism for
compensating personal injury claims filed before April 23, 2021; and upon the record of the
hearing held by the Court on the Late Claim Motion on August 16, 2021; and, after due
deliberation, the Court having determined pursuant to Federal Rule of Bankruptcy Procedure
9006(b)(1) that there is good and sufficient cause for the relief granted herein; now, therefore,

IT IS HEREBY ORDERED THAT:

1.      The Late Claim Motion is granted as set forth herein.

2.      The Late Claim will be treated as timely filed, and the Debtors will not object to
the Late Claim based on it not having been filed by the Extended General Bar Date.  All other
potential objections to the Late Claim are expressly reserved.

3.      Except as expressly set forth in this Order, nothing contained herein shall be an
admission or waiver of the substantive or procedural rights, remedies, claims, or defenses of any
of the parties in these chapter 11 cases, whether at law or equity.

4.      The relief provided for herein applies only to the Late Claim, and nothing in this
Order or the agreement of the parties shall in any way be construed as applying to any other late
claim motions, as to which all rights are reserved.

5.      The Debtors are authorized to take all actions necessary or appropriate to
effectuate the relief granted in this Order.

6.      This Court retains exclusive jurisdiction to hear and determine all matters arising
from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2021
       White Plains, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE