## Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

## [PROPOSED] ORDER DENYING MOTION FOR SUMMARY JUDGMENT

Upon the motion (the "**Motion**") of Amanda Morales [Dkt. No. 3191] requesting that this Court direct that she be paid by the estates of the debtors and debtors in possession herein (the "**Debtors**") now, in advance of the confirmation and effective date of a chapter 11 plan in these cases, and in full, with respect to her personal injury proof of claim filed in these cases (the "**Claim**");[2] and the Court having jurisdiction to consider the matters raised in the Motions pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.), as a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the Debtors' omnibus objection to the Motions; and upon the record of the hearing held by the Court on the Motions on August 16, 2021; and, after due deliberation, and for the reasons stated by the Court in its bench ruling at the hearing, the Court having determined that the payment in full of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] The Claim number is 619945.

the Claim but not all claims similarly situated to the Claim before the confirmation and effective

date of a chapter 11 plan in these cases would violate the fundamental Bankruptcy Code

principles of similar treatment of similar claims and the resolution and treatment of general

unsecured claims under a chapter 11 plan and is not warranted by any exception to such

principles; now, therefore, IT IS HEREBY ORDERED THAT:

1.      The Motion is denied.

2.      Except as expressly set forth in this Order, nothing contained herein shall be an

admission or waiver of the substantive or procedural rights, remedies, claims, or defenses of, or

otherwise prejudice the rights of any of the parties in these chapter 11 cases, whether at law or

equity, with respect to the Claim.


Dated:    _____, 2021
          White Plains, New York


_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE