Honorable Judge Robert D. Drain

U.S. Bankruptcy Court 300 Quarropas Street

White Plains New York 10601-41040

Claim # 58360



Dear judge Drain,

      First allow me to thank you for taking time out of what I have seen as a very busy schedule. I will make this as short as possible and try to make my point as easy to understand as well as being short and to the point. Judge Drain I have been in Law Enforcement for over 23 years so, like you sir I have spent a lot of time in the court room. When I had first began to start my claim the first thing I did was look up and review the long history and professional career that you have experienced over the years. Having said that sir, I believe you are as the title indicates, an honorable and trustworthy person of your position as a Judge in the New York state and or Federal chair you now sit. Further I believe we the people involved with this unfortunate issue are fortunate to have a person of your stature to preside and make the final legal decisions for the benefit of both sides in the case being heard.

      Judge Drain I am an honorable person in Police work and have prided myself in this for the years I have been active as a Law Enforcement Officer However, several years back I was injured on the job and sustained a broken neck and have had several surgeries to correct the problem that occurred while on duty one late evening. The evening I am speaking of I had been involved with an escaped prisoner that was on PCP and numerous other drugs. I had endured four surgeries and was able to go back to work after all of them being the stubborn person that I am. Now as I am sure you are thinking, here comes the bad news if it can get any worse. While trying to go back to work the doctors all agreed to place my on a boat load the oxy. Medication. As it did help the pain I started to question if I should have even started taking this medication because I started hearing so much bad about it.

      To make a long story short I had to then start to take more and more time off work due to increasing pain and the amount of this horrible medication I was now taking. The issue became one of I could not live without the Oxy. Medication and my life began to spiral into a deep depression as well as my family started questioning the whole issue involving the medication and the problem of starting to have the medication to survive, in my mind. It was not long before my family up and left me then I was put on administrative leave. Clearly I was not seeing things as they should be, and being a well educated person in my field, I became more and more confused to the point of signing a contract at some point to get the Oxy medication straight from Purdue. I soon after had decided to resign form a long distinguished career. Having said all of this in a short version, Judge my life has become destroyed and I am a person that does not even drink. Not so long ago after losing most everything I had in life including my family that I have not heard from in several years, I had decided to quit taking the medication even if it killed me and, I was at that time living alone with nothing much to live for in my opinion anyway.

On that late night after I had quit taking the medication I had gone into withdraw. This was not a feeling or experience I had ever had before. I had some feelings when I was needing to get more medication however, this after more time had gone on I was certain I was going to dye, and at the time I felt was better off. Judge the things I can remember are somewhat cloudy but, I remember not being able to see while I was driving and trying to get to the Hospital was what I believe I was trying to do but several things had occurred. I remember running into the ditch because I could not Breath and, when I stumbled out of the truck, I was only a block from the hospital. I am not sure how I was able to make it because in My mind I was sure I was dying, I also remember making it to the E.R. door and crawling through the entrance with horrific chest Pains! The next day I remember waking up in the Hospital with tubes and I.V's hooked to me. I was having Respritory distress along with a possible heart attack.

Sir, I know this is not something you have not heard before and I also am aware that others have lost their lives due to this and other medications. But this has really destroyed my career my family and an excellent reputation that I have had for years. You and I know once you get doubt from the public, people will always have doubt and that hurts me more than anything. As it stands sir, I still have no family and very few friends that will even associate with me. But I am trying to move on, I have that drive in me that pushes to keep trying. At this time in my life I am attempting to get back into Law Enforcement, it's an uphill climb but that s what I am in hopes of.. Please do not get me wrong, this experience and Medication has left me very close to homeless, infact I am one foot out the door and almost walking the road with nothing. I never thought I would ever be in this position. I can say one thing Judge, I have not broken the Law with this epidemic and even though I was homeless for a time I did not go beyond the scope of the law to obtain pills on the street, even as hard as things had been and one thing is for sure I don't know how I lived through it". By the Grace of God Go I."

In closing judge I want to make it clear that I am not seeking a million dollars as some people are and I am not judging them for what they are deciding to do. I just desire to start my life over again even as I find myself getting older. I would be happy to gain leverage in my life with a settlement of $35,000 to $40,000. I may be asking for too much but I feel I am worth at least that much after what myself and my family have gone through. It certainly has taken a large page out of my life and one that I wish I could exclude from the life I have led and never have to think about it again. But life is strange and God only knows what's right for each and every one of us. Judge Drain, Thank you again for listening to the long and short of my life's issues, and God Bless in the decision making process, and God Bless for the job you do.

Respectfully,

John Buckner