# Exhibit A

| Exhibit Number | Description | Objection |
|---|---|---|
| JX228-332 | "Resolution Letters" | Relevance, Hearsay |
| JX0602-0605 | Purdue GL and Excess Policies for 2017-18 policy period | Relevance |
| JX1358-60 JX1450 JX1454 JX1448 JX1451-53 | Rhodes claims-made product liability policies in effect from 2010-17 | Relevance |
| JX [2770] | Complaint in the Adversary Proceeding | Relevance, Hearsay |
| JX1636-1636 JX1642-1644 | Answers from the Adversary Proceeding | Relevance, Hearsay |
| JX777 | Deposition of James O'Connell | Relevance, Hearsay |