**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PURDUE PHARMA L.P., *et al.*, ) | Case No. 19-23649 (RDD) |
| ) | |
| Debtors.[1] ) | (Jointly Administered) |
| ) | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of F. Jerome Tapley to be admitted, *pro hac vice*, to represent the Multi-State Governmental Entities Group in the above-referenced bankruptcy cases, and upon the movant's certification that the movant is a member in good standing of the bars of the States of Alabama and Florida; and admitted to practice in the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Eleventh Circuit, the U.S. District Court for the Northern District of Alabama, the U.S. District Court for the Middle District of Alabama, the U.S. District Court for the Southern District of Alabama, the U.S. District Court for the Northern District of Florida, the U.S. District Court for the Middle District of Florida, the U.S. District Court for the Southern District of Florida, and the U.S. District Court for the Southern District of Indiana it is hereby

ORDERED that F. Jerome Tapley, Esq., is admitted to practice, *pro hac vice*, in the above referenced bankruptcy cases to represent the Multi-State Governmental Entities Group in the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Error! Unknown document property name.**

United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 9, 2021
      White Plains, New York

                                          */s/Robert D. Drain*
                                          HON. ROBERT D. DRAIN
                                          UNITED STATES BANKRUPTCY JUDGE