UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
In re:                                              :    Chapter 11
:
PURDUE PHARMA L.P., *et al.*,                       :    Case No. 19-23649 (RDD)
:
Debtors.                             :    (Jointly Administered)
:
-------------------------------------------------------------- X

### ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Louis M. Bograd to be admitted, *pro hac vice*, to represent Motley Rice LLC in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Kentucky and the District of Columbia, it is hereby

**ORDERED**, that Louis M. Bograd, is admitted to practice, *pro hac vice*, in the above referenced cases to represent Motley Rice LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       August 9, 2021

*/s/Robert D. Drain*
UNITED STATES BANKRUPTCY JUDGE