UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
                                                          )
In re                                                     )    Chapter 11
                                                          )
PURDUE PHARMA L.P., *et al.*,                             )    Case No. 19-23649 (RDD)
                                                          )
        Debtors.                                          )    (Jointly Administered)
                                                          )
----------------------------------------------------------x

## WITHDRAWAL OF LIMITED OBJECTION OF NATIVE AMERICAN TRIBE GROUP TO SIXTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION [DKT. NO 3257]

In light of further discussions between the Native American Tribe Group and the Ad Hoc Committee of Consenting Governments, the Native American Tribe Group hereby withdraws its *Limited Objection to the Sixth Amended Joint Chapter 11 Plan of Reorganization* [Dkt. No. 3257].

**Respectfully submitted:**

STUTZMAN, BROMBERG, ESSERMAN
& PLIFKA, A PROFESSIONAL CORPORATION

By: */s/ Sander L. Esserman*

Sander L. Esserman (admitted *pro hac vice*)
State Bar No. 06671500
Peter C. D'Apice
State Bar No. 05377783
2323 Bryan Street, Suite 2200
Dallas, Texas 75201-2689
(214) 969-4986
(214) 969-4999 (facsimile)
**dapice@sbep-law.com**

**COUNSEL TO THE NATIVE AMERICAN TRIBE GROUP**

1