**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, NY  10110
(212) 986-6000
Counsel for State of Washington

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| **In re:** | : | Chapter 11 |
|  | : |  |
| **PURDUE PHARMA L.P.,** *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

-----------------------------------------------------------------------x

### MOTION FOR THOMAS ROBINSON O'NEILL'S ADMISSION TO PRACTICE, *PRO HAC VICE*

MATTHEW J. GOLD, an attorney duly admitted to practice law in the State of New York and before this Court, upon the accompanying declaration of Thomas Robinson O'Neill, hereby moves for the admission, *pro hac vice*, of Thomas Robinson O'Neill, before the Honorable Robert D. Drain, to represent State of Washington in the above-referenced Chapter 11 cases and any related adversary proceeding.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:   August 10, 2021

                    **KLEINBERG,  KAPLAN,  WOLFF  &  COHEN, P.C.**


By:_____/s/ Matthew J. Gold_____
             Matthew J. Gold

Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, New York  10110
Telephone: (212) 986-6000
Facsimile: (212) 986-8866
Email: mgold@kkwc.com
Email: rtuchman@kkwc.com

Attorneys for
**STATE OF WASHINGTON**