**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x

|  |  |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.,* | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------------x

## DECLARATION IN SUPPORT OF MOTION FOR
## THOMAS ROBINSON O'NEILL'S ADMISSION TO PRACTICE *PRO HAC VICE*

I, **Thomas Robinson O'Neill**, make this declaration pursuant to 28 U.S.C. §1746 and state as follows:

1. I submit this declaration in support of the motion by Matthew J. Gold for my admission *pro hac vice*, to practice before this Court in the above referenced Chapter 11 cases and any related adversary proceeding.

2. I am Assistant Attorney General for the Consumer Protection Division at the Washington State Attorney General's Office, with an address at 800 Fifth Avenue, Suite 2000 Seattle, WA 98104, with the telephone number (206) 254-0570, and with the email address tad.oneill@atg.wa.gov.

3. I am a member in good standing of the following court bars:

    Washington State Supreme Court, WSBA #37153
    Admitted November 28, 2005

    United States District Court, Eastern District of Washington
    Admitted November 3, 2010

    United States District Court, Western District of Washington
    Admitted April 1, 2010

4.  Kleinberg, Kaplan, Wolff & Cohen, P.C. has been retained as our co-counsel in this matter.

Pursuant to 28 U.S.C. §1746,  I, the undersigned, declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: August 10, 2021


                    /s/ Thomas Robinson O'Neill
                      Thomas Robinson O'Neill