Honorable Robert D. Drain, Judge                                       August 2, 2021
United States Bankruptcy Court
  Southern District of New York
300 Quarropas Street
White Plains, NY 10601

FILED
U.S. BANKRUPTCY COURT
2021 ‾ -9 ⁓ ⁓ 59
S.D. OF N.Y.

Dear Judge Drain,

I hope this note finds you well.

Sir, I write you again to consider my concerns addressed in my letter dated June 25, 2021, and of which is included. As I prior stated, the States are being awarded far more than is necessary and to please consider the individual claimants. The states have been again given the "Lion's share", now another twenty-six billion dollars (See attachment), of another Settlement while the personal claimants, the mothers ... the fathers ... those who suffered the greatest possible heartaches, are seated on the back row.

Please assist us as best you can. We have no other advocate in this settlement, other than your conscientious effort.

My best to you Sir,

Scotti Madison
Scotti Madison and/or The Estate of Trent Alexander Madison
Case No. 19-23649 (RDD)
Claim Number 67122
P.O. Box 159223
Nashville, TN 37215

ps. Did you read my book, "The Other Side of The Earth"?

1

U.S.

# States Announce $26 Billion Settlement to Resolve Opioid Lawsuits

Deal could bring an end to thousands of lawsuits blaming Johnson & Johnson and the nation's largest drug distributors for an epidemic in painkiller addiction

By  Sara Randazzo

Updated July 21, 2021 7:38 pm ET

🔊 Listen to article (2 minutes)

States unveiled a historic $26 billion settlement with drug companies to resolve thousands of opioid-crisis lawsuits, paving the way for communities across the country to secure a jolt of funding to address an epidemic in painkiller addiction that hasn't abated.

The nation's three largest drug distributors— McKesson Corp., AmerisourceBergen Corp., and Cardinal Health Inc. —and drugmaker Johnson & Johnson have been negotiating the deal for more than two years, but Wednesday's announcement signifies an important milestone that could clear the way for money to be received by states as soon as early next year.

States can't use the money to fill general budget holes, as they did after a $206 billion deal with tobacco companies in the 1990s. Instead, the majority must be spent on social services to address the harms of opioid addiction, like treatment programs, education on how to dispose of pills and needles, and bolstered funds for first responders. One community may use it to help a large problem of addiction in the homeless population, while another may be more focused on opioid-addicted babies.

# SCOTTI MADISON
P.O. Box 159223
Nashville, TN 37215

June 25, 2020

Hon. Robert D. Drain, Judge
United States Bankruptcy Court
  Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Dear Judge Drain:

Thank you for all you are doing to correct a great wrong and to finally help our nation turn the corner in our fight against Opioid use. Preparing my claim has really pulled hard on my heart strings. My son, Trent Madison, was more important to me than air. He was my life. I had to fight hard against anger toward the Sackler family and Purdue Pharma. It saddens me that the Sackler family discovered and KNEW the addictive qualities of OxyContin. Despite full awareness, they continued to actively market the drug to doctors and make billions off of their increased sales. As a result, an orthopedic surgeon prescribed OxyContin to Trent for an athletic high school shoulder injury. That one prescription started my son down a path of destruction and death.

It has taken the full seven years for God to help me with my outrage and forgiving the Sackler family is a daily effort. If I may plead with your Court for one favor. Please provide the Sackler family the opportunity to publicly apologize for their deplorable actions and encourage them to use their money, influence and time to take up the fight against rampant drug abuse in the United States. I would hope they would have great remorse for having been a part of so many deaths and the destruction of so many families. Maybe by serving others with internal contrition, the Sacklers could prevent someone from traveling this sad journey I took due to Oxycontin.

Please peruse my enclosed book that is signed and dedicated to you, "<u>The Other Side of the Earth – Life's Final Journey for a Father and Son</u>, copyright 2014. My writing gives many reasons for Trent's shame, suffering and guilt for his illness. It also details how much we all suffered as a family as Trent hopelessly battled to beat addiction. We feel such remorse because all of our hopes and dreams believing in life's normal success for my son are eternally lost. I sadly recognize that the filing of our Bankruptcy Claim will not bring Trent back, nor will it ease my bone deep sorrow, but I pray that this letter, and your Court, will make a positive difference in the future path of others.

I would be honored to personally address your Court, as well as the Sackler family. Together, I sincerely believe all of us, with God's grace, could possibly allay this black plague.

Sincerely yours,

Scotti Madison

011