July 28, 2021

TO: Honorable Judge D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

FROM: Daniel Carpenter #738490
Washington Corrections Center
P.o. Box # 900
Shelton, WA. 98531

RE: Chapter 11, case No. 19-23649 (RDD)
Purdue Pharma L.P., et al.,

Your Honor

I am writing this Letter to You because
I Am told that I Am Past the "Bar Date"
To make my Claim against Purdue Pharma
And that I Need to explain to You the

1 of 8

Reason that I'm Late.

Your Honor I am Not suRe Where to Even Begin or IF I am going about this the Right Way, but I will do my best.

As a person who suffers FROM opioid Addiction — My entire Life has been in complete and total Shambles since the Very FiRst time I Was PeRscribed oxy, I believe in 2009.

Since that time I have NON-Stop Been in Prison or else Homeless. Additionally For the Last 2 Years The Covid-19 Global Pandemic has made my Life even more unMansagble.

I Contracted Covid-19 At the Thurston County Jail in olympia washington. The virus Very Nearly Killed me. The Jail eventually Released me so that I could seek medical help. However because of my addiction to opioids I ~~Immediately~~ Imeaditly sought out the drug to Relieve the Pain of my withdrawl symptoms. That was the day of my First Heroin over Dose. The Tumwater (Wash) Police Dept Found me Unresponsive and Not Breathing on the Floor of Motel 6. I had to be injected with the Anti-opioid Drug "NARCON" 3 Times before I was Able to Breath again. From that Point

3 of 8

I Was Sent to the hospitle by ambulance
And then Back to Jail Where I
Was Put in Quarenteen becarse I Still
Had covid-19. While on Qvarenteen I had
No access to any News or For
that Matter No People. This Lasted
For months. Eventually the Jail Sent
Me to PRISON (Probation Violation For over Dosing
on Herion) Where I am Still on
Quarenteen and I'm Locked down For 23
hours a day, It has been Months and It
Will Likely be Many More months beFoRe
I have access to a TV or NewsPaper.
    I ONly became aware oF this BankRuptcy
                4 oF 8

Case a month ago. At that Point I Imeaditly wRote to the "Prime Clerk" and Reavested Claim Forms but So FaR I Still Have Not Recived them.

It is my iNtention to (somehow) obtain the geneval oPloid Claim Form and the Personal INJury Claim Form and Submit them Right Away.

Your HoNoR I deFiNitly have A claim Against Purdve Pharma And im Writing to RespecttFully Reavest that You Allow me to File Late. I am activly seeking a Lawyer to Represent me or this So there will Not be any More Late Fileing.

5 OF 8

As I Sit here writing this Letter FRom my Prison

Quarenteen Cell I have Virtually No access

To the outside World other than Via

the U.S. Postal Service, but that Requires/

or Assumes that I KNow the Address

oF the Person I Need to Communicate With.

my other Connection to the outside World is

the institution Phone System Which Requires

that I KNow the # oF the PersoN I Need to

Communicate With and that I have FundS available

oN a PrePaid Phone account to use, (I DoNt have

FundS).

Your Honor, as I mentioned before I've

ALReady wrote to And Requested Claim FormS FRom

the "Prime Clerk" but I've Yet to Recieve

6 oF 8

Then. I Worry that perhaps I have the wrong

address For the "Prime clerk" or that my Mail

Was Lost Because here in Washington state there

Is a Big Investigation about the U.S Postal Service

Losing (or destroying) mall... I Dont Know IF this

effects me or Not, What I Do Know is that

I still haven't Recived my claim Forms.

Yur Honor I will Continue to try to

get my hands on the "General Opioid" Claim Form

and the "Personal Injury" claim Form But Just to

be on the Safe Side and assuming that I am

Unable to do so:

Will you please Send me the "General -

Opioid" Claim Form And the "Personal Injury" Claim

7 OF 8

Form     So that I can File them Right AWAY?

IN Closing the purpose For this

Letter is to Reavest that You Forgive me

and allow me to File my Claims although

they are Past the Bar Date.

Thank You Your Honor For Your time

and Consideration.

Sincerly
Daniel L Carpenter

Daniel Lee Carpenter                    Daniel L. Carpenter
D.o.B ███████████
SS# XXX – ██████