UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                        :
                                                             :
PURDUE PHARMA, L.P. et. al.,                                 :    Case No. 19-23649 (RDD)
                                                             :
               Debtors.                                      :    Chapter 11
                                                             :    (Jointly Administered)
-------------------------------------------------------------x
                                                                  Adversary Proceeding No.

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Shannon M. McNulty to be admitted, ***pro hac vice***, to represent the AD Hoc Group of Hospitals (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Shannon M. McNulty, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 10, 2021
       White Plains, New York

                                        */s/Robert D. Drain*
                                        UNITED STATES BANKRUPTCY JUDGE