## EXHIBIT A

Jasmine Ball
Maura Kathleen Monaghan
Jeffrey J. Rosen
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836

*Attorneys for Beacon Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.[1]** | **(Jointly Administered)** |

**[PROPOSED] ORDER GRANTING AMENDED[2] MOTION TO EXCLUDE THE
EXPERT TESTIMONY OF WILLIAM P. HRYCAY, CFA**

Upon the (the "**Amended Motion**")[3] of the Dr. Mortimer Sackler Initial Covered Sackler

Persons ("**Side A ICSPs**") to exclude the expert testimony of William P. Hrycay and the Court

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2]    This Amended Motion is identical in all respects to the *Motion to Exclude the Expert Testimony of William P. Hrycay, CFA*, ECF No. 3490, except that footnote 3 of the original motion has been deleted.

[3]    Capitalized terms not otherwise defined herein shall have the meaning(s) ascribed to such terms in the Motion.

1

having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

*Standing Order of Reference from the United States District Court for the Southern District of*

*New York*, dated January 31, 2019; and this Court having the power to enter a final order

consistent with Article III of the United States Constitution; and this Court having found that

venue of this proceeding and the Amended Motion in this district is proper pursuant to 28 U.S.C.

§§ 1408 and 1409; and no other or further notice of the Amended Motion being required; and,

after due deliberation, the Court having determined that the legal and factual bases set forth in

the Amended Motion establish good and sufficient cause for the relief granted herein, in that this

Court having determined that the legal and factual bases set forth in the Amended Motion

establish just cause for the relief granted herein; and upon all of the proceedings had before this

Court and after due deliberation and sufficient cause appearing therefor, deliberation and

sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

The Amended Motion is granted as set forth therein.


Dated: White Plains, New York                    _____

_____ __, _____                             THE HONORABLE ROBERT D. DRAIN
                                                 UNITED STATES BANKRUPTCY JUDGE