UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re:                                                            :    Chapter 11
                                                                  :
**PURDUE PHARMA L.P.,** *et al.*,                                 :    Case No. 19-23649 (RDD)
                                                                  :
                                                                  :    (Jointly Administered)
                       Debtors.                                   :
------------------------------------------------------------------x

## ORDER GRANTING MOTION FOR THOMAS ROBINSON O'NEILL'S ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Matthew J. Gold, an attorney admitted to practice law in the State of New York and before this Court, for the *pro hac vice* admission of Thomas Robinson O'Neill to represent State of Washington in the above-referenced Chapter 11 cases and any related adversary proceeding, and upon the certification of Thomas Robinson O'Neill that he is a member in good standing of the following court bars:

Washington State Supreme Court, WSBA #37153
Admitted November 28, 2005

United States District Court, Eastern District of Washington
Admitted November 3, 2010

United States District Court, Western District of Washington
Admitted April 1, 2010

it is hereby

**ORDERED** that Thomas Robinson O'Neill, Esq. is admitted to practice, *pro hac vice*, in the above-referenced cases to represent State of Washington in the above-referenced Chapter 11 cases and any related adversary proceeding in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 11, 2021
       White Plains, New York          */s/ Robert D. Drain*
                                        United States Bankruptcy Judge