UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. [1] | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Catherine Beideman Heitzenrater, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent ACE American Insurance Company, ACE Property and Casualty Insurance Company, Westchester Surplus Lines Insurance Company, Federal Insurance Company, Executive Risk Indemnity Inc., and each of their U.S.-based affiliates and successors and each in their capacity as insurers (collectively "Chubb Insurance USA"), creditors in the above-referenced cases.

***I certify that I am a member in good standing*** of the bar in the Commonwealth of Pennsylvania, the bar in the State of New Jersey, the bar for the U.S. District Court for the Eastern District of Pennsylvania, and the bar for the U.S. District Court for the District of New Jersey.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 11, 2021

By: */s/ Catherine Beideman Heitzenrater*
Catherine Beideman Heitzenrater
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
E-mail: CHeitzenrater@duanemorris.com
Telephone: 215.979.1000

*Counsel for Chubb Insurance USA*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

DM3\7962861.1