# EXHIBIT A

Brian E. Frosh, Attorney General
Brian T. Edmunds, Assistant Attorney General
Sara E. Tonnesen, Assistant Attorney General
Office of the Attorney General of Maryland
200 Saint Paul Place
Baltimore, Maryland 21202
bedmunds@oag.state.md.us
(410) 567-6578

*Counsel for the State of Maryland*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| | ) | |
| **PURDUE PHARMA, L.P.,** *et al.*, | ) | Case No. 19-23649 (RDD) |
| | ) | |
| | ) | |
| **Debtors.** | ) | (Jointly Administered) |

### [PROPOSED] ORDER GRANTING STATE OF MARYLAND'S MOTION IN LIMINE TO PRECLUDE TESTIMONY AND STRIKE THE DECLARATION OF LAWRENCE <u>HAMERMESH</u>

Upon the Motion in Limine of the State of Maryland to Preclude Testimony and Strike the Declaration of Lawrence Hamermesh (the "Motion") and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2019; and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and no other or further notice of the Motion being required; and, after due deliberation, the Court having determined that the legal and factual bases set forth in the Motion establish good and sufficient cause for the relief granted herein, in that this Court having determined that the legal

1

and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor, deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

The Motion is Granted as set forth therein.

Dated: White Plains, New York
_____ \_\_, \_\_\_\_\_

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE