UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered)<br><br>Hearing Date: Aug 12 2021<br>Hearing Time: 10:00 a.m. |

### AD HOC GROUP OF HOSPITALS' REPLY TO OBJECTION OF
### DR. MICHAEL MASIOWSKI TO HOSPITALS' USE OF
### FOUR EXPERT WITNESSES AT CONFIRMATION HEARING

In response to the *Objection of Independent Emergency Room Physician, Dr. Michael Masiowski, Individually, and as Putative Class Representative to Hospital Trust Tender of Testimony at Confirmation Hearing Regarding Dr. Michael Masiowski* [DE 3482] (the "**Objection**"), the Ad Hoc Group of Hospitals (the "**Hospitals**") state as follows:

1.  In conformance with the several procedural orders entered by the Court pertaining to the Confirmation Hearing, the Hospitals timely identified four expert witnesses [DE 3112] and subsequently circulated their reports to all counsel, again in conformance with those orders.

2.  On August 5, 2021, in consultation with the Debtors, the Hospitals submitted Declarations for all four of those expert witnesses to permit their expert testimony to be submitted as part of the case in chief in support of confirmation [DE 3405, 3407, 3408 and 3409]. In short,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

the highly qualified experts opined in response to the Masiowski Objection and in support of the Class Six Trust Distribution Procedures.

3.     Contrary to what Dr. Masiowski asserts in his Objection, the direct rebuttals of Dr. Masiowski's expert report (which report was circulated in accordance with the confirmation procedures order, but then not listed as an exhibit or witness), comprise only a small part of each of the Hospitals' four expert reports, which this Court is easily able to discern.

4.     Instead, each of those expert reports refutes other issues that have been raised by Dr. Masiowski in his Objections [DE 3262 and 3323] to the Sixth Amended Plan, or as to which the Court must satisfy itself that the mechanics and other workings of Class 6 under the Debtors' Sixth Amended Plan, by means of the Hospital Trust and the abatement distributions to be made from that Trust, conform to the Bankruptcy Code.

5.     Accordingly, the Hospitals submit that the most recent Masiowski Objection [3482] is without merit. Each of the four Hospitals' expert witness reports are relevant and material to the issues implicated in Dr. Masiowski's argument. Moreover, those reports will assist this Court, as the trier of fact, to understand the evidence and/or to determine the facts at issue in this proceeding.

6.     Counsel for the Hospitals and counsel for Dr. Masiowski partook in a "meet and confer" and both have pledged a continued effort to narrow the issues that the Court must address at the Confirmation Hearing.

WHEREFORE, the Ad Hoc Group of Hospitals requests that the Objection be overruled, and that the Court grant such other and further relief as it deems proper.

                              TAFT STETTINIUS & HOLLISTER LLP

By:   */s/ Michael P. O'Neil*
       Michael P. O'Neil
       Admitted *Pro Hac Vice*
       Counsel for Ad Hoc Group of Hospitals

TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Tel.:  (317) 713-3500
Fax:  (317) 713-3699

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2021, I caused a copy of the foregoing Ad Hoc Group of Hospitals' Reply to Objection of Dr. Michael Masiowski to Hospitals' Use of Four Expert Witnesses at Confirmation Hearing to be electronically filed and served via the United States Bankruptcy Court for the Southern District of New York's CM/ECF system upon the following parties in this case:

(See attached list)

                              */s/ Michael P. O'Neil*
                              Michael P. O'Neil

**Electronic Mail Notice List as of August 12, 2021**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael Geoffrey Abelow**  mabelow@sherrardroe.com, neads@sherrardroe.com
- **Jill Abrams**  jill.abrams@vermont.gov
- **Nicklas Arnold Akers**  nicklas.akers@doj.ca.gov
- **Sydenham B. Alexander**  sandy.alexander@mass.gov
- **Andrew Vincent Alfano**  andrew.alfano@pillsburylaw.com
- **Barbara M. Almeida**  barbara.almeida@clydeco.us, shane.calendar@clydeco.us
- **Anne Andrews**  aa@andrewsthornton.com
- **Philip D. Anker**  philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com
- **Alison Archer**  alison.archer@ohioattorneygeneral.gov
- **Reuel D. Ash**  rash@ulmer.com, sbenoit@ulmer.com
- **Mitchell Jay Auslander**  maosbny@willkie.com, mauslander@willkie.com
- **Michael I. Baird**  baird.michael@pbgc.gov, efile@pbgc.gov
- **Jasmine Ball**  jball@debevoise.com, cponeal@debevoise.com;nquigley@debevoise.com
- **Lauren Guth Barnes**  lauren@hbsslaw.com, purduebankruptcy@hbsslaw.com
- **Barry Z. Bazian**  bbazian@goodwinlaw.com, acunningham@goodwinlaw.com
- **Morgan R Bentley**  mbentley@bentleyandbruning.com
- **Alexander Berk**  aberk@mayerbrown.com, courtnotification@mayerbrown.com
- **Thomas Moultrie Beshere**  tbeshere@oag.state.va.us
- **Thomas D. Bielli**  tbielli@bk-legal.com, dklauder@bk-legal.com;tnobis@bk-legal.com
- **Kathryn Blake**  kathryn.blake@ag.ny.gov
- **Jordan S. Blask**  jblask@fbtlaw.com, agilbert@tuckerlaw.com
- **Anthony D. Boccanfuso**  Anthony.Boccanfuso@apks.com, ecf-b9841d808f73@ecf.pacerpro.com
- **James T. Boffetti**  james.boffetti@doj.nh.gov, janet.demers@doj.nh.gov
- **John A. Boyle**  jboyle@khmarino.com, docketing@khmarino.com
- **Morton R. Branzburg**  mbranzburg@klehr.com, jtaylor@klehr.com
- **Paul E. Breene**  pbreene@reedsmith.com
- **William J. Brennan**  william.brennan@kennedyslaw.com

- **Gary D. Bressler**  gbressler@mdmc-law.com, scarney@mdmc-law.com;nleonard@mdmc-law.com
- **Daniel R Brice**  drbrice@bklawyers.com
- **Emily Brown**  ebrown@hsplegal.com
- **Celeste Brustowicz**  cbrustowicz@sch-llc.com, lrichardson@clfnola.com
- **Michael Morris Buchman**  mbuchman@motleyrice.com
- **Chane Buck**  cbuck@jonesday.com
- **Michiyo Michelle Burkart**  michelle.burkart@doj.ca.gov
- **Ira Burnim**  irabster@gmail.com
- **Lori A. Butler**  butler.lori@pbgc.gov, efile@pbgc.gov
- **CRG Financial LLC**  notices@CRGfinancial.com
- **Aaron R. Cahn**  cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com
- **George Calhoun**  george@ifrahlaw.com
- **Robert P. Charbonneau**  rpc@agentislaw.com, bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Shawn M. Christianson**  schristianson@buchalter.com, cmcintire@buchalter.com
- **Elizabeth A Citrin**  elizabeth@elizabethcitrin.com
- **Marvin E. Clements**  agbanknewyork@ag.tn.gov
- **Julie Elizabeth Cohen**  julie.cohen@skadden.com
- **Daniel S. Connolly**  daniel.connolly@bracewell.com, mco@bracewell.com;joseph.lasher@bracewell.com
- **John Michael Connolly**  mike@consovoymccarthy.com
- **William S Consovoy**  will@consovoymccarthy.com
- **Linda J Conti**  linda.conti@maine.gov
- **Merrida Coxwell**  lenah@coxwelllaw.com
- **Anthony Crawford**  acrawford@reedsmith.com
- **Ashley Crawford**  avcrawford@akingump.com
- **Heather M Crockett**  heather.crockett@atg.in.gov, marie.baker@atg.in.gov
- **Jonathan Watson Cuneo**  jonc@cuneolaw.com
- **Melanie L. Cyganowski**  mcyganowski@oshr.com, awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildebrandtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

5

- **Peter D'Apice**   dapice@sbep-law.com
- **Scott I. Davidson**   sdavidson@kslaw.com, jcmccullough@kslaw.com
- **Joseph G. Davis**   jdavis@willkie.com, maodc1@willkie.com
- **Brett T DeLange**   brett.delange@ag.idaho.gov
- **Ira S. Dizengoff**   idizengoff@akingump.com, apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com
- **Mark S. Dym**   mdym@hsplegal.com
- **Leslie A. Eaton**   leslie.eaton@coag.gov
- **Kenneth H. Eckstein**   keckstein@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
- **Brian Edmunds**   bedmunds@oag.state.md.us
- **Leah M. Eisenberg**   leisenberg@mayerbrown.com
- **Justin M Ellis**   jellis@mololamken.com
- **Susan Ellis**   sellis@atg.state.il.us
- **Bernard Ardavan Eskandari**   bernard.eskandari@doj.ca.gov
- **Gillian Feiner**   gillian.feiner@mass.gov
- **Jamie Fell**   jamie.fell@stblaw.com
- **Laura Femino**   laura.femino@whitecase.com
- **Lowell W. Finson**   lowellwfinson@gmail.com
- **Judith Aurora Yosepha Fiorentini**   judith.fiorentini@doj.ca.gov
- **Eric Fisher**   efisher@binderschwartz.com, docket@binderschwartz.com
- **Lara J Fogel**   lfogel@levinelee.com
- **Lawrence Fogelman**   lawrence.fogelman@usdoj.gov
- **Joseph D. Frank**   jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com
- **Bryce L. Friedman**   bfriedman@stblaw.com, 5962535420@filings.docketbird.com
- **George Robert Gage**   grgage@gagespencer.com
- **Richard R Gan**   richlaw1@comcast.net
- **Jeffrey K. Garfinkle**   jgarfinkle@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **Alison Gaske**   gaskea@gilbertlegal.com
- **Scott F. Gautier**   scott.gautier@faegredrinker.com, kmeek@robinskaplan.com;mdelaney@robinskaplan.com

- **Richard Joseph Geddes**  richard.geddes@kennedyslaw.com
- **Marc P Gertz**  mpgertz@gertzrosen.com
- **Steven A. Ginther**  sdnyecf@dor.mo.gov
- **Jeffrey R. Gleit**  jgleit@sullivanlaw.com, bcooley@sullivanlaw.com,rrosenblatt@sullivanlaw.com,aweiss@sullivanlaw.com,nkoslof@sullivanlaw.com,tkethro@sullivanlaw.com
- **Eric M. Gold**  eric.gold@state.ma.us
- **Matthew J. Gold**  mgold@kkwc.com, jremi@kkwc.com
- **Irve J. Goldman**  igoldman@pullcom.com, jshearin@pullcom.com;rmccoy@pullcom.com
- **Eric Goldstein**  egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- **Michael Goldstein**  mgoldstein@goodwinlaw.com
- **Leslie A. Goller**  lgoller@terrellhogan.com
- **Michael Gorelick**  mgorelick@agfjlaw.com
- **Alexander M Gormley**  agormley@williamsmullen.com, ssavitsky@slevinhart.com
- **Isley Markman Gostin**  isley.gostin@wilmerhale.com
- **Gary A. Gotto**  ggotto@kellerrohrback.com
- **Elisha D. Graff**  egraff@stblaw.com
- **Timothy E. Graulich**  ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com
- **Christopher Graver**  cgraver@kellerrohrback.com
- **Adam P. Haberkorn**  ahaberkorn@omm.com
- **Mawerdi Hamid**  mawerdi.hamid@ag.state.mn.us
- **William Hao**  william.hao@alston.com, leslie.salcedo@alston.com
- **Ben Harrington**  benh@hbsslaw.com
- **Neil L Henrichsen**  nhenrichsen@hslawyers.com
- **Angela K. Herring**  akherring@wlrk.com, calert@wlrk.com
- **John Wayne Hogan**  hogan@terrellhogan.com
- **Jake Holdreith**  jholdreith@robinskaplan.com, bmiller@robinskaplan.com;tbarrett@robinskaplan.com;cmay@robinskaplan.com
- **Daniel Ari Horowitz**  dhorowitz@obbblaw.com, jfitzgerald@obbblaw.com;sbushinsky@obbblaw.com;bcollins@obbblaw.com
- **Chiung-Hui Huang**  chuang@hslawyers.com

7

- **Jenna A Hudson** hudsonj@gilbertlegal.com, johnsonka@gilbertlegal.com;colcocks@gilbertlegal.com
- **Harold D. Israel** hisrael@lplegal.com, ikropiewnicka@lplegal.com;bdroca@lplegal.com;nbailey@lplegal.com
- **Henry Jaffe** Henry.Jaffe@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com
- **Evan M. Jones** ejones@omm.com, evan-jones-5677@ecf.pacerpro.com
- **Gregory P. Joseph** gjoseph@jhany.com
- **Nicholas F. Kajon** nfk@stevenslee.com
- **Benjamin S. Kaminetzky** kaminet@dpw.com, ecf.ct.papers@davispolk.com
- **Nickolas Karavolas** nkaravolas@phillipslytle.com, ddrons@phillipslytle.com
- **Joshua Karsh** pleadings@findjustice.com
- **Michael J Kasen** mkasen@kasenlaw.com
- **Beth Kaswan** bkaswan@scott-scott.com
- **Ashley Keller** ack@kellerlenkner.com
- **Nicolas G. Keller** nicolas.keller@dfs.ny.gov
- **Neil Francis Xavier Kelly** nkelly@riag.ri.gov, mdifonzo@riag.ri.gov
- **Muhammad Umair Khan** umair.khan@ag.ny.gov
- **Michael S. Kimm** msk@kimmlaw.com, law@kimmlaw.com;proh@kimmlaw.com
- **Thomas S. Kiriakos** tkiriakos@mayerbrown.com, cnotification@mayerbrown.com
- **Jeremy C. Kleinman** jkleinman@fgllp.com
- **John R. Knapp** john.knapp@millernash.com, edgar.rosales@millernash.com;dona.purdy@millernash.com
- **Paul R Koepff** paul.koepff@clydeco.us, meisee.hon@clydeco.us
- **Dan D Kohane** ddk@hurwitzfine.com, donnab@hurwitzfine.com;kathik@hurwitzfine.com
- **Anna Kordas** akordas@jonesday.com, cbuck@jonesday.com
- **Lawrence J. Kotler** ljkotler@duanemorris.com
- **Ann Kramer** akramer@reedsmith.com
- **Mark Krueger** mkrueger@ag.nv.gov, dpotnar@ag.nv.gov,jwhitson@ag.nv.gov,lmtucker@ag.nv.gov
- **Thomas Lauria** tlauria@whitecase.com
- **Andrea Law** alaw@atg.state.il.us
- **Jillian Lazar** jillian.lazar@delaware.gov

8

- **Trish Lazich**     trish.lazich@ohioattorneygeneral.gov
- **Garrett S. Ledgerwood**     garrett.ledgerwood@millernash.com
- **Alexander Lees**     alees@milbank.com, alexander-lees-2212@ecf.pacerpro.com;AutoDocketECF@milbank.com
- **Nicole A Leonard**     nleonard@mdmc-law.com, sshidner@mdmc-law.com
- **Stephen D. Lerner**     stephen.lerner@squirepb.com, sarah.conley@squirepb.com;stephen-lerner-2073@ecf.pacerpro.com
- **Richard James Leveridge**     leveridger@gilbertlegal.com
- **Richard B. Levin**     rlevin@jenner.com
- **Arthur J Liederman**     aliederman@morrisonmahoney.com
- **Jonathan C Lipson**     jlipson@temple.edu
- **Mimi Liu**     mliu@motleyrice.com
- **Michael G Louis**     mlouis@macelree.com
- **Donald K. Ludman**     dludman@brownconnery.com
- **Timothy Lundgren**     timothy.lundgren@doj.ca.gov
- **Michael Luskin**     luskin@lsellp.com
- **Jennifer B Lyday**     notice@waldrepwall.com
- **Joanna Lydgate**     joanna.lydgate@mass.gov
- **Christopher A. Lynch**     clynch@reedsmith.com, chris-lynch-7800@ecf.pacerpro.com
- **Lauren M. Macksoud**     lauren.macksoud@dentons.com
- **Kevin C. Maclay**     cecilia-guerrero-caplin-6140@ecf.pacerpro.com,jgiglio@capdale.com
- **Thomas Maeglin**     tmaeglin@agfjlaw.com
- **Ambria Mahomes**     amahomes@shb.com
- **Eric John Maloney**     eric.maloney@ag.state.mn.us
- **Kevin H. Marino**     kmarino@khmarino.com
- **Scott S. Markowitz**     smarkowitz@tarterkrinsky.com, snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com;mtorres@tarterkrinsky.com
- **Kimberly P. Massicotte**     kimberly.massicotte@ct.gov
- **Brian S. Masumoto**     nysbnotice@gmail.com
- **Clayton Matheson**     cmatheson@akingump.com
- **Annemarie Belanger Mathews**     abm@columbia13.com

9

- **Douglas Kirk Mayer**    dkmayer@wlrk.com, calert@wlrk.com
- **James I. McClammy**    james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com
- **Katherine McCraw**    kmccraw@ncdoj.gov, kchadwick@ncdoj.gov;etant@ncdoj.gov;lbulls@ncdoj.gov
- **John P McDonald**    jpmcdonald@lockelord.com
- **Laura McFarlane**    mcfarlanele@doj.state.wi.us
- **Michael D McMahan**    MMcMahan@hobbsstraus.com, cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com
- **Shannon M McNulty**    smm@cliffordlaw.com, jmreasor@cliffordlaw.com
- **Patrick Francis McTernan**    pmcternan@croninfried.com, cfskf@croninfried.com
- **Cyrus Mehri**    cmehri@findjustice.com
- **Seth Adam Meyer**    sam@kellerlenkner.com, docket@kellerlenkner.com
- **Samuel Mitchell**    sam@mitchellspeights.com
- **Corey Moll**    cmoll@phjlaw.com
- **Steven Francis Molo**    smolo@mololamken.com
- **Carol E. Momjian**    cmomjian@attorneygeneral.gov
- **Denise Mondell**    denise.mondell@ct.gov
- **Brandan Montminy**    brandan.montminy@lockelord.com
- **Patrick Morrisey**    pm@wvago.gov
- **Eleanor M. Mullen**    eleanor.mullen@ct.gov
- **Joseph L Mulvey**    joseph@mulveylawllc.com
- **Lucian Murley**    luke.murley@saul.com, robyn.warren@saul.com
- **Sean Michael Murphy**    murphysm@doj.state.wi.us, radkeke@doj.state.wi.us
- **Lynn Hagman Murray**    lhmurray@shb.com, docket@shb.com
- **David Eli Nachman**    david.nachman@ag.ny.gov
- **Alissa M. Nann**    anann@foley.com, alissa-nann-1605@ecf.pacerpro.com
- **Edward E. Neiger**    eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com
- **Jill L. Nicholson**    jnicholson@foley.com, mstockl@foley.com
- **Darlene M. Nowak**    nowak@marcus-shapira.com
- **Sean A. O'Neal**    soneal@cgsh.com, maofiling@cgsh.com

10

- **Brendan O'Neil**  brendan.oneil@maine.gov
- **Michael Patrick O'Neil**  moneil@taftlaw.com
- **Peter Francis O'Neill**  pfoneill@shb.com, docket@shb.com
- **Steven P Ordaz**  sordaz@bmcgroup.com
- **Jessica Ortiz**  jortiz@mololamken.com
- **Norma E. Ortiz**  email@ortizandortiz.com, bkcourt@gmail.com;ortiznoticeme@gmail.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestcase.com
- **Andrew Owen**  aowen@ulmer.com
- **James Franklin Ozment**  frankozmentlaw@gmail.com
- **Robert Padjen**  robert.padjen@coag.gov
- **Jeremy Pearlman**  jeremy.pearlman@ct.gov
- **William R Pearson**  william.pearson@ag.iowa.gov
- **Amanda Peterson**  apeterson@forthepeople.com
- **Justino D Petrarca**  jpetrarca@edlawyer.com, emcnulty@edlawyer.com
- **Todd E. Phillips**  tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com
- **Alissa K. Piccione**  alissa.piccione@troutman.com, Brett.Goodman@troutman.com
- **Matthew J. Piers**  mpiers@hsplegal.com, rortiz@hsplegal.com;docketing@hsplegal.com
- **Mark D. Plevin**  mplevin@crowell.com
- **Joshua Polster**  joshua.polster@stblaw.com
- **Constantine Dean Pourakis**  cp@stevenslee.com
- **Michele Puiggari**  michele@mpuiggari.com
- **Amanda Quick**  amanda.quick@atg.in.gov, marie.baker@atg.in.gov
- **Marion Quirk**  marion.quirk@delaware.gov
- **Paul A. Rachmuth**  paul@paresq.com
- **Geoffrey T. Raicht**  graicht@raichtlawpc.com, jgreen@nicolaidesllp.com;msullivan@nicolaidesllp.com
- **Martin S. Rapaport**  manhatoffice@yahoo.com
- **Lawrence R. Reich**  reichlaw@reichpc.com
- **Alexander Gary Rheaume**  arheaume@mofo.com
- **Aisha Rich**  arich@findjustice.com

- **Peter J. Roberts**   proberts@cozen.com, peter-roberts-1301@ecf.pacerpro.com,cknez@cozen.com
- **Mai Lan G. Rodgers**   rodgers.mailan@pbgc.gov, efile@pbgc.gov
- **Laurel D. Roglen**   roglenl@ballardspahr.com, carbonej@ballardspahr.com
- **Evan Romanoff**   evan.romanoff@ag.state.mn.us
- **Paul S Rothstein**   psr@rothsteinforjustice.com
- **Corey William Roush**   croush@akingump.com
- **Laurie Rubinow**   lrubinow@millershah.com, pleadings@millershah.com
- **Jason Rubinstein**   rubinsteinj@gilbertlegal.com
- **Vadim J. Rubinstein**   vrubinstein@loeb.com, vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com
- **Nathan Quinn Rugg**   nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Megan Paris Rundlet**   megan.rundlet@coag.gov
- **Michael B. Rush**   rushm@gotofirm.com
- **William T. Russell**   wrussell@stblaw.com
- **Daniel Joseph Saval**   daniel.saval@kobrekim.com
- **Tancred V. Schiavoni**   tschiavoni@omm.com, jmcdonald@omm.com;tancred-schiavoni-9326@ecf.pacerpro.com
- **Frederick E. Schmidt**   eschmidt@cozen.com, frederick-schmidt-4035@ecf.pacerpro.com
- **David Edward Schoenfeld**   dschoenfeld@shb.com
- **Elizabeth Scott**   edscott@akingump.com
- **Joel Shafferman**   shaffermanjoel@gmail.com
- **Hunter J. Shkolnik**   hunter@nsprlaw.com
- **J. Christopher Shore**   cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com
- **Richard Shore**   shorer@gilbertlegal.com
- **George W. Shuster**   george.shuster@wilmerhale.com, WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com
- **Lee Scott Siegel**   lss@hurwitzfine.com, kathik@hurwitzfine.com
- **Wendy M. Simkulak**   wmsimkulak@duanemorris.com
- **Linda Singer**   lsinger@motleyrice.com
- **Paul M. Singer**   psinger@reedsmith.com, gwieland@reedsmith.com;SLucas@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com
- **Steven A Skalet**   sskalet@findjustice.com

- **Daniel H. Slate**  dslate@buchalter.com
- **Eric J. Snyder**  esnyder@wilkauslander.com, jstauder@wilkauslander.com
- **Colleen P Sorensen**  csorensen@hww-law.com, afaber@hww-law.com
- **Christopher B Spuches**  cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com
- **Sarah Sraders**  sraderss@gilbertlegal.com
- **Katherine Stadler**  kstadler@gklaw.com, kboucher@gklaw.com
- **Catherine Steege**  csteege@jenner.com, jeffrey_cross@discovery.com
- **Mark Stein**  mstein@lowestein.com
- **Dawn Stewart**  dstewart@thestewartlawfirm.com
- **Aaron H. Stulman**  astulman@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com
- **Jeffrey S. Swyers**  jswyers@slevinhart.com, courtalerts@slevinhart.com
- **Lisa A Szymanski**  lszymanski@reedsmith.com
- **Mark Tate**  wkell@tatelawgroup.com
- **Jay Teitelbaum**  jteitelbaum@tblawllp.com, dcampagne@tblawllp.com
- **Louis J. Testa**  louis.testa@ag.ny.gov
- **Wendy Tien**  wendy.tien@ag.state.mn.us
- **Marc Joseph Tobak**  mtobak@dpw.com, purdue.bloyd.service@davispolk.com
- **Lawrence L. Tong**  lawrence.l.tong@hawaii.gov, mana.moriarty@hawaii.gov;aaron.s.joyce@hawaii.gov
- **Sara Tonnesen**  stonnesen@oag.state.md.us
- **KatieLynn B Townsend**  ktownsend@rcfp.org
- **Andrew M. Troop**  andrew.troop@pillsburylaw.com
- **Margaret Truesdale**  mtruesdale@hsplegal.com
- **Kelly Tsai**  ktsai@crowell.com
- **Marshall C. Turner**  marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com
- **Allen J. Underwood**  aunderwood@litedepalma.com, grodriguez@litedepalma.com
- **United States Trustee**  USTPRegion02.NYECF@USDOJ.GOV
- **Warren A. Usatine**  wusatine@coleschotz.com, fpisano@coleschotz.com

- **Gerard Uzzi**   guzzi@milbank.com, jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com;mmuscara@Milbank.com

- **Melissa L. Van Eck**   mvaneck@attorneygeneral.gov

- **Jennifer Lynn Vandermeuse**   vandermeusejl@doj.state.wi.us, radkeke@doj.state.wi.us

- **Shmuel Vasser**   shmuel.vasser@dechert.com, nycmanagingclerks@dechert.com,brett.stone@dechert.com

- **Ilana Volkov**   ivolkov@mcgrailbensinger.com, ivolkov@mcgrailbensinger.com

- **Eli J. Vonnegut**   eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com

- **Daniel Walfish**   dwalfish@walfishfissell.com

- **Anne Gilbert Wallice**   anne.wallice@kirkland.com

- **Peter H Weinberger**   sschebek@spanglaw.com

- **William P. Weintraub**   wweintraub@goodwinlaw.com, gfox@goodwinprocter.com

- **Erin West**   ewest@gklaw.com, kboucher@gklaw.com;elewerenz@gklaw.com

- **Dorothy White-Coleman**   whitecoleman@whitecoleman.net

- **Harris Wiener**   harris.wiener@clydeco.us

- **Gregory Dale Willard**   gwillard@dubllc.com

- **Brady C. Williamson**   bwilliamson@gklaw.com

- **Dennis Windscheffel**   dwindscheffel@akingump.com

- **Douglas Wolfe**   dwolfe@asmcapital.com

- **Charles Wysong**   cwysong@hsplegal.com

- **Dina L. Yunker Frank**   bcuyunker@atg.wa.gov

- **David Zwally**   dzwally@haugpartners.com

- **David Zylberberg**   david.zylberberg@stblaw.com

70823887v3