UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                        :   Case No. 19-23649 (RDD)
                                                              :
PURDUE PHARMA, L.P., et al.,[1]                               :   Chapter 11
                                                              :
                                                              :   Jointly Administered
            Debtors.                                          :
---------------------------------------------------------------x

## DECLARATION OF CHARLES COWAN, PhD.

Pursuant to 28 U.S.C. § 1746, I, Jesse DelConte, hereby declare as follows under penalty of perjury:

1. On July 5, 2021, I submitted an expert report entitled the Amended Expert Report of Charles Cowan PhD. and Sean Malone PhD.[2] JX-0486 – JX-0493 is a true and accurate copy of the Cowan Expert Report and appendices thereto.

2. Nothing that I have learned since the submission of my amended report has changed any of my opinions expressed therein. I reserve the right to revise my opinions in light of my ongoing review of materials, including data, documents, and depositions or other testimony that may subsequently come to light.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] The Amended Expert Report amends a prior report that I submitted on June 15, 2021

1

9894227.1

3. In accordance with my understanding of paragraph 4.h of the Third Amended Order Granting Debtors' Motion for Order Establishing Confirmation Schedule and Protocols [Docket No. 3347], I respectfully submit this Declaration and the Cowan Expert Report attached hereto as my direct testimony on behalf of the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 5, 2021

/s/ Charles Cowan
Charles Cowan

9894227.1