# APPENDIX 1

6949655.1

**Appendix 1: 2020 SAMHSA State Opioid Response Grant Formula**

| State | 2020 Available Funds | Allocation Percentage |
|---|---|---|
| Alabama | $16,079,227 | 1.13% |
| Alaska | $4,000,000 | 0.28% |
| American Samoa | $250,000 | 0.02% |
| Arizona | $31,593,073 | 2.22% |
| Arkansas | $10,756,580 | 0.76% |
| California | $105,819,731 | 7.45% |
| Colorado | $20,833,943 | 1.47% |
| Connecticut | $14,209,192 | 1.00% |
| Delaware | $36,789,643 | 2.59% |
| District of Columbia | $23,819,356 | 1.68% |
| Florida | $100,128,003 | 7.05% |
| Georgia | $29,263,842 | 2.06% |
| Guam | $250,000 | 0.02% |
| Hawaii | $4,000,000 | 0.28% |
| Idaho | $7,845,696 | 0.55% |
| Illinois | $36,764,508 | 2.59% |
| Indiana | $28,809,812 | 2.03% |
| Iowa | $8,977,768 | 0.63% |
| Kansas | $8,273,523 | 0.58% |
| Kentucky | $35,473,903 | 2.50% |
| Louisiana | $17,255,148 | 1.22% |
| Maine | $6,253,320 | 0.44% |
| Marshall Islands | $250,000 | 0.02% |
| Maryland | $50,739,768 | 3.57% |
| Massachusetts | $56,945,944 | 4.01% |
| Michigan | $36,425,488 | 2.57% |
| Micronesia | $250,000 | 0.02% |
| Minnesota | $11,225,707 | 0.79% |
| Mississippi | $7,158,964 | 0.50% |
| Missouri | $25,007,072 | 1.76% |
| Montana | $4,000,000 | 0.28% |
| Nebraska | $4,440,723 | 0.31% |
| Nevada | $16,529,534 | 1.16% |
| New Hampshire | $28,132,184 | 1.98% |
| New Jersey | $65,948,806 | 4.64% |

**Appendix 1 (continued): SAMHSA State Opioid Response Grant Formula**

| State | 2020 Available Funds | Allocation Percentage |
|---|---|---|
| New Mexico | $7,530,528 | 0.53% |
| New York | $56,211,200 | 3.96% |
| North Carolina | $35,134,491 | 2.47% |
| North Dakota | $4,000,000 | 0.28% |
| Northern Marianas | $250,000 | 0.02% |
| Ohio | $96,196,878 | 6.77% |
| Oklahoma | $15,966,634 | 1.12% |
| Oregon | $15,294,867 | 1.08% |
| Palau | $250,000 | 0.02% |
| Pennsylvania | $79,803,922 | 5.62% |
| Puerto Rico | $12,025,000 | 0.85% |
| Rhode Island | $4,391,975 | 0.31% |
| South Carolina | $17,931,882 | 1.26% |
| South Dakota | $4,000,000 | 0.28% |
| Tennessee | $30,104,533 | 2.12% |
| Texas | $52,171,902 | 3.67% |
| Utah | $10,716,588 | 0.75% |
| Vermont | $4,000,000 | 0.28% |
| Virgin Islands | $250,000 | 0.02% |
| Virginia | $27,628,925 | 1.95% |
| Washington | $27,162,281 | 1.91% |
| West Virginia | $43,756,934 | 3.08% |
| Wisconsin | $16,721,001 | 1.18% |
| Wyoming | $4,000,000 | 0.28% |

Notes: The 2020 Available Funds amounts were extracted from Appendix K of the SAMHSA State Opioid Response Funding Opportunity Announcement.