# AMENDED APPENDIX 2

**Appendix 2: State Intensity and Severity Measures**

| State | Drug Poisoning Age Adjusted Mortality Rate (per 100,000 population) | OUD not Treated (per 100,000 population) | Disorder Severity (per 100 Opioid Misuse) | Mortality Severity (per 1,000 OUD) |
|---|---|---|---|---|
| Alabama | 14.1 | 785.7 | 19.9 | 5.1 |
| Alaska | 15.9 | 683.8 | 13.9 | 14.2 |
| Arizona | 19.1 | 861.8 | 18.5 | 10.3 |
| Arkansas | 13.2 | 646.2 | 15.6 | 7.9 |
| California | 11.4 | 526.9 | 13.0 | 9.4 |
| Colorado | 15.8 | 817.6 | 11.9 | 13.9 |
| Connecticut | 18.8 | 653.6 | 21.0 | 14.7 |
| Delaware | 24.1 | 867.4 | 21.9 | 12.9 |
| District of Columbia | 21.6 | 511.9 | 18.8 | 20.6 |
| Florida | 18.0 | 727.7 | 18.0 | 13.6 |
| Georgia | 11.7 | 598.5 | 15.1 | 10.5 |
| Hawaii | 11.8 | 431.8 | 10.4 | 12.8 |
| Idaho | 13.0 | 933.9 | 17.7 | 6.4 |
| Illinois | 14.4 | 448.1 | 15.7 | 17.1 |
| Indiana | 18.9 | 778.6 | 16.5 | 8.8 |
| Iowa | 9.1 | 612.3 | 12.0 | 13.4 |
| Kansas | 11.2 | 421.2 | 11.5 | 11.3 |
| Kentucky | 26.0 | 1137.3 | 26.9 | 11.3 |
| Louisiana | 18.5 | 574.9 | 20.1 | 5.6 |
| Maine | 18.6 | 864.3 | 23.1 | 15.0 |
| Maryland | 21.0 | 595.1 | 21.3 | 21.8 |
| Massachusetts | 20.5 | 799.3 | 23.5 | 16.7 |
| Michigan | 18.3 | 604.8 | 16.1 | 13.4 |
| Minnesota | 9.9 | 388.6 | 11.6 | 13.4 |
| Mississippi | 11.5 | 775.8 | 17.9 | 5.7 |
| Missouri | 18.8 | 787.2 | 27.5 | 16.8 |
| Montana | 13.2 | 682.6 | 16.1 | 9.4 |
| Nebraska | 6.9 | 447.6 | 14.1 | 6.4 |
| Nevada | 20.6 | 848.5 | 13.6 | 21.3 |
| **National Average** | **15.7** | **620.9** | **17.0** | **12.8** |

**Appendix 2 (continued): State Intensity and Severity Measures**

| State | Drug Poisoning Age Adjusted Mortality Rate (per 100,000 population) | OUD not Treated (per 100,000 population) | Disorder Severity (per 100 Opioid Misuse) | Mortality Severity (per 1,000 OUD) |
|---|---|---|---|---|
| New Hampshire | 22.6 | 948.3 | 22.7 | 17.2 |
| New Jersey | 16.7 | 700.8 | 22.6 | 12.3 |
| New Mexico | 25.3 | 520.8 | 18.1 | 18.3 |
| New York | 12.6 | 400.1 | 16.8 | 14.1 |
| North Carolina | 16.0 | 518.1 | 17.1 | 16.7 |
| North Dakota | 6.6 | 648.3 | 13.5 | 8.0 |
| Ohio | 25.1 | 839.4 | 19.0 | 17.2 |
| Oklahoma | 19.3 | 530.6 | 15.4 | 15.4 |
| Oregon | 12.6 | 800.2 | 18.1 | 9.2 |
| Pennsylvania | 24.4 | 488.1 | 21.0 | 11.1 |
| Rhode Island | 22.4 | 661.5 | 19.0 | 17.2 |
| South Carolina | 15.9 | 768.3 | 19.2 | 10.8 |
| South Dakota | 7.3 | 567.4 | 13.5 | 9.8 |
| Tennessee | 20.7 | 751.5 | 19.8 | 14.1 |
| Texas | 9.8 | 440.2 | 14.0 | 9.0 |
| Utah | 21.0 | 658.2 | 19.1 | 18.7 |
| Vermont | 15.6 | 919.1 | 22.7 | 12.3 |
| Virginia | 12.1 | 557.5 | 15.8 | 14.0 |
| Washington | 14.4 | 912.2 | 15.9 | 12.2 |
| West Virginia | 36.7 | 708.8 | 26.0 | 24.4 |
| Wisconsin | 15.0 | 594.4 | 14.1 | 16.4 |
| Wyoming | 14.8 | 416.7 | 13.1 | 14.7 |
| **National Average** | **15.7** | **620.9** | **17.0** | **12.8** |