# APPENDIX 3

6949655.1

## Appendix 3: Greater Intensity Adjusted Plan

| State | Drug Overdose Deaths (CDC 2007-19) | OUD Not Treated (NSDUH 2015-18) | Proportion of Overdose Deaths | Proportion of OUD Not Treated | Equal-Weighted Metric | Drug Overdose Age Adjusted Mortality Rate (CDC 2007-19) | OUD Not Treated Rate (per 100,000) | Relative Mortality Rate | Relative OUD Not Treated Rate | Intensity Adjustment Ratio | Intensity Adjusted Metric | Intensity Adjusted Proportion | Allocation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | 8,600 | 32,000 | 1.31% | 1.88% | 1.60% | 14.13 | 785.66 | 0.90 | 1.27 | 1.27 | 2.02% | 1.72% | 1.68% |
| Alaska | 1,517 | 4,000 | 0.23% | 0.23% | 0.23% | 15.92 | 683.76 | 1.01 | 1.10 | 1.10 | 0.26% | 0.22% | 0.45% |
| Arizona | 16,274 | 50,000 | 2.49% | 2.94% | 2.71% | 19.13 | 861.77 | 1.22 | 1.39 | 1.39 | 3.76% | 3.21% | 3.13% |
| Arkansas | 4,836 | 16,000 | 0.74% | 0.94% | 0.84% | 13.17 | 646.20 | 0.84 | 1.04 | 1.04 | 0.87% | 0.74% | 0.73% |
| California | 58,750 | 173,000 | 8.98% | 10.16% | 9.57% | 11.41 | 526.88 | 0.73 | 0.85 | 0.85 | 8.12% | 6.92% | 6.75% |
| Colorado | 11,201 | 38,000 | 1.71% | 2.23% | 1.97% | 15.82 | 817.56 | 1.01 | 1.32 | 1.32 | 2.60% | 2.21% | 2.16% |
| Connecticut | 8,747 | 20,000 | 1.34% | 1.17% | 1.26% | 18.85 | 653.59 | 1.20 | 1.05 | 1.20 | 1.51% | 1.28% | 1.25% |
| Delaware | 2,812 | 7,000 | 0.43% | 0.41% | 0.42% | 24.14 | 867.41 | 1.54 | 1.40 | 1.54 | 0.65% | 0.55% | 0.54% |
| District of Columbia | 1,851 | 3,000 | 0.28% | 0.18% | 0.23% | 21.63 | 511.95 | 1.38 | 0.82 | 1.38 | 0.32% | 0.27% | 0.45% |
| Florida | 45,543 | 129,000 | 6.96% | 7.57% | 7.27% | 18.05 | 727.66 | 1.15 | 1.17 | 1.17 | 8.52% | 7.26% | 7.08% |
| Georgia | 15,382 | 51,000 | 2.35% | 2.99% | 2.67% | 11.69 | 598.45 | 0.74 | 0.96 | 0.96 | 2.58% | 2.20% | 2.14% |
| Hawaii | 2,214 | 5,000 | 0.34% | 0.29% | 0.32% | 11.78 | 431.78 | 0.75 | 0.70 | 0.75 | 0.24% | 0.20% | 0.45% |
| Idaho | 2,626 | 13,000 | 0.40% | 0.76% | 0.58% | 13.00 | 933.91 | 0.83 | 1.50 | 1.50 | 0.88% | 0.75% | 0.73% |
| Illinois | 24,070 | 48,000 | 3.68% | 2.82% | 3.25% | 14.37 | 448.05 | 0.92 | 0.72 | 0.92 | 2.97% | 2.53% | 2.47% |
| Indiana | 15,607 | 43,000 | 2.38% | 2.52% | 2.45% | 18.89 | 778.56 | 1.20 | 1.25 | 1.25 | 3.08% | 2.62% | 2.56% |
| Iowa | 3,523 | 16,000 | 0.54% | 0.94% | 0.74% | 9.11 | 612.32 | 0.58 | 0.99 | 0.99 | 0.73% | 0.62% | 0.61% |
| Kansas | 4,046 | 10,000 | 0.62% | 0.59% | 0.60% | 11.21 | 421.23 | 0.71 | 0.68 | 0.71 | 0.43% | 0.37% | 0.45% |
| Kentucky | 14,433 | 42,000 | 2.21% | 2.47% | 2.34% | 26.00 | 1,137.29 | 1.66 | 1.83 | 1.83 | 4.28% | 3.65% | 3.56% |
| Louisiana | 10,755 | 22,000 | 1.64% | 1.29% | 1.47% | 18.47 | 574.86 | 1.18 | 0.93 | 1.18 | 1.73% | 1.47% | 1.44% |

## Appendix 3 (continued): Greater Intensity Adjusted Plan

| State | Drug Overdose Deaths (CDC 2007-19) | OUD Not Treated (NSDUH 2015-18) | Proportion of Overdose Deaths | Proportion of OUD Not Treated | Equal-Weighted Metric | Drug Overdose Age Adjusted Mortality Rate (CDC 2007-19) | OUD Not Treated Rate (per 100,000) | Relative Mortality Rate | Relative OUD Not Treated Rate | Intensity Adjustment Ratio | Intensity Adjusted Metric | Intensity Adjusted Proportion | Allocation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Maine | 3,087 | 10,000 | 0.47% | 0.59% | 0.53% | 18.56 | 864.30 | 1.18 | 1.39 | 1.39 | 0.74% | 0.63% | 0.61% |
| Maryland | 16,624 | 30,000 | 2.54% | 1.76% | 2.15% | 21.04 | 595.12 | 1.34 | 0.96 | 1.34 | 2.88% | 2.46% | 2.40% |
| Massachusetts | 17,918 | 47,000 | 2.74% | 2.76% | 2.75% | 20.51 | 799.32 | 1.31 | 1.29 | 1.31 | 3.59% | 3.06% | 2.99% |
| Michigan | 23,304 | 51,000 | 3.56% | 2.99% | 3.28% | 18.29 | 604.77 | 1.17 | 0.97 | 1.17 | 3.82% | 3.26% | 3.18% |
| Minnesota | 6,988 | 18,000 | 1.07% | 1.06% | 1.06% | 9.93 | 388.60 | 0.63 | 0.63 | 0.63 | 0.67% | 0.57% | 0.56% |
| Mississippi | 4,299 | 19,000 | 0.66% | 1.12% | 0.89% | 11.48 | 775.83 | 0.73 | 1.25 | 1.25 | 1.11% | 0.94% | 0.92% |
| Missouri | 14,334 | 40,000 | 2.19% | 2.35% | 2.27% | 18.84 | 787.25 | 1.20 | 1.27 | 1.27 | 2.88% | 2.45% | 2.39% |
| Montana | 1,684 | 6,000 | 0.26% | 0.35% | 0.30% | 13.17 | 682.59 | 0.84 | 1.10 | 1.10 | 0.34% | 0.29% | 0.45% |
| Nebraska | 1,611 | 7,000 | 0.25% | 0.41% | 0.33% | 6.90 | 447.57 | 0.44 | 0.72 | 0.72 | 0.24% | 0.20% | 0.45% |
| Nevada | 7,841 | 21,000 | 1.20% | 1.23% | 1.22% | 20.62 | 848.48 | 1.31 | 1.37 | 1.37 | 1.66% | 1.42% | 1.38% |
| New Hampshire | 3,789 | 11,000 | 0.58% | 0.65% | 0.61% | 22.62 | 948.28 | 1.44 | 1.53 | 1.53 | 0.94% | 0.80% | 0.78% |
| New Jersey | 19,241 | 53,000 | 2.94% | 3.11% | 3.03% | 16.65 | 700.78 | 1.06 | 1.13 | 1.13 | 3.41% | 2.91% | 2.84% |
| New Mexico | 6,552 | 9,000 | 1.00% | 0.53% | 0.76% | 25.33 | 520.83 | 1.61 | 0.84 | 1.61 | 1.23% | 1.05% | 1.03% |
| New York | 32,838 | 67,000 | 5.02% | 3.93% | 4.48% | 12.59 | 400.07 | 0.80 | 0.64 | 0.80 | 3.59% | 3.06% | 2.98% |
| North Carolina | 20,205 | 44,000 | 3.09% | 2.58% | 2.84% | 15.97 | 518.07 | 1.02 | 0.83 | 1.02 | 2.88% | 2.46% | 2.40% |
| North Dakota | 586 | 4,000 | 0.09% | 0.23% | 0.16% | 6.59 | 648.30 | 0.42 | 1.04 | 1.04 | 0.17% | 0.14% | 0.45% |
| Ohio | 36,618 | 82,000 | 5.59% | 4.81% | 5.20% | 25.14 | 839.39 | 1.60 | 1.35 | 1.60 | 8.33% | 7.10% | 6.93% |
| Oklahoma | 9,418 | 17,000 | 1.44% | 1.00% | 1.22% | 19.32 | 530.59 | 1.23 | 0.85 | 1.23 | 1.50% | 1.28% | 1.25% |
| Oregon | 6,660 | 28,000 | 1.02% | 1.64% | 1.33% | 12.64 | 800.23 | 0.81 | 1.29 | 1.29 | 1.72% | 1.46% | 1.43% |

## Appendix 3 (continued): Greater Intensity Adjusted Plan

| State | Drug Overdose Deaths (CDC 2007-19) | OUD Not Treated (NSDUH 2015-18) | Proportion of Overdose Deaths | Proportion of OUD Not Treated | Equal-Weighted Metric | Drug Overdose Age Adjusted Mortality Rate (CDC 2007-19) | OUD Not Treated Rate (per 100,000) | Relative Mortality Rate | Relative OUD Not Treated Rate | Intensity Adjustment Ratio | Intensity Adjusted Metric | Intensity Adjusted Proportion | Allocation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pennsylvania | 39,291 | 53,000 | 6.00% | 3.11% | 4.56% | 24.43 | 488.12 | 1.56 | 0.79 | 1.56 | 7.09% | 6.05% | 5.90% |
| Rhode Island | 3,102 | 6,000 | 0.47% | 0.35% | 0.41% | 22.43 | 661.52 | 1.43 | 1.07 | 1.43 | 0.59% | 0.50% | 0.49% |
| South Carolina | 9,829 | 32,000 | 1.50% | 1.88% | 1.69% | 15.91 | 768.31 | 1.01 | 1.24 | 1.24 | 2.09% | 1.78% | 1.74% |
| South Dakota | 747 | 4,000 | 0.11% | 0.23% | 0.17% | 7.27 | 567.38 | 0.46 | 0.91 | 0.91 | 0.16% | 0.14% | 0.45% |
| Tennessee | 17,417 | 42,000 | 2.66% | 2.47% | 2.56% | 20.65 | 751.48 | 1.32 | 1.21 | 1.32 | 3.37% | 2.87% | 2.81% |
| Texas | 33,687 | 100,000 | 5.15% | 5.87% | 5.51% | 9.81 | 440.24 | 0.62 | 0.71 | 0.71 | 3.91% | 3.33% | 3.25% |
| Utah | 7,318 | 16,000 | 1.12% | 0.94% | 1.03% | 21.00 | 658.17 | 1.34 | 1.06 | 1.34 | 1.38% | 1.17% | 1.14% |
| Vermont | 1,230 | 5,000 | 0.19% | 0.29% | 0.24% | 15.63 | 919.12 | 1.00 | 1.48 | 1.48 | 0.36% | 0.30% | 0.45% |
| Virginia | 12,972 | 39,000 | 1.98% | 2.29% | 2.14% | 12.08 | 557.54 | 0.77 | 0.90 | 0.90 | 1.92% | 1.64% | 1.60% |
| Washington | 13,594 | 56,000 | 2.08% | 3.29% | 2.68% | 14.36 | 912.20 | 0.91 | 1.47 | 1.47 | 3.94% | 3.36% | 3.28% |
| West Virginia | 8,293 | 11,000 | 1.27% | 0.65% | 0.96% | 36.65 | 708.76 | 2.33 | 1.14 | 2.33 | 2.23% | 1.90% | 1.86% |
| Wisconsin | 10,997 | 29,000 | 1.68% | 1.70% | 1.69% | 14.96 | 594.38 | 0.95 | 0.96 | 0.96 | 1.62% | 1.38% | 1.35% |
| Wyoming | 1,081 | 2,000 | 0.17% | 0.12% | 0.14% | 14.83 | 416.67 | 0.94 | 0.67 | 0.94 | 0.13% | 0.11% | 0.45% |
| American Samoa | 116 | 302 | 0.02% | 0.02% | 0.02% | | | | | 1.00 | 0.02% | 0.02% | 0.05% |
| Guam | 333 | 868 | 0.05% | 0.05% | 0.05% | | | | | 1.00 | 0.05% | 0.04% | 0.05% |
| Northern Marianas | 113 | 293 | 0.02% | 0.02% | 0.02% | | | | | 1.00 | 0.02% | 0.01% | 0.05% |
| Puerto Rico | 7,795 | 20,285 | 1.19% | 1.19% | 1.19% | | | | | 1.00 | 1.19% | 1.02% | 0.99% |
| Virgin Islands | 223 | 579 | 0.03% | 0.03% | 0.03% | | | | | 1.00 | 0.03% | 0.03% | 0.05% |