# EXHIBIT 1

**Exhibit 1: Materials on which we relied**

**Plan of Reorganization Documents**

1. Document 2867. Notice of Filing of Third Plan Supplement Pursuant to the Second Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors.

**Confidential Documents Concerning Interstate Allocation Discussions**

1. CONFIDENTIAL-1.xlsx
2. CONFIDENTIAL-2.pdf
3. CONFIDENTIAL-3.xlsx
4. CONFIDENTIAL-4.xlsx
5. CONFIDENTIAL-5.pdf
6. CONFIDENTIAL-6.pdf
7. CONFIDENTIAL-7.pdf

**Research Articles**

1. KC, D. S., & Terwiesch, C. (2009). Impact of Workload on Service Time and Patient Safety: An Econometric Analysis of Hospital Operations. Management Science, 55 (9), 1486-1498.
2. Wagner, J., Gabler, N. B., Ratcliffe, S. J., Brown, S. E., Strom, B. L., & Halpern, S. D. (2013). Outcomes among patients discharged from busy intensive care units. *Annals of internal medicine*, *159*(7), 447–455.
3. Marcin, James P. MD, MPH; Romano, Patrick S. MD, MPH Impact of between-hospital volume and within-hospital volume on mortality and readmission rates for trauma patients in California*, Critical Care Medicine: July 2004 - Volume 32 - Issue 7 - p 1477-1483.
4. Stowell, A., Claret, PG., Sebbane, M. *et al*. Hospital out-lying through lack of beds and its impact on care and patient outcome. *Scand J Trauma Resusc Emerg Med* 21, 17 (2013).
5. Shah, S., DeMatteo, D., Keesler, M., Davis, J., Heilbrun, K., & Festinger, D. S. (2015). Addiction Severity Index Scores and Urine Drug Screens at Baseline as Predictors of Graduation From Drug Court. Crime & Delinquency, 61(9), 1257–1277.

**Other Resources**

1. Centers for Disease Control and Prevention, National Center for Health Statistics. Multiple Cause of Death 1999-2019 on CDC WONDER Online Database, released in 2020. Data are from the Multiple Cause of Death Files, 1999-2019, as compiled from data provided by the 57 vital statistics jurisdictions through the Vital Statistics Cooperative Program. Accessed at http://wonder.cdc.gov/mcd-icd10.html.
2. U.S. Department of Health and Human Services, Substance Abuse and Mental Health Services Administration, Center for Behavioral Health Statistics and Quality. (2018). *National Survey on Drug Use and Health: 4-Year RDAS (2015 to 2018)*. Retrieved from https://datafiles.samhsa.gov/.
3. U.S. Department of Health and Human Services, Substance Abuse and Mental Health Services Administration. State Opioid Response Grants Funding Opportunity Announcement (FOA) No. TI-18-015. Accessed at https://www.samhsa.gov/sites/default/files/grants/pdf/sorfoafinal.6.14.18.pdf.
4. U.S. Department of Health and Human Services, Substance Abuse and Mental Health Services Administration. State Opioid Response Grants Funding Opportunity Announcement (FOA) No. TI-20-012. Accessed at https://www.samhsa.gov/sites/default/files/grants/pdf/fy-2020-sor-foa.pdf.
5. Pindyck, R. S., & Rubinfeld, D. L. (2009). *Microeconomics* (7th ed.)
6. Consolidated Appropriations Act, 2018. Accessed at https://www.congress.gov/115/plaws/publ141/PLAW-115publ141.pdf.