**CARTER LEDYARD MILBURN**

Aaron R. Cahn
Counsel
cahn@clm.com

2 Wall Street
New York, NY 10005
D/ (212)238-8629

August 13, 2021

<u>VIA E-MAIL</u>

Hon. Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

Re: In re Purdue Pharma LP et. al. 19-23649 (rdd)

Dear Judge Drain:

We are counsel to the State of West Virginia. We respectfully request permission to file out of time the attached declaration of West Virginia's expert, Charles Cowan PhD. This was inadvertently not filed by the August 5 deadline; however, Dr. Cowan's amended expert report, dated July 5, 2021, is included on the Joint Exhibit List (JX – 0486-0493) and we accordingly believe that no party will be prejudiced by this filing.

We have consulted with counsel for the Ad Hoc Committee, which is the principal party to take issue with Dr. Cowan's report, and confirmed that they have no objection to this request.

Thank you for your kind consideration in this matter.

Sincerely,

Aaron R. Cahn

cc: Jonathan M. Wagner, Esq. (via e-mail)
Seth F. Schinfeld, Esq. (via e-mail)

Enclosures