DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## AGENDA FOR AUGUST 16, 2021 HEARING

Time and Date of Hearing:   August 16, 2021 at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:   In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 1325127005##.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. |

> **After the hearing on the matters set forth below, the hearing regarding the Seventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors will resume.** *See Amended Agenda for August 12, 2021 Confirmation Hearing* **[ECF No. 3549].**

I. **UNCONTESTED MATTERS:**

1. ***Interim Fee Applications.***  Notice of Fifth Interim Fee Hearing [ECF No. 3247]

    Objection Deadline: August 9, 2021 at 4:00 p.m. (prevailing Eastern Time)

    Responses Received: None

    Reply: None

    Related Documents:

    Interim Fee Applications of the following applicants:

    **Debtors' Professionals**

    A. Dechert LLP [ECF No. 3208]
    B. Arnold & Porter Kaye Scholer LLP [ECF No. 3195]
    C. King & Spalding LLP [ECF No. 3205]
    D. Davis Polk & Wardwell LLP [ECF No. 3202]
    E. Jones Day [ECF No. 3207]
    F. KPMG LLP[2] [ECF No. 3165]
    G. Ernst & Young LLP [ECF No. 3206]
    H. AlixPartners, LLP [ECF No. 3238]
    I. Prime Clerk LLC [ECF No. 3196]
    J. Skadden, Arps, Slate, Meagher & Flom LLP [ECF No. 3230]
    K. PJT Partners LP [ECF No. 3135]
    L. Cornerstone Research [ECF No. 3194]

    **Official Committee of Unsecured Creditors' Professionals**

    A. Jefferies LLC [ECF No. 3215]

---

[2] KPMG LLP has been jointly retained by the Debtors and the Official Committee of Unsecured Creditors.

    B. Cole Schotz P.C. [ECF No. 3213]
    C. Province, Inc. [ECF No. 3220]
    D. Akin Gump Strauss Hauer & Feld LLP [ECF No. 3212]
    E. Kurtzman Carson Consultants LLC [ECF No. 3216]
    F. Bedell Cristin Jersey Partnership [ECF No. 3214]

**Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals**

    A. Brown Rudnick LLP [ECF No. 3204]
    B. FTI Consulting [ECF No. 3228]
    C. Otterbourg, P.C. [ECF No. 3221]
    D. Gilbert LLP [ECF No. 3224]
    E. Kramer Levin Naftalis & Frankel LLP [ECF No. 3234]
    F. Houlihan Lokey Capital, Inc. [ECF No. 3229]

**Multi-State Governmental Entities Group**

    A. Caplin & Drysdale, Chartered [ECF No. 3233]

**Fee Examiner**

    A. Bielli & Klauder, LLC [ECF No. 3233]

Status: This matter is going forward on an uncontested basis.

2. ***Benjamin Payne Ellis Late Claim Motion.*** Motion to File Proof of Claim after Bar Date filed by Benjamin Payne Ellis [ECF No. 3058]

    Objection Deadline: July 12, 2021

    Responses Received: None.

    Related Documents:

    A. Notice of Motion to File Proof of Claim after Bar Date Filed [ECF No. 3059]

    B. Memorandum in Support of Motion of Benjamin Payne Ellis [ECF No. 3132]

    C. Notice of Filing of Proposed Order Granting Late Claim Motion [ECF No. 3138]

    D. Motion to File Proof of Claims After Claims Bar Date [ECF No. 3190]

    E. Letter Requesting Outcome of Hearing Held on July 19, 2021 [ECF No. 3500]

Status: This matter is going forward on an uncontested basis.

3. ***Lawrence Higgins Late Claim Motion.*** Motion to File a Late Claim [ECF No. 3342]

   Objection Deadline: August 13, 2021 at 4:00 p.m. (prevailing Eastern Time)

   Responses Received: None.

   Related Documents:

   A. Notice of Hearing Re: Motion to File Late Claim [ECF No. 3343]

   B. Notice of Filing of Proposed Order Granting Late Claim Motion [ECF No. 3503]

   Status: This matter is going forward on an uncontested basis.

4. ***Augustus Evans Rule 3018 Motion.*** Rule 3018 Motion [ECF No. 3131]

   Objection Deadline: August 9, 2021 at 4:00 p.m. (prevailing Eastern Time)

   Responses Received:

   A. Debtors' Statement in Response to Rule 3018 Motions Filed by Augustus Hebrew Evans Jr. and Tyiavory Jackson [ECF No. 3502]

   Related Documents:

   A. Notice of Hearing Regarding Motion Requesting Recruitment of Counsel and Rule 3018 Motion [ECF No. 3134]

   B. Corrected Notice of Hearing Regarding Motion Requesting Recruitment of Counsel and Rule 3018 Motion [ECF No. 3164]

   Status: This matter is going forward on an uncontested basis.

5. ***Tyiavory Jackson Rule 3018 Motion.*** Motion Seeking Permission for Creditor Tyiavory Jackson to Vote for the Rule 3018(a) Motion Filing Deadline for the Purdue Pharma Bankruptcy Case [ECF No. 3162]

   Objection Deadline: August 9, 2021 at 4:00 p.m. (prevailing Eastern Time)

   Responses Received:

   A. Debtors' Statement in Response to Rule 3018 Motions Filed by Augustus Hebrew Evans Jr. and Tyiavory Jackson [ECF No. 3502]

Related Documents:

A. Notice of Hearing Regarding Motion Requesting Recruitment of Counsel and Rule 3018 Motion [ECF No. 3134]

B. Corrected Notice of Hearing Regarding Motion Requesting Recruitment of Counsel and Rule 3018 Motion [ECF No. 3164]

Status: This matter is going forward on an uncontested basis.

II. **CONTESTED MATTERS:**

6. *Augustus Evans Motion for Appointment of Counsel.* Motion Requesting Recruitment of Counsel [ECF No. 3130]

    Objection Deadline: August 9, 2021 at 4:00 p.m. (prevailing Eastern Time)

    Responses Received:

    A. Debtors' Statement in Response to Motion Requesting Recruitment of Counsel [ECF No. 3504]

    Related Documents:

    A. Notice of Hearing Regarding Motion Requesting Recruitment of Counsel and Rule 3018 Motion [ECF No. 3134]

    B. Corrected Notice of Hearing Regarding Motion Requesting Recruitment of Counsel and Rule 3018 Motion [ECF No. 3164]

    Status: This matter is going forward on a contested basis.

7. *Amanda Morales Summary Judgment Motion.* Plaintiffs' Motion for Summary Judgment [ECF No. 3191]

    Objection Deadline: August 9, 2021 at 4:00 p.m. (prevailing Eastern Time)

    Responses Received:

    A. Debtors' Objection to Amanda Morales Motion for Summary Judgment [ECF No. 3505]

    Related Documents:

    A. Affidavit in Support of Summary Judgment [ECF No. 3558]

    Status: This matter is going forward on a contested basis.

Dated:   August 13, 2021
         New York, New York

                DAVIS POLK & WARDWELL LLP

                By:   */s/ Eli J. Vonnegut*

                450 Lexington Avenue
                New York, New York 10017
                Telephone: (212) 450-4000
                Facsimile:  (212) 701-5800
                Marshall S. Huebner
                Benjamin S. Kaminetzky
                Timothy Graulich
                Eli J. Vonnegut
                Christopher S. Robertson

                *Counsel to the Debtors*
                *and Debtors in Possession*