UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:

PURDUE PHARMA L.P., *et al.*

Debtors.[1]
_____

: Hearing Date: August 19, 2021
: Hearing Time:    10:00 a.m.
:
: Chapter 11
:
: Case No. 19-23649 (RDD)
: Jointly Administered
:
:

**JOINDER OF CANADIAN MUNICIPALITY CREDITORS AND CANADIAN FIRST NATIONS TO THE OBJECTING STATES AND OFFICE OF THE US TRUSTEE OBJECTION TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105(A) AND 363(B) FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO FUND ESTABLISHMENT OF THE CREDITOR TRUSTS, THE MASTER DISBURSEMENT TRUST, AND TOPCO, (II) DIRECTING PRIME CLERK LLC TO RELEASE CERTAIN PROTECTED INFORMATION**

The Canadian Municipality Creditors and Canadian First Nations Creditors (the "Canadian Municipality and First Nations Creditors") hereby join and support the *Objecting States,* and the *Office of the United States Trustee,* in their *Objections* (the "Objections") [ECF Nos. 3493 and 3555] filed with respect to the Debtors' *Ex Parte Motion For Entry Of Any Order Shortening Notice With Respect To The Debtors' Motion Pursuant To 11 U.S.C. §§ 105(A) And 363(B) For Entry Of An Order (I) Authorizing The Debtors To Fund Establishment Of The Creditor Trusts, The Master Disbursement Trust, And Topco, (II) Directing Prime Clerk LLC To Release Certain Protected Information, And (III) Granting Other Related Relief* (the "Motion") [ECF Nos. 3484 and 3485].  The Canadian Municipality and First Nations Creditors agree with the arguments set forth in the Objections by the States of Maryland, Connecticut, Oregon and Washington (the "Objecting States") and the Office of the United States Trustee, that the Debtors' Plan Funding Motion is nothing more than a transparent, inappropriate and premature attempt to put cart before horse, so that they may circumvent the jurisdiction of the appellate courts by invoking the doctrine of equitable mootness. As described more fully in the Objection, it is inequitable that the Debtors seek to advance an as yet unconfirmed Plan in a

1

manner that may choke off potential appellate review. *In re VeroBlue Farms USA, Inc.* No. 19-3413, slip op. at 13-14 (8th Cir. Aug. 5, 2021); *Nordhoff Investments, Inc., v. Zenith Elecs. Corp.,* 258 F.3d 180, 191 (3d Cir. 2001). The Motion, though as to a confirmed Plan appropriate, are presently premature and should not be expedited.

**WHEREFORE,** the Canadian Municipality and First Nations Creditors respectfully request that this Court deny the motion to shorten time and the underlying motion should be held in abeyance pending the Court's resolution of the antecedent issues presented by the Confirmation hearing.

Dated: August 16, 2021                                         Respectfully submitted,

/s/ Allen J. Underwood, II
**LITE DEPALMA GREENBERG
& AFANADOR, LLC**
Allen J. Underwood II, Esq.
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
e-mail: aunderwood@litedepalma.com