**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion (the "Motion") of Elisa M. Hyder to be admitted, ***pro hac vice***, to represent Chubb Insurance USA (as defined in the Motion), creditors in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Pennsylvania and the bar of the U.S. District Court for the Eastern District of Pennsylvania, it is hereby:

**ORDERED**, that Elisa M. Hyder, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases to represent Chubb Insurance USA, in the United States Bankruptcy Court for the Southern District of New York, providing that the filing fee has been paid.

Dated: August 16, 2021        */s/ Robert D. Drain*
White Plains, New York        HONORABLE JUDGE ROBERT D. DRAIN
                              UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.