UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

PURDUE PHARMA L.P., *et al.*,

Debtors.[1]

Chapter 11

Case No. 19-23649 (RDD)
(Jointly Administered)

### ORDER GRANTING IN PART MEDIA INTERVENORS' MOTIONS TO UNSEAL JUDICIAL RECORDS

Upon the Media Intervenors Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc.'s (the "**Media Intervenors**") *Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc.* [Dkt. No. 1828] and *Second Motion to Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc.* [Dkt. No. 2188] (the "**Motions to Unseal**"); and the Court having jurisdiction over the Motions to Unseal pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and the Motions to Unseal being core proceedings pursuant to 28 U.S.C. § 157(b) that the Court can decide by a final order; and there being due and sufficient notice of the Motions to Unseal, no additional notice being required; and upon all pleadings filed in response to the Motions to Unseal, including the *Limited Objection of*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

*the Raymond Sackler Family to the First and Second Motions to Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc.* [Dkt. No. 2360]; and upon the record of the hearings held by the Court on the Motions to Unseal on January 20, 2021, February 17, 2021, and March 24, 2021; and upon the agreement by parties in interest to the unsealing of various information sought to be unsealed by the Media Intervenors; and the Media Intervenors having withdrawn at the January 20, 2021 hearing the Motions to Unseal without prejudice except as to redactions made to Exhibit 123 to the *Declaration of Mara Leventhal Dated October 14, 2020* [Dkt. No. 1812], redactions made to Exhibit 137 to the *Declaration of Declaration of Arik Preis Dated November 18, 2020* [Dkt. No. 2015], and the withholding of the following fifteen documents referred to collectively herein as the "**Privilege Log Materials**":

- *Declaration of Mitchell Hurley Dated September 29, 2020* [Dkt. No. 1754]:
    - Exhibits A, B, and C
    - Attachment to the letter in Exhibit 34

- *Declaration of Mara Leventhal Dated October 14, 2020* [Dkt. No. 1812]:
    - Exhibits 14, 93, 113, 114, 121, and 122
    - Attachment to the letter in Exhibit 118

- *Declaration of Arik Preis Dated November 18, 2020* [Dkt. No. 2015]:
    - Exhibits A, B, and 195

- *Declaration of Benjamin S. Kaminetzky in Support of Debtors' Omnibus Objection to the Official Committee's Motions to Compel Production of the Debtors' Privileged Documents and Cross-Motion for a Protective Order* [Dkt. No. 1809]:
    - Exhibit 69-1;

and the Court having already ruled on the Motions to Unseal with respect to Exhibit 123 to the *Declaration of Mara Leventhal Dated October 14, 2020* and Exhibit 137 to the *Declaration of Arik Preis Dated November 18, 2020*;[2] and, after due deliberation and good and sufficient cause appearing for the reasons set forth in the Court's Memorandum of Decision on the remaining portion of the Motions to Unseal, dated August 10, 2021; now, therefore, pursuant to 11 U.S.C. § 107, it is hereby

    **ORDERED THAT**:

1. The Media Intervenors' Motions to Unseal are granted with respect to names in the Privilege Log Materials of third-party business counterparties and investment advisors that have ongoing commercial relationships with the Sackler families, their entities, or trusts ("**Current Counterparty Information**").

2. Within seven business days of entry of this Order, the Raymond Sackler family shall publicly file the Privilege Log Materials without Current Counterparty Information redacted.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: August 16, 2021
       White Plains, New York

                                                                   */s/Robert D. Drain*
                                                   THE HONORABLE ROBERT D. DRAIN
                                                   UNITED STATES BANKRUPTCY JUDGE

---

[2] *Order Granting in Part, Denying in Part, and Continuing in Part Media Intervenors' Motions to Unseal Judicial Records* [Dkt. No. 2404].