TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Telephone:   (317) 713-3500
Facsimile:   (317) 713-3699

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF DOCKET NUMBER 3407**

The Ad Hoc Group of Hospitals (the "**Hospitals**"), by counsel, hereby notify the Court and all parties of the withdrawal of the *Declaration of Rebecca M.S. Busch, MBA*, filed herein August 5, 2021 and assigned Docket Number 3407.

Dated: August 16, 2021                Respectfully submitted,

                                      TAFT STETTINIUS & HOLLISTER LLP

                                      By:  */s/ Michael P. O'Neil*
                                           Michael P. O'Neil Admitted *Pro Hac Vice*
                                           Counsel for Ad Hoc Group of Hospitals

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

# CERTIFICATE OF SERVICE

      I hereby certify that on August 16, 2021 I caused a copy of the foregoing *NOTICE OF WITHDRAWAL OF DOCKET NUMBER 3407* to be electronically filed and served via the United StatesBankruptcy Court for the Southern District of New York's CM/ECF system upon the following parties in this case:

(See attached list)

                                      /s/ *Michael P. O'Neil*
                                      Michael P. O'Neil

TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Telephone:    (317) 713-3500
Facsimile:     (317) 713-3699

70850865v2

**Mailing Information for Case 19-23649-rdd – August 16, 2021**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael Geoffrey Abelow**   mabelow@sherrardroe.com, neads@sherrardroe.com
- **Jill Abrams**   jill.abrams@vermont.gov
- **Nicklas Arnold Akers**   nicklas.akers@doj.ca.gov
- **Sydenham B. Alexander**   sandy.alexander@mass.gov
- **Andrew Vincent Alfano**   andrew.alfano@pillsburylaw.com
- **Barbara M. Almeida**   barbara.almeida@clydeco.us, shane.calendar@clydeco.us
- **Anne Andrews**   aa@andrewsthornton.com
- **Philip D. Anker**   philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com
- **Alison Archer**   alison.archer@ohioattorneygeneral.gov
- **Reuel D. Ash**   rash@ulmer.com, sbenoit@ulmer.com
- **Mitchell Jay Auslander**   maosbny@willkie.com, mauslander@willkie.com
- **Michael I. Baird**   baird.michael@pbgc.gov, efile@pbgc.gov
- **Jasmine Ball**   jball@debevoise.com, cponeal@debevoise.com;nquigley@debevoise.com
- **Lauren Guth Barnes**   lauren@hbsslaw.com, purduebankruptcy@hbsslaw.com
- **Barry Z. Bazian**   bbazian@goodwinlaw.com, acunningham@goodwinlaw.com
- **Morgan R Bentley**   mbentley@bentleyandbruning.com
- **Alexander Berk**   aberk@mayerbrown.com, courtnotification@mayerbrown.com
- **Thomas Moultrie Beshere**   tbeshere@oag.state.va.us
- **Thomas D. Bielli**   tbielli@bk-legal.com, dklauder@bk-legal.com;tnobis@bk-legal.com
- **Kathryn Blake**   kathryn.blake@ag.ny.gov
- **Jordan S. Blask**   jblask@fbtlaw.com, agilbert@tuckerlaw.com
- **Anthony D. Boccanfuso**   Anthony.Boccanfuso@apks.com, ecf-b9841d808f73@ecf.pacerpro.com
- **James T. Boffetti**   james.boffetti@doj.nh.gov, janet.demers@doj.nh.gov
- **John A. Boyle**   jboyle@khmarino.com, docketing@khmarino.com
- **Morton R. Branzburg**   mbranzburg@klehr.com, jtaylor@klehr.com
- **Paul E. Breene**   pbreene@reedsmith.com
- **William J. Brennan**   william.brennan@kennedyslaw.com
- **Gary D. Bressler**   gbressler@mdmc-law.com, scarney@mdmc-law.com;nleonard@mdmc-law.com
- **Daniel R Brice**   drbrice@bklawyers.com
- **Emily Brown**   ebrown@hsplegal.com
- **Celeste Brustowicz**   cbrustowicz@sch-llc.com, lrichardson@clfnola.com
- **Michael Morris Buchman**   mbuchman@motleyrice.com
- **Chane Buck**   cbuck@jonesday.com
- **Michiyo Michelle Burkart**   michelle.burkart@doj.ca.gov
- **Ira Burnim**   irabster@gmail.com
- **Lori A. Butler**   butler.lori@pbgc.gov, efile@pbgc.gov
- **CRG Financial LLC**   notices@CRGfinancial.com
- **Aaron R. Cahn**   cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com
- **George Calhoun**   george@ifrahlaw.com

- **Robert P. Charbonneau**   rpc@agentislaw.com, bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Shawn M. Christianson**   schristianson@buchalter.com, cmcintire@buchalter.com
- **Elizabeth A Citrin**   elizabeth@elizabethcitrin.com
- **Marvin E. Clements**   agbanknewyork@ag.tn.gov
- **Julie Elizabeth Cohen**   julie.cohen@skadden.com
- **Daniel S. Connolly**   daniel.connolly@bracewell.com, mco@bracewell.com;joseph.lasher@bracewell.com
- **John Michael Connolly**   mike@consovoymccarthy.com
- **William S Consovoy**   will@consovoymccarthy.com
- **Linda J Conti**   linda.conti@maine.gov
- **Merrida Coxwell**   lenah@coxwelllaw.com
- **Anthony Crawford**   acrawford@reedsmith.com
- **Ashley Crawford**   avcrawford@akingump.com
- **Heather M Crockett**   heather.crockett@atg.in.gov, marie.baker@atg.in.gov
- **Jonathan Watson Cuneo**   jonc@cuneolaw.com
- **Melanie L. Cyganowski**   mcyganowski@oshr.com, awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildebrandtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com
- **Peter D'Apice**   dapice@sbep-law.com
- **Scott I. Davidson**   sdavidson@kslaw.com, jcmccullough@kslaw.com
- **Joseph G. Davis**   jdavis@willkie.com, maodc1@willkie.com
- **Brett T DeLange**   brett.delange@ag.idaho.gov
- **Ira S. Dizengoff**   idizengoff@akingump.com, apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com
- **Mark S. Dym**   mdym@hsplegal.com
- **Leslie A. Eaton**   leslie.eaton@coag.gov
- **Kenneth H. Eckstein**   keckstein@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
- **Brian Edmunds**   bedmunds@oag.state.md.us
- **Leah M. Eisenberg**   leisenberg@mayerbrown.com
- **Justin M Ellis**   jellis@mololamken.com
- **Susan Ellis**   sellis@atg.state.il.us
- **Bernard Ardavan Eskandari**   bernard.eskandari@doj.ca.gov
- **Gillian Feiner**   gillian.feiner@mass.gov
- **Jamie Fell**   jamie.fell@stblaw.com
- **Laura Femino**   laura.femino@whitecase.com
- **Lowell W. Finson**   lowellwfinson@gmail.com
- **Judith Aurora Yosepha Fiorentini**   judith.fiorentini@doj.ca.gov
- **Eric Fisher**   efisher@binderschwartz.com, docket@binderschwartz.com
- **Lara J Fogel**   lfogel@levinelee.com
- **Lawrence Fogelman**   lawrence.fogelman@usdoj.gov
- **Joseph D. Frank**   jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com
- **Bryce L. Friedman**   bfriedman@stblaw.com, 5962535420@filings.docketbird.com
- **George Robert Gage**   grgage@gagespencer.com
- **Katherine Galle**   kngalle@mintz.com
- **Richard R Gan**   richlaw1@comcast.net
- **Jeffrey K. Garfinkle**   jgarfinkle@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **Alison Gaske**   gaskea@gilbertlegal.com
- **Scott F. Gautier**   scott.gautier@faegredrinker.com, kmeek@robinskaplan.com;mdelaney@robinskaplan.com
- **Richard Joseph Geddes**   richard.geddes@kennedyslaw.com
- **Marc P Gertz**   mpgertz@gertzrosen.com

- **Steven A. Ginther**   sdnyecf@dor.mo.gov
- **Jeffrey R. Gleit**   jgleit@sullivanlaw.com, bcooley@sullivanlaw.com,rrosenblatt@sullivanlaw.com,aweiss@sullivanlaw.com,nkoslof@sullivanlaw.com,tkethro@sullivanlaw.com
- **Eric M. Gold**   eric.gold@state.ma.us
- **Matthew J. Gold**   mgold@kkwc.com, jremi@kkwc.com
- **Irve J. Goldman**   igoldman@pullcom.com, jshearin@pullcom.com;rmccoy@pullcom.com
- **Eric Goldstein**   egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- **Michael Goldstein**   mgoldstein@goodwinlaw.com
- **Leslie A. Goller**   lgoller@terrellhogan.com
- **Michael Gorelick**   mgorelick@agfjlaw.com
- **Alexander M Gormley**   agormley@williamsmullen.com, ssavitsky@slevinhart.com
- **Isley Markman Gostin**   isley.gostin@wilmerhale.com
- **Gary A. Gotto**   ggotto@kellerrohrback.com
- **Elisha D. Graff**   egraff@stblaw.com
- **Timothy E. Graulich**   ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com
- **Christopher Graver**   cgraver@kellerrohrback.com
- **Adam P. Haberkorn**   ahaberkorn@omm.com
- **Mawerdi Hamid**   mawerdi.hamid@ag.state.mn.us
- **William Hao**   william.hao@alston.com, leslie.salcedo@alston.com
- **Ben Harrington**   benh@hbsslaw.com
- **Neil L Henrichsen**   nhenrichsen@hslawyers.com
- **Angela K. Herring**   akherring@wlrk.com, calert@wlrk.com
- **John Wayne Hogan**   hogan@terrellhogan.com
- **Jake Holdreith**   jholdreith@robinskaplan.com, bmiller@robinskaplan.com;tbarrett@robinskaplan.com;cmay@robinskaplan.com
- **Daniel Ari Horowitz**   dhorowitz@obbblaw.com, jfitzgerald@obbblaw.com;sbushinsky@obbblaw.com;bcollins@obbblaw.com
- **Chiung-Hui Huang**   chuang@hslawyers.com
- **Jenna A Hudson**   hudsonj@gilbertlegal.com, johnsonka@gilbertlegal.com;colcocks@gilbertlegal.com
- **Harold D. Israel**   hisrael@lplegal.com, ikropiewnicka@lplegal.com;bdroca@lplegal.com;nbailey@lplegal.com
- **Henry Jaffe**   Henry.Jaffe@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com
- **Evan M. Jones**   ejones@omm.com, evan-jones-5677@ecf.pacerpro.com
- **Gregory P. Joseph**   gjoseph@jhany.com
- **Nicholas F. Kajon**   nfk@stevenslee.com
- **Benjamin S. Kaminetzky**   kaminet@dpw.com, ecf.ct.papers@davispolk.com
- **Nickolas Karavolas**   nkaravolas@phillipslytle.com, ddrons@phillipslytle.com
- **Joshua Karsh**   pleadings@findjustice.com
- **Michael J Kasen**   mkasen@kasenlaw.com
- **Beth Kaswan**   bkaswan@scott-scott.com
- **Ashley Keller**   ack@kellerlenkner.com
- **Nicolas G. Keller**   nicolas.keller@dfs.ny.gov
- **Neil Francis Xavier Kelly**   nkelly@riag.ri.gov, mdifonzo@riag.ri.gov
- **Muhammad Umair Khan**   umair.khan@ag.ny.gov
- **Michael S. Kimm**   msk@kimmlaw.com, law@kimmlaw.com;proh@kimmlaw.com
- **Thomas S. Kiriakos**   tkiriakos@mayerbrown.com, cnotification@mayerbrown.com
- **Jeremy C. Kleinman**   jkleinman@fgllp.com
- **John R. Knapp**   john.knapp@millernash.com, edgar.rosales@millernash.com;dona.purdy@millernash.com
- **Paul R Koepff**   paul.koepff@clydeco.us, meisee.hon@clydeco.us
- **Dan D Kohane**   ddk@hurwitzfine.com, donnab@hurwitzfine.com;kathik@hurwitzfine.com

- **Anna Kordas**  akordas@jonesday.com, cbuck@jonesday.com
- **Lawrence J. Kotler**  ljkotler@duanemorris.com
- **Ann Kramer**  akramer@reedsmith.com
- **Mark Krueger**  mkrueger@ag.nv.gov, dpotnar@ag.nv.gov,jwhitson@ag.nv.gov,lmtucker@ag.nv.gov
- **Thomas Lauria**  tlauria@whitecase.com
- **Andrea Law**  alaw@atg.state.il.us
- **Jillian Lazar**  jillian.lazar@delaware.gov
- **Trish Lazich**  trish.lazich@ohioattorneygeneral.gov
- **Garrett S. Ledgerwood**  garrett.ledgerwood@millernash.com
- **Alexander Lees**  alees@milbank.com, alexander-lees-2212@ecf.pacerpro.com;AutoDocketECF@milbank.com
- **Nicole A Leonard**  nleonard@mdmc-law.com, sshidner@mdmc-law.com
- **Stephen D. Lerner**  stephen.lerner@squirepb.com, sarah.conley@squirepb.com;stephen-lerner-2073@ecf.pacerpro.com
- **Richard James Leveridge**  leveridger@gilbertlegal.com
- **Richard B. Levin**  rlevin@jenner.com
- **Arthur J Liederman**  aliederman@morrisonmahoney.com
- **Jonathan C Lipson**  jlipson@temple.edu
- **Mimi Liu**  mliu@motleyrice.com
- **Michael G Louis**  mlouis@macelree.com
- **Donald K. Ludman**  dludman@brownconnery.com
- **Timothy Lundgren**  timothy.lundgren@doj.ca.gov
- **Michael Luskin**  luskin@lsellp.com
- **Jennifer B Lyday**  notice@waldrepwall.com
- **Joanna Lydgate**  joanna.lydgate@mass.gov
- **Christopher A. Lynch**  clynch@reedsmith.com, chris-lynch-7800@ecf.pacerpro.com
- **Lauren M. Macksoud**  lauren.macksoud@dentons.com
- **Kevin C. Maclay**  cecilia-guerrero-caplin-6140@ecf.pacerpro.com,jgiglio@capdale.com
- **Thomas Maeglin**  tmaeglin@agfjlaw.com
- **Ambria Mahomes**  amahomes@shb.com
- **Eric John Maloney**  eric.maloney@ag.state.mn.us
- **Kevin H. Marino**  kmarino@khmarino.com
- **Scott S. Markowitz**  smarkowitz@tarterkrinsky.com, snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com;mtorres@tarterkrinsky.com
- **Kimberly P. Massicotte**  kimberly.massicotte@ct.gov
- **Brian S. Masumoto**  nysbnotice@gmail.com
- **Clayton Matheson**  cmatheson@akingump.com
- **Annemarie Belanger Mathews**  abm@columbia13.com
- **Douglas Kirk Mayer**  dkmayer@wlrk.com, calert@wlrk.com
- **James I. McClammy**  james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com
- **Katherine McCraw**  kmccraw@ncdoj.gov, kchadwick@ncdoj.gov;etant@ncdoj.gov;lbulls@ncdoj.gov
- **John P McDonald**  jpmcdonald@lockelord.com
- **Laura McFarlane**  mcfarlanele@doj.state.wi.us
- **Michael D McMahan**  MMcMahan@hobbsstraus.com, cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com
- **Shannon M McNulty**  smm@cliffordlaw.com, jmreasor@cliffordlaw.com
- **Patrick Francis McTernan**  pmcternan@croninfried.com, cfskf@croninfried.com
- **Cyrus Mehri**  cmehri@findjustice.com
- **Seth Adam Meyer**  sam@kellerlenkner.com, docket@kellerlenkner.com
- **Samuel Mitchell**  sam@mitchellspeights.com
- **Corey Moll**  cmoll@phjlaw.com
- **Steven Francis Molo**  smolo@mololamken.com
- **Carol E. Momjian**  cmomjian@attorneygeneral.gov

- **Denise Mondell**   denise.mondell@ct.gov
- **Brandan Montminy**   brandan.montminy@lockelord.com
- **Patrick Morrisey**   patrick.j.morrisey@wvago.gov
- **Eleanor M. Mullen**   eleanor.mullen@ct.gov
- **Joseph L Mulvey**   joseph@mulveylawllc.com
- **Lucian Murley**   luke.murley@saul.com, robyn.warren@saul.com
- **Sean Michael Murphy**   murphysm@doj.state.wi.us, radkeke@doj.state.wi.us
- **Lynn Hagman Murray**   lhmurray@shb.com, docket@shb.com
- **David Eli Nachman**   david.nachman@ag.ny.gov
- **Alissa M. Nann**   anann@foley.com, alissa-nann-1605@ecf.pacerpro.com
- **Edward E. Neiger**   eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com
- **Jill L. Nicholson**   jnicholson@foley.com, mstockl@foley.com
- **Darlene M. Nowak**   nowak@marcus-shapira.com
- **Sean A. O'Neal**   soneal@cgsh.com, maofiling@cgsh.com
- **Brendan O'Neil**   brendan.oneil@maine.gov
- **Michael Patrick O'Neil**   moneil@taftlaw.com
- **Peter Francis O'Neill**   pfoneill@shb.com, docket@shb.com
- **Steven P Ordaz**   sordaz@bmcgroup.com
- **Jessica Ortiz**   jortiz@mololamken.com
- **Norma E. Ortiz**   email@ortizandortiz.com, bkcourt@gmail.com;ortiznoticeme@gmail.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestcase.com
- **Andrew Owen**   aowen@ulmer.com
- **James Franklin Ozment**   frankozmentlaw@gmail.com
- **Robert Padjen**   robert.padjen@coag.gov
- **Jeremy Pearlman**   jeremy.pearlman@ct.gov
- **William R Pearson**   william.pearson@ag.iowa.gov
- **Amanda Peterson**   apeterson@forthepeople.com
- **Justino D Petrarca**   jpetrarca@edlawyer.com, emcnulty@edlawyer.com
- **Todd E. Phillips**   tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com
- **Alissa K. Piccione**   alissa.piccione@troutman.com, Brett.Goodman@troutman.com
- **Matthew J. Piers**   mpiers@hsplegal.com, rortiz@hsplegal.com;docketing@hsplegal.com
- **Mark D. Plevin**   mplevin@crowell.com
- **Joshua Polster**   joshua.polster@stblaw.com
- **Constantine Dean Pourakis**   cp@stevenslee.com
- **Michele Puiggari**   michele@mpuiggari.com
- **Amanda Quick**   amanda.quick@atg.in.gov, marie.baker@atg.in.gov
- **Marion Quirk**   marion.quirk@delaware.gov
- **Paul A. Rachmuth**   paul@paresq.com
- **Geoffrey T. Raicht**   graicht@raichtlawpc.com, jgreen@nicolaidesllp.com;msullivan@nicolaidesllp.com
- **Martin S. Rapaport**   manhatoffice@yahoo.com
- **Lawrence R. Reich**   reichlaw@reichpc.com
- **Alexander Gary Rheaume**   arheaume@mofo.com
- **Aisha Rich**   arich@findjustice.com
- **Peter J. Roberts**   proberts@cozen.com, peter-roberts-1301@ecf.pacerpro.com,cknez@cozen.com
- **Mai Lan G. Rodgers**   rodgers.mailan@pbgc.gov, efile@pbgc.gov
- **Laurel D. Roglen**   roglenl@ballardspahr.com, carbonej@ballardspahr.com
- **Evan Romanoff**   evan.romanoff@ag.state.mn.us
- **Paul S Rothstein**   psr@rothsteinforjustice.com
- **Corey William Roush**   croush@akingump.com
- **Laurie Rubinow**   lrubinow@millershah.com, pleadings@millershah.com
- **Jason Rubinstein**   rubinsteinj@gilbertlegal.com

- **Vadim J. Rubinstein**   vrubinstein@loeb.com, vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com
- **Nathan Quinn Rugg**   nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Megan Paris Rundlet**   megan.rundlet@coag.gov
- **Michael B. Rush**   rushm@gotofirm.com
- **William T. Russell**   wrussell@stblaw.com
- **Daniel Joseph Saval**   daniel.saval@kobrekim.com
- **Tancred V. Schiavoni**   tschiavoni@omm.com, jmcdonald@omm.com;tancred-schiavoni-9326@ecf.pacerpro.com
- **Frederick E. Schmidt**   eschmidt@cozen.com, frederick-schmidt-4035@ecf.pacerpro.com
- **David Edward Schoenfeld**   dschoenfeld@shb.com
- **Elizabeth Scott**   edscott@akingump.com
- **Joel Shafferman**   shaffermanjoel@gmail.com
- **Hunter J. Shkolnik**   hunter@nsprlaw.com
- **J. Christopher Shore**   cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com
- **Richard Shore**   shorer@gilbertlegal.com
- **George W. Shuster**   george.shuster@wilmerhale.com, WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com
- **Lee Scott Siegel**   lss@hurwitzfine.com, kathik@hurwitzfine.com
- **Wendy M. Simkulak**   wmsimkulak@duanemorris.com
- **Linda Singer**   lsinger@motleyrice.com
- **Paul M. Singer**   psinger@reedsmith.com, gwieland@reedsmith.com;SLucas@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com
- **Steven A Skalet**   sskalet@findjustice.com
- **Daniel H. Slate**   dslate@buchalter.com
- **Eric J. Snyder**   esnyder@wilkauslander.com, jstauder@wilkauslander.com
- **Colleen P Sorensen**   csorensen@hww-law.com, afaber@hww-law.com
- **Christopher B Spuches**   cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com
- **Sarah Sraders**   sraderss@gilbertlegal.com
- **Katherine Stadler**   kstadler@gklaw.com, kboucher@gklaw.com
- **Catherine Steege**   csteege@jenner.com, jeffrey_cross@discovery.com
- **Mark Stein**   mstein@lowestein.com
- **Dawn Stewart**   dstewart@thestewartlawfirm.com
- **Aaron H. Stulman**   astulman@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com
- **Jeffrey S. Swyers**   jswyers@slevinhart.com, courtalerts@slevinhart.com
- **Lisa A Szymanski**   lszymanski@reedsmith.com
- **Mark Tate**   wkell@tatelawgroup.com
- **Jay Teitelbaum**   jteitelbaum@tblawllp.com, dcampagne@tblawllp.com
- **Louis J. Testa**   louis.testa@ag.ny.gov
- **Wendy Tien**   wendy.tien@ag.state.mn.us
- **Marc Joseph Tobak**   mtobak@dpw.com, purdue.bloyd.service@davispolk.com
- **Lawrence L. Tong**   lawrence.l.tong@hawaii.gov, mana.moriarty@hawaii.gov;aaron.s.joyce@hawaii.gov
- **Sara Tonnesen**   stonnesen@oag.state.md.us
- **KatieLynn B Townsend**   ktownsend@rcfp.org
- **Andrew M. Troop**   andrew.troop@pillsburylaw.com
- **Margaret Truesdale**   mtruesdale@hsplegal.com
- **Kelly Tsai**   ktsai@crowell.com
- **Marshall C. Turner**   marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com
- **Allen J. Underwood**   aunderwood@litedepalma.com, grodriguez@litedepalma.com
- **United States Trustee**   USTPRegion02.NYECF@USDOJ.GOV
- **Warren A. Usatine**   wusatine@coleschotz.com, fpisano@coleschotz.com

- **Gerard Uzzi**   guzzi@milbank.com, jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com;mmuscara@Milbank.com
- **Melissa L. Van Eck**   mvaneck@attorneygeneral.gov
- **Jennifer Lynn Vandermeuse**   vandermeusejl@doj.state.wi.us, radkeke@doj.state.wi.us
- **Shmuel Vasser**   shmuel.vasser@dechert.com, nycmanagingclerks@dechert.com,brett.stone@dechert.com
- **Ilana Volkov**   ivolkov@mcgrailbensinger.com, ivolkov@mcgrailbensinger.com
- **Eli J. Vonnegut**   eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com
- **Daniel Walfish**   dwalfish@walfishfissell.com
- **Anne Gilbert Wallice**   anne.wallice@kirkland.com
- **Peter H Weinberger**   sschebek@spanglaw.com
- **William P. Weintraub**   wweintraub@goodwinlaw.com, gfox@goodwinprocter.com
- **Erin West**   ewest@gklaw.com, kboucher@gklaw.com;elewerenz@gklaw.com
- **Dorothy White-Coleman**   whitecoleman@whitecoleman.net
- **Harris Wiener**   harris.wiener@clydeco.us
- **Gregory Dale Willard**   gwillard@dubllc.com
- **Brady C. Williamson**   bwilliamson@gklaw.com
- **Dennis Windscheffel**   dwindscheffel@akingump.com
- **Douglas Wolfe**   dwolfe@asmcapital.com
- **Charles Wysong**   cwysong@hsplegal.com
- **Dina L. Yunker Frank**   bcuyunker@atg.wa.gov
- **David Zwally**   dzwally@haugpartners.com
- **David Zylberberg**   david.zylberberg@stblaw.com

70851258v1