August 10, 2021

Maria Ecke
8 Glenbrook Drive
West Simsbury, CT 06092

FILED
U.S. BANKRUPTCY COURT
2021 AUG 16   P 1: 24
S.D. OF N.Y.

Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300  Quarrropas Street
White Plains, NY10601

**Re: OBJECTION TO RESTRUCTURING OF PURDUE PHARMA L.P. ET ALL –
CASE 19-23649 (RDD)**

Dear Judge Drain:

I began researching Oxycontin and it's generic derivatives as my son's doctor prescribed
this to him at an early age after my dearest first born died on December 17, 2015 - 9 days
after my birthday on December 8th and 9 days before my poor, deaf, Vietnam Veteran
Ex-husband's birthday on December 26 in 2015. I was immediately awoken to learn
about this over-prescribed drug.

At first when I was trying to write a Motion for Claim Payment in early November of
2020, so I spilled my heart out to all the following individuals in this instance.
This was an extreme, extreme tragedy as many of the Attorneys including Marshall
Heubner of Davis Polk and Wardwell, Layn Phillips of 2101 East Coast Suite 250,
Corona Del Mar, CA 92625, Kenneth Feinberg, 1455 Pennsylvania Ave., N.W., Suite
390, Washington D.C. 20004 and many others were included. Let me read you my letter,
which I sent to the above firms, dated December 13, 2020 and copied others prior to my
appearance before Judge Drain on December 15, 2020.

Honorable Judge Drain, please reread my two previous letters dated July 30, 2021 and
December 13, 2020.

Previously, I had already begged the Attorney General of Connecticut, George Jepsen
presiding Attorney General for Connecticut from 2011 to 2019 for help for the mothers of
Connecticut who lost their children due to this crisis. I had also contacted the Connecticut
Department of Heath previously and received no help from anyone or from anyone
personally or for our group of bereaved mothers. Lorrie Aedemmi, Head of Consumer
Affairs for Attorney General George Jepsen of Connecticut who was in Office from 2011
to 2019 and Sandra Arenas, the new Head of Consumer Affairs for Attorney General
William Tong of Connecticut from January 1, 2019 had already told me that the State
only sues for the State and not for individuals. At this point in my life I feel, in my
opinion, that I have been used and abused by the State of Connecticut. I was born in the
great country of America and I always thought that I could receive help if I asked for it.

1

I'm really hurt by everyone's indifference to my personal tragedy and the personal tragedies of many others.

Attorney James I McClammy, of Davis Polk and Wardwell, the Attorneys who are defending Purdue Pharma L.P.'s actions, first contacted me via email; later by Jacquelyn Knudson of Davis Polk and Wardwell on Dec. 3, 2020 via telephone then so I called Attorney Knudson on Dec. 7, 2020. Attorney James I. McClammy wrote me a letter dated Dec. 8, 2020 and mailed it to me on Dec. 9, 2020 stating that I had talked to Attorney Jacqueline Knudsen on December 7, 2020.

On February 24, 2019, there was a segment on television of 60 minutes entitled "Did the FDA Ignite the Opioid Epidemic? A Drug Manufacturer Denounces His Own Industry and Explains to 60 Minutes How a Label Change by The FDA Expanded the Use of Opioids" in which correspondent Bill Whitaker talks to Ed Thompson, a Pennsylvania drug manufacturer who tells about his lawsuit of the FDA and the beginning of the Oxycontin crisis. 60 minutes had to Petition the Courts of West Virginia to get the information to issue this segment of the television program since according to 60 Minutes the drug manufacturers and the FDA were holding secret meetings about the labeling of the drug. Ed Thompson states that Oxycontin was on the market since 1990 and the FDA knew how potent the drug was. Ed Thompson explains how a high dose, long duration opioid kills people when there is no scientific evidence to condone long-term use of opioids. **Ed Thompson had stopped the high potency, high dose drugs that he manufactured in 1962.**

Therefore in my opinion, I don't agree with the DECLARATION OF JONATHAN GREVILLE WHITE on page 4, Article 9., which states: "Beacon Trust (one of the General Trusts), is the ultimate owner of a 50% limited partner in Purdue Pharma L.P. (Purdue), which holds for the benefit of Side A. An entity for the benefit of the Raymond Sackler (or "Side B") is the ultimate owner of the balance of Purdue equity. Beacon Trust was settled in 1993, by Dr. Mortimer D. Sackler, **several years before OxyContin was launched.** I am the Director of Heathridge Trust Company Limited, which is a Trustee of the Beacon Trust Company Limited, which is a Trustee of the Beacon Trust. Since the death of Mortimer D. Sackler in 2010, Beacon Trust has been an irrevocable trust for the benefit of Theresa Sackler, Dr. Mortimer D. Sachler's issue, and various charitable beneficiaries. The Beacon Trust instrument provides that its trustee holds the Beacon Trust fund in its discretion, with prior written consent of the Special Trustees, to pay income and/or capital to, or for the benefit of, one or more of Dr. Mortimer D. Sackler's spouse, descendants, and/or charitable foundations." Later Jonathan Greville White states: "Each of these General Trusts is an irrevocable discretionary trust. Their beneficiaries are typically Theresa Sackler and the issue of Dr. Mortimer D. Sackler. One General Trust confers upon Theresa Sackler a life interest over the income that is generated is generated each year." According to LexisNexis and Bloomberg Law on December 17, 2019 at 6:09 pm Samantha Stokes wrote: "Purdue Pharma has paid several Big Law firms for their legal work on behalf of Sackler family members, including Debevoise, McDermott and Rose Norton, according to new court documents." and "Purdue Pharma, the embattled pharmaceutical company at the center of the opioid crisis,

2

has paid more than $17.5 million in legal fees on behalf of the Sackler family to more than a dozen law firms, according to new documents filed in the company's bankruptcy. Debevoise and Plimpton was paid the majority of that legal spend - more than $11.4 million for its legal work for the Sacklers from the first half of 2018 through 2018 through early 2019, according to an audit filed Monday in the U.S. Bankruptcy Court in the Southern District of New York, where the company is undergoing Chapter 11 Restructuring." If the Sackler family used the money that they spent on attorneys instead of themselves, all parties would be happier.

As far as my understanding from Arik Preis, Partner in Aiken Gump, who called me at 6:30 pm on July 30, 2021 and will object if I give you actual numbers from our conversation dated Friday, July 30, 2021 but there are four main sides of this restructuring equation – one consisting of the Official Committee of Unsecured Creditors, and all the others who I listed in my previous letter dated December 13, 2020, another side consisting of a few brave Pro Se advocates and me who are supposed to get virtually nothing, an additional side consisting of States with Attorney Generals, Municipalities, with an abundance of Lawyers handling Chapter 11 in Case No. 19-234649 getting the majority of at least ¾ of the funds which may or may not help the injured victims directly from a 18 year trust, and finally the fourth side consisting of the Sackler family who is trying to keep their ill-gotten fortune off the backs of the heartbroken people who lost their loved ones.

On July 19, 2021 Attorney General William Tong filed objections to the "Bankruptcy Plan with Legal Shields for the Sackler Family." Therefore, I am asking the Honorable Judge Drain for:

**Rule 3008-1 RECONSIDERATION OF CLAIMS**

**WE NEED TO OBJECT TO THE RESTRUCTING OF PURDUE PHARMA AND INIATIATE AN ENTIRELY NEW VOTE FOR THE MOTHERS, FATHERS, BROTHERS, SISTERS, AND ALL WHO ARE NOW LIVING A LIFE OF HEARTACHE, DEPRESSION, AND LONLINESS FROM THIS DRUG, THAT HAD BEEN EVALUATED YEARS EARLIER BY THE PURDUE CORPORATION AND HIDDEN FROM THE PUBLIC THAT WAS HIGHLY ADDICTIVE AND SHOVED UNDER THE PROVERBIAL RUG. ARE THE SACKLERS OR THEIR LAWYERS AT DAVIS POLK AND WARDWELL WILLING TO CLONE MY DEAR SON OR BRING HIM BACK TO HELP ME IN MY OLD, DISABLED, AND FEEBLE AGE? I DON'T THINK SO.**

Sincerely,

Maria Ecke

Maria Ecke                                                                July 30, 2021
8 Glenbrook Dr.
West Simsbury, CT 06092

Judge Robert D. Drain
U.S. Bankruptcy Court
For the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re: OBJECTION TO RESTRUCTING OF PURDUE PHARMA L.P., ET ALL – CASE
NO. 19-23649 (RDD)**

Dear Judge Drain:

Before Hearing at the Court at the December 15, 2020 where I submitted a Motion For Claim
Payment, on December 3, 2020, Jacqueline Knudsen of Davis, Polk, and Wardwell (phone 803-
417-3273) called me at 12:29 pm me to urge me to call Eden Lesowich, Counsel at Aiken Gump
Strauss Hauer & Feld LLP. I called Attorney Lisovicz and spoke with him and Arik Preis,
Partner at Aiken Gump. I have a recording of Jacqueline Knudsen's telephone call to me.
Attorney Preis urged me to hire an Attorney or I would not receive anything. He even contacted
Theodore S. Forman Esquire at Forman Law Offices, P.A., 238 N.E. 1ˢᵗ Avenue, Delray Beach,
FL 33444 to take my case against Purdue Pharma.

Attorney Foreman contacted me via U.S. Postal Service on January 18, 2021 (mailed January 19,
2021). I signed with him and mailed the necessary information to him at a contingency fee of
25%. I did not receive any paperwork back from Attorney Foreman.

At the same time, Attorney Foreman contacted my poor, deaf, disabled, Vietnam Veteran, Ex-
husband who also signed paperwork to pay an additional 25% contingency fee to create only one
**Claim No. 16810** out of four (4) Claims as I learned on July 29, 2021. The Claims were for four
(4) individual adults who signed the original **Claim Nos.: Maria Zekoff Ecke was Claim
No.16810, Richard Robert Ecke's was Claim No. 22855, Andrew R. Ecke's Claim was No.
23016, and Peter F. Sottile's Claim was No. 16817**, yet I only learned on July 29, 2021 that
Attorney Theodore Foreman had combined all four Claims under my **Claim No.: 16810**. I only
learned this from Renee, Sharon Urbanek and Ted Foreman's Assistant on July 29, 2010. I don't
find this fair at all!!!!!

My dear son's death s death was worth more than $242,000,000.00 to me but I was told on July
29, 2021 that I would not even get one amount of $242,000,000.00 for all of us to share because
Purdue Pharma had only given $700,000,000.00 to be distributed among all the claimants. I,
**Maria Ecke, mother of deceased David Jonathan Ecke, Object to the Restructuring of
Purdue Pharma.**

Sincerely,

Maria Ecke

December 13, 2020

Maria Ecke
8 Glenbrook Drive
West Simsbury, CT 06092

Ryan Hampton, Blue Cross Blue Shield Association, CVS Caremark Part D Services
LLC and Health LLC, Cheryl Juaire, LTS Lohmann Therapy Systems Corporation,
Pension Benefits Guaranty Corporation, Walter Lee Salmons, Kara Trainor, West Boca
Medical Center,
Official Committee of Unsecured Creditors
C/o Akin Gump Strauss Hauer Feld LLP
Bank of America Tower
1 Bryant Park
New York, New York 10036
Attn: Attorney Edan Lisovicz and Attorney Arik Pries

Re: Chapter 11 Proceedings in Case No. 19-23649 for Purdue Pharma L.P.

Dear Committee Members:

According to Google: "the Sackler family behind Purdue Pharma is one of the richest
families in the U.S. with an ESTIMATED 13 BILLION FORTUNE FROM THE SALES
OF THE CONTROVERSIAL PRESCRIPTION PAINKILLER OXYCONTIN."
According to Forbes also on Google: "Today, Purdue is still 100% owned by the Sackler
family, generates some $3 billion in sales in the U.S. Separate Sackler-owned companies
which sell drugs in Europe, Canada, Asia, and Latin America. An estimated 20 family
members share the fortune. Sacklers withdrew $12 BILLION OVER 13 YEARS FROM
PURDUE PHARMA AS THE OPIOID EPIDEMIC GREW."

To my understanding after my conversation dated December 12, 2020 with Attorney
Edan Lisovicz of Akin Gump Strauss Hauer & Feld LLP, emails to Ryan Hampton,
Committee Member, and Attorney Ed Neiger, who represents the victims in this case, I
learned that the Sackler family only wants to settle for 3 billion over 7 years. This is the
amount of money that the members of the Sackler family still make per year.

THE AMOUNT OF $3 BILLION IS A SLAP IN THE FACE OF THE MANY
AMERICANS WHO HAVE LOST THEIR BELOVED CHILDREN OR RELATIVES
BECAUSE OF THIS ILLEGALLY PUSHED DRUG BY PURDUE PHARMA. How
can mediators and attorneys put a price on the lives of victims and the injury that it has
caused to families unless they have lost children to the drug themselves? Purdue Pharma
should pay the Claim No. 16810 to Maria Zekoff Ecke, Richard Robert Ecke's Claim No.
22855, Andrew Richard Ecke's Claim No. 23016 in the amount of $242,000,000.00 and
Peter F. Sottile's Claim No. 16817 in the amount of $250,000.00 which is less than
originally asked for.

The mediators Layn Phillips, Kenneth Feinberg, and the Court should also be careful which company they choose to administer the Settlement. My own personal experience with Kurzman Carson Consultants (KCC), 75 Rowland Way, Suite 250, Novato, CA 94945 and other KCC affiliates such as Gilardi & Company LLC in Louisville, KY, Epic Global (Claims Administrator) in San Francisco, and the U.S. mega-banks, which put me in foreclosure was MUCH LESS THAN SATISFACTORY. All this had a negative effect on my family's life and ultimately led to my divorce but PURDUE PHARMA'S ADDICTIVE DRUG OXYCONTIN AND OXYCODONE, WHICH LED TO THE DEATH OF MY BEAUTIFUL, SMART SON, DAVID JONATHAN ECKE ON DECEMBER 17, 2015 WAS THE DESTRUCTION OF OUR LIVES. Doctors and PURDUE PHARMA needlessly prescribed this devil drug to my son due to greed. Only one doctor prescribed physical therapy, which my son actually needed. Now I have only tears and memories to comfort me.

Thank you from a bereaved mother,

Maria Ecke

Cc: Judge Robert D. Drain
    U.S. Bankruptcy Court
    For the Southern District of New York
    300 Quarropas Street
    White Plains, New York 10601

THIS IS TO CERTIFY THAT I HAVE MAILED A COPY ON DEC. 14, 2020 TO:

Cc: Marshall Huebner
    Davis Polk and Wardwell
    450 Lexington Ave.
    New York, NY 10017

Cc: Layn Phillips
    2101 East Coast Highway
    Suite 250
    Corona Del Mar, CA 92625

Cc: Kenneth Feinberg
    1455 Pennsylvania Ave., N.W.
    Suite 390
    Washington D.C. 20004