Brian Lee Danner | Chapter 11
In-RE | Case no. 19-23649 (RDD)
Purdue Pharma L.P., et al, | (Jointly Administered)
Ballots, and Information | Suplement of the Record

To: The Honorable Robert D. Drain
In the United States Bankruptcy Court
For the Southern District of New York
Your Honor I'm writting to officialy
change my address, this will be my
3rd letter changing my address, And I
Still Have not recieved my Ballots, or any
Information Pertaining to the Bankruptcy
case, I'm suplementing the record officialy
Thankyou for your time, and consideration
my new address is on page two.
Thankyou
Brian Lee Danner

(1)

My new address is,

Brian Lee Danner #975982
Washington Correction Center
P.O. Box 900
Shelton, Washington
98584

Thank you very much.

*Brian Lee Danner*

(2)