Vito Genna, Clerk of Court
United States Bankruptcy Court
300 Quarropas Street, RM 147
White Plains, New York 10601

FILED
U.S. BANKRUPTCY COURT

2021 AG 16 P 1:20

S.D. OF N.Y.

August 13, 2021

**IN RE: PURDUE PHARMA, PL, et al.**

    **Debtors**

Dear Clerk

This complaint was partial to a federal and state opiate related criminal investigation during the Clinton and Janet Reno's (former U.S. Attorney General) administration, which resulted to a plea agreement of deceptive business practice, before Judge Eugene Codey of New Jersey Superior Court, details of the plea agreement is omitted

The complaint is against Rhonda Ann Hagler, MD, Caucasian woman and former employee of University of Medicine & Dentistry of New Jersey, University Hospital did in fact caused me harm, her professional behavior was beyond inappropriate and intentional abuse.

I'm requesting that this complaint be noted on the records.

*Ronald Bass*

Ronald Bass, Claim No. 89590


Cc: courtesy copy to the Judge Drain's Chamber

**This page is left blank:**



**SUPERIOR COURT OF NEW JERSEY**
CUMBERLAND COUNTY
CIVIL DIVISION
COUNTY OF CUMBERLAND

OCT 3 0 1995

REC'D & FILED
CIVIL CASE
MANAGEMENT OFFICE

Cumberland County Court House
P.O. Box 615
Bridgeton, New Jersey 08302-0425

(609) 453-4330

TRUDI H. MOORE
Assistant Civil Division Manager

KELLY H. CROSS
Program Coordinator

---

P 373 954 816
Receipt for Certified Mail
No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

Sent to: Superior Court Clerk
Street and No.: Cumberland County
P.O., State and ZIP Code: P.O.B. 615

| Postage | $ | |
|---|---|---|
| Certified Fee | | 2.16 |
| Special Delivery Fee | | 1.10 |
| Restricted Delivery Fee | | |
| Return Receipt Showing to Whom & Date Delivered | | |
| Return Receipt Showing to Whom, Date, and Address | | 1.10 |
| TOTAL Postage & Fees | $ | 4.36 |

Postmark or Date: OCT 25 1995

---

**SENDER:** Complete items 1 and 2 when additional services are desired, and complete items 3 and 4.
Put your address in the "RETURN TO" Space on the reverse side. Failure to do this will prevent this card from being returned to you. The return receipt fee will provide you the name of the person delivered to and the date of delivery. For additional fees the following services are available. Consult postmaster for fees and check box(es) for additional service(s) requested.

1. ☐ Show to whom delivered, date, and addressee's address.  2. ☐ Restricted Delivery
   (Extra charge)                                                  (Extra charge)

3. Article Addressed to:
c/o Superior Court Clerk
Civil Division
Cumberland County
P.O. Box 615
Bridgeton, NJ 08302

4. Article Number: P 373-954-816

Type of Service:
☐ Registered       ☐ Insured
☒ Certified        ☐ COD
☐ Express Mail     ☐ Return Receipt for Merchandise

Always obtain signature of addressee or agent and DATE DELIVERED.

5. Signature — Addressee
X Lisa Smith

6. Signature — Agent
X

7. Date of Delivery

8. Addressee's Address ONLY if requested and fee paid

PS Form 3811, Apr. 1989                  DOMESTIC RETURN RECEIPT



University of Medicine & Dentistry of New Jersey
University Hospital

23 JAN 92  MED REG C UH7    150 Bergen
Newark, New Jersey 07103

0127549 9400

BASS, RONALD
TO WHOM IT MAY CONCERN:    AVE APT 6E
        EAST ORANGE    NJ 07018
        RE: NAME
        01/23/92   ADDRESS

The above named patient has been seen in _____ 1/23/52

Clinic, and will be able to resume work and/or school on _____ 1/23/92

with the following limitations _____

and or/medication _____

I, Plaintiff Ronald Bass avers that the nosocomial damages or the intentional infliction of contaminated substance of a delta agent HDV or etiologic agent, which was deceptively truly administrated or to believe I was being checked for any signs of CANCER through the performance of a "GUAIAC TEST", but for the purpose of or an evil attempt to cause "MARASMUS", contrary to my Medical Patient BILL OF RIGHTS.

Physician/Nurse Practitioner

the white female, actions are contrary to
Remarks: Diagnosis
18 U.S.C.A. § 241 et. seq.

I am asking Independed Counsel, will get me get her proper identification???

Medical Appt.
4/9/92 @ 12:30

The University is an affirmative action/equal opportunity employer



RECEIVED
OCT 13 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS