UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**OMNIBUS ORDER GRANTING FIFTH INTERIM FEE APPLICATIONS OF
PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF
<u>ACTUAL AND NECESSARY EXPENSES</u>**

Upon each of the applications (each, an "**Application**" and collectively, the "**Applications**") filed by those professionals identified on <u>**Schedule A**</u> hereto (each, an "**Applicant**" and collectively, the "**Applicants**"), pursuant to sections 327, 328, and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking allowance of interim compensation for professional services rendered and reimbursement of actual and necessary expenses incurred from February 1, 2021 (or the effective date of retention) through and including May 31, 2021 (the "**Fee Period**") in connection therewith; and an independent fee examiner (the "**Fee Examiner**") having been appointed in these cases in accordance with the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023] (the "**Fee Examiner Order**"); and the Fee Examiner having reviewed the Applications in accordance with the Fee Examiner Order; and the Fee Examiner and each Applicant having agreed to the recommended fee and expense reductions as set forth on **Schedule A** hereto; and the Fee Examiner having no objection to the interim allowance and payment of each Applicant's fees and expenses in the amounts set forth on **Schedule A** hereto under the column headings "Fees Allowed for Fifth Interim Fee Application" and "Expenses Allowed for Fifth Interim Fee Application"; and the total amount of each Applicant's fees and expenses sought in the Fee Period together with the amounts allowed pursuant to prior Fee Applications being set forth on **Schedule B** hereto; and due and proper notice of the Applications and the opportunity for a hearing thereon having been provided pursuant to Bankruptcy Rules 2002(a)(6) and (c)(2) and the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529]; and there being no objections to the relief granted herein; and no additional notice or a hearing being required; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and this matter being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the Court's review of the Applications, good and sufficient cause appearing for the relief granted hereby,

    IT IS HEREBY ORDERED THAT:

    1.    The Applications are granted as set forth on **Schedule A** hereto.

    2.    The Applicants are awarded, on an interim basis, (a) compensation for

professional services rendered during the Fee Period and (b) reimbursement for actual and necessary expenses incurred by the Applicants, in the amounts set forth under the column headings "Fees Allowed for Fifth Interim Fee Application" and "Expenses Allowed for Fifth Interim Fee Application" on **Schedule A** hereto.

3. The Debtors are authorized and directed to pay the Applicants promptly the amounts of fees and expenses approved by this Order and set forth under the column headings "Fees Allowed for Fifth Interim Fee Application" and "Expenses Allowed for Fifth Interim Fee Application" on **Schedule A** hereto, to the extent such amounts have not previously been paid.

4. This Order is a separate order for each Applicant and the appeal of any order with respect to any Applicant shall have no effect on the allowed fees and expenses of the other Applicants.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: August 18, 2021
       White Plains, New York

                                              */s/ Robert D. Drain*
                                              HONORABLE ROBERT D. DRAIN
                                              UNITED STATES BANKRUPTCY JUDGE

## Schedule A

### Interim Fee Applications: February 1, 2021 through May 31, 2021

<u>Case No:</u> 19-23649 (RDD)
<u>Case Name:</u> In re Purdue Pharma L.P., *et al.*

| Applicant | Date and Docket Number of Application | Fees Requested on Fifth Interim Fee Application | Expenses Requested on Fifth Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Fifth Interim Fee Application | Expenses Allowed for Fifth Interim Fee Application |
|---|---|---|---|---|---|---|---|
| **Debtors' Professionals** | | | | | | | |
| AlixPartners, LLP | Jul. 16, 2021 ECF No. 3238 | $3,441,447.00 | $116,367.10 | $35,020.50 | $0.00 | $3,406,426.50 | $116,367.10 |
| Arnold & Porter Kaye Scholer LLP | Jul. 15, 2021 ECF No. 3195 | $409,996.67 | $70.00 | $2,367.50 | $0.00 | $407,629.17 | $70.00 |
| Cornerstone Research | Jul. 15, 2021 ECF No. 3194 | $352,927.00 | $475.66 | $4,385.38 | $0.00 | $348,541.62 | $475.66 |
| Davis Polk & Wardwell LLP | Jul. 15, 2021 ECF No. 3202 | $34,450,050.00 | $167,729.08 | $83,323.00 | $0.00 | $34,366,727.00 | $167,729.08 |
| Dechert LLP | Jul. 15, 2021 ECF No. 3208 | $2,600,931.71 | $22,492.97 | $1,336.00 | $0.00 | $2,599,595.71 | $22,492.97 |
| Ernst & Young LLP | Jul. 15, 2021 ECF No. 3206 | $325,460.00 | $1,475.67 | $0.00 | $0.00 | $325,460.00 | $1,475.67 |
| Jones Day | Jul. 15, 2021 ECF No. 3207 | $882,115.82 | $21,909.83 | $1,318.00 | $0.00 | $880,797.82 | $21,909.83 |
| King & Spalding LLP | Jul. 15, 2021 ECF No. 3205 | $800,088.36 | $70.00 | $13,129.00 | $0.00 | $786,959.36 | $70.00 |

| Applicant | Date and Docket Number of Application | Fees Requested on Fifth Interim Fee Application | Expenses Requested on Fifth Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Fifth Interim Fee Application | Expenses Allowed for Fifth Interim Fee Application |
|---|---|---|---|---|---|---|---|
| KPMG LLP[2] | Jul. 13, 2021 ECF No. 3165 | $298,267.40 | $0.00 | $12,000.00 | $0.00 | $286,267.40 | $0.00 |
| PJT Partners LP | Jul. 10, 2021 ECF No. 3135 | $900,000.00 | $371,486.81 | $0.00 | $0.00 | $900,000.00 | $371,486.81 |
| Prime Clerk LLC | Jul. 15, 2021 ECF No. 3196 | $173,227.97 | $70.00 | $0.00 | $0.00 | $173,227.97 | $70.00 |
| Skadden, Arps, Slate, Meagher & Flom LLP | Jul. 15, 2021 ECF No. 3230 | $3,794,615.52 | $76,225.81 | $6,848.50 | $0.00 | $3,787,767.02 | $76,225.81 |
| **Official Committee of Unsecured Creditors' Professionals** | | | | | | | |
| Akin Gump Strauss Hauer & Feld LLP | Jul. 15, 2021 ECF No. 3212 | $8,389,582.50 | $478,594.23 | $58,043.46 | $487.42 | $8,331,539.04 | $478,106.81 |
| Bedell Cristin Jersey Partnership | Jul. 15, 2521 ECF No. 3214 | $206,490.00 | $17,745.39 | $2,500.50 | $0.00 | $203,989.50 | $17,745.39 |
| Cole Schotz P.C. | Jul. 15, 2021 ECF No. 3213 | $620,905.00 | $443.85 | $26,404.35 | $0.00 | $594,500.65 | $443.85 |
| Jefferies LLC | Jul. 15, 2021 ECF No. 3215 | $900,000.00 | $13,898.00 | $0.00 | $0.00 | $900,000.00 | $13,898.00 |

---

[2] KPMG LLP has been jointly retained by the Debtors and the Official Committee of Unsecured Creditors.

| Applicant | Date and Docket Number of Application | Fees Requested on Fifth Interim Fee Application | Expenses Requested on Fifth Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Fifth Interim Fee Application | Expenses Allowed for Fifth Interim Fee Application |
|---|---|---|---|---|---|---|---|
| Kurtzman Carson Consultants LLC | Jul. 15, 2021 ECF No. 3216 | $101,004.83 | $49,906.45 | $4,595.00 | $686.07 | $96,409.83 | $49,220.38 |
| Province, LLC | Jul. 15, 2021 ECF No. 3220 | $3,476,404.50 | $318.33 | $21,856.00 | $0.00 | $3,454,548.50 | $318.33 |
| **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals** | | | | | | | |
| Brown Rudnick LLP | Jul. 15, 2021 ECF No. 3204 | $3,179,282.50 | $10,207.55 | $99,143.16 | $0.00 | $3,080,139.34 | $10,207.55 |
| FTI Consulting | Jul. 15, 2021 ECF No. 3228 | $1,674,459.00 | $49.99 | $15,000.00 | $0.00 | $1,659,459.00 | $49.99 |
| Gilbert LLP | Jul. 15, 2021 ECF No. 3224 | 3,010,527.00 | $12,859.32 | $18,478.94 | $0.00 | $2,992,048.06 | $12,859.32 |
| Houlihan Lokey Capital, Inc. | Jul. 15, 2021 ECF No. 3229 | 800,000.00 | $1,390.57 | $0.00 | $0.00 | $800,000.00 | $1,390.57 |
| Kramer Levin Naftalis & Frankel LLP | Jul. 15, 2021 ECF No. 3234 | 3,922,853.00 | $14,335.04 | $30,861.00 | $0.00 | $3,891,992.00 | $14,335.04 |
| Otterbourg, P.C. | Jul. 15, 2021 ECF No. 3221 | $683,168.00 | $887.21 | $0.00 | $0.00 | $683,168.00 | $887.21 |
| **Multi-State Governmental Entities Group** | | | | | | | |
| Caplin & Drysdale, Chartered | Jul. 15, 2021 ECF No. 3233 | $2,407,696.25 | $57,542.78 | $22,889.65 | $4,605.65 | $2,384,806.60 | $52,937.13 |

| Applicant | Date and Docket Number of Application | Fees Requested on Fifth Interim Fee Application | Expenses Requested on Fifth Interim Fee Application | Agreed Recommended Reduction of Fees | Agreed Recommended Reduction of Expenses | Fees Allowed for Fifth Interim Fee Application | Expenses Allowed for Fifth Interim Fee Application |
|---|---|---|---|---|---|---|---|
| **Fee Examiner** | | | | | | | |
| Bielli & Klauder, LLC | Jul. 14, 2021 ECF No. 3184 | $220,000.00 | $0.00 | $0.00 | $0.00 | $220,000.00 | $0.00 |

Date Order Signed:  8/18/2021

Initials:  RDD  USBJ

**Schedule B**

**Interim Fee Applications: Petition Date through May 31, 2021**

<u>Case No:</u> **19-23649 (RDD)**
<u>Case Name:</u> **In re Purdue Pharma L.P.,** *et al.*

| Applicant | Total Fees Requested | Total Fees Paid[3] | Total Expenses Requested | Total Expenses Paid |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| AlixPartners, LLP | $23,948,226.50 | $23,786,163.87 | $555,204.09 | $519,389.41 |
| Arnold & Porter Kaye Scholer LLP | $2,590,827.89 | $2,556,560.86 | $1,894.25 | $1,894.25 |
| Cornerstone Research | $3,979,277.00 | $3,948,801.77 | $1,264.93 | $1,264.93 |
| Davis Polk & Wardwell LLP | $140,294,042.55 | $139,895,363.35 | $927,468.91 | $926,873.20 |
| Dechert LLP | $17,825,582.73 | $17,744,017.48 | $2,254,239.80 | $2,252,672.21 |
| Ernst & Young | $1,956,460.00 | $1,956,460.00 | $34,609.85 | $34,609.85 |
| Jones Day | $3,699,797.72 | $3,647,913.47 | $94,609.67 | $94,609.67 |
| King & Spalding LLP | $19,932,874.34 | $19,865,101.40 | $4,153.75 | $4,065.03 |

---

[3] Includes amounts to be paid pursuant to this Order.

| Applicant | Total Fees Requested | Total Fees Paid[3] | Total Expenses Requested | Total Expenses Paid |
|---|---|---|---|---|
| KPMG LLP[4] | $3,966,904.55 | $3,896,305.15 | $1,207.15 | $1,207.15 |
| PJT Partners LP | $4,620,000.00 | $4,620,000.00 | $476,952.80 | $475,872.53 |
| Prime Clerk LLC | $189,660.22 | $189,660.22 | $70.00 | $70.00 |
| Skadden, Arps, Slate, Meagher & Flom LLP | $25,327,396.80 | $25,077,814.76 | $127,077.35 | $126,932.89 |
| **Official Committee of Unsecured Creditors' Professionals** | | | | |
| Akin Gump Strauss Hauer & Feld LLP | $75,587,125.00 | $75,074,346.54 | $3,895,612.79 | $3,882,149.33 |
| Bedell Cristin Jersey Partnership | $550,046.04 | $526,365.24 | $55,470.25 | $55,470.25 |
| Cole Schotz P.C. | $16,373,152.50 | $16,273,955.12 | $1,691.39 | $1,691.39 |
| Jefferies LLC | $4,500,000.00 | $4,500,000.00 | $172,828.99 | $171,630.66 |
| Kurtzman Carson Consultants LLC | $666,779.73 | $661,487.90 | $138,974.91 | $130,526.70 |
| Province, LLC | $23,557,452.00 | $23,455,250.07 | $51,434.48 | $46,454.30 |

---

[4] KPMG LLP has been jointly retained by the Debtors and the Official Committee of Unsecured Creditors.

| Applicant | Total Fees Requested | Total Fees Paid[3] | Total Expenses Requested | Total Expenses Paid |
|---|---|---|---|---|
| **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals** | | | | |
| Brown Rudnick LLP | $8,407,537.50 | $8,227,910.58 | $50,221.11 | $50,221.11 |
| FTI Consulting | $9,859,800.50 | $9,772,300.50 | $27,916.03 | $27,916.03 |
| Gilbert LLP | $8,952,551.75 | $8,867,388.66 | $71,220.07 | $69,461.30 |
| Houlihan Lokey Capital, Inc. | $3,400,000.00 | $3,400,000.00 | $32,038.86 | $30,299.78 |
| Kramer Levin Naftalis & Frankel LLP | $13,674,620.75 | $13,554,119.50 | $284,917.46 | $284,130.00 |
| Otterbourg, P.C. | $3,252,648.50 | $3,222,823.05 | $8,391.81 | $8,291.81 |
| **Multi-State Governmental Entities Group** | | | | |
| Caplin & Drysdale, Chartered | $2,407,696.25 | $2,384,806.60 | $57,542.78 | $52,937.13 |
| **Fee Examiner** | | | | |
| Bielli & Klauder, LLC | $743,375.00 | $743,375.00 | $0.00 | $0.00 |
| | | | | |