# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| **PURDUE PHARMA L.P., et. al**[1] | ) | |
| | ) | Case No. 19-23649 (RDD) |
| Debtors. | ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | (Jointly Administered) |

## NINTH MONTHLY FEE STATEMENT OF ERNST & YOUNG LLP
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
## AS AUDITORS AND PROVIDERS OF OTHER PROFESSIONAL SERVICES
## FOR THE DEBTORS FOR THE PERIOD FROM
## JUNE 1, 2021 THROUGH JUNE 30, 2021

| | |
|---|---|
| Name of applicant: | Ernst & Young LLP ("EY LLP") |
| Authorized to Provide Professional Services To: | The Debtors |
| Date of retention: | December 23, 2019 (*nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2021 through June 30, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $29,000.00 |
| Less 20% Holdback: | $5,800.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $0.00 |
| Total Fees and Expenses Due: | $23,200.00 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: August 18, 2021

*/s/Amelia M. Caporale*
Amelia M. Caporale
Partner, Ernst & Young LLP
20 Church Street
Hartford, CT  06103

**EXHIBIT A**
**SUMMARY BY PROFESSIONAL**

*2020 Employee Benefit Plan Audit*

| Last Name | First Name | Title | Time |
|---|---|---|---|
| Christodoulakis | Sophia | Manager | 2.3 |
| O'Brien | Peter | Senior | 28.0 |
| Rosado-Kozlowski | Christian | Intern | 37.5 |
| D'Alessandro | Nicholas | Manager | 0.5 |
| Furtado | Justin V | Manager | 0.5 |
| Piotroski | Edmund | Senior | 0.5 |
| | | **Total Hours** | **69.3** |

**Total Fees for the 2020 Employee Benefit Plan Fixed Fee Audit Services for the compensation period: $29,000.00**

3

**EXHIBIT B**
**SUMMARY BY CATEGORY**

*2020 Employee Benefit Plan Audit*

| Time Category | Category Descriptions | Hours |
|---|---|---|
| Employee Benefit Plan Audit | This category includes activities associated with employee benefit plan (Pension and 401(k)) audits | 69.3 |
| **Total** | | **69.3** |

**Total Fees for the 2020 Employee Benefit Plan Fixed Fee Audit Services for the compensation period: $29,000.00**

4

EXHIBIT C
SUMMARY DETAIL OF HOURS INCURRED BY PROFESSIONAL

*2020 Employee Benefit Plan Audit*

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Christodoulakis,Sophia Alexis | Senior Manager | 30 Jun 2021 | Employee Benefit Plan Audit | 1.0 | Meeting with J. Furtado, P. O'Brien, E. Piotroski, and N. D'Alessandro to discuss the procedures performed over payroll test of controls. Call subsequently with P. O'Brien to regroup from the call and plan next steps. |
| O'Brien,Peter | Senior | 30 Jun 2021 | Employee Benefit Plan Audit | 1.0 | Meeting with J. Furtado, S. Christodoulakis, E. Piotroski, and N. D'Alessandro to discuss the procedures performed over payroll test of controls. Call subsequently with S. Christodoulakis to regroup from the call and plan next steps. |
| Piotroski, Edmund | Senior | 30 Jun 2021 | Employee Benefit Plan Audit | 0.5 | Meeting with P. O'Brien, S. Christodoulakis, J. Furtado, and N. D'Alessandro to discuss the procedures performed over payroll test of controls. |
| D'Alessandro, Nicholas | Manager | 30 Jun 2021 | Employee Benefit Plan Audit | 0.5 | Meeting with P. O'Brien, S. Christodoulakis, E. Piotroski, and J. Furtado to discuss the procedures performed over payroll test of controls. |
| Furtado, Justin V | Manager | 30 Jun 2021 | Employee Benefit Plan Audit | 0.5 | Meeting with P. O'Brien, S. Christodoulakis, E. Piotroski, and N. D'Alessandro to discuss the procedures performed over payroll test of controls. |
| Rosado-Kozlowski,Christian | Intern | 30 Jun 2021 | Employee Benefit Plan Audit | 4.0 | Completed Financial Statement review procedures for Defined Contributions plan. |
| O'Brien,Peter | Senior | 29 Jun 2021 | Employee Benefit Plan Audit | 6.0 | Reviewed trial balance files |
| Rosado-Kozlowski,Christian | Intern | 29 Jun 2021 | Employee Benefit Plan Audit | 5.0 | Completed Financial Statement review procedures for Defined Benefits plan. Began Financial Statement review procedures for Defined Contributions plan. |
| O'Brien,Peter | Senior | 28 Jun 2021 | Employee Benefit Plan Audit | 6.5 | Review planning procedures for the meetings with the executives for the 401K plan |

5

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| O'Brien,Peter | Senior | 28 Jun 2021 | Employee Benefit Plan Audit | 0.5 | Scheduled meeting with Purdue and EY |
| Rosado-Kozlowski,Christian | Intern | 28 Jun 2021 | Employee Benefit Plan Audit | 8.0 | Began Financial Statement review procedures for Defined Benefits plan. |
| O'Brien,Peter | Senior | 25 Jun 2021 | Employee Benefit Plan Audit | 3.5 | Documented EY's approach for the understanding of the plan documents. |
| O'Brien,Peter | Senior | 25 Jun 2021 | Employee Benefit Plan Audit | 4.5 | Prepared preliminary sampling strategy's for contributions and benefit payments pertaining to the 401K plan |
| Rosado-Kozlowski,Christian | Intern | 25 Jun 2021 | Employee Benefit Plan Audit | 7.5 | Evaluated controls tested by a service auditor |
| O'Brien,Peter | Senior | 24 Jun 2021 | Employee Benefit Plan Audit | 2.0 | Planned for the Audit Strategy memorandum |
| O'Brien,Peter | Senior | 24 Jun 2021 | Employee Benefit Plan Audit | 2.0 | Begin the 401(k) plans sampling strategy |
| Rosado-Kozlowski,Christian | Intern | 24 Jun 2021 | Employee Benefit Plan Audit | 8.0 | Evaluated controls tested by a service auditor |
| O'Brien,Peter | Senior | 23 Jun 2021 | Employee Benefit Plan Audit | 2.0 | Reviewed and set up the planning procedures for the defined benefit plan and the defined contribution plan audits. |
| Rosado-Kozlowski,Christian | Intern | 23 Jun 2021 | Employee Benefit Plan Audit | 4.0 | Con't. Completed scoping activities for employee benefit plan audit |
| Rosado-Kozlowski,Christian | Intern | 21 Jun 2021 | Employee Benefit Plan Audit | 1.0 | Completed scoping activities for employee benefit plan audit |
| Christodoulakis,Sophia Alexis | Senior Manager | 01 Jun 2021 | Employee Benefit Plan Audit | 0.3 | Upload of engagement letter to EY Central repository |
| Christodoulakis,Sophia Alexis | Senior Manager | 26 May 2021 | Employee Benefit Plan Audit | 1.0 | Audit budget and opening of engagement code. |
| | | | **Total Hours** | **69.3** | |

**Total Fees for the 2020 Employee Benefit Plan Fixed Fee Audit Services for the compensation period: $29,000.00**