IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered)<br><br>Hearing Date: August 12, 2021, at 10:00 a.m., Eastern Standard Time |

**PROPOSED STIPULATIONS BETWEEN CERTAIN DISTRIBUTORS', MANUFACTURERS', AND PHARMACIES' AND THE DEBTORS REGARDING DOCUMENTARY EVIDENCE PERTAINING TO THE CONFIRMATION HEARING**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's registration number are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

The undersigned parties hereby stipulate and agree as follows:

1. *Scope of Stipulations* — The stipulations, including the appendices attached hereto, agreed to by and between the DMPs and the Debtors, including the appendices attached hereto, are applicable for purposes of the confirmation proceedings in these Chapter 11 Cases and any appeals relating thereto, but will not control with respect to any other litigation or proceeding by and between any DMP and any Debtor whether in these Chapter 11 Cases or otherwise.

2. The parties stipulate and agree that the contracts identified on **Appendix A** exist and any indemnification provisions and/or insurance provisions within such contracts exist as represented on **Appendix A**.

3. To the extent and during the periods for which Purdue expressly agreed in any contract identified on **Appendix A** to name a contract counterparty as an additional insured or loss payee in certain insurance policies, the applicable insurance policies issued to Purdue (including without limitation blanket additional insured endorsements) generally included provisions which were intended to permit Purdue to comply with those contractual requirements and to provide the applicable contract counterparty with such coverage.

4. Pursuant to the Plan, the Co-Defendant Claims are Disputed. The parties stipulate and agree that any Proofs of Claim identified on **Appendix B** evidence claims timely asserted by the Co-Defendants.

5. Each party reserves the right to designate for the record in these Chapter 11 Cases and on appeal (and utilize in these Chapter 11 Cases and on appeal) the proofs of claim and contracts that are being identified pursuant to this stipulation (but not included in the confirmation hearing exhibit binders).

6. The Order (Re: Related Party Stay) entered on December 30, 2019 and as amended on August 7, 2020 by the Ontario Superior Court of Justice ("Canadian Stay Order") is submitted as an exhibit for the Confirmation Hearing. The parties stipulate and agree that the Canadian Stay Order is submitted without objection, including as to foundation or relevance, for the facts of its entry and contents and not for the truth of any matters asserted therein.

7. These stipulations are not intended to limit or impact the rights of the parties with respect to insurance or the contracts identified herein.

8. The DMPs and the Debtors reserve the right to supplement or amend this Stipulation and the appendices attached hereto at any time prior to the Hearing.

Dated: August 19, 2021
      New York, New York

Respectfully submitted,

*/s/ Christopher A. Lynch*
**REED SMITH LLP**
Christopher A. Lynch
599 Lexington Avenue
New York, New York 10022-7650
Telephone: (212) 521-5400
Fax: (212) 521-5450
E-mail: clynch@reedsmith.com

-and-

**REED SMITH LLP**
Lauren S. Zabel
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, Pennsylvania 19103
Telephone: (215) 851-8100
Fax: (215) 851-1420
E-mail: lzabel@reedsmith.com

-and-

**CRAVATH, SWAINE & MOORE LLP**
Michael T. Reynolds
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1552
Fax: (212) 474-3700
E-mail: mreynolds@cravath.com

*Counsel for AmerisourceBergen Drug Corporation and Certain of Its Affiliates*

*/s/ Allison H. Weiss*
**SULLIVAN & WORCESTER LLP**
Jeffrey R. Gleit
Allison H. Weiss
1633 Broadway
New York, New York 10019
Telephone: (212) 660-3000
Fax: (212) 660-3001
Email: jgleit@sullivanlaw.com
Email: aweiss@sullivanlaw.com

*Proposed Conflicts Counsel to the Debtors and Debtors in Possession*

*/s/ Michael H. Goldstein*
**GOODWIN PROCTER LLP**
Michael H. Goldstein
William P. Weintraub
Howard S. Steel
Barry Z. Bazian
Stacy Dasaro
Artem Skorostensky
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 813-8840
Fax: (212) 409-8404
E-mail: mgoldstein@goodwinlaw.com
E-mail: wweintraub@goodwinlaw.com
E-mail: hsteel@goodwinlaw.com
E-mail: bbazian@goodwinlaw.com
E-mail: sdasaro@goodwinlaw.com
E-mail: askorostensky@goodwinlaw.com

*Counsel for Teva Pharmaceuticals USA, Inc. and Related Entities*

| | |
|---|---|
| */s/ Douglas K. Mayer* | */s/ Mark S. Indelicato* |
| **WACHTELL, LIPTON, ROSEN & KATZ** | **THOMPSON COBURN HAHN & HESSEN LLP** |
| Richard G. Mason | Mark S. Indelicato, Esq. |
| Douglas K. Mayer | 488 Madison Avenue |
| Elaine P. Golin | New York, New York 10022 |
| Angela K. Herring | Telephone: (212) 478-7200 |
| 51 West 52nd Street | Fax: (212) 478-7400 |
| New York, New York 10019 | E-mail: mindelicato@thompsoncoburn.com |
| Telephone: (212) 403-1000 | |
| Fax: (212) 403-2000 | *Counsel for Mylan Inc., Mylan Pharmaceuticals Inc., Mylan Institutional Inc., Mylan Technologies Inc., Mylan Specialty L.P., Mylan Bertek Pharmaceuticals Inc., Mylan Pharmaceuticals ULC, BGP Pharma ULC, and Viatris Inc. (successor-in-interest to Mylan N.V.)* |
| E-mail: RGMason@wlrk.com | |
| E-mail: DKMayer@wlrk.com | |
| E-mail: EPGolin@wlrk.com | |
| E-mail: AKHerring@wlrk.com | |
| | |
| *Counsel for Cardinal Health, Inc. and Related Entities* | |
| | |
| */s/ Norman L. Pernick* | */s/ Catherine Steege* |
| **COLE SCHOTZ P.C.** | **JENNER & BLOCK LLP** |
| Norman L. Pernick | Catherine Steege |
| 500 Delaware Avenue, Suite 1410 | Melissa Root |
| Wilmington, Delaware 19801 | 353 North Clark Street |
| Telephone: (302) 652-3131 | Chicago, Illinois 60654 |
| Fax: (302) 652-3117 | Telephone: (312) 222-9350 |
| E-mail: npernick@coleschotz.com | E-mail: csteege@jenner.com |
| | E-mail: mroot@jenner.com |
| -and- | |
| | -and- |
| **COLE SCHOTZ P.C.** | |
| David M. Bass | **JENNER & BLOCK LLP** |
| 1325 Avenue of the Americas, 19th Floor | Richard Levin |
| New York, New York 10019 | 919 Third Avenue |
| Telephone: (212) 752-8000 | New York, New York 10022-3908 |
| Fax: (212) 752-8393 | Telephone: (212) 891-1600 |
| E-mail: dbass@coleschotz.com | E-mail: rlevin@jenner.com |
| | |
| *Counsel for Endo International plc and its Related Entities* | *Counsel for McKesson Corporation and Related Entities* |

| | |
|---|---|
| */s/ Jeremy W. Ryan*<br>**POTTER ANDERSON & CORROON LLP**<br>Jeremy W. Ryan, Esq.<br>R. Stephen McNeill, Esq.<br>Aaron H. Stulman, Esq.<br>D. Ryan Slaugh, Esq.<br>1313 North Market Street, Sixth Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Fax: (302) 658-1192<br>E-mail: jryan@potteranderson.com<br>E-mail: rmcneill@potteranderson.com<br>E-mail: astulman@potteranderson.com<br>E-mail: rslaugh@potteranderson.com<br><br>*Counsel for Walmart Inc.* | */s/ Joseph D. Frank*<br>**FRANKGECKER LLP**<br>Joseph D. Frank (admitted *pro hac vice*)<br>Jeremy C. Kleinman (admitted *pro hac vice*)<br>1327 W. Washington Boulevard, Suite 5 G-H<br>Chicago, Illinois 60607<br>Telephone: (312) 276-1400<br>Fax: (312) 276-0035<br>E-mail: jfrank@fgllp.com<br>E-mail: jkleinman@fgllp.com<br><br>*Counsel for Walgreen Co., Walgreen Eastern Co., Inc., and Walgreen Arizona Drug Co.* |
| */s/ Thomas S. Kiriakos*<br>**MAYER BROWN LLP**<br>Thomas S. Kiriakos, Esq. (admitted *pro hac vice*)<br>Alexander F. Berk, Esq. (admitted *pro hac vice*)<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 701-7834<br>Fax: (312) 706-8386<br>E-mail: tkiriakos@mayerbrown.com<br>E-mail: aberk@mayerbrown.com<br><br>*Counsel for Loblaw Companies Ltd., Shoppers Drug Mart Inc., and Sanis Health Inc.* | */s/ Thomas E. Rice*<br>**BAKER STERCHI COWDEN & RICE LLC**<br>Thomas E. Rice<br>2400 Pershing Road, Suite 500<br>Kansas City, Missouri 64108-2533<br>Telephone: (816) 471-2121<br>E-mail: rice@bscr-law.com<br><br>*Counsel for KVK - Tech, Inc., and Abhai, Inc.* |

*/s/ Daniel J. Saval*
**KOBRE & KIM LLP**
Daniel J. Saval
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
Fax: (212) 488-1220
E-mail: daniel.saval@kobrekim.com

*Counsel for Express Scripts, Inc., ESI Mail Pharmacy Service, Inc., Evernorth Health, Inc. (f/k/a Express Scripts Holding Company), Express Scripts Pharmacy, Inc., and CuraScript, Inc.*

*/s/ Evan M. Jones*
**O'MELVENY & MYERS LLP**
Evan M. Jones (admitted *pro hac vice*)
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
E-mail: ejones@omm.com

-and-

**O'MELVENY & MYERS LLP**
Adam P. Haberkorn
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
E-mail: ahaberkorn@omm.com

*Counsel for Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Alza Corporation, Janssen Ortho LLC, and Janssen Inc.*

*/s/ John P. McDonald*
**LOCKE LORD LLP**
John P. McDonald (admitted *pro hac vice*)
Brandan J. Montminy (admitted *pro hac vice*)
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone (214) 740-8000
E-mail: jpmcdonald@lockelord.com
E-mail: brandan.montminy@lockelord.com

*Counsel for Henry Schein, Inc., Henry Schein Medical Systems, Inc., Insource, Inc., and General Injectables & Vaccines, Inc.*

*/s/ Geoffrey S. Goodman*
**FOLEY & LARDNER LLP**
Geoffrey S. Goodman (admitted *pro hac vice*)
Emil P. Khatchatourian (admitted *pro hac vice*)
321 North Clark Street, Suite 3000
Chicago, Illinois 60654-4762
Telephone: (312) 832-4500
Fax: (312) 832-4700
E-mail: ggoodman@foley.com
E-mail: ekhatchatourian@foley.com

-and-

**FOLEY & LARDNER LLP**
Alissa M. Nann, Esq.
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Fax: (713) 276-6727
E-mail: anann@foley.com

*Counsel for CVS Pharmacy, Inc. and its Related Entities*

| | |
|---|---|
| */s/ Ryan A. Wagner* <br> **GREENBERG TRAURIG, LLP** <br> Ryan A. Wagner <br> 200 Park Avenue <br> New York, NY 10166 <br> Telephone: 212.801.3191 <br> E-mail: wagnerr@gtlaw.com <br><br> *Counsel for Sandoz Inc. and Related Entities* | */s/ Andrew W. Owen* <br> **ULMER & BERNE LLP** <br> Andrew W. Owen (admitted *pro hac vice*) <br> 65 East State Street, Suite 1100 <br> Columbus, Ohio 43215 <br> Telephone: (614) 229-0018 <br> Fax: (614) 229-0019 <br> E-mail: aowen@ulmer.com <br><br> *Counsel for Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, Impax Laboratories, LLC, and Impax Laboratories, Inc.* |
| */s/ G. Robert Gage, Jr.* <br> **GAGE SPENCER & FLEMING LLP** <br> G. Robert Gage, Jr. <br> 410 Park Avenue <br> New York, New York 10022 <br> Telephone: (212) 768-4900 <br> Fax: (212) 768-3629 <br> E-mail: grgage@gagespencer.com <br><br> *Counsel for Allergan Finance, LLC, Allergan Limited, Allergan Sales, LLC, Allergan USA, Inc., Allergan, Inc., Warner Chilcott Sales (US), LLC, and AbbVie Inc.* | |