Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**FOURTEENTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM JUNE 1, 2021 THROUGH JUNE 30, 2021**

| **Name of Applicant** | Bielli & Klauder, LLC |
|---|---|
| **Applicant's Role in Case** | Counsel to Fee Examiner |
| **Date Order of Employment Signed** | May 26, 2020 [Docket No. 1182] |

| **Period for which compensation and reimbursement is sought** | June 1, 2021 through June 30, 2021 |
|---|---|
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| This is a(n):   X  Monthly Application____Interim Application____Final Application |
|---|

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Fourteenth Monthly Statement of Services Rendered and Expenses Incurred for the Period from June 1, 2021 through June 30, 2021* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K <u>including</u> the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

**Itemization of Services Rendered and Disbursements Incurred**

1.　　Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from June 1, 2021 through and including June 30, 2021, is referred to herein as the "**Fee Period**".

2. Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3. Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period. As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K <u>including</u> the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc. The specifics of the fees and costs are set forth on **Exhibit C**.

4. Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

## Notice

5. The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K <u>including</u> the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

Dated: August 19, 2021             **BIELLI & KLAUDER LLC**

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (ID No. 5831474)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
tbielli@bk-legal.com

*Counsel to Fee Examiner*
*David M. Klauder, Esquire*

## Exhibit A

### Project Categories

| Project Category | Total Hours |
|---|---:|
| Case Administration | 7.80 |
| Fee/Employment Applications- Retention Professionals | 9.40 |
| BK Retention and Fee Applications | 0.40 |
| **Total** | **17.60** |

## Exhibit B

## Professionals and Paraprofessionals

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 4.00 |
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 3.10 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $195.00 | 8.10 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $100.00 | 2.40 |

## Exhibit C

## Computation of Monthly Fee

| Fee Description | Amount |
|---|---|
| Monthly Fee for June 2021 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

Legal Decoder Inc

cmiller@legaldecoder.com



# INVOICE

**BILL TO**
Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1325
**DATE** 07/01/2021
**DUE DATE** 07/01/2021
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - June 2021 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE** $24,250.00

## Exhibit D

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
215-642-8271

August 16, 2021

Purdue Pharma, L.P.

**Invoice Number: 2396**
Invoice Period: 06-01-2021 - 06-30-2021

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-07-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review from UCC with filed fee apps | | | |
| 06-09-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt of Houlihan's 14-16 Monthly Fee Statements; Receipt of Gilbert's 18th Monthly Fee Statement; Receipt of Jones Day's 18th Monthly Fee Statement; Receipt of Brown Rudnick's 19th Monthly Fee Statement; Receipt of FTI's 17 & 18th month data; Receipt of Gilbert's 18th monthly fee data | | | |
| 06-09-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Email correspondence with Legal Decoder re: published data; Receipt of Arnold & Porter's 20th Monthly Fee Statement and corresponding data; Email correspondence with Wilmer Hale re: final fee application hearing; Receipt and review of King & Spalding's 20th Monthly Fee Statement and corresponding data; Receipt of Prime Clerk's 4th Monthly Fee Statement and corresponding data; Receipt of PJT Partners' 15th Monthly Fee Statement; Receipt of Dechert's 19th Monthly Fee Statement; Receipt of KPMG's 15th Monthly Fee Statement | | | |
| 06-09-2021 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |
| | | Receipt of Cornerstone's 12th Monthly Fee Statement and corresponding data; Receipt of KCC's 16th Monthly Fee Statement; Receipt of Province's 18th Monthly Fee Statement; Receipt of Jefferies' Seventeenth Monthly Fee Statement; Receipt of Bedell's 11th Monthly Fee Statement; Receipt of Cole Schotz's 13th Monthly Fee Statement; Receipt of Akin Gump's 18th Monthly Fee Statement; Receipt of UCC professionals' monthly data; Email correspondence to KCC requesting expense data from 16th monthly; Receipt of Davis Polk's 20th Monthly Fee Statement and corresponding fee data | | | |
| 06-09-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Review and update Assignment Log; Email correspondence to Legal Decoder re: uploaded data and status of data publishing; Email correspondence to Houlihan Lokey requesting data from 14-16th monthly fee statements; Email correspondence to Jones Day requesting data from 18th month fee statement; Email correspondence to KPMG requesting 15th month data; Email correspondence to PJT Partners requesting 14-15th month data; Email correspondence to Brown Rudnick requesting 19th month data | | | |
| 06-09-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Various emails with T. Nobis re: fee reviews, fee data | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-10-2021 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Receipt and review of email correspondence from Houlihan Lokey re: status on data; Receipt of Jones Day's 18th month data; Receipt of Brown Rudnick's 19th month data; Receipt of KPMG's 15th month data; Email correspondence with Wilmer Hale re: Final Application hearing date; Email correspondence with KCC re: expense data format; Receipt of PJT's 15-16 month data; email correspondence with Legal Decoder re: log in issues | | | |
| 06-10-2021 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Review file and team conference regarding reviews | | | |
| 06-11-2021 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | | Email correspondence with Wilmer Hale re: final fee app hearing schedule; Receipt of KCC's 16th monthly expense data; Receipt of Dechert's 19th month data | | | |
| 06-11-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Review of King & Spalding's 19th month fee data | | | |
| 06-11-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 195.00 | 292.50 |
| | | Review of Wilmer Hale's 17th monthly data and preparation of final fee application review report | | | |
| 06-11-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 195.00 | 78.00 |
| | | Review of Cornerstone's 10 & 11 month data | | | |
| 06-11-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 195.00 | 97.50 |
| | | Review of Jones Day's 16th & 17th month data | | | |
| 06-11-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails re: Wilmer Hale final fee app review | | | |
| 06-14-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Wilmer Hale final fee app and review report re: same | | | |
| 06-14-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss fee review with T. Bielli | | | |
| 06-16-2021 | David Klauder | B110 - Case Administration | 0.20 | 375.00 | 75.00 |
| | | Emails with debtor counsel, discuss interim fee hearing with T. Bielli | | | |
| 06-17-2021 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Review abstract with respect to examiner appointment and impact on fee reviews | | | |
| 06-18-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Call with Legal Decoder re: publishing status and updated workflow process | | | |
| 06-18-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Review notice of hearing for Wilmer Hale final fee app | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-18-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails with debtor's counsel re: next interim fee hearing | | | |
| 06-18-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review and distribute notice of Wilmer Hale's Final Fee Application; calendar and circulate same | | | |
| 06-18-2021 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Review of calendar and scheduling issues concerning fee application deadline and hearing regarding same | | | |
| 06-21-2021 | David Klauder | B110 - Case Administration | 0.20 | 375.00 | 75.00 |
| | | Review examiner appointment order and discuss with T. Bielli | | | |
| 06-21-2021 | Thomas Bielli | [ALL] Case Administration | 0.40 | 350.00 | 140.00 |
| | | Review Order for appointment of Examiner | | | |
| 06-22-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Review email from debtor's counsel re: interim fee app deadline | | | |
| 06-22-2021 | Thomas Bielli | [ALL] BK Retention and Fee Applications | 0.20 | 350.00 | 70.00 |
| | | Review file regarding Fee Applications and upcoming deadlines | | | |
| 06-22-2021 | Thomas Bielli | [ALL] BK Retention and Fee Applications | 0.20 | 350.00 | 70.00 |
| | | Correspond with team re April and May Fee Applications | | | |
| 06-23-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 350.00 | 105.00 |
| | | Review file with respect to April Fee Application | | | |
| 06-24-2021 | David Klauder | B110 - Case Administration | 0.10 | 375.00 | 37.50 |
| | | Review application to appoint examiner | | | |
| 06-24-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails re: Brown Rudnick fee apps and review of same | | | |
| 06-24-2021 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Review of examiner appointment order | | | |
| 06-25-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review and respond to email from debtor's counsel re: Reed Smith OCP | | | |
| 06-25-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss status of fee review with T. Bielli | | | |
| 06-25-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Correspond with Debtors' counsel re Reed Smith being added to list of OCPs | | | |
| 06-27-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained | 1.30 | 100.00 | 130.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Professionals<br>Draft april monthly fee application | | | |
| 06-27-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals<br>draft May monthly fee application | 1.10 | 100.00 | 110.00 |
| 06-28-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals<br>Emails with debtor's counsel re: Reed Smith OCP | 0.10 | 375.00 | 37.50 |
| 06-28-2021 | Tracey Nobis | [ALL] Case Administration<br>Receipt of Kramer Levin's Seventeenth Monthly Fee Statement; Receipt of FTI's Nineteenth Monthly Fee Statement; Receipt of Houlihan Lokey's 14-16th month data; Email correspondence with Legal Decoder re: outstanding billing analyses and published data; Receipt of Arnold & Porter's Twenty-First Monthly Fee Statement and corresponding data; Receipt of Alix Partners' Twentieth Monthly Fee Statement | 0.50 | 195.00 | 97.50 |
| 06-28-2021 | Tracey Nobis | [ALL] Case Administration<br>Receipt of Dechert's Twentieth Monthly Fee Statement; Receipt of Brown Rudnick's Twentieth Monthly Fee Statement; Receipt of Reed Smith's overage data and correspondence with Legal Decoder regarding immediate analysis; Receipt of King & Spalding's Twenty-First Monthly Fee Statement and corresponding data; Receipt and review of Skadden's Amended Eighteenth Monthly Fee Statement | 0.70 | 195.00 | 136.50 |
| 06-28-2021 | Tracey Nobis | [ALL] Case Administration<br>Review of KCC's 16th month data issues and email correspondence to KCC re-requesting data from March; Email correspondence to Legal Decoder requesting priority analysis; Email correspondence to D. Klauder and T. Bielli re: recent filings, interim hearing status and law clerk project | 0.40 | 195.00 | 78.00 |
| 06-28-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals<br>Review correspondence, data and notice re Reed Smith Fee App | 0.50 | 350.00 | 175.00 |
| 06-29-2021 | David Klauder | B110 - Case Administration<br>Emails re: Tracey Nobis re: various case and fee review issues | 0.20 | 375.00 | 75.00 |
| 06-30-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals<br>Various emails re: filed fee apps by professionals | 0.20 | 375.00 | 75.00 |