Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., *et al.*,** | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**FIFTEENTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM JULY 1, 2021 THROUGH JULY 31, 2021**

| Name of Applicant | Bielli & Klauder, LLC |
|---|---|
| Applicant's Role in Case | Counsel to Fee Examiner |
| Date Order of Employment Signed | May 26, 2020 [Docket No. 1182] |

| Period for which compensation and reimbursement is sought | July 1, 2021 through July 31, 2021 |
|---|---|
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**This is a(n):**    _X_ Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Fifteenth Monthly Statement of Services Rendered and Expenses Incurred for the Period from July 1, 2021 through July 31, 2021* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K <u>including</u> the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

### Itemization of Services Rendered and Disbursements Incurred

1.    Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from July 1, 2021 through and including July 31, 2021, is referred to herein as the "**Fee Period**".

2.      Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.      Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period.  As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.  The specifics of the fees and costs are set forth on **Exhibit C**.

4.      Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

### Notice

5.      The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

Dated: August 19, 2021                    **BIELLI & KLAUDER LLC**


                                          */s/ Thomas D. Bielli*
                                          Thomas D. Bielli, Esquire (ID No. 5831474)
                                          1905 Spruce Street
                                          Philadelphia, PA 19103
                                          Phone: (215) 642-8271
                                          tbielli@bk-legal.com

                                          *Counsel to Fee Examiner*
                                          *David M. Klauder, Esquire*

## Exhibit A

**Project Categories**

| Project Category | Total Hours |
|---|---|
| Case Administration | 20.90 |
| Fee/Employment Applications- Retention Professionals | 160.40 |
| **Total** | **181.30** |

## Exhibit B

## Professionals and Paraprofessionals

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 35.40 |
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 13.90 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $195.00 | 74.60 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $100.00 | 45.30 |
| Melissa Hartlipp | Summer Associate; joined B&K in 2021 | $150.00 | 12.10 |

**<u>Exhibit C</u>**

**Computation of Monthly Fee**

| Fee Description | Amount |
|---|---|
| Monthly Fee for July 2021 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**

Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1332
**DATE** 07/30/2021
**DUE DATE** 07/30/2021
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - July 2021 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE** **$24,250.00**

**<u>Exhibit D</u>**

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
215-642-8171

August 16, 2021

Purdue Pharma, L.P.

**Invoice Number: 2397**
Invoice Period: 07-01-2021 - 07-31-2021

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-01-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review UCC fee apps | | | |
| 07-01-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Conference call with BK review team re: interim fee app review and other issues | | | |
| 07-01-2021 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Prepare for team conference call leading into interim fee period review | | | |
| 07-01-2021 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Team conference call leading into interim fee period review | | | |
| 07-01-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Receipt of Jones Day's Nineteenth Monthly Fee Statement; Receipt of KPMG's Sixteenth Monthly Fee Statement; Receipt of KCC's Seventeenth Monthly Fee Statement; Receipt of Province's Nineteenth Monthly Fee Statement; Receipt of Jefferies' Eighteenth Monthly Fee Statement; Receipt of Bedell's Twelfth Monthly Fee Statement; Receipt of Cole Schotz's Fourteenth Monthly Fee Statement; Receipt of Akin Gump's Nineteenth Monthly Fee Statement; Receipt of PJT's Sixteenth Monthly Fee Statement; Receipt of Dechert's 20th month fee data and correspondence regarding June data request | | | |
| 07-01-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Receipt of KPMG's 16th month data; Email correspondence with KPMG re: request for June data and credit forthcoming; Receipt of Gilbert's Nineteenth Monthly Fee Statement and corresponding data and redaction key; Receipt of Prime Clerk's Fifth Monthly Fee Statement; Receipt of data from all UCC professionals and correspondence to same requesting final interim data | | | |
| 07-01-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Email correspondence with M. Hartlipp re: review discussion and assignment; Email correspondence with Legal Decoder re: published data; Email correspondence to Alix Partners, Brown Rudnick, FTI, Jones Day, and Kramer Levin requesting data for filed fee statements | | | |
| 07-01-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained | 0.20 | 350.00 | 70.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Review file with respect to Wilmer Hale Final Fee Application; conference call with team regarding same | | | |
| 07-04-2021 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.80 | 100.00 | 80.00 |
| | | Draft final report letter for Wilmer Hale | | | |
| 07-05-2021 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | | Receipt of Alix Partners' 20th month data; Receipt of Kramer Levin's 17th month data; Receipt of Brown Rudnick's 20th month data; Receipt of FTI's 19th month data and email correspondence regarding points of contact; Receipt of Cornerstone's 13th monthly fee statement; Receipt of Skadden's 19th monthly fee statement; Receipt of Davis Polk's 21st monthly fee statement; email correspondence with M. Hartlipp re: fee review; Receipt of Jones Day's 19th month fee data; Email correspondence with Legal Decoder re: published data | | | |
| 07-05-2021 | Tracey Nobis | [ALL] Case Administration | 1.50 | 195.00 | 292.50 |
| | | Review of Reed Smith's data | | | |
| 07-05-2021 | Tracey Nobis | [ALL] Case Administration | 1.20 | 195.00 | 234.00 |
| | | Preparation of Review Report for Reed Smith's Excess application | | | |
| 07-05-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 100.00 | 160.00 |
| | | Review Brown Rudnick data | | | |
| 07-05-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 100.00 | 70.00 |
| | | Review all available data for Brown Rudnick | | | |
| 07-05-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Draft Wilmer Hale interim report | | | |
| 07-05-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 100.00 | 80.00 |
| | | Review Akin Gump Data | | | |
| 07-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review correspondence regarding Wilmer hale | | | |
| 07-06-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Edits to Wilmer Hale interim report | | | |
| 07-06-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 195.00 | 58.50 |
| | | Review of Brown Rudnick data issues and correspondence with I. Bielli regarding same | | | |
| 07-06-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 195.00 | 214.50 |
| | | Continued preparation of Reed Smith review report | | | |
| 07-06-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 195.00 | 253.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Review of Alix Partners' 18 & 19 month data | | | |
| 07-06-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Review Skadden's 17 & 18 month data | | | |
| 07-07-2021 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 150.00 | 45.00 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; reviewing fee examiner review report | | | |
| 07-07-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Reed Smith fee analysis | | | |
| 07-07-2021 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Receipt of Cornerstone's 13th month data; Receipt of Davis Polk's 21st month data; Correspondence to Prime Clerk requesting data; Email correspondence to Skadden requesting data from the 19th monthly fee statement | | | |
| 07-07-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Review of Bedell Cristin's 10th & 11th month data | | | |
| 07-07-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 195.00 | 273.00 |
| | | Review of KPMG's 14th & 15th month data | | | |
| 07-07-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | | Begin review of Davis Polk's 18-20th month data | | | |
| 07-07-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Attention to Reed Smith review | | | |
| 07-07-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review Cornerstone Data | | | |
| 07-08-2021 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.60 | 100.00 | 60.00 |
| | | Draft interim report letter for Reed Smith | | | |
| 07-08-2021 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.60 | 100.00 | 60.00 |
| | | Format spreadsheets for Reed Smith final report letter | | | |
| 07-08-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 375.00 | 450.00 |
| | | Draft interim report for Reed Smith and send out same | | | |
| 07-08-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Send out Wilmer Hale interim report for final fee app | | | |
| 07-08-2021 | Tracey Nobis | [ALL] Case Administration | 0.90 | 195.00 | 175.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Meeting with M. Hartlipp re: hourly rate comparisons for final interim preparation; overview of Legal Decoder and billing analysis; email correspondence with Legal Decoder regarding user addition | | | |
| 07-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review of Fee Examiner's report for Wilmer Hale's Final Fee Application; compile necessary information regarding same | | | |
| 07-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of Fee Examiner's report for Reed Smith's Fee Application; compile necessary information regarding same | | | |
| 07-08-2021 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.80 | 150.00 | 120.00 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; Legal Decoder Training | | | |
| 07-09-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 100.00 | 70.00 |
| | | Download and start review on Dechert | | | |
| 07-09-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Review Dechert data | | | |
| 07-09-2021 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 150.00 | 30.00 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; researching how to login to Court's Zoom | | | |
| 07-09-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Email correspondence with Legal Decoder re: published data; email correspondence with I. Bielli re: review assignments; review of Assignment Log for outstanding reviews; Receipt of Skadden's 19th month data; Receipt of Alix Partners' 21st Monthly Fee Statement and its corresponding data; Receipt of Dechert's 21st Monthly Fee Statement; Receipt of Prime Clerk's 5th month data; Receipt of Kramer Levin's 18th Monthly Fee Statement | | | |
| 07-09-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 195.00 | 214.50 |
| | | Continued review of Davis Polk's 18-20 data | | | |
| 07-09-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and respond to correspondence with Reed Smith regarding Fee Review | | | |
| 07-09-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails re: Reed Smith interim report | | | |
| 07-09-2021 | David Klauder | B110 - Case Administration | 0.10 | 375.00 | 37.50 |
| | | Review notice re: Zoom proceedings | | | |
| 07-12-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 100.00 | 140.00 |
| | | Draft fourth interim report | | | |
| 07-12-2021 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained | 2.30 | 150.00 | 345.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| | | Professionals | | | |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; familiarizing with Legal Decoder, spreadsheet tracking professionals hourly rates | | | |
| 07-12-2021 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Conference with team regarding interim period | | | |
| 07-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review April Fee Application | | | |
| 07-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review May Fee Application | | | |
| 07-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review response from Reed Smith with respect to Fee Examiner's report | | | |
| 07-12-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review correspondence from Wilmer Hale with respect to Final Fee Application | | | |
| 07-12-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Correspondence with I. Bielli and M. Hartlipp re: billing analysis overview; email correspondence with Legal Decoder re: published data and issues with Skadden's March data; Review of hourly rate comparison spreadsheet; Receipt of Kramer's 18th month data; Receipt of PJT's Fifth Interim Fee Application and correspondence requesting May's data | | | |
| 07-12-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 195.00 | 312.00 |
| | | Finish review of Davis Polk's 18-20 month data | | | |
| 07-12-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Reed Smith fee app including phone call re: same | | | |
| 07-12-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails with Wilmer Hale re: resolution of interim report | | | |
| 07-13-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Attention to Reed Smith fee app and resolution of interim report | | | |
| 07-13-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 100.00 | 70.00 |
| | | Draft May fee application | | | |
| 07-13-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence from Wilmer Hale with respect to agreed reductions | | | |
| 07-13-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Review Reed Smith resolution | | | |
| 07-13-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspond with Davis Polk regarding July 19th hearing | | | |
| 07-13-2021 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 2.30 | 150.00 | 345.00 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; Legal Decoder training with IB, working on Excel comparing professionals billing rates | | | |
| 07-13-2021 | Isabel Bielli | [ALL] Case Administration | 2.40 | 100.00 | 240.00 |
| | | Training session with Melissa to go over fifth interim review tips | | | |
| 07-13-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Review of docket relating to Caplin & Drysdale filings and correspondence with D. Klauder and T. Bielli re: same; Email correspondence with M. Hartlipp re: instruction for King & Spalding assignment; Receipt of PJT's 16th month data and correspondence with I. Bielli re: same | | | |
| 07-13-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | | Review of Gilbert's 17-19th month data | | | |
| 07-13-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Prepare April Fee Statement | | | |
| 07-13-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Prepare May Fee Statement | | | |
| 07-13-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 2.00 | 350.00 | 700.00 |
| | | Prepare 4th Interim Fee Application | | | |
| 07-13-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails re: Caplin & Drysdale | | | |
| 07-13-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review file with respect to Caplan & Drysdale | | | |
| 07-14-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Various emails re: Caplin & Drysdale fee apps and fee review | | | |
| 07-14-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| 07-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspond with Debtors' counsel regarding Caplin & Drysdale | | | |
| 07-14-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 2.00 | 350.00 | 700.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Finalize; electronically file and serve fee application (April, May and Interim) | | | |
| 07-14-2021 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 375.00 | 112.50 |
| | | Review BK interim and monthly fee apps | | | |
| 07-14-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.80 | 350.00 | 280.00 |
| | | Final preparation of 4th Interim Fee Request; circulate same | | | |
| 07-14-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.10 | 350.00 | 35.00 |
| | | Final preparation of April Fee Statement; circulate same | | | |
| 07-14-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.10 | 350.00 | 35.00 |
| | | Final preparation of May Fee Statement; circulate same | | | |
| 07-15-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | | Receipt of Caplin Drysdale's 1st-21st monthly fee statements; Review of Doc2695 MSGE Term Sheet Order; Receipt of KPMG's Fifth Interim Fee Application; Receipt of Skadden's 19th month data | | | |
| 07-15-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Receipt of KCC's 18th monthly fee statement; Receipt of Province's Twentieth Monthly Fee Statement; Receipt of Jefferies' Nineteenth Monthly Fee Statement; Receipt of Bedell's Thirteenth Monthly Fee Statement; Receipt of Cole Schotz's Fifteenth Monthly Fee Statement; Receipt of Akin's Twentieth Monthly Fee Statement; Receipt of Otterbourg's Sixteenth and Seventeenth Monthly Fee Statements; Review of Assignment Log | | | |
| 07-15-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 100.00 | 130.00 |
| | | Review PJT interim expense data | | | |
| 07-15-2021 | Thomas Bielli | [ALL] Case Administration | 0.20 | 350.00 | 70.00 |
| | | Review Notice of Adjournment as it relates to hearing on Wilmer Hale final and Reed Smith Fee Applications | | | |
| 07-15-2021 | Thomas Bielli | [ALL] Case Administration | 0.10 | 350.00 | 35.00 |
| | | Review notice of supplement to ordinary course counsel | | | |
| 07-16-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 100.00 | 150.00 |
| | | Review PJT fees | | | |
| 07-18-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Receipt of Prime Clerk's Second Interim Fee Application; Receipt of Arnold & Porter's Fifth Interim Fee Application; Receipt of UCC Professionals' data from May; Receipt of King & Spalding's Fifth Interim Fee Application and email correspondence to M. Hartlipp re: same | | | |
| 07-18-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Receipt of Dechert's Twenty-First Month data; Receipt of Kramer Levin's Nineteenth Monthly Fee Statement, Twentieth Monthly Fee Statement and Fifth Interim Fee Application; Receipt of Caplin Drysdale's First Interim Fee Application; Receipt of Skadden's Twentieth Monthly Fee Statement and Fifth Interim Fee Application; Receipt of Houlihan's Seventeenth Monthly Fee Statement and Fourth Interim Fee Application | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-18-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 195.00 | 97.50 |

Receipt of FTI's Twentieth Monthly Fee Statement and Fifth Interim Application; Receipt of Gilbert's Twentieth Monthly Fee Statement and Fifth Interim Fee Application; Receipt of Otterbourg's 18-20th Monthly Fee Statements and Fifth Interim Fee Application; Receipt of Province's Fifth Interim Fee Application; Receipt of KCC's Fifth Interim Fee Application; Receipt of Jefferies' Fifth Interim Fee Application

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-18-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 195.00 | 97.50 |

Receipt of Bedell Cristin's Fourth Interim Fee Application; Receipt of Cole Schotz's Fourth Interim Fee Application; Receipt of Akin Gump's Fifth Interim Fee Application; Receipt of Dechert's Fifth Interim Fee Application; Receipt of Jones Day's Fifth Interim Fee Application; Receipt of Ernst & Young's Fifth Interim Fee Application; Receipt of Brown Rudnick's Fifth Interim Fee Application; Receipt of Davis Polk's Fifth Interim Fee Application

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-18-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |

Receipt of Cornerstone's Fourth Interim Fee Application; Receipt of Kramer Levin's 19-20 month data; Receipt of FTI's 20th month data; Receipt of Gilbert's 20th monthly data; Receipt of Otterbourg's Fifth Interim data; Receipt of Alix Partners' Fifth Interim Fee Application; Email correspondence with Legal Decoder re: published data and status of outstanding data; Email correspondence with Ernst & Young requesting interim data set; Email correspondence with Houlihan re: May data; Email correspondence with Skadden re: May data; Email correspondence with Caplin requesting First Interim data

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-18-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 195.00 | 253.50 |

Review of Jefferies' 5th interim data and preparation of report

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-18-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 195.00 | 214.50 |

Review Jones Days' 5th Interim data

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-18-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 195.00 | 273.00 |

Preparation of Jones Day's Fifth Interim Review Report

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-18-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |

Email correspondence to Fee Examiner with status of this interim reviews; Receipt of E&Y's 5th Interim data and correspondence to I. Bielli re: same; Receipt of Skadden's 20th month data; Receipt of Caplin Drysdale's 1-21 months' data

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-18-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |

Review of 5th Interim Professionals and time line for completion of same

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-19-2021 | Isabel Bielli | [ALL] Case Administration | 0.80 | 100.00 | 80.00 |

Update Fee Examiner letter chart with fourth/fifth interim expense and fee amounts.

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-19-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |

Review E&Y data

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-19-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.70 | 100.00 | 170.00 |

Draft PJT review report

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-19-2021 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Email correspondence with KPMG re: Fifth Interim data; Receipt of Houlihan's Seventeenth month data; Email correspondence with I. Bielli re: PJT review and status of published data; Email correspondence with M. Hartlipp re: King & Spalding review | | | |
| 07-19-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review interim fee analysis for Jefferies and Jones Day | | | |
| 07-19-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Attention to KPMG Fee Data | | | |
| 07-19-2021 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Organization with respect to Fifth Interim Applications | | | |
| 07-20-2021 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Organization with respect to Fifth Interim Applications | | | |
| 07-20-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 100.00 | 110.00 |
| | | Review E&Y expenses and read through interim application | | | |
| 07-20-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 100.00 | 70.00 |
| | | Draft 5th interim review report for E&Y | | | |
| 07-20-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 100.00 | 80.00 |
| | | Read through and edit PJT review report in preparation for call with Tracey | | | |
| 07-20-2021 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 150.00 | 150.00 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; reviewing UST rejection, updating spreadsheet with app requested fees | | | |
| 07-20-2021 | Melissa Hartlipp | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 150.00 | 150.00 |
| | | [ALL] BK/Fee Examiner - Retention and Fee Applications; reviewing King & Spaulding fee request | | | |
| 07-20-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Discussion with T. Bielli re: interim fee review and division of labor for same | | | |
| 07-20-2021 | David Klauder | B110 - Case Administration | 0.30 | 375.00 | 112.50 |
| | | Review examiner report | | | |
| 07-20-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails re: UST plan objection as it relates to professional fees | | | |
| 07-20-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 195.00 | 78.00 |
| | | Teleconference with I. Bielli re: questions relating to PJT's interim report and review status and schedule | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 07-20-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 100.00 | 60.00 |
| | | Call with tracey regarding fifth interim status | | | |
| 07-20-2021 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Review UST's Objection to Plan | | | |
| 07-20-2021 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Review of exmainer's report | | | |
| 07-21-2021 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 150.00 | 75.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; reviewing King & Spaulding app | | | |
| 07-21-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Email correspondence with M. Hartlipp re: King & Spalding review progress; Review and revision of PJT's 5th Interim Review Report and correspondence to I. Bielli re: same | | | |
| 07-21-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Review and revision of E&Y's review report and correspondence to I. Bielli re: same | | | |
| 07-22-2021 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 150.00 | 135.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; reviewing King & Spaulding 5th interim statement | | | |
| 07-23-2021 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Email correspondence with M. Hartlipp re: King & Spalding review; Email correspondence with Legal Decoder re: published data; pull Cole Schotz's 4th interim data from LSA to prepare for review; Email correspondence with I. Bielli re: interim data published and review assignments | | | |
| 07-23-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 195.00 | 234.00 |
| | | Continue and complete review of Prime Clerk's interim data | | | |
| 07-23-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.90 | 100.00 | 190.00 |
| | | Review Kurtzman fifth interim data | | | |
| 07-23-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 100.00 | 130.00 |
| | | Draft Kurtzman fifth interim review report | | | |
| 07-23-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Finish review and draft of fifth interim data for Kurtzman. | | | |
| 07-23-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Review fifth interim FTI data | | | |
| 07-23-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 195.00 | 195.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Preparation of Prime Clerk's Second Interim Review Report | | | |
| 07-23-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Review of Cornerstone's 12 & 13th month data | | | |
| 07-23-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | | Preparation of Cornerstone's Fourth Interim Review Report | | | |
| 07-23-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Review email to court re: Wilmer Hale and Reed Smith | | | |
| 07-24-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Review FTI fifth interim | | | |
| 07-24-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 7.70 | 195.00 | 1,501.50 |
| | | Begin review of Caplin's Interim data | | | |
| 07-25-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review of Jones Day Interim Fee Report; correspond with Fee Examiner with respect to same | | | |
| 07-25-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review data re KPMG's Fee Request | | | |
| 07-25-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to PJT's Expenses | | | |
| 07-25-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review of Jefferies Interim Fee Report; correspond with Fee Examiner with respect to same | | | |
| 07-25-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review of PJT Interim Fee Report | | | |
| 07-25-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Email correspondence with I. Bielli re: status of reviews; email correspondence with Legal Decoder re: Prime Clerk analysis issues and publishing status; pull data from LSA to prep for Caplin review | | | |
| 07-25-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 3.60 | 195.00 | 702.00 |
| | | Review of Cole Schotz's 4th interim data | | | |
| 07-25-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 195.00 | 292.50 |
| | | Preparation of Cole Schotz's 4th interim review report | | | |
| 07-25-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained | 0.70 | 195.00 | 136.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Review of KPMG's 16th month data | | | |
| 07-25-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 195.00 | 273.00 |
| | | Preparation of KPMG's Fifth Interim Review Report | | | |
| 07-25-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 195.00 | 39.00 |
| | | Preparation of Caplin & Drysdale's review report template | | | |
| 07-25-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.70 | 195.00 | 331.50 |
| | | Review of Alix Partners' 20-21st month fee data | | | |
| 07-25-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Conference with team regarding 5th Interim of PJT | | | |
| 07-25-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Conference with team regarding 5th Interim of Jones Day | | | |
| 07-25-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Prepare review of PJT's 5th Request | | | |
| 07-25-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Attention to Jefferies Legal Invoices (expenses) | | | |
| 07-25-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 195.00 | 234.00 |
| | | Preparation of Alix Partners' Fifth Monthly review report | | | |
| 07-25-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 195.00 | 292.50 |
| | | Begin review of Davis Polk's 21st monthly data | | | |
| 07-25-2021 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Email correspondence to Fee Examiner with completed review reports and status; email correspondence to I. Bielli with assignment deadlines | | | |
| 07-26-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 100.00 | 110.00 |
| | | Review FTI fifth interim data | | | |
| 07-26-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review analysis on Jefferies interim fee app and discuss with T. Bielli | | | |
| 07-26-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review analysis on Jones Day interim fee app and discuss with T. Bielli | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-26-2021 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | | Email correspondence with Legal Decoder re: data download issues | | | |
| 07-26-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 3.40 | 195.00 | 663.00 |
| | | Continue and complete review of Davis Polk's 21st month data and compilation of interim data analysis in preparation for report | | | |
| 07-26-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 100.00 | 150.00 |
| | | Review FTI fifth interim data | | | |
| 07-26-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 100.00 | 60.00 |
| | | Draft FTI fifth interim review report | | | |
| 07-26-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Upload and email fifth interim reports for KCC and FTI to Tracey | | | |
| 07-26-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.40 | 195.00 | 468.00 |
| | | Preparation of Davis Polk's 5th Interim Review Report | | | |
| 07-26-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 195.00 | 78.00 |
| | | Preparation of Houlihan Lokey's Fourth Interim Review Report | | | |
| 07-26-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 195.00 | 19.50 |
| 07-26-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 195.00 | 39.00 |
| | | Begin analysis of Bedell Cristin's 12 & 13 monthly fee data; email correspondence to Legal Decoder regarding issues with Bedell's February and March analysis | | | |
| 07-26-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Discuss Grant Thornton review with T. Bielli | | | |
| 07-26-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Initial review of interim fee analysis | | | |
| 07-26-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Attention to Grant Thorton Fee Statement | | | |
| 07-26-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review Cole Shotz multi staffing issues raised and conference with Fee Examiner regarding same | | | |
| 07-26-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 4.40 | 195.00 | 858.00 |
| | | Completion of review of Caplin's interim data | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-27-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss interim fee review status with Bk team | | | |
| 07-27-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.10 | 100.00 | 210.00 |
| | | Review Akin Gump fifth interim data | | | |
| 07-27-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Review Akin Gump Fifth interim data | | | |
| 07-27-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 100.00 | 130.00 |
| | | Review Brown Rudnick fifth interim data | | | |
| 07-27-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Review and revise FTI's 5th Interim Review Report | | | |
| 07-27-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Review and revise KCC's 5th Interim Review Report | | | |
| 07-27-2021 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |
| | | Email correspondence with Legal Decoder re: Bedell Cristin data resolution; Email correspondence with Sklar Kirsch regarding data format for Grant Thornton data; Receipt of Grant Thornton's First Monthly Fee Statement; Receipt of KPMG's 17th monthly fee statement; Receipt of Brown Rudnick's 21st monthly fee statement; Begin review of Gilbert's 20th month data | | | |
| 07-27-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review file with respect to Grant Thorton Fee Request | | | |
| 07-28-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 100.00 | 130.00 |
| | | Draft fifth interim review report for Brown Rudnick | | | |
| 07-28-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 100.00 | 90.00 |
| | | Draft fifth interim review report for Brown Rudnick | | | |
| 07-28-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Draft Akin Gump fifth interim review report | | | |
| 07-28-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 3.10 | 195.00 | 604.50 |
| | | Preparation of Caplin's First Interim Review Report | | | |
| 07-28-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 100.00 | 130.00 |
| | | finish drafting Akin Gump fifth interim review report | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-28-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 195.00 | 214.50 |
| | | Review and revision of King & Spalding's Fifth Interim Review Report | | | |
| 07-28-2021 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Email to Fee Examiners regarding completed review reports and status update | | | |
| 07-28-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Prepare interim report AlixPartners | | | |
| 07-28-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Prepare interim report Cornerstone Research | | | |
| 07-28-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Prepare interim report Cole Schotz | | | |
| 07-28-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Prepare notice of interim fee apps, discuss with T. Bielli | | | |
| 07-28-2021 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 2.80 | 150.00 | 420.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; reviewing data and prior applications, drafting fee report | | | |
| 07-29-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 100.00 | 70.00 |
| | | Look over Akin Gump and Brown Rudnick before sending reports to Tracey | | | |
| 07-29-2021 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Receipt of King & Spalding's 22nd Monthly Fee Statement and corresponding data; Receipt of Grant Thornton's 1st monthly fee data; Email correspondence with Legal Decoder re: Bedell Cristin's published corrected data; Email correspondence with M. Hartlipp re: status of project and King & Spalding review feedback | | | |
| 07-29-2021 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Review and revise Brown Rudnick's 5th Interim Review Report | | | |
| 07-29-2021 | Tracey Nobis | [ALL] Case Administration | 1.20 | 195.00 | 234.00 |
| | | Review and revise Akin Gump's 5th Interim Review Report | | | |
| 07-29-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Davis Polk interim fee analysis | | | |
| 07-29-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review KCC interim fee analysis | | | |
| 07-29-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Review King & Spalding interim fee analysis and begin drafting interim report | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 07-30-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 100.00 | 180.00 |
| | | Review Dechert fifth interim data. | | | |
| 07-30-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 100.00 | 80.00 |
| | | Review Kramer levin fifth interim data | | | |
| 07-30-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 100.00 | 120.00 |
| | | Review Kramer Levin fifth interim data | | | |
| 07-30-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 100.00 | 150.00 |
| | | Review Province fifth interim data | | | |
| 07-30-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 100.00 | 70.00 |
| | | Review Province fifth interim data | | | |
| 07-30-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Attention to Order approving Wilmer Hale Final Fee App and correspondence with Chambers and Fee Examiner regarding same | | | |
| 07-30-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Draft interim report Davis Polk | | | |
| 07-30-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Attention to interim reports | | | |
| 07-30-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review order approving final fee app and discuss with T. Bielli | | | |
| 07-30-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 350.00 | 630.00 |
| | | Prepare report for FTI's 5th Interim | | | |
| 07-31-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review, revise and edit FTI's Fee Report | | | |
| 07-31-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 100.00 | 120.00 |
| | | Draft Province fifth interim review report | | | |
| 07-31-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 100.00 | 60.00 |
| | | Draft Dechert fifth interim review report | | | |
| 07-31-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained | 2.50 | 350.00 | 875.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Prepare report for Brown Rudnick's 5th Interim Request | | | |
| 07-31-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 100.00 | 140.00 |
| | | Finish draft of Dechert fifth interim review report | | | |
| 07-31-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 195.00 | 195.00 |
| | | Review of Bedell's 12 & 13 month fee data; correspondence with Legal Decoder re: vague entry flagging issue | | | |
| 07-31-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review of Jefferies report; correspond with Fee Examiner with respect to overlap with Province and blended rate increase | | | |
| 07-31-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Revise and complete Jones Day review | | | |
| 07-31-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review, revise and edit Jones Day report | | | |
| 07-31-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.50 | 350.00 | 875.00 |
| | | Prepare KPMG's Fee Review | | | |
| 07-31-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | Review of PJT's 5th Interim Fee Request; review of Simpson Thacher's invoices; draft letter for more information and correspondence with Fee Exmainer regarding same | | | |
| 07-31-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review E&Y Fee Application and report; correspond with Fee Examiner with respect to same | | | |