Vito Genna, Clerk of the Court
US Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601

August 9, 2021

**(Jointly Administrated)**

**In re: Purdue Pharma L.P., et al.**

**Debtors**

**28 U.S.C. §§ 157(a)(b)(B)(2)(J)**
**DERIVATIVE and FRAUDULENT CONVEYANCE**

**Case No 19-23649 (RDD)**

**Claim Number 89590, Claim No 112924 and Claim No. 104975**

Dear Clerk,

I am filing the attached letter in lieu of a more formal motion, Pursuant to , **Rule 7019** of the Bankruptcy Proceeding for Judge Robert D. Drain order for the United States Trustee to file a motion to jointly administrate a derivative claims against the State of New Jersey Medicaid Program, et al., who prescribed me opioids and its ramification of my use of the control dangerous substance and their responsibilities of the harm and loses it has caused me.

Ronald Bass, Sr. Pro se

Cc: U.S. Trustee Office in Delaware
    Prime Clerk, LLC

Honorable Robert Drain, U.S.B.J.
US Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

August 9, 2021                                  **(Jointly Administrated)**

                                         **28 U.S.C. §§ 157(a)(b)(B)(2)(J)**
                                    **DERIVATIVE and FRAUDULENT CONVEYANCE**

**Case No. 19-23649**

**PURDUE PHARM L.P., et al.,**
         **Debtors**

                                              **CLAIM NUMBER 89590**

Dear Judge Drain,

I am a layperson of the law who comes before the court through this letter **in lieu of a more formal motion** under **claim number 89590** motioning the court and the United States Trustee to jointly administrator all the other debtors and defendants named in my "Tag-along" claims filed with the United States Judicial Panel on the National Opioid Litigation and Civil Action No. 2:19-cv-19709.

The United States Trustee shall join all the named defendants and debtors under derivative, Pursuant to, **Rule 7019** "the debtors/defendants are person needed for  just determination' as the State of New Jersey Shareholders and Defendants", who shares the financial responsibilities of owning shares and different securities benefits and income tax protection as their investment in the stock market for shares in the Pharmaceutical Companies that caused a national opiate epidemic in the United States and specifically through-out the State of New Jersey, as well

as the debtors are responsible for the distributions, warehousing, prescribing by different doctors and pain management medical facilities and criminally prosecuting the claimant for the medically necessity of the opioids use, as schedule under federal and state control dangerous substance acts, The State of New Jersey, et a., actions against me are, contrary to the American with Disabilities Act of 1990 and as amended.

**Debtors and Defendants to be jointly administered:**

1. The State of New Jersey Department of the Treasury Division of Investment, et al.
2. Gerold Christoher, Chief of New Jersey Bureau of Securities, Pursuant to N.J.S.A. 49:3-66(a).
3. All known Financial Security Group(s) for the State of New Jersey Public and Private employees investment in the Pharmaceuticals Companies that Manufacture opioids and its' synthetics control dangerous substance.
4. The State's of New Jersey Judicial Retired 401K-plan and pension (Superior Court(s) of New Jersey) amongst other financial investments and tax benefits that can be connected to the settlement of the Debtors' Pharmaceutical Industries National Opiate Litigations.
5. The State's of New Jersey Attorney General Office retirement pension plans and other security investment in the stock market Pharmaceutical Companies shares and the manufacturing of opioids and its' synthetics control dangerous substance.
6. All Public Entities/Employees and Private Entities are debtor and defendants under Civil Action No. 1:19-cv-05419-NLH-JS; also see Docket No. ESX-C-245-17 (Superior Court of New Jersey-Essex County) I have adopted and asserted these related claims in Civil Action No. 2:19-cv-19709-BRM-JAD, defendants are shareholders and recipients of federal funding of the Social Security Act and the Americans with Disabilities Act.
7. All debtors and defendants in the State of New Jersey, et al., are certified and statutory recipient of federal funding under the American with Disabilities Act of 1990 and as Amended.

8. Debtors and Defendants for derivative claims against New Jersey State Investment Council and the Division of Investment for their investment in the shares and other securities of Pharmaceutical companies in the above civil action numbers and the Superior Court of New Jersey of Essex County.

9. Debtors and Defendants, (hereinafter collectively "Defendants and Debtor"), Purdue Pharma, L.P. et al., Teva Pharmaceutical Industries, LTD, Johnson& Johnson Pharmaceutical, Rhodes Pharmaceutical, L.P., Rhodes Technologies, et al., Endo Pharmaceutical, Inc., Abbott Laboratories (formerly known as Watson Pharmaceutical, Inc.), Purdue Frederick Company, Inc., Ortho-Mcneil-Janssen Pharmaceutical, Inc., Teva Pharmaceutical USA, Inc., Cephalon, Inc., Actavis Pharma, Inc., Insy Therapeutics, Inc., Mallinckrodt, PLC, Mallinckrodt, LLC, Abbvie Products, Actvis Pharma, Inc., LLC The State of New Jersey, et al., Partners Pharmacy, LLC, Joseph L. Linares, Garry J. Furnari, Dr. Irfan Alladin, MD, Dr. Cyrus Vosough, MD, Dr. Henry M. Wroblewski, MD, Dr. Mario Comesanas, MD, Gwendolyn O. Austin, Donald O. Egbuchulam Eric Meehan, et al., (Attorneys of Record)  Department of Children Protection and Permanency, (formerly known as the Department of Youth and Family Services) Purdue Federick Company, Amerisourcebergen Drug Corporation, Cardinal Health, Inc., Mckesson Corporation, Abbvie, Inc.,Inc.,  refer to the Debtor and Defendants in Civil Action No. 2:19-cv-19709-BRM.

The motion before the United States  Bankruptcy Court for the Judge's order for the United States Trustee (Division of the U.S. Department of Justice) to file a derivative claims to protect my claims against fraudulent conveyance, refer to **11 U.S. Code § 548** and hold all of New Jersey Attorney General Office employees accountable under New Jersey WEED and SEED Program as shareholders to the opioid investments.

 The United States Bankruptcy Court and U.S. Trustee shall avoid and stop payouts to the settlements with the State of New Jersey, et al., and its shareholders of other financial securities for their liabilities for investing into the manufacturing, marketing, selling and distributing the dangerous and life threatening opioid products and its synthetics that caused me harm from psychological and physical

addiction, lose of employment, child custody, health benefits consistent with my medical records and Dr. Eric Kirschnir, Psy., (State of New Jersey witness) reports, which was contrary to my Daubert defense and Constitutional rights of the due process protection under the confrontation clause, and New Jersey 1947 Constitution "Property and Liberty Interest.

Also, I'm submitting on behalf of my daughter and I claims against the State of New Jersey Pharmaceutical Companies and Pharmacy the emotional harm and anxiety my daughter suffers due to her mother's opiate related death, see attachment from the State of New Jersey, Department of Law and Public Safety, Division of Criminal Justice, Office of the State Medical Examiners Office **"Reports"**, Certificate of Marriage, Certificate of Birth of my Daughter.

I have provided the Court, Prime Clerk LLC and Trustee copies of my son and I DNA results and the Superior Court of New Jersey adjudication of my parent relationship with my son.

I am adopting and asserting equal protection and claims against Mallinckrodt ptc, et al., and the State of New Jersey, et al., see attachment of 48 States filed opiate claims, also see Letter from the National Association of Attorney General, dated August 5, 2019.

I am requesting also, do my claims holds a first in line position for compensation for losses and damages for myself, and children and the opportunity to be heard before any pay-out are made to any States settlement with anyone of the Pharmaceutical Companies or its affiliate to the Chapter 11 proceedings.

Ronald Bass, Sr. Pro se

Cc: United States Trustee Office .