Victor A. Vilaplana
vavilaplana@foley.com
Foley & Lardner LLP
11988 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858-847-6700
Facsimile:  858-792-6773

Attorney for Claimant David Packard

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al*.,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>Jointly Administered) |
| PURDUE PHARMA L.P., *et al*.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>COMMONWEALTH OF MASSACHUSETTS, *et al*.,<br><br>　　　　　　　　Defendants. | Adversary Proceeding<br>No. 19-08289 (RDD) |

### **NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Foley & Lardner LLP hereby withdrawals its appearance as counsel for claimant David Packard in the above-captioned case.  Foley & Lardner LLP will no longer be appearing on behalf of claimant David Packard.  It is our understanding that Mr. Packard will be appearing pro se in the above-captioned case.

Counsel requests that going forward, copies of all notices, pleadings and papers given or filed in this case and in any contested matter or adversary proceeding be given and served upon the Mr. Packard at the following address below:

David Packard
1121 South Tremont St., Apt. #16
Oceanside, CA 92054

                                                Respectfully submitted,

Dated:  August 20, 2020          By:   */s/ Victor A. Vilaplana*
                                                       Victor A. Vilaplana
                                                       Foley & Lardner LLP
                                                       11988 El Camino Real, Suite 400
                                                       San Diego, CA 92130
                                                       858.847.6700

                                                        *Attorney for Claimant David Packard*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, a true copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification.

                                                        */s/ Victor A. Vilaplana*
                                                        Victor A. Vilaplana