**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## JOINT STIPULATION OF FACTS

The Mortimer-side Initial Covered Sackler Persons and the State of Washington, State of Oregon, State of Connecticut, and the District of Columbia, by and through their undersigned counsel, stipulate to the following facts for the purposes of the Confirmation Hearing regarding the Seventh Amended Proposed Plan of Reorganization for Purdue Pharma L.P. and Its Affiliated Debtors:

1.      Ilene Sackler Lefcourt was a director on the Board of Purdue Pharma Inc. from October 2, 1990 to February 4, 2005 and from May 16, 2008 to October 2018.

2.      Ilene Sackler Lefcourt was a director on the Board of MNP Consulting Ltd. from September 16, 1996 to September 18, 2018.

3.      Ilene Sackler Lefcourt was a director on the Board of Mundipharma Pty Limited (Australia) from March 9, 1998 to September 20, 1998.

4.      Ilene Sackler Lefcourt was a director on the Board of Mundipharma

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Verwaltungsgeslleschaft mbH (Germany) from March 1993 to November 28, 2013.

5.    Ilene Sackler Lefcourt was a director on the Board of Napp Pharmaceutical Group

Limited (United Kingdom) from June 20, 1995 to June 11, 2018.

6.    Ilene Sackler Lefcourt was a director on the Board of Napp Pharmaceutical

Holdings Ltd. (United Kingdom) from April 5, 1999 to June 11, 2018.

7.    Between 2006 and 2019, Ilene Sackler Lefcourt received $5,717,295 in consultancy

fees for her service on the boards of Purdue Pharma, Inc. and certain other entities.

Dated: August 22, 2021

KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.

By: *Matthew Gold*
Matthew J. Gold
Robert M. Tuchman

500 Fifth Avenue
New York, New York 10110
Tel.:    (212) 986-6000
Fax.:    (212) 986-8866
Email: mgold@kkwc.com

*Attorneys for the State of Washington, the
State of Oregon and the District of Columbia*

DEBEVOISE & PLIMPTON LLP

By: *Jasmine Ball*
Jasmine Ball
Jeffrey J. Rosen
Maura Kathleen Monaghan

919 Third Avenue
New York, NY 10022
Tel.:    (212) 909-6000
Fax.:    (212) 909-6836
Email: jball@debevoise.com

*Attorneys for Beacon Company*

PULLMAN & COMLEY LLC

By: *Irve J. Goldman*
Irve J. Godman
850 Main Street P.O. Box 7006
Bridgeport, CT 06601
Tel.:    (203) 330-2213
Fax.:    (203) 576-8888
Email: igoldman@pullcom.com

*Attorneys for the State of Connecticut*

2