To: United States Bankruptcy Court  Case # 19-23649 (RDD)
ref: Purdue Pharma
My Request $3.5 million  Claim # 118153.
settle out all law suits.  August 8, 2021

To Whom this may concern

I Scott E. Kocsis solemnly swear under oath the statement I about to give to you is true to my knowledge an accurate. I had a business year 2001 to late 2005 I lost the business due to pain killers opiads. I had knee surgery - in 1998 left knee, knee surgery again in 1999 teeth pulled in 2000 - 2001 teeth again after that I got hooked on the pain killers they were giving me. I could function and operate the business Kocsis Constructions. I had very bad mood swings and couldn't do anything without the pills. As we move forward I got hooked on crack cocaine any drug that made me feel good. meanwhile 15 men employded left. my business failed drugs were more important, my partner also died from his addictions. I ended up in Willard shock also went to Rehab before Willard didn't help. On probation rotated that. Hurt my family over & over nothing worked. I'm seperated from my wife at this time. Total loss in assest & property is 3.5 million dallors. This is a permant disabitly I never had and suffer from. I would really like a chance to speak to this problems

Pg 1

To: United States Ntcy Court Case# 19-23649 (SHL)
Re: Purdue Pharma
My Request #3.5 million Claim# 116153

August 6, 2021

To Whom this may Concern

I Scott C. Jeans solemnly Swear under oath the Statment I about to give to you is true to my Knowledge + an accurate. I had a business from 2001 to late 2005 I lost the Business due to Oxin Killers opeads. I had Knee Surgery in 1998 left knee, Knee Surgery again in 1999

After pulled in 2006-2007 Certificates after that I got hooked on the pain Killer. Shed there druging. I could function and operate the business Kecis Construction. I had very bad need Staying on a regular 4 do everything without the Pills. As we made forward I got hooked on crack Cacous, and drug. That made me feel good mentally is now employee lift+ my business failed drugs were more important, and partun

In laffered Shock color use to pitted before WL/WC didn't help. So probably violated that my family owed a car nothing worked. I'm separated from my wife of illustines. Total Loss in asset property is 3.5 million dollars this is a payment owesth. Me, I never had one suitter from I would really Like a chance to speak to this problems

I still fight every day. I just want back what I lost.

Thank You

Scott E.K.

Scott E. Kocsis

P.S. I need this help from you to get my Life Back. This settlement I'm asking for, settles all law suits concerning this issue.

My Attorneys have done nothing but All the Bankrupt Courts and not the Pharmaceutical Companies that did settle out.

Attorneys are telling me! I need to File a Law suit against them Companies. They told me From the day I signed the papers: I am Suing all Pharmaceutical Manufactures. All of them For Person injuries. My ~~opron~~ opinion is, I have permanent injury for the rest of my Life. I am 57 years old and I want life back and get the expert help.

Thank You

Scott E.K.

Attorneys did nothing. I did all the Research. I am a true honest person I want the 3.5 million to help animals & fight discrimination

I still fight everyday. I just
want back what I lost.

Thank you

Scott C. Kocsis

P.S. I need this help
from you to get my
life back.
This settlement I'm asking for
settles all law suits concerning
this issue.

FILED
U.S. BANKRUPTCY COURT
2021 AUG 16 P 1:22
S.D. OF N.Y.

My Attorneys have done nothing but
on the Borough clerks and the
[illegible] companies they did [illegible] out.

Attorneys are nothing and I need a law
suit against these Companies. They told me from
the day I signed the papers I am suing all
pharmaceutical [illegible] for [illegible]
personal injuries. My [illegible] I have
permanent injury for the rest of my life.
I am 57 years old and I want life back
and get the [illegible] help.

Thank you

Attorneys did nothing. I [illegible] on the [illegible]
I want the 3.5 million [illegible] I [illegible]
to help [illegible] fight discrimination