UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| Debtors. | : | Jointly Administered |

## AFFIRMATION OF SERVICE

PAUL K. SCHWARTZBERG, hereby affirms under penalty of perjury that the forgoing is true and correct:

1. I am an attorney with the Office of the United States Trustee for the Southern District of New York.

2. On August 23, 2021, I caused a true and correct copy of the United States Trustee's Supplemental Objection to Eighth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors [ECF Doc. No. 3636] to be served by the method set forth on Master Service List attached hereto.

/s/ *Paul K. Schwartzberg*
Paul K. Schwartzberg