aug 20, 2021

To: Prime Clerk staff
   and Judge Drain staff

Please add the attached letter to
official records.

A previous letter sent in July 2021
was not added and this is
important to me as one of the
last places to be heard.

Trudy Duffy

august 20, 2021

1 of 2

To the Honnable Judge Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas St
White Plains NY 10601-4140

Re: Purdue Pharma LP et al Case No.
19-23649

Dear Judge Drain,

My son suffered from opioid addiction
due to Oxycontin. Nothing any Sackler
says can change that truth.

It feels as if it is easier for the
Sackler family to obtain releases than
victims to receive relief.

Judge Drain, don't let this happen.

The Sacklers and Purdue were not
innocent ly standers who only wanted
to offer pain relief, absent knowledge
of harm).

— 2 —

There are legions of victims, who thru no fault of their own, were exposed and harmed. For more years than I want to count we dealt with the harm of that exposure.

As you deliberate the scope of the settlement and impact of the releases, be aware the portrayal of and by the Sacklers of empathy and profound sadness is meant for an audience of one — YOU.

Look at the gulf between relief offered claimants and hurdles filing a successful claim for a pittance and the value of their retained wealth, release from liability and avoidance of responsibility.

Sincerely,

Trudy Duffy
550 Maribella Ct
New Smyrna Beh, Fl 32168
808-394-7546