DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
James I. McClammy
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

### NOTICE OF ADJOURNMENT OF HEARING ON MOTION TO AUTHORIZE KEY EMPLOYEE INCENTIVE PLAN, TRUST AUTHORIZATION MOTION AND PROTECTIVE ORDER MOTION

**PLEASE TAKE NOTICE** that on June 28, 2021, the above-captioned debtors and debtors in possession in these proceedings (collectively, the "**Debtors**") filed the *Motion of Debtors for Entry of an Order Authorizing Implementation of 2021 Key Employee Incentive Plan and 2021 Key Employee Retention Plan* [ECF No. 3077] (the "**KEIP/KERP Motion**"). The

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

hearing on the KEIP/KERP Motion, solely with respect to the Debtors' proposed key employee incentive plan (the "**KEIP**"), was previously adjourned to August 27, 2021, at 10:00 a.m. (prevailing Eastern Time).

      **PLEASE TAKE FURTHER NOTICE** that on August 6, 2021, the Debtors filed the *Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order (i) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and TopCo, (ii) Directing Prime Clerk LLC to Release Certain Protected Information, and (iii) Granting Other Related Relief* [ECF No. 3484] (the "**Trust Authorization Motion**") and associated *Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order (i) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and TopCo, (ii) Directing Prime Clerk LLC to Release Certain Protected Information, and (iii) Granting Other Related Relief* [ECF No. 3485] (the "**Trust Authorization Motion to Shorten Notice**").  The hearing on the Trust Authorization Motion and associated Trust Authorization Motion to Shorten Notice was previously adjourned to August 27, 2021, at 10:00 a.m. (prevailing Eastern Time).

      **PLEASE TAKE FURTHER NOTICE** that on August 6, 2021, the Ad Hoc Group of Individual Victims filed the *Ad Hoc Group of Individual Victims' Motion for Entry of a HIPAA-Qualified Protective Order* [ECF No. 3486] (the "**Protective Order Motion**") and associated *Ad Hoc Group of Individual Victims' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to the Motion of the Ad Hoc Group of Individual Victims for Entry of a HIPAA-Qualified Protective Order* [ECF No. 3487] (the "**Protective Order Motion to Shorten Notice**").  The hearing on the Protective Order Motion and associated Protective Order Motion to Shorten Notice was previously adjourned to August 27, 2021, at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the hearing (the "**Hearing**") on the KEIP/KERP Motion, solely with respect to the KEIP, the Trust Authorization Motion and the Protective Order Motion has been adjourned to **September 13, 2021, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"), or at such other time as the Bankruptcy Court may determine.

**PLEASE TAKE FURTHER NOTICE** that pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**"), and at the Bankruptcy Court's directive, the Hearing will be conducted via Zoom® videoconference so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court.[2]  Parties wishing to appear at, or attend, a hearing conducted via Zoom® videoconference are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before such hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing.  The Debtors will file an agenda before the Hearing, which may modify or supplement the motions to be heard at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing objections to the KEIP/KERP Motion was **July 12, 2021, at 4:00 p.m. (prevailing Eastern Time)**.  Absent an extension granted by the Debtors, any objection thereto that has not yet been filed is untimely.

---

[2]    A copy of General Order M-543 can be obtained by visiting https://www.nysb.uscourts.gov/news/general-order-m-543-court-operations-under-exigent-circumstances-created-covid-19.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing objections to the Trust Authorization Motion was **August 20, 2021, at 4:00 p.m. (prevailing Eastern Time)**.  Absent an extension granted by the Debtors, any objection thereto that has not yet been filed is untimely.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing objections to the Protective Order Motion was **August 20, 2021, at 4:00 p.m. (prevailing Eastern Time)**.  Absent an extension granted by the Debtors, any objection thereto that has not yet been filed is untimely.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.  You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at https://www.nysb.uscourts.gov  in accordance with the procedures and fees set forth therein.

Dated:    August 25, 2021
         New York, New York

                    DAVIS POLK & WARDWELL LLP

                    By:   *Eli J. Vonnegut*

                    450 Lexington Avenue
                    New York, New York 10017
                    Telephone: (212) 450-4000
                    Facsimile: (212) 701-5800
                    Marshall S. Huebner
                    Benjamin S. Kaminetzky
                    Eli J. Vonnegut
                    James I. McClammy
                    Christopher S. Robertson

                    *Counsel to the Debtors*
                    *and Debtors in Possession*