**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

### NOTICE OF TWENTIETH MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2021 THROUGH JUNE 30, 2021

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | June 1, 2021 through June 30, 2021 |
| **Amount of Compensation Requested (after 13% discount):** | $198,094.22 |
| **Less 20% Holdback** | $39,618.84 |
| **Net of Holdback**: | $158,475.37 |
| **Amount of Expense Reimbursement Requested:** | $18,191.93 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $176,667.30 |
| **This is a** | X   Monthly _____Interim ___ Final Fee Statement |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this twentieth monthly fee statement (the "Twentieth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from June 1, 2021 through June 30, 2021 (the "Twentieth Monthly Fee Period"). By this Twentieth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $176,667.30 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Twentieth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Twentieth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]      The total amount sought for fees reflects (a) voluntary write offs in the amount of $1,643.00 and (b) application of a subsequent 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $31,243.29 for the Twentieth Monthly Fee Period), for an overall voluntary reduction of approximately 13.6%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2021, Jones Day is using 2020 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 13.6% reduction.

hourly billing rate of Jones Day timekeepers during the Twentieth Monthly Fee Period is approximately $752.92.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Twentieth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Twentieth Monthly Fee Period

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Twentieth Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Twentieth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Twentieth Monthly Fee Period.

[5]      The time records included in **Exhibit C** have been redacted to protect privileged information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq.,

Email: dklauder@bk-legal.com.

6.      Objections to this Twentieth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 4655 Executive Drive, Suite 1500, San Diego, CA 92121 Attn: Chané Buck (cbuck@jonesday.com) no later than September 8, 2021 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

7.      If no objections to this Twentieth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees identified in this Twentieth Monthly Fee Statement.

8.      To the extent that an objection to this Twentieth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Twentieth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

## NO PRIOR REQUEST

9.      No prior request for the relief sought in this Twentieth Monthly Fee Statement has

been made to this or any other court.

Dated: August 25, 2021          _/s/ Chané Buck_____
      New York, NY          JONES DAY
           Chané Buck
           4655 Executive Drive, Suite 1500
           San Diego, CA 92121
           Telephone:    (858) 314-1158
           Facsimile:    (844) 345-3178
           Email:        cbuck@jonesday.com

           – and –

           John J. Normile
           Anna Kordas
           250 Vesey Street
           New York, NY 10281
           Telephone:    (212) 326-3939
           Facsimile:    (212) 755-7306
           Email:        jjnormile@jonesday.com
                    akordas@jonesday.com

           *Special Counsel to the Debtors and*
           *Debtors in Possession*

## EXHIBIT A

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**JUNE 1, 2021 – JUNE 30, 2021**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Gasper J. LaRosa | 2002 | $1,125.00 | $978.75 | 19 | $21,375.00 |
| Christopher Morrison | 2001 | $1,025.00 | $891.75 | 6.9 | $7,072.50 |
| John J. Normile | 1989 | $1,275.00 | $1,109.25 | 61.1 | $76,375.00 |
| **TOTAL PARTNER:** | | | | **87** | **$104,822.50** |
| **COUNSEL** | | | | | |
| Kelsey I. Nix | 1988 | $1,225.00 | $1,065.75 | 34.6 | $40,828.00 |
| **TOTAL COUNSEL:** | | | | **34.6** | **$40,828.00** |
| **ASSOCIATE** | | | | | |
| Chané Buck | 2017 | $575.00 | $500.25 | 3.1 | $1,782.50 |
| Kevin V. McCarthy | 2016 | $725.00 | $630.75 | 9.5 | $6,792.50 |
| Adam M. Nicolais | 2017 | $675.00 | $587.25 | 89.3 | $58,491.50 |
| **TOTAL ASSOCIATE:** | | | | **101.9** | **$67,066.50** |
| **PARALEGAL & STAFF** | | | | | |
| Jason J. Darensbourg | N/A | $350.00 | $304.50 | 22.6 | $7,910.00 |
| Kristina Horn | N/A | $425.00 | $369.75 | 10.7 | $4,547.50 |
| Peiling Jiang | N/A | $400.00 | $348.00 | 1.5 | $600.00 |
| Marguerite Melvin | N/A | $400.00 | $348.00 | 0.8 | $320.00 |
| Timothy E. Solomon | N/A | $400.00 | $348.00 | 4.0 | $1,600.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **39.6** | **$14,977.50** |
| **TOTAL:** | | | | **263.1** | **$227,694.50** |

## EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

### JUNE 1, 2021 – JUNE 30, 2021

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 200.7 | $177,292.50 |
| Collegium 961 PGR | 13.2 | $15,833.00 |
| Strategic Corporate Advice | 4.9 | $4,102.00 |
| Retention Matters | 6.4 | $3,952.50 |
| Accord Healthcare Inc. | 37.9 | $26,514.50 |
| **TOTAL** | 263.1 | **$227,694.50** |
| **13% DISCOUNT** | | **$29,600.29** |
| **TOTAL FEES** | | **$198,094.22** |

## EXHIBIT C

**EXPENSE SUMMARY**
**JUNE 1, 2021 – JUNE 30, 2021**

| Expense Category | Total Expenses |
|---|---|
| Courier Costs | $18.83 |
| Consultant Fees | $16,990.20 |
| Court Costs | $467.90 |
| Publication Expenses | $715.00 |
| **TOTAL** | **$18,191.93** |

**EXHIBIT D**

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**


August 20, 2021                                                   305158.610005
                                                                 Invoice: 210901907

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through June 30, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 177,292.50 |
| Less 13% Discount | | (23,048.03) |
| Total Billed Fees | USD | 154,244.47 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Consultants and Agents Fees | 13,990.20 | |
| Courier Services | 18.83 | |
| Court Reporter Fees | 67.90 | |
| Filing Fees and Related | 200.00 | |
| | USD | 14,276.93 |
| **TOTAL** | **USD** | **168,521.40** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                        Citibank, N.A.
New York, NY                          New York, NY
Account Name:  Jones Day              Account Name:  Jones Day
Account No:  37026407                 Account No:  37026407
ABA No:  021000089                    ABA No:  021000089
                                      Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610005/210901907 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

## Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| G J Larosa | 13.00 | 1,125.00 | 14,625.00 |
| C M Morrison | 6.90 | 1,025.00 | 7,072.50 |
| J J Normile | 44.70 | 1,250.00 | 55,875.00 |
| **Of Counsel** | | | |
| K I Nix | 33.60 | 1,180.00 | 39,648.00 |
| **Associate** | | | |
| K McCarthy | 7.50 | 715.00 | 5,362.50 |
| A M Nicolais | 67.90 | 655.00 | 44,474.50 |
| **Paralegal** | | | |
| J J Darensbourg | 16.10 | 350.00 | 5,635.00 |
| T E Solomon | 3.00 | 400.00 | 1,200.00 |
| **Manager** | | | |
| K Horn | 8.00 | 425.00 | 3,400.00 |
| **TOTAL** | **200.70** | **USD** | **177,292.50** |

# JONES DAY

305158.610005

Page: 3
August 20, 2021
Invoice: 210901907

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 06/01/21 | G J Larosa | 1.00 |

Communicate (with client) and in firm regarding ███████████████

| 06/01/21 | K I Nix | 1.90 |

Teleconference ████████████████████████████████████████ and preparation for same (1.0); studied █████████████████████████████████ and email to J. Normile summarizing same (.9).

| 06/01/21 | J J Normile | 1.50 |

Preparation for and participation in weekly team teleconference with B. Koch, R. Inz, R. Kreppel, P. Hendler and A. Nicolais and review of various background materials regarding same.

| 06/01/21 | T E Solomon | 3.00 |

Retrieve production documents, volume PCLG018 from vendor, TCDI, and review and prepare them for production.

| 06/02/21 | J J Darensbourg | 0.80 |

Manage/serve document production on opposing counsel.

| 06/02/21 | K I Nix | 0.40 |

Work regarding ███████████████████ (.2) and reviewed J. Normile's comments regarding same (.2).

| 06/03/21 | K I Nix | 1.20 |

E-mails with B. Koch, R. Kreppel, J. Normile and ████████████████████████████████ (.5) worked on ████████████████████████████████ (.7)

| 06/03/21 | J J Normile | 0.30 |

Review of various correspondence regarding ████████████████

| 06/04/21 | C M Morrison | 0.40 |

File PHV motion for Gasper La Rosa (.2); confer with A. Nicolais regarding subpoenas (.2).

| 06/04/21 | A M Nicolais | 2.00 |

Edits/revisions to subpoenas to Pantheon and Collegium (1.2); drafting cover sheets, court form and notice of subpoenas (.5); communication in firm re same (.1); coordinating service re same (.2).

| 06/04/21 | K I Nix | 0.60 |

Reviewed Collegium's subpoenas to Noramco for documents and testimony.

| 06/04/21 | J J Normile | 1.50 |

((Review of Collegium's motion to dismiss plaintiff's first amended complaint and related correspondence (1.0); review of correspondence relating to █████████████████████ (.50).))

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 4

August 20, 2021

Invoice: 210901907

| | | |
|---|---|---|
| 06/07/21 | G J Larosa | 2.00 |

Conferred in firm and with client regarding ████████████ (1.5) ((and attention to discovery and case management (.5))).

| | | |
|---|---|---|
| 06/07/21 | C M Morrison | 0.40 |

Confer internally regarding third party subpoenas and strategy for discovery.

| | | |
|---|---|---|
| 06/07/21 | A M Nicolais | 7.30 |

Meeting with J. Normile and G. LaRosa re Collegium case status (.3); ((meeting with Collegium case team re Collegium's motion to dismiss and 3rd party subpoenas (.3);)) review/analyze Collegium's motion to dismiss (1.0); begin drafting opposition to Collegium's motion to dismiss (3.0); legal research re same (2.0); edits/revisions to ████████████ ████████████████████ (.5); communication in firm re same (.2).

| | | |
|---|---|---|
| 06/07/21 | K I Nix | 0.30 |

Reviewed e-mail ((from C. Pinahs regarding alleged deficiencies in infringement contentions.))

| | | |
|---|---|---|
| 06/07/21 | J J Normile | 3.40 |

Preparation for and participation in teleconference with G. LaRosa and A. Nicolais regarding outstanding discovery matters (.50); preparation for and participation in weekly team teleconference including B. Koch, R. Silbert, R. Kreppel, R. Inz, P. Hendler, G. LaRosa and A. Nicolais (.80); preparation for and participation in teleconference with C. Morrison, P. Hendler, G. LaRosa and A. Nicolais regarding Collegium's motion to dismiss the 434 complaint (1.0); ((review of correspondence regarding ████████████████████ ██████ (.30); review of correspondence from C. Pinahs regarding meet and confer on discovery matters including review of background materials (.80).))

| | | |
|---|---|---|
| 06/08/21 | K Horn | 0.50 |

Attention to requests for deposition transcripts for P. Hendler (.30) and subpoena information J. Darensbourg (.20).

| | | |
|---|---|---|
| 06/08/21 | A M Nicolais | 6.60 |

Continue drafting Opposition to Collegium's motion to dismiss (4.0); legal research re same (2.6).

| | | |
|---|---|---|
| 06/08/21 | K I Nix | 0.60 |

((Reviewed ████████████████████

| | | |
|---|---|---|
| 06/09/21 | J J Darensbourg | 1.10 |

Manage shared database of attorneys of correspondence, discovery, and pleadings regarding request for meet and confer, LaRosa Pro Have Vice Motion, and document production.

| | | |
|---|---|---|
| 06/09/21 | G J Larosa | 1.00 |

Communicate (in firm) and with other outside counsel regarding ████████████████████ ██████ and prepared for same.

| | | |
|---|---|---|
| 06/09/21 | C M Morrison | 0.50 |

Confer internally regarding upcoming meet & confer and hearing with J. Saylor.

# JONES DAY

305158.610005

Page: 5
August 20, 2021
Invoice: 210901907

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

06/09/21            A M Nicolais                                    2.80
Meeting with J. Normile, P. Hendler, G. LaRosa and C. Morrison re Collegium meet an confer re 434
infringement contentions (.3); continue drafting opposition to Collegium's motion to dismiss (1.7);
incorporating edits/revisions from G. LaRosa re same (.8).

06/09/21            J J Normile                                     3.10
Preparation for and participation in teleconference with C. Morrison, G. LaRosa, A. Nicolais and P. Hendler
███████████████████████████████ (1.0); review of draft opposition to Collegium's motion to dismiss (.80);
████████████████████████ (1.3).))

06/10/21            J J Darensbourg                                 1.10
Manage/prepare document replacement production to be served on opposing counsel.

06/10/21            C M Morrison                                    0.80
Meet and confer call with Collegium regarding upcoming hearing.

06/10/21            A M Nicolais                                    1.10
Communication in firm re ███████████████ (.4)); meeting with B. Koch re
████████ (.7).))

06/10/21            K I Nix                                         2.20
Attention to ██████████████ and e-mails with J.
Normile regarding same (.8); e-mails with K. McCarthy and J. Darensbourg regarding ████████
████████ (.2); reviewed ████████ (1.2).))

06/10/21            J J Normile                                     3.50
Preparation for and participation in meet and confer with counsel for Collegium regarding upcoming status
conference before Judge Saylor ████████ (2.0))); attention to preparation of opposition to Collegium's
motion to dismiss the 434 complaint including ████████
████ (1.5).))

06/11/21            J J Darensbourg                                 1.10
Serve replacement document production on opposing counsel.

06/11/21            G J Larosa                                      1.00
Review/analyze ████████████ and conferred in firm regarding same.

06/11/21            C M Morrison                                    0.80
Prepare for and participate in status conference with J. Saylor (.5); confer with J. Normile regarding outcomes
(.3).

06/11/21            A M Nicolais                                    4.40
Draft/revise Opposition to Collegium's Motion to Dismiss (1.6); incorporating edits/revisions from P.
Hendler re same (.8); continue legal research re same (1.2); ((communication in firm, ████████
████ (.8).))

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| 06/11/21 | K I Nix | 0.80 |

E-mail from B. Koch regarding ███████████████████████

| 06/11/21 | J J Normile | 2.50 |

Preparation for and participation in status conference before Judge Saylor (1.0); preparation for and participation in related teleconference with counsel for Collegium (.50); ███████████████████ review of Judge Saylor's order denying Collegium's motion to stay proceedings relating to the 961 patent ((and related correspondence and teleconferences regarding same (.50).))

| 06/12/21 | J J Normile | 0.80 |

Review of various correspondence regarding ███████████████████ and related correspondence from C. Morrison and P. Hendler.))

| 06/13/21 | C M Morrison | 1.20 |

Review and revise opposition to motion to dismiss (.9) and confer with A. Nicolais regarding same (.3).

| 06/13/21 | J J Normile | 1.00 |

Review and revise draft opposition to Collegium's motion to dismiss the 434 complaint ██████████ ████████████

| 06/14/21 | J J Darensbourg | 0.10 |

Manage shared database for attorneys of Electronic Order Denying Collegium's Motion to Stay Litigation.

| 06/14/21 | K Horn | 1.80 |

Review files and databases for ██████ documents produced per K. Nix (1.0). Compile relevant documents and report findings (.8).

| 06/14/21 | G J Larosa | 2.00 |

Draft/revise ((opposition to MTD)) and conferred in firm regarding same (1.6); and conferred with client ████████████████████ (.4).

| 06/14/21 | C M Morrison | 0.80 |

Confer with J. Normile, P. Hendler, A. Nicolais regarding opposition to motion to dismiss (.6); attention to K. Nix PHV (.2).

| 06/14/21 | A M Nicolais | 5.60 |

Meeting with P. Hendler, J. Normile, C. Morrison and G. LaRosa re ████████████████████ ██████████████████████ (1.0); ████████████████████ (.7); communication in firm re same (3.4).))

| 06/14/21 | K I Nix | 2.40 |

E-mail to B. Koch regarding ████████████████ (.4))); work regarding ████████████ (2.0).))

| 06/14/21 | J J Normile | 3.80 |

Preparation for and participation in weekly team teleconference including B. Koch, R. Inz, R. Silbert, R. Kreppel, P. Hendler and A. Nicolais (.80); ██████████████████████████████████████

**JONES DAY**



(1.5); review of ██████████████ ███████████ (1.5).))

| 06/15/21 | J J Darensbourg | 0.20 |
|---|---|---|

Prepare documents for review by P Hendler.

| 06/15/21 | K Horn | 1.10 |
|---|---|---|

Search Relativity Database for Transcripts and exhibits per P. Hendler.

| 06/15/21 | A M Nicolais | 2.50 |
|---|---|---|

Incorporating edits/revisions from B. Koch and R. Inz. re opposition to Collegium's MTD first amended complaint (1.0); reviewing Collegium production set re ████████████████ (1.1); communication in firm with P. Hendler re same (.2); communication re ((opposition brief cite check)) (.2).

| 06/15/21 | K I Nix | 0.80 |
|---|---|---|

Worked on written discovery for ████████ (.5); studied prior discovery responses (.3).

| 06/16/21 | J J Darensbourg | 1.70 |
|---|---|---|

Manage shared database of attorneys of correspondence and pleadings regarding meet and confer with opposing counsel, Motion for Leave to Appear Pro Hac Vice Added Kelsey I Nix, replacement document production.

| 06/16/21 | K Horn | 1.20 |
|---|---|---|

Search Relativity Database for Transcripts and tag for production.

| 06/16/21 | A M Nicolais | 3.40 |
|---|---|---|

Review/analyze Collegium/Purdue interrogatories/supplements re ██████████████ (1.0))); drafting summary charts re same (2.0); communication in firm re ██████████████ ████ (.4).))

| 06/16/21 | K I Nix | 1.70 |
|---|---|---|

Worked on written discovery regarding ████████ (.6); studied ██████████████ ████████████ (1.1).))

| 06/16/21 | J J Normile | 2.50 |
|---|---|---|

((Continued review and revision of ████████████████ (1.0); preparation for ████████ ████████████ (1.5).))

| 06/17/21 | K Horn | 0.80 |
|---|---|---|

Search Relativity Database and production logs to confirm whether trial transcripts and exhibits were produced.

| 06/17/21 | G J Larosa | 2.00 |
|---|---|---|

Plan and prepare ((for written discovery)) (.7), reviewed drafts and conferred in firm and with client regarding same (1.3).

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 8
August 20, 2021
Invoice: 210901907

| | | | |
|---|---|---|---|
| 06/17/21 | A M Nicolais | | 4.60 |

Meeting with B. Koch, P. Hendler and J. Normile re ███████████████████ (2.0))); plan/prepare re same (.5); final edits/revisions to ((Opp. to Collegium's MTD (1.5); communication in firm ███████ ███ (.6).))

| | | | |
|---|---|---|---|
| 06/17/21 | J J Normile | | 2.50 |

███████████████████████████████████████████████████

| | | | |
|---|---|---|---|
| 06/18/21 | J J Darensbourg | | 1.40 |

((Review documents for possible production to opposing counsel per P Hendler's instructions.))

| | | | |
|---|---|---|---|
| 06/18/21 | C M Morrison | | 0.30 |

Finalize and file opposition to motion to dismiss (.1); confer internally regarding ████████████████ █████████████ (.2).))

| | | | |
|---|---|---|---|
| 06/18/21 | K I Nix | | 1.70 |

Teleconference with ████████████████████████████ and preparation for same.

| | | | |
|---|---|---|---|
| 06/18/21 | J J Normile | | 1.50 |

Review of ████████████████████████████████ and related teleconferences.

| | | | |
|---|---|---|---|
| 06/21/21 | J J Darensbourg | | 1.90 |

Manage shared database for attorneys of correspondence and pleadings regarding Purdue's Opposition to Collegium's Motion to Dismiss Plaintiff's First Amended Complaint, Collegium's Preliminary Non-Infringement and Invalidity Conetntions and ((recap from meet and confer.))  Manage document production by Collegium.

| | | | |
|---|---|---|---|
| 06/21/21 | K Horn | | 1.20 |

Compile documents for production, tag in Relativity and communications with vendor re: same.

| | | | |
|---|---|---|---|
| 06/21/21 | G J Larosa | | 1.00 |

Communicate (with client) and in firm regarding ████████████████████

| | | | |
|---|---|---|---|
| 06/21/21 | A M Nicolais | | 1.00 |

((Edits/revisions to ████████████████████████████████ (.5); ███████████████ (.2); reviewing ████████████ (.3).))

| | | | |
|---|---|---|---|
| 06/21/21 | K I Nix | | 0.20 |

██████████████████████████████████

| | | | |
|---|---|---|---|
| 06/21/21 | J J Normile | | 3.00 |

Preparation for and participation in weekly team teleconference including B. Koch, R. Inz, R. Silbert, R. Kreppel, G. LaRosa, A. Nicolais and P. Hendler (.50); ((review ████████████████████████ (.50); review and revise ████████████████████████████████████ (.50); review

# JONES DAY



(.50); review of ███████████ (1.0).))

| 06/22/21 | J J Darensbourg | 2.20 |

Manage Colleguim's Preliminary Non-Infringement and Invalidity Contentions and accompanying document production.

| 06/22/21 | G J Larosa | 1.00 |

Communicate (in firm) regarding █████████████

| 06/22/21 | C M Morrison | 0.80 |

Confer with J. Normile and with client regarding ████████████

| 06/22/21 | A M Nicolais | 1.30 |

Meeting with P. Hendler, J. Normile, C. Morrison and G. LaRosa re ████████████ (.4); ████████████ (.2); drafting █████████████ (.2) communication in firm and review of ██████████████ (.5)))

| 06/22/21 | J J Normile | 2.50 |

Preparation for and participation in teleconference with C. Morrison, A. Nicolais and P. Hendler regarding(( ████████████ (1.0);)) preparation for and participation in teleconference with C. Morrison, A. Nicolais, P. Hendler and B. Koch regarding same (.50); continued review of ████████████ ████████████ (1.0).))

| 06/23/21 | A M Nicolais | 5.60 |

Drafting supplemental responses to Collegium's first set of interrogatories (4.5); ████████████ ████████████ (1.0).))

| 06/23/21 | K I Nix | 1.00 |

E-mails with J. Normile regarding legal research (.6); teleconference with Sarah Anwar regarding same (.2); work regarding ████████████ (.2).))

| 06/23/21 | J J Normile | 1.60 |

Preparation for and participation in teleconference with J. Holdreith regarding protective order issues ████ ████████████ (.80); review of █████████ ████████ (.80).))

| 06/24/21 | J J Darensbourg | 0.60 |

Serve document production on opposing counsel.

| 06/24/21 | K Horn | 1.40 |

((Review public versions of Trial Transcripts (Days 2 -7) and compare with production set to ensure no redactions or omissions.))

| 06/24/21 | A M Nicolais | 1.40 |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 10
August 20, 2021
Invoice: 210901907

| Date | Name | Hours |
|---|---|---|
| 06/24/21 | K I Nix | 1.10 |

((Studied and worked on draft supplemental interrogatory responses.))

| 06/24/21 | J J Normile | 2.50 |

Review and revision of ███ (1.5); review of various ████████████████ 1.0).))

| 06/25/21 | A M Nicolais | 1.30 |

████████████ (.9))); communication in firm re same (.2); meet and confer with opposing counsel re PGR (.2).

| 06/25/21 | K I Nix | 2.10 |

Work re ████████████████ (1.2)); reviewed ████████ (.9).))

| 06/25/21 | J J Normile | 1.50 |

████████████████

| 06/28/21 | G J Larosa | 1.00 |

Communicate (with client) and in firm regarding ████████

| 06/28/21 | C M Morrison | 0.90 |

((Review/analyze Collegium's Reply (.4).)) ((Meet and confer with counsel for Patheon regarding subpoena (.5).))

| 06/28/21 | A M Nicolais | 3.40 |

((Call ████████ (.5); review/analyze ████████ (.8); reviewing ████ (.8); call ████████ (.5); edits/revisions to ████████ (.3); communication in firm with K. Nix re ████████ (.4); communication in firm re ████████ (.1).))

| 06/28/21 | K I Nix | 4.70 |

Worked on ████████ (3.5); e-mails ████ ████████ (.4); studied ████████ (.8).))

| 06/28/21 | J J Normile | 2.30 |

Preparation for and participation in weekly team teleconference with B. Koch, R. Inz, R. Silbert, R. Kreppel, A. Nicolais, G. LaRosa and P. Hendler (.50); ████████ (.80); ████████ (1.0).))

| 06/29/21 | J J Darensbourg | 0.70 |

Manage shared database for attorneys of Collegium's Unopposed Motion for Leave to File Reply in Support of Motion to Dismiss Plaintiffs' First Amended Complaint, Electronic Order Granting the Motion, and the Reply.

# JONES DAY

305158.610005

Page: 11
August 20, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 210901907



06/29/21         K McCarthy                                    3.50
Review/analyze ██████████████████████████████████ (2.0))); draft/revise
██████████████████████████████████████████ (1.0))); attention to case
files and correspondence (0.5).

06/29/21         A M Nicolais                                  6.30
((Call with Kevin McCarthy re ███████████████████ (.5): drafting ████████
████████ (3.8); reviewing ███████████████ (1.0); drafting █████████████
████ (1.0).))

06/29/21         K I Nix                                       4.10
Work regarding █████████████████████████████████████████
████████████████ (3.2))); work regarding █████████████████████████████
████████████████ (.9))).

06/29/21         J J Normile                                   1.60
Attention to various discovery updates and supplements including review of P. Hendler correspondence
relating to the number of interrogatories (.80); review and revise supplemental discovery requests (.80).

06/30/21         J J Darensbourg                               3.20
████████████████████████████████████████████████████

06/30/21         G J Larosa                                    1.00
Communicate (in firm) regarding ████████████████ (.6); █████████████████ (.4))).

06/30/21         K McCarthy                                    4.00
Prepare for and participate in teleconference with █████████████████████████████
████████████████ (0.6))); prepare for and participate in teleconference with ████████████
██████████████████ (1.0))); prepare for and participate in
teleconference with ███████████████████████████████████████ (0.5);
███████████████████████████████████████████ (1.1); draft/revise
████████████████████████████████████ (0.4)); attention to internal and
opposing counsel correspondence (0.4).

06/30/21         A M Nicolais                                  7.30
████████████████████████████████████████ (.6); meeting with K. McCarthy
████████████████████ (.4); calls with K. McCarthy re ███████████████ (.8); call with
K. Nix re ████████████████████████████ (.6); call within firm re ████████████████
████████████████ (.6); call with K. McCarthy and paralegals re ████████████████████
████████████ (.5); call with K. McCarthy and G. LaRosa re ██████████████████ (.4); edits/revisions to
████████████████████████ (2.9); edits/revisions to ███████████████████ (.5))).

06/30/21         K I Nix                                       5.80
Worked on damages issues, including teleconference with ████████████████████
████████████████ (2.8), ██████████████████ (.2), ██████████████████ (1.5))), and
worked on supplemental interrogatory response regarding ████████████████████████ (1.3).

## JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 12
August 20, 2021
Invoice: 210901907

| | | |
|---|---|---|
| 06/30/21 | J J Normile | 1.80 |

Review of correspondence regarding legal research ████████████████ (.50); review of various correspondence relating to outstanding discovery requests (.50); review of various correspondence regarding Collegium's reply memorandum in support of its motion to dismiss the 434 complaint (.80).

**TOTAL**                                   **200.70**

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 13
August 20, 2021
Invoice: 210901907

### Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 07/02/21 | K I Nix | NYC | 1,565.00 | |
| Vendor: INSIGHT ECONOMICS, LLC; Invoice#: 1242; Date: 7/2/2021 for professional services rendered - June 2021. | | | | |
| 07/16/21 | K I Nix | NYC | 556.00 | |
| Vendor: Berkeley Research Group, LLC; Invoice#: 116979; Date: 7/16/2021 - For professional Services rendered through June 30th. | | | | |
| 08/04/21 | J J Normile | NYC | 11,869.20 | |
| Vendor: Nalas Engineering Services; Invoice#: I21-198; Date: 7/15/2021 (June 2021) | | | | |
| **Consultants and Agents Fees Subtotal** | | | | **13,990.20** |
| **COURIER SERVICES** | | | | |
| 08/05/21 | NYC Accounting | NYC | 18.83 | |
| Vendor: Breakaway Courier Boston, Inc; Invoice#: 222755; Date: 5/31/2021 - 5/27/2021 (JD-Boston to 1 Courthouse Way, Boston, MA 02210) | | | | |
| **Courier Services Subtotal** | | | | **18.83** |
| **COURT REPORTER FEES** | | | | |
| 07/15/21 | K McCarthy | NYC | 67.90 | |
| Vendor: Valerie A. O'Hara; Invoice#: 00004488; Date: 4/5/2021 (telephone status conference transcript - case no. 15-10399-FDS 3/18/2021) | | | | |
| **Court Reporter Fees Subtotal** | | | | **67.90** |
| **FILING FEES AND RELATED** | | | | |
| 06/24/21 | C M Morrison | BOS | 100.00 | |
| Vendor: Christopher Morrison Invoice#: 4594902106241459 Date: 6/24/2021  -  - Filing Fees and Related PHV Motion | | | | |
| 06/24/21 | C M Morrison | BOS | 100.00 | |
| Vendor: Christopher Morrison Invoice#: 4609341906241459 Date: 6/24/2021  -  - Filing Fees and Related PHV Motion for Kelsey Nix | | | | |
| **Filing Fees and Related Subtotal** | | | | **200.00** |
| | | | | |
| **Total Disbursements and Charges** | | **USD** | | **14,276.93** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

August 20, 2021

305158.610013
Invoice: 210901908

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through June 30, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 0.00 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Hosting Charges | 3,000.00 | |
| | USD | 3,000.00 |
| **TOTAL** | **USD** | **3,000.00** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089
Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610013/210901908 WITH YOUR PAYMENT

# JONES DAY

305158.610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Page: 2
August 20, 2021
Invoice: 210901908

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **HOSTING CHARGES** | | | | |
| 05/28/21 | | NYC | 1,500.00 | |
| 06/28/21 | K McCarthy | NYC | 1,500.00 | |
| **Hosting Charges Subtotal** | | | | **3,000.00** |
| **Total Disbursements and Charges** | | | **USD** | **3,000.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

August 20, 2021

305158.610022
Invoice: 210901909

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through June 30, 2021:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 15,833.00 |
| Less 13% Discount | | (2,058.29) |
| Total Billed Fees | USD | 13,774.71 |
| **TOTAL** | **USD** | **13,774.71** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**

Citibank, N.A.                    Citibank, N.A.
New York, NY                    New York, NY
Account Name:  Jones Day          Account Name:  Jones Day
Account No:  37026407              Account No:  37026407
ABA No:  021000089                ABA No:  021000089
                                 Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610022/210901909 WITH YOUR PAYMENT

# JONES DAY

305158.610022

Collegium 961 PGR

Page: 2

August 20, 2021

Invoice: 210901909

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 5.00 | 1,125.00 | 5,625.00 |
| J J Normile | 7.60 | 1,250.00 | 9,500.00 |
| Of Counsel |  |  |  |
| K I Nix | 0.60 | 1,180.00 | 708.00 |
| **TOTAL** | **13.20** | **USD** | **15,833.00** |

# JONES DAY

305158.610022

Collegium 961 PGR

Page: 3
August 20, 2021
Invoice: 210901909

### Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 06/21/21 | G J Larosa | 1.00 |

Communicate with opposing counsel regarding case status and reviewed related materials.

| 06/21/21 | J J Normile | 1.00 |

Review of various correspondence and participation in various teleconferences relating to ███████

| 06/22/21 | G J Larosa | 1.00 |

Communicate with client and with opposing counsel regarding request for status conference and related strategy.

| 06/25/21 | G J Larosa | 1.00 |

Communicate with outside counsel regarding requested status conference (.8), ███████
█████████████

| 06/25/21 | K I Nix | 0.20 |

███████████

| 06/25/21 | J J Normile | 1.30 |

Review of correspondence from Collegium's counsel regarding request for a status conference with the PTAB (.50); preparation for and participating in meet-and-confer with counsel for Collegium (.80).

| 06/26/21 | J J Normile | 0.80 |

| 06/27/21 | J J Normile | 1.00 |

| 06/28/21 | G J Larosa | 2.00 |

| 06/28/21 | K I Nix | 0.40 |

studied Collegium's submission to the Board requesting a status conference (.2).

| 06/28/21 | J J Normile | 2.50 |

(1.2) (1.3))).

| 06/29/21 | J J Normile | 1.00 |

# JONES DAY

305158.610022

Page: 4
August 20, 2021
Invoice: 210901909

Collegium 961 PGR

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| ███████████████████████ | | |
| **TOTAL** | | **13.20** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

August 20, 2021

305158.610028
Invoice: 210901910

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through June 30, 2021:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 26,514.50 |
| Less 13% Discount | | (3,446.89) |
| Total Billed Fees | USD | 23,067.61 |

## Disbursement & Charges Summary

| | | |
|---|---|---|
| Publication Expenses | 715.00 | |
| | USD | 715.00 |
| **TOTAL** | **USD** | **23,782.61** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**

| | |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610028/210901910 WITH YOUR PAYMENT

# JONES DAY

305158.610028

Accord Healthcare Inc.

Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 1.00 | 1,125.00 | 1,125.00 |
| J J Normile | 6.30 | 1,250.00 | 7,875.00 |
| Of Counsel |  |  |  |
| K I Nix | 0.40 | 1,180.00 | 472.00 |
| Associate |  |  |  |
| K McCarthy | 2.00 | 715.00 | 1,430.00 |
| A M Nicolais | 18.00 | 655.00 | 11,790.00 |
| Paralegal |  |  |  |
| J J Darensbourg | 6.50 | 350.00 | 2,275.00 |
| T E Solomon | 1.00 | 400.00 | 400.00 |
| Manager |  |  |  |
| K Horn | 2.70 | 425.00 | 1,147.50 |
| **TOTAL** | **37.90** | **USD** | **26,514.50** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 3
August 20, 2021
Invoice: 210901910

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 06/01/21 | A M Nicolais | 3.80 |

Meeting with P. Hendler re ███████████████████████████ (.5); edits/revisions re same (2.3) ███ (1.0))).

| 06/01/21 | T E Solomon | 1.00 |

Retrieve production documents, volume PAC003 from vendor, TCDI, and review and prepare them for production.

| 06/02/21 | J J Darensbourg | 0.80 |

Manage/serve document production on opposing counsel.

| 06/02/21 | A M Nicolais | 3.50 |

Edits/revisions to ██████████████████████████ (1.7); reviewing Accord ANDA production re supporting declaration for same (.7); communication in firm with P. Hendler re same (.2); meeting with B. Koch re same (.3); review Accord patent prosecution history documents and coordinating production (.6)

| 06/02/21 | J J Normile | 1.00 |

Preparation for and participation in teleconference with B. Koch, P. Hendler and A. Nicolais regarding ████████████████████ and review of correspondence from B. Koch regarding same.

| 06/03/21 | J J Darensbourg | 2.30 |

Review/cite check Preliminary Infringement Contentions.

| 06/03/21 | K Horn | 2.40 |

Cite check of Exhibits 1-3 to Accord's Initial invalidity contentions per A. Nicolais.

| 06/03/21 | A M Nicolais | 1.60 |

Communication with P. Hendler re ████████████████ (.3); reviewing ███████████████ (.7); meeting with B. Koch and P. Hendler re same (.3); begin cite check of infringement contentions (.3).

| 06/03/21 | J J Normile | 1.00 |

Review various correspondence relating to ████████████████████████

| 06/04/21 | J J Darensbourg | 2.80 |

Review/cite check Preliminary Infringement Contentions.

| 06/04/21 | K Horn | 0.30 |

Complete Cite check of Exhibits 1-3 to Accord's Initial invalidity contentions per A. Nicolais.

| 06/04/21 | A M Nicolais | 3.70 |

Cite/check and edits/revisions to Accord Infringement contentions (3.1); coordinating service and final copies re same (.6).

# JONES DAY

305158.610028

Page: 4
August 20, 2021
Invoice: 210901910

Accord Healthcare Inc.

| Date | Attorney | Hours |
|------|----------|-------|
| 06/07/21 | J J Normile | 0.50 |

Review of correspondence from A. Barkoff regarding █████████████ and related teleconferences.

| 06/09/21 | J J Darensbourg | 0.60 |

Manage shared database for attorneys of correspondence regarding document production, proposed term sheet response and Plaintiffs' Initial Infringement Contentions.

| 06/16/21 | A M Nicolais | 1.20 |

███████████████████████

| 06/22/21 | A M Nicolais | 3.30 |

█████████████████████████

| 06/24/21 | A M Nicolais | 0.90 |

████████████████████ (.7))); communication with P. Hendler re same (.2),

| 06/24/21 | K I Nix | 0.40 |

█████████████████████

| 06/24/21 | J J Normile | 2.00 |

████████████████████████████████████

| 06/29/21 | G J Larosa | 1.00 |

██████████████████████

| 06/29/21 | K McCarthy | 2.00 |

Attention to case files and correspondence (0.5); review/analyze Purdue's █████████████████ (1.5))).

| 06/30/21 | J J Normile | 1.80 |

Preparation of correspondence to A. Barkoff regarding ████████████████ and related teleconferences regarding same (.80); ██████████████████ (1.0))).

**TOTAL**                                                      **37.90**

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 5
August 20, 2021
Invoice: 210901910

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **PUBLICATION EXPENSES** | | | | |
| 06/24/21 | C R Fellbaum | LOS | 715.00 | |

Vendor: Minesoft LLC; Invoice#: 20837; Date: 6/1/2021 - Order #20837 - certified file histories for Jason J. Darensbourg (NY). Approved by Craig Fellbaum.

| | | | | |
|------|---------------------------|----------|--------|-------|
| **Publication Expenses Subtotal** | | | | **715.00** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **715.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**
**Federal Identification Number: 34-0319085**


August 20, 2021                                                                                      305158.640002
                                                                                                    Invoice: 210901911

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through June 30, 2021:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 4,102.00 |
| Less 13% Discount | | (533.26) |
| Total Billed Fees | USD | 3,568.74 |
| **TOTAL** | **USD** | **3,568.74** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                         Citibank, N.A.
New York, NY                          New York, NY
Account Name:  Jones Day            Account Name:  Jones Day
Account No:  37026407                Account No:  37026407
ABA No:  021000089                   ABA No:  021000089
                                      Swift Code:  CITIUS33

PLEASE REFERENCE 305158 640002/210901911 WITH YOUR PAYMENT

# JONES DAY

305158.640002

Strategic Corporate Advice

### Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 1.50 | 1,250.00 | 1,875.00 |
| Associate |  |  |  |
| A M Nicolais | 3.40 | 655.00 | 2,227.00 |
| **TOTAL** | **4.90** | **USD** | **4,102.00** |

# JONES DAY

305158.640002

Strategic Corporate Advice

Page: 3
August 20, 2021
Invoice: 210901911

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 06/04/21 | A M Nicolais | 0.50 |
| | Updates to weekly update (.2); ██████████████ (.3))). | |
| 06/07/21 | A M Nicolais | 0.70 |
| | Drafting weekly Purdue updates (.3); weekly Purdue team meeting (.4). | |
| 06/14/21 | A M Nicolais | 0.60 |
| | Drafting weekly Purdue updates (.3); weekly team meeting (.3). | |
| 06/16/21 | J J Normile | 0.50 |
| | Teleconference with R. Kreppel regarding (████████████████ ██████ | |
| 06/17/21 | J J Normile | 1.00 |
| | ████████████████████████ | |
| 06/21/21 | A M Nicolais | 0.80 |
| | Weekly Purdue meeting (.5); drafting weekly Purdue updates (.3). | |
| 06/28/21 | A M Nicolais | 0.80 |
| | Drafting weekly updates (.4); weekly Purdue call (.4). | |
| | **TOTAL** | **4.90** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

August 20, 2021

305158.999007
Invoice: 210901912

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through June 30, 2021:

| | | |
|---|---|---|
| Retention Matters | USD | 3,952.50 |
| Less 13% Discount | | (513.83) |
| Total Billed Fees | USD | 3,438.67 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Court Costs | 200.00 | | |
| | | USD | 200.00 |
| **TOTAL** | | **USD** | **3,638.67** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                          Citibank, N.A.
New York, NY                            New York, NY
Account Name:  Jones Day                Account Name:  Jones Day
Account No:  37026407                   Account No:  37026407
ABA No:  021000089                      ABA No:  021000089
                                        Swift Code:  CITIUS33

PLEASE REFERENCE 305158 999007/210901912 WITH YOUR PAYMENT

# JONES DAY

305158.999007

Retention Matters

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 1.00 | 1,250.00 | 1,250.00 |
| Associate |  |  |  |
| C Buck | 3.10 | 575.00 | 1,782.50 |
| Paralegal |  |  |  |
| P Jiang | 1.50 | 400.00 | 600.00 |
| M M Melvin | 0.80 | 400.00 | 320.00 |
| **TOTAL** | **6.40** | **USD** | **3,952.50** |

# JONES DAY

305158.999007

Page: 3<br>August 20, 2021

Retention Matters

Invoice: 210901912

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 06/14/21 | C Buck | 1.00 |

Review May bills for compliance with UST guidelines.

| 06/17/21 | M M Melvin | 0.30 |

Gather and submit C. Buck's proposed Order and proof of payment, to Chambers, regarding her pro hac vice application.

| 06/21/21 | J J Normile | 1.00 |

Attention to review and revision of draft May invoices.

| 06/22/21 | P Jiang | 1.50 |

Plan, prepare and file issue fee payment with US PTO and report the filing to client per George Phillips.

| 06/27/21 | C Buck | 1.10 |

Draft Nineteenth Fee Application.

| 06/28/21 | C Buck | 1.00 |

Finalize Nineteenth Fee Application for filing.

| 06/28/21 | M M Melvin | 0.50 |

Assemble exhibits with the 19th monthly fee statement (0.10); review and e-file the Nineteenth Monthly Fee Statement of Jones Day For Compensation For Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors For The Period From May 1, 2021 Through May 31, 2021 (0.20); serve the same by e-mail (0.20).

|  |  | _____ |
| **TOTAL** | | **6.40** |

# JONES DAY

305158.999007                                                                Page: 4
                                                                    August 20, 2021
Retention Matters                                                Invoice: 210901912


Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **COURT COSTS** | | | | |
| 05/27/21 | R T Westrom | NYC | 200.00 | |
| Vendor: PNC Bank N.A.; Invoice#: NYC-BILL-05272K21; Date: 5/20/2021 (COURTS/USBC-NY-SECF) | | | | |

**Court Costs Subtotal**                                                     **200.00**

**Total Disbursements and Charges**                              **USD    200.00**