Jasmine Ball
Maura Kathleen Monaghan
Jeffrey J. Rosen
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836

*Attorneys for Beacon Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF THE MORTIMER-SIDE INITIAL COVERED SACKLER
PERSONS OF FILING OF DOCUMENTS PREVIOUSLY FILED UNDER SEAL**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Granting in Part Media Intervenors' Motions to Unseal Judicial Records* [ECF No. 3570] (the "Order"), the Mortimer-side Initial Covered Sackler Persons ("Side A ICSPs"), by and through their undersigned counsel, hereby submits this *Notice of Filing of Documents Previously Filed under Seal*.  As attachments to this notice, the Side A ICSPs are publicly filing revised, redacted Privilege Log Materials[2] as

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Order.

1

identified on Schedule A to this Notice (the "Unsealed Documents"). Consistent with the Order, Current Counterparty Information in the Unsealed Documents is not redacted.

Dated: August 25, 2021
       New York, New York

                                             By: */s/ Jasmine Ball*
                                                     Jasmine Ball
                                                     Maura Kathleen Monaghan
                                                     Jeffrey J. Rosen
                                                     DEBEVOISE & PLIMPTON LLP
                                                     919 Third Avenue
                                                     New York, New York 10022
                                                     Telephone: (212) 909-6000
                                                     Facsimile: (212) 909-6836
                                                     Email: jball@debevoise.com
                                                                   mkmonaghan@debevoise.com
                                                                   jrosen@debevoise.com

                                                   *Counsel for the Beacon Company*

## SCHEDULE A

**Itemization of Unredacted and Unsealed Documents**

| Title of Document | ECF No. of Originally Redacted/Sealed Document |
|---|---|
| Hurley Ex. A | 1754 |
| Preis Ex. A | 2015 |