August 25, 2021

The Honorable Robert D. Drain
United States Bankruptsy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601-4140

FILED
U.S. BANKRUPTCY COURT

2021 AUG 26 A 9:59

S.D. OF N.Y.

Re: <u>Chapter 11
Case 19-23649 (RDD)
Jointly Administered</u>

## OBJECTION TO (I) NINTH AMENDED JOINT CHAPTER 11 PLAN OF PURDUE PHARMA L.P. AND ITS AFFILIATED DEBTORS AND (II) REQUEST THAT THE COURT ENCOURAGES PURDUE PHARMA AND ITS AFFILIATED DEBTORS TO INCREASE ITS PROPOSED CONTRIBUTION OF $4.5 BILLION SO THAT THE CLAIMANTS OF OPIOID ABUSE WOULD RECEIVE ADEQUATE COMPENSATION

Dear Judge Drain!

My name is Vitaly Pinkusov. I am one of the unsecured creditors of Purdue Pharma who have initiated claims for the damages that resulted in the death of a claimant addicted to the opioids. My late wife, Elina Goldovsky, was a typical American who perished in the Opiod Epidemic at the age of 32. This Epidemic was conceived, created, and perpetrated by certain members of the Sackler Family. As of today, there has been no other forum to hold them and the company that they control accountable for their actions.

I would like to submit my objection to the Ninth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. And its Affiliated Debtors dated August 25, 2021. I specifically to the confirmation of the Plan because it provides very broad non-consensual Third-Party (such as myself) Release of the Sackler Family and other non-debtors by extinguishing the non-debtors' direct claims against them. I believe that this grossly unfair and it undermines the administration of justice. A total of nine states and the District of Columbia continue to object to this Plan. These States are:

| | | | |
|---|---|---|---|
| __(1)__. | The State of California | (Population | 39,512,223 persons). |
| __(2)__. | The State of Connecticut | (Population | 3,565,287 persons). |
| __(3)__. | The State of Delaware | (Population | 973,764 persons). |
| __(4)__. | The State of Maryland | (Population | 6,045,680 persons). |
| __(5)__. | The State of New Hampshire | (Population | 1,359,711 persons). |
| __(6)__. | The State of Oregon | (Population | 4,217,737 persons). |
| __(7)__. | The State of Rhode Island | (Population | 1,059,361 persons). |
| __(8)__. | The State of Vermont | (Population | 623,989 persons) |
| __(9)__. | The State of Washington | (Population | 7,614,893 persons). |
| __(10)__ | District of Columbia | (Population | 705,749 persons). |

Collectively, these states represent the interests of 65,678,394 Americans, or more than 20.43% of the United States population. Additionally, the Plan is still opposed by Mr. William K. Harrington, the United States Trustee for Region 2.

According to the recent newspaper reports, the proposed Plan will result in payments anywhere from $3,500 to $48,000 to the victims of the Opioid Epidemic. Needless to say, one can only describe this as a shame and miscarriage of justice. Nothing will return the victims back to life, but these amounts are adding the insult to the injury.

Therefore, I urge you not to Approve this shameful Plan and encourage Purdue Pharma to encourage their clients to do what is morally right and to increase their Contribution.

Sincerely,

*Vitaly Pinkusov*

Vitaly Pinkusov
3338 Richlieu Road
Apartment T285
Bensalem, PA 19020
Tel.: (215) 704-9210