Mr. Robert Harris
235 Fitzwilliam Road
Jaffrey, NH 03452
Telephone (978) 503-4392

*Pro Se*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

Robert Anthony Harris

        Plaintiff

 -*against*-

Purdue Pharma, L.P., et al,.

        Defendants

Case No. 19-23649

## Notice of Pro Se Request

To the Honorable Robert D. Drain, United States Bankruptcy Judge:

   I Robert Harris respectfully request to represent myself.  I would like to withdraw my current representation, ASK LLP, but  not withdraw my claim in the case (64345).  This is due to their lackluster responses when they eventually do respond, giving me the run around, trying to strong arm me,  but more importantly because I know that I am the best advocate for myself.  I am also requesting to reserve any rights I may have against ASK LLP.

     I also request that all future correspondence be mailed to me at the address below.  I also understand that if my address changes, I must immediately notify the court and all parties.

Dated: August 23, 2021               Respectfully submitted,

                                            Robert Harris
                                            235 Fitzwilliam Road
                                            Jaffrey, NH 03452
                                            978-503-4392
                                            E-mail:  scutting@live.com