UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 20, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Assumed Counterparties Service List attached hereto as **Exhibit A**:

- Notice of (A) Executory Contracts and Unexpired Leases to be Assumed by the Debtors Pursuant to the Plan, (B) Cure Amounts, if any, and (C) Related Procedures in Connection Therewith [Docket No. 3286]

On August 20, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on (1) Altus Formulation, Inc. (MMLID#7590745), 500 Boulevard Cartier O, Laval, QC H7V 5B7, Canada; and (2) Ricoh USA, Inc. (MMLID#7589741), 300 Eagleview Boulevard, Exton, PA 19341:

- Notice Regarding Executory Contracts and Unexpired Leases to be Rejected Pursuant to the Plan [Docket No. 3287]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: August 25, 2021

*/s/ Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 25, 2021, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Exhibit A

Assumed Counterparties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 7587819 | AAI | 1451 Rockville Pike, Suite 650 | | | Rockville | MD | 20852 | |
| 7589554 | Actavis Laboratories FL, Inc | c/o Teva Pharmaceuticals USA, Inc | Attn: General Counsel | 1090 Horsham Rd | North Wales | PA | 19454 | |
| 7587831 | Advanced Clinical, LLC | 6 Parkway North | Suite 100 | | Deerfield | IL | 60015 | |
| 7584134 | AIR LIQUIDE INDUSTRIAL U.S. LP | 9811 KATY FREEWAY | SUITE 100 | | HOUSTON | TX | 77024 | |
| 7590745 | Altus Formulation, Inc. | 500 Boulevard Cartier O | | | Laval | QC | H7V 5B7 | Canada |
| 7588881 | American Association of Poison Control Centers | 4601 North Fairfax Drive | Suite 630 | | Arlington | VA | 22203 | |
| 7589764 | American International Chemical, LLC (AIC) | 2000 West Park Dr. | Suite 300 | | Westborough | MA | 01581 | |
| 7588888 | Analgesic Solutions, LLC | 321 Commonwealth Rd., Ste 204 | | | Wayland | MA | 01778 | |
| 7588889 | Analysts International Corporation | 2400 Meadowbrook Parkway | | | Duluth | GA | 30096 | |
| 7588703 | Apex Health Innovations, LLC | 410 West Duke of Gloucester Street | Suite 206-B | | Williamsburg | VA | 23188 | |
| 7588899 | APR Executive Search Inc. | 445 Broadhollow Rd #119 | | | Melville | NY | 11747 | |
| 7589777 | Arbor Scientia Group | 1917 Palomar Oaks Way | Suite 200 | | Carlsbad | CA | 92008 | |
| 7590460 | Aucta Pharmaceuticals, LLC | 71 Suttons Lane | | | Piscataway | NJ | 08854 | |
| 7589782 | August Consulting, Inc. | Attn: General Counsel | 8429 Asmara Dr | | Austin | TX | 78750-7873 | |
| 7588909 | Avalon Health Solutions, Inc. | 3405 W. Dr. Martin Luther King Jr. Blvd, Suite 200 | | | Tampa | FL | 33607 | |
| 7589787 | Avara Pharmaceutical Services | 3300 Marshall Avenue | | | Norman | OK | 73072 | |
| 7588502 | AvePoint, Inc. | 525 Washington Blvd, Suite 1400 | | | Jersey City | NJ | 07310 | |
| 7589788 | Averica Discovery Sciences | 50 D'Angelo Dr Suite 6 | | | Malborough | MA | 01752 | |
| 7589797 | Berlin Packaging L.L.C. | 525 West Monroe Street | | | Chicago | IL | 60661 | |
| 7589645 | Biogen IDEC MA Inc | 225 Binney Street | | | Cambridge | CA | 02142 | |
| 7588920 | Biopharma Search Partners | 55-131A Naupaka St | | | Laie | HI | 96762 | |
| 7590467 | BioPharmaWorks, LLC | 93 Shennecossett Road | | | Groton | CT | 06340 | |
| 7588928 | Brains On-Line LLC | Charles River Laboratories | 251 Ballardvale Street | | Wilmington | MA | 01887 | |
| 7590251 | Brinkman Instruments dba Metrohm USA, Inc. | 9250 Camden Field Parkway | | | Riverview | FL | 33578 | |
| 7075787 | BUSINESS WIRE INC | 101 California Street, 20th Floor | | | San Francisco | CA | 94111 | |
| 7587908 | Catchword | 33 W 19th St, 4th Floor | | | New York | NY | 10011 | |
| 7589822 | CE3 Inc. | 6 Post Office Sq | | | Clinton | CT | 06413-2026 | |
| 7590716 | Cerecor, Inc. | 540 Gaither Road | Suite 400 | | Rockville | MD | 20850 | |
| 7590148 | Certara USA, Inc. | Overlook Center, Suite 101, | | | Princeton | NJ | 08540 | |
| 7588951 | Chaloner Associates, Inc. | 580 Broadway, Suite 600 | | | New York | NY | 10012 | |
| 7588507 | Cisco WebEx | 170 West Tasman Drive | | | San Jose | CA | 95134 | |
| 7588964 | Clark Davis Associates | 20 Waterview Boulevard, Suite 115 | | | Parsippany | NJ | 07054 | |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 1 of 6

Exhibit A

Assumed Counterparties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 7589832 | ClinFomatrix, LLC | Attn: General Counsel | 2025 E Lincoln Avenue, Suite 100 | | Edison | NJ | 08813 | |
| 7587934 | Clinical Trials Management, LLC | 3801 Houma Blvd., Suite 200 | | | Metairie | LA | 70006 | |
| 7076576 | COLORADO PREVENTION CENTER | 2115 SCRANTON ST | STE 2040 | | AURORA | CO | 80045-7120 | |
| 7588722 | Courion Corporation | 1000 Holcomb Woods Parkway | Building 100, Suite 112 | | Roswell | MA | 30076 | |
| 7587964 | CulinArt, Inc. | 2 International Drive | | | Rye Brook | NY | 10573 | |
| 7588996 | Cumberland Consulting Group, LLC | 2550 Meridian Blvd. | Suite 200 | | Franklin | TN | 37067 | |
| 12065343 | Cutis Pharma, Inc. | Azurity Pharmaceduticals | 841 Woburn Street | | Wilmington | MA | 01887 | |
| 7588999 | CVS Pharmacy Inc. | ATTN: JAMES ALLEN SYDNOR, JR. | Huie, Fernambucq & Stewart, LLP | 3291 US Highway 280, Suite 200 | Birmingham | AL | 35243 | |
| 7588519 | Datafarm, Inc. | 100 Locke Drive | | | Marlborough | MA | 01752 | |
| 7587972 | Datapath SearchCorporation | 3 Lancaster Drive | | | Norwalk | CT | 06850 | |
| 7077680 | DATAWATCH CORPORATION INC | ALTAIR | 1820 EAST BIG BEAVER | | TROY | MI | 48083 | |
| 7589647 | Day & Zimmerman International, Inc. | 1500 Spring Garden Street | | | Philadelphia | PA | 19130 | |
| 7589019 | Decision Strategies | 2101 City West Blvd | | | Houston | TX | 77042 | |
| 7590480 | Deloitte Consulting LLP | 30 Rockefeller Plaza | | | New York | NY | 10112 | |
| 7590153 | Deloitte Financial Advisory Services, LLP | 30 Rockefeller Plaza | 41st floor | | New York | NY | 10112-0015 | |
| 7589031 | Destiny Corporation | 2075 Silas Deane Highway | | | Rocky Hill | CT | 06067 | |
| 7584209 | DMD AMERICA INC | 100 LIMESTONE PLZ | STE 20 | | FAYETTEVILLE | NY | 13066-1352 | |
| 7590618 | ECA Chemical, Inc. | 60 Tulip Lane | | | Colts Neck | NJ | 07722 | |
| 7589054 | Egenera, Inc. | 80 Central St | | | Boxborough | MA | 01719 | |
| 12065356 | Embio Limited | 501, Sentinel, Hiranandani Gardens | | | Powai, Mumbai | | 400 076 | India |
| 7589690 | Endo Pharmaceuticals Inc | 1400 Atwater Drive | | | Malvern | PA | 19355 | |
| 7590285 | Energy Source, Inc. | 37 Thurber Blvd., Suite 101 | | | Smithfield | RI | 02917 | |
| 7588526 | Envision Pharma, Inc. | 75 Kings Highway Cutoff | | | Fairfield | CT | 06824 | |
| 7589072 | EVERFI INC | Attn: Shirley Borromeo | 2300 N St NW, Suite 500 | | Washington | DC | 20037 | |
| 7589078 | Exicure, Inc. | 2430 N Halsted St | | | Chicago | IL | 60614-2443 | |
| 7590491 | Eyenovia Inc. | 295 Madison Avenue | Suite 2400 | | New York | NY | 10017 | |
| 7075230 | FACTSET RESEARCH SYSTEMS INC | 45 Glover Avenue | 7th Floor | | Norwalk | CT | 06850 | |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 2 of 6

Exhibit A

Assumed Counterparties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 7588732 | FCG CSI, Inc. dba First Consulting Group | 4280 Old William Penn Hwy | | | Monroeville | PA | 15146 | |
| 12065364 | Fine Chemicals Corporation (Pty) Ltd. | 15 Hawkins Avenue | Epping Industria | Epping | Cape Town | | | South Africa |
| 7074865 | FOOD & DRUG ADMINISTRATION | 10903 New Hampshire Ave | | | Silver Spring | MD | 20993 | |
| 7588734 | Formedix, Ltd. | 1500 District Avenue | | | Burlington | MA | 01803 | |
| 7589096 | Frankel Staffing Partners | 3724 National Drive, Suite 125 | | | Raleigh | NC | 27612 | |
| 7589882 | Free Think Technologies, Inc. | 35 NE Industrial Rd. | | | Branford | CT | 06405 | |
| 7589102 | Galloway Research Service | 4751 Hamilton Wolfe | | | San Antonio | TX | 78229 | |
| 7074925 | GEFCO FORWARDING USA INC | 1541 Elmhurst Road | | | Elk Grove Village | IL | 60007 | |
| 12065434 | Gibralter, Richard | Address on File | | | | | | |
| 7589123 | Green Room Communications, LLC | 1719 Route 10 East, Suite 318 | | | Parsippany | NJ | 07054 | |
| 7590165 | Guidemark Health | Attn: General Counsel | 6 Campus Drive | | Parsippany | NJ | 08540 | |
| 7588034 | Guidepoint Global, LLC. | 675 Avenue of the Americas | 2nd Floor | | New York | NY | 10010 | |
| 7590298 | H.J. Astle Company | 4 Carol Dr. | | | Lincoln | RI | 02865 | |
| 7589135 | Health Advances LLC | 275 Grove Street, Suite 1-300 | | | Newton | MA | 02466 | |
| 7588054 | HR Search Partners | 555 5th Avenue, Floor 3 | | | New York | NY | 10017 | |
| 7589909 | IHL Consulting Group, Inc. | 3824 Creek View Circle | | | Loganville | GA | 30052 | |
| 7589153 | Impact Personnel, Inc. | 1698 Post Rd East | | | Westport | CT | 06880 | |
| 7590587 | Impax Laboratories, Inc. | Amneal Pharmaceuticals | 400 Crossing Boulevard | | Bridgewater | NJ | 08807 | |
| 7588635 | IMS Health Incorporated | Quintiles | 83 Wooster Heights Road | | Danbury | CT | 06810 | |
| 7589158 | INC Research, LLC | Syneos Health | 1030 Sync Street | | Morrisville | NC | 27560 | |
| 7590322 | Industrial Protection Products, Inc. | 33 Northwestern Dr | | | Salem | NH | 03079 | |
| 7075175 | INSTEDD | 100 S Murphy Avenue | Suite 200 | | SUNNYVALE | CA | 94086 | |
| 7589161 | Integrated Behavioral Health, Inc. | 2 PARK PLZ | STE 1200 | | IRVINE | CA | 92614-2562 | |
| 7589913 | IntelGenX Corp. | 6420 Rue Abrams | | | Saint-Laurent | QC | H4S 1Y2 | Canada |
| 7588748 | Interactive Capture Systems, LLC | 617 Stokes Road | Suite 4-333 | | Medford | NJ | 08055 | |
| 7589165 | Interbrand Corporation | 195 Broadway, 18th Floor | | | New York | NY | 10007 | |
| 7589167 | International Business Machines Corporation | New Orchard Road | | | Armonk | NY | 10504 | |
| 7590505 | Intrexon Corporation | 20358 Seneca Meadows Pkwy | | | Germantown | MD | 20876 | |
| 7589604 | KA Consultants LLC | 50 Millstone Road | Building 400, Suite 100 | | East Windsor | NJ | 08512 | |
| 7589207 | Kenzie & Company, LLC dba The McIntyre Group | 2 Enterprise Drive, Suite 306 | | | Shelton | CT | 06484 | |
| 7589928 | KinderPharm, LLC | 100 Arrandale Blvd, Suite 101 | | | Exton | PA | 19341 | |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Exhibit A
Assumed Counterparties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 7589212 | Klein Hersh International | 220 GIBRALTAR ROAD | SUITE 150 | | HORSHAM | PA | 19044 | |
| 7588103 | KMR Group, Inc. | 150 North Wacker Drive • Suite 1070 | | | Chicago | IL | 60606 | |
| 7588116 | Liaison Technologies, Inc. | OpenText | 275 Frank Tompa Drive | | Waterloo | ON | N2L 0A1 | Canada |
| 7588764 | Liquent, Inc. | 101 Gibraltar Road Suite 200 | | | Horsham | PA | 19044 | |
| 7588120 | LRN Corporation | 745 5th Avenue | 8th Floor | | New York | NY | 10151 | |
| 7589242 | Lucas Group Military Transition Division | Attn: General Counsel | 1110 Vermont Ave NW, Suite 460 | | Washington | DC | 20005 | |
| 7588123 | LZ Lifescience US Inc. | 325 Sentry Parkway, 5 Sentry Park | West Building, Suite 100 | | Blue Bell | PA | 19422 | |
| 7589670 | MARINUS PHARMACEUTICALS, INC. | 5 Radnor Corporate Center | 100 Matsonford Rd | Suite 500 | Radnor | PA | 19087 | |
| 7590340 | Mass Crane & Hoist Services, Inc | 500 Potash Hill Rd, Unit 1 | | | Tyngsboro | MA | 01879 | |
| 7590342 | Matcon | 1835 UNDERWOOD BLVD | SUITE 2 | | DELRAN | NJ | 08075 | |
| 7589270 | MEBIAS Discovery, LLC | 3675 Market Street, Suite 200 | | | Philadelphia | PA | 19104 | |
| 7588143 | Medical Education Network | 132 Chemin de l'Anse | | | Vaudreuil | QC | J7V 8P3 | Canada |
| 7588671 | MedImpact Healthcare Systems Inc. | 10181 Scripps Gateway Ct. | | | San Diego | CA | 92131 | |
| 7588164 | Mountain View Clinical Research, Inc. | 3955 E Exposition Ave | Suite 100/104 | | Denver | CO | 80209 | |
| 7590631 | New Harbor Group | 400 Westminster Street | Suite 204 | | Providence | RI | 02903 | |
| 7590814 | New Harbor Group, LLC | 400 Westminster Street | Suite 204 | | Providence | RI | 02903 | |
| 7588172 | New Orleans Clinical Trial Management, Inc. | Attn: General Counsel | 3801 Houma Blvd., Suite 200 | | Metarie | LA | 70006 | |
| 7589311 | NMS Labs | 200 Welsh Road | | | Horsham | PA | 19044 | |
| 7588175 | North Texas Clinical Research | 1650 W ROSEDALE | ST.300 | | FT. WORTH | TX | 76104 | |
| 7590689 | Novel Laboratories, Inc. | 400 Campus Drive | | | Somerset | NJ | 08873 | |
| 7589984 | Oculos Clinical Research | 201 E Kennedy Blvd | | | Tampa | FL | 33602 | |
| 7588192 | Onward Search, Inc. dba Onward ITG | 40 Danbury Road | | | Wilton | CT | 06897 | |
| 7589325 | Oracle America, Inc. | 500 Oracle Pkwy | | | Redwood City | CT | 94065 | |
| 7590534 | Oriel STAT-A-MATRIX | 1095 Morris Avenue | Suite 103B | | Union | NJ | 07083 | |
| 7589662 | Paratek Pharmaceuticals, Inc., | 75 Park Plaza | 3rd Floor | | Boston | MA | 02116 | |
| 7588207 | Parexel International Corporation | 275 Grove Street | Suite 101C | | Newton | MA | 02466 | |
| 7589343 | Pharma Communications, Inc. | 4300 Biscayne Blvd., Suite 203 | | | Miami | FL | 33137 | |
| 7588216 | PHARMACENTRA LLC | PO BOX 166 | | | AMERICUS | GA | 31709-0166 | |
| 7588218 | Pharmaceutical Data Services, Inc. | PDS | 3000 Whitney Ave | Box 138 | Hamden | CT | 06518 | |
| 7589352 | Phase Forward Inc. | 77 Fourth Avenue | | | Waltham | MA | 02451 | |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 4 of 6

Exhibit A

Assumed Counterparties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 7588241 | Pleio, Inc. | 600 Third Avenue | Suite 200 | | New York | NY | 10016 | |
| 7588566 | Poms Corporation | 196 Van Buren St | Ste 200 | | Herndon | VA | 20170-5337 | |
| 7588796 | Principled Strategies, Inc. | 2002 Jimmy Durante Blvd, Suite 202 | | | Del Mar | CA | 92014 | |
| 7589376 | Pub Man, Inc. | 180 Interstate North Parkway | Suite 150 | | Atlanta | GA | 30339 | |
| 7077684 | QDISCOVERY LLC | XDD Company | 125 Eugene O'Neill Drive, Suite 140 | | New London | CT | 06320 | |
| 7588270 | R&D Partners | 920 Main St | | | Redwood City | CA | 94063 | |
| 7590192 | Radius Global Market Research | 120 Fifth Avenue | | | New York | NY | 10011 | |
| 7590387 | Regan Heating and Air Conditioning, Inc. | 16 Hylestead St. | | | Providence | RI | 02905 | |
| 7588574 | Relsys International, Inc. | Oracle | 500 Oracle Pkwy | | Redwood City | CA | 94065 | |
| 7588285 | Response Companies | 56 West 45th Street, 2nd Floor | | | New York | NY | 10036 | |
| 7588849 | Revitas, Inc. | Model N | Pacific Shores Center, 1600 Seaport Boulevard | Suite 400 | Redwood City | CA | 94063 | |
| 7588802 | RSA Security, Inc. | 176 Middlesex Turnpike | | | Bedford | MA | 01730 | |
| 7590592 | Sandoz Inc. | 100 College Rd W | | | Princeton | NJ | 08540 | |
| 7588316 | Shyft Analytics, Inc. | 110 High St | | | Boston | MA | 02110 | |
| 7588318 | Simon-Kucher & Partners, Strategy and Marketing Consultants, LLC | 201 Washington Street | One Boston Place, Suite 3301 | | Boston | MA | 02108 | |
| 7588320 | SIMR, LLC dba StatinMed Research | 4110 Varsity Dr | | | Ann Arbor | MI | 48108 | |
| 7588586 | Software AG USA, Inc. | 11700 Plaza America Drive, Suite 700 | | | Reston | VA | 20190 | |
| 7588326 | Solomon-Page Group, LLC | 260 Madison Avenue | | | New York | NY | 10016 | |
| 7590408 | Sparta Systems, Inc. | 2000 Waterview Drive, Suite 300 | | | Holmdel | NJ | 08691 | |
| 7588347 | Strategic Public Partners, LLC | 815 Grandview Ave | Suite 300 | | Columbus | OH | 43215 | |
| 7589457 | Summit Research Network, Inc. | 2701 NW Vaughn St., Suite 350 | | | Portland | OR | 97210 | |
| 7588592 | Supply Chain Technologies LLC | 2001 TECHNOLOGY CENTER DRIVE | | | ATLANTA | GA | 30303 | |
| 7588350 | Systech International | 214 Carnegie Center, Suite 101 | | | Princeton | NJ | 08540 | |
| 7590566 | Tetra Bio-Pharma | 2316 St-Joseph Blvd. | | | Orleans | ON | K1C 1E8 | Canada |
| 12065447 | Teva Canada Limited | 1200-1080 Côte du Beaver Hall | 425 Privet Road | | Montréal | QC | H2Z 1S8 | Canada |
| 7588361 | The Aldrich Group, Inc. | 15 East Putnam Avenue | Box 342 | | Greenwich | CT | 06830 | |
| 7590417 | The Fitzpatrick Company | 90 Glacier Drive - Suite 1000 | | | Westwood | MA | 02090 | |
| 7588383 | The Stevenson Group | 2200 Fletcher Avenue, Suite 508 | | | Fort Lee | NJ | 07024 | |
| 7590666 | Tibco Software, Inc. | 3303 Hillview Ave | | | Palo Alto | CA | 94304 | |

Exhibit A

Assumed Counterparties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 7588398 | TraceLink Inc | 400 Riverpark Drive, Suite 200 | | | North Reading | MA | 01864 | |
| 7589489 | Transcept Pharmaceuticals, Inc. | Paratek Pharmaceuticals | 75 Park Plaza, 4th Floor | | Boston | MA | 02116 | |
| 7590092 | Traxx International Corporation | 8337 W. Sunset Road, Suite 250 | | | Las Vegas | NV | 89113 | |
| 7590216 | TrialCard Incorporated | 2250 Perimeter Park Dr. | #300 | | Mooresville | NC | 27560 | |
| 7590576 | Univar USA Inc. | 3075 Highland Pkwy | Ste 200 | | Downers Grove | IL | 60515 | |
| 7588602 | Varonis Systems, Inc. | 1250 Broadway, 29th Floor | | | New York | NY | 10001 | |
| 7588439 | VelQuest Corporation | 25 South Street | | | Hopkinton | MA | 01748 | |
| 7588604 | Venafi, Inc. | 175 E 400 S, Suite 300 | | | Salt Lake City | UT | 84111 | |
| 7589734 | Viking Healthcare Solutions, Inc. | 28 ANDOVOR STREET | SUITE 100 | | ANDOVER | MA | 01810 | |
| 7588444 | Wake Research Associates, LLC | 2601 Lake Drive | Suites 101 and 201 | | Raleigh | NC | 27607 | |
| 7589529 | Windsor Resources, Inc. | 515 Madison Avenue | Suite 8010 | | New York | NY | 10022 | |
| 7588612 | Winshuttle, LLC | 19820 North Creek Pkwy | Suite 200 | | Bothell | WA | 98011 | |
| 7590583 | Woodard & Curan | 33 Broad St, Floor 7 | | | Providence | RI | 02903 | |
| 7590443 | WSP USA Corp | One Penn Plaza | | | New York | NY | 10019 | |
| 7590585 | Yankee Fiber Control, Inc. | 50 Industrial Way | | | Seekonk | MA | 02771 | |
| 7590224 | Yuanyuan (Angela) Tao | 483 Water St | | | Framingham | MA | 01701-7610 | |
| 7590125 | ZenQMS, LLC | 40 Coulter Ave, 265 | | | Ardmore | PA | 19003 | |