UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**SEVENTH SUPPLEMENTAL DECLARATION OF
LISA DONAHUE OF ALIXPARTNERS, LLP**

Pursuant to 28 U.S.C. § 1746, I, Lisa Donahue, state under penalty of perjury, that:

1.  I am a Managing Director of AlixPartners, LLP ("**AlixPartners**"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2.  Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3.  I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "**Debtors**") to supplement the disclosures set forth in my original declaration dated November 5, 2019 [ECF No. 429], my supplemental declaration dated December 5, 2019 [ECF No. 578], the supplemental declaration of Jesse DelConte of AlixPartners, LLP dated December 18, 2019 [ECF No. 671], my supplemental declaration dated December 19, 2019 [ECF No. 678], my supplemental declaration dated December 15, 2020 [ECF No. 2137], and my supplemental declaration dated March 12, 2021 [ECF No. 2468].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

4. Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings and each of their respective subsidiaries. AlixPartners would like to disclose the following:

- Gartner Inc., a vendor to the Debtors, is a professional to current AP clients in matters unrelated to the Debtors. Gartner is a former employer of current AP employees.

- Lieberman Inc., a vendor to the Debtors, is a professional to current AP clients in matters unrelated to the Debtors.

- ServiceNow Inc., a vendor to the Debtors, is a current AP vendor.

- Skillsoft Corporation, a vendor to the Debtors, is a lienholder and affiliate to current AP clients in matters unrelated to the Debtors. Skillsoft is a current AP client in matters unrelated to the Debtors.

- VMware Inc., a vendor to the Debtors, is a professional to current AP clients in matters unrelated to the Debtors. VMware is a current and former AP client in matters unrelated to the Debtors.

5. AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: August 30, 2021         AlixPartners, LLP
       New York, New York

                               */s/ Lisa Donahue*
                               Lisa Donahue
                               Managing Director