```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:                                            :    Chapter 11
                                                  :
PURDUE PHARMA L.P., et al.,                       :    Case No. 19-23649 (RDD)
                                                  :
                           Debtors.[1]            :    (Jointly Administered)
                                                  :
------------------------------------------------------------ x
```

**STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES
OF PJT PARTNERS LP FOR THE PERIOD OF
JULY 1, 2021 THROUGH JULY 31, 2021**

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of July 1, 2021 through July 31, 2021 (the "Nineteenth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

**I. Background**

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2. On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3. On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4. On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5. For the Nineteenth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $471.98, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,471.98 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Nineteenth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Nineteenth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses.

2

Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Nineteenth Compensation Period but not included herein.

6. An invoice detailing the monthly fees earned and out-of-pocket expenses incurred by PJT during the Nineteenth Compensation Period is attached hereto as Appendix A. A summary of the compensation earned and out-of-pocket expenses incurred during the Nineteenth Compensation Period is outlined below:

| Nineteenth Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| July 1 – 31, 2021 | $225,000.00 | ($45,000.00) | $471.98 | **$180,471.98** |

7. The amount of compensation and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.  PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 246.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Nineteenth Compensation Period are provided in Appendix B. A summary of the total amount of hours expended by PJT professionals is provided below:

| **Professional** | **July 2021** |
|---|---|
| Jamie O'Connell | 16.5 |
| Joe Turner | 58.0 |
| Tom Melvin | 107.0 |
| Jovana Arsic | 24.0 |
| Lukas Schwarzmann | 40.5 |
| **Total Hours** | **246.0** |

3

### III. Requested Relief

8. Pursuant to the Retention Order and the Procedures Order, with respect to PJT's (a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of $471.98, in each case earned or incurred during the Nineteenth Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---:|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | 471.98 |
| **Total Amount Due** | **$180,471.98** |

Dated: August 30, 2021

PJT PARTNERS LP

By: */s/ John James O'Connell III*
John James O'Connell III
Partner
280 Park Avenue
New York, NY 10017
(212) 364-7800

4

# APPENDIX A

**PJT Partners**

August 12, 2021

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---:|---:|
| Monthly Fee for the period of July 1, 2021 through July 31, 2021: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |
| Out-of-pocket expenses processed through July 28, 2021:[1] | | |
|     Ground Transportation    $   31.98 | | |
|     Meals    440.00 | | 471.98 |
| **Total Amount Due** | **$** | **180,471.98** |

**Invoice No. 10018398**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Jul-21 | Total Expenses |
|---|---:|---:|
| Ground Transportation | $ 31.98 | $ 31.98 |
| Employee Meals | 440.00 | 440.00 |
| **Total Expenses** | **$ 471.98** | **$ 471.98** |
|  |  |  |
| **Ground Transportation** |  | **$ 31.98** |
| **Meals** |  | **440.00** |
|  |  |  |
| **Total Expenses** |  | **$ 471.98** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through July 28, 2021**
**Invoice No. 10018398**

| | | | |
|---|---|---|---|
| **Communications** | | | |
| Melvin (wi-fi access while traveling) | 03/17/21 | 8.00 | |
| Melvin (wi-fi access while traveling) | 04/17/21 | 23.98 | |
| **Subtotal - Communications** | | $ | **31.98** |
| | | | |
| **Employee Meals** | | | |
| Melvin (weeknight working dinner meal) | 03/31/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 04/01/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 04/06/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 04/07/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 04/08/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 04/19/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 04/20/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 04/22/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 04/29/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 05/10/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 05/11/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 05/13/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 05/19/21 | 20.00 | |
| Schwarzmann (weeknight working dinner meal) | 03/29/21 | 20.00 | |
| Schwarzmann (weeknight working dinner meal) | 03/30/21 | 20.00 | |
| Schwarzmann (weeknight working dinner meal) | 04/05/21 | 20.00 | |
| Schwarzmann (weekend working dinner meal) | 04/18/21 | 20.00 | |
| Schwarzmann (weeknight working dinner meal) | 04/22/21 | 20.00 | |
| Schwarzmann (weekend working lunch meal) | 04/24/21 | 20.00 | |
| Schwarzmann (weeknight working dinner meal) | 05/10/21 | 20.00 | |
| Schwarzmann (weeknight working dinner meal) | 05/25/21 | 20.00 | |
| Wu (weeknight working dinner meal) | 03/29/21 | 20.00 | |
| **Subtotal - Employee Meals** | | | **440.00** |
| | | | |
| **Total Expenses** | | $ | **471.98** |

# APPENDIX B

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 16.5 |
| Joe Turner | Managing Director | 58.0 |
| Tom Melvin | Vice President | 107.0 |
| Jovana Arsic | Associate | 24.0 |
| Lukas Schwarzmann | Analyst | 40.5 |
| | **Total** | **246.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 07/08/21 | 0.5 | Review mediator report |
| Jamie O'Connell | 07/08/21 | 1.0 | Weekly update call with management and advisors |
| Jamie O'Connell | 07/09/21 | 0.5 | Review and comment on interim fee application |
| Jamie O'Connell | 07/12/21 | 0.5 | Internal team meeting regarding various matters |
| Jamie O'Connell | 07/13/21 | 0.5 | Dialed into Special Committee meeting |
| Jamie O'Connell | 07/13/21 | 0.5 | Weekly update call with advisors |
| Jamie O'Connell | 07/14/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 07/15/21 | 1.0 | Weekly update call with management and advisors |
| Jamie O'Connell | 07/20/21 | 0.5 | Call with counsel regarding plan matters |
| Jamie O'Connell | 07/20/21 | 0.5 | Weekly update call with advisors |
| Jamie O'Connell | 07/22/21 | 1.0 | Weekly update call with management and advisors |
| Jamie O'Connell | 07/22/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 07/26/21 | 1.0 | Calls regarding plan matters |
| Jamie O'Connell | 07/26/21 | 0.5 | Internal team meeting regarding various matters |
| Jamie O'Connell | 07/27/21 | 1.0 | Dialed into Special Committee meeting |
| Jamie O'Connell | 07/27/21 | 0.5 | Weekly update call with advisors |
| Jamie O'Connell | 07/28/21 | 1.0 | Dialed into Board call (did not attend entire session) |
| Jamie O'Connell | 07/28/21 | 1.0 | Conference call with counsel regarding confirmation matters |
| Jamie O'Connell | 07/28/21 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 07/29/21 | 1.0 | Weekly update call with management and advisors |
| Jamie O'Connell | 07/29/21 | 1.0 | Dialed into court hearing |
| Jamie O'Connell | 07/30/21 | 1.0 | Review and comment on draft document |
| Jamie O'Connell | 07/30/21 | 0.5 | Internal team meeting regarding draft document |
| | | **16.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 07/01/21 | 1.0 | Call with company and counsel regarding NewCo documents |
| Joe Turner | 07/01/21 | 1.5 | Review of various Debtor and NewCo documents |
| Joe Turner | 07/06/21 | 0.5 | Weekly update call with advisors |
| Joe Turner | 07/06/21 | 1.0 | Call with company and counsel regarding NewCo documents |
| Joe Turner | 07/06/21 | 1.5 | Review of various Debtor and NewCo documents |
| Joe Turner | 07/06/21 | 1.0 | Various communications with company and counsel |
| Joe Turner | 07/08/21 | 0.5 | Review mediator report |
| Joe Turner | 07/08/21 | 1.0 | Weekly update call with management and advisors |
| Joe Turner | 07/08/21 | 1.0 | Review of various financial analyses |
| Joe Turner | 07/09/21 | 1.0 | Review of various financial analyses |
| Joe Turner | 07/09/21 | 0.5 | Discussion with company regarding various items |
| Joe Turner | 07/12/21 | 0.5 | Internal team meeting regarding various matters |
| Joe Turner | 07/12/21 | 0.5 | Call with company and counsel regarding NewCo documents |
| Joe Turner | 07/12/21 | 1.0 | Call with various stakeholders regarding NewCo documents |
| Joe Turner | 07/12/21 | 2.0 | Review of various Debtor and NewCo documents |
| Joe Turner | 07/13/21 | 1.0 | Dialed into Special Committee meeting |
| Joe Turner | 07/12/21 | 0.5 | Call with various stakeholders regarding financial analyses |
| Joe Turner | 07/12/21 | 0.5 | Various communications with company, counsel and Alix |
| Joe Turner | 07/13/21 | 0.5 | Weekly update call with advisors |
| Joe Turner | 07/14/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 07/14/21 | 2.0 | Dialed in to board meeting (including prep time) |
| Joe Turner | 07/14/21 | 1.0 | Review of various financial analyses |
| Joe Turner | 07/15/21 | 1.0 | Weekly update call with management and advisors |
| Joe Turner | 07/15/21 | 0.5 | Various communications with company, counsel and Alix |
| Joe Turner | 07/16/21 | 1.0 | Diligence call with creditor advisors regarding business plan (including prep time) |
| Joe Turner | 07/16/21 | 0.5 | Call with PJT and Alix personnel regarding financial item |
| Joe Turner | 07/20/21 | 0.5 | Call with counsel regarding plan matters |
| Joe Turner | 07/20/21 | 1.0 | Review of various financial analyses |
| Joe Turner | 07/20/21 | 0.5 | Weekly update call with advisors |
| Joe Turner | 07/22/21 | 1.0 | Weekly update call with management and advisors |
| Joe Turner | 07/22/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 07/23/21 | 1.5 | Review of financial analysis and call with company to discuss |
| Joe Turner | 07/26/21 | 2.0 | Calls regarding plan matters |
| Joe Turner | 07/26/21 | 1.0 | Review of various financial analyses |
| Joe Turner | 07/26/21 | 0.5 | Internal team meeting regarding various matters |
| Joe Turner | 07/26/21 | 0.5 | Call with potential third party stakeholder |
| Joe Turner | 07/26/21 | 1.0 | Review of and response to various emails related to financial analysis |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 07/27/21 | 1.0 | Dialed into Special Committee meeting |
| Joe Turner | 07/27/21 | 0.5 | Weekly update call with advisors |
| Joe Turner | 07/28/21 | 1.5 | Dialed into Board call |
| Joe Turner | 07/28/21 | 1.0 | Conference call with counsel regarding confirmation matters |
| Joe Turner | 07/28/21 | 3.0 | Review of prior and current financial analyses |
| Joe Turner | 07/28/21 | 1.0 | Review of and response to various emails related to financial analysis |
| Joe Turner | 07/28/21 | 1.0 | Call with counsel regarding declarations |
| Joe Turner | 07/29/21 | 1.0 | Weekly update call with management and advisors |
| Joe Turner | 07/29/21 | 3.0 | Dialed into court hearing |
| Joe Turner | 07/29/21 | 0.5 | Call with potential third party stakeholder |
| Joe Turner | 07/30/21 | 2.5 | Review and edit of draft document |
| Joe Turner | 07/30/21 | 3.0 | Review of prior and current financial analyses |
| Joe Turner | 07/30/21 | 1.0 | Review of and response to various emails related to financial analysis |
| Joe Turner | 07/30/21 | 0.5 | Internal team meeting regarding draft document |
| Joe Turner | 07/31/21 | 2.0 | Review and edit of draft document |
| Joe Turner | 07/31/21 | 2.0 | Review of prior and current financial analyses |
| | | **58.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 07/01/21 | 1.0 | Weekly call with debtor advisors and management |
| Thomas Melvin | 07/01/21 | 0.5 | Call with Company management to discuss financial analysis |
| Thomas Melvin | 07/01/21 | 1.0 | Call with Company management, DPW and AlixPartners to discuss NewCo formation |
| Thomas Melvin | 07/01/21 | 2.0 | Review various materials and analyses at request of DPW |
| Thomas Melvin | 07/02/21 | 1.0 | E-mail correspondence with AlixPartners and Company management regarding various matters |
| Thomas Melvin | 07/02/21 | 0.5 | Review materials at request of DPW and Company management |
| Thomas Melvin | 07/03/21 | 1.0 | Review AlixPartners analysis |
| Thomas Melvin | 07/03/21 | 1.0 | Review draft presentation provided by Company |
| Thomas Melvin | 07/03/21 | 0.5 | Review draft document from DPW |
| Thomas Melvin | 07/05/21 | 0.5 | Call with AlixPartners to discuss request from Company management |
| Thomas Melvin | 07/05/21 | 1.5 | Review Plan updates |
| Thomas Melvin | 07/05/21 | 3.0 | Prepare and review analysis at request of management |
| Thomas Melvin | 07/05/21 | 1.0 | Update and review various financial analyses |
| Thomas Melvin | 07/05/21 | 1.0 | E-mail correspondence with AlixPartners and internal team related to various matters |
| Thomas Melvin | 07/06/21 | 0.5 | Call with Company management and AlixPartners to discuss financial analysis |
| Thomas Melvin | 07/06/21 | 0.5 | Weekly debtor advisors call |
| Thomas Melvin | 07/06/21 | 0.5 | Call with Company management, DPW and AlixPartners to discuss NewCo formation |
| Thomas Melvin | 07/06/21 | 0.5 | Call with AlixPartners and creditor financial advisors to discuss Plan supplement materials |
| Thomas Melvin | 07/06/21 | 2.0 | Prepare and review analysis at request of management |
| Thomas Melvin | 07/06/21 | 1.0 | Review AlixPartners analyses |
| Thomas Melvin | 07/06/21 | 1.5 | Review Plan-related updates and materials |
| Thomas Melvin | 07/06/21 | 1.0 | E-mail correspondence with AlixPartners, DPW and internal team regarding various matters |
| Thomas Melvin | 07/07/21 | 3.0 | Review Plan-related updates |
| Thomas Melvin | 07/07/21 | 1.5 | Review AlixPartners analysis |
| Thomas Melvin | 07/07/21 | 1.5 | E-mail correspondence with AlixPartners, Company management and DPW regarding various matters |
| Thomas Melvin | 07/08/21 | 1.0 | Weekly call with debtor advisors and management |
| Thomas Melvin | 07/08/21 | 2.0 | Review Plan-related updates from DPW |
| Thomas Melvin | 07/08/21 | 1.5 | Review various analyses related to Plan |
| Thomas Melvin | 07/09/21 | 1.5 | Review Plan-related updates from DPW |
| Thomas Melvin | 07/09/21 | 1.0 | Review various analyses related to Plan |
| Thomas Melvin | 07/09/21 | 1.5 | Review AlixPartners analysis |
| Thomas Melvin | 07/09/21 | 0.5 | E-mail correspondence with AlixPartners related to Plan updates |
| Thomas Melvin | 07/12/21 | 0.5 | Weekly internal team meeting |
| Thomas Melvin | 07/12/21 | 0.5 | Call with Company management, DPW and AlixPartners to discuss governance-related matters |
| Thomas Melvin | 07/12/21 | 0.5 | Call with DPW, Company management and creditor advisors to discuss ongoing negotiations |
| Thomas Melvin | 07/12/21 | 2.0 | Review various analyses related to Plan |
| Thomas Melvin | 07/12/21 | 1.0 | Review questions and requests from creditor financial advisors |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 07/12/21 | 1.5 | Review Plan-related updates from DPW |
| Thomas Melvin | 07/12/21 | 1.0 | E-mail correspondence with AlixPartners and creditor financial advisors regarding various matters |
| Thomas Melvin | 07/13/21 | 1.0 | Attended Special Committee meeting |
| Thomas Melvin | 07/13/21 | 0.5 | Weekly debtor advisors call |
| Thomas Melvin | 07/13/21 | 1.5 | Prepare and review presentation at request of management |
| Thomas Melvin | 07/14/21 | 2.0 | Attended Board meeting |
| Thomas Melvin | 07/14/21 | 1.5 | Review Plan-related updates from DPW |
| Thomas Melvin | 07/14/21 | 0.5 | Prepare and review agenda for weekly call |
| Thomas Melvin | 07/15/21 | 1.0 | Weekly call with debtor advisors and management |
| Thomas Melvin | 07/15/21 | 2.0 | Review Plan-related updates from DPW |
| Thomas Melvin | 07/15/21 | 1.0 | E-mail correspondence with DPW, AlixPartners and Company management regarding upcoming meetings |
| Thomas Melvin | 07/16/21 | 0.5 | Call with DPW, AlixPartners and creditor financial advisors to discuss certain negotiations |
| Thomas Melvin | 07/16/21 | 1.5 | Review AlixPartners analysis |
| Thomas Melvin | 07/16/21 | 1.0 | Review Plan-related updates from DPW |
| Thomas Melvin | 07/16/21 | 1.0 | Review DPW edits to draft of presentation for management |
| Thomas Melvin | 07/19/21 | 0.5 | Call with AlixPartners and Company management to discuss financial analysis |
| Thomas Melvin | 07/20/21 | 1.0 | Call with DPW and AlixPartners to discuss various matters |
| Thomas Melvin | 07/20/21 | 0.5 | Weekly debtor advisors call |
| Thomas Melvin | 07/20/21 | 2.0 | Review confirmation-related materials provided by DPW |
| Thomas Melvin | 07/20/21 | 1.5 | Review Company presentation provided by management |
| Thomas Melvin | 07/20/21 | 2.0 | Review various financial analyses |
| Thomas Melvin | 07/20/21 | 0.5 | E-mail correspondence with DPW and internal team related to various analysis and Plan-related matters |
| Thomas Melvin | 07/21/21 | 0.5 | Call with DPW to discuss updated financial analysis |
| Thomas Melvin | 07/21/21 | 1.0 | Review Company presentation provided by management |
| Thomas Melvin | 07/22/21 | 1.0 | Weekly call with debtor advisors and management |
| Thomas Melvin | 07/22/21 | 1.5 | Review AlixPartners analysis |
| Thomas Melvin | 07/22/21 | 1.5 | Review updated Plan-related materials from DPW |
| Thomas Melvin | 07/23/21 | 0.5 | Call with AlixPartners and Company management to discuss financial analysis |
| Thomas Melvin | 07/23/21 | 1.0 | Review Company presentation provided by management |
| Thomas Melvin | 07/23/21 | 1.0 | Review AlixPartners analysis and files provided by Company to DPW |
| Thomas Melvin | 07/24/21 | 0.5 | Review files provided by Company management to DPW |
| Thomas Melvin | 07/25/21 | 1.0 | Review files provided by AlixPartners to DPW |
| Thomas Melvin | 07/26/21 | 0.5 | Call with AlixPartners to discuss financial analysis |
| Thomas Melvin | 07/26/21 | 0.5 | Weekly internal team meeting |
| Thomas Melvin | 07/26/21 | 1.0 | Review files provided by AlixPartners to DPW |
| Thomas Melvin | 07/26/21 | 1.5 | Review updated Plan-related materials from DPW |
| Thomas Melvin | 07/26/21 | 1.0 | Review AlixPartners analysis |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 07/26/21 | 1.5 | Prepare and format files in response to request from DPW |
| Thomas Melvin | 07/27/21 | 1.0 | Attended Special Committee meeting |
| Thomas Melvin | 07/27/21 | 0.5 | Weekly debtor advisors call |
| Thomas Melvin | 07/27/21 | 0.5 | Call with J. Turner to discuss various matters |
| Thomas Melvin | 07/27/21 | 1.5 | Review and format files in response to request from DPW |
| Thomas Melvin | 07/27/21 | 2.0 | Review confirmation-related materials provided by DPW |
| Thomas Melvin | 07/27/21 | 1.0 | E-mail correspondence with DPW, AlixPartners and internal team regarding various matters |
| Thomas Melvin | 07/28/21 | 2.5 | Attended Board meeting |
| Thomas Melvin | 07/28/21 | 1.0 | Call with DPW and AlixPartners to discuss confirmation-related matters |
| Thomas Melvin | 07/28/21 | 2.5 | Review updated confirmation-related materials provided by DPW |
| Thomas Melvin | 07/28/21 | 1.0 | Review AlixPartners analysis |
| Thomas Melvin | 07/28/21 | 0.5 | Prepare and review weekly agenda |
| Thomas Melvin | 07/29/21 | 1.0 | Weekly call with debtor advisors and management |
| Thomas Melvin | 07/29/21 | 2.0 | Dialed into court hearing |
| Thomas Melvin | 07/29/21 | 2.5 | Review updated confirmation-related materials provided by DPW |
| Thomas Melvin | 07/29/21 | 1.0 | E-mail correspondence with internal team and DPW regarding upcoming confirmation-related filings |
| Thomas Melvin | 07/30/21 | 0.5 | Call with internal team to discuss confirmation-related matters |
| Thomas Melvin | 07/30/21 | 1.0 | Review analysis requested by Company management |
| Thomas Melvin | 07/30/21 | 1.5 | Review updated confirmation-related materials provided by DPW |
|  |  | **107.0** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 07/01/21 | 1.0 | Call with company and counsel regarding model |
| Jovana Arsic | 07/01/21 | 0.5 | Weekly update call with management and advisors |
| Jovana Arsic | 07/06/21 | 0.5 | Weekly update call with advisors |
| Jovana Arsic | 07/06/21 | 1.0 | Call with company and counsel regarding model |
| Jovana Arsic | 07/08/21 | 1.0 | Weekly update call with management and advisors |
| Jovana Arsic | 07/08/21 | 1.0 | Review of various financial analyses |
| Jovana Arsic | 07/09/21 | 1.0 | Review of various financial analyses |
| Jovana Arsic | 07/12/21 | 0.5 | Internal team meeting regarding various matters |
| Jovana Arsic | 07/12/21 | 0.5 | Call with various stakeholders regarding financial analyses |
| Jovana Arsic | 07/13/21 | 0.5 | Weekly update call with advisors |
| Jovana Arsic | 07/14/21 | 1.0 | Review of various financial analyses |
| Jovana Arsic | 07/15/21 | 1.0 | Weekly update call with management and advisors |
| Jovana Arsic | 07/16/21 | 1.0 | Diligence call with creditor advisors |
| Jovana Arsic | 07/16/21 | 0.5 | Call with PJT and Alix personnel regarding financial item |
| Jovana Arsic | 07/20/21 | 1.0 | Review of various financial analyses |
| Jovana Arsic | 07/20/21 | 0.5 | Weekly update call with advisors |
| Jovana Arsic | 07/22/21 | 1.0 | Weekly update call with management and advisors |
| Jovana Arsic | 07/23/21 | 1.5 | Review of financial analysis and call with company to discuss |
| Jovana Arsic | 07/26/21 | 0.5 | Calls regarding plan matters |
| Jovana Arsic | 07/26/21 | 0.5 | Internal team meeting regarding various matters |
| Jovana Arsic | 07/26/21 | 1.0 | Review various financial analyses |
| Jovana Arsic | 07/27/21 | 0.5 | Weekly update call with advisors |
| Jovana Arsic | 07/28/21 | 2.0 | Review of prior and current financial analyses |
| Jovana Arsic | 07/29/21 | 1.0 | Weekly update call with management and advisors |
| Jovana Arsic | 07/29/21 | 3.0 | Dialed into court hearing |
| Jovana Arsic | 07/30/21 | 0.5 | Internal team meeting regarding draft document |
|  |  | **24.0** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 07/01/21 | 1.0 | Call with company and counsel regarding model |
| Lukas Schwarzmann | 07/01/21 | 0.5 | Weekly update call with management and advisors |
| Lukas Schwarzmann | 07/05/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 07/06/21 | 0.5 | Weekly update call with advisors |
| Lukas Schwarzmann | 07/06/21 | 1.0 | Call with company and counsel regarding model |
| Lukas Schwarzmann | 07/08/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 07/08/21 | 1.0 | Weekly update call with management and advisors |
| Lukas Schwarzmann | 07/09/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 07/12/21 | 0.5 | Internal team meeting regarding various matters |
| Lukas Schwarzmann | 07/12/21 | 0.5 | Call with various stakeholders regarding financial analyses |
| Lukas Schwarzmann | 07/12/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 07/13/21 | 0.5 | Weekly update call with advisors |
| Lukas Schwarzmann | 07/15/21 | 1.0 | Weekly update call with management and advisors |
| Lukas Schwarzmann | 07/16/21 | 1.0 | Diligence call with creditor advisors |
| Lukas Schwarzmann | 07/16/21 | 0.5 | Call with PJT and Alix personnel regarding financial item |
| Lukas Schwarzmann | 07/20/21 | 0.5 | Weekly update call with advisors |
| Lukas Schwarzmann | 07/20/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 07/22/21 | 1.0 | Weekly update call with management and advisors |
| Lukas Schwarzmann | 07/26/21 | 0.5 | Calls regarding plan matters |
| Lukas Schwarzmann | 07/26/21 | 0.5 | Internal team meeting regarding various matters |
| Lukas Schwarzmann | 07/26/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 07/27/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 07/27/21 | 0.5 | Weekly update call with advisors |
| Lukas Schwarzmann | 07/29/21 | 1.0 | Weekly update call with management and advisors |
| Lukas Schwarzmann | 07/29/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 07/30/21 | 0.5 | Internal team meeting regarding draft document |
| Lukas Schwarzmann | 07/30/21 | 2.0 | Financial analysis |
| | | **40.5** | |