**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| **Debtors.** | (Jointly Administered) |

**TWENTY-THIRD MONTHLY FEE STATEMENT OF ARNOLD & PORTER KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM JULY 1, 2021 THROUGH JULY 31, 2021**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | July 1, 2021 through July 31, 2021 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
| --- | --- |
| Total Compensation Incurred | $157,084.24[2] |
| Less 20% Holdback | $31,416.85 |
| Total Reimbursement Requested | $0.00 |
| Total Compensation and Reimbursement Requested in this Statement | $125,667.39 |

**This is a(n):**   <u>X</u> Monthly Application   ___ Interim Application   ___ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from July 1, 2021 Through July 31, 2021* (this "**Fee Statement**").[3]   By this Fee Statement, A&P seeks (i) compensation in the amount of

---

[2]   This amount reflects a reduction in fees in the amount of $27,720.76 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]   The period from July 1, 2021, through and including July 31, 2021, is referred to herein as the "**Fee Period**."

$125,667.39 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $157,084.24) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $157,084.24 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $125,667.39.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $784.07.[4]  The blended hourly billing rate of all paraprofessionals is $324.80.[5]

3.      A&P did not incur or disburse any expenses during the Fee Period..

4.      Attached hereto as **Exhibit C** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

## **Notice**

5.      A&P will provide notice of this Fee Statement in accordance with the Interim

Compensation Order. A&P submits that no other or further notice be given.


*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $125,667.39, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $157,084.24) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

August 31, 2021                                    Respectfully submitted,


By:  _/s/ Rory Greiss_

**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

***Special Counsel to the Debtors***

## Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Miscellaneous - General Advice | 6.60 | $6,047.75 |
| Commercial Contracts Advice | 25.90 | $18,955.00 |
| Regulatory Advice | 0.90 | $887.40 |
| Project Alive | 8.40 | $7,355.47 |
| Retention and Fee Applications | 10.20 | $6,064.75 |
| Project Montana | 39.20 | $35,496.42 |
| Project Chione | 0.80 | $826.20 |
| Government Contracts | 55.60 | $39,505.45 |
| IT Contract Advice | 0.50 | $476.00 |
| Project Falcon | 55.70 | $41,469.80 |
| **Total[6]** | **203.80** | **$157,084.24** |

---

[6]  This amount reflects a reduction in fees in the amount of $27,720.76 on account of voluntary discounts as described in the Retention Application.

**Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,000.00 | 1.60 | $1,600.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,420.00 | 1.80 | $2,556.00 |
| Greiss, Rory | Partner | 1981 | 1,215.00 | 29.50 | $35,842.50 |
| Handwerker, Jeffrey L. | Partner | 1995 | 1,195.00 | 20.30 | $24,258.50 |
| Rothman, Eric | Partner | 2008 | 990.00 | 24.50 | $24,255.00 |
| Schmidt, John | Partner | 1994 | 1,160.00 | 1.10 | $1,276.00 |
| Danias, Peter | Counsel | 1983 | 1,050.00 | 6.10 | $6,405.00 |
| Fornataro, Matthew | Counsel | 2009 | 930.00 | 1.00 | $930.00 |
| Moskatel, Ira | Counsel | 1975 | 1,120.00 | 0.50 | $560.00 |
| Wootton, Barbara H. | Counsel | 1998 | 1,035.00 | 25.50 | $26,392.50 |
| Gwinn, Michael | Associate | 2019 | 595.00 | 29.30 | $17,433.50 |
| Henderson, Danielle | Associate | 2015 | 850.00 | 12.50 | $10,625.00 |
| Joo, Daisy Y. | Associate | 2020 | 595.00 | 1.00 | $595.00 |
| Miljevic, Mina | Associate | 2016 | 815.00 | 2.10 | $1,711.50 |
| Park, Sora | Associate | 2021 | 520.00 | 7.30 | $3,796.00 |
| Pettit, Thomas A. | Associate | 2017 | 815.00 | 4.00 | $3,260.00 |
| Young, Dylan | Associate | 2016 | 815.00 | 17.70 | $14,425.50 |
| Zausner, Ethan | Associate | 2017 | 815.00 | 1.50 | $1,222.50 |
| Ryan, Warlesha | Staff Attorney | 2009 | 510.00 | 10.60 | $5,406.00 |
| Reddix, Darrell | Legal Assistant | | 405.00 | 5.40 | $2,187.00 |
| Barrett, Steven | Docket Clerk | | 135.00 | 0.50 | $67.50 |
| **Total** | | | | **203.80** | **$184,805.00** |
| Less 15% Discount | | | | | ($27,720.76) |
| **Discounted Total** | | | | | **$157,084.24** |
| Less 20% Holdback | | | | | ($31,416.85) |
| **Total Amount Requested Herein** | | | | | **$125,667.39** |

**<u>Exhibit C</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

August 30, 2021
Invoice # 30131359
EIN 53-0208605

**Client/Matter # 1049218.00001**

Miscellaneous

1000000570

| | | |
|---|---|---|
| **For Legal Services Rendered through July 31, 2021** | $ | 7,115.00 |
| Less Discount: | | -1,067.25 |
| **Fee Total** | | 6,047.75 |
| **Total Amount Due** | $ | 6,047.75 |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

Or Remit To:          Arnold & Porter Kaye Scholer LLP
                      P.O. Box 759451
                      Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 30, 2021                                                                 Invoice # 30131359

**(1049218.00001)**
**Miscellaneous**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Deborah L. Feinstein | 07/27/21 | 0.50 | Call with R. Aleali and K. McCarthy re: pricing issues. |
| Peter Danias | 07/28/21 | 3.40 | Teleconference with R. Aleali and M. Marks (1.3); review, analyze structure chart and task list (1.0); research regulatory filings (1.1). |
| Peter Danias | 07/29/21 | 2.70 | Prepare for conference call with Davis Polk and the client (.8); teleconference with same re potential regulatory filing (1.9). |

**Total Hours**                        **6.60**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Deborah L. Feinstein | 0.50 | 1,420.00 | 710.00 |
| Peter Danias | 6.10 | 1,050.00 | 6,405.00 |
| **TOTAL** | **6.60** | | **7,115.00** |

**Total Current Amount Due**                                         **$6,047.75**

Page 1

# Arnold&Porter

**Purdue Pharma L.P.**                                         August 30, 2021
**Attn: Maria Barton**                                     Invoice # 30131360
**General Counsel**                                         EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through July 31, 2021** | $ | 22,300.00 |
| Discount: | | -3,345.00 |
| **Fee Total** | | 18,955.00 |
| **Total Amount Due** | $ | 18,955.00 |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                     Arnold & Porter Kaye Scholer LLP
                                          P.O. Box 759451
                                          Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 30, 2021                                                                        Invoice # 30131360

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 07/01/21 | 1.20 | Prepared revised draft of supply agreement term sheet. |
| Eric Rothman | 07/01/21 | 2.10 | Preparation of issues list relating to API supply agreement. |
| Eric Rothman | 07/01/21 | 1.50 | Telephone conference with Purdue to discuss API supply agreement. |
| Sora Park | 07/01/21 | 4.20 | Call with client and E. Rothman re: supply agreement (1.2); prepare internal issues and external issues list (2.5); emails with E. Rothman re: same (.5). |
| Eric Rothman | 07/02/21 | 1.10 | Telephone conference relating to API supply agreement. |
| Eric Rothman | 07/02/21 | 1.30 | Prepared revised draft of supply agreement term sheet. |
| Eric Rothman | 07/02/21 | 1.40 | Review, comment on Purdue API Supply Agreement. |
| Sora Park | 07/02/21 | 0.70 | Call with client and E. Rothman re: supply agreement (.3); revise external issues list (.2); emails with E. Rothman re: the foregoing (.2). |
| Sora Park | 07/19/21 | 0.10 | Emails with E. Rothman and A. Hart re: next steps. |
| Rory Greiss | 07/26/21 | 0.70 | Correspondence with Purdue team and E. Rothman re: supply agreement term sheet. |
| Sora Park | 07/28/21 | 0.10 | Emails with E. Rothman and client re: meeting. |
| Rory Greiss | 07/29/21 | 1.10 | Videoconference with Purdue team and representatives of customer re: supply agreement term sheet (.7); follow-up with Purdue team (.4). |
| Eric Rothman | 07/29/21 | 1.00 | Teleconference with client and DPW to discuss supply agreement arrangements. |
| Eric Rothman | 07/29/21 | 2.20 | Negotiation session for Purdue API Supply Agreement (2.0); debrief with Purdue team and customer re same (.2). |
| Ethan Zausner | 07/29/21 | 0.60 | Call with Purdue team and customer re: term sheet. |
| Sora Park | 07/29/21 | 2.20 | Teleconference with Purdue legal and business teams and customer legal and business teams re: supply agreement (.8); teleconference with Purdue legal and business teams re: same (.7); review, analyze supply agreement in preparation for meeting (.7). |
| Mina Miljevic | 07/29/21 | 2.10 | Review, analyze API supply agreement issues list (.5); teleconference with client, E. Rothman and S. Park re API supply agreement issues list (1.6). |
| Rory Greiss | 07/30/21 | 1.40 | Review, analyze comments from customer on supply agreement term sheet (1.1); correspondence re: same with E. Zausner, K. McCarthy and others on Purdue team (.3). |
| Ethan Zausner | 07/30/21 | 0.50 | Review, analyze term sheet. |
| Ethan Zausner | 07/31/21 | 0.40 | Emails with Purdue team re: term sheet and related review. |

| **Total Hours** | | **25.90** | |

**Legal Services-Attorney Summary**

August 30, 2021                                                                 Invoice # 30131360

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 3.20 | 1,215.00 | 3,888.00 |
| Eric Rothman | 11.80 | 990.00 | 11,682.00 |
| Mina Miljevic | 2.10 | 815.00 | 1,711.50 |
| Sora Park | 7.30 | 520.00 | 3,796.00 |
| Ethan Zausner | 1.50 | 815.00 | 1,222.50 |
| **TOTAL** | **25.90** | | **22,300.00** |

**Total Current Amount Due**                                                    **$18,955.00**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Maria Barton**
**General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

August 30, 2021
Invoice # 30131361
EIN 53-0208605

**Client/Matter # 1049218.00118**

Regulatory Advice
20170001134

| | | |
|---|---|---|
| **For Legal Services Rendered through July 31, 2021** | **$** | **1,044.00** |
| Discount: | | -156.60 |
| **Fee Total** | | **887.40** |
| **Total Amount Due** | **$** | **887.40** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

Or Remit To:          Arnold & Porter Kaye Scholer LLP
                      P.O. Box 759451
                      Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 30, 2021

**(1049218.00118)**
**Regulatory Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| John Schmidt | 07/21/21 | 0.90 | Draft memo on exclusive licensing and EU/UK merger control. |
| **Total Hours** | | **0.90** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| John Schmidt | 0.90 | 1,160.00 | 1,044.00 |
| **TOTAL** | **0.90** | | **1,044.00** |

**Total Current Amount Due**                                    **$887.40**

# Arnold&Porter

**Purdue Pharma L.P.**                                                         August 30, 2021
**Attn: Roxana Aleali**                                                    Invoice # 30131362
**Associate General Counsel**                                          EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**


**Client/Matter # 1049218.00134**

Project Alive

20180002128


| | | |
|---|---|---|
| **For Legal Services Rendered through July 31, 2021** | $ | 8,653.50 |
| Discount: | | -1,298.03 |
| **Fee Total** | | 7,355.47 |
| **Total Amount Due** | $ | 7,355.47 |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                     Arnold & Porter Kaye Scholer LLP
                                   P.O. Box 759451
                                   Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 30, 2021

Invoice # 30131362

**(1049218.00134)**
**Project Alive**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 07/01/21 | 1.30 | Emails with Purdue team re Alive option letter (.7); revisions to same (.6). |
| Eric Rothman | 07/06/21 | 1.20 | Telephone conference with Alive to discuss option letter. |
| Eric Rothman | 07/09/21 | 2.30 | Review, comment on Alive option letter (1.1); revise same (1.2). |
| Eric Rothman | 07/09/21 | 0.70 | Telephone conference with Alive to discuss option letter. |
| Rory Greiss | 07/19/21 | 0.30 | Correspondence with M. Leipold, K. McCarthy and E. Rothman re: finalized side letter. |
| Eric Rothman | 07/20/21 | 1.40 | Finalize Alive option letter. |
| Rory Greiss | 07/21/21 | 0.40 | Correspondence with Purdue team re: execution copy of side letter. |
| Rory Greiss | 07/23/21 | 0.80 | Correspondence with Purdue team re: Alive Final Report and next steps. |

**Total Hours**                    **8.40**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 1.50 | 1,215.00 | 1,822.50 |
| Eric Rothman | 6.90 | 990.00 | 6,831.00 |
| **TOTAL** | **8.40** | | **8,653.50** |

**Total Current Amount Due**                              **$7,355.47**

# Arnold&Porter

**Purdue Pharma L.P.**                                          August 30, 2021
**Attn: Roxana Aleali**                                         Invoice # 30131363
**Associate General Counsel**                                   EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**


**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705


| | | |
|---|---|---|
| **For Legal Services Rendered through July 31, 2021** | $ | 7,135.00 |
| Discount: | | -1,070.25 |
| **Fee Total** | | 6,064.75 |
| **Total Amount Due** | $ | 6,064.75 |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 759451
                          Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 30, 2021

Invoice # 30131363

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 07/06/21 | 0.70 | Review, revise June pre-bills. |
| Rory Greiss | 07/13/21 | 0.50 | Review, analyze revised Fifth Interim Fee Application. |
| Rosa J. Evergreen | 07/13/21 | 0.20 | Review, analyze fee application. |
| Darrell B. Reddix | 07/13/21 | 0.90 | Review, revise Fifth Interim Fee application. |
| Rosa J. Evergreen | 07/14/21 | 0.20 | Correspond with R. Greiss re retention. |
| Darrell B. Reddix | 07/14/21 | 0.30 | Prepare twenty-third monthly fee report including exhibits. |
| Steven Barrett | 07/15/21 | 0.50 | E-Filing of the Fifth Application for Interim Professional Fees in the USBC SDNY. |
| Rosa J. Evergreen | 07/15/21 | 0.40 | Review and comment on fee application (.3); correspond with D. Reddix re filing same (.1). |
| Darrell B. Reddix | 07/15/21 | 0.80 | Finalize Fifth Interim Fee application in preparation for filing (.7); serve same (.1). |
| Darrell B. Reddix | 07/19/21 | 2.60 | Prepare twenty-second monthly fee report including exhibits. |
| Rory Greiss | 07/20/21 | 0.50 | Review,analyze revised prebills for June and add necessary changes. |
| Rosa J. Evergreen | 07/20/21 | 0.30 | Review, analyze June invoices (.2); correspond with R. Greiss re same (.1). |
| Rosa J. Evergreen | 07/21/21 | 0.10 | Review, analyze June fee statement. |
| Darrell B. Reddix | 07/21/21 | 0.70 | Prepare twenty-second monthly fee report including exhibits. |
| Rory Greiss | 07/22/21 | 0.40 | Correspondence with C. MacDonald and J. Handwerker re: entries on certain matters for June. |
| Rory Greiss | 07/26/21 | 0.20 | Correspondence with D. Reddix and R. Evergreen re: status of June invoices. |
| Rosa J. Evergreen | 07/26/21 | 0.10 | Correspond with D. Reddix re fee application. |
| Rosa J. Evergreen | 07/29/21 | 0.10 | Correspond with D. Reddix re fee application. |
| Rory Greiss | 07/30/21 | 0.40 | Call with C. MacDonald re: June invoices (.3); correspond with B. Buchholtz and D. Reddix re: same (.1). |
| Rosa J. Evergreen | 07/30/21 | 0.20 | Review, analyze Rory Greiss correspondence re fee application (.1); review of invoices (.1). |
| Darrell B. Reddix | 07/30/21 | 0.10 | Prepare twenty-second monthly fee report including exhibits. |

**Total Hours**          **10.20**

August 30, 2021

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rosa J. Evergreen | 1.60 | 1,000.00 | 1,600.00 |
| Rory Greiss | 2.70 | 1,215.00 | 3,280.50 |
| Steven Barrett | 0.50 | 135.00 | 67.50 |
| Darrell B. Reddix | 5.40 | 405.00 | 2,187.00 |
| **TOTAL** | **10.20** | | **7,135.00** |

**Total Current Amount Due** **$6,064.75**

# Arnold&Porter

|  |  |
|---|---|
| **Purdue Pharma L.P.** | August 30, 2021 |
| **Attn: Roxana Aleali** | Invoice # 30131364 |
| **Associate General Counsel** | EIN 53-0208605 |
| **One Stamford Forum** | |
| **Stamford, CT  06901** | |

**Client/Matter # 1049218.00152**

Project Montana

20210003079

| | |
|---|---:|
| **For Legal Services Rendered through July 31, 2021** | **41,760.50** |
| Discount: | -6,264.08 |
| **Fee Total** | **35,496.42** |
| **Total Amount Due**                                      $ | **35,496.42** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 30, 2021

Invoice # 30131364

**(1049218.00152)**
Project Montana

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 07/01/21 | 4.30 | Videoconference with Z. Haseeb, K. McCarthy, D. Saussy, D. Henderson and E. Rothman to review draft of asset purchase agreement (1.2); teleconference with A&P team re revisions to asset purchase agreement (.5); review revised draft of agreement by D. Henderson and revise (1.8); correspondence with D. Henderson and E. Rothman to finalize draft to be sent to P team (.8). |
| Eric Rothman | 07/01/21 | 1.60 | Teleconference with Purdue to discuss Project Montana (1.0); teleconference with A&P team re same (.6). |
| Danielle A. Henderson | 07/01/21 | 3.00 | Videoconference with R. Greiss, Z. Haseeb, K. McCarthy, D. Saussy and E. Rothman re initial draft of asset purchase agreement (1.0); teleconference with A&P team re revisions to asset purchase agreement (.5); revise asset purchase agreement (.7); revise license assignment agreement (.8). |
| Rory Greiss | 07/07/21 | 3.90 | Prepare for videoconference (.4); videoconference with Purdue team and associated company to review draft asset purchase agreement (1.2); teleconference with E. Rothman and D. Henderson re: revisions to be made to draft (.6); review, comment and revised draft (1.7). |
| Eric Rothman | 07/07/21 | 1.20 | Review and comment on revised draft of Project Montana agreement. |
| Danielle A. Henderson | 07/07/21 | 2.50 | Project Montana transaction call with Purdue team and associated company (1.0); teleconference with R. Greiss and E. Rothman to discuss APA revisions (.5); revise APA based on matters raised in transaction call (1.0). |
| Rory Greiss | 07/08/21 | 0.80 | Finalize draft of asset purchase agreement for distribution to proposed purchaser. |
| Rory Greiss | 07/12/21 | 0.40 | Correspondence with D. Rothman, M. Leipold, K. McCarthy, R. Aleali re: response to potential purchaser's correspondence re: draft purchase agreement. |
| Rory Greiss | 07/14/21 | 0.70 | Correspondence with K. McCarthy, M. Leipold, and E. Rothman re: engagement of German counsel. |
| Rory Greiss | 07/15/21 | 0.60 | Correspondence with E. Rothman and Purdue team regarding communications with purchaser. |
| Rory Greiss | 07/26/21 | 0.50 | Correspondence with Purdue team and co-Seller re: schedule for comments to asset purchase agreement. |
| Rory Greiss | 07/27/21 | 4.80 | Correspondence with Purdue team re: schedule for conference regarding buyer mark-up of asset purchase agreement (.5); review, analyze buyer mark-up (1.9); videoconference with E. Rothman and D. Henderson to review comments and decide which to include in issues list (1.2); review, comment on issues list drafted by D. Henderson (1.2). |
| Eric Rothman | 07/27/21 | 1.80 | Review, comment on revised draft of Project Montana agreement. |

August 30, 2021                                                           Invoice # 30131364

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Danielle A. Henderson | 07/27/21 | 3.00 | Review, analyze counterparty comments to Project Montana APA (.7); teleconference with A&P team to discuss counterparty comments to Project Montana APA (.8); prepare APA issues list (1.5). |
| Rory Greiss | 07/28/21 | 1.20 | Finalize issues list (.3); prepare for videoconference regarding issues in APA mark-up received from buyer (.9). |
| Eric Rothman | 07/28/21 | 1.20 | Review, comment on Project Montana issues list. |
| Danielle A. Henderson | 07/28/21 | 0.50 | Review, revise Project Montana APA issues list. |
| Rory Greiss | 07/29/21 | 2.20 | Videoconference with Purdue team and co-seller of assets to review issues list and buyer APA mark-up (1.2); videoconference with D. Henderson to go over changes to be made to issues list (.7) correspondence re: above (.3). |
| Danielle A. Henderson | 07/29/21 | 3.00 | Call with Purdue team and co-seller of asset re APA issues list (1.0); call with R. Greiss to discuss issues list (.7); revise issues list (1.3). |
| Rory Greiss | 07/30/21 | 1.50 | Review and comments on issues list to be sent to potential purchaser (1.1); correspondence with D. Henderson and K. McCarthy re: same (.4). |
| Danielle A. Henderson | 07/30/21 | 0.50 | Review, analyze license assignment agreement (.2); revise APA issues list (.3). |
| **Total Hours** | | **39.20** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Rory Greiss | 20.90 | 1,215.00 | 25,393.50 |
| Eric Rothman | 5.80 | 990.00 | 5,742.00 |
| **Subtotal:** | **26.70** | | **31,135.50** |
| **Associate** | | | |
| Danielle A. Henderson | 12.50 | 850.00 | 10,625.00 |
| **Subtotal:** | **12.50** | | **10,625.00** |
| **TOTAL** | **39.20** | | **41,760.50** |

**Total Current Amount Due**                                                   $35,496.42

# Arnold&Porter

**Purdue Pharma L.P.**                                  August 30, 2021
**Attn: Roxana Aleali**                               Invoice # 30131365
**Associate General Counsel**                          EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**


**Client/Matter # 1049218.00154**

Project Chione

20210003087


| | | |
|---|---|---|
| **For Legal Services Rendered through July 31, 2021** | $ | 972.00 |
| Discount: | | -145.80 |
| **Fee Total** | | 826.20 |
| **Total Amount Due** | $ | 826.20 |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                   Arnold & Porter Kaye Scholer LLP
                                   P.O. Box 759451
                                   Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 30, 2021                                                                         Invoice # 30131365

**(1049218.00154)**
**Project Chione**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 07/20/21 | 0.50 | Correspondence with E. Rothman and E. Zausner re: next steps on proposed transaction. |
| Rory Greiss | 07/21/21 | 0.30 | Correspondence with G. Misra and R. Aleali re: policy committee approval of term sheet. |

**Total Hours**                        **0.80**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Rory Greiss | 0.80 | 1,215.00 | 972.00 |
| **Subtotal:** | **0.80** | | **972.00** |
| **TOTAL** | **0.80** | | **972.00** |

**Total Current Amount Due**                                                    **$826.20**

# Arnold&Porter

|  |  |
|---|---|
| **Purdue Pharma L.P.** | August 30, 2021 |
| **Attn: Roxana Aleali** | Invoice # 30131366 |
| **Associate General Counsel** | EIN 53-0208605 |
| **One Stamford Forum** | |
| **Dept. VN: 1008442** | |
| **Stamford, CT  06901-3431** | |

**Client/Matter # 1049218.00155**

Government Contracts

20210003110

| | |
|---|---|
| **For Legal Services Rendered through July 31, 2021** | **46,477.00** |
| Discount: | -6,971.55 |
| **Fee Total** | **39,505.45** |
| **Total Amount Due**                       $ | **39,505.45** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

|  |  |
|---|---|
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 759451 |
| | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 30, 2021

Invoice # 30131366

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Jeffrey L. Handwerker | 07/05/21 | 0.50 | Review, analyze novation materials from HHS. |
| Jeffrey L. Handwerker | 07/12/21 | 0.80 | Prepare for and participate in call with Purdue team re: status and next steps. |
| Jeffrey L. Handwerker | 07/16/21 | 0.50 | Call with K. McCarthy and team re: VA strategy. |
| Jeffrey L. Handwerker | 07/19/21 | 3.50 | Call with bankruptcy counsel re: AKS matters and review litigation memo re: same (2.0); weekly call with government contracting team (.5); call with VA re: contract transition (.6); call with Purdue team re: same (.4). |
| Daisy Y. Joo | 07/19/21 | 1.00 | Review, analyze Medicare coverage gap discount novation agreements (.7); update government contracts tracking chart (.3). |
| Jeffrey L. Handwerker | 07/20/21 | 1.30 | Review, analyze VA materials and comment re: same (.5); update tracker (.3); review materials from Dechert re: contract issues (.5). |
| Thomas A. Pettit | 07/20/21 | 0.50 | Review, analyze materials relating to government contract novations. |
| Jeffrey L. Handwerker | 07/21/21 | 1.30 | Review, analyze market access chart (.5); call with client team re: same (.8). |
| Jeffrey L. Handwerker | 07/22/21 | 0.80 | Review, analyze market access summary (.3); call with Purdue team re: same (.5). |
| Michael T. Gwinn | 07/22/21 | 2.00 | Develop strategy for FSS novations. |
| Thomas A. Pettit | 07/22/21 | 2.30 | Review, analyze Department of Veterans Affairs Office of Inspector General audit letter regarding most favored customer compliance (1.0); review, analyze government contracts novation materials (1.1); correspond with M. Gwinn re same (.2). |
| Jeffrey L. Handwerker | 07/23/21 | 0.50 | Call with A&P team re: FSS next steps. |
| Michael T. Gwinn | 07/23/21 | 1.20 | Prepare for and participate in team meeting. |
| Michael T. Gwinn | 07/23/21 | 1.70 | Research debarment regulations (1.2); develop checklists (.5). |
| Thomas A. Pettit | 07/23/21 | 0.40 | Discuss Office of Inspector General audit with J. Handwerker and M. Gwinn. |
| Jeffrey L. Handwerker | 07/24/21 | 0.80 | Prepare for and participate in call with bankruptcy team re: AKS questions. |
| Jeffrey L. Handwerker | 07/26/21 | 2.50 | Weekly call with team re: government contract transition (1.0); review VA materials re: same (.4); review, analyze materials re: pricing (.5); call with K. McCarthy and team re: same (.6). |
| Michael T. Gwinn | 07/26/21 | 3.30 | Create notation document templates (1.9); correspond with J. Handwerker re same (1.4). |
| Matthew T. Fornataro | 07/26/21 | 1.00 | Review, analyze government price reporting compliance materials (.7); correspond with J. Handwerker regarding the same (.3). |
| Jeffrey L. Handwerker | 07/27/21 | 3.00 | Call with working group re: AKS issues (1.3); follow up call with client team re: same (.6); review FSS materials and participate in call with Purdue team re: same (.5); call with M. Gwinn and team re: FSS review (.6). |

August 30, 2021                                                    Invoice # 30131366

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Michael T. Gwinn | 07/27/21 | 5.20 | Review, revise VA OIG audit response (3.0); analyze contracts for confidentiality provisions (2.2). |
| Jeffrey L. Handwerker | 07/28/21 | 1.30 | Review, comment on draft FSS disclosure chart (.9); review, comment on draft correspondence and contracts re: ad hoc committee (.4). |
| Michael T. Gwinn | 07/28/21 | 4.90 | Analyze contractual confidentiality requirements (3.0); draft response to VA OIG RFIs (1.9). |
| Thomas A. Pettit | 07/28/21 | 0.20 | Research re consent requirements to government contracts notice. |
| Jeffrey L. Handwerker | 07/29/21 | 1.50 | Review, comment on FSS materials (.2); call with client team re: same (.4); call with bankruptcy team re: retail pharmacy questions (.9). |
| Michael T. Gwinn | 07/29/21 | 6.20 | Draft response to OIG (5.0); analyze contracts for confidentiality provisions (1.2). |
| Thomas A. Pettit | 07/29/21 | 0.30 | Review, analyze responses to Office of Inspector General requests. |
| Jeffrey L. Handwerker | 07/30/21 | 2.00 | Review and comment on FSS materials (.7); prepare for and participate in call with Purdue team re: novation process (1.3). |
| Michael T. Gwinn | 07/30/21 | 4.80 | Prepare for and conduct client meeting (1.2); prepare documents for VA OIG (3.6). |
| Thomas A. Pettit | 07/30/21 | 0.30 | Prepare novation checklist. |
| **Total Hours** | | **55.60** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Jeffrey L. Handwerker | 20.30 | 1,195.00 | 24,258.50 |
| Subtotal: | **20.30** | | **24,258.50** |
| **Counsel** | | | |
| Matthew T. Fornataro | 1.00 | 930.00 | 930.00 |
| Subtotal: | **1.00** | | **930.00** |
| **Associate** | | | |
| Michael T. Gwinn | 29.30 | 595.00 | 17,433.50 |
| Daisy Y. Joo | 1.00 | 595.00 | 595.00 |
| Thomas A. Pettit | 4.00 | 815.00 | 3,260.00 |
| Subtotal: | **34.30** | | **21,288.50** |
| **TOTAL** | **55.60** | | **46,477.00** |

**Total Current Amount Due**                                      **$39,505.45**

# Arnold&Porter

**Purdue Pharma L.P.**                                     August 30, 2021
**Attn: Roxana Aleali**                              Invoice # 30131367
**Associate General Counsel**                         EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**


**Client/Matter # 1049218.00156**

IT Contract Advice

20210003096


**For Legal Services Rendered through July 31, 2021**                      **560.00**


Discount:                                                      -84.00


**Fee Total**                                                  **476.00**


**Total Amount Due**                              $            476.00


**Wire Transfer Instructions:**

|                    |                                      |
|--------------------|--------------------------------------|
| Account Name:      | Arnold & Porter Kaye Scholer LLP     |
| Bank Info:         | Wells Fargo Bank NA                  |
|                    | 420 Montgomery Street                |
|                    | San Francisco, CA  94104             |
| Account Number:    | 4127865475                           |
| ABA Number:        | 121000248 (ACH and wires)            |
| Swift Code:        | WFBIUS6S                             |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
                                     P.O. Box 759451
                                     Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

August 30, 2021                                                                 Invoice # 30131367

**(1049218.00156)**
**IT Contract Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ira D. Moskatel | 07/30/21 | 0.50 | Review, analyze SAP TSA consent transaction history (.3); correspond with K. McCarthy re same (.2). |
| **Total Hours** | | **0.50** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Counsel** | | | |
| Ira D. Moskatel | 0.50 | 1,120.00 | 560.00 |
| **Subtotal:** | **0.50** | | **560.00** |
| **TOTAL** | **0.50** | | **560.00** |

**Total Current Amount Due**                                                      **$476.00**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

August 30, 2021
Invoice # 30131368
EIN 53-0208605

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | |
|---|---|
| **For Legal Services Rendered through July 31, 2021** | **48,788.00** |
| Discount: | <u>-7,318.20</u> |
| **Fee Total** | **41,469.80** |
| **Total Amount Due** | $    **<u>41,469.80</u>** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**   Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **<u>Invoice@arnoldporter.com</u>**

August 30, 2021                                                                          Invoice # 30131368

**(1049218.00157)**
**Project Falcon**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 07/01/21 | 0.40 | Correspondence with B. Wootton re conference call. |
| Barbara H. Wootton | 07/01/21 | 1.60 | Draft email to agency (.4); email with D. Young re same (.2); conference with agency rs (.5); follow up with D. Feinstein (.2); draft summary of call and follow up items (.3). |
| Dylan S. Young | 07/01/21 | 1.40 | Review, analyze materials provided by client (.8); prepare materials for production (.4); draft production letter for the same (.2). |
| Barbara H. Wootton | 07/06/21 | 0.40 | Analyze edits to agreement (.2); revise same (.1); email re: same (.1). |
| Barbara H. Wootton | 07/07/21 | 0.80 | Email with counsel re agreement (.1); correspond with D. Young re e-discovery planning (.2); follow up with J. Keenan re same (.1); draft agreememt (.3); email agency team re custodians (.1). |
| Dylan S. Young | 07/07/21 | 0.40 | Research document management options. |
| Barbara H. Wootton | 07/08/21 | 1.40 | Analysis of materials (.2); email with D. Young re follows ups on production questions and specs (.1); revising transmittal letter and attachments for production (.2); finalize and transmit production to agency (.1); conference with agency staff (.7); follow up call with D. Young (.1). |
| Dylan S. Young | 07/08/21 | 2.20 | Prepare productions (.8); correspond with Barbara Wootton re subsequent productions (.2); teleconference with B. Wootton re review logistical options (.2); prepare for and participate in conference call with agency (1.0). |
| Barbara H. Wootton | 07/09/21 | 0.70 | Correspond with A&P eData team re potential e-discovery platforms. |
| Barbara H. Wootton | 07/10/21 | 0.30 | Draft email providing update summary and follow up steps to client. |
| Barbara H. Wootton | 07/11/21 | 1.40 | Analysis of materials and org charts (1.0); correspond with client with summary re status (.4). |
| Barbara H. Wootton | 07/12/21 | 0.70 | Correspond with client in preparation for call (.2); telephone call with A. Xolan re protective order issues (.3); correspond with client re same (.1); analysis of information responsive to agency questions (.1). |
| Barbara H. Wootton | 07/13/21 | 1.60 | Telephone call with A. Zolan re protective order resolution (.4); draft email to client re call agenda and follow up items (.3); telephone conference with client (.6); email follow up with A. Zolan (.3). |
| Barbara H. Wootton | 07/15/21 | 1.60 | Telephone call with D. Young re status and next steps (.4); review and analysis of materials from client and business team (.6); telephone status conference with agency (.3); follow up with counsel re agreement(.3). |
| Dylan S. Young | 07/15/21 | 2.00 | Prepare for and participate in interview with client (1.0); teleconference with B. Wootton re document production priorities (.3); discuss document production with agency (.7). |
| Deborah L. Feinstein | 07/16/21 | 0.50 | Call with client re agency status. |
| Barbara H. Wootton | 07/16/21 | 0.90 | Email counsel re executing agreement (.3); draft agency call summary (.2); call with client re status (.4). |

August 30, 2021

Invoice # 30131368

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Barbara H. Wootton | 07/19/21 | 0.80 | Email with D. Young re status and next steps re custodians, outstanding questions and document review (.2); conference with counsel and D. Young (.6). |
| Dylan S. Young | 07/19/21 | 1.60 | Coordinate document review process and logistics (.9); correspond with B. Wootton re same (.1); participate in conference call related to agency inquiry (.6). |
| Warlesha Ryan | 07/20/21 | 0.30 | Review, analyze background information and case materials. |
| Warlesha Ryan | 07/20/21 | 0.20 | Coordinate logistics in preparation for document review. |
| Deborah L. Feinstein | 07/20/21 | 0.30 | Conference call with Purdue team. |
| Warlesha Ryan | 07/21/21 | 0.20 | Review, analyze background information and case correspondence. |
| Barbara H. Wootton | 07/21/21 | 1.10 | Analysis re setting up coding panes and searches (.6); email with D. Young re same (.1); draft email to client re status and open questions (.4). |
| Dylan S. Young | 07/21/21 | 1.40 | Coordinate document review (1.2); correspond with W. Ryan re background (.2). |
| Warlesha Ryan | 07/22/21 | 2.30 | Review, analyze background materials (.5); teleconference with B. Wootton and D. Young to discuss investigation and discovery (1.4); correspond with vendors re discovery (.4). |
| Barbara H. Wootton | 07/22/21 | 2.40 | Conference with D. Young and W. Ryan providing legal framework, coding templates, and organizing review (1.4); email with D. Young and W. Ryan re review planning and custodian status (.4); prepare for and participate in telephone call with agency re custodians, status of responses, negotiating extension (.5); correspond with D. Young re same (.1). |
| Dylan S. Young | 07/22/21 | 3.20 | Prepare for and participate in teleconference with B. Wootton and W. Ryan re document database and review workflow (1.6); prepare for teleconference with agency (.5); participate in teleconference with agency re extension and custodians (.5); draft summary of the same (.6). |
| Warlesha Ryan | 07/23/21 | 1.50 | Review, analyze case background materials. |
| Barbara H. Wootton | 07/23/21 | 0.60 | Telephone call with D. Young re agency call and drafting summary re same (.3); review, comment on draft agency call summary (.3). |
| Dylan S. Young | 07/23/21 | 0.40 | Correspond with Purdue team re agency call summary. |
| John Schmidt | 07/25/21 | 0.20 | Correspond with D. Feinstein re Purdue. |
| Warlesha Ryan | 07/26/21 | 4.00 | Review, analyze document collection manifests (1.5); correspond with clients re document collections (.3); teleconference with clients regarding agency requests (1.2); review, analyze Relativity workspace (1.0). |
| Barbara H. Wootton | 07/26/21 | 3.40 | Telephone call to discuss recent calls with agency (.6); conference with client and TCDI and Cobra re status and planning for review (1.2); call with D. Young re same (.6); correspondences with D. Young and W. Ryan re status of document review process (1.0). |
| Dylan S. Young | 07/26/21 | 2.40 | Teleconference with client, vendors, B. Wootton and W. Ryan re document management (1.2); correspond with client, B. Wootton and W. Ryan re document collections (.8); call with B. Wootton re search terms (.6). |
| Warlesha Ryan | 07/27/21 | 2.10 | Review, analyze document collection manifests (1.5); correspond with vendor and client re document collections (.6). |
| Deborah L. Feinstein | 07/27/21 | 0.50 | Call with B. Wootton re agency process. |

August 30, 2021

| Name | Date | Hours | Narrative |
|------|------|------:|-----------|
| Barbara H. Wootton | 07/27/21 | 5.40 | Draft email to agency re compliance and outstanding questions (.8); telephone call re IQVIA permissions (.4); email follow up re same (.2); email with W. Ryan re analysis of loaded materials (1.2); email with client re IQVIA data (.4); email re finalizing agreement (.5); call with D. Feinstein (.5); draft email to agency requesting an extension and providing additional information requested (.8); email with Norton Rose team re patent litigation documents (.6). |
| Dylan S. Young | 07/27/21 | 0.60 | Coordinate custodians and document collections. |
| Dylan S. Young | 07/28/21 | 1.60 | Coordinate document collection, review, and productions (1.1); develop search terms for the same (.5). |
| Barbara H. Wootton | 07/30/21 | 0.40 | Analysis re org charts for and follow up with D. Young (.2); review materials re collection status (.2). |
| Dylan S. Young | 07/30/21 | 0.50 | Review, analyze organizational charts to inform custodian discussions. |

**Total Hours**                     **55.70**

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|---|------:|-----:|------:|
| **Partner** | | | | |
| Deborah L. Feinstein | | 1.30 | 1,420.00 | 1,846.00 |
| Rory Greiss | | 0.40 | 1,215.00 | 486.00 |
| John Schmidt | | 0.20 | 1,160.00 | 232.00 |
| | Subtotal: | **1.90** | | **2,564.00** |
| **Counsel** | | | | |
| Barbara H. Wootton | | 25.50 | 1,035.00 | 26,392.50 |
| | Subtotal: | **25.50** | | **26,392.50** |
| **Associate** | | | | |
| Dylan S. Young | | 17.70 | 815.00 | 14,425.50 |
| | Subtotal: | **17.70** | | **14,425.50** |
| **Staff Attorney** | | | | |
| Warlesha Ryan | | 10.60 | 510.00 | 5,406.00 |
| | Subtotal: | **10.60** | | **5,406.00** |
| | **TOTAL** | **55.70** | | **48,788.00** |

**Total Current Amount Due**                                          **$41,469.80**