DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF FILING OF EXHIBITS B AND C TO DEBTOR'S THIRD REVISED
PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER
CONFIRMING THE ELEVENTH AMENDED JOINT CHAPTER 11 PLAN OF
REORGANIZATION OF PURDUE PHARMA L.P. AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE** that on August 31, 2021 the above-captioned debtors and debtors in possession in these proceedings (collectively, the "**Debtors**") filed the *Debtors' Third Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Eleventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* [ECF No. 3708] (the "**Proposed Order**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a revised Exhibit B to the Proposed Order (the "**Master TDP and the Creditor Trust TDPs**"), attached as **Exhibit A-1** hereto.  A blackline reflecting changes from the version thereof filed on August 12, 2021 at docket no. 3552 is attached hereto as **Exhibit A-2**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a revised Exhibit C to the Proposed Order (the "**Operating Injunction**"), attached as **Exhibit B-1** hereto.  A blackline reflecting changes from the version thereof filed on August 25, 2021 at docket no. 3670 is attached hereto as **Exhibit B-2**.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Master TDP and the Creditor Trust TDPs, the Operating Injunction and all related papers may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

Dated:  August 31, 2021                              Respectfully submitted,
        New York, New York

                                                     /s/ *Eli J. Vonnegut*

                                                     DAVIS POLK & WARDWELL LLP
                                                     450 Lexington Avenue
                                                     New York, New York 10017
                                                     Telephone: (212) 450-4000
                                                     Facsimile: (212) 701-5800
                                                     Marshall S. Huebner
                                                     Benjamin S. Kaminetzky
                                                     James I. McClammy
                                                     Eli J. Vonnegut
                                                     Christopher S. Robertson

                                                     *Counsel to the Debtors*
                                                     *and Debtors in Possession*

# **EXHIBIT A-1**

**Master TDP and the Creditor Trust TDPs**

# EXHIBIT A-2

**Blackline of Master TDP and the Creditor Trust TDPs**

**EXHIBIT B-1**

**Operating Injunction**

**EXHIBIT B-2**

**Blackline of Operating Injunction**