DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | **(Jointly Administered)** |

<u>**THIRD AMENDED[2] AGENDA FOR CONFIRMATION HEARING**</u>

| | |
|---|---|
| Time and Date of Hearing: | The Hearing commenced on August 12, 2021 at 10:00 a.m. (prevailing Eastern Time).  The hearing will resume on September 1, 2021 at 10:00 a.m. (prevailing Eastern Time). |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing  are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at  https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] **Amended items appear in bold text.**

|  | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 26310028972##. |
|---|---|
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. |

## I.    CONTESTED MATTERS:

1. ***Eleventh Amended Plan.*** Eleventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3706]

   Responses Received:

   A.    Pro Se Letter from Carrie L. McGaha [ECF No. 2921]

   B.    Pro Se Letter from Michael Wilford Normille, III [ECF No. 2966]

   C.    Pro Se Letter from Les Burress [ECF No. 3028]

   D.    Pro Se Letter from Brian West [ECF No. 3057]

   E.    Pro Se letter from Thomas Hickey regarding hurdles to voting due to incarceration [ECF No. 3099]

   F.    Pro Se Letter from Theresa Willis [ECF No. 3100]

   G.    Pro Se Letter from Teresa VomSaal [ECF No. 3110]

   H.    Pro Se Letter from James E. Crawley [ECF No. 3111]

   I.    Letter from Tamara Graham on Behalf of Michael Parkey [ECF No. 3122]

   J.    Pro Se Letter from Ruby Romas [ECF No. 3123]

   K.    Pro Se Letter from Kelvin X. Singleton [ECF No. 3125]

   L.    Pro Se Letter from Shirley Beck [ECF No. 3188]

   M.    Pro Se Letter from Donald Ernest Allee [ECF No. 3199]

   N.    Pro Se Letter from Mary Butler-Frank [ECF No. 3235]

O.      Objection of the United States Trustee (William K. Harrington) to the Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3256]

P.      Limited Objection of Native American Tribe Group to Sixth Amended Joint [ECF No. 3257]

Q.      Objection of Independent Emergency Room Physician, Dr. Michael Masiowski, Individually, and as a Putative Class Representative for Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3262]

R.      Certain Insurers' Limited Objection to Plan Confirmation and Reservation of Rights [ECF No. 3263]

S.      City of Seattle's Objection to Confirmation of the Debtor's Plan of Reorganization [ECF No. 3264]

T.      State of West Virginia's Objection to Confirmation [ECF No. 3265]

U.      Statement of the United States Regarding Shareholder Release [ECF No. 3268]

V.      Joint Objection of the State of Connecticut, the State of Maryland, and the District of Columbia to Confirmation of the Debtors' Sixth Amended Plan of Reorganization [ECF No. 3270]

W.      Objection to Plan and Plan Confirmation (Stacey Bridges) [ECF No. 3271]

X.      Joinder and Objection of Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3272]

Y.      Objection of John H. Stewart to Confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3273]

Z.      Joinder of the State of California and the People of the State of California to Objection of the State of Washington and the State of Oregon, and the Objecting States to Confirmation of the Debtors' Plan of Reorganization [ECF No. 3274]

AA.     Objection of Certain Canadian Municipal Creditors and Canadian First Nation Creditors to Confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3275]

BB.    Objection of the State of Washington, the State of Oregon and the Objecting States to Confirmation of the Debtor's Plan of Reorganization [ECF No. 3276]

CC.    Objection to Plan Confirmation (Creighton Bloyd) [ECF No. 3277]

DD.    State of Maryland's Separate Objection and Joinder to the Objections of Connecticut and Washington to Confirmation of the Debtors' Proposed Sixth Amended Joint Plan of Reorganization [ECF No. 3278]

EE.    Joinder of the State of Vermont to Objection of the State of Washington to Confirmation of the Debtors' Plan of Reorganization [ECF No. 3279]

FF.    Joinder of the State of Delaware to the Objection of the State of Washington, the State of Oregon, and the Objecting States to Confirmation of the Debtors' Plan of Reorganization [ECF No. 3280]

GG.    Objection of Sarasota County Public Hospital District d/b/a Sarasota Memorial Healthcare System, Inc. to Sixth Amended Plan Joint Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3288]

HH.    Objection to Fifth Amended Chapter 11 Plan of Reorganization filed by Joyce Villnave [ECF No. 3292]

II.    Objection to Fifth Amended Chapter 11 Plan of Reorganization (Motion for Allowance) filed by Jerome J. Ferrier on behalf of Richard McMillan [ECF No. 3293]

JJ.    Objection to the Plan & Motion to file late ballots filed by Earl Cobb [ECF No. 3298]

KK.    Objection to the Plan & Motion to file late ballots filed by Tim Wright [ECF No. 3299]

LL.    Objection to Confirmation of Plan Chubb Insurance USAs Objection to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. And Its Affiliated Debtors [ECF No. 3301]

MM.    Joinder of National Union to Certain Insurers' Limited Objection to Plan Confirmation [ECF No. 3304]

NN.    Joint Objection of Certain Distributors, Manufacturers, and Pharmacies to the Sixth Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors [ECF No. 3306]

4

OO.   Motion to Withdraw Document filed by Morgan R Bentley on behalf of Sarasota County Public Hospital District [ECF No. 3312]

PP.   Amended Supplemental Objection of Independent Emergency Room Physician, Dr. Michael Masiowski, Individually, and as Putative Class Representative to Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3323]

QQ.   Reservation of Rights of Her Majesty the Queen in Right of the Province of British Columbia and other Canadian Governments with respect to confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 3335]

RR.   Objection to Restructuring of Purdue Pharma L.P. [ECF No. 3357]

SS.   AndersonBrecon, Inc. d/b/a PCI Pharma Services' (I) Objection to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors and (II) Joinder in the Joint Objection of Certain Distributors, Manufacturers, and Pharmacies to the Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 3359]

TT.   Objection to Plan filed by D. Thomas Page [ECF No. 3368]

UU.   Objection to Confirmation of Plan filed by On behalf of the Farash Family Barbara Farash [ECF No. 3404]

VV.   Statement of The Raymond Sackler Family in Support of Confirmation of Debtors' Sixth Amended Plan of Reorganization and in Reply to Plan Objections filed by Gerard Uzzi on behalf of The Raymond Sackler Family [ECF No. 3438]

WW.  Objection to Proposed Amendment of Contracts Pursuant to Section 8.4 of Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 3439]

XX.   The Mortimer D. Sackler Familys Response to Plan Objections and Statement in Support of Confirmation of The Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3442]

5

YY.   Response to Objection of the United States Trustee filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals [ECF No. 3453]

ZZ.   Response to Insurer Confirmation Objections filed by Paul M. Singer on behalf of Purdue Pharma L.P. [ECF No. 3455]

AAA. Redacted Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Phrama L.P. and Its Affiliated Debtors [ECF No. 3459]

BBB. Certain Insurers' Reservation of Rights to Object to the Admission into Evidence of Insurance-Related Documents on Debtors' List of Trial Exhibits [ECF No. 3468]

CCC. Objection to Confirmation of Truth Pharm [ECF No. 3462]

DDD. Objection of Scotti Madison [ECF No. 3525]

EEE. Objection to Restructuring of Purdue Pharma L.P. Et Al. [ECF No. 3575]

**FFF.  Objection to Confirmation of Plan Certain Insurers' Objections to the Form of Debtors' Proposed Confirmation Order [ECF No. 3618]**

**GGG. Supplemental Objection Of United States Trustee To (I) Eighth Amended Joint Chapter 11 Plan Of Purdue Pharma L.P. And Its Affiliated Debtors, And (II) Proposed Confirmation Order [ECF No. 3636]**

**HHH. Objection to (I) Ninth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and Its Affiliated Debtors and (II) Request That the Court Encourages Purdue Pharma and Its Affiliated Debtors to Increase Its Proposed Contribution of $4.5 Billion So That The Claimants of Opioid Abuse Would Receive Adequate Compensation filed by Vitaly Pinkusov [ECF No. 3677]**

**III.  Supplemental Objection Of United States Trustee To (I) Eleventh Amended Joint Chapter 11 Plan Of Purdue Pharma L.P. And Its Affiliated Debtors, And (II) Any Proposed Confirmation Order [ECF No. 3710]**

Reply:

A.    Ad Hoc Committee of NAS Childrens Reply To The United States Trustee's Objection To The Fee Settlements Included In

6

The Sixth Amended Joint Chapter 11 Plan Of Reorganization Of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 3397]

B.    Reply to Objection and Improperly Submitted Amended Supplemental Objection of Dr. Michael Masiowski [ECF No. 3413]

C.    The Ad Hoc Group of Individual Victims' Limited Reply in Support of Confirmation of the Debtors' Joint Chapter 11 Plan of Reorganization [ECF No. 3427]

D.    The Multi-State Governmental Entities Group's Statement in Support of and Response to Certain Objections to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 3430]

E.    Debtors' Memorandum of Law in Support of Confirmation of Debtors' Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Debtor Affiliates and Omnibus Reply to Objections Thereto [ECF No. 3461]

F.    Ad Hoc Committee's Reply to Plan Objections filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants [ECF No. 3465]

G.    Debtors' Reply to Joint Objection of Certain Distributors, Manufacturers, and Pharmacies to the Sixth Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors [ECF No. 3506]

H.    **Debtors' Reply to Limited Objection of the States of Washington, California, Connecticut, Delaware, Maryland, Oregon, Rhode Island and Vermont and the District of Columbia to Debtors Proposed Order Confirming the Seventh Amended Joint Chapter 11 Plan of Reorganization [ECF No. 3626]**

I.    **Joint Reply of Debtor and Ad Hoc Committee to Certain Insurers Objections to the Form of Debtors Proposed Confirmation Order [ECF No. 3641]**

Related Documents:

A.    Notice of Filing of Special Education Initiative Term Sheet [ECF No. 3120]

B.      Notice of Filing of Eighth Plan Supplement Pursuant to the
        Fifth Amended Joint Chapter 11 Plan of Reorganization of
        Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3121]

C.      Letter request for video access to Confirmation Hearing Filed
        by KatieLynn B. Townsend on behalf of Dow Jones &
        Company, Inc., Boston Globe Media Partners, LLC, and
        Reuters News & Media, Inc. [ECF No. 3129]

D.      Notice of Filing of Blackline of Sixth Amended Plan
        [ECF No. 3186]

E.      Notice of Filing of Ninth Plan Supplement Pursuant to the Sixth
        Amended Joint Chapter 11 Plan of Reorganization of Purdue
        Pharma L.P. and its Affiliated Debtors [ECF No. 3187]

F.      Notice of Extension of Voting Deadline [ECF No. 3231]

G.      Notice of Filing of Tenth Plan Supplement Pursuant to the Sixth
        Amended Joint Chapter 11 Plan of Reorganization of Purdue
        Pharma L.P. and its Affiliated Debtors [ECF No. 3232]

H.      Notice of Filing of Eleventh Plan Supplement Pursuant to the
        Sixth Amended Joint Chapter 11 Plan of Reorganization of
        Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3246]

I.      Letter in Support of Request for Video Access to Confirmation
        Hearing [ECF No. 3248]

J.      Motion for Leave to File Amici Curiae Brief filed by Ira Burnim
        on behalf of Kennedy Forum and other national organizations
        [ECF No. 3251]

K.      Notice of Filing of Twelfth Plan Supplement Pursuant to the
        Sixth Amended Joint Chapter 11 Plan of Reorganization of
        Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3283]

L.      Certain Distributors, Manufacturers, and Pharmacies Motion for
        Leave to Exceed Page Limit in Filing the Joint Objection to the
        Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P.
        and Its Affiliated Debtors [ECF No. 3305]

M.      Order Granting Leave to Exceed Page Limit in Filing the Joint
        Objection to the Sixth Amended Joint Chapter 11 Plan of
        Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3309]

N.      Preliminary Declaration of Christina Pullo of Prime Clerk LLC
        Regarding the Solicitation of Votes and Tabulation of Ballots
        Cast on the Fifth Amended Joint Chapter 11 Plan of

        Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3327]

O.     Letter re Consents to Filing Amici Curiae Brief in Support of Plan [ECF No. 3355]

P.     Final Declaration of Christina Pullo of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3372]

Q.     Ad Hoc Committee Of NAS Children's Motion For Leave To Exceed The Page Limit In Filing The Reply To The United States Trustee's Objection To The Fee Settlements Included In Sixth Amended Joint Chapter 11 Plan Of Reorganization Of Purdue Pharma L.P. And Its Affiliated Debtors [ECF No. 3396]

R.     Declaration of Scott R. Bickford, Esq. In Support of The Ad Hoc Committee of NAS Children's Reply To The United States Trustee's Objection To The Fee Settlements Included In The Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. And Its Affiliated Debtors [ECF No. 3398]

S.     Third Supplemental Declaration of Jeanne C. Finegan [ECF No. 3403]

T.     Declaration of Rahul Gupta, MD, MPH, MBA, FACP Filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals [ECF No. 3405]

U.     Declaration of Rebecca M.S. Busch, MBA Filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals [ECF No. 3407]

V.     Declaration of Gayle A. Galan, M.D. FACEP Filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals [ECF No. 3408]

W.     Declaration of William Legier Filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals [ECF No. 3409]

X.     Declaration of Richard A. Collura filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. [ECF No. 3410]

Y.     Declaration of Jesse DelConte filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. [ECF No. 3411]

Z.    Declaration of Deborah E. Greenspan filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. [ECF No. 3412]

AA.   Declaration of Gautam Gowrisankaran filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. [ECF No. 3414]

BB.   Declaration of Carl J. Trompetta filed by Gerard Uzzi on behalf of The Raymond Sackler Family [ECF No. 3415]

CC.   Declaration of Garrett Lynam filed by Gerard Uzzi on behalf of The Raymond Sackler Family [ECF No. 3416]

DD.   Declaration of Stephen A. Ives filed by Gerard Uzzi on behalf of The Raymond Sackler Family [ECF No. 3417]

EE.   Declaration of David Sackler filed by Gerard Uzzi on behalf of The Raymond Sackler Family [ECF No. 3418]

FF.   Supplemental Declaration of Jennifer L. Blouin filed by Gerard Uzzi on behalf of The Raymond Sackler Family [ECF No. 3419]

GG.   Declaration of Maureen M. Chakraborty filed by Gerard Uzzi on behalf of The Raymond Sackler Family [ECF No. 3420]

HH.   Declaration of Lawrence A. Hamermesh filed by Gerard Uzzi on behalf of The Raymond Sackler Family [ECF No. 3421]

II.   Declaration of Timothy J. Martin filed by Gerard Uzzi on behalf of The Raymond Sackler Family [ECF No. 3422]

JJ.   Declaration of Mark F. Rule, CFA filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. [ECF No. 3424]

KK.   Motion to Authorize Raymond Sackler Family's Motion for Leave to Exceed Page Limit in Statement in Support of Confirmation of Debtors' Sixth Amended Plan of Reorganization and in Reply to Plan Objections [ECF No. 3425]

LL.   Order signed on 8/5/2021 Granting Leave to Exceed the Page Limit in Filing the Reply to the United States Trustee's Objection to the Fee Settlements Included in Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. And its Affiliated Debtors [ECF No. 3426]

MM.   Declaration of David W. DeRamus, Ph.D. filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. [ECF No. 3428]

10

NN.  Order Establishing Procedures for Remote Hearing on Confirmation of the Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3429]

OO.  Declaration of Joseph L. Turner filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. [ECF No. 3431]

PP.  Declaration of Lianna E. Simmonds filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P [ECF No. 3432]

QQ.  Declaration of John S. Dubel filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. [ECF No. 3433]

RR.  The Mortimer D. Sackler Familys Motion for Leave to Exceed Page Limit in Filing their Response to Plan Objections and Statement in Support of Confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3435]

SS.  Motion to Authorize Leave to Exceed the Page Limit in Filing the Reply to the U.S. Trustee's Objection filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals [ECF No. 3437]

TT.  Declaration of Jon Lowne filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P [ECF No. 3440]

UU.  Declaration of Gregory P. Joseph filed by Gerard Uzzi on behalf of The Raymond Sackler Family [ECF No. 3441]

VV.  Declaration of Gary A. Gotto in Support of Ad Hoc Committee's Reply to Plan Objections and in Support of Plan Confirmation filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants [ECF No. 3443]

WW.  Declaration of John M. Guard in Support of Ad Hoc Committee's Reply to Plan Objections and in Support of Plan Confirmation filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants [ECF No. 3446]

XX.  Declaration of Jayne Conroy in Support of Ad Hoc Committee's Reply to Plan Objections and in Support of Plan Confirmation filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants [ECF No. 3447]

YY.   Declaration of Timothy J. Martin filed by Jasmine Ball on behalf of Beacon Company [ECF No. 3448]

ZZ.   Declaration of Peter H. Weinberger in Support of Ad Hoc Committee's Reply to Plan Objections and in Support of Plan Confirmation filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants [ECF No. 3449]

AAA. Declaration of Jessica B. Horewitz, Ph.D in Support of the Ad Hoc Committee's Reply to Plan Objections and in Support of Plan Confirmation filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants [ECF No. 3450]

BBB. Declaration of Jonathan Greville White filed by Jasmine Ball on behalf of Beacon Company [ECF No. 3451]

CCC. Declaration of Alexa M. Saunders filed by Jasmine Ball on behalf of Beacon Company [ECF No. 3452]

DDD. Declaration of Jesse DelConte filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P [ECF No. 3456]

EEE. Motion of the Official Committee of Unsecured Creditors for Leave to Exceed Page Limit in Statement in Support of Confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 3457]

FFF. Redacted Declaration of Michael Atkinson in Support of the Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 3460]

GGG. Debtors' Motion for Leave to Exceed the Page Limit in Filing Memorandum of Law in Support of Confirmation of Debtors' Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Debtor Affiliates and Omnibus Reply to Objections Thereto [ECF No. 3462]

HHH. Motion to Exceed Page Limit for Ad Hoc Committee's Reply to Plan Objections [ECF No. 3464]

III.   Order Granting Motion to Authorize Leave to Exceed the Page Limit in Filing the Reply to the U.S. Trustee's Objection [ECF No. 3466]

JJJ.  Order Granting Motion of the Official Committee of Unsecured Creditors for Leave to Exceed Page Limit in Statement in Support of Confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 3467]

KKK. Expert Report of William Hrycay [ECF No. 3469]

LLL.  Order Granting Motion to Exceed Page Limit for Ad Hoc Committee's Reply to Plan Objections [ECF No. 3473]

MMM. Declaration of E. Bryan Sheldon [ECF No. 3476]

NNN. Proposed Order Granting Leave to Exceed the Page Limit in the Mortimer D. Sackler Familys Response to Plan Objections and Statement in Support of Confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3480]

OOO. Objection to Confirmation of Amended Plan as relating to Hospital Trust tender of Testimony at Confirmation Hearing [ECF No. 3482]

PPP.  Motion to Exclude the Expert Testimony of William P. Hrycay, CFA [ECF No. 3490]

QQQ. Notice of Motion to Exclude the Expert Testimony of William P. Hrycay, CFA [ECF No. 3491]

RRR. Order Granting Leave to Exceed the Page Limit in the Mortimer D. Sackler Family's Response in Support of Confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3515]

SSS.  Amended Order Establishing Procedures for Remote Hearing on Confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3521]

TTT.  Withdrawal of Limited Objection of Native American Tribe Group to Sixth Amended Joint Plan of Reorganization [dkt3257] [ECF No. 3522]

UUU. Notice of Filing of Thirteenth Plan Supplement Pursuant to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3528]

VVV. Motion to Strike Amended Motion to Exclude the Expert Testimony of William P. Hrycay, CFA [ECF No. 3530]

13

WWW. Motion to Strike Declaration of Lawrence Hamermesh and Exclude Expert Testimony [ECF No. 3542]

XXX. Stipulation in Connection with the Debtors' Chapter 11 Plan of Reorganization [ECF No. 3543]

YYY. Seventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3545]

ZZZ. Notice of Filing of Blackline of Seventh Amended Plan [ECF No. 3546]

AAAA. Notice of Filing of Fourteenth Plan Supplement Pursuant to the Seventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3547]

BBBB. Notice of Filing of [Debtors Proposed] Findings of Fact, Conclusions of Law, and Order Confirming the Seventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. And Its Affiliated Debtors [ECF No. 3552]

CCCC. Memorandum of The Raymond Sackler Family in Opposition to Maryland's Motion in Limine to Preclude the Expert Testimony of Professor Lawrence A. Hamermesh [ECF No. 3554]

DDDD. Declaration of Charles Cowan, PhD [ECF No. 3556]

EEEE. Letter addressed to Judge Robert D. Drain requesting permission to file out of time the Declaration of West Virginia's expert, Charles Cowan PhD [ECF No. 3557]

FFFF. Declaration (Amended) of Rahul Gupta, MD, MPH, MBA, FACP [ECF No. 3565]

GGGG. Declaration (Amended) of Gayle A. Galan, MD, FACP [ECF No. 3566]

HHHH. Declaration (Amended) of William Legier [ECF No. 3567]

IIII. Notice of Withdrawal of Docket Number 3407 [ECF No. 3574]

JJJJ. Stipulation Between and Among the Raymond Sackler Family, the Mortimer Sackler Family, the States of Connecticut, Oregon and Washington, and the District of Columbia [ECF No. 3583]

14

KKKK. Stipulation by the Debtors and Certain Insurers Regarding Certain Insurers Motion in Limine to Exclude Certain Evidence Related Solely to Insurance Coverage and to Strike Insurance-Related Testimony in Debtors Declarations [ECF No. 3588]

LLLL. Stipulation Regarding the Objection Filed by Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company [ECF No. 3589]

MMMM. Limited Objection of the States Of Washington, California, Connecticut, Delaware, Maryland, Oregon, Rhode Island and Vermont and The District Of Columbia To Debtors Proposed Order Confirming the Seventh Amended Joint Chapter 11 Plan of Reorganization [ECF No. 3594]

NNNN. So Ordered Stipulation Between and Among the Raymond Sackler Family, the Mortimer Sackler Family, the States of Connecticut, Oregon and Washington, and the District of Columbia [ECF No. 3601]

**OOOO. Proposed Stipulations Between Certain Distributors', Manufacturers', and Pharmacies' and the Debtors Regarding Documentary Evidence Pertaining to the Confirmation Hearing [ECF No. 3612]**

**PPPP. Notice of Continuation of Hearing on Confirmation of Seventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors [ECF No. 3617]**

**QQQQ. Stipulation Joint Stipulation of Facts [ECF No. 3631]**

**RRRR. Eighth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3632]**

**SSSS. Notice of Filing of Eighth Amend Plan [ECF No. 3633]**

**TTTT. Notice of Filing of Fifteenth Plan Supplement Pursuant to the Eighth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3634]**

**UUUU. Notice of Filing of Debtors' Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Seventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3635]**

15

VVVV. Stipulation Joint Stipulation as to Facts [ECF No. 3642]

WWWW. Objection to Settlement filed by Trudy Duffy [ECF No. 3648]

XXXX. Ninth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3652]

YYYY. Notice of Filing of Blackline of Ninth Amended Plan [ECF No. 3653]

*ZZZZ.* Notice of Filing of Debtors' Second Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Ninth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3654]

AAAAA. Notice of Filing of Sixteenth Plan Supplement Pursuant to the Ninth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3655]

BBBBB. Notice of Withdrawal of Docket Number 3405 [ECF No. 3656]

CCCCC. Notice of Withdrawal of Docket Number 3408 [ECF No. 3657]

DDDDD. Notice of Withdrawal of Docket Number 3409 [ECF No. 3658]

EEEEE. Notice of Filing of Exhibit B to Debtor's Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Ninth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3670]

FFFFF. Tenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3682]

GGGGG. Notice of Filing of Blackline of Tenth Amended Plan [ECF No. 3683]

HHHHH. Notice of Filing of Blackline of Eleventh Amended Plan [ECF No. 3707]

IIIII. Notice of Filing of Debtors' Third Revised Proposed Findings of Fact, Conclusions of Law, and Order

**Confirming the Eleventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3708]**

**JJJJJ. Notice of Filing of Seventeenth Plan Supplement Pursuant to the Eleventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3711]**

**KKKKK. Notice of Change of Listen-Only Dial in for Hearing on Confirmation of Eleventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3713]**

**LLLLL. Notice of Filing of Exhibits B and C to Debtor's Third Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Eleventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 3715]**

Status: This matter is going forward.

Dated:    August 31, 2021
          New York, New York

                                    DAVIS POLK & WARDWELL LLP

                                    By:    */s/ Eli J. Vonnegut*
                                           Eli J. Vonnegut

                                    450 Lexington Avenue
                                    New York, New York 10017
                                    Telephone: (212) 450-4000
                                    Facsimile:  (212) 701-5800
                                    Marshall S. Huebner
                                    Benjamin S. Kaminetzky
                                    Timothy Graulich
                                    Eli J. Vonnegut
                                    Christopher S. Robertson

                                    *Counsel to the Debtors*
                                    *and Debtors in Possession*