DEAR HONORABLE U.S DISTRICT JUDGE

RE: CLAIM #5739 PURDUE PHARMA

GOOD MORNING. I AM CURRENTLY IN-
CARCERATED. I AM UNABLE TO USE THE
PHONE AT WILL. I CALLED THE PRIME
CLERK TODAY AT 1:15pm 08/24/2021
AS JAILSTAFF MADE AN EXCEPTION AS I
HAVE NO OTHER WAY TO CALL.
    THE PRIME CLERK SAID my NAME
IS MARK CALL NEXT WEEK AND HUNG
UP ON ME.
    WHAT THIS ABUSE OF FAILURE By PURDUE
PHARMA TO WARN ME AND THE SUBSEQUENT
PRISON SENTENCES DUE TO my ADDICTION
STARTING IN THE LATE 1990's DUE TO my
INTRODUCTION TO THIS MEDICAT,ON
(OXYCONTIN) HAS, RUINED my LIFE. But,
HAS NOT YET KILLED ME.
    ENCLOSED IS A COPY OF THE 5
YEARS I WAS SENTENCED IN PRISON
DUE TO my OPIATE USAGE. PLEASE
USE AS A REFERENCE.
    I WAS IN PRISON WHEN I TIMELY
FILED my CLAIM YET WAS UN-
ABLE TO RETAIN AN ATTORNEY IN
TIME. THEREFOR I AM ON my OWN
WITH THIS.

I WILL BE GoING To PRISoN AGAIN.
I HAVE SPENT OVER $40,00.00
ON My PRESCRIPTIONS To OkyCONTIN.
I WoulD LIKE CompENSATION
FOR THE DAMAGE IT HAS CAUSED
ME PRISON TIME, LOSS OF TEETH,
LoSS OF GooD YEARS To my LIFE BE-
CAUSE OF ADDICTION To THIS DRUG.
AND PURDUE PHARMAS PART IN THAT/
THIS ADDICTION.
I ONLY ASKED THE PRIME CLERK
To VERIFY My NEW ADDRESS IN JAIL
HERE AS I DID IT IN WRITING AS
REQUIRED. IT IS. ( AARON RYERSON
                   CERRO GORDO JAIL
                   17262 LARK AVENUE
                   MASON CITY IOWA
                   50401
I WILL NOTIFY you IF THIS CHANGES
I HAVE WRITTEN THE PRIME CLERK
3 TIMES To ASK FOR VERIFICATION BY
WRITTEN RESPONSE. NOTHING IN RESPONSE.
WouID you PLEASE RESPOND? AS I AM
STILL HopING To BE PROPERLY Com-
PENSATED BY PURDUE PHARMA IN THE
DAMAGE OF My LIFE.
                THANK yoU
                RESPECTFULLy.

           AARON PAUL RYERSON
           CLAIM # 5739