Hon. Robert R. Drain. U.S.B.J.,
United States Bankruptcy Court
Southern District of New York
    300 Quarropas Street
White Plains, New York 10601

**Chapter 11**

**(Jointly Administrated)**

August 23, 2021

**In re: Purdue Pharma, L.P., et al., Case No. 19-23649(RRD)**
    **United States Bankruptcy Court**

**Claim No. 89590**

Dear Judge Drain;

In light of the factual information of my drug addiction, including opioids, which lead to my disabilities and discrimination under Section 504 of the Rehabilitation Act, as the statute fully explain in the unambiguous section of opioid addiction or drug addiction under the American with Disabilities Act of 1990 and as amended; refer to JFK satellite Unit at the Muhlenberg Hospital, full range toxicology report; which was done by forensic toxicology testing of my body fluids and the results of the lab procedures identifying and quantifying potential toxins, which include prescription medications and drugs of abuse and the interpretations of the findings.

The State of New Jersey, et al., discrimination against me for past non-violent crimes of subculture behavior's of drug addiction and I was stigmatize **because of my disability and drug addiction** and to injuries suffered related to the opioid addiction, which had a substantial limit of major activities in my life.

I was being stigmatized and discriminated against by shareholders/stakeholders, et al., (debtors and defendants) who have a contractual relationship with the pharmaceutical companies at issues, in the denial of essential services or the participation in a covered entity's programs, activities, or services. Theirs' no justifiable or qualified reason to exclude me from participating in programs and services offered by any of the State of New Jersey public and private entities that received federal funding and healthcare benefits for my son.

The State of New Jersey have waved immunity when it accepted federal funding; Judge, whether Congress validly conditioned the receipt of federal financial assistance on a waiver of States' (New Jersey, et al.,) Eleventh Amendment immunity for suite under Section 504 of the Rehabilitation Act, 29 U.S.C. 794 (Section 504). I was denied services and the right to participate in activities that was federally funded for Title II Public Entities.

This court has authority to enter its finding of facts and conclusions of law based on non-core proceeding against the Public Entities and their employees, et al., (shareholders and stakeholders and financial directors) contractual relationship through New Jersey's Division of Investments, et al., with the debtors, Purdue Pharma, L.P., et al., and "Sackler's Family", if appropriate referred to the UNITED States District of the Second Circuit or in the alternative sit down in conference with this claimant to make hold on all loses due to the discriminatory conduct of the pharmaceutical industries' shareholders/stakeholders toward me.

The Sackler's family shareholders and stakeholders of New Jersey, et al., shall be held personally liable for the Purdue Pharma, L.P., et al., corporation's distribution and harm caused me by the opioids drugs and its synthetics.

The Sackler's family request for immunities for its cohorts, violates the Spending Clause of Congress and the restrictions congress placed on the debtors shareholders/stakeholder and financial advisors, money managers, et al., see Section 2000d-7 which is an unambiguously conditions of the State of New Jersey, et al., recipients of federal funding on a waiver of sovereign immunity.

Purdue Pharma, L.P., et al., has an obligation as to those of its shareholders under the Americans with Disabilities Act of 1990 and as amended, to hold them accountable for their investment in the opioids production that had an effect on the commerce.

Be mindful I was discriminated against by the State of New Jersey, et al., because of my opioid addiction to Oxycontin and other manufactured opiate drugs that were prescribed to me by licenses doctors exercising prudent clinical judgment for my medical necessity to manage the pain I was experiencing and suffering from due the reason of my hospitalization.

The Title 11 proceeding before the court, I am asserting Section 157(c)(1), which congress gave this court the authority in its finding in law and conclusion in a non-core proceeding for actions that's otherwise related to this claim under title 11of Purdue Pharma, L.P., et al., restructuring petition to the United States Bankruptcy Court, it is without question that this matter is intimately related to the harm I suffered from the opioid's addiction(s) related to my claims I filed against a list of defendants.

Judge Drain, I requested from the shareholders/stakeholders of the pharmaceutical industries investors early childhood intervention services for my son, as well as medical services to ameliorate any conditions related to his health as a result of his mother's unfortunate circumstances of prenatal abstinence syndrome,* I was discriminated against and denied any services and I was further discriminated because of my age, by Main Street Counseling Services, who had a contractual relationship with the shareholder/stakeholders.

The Main Street Counseling Services is covered under Title II of the American with Disabilities Act of 1990 and as amended.

As pointed out above, Section 2000d-7 embodies exactly the type of unambiguous condition the U.S. Supreme Court discussed in Atascadero, putting States (shareholders/stakeholders) on express notice that a condition for receiving federal funds was their consent to suit in federal court fopr alleged violations of Section 504; Thus, in Lane v. Pena, 518 U.S. 187 (1996), the Supreme Court noted "the care with which Congress responded to their decision in Atascadero" 473 U.S. 234 (1985); and the court concluded that in enacting Section 2000d-7, Congress sought to provide the sort of unequivocal wavier that their precedents demand, see in light of Lane v. Pena:

**"And Lane's "equal treatment" argument falters as well on a point previously discussed: Section 505(a)(2) itself indicates congressional intent to treat federal Executive agencies *differently* from other § 504(a) defendants for purposes of remedies. See *supra*, at 192-193. The existence of the § 505(a) (2) remedies provision brings this case outside the "general rule" we discussed in *Franklin:* This is not a case in which "a right of action exists to enforce a federal right and Congress is silent on the question of remedies." 503 U. S., at 69. Title IX, the statute at issue in *Franklin,* made no mention of available remedies. *Id.,* at 71. The Rehabilitation Act, by sharp contrast, contains a provision labeled "Remedies and attorney fees," § 505. Congress has thus spoken to the question of remedies in § 505(a)(2), the only "remedies" provision directly addressed to §**

3

504 violations, and has done so in a way that suggests that it did not in fact intend to waive the Federal Government's sovereign immunity against monetary damages awards for Executive agencies' violations of § 504(a). Given the existence of a statutory provision that is directed precisely to the remedies available for violations of § 504, it would be a curious application of our sovereign immunity jurisprudence to conclude, as the dissent appears to do, see *post,* at 209-210, that the lack of clear reference to Executive agencies in any express remedies provision indicates congressional intent to subject the Federal Government to monetary damages.

III

Even if §§ 504(a) and 505(a)(2) together do not establish the requisite unequivocal waiver of immunity, Lane insists, the "equalization" provision contained in § 1003 of the Rehabilitation 198*198 Act Amendments of 1986, 100 Stat. 1845, 42 U. S. C. § 2000d—7, reveals congressional intent to equalize the remedies available against all defendants for § 504(a) violations. Section 1003 was enacted in response to our decision in *Atascadero State Hospital* v. *Scanlon,* 473 U. S. 234 (1985), where we held that Congress had not unmistakably expressed its intent to abrogate the States' Eleventh Amendment immunity in the Rehabilitation Act, and that the States accordingly were not "subject to suit in federal court by litigants seeking retroactive monetary relief under § 504." *Id.,* at 235. By enacting § 1003, Congress sought to provide the sort of unequivocal waiver that our precedents demand. That section provides:

"(1) A State shall not be immune under the Eleventh Amendment . . . from suit in Federal court for a violation of section 504 of the Rehabilitation Act of 1973, title IX of the Education Amendments of 1972, the Age Discrimination Act of 1975, title VI of the Civil Rights Act of 1964, or the provisions of any other Federal statute prohibiting discrimination by recipients of Federal financial assistance.

"(2) In a suit against a State for a violation of a statute referred to in paragraph (1), remedies (including remedies both at law and in equity) are available for such a violation to the same extent as such remedies are available for such a violation in the suit against any public or private entity other than a State." 42 U. S. C. § 2000d—7(a).

The "public entities" to which § 1003 refers, Lane concludes, must include the federal Executive agencies named in § 504(a), and those agencies must be subject to the same remedies under § 504(a), including monetary damages, as are private entities".

**Judge,** if a state agency does not wish to accept the conditions attached to the funds, it is free to decline the assistance. But if it does accept federal money, then it is clear that it has agreed to the conditions as well.

The Sacklers family, tumbling on their shareholders/stakeholders acceptance of the federal funding in violation of the American with Disabilities Act of 1990 and as amended.

4

I'm attaching to this letter in support my claims copies from New Jersey Civil Service Commissioner Executive "responsibilities of the agency of the shareholder/stakeholders".

If the Bankruptcy Court view the *civil services responsibilities and other issues in my fraudulent conveyance **inter alia** as a non-core proceeding than referral with the court's finding of facts of law to the United State District Court for the Southern District of New York a de novo trial or in the alternative sit with me on a settlement.

*[signature]*
Ronald Bass, Sr.

*There was political reasons behind my opioid addiction

*Courtesy to the Judge*



Chris Christie
*Governor*
Kim Guadagno
*Lt. Governor*

STATE OF NEW JERSEY
CIVIL SERVICE COMMISSION
Office of the Chair/Chief Executive Officer
PO Box 317
Trenton, NJ 08625-0317

Robert M. Czech
*Chair/Chief Executive Officer*

August 18, 2011

Ronald Bass
Post Office Box 1062
Plainfield, NJ 07061.

Dear Mr. Bass:

The following is in response to your letter dated August 14, 2011. In your letter, you inquire about the job requirements for Adriem Caldwell, Supervising Family Service Specialist II, and Lashonda Drake, Caseworker Family Service Specialist II. We are providing you with a copy of their respective job specifications. You have also inquired about these employees' class of service; our records indicate that both of these employees are serving in classified positions.

We suggest you forward an Open Public Records Act ("OPRA") request, for the aforementioned employees' resumes, to the Appointing Authority, the New Jersey Department of Children and Families. Their website contains a link to OPRA, which is located at the bottom of their home page: http://www.state.nj.us/dcf/.

If you have any questions, please contact me via e-mail at Christopher.Randazzo@csc.state.nj.us.

Sincerely,

Chris Randazzo
Assistant Chief of Staff
New Jersey Civil Service Commission
Phone: (609) 292-7045
Fax: (609) 984-3631

Encl:

New Jersey is an Equal Opportunity Employer
www.state.nj.us/csc


**New Jersey Civil Service Commission**

---

You are reading the State of New Jersey Job Descriptions. This is **not** a Job Vacancy Announcement.

---

**Job Specification**

## SUPERVISING FAMILY SERVICE SPECIALIST 2

**DEFINITION**

Under direction of a District Manager 2 or other supervisory official in the Division of Youth and Family Services, supervises the delivery of social services in a district office or adoption resource center, in day care, residential, foster care, and in other areas of child care; assists the District Manager in administering office activities according to agency policy in personnel, budget, systems, and training; coordinates service with other family and children's services providers and maintains positive relationships with other concerned community groups and individuals; participates in the development of policy, procedures, and standards; does other related duties.

**NOTE:** The examples of work for this title are for illustrative purposes only. A particular position using this title may not perform all duties listed in this job specification. Conversely, all duties performed on the job may not be listed.

**NOTE: Appointments may be made to positions requiring bilingual skills.**

**62141C - Bilingual in Spanish and English**
SPECIAL SKILL
Applicants must be able to read, write, speak, understand, or communicate in Spanish and English sufficiently to perform the duties of this position.

**EXAMPLES OF WORK:**

Assists in planning work activities and supervising subordinate staff in the delivery of social services, protective services, foster home finding and placement, residential placement, volunteer coordination, staff training, and resource development.

Schedules, plans, and conducts conferences with subordinates to interpret policy; provides advice and in handling difficult cases.

Schedules, prepares materials for, and helps conduct training sessions to apprise staff aware of community resources; and division policy and procedures; participates in orientation of new staff and supervisors.

Supervises work operations and/or functional programs, and has responsibility for effectively recommending the hiring, firing, promoting, demoting, and/or discipline of employees.

Delivers speeches to define the agency's role and its services; promotes the objective of preventing abuse and neglect to school systems, hospitals, clinics, institutions, professional groups and others.

Provides case consultation with other professional staff to discuss family problems and treatment methods.

Utilizes community resources for mental health, medical, vocational, educational, residential, and other assistance.

Provides recommendations and develops plans for needed community services.

Conducts surveys, studies, and investigations to evaluate and broaden program effectiveness.

Analyzes need for specialized social work activities within a local area based on client population and provides for these services; which may include: protective services for children, domestic violence, sexual abuse, substance abuse, adolescent behavior, parenting skills and others.

Works with a staff committee to review, develop and implement policies, procedures, standards and rules..

Serves as a member of social planning groups and represents the division at meetings and conferences.

Prepares reports.

When working as a consultant, trains and supervises unit supervisors through conferences, and evaluates their performance.

Participates in the development of unit policy and procedure.

Supervises the establishment and maintenance of records and files.

Will be required to learn to utilize various types of electronic and/or manual recording and information systems used by the agency, office, or related units.

**REQUIREMENTS:**

**EDUCATION:**

Graduation from an accredited college or university with a Bachelor's degree.

**EXPERIENCE:**

Three (3) years of experience in social work, direct support counseling, guidance, or casework involving high risk child abuse and neglect or other problematic socioeconomic situations involving counseling services to clients with social, emotional, psychological, or behavioral problems including gathering and analyzing information, determining needs, and planning and carrying out treatment plans.

**NOTE:** A supervised social work field placement of three hundred (300) hours serviced through an accredited college or university or performed in a social service agency may be substituted for one (1) year of indicated experience.

**NOTE:** Applicants who do not possess the required degree may substitute additional experience as indicated on a year-for-year basis with thirty (30) semester hour credits being equal to one (1) year of experience.

**NOTE:** A Master's degree in Social Work, Psychology, Guidance and Counseling, Divinity, Marriage and Family Therapy, or other related behavioral science area may be substituted for one (1) year of experience.

**LICENSE:**

Appointees will be required to possess a driver's license valid in New Jersey only if the operation of a vehicle, rather than employee mobility, is necessary to perform essential duties of the position.

**KNOWLEDGE AND ABILITIES:**

Knowledge of the types of social service agencies likely to be of assistance in providing for the needs of those with social, emotional, psychological or behavioral problems.

Knowledge of the economic, social, emotional, and other problems of

Contributes to the development and/or implementation of an appropriate case plan.

Develops cooperative working relationship with court personnel and with other agencies and individuals that also work with children whose conduct brings them before court.

Responsible for locating and securing resource homes for children in need of placement, and ensuring the permanency, safety and well-being of the children therein.

Conducts follow-up visits to ensure Resource Family home is in compliance with licensing standards.

Refers families for services.

Conducts training for Resource Family applicants and/or new Resource Families.

Conducts home evaluation and processes relative care payments.

Ensures the Local Office is in compliance with all Child Placement Review Legislation/Statutes with clear and precise understanding and direction regarding the out of home placement aspects of the Division's Policy and Procedures.

**REQUIREMENTS:**

**EDUCATION:**

Graduation from an accredited college or university with a Bachelor's degree.

**EXPERIENCE:**

One (1) year of experience in professional social work, direct support counseling, guidance, or case management involving high risk child abuse and neglect or other problematic situations involving counseling services to clients with social, emotional, psychological, or behavioral problems including gathering and analyzing information, determining needs, and planning and supporting and/or carrying out treatment plans.

**NOTE:** A supervised social work field placement of three hundred (300) hours serviced through an accredited college or university or performed in a social service agency may be substituted for the indicated experience.

**NOTE:** A Master's degree in Social Work, Psychology, Guidance and Counseling, Divinity, Marriage and Family Therapy, or other related behavioral science area may be substituted for the indicated experience.

**NOTE:** Applicants who do not possess the required degree may substitute additional professional case management experience on a year for year basis with one (1) year of experience being equal to thirty (30) semester hour credits.

**LICENSE:**

Appointees will be required to possess a driver's license valid in New Jersey only if the operation of a vehicle, rather than employee mobility, is necessary to perform essential duties of the position.

**KNOWLEDGE AND ABILITIES:**

Knowledge of the economic, social, emotional, and other problems of abused and neglected family members.

Knowledge of the signs of child abuse and neglect.

01/02/2010



*New Jersey Civil Service Commission*

You are reading the State of New Jersey Job Descriptions. This is **not** a Job Vacancy Announcement.

Job Specification

**FAMILY SERVICE SPECIALIST 2**

**DEFINITION:**

Under direction of a Supervising Family Services Specialist 2 or other supervisory official in the Department of Children and Families, performs field and office work to:

- screen allegations of child abuse and/or neglect; and/or
- initiate or conduct various types of investigations including child welfare assessments or abuse and/or neglect referrals in problematic high risk family situations, in-home supervision, residential placement, assessment, recruitment, and placement in resource family/foster homes, adoption related work and placement supervision; and/or
- manages various aspects of court involved cases; and/or
- refers families for services; and/or
- facilitates Family Team Meetings; and/or
- collects, records and analyzes significant facts, draws conclusions, and determines appropriate action;
- does other related duties.

**NOTE:** The examples of work for this title are for illustrative purposes only. A particular position using this title may not perform all duties listed in this job specification. Conversely, all duties performed on the job may not be listed.

**NOTE: Appointments may be made to positions requiring bilingual skills.**

**62152C - Bilingual in Spanish and English**
SPECIAL SKILL
Applicants must be able to read, write, speak, understand, or communicate in Spanish and English sufficiently to perform the duties of this position.

**EXAMPLES OF WORK:**

Conducts investigations for abuse and neglect referrals within required timeframes; interviews children, parents, relatives, neighbors, and other collateral parties to the family or institution; obtains medical care if necessary; assesses safety and risk for children and takes appropriate action; seeks court intervention, police assistance, or in severe situations removal of the child from an unsafe environment in accordance with statute.

Engages families, identifies underlying needs, arranges and facilitates Family Team Meetings as appropriate to foster the development of a case plan that identifies functional strengths, builds on supports and service linkages for the family.

Utilizes community resources; maintains cooperative relationships with public and private agencies identifies service limitations.

Provides information or testimony to juvenile courts and other committees as directed.

Gathers evidence of abuse and neglect, prepares affidavits and depositions, takes or obtains pictures, medical reports, and other documentation, and contacts the local police or prosecutor's office when necessary.

Provides documentation for the preparation of detailed affidavits and legal complaints for court review, acts as a witness in court, and provides testimony under oath.

Processes children for adoption placement; prepares computation for adoption subsidy.

Prepares forms and reports and other required paperwork.

Visits homes of client and families to plan and implement corrective measures and approaches to problems of parent/child relationships.

Provides assessment and treatment services to children and their families using agency and community resources.

Prepares for and facilitates Family Team Meetings in accordance with the case practice model.

Prepares for and facilitates parent child visitation and sibling visitation as appropriate in accordance with the case practice model.

Conducts investigations to identify problems leading to family disintegration; secures substitute care and temporary or permanent custody of children unable to remain at home.

Recruits resource family/foster homes, screens and evaluates applicants for resource family/foster and adoption care and does child specific recruitment.

May oversee activities of paraprofessional staff, students, and volunteers providing support services for children and their families.

Assesses alleged abuse and neglect referrals through telephone or in-person interviews; evaluates seriousness of complaint, and provides recommendation for assignment to a service unit.

Lifts and carries children, and secures them in car seats.

Will be required to learn to utilize various types of electronic and/or manual recording and information systems used by the agency, office, or related units.

*In non-caseload carrying positions, the following duties may include but not be limited to:*

Screens requests for Department of Children and Families' services including: reports of suspected abuse or neglect of children; requests for non-abuse or neglect-related child welfare services; general information and referral services.

May be responsible for locating, identifying, developing and securing resources in the community and from other agencies for services to children and families.

May be responsible for receiving, processing and expediting requests for daycare services for children.

Participates in statewide collection of data, tracking key process milestones and service outcomes and regularly utilizes available data systems.

Effectively represents Department of Children and Families in matters before the New Jersey Superior Court's Family Practice Division involving juveniles by providing policy interpretation and case planning information.


**New Jersey Civil Service Commission**

---

You are reading the State of New Jersey Job Descriptions. This is **not** a Job Vacancy Announcement.

---

Job Specification

**SUPERVISING FAMILY SERVICE SPECIALIST 2**

**DEFINITION**

Under direction of a District Manager 2 or other supervisory official in the Division of Youth and Family Services, supervises the delivery of social services in a district office or adoption resource center, in day care, residential, foster care, and in other areas of child care; assists the District Manager in administering office activities according to agency policy in personnel, budget, systems, and training; coordinates service with other family and children's services providers and maintains positive relationships with other concerned community groups and individuals; participates in the development of policy, procedures, and standards; does other related duties.

**NOTE:** The examples of work for this title are for illustrative purposes only. A particular position using this title may not perform all duties listed in this job specification. Conversely, all duties performed on the job may not be listed.

**NOTE: Appointments may be made to positions requiring bilingual skills.**

**62141C - Bilingual in Spanish and English**
SPECIAL SKILL
Applicants must be able to read, write, speak, understand, or communicate in Spanish and English sufficiently to perform the duties of this position.

**EXAMPLES OF WORK:**

Assists in planning work activities and supervising subordinate staff in the delivery of social services, protective services, foster home finding and placement, residential placement, volunteer coordination, staff training, and resource development.

Schedules, plans, and conducts conferences with subordinates to interpret policy; provides advice and in handling difficult cases.

Schedules, prepares materials for, and helps conduct training sessions to apprise staff aware of community resources; and division policy and procedures; participates in orientation of new staff and supervisors.

Supervises work operations and/or functional programs, and has responsibility for effectively recommending the hiring, firing, promoting, demoting, and/or discipline of employees.

Delivers speeches to define the agency's role and its services; promotes the objective of preventing abuse and neglect to school systems, hospitals, clinics, institutions, professional groups and others.

Provides case consultation with other professional staff to discuss family problems and treatment methods.

Utilizes community resources for mental health, medical, vocational, educational, residential, and other assistance.

Provides recommendations and develops plans for needed community services.

Knowledge of the methods used to identify whether abuse or neglect has occurred.

Knowledge of problems encountered in the investigation of child abuse referrals and other problematic family situations.

Knowledge of counseling and interviewing techniques.

Knowledge of the methods used to conduct investigations.

Knowledge of the methods used to collect and analyze data.

Knowledge of the types of community services and resources likely to be used by the client population served.

Knowledge of assessment methods used to match child to a Resource Family.

Knowledge of the types of social service agencies likely to be of assistance in providing for the needs of those with social, emotional, psychological or behavioral problems.

Ability to engage families in critical decision making and case planning.

Ability to interpret and apply the Child Protective Services and child welfare policies and procedures.

Ability to maintain client confidentiality including all documentation and information contained in the case record.

Ability to interpret and apply laws, rules and regulations to specific situations.

Ability to interact with the public in a professional manner.

Ability to assess if it is necessary to place children in out-of-home settings.

Ability to monitor the effectiveness and appropriateness of services provided to meet the needs of children and families.

Ability to identify the need for other community resources and services, and make appropriate referrals.

Ability to collect and analyze data and evaluate the social relationships of individuals and families and take appropriate action including providing services.

Ability to conduct investigations of child abuse and child neglect under the direction of a supervisor.

Ability to conduct safety assessment and prepare safety plans with supervisory consultation and guidance.

Ability to identify risk factors through observation, interviews and collateral sources.

Ability to conduct field visits and/or studies.

Ability to document all case related activities.

Ability to prepare case plans with families and appropriate interested parties.

Ability to prepare case histories, records, and reports.

Ability to prepare clear, sound, accurate and complete reports of investigations containing findings, conclusions and recommendations.

Ability to demonstrate strong writing and organizational skills.

Ability to interview persons who may be emotionally upset or antagonistic, and obtain information needed for planning realistic goals for improved family and/or individual functioning.

Ability to remain calm and decisive in emergency situations, make immediate and critical decisions based on agency policy and perform judiciously under pressure.

Ability to lift, carry, position and secure children in car seats.

Ability to act as witness in court, and to prepare documents for court review.

Ability to utilize various types of electronic and/or manual recording and information systems used by the agency, office, or related units.

Ability to read, write, speak, understand, and communicate in English sufficiently to perform duties of this position. American Sign Language or Braille may also be considered as acceptable forms of communication.

Persons with mental or physical disabilities are eligible as long as they can perform essential functions of the job with or without reasonable accommodation. If the accommodation cannot be made because it would cause the employer undue hardship, such persons may not be eligible.

**This job specification is applicable to the following title code(s) which are different work week or work month and/or variants of the job class title:**

| Job Spec Code | Variant | State, Local or Common | Class of Service | Work Week | State Class Code | Local Class Code | Salary Range | Note |
|---|---|---|---|---|---|---|---|---|
| 62152 | | S | C | NE | 22 | N/A | P22 | - |
| 62152C | Bilingual In Spanish And English | S | C | NE | 22 | N/A | P22 | - |

This job specification is for **state** government use only.
Salary range is only applicable to state government.
Local salaries are established by individual local jurisdictions.

6/4/2011



### State of New Jersey

DEPARTMENT OF CHILDREN AND FAMILIES
P. O. BOX 717
TRENTON, NEW JERSEY 08625-0717

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

ALLISON BLAKE, PH.D., L.S.W.
*Commissioner*

### August 19, 2011

<u>**Open to Employees of the Department of Children and Families who are permanent in a competitive title with underlying permanent State service as a promotional or lateral opportunity, subject to current promotional and hiring restrictions.**</u>

### DEPARTMENT-WIDE
### JOB OPPORTUNITY #068-11

**POSITION:** SUPERVISING ADMINISTRATIVE ANALYST

**LOCATION:** Department of Children and Families
Office of Information Technology and Reporting
50 East State Street
Trenton, NJ 08625

**SALARY:** (M32) $71,878.65 - $100,638.17

**DEFINITION:** Under general supervision of a supervisory official, directs the review, analysis, and appraisal of administrative procedures/policies, organizational structure, and performance for a small state department, large division, or agency to improve efficiency/effectiveness of operations of the organizational unit; supervises subordinate administrative analysts; has charge of work concerned with data processing, administrative practices, budget, and/or other operational studies of the department/agency; does other related duties as required.

### REQUIREMENTS

**SPECIAL NOTE:** This position requires in-depth knowledge of all DYFS fiscal and business functions, as well as of NJ Spirit. Experience with the development of software applications, modifications, and enhancements are needed. This individual will need to be able to work with administrative and business analysts, and software developers. Supervisory experience is also required.

**EDUCATION:** Graduation from an accredited college or university with a Bachelor's degree.

**EXPERIENCE:** Five (5) years of experience in the review, analysis, and evaluation of budget, organization, administrative practices, operational methods, management operations, or data processing applications, or any combination thereof, which shall have included responsibility for the

/-B

recommendation, planning, and/or implementation of improvements in a business or government agency, two (2) years of which shall have been in a supervisory capacity.

**NOTE:** Applicants who do not possess the required education may substitute additional experience as indicated on a year-for-year basis with thirty (30) semester hour credits being equal to one (1) year of experience.

**NOTE:** A Master's degree in Public Administration, Economics, Finance, Accounting, or Business Administration may be substituted for one (1) year of indicated nonsupervisory experience.

**LICENSE:** Appointee will be required to possess a driver's license valid in New Jersey only if the operation of a vehicle, rather than employee mobility, is necessary to perform essential duties of the position.

**NOTE:** APPLICABLE SPECIAL RE-EMPLOYMENT LIST ESTABLISHED DUE TO LAYOFFS WILL BE USED BEFORE ANY APPOINTMENTS ARE MADE.

**Resume Submittal:** Please submit a current resume with a cover letter to:

> Jessica Chianese, Personnel Coordinator
> Department of Children and Families
> Office of Human Resources
> P. O. Box 717
> Trenton, New Jersey 08625-0717
>
> **Email:** Jessica.Chianese@dcf.state.nj.us

**No later than close of business on September 2, 2011.**

New Jersey is An Equal Opportunity Employer



Vito Genna, Clerk of Court
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Rm. 147
White Plains, NY 10601

August 23, 2021

**In Re: Case No. 19-23649 (RDD)**
**PURDUE PHARMA, LP, et al.**
Debtors

Chapter 11

(Jointly Administered)

Claim No. 89590

Dear Clerk,

Find letter to Judge Robert D. Drain in support of the hearing for the month of October 2021; also find an extra copy for me to be stamped and return back in the self-address envelope.

One courtesy copy for the Judge's Chamber convenience.

Sincerely

Ronald Bass, Sr.

Cc: United States Trustee
    Prime Clerk, LLC