UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x
                                                          :
In re                                                     :    Chapter 11
                                                          :
PURDUE PHARMA L.P., *et al.*,                             :    Case No. 19-23649 (RDD)
                                                          :
                                              Debtors.    :    Jointly Administered
                                                          :
--------------------------------------------------------- x

## AFFIRMATION OF SERVICE

PAUL K. SCHWARTZBERG, hereby affirms under penalty of perjury that the forgoing is true and correct:

1. I am an attorney with the Office of the United States Trustee for the Southern District of New York.

2. On September 2, 2021, I caused a true and correct copy of the United States Trustee's Supplemental Objection to (I) Eleventh Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors, and (II) Any Proposed Confirmation Order [ECF Doc. No. 3710] to be served by the method set forth on Master Service List attached hereto.

　　　　　　　　　　　　　　　　　　　　　　/s/ *Paul K. Schwartzberg*
　　　　　　　　　　　　　　　　　　　　　　Paul K. Schwartzberg