Honorable Judge Robert D. Drain, U.S.B.J.
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY

September 6, 2021

Chapter 11

(Jointly Administrated)

Case No. 19-23649(RDD)

Dear Judge Drain,

Find one original letter to the court from **Claim Number 89590,** as the claimant under the United States Bankruptcy Court, Case Number 19-23649(RDD) consistent with all my filings to the core proceedings and non-core proceedings and to be determine in the United States District Court.

Ronald Bass, Sr.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P.., et al., | Case No. 19-23647 (RDD) |
| Debtors/Defendants | (Jointly Administered) |

## UNITED STATES CONSTITUTION FOURTEENTH AMENDMENT VIOLATION OF THE REORGANIZATION OF PURDUE PHARAM L.P. and DEBTORS/DEFENDANTS

_Dear Judge Drain;

Accept this letter motion under Claim No. 89590 *in lieu of* a more formal motion, the court shall take note that pursuant to the Uniform Commercial Code, Article 2 the State of New Jersey contracted with the debtor to secure the distribution of Oxycotin throughout its Medicaid Programs and Health Maintenance Organizations-HMO's Insurance vendors, it was confirm by the State of New Jersey that opioid caused physical harm to the human body and death, Section 1:

> *" The 14th Amendment to the U.S. Constitution, ratified in 1868, granted citizenship to all persons born or naturalized in the United States—including former enslaved people—and guaranteed all citizens "equal protection of the laws." One of three amendments passed during the Reconstruction era to abolish slavery".*

Particularly, the constitution guarantees 'No State shall make or enforce any law which shall abridge the privileges or . . . deprive any person of life, liberty or property, without due process of law'; The unethical conduct of the State of New Jersey, shareholders and stakeholders stock market investment of the shares

offer by Purdue Pharma L.P., et al., for the pension plans of New Jersey Public Agencies and employees and Private Entities and person(s) and throughout the United States violated my due process contrary to the American with Disabilities Rights of 1990 and as amended and the General Welfare Clause of the Constitution and the Social Security Act Title XXI "State Children's Health Insurance Program".

Judge Drain, **these defendants** under contract with the debtors, as well as, aware of what their monies was being used for and invested in through their 401(k) portfolio and the many years of knowing the harm their investments was causing this claimant and his children; amongst other things.

The State of New Jersey, et al., financial investment outweigh their potential benefits of their pension plans due to the appropriate study and finding of harm that the opioids the shareholders/stakeholders was causing New Jersey residents and amongst other issues; immunity to the debtors and defendants, will be exonerating the **Nuremberg Trial doctors** who participated in the **Holocaust** also known as the **Shoah,** its collaborators systematically murdered some six million Jews, it was alleged 500,000 people die as the result of opioids manufactured and distributed by Purdue Pharma L.P., et al., in the State of New Jersey.

I aver harm has came to this claimant by the shareholders discriminating because of my previous opioid addiction.

I am submitting this letter as part of the core proceeding under Chapter 11 Purdue Pharma L.P. et al., and their affiliated debtor and the defendants, in support of my claim(s) and children.

*Ronald Bass Sr.*

Ronald Bass, Sr.

U.S. Bankruptcy Clerk's Office
U.S. Trustee, U.S. Dept. of Justice
Prime Clerk, LLC