UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**TWENTY FIRST MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM JUNE 1, 2021 THROUGH JUNE 30, 2021**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | June 1, 2021 through June 30, 2021 |
| Monthly Fees Incurred: | $303,427.50 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred: $0.00

Total Fees and Expenses Due: $303,427.50

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, and $15,000 were allocated evenly across fees from the first, second, third, fourth, and fifth interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from June 1, 2021 through and including June 30, 2021 (the "**Fee Period**") amount to:

    | | |
    |---|---|
    | Professional Fees | $303,427.50 |
    | Expenses | 0.00 |
    | **TOTAL** | **$303,427.50** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

    | | |
    |---|---|
    | Professional Fees at 80% | $242,742.00 |
    | Expenses at 100% | 0.00 |
    | **TOTAL** | **$242,742.00** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

7. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than September 22, 2021 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

8. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
September 8, 2021

        FTI CONSULTING, INC.
        Financial Advisors to the Ad Hoc Committee of
        Governmental and Other Contingent Litigation
        Claimants of Purdue Pharma L.P.

By:   */s/ Matthew Diaz*
        Matthew Diaz, Senior Managing Director
        Three Times Square, 10th Floor
        New York, New York 10036
        Telephone: (212) 499-3611
        Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JUNE 1, 2021 TO JUNE 30, 2021**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Sr Managing Director | Restructuring | $ 1,120 | 80.8 | $ 90,496.00 |
| Joffe, Steven | Sr Managing Director | Tax | 1,165 | 5.0 | 5,825.00 |
| Simms, Steven | Sr Managing Director | Restructuring | 1,295 | 9.2 | 11,914.00 |
| Bromberg, Brian | Sr Director | Restructuring | 850 | 118.2 | 100,470.00 |
| Kim, Ye Darm | Sr Consultant | Restructuring | 635 | 80.3 | 50,990.50 |
| Kurtz, Emma | Sr Consultant | Restructuring | 580 | 61.0 | 35,380.00 |
| Turner, Ian | Sr Consultant | Restructuring | 580 | 14.1 | 8,178.00 |
| Hellmund-Mora, Marili | Associate | Restructuring | 290 | 0.6 | 174.00 |
| **GRAND TOTAL** | | | | **369.2** | **$ 303,427.50** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JUNE 1, 2021 TO JUNE 30, 2021**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 10.3 | $ 6,811.50 |
| 2 | Cash & Liquidity Analysis | 4.4 | 3,254.00 |
| 7 | Analysis of Domestic Business Plan | 8.5 | 4,930.00 |
| 9 | Analysis of Employee Comp Programs | 111.1 | 89,877.00 |
| 10 | Analysis of Tax Issues | 7.7 | 8,363.00 |
| 11 | Prepare for and Attend Court Hearings | 3.0 | 3,465.00 |
| 13 | Analysis of Other Miscellaneous Motions | 1.0 | 1,120.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 154.9 | 131,041.00 |
| 18 | Review of Historical Transactions | 44.2 | 36,480.00 |
| 19 | Case Management | 0.8 | 464.00 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 5.7 | 5,610.50 |
| 24 | Preparation of Fee Application | 12.4 | 8,103.50 |
| 28 | Review of IAC Business Plan | 5.2 | 3,908.00 |
| | **GRAND TOTAL** | **369.2** | **$ 303,427.50** |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2021 TO JUNE 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 6/1/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/2/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/3/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/4/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/7/2021 | Kim, Ye Darm | 0.5 | Review filed monthly operating report from the Debtors. |
| 1 | 6/7/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/8/2021 | Diaz, Matthew | 0.6 | Review April monthly operating report. |
| 1 | 6/8/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/9/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/10/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/11/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/14/2021 | Diaz, Matthew | 0.2 | Review non consenting states objection to the injunction extension. |
| 1 | 6/14/2021 | Diaz, Matthew | 0.4 | Review of updated diligence information on Nalmefene. |
| 1 | 6/14/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/15/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/16/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/18/2021 | Diaz, Matthew | 0.3 | Review of the Purdue insurance analysis. |
| 1 | 6/21/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/22/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/23/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/24/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/25/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/28/2021 | Kurtz, Emma | 0.9 | Review latest EY document production re: non-consenting states discovery requests to provide summary to team. |
| 1 | 6/28/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/29/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 6/30/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **10.3** | |
| 2 | 6/7/2021 | Diaz, Matthew | 0.6 | Review May cash reporting and variance analysis. |
| 2 | 6/8/2021 | Bromberg, Brian | 0.8 | Review cash analysis. |
| 2 | 6/8/2021 | Bromberg, Brian | 0.6 | Continue to review cash analysis. |
| 2 | 6/8/2021 | Kurtz, Emma | 1.6 | Prepare analysis of latest cash balance and cash forecast to evaluate budget to actual performance over the last 12 weeks. |
| 2 | 6/8/2021 | Kurtz, Emma | 0.8 | Prepare comparison analysis of latest cash balance to projected emergence cash balance. |
| **2 Total** | | | **4.4** | |
| 7 | 6/29/2021 | Kurtz, Emma | 1.6 | Review cost backup files for Purdue financial projections to compare to latest business plan cost projections. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD JUNE 1, 2021 TO JUNE 30, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 6/29/2021 | Kurtz, Emma | 1.4 | Review cost backup files for Rhodes financial projections to compare to latest business plan cost projections. |
| 7 | 6/29/2021 | Kurtz, Emma | 1.3 | Review cost backup files for Avrio financial projections to evaluate if the costs are reflected in the latest business plan provided by the Debtors. |
| 7 | 6/29/2021 | Turner, Ian | 1.2 | Review Debtors' latest business plan to understand business operations and financial performance. |
| 7 | 6/30/2021 | Kurtz, Emma | 1.3 | Draft summary of cost projections backup files to the business plan and initial follow-up questions for the Debtors. |
| 7 | 6/30/2021 | Turner, Ian | 1.7 | Review business plan to understand operating segments, product lines, historical performance, and forecast information. |
| 7 Total | | | 8.5 | |
| 9 | 6/15/2021 | Bromberg, Brian | 2.1 | Review 2021 KEIP KERP proposed by Debtors. |
| 9 | 6/15/2021 | Bromberg, Brian | 2.8 | Review 2020 KEIP KERP proposed by Debtors to compare to 2021 proposal. |
| 9 | 6/15/2021 | Diaz, Matthew | 0.8 | Review Debtors' proposed 2021 employee compensation plan. |
| 9 | 6/15/2021 | Kim, Ye Darm | 2.6 | Review historical analysis and Debtors files re: compensation. |
| 9 | 6/15/2021 | Kim, Ye Darm | 1.6 | Prepare summary slides re: Debtors historical compensation. |
| 9 | 6/15/2021 | Kim, Ye Darm | 0.6 | Review Debtors 2021 KEIP KERP materials. |
| 9 | 6/16/2021 | Bromberg, Brian | 1.2 | Provide comments on 2021 KEIP KERP slides. |
| 9 | 6/16/2021 | Bromberg, Brian | 1.5 | Review KEIP KERP proposed by Debtors last year. |
| 9 | 6/16/2021 | Bromberg, Brian | 1.2 | Review KEIP KERP presentation. |
| 9 | 6/16/2021 | Bromberg, Brian | 0.5 | Discuss KEIP with Houlihan. |
| 9 | 6/16/2021 | Diaz, Matthew | 1.9 | Review Debtors' proposed 2021 employee incentive plan. |
| 9 | 6/16/2021 | Kim, Ye Darm | 1.6 | Prepare summary of prior year KEIP / KERP approvals. |
| 9 | 6/16/2021 | Kim, Ye Darm | 0.8 | Prepare initial diligence question list re: 2021 KEIP / KERP. |
| 9 | 6/16/2021 | Kim, Ye Darm | 0.4 | Review HL's diligence question list re: KEIP KERP. |
| 9 | 6/17/2021 | Bromberg, Brian | 0.7 | Participate in call with team to discuss KEIP KERP presentation. |
| 9 | 6/17/2021 | Bromberg, Brian | 1.7 | Draft outline for KEIP KERP presentation to the committee. |
| 9 | 6/17/2021 | Bromberg, Brian | 0.8 | Finalize and send request list re: KEIP KERP to Houlihan. |
| 9 | 6/17/2021 | Bromberg, Brian | 0.6 | Attend call to discuss Debtors' proposed KEIP with Houlihan. |
| 9 | 6/17/2021 | Bromberg, Brian | 2.1 | Review draft KEIP KERP presentation to provide comments. |
| 9 | 6/17/2021 | Bromberg, Brian | 0.7 | Revise and send question list to the Debtors re: proposed KEIP KERP. |
| 9 | 6/17/2021 | Diaz, Matthew | 2.1 | Perform detailed review of the Debtors' historical employee compensation programs. |
| 9 | 6/17/2021 | Diaz, Matthew | 0.7 | Revise the due diligence list on the proposed 2021 employee compensation programs. |
| 9 | 6/17/2021 | Diaz, Matthew | 1.4 | Review outline of the report to the committee on the Debtors' proposed employee compensation plan. |
| 9 | 6/17/2021 | Diaz, Matthew | 0.5 | Participate in call with Houlihan to discuss the proposed employee compensation programs. |
| 9 | 6/17/2021 | Kim, Ye Darm | 0.7 | Participate in call with team re: KEIP KERP analysis and draft presentation. |
| 9 | 6/17/2021 | Kim, Ye Darm | 0.6 | Participate in call with Houlihan re: KEIP KERP analysis. |
| 9 | 6/17/2021 | Kim, Ye Darm | 0.8 | Prepare calculations comparing compensation to historical financials. |
| 9 | 6/17/2021 | Kim, Ye Darm | 3.2 | Prepare draft of updated KEIP KERP proposal analysis slides. |
| 9 | 6/17/2021 | Kim, Ye Darm | 1.7 | Prepare revisions to KEIP KERP proposal analysis slides. |
| 9 | 6/17/2021 | Kim, Ye Darm | 0.9 | Prepare additional revisions re: KEIP KERP proposal analysis slides. |
| 9 | 6/22/2021 | Diaz, Matthew | 0.5 | Participate in call with Houlihan to discuss the KEIP/KERP and emergence compensation. |
| 9 | 6/22/2021 | Kim, Ye Darm | 0.5 | Participate in call with Houlihan re: KEIP / KERP analysis. |
| 9 | 6/22/2021 | Kurtz, Emma | 0.6 | Attend call with Houlihan to discuss KEIP KERP proposal. |
| 9 | 6/22/2021 | Kurtz, Emma | 2.1 | Review previously provided employment agreements for certain executives to prepare summary of termination provisions. |
| 9 | 6/22/2021 | Simms, Steven | 0.4 | Review Debtors' proposed 2021 KEIP and KERP. |
| 9 | 6/23/2021 | Kim, Ye Darm | 0.5 | Participate in call with Houlihan re: KEIP KERP analysis. |
| 9 | 6/23/2021 | Kim, Ye Darm | 1.9 | Prepare updated KEIP KERP diligence slides. |
| 9 | 6/23/2021 | Simms, Steven | 0.7 | Continue to review Debtors' proposed 2021 KEIP and KERP. |
| 9 | 6/24/2021 | Bromberg, Brian | 2.8 | Prepare revised diligence question list for the Debtors re: KEIP KERP. |
| 9 | 6/24/2021 | Bromberg, Brian | 1.3 | Review and comment on KEIP KERP materials. |
| 9 | 6/24/2021 | Diaz, Matthew | 0.5 | Review employment agreement summaries. |
| 9 | 6/24/2021 | Diaz, Matthew | 0.3 | Participate in call with Province on the employee incentive plans. |
| 9 | 6/24/2021 | Diaz, Matthew | 2.6 | Review proposed 2021 employee incentive plans and supporting documents. |
| 9 | 6/24/2021 | Kim, Ye Darm | 1.0 | Prepare revisions to slides re: KEIP KERP language. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2021 TO JUNE 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 9 | 6/24/2021 | Kim, Ye Darm | 1.1 | Prepare updated KEIP KERP diligence request list. |
| 9 | 6/24/2021 | Kim, Ye Darm | 2.1 | Update the latest KEIP KERP diligence slides. |
| 9 | 6/24/2021 | Kim, Ye Darm | 1.9 | Continue processing revisions to the KEIP KERP diligence presentation. |
| 9 | 6/24/2021 | Kurtz, Emma | 1.8 | Review additional employment agreements and amendments received for KEIP participants to evaluate termination provisions. |
| 9 | 6/24/2021 | Kurtz, Emma | 1.6 | Review 2020 KEIP to evaluate termination provisions related to insiders. |
| 9 | 6/24/2021 | Kurtz, Emma | 0.7 | Review employment agreements provided for non-KEIP participants to evaluate contract terms and termination provisions. |
| 9 | 6/24/2021 | Kurtz, Emma | 1.1 | Draft slides re: employment contracts and termination provisions. |
| 9 | 6/24/2021 | Kurtz, Emma | 0.9 | Prepare additional analysis of current KEIP proposal to draft revisions to slides. |
| 9 | 6/24/2021 | Simms, Steven | 0.6 | Review summary of employee motion issues. |
| 9 | 6/25/2021 | Bromberg, Brian | 2.4 | Review and comment on KEIP KERP materials. |
| 9 | 6/25/2021 | Bromberg, Brian | 1.4 | Review updated draft of presentation re: KEIP KERP. |
| 9 | 6/25/2021 | Diaz, Matthew | 1.9 | Review updated KEIP/KERP analysis. |
| 9 | 6/25/2021 | Kim, Ye Darm | 1.3 | Process revisions to the KEIP KERP presentation. |
| 9 | 6/25/2021 | Kim, Ye Darm | 1.1 | Continue processing updates to the KEIP KERP diligence slides. |
| 9 | 6/25/2021 | Kurtz, Emma | 1.4 | Prepare revisions to KEIP presentation per internal comments. |
| 9 | 6/25/2021 | Kurtz, Emma | 0.6 | Prepare revisions to analysis of insider employment agreement termination provisions. |
| 9 | 6/28/2021 | Bromberg, Brian | 2.9 | Review and comment on updated KEIP KERP materials. |
| 9 | 6/28/2021 | Bromberg, Brian | 1.2 | Review 2021 KEIP motion. |
| 9 | 6/28/2021 | Bromberg, Brian | 0.9 | Discuss KERP with team. |
| 9 | 6/28/2021 | Bromberg, Brian | 0.5 | Attend call with Houlihan to discuss 2021 KEIP KERP. |
| 9 | 6/28/2021 | Bromberg, Brian | 1.6 | Review latest draft of the presentation re: analysis of KEIP KERP. |
| 9 | 6/28/2021 | Diaz, Matthew | 2.4 | Conduct detailed review of the KEIP/KERP presentation. |
| 9 | 6/28/2021 | Diaz, Matthew | 1.9 | Review underlying documents supporting the KEIP/KERP proposal. |
| 9 | 6/28/2021 | Kim, Ye Darm | 0.5 | Participate in call with Houlihan re: KEIP / KERP diligence. |
| 9 | 6/28/2021 | Kim, Ye Darm | 0.9 | Review business plans for historical financial figures to compare KEIP KERP plans. |
| 9 | 6/28/2021 | Kim, Ye Darm | 1.7 | Process revisions to the KEIP KERP presentation per internal comments. |
| 9 | 6/28/2021 | Kim, Ye Darm | 1.3 | Prepare analysis of KEIP KERP plan size comparison. |
| 9 | 6/28/2021 | Kurtz, Emma | 1.8 | Review draft KEIP motion provided by the Debtors to evaluate the plan structure and terms. |
| 9 | 6/28/2021 | Kurtz, Emma | 0.5 | Attend call with Houlihan to discuss the KEIP and KERP proposals. |
| 9 | 6/29/2021 | Bromberg, Brian | 1.0 | Attend call with Counsel to discuss the KEIP KERP presentation. |
| 9 | 6/29/2021 | Bromberg, Brian | 1.7 | Prepare revisions to draft KEIP KERP deck. |
| 9 | 6/29/2021 | Bromberg, Brian | 1.2 | Finalize and send KEIP slides. |
| 9 | 6/29/2021 | Kim, Ye Darm | 1.0 | Participate in call with Counsel re: compensation program diligence and presentation. |
| 9 | 6/29/2021 | Kim, Ye Darm | 0.7 | Process revisions to KEIP KERP plan size comparison analysis. |
| 9 | 6/29/2021 | Kim, Ye Darm | 1.2 | Process revisions to the KEIP KERP diligence presentation. |
| 9 | 6/29/2021 | Kurtz, Emma | 1.0 | Attend call with Counsel to discuss the Debtors' KEIP and KERP proposals and related presentation. |
| 9 | 6/29/2021 | Simms, Steven | 1.1 | Review presentation on employee compensation plan. |
| 9 | 6/29/2021 | Simms, Steven | 0.7 | Attend call with Counsel and advisors on proposed employee compensation. |
| 9 | 6/30/2021 | Bromberg, Brian | 2.4 | Prepare for KEIP presentation to committee. |
| 9 | 6/30/2021 | Bromberg, Brian | 1.2 | Participate in weekly committee call re: KEIP. |
| 9 | 6/30/2021 | Kim, Ye Darm | 0.4 | Process revisions to KEIP KERP diligence deck per comments from Houlihan. |
| 9 | 6/30/2021 | Simms, Steven | 0.6 | Prepare for presentation to the committee re: Debtors' proposed KEIP KERP. |
| 9 | 6/30/2021 | Simms, Steven | 1.1 | Attend call with AHC to discuss case issues and employee compensation plan. |
| 9 | 6/30/2021 | Turner, Ian | 1.3 | Review Debtors' 2021 KEIP and KERP proposals to evaluate terms. |
| **9 Total** | | | **111.1** | |
| 10 | 6/8/2021 | Bromberg, Brian | 1.3 | Review tax analysis on IACs. |
| 10 | 6/8/2021 | Bromberg, Brian | 0.5 | Attend call with team to discuss the latest IAC tax analysis. |
| 10 | 6/8/2021 | Diaz, Matthew | 0.9 | Review the updated IAC tax analysis. |
| 10 | 6/8/2021 | Joffe, Steven | 0.5 | Attend call with team regarding the latest IAC tax model. |
| 10 | 6/9/2021 | Joffe, Steven | 0.8 | Attend AHC call to provide update on latest tax analysis. |
| 10 | 6/17/2021 | Joffe, Steven | 1.1 | Attend call with Gilbert re: insurance advisory proceeding. |
| 10 | 6/23/2021 | Joffe, Steven | 1.4 | Attend weekly AHC call to discuss case updates with a focus on potential tax issues. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2021 TO JUNE 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 10 | 6/30/2021 | Joffe, Steven | 1.2 | Attend weekly AHC call to discuss plan and disclosure statement, with focus on tax issues.. |
| **10 Total** | | | **7.7** | |
| 11 | 6/1/2021 | Diaz, Matthew | 1.0 | Attend the disclosure statement continuation hearing. |
| 11 | 6/2/2021 | Diaz, Matthew | 1.4 | Attend (partial) Purdue disclosure statement hearing. |
| 11 | 6/2/2021 | Simms, Steven | 0.6 | Attend (partial) Disclosure Statement hearing. |
| **11 Total** | | | **3.0** | |
| 13 | 6/2/2021 | Diaz, Matthew | 0.7 | Review of the Examiner motion. |
| 13 | 6/9/2021 | Diaz, Matthew | 0.3 | Review Counsel's proposed response to the examiner motion. |
| **13 Total** | | | **1.0** | |
| 16 | 6/1/2021 | Diaz, Matthew | 0.6 | Review black line to the Purdue plan to evaluate changes. |
| 16 | 6/1/2021 | Simms, Steven | 0.6 | Review latest Purdue plan. |
| 16 | 6/2/2021 | Diaz, Matthew | 1.5 | Review the updated language to the disclosure statement. |
| 16 | 6/2/2021 | Kim, Ye Darm | 0.6 | Review questions re: DS exhibits from Houlihan. |
| 16 | 6/2/2021 | Kim, Ye Darm | 0.8 | Review filed version of fifth amended plan and DS. |
| 16 | 6/3/2021 | Bromberg, Brian | 0.6 | Participate in call with Houlihan and Counsel on M&A for NewCo. |
| 16 | 6/3/2021 | Bromberg, Brian | 0.9 | Participate in call on settlement diligence. |
| 16 | 6/3/2021 | Diaz, Matthew | 1.6 | Review of the filed fifth amended disclosure statement. |
| 16 | 6/3/2021 | Kurtz, Emma | 0.5 | Attend call with Houlihan and Counsel to discuss M&A diligence list for NewCo. |
| 16 | 6/4/2021 | Bromberg, Brian | 1.6 | Participate in call on A Side settlement diligence. |
| 16 | 6/4/2021 | Bromberg, Brian | 0.6 | Summarize A Side settlement diligence call for team. |
| 16 | 6/4/2021 | Bromberg, Brian | 0.7 | Review collateral term sheet markup. |
| 16 | 6/7/2021 | Bromberg, Brian | 1.8 | Review case updates re: plan and disclosure statement in preparation for call with team. |
| 16 | 6/7/2021 | Bromberg, Brian | 1.3 | Review collateral annex document. |
| 16 | 6/7/2021 | Bromberg, Brian | 0.4 | Draft follow up questions for the Debtors re: collateral annex. |
| 16 | 6/7/2021 | Bromberg, Brian | 0.8 | Discuss disclosure statement issues with team. |
| 16 | 6/7/2021 | Bromberg, Brian | 1.1 | Follow up with analysis on collateral with UCC and Debtors. |
| 16 | 6/7/2021 | Kim, Ye Darm | 0.9 | Review net proceeds computation documents. |
| 16 | 6/7/2021 | Kim, Ye Darm | 0.2 | Review latest status of the M&A diligence list. |
| 16 | 6/7/2021 | Kim, Ye Darm | 0.6 | Review redline to the 5th amended DS. |
| 16 | 6/7/2021 | Kim, Ye Darm | 0.8 | Participate in call with team to discuss disclosure statement issues. |
| 16 | 6/7/2021 | Simms, Steven | 0.4 | Follow up with team on settlement agreement issues. |
| 16 | 6/8/2021 | Bromberg, Brian | 1.0 | Review proposed presentation for NewCo board member candidates. |
| 16 | 6/9/2021 | Diaz, Matthew | 1.2 | Review of the proposed presentation to potential NewCo board candidates. |
| 16 | 6/10/2021 | Bromberg, Brian | 0.5 | Review M&A issues with NewCo. |
| 16 | 6/10/2021 | Kim, Ye Darm | 0.8 | Participate in weekly corporate call with counsel to discuss Plan issues. |
| 16 | 6/10/2021 | Kim, Ye Darm | 0.6 | Review latest NOAT Trust agreement. |
| 16 | 6/10/2021 | Simms, Steven | 0.4 | Review Plan issues and evaluate next steps. |
| 16 | 6/11/2021 | Bromberg, Brian | 0.6 | Review emergence M&A presentation. |
| 16 | 6/11/2021 | Bromberg, Brian | 0.8 | Participate in call on emergence M&A. |
| 16 | 6/11/2021 | Bromberg, Brian | 1.0 | Participate in corporate call re: operating agreements. |
| 16 | 6/11/2021 | Diaz, Matthew | 0.5 | Review presentation re: M&A issues related to NewCo. |
| 16 | 6/11/2021 | Kim, Ye Darm | 0.4 | Review NewCo M&A issues diligence list. |
| 16 | 6/11/2021 | Kim, Ye Darm | 0.8 | Review updated NewCo operating agreement. |
| 16 | 6/11/2021 | Simms, Steven | 0.3 | Review analysis of NewCo operating agreements. |
| 16 | 6/14/2021 | Bromberg, Brian | 0.7 | Review latest filed plan and disclosure statement. |
| 16 | 6/14/2021 | Kim, Ye Darm | 3.2 | Prepare updated model re: Sackler contribution agreement. |
| 16 | 6/14/2021 | Kim, Ye Darm | 0.4 | Review slides re: IP assets. |
| 16 | 6/15/2021 | Bromberg, Brian | 0.8 | Review Intellectual Property schedules provided by the Debtors. |
| 16 | 6/15/2021 | Bromberg, Brian | 0.7 | Review updated NewCo credit support agreement. |
| 16 | 6/15/2021 | Bromberg, Brian | 1.5 | Review latest NewCo operating agreement. |
| 16 | 6/15/2021 | Bromberg, Brian | 0.4 | Discuss liquidation analysis with Counsel. |
| 16 | 6/15/2021 | Kim, Ye Darm | 1.8 | Review diligence documents provided re: IP assets. |
| 16 | 6/15/2021 | Kim, Ye Darm | 0.9 | Review latest NewCo Credit Support Agreement. |
| 16 | 6/15/2021 | Kim, Ye Darm | 0.7 | Review latest NOAT trust agreement. |
| 16 | 6/16/2021 | Bromberg, Brian | 0.9 | Review NewCo credit support agreement to provide edits. |
| 16 | 6/16/2021 | Bromberg, Brian | 0.6 | Discuss Intellectual Property with counsel. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD JUNE 1, 2021 TO JUNE 30, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 6/16/2021 | Bromberg, Brian | 1.6 | Review latest NewCo operating agreement to prepare revisions. |
| 16 | 6/16/2021 | Bromberg, Brian | 1.2 | Finalize and send comments on Newco agreement. |
| 16 | 6/16/2021 | Diaz, Matthew | 0.6 | Review the credit support agreement between the MDT and NewCo. |
| 16 | 6/16/2021 | Diaz, Matthew | 2.8 | Prepare comments to the NewCo operating agreement. |
| 16 | 6/16/2021 | Kim, Ye Darm | 1.2 | Review IAC and pledged entities diligence responses from Huron. |
| 16 | 6/16/2021 | Kim, Ye Darm | 1.4 | Review latest settlement agreement document. |
| 16 | 6/16/2021 | Kurtz, Emma | 1.2 | Review summary responses from Huron re: IAC and pledged entity ownership to evaluate remaining outstanding questions. |
| 16 | 6/17/2021 | Bromberg, Brian | 1.2 | Compare disclosure statement and plan to terms in NewCo agreement. |
| 16 | 6/17/2021 | Bromberg, Brian | 3.4 | Review latest draft of the Sackler Settlement Agreement. |
| 16 | 6/17/2021 | Diaz, Matthew | 0.6 | Review updated draft of the NewCo operating agreement. |
| 16 | 6/18/2021 | Bromberg, Brian | 1.1 | Participate in call with regulatory team on NewCo operating agreement. |
| 16 | 6/18/2021 | Bromberg, Brian | 2.7 | Review revised draft of the Sackler Settlement Agreement to evaluate changes. |
| 16 | 6/18/2021 | Bromberg, Brian | 2.2 | Review updated Sackler Settlement Agreement model to ensure it matches latest draft of settlement agreement. |
| 16 | 6/18/2021 | Bromberg, Brian | 0.6 | Review latest draft of TopCo operating agreement. |
| 16 | 6/18/2021 | Bromberg, Brian | 1.2 | Continue to review that latest draft of the Sackler Settlement Agreement. |
| 16 | 6/18/2021 | Diaz, Matthew | 1.1 | Review markups to the TopCo and NewCo operating agreements. |
| 16 | 6/18/2021 | Diaz, Matthew | 1.1 | Participate in call with Counsel to discuss the Topco and NewCo operating agreements. |
| 16 | 6/21/2021 | Diaz, Matthew | 3.1 | Continue to review Sackler settlement agreement with a focus on Article 2. |
| 16 | 6/21/2021 | Diaz, Matthew | 2.5 | Continue to evaluate Article 2 of the settlement agreement language to compare to settlement model. |
| 16 | 6/21/2021 | Diaz, Matthew | 2.1 | Review Sackler settlement model to evaluate mechanics. |
| 16 | 6/22/2021 | Diaz, Matthew | 0.8 | Participate in a call with Alix to discuss the Sackler settlement agreement. |
| 16 | 6/22/2021 | Diaz, Matthew | 2.5 | Participate in a call with AHC counsel to discuss comments on the Sackler settlement agreement. |
| 16 | 6/22/2021 | Diaz, Matthew | 2.2 | Conduct detailed review of the Sackler settlement agreement black line to prepare for call with Counsel. |
| 16 | 6/22/2021 | Diaz, Matthew | 1.4 | Compare Sackler settlement agreement model to the language in the agreement. |
| 16 | 6/22/2021 | Kim, Ye Darm | 1.5 | Review latest settlement agreement model to compare to latest language. |
| 16 | 6/22/2021 | Kim, Ye Darm | 2.2 | Review latest settlement agreement language. |
| 16 | 6/23/2021 | Bromberg, Brian | 0.6 | Review Article 2 language in the Sackler settlement agreement. |
| 16 | 6/23/2021 | Bromberg, Brian | 1.6 | Review latest model supporting the Sackler Settlement Agreement. |
| 16 | 6/23/2021 | Diaz, Matthew | 1.1 | Review the revised NewCo operating agreement. |
| 16 | 6/23/2021 | Diaz, Matthew | 2.4 | Perform detailed review of the Excel model supporting the Sackler settlement agreement. |
| 16 | 6/23/2021 | Diaz, Matthew | 0.9 | Draft correspondence answering Counsel's questions on the Sackler settlement agreement and detailing open items to be requested. |
| 16 | 6/23/2021 | Diaz, Matthew | 2.3 | Review revisions to settlement agreement. |
| 16 | 6/23/2021 | Diaz, Matthew | 1.1 | Review black line to the Sackler settlement agreement to evaluate changes. |
| 16 | 6/23/2021 | Kim, Ye Darm | 2.3 | Review latest Article 2 language re: settlement agreement. |
| 16 | 6/23/2021 | Kim, Ye Darm | 1.1 | Continue review of Article 2 language re: settlement agreement. |
| 16 | 6/23/2021 | Kim, Ye Darm | 1.1 | Participate in weekly AHC call re: draft settlement agreement. |
| 16 | 6/23/2021 | Kurtz, Emma | 1.2 | Review latest draft settlement agreement to evaluate changes. |
| 16 | 6/23/2021 | Kurtz, Emma | 1.3 | Prepare summary of changes to exhibits of the latest settlement agreement and follow-up questions. |
| 16 | 6/24/2021 | Bromberg, Brian | 0.6 | Participate in call to discuss revised Article 2 language. |
| 16 | 6/24/2021 | Bromberg, Brian | 2.9 | Review settlement model. |
| 16 | 6/24/2021 | Bromberg, Brian | 1.9 | Review settlement agreement IAC collateral ownership analysis. |
| 16 | 6/24/2021 | Kim, Ye Darm | 0.6 | Participate in call re: revised Article 2 language. |
| 16 | 6/24/2021 | Kim, Ye Darm | 1.0 | Review updated Article 2 language to evaluate changes. |
| 16 | 6/25/2021 | Bromberg, Brian | 1.7 | Review revised Article 2 language. |
| 16 | 6/25/2021 | Diaz, Matthew | 1.8 | Review updated settlement agreement analysis of model. |
| 16 | 6/28/2021 | Bromberg, Brian | 1.0 | Participate in call to discuss latest Article 2 language. |
| 16 | 6/28/2021 | Bromberg, Brian | 2.7 | Review revised settlement agreement annex language. |
| 16 | 6/28/2021 | Bromberg, Brian | 0.9 | Participate in call to discuss IAC pledged entities and related analyses. |
| 16 | 6/28/2021 | Bromberg, Brian | 1.2 | Review distributable value analysis to compare to latest Plan. |
| 16 | 6/28/2021 | Bromberg, Brian | 2.9 | Review revisions to Article 2 language. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2021 TO JUNE 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 6/28/2021 | Kim, Ye Darm | 1.0 | Participate in call re: IAC pledged entities. |
| 16 | 6/28/2021 | Kim, Ye Darm | 1.0 | Participate in call re: revised Article 2 language. |
| 16 | 6/28/2021 | Kurtz, Emma | 1.3 | Review the latest draft of the settlement agreement and accompanying model to evaluate changes. |
| 16 | 6/28/2021 | Kurtz, Emma | 2.2 | Review the latest A-side settlement agreement annex materials to compare to the filed term sheets. |
| 16 | 6/28/2021 | Kurtz, Emma | 0.7 | Review commented version of the settlement agreement to evaluate changes. |
| 16 | 6/29/2021 | Bromberg, Brian | 1.9 | Review revised Article 2 language to evaluate changes. |
| 16 | 6/29/2021 | Bromberg, Brian | 2.9 | Review updated settlement payment model. |
| 16 | 6/29/2021 | Bromberg, Brian | 1.4 | Participate in call with advisors to discuss A-Side proposed Annex language. |
| 16 | 6/29/2021 | Bromberg, Brian | 1.3 | Continue to review settlement payment model to compare to settlement agreement language. |
| 16 | 6/29/2021 | Bromberg, Brian | 1.1 | Review and send questions to Counsel on settlement agreement model. |
| 16 | 6/29/2021 | Kim, Ye Darm | 1.0 | Draft initial questions re: settlement agreement model updated mechanics. |
| 16 | 6/29/2021 | Kurtz, Emma | 1.5 | Attend call with Debtors advisors to discuss the A-side annexes and current issues list. |
| 16 | 6/29/2021 | Turner, Ian | 2.3 | Review latest draft settlement agreement to evaluate structure and terms. |
| 16 | 6/29/2021 | Turner, Ian | 2.6 | Review settlement agreement model to evaluate mechanics. |
| 16 | 6/30/2021 | Bromberg, Brian | 2.1 | Review updates to Article 2 language. |
| 16 | 6/30/2021 | Bromberg, Brian | 1.8 | Review revised Article 3 language. |
| 16 | 6/30/2021 | Bromberg, Brian | 1.2 | Review proposed restructuring transaction steps in the Plan. |
| 16 | 6/30/2021 | Diaz, Matthew | 2.2 | Review latest draft of the settlement agreement to identify changes. |
| 16 | 6/30/2021 | Kurtz, Emma | 1.2 | Review IAC provisions section of the draft settlement agreement. |
| 16 | 6/30/2021 | Turner, Ian | 1.2 | Review revised Article 2 language to evaluate updates. |
| 16 | 6/30/2021 | Turner, Ian | 2.9 | Review filed Disclosure Statement. |
| **16 Total** | | | **154.9** | |
| 18 | 6/1/2021 | Diaz, Matthew | 0.4 | Participate in a call with Alix and Province to discuss the Sackler settlement agreement. |
| 18 | 6/2/2021 | Kurtz, Emma | 0.3 | Review Sackler assets numbers released in documents by the Committee on Oversight and Reform to evaluate differences from net asset reports. |
| 18 | 6/3/2021 | Bromberg, Brian | 1.2 | Review IAC collateral tracing analysis. |
| 18 | 6/3/2021 | Diaz, Matthew | 0.5 | Participate in a call with Counsel to go through the open points on the Sackler settlement. |
| 18 | 6/4/2021 | Diaz, Matthew | 0.6 | Review updates to the A and B side agreements. |
| 18 | 6/4/2021 | Diaz, Matthew | 0.5 | Review updates to the A-Side terms sheets. |
| 18 | 6/4/2021 | Kurtz, Emma | 1.4 | Prepare outstanding question list re: IAC and pledged entities ownership. |
| 18 | 6/4/2021 | Kurtz, Emma | 1.6 | Prepare summary analysis of IAC and pledged entity ownership to share with Counsel. |
| 18 | 6/4/2021 | Simms, Steven | 0.3 | Review updated settlement agreement term sheets. |
| 18 | 6/7/2021 | Bromberg, Brian | 1.9 | Review IAC collateral entities list and questions. |
| 18 | 6/7/2021 | Diaz, Matthew | 1.2 | Review IAC legal entity analysis in connection with the settlement agreement documents. |
| 18 | 6/7/2021 | Diaz, Matthew | 0.7 | Review open items and next steps on the settlement agreement. |
| 18 | 6/7/2021 | Kim, Ye Darm | 0.7 | Review latest Sackler asset support documents. |
| 18 | 6/7/2021 | Kurtz, Emma | 2.7 | Prepare summary analysis of IAC ownership tracing to evaluate ownership by pledged entities and pledgors. |
| 18 | 6/7/2021 | Kurtz, Emma | 1.8 | Prepare revisions to summary of settlement agreement exhibits IACs and pledged entities per internal comments. |
| 18 | 6/8/2021 | Diaz, Matthew | 0.8 | Review IAC ownership due diligence. |
| 18 | 6/8/2021 | Diaz, Matthew | 0.7 | Review latest Sackler settlement agreement draft. |
| 18 | 6/9/2021 | Diaz, Matthew | 1.1 | Review updated A-side settlement documents. |
| 18 | 6/11/2021 | Diaz, Matthew | 1.4 | Review revised Sackler settlement agreement and supporting documents. |
| 18 | 6/14/2021 | Kim, Ye Darm | 1.1 | Review diligence materials from Alix re: B-Side family net assets. |
| 18 | 6/15/2021 | Diaz, Matthew | 1.4 | Review updated credit settlement agreement documents. |
| 18 | 6/15/2021 | Kim, Ye Darm | 0.5 | Review Sackler family quarterly fees report. |
| 18 | 6/20/2021 | Diaz, Matthew | 3.1 | Perform detailed review of the updated Sackler settlement agreement. |
| 18 | 6/21/2021 | Bromberg, Brian | 1.0 | Review diligence responses from Huron re: IAC ownership structure. |
| 18 | 6/21/2021 | Kurtz, Emma | 2.3 | Review diligence responses from Huron re: IAC ownership and pledged entity mapping to evaluate differences between FTI analysis. |
| 18 | 6/21/2021 | Kurtz, Emma | 1.9 | Draft observations and follow up questions re: Huron IAC and pledged entity ownership mapping. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2021 TO JUNE 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 6/24/2021 | Kurtz, Emma | 0.3 | Prepare revised draft responses to Huron re: additional questions on IAC and pledged entities ownership. |
| 18 | 6/25/2021 | Bromberg, Brian | 2.2 | Continue to review settlement agreement IAC collateral ownership analysis. |
| 18 | 6/25/2021 | Bromberg, Brian | 1.9 | Create questions on settlement IAC collateral ownership. |
| 18 | 6/25/2021 | Kurtz, Emma | 2.1 | Incorporate responses from Huron into analysis of IAC ownership. |
| 18 | 6/25/2021 | Kurtz, Emma | 1.2 | Prepare revisions to analysis of pledged entity ownership to reflect clarification and additional information from Huron. |
| 18 | 6/25/2021 | Kurtz, Emma | 1.6 | Prepare updated summary of IAC and pledged entity ownership reflecting additional information. |
| 18 | 6/28/2021 | Bromberg, Brian | 0.7 | Review updated analysis of IAC collateral ownership. |
| 18 | 6/28/2021 | Diaz, Matthew | 2.6 | Review latest supporting files for the Sackler settlement agreement annexes. |
| 18 | 6/28/2021 | Kurtz, Emma | 0.5 | Attend call with Huron to discuss outstanding diligence questions re: IAC and pledged entity ownership structure. |
| **18 Total** | | | **44.2** | |
| 19 | 6/15/2021 | Kurtz, Emma | 0.4 | Review recently uploaded diligence documents to share with team. |
| 19 | 6/24/2021 | Kurtz, Emma | 0.4 | Review recently uploaded diligence documents re: responses to M&A diligence questions to share with team. |
| **19 Total** | | | **0.8** | |
| 21 | 6/3/2021 | Kim, Ye Darm | 1.0 | Participate in Purdue corporate issues call with AHC Counsel. |
| 21 | 6/4/2021 | Simms, Steven | 0.8 | Correspondence with counsel on case items |
| 21 | 6/9/2021 | Diaz, Matthew | 0.8 | Participate in weekly AHC call to discuss case status and Plan and Disclosure Statement updates. |
| 21 | 6/9/2021 | Simms, Steven | 0.6 | Attend weekly AHC call to discuss case updates. |
| 21 | 6/23/2021 | Diaz, Matthew | 1.4 | Participate in the AHC committee call to discuss the hearing, plan supplement and other topics. |
| 21 | 6/30/2021 | Kim, Ye Darm | 1.1 | Participate in weekly AHC call re: KEIP KERP. |
| **21 Total** | | | **5.7** | |
| 24 | 6/1/2021 | Kim, Ye Darm | 3.1 | Prepare draft of the April fee application. |
| 24 | 6/1/2021 | Kim, Ye Darm | 2.9 | Continue to prepare a draft of the April fee application per local rules. |
| 24 | 6/2/2021 | Diaz, Matthew | 0.9 | Review draft April fee application. |
| 24 | 6/14/2021 | Hellmund-Mora, Marili | 0.6 | Update and finalize the April fee application. |
| 24 | 6/30/2021 | Kim, Ye Darm | 3.4 | Prepare the May fee application per bankruptcy rules. |
| 24 | 6/30/2021 | Kim, Ye Darm | 1.5 | Continue to prepare the May fee application. |
| **24 Total** | | | **12.4** | |
| 28 | 6/9/2021 | Diaz, Matthew | 0.2 | Review possible buyers for the IACs. |
| 28 | 6/30/2021 | Bromberg, Brian | 0.5 | Review IAC cash presentation. |
| 28 | 6/30/2021 | Bromberg, Brian | 1.0 | Attend call with IAC management to discuss cash projections and operating results. |
| 28 | 6/30/2021 | Diaz, Matthew | 0.6 | Review IAC financial update presentation from Mundipharma. |
| 28 | 6/30/2021 | Kim, Ye Darm | 1.0 | Participate in call re: IAC operating results. |
| 28 | 6/30/2021 | Kurtz, Emma | 1.0 | Attend call with Mundipharma management re: cash balance projections update. |
| 28 | 6/30/2021 | Turner, Ian | 0.9 | Participate in call with Mundipharma management to discuss financial performance. |
| **28 Total** | | | **5.2** | |
| **Grand Total** | | | **369.2** | |