DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

## AGENDA FOR SEPTEMBER 13, 2021 HEARING

Time and Date of Hearing:   September 13, 2021 at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:   In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 26338530542##.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Copies of Motions: A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.

## I. UNCONTESTED MATTERS:

1. ***The Ad Hoc Group of Individual Victims' Protective Order Motion.*** The Ad Hoc Group of Individual Victims' Motion for Entry of a HIPAA-Qualified Protective Order [ECF No. 3486]

    Objection Deadline: August 20, 2021 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received: None

    Related Documents:

    A. The Ad Hoc Group of Individual Victims' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to the Motion of the Ad Hoc Group of Individual Victims for Entry of a HIPAA-Qualified Protective Order [ECF No. 3487]

    B. Notice of Adjournment of Hearing on Motion to Authorize Key Employee Incentive Plan Motion, Trust Authorization Motion and Protective Order Motion [ECF No. 3553]

    C. Notice of Adjournment of Hearing on Motion to Authorize Key Employee Incentive Plan Motion, Trust Authorization Motion and Protective Order Motion [ECF No. 3660]

    Status: This matter is going forward on an uncontested basis

2. ***Daniel L. Carpenter Late Claim Motion***. Motion to File Proof of Claim After Claims Bar Date filed by Daniel L. Carpenter [ECF No. 3526]

    Objection Deadline: Monday, September 6, 2021 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received: None

    Related Documents:

    A. Notice of Filing of Proposed Order Granting Late Claim Motion [ECF No. 3733]

        Status: This matter is going forward on an uncontested basis

3. ***The Examiner's Final Fee Application.*** Examiner's Final Fee Application for the Period From June 24, 2021 Through and Including July 19, 2021 [ECF No. 3573]

        Objection Deadline: Tuesday, September 7, 2021 at 4:00 p.m. (Prevailing Eastern Time)

        Responses Received: None

        Related Documents:

           A. Certificate of No Objection Pursuant to LR 9075-2 [ECF No. 3749]

        Status: This matter is going forward on an uncontested basis

## II. CONTESTED MATTERS:

4. ***Debtors' Trust Authorization Motion.*** Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order (i) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and TopCo, (ii) Directing Prime Clerk LLC to Release Certain Protected Information, and (iii) Granting Other Related Relief [ECF No. 3484]

        Objection Deadline: August 20, 2021 at 4:00 p.m. (Prevailing Eastern Time)

        Responses Received:

           A. Objecting States' Objection to [3485] Ex Parte Motion for Entry of an Order Shortening Notice with Respect to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and TopCo, (II) Directing Prime Clerk LLC to Release Certain Protected Information, and (III) Granting Other Related Relief [ECF No. 3493]

           B. Objection of the United States Trustee to Debtors Ex Parte Motion for Entry of an Order Shortening Notice with Respect to the Debtors Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and TopCo, (II) Directing Prime Clerk LLC to Release Certain Protected Information, and (III) Granting Other Related Relief [ECF No. 3555]

  C. Objection Joinder of Canadian Municipality Creditors and Canadian First Nations to the Objecting States and Office of the U.S. Trustee Objection to Debtors' Motion Pursuant to 11 U.S.C. Sections 105(A) and 363(B) for Entry of An Order (I) Authorizing The Debtors to Fund Establishment of the Creditor Trusts, The Master Disbursement Trust and Topco, (II) Directing Prime Clerk LLC to Release Certain Protected Information [ECF No. 3563]

 Reply:

  A. Debtors Reply to the Objections of the Objecting States, the United States Trustee, and the Canadian Municipality Creditors and Canadian First Nations Creditors to the Debtors Motion Pursuant to 11 U.S.C. §§ 105(A) and 363(B) for Entry of an Order (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and Topco, (II) Directing Prime Clerk LLC to Release Certain Protected Information, and (III) Granting Other Related Relief [ECF No. 3743]

 Related Documents:

  A. Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order (i) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and TopCo, (ii) Directing Prime Clerk LLC to Release Certain Protected Information, and (iii) Granting Other Related Relief [ECF No. 3485]

  B. Notice of Adjournment of Hearing on Motion to Authorize Key Employee Incentive Plan Motion, Trust Authorization Motion and Protective Order Motion [ECF No. 3553]

  C. Notice of Adjournment of Hearing on Motion to Authorize Key Employee Incentive Plan Motion, Trust Authorization Motion and Protective Order Motion [ECF No. 3660]

 Status: This matter is going forward on a contested basis

5. **Debtors' KEIP/KERP Motion, *solely with respect to the 2021 KEIP*.** Motion of Debtors for Entry of an Order Authorizing Implementation of 2021 Key Employee Incentive Plan and 2021 Key Employee Retention Plan [ECF No. 3077]

 Objection Deadline: July 12, 2021 (for all parties other than the Official Committee of Unsecured Creditors, the Ad-Hoc Committee of Governmental and Other Contingent Litigation Claimants, and the MultiState Entities Group, with respect to whom the Objection Deadline was extended to July 26, 2021 at 2:00 p.m. (Prevailing Eastern Time) and

the Non-Consenting States Group, with respect to whom the Objection Deadline was extended to August 20, 2021 at 4:00 p.m. (Prevailing Eastern Time))

Responses Received:

A. Objection of the United States Trustee to Motion of Debtors for Entry of an Order Authorizing Implementation of 2021 Key Employee Incentive Plan and 2021 Key Employee Retention Plan [ECF No. 3137]

B. The Non-Consenting States' Objection to Motion of Debtors for Entry of an Order Authorizing Implementation of 2021 Key Employee Incentive Plan and 2021 Key Employee Retention Plan [ECF No. 3320]

C. The State of Washington's Objection to Motion of Debtors for Entry of an Order Authorizing Implementation of 2021 Key Employee Incentive Plan [ECF No. 3624]

D. The Non-Consenting States' Limited Objection to Motion of Debtors for Entry of an Order Authorizing Implementation of 2021 Key Employee Incentive Plan [ECF No. 3625]

Reply:

A. Debtors' Omnibus Reply in Support of Motion of Debtors for Entry of an Order Authorizing Implementation of 2021 Key Employee Incentive Plan and 2021 Key Employee Retention Plan [ECF No. 3334]

B. Debtors Supplemental Omnibus Reply in Support of Motion of Debtors for Entry of an Order Authorizing Implementation of 2021 Key Employee Incentive Plan and 2021 Key Employee Retention Plan [ECF No. 3744]

Related Documents:

A. Notice of Adjournment of Hearing on Debtors Motion for Entry of an Order Authorizing Implementation of 2021 Key Employee Incentive Plan and 2021 Key Employee Retention Plan [ECF No. 3192]

B. Notice of Adjournment of Hearing on Motion to Authorize Key Employee Incentive Plan Motion, Trust Authorization Motion and Protective Order Motion [ECF No. 3553]

C. Order Authorizing the Debtors to Implement 2021 Key Employee Retention Plan [ECF No. 3571]

5

    D. Notice of Adjournment of Hearing on Motion to Authorize Key Employee Incentive Plan Motion, Trust Authorization Motion and Protective Order Motion [ECF No. 3660]

Status: This matter is going forward on a contested basis

6. ***Ellen Isaacs Emergency Request for Immediate Injunction and Due Process.*** Request for Immediate Injunction and Hearing for Due Process, Production for Evidentiary Documents & Other Relief filed by Ellen Isaacs [ECF No. 3582]

Objection Deadline: Monday, September 6, 2021 at 4:00 p.m. (Prevailing Eastern Time)

Responses Received:

    A. Debtors' Objection to Ellen Isaacs' Emergency Request for Immediate Injunction and Hearing for Due Process, Production for Evidentiary Documents & Other Relief [ECF No. 3734]

Related Documents: None

Status: This matter is going forward on a contested basis

Dated: September 9, 2021
      New York, New York

                              DAVIS POLK & WARDWELL LLP

                              By: */s/ Eli J. Vonnegut*

                              450 Lexington Avenue
                              New York, New York 10017
                              Telephone: (212) 450-4000
                              Facsimile: (212) 701-5800
                              Marshall S. Huebner
                              Benjamin S. Kaminetzky
                              Timothy Graulich
                              Eli J. Vonnegut
                              Christopher S. Robertson

                              *Counsel to the Debtors*
                              *and Debtors in Possession*