Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

---------------------------------------------------------- x

**TWENTY FIRST MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC
COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF
JUNE 1, 2021 THROUGH AND INCLUDING JUNE 30, 2021**

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Period for Which Compensation is Sought: | June 1, 2021 – June 30, 2021 |
|---|---|
| Total Amount of Fees Incurred: | $121,259.00 |
| Total Fees Requested (80%): | $97,007.20 |
| Total Reimbursement of Expenses Incurred: | $0.00 |
| Total Reimbursement of Expenses Requested (100%): | $0.00 |
| Total compensation and Reimbursement Requested in this Statement: | $97,007.20 |
| This is Applicant's: | Twenty First Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Twenty First Monthly Fee Statement (the "Fee Statement") for the period of June 1, 2021 – June 30, 2021 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $121,259.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $97,007.20.

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,241.78[2]. The Blended hourly rate of all paraprofessionals is $325.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Applicant did not incur any expenses during the Statement Period.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors.

## Notice

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $97,007.20, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $121,259.00).

---

[2]      The blended hourly billing rate of $1,241.78 is derived by dividing the total fees for attorneys of $120,576.50 by the total hours of 97.1.

[3]      The Blended hourly billing rate of $325.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $682.50 by the total hours of 2.1.

Dated: September 10, 2021
New York, New York

OTTERBOURG P.C.

By:    */s/ Melanie L. Cyganowski*
Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

Co-*Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

## EXHIBIT A

**Fees By Project Category**

6650108.1

**SUMMARY OF COMPENSATION BY PROJECT CODE**
**FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU04 | Case Administration | 21.0 | $25,694.00 |
| PU06 | Employment and Fee Applications | 2.2 | $943.00 |
| PU08 | Litigation: Contested Matters, Adversary | 5.9 | $7,351.00 |
| PU09 | Meetings and Communications w/ AHC | 15.8 | $17,928.50 |
| PU11 | Plan & Disclosure Statement | 54.4 | $69,342.50 |
| | **TOTALS:** | **99.3** | **$121,259.00** |

1

## **EXHIBIT B**

**Professional and Paraprofessional Fees**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1400.00 | 66.5 | $93,100.00 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $895.00 | 30.7 | $27,476.50 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $325.00 | 2.1 | $682.50 |
| | **TOTAL** | | **99.3** | **$121,259.00** |

1

# **EXHIBIT C**

**Time Detail**

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY   10169-0075

August 13, 2021
BILL NO. 218468

Client/Matter No.:     20186/0002
Matter Name:           CHAPTER 11
Billing Partner:       RL STEHL

For Services Rendered Through June 30, 2021:

---

Phase: PU04                                           CASE ADMINISTRATION

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/06/21 MLC | Analysis of Memorandum<br>Review and study of Motion to Appoint Examiner | 1.80 | 2,520.00 |
| 06/07/21 MLC | Conference call(s)<br>Conference call with AHC counsel re examiner motion and response | .50 | 700.00 |
| 06/09/21 JSF | Examine Documents<br>Analysis and Review of Issues re: Examiner Motion and Response | .40 | 358.00 |
| 06/11/21 JSF | Examine Documents<br>Review of Objection to Examiner Motion | .80 | 716.00 |
| 06/11/21 MLC | Analysis of Memorandum<br>Review of article re announcement by Purdue of FDA acceptance of Nalmefene HCI injunction | .40 | 560.00 |
| 06/13/21 MLC | Examine Documents<br>Review of AHC Opposition to Examiner Motion | 1.40 | 1,960.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    August 13, 2021
Page 2                                                         BILL NO. 218468

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/14/21 MLC | Analysis of Memorandum Review of Debtors' Opposition to Examiner Motion | 1.00 | 1,400.00 |
| 06/14/21 MLC | Examine Documents Review of MSGE opposition to examiner motion | .60 | 840.00 |
| 06/14/21 MLC | Examine Documents Review of opposition by UCC to Examiner Motion | .90 | 1,260.00 |
| 06/14/21 MLC | Correspondence Correspondence from DPW re procedure for future hearings before Judge Drain | .20 | 280.00 |
| 06/16/21 JSF | Telephone Call(s) Participate in Court Hearing re: Appointment of Examiner | 5.00 | 4,475.00 |
| 06/16/21 MLC | Court Appearance - General Zoom hearing before Judge Drain (partial) | 2.00 | 2,800.00 |
| 06/16/21 MLC | Examine Documents Reviewed reply filed by Jackson in support of examiner motion | .80 | 1,120.00 |
| 06/16/21 MLC | Correspondence Correspondence with UST re potential examiner candidates | .10 | 140.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    August 13, 2021
Page 3                                                         BILL NO. 218468

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/17/21 MLC | Correspondence<br>Correspondence with AHC counsel re potential examiner candidates for UST consideration | .30 | 420.00 |
| 06/17/21 MLC | Correspondence<br>Correspondence with various potential candidates for UST consideration as examiner | .30 | 420.00 |
| 06/21/21 MLC | Examine Documents<br>Review of issue re independent special committee | .40 | 560.00 |
| 06/21/21 JKH | Pacer-Docket Check<br>Review docket re inquiry about special committee counsel | .30 | 97.50 |
| 06/22/21 MLC | Correspondence<br>Correspondence from DPW re hearing dates and scheduling | .20 | 280.00 |
| 06/29/21 JSF | Examine Documents<br>Review of Proposed KEIP/KERP Motion Filed by Debtor | .30 | 268.50 |
| 06/30/21 JSF | Examine Documents<br>Review of Examiner Order | .20 | 179.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    August 13, 2021
Page 4                                                         BILL NO. 218468

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/30/21 MLC | Analysis of Memorandum<br>Review and analysis of Debtors' motion for proposed KEIP and KERP | 1.70 | 2,380.00 |
| 06/30/21 MLC | Review Financial Documents<br>Review of summary prepared by FTI/HL re key observations re KERP and KEIP | .80 | 1,120.00 |
| 06/30/21 MLC | Correspondence<br>Correspondence between KL and the examiner re examiner tasks and questions for follow-up with AHC | .60 | 840.00 |
| TOTAL PHASE PU04 | | 21.00 | $25,694.00 |

| Phase: PU06 | | EMPLOYMENT & FEE APPLICATIONS | |
|---|---|---|---|
| **DATE ATTORNEY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
| 06/29/21 JKH | Prepare Papers<br>Prepare draft monthly statement | .40 | 130.00 |
| 06/30/21 JSF | Prepare Legal Papers<br>Monthly Fee Statements Preparation | .40 | 358.00 |
| 06/30/21 JKH | Prepare Papers<br>Prepare draft monthly statements | 1.40 | 455.00 |
| TOTAL PHASE PU06 | | 2.20 | $943.00 |

### OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  20186/0002                                          August 13, 2021
Page 5                                                              BILL NO. 218468

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

Phase: PU08                                    LITIGATION: CONTESTED MATTERS, ADVERSARY

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/11/21 MLC | Analysis of Memorandum Review of NCSG continuing objection and voluntary commitment in response to Purdue extension of preliminary injunction | .60 | 840.00 |
| 06/15/21 MLC | Examine Documents Reviewed Debtors' reply in further support of preliminary injunction | .80 | 1,120.00 |
| 06/17/21 MLC | Conference call(s) Conference call with Gilbert, AHC, MSGE and NCSG on upcoming adversary proceeding hearing re various insurance issues | 1.00 | 1,400.00 |
| 06/17/21 MLC | Correspondence Follow up correspondence from Gilbert firm re insurance litigation | .80 | 1,120.00 |
| 06/21/21 JSF | Telephone Call(s) Listen to Hearing re: Insurance Claims/Arbitration Question (partial) | 1.80 | 1,611.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

Client/Matter:  20186/0002

Page 6

August 13, 2021

BILL NO. 218468

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/21/21 MLC | Analysis of Memorandum Review of summary analysis of adversary proceeding (insurance) hearing before Drain (partial) | .90 | 1,260.00 |

| TOTAL PHASE PU08 | | 5.90 | $7,351.00 |
|---|---|---|---|

| Phase: PU09 | | MEETINGS & COMMUNICATIONS W/ AD HOC |
|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/01/21 MLC | Conference call(s) Conference call with counsel for ad hoc and AHC subgroup re disclosure statement and plan issues | .80 | 1,120.00 |
| 06/03/21 JSF | Examine Documents Review of Case Updates to AHC | .40 | 358.00 |
| 06/08/21 MLC | Conference call(s) Conference call with AHC counsel and negotiations subgroup of States re confirmation issues | 1.40 | 1,960.00 |
| 06/09/21 JSF | Telephone Call(s) Participte in Weekly AHC Meeting | .60 | 537.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    August 13, 2021
Page 7                                                         BILL NO. 218468

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/09/21<br>MLC | Conference call(s)<br>Weekly meeting with Ad Hoc and<br>professionals | .70 | 980.00 |
| 06/09/21<br>MLC | Prepare for Meeting<br>Prepared for meeting with AHC committee | .60 | 840.00 |
| 06/16/21<br>JSF | Telephone Call(s)<br>Participate in Meeting with AHC<br>Professionals re: Confirmation Hearing<br>Preparation | 1.30 | 1,163.50 |
| 06/16/21<br>MLC | Examine Documents<br>Reviewed KL summary of court hearing<br>concerning examiner motion | .40 | 560.00 |
| 06/21/21<br>MLC | Examine Documents<br>Review of KL prepared case updates to AHC | .70 | 980.00 |
| 06/22/21<br>JSF | Examine Documents<br>Review of Update to AHC Including Outcome<br>of Insurance Hearing and Examiner Order | .30 | 268.50 |
| 06/23/21<br>JSF | Telephone Call(s)<br>Participate in Weekly AHC Call | 1.30 | 1,163.50 |
| 06/23/21<br>MLC | Conference call(s)<br>Weekly meeting with AHC | 1.40 | 1,960.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                              August 13, 2021
Page 8                                                   BILL NO. 218468

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/24/21 JSF | Telephone Call(s) Participate in Call with Professionals and State Representatives - Update/Status Call | .50 | 447.50 |
| 06/29/21 JSF | Telephone Call(s) Call with Professionals and Representatives of AHC re: Upcoming Matters and Status | 1.50 | 1,342.50 |
| 06/30/21 JSF | Examine Documents Review of Case Updates to AHC and Recent Filings | 1.20 | 1,074.00 |
| 06/30/21 JSF | Telephone Call(s) Participate in Weekly AHC VideoConference | 1.20 | 1,074.00 |
| 06/30/21 MLC | Conference call(s) Weekly meeting of AHC and counsel reviewing KEIP and other plan-related matters | 1.20 | 1,680.00 |
| 06/30/21 MLC | Prepare for Meeting Reviewed draft agenda in preparation for meeting with AHC | .30 | 420.00 |
| TOTAL PHASE PU09 | | 15.80 | $17,928.50 |

Phase: PU11                                     PLAN & DISCLOSURE STATEMENT

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                             August 13, 2021
Page 9                                                                   BILL NO. 218468

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/01/21 JSF | Telephone Call(s) Call Among AHC Professionals re: Updates on Open Issues and Status of Continued Hearing | .80 | 716.00 |
| 06/01/21 JSF | Telephone Call(s) Participate in Telephonic Court Hearing - Disclosure Statement Status | .80 | 716.00 |
| 06/01/21 MLC | Court Appearance - General Appeared in connection with continued hearing on disclosure statement | 1.00 | 1,400.00 |
| 06/01/21 MLC | Analysis of Memorandum review and analysis of draft revisions to disclosure statement and plan | 2.80 | 3,920.00 |
| 06/02/21 JSF | Telephone Call(s) Participate in Continued Disclosure Statement Hearing | 1.70 | 1,521.50 |
| 06/02/21 JSF | Examine Documents Review of Disclosure Statement and Plan Updates | .60 | 537.00 |
| 06/02/21 MLC | Analysis of Memorandum Review of proposed changes to Order approving amended DS and POR | 1.20 | 1,680.00 |
| 06/02/21 MLC | Analysis of Memorandum Review of proposed changes to Fourth Amended Plan and Fifth Amended DS | 2.20 | 3,080.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    August 13, 2021
Page 10                                                        BILL NO. 218468

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/02/21 MLC | Court Appearance - General Attended court hearing on amended DS and POR | 1.80 | 2,520.00 |
| 06/03/21 JSF | Examine Documents Review of Revisions to Amended Plan | 1.20 | 1,074.00 |
| 06/03/21 MLC | Conference call(s) Conference call among AHC counsel and States plan subgroup to review status of various open items | .60 | 840.00 |
| 06/03/21 MLC | Conference call(s) Conference call with Ken Eckstein (KL) and W VA counsel (Aaron Cahn) and OAG re W VA issues and concerns | .50 | 700.00 |
| 06/03/21 MLC | Correspondence Correspondence re potential discovery and expert witnesses re defense of plan | .50 | 700.00 |
| 06/03/21 MLC | Analysis of Memorandum Review of 5th amended plan and disclosure statement changes | 1.10 | 1,540.00 |
| 06/04/21 JSF | Examine Documents Review of Disclosure Statement | .60 | 537.00 |
| 06/07/21 MLC | Analysis of Memorandum Review and analysis of Fifth Amended Plan and DS | 2.20 | 3,080.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    August 13, 2021
Page 11                                                        BILL NO. 218468

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/07/21 MLC | Analysis of Memorandum<br>Review of Raymond Sackler Family designation of potential expert witnesses at confirmation | .40 | 560.00 |
| 06/08/21 JSF | Examine Documents<br>Attention to Plan and Confirmation Issues and Status of Discovery | .40 | 358.00 |
| 06/08/21 MLC | Correspondence<br>Correspondence with John Guard re potential trustees | .30 | 420.00 |
| 06/08/21 MLC | Analysis of Memorandum<br>Review of designation of witnesses by Public School District Creditors | .40 | 560.00 |
| 06/08/21 MLC | Correspondence<br>Correspondence among AHC counsel and certain states re preparation as witnesses for confirmation | .30 | 420.00 |
| 06/08/21 MLC | Analysis of Memorandum<br>Analysis of non-state pubic side fees and expenses protocol | 1.10 | 1,540.00 |
| 06/09/21 MLC | Analysis of Memorandum<br>Review of revisions to amended DS and POR | 1.30 | 1,820.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                         August 13, 2021
Page 12                                                            BILL NO. 218468

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/09/21 MLC | Analysis of Memorandum Review of potential expert witnesses for Independent Emergency Room Physician Claimants | .30 | 420.00 |
| 06/10/21 MLC | Correspondence Correspondence with AHC counsel re retention of Professor Issacharoff | .40 | 560.00 |
| 06/10/21 MLC | Analysis of Memorandum Review and analysis of revisions to NOAT Trust Agreement | 1.30 | 1,820.00 |
| 06/11/21 MLC | Correspondence Correspondence with KL litigation team to prepare for confirmation hearing | .40 | 560.00 |
| 06/11/21 MLC | Analysis of Memorandum Memo by KL to AHC re Public School District Creditors' discovery requests | .60 | 840.00 |
| 06/14/21 MLC | Analysis of Memorandum Review of draft of Guard declaration | 1.30 | 1,820.00 |
| 06/14/21 MLC | Correspondence Correspondence with KL re discovery preparation | .30 | 420.00 |
| 06/14/21 MLC | Examine Documents Review of agenda for next day hearing | .40 | 560.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                     August 13, 2021
Page 13                                                         BILL NO. 218468

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/15/21 JSF | Examine Documents<br>Review of States' Filed Consolidated POC | .40 | 358.00 |
| 06/15/21 JSF | Examine Documents<br>Review of AHC Tasks re: Preparation for Confirmation Hearing | .20 | 179.00 |
| 06/15/21 JSF | Examine Documents<br>Attention to Plan Issues and Status of Open Issues | .90 | 805.50 |
| 06/15/21 MLC | Conference call(s)<br>Conference call with counsel and state representatives re preparing for confirmation meeting | .70 | 980.00 |
| 06/15/21 MLC | Prepare for Meeting<br>Prepared for call with AHC counsel re discovery and preparation for confirmation hearing | .40 | 560.00 |
| 06/15/21 MLC | Examine Documents<br>Reviewed revised NOAT agreement | .40 | 560.00 |
| 06/15/21 MLC | Correspondence<br>Correspondence with HL re trusts and disposition of post confirmation interests | .50 | 700.00 |
| 06/15/21 MLC | Correspondence<br>Correspondence with BR re States POC | .30 | 420.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                              August 13, 2021
Page 14                                                  BILL NO. 218468

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/15/21 MLC | Examine Documents Review of Raymond Sackler quarterly fees report | .60 | 840.00 |
| 06/15/21 MLC | Examine Documents Review of Court approved order establishing protocol and process for confirmation hearing | .40 | 560.00 |
| 06/15/21 MLC | Correspondence Correspondence among counsel preparing for court hearing | .30 | 420.00 |
| 06/16/21 JSF | Examine Documents Review of Updates re: Next Steps and Status of Remaining Plan Issues | .50 | 447.50 |
| 06/16/21 MLC | Conference call(s) Conference call with KL litigation team with AHC and NCSG to prepare for confirmation discovery re certain states | 1.00 | 1,400.00 |
| 06/16/21 MLC | Examine Documents Review of schedule of retained causes of action | .60 | 840.00 |
| 06/16/21 MLC | Correspondence Correspondence with States subgroup re confirmation hearing/witness preparation | .30 | 420.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    August 13, 2021
Page 15                                                        BILL NO. 218468

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/17/21 JSF | Telephone Call(s) Call with Professionals and State Reps re: Preparation of Case for Confirmation Hearing | 1.00 | 895.00 |
| 06/17/21 JSF | Examine Documents Review of Outline for Confirmation Hearing and Necessary Evidence | .40 | 358.00 |
| 06/17/21 MLC | Conference call(s) Conference call with AHC counsel and states plan subgroup re recent negotiations with debtors and Sacklers | .90 | 1,260.00 |
| 06/21/21 MLC | Examine Documents Review of letter filed by so-called advocacy group in 50 states | .40 | 560.00 |
| 06/21/21 MLC | Examine Documents Review of draft of various MDT documents | 2.70 | 3,780.00 |
| 06/22/21 MLC | Conference call(s) Conference call with AHC counsel and states plan subgroup re status of mediation and related issues | .70 | 980.00 |
| 06/22/21 MLC | Examine Documents Review of John Guard draft declaration | .70 | 980.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    August 13, 2021
Page 16                                                        BILL NO. 218468

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/22/21 MLC | Correspondence<br>Correspondence with Scott Gilbert re proposed modifications to TPP and School District settlements | .40 | 560.00 |
| 06/22/21 MLC | Correspondence<br>Correspondence between Scott Gilbert and NAACP re recent NAACP letter | .40 | 560.00 |
| 06/23/21 JSF | Examine Documents<br>Review of NewCo and TopCo Operating Agreement Drafts | .60 | 537.00 |
| 06/23/21 JSF | Examine Documents<br>Update on Preparation for Confirmation Hearing and Submission of Reports | .80 | 716.00 |
| 06/24/21 JSF | Examine Documents<br>Review and Attention to Open Plan Issues and Settlements | .60 | 537.00 |
| 06/28/21 JSF | Examine Documents<br>Review of Open Plan Related Issues and Status | 1.20 | 1,074.00 |
| 06/28/21 MLC | Correspondence<br>Correspondence with Non-Consenting States re excluded and snap-back parties | .30 | 420.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                  August 13, 2021
Page 17                                                      BILL NO. 218468

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/28/21 MLC | Correspondence<br>Follow up correspondence with AHC counsel and working group re consideration of release of additional third-parties | .80 | 1,120.00 |
| 06/29/21 JSF | Examine Documents<br>Review of Plan and Disclosure Statement | .80 | 716.00 |
| 06/29/21 MLC | Conference call(s)<br>Conference call with states' subgroup re plan to review open issues | .70 | 980.00 |
| 06/29/21 MLC | Correspondence<br>Follow up correspondence with Andrew Troop re release of additional third parties | .50 | 700.00 |
| 06/29/21 MLC | Examine Documents<br>Review of revised draft of the NewCo Credit Support Agreement | .90 | 1,260.00 |
| 06/29/21 MLC | Examine Documents<br>Review of revised PAT Agreement and attached black-line | .80 | 1,120.00 |
| 06/30/21 MLC | Correspondence<br>Review of correspondence re deposition scheduling | .40 | 560.00 |
| 06/30/21 MLC | Examine Documents<br>Review of the Non-State Fee Protocol proposed between the AHC and Tribes | .80 | 1,120.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                    August 13, 2021
Page 18                                                       BILL NO. 218468

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/30/21 MLC | Examine Documents Review of revised draft of the MDT Agreement and attached black-line | 1.30 | 1,820.00 |

TOTAL PHASE PU11                                      54.40          $69,342.50

TOTAL FOR SERVICES          $121,259.00