Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:      (212) 661-9100
Facsimile:      (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

----------------------------------------------------------- x

**TWENTY SECOND MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC
COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF
JULY 1, 2021 THROUGH AND INCLUDING JULY 31, 2021**

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Period for Which Compensation is Sought: | July 1, 2021 – July 31, 2021 |
|---|---|
| Total Amount of Fees Incurred: | $170,081.00 |
| Total Fees Requested (80%): | $136,064.80 |
| Total Reimbursement of Expenses Incurred: | $12.00 |
| Total Reimbursement of Expenses Requested (100%): | $12.00 |
| Total compensation and Reimbursement Requested in this Statement: | $136,076.80 |
| This is Applicant's: | Twenty Second Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Twenty Second Monthly Fee Statement (the "Fee Statement") for the period of July 1, 2021 – July 31, 2021 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $170,081.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $136,064.80.

2

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,175.36[2]. The Blended hourly rate of all paraprofessionals is $325.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Annexed hereto as **Exhibit D** is a chart of necessary and out-of-pocket expenses incurred by the Applicant in the amount of $12.00 in connection with providing professional services during the Statement Period. A copy of the computer-generated list of expenses is attached hereto as **Exhibit E**.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors.

### <u>Notice</u>

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $136,064.80, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in

---

[2]      The blended hourly billing rate of $1,175.36 is derived by dividing the total fees for attorneys of $167,253.50 by the total hours of 142.3.

[3]      The Blended hourly billing rate of $325.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $2,827.50 by the total hours of 8.7.

connection with such services during the Statement Period (*i.e.*, $170,081.00) and (ii) payment of

$12.00 for the actual, necessary expenses that Applicant incurred in connection with such

services during the Statement Period.

Dated: September 10, 2021
       New York, New York

                       OTTERBOURG P.C.

             By:    */s/ Melanie L. Cyganowski*
                    Melanie L. Cyganowski, Esq.
                    Jennifer S. Feeney, Esq.
                    230 Park Avenue
                    New York, New York 10169
                    Telephone:   (212) 661-9100
                    Facsimile:   (212) 682-6104

                    *Co-Counsel to the Ad Hoc Committee of*
                    *Governmental and Other Contingent*
                    *Litigation Claimants*

# EXHIBIT A

**Fees By Project Category**

**SUMMARY OF COMPENSATION BY PROJECT CODE**
**FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU04 | Case Administration | 5.3 | $6,359.50 |
| PU06 | Employment and Fee Applications | 26.2 | $18,995.00 |
| PU08 | Litigation: Contested Matters, Adversary | .9 | $1,260.00 |
| PU09 | Meetings and Communications w/ AHC | 13.0 | $15,725.50 |
| PU11 | Plan & Disclosure Statement | 105.6 | $127,741.00 |
| | **TOTALS:** | **151.0** | **$170,081.00** |

1

## **EXHIBIT B**

**Professional and Paraprofessional Fees**

6650187.1

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1400.00 | 79.0 | $110,600.00 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $895.00 | 63.3 | $56,653.50 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $325.00 | 8.7 | $2,827.50 |
| | **TOTAL** | | **151.0** | **$170,081.00** |

1

# **EXHIBIT C**

## **Time Detail**

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

August 13, 2021
BILL NO. 218470

Client/Matter No.:    20186/0002
Matter Name:          CHAPTER 11
Billing Partner:      RL STEHL

For Services Rendered Through July 31, 2021:

---

Phase: PU04                                          CASE ADMINISTRATION

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/09/21 MLC | Correspondence Correspondence with consenting states re various monitor issues | .60 | 840.00 |
| 07/20/21 MLC | Analysis of Memorandum Review and analysis of Examiner report | 1.30 | 1,820.00 |
| 07/21/21 JSF | Examine Documents Review of KEIP/KERP Counterproposals | .30 | 268.50 |
| 07/27/21 JSF | Examine Documents Review of NCSG Objection to KEIP/KERP | .30 | 268.50 |
| 07/29/21 JSF | Telephone Call(s) Participate in Court Hearing re: KERP | 1.50 | 1,342.50 |
| 07/29/21 MLC | Court Appearance - General Hearing on 2021 KERP | 1.30 | 1,820.00 |
| TOTAL PHASE PU04 | | 5.30 | $6,359.50 |

## OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

```
Client/Matter:   20186/0002                           August 13, 2021
Page 2                                                 BILL NO. 218470
```

| Phase: PU06 | EMPLOYMENT & FEE APPLICATIONS |
|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/01/21 JSF | Prepare Legal Papers Preparation of January Monthly Fee Statement | 1.20 | 1,074.00 |
| 07/01/21 JSF | Examine Documents Review of January and February Time Detail | .80 | 716.00 |
| 07/02/21 JSF | Prepare Legal Papers Preparation of Fee Application | 2.20 | 1,969.00 |
| 07/02/21 JSF | Examine Documents Preparation of January and February Fee Statements | .60 | 537.00 |
| 07/02/21 JKH | Prepare Papers Prepare draft monthly statements | .60 | 195.00 |
| 07/06/21 JSF | Examine Documents Review of January and February Fee Statements | .70 | 626.50 |
| 07/06/21 JKH | Prepare Papers Prepare draft statements for January and February | 1.20 | 390.00 |
| 07/09/21 JSF | Prepare Legal Papers Preparation of Interim Fee Application | 1.50 | 1,342.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    August 13, 2021
Page 3                                                         BILL NO. 218470

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/09/21 JKH | Prepare Papers Prepare draft monthly statements | .70 | 227.50 |
| 07/12/21 JSF | Prepare Legal Papers Preparation of Fifth Interim Application | 1.60 | 1,432.00 |
| 07/12/21 JKH | Prepare Chart(s) Prepare exhibits for interim fee application | .90 | 292.50 |
| 07/13/21 JSF | Examine Documents Preparation of March Monthly Fee Statement | .90 | 805.50 |
| 07/13/21 JSF | Prepare Legal Papers Preparation of Interim Fee Application | 1.80 | 1,611.00 |
| 07/14/21 JSF | Examine Documents Review of March, April and May Monthly Fee Statements | 2.30 | 2,058.50 |
| 07/14/21 JSF | Prepare Legal Papers Preparation of Interim Fee Application | 1.70 | 1,521.50 |
| 07/14/21 MLC | Examine Documents Final review of fee application and underlying fee statements | 1.00 | 1,400.00 |
| 07/14/21 JKH | Prepare Papers Prepare final monthly statements for March through May | 1.30 | 422.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      August 13, 2021
Page 4                                                           BILL NO. 218470

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/14/21 JKH | Prepare Papers<br>Prepare and finalize exhibits for fee application | 3.40 | 1,105.00 |
| 07/15/21 JSF | Examine Documents<br>Review of Finalized Interim Fee Application for Filing | 1.20 | 1,074.00 |
| 07/15/21 JKH | Prepare Papers<br>Edit fee application and prepare for filing | .30 | 97.50 |
| 07/30/21 JKH | Correspondence<br>Prepare draft email requesting payment for monthly statements | .30 | 97.50 |

TOTAL PHASE PU06                                            26.20          $18,995.00

---

Phase: PU08                              LITIGATION: CONTESTED MATTERS, ADVERSARY

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/14/21 MLC | Analysis of Memorandum<br>Review of DOJ proposed changes to draft injunction | .90 | 1,260.00 |

TOTAL PHASE PU08                                               .90           $1,260.00

---

Phase: PU09                              MEETINGS & COMMUNICATIONS W/ AD HOC

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    August 13, 2021
Page 5                                                         BILL NO. 218470

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/01/21 JSF | Telephone Call(s) Participate in Status Call with Professionals and Certain State AHC Members | .50 | 447.50 |
| 07/02/21 MLC | Conference call(s) Conference call with certain States and lit team re WVA objection and next steps | .50 | 700.00 |
| 07/06/21 MLC | Conference call(s) Meeting with mediation subcommittee re status of mediation and related issues | .70 | 980.00 |
| 07/07/21 JSF | Telephone Call(s) Participate in Weekly AHC Meeting | .80 | 716.00 |
| 07/07/21 MLC | Conference call(s) Weekly meeting of AHC | 1.00 | 1,400.00 |
| 07/08/21 MLC | Conference call(s) Conference call with mediation subcommittee of AHC to discuss mediation proposal agreement with additional states and next steps | .80 | 1,120.00 |
| 07/13/21 MLC | Examine Documents Review of case update provided by KL to AHC | 1.10 | 1,540.00 |
| 07/14/21 JSF | Telephone Call(s) Participate in Weekly AHC Call | 1.60 | 1,432.00 |

## OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                              August 13, 2021
Page 6                                                   BILL NO. 218470

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/14/21 MLC | Prepare for Meeting<br>Reviewed agenda in preparation for weekly meeting with AHC | .30 | 420.00 |
| 07/14/21 MLC | Conference call(s)<br>Weekly meeting with AHC and counsel | 1.60 | 2,240.00 |
| 07/21/21 JSF | Telephone Call(s)<br>Participate in Weekly Meeting of AHC | 1.00 | 895.00 |
| 07/21/21 MLC | Conference call(s)<br>Participate in Weekly AHC meeting | 1.10 | 1,540.00 |
| 07/28/21 JSF | Telephone Call(s)<br>Participate in Weekly Meeting of AHC | 1.00 | 895.00 |
| 07/28/21 MLC | Conference call(s)<br>Weekly meeting with AHC and counsel | 1.00 | 1,400.00 |
| TOTAL PHASE PU09 | | 13.00 | $15,725.50 |

Phase: PU11                              PLAN & DISCLOSURE STATEMENT

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

## Otterbourg P.C.

230 Park Avenue

New York, NY  10169-0075

Client/Matter:   20186/0002                             August 13, 2021
Page 7                                                  BILL NO. 218470

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/01/21<br>MLC | Analysis of Memorandum<br>Review and analysis of 7th Plan Supplement<br>filed by Debtors re PI Trust Agreement, PI<br>Futures Trust Agreement and PI Futures<br>Trust TDP | 2.20 | 3,080.00 |
| 07/01/21<br>MLC | Analysis of Memorandum<br>Review and analysis of report from West<br>Virginia experts Malone and Cowan | 1.10 | 1,540.00 |
| 07/01/21<br>MLC | Examine Documents<br>Examined documents designated as<br>confidential by West Virginia concerning<br>state allocation methodology | 1.70 | 2,380.00 |
| 07/01/21<br>MLC | Correspondence<br>Correspondence with States'<br>representatives re WVA claims process | .70 | 980.00 |
| 07/02/21<br>MLC | Conference call(s)<br>Conference call to discuss response to WVA<br>motion re allocation | .60 | 840.00 |
| 07/06/21<br>JSF | Examine Documents<br>Review Revised Draft of NewCo Operating<br>Agreement | 1.20 | 1,074.00 |
| 07/06/21<br>MLC | Analysis of Memorandum<br>Review and analysis off confidential<br>mediation proposal | 1.60 | 2,240.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                    August 13, 2021
Page 8                                                         BILL NO. 218470

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/06/21 MLC | Analysis of Memorandum Review of proposed changes to NOAT agreement | 1.30 | 1,820.00 |
| 07/06/21 MLC | Analysis of Memorandum Review of document repository agreement as proposed in mediation | .90 | 1,260.00 |
| 07/06/21 MLC | Analysis of Memorandum Review of AHC comments to NewCo Transfer Agreement | 1.10 | 1,540.00 |
| 07/07/21 JSF | Examine Documents Review of Certain Plan Supplement Documents | .80 | 716.00 |
| 07/07/21 JSF | Examine Documents Review of NewCo Operating Agreement Draft and Comments | .60 | 537.00 |
| 07/07/21 JSF | Examine Documents Review of Update Summary of Open Issues re: Sackler Settlement Agreement | .70 | 626.50 |
| 07/07/21 MLC | Analysis of Memorandum Review of debtors' modifications to MDT Agreement | 1.50 | 2,100.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    August 13, 2021
Page 9                                                         BILL NO. 218470

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/07/21 MLC | Correspondence<br>Review of correspondence between Kramer Levin and AHC mediation subcommittee re proposed changes to mediation proposal with former NCSG | .50 | 700.00 |
| 07/07/21 MLC | Analysis of Memorandum<br>Review and analysis of mark-ups of the NewCo Agreement by DOJ | 1.30 | 1,820.00 |
| 07/07/21 MLC | Analysis of Memorandum<br>Review of the comments made by TN AG to the NewCo/TopCo Operating Agreements and the responses by Brown Rudnick to those comments | 2.20 | 3,080.00 |
| 07/08/21 JSF | Telephone Call(s)<br>Review of Updates on Status of Plan and Supplemental Documents | 1.20 | 1,074.00 |
| 07/08/21 MLC | Correspondence<br>Correspondence re Dr Cowan's deposition testimony | .80 | 1,120.00 |
| 07/08/21 MLC | Analysis of Memorandum<br>Reviewed mediation memorandum | 1.10 | 1,540.00 |
| 07/08/21 MLC | Correspondence<br>Correspondence with John Guard re revisions to his declaration in support of certain plan supplements | .60 | 840.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    August 13, 2021
Page 10                                                        BILL NO. 218470

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/08/21 MLC | Examine Documents<br>Review of the Mediator's Report | .60 | 840.00 |
| 07/08/21 MLC | Examine Documents<br>Examined correspondence re revisions to proposed Sackler agreement with States | .50 | 700.00 |
| 07/08/21 MLC | Correspondence<br>Correspondence with John Guard in connection with his draft declaration in support of confirmation | .40 | 560.00 |
| 07/08/21 MLC | Examine Documents<br>Review of summary of Dr Cowan's deposition testimony | .80 | 1,120.00 |
| 07/09/21 MLC | Analysis of Memorandum<br>Review of certain plan provisions re interaction between various trusts | 1.10 | 1,540.00 |
| 07/11/21 MLC | Analysis of Memorandum<br>Review of changes to 6th Amended Plan | 2.20 | 3,080.00 |
| 07/11/21 MLC | Correspondence<br>Correspondence between KL/AHC and debtors' re certain corresponding changes to 6th amended plan concerning NewCo | .80 | 1,120.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    August 13, 2021
Page 11                                                        BILL NO. 218470

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/11/21 MLC | Examine Documents<br>Review of proposed changes to certain trusts and NewCo operating agreements required to be included in POR as amended by debtors | 1.30 | 1,820.00 |
| 07/11/21 MLC | Examine Documents<br>Review of certain governance provisions of Sackler Foundation Trust | .80 | 1,120.00 |
| 07/11/21 MLC | Examine Documents<br>Review of comments sent to Debtors from the AHC on the MDT Agreement | 1.10 | 1,540.00 |
| 07/12/21 JSF | Examine Documents<br>Review of Issues re: Governance of Trusts | .40 | 358.00 |
| 07/12/21 JSF | Examine Documents<br>Review of Plan and Plan Updates | .50 | 447.50 |
| 07/12/21 MLC | Correspondence<br>Review of correspondence from Brown Rudnick tax lawyer Re: comments to revised plan | .90 | 1,260.00 |
| 07/12/21 MLC | Analysis of Memorandum<br>Reviewed memorandum analyzing foundation board members in context of plan definitions | .90 | 1,260.00 |

# Otterbourg P.C.

230 Park Avenue

New York, NY  10169-0075

Client/Matter:   20186/0002                                    August 13, 2021
Page 12                                                        BILL NO. 218470

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/12/21 MLC | Analysis of Memorandum<br>Continued review of 6th Amended Plan | 2.10 | 2,940.00 |
| 07/12/21 MLC | Correspondence<br>Correspondence with non-consenting State concerning Guam | .60 | 840.00 |
| 07/12/21 MLC | Examine Documents<br>Review of WVA AG Morrissey opposition to Purdue plan and Sackler settlement | .40 | 560.00 |
| 07/12/21 MLC | Correspondence<br>Correspondence with working group re scheduling of confirmation hearing and related issues | .40 | 560.00 |
| 07/12/21 MLC | Examine Documents<br>Review of changes to updated drafts of the MDT Agreement and Master TDP | 1.70 | 2,380.00 |
| 07/12/21 MLC | Correspondence<br>Correspondence re scheduling of call with newly supporting states | .30 | 420.00 |
| 07/12/21 MLC | Correspondence<br>Correspondence re State disclaimer issue and its impact on the non-states | .30 | 420.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                            August 13, 2021
Page 13                                                                BILL NO. 218470

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/13/21 JSF | Examine Documents Review of Sackler Agreement Terms re: Revised Payment Schedule and Remedies in Response to State Creditor Inquiry | 1.40 | 1,253.00 |
| 07/13/21 JSF | Examine Documents Review of Plan Provisions in Response to State Creditor Inquiry | 1.80 | 1,611.00 |
| 07/13/21 JSF | Correspondence Respond to State Creditor Inquiry re: Plan Provisions and Sackler Settlement | 1.10 | 984.50 |
| 07/13/21 JSF | Examine Documents Review of Sixth Amended Plan Changes | .50 | 447.50 |
| 07/13/21 MLC | Conference call(s) Conference call with AHC counsel and state subgroup re negotiations involving DOJ and other parties | .60 | 840.00 |
| 07/13/21 MLC | Examine Documents Review of reports of rebutal experts submitted by ad hoc group of hospitals | .80 | 1,120.00 |
| 07/13/21 MLC | Correspondence Review of draft correspondence with Eric Snyder re Alabama questions | .40 | 560.00 |

## OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                  August 13, 2021
Page 14                                                      BILL NO. 218470

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/13/21 MLC | Correspondence<br>Correspondence with AHC re extension of creditors' deadline to vote | .40 | 560.00 |
| 07/15/21 JSF | Examine Documents<br>Review of Issues re: States' Consolidated Proof of Claim and Sackler Allegations | .60 | 537.00 |
| 07/15/21 MLC | Conference call(s)<br>Conference call with AHC counsel and plan mediation subgroup | .80 | 1,120.00 |
| 07/15/21 MLC | Examine Documents<br>Review of modifications to MDT and related documents | 2.30 | 3,220.00 |
| 07/15/21 MLC | Examine Documents<br>Review of NAS trust agreement attached to Plan amendments | .50 | 700.00 |
| 07/15/21 MLC | Analysis of Memorandum<br>Review of motion by Sacklers challenging States POC | 1.40 | 1,960.00 |
| 07/15/21 MLC | Correspondence<br>Correspondence with Andrew Troop re Sackler motion | .30 | 420.00 |
| 07/15/21 MLC | Correspondence<br>Correspondence among AHC counsel re Sackler motion and response thereto | .50 | 700.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          August 13, 2021
Page 15                                                              BILL NO. 218470

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/16/21<br>JSF | Telephone Call(s)<br>Call with Professionals and States'<br>Subcommittee to Review Certain Plan and<br>Case Issues | .40 | 358.00 |
| 07/16/21<br>JSF | Telephone Call(s)<br>Call with Gilbert Firm re: Confirmation<br>Findings on Insurance Issues | .50 | 447.50 |
| 07/16/21<br>JSF | Examine Documents<br>Review of Potential Insurance Related<br>Findings re: Confirmation | .30 | 268.50 |
| 07/16/21<br>JSF | Examine Documents<br>Review of Issues Raised re: States'<br>Consolidated Claim and Plan Issues | 1.20 | 1,074.00 |
| 07/16/21<br>MLC | Conference call(s)<br>Conference call with Richard Shore and his<br>team re certain insurance litigation<br>issues and plan confirmation | .80 | 1,120.00 |
| 07/16/21<br>MLC | Analysis of Memorandum<br>Review of litigation memorandum prepared<br>by Gilbert re certain insurance<br>confirmation issues | .90 | 1,260.00 |
| 07/16/21<br>MLC | Correspondence<br>Follow up correspondence with AHC counsel<br>re potential responses to Sackler motion | .80 | 1,120.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                            August 13, 2021
Page 16                                                                BILL NO. 218470

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/16/21 MLC | Correspondence<br>Correspondence back and forth with John Guard re potential settlement with non-consenting states | .80 | 1,120.00 |
| 07/16/21 MLC | Correspondence<br>Correspondence among counsel re withdrawal of motion by Sackler family against States' POC | .80 | 1,120.00 |
| 07/16/21 MLC | Correspondence<br>Correspondence among AHC re budget for post confirmation Purdue disclosure program | .30 | 420.00 |
| 07/18/21 MLC | Correspondence<br>Correspondence among AHC counsel re conference calls with DOJ re various issues | .80 | 1,120.00 |
| 07/19/21 JSF | Examine Documents<br>Review of Certain Objections to Plan Filed by States and DOJ | 1.70 | 1,521.50 |
| 07/19/21 MLC | Conference call(s)<br>Conference call with plan mediation subgroup re certain objections to be filed today | .70 | 980.00 |
| 07/19/21 MLC | Analysis of Memorandum<br>Review of statement filed by DOJ re: Plan | .90 | 1,260.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      August 13, 2021
Page 17                                                          BILL NO. 218470

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/19/21<br>MLC | Analysis of Memorandum<br>Review of objection filed by State of CT | 1.40 | 1,960.00 |
| 07/19/21<br>MLC | Analysis of Memorandum<br>Review of joint objection filed by Oregon<br>and Washington, joined in by California | 1.30 | 1,820.00 |
| 07/19/21<br>MLC | Analysis of Memorandum<br>Review of summary of various objections<br>prepared by KL | 1.30 | 1,820.00 |
| 07/20/21<br>JSF | Examine Documents<br>Review of Summary of Filed Confirmation<br>Objections | 1.60 | 1,432.00 |
| 07/20/21<br>MLC | Conference call(s)<br>Conference call with AHC counsel and<br>States' Plan subgroup re review of<br>objections to plan | .70 | 980.00 |
| 07/20/21<br>MLC | Correspondence<br>Correspondence with DPW and UCC counsel re<br>plan objections and next steps | .40 | 560.00 |
| 07/21/21<br>JSF | Examine Documents<br>Review Draft of Final Mediator's Report | .40 | 358.00 |
| 07/21/21<br>JSF | Examine Documents<br>Analysis and Update of Open Confirmation<br>Issues and Status | 1.20 | 1,074.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    August 13, 2021
Page 18                                                        BILL NO. 218470

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/21/21 MLC | Conference call(s) Conference call with counsel for debtors, UCC and AHC re preparation for confirmation hearing | 1.00 | 1,400.00 |
| 07/21/21 MLC | Analysis of Memorandum Review and analysis of KL summary of objections to Plan | 1.10 | 1,540.00 |
| 07/21/21 MLC | Analysis of Memorandum Review of draft of final mediator report re allocation of fees | .80 | 1,120.00 |
| 07/22/21 JSF | Examine Documents Review of Objections to Plan | 2.30 | 2,058.50 |
| 07/22/21 MLC | Correspondence Correspondence with DPW, UCC counsel and AHC counsel re: confirmation hearing process, including timing, briefing and witnesses | .60 | 840.00 |
| 07/22/21 MLC | Review/analyze Reviewed and analyzed opposition to confirmation of plan filed by CT | 1.30 | 1,820.00 |
| 07/23/21 JSF | Examine Documents Review of Filed Objections to Plan | 2.20 | 1,969.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                  August 13, 2021
Page 19                                                      BILL NO. 218470

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/23/21 JSF | Examine Documents Review of Outline of Responses to Objections to Confirmation | 1.70 | 1,521.50 |
| 07/23/21 MLC | Examine Documents Review of debtors' initial list of potential witnesses at confirmation hearing | .40 | 560.00 |
| 07/23/21 MLC | Correspondence Correspondence with Eric Snyder (Alabama) re certain questions re non-state allocations | .40 | 560.00 |
| 07/23/21 MLC | Examine Documents Review of case update provided by KL re co-defendant objection | .60 | 840.00 |
| 07/23/21 MLC | Examine Documents Review of KL summary of objections filed by various non-consenting states | .60 | 840.00 |
| 07/26/21 JSF | Examine Documents Review of Witness and Exhibit List for Confirmation Hearing | .30 | 268.50 |
| 07/26/21 JSF | Examine Documents Attention to Confirmation Related Issues | 2.30 | 2,058.50 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                     August 13, 2021
Page 20                                                         BILL NO. 218470

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/26/21 MLC | Analysis of Memorandum Review and analysis of amended Settlement Agreement with the Sacklers as filed on July 19 | 1.40 | 1,960.00 |
| 07/27/21 JSF | Examine Documents Review of NOAT and NOAT TDP re: Response to State's Inquiry on Allocation Procedures from NOAT | 1.10 | 984.50 |
| 07/27/21 JSF | Correspondence Respond to Counsel for Alabama re: NOAT Distribution Requirements | .30 | 268.50 |
| 07/27/21 JSF | Telephone Call(s) Participate in Call with State Reps and Co-Counsel re: Status of Open Issues and Confirmation Planning | .90 | 805.50 |
| 07/27/21 JSF | Examine Documents Review of Updates on Confirmation Hearing and Evidence/Witnesses | 1.70 | 1,521.50 |
| 07/27/21 JSF | Examine Documents Review of Draft Confirmation Order | 1.20 | 1,074.00 |
| 07/27/21 MLC | Conference call(s) Conference call with DPW, Akin and AHC counsel re responses to various confirmation objections | .70 | 980.00 |

# Otterbourg P.C.

230 Park Avenue
New York, NY  10169-0075

Client/Matter:   20186/0002                                          August 13, 2021
Page 21                                                              BILL NO. 218470

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/27/21<br>MLC | Conference call(s)<br>Conference call with States subgroup and AHC counsel re preparation of response to objections | .60 | 840.00 |
| 07/28/21<br>JSF | Examine Documents<br>Review of Proposed Confirmation Hearing Schedule and Presentation of Evidence | .80 | 716.00 |
| 07/28/21<br>JSF | Examine Documents<br>Review of Confirmation Order | 1.20 | 1,074.00 |
| 07/29/21<br>JSF | Examine Documents<br>Review of Confirmation Updates | 1.00 | 895.00 |
| 07/29/21<br>JSF | Examine Documents<br>Review and Analysis of Objection Issues re: Plan | 1.40 | 1,253.00 |
| 07/29/21<br>JSF | Examine Documents<br>Review of Draft Confirmation Order | .60 | 537.00 |
| 07/30/21<br>JSF | Telephone Call(s)<br>Participate in Conference Call with Counsel for AHC, UCC and New Consenting States re: Sackler Negotiations | 1.00 | 895.00 |
| 07/30/21<br>JSF | Examine Documents<br>Review of Updates re: Confirmation and Confirmation Hearing and Documents in Support | 1.70 | 1,521.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                August 13, 2021
Page 22                                                     BILL NO. 218470


TOTAL PHASE PU11                          105.60         $127,741.00


                             TOTAL FOR SERVICES           $170,081.00

# <u>EXHIBIT D</u>

**Summary of Actual and Necessary Expenses**

**SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE STATEMENT PERIOD**

| Expense Category | Total Expenses |
|---|---|
| Electronic Research | $12.00 |
| **TOTAL:** | **$12.00** |

## **EXHIBIT E**

**Expense Detail**

Otterbourg P.C.

230 Park Avenue

New York, NY  10169-0075

Client/Matter:   20186/0002                                    August 13, 2021
Page 23                                                        BILL NO. 218470


DISBURSEMENTS FOR YOUR ACCOUNT


    Electronic Research                                              12.00
                                                              _____
                              TOTAL DISBURSEMENTS                    12.00