UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**MONTHLY FEE STATEMENT OF CORNERSTONE
RESEARCH FOR COMPENSATION FOR SERVICES
RENDERED AS CONSULTANT TO THE DEBTORS FOR
THE PERIOD FROM
JULY 1, 2021 THROUGH JULY 31, 2021**

| Name of Applicant | Cornerstone Research |
|---|---|
| Applicant's Role in Case | Consultant to Purdue Pharma L.P., *et al.*, |
| Date Order of Employment Signed | June 11, 2020 |
| Period for which compensation and reimbursement is sought | July 1, 2021 through July 31, 2021 |

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $63,970.40 (80% of $79,963.00) |
| Total reimbursement requested in this statement | $10.20 |
| Total compensation and reimbursement requested in this statement | $63,980.60 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

**This is a(n):**  _X_ Monthly Application _____ Interim Application _____ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Cornerstone Research as Consultants for the Debtors Nunc Pro Tunc to January 14, 2020* [ECF No. 1255] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Cornerstone Research, consultant for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Fee Statement of Cornerstone Research for Services Rendered as Consultant to the Debtor for the Period from July 1, 2021 Through July 31, 2021* (this "**Fee Statement**").[2] By this Fee Statement, Cornerstone Research seeks compensation in the amount of **$63,970.40** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$79,963.00**) and ii) payment of **$10.20** for the actual, necessary expenses that Cornerstone Research incurred in connection with such services during the Fee Period.

---

[2] The period from July 1, 2021 through and including July 31, 2021, is referred to herein as the "**Fee Period**."

2

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Cornerstone Research consultants and litigation support staff during the Fee Period with respect to each project category. As reflected in **Exhibit A**, Cornerstone Research incurred **$79,963.00** in fees during the Fee Period. Pursuant to this Fee Statement, Cornerstone Research seeks reimbursement for 80% of such fees, totaling **$63,970.40.**

2. Attached hereto as **Exhibit B** is a chart of Cornerstone Research staff, including the standard hourly rate for each consultant and litigation support staff member who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each individual. The blended hourly billing rate of consultants for all services provided during the Fee Period is $579.39.[3] The hourly billing rate of the single litigation support staff member who provided services during the Fee Period is $160.00.

3. Attached hereto as **Exhibit C** is a chart of expenses that Cornerstone Research incurred or disbursed in the amount of **$10.20** in connection with providing professional services to the Debtors during the Fee Period.

**Notice**

4. The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

---

[3] The blended hourly billing rate of $579.39 for consultants is derived by dividing the total fees for consultants of $79,435.00 by the total hours of 137.10.

3

WHEREFORE, Cornerstone Research, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of **$63,970.40** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$79,963.00**) and ii) payment of **$10.20** for the actual, necessary expenses that Cornerstone Research incurred in connection with such services during the Fee Period.

Dated:   September 9, 2021
         Boston, Massachusetts

                                        CORNERSTONE RESEARCH

                                        By:  /s/ Sally Woodhouse

                                        699 Boylston Street
                                        Boston, Massachusetts 02116
                                        Telephone: (617) 927-3000
                                        Facsimile: (617) 927-3100

**Exhibit A**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Preparation of Fee Statements | 19.90 | $ 13,221.50 |
| Claims Valuation | 120.50 | $ 66,741.50 |
| **Total** | 140.40 | $ 79,963.00 |

5

## Exhibit B

**Professional and Paraprofessional Fees**

| Individual | Title | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| **Professional Fees** | | | | |
| Woodhouse, Sally | Senior Vice President | $ 875.00 | 2.50 | $ 2,187.50 |
| Haque, Rezwan | Senior Manager | $ 665.00 | 30.00 | $ 19,950.00 |
| Abraham, Sarah M. | Manager | $ 625.00 | 20.90 | $ 13,062.50 |
| Guo, Fang | Manager | $ 625.00 | 4.10 | $ 2,562.50 |
| Yanguas, Maria Lucia | Associate | $ 560.00 | 60.00 | $ 33,600.00 |
| Popov, Anton | Associate | $ 510.00 | 5.50 | $ 2,805.00 |
| King, Kyla M. | Research Associate | $ 420.00 | 4.30 | $ 1,806.00 |
| Wang, Qian | Analyst | $ 355.00 | 9.10 | $ 3,230.50 |
| Nandwani, Gehna | Analyst | $ 330.00 | 0.70 | $ 231.00 |
| **Paraprofessional Fees** | | | | |
| Pitcher, Sara | Senior Litigation Support Specialist | $ 160.00 | 3.30 | $ 528.00 |
| | | ***Total*** | **140.4** | **$ 79,963.00** |

## Exhibit C

**Expense Summary**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Document/Data Acquisition | Journal Article | $ 10.20 |
| **Total** | | $ 10.20 |

6

# Exhibit D

## Time Detail by Project Category and Month

**Project Category: Preparation of Fee Statements**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Haque, Rezwan | 7/1/2021 | 0.7 | Reviewed monthly fee statement. |
| Haque, Rezwan | 7/6/2021 | 0.4 | Reviewed supplemental declaration. |
| Haque, Rezwan | 7/7/2021 | 0.3 | Reviewed monthly fee statement. |
| Haque, Rezwan | 7/8/2021 | 0.5 | Reviewed interim fee application. |
| Haque, Rezwan | 7/9/2021 | 1.4 | Reviewed interim fee application. |
| Haque, Rezwan | 7/12/2021 | 2.2 | Worked on interim fee application. |
| Haque, Rezwan | 7/13/2021 | 0.8 | Reviewed supplemental declaration. |
| Haque, Rezwan | 7/13/2021 | 2.3 | Worked on interim fee application. |
| Haque, Rezwan | 7/14/2021 | 2.8 | Worked on interim fee application. |
| Haque, Rezwan | 7/15/2021 | 3.8 | Reviewed time narratives for monthly fee statement. |
| Haque, Rezwan | 7/16/2021 | 1.3 | Reviewed time narratives for monthly fee statement. |
| Abraham, Sarah M. | 7/19/2021 | 0.3 | Reviewed time narratives for monthly fee statement. |
| Haque, Rezwan | 7/19/2021 | 0.4 | Reviewed time narratives for monthly fee statement. |
| Haque, Rezwan | 7/28/2021 | 1.8 | Reviewed monthly fee statement. |
| Haque, Rezwan | 7/29/2021 | 0.6 | Reviewed monthly fee statement. |
| Haque, Rezwan | 7/30/2021 | 0.3 | Reviewed monthly fee statement. |
| | **Total** | **19.9** | |

**Project Category: Claims Valuation**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Abraham, Sarah M. | 7/1/2021 | 0.2 | Call with counsel regarding analyses by claimant experts. |
| Abraham, Sarah M. | 7/1/2021 | 4.6 | Assisted counsel with rebuttals to claimant experts. |

7

| Name | Date | Hours | Description |
|---|---|---|---|
| Guo, Fang | 7/1/2021 | 0.3 | Call with counsel regarding hearing preparation. |
| Haque, Rezwan | 7/1/2021 | 0.3 | Call with counsel to discuss hearing preparation. |
| King, Kyla M. | 7/1/2021 | 4.3 | Prepared rebuttal points for claimants' experts. |
| Nandwani, Gehna | 7/1/2021 | 0.7 | Reviewed materials for expert's hearing preparation. |
| Pitcher, Sara | 7/1/2021 | 2.5 | Worked on hearing preparation materials. |
| Popov, Anton | 7/1/2021 | 5.0 | Drafted rebuttal points to claimants' experts. |
| Wang, Qian | 7/1/2021 | 3.2 | Conducted quality assurance checks for expert hearing preparation materials. |
| Woodhouse, Sally | 7/1/2021 | 0.2 | Phone call with counsel to discuss depositions. |
| Abraham, Sarah M. | 7/2/2021 | 0.2 | Coordinated hearing preparation with counsel and expert. |
| Abraham, Sarah M. | 7/5/2021 | 0.2 | Coordinated with team and expert regarding scheduling. |
| Popov, Anton | 7/6/2021 | 0.5 | Reviewed analyses for hearing preparation. |
| Yanguas, Maria Lucia | 7/6/2021 | 0.5 | Started hearing preparation outline. |
| Pitcher, Sara | 7/7/2021 | 0.8 | Continued work on hearing preparation materials. |
| Yanguas, Maria Lucia | 7/7/2021 | 4.1 | Worked on hearing preparation outline. |
| Haque, Rezwan | 7/8/2021 | 0.3 | Reviewed updated trust distribution procedures. |
| Yanguas, Maria Lucia | 7/8/2021 | 4.9 | Worked on hearing preparation materials. |
| Guo, Fang | 7/9/2021 | 0.2 | Call with team to discuss hearing preparation. |
| Guo, Fang | 7/9/2021 | 0.3 | Call with counsel about hearing preparation. |
| Haque, Rezwan | 7/9/2021 | 0.2 | Corresponded with expert. |
| Haque, Rezwan | 7/9/2021 | 0.3 | Call with team to discuss preparation for hearing. |
| Haque, Rezwan | 7/9/2021 | 0.3 | Call with counsel to discuss preparation for hearing. |
| Woodhouse, Sally | 7/9/2021 | 0.2 | Phone call with counsel to discuss hearing preparation. |
| Woodhouse, Sally | 7/9/2021 | 0.3 | Discussed hearing prep with team members. |
| Abraham, Sarah M. | 7/12/2021 | 0.5 | Reviewed potential topics for expert hearing preparation. |
| Guo, Fang | 7/12/2021 | 1.5 | Reviewed hearing preparation materials. |
| Haque, Rezwan | 7/12/2021 | 1.2 | Reviewed hearing preparation materials. |

8

| Name | Date | Hours | Description |
|---|---|---|---|
| Yanguas, Maria Lucia | 7/12/2021 | 4.8 | Assisted with hearing preparation outline. |
| Abraham, Sarah M. | 7/13/2021 | 2.2 | Aided expert with preparation for hearing. |
| Haque, Rezwan | 7/13/2021 | 1.5 | Reviewed materials to assist expert with hearing preparation. |
| Wang, Qian | 7/13/2021 | 2.0 | Reviewed updates to Plan Supplements. |
| Woodhouse, Sally | 7/13/2021 | 0.2 | Reviewed expert hearing preparation materials. |
| Yanguas, Maria Lucia | 7/13/2021 | 0.9 | Reviewed eighth plan supplement. |
| Yanguas, Maria Lucia | 7/13/2021 | 2.6 | Reviewed hearing preparation outline. |
| Yanguas, Maria Lucia | 7/13/2021 | 2.6 | Prepared list of rebuttal points to claimant experts. |
| Abraham, Sarah M. | 7/14/2021 | 0.9 | Shared potential topics for hearing preparation with counsel. |
| Wang, Qian | 7/14/2021 | 3.9 | Reviewed updates to Plan Supplements. |
| Yanguas, Maria Lucia | 7/14/2021 | 0.8 | Reviewed list of rebuttal points to claimant experts. |
| Yanguas, Maria Lucia | 7/14/2021 | 5.0 | Assisted with hearing preparation outline. |
| Abraham, Sarah M. | 7/15/2021 | 0.5 | Reviewed revised trust distribution procedures. |
| Haque, Rezwan | 7/15/2021 | 0.5 | Reviewed materials for hearing preparation. |
| Yanguas, Maria Lucia | 7/15/2021 | 2.0 | Reviewed eighth and ninth plan supplements. |
| Abraham, Sarah M. | 7/16/2021 | 0.3 | Call with counsel regarding expert hearing preparation. |
| Guo, Fang | 7/16/2021 | 0.3 | Call with counsel regarding hearing preparation. |
| Haque, Rezwan | 7/16/2021 | 0.3 | Call with counsel to discuss preparation for hearing. |
| Yanguas, Maria Lucia | 7/16/2021 | 0.9 | Reviewed tenth plan supplement. |
| Yanguas, Maria Lucia | 7/16/2021 | 1.2 | Assisted with preparation of materials for hearing. |
| Yanguas, Maria Lucia | 7/19/2021 | 1.4 | Assisted with preparation of materials for hearing. |
| Abraham, Sarah M. | 7/20/2021 | 4.1 | Aided expert with preparation for hearing. |
| Haque, Rezwan | 7/20/2021 | 1.2 | Reviewed hearing preparation materials. |
| Woodhouse, Sally | 7/20/2021 | 0.7 | Reviewed expert hearing preparation materials. |
| Yanguas, Maria Lucia | 7/20/2021 | 3.3 | Reviewed hearing preparation outline. |
| Yanguas, Maria Lucia | 7/20/2021 | 3.9 | Assisted with drafting hearing preparation outline. |
| Abraham, Sarah M. | 7/21/2021 | 2.0 | Met with expert to prepare for hearing. |

| Name | Date | Hours | Description |
|---|---|---|---|
| Guo, Fang | 7/21/2021 | 1.2 | Participated in hearing preparation session. |
| Haque, Rezwan | 7/21/2021 | 0.3 | Corresponded with counsel. |
| Haque, Rezwan | 7/21/2021 | 2.0 | Call with expert to discuss hearing preparation. |
| Yanguas, Maria Lucia | 7/21/2021 | 2.0 | Discussed hearing preparation with expert. |
| Yanguas, Maria Lucia | 7/21/2021 | 2.8 | Reviewed hearing preparation outline. |
| Abraham, Sarah M. | 7/22/2021 | 0.2 | Aided expert with preparation for hearing. |
| Haque, Rezwan | 7/22/2021 | 0.3 | Reviewed hearing preparation materials. |
| Abraham, Sarah M. | 7/23/2021 | 3.5 | Hearing preparation with expert and counsel. |
| Yanguas, Maria Lucia | 7/23/2021 | 4.2 | Assisted with drafting materials for hearing preparation. |
| Abraham, Sarah M. | 7/25/2021 | 0.5 | Aided expert with preparation for hearing. |
| Abraham, Sarah M. | 7/26/2021 | 0.1 | Provided case updates to team members. |
| Woodhouse, Sally | 7/26/2021 | 0.1 | Discussed hearing preparation with team member. |
| Yanguas, Maria Lucia | 7/26/2021 | 3.4 | Reviewed materials for expert's hearing preparation. |
| Yanguas, Maria Lucia | 7/27/2021 | 2.8 | Reviewed hearing preparation materials and addressed comments. |
| Abraham, Sarah M. | 7/28/2021 | 0.6 | Aided expert with preparation for hearing. |
| Haque, Rezwan | 7/28/2021 | 0.6 | Reviewed hearing preparation materials. |
| Woodhouse, Sally | 7/28/2021 | 0.8 | Reviewed hearing preparation materials. |
| Yanguas, Maria Lucia | 7/28/2021 | 5.0 | Reviewed hearing preparation materials and coordinated delivery. |
| Haque, Rezwan | 7/29/2021 | 0.5 | Reviewed hearing preparation materials. |
| Guo, Fang | 7/30/2021 | 0.3 | Call with counsel for hearing preparation. |
| Haque, Rezwan | 7/30/2021 | 0.2 | Call with counsel to discuss hearing preparation. |
| Haque, Rezwan | 7/30/2021 | 0.4 | Corresponded with counsel regarding hearing preparation. |
| Yanguas, Maria Lucia | 7/30/2021 | 0.9 | Updated expert's CV. |
| **Total** | | **120.5** | |

**Grand Total**　　　　　　　　　　　　　　　**140.40**