August 19, 2021

Dear Clerk:

Please docket my motion with attachments. Could you also mail me a certified time stamped copy?

Thank you,

Emanuel Thirkill

FILED
U.S. BANKRUPTCY COURT
S.D. OF N.Y.

United States Bankruptcy Court
Southern District of New York

In re                                                      Chapter 11
Purdue Pharma L.P., - et al.,                              Case No. 19-23649 (RDD)
        Debtors                                            (Jointly Administered)


Motion for Tolling of Filing Deadline


Comes now Movant Emanuel Thirkill request the order of the court to toll the filing deadline of July 30, 2020, 5:00 p.m. (EST) of the above action and accept the filing of the enclosed "Personal Injury Claimant Proof of Claim Form". Movant was subject to the perils of the COVID-19 pandemic incurring injury and rehabilitation and as a result was unable to meet the filing deadline. Movant prays the court will grant tolling of this late filing.

I declare under penalty of perjury the foregoing is true and correct.

Without Prejudice,

By: [signature]

Done this ___ day of July, 2021

Emanuel Thirkill

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

# General Opioid Claimant Proof of Claim Form

You may file your claim electronically at PurduePharmaClaims.com via the link entitled "Submit a Claim."
For questions regarding this Proof of Claim Form, please call Prime Clerk at (844) 217-0912 or visit PurduePharmaClaims.com.

Read the instructions at the end of this document before filling out this form. This form is for any person or entity, other than a governmental unit or Native American Tribe, to assert a general unsecured claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids, excluding claims for personal injury.

**Do not** use this form to assert a claim against the Debtors seeking damages based on personal injury related to the taking of a Purdue Opioid and/or the taking of another opioid for which You believe Purdue is responsible for Your damages. File such claims on a Personal Injury Claimant Proof of Claim Form.

**Do not** use this form to assert any other pre-petition claims, including secured claims or claims entitled to priority under 11 U.S.C. § 507(a). Secured claims, claims entitled to priority under 11 U.S.C. § 507(a), and non-opioid related claims should be filed on a Non-Opioid Claimant Proof of Claim Form (Form 410). However, if You have a claim against the Debtors based on non-opioid-related injuries or harm, in addition to Your claim based on or involving the Debtors' production, marketing and sale of Purdue Opioids, You may include information related to that claim on the General Opioid Claimant Proof of Claim Form by completing Part 4 of this form.

Creditor (also referred to as "You" throughout) shall provide information responsive to the questions set forth below. Instructions and Definitions are provided at the end of this document. You shall provide information reasonably available to You and are not excused from providing the requested information for failure to appropriately investigate Your claim. Creditor shall supplement its responses if it learns that they are incomplete or incorrect in any material respect.

You must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim. **Do not send original documents** as they will not be returned, and they may be destroyed after scanning.

Fill in all the information about the claim as of September 15, 2019, the Petition Date. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form. This form should be completed to the best of Your ability with the information available to You. If You are unable to answer certain questions at this time, the absence of an answer, by itself, will not result in the denial of Your claim, though You may be asked or required to provide additional information at a later date. You may also amend or supplement Your claim after it is filed.

### Part 1: Identify the Claim

1. Who is the current creditor?

   Emanuel Thirkill        Emanuel Thirkill
   Name of the individual or entity to be paid for this claim. If the creditor is a minor (under 18), please provide only the minor's initials.
   Other names the creditor used with the debtor, including maiden, d/b/a/, or other names used:
   n/a

2. Describe the creditor making the claim.
   - ☑ Individual
   - ☐ Hospital
   - ☐ Third Party Payor
   - ☐ Retirement or Pension Fund Administrator
   - ☐ Pharmacy Benefit Manager
   - ☐ Other (describe): _____

3. Has this claim been acquired from someone else or some other entity?
   - ☑ No
   - ☐ Yes. From whom? _____

4. Where should notices and payments to the creditor be sent?
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?

   Emanuel Thirkill
   Name
   [redacted]

   Where should payments to the creditor be sent? (if different)

   Emanuel Thirkill
   Name
   [redacted]

   Contact phone _____
   Contact email _____

   Contact phone _____
   Contact email _____

General Opioid Claimant Proof of Claim Form                                                                    page 1

| | | |
|---|---|---|
| 5. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____<br>MM / DD / YYYY |
| 6. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ | |

## Part 2: Attorney Information (Optional)

7. Are you represented by an attorney in this matter?

   You do not need an attorney to file this form.

   ☑ No.
   ☐ Yes. If yes, please provide the following information:

   Law Firm Name

   Attorney Name

   Address

   City                State                ZIP Code

   Contact phone _____ Contact email _____

## Part 3: Information as of September 15, 2019, the Petition Date, About Your Claim

| | |
|---|---|
| 8. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 9. How much is the claim? | $ 5,000,000.00   Five Million dollars<br>☐ Unknown. |
| 10. When do you allege You were first injured as a result of the Debtors' alleged conduct? | December 2013<br>Month       Year |
| 11. Describe the conduct of the Debtors You allege resulted in injury or damages to You.<br><br>Attach additional sheets if necessary. | I was the victim of three gunshot wounds in Nashville TN taken to Vanderbilt Hospital, released and prescribed Percocet whereby I became addicted and to heroin and subsequently landed in prison destroying my life. See the enclosed police report. |

General Opioid Claimant Proof of Claim Form          page 2

| | |
|---|---|
| 12. Describe all alleged causes of action, sources of damages, legal theories of recovery, etc. that You are asserting against the Debtors.<br><br>Attach additional sheets if necessary. | I had to resort to crime to support my addiction. I'm currently in federal prison. |
| 13. Please identify and quantify each category of damages or monetary relief that You allege, including all injunctive relief that You seek (for example, actual damages, compensatory damages, punitive damages, and/or penalty damages).<br><br>Please attach all supporting documentation including, but not limited to, any records supporting Your claims of damages, if You would like (but You are not required), to supplement this proof of claim. Do not include medical records. | Monetary relief - 20 years of lost income - $1,000,000.00 for punitive damages<br><br>Punitive damages - $4,000,000.00 |
| 14. Have you ever filed a lawsuit against any of the Debtors at any time? | ☑ No<br>☐ Yes. If yes, please provide the following information and attach supporting documentation:<br><br>Case Caption: _____<br><br>Court and Case/Docket Number: _____<br><br>Attorney Information:<br><br>Law Firm Name _____<br>Attorney Name _____<br>Address _____<br>City _____ State _____ ZIP Code _____<br>Contact phone _____ Contact email _____ |

**Part 4:** Non-Opioid-Related Claims

15. Do You believe You have any claims against the Debtors based on <u>non-opioid-related</u> claims or harm?

☑ No.
☐ Yes. If yes, please describe the nature of the claim(s) (Attach additional sheets if necessary).

_____
_____
_____
_____
_____

16. How much is the claim?

$ _____ or
☐ Unknown.

**Part 5:** Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 08/19/2021 (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:

Name: Emanuel Thirkill
   First name   Middle name   Last name

Title: _____

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: [REDACTED]

General Opioid Claimant Proof of Claim Form     page 4

# Incident Report

**Metropolitan Police Department**
Nashville, Tennessee
ver 3.2

M.P.D FORM 100 (Rev. 5-00)
CALEA 42.2.4, 82.2.1, 82.2.4

| ZONE | R.P.A. | 1. MPD Incident No. |
|---|---|---|
| 511 | 8209 | 2013-0716145 |

## Part 1 Incident

2. Related Incident: ☒ N/A
3. Other Police Agency & Case Incident No.: ☒ N/A

| 4. Report Type | 5. Report Date/Time | 6. Incident Date/Time (From/To) | Precinct |
|---|---|---|---|
| DISPATCHED | 07/29/2013 01:54 | 07/28/2013 23:00 - 07/28/2013 23:00 | Hermitage Precinct |

| | Apt No | City | State | Zip Code |
|---|---|---|---|---|
| ☐ UNK | | | TN | ☐ |
| ☐ Same as Block No 7 | Apt No | City | State | Zip Code ☒ V |

Cross Street:

| # 1 | 9. Offense CODE | 10. Offense Description | 11. Status | 12. Location Type CODE |
|---|---|---|---|---|
| | 13A | AGGRAVATED ASSAULT | COMPLETED | PARKING LOT, GARAGE |

13. Weapon CODE (Enter up to 3): HANDGUN

| # 2 | 9. Offense CODE | 10. Offense Description | 11. Status | 12. Location Type CODE |
|---|---|---|---|---|
| | 290 | DAMAGE PROP - PRIVATE | COMPLETED | PARKING LOT, GARAGE |

13. Weapon CODE (Enter up to 3): HANDGUN

| # 3 | 9. Offense CODE | 10. Offense Description | 11. Status | 12. Location Type CODE |
|---|---|---|---|---|
| | 520 | WEAPONS LAW VIOLATION | COMPLETED | PARKING LOT, GARAGE |

13. Weapon CODE (Enter up to 3): HANDGUN

14. Criminal Activity Code (Enter Up To 3): Using/Consuming

| 15. Hate Crime Suspected | 16. Suspected Gang Activity | 16a. Terrorism Suspected | 17. (For Burglary) Forced Entry | If Hotel/Motel/rental Storage No. of Premises Entered | 18. (For Burglary/Robbery) Home Invasion? |
|---|---|---|---|---|---|
| NO | NO | NO | | | |

## Part 2 Victim No. 1

☐ N/A

| 31. Victim Type | 19. (Last, First, Middle Name or Business Name) | ☐ UNK ☒ MNI 57980143 |
|---|---|---|
| Individual (18 and over) | THIRKILL    EMMANUEL    TYREL | |

20. SSN: ☐ UNK ☐ N/A
21. Driver License (State) (Number): ☐ UNK ☐ N/A

| Same as Address of Incident (Block #8) ☐ | 22. Address of Victim Street ☐ UNK | Apt No | City | State | Zip Code ☒ V | E-Mail Address |
|---|---|---|---|---|---|---|

Cross Street

| 23. Sex | 24. Race | 25. Ethnicity | 27. County Resident | 28. DOB ☐ UNK ☐ N/A | 29. Age ☐ N/A |
|---|---|---|---|---|---|
| | | | | | - Years |

29. Phone Numbers:  HM:    WK:    Cell/Pager:

30. Victim of Offenses: (Ref Block #9): 13A

| Incident Report M.P.D. Form 100 | 128. Page 2 of 7 | 1. M.P.D. Incident No.: 2013-0716145 |
|---|---|---|

**32. Local College Student?** (If Yes, List Name of College/University)
N/A

**33. Employment** ☒ N/A
(Name)   ☐ MNI
(Address)   (Apt No)
(Cross Street)   (City)   (State) TN   (Zip Code)   ☐
(Email Address)

**34. Domestic Disturbance?** N/A
| If Yes, Answer the Following Questions | Was Order of Protection Violated? | Was Victim taken to Safe Place? | Were Children taken to Safe Place? | Were Children Present During Incident? |

**35. Victim to Suspect**   Relationship
**35. Victim to Suspect**   Relationship

**36. Aggravated Assault/Homicide Circumstances**
UNKNOWN CIRCUMSTANCES
**37. Negligent Manslaughter**
**38. Justifiable Homicide**

---

**Part 2 Victim No. 2** ☐ N/A

**31. Victim Type**: Individual (18 and over)
**19.** (Last, First, Middle Name or Business Name) ☐ UNK ☒ MNI   70614719

**20. SSN** ☐ UNK ☐ N/A
**21. Driver License** (State) (Number)   ☐ UNK ☐ N/A

Same as Address of Incident (Block #8) ☐
**22. Address of Victim Street** ☐ UNK   Apt No   City   State   Zip Code ☒V   E-Mail Address
Cross Street

**23. Sex**   **24. Race**   **25. Ethnicity**   **27. County Resident**   **28. DOB** ☐ UNK ☐ N/A   **29. Age** ☐ N/A   - Years

**29. Phone Numbers**   HM:   WK:   Cell/Pager:

**30. Victim of Offenses:** (Ref Block #9)   290

**32. Local College Student?** (If Yes, List Name of College/University)
N/A

**33. Employment** ☒ N/A
(Name)   ☐ MNI
(Address)   (Apt No)
(Cross Street)   (City)   (State) TN   (Zip Code)   ☐
(Email Address)

**34. Domestic Disturbance?**
| If Yes, Answer the Following Questions | Was Order of Protection Violated? | Was Victim taken to Safe Place? | Were Children taken to Safe Place? | Were Children Present During Incident? |

**35. Victim to Suspect**   Relationship
**35. Victim to Suspect**   Relationship

**36. Aggravated Assault/Homicide Circumstances**
**37. Negligent Manslaughter**
**38. Justifiable Homicide**

| Incident Report | 128. | 1. M.P.D. Incident No.: |
|---|---|---|
| M.P.D. Form 100 | Page 4 of 7 | 2013-0716145 |

### Part 3 — Suspect # 2

| 92. (Last, First, Middle Name) | ☐ Alias ☒ UNK ☐ MNI | 94. SSN or Driver Lic. No. |
|---|---|---|

| 93. Address Street ☒ UNK | Apt # | City | State | Zip Code | 95. Phone No. ☒ UNK |
|---|---|---|---|---|---|

Cross Street:

| 97. Sex | 98. Race | 99. Ethnicity | 100. DOB ☒ UNK | 101. Age ☒ UNK Yrs | 104. Height ' " | 105. Weight lbs |
|---|---|---|---|---|---|---|

| 106. Hair | 107. Eyes |
|---|---|

| 108. Scars and Other Identifiers | 109. Clothing |
|---|---|

| 102. Suspected of Using ☒ NA  Alcohol  Drugs  Computer | 103. Status (Enter up to 2) |
|---|---|

96. Weapon/Tool (Enter Up To 3)

110. Vehicle Used   ○ Seized  (If seized, complete Part 5, Motor Vehicle Section)   ☐ MVI

| (Year) | (Make) | (Model) | (Style) | (Color) | (License No.) | (State) TN | (Yr) |
|---|---|---|---|---|---|---|---|

### Part 4 — Other Person # 1  ☐ N/A

| 39. Other Person Type (Non-Victim) Other | 40. (Last, First, Middle Name)  ☒ MNI 58244911 |
|---|---|

| 41. Address Street ☐ UNK | Apt No. | City | State | Zip Code V | 42. Place of Employment/School ☒ UNK |
|---|---|---|---|---|---|

Cross Street:

| 43. Status PERSON QUESTIONED | 44. Sex | 45. Race | 47. DOB ☐ UNK | 46. Age ☐ UNK Yrs | 48. Phone Numbers HM WK |
|---|---|---|---|---|---|

### Part 4 — Other Person # 2  ☐ N/A

| 39. Other Person Type (Non-Victim) Other | 40. (Last, First, Middle Name)  ☒ MNI 70597198 |
|---|---|

| 41. Address Street ☐ UNK | Apt No. | City | State | Zip Code V | 42. Place of Employment/School ☒ UNK |
|---|---|---|---|---|---|

Cross Street:

| 43. Status PERSON QUESTIONED | 44. Sex | 45. Race | 47. DOB ☐ UNK | 46. Age ☐ UNK Yrs | 48. Phone Numbers HM WK |
|---|---|---|---|---|---|

### Part 4 — Other Person # 3  ☐ N/A

| 39. Other Person Type (Non-Victim) Other | 40. (Last, First, Middle Name)  ☒ MNI 65889474 |
|---|---|

| 41. Address Street ☐ UNK | Apt No. | City | State | Zip Code V | 42. Place of Employment/School ☒ UNK |
|---|---|---|---|---|---|

Cross Street:

| 43. Status PERSON QUESTIONED | 44. Sex | 45. Race | 47. DOB ☐ UNK | 46. Age ☐ UNK Yrs | 48. Phone Numbers HM WK |
|---|---|---|---|---|---|

| Incident Report M.P.D. Form 100 | | 128. Page 3 of 7 | 1. M.P.D. Incident No.: 2013-0716145 |
|---|---|---|---|

**Part 2 Victim No. 3** ☐ N/A

| 31. Victim Type | 19. (Last, First, Middle Name or Business Name) ☐ UNK ☒ MNI  57887311 |
|---|---|
| Society | State of TN (Society) |

| Same as Address of Incident (Block #8) ☐ | 22. Address of Victim Street  ☐ UNK | Apt No | City | State | Zip Code ☒ V | E-Mail Address |
|---|---|---|---|---|---|---|
| | 200 JAMES ROBERTSON PKWY | | NASHVILLE | TN | 37201 | |
| | Cross Street | | | | | |

| 29. Phone Numbers | HM: | WK: ▉ | Cell/Pager: |
|---|---|---|---|

| 30. Victim of Offenses: (Ref Block #9) | 520 | | |
|---|---|---|---|

| 34. Domestic Disturbance? | If Yes, Answer the Following Questions | Was Order of Protection Violated? | Was Victim taken to Safe Place? | Were Children taken to Safe Place? | Were Children Present During Incident? |
|---|---|---|---|---|---|

| 35. Victim to Suspect | Relationship |
|---|---|

| 36. Aggravated Assault/Homicide Circumstances | 37. Negligent Manslaughter | 38. Justifiable Homicide |
|---|---|---|

---

**Part 3 Suspect # 1**

| 92. (Last, First, Middle Name) ☐ Alias ☒ UNK ☐ MNI | 94. SSN or Driver Lic. No. |
|---|---|

| 93. Address Street ☒ UNK | Apt # | City | State | Zip Code ☐ | 95. Phone No. ☒ UNK |
|---|---|---|---|---|---|
| Cross Street: | | | | | |

| 97. Sex | 98. Race | 99. Ethnicity | 100. DOB ☒ UNK | 101. Age ☒ UNK Yrs | 104. Height ' " | 105. Weight lbs |
|---|---|---|---|---|---|---|

| 106. Hair | 107. Eyes |
|---|---|

| 108. Scars and Other Identifiers | 109. Clothing |
|---|---|

| 102. Suspected of Using ☒ NA  Alcohol  Drugs  Computer | 103. Status  (Enter up to 2) |
|---|---|

| 96. Weapon/Tool (Enter Up To 3) |
|---|

| 110. Vehicle Used | ○ Seized  (If seized, complete Part 5, Motor Vehicle Section) | ☐ MVI |
|---|---|---|

| (Year) | (Make) | (Model) | (Style) | (Color) | (License No.) | (State) | (Yr) |
|---|---|---|---|---|---|---|---|

| Incident Report M.P.D. Form 100 | 128. Page 5 of 7 | 1. M.P.D. Incident No.: 2013-0716145 |
|---|---|---|

### Part 5 Property ☐ N/A

**49. Victim/Suspect No.**  Victim  2

**50. Cat CODE**  03-AUTOMOBILES: SEDANS, COUPES, STATION WAG    **Category (Other)**

**51. Property Description** (Make) (Model) (Size) (Type) (Color)
FRONT LEFT VEHICLE TIRE

| 52. Serial No. | Owner Applied No. | 53. QTY  1 |
|---|---|---|
| 54. Type CODE  Damaged (Non Arson) | 55. Cond CODE  UNDAMAGED (USED) | Condition CODE (Other) |
| 56. Est $ Value  100 | 57. Date Recovered | Recovered $Value |
| 58. Stored By CODE  Victim | | Stored By (Other) |

### Part 5 Property ☐ N/A

**49. Victim/Suspect No.**  Victim  2

**50. Cat CODE**  29-STRUCTURES-SINGLE OCCUPANCY DWELLINGS: H    **Category (Other)**

**51. Property Description** (Make) (Model) (Size) (Type) (Color)
GLASS WINDOW

| 52. Serial No. | Owner Applied No. | 53. QTY  1 |
|---|---|---|
| 54. Type CODE  Damaged (Non Arson) | 55. Cond CODE  UNDAMAGED (USED) | Condition CODE (Other) |
| 56. Est $ Value  100 | 57. Date Recovered | Recovered $Value |
| 58. Stored By CODE  Victim | | Stored By (Other) |

### Part 6 Injury & Transport ☐ N/A

**85. Injured**  Victim  1  THIRKILL, EMMANUEL

**86. "Injury" Code (Enter Up to 5)**
APPARENT MINOR INJURY

**87. Describe Injury**  GUN SHOT WOUNDS TO RT CALF, RT INDEX FINGER, LT BUTTOCKS

| 88. Medical Treatment  VANDERBILT | | 89. Transported By  Self | |
| 90. Examining Physician  ☒ N/A | | 91. Status | |

### Part 7 Search By Officer ☐ N/A

| 111. Search Type  Evidence | 112. Searched Location (Address, Area, Etc.)  ████████ |
|---|---|

### Part 8 Other Units Requested ☐ N/A

**113. I.D. Section Called To Scene:** Yes    Yes, for: ☒ Photos  ☐ Prints  ☐ Other    Other:

**114. Other Units Called:** None

### Part 10 Narrative

120.

| Incident Report M.P.D. Form 100 | 128. Page 6 of 7 | 1. M.P.D. Incident No.: 2013-0716145 |
|---|---|---|

ON THIS DATE AND APPROXIMATE TIME POLICE RESPONDED TO THE AREA OF ▓▓▓▓ IN RESPONSE TO A SHOTS FIRED, POSSIBLE SHOOTING CALL. WHEN POLICE ARRIVED AT THE PARKING LOT OUTSIDE ▓▓▓▓ THEY OBSERVED MULTIPLE SHELL CASINGS. POLICE ESTABLISHED A CRIME SCENE. AROUND 2322 HRS VANDERBILT POLICE NOTIFIED MNPD DISPATCH AND ADVISED THEM THAT VICTIM 1 HAD JUST ARRIVED AT ▓▓▓▓ DR. VANDERBILT ESTABLISHED A CRIME SCENE AROUND THE VEHICLE. HERMITAGE PRECINCT ▓▓▓▓ RESPONDED TO ▓▓▓▓ ST AND TO VANDERBILT HOSPITAL. ▓▓▓▓ SPOKE WITH OP 1, OP 2, AND OP 3 AT THE HOSPITAL.

I, ▓▓▓▓ RETRIEVED VICTIM 1'S CLOTHING (THAT WAS REMOVED BY MEDICAL STAFF AND BAGGED) AND GAVE IT TO ID ▓▓▓▓ PROCESSED THE VEHICLE AND THE SCENE AT ▓▓▓▓ FOR PHOTOGRAPHS AND HE COLLECTED EVIDENCE.

VICTIM 1 STATED TO MYSELF THAT HE WAS WALKING NEAR ▓▓▓▓ WHEN 2 UNKNOWN MALE BLACK SUBJECTS APPROACHED HIM AND STATED "HEY MAN, WHAT'S UP". VICTIM 1 STATED BOTH SUSPECTS WERE ARMED WITH HANDGUNS. VICTIM 1 STATED THAT THESE SUSPECTS THEN BEGAN TO SHOOT AT HIM BEFORE HE COULD GET AWAY FROM THEM. DETECTIVE JOBE INTERVIEWED VICTIM 1.

VICTIM 2 STATED TO POLICE THAT DURING THE ABOVE DESCRIBED SHOOTING THAT HE WAS INSIDE HIS RESIDENCE WHEN HE HEARD HIS WINDOW BREAK AS A RESULT OF BEING SHOT. VICTIM 2'S VEHICLE, ▓▓▓▓ WAS PARKED IN FRONT OF HIS RESIDENCE AND HE OBSERVED THAT A BULLET HAD ALSO DAMAGED HIS LEFT FRONT TIRE AND THAT IT WAS NOW FLAT.

| 121. Report is Continued on: | ☒ N/A  (Check all that apply) | ☐ Supplement Report | ☐ Addendum Report |
|---|---|---|---|
| 122. Signature of Recipient/Authorizer: ☒ N/A ☐ Refuse to Sign    THIRKILL, EMMANUEL  Victim 1 | | 126. Advisory Notice Issued  Citizen Information Notice | |
| 122. Signature of Recipient/Authorizer: ☒ N/A ☐ Refuse to Sign  Victim 2 | | 126. Advisory Notice Issued  Citizen Information Notice | |
| 122. Signature of Recipient/Authorizer: ☒ N/A ☐ Refuse to Sign  Victim 3 | | 126. Advisory Notice Issued  N/A | |

Will Victim Prosecute:

| Victim 1 | THIRKILL, EMMANUEL | Unsure (See Narr.) | Victim 2 | | Yes |
|---|---|---|---|---|---|
| Victim 3 | State of TN (Society) | Yes | Primary Investigative Unit: | HERMITAGE INVESTIGATIONS | |

Can Victim/Other Person Identify Suspect(s):

| Victim 1 | THIRKILL, EMMANUEL | No | Victim 2 | | No |
|---|---|---|---|---|---|
| Victim 3 | State of TN (Society) | No | Person 1 | | No |
| Person 2 | | No | Person 3 | | No |

Reporting Agency:
METROPOLITAN NASHVILLE POLICE DEPARTMENT

| 127. Case Status  Open | Cleared by Exception | ☐ Cargo Theft |
|---|---|---|
| 123. Reporting Officer (First, MI, Last) | Employee No.    Agency  TN0190100 | Radio Call Sign  District  511C |

| Incident Report<br>M.P.D. Form 100 | | | 128.<br>Page 7 of 7 | 1. M.P.D. Incident No.:<br>2013-0716145 |
|---|---|---|---|---|
| 124. Approving Supervisor | Employee No. | Agency<br>TN0190100 | | |
| ███████████████ | | Agency<br>TN0190100 | | Date<br>07/29/2013 |

Attachment

Comments

**Crime Scene Photo(s) Taken: NO**

# Incident Report

M.P.D FORM 100 (Rev. 5-00)
CALEA 42.2.4, 82.2.1, 82.2.4

Metropolitan Police Department
Nashville, Tennessee
ver 3.2

ZONE: 511
R.P.A.: 8209

**1. MPD Incident No.** 2013-0716145

## Part 1 Incident

**2. Related Incident:** ☒ N/A

**3. Other Police Agency & Case Incident No.:** ☒ N/A

**4. Report Type:** DISPATCHED
**5. Report Date/Time:** 07/29/2013 01:54
**6. Incident Date/Time (From/To):** 07/28/2013 23:00 - 07/28/2013 23:00
**Precinct:** Hermitage Precinct

**7. Reporting/Dispatched Location:** ☐ UNK
**State:** TN

**8. Address of Incident:** ☐ Same as Block No 7

### #1
- **9. Offense CODE:** 13A
- **10. Offense Description:** AGGRAVATED ASSAULT
- **11. Status:** COMPLETED
- **12. Location Type CODE:** PARKING LOT, GARAGE
- **13. Weapon CODE (Enter up to 3):** HANDGUN

### #2
- **9. Offense CODE:** 290
- **10. Offense Description:** DAMAGE PROP - PRIVATE
- **11. Status:** COMPLETED
- **12. Location Type CODE:** PARKING LOT, GARAGE
- **13. Weapon CODE (Enter up to 3):** HANDGUN

### #3
- **9. Offense CODE:** 520
- **10. Offense Description:** WEAPONS LAW VIOLATION
- **11. Status:** COMPLETED
- **12. Location Type CODE:** PARKING LOT, GARAGE
- **13. Weapon CODE (Enter up to 3):** HANDGUN

**14. Criminal Activity Code (Enter Up To 3):** Using/Consuming

**15. Hate Crime Suspected:** NO
**16. Suspected Gang Activity:** NO
**16a. Terrorism Suspected:** NO
**17. (For Burglary) Forced Entry:**
**If Hotel/Motel/rental Storage No. of Premises Entered:**
**18. (For Burglary/Robbery) Home Invasion?:**

## Part 2 Victim No. 1   ☐ N/A

**31. Victim Type:** Individual (18 and over)
**19. (Last, First, Middle Name or Business Name):** ☐ UNK ☒ MNI 57980143
THIRKILL   EMMANUEL   TYREL

**20. SSN:** ☐ UNK ☐ N/A
**21. Driver License (State) (Number):** ☐ UNK ☐ N/A

**22. Address of Victim Street:** ☐ UNK
**23. Sex:** 
**24. Race:** 
**25. Ethnicity:** 
**27. County Resident:** 
**28. DOB:** ☐ UNK ☐ N/A
**29. Age:** ☐ N/A   Years

**29. Phone Numbers:** HM:   WK:   Cell/Pager:

**30. Victim of Offenses: (Ref Block #9):** 13A

| Incident Report M.P.D. Form 100 | 128. Page 2 of 7 | 1. M.P.D. Incident No.: 2013-0716145 |
|---|---|---|

| 32. Local College Student? (If Yes, List Name of College/University) |
|---|
| N/A |

| 33. Employment ☒ N/A | (Name) | | ☐ MNI |
|---|---|---|---|
| | (Address) | (Apt No) | |
| | (Cross Street) | (City) | (State) TN  (Zip Code) ☐ |
| | (Email Address) | | |

| 34. Domestic Disturbance? N/A | If Yes, Answer the Following Questions | Was Order of Protection Violated? | Was Victim taken to Safe Place? | Were Children taken to Safe Place? | Were Children Present During Incident? |
|---|---|---|---|---|---|

| 35. Victim to Suspect | Relationship |
|---|---|
| 35. Victim to Suspect | Relationship |

| 36. Aggravated Assault/Homicide Circumstances UNKNOWN CIRCUMSTANCES | 37. Negligent Manslaughter - | 38. Justifiable Homicide |
|---|---|---|

---

**Part 2 Victim No. 2** ☐ N/A | 31. Victim Type Individual (18 and over) | 19. (Last, First, Middle Name or Business Name) ☐ UNK ☒ MNI 70614719 |
|---|---|---|
| | 20. SSN ☐ UNK ☐ N/A | 21. Driver License  (State)  (Number)  ☐ UNK ☐ N/A |

| Same as Address of Incident (Block #8) ☐ | 22. Address of Victim Street | ☐ UNK | Apt No | City | State | Zip Code ☑ | E-Mail Address |
|---|---|---|---|---|---|---|---|
| | Cross Street | | | | | | |

| 23. Sex | 24. Race | 25. Ethnicity | 27. County Resident | 28. DOB ☐ UNK ☐ N/A | 29. Age ☐ N/A Years |
|---|---|---|---|---|---|

| 29. Phone Numbers | HM: | WK: | Cell/Pager: |
|---|---|---|---|

| 30. Victim of Offenses: (Ref Block #9) | 290 | |
|---|---|---|

| 32. Local College Student? (If Yes, List Name of College/University) |
|---|
| N/A |

| 33. Employment ☒ N/A | (Name) | | ☐ MNI |
|---|---|---|---|
| | (Address) | (Apt No) | |
| | (Cross Street) | (City) | (State) TN  (Zip Code) ☐ |
| | (Email Address) | | |

| 34. Domestic Disturbance? | If Yes, Answer the Following Questions | Was Order of Protection Violated? | Was Victim taken to Safe Place? | Were Children taken to Safe Place? | Were Children Present During Incident? |
|---|---|---|---|---|---|

| 35. Victim to Suspect | Relationship |
|---|---|
| 35. Victim to Suspect | Relationship |

| 36. Aggravated Assault/Homicide Circumstances | 37. Negligent Manslaughter | 38. Justifiable Homicide |
|---|---|---|

| Incident Report M.P.D. Form 100 | 128. Page 3 of 7 | 1. M.P.D. Incident No.: 2013-0716145 |
|---|---|---|

### Part 2 Victim No. 3

- [ ] N/A
- **31. Victim Type:** Society
- **19. (Last, First, Middle Name or Business Name):** State of TN (Society)  [ ] UNK  [x] MNI  57887311

| Same as Address of Incident (Block #8) | 22. Address of Victim Street | Apt No | City | State | Zip Code | E-Mail Address |
|---|---|---|---|---|---|---|
| [ ] | 200 JAMES ROBERTSON PKWY [ ] UNK | | NASHVILLE | TN | 37201 [V] | |
| | Cross Street | | | | | |

**29. Phone Numbers** — HM:    WK:    Cell/Pager:

**30. Victim of Offenses (Ref Block #9):** 520

**34. Domestic Disturbance?** — If Yes, Answer the Following Questions: Was Order of Protection Violated? | Was Victim taken to Safe Place? | Were Children taken to Safe Place? | Were Children Present During Incident?

**35. Victim to Suspect** — Relationship

**36. Aggravated Assault/Homicide Circumstances** | **37. Negligent Manslaughter** | **38. Justifiable Homicide**

### Part 3 Suspect # 1

- **92. (Last, First, Middle Name):**  [ ] Alias  [x] UNK  [ ] MNI
- **94. SSN or Driver Lic. No.**

| 93. Address Street | Apt # | City | State | Zip Code | 95. Phone No. [x] UNK |
|---|---|---|---|---|---|
| [x] UNK | | | | [ ] | |
| Cross Street: | | | | | |

| 97. Sex | 98. Race | 99. Ethnicity | 100. DOB [x] UNK | 101. Age [x] UNK Yrs | 104. Height ' " | 105. Weight lbs |
|---|---|---|---|---|---|---|

| 106. Hair | 107. Eyes | |
|---|---|---|

| 108. Scars and Other Identifiers | 109. Clothing |
|---|---|

**102. Suspected of Using** [x] NA — Alcohol   Drugs   Computer
**103. Status** (Enter up to 2)

**96. Weapon/Tool** (Enter Up To 3)

**110. Vehicle Used** — ( ) Seized (If seized, complete Part 5, Motor Vehicle Section)   [ ] MVI

| (Year) | (Make) | (Model) | (Style) | (Color) | (License No.) | (State) | (Yr) |
|---|---|---|---|---|---|---|---|

| Incident Report M.P.D. Form 100 | | | | 128. Page 4 of 7 | 1. M.P.D. Incident No.: 2013-0716145 |

### Part 3 — Suspect # 2

| 92. (Last, First, Middle Name) ☐ Alias ☒ UNK ☐ MNI | 94. SSN or Driver Lic. No. |
|---|---|

| 93. Address Street ☒ UNK | Apt # | City | State | Zip Code | 95. Phone No. ☒ UNK |
|---|---|---|---|---|---|

Cross Street:

| 97. Sex | 98. Race | 99. Ethnicity | 100. DOB ☒ UNK | 101. Age ☒ UNK Yrs - | 104. Height ' " | 105. Weight lbs |
|---|---|---|---|---|---|---|

| 106. Hair | 107. Eyes | |
|---|---|---|

| 108. Scars and Other Identifiers | 109. Clothing |
|---|---|

| 102. Suspected of Using ☒ NA    Alcohol    Drugs    Computer | 103. Status (Enter up to 2) |
|---|---|

96. Weapon/Tool (Enter Up To 3)

| 110. Vehicle Used | ○ Seized (If seized, complete Part 5, Motor Vehicle Section) | ☐ MVI |
|---|---|---|

| (Year) | (Make) | (Model) | (Style) | (Color) | (License No.) | (State) TN | (Yr) |
|---|---|---|---|---|---|---|---|

### Part 4 — Other Person # 1  ☐ N/A

| 39. Other Person Type (Non-Victim) Other | 40. (Last, First, Middle Name) ☒ MNI 58244911 |
|---|---|

| 41. Address Street ☐ UNK | Apt No. | City | State | Zip Code V | 42. Place of Employment/School ☒ UNK |
|---|---|---|---|---|---|

Cross Street:

| 43. Status PERSON QUESTIONED | 44. Sex | 45. Race | 47. DOB ☐ UNK | 46. Age ☐ UNK - Yrs | 48. Phone Numbers HM WK |
|---|---|---|---|---|---|

### Part 4 — Other Person # 2  ☐ N/A

| 39. Other Person Type (Non-Victim) Other | 40. (Last, First, Middle Name) ☒ MNI 70597198 |
|---|---|

| 41. Address Street ☐ UNK | Apt No. | City | State | Zip Code V | 42. Place of Employment/School ☒ UNK |
|---|---|---|---|---|---|

Cross Street:

| 43. Status PERSON QUESTIONED | 44. Sex | 45. Race | 47. DOB ☐ UNK | 46. Age ☐ UNK - Yrs | 48. Phone Numbers HM WK |
|---|---|---|---|---|---|

### Part 4 — Other Person # 3  ☐ N/A

| 39. Other Person Type (Non-Victim) Other | 40. (Last, First, Middle Name) ☒ MNI 65889474 |
|---|---|

| 41. Address Street ☐ UNK | Apt No. | City | State | Zip Code V | 42. Place of Employment/School ☒ UNK |
|---|---|---|---|---|---|

Cross Street:

| 43. Status PERSON QUESTIONED | 44. Sex | 45. Race | 47. DOB ☐ UNK | 46. Age ☐ UNK - Yrs | 48. Phone Numbers HM WK |
|---|---|---|---|---|---|

| Incident Report M.P.D. Form 100 | | 128. Page 5 of 7 | 1. M.P.D. Incident No.: 2013-0716145 |
|---|---|---|---|

### Part 5 Property
☐ N/A

**49. Victim/Suspect No.**  Victim  2  ████████

| 50. Cat CODE | 03-AUTOMOBILES: SEDANS, COUPES, STATION WAG | Category (Other) |
|---|---|---|

**51. Property Description** (Make) (Model) (Size) (Type) (Color)

FRONT LEFT VEHICLE TIRE

| 52. Serial No. | Owner Applied No. | 53. QTY 1 |
|---|---|---|
| 54. Type CODE  Damaged (Non Arson) | 55. Cond CODE  UNDAMAGED (USED) | Condition CODE (Other) |
| 56. Est $ Value  100 | 57. Date Recovered | Recovered $Value |
| 58. Stored By CODE  Victim | | Stored By (Other) |

### Part 5 Property
☐ N/A

**49. Victim/Suspect No.**  Victim  2  ████████

| 50. Cat CODE | 29-STRUCTURES-SINGLE OCCUPANCY DWELLINGS: H | Category (Other) |
|---|---|---|

**51. Property Description** (Make) (Model) (Size) (Type) (Color)

GLASS WINDOW

| 52. Serial No. | Owner Applied No. | 53. QTY 1 |
|---|---|---|
| 54. Type CODE  Damaged (Non Arson) | 55. Cond CODE  UNDAMAGED (USED) | Condition CODE (Other) |
| 56. Est $ Value  100 | 57. Date Recovered | Recovered $Value |
| 58. Stored By CODE  Victim | | Stored By (Other) |

### Part 6 Injury & Transport
☐ N/A

**85. Injured**  Victim  1  THIRKILL, EMMANUEL

**86. "Injury" Code (Enter Up to 5)**
APPARENT MINOR INJURY

**87. Describe Injury**  GUN SHOT WOUNDS TO RT CALF, RT INDEX FINGER, LT BUTTOCKS

| 88. Medical Treatment  VANDERBILT | | 89. Transported By  Self | |
| 90. Examining Physician  ☒ N/A | | 91. Status | |

### Part 7 Search By Officer ☐ N/A

| 111. Search Type | 112. Searched Location (Address, Area, Etc.) |
|---|---|
| Evidence | ████████ |

### Part 8 Other Units Requested ☐ N/A

**113. I.D. Section Called To Scene:**  Yes     Yes, for: ☒ Photos ☐ Prints ☐ Other    Other:

**114. Other Units Called:**
None

### Part 10 Narrative
120.

| Incident Report<br>M.P.D. Form 100 | 128.<br>Page 6 of 7 | 1. M.P.D. Incident No.:<br>2013-0716145 |
|---|---|---|

ON THIS DATE AND APPROXIMATE TIME POLICE RESPONDED TO THE AREA OF ███████ IN RESPONSE TO A SHOTS FIRED, POSSIBLE SHOOTING CALL. WHEN POLICE ARRIVED AT THE PARKING LOT OUTSIDE ███████ THEY OBSERVED MULTIPLE SHELL CASINGS. POLICE ESTABLISHED A CRIME SCENE. AROUND 2322 HRS VANDERBILT POLICE NOTIFIED MNPD DISPATCH AND ADVISED THEM THAT VICTIM 1 HAD JUST ARRIVED AT ███████ VANDERBILT ESTABLISHED A CRIME SCENE AROUND THE VEHICLE, ███████ HERMITAGE PRECINCT ███████ RESPONDED TO ███████ AND TO VANDERBILT HOSPITAL. ███████ SPOKE WITH OP 1, OP 2, AND OP 3 AT THE HOSPITAL.

I, ███████ RETRIEVED VICTIM 1'S CLOTHING (THAT WAS REMOVED BY MEDICAL STAFF AND BAGGED) AND GAVE IT TO ID ███████ PROCESSED THE VEHICLE AND THE SCENE AT ███████ FOR PHOTOGRAPHS AND HE COLLECTED EVIDENCE.

VICTIM 1 STATED TO MYSELF THAT HE WAS WALKING NEAR ███████ WHEN 2 UNKNOWN MALE BLACK SUBJECTS APPROACHED HIM AND STATED "HEY MAN, WHAT'S UP". VICTIM 1 STATED BOTH SUSPECTS WERE ARMED WITH HANDGUNS. VICTIM 1 STATED THAT THESE SUSPECTS THEN BEGAN TO SHOOT AT HIM BEFORE HE COULD GET AWAY FROM THEM. ███████ INTERVIEWED VICTIM 1.

VICTIM 2 STATED TO POLICE THAT DURING THE ABOVE DESCRIBED SHOOTING THAT HE WAS INSIDE HIS RESIDENCE WHEN HE HEARD HIS WINDOW BREAK AS A RESULT OF BEING SHOT. VICTIM 2'S VEHICLE, ███████ WAS PARKED IN FRONT OF HIS RESIDENCE AND HE OBSERVED THAT A BULLET HAD ALSO DAMAGED HIS LEFT FRONT TIRE AND THAT IT WAS NOW FLAT.

121. Report is Continued on: ☒ N/A (Check all that apply)  ☐ Supplement Report  ☐ Addendum Report

| 122. Signature of Recipient/Authorizer: ☒ N/A ☐ Refuse to Sign  THIRKILL, EMMANUEL<br>Victim 1 | 126. Advisory Notice Issued<br>Citizen Information Notice |
|---|---|
| 122. Signature of Recipient/Authorizer: ☒ N/A ☐ Refuse to Sign  ███████<br>Victim 2 | 126. Advisory Notice Issued<br>Citizen Information Notice |
| 122. Signature of Recipient/Authorizer: ☒ N/A ☐ Refuse to Sign<br>Victim 3 | 126. Advisory Notice Issued<br>N/A |

Will Victim Prosecute:

| Victim 1 | THIRKILL, EMMANUEL | Unsure (See Narr.) | Victim 2 | ███████ | Yes |
| Victim 3 | State of TN (Society) | Yes | Primary Investigative Unit: | HERMITAGE INVESTIGATIONS | |

Can Victim/Other Person Identify Suspect(s):

| Victim 1 | THIRKILL, EMMANUEL | No | Victim 2 | ███████ | No |
| Victim 3 | State of TN (Society) | No | Person 1 | ███████ | No |
| Person 2 | ███████ | No | Person 3 | ███████ | No |

Reporting Agency:
**METROPOLITAN NASHVILLE POLICE DEPARTMENT**

| 127. Case Status<br>Open | Cleared by Exception | ☐ Cargo Theft |
|---|---|---|

| 123. Reporting Officer (First, MI, Last)<br>███████ | Employee No. | Agency<br>TN0190100 | Radio Call Sign  District<br>511C |

| Incident Report<br>M.P.D. Form 100 | | | 128.<br>Page 7 of 7 | 1. M.P.D. Incident No.:<br>2013-0716145 |
|---|---|---|---|---|
| 124. Approving Supervisor | Employee No. | Agency<br>TN0190100 | | |
| | o. | Agency<br>TN0190100 | | Date<br>07/29/2013 |

Attachment

Comments

**Crime Scene Photo(s) Taken: NO**