UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 27, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Assumed Contract Counterparties Service List attached hereto as **Exhibit A**:

- Notice of (A) Executory Contracts and Unexpired Leases to be Assumed by the Debtors Pursuant to the Plan, (B) Cure Amounts, if any, and (C) Related Procedures in Connection Therewith [Docket No. 3286]

Dated: September 14, 2021

                                                                                                      */s/ Nuno Cardoso*
                                                                                                      Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 14, 2021, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

SRF 56205

**Exhibit A**

Exhibit A

Assumed Contract Counterparties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 7590747 | Aesica Pharmaceuticals, Ltd. | Breakspear Park, Breakspear Way | Hemel Hempstead | | Hertfordshire | | HP2 4TZ | United Kingdom |
| 12065277 | Alcami Corporation | 2320 Scientific Park Drive | | | Wilmington | NC | 28405 | |
| 12065334 | Cerecor, Inc. | 540 Gaither Road | Suite 400 | | Rockville | MD | 20850 | |
| 7588987 | Constantine Cannon LLP | Attn: S. Michael Kayan, Esq. | 1001 Pennsylvania Ave, NW, Suite 1300N | | Washington | DC | 20004 | |
| 7590277 | Danox Environmental Services, Inc. | 102 Mary Alice Park Road | Suite 104 | | Cumming | GA | 30040 | |
| 12065305 | Endo Pharmaceuticals, Inc. | 1400 Atwater Drive | | | Malvern | PA | 19355 | |
| 7589169 | IntrinsiQ, LLC | 5025 Plano Parkway | | | Carrollton | TX | 75010 | |
| 12065454 | Kenneth Sawyer, Richard Gibralter, and Wei-Wei Chang | Address on file | | | | | | |
| 7089681 | Paul Medeiros | Jonathan S. Tam | Quinn Emanuel Urquhart & Sullivan | 50 California Street, 22nd Floor | San Francisco | CA | 94111 | |
| 7588219 | Pharmaceutical Research Associates, Inc. | 4105 Lewis N. Clark Drive | | | Charlottesville | VA | 22911 | |
| 7590398 | Security Technologies, Inc. | 176 Bolton Rd - P6 | | | Vernon | CT | 06066-5512 | |
| 7590557 | Spectra Automation | 8 Charlesview Rd | | | Hopedale | MA | 01747 | |
| 7589465 | Tenere Consulting | Attn: David Innes Cargill, Ph.D. | 562 Evermeadow Rd SW | | Calgary | AB | T2Y4W9 | Canada |
| 7588370 | The Economist Intelligence Unit N.A Incorporated | 750 3rd Avenue | | | New York | NY | 10017 | |
| 7589532 | Worldwide Clinical Trials, Inc. | 600 Park Offices Drive, Suite 200 | | | Research Triangle Park | NC | 27709 | |