UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
: 
In re                                                                                 :          Chapter 11
                                                                                       :
PURDUE PHARMA L.P., *et al.*,                                       :          Case No. 19-23649 (RDD)
                                                                                       :
                                                            Debtors.[1]      :          Jointly Administered
                                                                                       :
---------------------------------------------------------- x

## UNITED STATES TRUSTEE'S NOTICE OF APPEAL OF CONFIRMATION ORDER AND ORDER APPROVING DISCLOSURE STATEMENT

William K. Harrington, the United States Trustee for Region 2, appeals from **(a)** the September 1, 2021 oral ruling[2] of the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") stating that it was confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors and approving materials in the Plan Supplement and related documents, including the Shareholder Settlement Agreement, and any written order reflecting that ruling ("Confirmation Order") (transcript attached as Exhibit A) and **(b)** interlocutory orders of the Bankruptcy Court that merge into the Confirmation Order, including the Order Approving (I) Disclosure Statement for

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).

[2] Despite the Bankruptcy Court's statement that it expected to enter the confirmation order the next day, *i.e.*, September 2, 2021, *see* Exhibit A, at 153:14–16, as of this filing, no written confirmation order has been entered on the docket.

Fifth Amended Chapter 11 Plan, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto, ECF Doc. No. 2988, entered on June 3, 2021 (attached as Exhibit B).

The names of the other parties to the orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are:

| **PARTY** | **REPRESENTED BY:** |
|---|---|
| **Appellees** | |
| Purdue Pharma L.P. | Marshall S. Huebner |
| Purdue Pharma Inc. | Christopher Robertson |
| Purdue Transdermal Technologies L.P. | Benjamin S. Kaminetzky |
| Purdue Pharma Manufacturing L.P. | Timothy Graulich |
| Purdue Pharmaceuticals L.P. | Eli Vonnegut |
| Imbrium Therapeutics L.P. | Davis Polk & Wardwell LLP |
| Adlon Therapeutics L.P. | 450 Lexington Avenue |
| Greenfield BioVentures L.P. | New York, NY  10017 |
| Seven Seas Hill Corp. | Tel.: (212) 450-4000 |
| Ophir Green Corp. | |
| Purdue Pharma of Puerto Rico | |
| Avrio Health L.P. | |
| Purdue Pharmaceutical Products L.P. | |
| Purdue Neuroscience Company | |
| Nayatt Cove Lifescience Inc. | |
| Button Land L.P. | |
| Rhodes Associates L.P. | |
| Paul Land Inc. | |
| Quidnick Land L.P. | |
| Rhodes Pharmaceuticals L.P. | |
| Rhodes Technologies | |
| UDF LP | |
| SVC Pharma LP | |
| SVC Pharma Inc. | |
| | |
| Raymond Sackler Family/Side B of the Sackler Family | Gerard Uzzi |
| | Alexander B. Lees |
| | Milbank LLP |
| | 55 Hudson Yards |
| | New York, NY  10001 |
| | Tel.: (212) 530-5000 |
| | -and- |

| | |
|---|---|
| | Gregory P. Joseph<br>Mara Leventhal<br>Joseph Hage Aaronson LLC<br>485 Lexington Avenue, 30th Floor<br>New York, NY 10017<br>Tel.: (212) 407-1200 |
| Mortimer Sackler Family/Side A of the Sackler Family | Jasmine Ball<br>Maura Kathleen Monaghan<br>Jeffrey J. Rosen<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 909-6000 |

**Additional Appellants**

| | |
|---|---|
| State of Washington | Matthew J. Gold<br>Robert M. Tuchman<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel.: (212) 986-6000<br>        -and-<br>Robert W. Ferguson<br>Attorney General<br>Tad Robinson O'Neill<br>Assistant Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Tel.: (206) 254-0570 |
| The District of Columbia | Matthew J. Gold<br>Robert M. Tuchman<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel.: (212) 986-6000<br>        -and-<br>Karl A. Racine<br>Attorney General<br>Kathleen Konopka<br>Deputy Attorney General<br>Public Advocacy Division<br>Office of the Attorney General<br>400 Sixth Street, N.W., 10th Floor |

<div style="margin-left:50%">
Washington, DC  20001  
Tel.: (202) 727-3400
</div>

Dated:  New York, New York  
      September 15, 2021

<div style="margin-left:50%">

Respectfully submitted,

WILLIAM K. HARRINGTON  
UNITED STATES TRUSTEE, Region 2

By: */s/ Linda A. Riffkin*  
Linda A. Riffkin  
Assistant United States Trustee
</div>

| | |
|---|---|
| RAMONA D. ELLIOTT | WILLIAM K. HARRINGTON |
| Deputy Director/General Counsel | United States Trustee for Region 2 |
| P. MATTHEW SUTKO | LINDA A. RIFFKIN |
| Associate General Counsel | Assistant United States Trustee |
| SUMI SAKATA | PAUL K. SCHWARTZBERG |
| BETH LEVENE | BENJAMIN J. HIGGINS |
| WENDY COX | ANDREW D. VELEZ-RIVERA |
| Trial Attorneys | Trial Attorneys |
| Department of Justice | Department of Justice |
| Executive Office for | Office of the United States Trustee |
|  United States Trustees | U.S. Federal Office Building |
| 441 G Street, N.W., Suite 6150 | 201 Varick Street, Room 1006 |
| Washington, DC  20530 | New York, NY  10014 |
| Tel.: (202) 307-1399 | Tel: (212) 510-0500 |
| Fax: (202) 307-2397 | Fax: (212) 668-2255 |
| | Email: Linda.Riffkin@usdoj.gov |