UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                                                               :

In re                                                         :         Chapter 11

PURDUE PHARMA L.P., *et al.*,                :         Case No. 19-23649 (RDD)

                            Debtors.[1]    :         Jointly Administered

------------------------------------------------------------ x

# UNITED STATES TRUSTEE'S NOTICE OF APPEAL OF ADVANCE FUNDING ORDER

William K. Harrington, the United States Trustee for Region 2, appeals from the Order (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and TopCo, (II) Directing Prime Clerk LLC to Release Certain Protected Information, and (III) Granting Other Related Relief, entered on September 15, 2021, ECF Doc. No. 3773. A copy of the order is attached as Exhibit A.

The names of the other parties to the orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).

| PARTY | REPRESENTED BY: |
|---|---|
| **Appellees**<br>Purdue Pharma L.P.<br>Purdue Pharma Inc.<br>Purdue Transdermal Technologies L.P.<br>Purdue Pharma Manufacturing L.P.<br>Purdue Pharmaceuticals L.P.<br>Imbrium Therapeutics L.P.<br>Adlon Therapeutics L.P.<br>Greenfield BioVentures L.P.<br>Seven Seas Hill Corp.<br>Ophir Green Corp.<br>Purdue Pharma of Puerto Rico<br>Avrio Health L.P.<br>Purdue Pharmaceutical Products L.P.<br>Purdue Neuroscience Company<br>Nayatt Cove Lifescience Inc.<br>Button Land L.P.<br>Rhodes Associates L.P.<br>Paul Land Inc.<br>Quidnick Land L.P.<br>Rhodes Pharmaceuticals L.P.<br>Rhodes Technologies<br>UDF LP<br>SVC Pharma LP<br>SVC Pharma Inc. | Marshall S. Huebner<br>Christopher Robertson<br>Benjamin S. Kaminetzky<br>Timothy Graulich<br>Eli Vonnegut<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel.: (212) 450-4000 |
| Raymond Sackler Family/Side B of the Sackler Family | Gerard Uzzi<br>Alexander B. Lees<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY  10001<br>Tel.: (212) 530-5000<br>         -and-<br>Gregory P. Joseph<br>Mara Leventhal<br>Joseph Hage Aaronson LLC<br>485 Lexington Avenue, 30th Floor<br>New York, NY  10017<br>Tel.: (212) 407-1200 |
| Mortimer Sackler Family/Side A of the Sackler Family | Jasmine Ball<br>Maura Kathleen Monaghan |

19-23649-rdd   Doc 3777   Filed 09/15/21   Entered 09/15/21 19:22:21   Main Document
Pg 3 of 3

                                              Jeffrey J. Rosen
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
Tel.: (212) 909-6000

Dated:  New York, New York
         September 15, 2021

                                            Respectfully submitted,

                                            WILLIAM K. HARRINGTON
                                            UNITED STATES TRUSTEE, Region 2

                                            By: */s/ Linda A. Riffkin*
                                            Linda A. Riffkin
                                            Assistant United States Trustee

| | |
|---|---|
| RAMONA D. ELLIOTT | WILLIAM K. HARRINGTON |
| Deputy Director/General Counsel | United States Trustee for Region 2 |
| P. MATTHEW SUTKO | LINDA A. RIFFKIN |
| Associate General Counsel | Assistant United States Trustee |
| SUMI SAKATA | PAUL K. SCHWARTZBERG |
| BETH LEVENE | BENJAMIN J. HIGGINS |
| WENDY COX | ANDREW D. VELEZ-RIVERA |
| Trial Attorneys | Trial Attorneys |
| | |
| Department of Justice | Department of Justice |
| Executive Office for | Office of the United States Trustee |
|  United States Trustees | U.S. Federal Office Building |
| 441 G Street, N.W., Suite 6150 | 201 Varick Street, Room 1006 |
| Washington, DC  20530 | New York, NY  10014 |
| Tel.: (202) 307-1399 | Tel: (212) 510-0500 |
| Fax: (202) 307-2397 | Fax: (212) 668-2255 |
| | Email: Linda.Riffkin@usdoj.gov |