UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
:
In re                                                   :     Chapter 11
                                                        :
PURDUE PHARMA L.P., *et al.*,                           :     Case No. 19-23649 (RDD)
                                                        :
                                    Debtors.            :     Jointly Administered
                                                        :
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

PAUL K. SCHWARTZBERG, hereby affirms under penalty of perjury that the forgoing is true and correct:

1. I am an attorney with the Office of the United States Trustee for the Southern District of New York.

2. On September 16, 2021, I caused the following pleadings to be served by the method set forth on the Master Service List as indicated in Exhibit A and Exhibit B attached hereto:

United States Trustee's Notice of Appeal of Confirmation Order and Order Approving Disclosure Statement [ECF No. 3776]

United States Trustee's Notice of Appeal of Advance Funding Order [ECF No. 3777]

Memorandum of Law In Support of United States Trustee's Expedited Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 [ECF No. 3778]

United States Trustee's Ex Parte Motion for an Order Shortening Notice and Scheduling Hearing with Respect to the United States Trustee's Expedited Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 [ECF No. 3779]

/s/ *Paul K. Schwartzberg*
Paul K. Schwartzberg