UNITED STATES BANKRUPTCY COURT
Southern District of New York White Plains

| In re:<br>  Purdue Pharma L.P.,<br>    Debtor(s). | Case No.: 19-23649<br>Chapter: 11 |
|---|---|

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on September 16, 2021 as directed by Office of the US Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

| |
|---|
| UNITED STATES TRUSTEE'S NOTICE OF APPEAL OF CONFIRMATION ORDER AND ORDER APPROVING DISCLOSURE STATEMENT (Docket No. 3776) |
| UNITED STATES TRUSTEE'S NOTICE OF APPEAL OF ADVANCE FUNDING ORDER (Docket No. 3777) |
| MEMORANDUM OF LAW IN SUPPORT OF UNITED STATES TRUSTEE'S EXPEDITED MOTION FOR A STAY OF CONFIRMATION ORDER AND RELATED ORDERS PENDING APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8007 (Docket No. 3778) |
| UNITED STATES TRUSTEE'S EX PARTE MOTION FOR AN ORDER SHORTENING NOTICE AND SCHEDULING HEARING WITH RESPECT TO THE UNITED STATES TRUSTEE'S EXPEDITED MOTION FOR A STAY OF CONFIRMATION ORDER AND RELATED ORDERS PENDING APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8007 (Docket No. 3779) |

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

September 16, 2021

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
3732 W 120th Street
Hawthorne, CA 90250
info@bmcgroup.com
888.909.0100

**Exhibit A - Certificate of Service**
**Purdue Pharma L.P. 19-23649**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 534 | Air Liquide Industrial U.S. LP, 9811 Katy Freeway, Suite 100, Houston, TX, 77024 | First Class |
| 534 | Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, NYC, NY, 10036 | First Class |
| 534 | Attorney General for the State of Wisconsin, 17 West Main Street, P.O. Box 7857, Madison, WI, 53707 | First Class |
| 534 | Chambers of Honorable Robert D. Drain, US Bankruptcy Court SDNY, 300 Quarropas Street, Room 248, White Plains, NY, 10601 | First Class |
| 534 | Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE, 19801 | First Class |
| 534 | Commonwealth of Puerto Rico, Apartado 9020192, San Juan, PR, 00902-0192 | First Class |
| 534 | Davis Polk & Wardwell LLP, 450 Lexington Avenue, NYC, NY, 10017 | First Class |
| 534 | Fetzko Law Offices, P.C., 12 Evergreen Drive, Suite 102, Middletown, NY, 10940 | First Class |
| 534 | Honorable Judge Robert D. Drain, US Bankruptcy Court, Southern District of New York, White Plains, NY, 10601 | Overnight |
| 534 | Ikon Financial Services, 1738 Bass Rd, Macon, GA, 31210-1043 | First Class |
| 534 | Internal Revenue Service, 2970 Market Street, Mail Stop 5 Q30 133, Philadelphia, PA, 19104-5016 | First Class |
| 534 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA, 19101-7346 | First Class |
| 534 | Kimm Law Firm, 333 Sylvan Avenue, Suite 106, Englewood Cliffs, NJ, 7632 | First Class |
| 534 | Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL, 60654 | First Class |
| 534 | Ronald George Dandar, 50 Overlook Drive, KQ7780, Labelle, PA, 15450 | First Class |
| 534 | State of Alabama Attorney General, P.O. Box 300152, Montgomery, AL, 36130-0152 | First Class |
| 534 | State of Colorado Attorney General, Ralph L. Carr Colorado Judicial Center, 1300 Broadway, 10th Floor, Denver, CO, 80203 | First Class |
| 534 | State of Florida Attorney General, The Capitol, PL 01, Tallahassee, FL, 32399-1050 | First Class |
| 534 | State of Georgia Attorney General, 40 Capital Square, SW, Atlanta, GA, 30334-1300 | First Class |
| 534 | State of Idaho Attorney General, 700 W. Jefferson Street, P.O. Box 83720, Boise, ID, 83720-1000 | First Class |
| 534 | State of Indiana Attorney General, Indiana Government Center South, 302 W. Washington St., 5th Floor, Indianapolis, IN, 46204 | First Class |
| 534 | State of Iowa Attorney General, 1305 E. Walnut Street, Des Moines, IA, 50319 | First Class |
| 534 | State of Kansas Attorney General, 120 SW 10th Ave., 2nd Floor, Topeka, KS, 66612-1597 | First Class |
| 534 | State of Kentucky Attorney General, 700 Capitol Avenue, Suite 118, Frankfort, KY, 40601 | First Class |
| 534 | State of Minnesota Attorney General, 1400 Bremer Tower, 445 Minnesota Street, St. Paul, MN, 55101-2131 | First Class |
| 534 | State of Mississippi Attorney General, Walter Sillers Building, 550 High Street, Suite 1200, P.O. Box 220, Jackson, MS, 39201 | First Class |
| 534 | State of Nevada Attorney General, 100 North Carson Street, Carson City, NV, 89701 | First Class |
| 534 | State of New Mexico Attorney General, P.O. Drawer 1508, Santa Fe, NM, 87504-1508 | First Class |
| 534 | State of Ohio Attorney General, 30 E. Broad St., 14th Floor, Columbus, OH, 43215 | First Class |
| 534 | State of Oklahoma Attorney General, 313 NE 21st Street, Oklahoma City, OK, 73105 | First Class |
| 534 | State of Pennsylvania Attorney General, Strawberry Square, 16th Floor, Harrisburg, PA, 17120 | First Class |
| 534 | State of Rhode Island Attorney General, 150 South Main Street, Providence, RI, 2903 | First Class |
| 534 | State of South Carolina Attorney General, P.O. Box 11549, Columbia, SC, 29211-1549 | First Class |
| 534 | State of Wisconsin Attorney General, Wisconsin Department of Justice, State Capitol, Room 114 East, P.O. Box 7857, Madison, WI, 53707-7857 | First Class |
| 534 | State of Wyoming Attorney General, 123 Capitol Building, 200 W. 24th Street, Cheyenne, WY, 82002 | First Class |
| 534 | U.S. Bank Equipment Finance, 1310 Madrid Street, Marshall, MN, 56258 | First Class |
| 534 | U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC, 20530-0001 | First Class |
| 534 | United States Attorney's Office, 300 Quarropas Street, Room 248, White Plains, NY, 10601-4150 | First Class |
| 534 | Washington DC Attorney General, 441 4th Street, NW, Washington, DC, 20001 | First Class |