UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re

| | |
|---|---|
| Purdue Pharma, L.P., | Case No. 19-23649 (RDD) |
| Debtor. | Chapter 11 |

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Ilusion Rodriguez, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that:

On September 16, 2021, I served the below listed documents by electronic mail upon the parties listed on the attached creditor matrix.

United States Trustee's Notice of Appeal of Confirmation Order and Order Approving Disclosure Statement (Docket No. 3776)

United States Trustee's Notice of Appeal of Advance Funding Order (Docket No. 3777)

Memorandum of Law In Support of United States Trustee's Expedited Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 (Docket No. 3778) and

United States Trustee's Ex Parte Motion for an Order Shortening Notice and Scheduling Hearing with Respect to The United States Trustee's Expedited Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 (Docket No. 3779)

Dated: New York, New York
September 16, 2021

                                                      */s/ Ilusion Rodriguez*
                                                      Ilusion Rodriguez

Email Service List

| NAME | EMAIL | NOTICE NAME |
|---|---|---|
| Agentis PLLC | cbs@agentislaw.com | Attn: Christopher B. Spuches, Esq. |
| Akin Gump Strauss Hauer & Feld LLP | idizengoff@akingump.com; apreis@akingump.com; mhurley@akingump.com; sbrauner@akingump.com; elisovicz@akingump.com | Attn: Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley, Sara L. Brauner, & Edan Lisovicz |
| Alston & Bird LLP | william.hao@alston.com | Attn: William Hao |
| Alston & Bird LLP | will.sugden@alston.com; jacob.johnson@alston.com | Attn: William Sugden and Jacob Johnson |
| Andrews & Thornton | aa@andrewsthornton.com; shiggins@andrewsthornton.com; rsiko@andrewsthornton.com; | Attn: Anne Andrews, Sean T. Higgins, Robert S. Siko |
| Ask LLP | eneiger@askllp.com; jchristian@askllp.com | Attn: Edward E. Neiger, Esq. Jennifer A. Christian, Esq. |
| Attorney General of Washington | dina.yunker@atg.wa.gov | Attn: Dina L. Yunker - Assistant Attorney General |
| Ballard Spahr LLP | daluzt@ballardspahr.com; roglenl@ballardspahr.com | Attn: Tobey M. Daluz and Laurel D. Roglen |
| Barack Ferrazzano Kirschbaum & Nagelberg LLP | nathan.rugg@bfkn.com | Attn: Nathan Q. Rugg |
| Barrett Law Group, P.A. | DonBarrettPA@gmail.com | Attn: John W. Barrett, Esq. |
| Bentley & Bruning P.A. | mbentley@bentleyandbruning.com; dwallace@bentleyandbruning.com | Attn: Morgan R. Bentley and David A. Wallace |
| Bialson, Bergen & Schwab | Klaw@bbslaw.com | Attn: Lawrence M. Schwab and Kenneth T. Law |
| Bielli & Klauder, LLC | tbielli@bk-legal.com | Attn: Thomas D. Bielli |
| Binder & Schwartz LLP | efisher@binderschwartz.com | Attn: Eric B. Fisher |
| Blitman & King LLP | drbrice@bklawyers.com | Attn: Daniel R. Brice |
| BMC Group, Inc. | bmc@ecfAlerts.com | Attn: T Feil |
| Bracewell LLP | daniel.connolly@bracewell.com; robert.burns@bracewell.com | Attn: Daniel S. Connolly & Robert G. Burns |
| Brown & Connery, LLP | dludman@brownconnery.com | Attn: Donald K. Ludman |
| Brown Rudnick LLP | GCicero@brownrudnick.com; DMolton@brownrudnick.com | Attn: Gerard T. Cicero and David J. Molton |
| Brown Rudnick LLP | spohl@brownrudnick.com | Attn: Steven D. Pohl |
| Buchalter, a Professional Corporation | jgarfinkle@buchalter.com; dslate@buchalter.com | Attn: Jeffrey K. Garfinkle, Esq., Daniel H. Slate, Esq. |
| California Department of Justice | bernard.eskandari@doj.ca.gov; michelle.burkart@doj.ca.gov; timothy.lundgren@doj.ca.gov | Attn: Bernard A. Eskandari, Timothy D. Lundgren, and Michelle Burkart |
| California Department of Justice | judith.fiorentini@doj.ca.gov | Attn: Judith A. Fiorentini - Supervising Deputy Attorney General |
| Caplin & Drysdale, Chartered | kmaclay@capdale.com; jwehner@capdale.com; jliesemer@capdale.com; tphillips@capdale.com | Attn: Kevin Maclay, James Wehner, Jeffrey Liesemer, Todd Phillips |
| Carter Ledyard & Milburn LLP | bankruptcy@clm.com | Attn: Aaron R. Cahn |

| | | |
|---|---|---|
| Cole Schotz P.C. | jalberto@coleschotz.com | Attn: Justin R. Alberto |
| Commonwealth of Massachusetts | eric.gold@mass.gov | Attn: Eric M. Gold, Assistant AG |
| Commonwealth of Pennsylvania | cmomjian@attorneygeneral.gov | Attn: Carol E. Momjian - Senior Deputy AG |
| Consovoy McCarthy PLLC | mike@consovoymccarthy.com | Attn: J. Michael Connolly |
| Cooper Law Firm, LLC | cbrustowicz@clfnola.com; jdetty@clfnola.com; lrichardson@clfnola.com | Attn: Celeste Brustowicz, Jessica Detty, & Lisa Richardson |
| Creadore Law Firm PC | donald@creadorelawfirm.com | Attn: Donald Creadore |
| Cuneo Gilbert & Laduca, LLP | jonc@cuneolaw.com | Attn: Jonathan W. Cuneo, Esq. |
| Cuneo Gilbert & Laduca, LLP | jonc@cuneolaw.com | Attn: Jonathan W. Cuneo, Esq. |
| Davis Polk & Wardwell LLP | Purdue.noticing@dpw.com | Attn: Marshall Scott Huebner, Benjamin S. Kaminetzky, Timothy Graulich, Christopher Robertson and Eli J. Vonnegut |
| Debevoise & Plimpton LLP | jball@debevoise.com; mkmonaghan@debevoise.com; jrosen@debevoise.com | Attn: Jasmine Ball, Maura Kathleen Monaghan, Jeffrey J. Rosen |
| Doster, Ullom & Boyle, LLC | GWillard@dubllc.com | Attn: Gregory D. Willard |
| Eglet Adams | badams@egletlaw.com; aham@egletlaw.com; eentsminger@egletlaw.com | Attn: Robert M. Adams, Artemus W. Ham, & Erica D. Entsminger |
| Elizabeth A. Citrin, P.C. | elizabeth@elizabethcitrin.com | Attn: Elizabeth A. Citrin |
| Foley & Lardner LLP | ggoodman@foley.com | Attn: Geoffrey S. Goodman |
| Foley & Lardner LLP | jcampos@foley.com; jnicholson@foley.com; anann@foley.com | Attn: Jill L. Nicholson, and Alissa M. Nann |
| Fox Swibel Levin & Carroll LLP | panderson@foxswibel.com | Attn: Margaret M. Anderson |
| Frankgecker LLP | jfrank@fgllp.com; jkleinman@fgllp.com | Attn: Joseph D. Frank and Jeremy C. Kleinman |
| Fredrick Hill | fredhill70@gmail.com | |
| Gilbert, LLP | litherlandc@gilbertlegal.com; quinnk@gilbertlegal.com; gilberts@gilbertlegal.com | Attn: Craig Literland, Kami Quinn, and Scott Gilbert |
| Godfrey & Kahn, S.C. | kstadler@gklaw.com | Attn: Katherine Stadler |
| Goodwin Procter LLP | mgoldstein@goodwinlaw.com; wweintraub@goodwinlaw.com; hsteel@goodwinlaw.com | Attn: Michael H. Goldstein, William P. Weintraub, & Howard S. Steel |
| Hagens Berman Sobol Shapiro LLP | benh@hbsslaw.com | Attn: Ben Harrington |
| HAGENS BERMAN SOBOL SHAPIRO LLP | purduebankruptcy@hbsslaw.com | Attn: Thomas M. Sobol, Lauren G. Barnes |
| Haug Partners LLP | dzwally@haugpartners.com | Attn: David A. Zwally |
| Haug Partners LLP | jdougherty@haugpartners.com | Attn: John C. Dougherty |
| Husch Blackwell LLP | Caleb.Holzaepfel@huschblackwell.com | Attn: Caleb T. Holzaepfel |
| Husch Blackwell LLP | marshall.turner@huschblackwell.com | Attn: Marshall C. Turner |
| Jenner & Block, LLP | CSteege@jenner.com | Attn: Catherine L. Steege, Esq. |
| Jenner & Block, LLP | rlevin@jenner.com | Attn: Richard Levin, Esq. |
| Joseph Hage Aaronson LLC | mleventhal@jha.com; dpepe@jha.com; pjerdee@jha.com; cstanley@jha.com; gjoseph@jha.com | Attn: Gregory P. Joseph, Mara Leventhal, Douglas J. Pepe, Peter R. Jerdee, & Christopher J. Stanley |
| Keller Lenkner LLC | sam@kellerlenkner.com | Attn: Seth A. Meyer |
| Kirkland & Ellis LLP | Anne.Wallice@Kirkland.com | Attn: Anne G. Wallice |

| Firm | Email | Attn |
|---|---|---|
| Kleinberg, Kaplan, Wolff & Cohen, P.C. | mgold@kkwc.com; rtuchman@kkwc.com | Attn: Matthew J. Gold and Robert M. Tuchman |
| Kobre & Kim LLP | daniel.saval@Kobrekim.com | Attn: Daniel J. Saval |
| Kramer Levin Naftalis & Frankel | keckstein@kramerlevin.com; rringer@kramerlevin.com | Attn: Kenneth Eckstein and Rachael Ringer |
| Law Offices of Julianne Feliz | kidesq1@aol.com | Attn: Julianne Feliz-Kidd, C Samuel Sutter |
| Levenfeld Pearlstein, LLC | hisrael@lplegal.com | Attn: Harold D. Israel |
| Lite Depalma Greenberg & Afanador, LLC | aunderwood@litedepalma.com | Attn: Allen J. Underwood II |
| Loeb & Loeb LLP | vrubinstein@loeb.com | Attn: Vadim J. Rubinstein, Esq |
| Luskin, Stern & Eisler LLP | luskin@lsellp.com | Attn: Michael Luskin |
| Luskin, Stern & Eisler LLP | luskin@lsellp.com; stern@lsellp.com | Attn: Michael Luskin and Richard Stern |
| MacElree Harvey, Ltd. | mlouis@macelree.com | Attn: Michael G. Louis |
| Marcus & Shapira LLP | nowak@marcus-shapira.com; rbarnes@marcus-shapira.com | Attn: Darlene M. Nowak, Esq., Robert M. Barnes, Esq. |
| Marino, Tortorella & Boyle, P.C. | kmarino@khmarino.com; jtortorella@khmarino.com | Attn: Kevin H. Marino, John D. Tortorella |
| Martin S. Rapaport, P.C. | karenneuwirth@aol.com | Attn: Karen F. Neuwirth |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | gbressler@mdmc-law.com | Attn: Gary D. Bressler, Esquire |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | mmorano@mdmc-law.com; nleonard@mdmc-law.com | Attn: Michael Morano, Esquire, Nicole Leonard, Esquire |
| McGrail & Bensinger LLP | ivolkov@mcgrailbensinger.com | Attn: Ilana Volkov |
| Milbank LLP | guzzi@milbank.com; estodola@milbank.com; alees@milbank.com | Attn: Gerard Uzzi, Esq., Eric Stodola, Esq., & Alex Lees, Esq. |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | kngalle@mintz.com | Attn: Katherine N. Galle |
| Missouri Department of Revenue | sdnyecf@dor.mo.gov | Attn: Steven A. Ginther - Special Assistant AG |
| Mitchell & Speights | sam@mitchellspeights.com | Attn: Samuel F. Mitchell |
| Mololamken LLP | jellis@mololamken.com; smolo@mololamken.com; jortiz@mololamken.com | Attn: Justin M. Ellis, Steven F. Molo, Jessica Ortiz |
| Morgan & Morgan | jyoung@forthepeople.com | Attn: James Young |
| Morgan & Morgan | juanmartinez@forthepeople.com | Attn: Juan R. Martinez |
| Morrison & Foerster LLP | ARheaume@mofo.com | Attn: Alexander G. Rheaume |
| Morrison & Foerster LLP | BButterfield@mofo.com | Attn: Benjamin W. Butterfield |
| Motley Rice LLC | mbuchman@motleyrice.com | Attn: Michael M. Buchman |
| N.C. Department of Justice | kmccraw@ncdoj.gov | Attn: Katherine M. McCraw |
| National Association of Attorneys General | kcordry@naag.org | Attn: Karen Cordry |
| New York State Department of Financial Services | nicolas.keller@dfs.ny.gov | Attn: Nicolas G. Keller - Assistant Counsel |
| Office of the Indiana Attorney General | Heather.Crockett@atg.in.gov | Attn: Heather M. Crockett, Amanda K. Quick, Curtis T. Hill Jr. |

| Entity | Email | Attn |
|---|---|---|
| Office of the New Jersey State Attorney General | lara.fogel@law.njoag.gov | Attn: Lara J. Fogel, Deputy AG |
| Office of the New York State Attorney General | David.Nachman@ag.ny.gov | Attn: David E. Nachman |
| Office of the New York State Attorney General | Kathryn.Blake@ag.ny.gov | Attn: Kathryn J. Blake, Assistant AG |
| Office of the New York State Attorney General | Umair.Khan@ag.ny.gov | Attn: Muhammad Umair Khan |
| Office of the South Carolina Attorney General | jlibet@scag.gov | Attn: Jared Q. Libet - Assistant Deputy AG |
| Office of the State of Connecticut Attorney General | Denise.Mondell@ct.gov | Attn: Denise S. Mondell, Assistant AG |
| Office of the State of Idaho Attorney General | brett.delange@ag.idaho.gov | Attn: Brett T. DeLange - Deputy AG Chief, Consumer Protection Division |
| Office of the State of Iowa Attorney General | william.pearson@ag.iowa.gov | Attn: William R. Pearson - Assistant AG |
| Office of the State of Vermont Attorney General | Jill.abrams@vermont.gov | Attn: Jill S. Abrams |
| Ohio Attorney General | Alison.Archer@ohioattorneygeneral.gov | Attn: Alison L. Archer, Assistant AG |
| Ohio Attorney General | Trish.Lazich@ohioattorneygeneral.gov | Attn: Patricia D. Lazich, Assistant AG |
| O'Melveny & Myers LLP | ahaberkorn@omm.com | Attn: Adam P. Haberkorn |
| Otterbourg P.C. | mcyganowski@otterbourg.com; jfeeney@otterbourg.com | Attn: Melanie L. Cyganowski, Esq. & Jennifer S. Feeney |
| Pennsylvania Office of Attorney General | mvaneck@attorneygeneral.gov | Attn: Melissa L. Van Eck - Senior Deputy AG |
| Pillsbury Winthrop Shaw Pittman LLP | andrew.troop@pillsburylaw.com; andrew.alfano@pillsburylaw.com | Attn: Andrew M. Troop and Andrew V. Alfano |
| Potter Anderson & Corroon LLP | jryan@potteranderson.com; astulman@potteranderson.com; rslaugh@potteranderson.com | Attn: Jeremy W. Ryan, Aaron H. Stulman, D. Ryan Slaugh |
| Prime Clerk, LLC | purduepharmateam@primeclerk.com; serviceqa@primeclerk.com | Attn: Herb Baer |
| Pullman & Comley, LLC | igoldman@pullcom.com | Attn: Irve J. Goldman |
| Purdue Pharma L.P. | Jon.Lowne@pharma.com | Attn: President or General Counsel |
| RAWLINGS & ASSOCIATES | mdf@rawlingsandassociates.com | Attn: Mark D. Fischer |
| Reed Smith LLP | clynch@reedsmith.com | Attn: Christopher A. Lynch |
| Reed Smith LLP | cspringer@reedsmith.com | Attn: Claudia Z. Springer |
| Reich Reich & Reich, P.C. | lreich@reichpc.com | Attn: Lawrence R. Reich |
| Rosen & Associates, P.C. | pgyparakis@rosenpc.com | Attn: Paris Gyparakis |
| Sahn Ward Coschignano, PLLC | jshafferman@swc-law.com | Attn: Joel M. Shafferman |
| Scott+Scott Attorneys at Law LLP | bkaswan@scott-scott.com; jscolnick@scott-scott.com | Attn: Beth Kaswan and Judith S. Scolnick |
| Shipman & Goodwin LLP | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com | Attn: Eric S. Goldstein |
| Simpson Thacher & Bartlett LLP | jamie.fell@stblaw.com; egraff@stblaw.com; david.zylberberg@stblaw.com; bfriedman@stblaw.com; wrussell@stblaw.com | Attn: Elisha D. Graff, Jamie J. Fell, David R. Zylberberg, Bryce L. Friedman, William T. Russell, Jr. |
| Squire Patton Boggs | stephen.lerner@squirepb.com | Attn: Stephen D. Lerner |

| | | |
|---|---|---|
| Squire Patton Boggs | stephen.lerner@squirepb.com | Attn: Stephen D. Lerner |
| State of Alaska Attorney General | attorney.general@alaska.gov | Attn: Bankruptcy Department |
| State of Arizona Attorney General | aginfo@azag.gov | Attn: Bankruptcy Department |
| State of Arkansas Attorney General | oag@ArkansasAG.gov | Attn: Bankruptcy Department |
| State of California Attorney General | bankruptcy@coag.gov | Attn: Bankruptcy Department |
| State of Connecticut Attorney General | Attorney.General@ct.gov; Denise.mondell@ct.gov | Attn: Bankruptcy Department |
| State of Delaware Attorney General | Attorney.General@state.DE.US | Attn: Bankruptcy Department |
| State of Hawaii Attorney General | hawaiiag@hawaii.gov | Attn: Bankruptcy Department |
| State of Illinois Attorney General | webmaster@atg.state.il.us | Attn: Bankruptcy Department |
| State of Louisiana Attorney General | ConsumerInfo@ag.state.la.us | Attn: Bankruptcy Department |
| State of Maine Attorney General | consumer.mediation@maine.gov | Attn: Bankruptcy Department |
| State of Maryland Attorney General | oag@oag.state.md.us | Attn: Bankruptcy Department |
| State of Massachusetts Attorney General | ago@state.ma.us | Attn: Bankruptcy Department |
| State of Michigan Attorney General | miag@michigan.gov | Attn: Bankruptcy Department |
| State of Missouri Attorney General | attorney.general@ago.mo.gov | Attn: Bankruptcy Department |
| State of Montana Attorney General | contactdoj@mt.gov | Attn: Bankruptcy Department |
| State of Nebraska Attorney General | ago.info.help@nebraska.gov | Attn: Bankruptcy Department |
| State of New Hampshire Attorney General | attorneygeneral@doj.nh.gov | Attn: Bankruptcy Department |
| State of New Jersey Attorney General | askconsumeraffairs@lps.state.nj.us | Attn: Bankruptcy Department |
| State of New York Attorney General | Louis.Testa@ag.ny.gov | Attn: Louis J. Testa |
| State of North Carolina Attorney General | jsutton2@ncdoj.gov | Attn: Jessica Sutton |
| State of North Dakota Attorney General | ndag@nd.gov | Attn: Bankruptcy Department |
| State of Oregon Attorney General | consumer.hotline@doj.state.or.us | Attn: Bankruptcy Department |
| State of South Dakota Attorney General | consumerhelp@state.sd.us | Attn: Bankruptcy Department |
| State of Tennessee Attorney General | reg.boards@tn.gov | Attn: Bankruptcy Department |
| State of Texas | paul.singer@oag.texas.gov | Attn: Paul L. Singer, Esq. |
| State of Texas | bk-robaldo@oag.texas.gov | Attn: Rachel R. Obaldo, Esq. |
| State of Texas Attorney General | public.information@oag.state.tx.us | Attn: Bankruptcy Department |
| State of Utah Attorney General | uag@utah.gov | Attn: Bankruptcy Department |
| State of Vermont Attorney General | ago.info@vermont.gov | Attn: Bankruptcy Department |
| State of Virginia Attorney General | mailoag@oag.state.va.us | Attn: Bankruptcy Department |
| State of Washington Attorney General | emailago@atg.wa.gov | Attn: Bankruptcy Department |
| State of West Virginia Attorney General | Abby.G.Cunningham@wvago.gov | Attn: Abby Cunningham, Assistant AG for West Virginia |
| Stevens & Lee, P.C. | nfk@stevenslee.com; cp@stevenslee.com | Attn: Nicholas F. Kajon and Constantine D. Pourakis |
| Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation | esserman@sbep-law.com; dapice@sbep-law.com | Attn: Sander L. Esserman and Peter C. D'Apice |
| Sullivan & Worcester LLP | jgleit@sullivanlaw.com; aweiss@sullivanlaw.com | Attn: Jeffrey R. Gleit, Allison H. Weiss |
| Sun Pharmaceutical Industries Inc. | Jenna.Pellecchia@sunpharma.com | Attn: Jenna Pellecchia |
| Tarter Krinsky & Drogin LLP | smarkowitz@tarterkrinsky.com; rcavaliere@tarterkrinsky.com; mbrownstein@tarterkrinsky.com | Attn: Scott S. Markowitz, Esq., Rocco A. Cavaliere, Esq., & Michael Z. Brownstein, Esq. |
| Temple University-Beasley School of Law | jlipson@temple.edu | Attn: Jonathan C. Lipson |
| Tennessee Attorney General's Office | Marvin.Clements@ag.tn.gov | Attn: Marvin Clements, Bankruptcy Division |

| | | |
|---|---|---|
| The Reporters Committee for Freedom of the Press | ktownsend@rcfp.org | Attn: Katie Townsend |
| Tucker Arensberg, P.C. | jblask@tuckerlaw.com | Attn: Jordan S. Blask, Esq. |
| VSCP Law | gspizer@vscplaw.com | Attn: Gregory Spizer |
| Waldrep LLP | twaldrep@waldrepllp.com; jlyday@waldrepllp.com; jlanik@waldrepllp.com | Attn: Thomas W. Waldrep, Jr., James C. Lanik, Jennifer B. Lyday |
| White & Case LLP | cshore@whitecase.com; michele.meises@whitecase.com; alice.tsier@whitecase.com; | Attn: J. Christopher Shore, Michele J. Meises, Alice Tsier, Ashley R. Chase |
| White & Case LLP | tlauria@whitecase.com; laura.femino@whitecase.com | Attn: Thomas E. Lauria, Laura L. Femino |
| Wilk Auslander LLP | esnyder@wilkauslander.com | Attn: Eric J. Snyder |