# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

Full Caption of Later Filed Case:

| Plaintiff | Case Number |

vs.

Defendant

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

| Plaintiff | Case Number |

vs.

Defendant

_____

The State of Maryland

    Plaintiff

vs.                                                                                              Case Number

Purdue Pharma, L.P., et al                                              _____

    Defendant

_____


District of Columbia

    Plaintiff

vs.                                                                                              Case Number

Purdue Pharma, L.P., et al                                              7:21-cv-07585-VA

    Defendant

_____


State of Washington

    Plaintiff

vs.                                                                                              Case Number

Purdue Pharma, L.P., et al                                              7:21-cv-07532-NSR

    Defendant

_____

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

| | | |
|---|---|---|
| \_\_\_\_ | Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.) |
| \_\_\_\_ | Open | (If so, set forth procedural status and summarize any court rulings.) |

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Signature: _____   Date: _____

Firm: _____