UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

# SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Assumed Contract Counterparties Service List attached hereto as **Exhibit A**:

- Notice of (A) Executory Contracts and Unexpired Leases to be Assumed by the Debtors Pursuant to the Plan, (B) Cure Amounts, if any, and (C) Related Procedures in Connection Therewith [Docket No. 3286]

Dated: September 20, 2021

*/s/ Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 20, 2021, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ KELSEY LYNNE GORDON
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

SRF 56555

**Exhibit A**

Exhibit A

Assumed Contract Counterparties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 7588698 | Accelrys Inc. | dba BIOVIA | 5005 Wateridge Vista Drive | | San Diego | CA | 92121 | |
| 7588874 | AlphaDetail, Inc. | AlphaImpactRx | 550 Blair Mill Rd., Suite 100 | | Horsham | PA | 19044 | |
| 7587851 | Anaqua, Inc. | 31 St. James Ave | Suite 1100 | | Boston | MA | 02116 | |
| 7587860 | Ariba, Inc. | 3420 Hillview Ave | | | Palo Alto | CA | 94304 | |
| 7588947 | Centrexion Therapeutics Corporation | 200 State Street, 6th Floor | | | Boston | MA | 02109 | |
| 7589032 | DeVry University Inc | Attn: Nick Mottlow, Sr Manager, Field Operations | 1200 E Diehl Rd | | Naperville | IL | 60563 | |
| 7589878 | Flavine North America, Inc. | 61 South Paramus Road, Suite 565 | | | Paramus | NJ | 07652 | |
| 7588035 | H.D. Smith LLC | 3063 Fiat Ave | | | Springfield | IL | 62703 | |
| 7074947 | HAVAS HEALTH INC | 200 MADISON AVENUE | | | NEW YORK | NY | 10016 | |
| 7588666 | Health Net Pharmaceutical Services | 11931 Foundation Place D | | | Rancho Cordova | CA | 95670 | |
| 7589537 | Hewlett-Packard Company | 1501 Page Mill Road | | | Palo Alto | CA | 94304 | |
| 7588073 | Integrated Project Services, Inc. | 721 Arbor Way, Suite 100 | | | Blue Bell | PA | 19422 | |
| 7590622 | International Process Plants (IPP) | 410 Princeton Hightstown Rd | | | Princeton Junction | NJ | 08550 | |
| 7589204 | Kasowitz, Benson, Torres & Friedman LLP | Attn: General Counsel | 1399 New York Avenue | Suite 201 | Washington | DC | 20005 | |
| 7589255 | MaryPaul Laboratories, Inc. | 12 Wilson Drive | | | Sparta | NJ | 07871 | |
| 7589267 | MD Linx, Inc. | 501 Office Center Drive, Suite 410 | | | Fort Washington | PA | 19034 | |
| 7588557 | Microstrategy Services Corporation | 1850 Towers Crescent Plaza | | | Tysons Corner | VA | 22182 | |
| 7588776 | Mobile Iron Inc | Ivanti | 10377 South Jordan Gateway | Suite 110 | South Jordan | UT | 84095 | |
| 7588777 | Model N, Inc. | 777 Mariners Island Blvd | Suite 300 | | San Mateo | CA | 94404 | |
| 7589302 | National Committee for Quality Assurance | 1100 13th St. NW, Third Floor | | | Washington | DC | 20005 | |
| 7588786 | Okta, Inc. | 100 1st St | | | San Francisco | CA | 94105 | |
| 7077652 | ORCHSE STRATEGIES LLC | 2021 L Street NW | Suite 101-357 | | Washington | DC | 20036 | |
| 7590376 | Parsons Commercial Technology Group Inc. | Attn: General Counsel | 100 High Street | | Boston | MA | 02110 | |
| 7590540 | PhosphonicS Ltd. | Axis House | High Street | | Compton | | RG20 6NL | United Kingdom |
| 7588798 | Qualys, Inc. | 919 E Hillsdale Blvd, 4th Floor | | | Foster City | CA | 94404 | |
| 7590035 | Research Strategies of Memphis, LLC | 6005 Park Avenue, Suite 632B | | | Memphis | TN | 38119 | |
| 7590553 | SK Life Science | 461 From Rd | | | Paramus | NJ | 07652 | |
| 7588333 | Speech Improvement Company | 50 Speen St. | Suite 201 | | Framingham | MA | 01701 | |
| 7590068 | Substipharm Developpement | 24 Rue Erlanger | | | Paris | | 75016 | France |
| 7588593 | Symantec Corporation | NortonLifeLock | 60 E Rio Salado Pkwy, Suite 1000 | | Tempe | AZ | 85281 | |
| 12065450 | Teva Pharmaceutical Industries Limited | 145 Brandywine Pkwy | | | West Chester | PA | 19380 | |
| 7588378 | The Petersan Group | 1430 Broadway, Suite 1401 | | | New York | NY | 10018 | |
| 7590097 | Tunnell Consulting, Inc. | PMB 379 | 314 S Henderson Rd | Ste G | King of Prussia | PA | 19406-2449 | |
| 7588480 | W.J. Deutsch & Sons Ltd., dba Deutsch Family Wine & Spirits | Peter Deutsch | 201 Tressr Blvd | Ste 500 | Stamford | CT | 06901 | |
| 7075726 | WOLTERS KLUWER INC | Two Commerce Square | 2001 Market Street | | Philadelphia | PA | 19103 | |
| 7589531 | World Wise Consulting, Inc. | 7769 NW 48 Street, Suite 340 | | | Miami | FL | 33166 | |
| 7588615 | Zscaler, Inc. | 120 Holger Way | | | San Jose | CA | 95134 | |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 1 of 1