UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**TWENTY SECOND MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM JULY 1, 2021 THROUGH JULY 31, 2021**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | July 1, 2021 through July 31, 2021 |
| Monthly Fees Incurred: | $431,630.50 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred:                $135.81

Total Fees and Expenses Due:              $431,766.31

This is a:  X  monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747 Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.00 | $0.00 | $0.00 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, and $15,000 were allocated evenly across fees from the first, second, third, fourth, and fifth interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from July 1, 2021 through and including July 31, 2021 (the "**Fee Period**") amount to:

   | | |
   |---|---:|
   | Professional Fees | $431,630.50 |
   | Expenses | 135.81 |
   | **TOTAL** | **$431,766.31** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---:|
   | Professional Fees at 80% | $345,304.40 |
   | Expenses at 100% | 135.81 |
   | **TOTAL** | **$345,440.21** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4.       A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5.       Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6.       A summary of expenses incurred during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7.       Detailed breakdown of the expenses incurred during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8.       FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

9.       Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than October 5, 2021 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

10.       If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

11.       If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be

5

preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated:  New York, New York
September 21, 2021

                                              FTI CONSULTING, INC.
Financial Advisors to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P.

By:    */s/ Matthew Diaz*
Matthew Diaz, Senior Managing Director
Three Times Square, 10th Floor
New York, New York 10036
Telephone: (212) 499-3611
Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JULY 1, 2021 TO JULY 31, 2021**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Sr Managing Director | Restructuring | $ 1,120 | 117.3 | $ 131,376.00 |
| Joffe, Steven | Sr Managing Director | Tax | 1,165 | 4.4 | 5,126.00 |
| Simms, Steven | Sr Managing Director | Restructuring | 1,295 | 7.3 | 9,453.50 |
| Shafer, Patterson | Managing Dir | Healthcare | 600 | 4.5 | 2,700.00 |
| Bromberg, Brian | Sr Director | Restructuring | 850 | 211.2 | 179,520.00 |
| Johnson, Ancy | Director | Healthcare | 475 | 7.5 | 3,562.50 |
| Baron, Genevieve | Sr Consultant | Healthcare | 375 | 8.0 | 3,000.00 |
| Kim, Ye Darm | Sr Consultant | Restructuring | 635 | 8.5 | 5,397.50 |
| Kurtz, Emma | Sr Consultant | Restructuring | 580 | 67.2 | 38,976.00 |
| Turner, Ian | Sr Consultant | Restructuring | 580 | 90.3 | 52,374.00 |
| Hellmund-Mora, Marili | Associate | Restructuring | 290 | 0.5 | 145.00 |
| **GRAND TOTAL** | | | | **526.7** | **$ 431,630.50** |

# EXHIBIT B

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JULY 1, 2021 TO JULY 31, 2021**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 8.3 | $ 4,814.00 |
| 5 | Real Estate Issues | 6.4 | 4,927.00 |
| 7 | Analysis of Domestic Business Plan | 29.3 | 16,492.50 |
| 9 | Analysis of Employee Comp Programs | 27.0 | 24,613.00 |
| 10 | Analysis of Tax Issues | 4.4 | 5,126.00 |
| 11 | Prepare for and Attend Court Hearings | 3.5 | 2,435.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 394.5 | 327,243.00 |
| 18 | Review of Historical Transactions | 29.5 | 26,209.00 |
| 19 | Case Management | 1.2 | 1,414.00 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 7.9 | 8,194.50 |
| 24 | Preparation of Fee Application | 14.7 | 10,162.50 |
| | **GRAND TOTAL** | **526.7** | **$ 431,630.50** |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2021 TO JULY 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 7/1/2021 | Turner, Ian | 0.8 | Review Debtors' latest monthly operating results. |
| 1 | 7/6/2021 | Kurtz, Emma | 0.4 | Review recently uploaded diligence documents to share with team. |
| 1 | 7/6/2021 | Kurtz, Emma | 0.6 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/7/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/8/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/9/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/12/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/13/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/14/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/15/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/16/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/19/2021 | Kurtz, Emma | 0.5 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/20/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/21/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/22/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/23/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/26/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/27/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/28/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/29/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 7/30/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **8.3** | |
| 5 | 7/23/2021 | Bromberg, Brian | 1.3 | Review Avrio sublease agreement and detail. |
| 5 | 7/23/2021 | Bromberg, Brian | 0.6 | Review lease rejection analysis re: analysis of Avrio sublease. |
| 5 | 7/23/2021 | Diaz, Matthew | 0.4 | Review of the Avrio sublease and related next steps. |
| 5 | 7/23/2021 | Turner, Ian | 2.9 | Review lease rejection analysis. |
| 5 | 7/26/2021 | Bromberg, Brian | 0.6 | Review Avrio sublease motion. |
| 5 | 7/27/2021 | Diaz, Matthew | 0.6 | Review of the Avrio sub lease and related motion and declaration. |
| **5 Total** | | | **6.4** | |
| 7 | 7/1/2021 | Turner, Ian | 1.9 | Review Debtors' latest business plan projections. |
| 7 | 7/7/2021 | Bromberg, Brian | 1.1 | Review costs files from Debtors re: business plan projections support. |
| 7 | 7/9/2021 | Kurtz, Emma | 1.2 | Review various versions of business plan analyses to evaluate percentage of ex-US OxyContin sales. |
| 7 | 7/13/2021 | Diaz, Matthew | 0.4 | Participate in a call with Alix to discuss the cost savings study. |
| 7 | 7/19/2021 | Bromberg, Brian | 0.4 | Discuss potential for cost savings with the Debtors. |
| 7 | 7/20/2021 | Diaz, Matthew | 0.6 | Review next steps on the cost savings analysis. |
| 7 | 7/21/2021 | Bromberg, Brian | 0.5 | Participate in call with the Debtors re: cost savings. |
| 7 | 7/21/2021 | Diaz, Matthew | 0.5 | Participate in a call with the Debtors to discuss the cost assessment project. |
| 7 | 7/26/2021 | Bromberg, Brian | 0.8 | Review slides re: YTD performance versus business plan projections. |
| 7 | 7/26/2021 | Kurtz, Emma | 1.4 | Prepare slides re: overview of April YTD performance in comparison to the business plan. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD JULY 1, 2021 TO JULY 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 7/26/2021 | Shafer, Patterson | 0.9 | Draft workplan re: business plan cost savings analysis. |
| 7 | 7/27/2021 | Baron, Genevieve | 2.4 | Review Debtors' latest business plan and support files to prepare for cost savings analysis. |
| 7 | 7/27/2021 | Baron, Genevieve | 2.6 | Analyze Debtors latest business plan re: cost projections. |
| 7 | 7/27/2021 | Diaz, Matthew | 0.5 | Review progress of cost savings project. |
| 7 | 7/27/2021 | Johnson, Ancy | 2.9 | Review Debtors' business plan projections in preparation of cost savings report. |
| 7 | 7/27/2021 | Johnson, Ancy | 2.7 | Analyze cost savings projections support files provided by the Debtors. |
| 7 | 7/27/2021 | Shafer, Patterson | 1.9 | Review information provided by the Debtors' re: cost savings analysis. |
| 7 | 7/28/2021 | Baron, Genevieve | 2.1 | Evaluate detailed build up to Debtors' cost projections in the latest business plan. |
| 7 | 7/29/2021 | Shafer, Patterson | 0.9 | Review initial analysis of Debtors' cost projections. |
| 7 | 7/30/2021 | Baron, Genevieve | 0.9 | Continue to analyze cost projections build to evaluate reasonableness. |
| 7 | 7/30/2021 | Johnson, Ancy | 1.9 | Evaluate diligence information provided to draft revised outstanding request list re: cost savings analysis. |
| 7 | 7/30/2021 | Shafer, Patterson | 0.8 | Review draft diligence request list to prepare revisions. |
| **7 Total** | | | **29.3** | |
| 9 | 7/1/2021 | Simms, Steven | 0.4 | Review latest KEIP analysis. |
| 9 | 7/7/2021 | Bromberg, Brian | 0.6 | Discuss KEIP KERP with counsel. |
| 9 | 7/7/2021 | Bromberg, Brian | 1.4 | Review KEIP KERP motion. |
| 9 | 7/7/2021 | Diaz, Matthew | 0.8 | Review updated KEIP analysis. |
| 9 | 7/8/2021 | Bromberg, Brian | 0.6 | Discuss KEIP KERP with MSGE and NCSG groups. |
| 9 | 7/8/2021 | Bromberg, Brian | 1.6 | Review KEIP KERP presentation to provide comments. |
| 9 | 7/8/2021 | Diaz, Matthew | 0.6 | Participate in call with the MSGE and the NCSG to discuss the Debtors' proposed KEIP/KERP. |
| 9 | 7/8/2021 | Diaz, Matthew | 0.4 | Draft correspondence/analysis to the MSGE/NCSG to respond to their open questions re: KEIP/KERP coming out of the call. |
| 9 | 7/8/2021 | Diaz, Matthew | 0.6 | Review the latest KEIP/KERP proposals and related plans. |
| 9 | 7/12/2021 | Diaz, Matthew | 0.4 | Review UST objection to the KEIP/KERP. |
| 9 | 7/13/2021 | Bromberg, Brian | 0.5 | Correspond with UCC advisors on KERP. |
| 9 | 7/20/2021 | Bromberg, Brian | 0.5 | Participate in call with Alix to discuss the KEIP KERP proposal. |
| 9 | 7/20/2021 | Bromberg, Brian | 1.4 | Review latest KEIP KERP proposal to evaluate changes. |
| 9 | 7/20/2021 | Bromberg, Brian | 0.7 | Review draft KEIP KERP slides to provide comments. |
| 9 | 7/20/2021 | Diaz, Matthew | 0.5 | Participate in call with Alix on the KEIP/KERP. |
| 9 | 7/20/2021 | Diaz, Matthew | 1.6 | Evaluate possible counters to the Debtors' latest proposed KEIP/KERP. |
| 9 | 7/20/2021 | Diaz, Matthew | 0.9 | Review slides on the KEIP/KERP counterproposals to provide comments. |
| 9 | 7/20/2021 | Diaz, Matthew | 0.3 | Participate in a call with Province to discuss the KEIP/KERP. |
| 9 | 7/20/2021 | Kurtz, Emma | 1.1 | Prepare presentation re: latest KEIP KERP proposals from the Debtors and potential response. |
| 9 | 7/20/2021 | Kurtz, Emma | 0.3 | Prepare revisions to presentation re: KEIP KERP negotiations per internal comments. |
| 9 | 7/21/2021 | Diaz, Matthew | 1.1 | Review the updated KEIP/KERP presentation. |
| 9 | 7/21/2021 | Diaz, Matthew | 0.3 | Participate in a call with Counsel on the KEIP/KERP modifications. |
| 9 | 7/22/2021 | Diaz, Matthew | 0.3 | Participate in call with the Debtors to discuss the KEIP. |
| 9 | 7/22/2021 | Diaz, Matthew | 1.1 | Review updated KEIP/KERP proposal to evaluate changes. |
| 9 | 7/23/2021 | Bromberg, Brian | 0.6 | Review Debtors' latest KEIP KERP proposal. |
| 9 | 7/23/2021 | Diaz, Matthew | 0.5 | Draft potential modifications to the latest KEIP/KERP. |
| 9 | 7/23/2021 | Diaz, Matthew | 0.4 | Participate in a call with Province to discuss the KEIP/KERP. |
| 9 | 7/24/2021 | Diaz, Matthew | 0.3 | Draft correspondence to the Debtors on the KEIP/KERP proposals. |
| 9 | 7/24/2021 | Diaz, Matthew | 0.3 | Participate in a call with Alix to discuss the KEIP/KERP proposals. |
| 9 | 7/26/2021 | Bromberg, Brian | 0.7 | Review latest KEIP proposal from the Debtors. |
| 9 | 7/26/2021 | Kurtz, Emma | 2.6 | Prepare draft KEIP and KERP timeline slides to include in the board book presentation. |
| 9 | 7/26/2021 | Kurtz, Emma | 1.8 | Prepare overview slides summarizing KEIP and KERP programs and payments to include in board book presentation. |
| 9 | 7/27/2021 | Diaz, Matthew | 0.3 | Review the NCSG KERP/KEIP objection. |
| 9 | 7/28/2021 | Bromberg, Brian | 0.9 | Review Debtors' latest KEIP KERP proposal to evaluate changes. |
| 9 | 7/28/2021 | Diaz, Matthew | 0.6 | Review changes to the KEIP/KERP proposal from the Debtors. |
| **9 Total** | | | **27.0** | |
| 10 | 7/7/2021 | Joffe, Steven | 1.0 | Attend weekly AHC call to discuss case updates, with a focus on tax issues. |
| 10 | 7/14/2021 | Joffe, Steven | 1.4 | Attend weekly AHC call to discuss case updates regarding tax issues related to the Plan. |
| 10 | 7/21/2021 | Joffe, Steven | 1.0 | Participate in call with the AHC to discuss tax issues related to the Plan and various settlements. |
| 10 | 7/28/2021 | Joffe, Steven | 1.0 | Attend weekly AHC call to review case updates, with a focus on tax analysis. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD JULY 1, 2021 TO JULY 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 10 Total | | | 4.4 | |
| 11 | 7/29/2021 | Bromberg, Brian | 1.5 | Attend hearing telephonically re: KERP. |
| 11 | 7/29/2021 | Turner, Ian | 2.0 | Attend KERP hearing telephonically. |
| 11 Total | | | 3.5 | |
| 16 | 7/1/2021 | Bromberg, Brian | 2.8 | Review latest article 2 model. |
| 16 | 7/1/2021 | Bromberg, Brian | 2.2 | Review B Side annex. |
| 16 | 7/1/2021 | Bromberg, Brian | 1.2 | Review latest settlement agreement payment model. |
| 16 | 7/1/2021 | Bromberg, Brian | 1.8 | Review payment model example scenarios. |
| 16 | 7/1/2021 | Diaz, Matthew | 2.3 | Review updated Sackler settlement agreement to evaluate changes. |
| 16 | 7/1/2021 | Turner, Ian | 2.1 | Review settlement agreement payment model to understand mechanics. |
| 16 | 7/1/2021 | Turner, Ian | 2.7 | Review filed disclosure statement. |
| 16 | 7/2/2021 | Bromberg, Brian | 2.8 | Review revised payment mechanics model provided by the Debtors. |
| 16 | 7/2/2021 | Bromberg, Brian | 2.9 | Review revisions to settlement agreement article 2 language. |
| 16 | 7/2/2021 | Bromberg, Brian | 2.4 | Review example scenarios to evaluate payment mechanics. |
| 16 | 7/2/2021 | Diaz, Matthew | 2.8 | Review updated settlement agreement payment model and related agreements. |
| 16 | 7/3/2021 | Bromberg, Brian | 2.7 | Provide comments re: settlement agreement article 2 language. |
| 16 | 7/3/2021 | Bromberg, Brian | 2.9 | Review latest draft of B Side annex to provide comments. |
| 16 | 7/3/2021 | Bromberg, Brian | 0.9 | Discuss B Side annex with counsel. |
| 16 | 7/4/2021 | Bromberg, Brian | 2.2 | Provide comments on revised B side annex. |
| 16 | 7/5/2021 | Bromberg, Brian | 2.1 | Provide comments on article 2 language. |
| 16 | 7/5/2021 | Bromberg, Brian | 2.1 | Review NewCo agreement. |
| 16 | 7/5/2021 | Diaz, Matthew | 0.6 | Review proposed change to the plan. |
| 16 | 7/6/2021 | Bromberg, Brian | 1.9 | Discuss A Side annex language. |
| 16 | 7/6/2021 | Bromberg, Brian | 1.6 | Draft revised workplan re: review of plan and settlement agreement documents. |
| 16 | 7/6/2021 | Bromberg, Brian | 1.8 | Review updated B Side annex to evaluate changes. |
| 16 | 7/6/2021 | Bromberg, Brian | 1.7 | Review latest NOAT distribution procedures. |
| 16 | 7/6/2021 | Bromberg, Brian | 1.3 | Discuss draft A side and B side annexes with Counsel. |
| 16 | 7/6/2021 | Bromberg, Brian | 1.8 | Review updated NewCo operating agreement to evaluate changes. |
| 16 | 7/6/2021 | Bromberg, Brian | 1.4 | Review open items related to the plan supplement. |
| 16 | 7/6/2021 | Bromberg, Brian | 2.7 | Review revised draft NewCo operating agreement. |
| 16 | 7/6/2021 | Bromberg, Brian | 0.4 | Discuss plan supplement with Debtors. |
| 16 | 7/6/2021 | Diaz, Matthew | 1.3 | Review updated draft of the NewCo operating agreement. |
| 16 | 7/6/2021 | Diaz, Matthew | 1.3 | Review plan supplement open items and related next steps. |
| 16 | 7/6/2021 | Diaz, Matthew | 1.1 | Review updated Initial NOAT distribution. |
| 16 | 7/6/2021 | Diaz, Matthew | 0.5 | Participate in a call with Alix/PJT to discuss the updated NOAT estimate. |
| 16 | 7/6/2021 | Diaz, Matthew | 0.8 | Participate in a call with Houlihan to discuss the initial NOAT distribution. |
| 16 | 7/6/2021 | Diaz, Matthew | 1.5 | Attend (partial) call with the Davis Polk and AHC counsel to discuss the Sackler settlement agreements. |
| 16 | 7/6/2021 | Diaz, Matthew | 2.9 | Review updated Sackler settlement agreement and related documents. |
| 16 | 7/6/2021 | Kim, Ye Darm | 0.8 | Review updated initial NOAT distribution and trust procedures. |
| 16 | 7/6/2021 | Kim, Ye Darm | 1.1 | Attend call with Debtors' advisors to discuss updated emergence date assumptions and impact to emergence distribution to NewCo. |
| 16 | 7/6/2021 | Kurtz, Emma | 1.2 | Review updated A-Side and B-Side credit support annexes to evaluate changes. |
| 16 | 7/6/2021 | Kurtz, Emma | 0.8 | Review revised Sackler Settlement Agreement model to understand assumptions driving draft examples. |
| 16 | 7/6/2021 | Kurtz, Emma | 1.1 | Attend call with Alix and PJT to discuss revised emergence date assumptions and estimated emergence distributions to NewCo. |
| 16 | 7/6/2021 | Turner, Ian | 1.0 | Attend call with Alix, PJT, and other financial advisors to discuss the change in cash at emergence figure. |
| 16 | 7/6/2021 | Turner, Ian | 0.8 | Review latest payment model mechanics. |
| 16 | 7/6/2021 | Turner, Ian | 2.6 | Review latest draft of settlement agreement to compare to payment model mechanics. |
| 16 | 7/6/2021 | Turner, Ian | 1.9 | Continue to review latest draft of settlement agreement to compare to payment model mechanics. |
| 16 | 7/7/2021 | Bromberg, Brian | 1.4 | Review markup of NewCo operating agreement. |
| 16 | 7/7/2021 | Bromberg, Brian | 1.6 | Discuss NewCo agreement with counsel. |
| 16 | 7/7/2021 | Bromberg, Brian | 2.9 | Review revised article 2 language. |
| 16 | 7/7/2021 | Bromberg, Brian | 1.4 | Review plan supplement distribution disclosure. |
| 16 | 7/7/2021 | Bromberg, Brian | 1.0 | Participate in call with Committee re: plan supplement. |
| 16 | 7/7/2021 | Bromberg, Brian | 2.9 | Review plan supplement documents. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD JULY 1, 2021 TO JULY 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 7/7/2021 | Diaz, Matthew | 1.1 | Review the updated NewCo Operating agreement. |
| 16 | 7/7/2021 | Diaz, Matthew | 1.6 | Participate in call with counsel on the NewCo operating agreement. |
| 16 | 7/7/2021 | Diaz, Matthew | 0.4 | Review updated initial NOAT distribution exhibit. |
| 16 | 7/7/2021 | Diaz, Matthew | 0.3 | Review latest NewCo operating agreement markup. |
| 16 | 7/7/2021 | Diaz, Matthew | 2.6 | Review updated Sackler settlement agreement. |
| 16 | 7/7/2021 | Diaz, Matthew | 1.6 | Review latest Sackler settlement agreement payment model to evaluate changes to mechanics. |
| 16 | 7/7/2021 | Kurtz, Emma | 0.8 | Review revised draft settlement agreement exhibits to ensure payment parties match the filed disclosure statement exhibit. |
| 16 | 7/7/2021 | Simms, Steven | 0.6 | Review latest draft of settlement agreement. |
| 16 | 7/8/2021 | Bromberg, Brian | 1.6 | Review distributable value waterfall updates. |
| 16 | 7/8/2021 | Bromberg, Brian | 1.6 | Review updated article 2 language to compare to settlement agreement model. |
| 16 | 7/8/2021 | Bromberg, Brian | 2.7 | Review Sackler settlement agreement model for updates. |
| 16 | 7/8/2021 | Bromberg, Brian | 0.6 | Discuss latest settlement agreement model and draft examples with team. |
| 16 | 7/8/2021 | Bromberg, Brian | 2.9 | Draft examples for settlement agreement to illustrate payment mechanics. |
| 16 | 7/8/2021 | Bromberg, Brian | 2.8 | Revise model to reflect settlement agreement examples. |
| 16 | 7/8/2021 | Bromberg, Brian | 1.2 | Prepare revisions to draft examples illustrating settlement agreement mechanics. |
| 16 | 7/8/2021 | Diaz, Matthew | 1.7 | Review Milbank comments to sections 1 and 2 of the settlement agreement. |
| 16 | 7/8/2021 | Diaz, Matthew | 1.4 | Participate call with Counsel to discuss the settlement agreement markup. |
| 16 | 7/8/2021 | Kim, Ye Darm | 0.6 | Participate in call re: settlement agreement modeling. |
| 16 | 7/8/2021 | Kurtz, Emma | 2.4 | Review eighth filed plan supplement to evaluate changes from prior drafts of the Sackler settlement agreement and exhibits. |
| 16 | 7/8/2021 | Kurtz, Emma | 0.6 | Participate in internal call re: settlement agreement model and proposed examples. |
| 16 | 7/8/2021 | Simms, Steven | 0.3 | Review settlement agreement markup. |
| 16 | 7/8/2021 | Turner, Ian | 1.6 | Review eighth filed plan supplement to evaluate changes in trust distribution procedures. |
| 16 | 7/8/2021 | Turner, Ian | 2.7 | Discuss with internal team re: latest settlement agreement model and proposed revisions. |
| 16 | 7/8/2021 | Turner, Ian | 0.6 | Prepare revisions to analysis of settlement agreement model to incorporate Section 2.01(e) prepayments into summary presentation. |
| 16 | 7/8/2021 | Turner, Ian | 2.8 | Prepare revisions to settlement agreement model to reflect Eighth Plan Supplement. |
| 16 | 7/8/2021 | Turner, Ian | 0.9 | Prepare revisions to settlement agreement model to ensure consistency with filed plan terminology. |
| 16 | 7/9/2021 | Bromberg, Brian | 1.7 | Review proposed settlement agreement illustrative examples to provide comments to team. |
| 16 | 7/9/2021 | Diaz, Matthew | 0.7 | Review updated NewCo operating agreement. |
| 16 | 7/9/2021 | Diaz, Matthew | 0.3 | Draft correspondence to the UCC and Debtors' financial advisers re: the Sackler settlement model. |
| 16 | 7/9/2021 | Diaz, Matthew | 2.4 | Review updates to the Sackler settlement model. |
| 16 | 7/9/2021 | Diaz, Matthew | 2.8 | Review of the settlement agreement model illustrative examples. |
| 16 | 7/9/2021 | Turner, Ian | 1.1 | Prepare revisions to analysis of settlement agreement model to incorporate internal comments. |
| 16 | 7/9/2021 | Turner, Ian | 1.4 | Prepare revisions to illustrative examples of settlement agreement model mechanics per internal comments. |
| 16 | 7/9/2021 | Turner, Ian | 2.3 | Draft description of settlement agreement model calculations to accompany illustrative excel examples. |
| 16 | 7/9/2021 | Turner, Ian | 1.3 | Continue to prepare description of settlement agreement model calculations to accompany illustrative excel examples. |
| 16 | 7/9/2021 | Turner, Ian | 2.7 | Prepare revisions to settlement agreement calculations descriptions to conform with plan terminology. |
| 16 | 7/11/2021 | Bromberg, Brian | 1.9 | Review updated settlement agreement model provided by the Debtors. |
| 16 | 7/11/2021 | Diaz, Matthew | 2.8 | Review updated examples to the settlement agreement re: payment mechanics. |
| 16 | 7/11/2021 | Diaz, Matthew | 2.9 | Review latest draft of the settlement agreement to evaluate changes. |
| 16 | 7/12/2021 | Bromberg, Brian | 1.7 | Evaluate updates to latest settlement agreement model. |
| 16 | 7/12/2021 | Bromberg, Brian | 1.3 | Attend internal team call to discuss settlement agreement illustrative examples. |
| 16 | 7/12/2021 | Bromberg, Brian | 1.2 | Review draft illustrative settlement agreement model examples to evaluate potential updates. |
| 16 | 7/12/2021 | Bromberg, Brian | 0.7 | Discuss settlement agreement model with UCC and Debtor advisors. |
| 16 | 7/12/2021 | Bromberg, Brian | 2.6 | Prepare revisions to settlement agreement payment model and scenarios. |
| 16 | 7/12/2021 | Bromberg, Brian | 2.7 | Review scenario output provided by Sackler advisors. |
| 16 | 7/12/2021 | Bromberg, Brian | 2.1 | Reconcile scenario outputs provided by Sackler advisors to FTI analysis of model. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD JULY 1, 2021 TO JULY 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 7/12/2021 | Bromberg, Brian | 1.2 | Attend internal call to discuss the updated settlement agreement payment model and illustrative examples. |
| 16 | 7/12/2021 | Bromberg, Brian | 0.9 | Participate in call with Counsel re: releases contemplated under the Plan. |
| 16 | 7/12/2021 | Diaz, Matthew | 0.9 | Review updated NewCo transfer agreement. |
| 16 | 7/12/2021 | Diaz, Matthew | 0.7 | Review markup version to the plan to evaluate changes. |
| 16 | 7/12/2021 | Diaz, Matthew | 0.6 | Review revisions to NewCo operating agreement. |
| 16 | 7/12/2021 | Diaz, Matthew | 1.9 | Review updated settlement agreement payment model illustrative examples to provide further comments. |
| 16 | 7/12/2021 | Diaz, Matthew | 0.4 | Review draft correspondence to the Sacklers' advisers re: the settlement agreement examples. |
| 16 | 7/12/2021 | Diaz, Matthew | 0.4 | Participate in call with the UCC's and Debtors' advisors to discuss the settlement agreement examples. |
| 16 | 7/12/2021 | Diaz, Matthew | 0.4 | Review breach fee scenarios and calculations. |
| 16 | 7/12/2021 | Diaz, Matthew | 1.1 | Review updated articles 1 and 2 to the settlement agreement. |
| 16 | 7/12/2021 | Kurtz, Emma | 1.3 | Attend internal call to discuss latest payment model and illustrative examples. |
| 16 | 7/12/2021 | Kurtz, Emma | 0.3 | Attend call with Alix and Province to discuss the proposed illustrative examples to the settlement agreement model. |
| 16 | 7/12/2021 | Simms, Steven | 0.4 | Review analysis of settlement agreement model and payment mechanics. |
| 16 | 7/12/2021 | Turner, Ian | 1.3 | Participate in internal call to discuss updates to settlement agreement model and illustrative examples. |
| 16 | 7/12/2021 | Turner, Ian | 2.8 | Prepare revisions to illustrative examples to incorporate 2.10 A-Side Additional Payments and obligation acceleration from 2030 to 2029. |
| 16 | 7/12/2021 | Turner, Ian | 2.7 | Prepare revisions to illustrative example scenario 1 draft walk through language. |
| 16 | 7/13/2021 | Bromberg, Brian | 1.3 | Review latest analysis of settlement agreement model to evaluate changes to payment mechanics. |
| 16 | 7/13/2021 | Bromberg, Brian | 2.9 | Prepare initial draft of example annex. |
| 16 | 7/13/2021 | Bromberg, Brian | 0.6 | Participate in call with Debtors' regarding NewCo transfer agreement. |
| 16 | 7/13/2021 | Bromberg, Brian | 0.8 | Participate in call with Counsel re: breach fees. |
| 16 | 7/13/2021 | Bromberg, Brian | 1.1 | Participate in call re: revised article 2 language. |
| 16 | 7/13/2021 | Bromberg, Brian | 2.4 | Prepare revisions to written description of illustrative example scenario 1 to reflect payment mechanics. |
| 16 | 7/13/2021 | Bromberg, Brian | 1.1 | Review write up of illustrative examples scenarios to provide comments. |
| 16 | 7/13/2021 | Bromberg, Brian | 2.9 | Continue to review write up of illustrative payment model examples to ensure description comports with model mechanics. |
| 16 | 7/13/2021 | Diaz, Matthew | 2.8 | Review the latest draft settlement agreement examples to prepare revisions. |
| 16 | 7/13/2021 | Diaz, Matthew | 0.4 | Participate in call with counsel to discuss the breach fee analysis. |
| 16 | 7/13/2021 | Diaz, Matthew | 1.4 | Participate in call with counsel to discuss proposed modifications to articles 1 and 2 of the settlement agreement. |
| 16 | 7/13/2021 | Diaz, Matthew | 2.8 | Review updated settlement agreement and related annexes. |
| 16 | 7/13/2021 | Kurtz, Emma | 1.4 | Prepare revised numerical tables summarizing the Sackler settlement agreement mechanics under certain example scenarios. |
| 16 | 7/13/2021 | Kurtz, Emma | 0.7 | Prepare revisions to numerical summary tables of payment model mechanics per internal comments. |
| 16 | 7/13/2021 | Simms, Steven | 0.3 | Review analysis of settlement agreement to evaluate outstanding issues. |
| 16 | 7/13/2021 | Turner, Ian | 2.8 | Draft revised calculation description for Scenario 1 of Illustrative Examples for the Settlement Agreement. |
| 16 | 7/13/2021 | Turner, Ian | 2.2 | Incorporate internal comments on illustrative examples calculation descriptions re: further inclusion of legal definitions in the Settlement Agreement. |
| 16 | 7/13/2021 | Turner, Ian | 1.2 | Prepare revisions to the illustrative examples calculation descriptions to ensure numerical examples match payment model mechanics. |
| 16 | 7/13/2021 | Turner, Ian | 2.4 | Prepare draft calculation description for Scenario 2 of illustrative payment model examples. |
| 16 | 7/13/2021 | Turner, Ian | 2.4 | Incorporate description regarding Non-Collar Recipient's and Collar Recipient's amounts owed due to various provisions into illustrative examples walkthroughs. |
| 16 | 7/13/2021 | Turner, Ian | 1.1 | Prepare revisions to settlement agreement illustrative examples descriptions to incorporate additional language regarding A-Side Group 8 Capped Payment Parties. |
| 16 | 7/14/2021 | Bromberg, Brian | 2.8 | Review latest draft of settlement agreement illustrative example scenario 1 to finalize prior to distribution. |
| 16 | 7/14/2021 | Bromberg, Brian | 2.4 | Prepare revisions to calculation description of settlement agreement illustrative example scenario 2. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD JULY 1, 2021 TO JULY 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 7/14/2021 | Bromberg, Brian | 1.9 | Review updated settlement agreement payment model to evaluate changes. |
| 16 | 7/14/2021 | Bromberg, Brian | 1.6 | Participate in call re: credit support annexes. |
| 16 | 7/14/2021 | Bromberg, Brian | 2.4 | Draft description of payment model illustrative examples scenario 3. |
| 16 | 7/14/2021 | Bromberg, Brian | 1.0 | Participate in weekly Committee call to discuss case updates with respect to the Plan. |
| 16 | 7/14/2021 | Bromberg, Brian | 1.6 | Review proposed examples for credit support annex. |
| 16 | 7/14/2021 | Diaz, Matthew | 1.2 | Review updated scenario narratives to accompany the payment model mechanics examples. |
| 16 | 7/14/2021 | Diaz, Matthew | 1.9 | Review draft scenario 2 example to provide comments to team. |
| 16 | 7/14/2021 | Kurtz, Emma | 0.6 | Prepare revisions to latest draft Sackler settlement agreement numerical examples per internal comments. |
| 16 | 7/14/2021 | Kurtz, Emma | 1.7 | Review redline of latest draft of the Sackler settlement agreement exhibits to evaluate changes. |
| 16 | 7/14/2021 | Kurtz, Emma | 1.7 | Update settlement agreement numerical examples analysis to incorporate additional information per internal comments. |
| 16 | 7/14/2021 | Turner, Ian | 2.8 | Prepare revisions to settlement agreement analysis per internal comments. |
| 16 | 7/14/2021 | Turner, Ian | 2.8 | Draft illustrative examples scenario 3 calculation description language. |
| 16 | 7/14/2021 | Turner, Ian | 1.6 | Incorporate updates to scenario 2 calculation description per internal comments. |
| 16 | 7/14/2021 | Turner, Ian | 2.7 | Prepare revisions to scenario 3 calculation description to include Section 2.01(b) increase in Required Settlement Payments for the last three years. |
| 16 | 7/15/2021 | Bromberg, Brian | 1.4 | Finalize and send draft annex to Sackler advisors. |
| 16 | 7/15/2021 | Bromberg, Brian | 2.3 | Review latest Settlement Agreement draft. |
| 16 | 7/15/2021 | Bromberg, Brian | 1.7 | Participate in call re: remedies contemplated under plan. |
| 16 | 7/15/2021 | Bromberg, Brian | 1.4 | Review Settlement Agreement issues list. |
| 16 | 7/15/2021 | Bromberg, Brian | 1.2 | Provide comments on scenario 3 illustrative examples write up to team. |
| 16 | 7/15/2021 | Bromberg, Brian | 2.9 | Finalize and send scenario 3 payment model illustrative example to Sackler advisors. |
| 16 | 7/15/2021 | Diaz, Matthew | 2.6 | Review scenarios descriptions and related model output for illustrative examples. |
| 16 | 7/15/2021 | Diaz, Matthew | 1.6 | Review updated settlement agreement to identify changes. |
| 16 | 7/15/2021 | Kurtz, Emma | 0.4 | Attend call with counsel to discuss NewCo and TopCo transfer agreement and related diligence process to provide update to team. |
| 16 | 7/15/2021 | Simms, Steven | 0.3 | Review changes to revised settlement agreement. |
| 16 | 7/15/2021 | Turner, Ian | 1.8 | Prepare revisions to payment model scenario 3 illustrative example per internal comments. |
| 16 | 7/16/2021 | Bromberg, Brian | 2.9 | Review latest version of Settlement Agreement. |
| 16 | 7/16/2021 | Bromberg, Brian | 1.4 | Review mark up of payment model example scenario 1 from the Sacklers' advisors. |
| 16 | 7/16/2021 | Simms, Steven | 0.3 | Review analysis of Plan and settlement agreement to evaluate status. |
| 16 | 7/16/2021 | Turner, Ian | 1.0 | Prepare further mark up of lawyer's revised Section 2.07 language |
| 16 | 7/17/2021 | Bromberg, Brian | 1.9 | Review mark up of payment model illustrative examples scenarios 2 and 3 from the Sacklers' advisors. |
| 16 | 7/17/2021 | Bromberg, Brian | 1.1 | Review latest version of Settlement Agreement. |
| 16 | 7/17/2021 | Bromberg, Brian | 0.9 | Review list of contract assumptions. |
| 16 | 7/17/2021 | Diaz, Matthew | 0.4 | Review the assumed contracts list. |
| 16 | 7/17/2021 | Diaz, Matthew | 2.7 | Review updated settlement agreement example scenarios. |
| 16 | 7/18/2021 | Bromberg, Brian | 2.4 | Review latest version of Settlement Agreement. |
| 16 | 7/18/2021 | Bromberg, Brian | 1.7 | Prepare revisions to Sackler's advisors markup of payment model example scenarios. |
| 16 | 7/18/2021 | Diaz, Matthew | 2.9 | Review latest draft settlement agreement to evaluate changes. |
| 16 | 7/19/2021 | Bromberg, Brian | 2.1 | Review latest proposed A-side and B-side annexes to the settlement agreement. |
| 16 | 7/19/2021 | Bromberg, Brian | 0.2 | Attend call to discuss latest proposed credit support annexes. |
| 16 | 7/19/2021 | Bromberg, Brian | 2.1 | Review proposed breach charts. |
| 16 | 7/19/2021 | Bromberg, Brian | 2.8 | Review latest version of Settlement Agreement. |
| 16 | 7/19/2021 | Bromberg, Brian | 0.6 | Discuss proposed reporting requirements for settlement parties with creditor advisors. |
| 16 | 7/19/2021 | Diaz, Matthew | 2.9 | Review updated shareholder agreement to be filled with the plan supplement. |
| 16 | 7/19/2021 | Simms, Steven | 0.4 | Review latest draft settlement agreement to evaluate updates. |
| 16 | 7/19/2021 | Turner, Ian | 0.2 | Attend call to discuss proposed credit annexes. |
| 16 | 7/20/2021 | Bromberg, Brian | 0.6 | Participate in call with Alix re: contracts and cost savings. |
| 16 | 7/20/2021 | Diaz, Matthew | 0.6 | Participate in call with Alix to discuss contract cure amounts. |
| 16 | 7/20/2021 | Kurtz, Emma | 1.6 | Review monitor reports to evaluate monitor statement regarding ex-US OxyContin sales. |
| 16 | 7/20/2021 | Kurtz, Emma | 0.7 | Attend call with the Debtors re: contract rejections and assumptions. |
| 16 | 7/20/2021 | Turner, Ian | 2.6 | Prepare distributable value waterfall bridge to illustrate the changes in the remaining value to NOAT in latest version of Plan. |
| 16 | 7/21/2021 | Bromberg, Brian | 2.4 | Review draft board book prepared for new board members. |
| 16 | 7/21/2021 | Bromberg, Brian | 1.7 | Review slides to update for board book. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD JULY 1, 2021 TO JULY 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 7/21/2021 | Bromberg, Brian | 1.7 | Review distributable value waterfall updates. |
| 16 | 7/21/2021 | Bromberg, Brian | 1.0 | Participate in weekly Committee call to discuss case updates with respect to the Plan and settlement agreement. |
| 16 | 7/21/2021 | Bromberg, Brian | 0.9 | Review revised insurance assumptions for waterfall. |
| 16 | 7/21/2021 | Diaz, Matthew | 0.4 | Review contract cure issues. |
| 16 | 7/21/2021 | Kurtz, Emma | 2.6 | Prepare draft slides re: Purdue and Rhodes pipeline, R&D, and PHI to incorporate into draft board book. |
| 16 | 7/21/2021 | Kurtz, Emma | 2.4 | Prepare draft slides re: Sackler settlement agreement and IACs and related parties to include in board book. |
| 16 | 7/21/2021 | Kurtz, Emma | 0.9 | Discuss internally re: updates to board book slides. |
| 16 | 7/21/2021 | Turner, Ian | 0.9 | Attend internal call to discuss additions to board book. |
| 16 | 7/21/2021 | Turner, Ian | 2.9 | Prepare slides re: Sackler settlement agreement to incorporate into board book. |
| 16 | 7/22/2021 | Bromberg, Brian | 1.8 | Review draft slides to incorporate into board book to provide comments to team. |
| 16 | 7/22/2021 | Diaz, Matthew | 0.8 | Research and draft correspondence in connection with a committee member's question re: monitor reports. |
| 16 | 7/22/2021 | Kurtz, Emma | 2.2 | Prepare revisions to draft board book slides re: R&D, PHI, related parties, and Sackler settlement agreement per internal comments. |
| 16 | 7/22/2021 | Turner, Ian | 0.9 | Prepare revisions to draft board book slides re: settlement agreement payment mechanics per internal comments. |
| 16 | 7/23/2021 | Bromberg, Brian | 1.8 | Review updated NewCo operating agreement. |
| 16 | 7/23/2021 | Bromberg, Brian | 1.3 | Review revised board book slides to prepare further revisions. |
| 16 | 7/23/2021 | Diaz, Matthew | 0.9 | Review board of directors briefing book to provide comments. |
| 16 | 7/23/2021 | Simms, Steven | 0.4 | Review proposed board briefing book. |
| 16 | 7/24/2021 | Kurtz, Emma | 0.8 | Prepare further revisions to board book slides per feedback from HL. |
| 16 | 7/25/2021 | Bromberg, Brian | 2.9 | Review updated board book slides before distribution. |
| 16 | 7/25/2021 | Diaz, Matthew | 1.1 | Review updated board briefing book. |
| 16 | 7/25/2021 | Diaz, Matthew | 1.6 | Continue to review the updated board briefing book. |
| 16 | 7/25/2021 | Diaz, Matthew | 0.6 | Review the 7th amended POR to evaluate changes. |
| 16 | 7/25/2021 | Turner, Ian | 1.8 | Prepare revisions to settlement agreement overview slides included in board briefing book per feedback from HL. |
| 16 | 7/25/2021 | Turner, Ian | 1.3 | Update settlement agreement slides in board book to reflect confirmed A-Side and B-Side covenants and collateral per the Twelfth Plan Supplement. |
| 16 | 7/26/2021 | Bromberg, Brian | 2.3 | Review updated draft of the board book presentation. |
| 16 | 7/26/2021 | Bromberg, Brian | 0.9 | Review Company operations agreement. |
| 16 | 7/26/2021 | Bromberg, Brian | 2.7 | Finish reviewing board book presentation and distribute to HL. |
| 16 | 7/26/2021 | Bromberg, Brian | 0.8 | Review NewCo LLC Agreement. |
| 16 | 7/26/2021 | Kurtz, Emma | 0.8 | Prepare revisions to draft board book presentation per internal comments. |
| 16 | 7/26/2021 | Turner, Ian | 1.8 | Prepare draft slide on management team to include in board book presentation. |
| 16 | 7/27/2021 | Bromberg, Brian | 1.0 | Discuss case updates with team re: Plan and settlement agreement. |
| 16 | 7/27/2021 | Bromberg, Brian | 2.7 | Participate in call with counsel on Settlement Agreement. |
| 16 | 7/27/2021 | Bromberg, Brian | 0.7 | Review follow up on contracts analysis for NewCo. |
| 16 | 7/27/2021 | Diaz, Matthew | 2.5 | Attend (partial) call re: Sackler settlement agreement all hands call. |
| 16 | 7/27/2021 | Kurtz, Emma | 2.3 | Prepare revisions to draft board book presentation per internal comments. |
| 16 | 7/27/2021 | Kurtz, Emma | 1.9 | Review latest draft of settlement agreement and related issues list to evaluate updates. |
| 16 | 7/27/2021 | Simms, Steven | 0.4 | Review draft settlement agreement and remaining issues list. |
| 16 | 7/27/2021 | Turner, Ian | 2.7 | Attend call with Counsel to discuss status of settlement agreement. |
| 16 | 7/27/2021 | Turner, Ian | 1.1 | Prepare revisions to board book slides to incorporate internal comments. |
| 16 | 7/27/2021 | Turner, Ian | 1.0 | Attend internal call to discuss case updates and upcoming deliverables re: plan. |
| 16 | 7/28/2021 | Bromberg, Brian | 1.3 | Prepare revisions to draft settlement agreement payment examples to send to Sackler advisors. |
| 16 | 7/28/2021 | Bromberg, Brian | 2.3 | Review operating injunction and covenants. |
| 16 | 7/28/2021 | Bromberg, Brian | 0.8 | Provide comments on updated board book presentation. |
| 16 | 7/28/2021 | Bromberg, Brian | 1.0 | Participate in weekly Committee call to discuss status of plan and settlement agreement. |
| 16 | 7/28/2021 | Diaz, Matthew | 1.2 | Review proposed corporate governance covenants. |
| 16 | 7/28/2021 | Turner, Ian | 1.8 | Prepare revisions to settlement agreement illustrative examples per comments. |
| 16 | 7/29/2021 | Bromberg, Brian | 1.4 | Provide comments on updated slides for board book. |
| 16 | 7/29/2021 | Bromberg, Brian | 1.0 | Participate in call on M&A for NewCo. |
| 16 | 7/29/2021 | Bromberg, Brian | 0.3 | Participate in call on proposed corporate governance covenants. |
| 16 | 7/29/2021 | Bromberg, Brian | 1.2 | Review Counsel's comments on proposed corporate governance covenants. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
DETAIL OF TIME ENTRIES
FOR THE PERIOD JULY 1, 2021 TO JULY 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 7/29/2021 | Kurtz, Emma | 1.8 | Prepare updates to latest draft version of the board briefing book presentation. |
| 16 | 7/29/2021 | Simms, Steven | 0.4 | Review latest draft board briefing book. |
| 16 | 7/30/2021 | Bromberg, Brian | 0.4 | Review and comment on latest draft board book. |
| 16 | 7/30/2021 | Bromberg, Brian | 2.9 | Review and comment on latest Settlement Agreement. |
| 16 | 7/30/2021 | Bromberg, Brian | 3.1 | Participate in creditor call on Settlement Agreement. |
| 16 | 7/30/2021 | Diaz, Matthew | 2.6 | Review latest draft of the board briefing book to provide comments. |
| 16 | 7/30/2021 | Diaz, Matthew | 2.8 | Perform detailed review of the updated settlement agreement to evaluate revisions. |
| 16 | 7/30/2021 | Kurtz, Emma | 2.8 | Review latest draft Sackler settlement agreement and remaining issues list to evaluate updates. |
| 16 | 7/30/2021 | Simms, Steven | 0.3 | Review outstanding issues list related to Plan and settlement agreement. |
| 16 | 7/30/2021 | Turner, Ian | 2.6 | Attend (partial) call with various creditor advisors to discuss the draft settlement agreement. |
| 16 | 7/31/2021 | Bromberg, Brian | 0.7 | Review revised Settlement Agreement draft to evaluate updates. |
| **16 Total** | | | **394.5** | |
| 18 | 7/5/2021 | Diaz, Matthew | 1.7 | Review updated annexes to the settlement agreement. |
| 18 | 7/6/2021 | Diaz, Matthew | 2.8 | Review updated Purdue settlement agreement annexes. |
| 18 | 7/7/2021 | Diaz, Matthew | 2.7 | Review revisions to proposed Sackler settlement agreement annexes. |
| 18 | 7/12/2021 | Kurtz, Emma | 1.2 | Review latest exhibits to the Sackler settlement agreement to ensure consistency with previous analysis of IAC ownership. |
| 18 | 7/13/2021 | Bromberg, Brian | 1.4 | Participate in call with creditors' and Debtors' advisors re: credit support annexes. |
| 18 | 7/13/2021 | Diaz, Matthew | 1.2 | Attend (partial) call re: A-side credit support annexes with the Sacklers' counsel and the Debtors' and Creditors' advisers. |
| 18 | 7/14/2021 | Diaz, Matthew | 0.5 | Review updated multi-pod A side term sheet. |
| 18 | 7/14/2021 | Kurtz, Emma | 1.4 | Review pledged entities and pledgors exhibit to the Sackler settlement agreement to ensure the entities include and the specified ownership is consistent with previous analysis. |
| 18 | 7/16/2021 | Bromberg, Brian | 0.3 | Review IAC ownership exhibit of the latest settlement agreement to evaluate changes. |
| 18 | 7/16/2021 | Kurtz, Emma | 0.4 | Review IAC ownership analysis and net assets report analysis to ensure IAC entities excluded from the latest settlement agreement draft do not own IACs. |
| 18 | 7/17/2021 | Diaz, Matthew | 1.4 | Review B-side credit support annex. |
| 18 | 7/19/2021 | Diaz, Matthew | 1.3 | Review updated settlement agreement annexes. |
| 18 | 7/19/2021 | Kurtz, Emma | 0.2 | Attend call with Alix and Province re: credit support annexes reporting request. |
| 18 | 7/27/2021 | Bromberg, Brian | 2.4 | Review updated B Side asset report. |
| 18 | 7/27/2021 | Kurtz, Emma | 2.4 | Prepare analysis of updated B-Side net assets report to evaluate changes to coverage of settlement agreement obligations. |
| 18 | 7/28/2021 | Bromberg, Brian | 1.9 | Review summary of B Side asset report. |
| 18 | 7/28/2021 | Bromberg, Brian | 0.7 | Draft cover letter for B side asset report summary. |
| 18 | 7/28/2021 | Bromberg, Brian | 0.6 | Finalize and send B side asset report summary to counsel. |
| 18 | 7/28/2021 | Diaz, Matthew | 1.6 | Review updated B-side net asset report and related analysis. |
| 18 | 7/28/2021 | Kurtz, Emma | 1.6 | Prepare revisions to analysis of updated B-Side net assets report per internal comments. |
| 18 | 7/30/2021 | Kurtz, Emma | 1.8 | Review latest draft of Sackler settlement agreement exhibits re: payment parties to evaluate any changes. |
| **18 Total** | | | **29.5** | |
| 19 | 7/27/2021 | Diaz, Matthew | 0.8 | Review open items and related next steps to prepare revised case workplan. |
| 19 | 7/30/2021 | Simms, Steven | 0.4 | Review proposed budgets for post effective date committees. |
| **19 Total** | | | **1.2** | |
| 21 | 7/7/2021 | Diaz, Matthew | 1.0 | Participate in weekly call with the AHC to discuss the plan supplement documents. |
| 21 | 7/7/2021 | Kim, Ye Darm | 1.1 | Participate in weekly AHC call to discuss plan process and updated documents. |
| 21 | 7/14/2021 | Diaz, Matthew | 1.4 | Attend weekly AHC call to discuss the plan process. |
| 21 | 7/14/2021 | Simms, Steven | 0.8 | Attend weekly AHC call to discuss Plan issues and other case updates. |
| 21 | 7/21/2021 | Diaz, Matthew | 1.0 | Participate in weekly AHC call to discuss the plan, KEIP/KERP and other topics. |
| 21 | 7/21/2021 | Simms, Steven | 0.8 | Participate in weekly AHC call to discuss updates with respect to Plan and settlement negotiations. |
| 21 | 7/21/2021 | Turner, Ian | 1.0 | Attend weekly AHC call to discuss plan process and the KEIP/KERP proposal. |
| 21 | 7/28/2021 | Simms, Steven | 0.8 | Attend weekly AHC call to discuss case updates regarding the Plan and outstanding issues. |
| **21 Total** | | | **7.9** | |
| 24 | 7/1/2021 | Kim, Ye Darm | 2.8 | Prepare draft of the fifth interim fee application. |
| 24 | 7/1/2021 | Kim, Ye Darm | 2.1 | Continue to prepare draft of the fifth interim fee application. |
| 24 | 7/8/2021 | Diaz, Matthew | 1.1 | Review draft of May fee application. |
| 24 | 7/9/2021 | Diaz, Matthew | 0.6 | Review draft of the fifth interim fee application. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2021 TO JULY 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 7/9/2021 | Kurtz, Emma | 0.9 | Prepare revisions to draft fifth interim fee application per internal comments. |
| 24 | 7/16/2021 | Hellmund-Mora, Marili | 0.5 | Update and finalize the May fee application. |
| 24 | 7/20/2021 | Kurtz, Emma | 2.1 | Prepare draft June fee application per local rules. |
| 24 | 7/22/2021 | Kurtz, Emma | 2.4 | Continue to prepare June fee application per fee examiner guidelines. |
| 24 | 7/23/2021 | Kurtz, Emma | 1.1 | Finish preparing draft June fee application per local rules. |
| 24 | 7/27/2021 | Diaz, Matthew | 1.1 | Review of the June bill. |
| **24 Total** | | | **14.7** | |
| **Grand Total** | | | **526.7** | |

**EXHIBIT D**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JULY 1, 2021 TO JULY 31, 2021**

| **Expense Type** | **Amount** |
|---|---:|
| Transportation | $ 43.82 |
| Working Meals[1] | 60.00 |
| Other | 31.99 |
| **Grand Total** | **$ 135.81** |

1. Working Meals have been voluntarily reduced to the lesser of $20 per person or the actual amount charged.

**EXHIBIT E**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**EXPENSE DETAIL**
**FOR THE PERIOD JULY 1, 2021 TO JULY 31, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 7/6/2021 | Bromberg, Brian | Transportation | Taxi from office to home after working late on case. | $ 23.97 |
| 7/7/2021 | Bromberg, Brian | Transportation | Taxi from office to home after working late on case. | 19.85 |
|  |  | **Transportation Total** |  | **$ 43.82** |
| 7/11/2021 | Bromberg, Brian | Working Meals | Dinner while working late on case. | 20.00 |
| 7/11/2021 | Bromberg, Brian | Working Meals | Dinner while working late on case. | 20.00 |
| 7/25/2021 | Bromberg, Brian | Working Meals | Dinner while working late on case. | 20.00 |
|  |  | **Working Meals Total** |  | **$ 60.00** |
| 6/27/2021 | Bromberg, Brian | Other | In flight wi-fi while traveling to work on Purdue. | 6.99 |
| 7/6/2021 | Diaz, Matthew | Other | In flight wi-fi while traveling to work on Purdue. | 10.00 |
| 7/30/2021 | Diaz, Matthew | Other | In flight wi-fi while traveling for business on Purdue matter. | 15.00 |
|  |  | **Other Total** |  | **$ 31.99** |
|  |  | **Grand Total** |  | **$ 135.81** |