JS 44C/SDNY
REV.
10/01/2020

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE
See Attachment A for other appellants

**DEFENDANTS**
PURDUE PHARMA L.P. et al.
See Attachment A for listing of appellees

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
See Attachment A

**ATTORNEYS (IF KNOWN)**
See Attachment A

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. 158- appeal from bankruptcy court order confirming plan and order approving disclosure statement

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time?  No [ ]  Yes [✓]   Judge Previously Assigned

If yes, was this case  Vol. [ ]  Invol. [ ]   Dismissed.  No [ ]  Yes [ ]   If yes, give date _____ & Case No. _____

Is this an international arbitration case?    No [X]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)    **NATURE OF SUIT**

**TORTS**                                                                                                                   **ACTIONS UNDER STATUTES**

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | [ ] 367 HEALTHCARE/PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY | [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 | [X] 422 APPEAL 28 USC 158 | [ ] 375 FALSE CLAIMS |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT LIABILITY | [ ] 365 PERSONAL INJURY PRODUCT LIABILITY | [ ] 690 OTHER | [ ] 423 WITHDRAWAL 28 USC 157 | [ ] 376 QUI TAM |
| [ ] 130 MILLER ACT | [ ] 320 ASSAULT, LIBEL & SLANDER | [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY | | | [ ] 400 STATE REAPPORTIONMENT |
| [ ] 140 NEGOTIABLE INSTRUMENT | [ ] 330 FEDERAL EMPLOYERS' LIABILITY | | **PROPERTY RIGHTS** | | [ ] 410 ANTITRUST |
| [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 340 MARINE | **PERSONAL PROPERTY** | [ ] 820 COPYRIGHTS [ ] 880 DEFEND TRADE SECRETS ACT | | [ ] 430 BANKS & BANKING |
| [ ] 151 MEDICARE ACT | [ ] 345 MARINE PRODUCT LIABILITY | [ ] 370 OTHER FRAUD | [ ] 830 PATENT | | [ ] 450 COMMERCE |
| [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 350 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION | | [ ] 460 DEPORTATION |
| | [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY | | [ ] 840 TRADEMARK | | [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 360 OTHER PERSONAL INJURY | [ ] 380 OTHER PERSONAL PROPERTY DAMAGE | **LABOR** | **SOCIAL SECURITY** | [ ] 480 CONSUMER CREDIT |
| | [ ] 362 PERSONAL INJURY - MED MALPRACTICE | [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY | [ ] 710 FAIR LABOR STANDARDS ACT | [ ] 861 HIA (1395ff) | [ ] 485 TELEPHONE CONSUMER PROTECTION ACT |
| [ ] 160 STOCKHOLDERS SUITS | | | | [ ] 862 BLACK LUNG (923) | |
| [ ] 190 OTHER CONTRACT | | | [ ] 720 LABOR/MGMT RELATIONS | [ ] 863 DIWC/DIWW (405(g)) | [ ] 490 CABLE/SATELLITE TV |
| [ ] 195 CONTRACT PRODUCT LIABILITY | | **PRISONER PETITIONS** | [ ] 740 RAILWAY LABOR ACT | [ ] 864 SSID TITLE XVI | [ ] 850 SECURITIES/COMMODITIES/EXCHANGE |
| | **ACTIONS UNDER STATUTES** | [ ] 463 ALIEN DETAINEE [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255 | [ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA) | [ ] 865 RSI (405(g)) | |
| [ ] 196 FRANCHISE | **CIVIL RIGHTS** | [ ] 530 HABEAS CORPUS [ ] 535 DEATH PENALTY [ ] 540 MANDAMUS & OTHER | [ ] 790 OTHER LABOR LITIGATION | **FEDERAL TAX SUITS** | [ ] 890 OTHER STATUTORY ACTIONS |
| | [ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner) | | [ ] 791 EMPL RET INC SECURITY ACT (ERISA) | [ ] 870 TAXES (U.S. Plaintiff or Defendant) | [ ] 891 AGRICULTURAL ACTS |
| **REAL PROPERTY** | [ ] 441 VOTING | | | [ ] 871 IRS-THIRD PARTY 26 USC 7609 | [ ] 893 ENVIRONMENTAL MATTERS |
| [ ] 210 LAND CONDEMNATION | [ ] 442 EMPLOYMENT | | **IMMIGRATION** | | [ ] 895 FREEDOM OF INFORMATION ACT |
| [ ] 220 FORECLOSURE | [ ] 443 HOUSING/ACCOMMODATIONS | **PRISONER CIVIL RIGHTS** | [ ] 462 NATURALIZATION APPLICATION | | [ ] 896 ARBITRATION |
| [ ] 230 RENT LEASE & EJECTMENT | [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT | [ ] 550 CIVIL RIGHTS [ ] 555 PRISON CONDITION [ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT | [ ] 465 OTHER IMMIGRATION ACTIONS | | [ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION |
| [ ] 240 TORTS TO LAND | [ ] 446 AMERICANS WITH DISABILITIES -OTHER | | | | [ ] 950 CONSTITUTIONALITY OF STATE STATUTES |
| [ ] 245 TORT PRODUCT LIABILITY | [ ] 448 EDUCATION | | | | |
| [ ] 290 ALL OTHER REAL PROPERTY | | | | | |

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____    OTHER _____    JUDGE  Hon. Nelson S. Roman    DOCKET NUMBER 7:21-cv-07532

*Check YES only if demanded in complaint*
JURY DEMAND:  [ ] YES  [ ] NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)  **ORIGIN**

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation (Transferred)
[ ] 7 Appeal to District Judge from Magistrate Judge

[X] a. all parties represented
[ ] b. At least one party is pro se.

[ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)        **BASIS OF JURISDICTION**        *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[X] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)   [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)




DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)




DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:




**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [X] WHITE PLAINS    [ ] MANHATTAN

DATE 9/21/2021    /s/ Linda A. Riffkin
SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. Nov.  Yr. 1985 )
Attorney Bar Code # 2017689

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

## Attachment A

| **Appellant** | **Appellant's Attorneys** |
|---|---|
| William K. Harrington, United States Trustee | Ramona D. Elliott<br>Deputy Director/General Counsel<br>P. Matthew Sutko<br>Associate General Counsel<br>Sumi Sakata<br>Beth Levene<br>Wendy Cox<br>Trial Attorneys<br>Department of Justice<br>Executive Office for<br>  United States Trustees<br>441 G Street, N.W., Suite 6150<br>Washington, DC  20530<br>Tel.: (202) 307-1399<br>    -and-<br>Linda A. Riffkin<br>Assistant United States Trustee<br>Paul K. Schwartzberg<br>Benjamin J. Higgins<br>Andrew D. Velez-Rivera<br>Trial Attorneys<br>Department of Justice<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY  10014<br>Tel.: (212) 510-0500 |
| **Appellees**<br><br>Purdue Pharma L.P.,<br><br>Purdue Pharma Inc.,<br><br>Purdue Transdermal Technologies L.P.,<br><br>Purdue Pharma Manufacturing L.P.,<br><br>Purdue Pharmaceuticals L.P.,<br><br>Imbrium Therapeutics L.P., | **Appellees' Attorneys**<br><br>(For all Debtors)<br>Marshall S. Huebner<br>Christopher Robertson<br>Benjamin S. Kaminetzky<br>Timothy Graulich<br>Eli Vonnegut<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel.: (212) 450-4000 |

| | |
|---|---|
| Adlon Therapeutics L.P., | |
| Greenfield BioVentures L.P., | |
| Seven Seas Hill Corp., | |
| Ophir Green Corp., | |
| Purdue Pharma of Puerto Rico, | |
| Avrio Health L.P., | |
| Purdue Pharmaceutical Products L.P., | |
| Purdue Neuroscience Company, | |
| Nayatt Cove Lifescience Inc., | |
| Button Land L.P., | |
| Rhodes Associates L.P., | |
| Paul Land Inc., | |
| Quidnick Land L.P., | |
| Rhodes Pharmaceuticals L.P., | |
| Rhodes Technologies, | |
| UDF LP, | |
| SVC Pharma LP, and | |
| SVC Pharma Inc.<br>(Debtors) | |
| The Raymond Sackler Family/Side B of the Sackler Family | Gerard Uzzi<br>Alexander B. Lees<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY  10001<br>Tel.: (212) 530-5000<br>    -and-<br>Gregory P. Joseph<br>Mara Leventhal |

| | |
|---|---|
| The Mortimer Sackler Family/Side A of the Sackler Family | Joseph Hage Aaronson LLC<br>485 Lexington Avenue, 30th Floor<br>New York, NY  10017<br>Tel.: (212) 407-1200<br><br>Jasmine Ball<br>Maura Kathleen Monaghan<br>Jeffrey J. Rosen<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY  10022<br>Tel.: (212) 909-6000 |
| **Additional Appellants** | **Additional Appellants' Attorneys** |
| State of Washington | Matthew J. Gold<br>Robert M. Tuchman<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY  10110<br>Tel.: (212) 986-6000<br>         -and-<br>Robert W. Ferguson<br>Attorney General<br>Tad Robinson O'Neill<br>Assistant Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA  98104<br>Tel.: (206) 254-0570 |
| The District of Columbia | Matthew J. Gold<br>Robert M. Tuchman<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY  10110<br>Tel.: (212) 986-6000<br>         -and-<br>Karl A. Racine<br>Attorney General<br>Kathleen Konopka<br>Deputy Attorney General<br>Public Advocacy Division<br>Office of the Attorney General<br>400 Sixth Street, N.W., 10th Floor<br>Washington, DC  20001<br>Tel.: (202) 727-3400 |

| | |
|---|---|
| State of Maryland | Brian E. Frosh<br>Attorney General of Maryland<br>Brian T. Edmunds<br>Assistant Attorney General<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place<br>Baltimore, MD  21202<br>Tel.: (410) 576-6578 |
| State of Connecticut | Irve J. Goldman<br>Pullman & Comley, LLC<br>850 Main Street, 8th Floor<br>P.O. Box 7006<br>Bridgeport, CT  06601<br>Tel.: (203) 330-2213 |
| City of Grande Prairie as Representative Plaintiff for a Class Consisting of All Canadian Municipalities, the Cities of Brantford, Grand Prairie, Lethbridge, and Wetaskiwin | Allan Underwood II<br>Lite DePalma Greenberg & Afanador, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ  07102<br>Tel.: (973) 623-3000 |
| The Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People, the Peter Ballantyne Cree Nation on behalf of itself, and the Lac La Ronge Indian Band | Allen J. Underwood II<br>Lite DePalma Greenberg & Afanador, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ  07102<br>Tel.: (973) 623-3000 |