# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

In re Purdue Pharma L.P., et al.

William K. Harrington, United States Trustee

| Plaintiff | Case Number |
|---|---|
| vs. | Bankruptcy Case No. 19-23649 (RDD) |
| Purdue Pharma L.P., et al. | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

In re Purdue Pharma L.P., et al.

The State of Washington

| Plaintiff | Case Number |
|---|---|
| vs. | Bankruptcy Case No. 19-23649 (RDD) |
| Purdue Pharma L.P., et al. | |
| Defendant | |

Status of Earlier Filed Case:

| ☐ Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.) |
| ✓ Open | (If so, set forth procedural status and summarize any court rulings.) |

Bankruptcy Appeal - Docketed in the district court on September 9, 2021 as Case No. 7:21-cv-7532-NSR.

A second related appeal styled The District of Columbia v. Purdue Pharma L.P. (In re Purdue Pharma L.P.), Case Number 7:21-cv-7585-UA, was docketed in the district court on September 10, 2021 and referred to Judge Nelson S. Roman as possibly related to 21-cv-7532.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This appeal, like the two earlier filed bankruptcy appeals, challenges the order confirming the debtors' plan of reorganization in In re Purdue Pharma L.P., Bankr. No. 19-23649 (RDD). (See Local Rule 13(a)(1)) (Bankruptcy appeals are deemed related if they arise from the same order or judgment of the bankruptcy court).

Signature: /s/ Linda A. Riffkin, Assistant United States Trustee      Date: Sept. 21, 2021

Firm: Department of Justice
Office of the United States Trustee