**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

<u>**AFFIDAVIT OF SERVICE**</u>

I, Rohany Tejada, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Movant of Docket No. 3526 (MMLID: 12078266), at an address that has been redacted due to the confidentiality provisions of the *Order Establishing (I) Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof* [Docket No. 800] (the "Bar Date Order"):

- Order Granting Late Claim Motion [Docket No. 3772]

- Notice of Deadlines Requiring Filing of Proofs of Claim[2]

- Extended Bar Date Cover Letter, a copy of which is attached hereto as <u>**Exhibit A**</u>

- General Opioid Claimant Proof of Claim Form

- Governmental Opioid Claimant Proof of Claim Form

- Non-Opioid Claimant Proof of Claim Form

- Personal Injury Claimant Proof of Claim Form

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.
[2] Unless otherwise defined herein, capitalized terms herein carry the meaning ascribed to them in the Bar Date Order.

Dated: September 21, 2021

/s/ Rohany Tejada
Rohany Tejada

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 21, 2021, by Rohany Tejada, proved to
me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ KELSEY LYNNE GORDON
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 56608

**<u>Exhibit A</u>**

## **Important**

- In light of the ongoing COVID-19 pandemic, the U.S. Bankruptcy Court for the Southern District of New York has granted a 30-day extension of the deadline to file a claim against Purdue Pharma L.P., including claims related to Purdue prescription opioids, like OxyContin.  The new deadline or "bar date" is **Thursday, July 30, 2020, at 5:00 p.m. (Prevailing Eastern Time)**.

  If someone thinks they have suffered harm from Purdue or its prescription opioids, they have the right to file a claim, even if they also have received reimbursement from insurance, but they may lose the right to do so if they do not file a claim by the extended bar date.

- If you have a question regarding the Notice, you may contact Prime Clerk LLC at either (844) 217-0912 (Toll Free) or +1 (347) 859-8093 (International), email purduepharmainfo@primeclerk.com or visit PurduePharmaClaims.com. Please note that Prime Clerk cannot provide legal advice, nor can it advise you as to whether you should file a proof of claim. A holder of a possible claim against the Debtors should consult an attorney regarding any matters not covered by the Notice, such as whether the holder should file a proof of claim.