| | |
|---|---|
| **From:** | Leslie Wybiral |
| **To:** | Schwartzberg, Paul (USTP); apreis@akingump.com; NYSBml_Drain"s_Chambers; Higgins, Benjamin J. (USTP); PURDUE UCC APPEAL TEAM; Hurley, Mitchell; Brauner, Sara; keckstein_kramerlevin.com; rringer@kramerlevin.com; Dblabey@kramerlevin.com; kmaclay@capdale.com; sbickford@mbfirm.com; hisrael_lplegal.com; Barrett, Don (External); smm@cliffordlaw.com; MONeil@taftlaw.com; nicholas.kajon@stevenslee.com; Barnes, Lauren (External); Fischer, Mark D . (External); roe@frazer.law; CMehri@findjustice.com; mpiers_hsplegal.com; jkarsh@findjustice.com; Shore, Chris (External); Shepherd, Michael (External); laura.femino@whitecase.com; alice.tsier@whitecase.com; Higgins, Sean (External); michele.meises@whitecase.com; Fogelman, Lawrence (USANYS); Aronoff, Peter (USANYS); Levine, Danielle (USANYS); jwstahl@debevoise.com; mkmonaghan@debevoise.com; jball@debevoise.com; kfell@milbank.com; alees@milbank.com; guzzi@milbank.com; mleventhal@jhany.com; btaylor@jhany.com; Gold, Matthew (External); bedmunds@oag.state.md.us; stonnesen@oag.state.md.us; aunderwood@litedepalma.com; Kaminetzky, Benjamin S.; Eric B. Fisher; Vonnegut, Eli J.; McClammy, James I.; Tobak, Marc J.; McCarthy, Gerard; Cardillo, Garrett; Stefanik, Sean; Consla, Dylan A.; Robertson, Christopher; Benedict, Kathryn S.; Andrews, Anne (External) |
| **Subject:** | In re: Purdue Pharma L.P. et al., No. 19-23649 |
| **Date:** | Friday, September 17, 2021 5:01:01 PM |

Counsel:

The Court will hold a status/scheduling conference on **Thursday, September 30, 2021 at 2:00 p.m.** The conference will be on-the-record via Zoom. Debtors' counsel please file a notice of hearing this afternoon.

Leslie Wybiral, Esq., MLIS

Career Law Clerk to the Hon. Robert D. Drain

United States Bankruptcy Court

Southern District of New York

300 Quarropas Street

White Plains, NY 10601

Leslie_Wybiral@nysb.uscourts.gov

(914) 467-7090