UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        :
In re                                                   :         Chapter 11
                                                        :
PURDUE PHARMA L.P., *et al.*,                           :         Case No. 19-23649 (RDD)
                                                        :
                                      Debtors.          :         (Jointly Administered)
                                                        :
------------------------------------------------------- x

**ORDER SHORTENING NOTICE AND SCHEDULING HEARING WITH RESPECT TO
THE UNITED STATES TRUSTEE'S EXPEDITED MOTION TO EXTEND THE
AUTOMATIC STAY OF THE CONFIRMATION ORDER
AND FOR A LIMITED STAY OF THE RELATED ORDERS PENDING RESOLUTION
OF HIS EXPEDITED MOTION FOR A STAY PENDING APPEAL**

Upon the motion (the "Motion") of William K. Harrington (the "United States Trustee")

for entry of an order (this "Order") shortening the notice period with respect to the *United States*

*Trustee's Expedited Motion to Extend the Automatic Stay of the Confirmation Order and for a*

*Limited Stay of The Related Orders Pending Resolution of His Expedited Motion for a Stay*

*Pending Appeal* ("Bridge Order Motion"); and the Court having jurisdiction to consider the

Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended

Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of

the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b);

and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and

proper notice of the Motion having been provided, and it appearing that no other or further notice

need be provided; and the Court having determined that the legal and factual bases set forth in

the Motion establish just cause for the relief granted herein; and upon all of the proceedings had

before the Court and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED, as set forth herein.

2.      Notice of the Bridge Order Motion as provided therein shall be deemed good and sufficient notice of such Bridge Order Motion.

3.      A hearing (the "Hearing") to consider the relief requested in the Bridge Order Motion will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601 on **September 30, 2021, at 2:00 p.m.** (Prevailing Eastern Time).

4.      The responses or objections to the Bridge Order Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures entered on November 18, 2019 [ECF No. 498] (the "Case Management Order"), and shall be filed with the Court (a) by registered users of the Court's case filing system, electronically in accordance with General Order M–399 (which can be found at http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers as set forth in the Case Management Order), in accordance with the customary practices of the Court and General Order M–399, to the extent applicable, and served so as to be actually received no later than **September 27, 2021**, at 12:00 p.m. (Prevailing Eastern Time)—on the Master Service List (as defined in the Case Management Order).

5.      Notwithstanding any rule to the contrary, this Order shall take effect immediately upon entry.

6.       The Court shall retain jurisdiction to hear and determine all matters arising from

or related to the implementation, interpretation, and enforcement of this Order.

White Plains, New York
Dated:  **XXXXX, 2021**

 

                                     _____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE