UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                :

In re                                              :         Chapter 11
                                                :

PURDUE PHARMA L.P., *et al.*,           :         Case No. 19-23649 (RDD)
                                                :

                             Debtors.     :         Jointly Administered
                                                :

------------------------------------------------------- x

## CERTIFICATE OF SERVICE

    PAUL K. SCHWARTZBERG, hereby affirms under penalty of perjury that the forgoing is true and correct:

    1.    I am an attorney with the Office of the United States Trustee for the Southern District of New York.

    2.    On September 22, 2021, I caused the following pleadings to be served by the method set forth on the Master Service List as indicated in Exhibit A and Exhibit B attached hereto:

United States Trustee's Amended Notice of Appeal of Confirmation Order and Order Approving Disclosure Statement [ECF No. 3799]

Amended Memorandum of Law In Support of United States Trustee's Expedited Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 [ECF No. 3801]

Memorandum Of Law In Support Of United States Trustee's Expedited Motion To Extend The Automatic Stay Of The Confirmation Order And For A Limited Stay Of The Related Orders Pending Resolution Of His Expedited Motion For A Stay Pending Appeal (Docket No. 3803);

United States Trustee's Ex Parte Motion For An Order Shortening Notice And Scheduling Hearing With Respect To The United States Trustee's Expedited Motion To Extend The Automatic Stay Of The Confirmation Order And For A Limited Stay Of The Related Orders Pending Resolution Of His Expedited Motion For A Stay Pending Appeal (Docket No. 3804).

                                                                       /s/ *Paul K. Schwartzberg*
                                                                        Paul K. Schwartzberg