AO 85A (Rev. 02/17) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

Ronald Bass, Sr. )
Plaintiff )
v. ) Civil Action No.
State of New Jersey, et al., )
Defendant )

## NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title).*

Motions: For discovery pursuant to Federal Rule 26 of the Civil Procedure, 26-37, Rule 45 and local Cicivl Ruless any discovery of me supporting terrorism or gun related crimes or possesion of a unlawful fire arm, etc.

| Printed names of parties and attorneys | Signatures of parties or attorneys | Dates |
|---|---|---|
| Ronald Bass, Sr. | Ronald Bass Sr. | 9-25-21 |
| Marvin G. Richardson, et al., ATF | | |
| Andrew Bruck, et al., NJ Acting Atty. General, et al., | | |

### Reference Order

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: _____

_____
District Judge's signature

_____
Printed name and title

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Ronald Bass, Sr., et al.,

| Plaintiff | Case Number |
|---|---|
| vs. | |
| Purdue Pharma L.P., et al., | |
| The State of New Jersey, et al., | |
| Defendant | |

### Full Caption of Earlier Filed Case:
(including in bankruptcy appeals the relevant adversary proceeding)

Ronald Bass, Sr., et al.,

| Plaintiff | Case Number |
|---|---|
| vs. | 19-23649 (RDD) |
| Purdue Pharma, L.P., et al., | |
| Defendant | |

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open     (If so, set forth procedural status and summarize any court rulings.)

The decision of the U.S. Bankrutcy Court sheilds the shareholders and stakeholders, et al., from their liabilities and wrongful conduct as alter egos of the action the State of New Jersey public and private entities of Purdue Pharma, L.P., et al., investors.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The State of New Jersey, et al., are public entities that are certified recipients of federal fundings for maney in the form of contract, grants, laons or other financial assistance, pursuant to the Spending Clause and General Welfair Clause of the U.S. Constitution in pursuit of the American with Disabilities Act of 1990 and as amended.

Their's nothing or has been physiacally providen or shown why I was denied services for my opioid addiction or any-related allegations survivied due process and equal opportunate to be confronted by State of New Jersey or New York reason of a restrictions of "gun(s)" or related crimes of violence or possesion of fire arms or facts of any terroristic support involation to Article III, Section 3, Cl.1, "Treason aganist the United States".

Refer to, Eric H. Holder, Jr., Attorney General, et al., v. Humanitarian Law Project, et al., v. Eric H. Holder Jr., Attorney Gernal, et al., 130 S.Ct. 2705 (2010) 56 U.S. 1; The State of New Jersey, et al., have provided misleading information to the United States Federal Courts to challenge the intent of the U.S.Congress through their conspiracy of manufacturing allegation against me for an ex pose facto punishment or justification for denying and discriminating against me of the equal opportunaty to participate in full services, programs for my son's medical conditions and employment(s) due to my previous drug addiction many years earlier and opioid addiction as reflected in my Tag-along claims filed with the United States Judicial Panel on Multidistrict Litigation, MDL No. 2804.

The Panel advised all parties to employ alternative to my transfer to minimize whatever, if any possibilities may arise of duplicative discovery and/or inconsistent pretrial rulings. see attached Panel decision.

Signature: _____    Date: _____

Firm: _____

Page 2

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION         MDL No. 2804

ORDER DENYING TRANSFER

**Before the Panel:**[*] *Pro se* Plaintiff Ronald Bass, Sr., in a district of New Jersey action moves under Section 1407 (c) to transfer the action, listed on Schedule A, to the Northern District of Ohio for inclusion in MDL No. 2804. No party opposed the motion.

After considering the parties' arguments, we find that transfer of this action is not appropriate. In our order centralizing this litigation, we held that the Northern District of Ohio was an appropriate Section 1407 forum for actions sharing factual questions regarding the allegedly improper marketing and distribution of various prescription opiate medications into states, cities, and towns across the country. *See In re Nat'l Prescription Opiate Litig.*, 290 F. Supp.3d 1375, 1378-79 (J.P.M.L. 2017). The *Bass* plaintiff argues that his use of certain manufacturing defendants' medications caused him to become addicted to opiates, depriving him of employment opportunities as a longshoreman and at a Honda dealership. He contends that he was wrongfully accused by a state court judge of antisocial behavior and drug-related conduct, which led to the loss of his apartment and revocation of his parental rights to his son. Plaintiff also contends he lost opportunities to pursue a "patent pending for diabetic footwear." Despite any factual overlap that *Bass* shares with the MDL actions, we find that adding *Bass* to the MDL at this time will not serve the just and efficient conduct of *Bass* or the MDL as a whole.

The parties can employ alternatives to transfer to minimize whatever, if any, possibilities may arise of duplicative discovery and/or inconsistent pretrial rulings. *See, e.g., In re Eli Lilly & Co. (Cephalexin Monohydrate) Patent Litigation*, 446 F. Supp. 242, 244 (J.P.M.L. 1978); *see also Manual for Complex Litigation, Fourth*, § 20.14 (2004).

---

[*] Judges Ellen Segal Huvelle and Nathaniel M. Gorton did not participate in the decision of this matter.

IT IS THEREFORE ORDERED that the motion, pursuant to 28 U.S.C. § 1407(c), for transfer of this action is denied.

PANEL ON MULTIDISTRICT LITIGATION

*[signature]*

Karen K. Caldwell
Chair

R. David Proctor            Catherine D. Perry
Matthew F. Kennelly         David C. Norton

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION    MDL No. 2804

## SCHEDULE A

<u>District of New Jersey</u>

BASS v. PURDUE PHARMA L.P., ET AL., C.A. No. 2:19-19709



| CHRIS CHRISTIE<br>*Governor* | **Office of the Public Defender** | T. GARY MITCHELL<br>*Director of Litigation* |
|---|---|---|
| YVONNE SMITH SEGARS<br>*Public Defender* | **Office of Parental Representation**<br>Northern Office<br>33 Washington Street,<br>Second Floor<br>Newark, New Jersey 07102<br>Tel: 973-792-1820<br>Fax 973-792-1837 | JANICE T. ANDERSON<br>*Managing Attorney, Northern Office* |

11 February 2011

Mr. Ronald Bass
6 Andrew St.
Green Brook, New Jersey 08812

        Re: I/M/O Nosaj Bass
        Docket No. FG 07-92-11

Dear Mr. Bass:

Please be advised that I am an Assistant Deputy Public Defender with the Office of Parental Representation for the Northern Region, Essex Vicinage. I have been assigned to represent you in your case with the Division of Youth and Family Services ("DYFS") concerning your child(ren).

The next court date is **FEBRUARY 28, 2011 at 9:00 a.m**. before Judge Garry Furnari, J.S.C. on the 9th Floor of the Wilentz Justice Complex located at 212 Washington Street, Newark, New Jersey. In order to be prepared for this hearing it is very important that we have the opportunity to meet before the court date. Please contact me at the above referenced phone number, ext. 2248 to set up a mutually agreeable time to meet and discuss your case. My office is located at the above address. However, I can also meet my clients in the conference rooms on the 10th floor of the Wilentz Justice Complex. The sooner we meet the more effective I will be in representing you in court.

Please note that it is imperative that you appear at every court hearing. Your failure to appear sends a negative message to the court and may result in the court entering a "default" against you. This "default" provides DYFS with the legal ability to file an action to terminate your

*[Handwritten note:]* The worst thing I done was allow this attorney to get away from me, she's one of the best, I regret every moment

parental rights, resulting in a trial where your rights to your children may indeed be terminated. Therefore, please be sure to attend all of your court appearances. I look forward to working with you on this matter.

Very truly yours,

Susan Herman, Esq.

Encl: Client Responsibility Form; Reimbursement Form

# **CLIENT RESPONSIBILITIES**

- Contact your attorney on a regular basis. DYFS will not and does not inform your attorney of what is going on in the case until a few days before the scheduled Court hearing. YOU as a client are the best source of information to your attorney. OPR attorneys can be reached at (973) 792-1820.

- Work with your DYFS worker. Be polite and calm. When a caseworker likes you, they will work harder for you. It is understandable that you are upset about the circumstances of the case, just be as polite and nice as possible under the circumstances.

- Keep DYFS and your attorney apprised of your phone number and address. If you move, let DYFS and your attorney know immediately.

- Inform your attorney of any problems you have with visitation.

- Inform your attorney of any problems you have receiving or while in services.

- Inform your attorney of any problems you have with DYFS.

- Have a good working relationship with your service providers. They write reports to DYFS. The better the reports are, the faster the case may go and the better you will appear to the Judge.

- Keep your attorney informed of everything that happens so that he/she can represent you fully in Court. If circumstances arise that may affect your case, contact your attorney immediately.

- Always be on time for visitation. Bring along a game or snack as appropriate. You are always being watched and judged while the case is in litigation. The better the relationship between you and your children, the better the case will be.