KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, New York 10110
Tel:  (212) 986-6000

*Counsel to the State of Washington*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| **Debtors.** | (Jointly Administered) |

------------------------------------ x

## AMENDED NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1:  Identify the appellant(s):**

1.  The State of Washington (the "State"), a Creditor.

**Part 2:  Identify the subject of this appeal**

2.  This appeal is from (i) the Decision of Judge Drain confirming the Debtors' Joint Chapter 11 Plan of Reorganization (the "Plan"), issued orally on September 1, 2021 and modified by the Court's Modified Bench Ruling dated September 17, 2021, dkt. # 3786 (the "Decision"); and (ii) the Order dated September 17, 2021 confirming the Plan, dkt. # 3787 (the "Order"). Copies of the Decision and the Order are enclosed as Exhibits A and B, respectively.

3.  This notice of appeal amends and supersedes the Notice of Appeal filed by the State on September 1, 2021, dkt. # 3724, in order to account for the September 17, 2021 Modified Bench Ruling and issuance of the Order.  This notice incorporates by reference the Civil Cover Sheet annexed to the original notice, together with each of the enclosures thereto.

Page **1**

**Part 3: Identify the other parties to the appeal**

4. The names of all other parties to the Decision and Order, and the names, addresses and telephone numbers of their respective attorneys, are as follows:

| | **Party** | **Attorney** |
|---|---|---|
| 1. | Purdue Pharma L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 2. | Purdue Pharma Inc. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 3. | Purdue Transdermal Technologies L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 4. | Purdue Pharma Manufacturing L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 5. | Purdue Pharmaceuticals L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 6. | Imbrium Therapeutics L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 7. | Adlon Therapeutics L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 8. | Greenfield BioVentures L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |

| | | |
|---|---|---|
| 9. | Seven Seas Hill Corp. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 10. | Ophir Green Corp. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 11. | Purdue Pharma of Puerto Rico | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 12. | Avrio Health L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 13. | Purdue Pharmaceutical Products L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 14. | Purdue Neuroscience Company | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 15. | Nyatt Cove Lifescience Inc. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 16. | Button Land L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 17. | Rhodes Associates L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 18. | Paul Land Inc. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017 |

|     |     |     |
| --- | --- | --- |
|     |     | Tel: (212) 450-4000 |
| 19. | Quidnick Land L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| 20. | Rhodes Pharmaceuticals L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| 21. | Rhodes Technologies | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| 22. | UDF LP | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| 23. | SVC Pharma LP | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| 24. | SVC Pharma Inc. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |

**Part 4:  Optional election to have appeal heard by District Court**

5. Appellant already has elected to have this appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.  The appeal has been assigned index number 21-07532 in the District Court.

**Part 5:  Sign below**

Dated: September 23, 2021
       New York, New York

Respectfully submitted,

| | |
|---|---|
| KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. | ROBERT W. FERGUSON<br>Attorney General of the State of Washington |
| By:  */s/ Matthew J. Gold*<br>Matthew J. Gold<br>Robert M. Tuchman | By:  */s/ Tad Robinson O'Neill*<br>Tad Robinson O'Neill |
| 500 Fifth Avenue<br>New York, New York 10110<br>Tel:  (212) 986-6000<br>Fax:  (212) 986-8866<br>E-mail:   mgold@kkwc.com<br>              rtuchman@kkwc.com | Assistant Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104<br>Tel:  (206) 254-0570<br>E-mail:  tad.oneill@atg.wa.gov |
| *Attorneys for the State of Washington* | *Attorneys for the State of Washington* |

**CERTIFICATE OF SERVICE**

      I, Juliet Remi, hereby certify that, on September 23, 2021, I caused true and correct copies of the foregoing document to be served (i) by the Court's Case Management/Electronic Case File (CM/ECF) System to all parties who are deemed to have consented to electronic service; (ii) by e-mail upon the parties who provided e-mail addresses set forth in the Master Service List maintained by the Debtors in respect of these chapter 11 cases; and (iii) by e-mail upon the Office of the United States Trustee for the Southern District of New York (Attn: Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

                                                      */s/ Juliet Remi*
                                                       Juliet Remi