ROB BONTA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General
JUDITH A. FIORENTINI (pro hac vice)
BERNARD A. ESKANDARI (pro hac vice)
Supervising Deputy Attorneys General
MICHELLE BURKART (pro hac vice)
TIMOTHY D. LUNDGREN (pro hac vice)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 (213) 269-6348
 bernard.eskandari@doj.ca.gov

*Attorneys for the State of California and
the People of the State of California*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## NOTICE OF APPEAL

**I.    IDENTIFY THE APPELLANT(S):**

1.     The State of California and the People of the State of California, by and through

Attorney General Rob Bonta.

2.     Position of appellants: Creditor.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).

1

II.   **IDENTIFY THE SUBJECT OF THIS APPEAL**

1.      This appeal is from the *Modified Bench Ruling on Request for Confirmation of Eleventh Amended Joint Chapter 11 Plan* ("Ruling") [Dkt. #3786] and the *Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* ("Order") [Dkt. #3787]. Copies of the Ruling and the Order are attached as Attachment 1 and 2, respectively.

2.      The Ruling and Order were entered on September 17, 2021.

III.   **IDENTIFY THE OTHER PARTIES TO THE APPEAL**

The names of all parties to the Ruling and Order, and the names, addresses and telephone numbers of their respective attorneys, are as follows:

| **PARTY** | **ATTORNEY** |
|---|---|
| **Appellees** | |
| Purdue Pharma L.P. | Marshall S. Huebner |
| Purdue Pharma Inc. | Christopher Robertson |
| Purdue Transdermal Technologies L.P. | Benjamin S. Kaminetzky |
| Purdue Pharma Manufacturing L.P. | Timothy Graulich |
| Purdue Pharmaceuticals L.P. | Eli Vonnegut |
| Imbrium Therapeutics L.P. | Davis Polk & Wardwell LLP |
| Adlon Therapeutics L.P. | 450 Lexington Avenue |
| Greenfield BioVentures L.P. | New York, NY 10017 |
| Seven Seas Hill Corp. | Tel.: (212) 450-4000 |
| Ophir Green Corp. | |
| Purdue Pharma of Puerto Rico | |
| Avrio Health L.P. | |
| Purdue Pharmaceutical Products L.P. | |
| Purdue Neuroscience Company | |
| Nyatt Cove Lifescience Inc. | |
| Button Land L.P. | |
| Rhodes Associates L.P. | |
| Paul Land Inc. | |
| Quidnick Land L.P. | |
| Rhodes Pharmaceuticals L.P. | |
| Rhodes Technologies | |
| UDF LP | |
| SVC Pharma LP | |
| SVC Pharma Inc. | |

| | |
|---|---|
| Raymond Sackler Family/Side B of the Sackler Family | Gerard Uzzi<br>Alexander B. Lees<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001<br>Tel.: (212) 530-5000<br>-and-<br>Gregory P. Joseph<br>Mara Leventhal<br>Joseph Hage Aaronson LLC<br>485 Lexington Avenue, 30th Floor<br>New York, NY 10017<br>Tel.: (212) 407-1200 |
| Mortimer Sackler Family/Side A of the Sackler Family | Jasmine Ball<br>Maura Kathleen Monaghan<br>Jeffrey J. Rosen<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 909-6000 |

**Additional Appellants** (as of the filing date)

| | |
|---|---|
| United States Trustee | Ramona D. Elliott<br>Deputy Director/General Counsel<br>P. Matthew Sutko<br>Associate General Counsel<br>Sumi Sakata<br>Beth Levene<br>Wendy Cox<br>Trial Attorneys<br>Department of Justice<br>Executive Office for United States Trustees<br>441 G Street, N.W., Suite 6150<br>Washington, DC 20530<br>Tel.: (202) 307-1399<br>-and-<br>William K. Harrington<br>United States Trustee for Region 2<br>Linda A. Riffkin<br>Assistant United States Trustee<br>Paul K. Schwartzberg<br>Benjamin J. Higgins<br>Andrew D. Velez-Rivera |

|                              |                                                                                                                                                                                                                                             |
|------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                              | Trial Attorneys<br>Department of Justice<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>Tel.: (212) 510-0500                                                 |
| State of Washington          | Matthew J. Gold<br>Robert M. Tuchman<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel.: (212) 986-6000<br>-and-<br>Robert W. Ferguson<br>Attorney General<br>Tad Robinson O'Neill<br>Assistant Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Tel.: (206) 254-0570 |
| The District of Columbia     | Matthew J. Gold<br>Robert M. Tuchman<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel.: (212) 986-6000<br>-and-<br>Karl A. Racine<br>Attorney General<br>Kathleen Konopka<br>Deputy Attorney General<br>Public Advocacy Division<br>Office of the Attorney General<br>400 Sixth Street, N.W., 10th Floor<br>Washington, DC 20001<br>Tel.: (202) 727-3400 |
| State of Maryland            | Brian E. Frosh<br>Attorney General of Maryland<br>Brian T. Edmunds<br>Assistant Attorney General<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place |

4

Baltimore, MD 21202
Tel.: (410) 576-6578

State of Connecticut

Irve J. Goldman
Pullman & Comley, LLC
850 Main Street, 8th Floor
P.O. Box 7006
Bridgeport, CT 06601
Tel.: (203) 330-2213

City of Grande Prairie as Representative
Plaintiff for a Class Consisting of All Canadian
Municipalities, the Cities of Brantford, Grand
Prairie, Lethbridge, and Wetaskiwin

Allan Underwood II
Lite DePalma Greenberg & Afanador, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel.: (973) 623-3000

The Peter Ballantyne Cree Nation on behalf of
All Canadian First Nations and Metis People,
the Peter Ballantyne Cree Nation on behalf of
itself, and the Lac La Ronge Indian Band

Dated: Los Angeles, CA
       September 24, 2021

Respectfully submitted,

*/s/ Bernard A. Eskandari*
BERNARD A. ESKANDARI
Supervising Deputy Attorney General

**CERTIFICATE OF SERVICE**

I, Bernard A. Eskandari, hereby certify that, on September 24, 2021, I caused true and correct copies of the foregoing document and its attachments to be served by (i) the Court's Case Management/Electronic Case File (CM/ECF) System to all parties who are deemed to have consented to electronic service; (ii) email upon the parties who provided email addresses set forth in the Master Service List maintained by the Debtors in respect of these chapter 11 cases; and (iii) email upon the chambers of the Honorable Judge Robert D. Drain (rdd.chambers@nysb.uscourts.gov) and the Office of the United States Trustee for the Southern District of New York (paul.schwartzberg@usdoj.gov).

*/s/ Bernard A. Eskandari*
BERNARD A. ESKANDARI