Irve J. Goldman
PULLMAN & COMLEY, LLC
850 Main Street, 8th Floor
PO Box 7006
Bridgeport, CT 06601-7006
(203) 330-2213
igoldman@pullcom.com
*Counsel to the State of Connecticut,*
*William Tong, Attorney General*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | |
| | ) | |
| **PURDUE PHARMA, L.P., et al,**[1] | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **Case No. 19-23649 (RDD)** |
| | ) | |

_____

## AMENDED NOTICE OF APPEAL

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):  State of Connecticut, William Tong, Attorney General

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
__Plaintiff
__Defendant
__ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
__ Debtor
_x_ Creditor
__ Trustee
__ Other (describe)

---

[1] In addition to Purdue Pharma, L.P., the debtors in these chapter 11 cases ("Debtors" or "Purdue"), along with the last four digits of their federal tax identification numbers, are Purdue Pharma Manufacturing L.P. (3821), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies K.P. (1868), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (6166), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' principal offices are at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

Doc. I.D. No. 3787 – This appeal is from the Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (attached as Exhibit "A"), as accompanied by the Modified Bench Ruling on Request for Confirmation of Eleventh Amended Joint Chapter 11 Plan (Doc. I.D. No. 3786) (attached as Exhibit "B").

2. State the date on which the judgment, order, or decree was entered:

September 17, 2021.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| PARTY REPRESENTED BY: | REPRESENTED BY: |
|---|---|
| **Appellees** | |
| Purdue Pharma L.P. | Marshall S. Huebner |
| Purdue Pharma Inc. | Christopher Robertson |
| Purdue Transdermal Technologies L.P. | Benjamin S. Kaminetzky |
| Purdue Pharma Manufacturing L.P. | Timothy Graulich |
| Purdue Pharmaceuticals L.P. | Eli Vonnegut |
| Imbrium Therapeutics L.P. | Davis Polk & Wardwell LLP |
| Adlon Therapeutics L.P. | 450 Lexington Avenue |
| Greenfield BioVentures L.P. | New York, NY 10017 |
| Seven Seas Hill Corp. | Tel: (212) 450-4000 |
| Ophir Green Corp. | |
| Purdue Pharma of Puerto Rico | |
| Avrio Health L.P. | |
| Purdue Pharmaceutical Products L.P. | |
| Purdue Neuroscience Company | |
| Nayatt Cove Lifescience Inc. | |
| Button Land L.P. | |
| Rhodes Associates L.P. | |
| Paul Land Inc. | |
| Quidnick Land L.P. | |
| Rhodes Pharmaceuticals L.P. | |
| Rhodes Technologies | |
| UDF LP | |
| SVC Pharma LP | |
| SVC Pharma Inc. | |

| | |
|---|---|
| Raymond Sackler Family/Side B of the Sackler | Gerard Uzzi<br>Alexander B. Lees<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 1001<br>Tel: (212) 530-5000 |
| Mortimer Sackler Family/Side A of the Sackler | Jasmine Ball<br>Maura Kathleen Monaghan<br>Jeffrey J. Rosen<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022 |

**Additional Appellants**

| | |
|---|---|
| State of Washington | Matthew J. Gold<br>Robert M. Tuchman<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel.: (212) 986-6000<br><br>-and-<br><br>Robert W. Ferguson<br>Attorney General<br>Tad Robinson O'Neill<br>Assistant Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Tel.: (206) 254-0570 |
| The District of Columbia | Matthew J. Gold<br>Robert M. Tuchman<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel.: (212) 986-6000<br><br>-and-<br><br>Karl A. Racine<br>Attorney General<br>Kathleen Konopka<br>Deputy Attorney General |

Public Advocacy Division
Office of the Attorney General
400 Sixth Street, N.W., 10th Floor
Washington, DC 20001
Tel.: (202) 727-3400

William K. Harrington
United States Trustee, Region 2

Linda A. Riffkin
Assistant United States Trustee
Paul K. Schwartzberg
Benjamin J. Higgins
Andrew D. Velez-Rivera
Trial Attorneys
Department of Justice
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Tel: (212) 510-0500
Email: linda.riffkin@usdoj.gov

-and-

Ramona D. Elliott
Deputy Director/General Counsel
P. Matthew Sutko
Associate General Counsel
Sumi Sakata
Beth Levene
Wendy Cox
Trial Attorneys
Department of Justice
Executive Office for United States Trustee
441 G Street, N.W., Suite 6150
Washington, DC 20530
Tel: (202) 307-1399
Email: ramona.elliott@usdoj.gov

State of Maryland

Brian T. Edmunds
Assistant Attorney General
Office of the Attorney General of Maryland
200 Saint Paul Place
Baltimore, MD 21202
Tel: (410) 576-6578
bedmunds@oag.state.md.us

| City of Grande Prairie as Representative Plaintiff for a Class Consisting of All Canadian Municipalities, the Cities of Brantford, Grand Prairie, Lethbridge, and Wetaskiwin | Allan Underwood II<br>Lite DePalma Greenberg & Afanador, LLC<br>570 Broad Street, suite 1201<br>Newark, NJ 07102<br>Tel: (973) 623-3000 |
|---|---|
| The Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People, The Peter Ballantyne Cree Nation on behalf of Itself, and the Lac La Ronge Indian Band | Allen Underwood II<br>Lite DePalma Greenberg & Afanador, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>Tel: (973) 623-3000 |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Dated:  September 24, 2021                    Respectfully submitted,

**PULLMAN & COMLEY, LLC**

*/s/Irve J. Goldman*
Irve J. Goldman, Esq. (ct02404)
850 Main Street, 8th Floor
P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone: (203) 330-2213
Facsimile: (203) 576-8888
E-mail:  jgoldman@pullman.com

*Attorneys for the State of Connecticut, William Tong, Attorney General*

**CERTIFICATE OF SERVICE**

I, Irve J. Goldman, Esq., hereby certify that on September 24, 2021, I caused true and correct copies of the foregoing Notice of Appeal to be served (i) by the Court's Case Management/Electronic Case File (CM/ECF) System upon all parties who are deemed to have consented to electronic service; (ii) by email upon the parties who provided email addresses set forth in the Master Service List maintained by the Debtors in respect of these chapter 11 cases; and (iii) by email upon the Office of the United States Trustee for the Southern District of New York (Attn: Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

Dated:  Bridgeport, Connecticut
        September 24, 2021

                                        */s/Irve J. Goldman*
                                        Irve J. Goldman, Esq.

ACTIVE/81979.1/IJG/9819743v1