# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

In re Purdue Pharma, L.P., et al

State of Connecticut,
William Tong, Attorney General

**Plaintiff**

vs.

Purdue Pharma, L.P., et al

**Defendant**

**Case Number**

Bankruptcy Case No. 19-23649(RDD)

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

In re Purdue Pharma, L.P., et al

William K. Harrington,
United States Trustee

**Plaintiff**

vs.

Purdue Pharma, L.P., et al

**Defendant**

**Case Number**

Bankruptcy Case No. 19-23649(RDD)

In re Purdue Pharma L.P.
The State of Maryland

    Plaintiff

vs.

Purdue Pharma, L.P., et al

    Defendant

Case Number

Bankruptcy Case No. 19-23649(RDD)

In re Purdue Pharma L.P.
District of Columbia

    Plaintiff

vs.

Purdue Pharma, L.P., et al

    Defendant

Case Number

7:21-cv-07585-UA

In re Purdue Pharma L.P.
State of Washington

    Plaintiff

vs.

Purdue Pharma, L.P., et al

    Defendant

Case Number

7:21-cv-07532-NSR

_____

In re Purdue Pharma L.P.

City of Grand Prairie as Representative Plaintiff for a Class Consisting of All Canadian Municipalities, the Cities of Brantford, Grand Prairie, Lethbridge, and Wetaskiwin

       Plaintiff

vs.                                                                                          Case Number

Purdue Pharma, L.P., et al                                          Bankruptcy Case No. 19-23649(RDD)

       Defendant

_____

In re Purdue Pharma, L.P.

The Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People, The Peter Ballantyne Cree Nation on behalf of Itself, and the Lac La Ronge Indian Band

       Plaintiff                                                 Case Number

vs.

                                                                       Bankruptcy Case No. 19-23649(RDD)

Purdue Pharma, L.P., et al

       Defendant

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑ Open    (If so, set forth procedural status and summarize any court rulings.)

No activity other than Statement of Related Case filed in 7:21-cv-07585 and appointment of Magistrate in 7:21-cv-07532

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This appeal, like the earlier filed appeals, challenges the decision of the United States Bankruptcy Court for the Southern District of New York to confirm the debtors' plan of reorganization in In re Purdue Pharma L.P., Case No. 19-23649 (RDD) (See Local Rule 13 (a)(1))(Bankruptcy appeals are deemed related if they arise from the same order or judgment of the bankruptcy court.)

Signature: *Irve J. Goldman*    Date: 9/24/2021

Firm: Pullman & Comley, LLC
850 Main Street, 8th Floor, Bridgeport, CT 06601