AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**SIXTEENTH MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM JUNE 1, 2021 THROUGH JUNE 30, 2021**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Applicant | Cole Schotz P.C. |
|---|---|
| **Name of Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | September 15, 2019 |
| **Date of Order Approving Employment** | April 22, 2020 (*nunc pro tunc* to February 24, 2020) |
| **Time Period Covered** | June 1, 2021 – June 30, 2021 |
| **Total Fees Incurred** | $44,218.00 |
| **20% Holdback** | $8,843.60 |
| **Total Fees Less 20% Holdback** | $35,374.40 |
| **Total Expenses Incurred** | $154.00 |
| **Total Fees and Expenses Requested** | $44,372.00 |

Cole Schotz P.C. ("Cole Schotz"), in its capacity as efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma, L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Sixteenth Monthly Fee Statement") covering the period from June 1, 2021 through and including June 30, 2021 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [D.I. 529]. By this Sixteenth Monthly Fee Statement, Cole Schotz requests (a) interim allowance and payment of compensation in the amount of $44,218.00 for fees on account of reasonable and necessary professional services rendered to the Committee by Cole Schotz and (b) reimbursement of actual and necessary costs and expenses in the amount of $154.00 incurred by Cole Schotz during the Compensation Period.

**FEES FOR SERVICES RENDERED
DURING THE COMPENSATION PERIOD**

1. **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Cole Schotz professional and paraprofessional that provided services to the Committee during the

2

Compensation Period. The rates charged by Cole Schotz for services rendered to the Committee are the same rates that Cole Schotz charges generally for professional services rendered to its non-bankruptcy clients.

2. **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Cole Schotz professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3. **Exhibit C** sets forth a complete itemization of tasks performed by Cole Schotz professionals and paraprofessionals that provided services to the Committee during the Compensation Period.

**EXPENSES INCURRED DURING THE COMPENSATION PERIOD**

4. **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

5. **Exhibit E** sets forth a complete itemization of disbursements incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

**NOTICE OF OBJECTION PROCEDURES**

6. Notice of this Sixteenth Monthly Fee Statement will be given to (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne (Jon.Lowne@pharma.com); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson (christopher.robertson@davispolk.com) and Dylan Consla (dylan.consla@davispolk.com); (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (Paul.Schwartzberg@usdoj.gov); and (iv) the independent fee examiner appointed

in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801 (dklauder@bk-legal.com) (collectively, the "Notice Parties").

7. Objections to this Sixteenth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and undersigned counsel to the Committee so as to be received by no later than October 8, 2021 at 12:00 p.m. (ET) (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8. If no objections to this Sixteenth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Sixteenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Sixteenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: September 24, 2021  **AKIN GUMP STRAUSS HAUER & FELD LLP**
New York, New York

/s/    *Arik Preis*
Ira Dizengoff
Arik Preis
Mitchell Hurley
Sara Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*- and –*

**COLE SCHOTZ P.C.**
Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com

*Co-Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

# EXHIBIT A

## Timekeeper Summary

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) (since 2020) | $645.00 | 18.1 | $11,674.50 |
| Jason R. Melzer | 2003 | Member (Litigation) (since 2009) | $655.00 | 9.6 | $6,288.00 |
| Lauren M. Manduke | 2009 | Member (Litigation) (since 2017) | $520.00 | 6.2 | $3,224.00 |
| Patrick J. Reilley | 2003 | Member (Bankruptcy) (since 2011) | $640.00 | 4.0 | $2,560.00 |
| Warren Usatine | 1995 | Member (Bankruptcy) (since 2004) | $825.00 | 4.4 | $3,630.00 |
| Susan Usatine | 1998 | Member (Litigation) (since 2006) | $635.00 | 5.0 | $3,175.00 |
| Michael C. Klauder | 2014 | Member (Litigation) (since 2021) | $430.00 | 5.3 | $2,279.00 |
| Gerard Giordano | 1998 | Special Counsel (Environmental) (since 2005) | $570.00 | 2.8 | $1,596.00 |
| Anthony De Leo | 2013 | Associate (Bankruptcy) (since 2020) | $575.00 | 4.8 | $2,760.00 |
| Larry Morton | N/A | Paralegal (Bankruptcy) (since 2020) | $315.00 | 8.1 | $2,551.50 |
| Anastasia Bellisari | N/A | Paralegal (Environmental) (since 2019) | $280.00 | 16.0 | $4,480.00 |
| | | **TOTAL** | | **84.3** | **$44,218.00** |

# EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Automatic Stay Matters/Litigation | 0.5 | $322.50 |
| Case Administration | 0.9 | $283.50 |
| Committee Matters and Creditor Meetings | 8.3 | $5,335.00 |
| Document Review/Committee Investigation | 29.9 | $12,719.50 |
| Litigation/Gen. (Except Automatic Stay Relief) | 26.6 | $16,260.50 |
| Fee Application Matters/Objections | 8.1 | $2,980.50 |
| Preparation for and Attendance at Hearings | 9.7 | $6,124.50 |
| Reorganization Plan | 0.3 | $192.00 |
| **TOTAL** | **84.3** | **$44,218.00** |

**EXHIBIT C**

**Invoice**

# Cole Schotz P.C.

Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE  19801

FEDERAL ID# 22-2113414

New Jersey — New York — Maryland — Texas — Florida

PURDUE PHARM, L.P.
N/A - FEE APPLICATION ONLY

|  |  |
|---|---|
| Invoice Date: | July 9, 2021 |
| Invoice Number: | 894258 |
| Matter Number: | 60810-0001 |

**Re:**  OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2021

### AUTOMATIC STAY MATTERS/LITIGATION    0.50    322.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/29/21 | JRA | EMAILS WITH P. BREENE, R. LEVERIDGE AND A. PREIS RE STAY RELIEF ORDER | 0.30 | 193.50 |
| 06/30/21 | JRA | EMAILS WITH A. PREIS AND R. LEVERIDGE RE STAY ORDER | 0.20 | 129.00 |

### CASE ADMINISTRATION    0.90    283.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/17/21 | LSM | RESEARCH HEARING PROCEDURES FOR JUNE 21, 2021 HEARING | 0.30 | 94.50 |
| 06/21/21 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH PRE-TRIAL DEADLINES PER SIGNED SCHEDULING ORDER. | 0.60 | 189.00 |

### COMMITTEE MATTERS AND CREDITOR MEETINGS    8.30    5,335.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/21 | JRA | EMAILS WITH A. PREIS AND UCC MEMBERS RE TODAY'S CALL | 0.30 | 193.50 |
| 06/01/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS AND UCC MEMBERS | 0.60 | 387.00 |
| 06/02/21 | PJR | REVIEW EMAILS FROM A. PREIS RE: COMMITTEE UPDATE, CASE STATUS AND PLAN ISSUES | 0.20 | 128.00 |
| 06/02/21 | JRA | EMAILS WITH A. PREIS AND J. MELZER RE TODAY'S UCC CALL | 0.20 | 129.00 |
| 06/07/21 | PJR | PARTICIPATE IN COMMITTEE CALL WITH MEMBERS AND PROFESSIONALS RE: CASE STATUS | 0.60 | 384.00 |
| 06/07/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS | 0.90 | 580.50 |
| 06/14/21 | PJR | ATTEND COMMITTEE CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.40 | 256.00 |
| 06/14/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON, L. SZLEZINGER AND UCC MEMBERS | 0.30 | 193.50 |
| 06/17/21 | PJR | PARTICIPATE IN CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.80 | 512.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number  894258 |
| | Client/Matter No. 60810-0001 | | | July 9, 2021 |
| | | | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/17/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. HURLEY, M. ATKINSON AND UCC MEMBERS | 0.80 | 516.00 |
| 06/20/21 | JRA | REVIEW A. PREIS UCC UPDATE | 0.20 | 129.00 |
| 06/21/21 | PJR | REVIEW EMAILS FROM A. PREIS AND PARTICIPATE IN CALL WITH COMMITTEE MEMBERS RE: CASE STATUS AND OPEN ISSUES | 0.40 | 256.00 |
| 06/21/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON, S. BRAUNER, M. HURLEY AND UCC MEMBERS | 0.30 | 193.50 |
| 06/24/21 | PJR | PARTICIPATE ON CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS | 0.50 | 320.00 |
| 06/27/21 | JRA | REVIEW A. PREIS UCC UPDATE EMAIL | 0.10 | 64.50 |
| 06/28/21 | PJR | PARTICIPATE IN CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.80 | 512.00 |
| 06/28/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON, L. SZLEZINGER AND UCC MEMBERS | 0.80 | 516.00 |
| 06/29/21 | JRA | REVIEW A. PREIS UCC UPDATE | 0.10 | 64.50 |

**DOCUMENT REVIEW/COMMITEE INVESTIGATION**          **29.90**     **12,719.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.60 | 168.00 |
| 06/02/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.80 | 224.00 |
| 06/03/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.90 | 252.00 |
| 06/04/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.00 | 280.00 |
| 06/07/21 | SMU | WORK ON DISCOVERY REVIEW | 0.60 | 381.00 |
| 06/08/21 | SMU | WORK ON DISCOVERY REVIEW | 0.40 | 254.00 |
| 06/09/21 | SMU | WORK ON DISCOVERY REVIEW | 0.40 | 254.00 |
| 06/10/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 1.30 | 676.00 |
| 06/11/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 1.30 | 676.00 |
| 06/14/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.90 | 252.00 |
| 06/14/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 1.20 | 624.00 |
| 06/15/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 0.80 | 416.00 |
| 06/15/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.80 | 224.00 |
| 06/16/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.10 | 308.00 |
| 06/17/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 0.40 | 208.00 |
| 06/17/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.00 | 280.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 894258 |
| | Client/Matter No. 60810-0001 | | | July 9, 2021 |
| | | | | Page 3 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/18/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.90 | 252.00 |
| 06/18/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 0.40 | 208.00 |
| 06/21/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.10 | 308.00 |
| 06/22/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 0.80 | 416.00 |
| 06/22/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.00 | 280.00 |
| 06/23/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.90 | 252.00 |
| 06/24/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.00 | 280.00 |
| 06/25/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.10 | 308.00 |
| 06/28/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.10 | 308.00 |
| 06/28/21 | JRM | WORK IN DEVELOPING WORKFLOW FOR REVIEW OF PLAN CONFIRMATION DISCOVERY/DOCUMENTS PRODUCED. | 2.70 | 1,768.50 |
| 06/29/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.00 | 280.00 |
| 06/30/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.80 | 224.00 |
| 06/30/21 | JRM | WORK ON DEVELOPING WORKFLOW FOR REVIEW OF PLAN CONFIRMATION DISCOVERY/DOCUMENTS PRODUCED. | 3.60 | 2,358.00 |

| | | | | |
|---|---|---|---|---|
| **FEE APPLICATION MATTERS/OBJECTIONS** | | | **8.10** | **2,980.50** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/21 | JRA | REVISE DRAFT FEE APP | 0.40 | 258.00 |
| 06/04/21 | JRA | FURTHER EMAILS WITH LM RE FEE APP FILING | 0.20 | 129.00 |
| 06/04/21 | LSM | COMPILE, REVIEW AND FORWARD TO CO-COUNSEL THE LEDES FILE FOR COLE SCHOTZ MARCH 2021 FEE APPLICATION | 0.30 | 94.50 |
| 06/09/21 | LSM | REVIEW EXHIBITS TO COLE SCHOTZ MONTHLY FEE APPLICATION FOR MAY, 2021 | 0.50 | 157.50 |
| 06/18/21 | LSM | REVIEW AND REVISE MONTHLY FEE APPLICATION FOR APRIL 2021 FOR COLE SCHOTZ AND FORWARD SAME TO J. ALBERTO | 0.40 | 126.00 |
| 06/21/21 | JRA | EMAILS WITH E. LISCOVICZ AND LM RE FEE APPS | 0.40 | 258.00 |
| 06/21/21 | LSM | REVIEW AND REVISE AND FORWARD TO CO-COUNSEL WITH COMMENTS THE FOURTEENTH MONTHLY FEE APPLICATION FOR APRIL 2021 FEES/EXPENSES | 0.50 | 157.50 |
| 06/22/21 | LSM | REVIEW MONTHLY FEE APPLICATIONS FOR FOURTH INTERIM FEE APPLICATION PREPARATION | 0.40 | 126.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>Client/Matter No. 60810-0001 | | | Invoice Number 894258<br>July 9, 2021<br>Page 4 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/24/21 | LSM | DRAFT FIFTEENTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 2.80 | 882.00 |
| 06/28/21 | LSM | REVISE DRAFT FOURTEENTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ APRIL 2021 FEES/EXPENSES AND RECIRCULATE TO CO-COUNSEL AND J. ALBERTO | 1.70 | 535.50 |
| 06/28/21 | JRA | FURTHER EMAILS WITH E. LISCOVICZ AND LM RE REVISED FEE APP | 0.30 | 193.50 |
| 06/30/21 | LSM | COMPILE LEDES FILE AND FORWARD TO CO-COUNSEL REGARDING APRIL 2021 MONTHLY FEE APPLICATION | 0.20 | 63.00 |

| | | | | |
|---|---|---|---|---|
| **LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)** | | | **26.60** | **16,260.50** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/21 | SMU | REVIEW STATUS OF COURT PROCEEDINGS AND NEGOTIATIONS | 0.70 | 444.50 |
| 06/02/21 | JRA | EMAILS WITH A. PREIS AND J. MELZER RE OPEN SETTLEMENT ITEMS | 0.40 | 258.00 |
| 06/02/21 | SMU | REVIEW OF SETTLEMENT NEGOTIATIONS | 0.40 | 254.00 |
| 06/04/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.70 | 444.50 |
| 06/06/21 | JRA | EMAILS WITH R. LEVERIDGE RE SEALING | 0.20 | 129.00 |
| 06/07/21 | MXK | REVIEW PROPOSED CORRESPONDENCE TO COURT/ADVERSARIES; REVIEW CORRESPONDENCE FROM CO-COUNSEL RE: SAME, SETTLEMENT | 0.30 | 129.00 |
| 06/07/21 | WU | REVIEW CONFIDENTIALITY AGREEMENTS WITH CARRIERS AND EMAILS RE: SAME | 0.30 | 247.50 |
| 06/07/21 | ADL | REVIEW DOCKET IN INSURANCE ADVERSARY PROCEEDING | 0.10 | 57.50 |
| 06/07/21 | JRA | EMAILS WITH A. PREIS RE INSURANCE ADVERSARY | 0.30 | 193.50 |
| 06/09/21 | WU | REVIEW MULTIPLE CORRESPONDENCE AND REVISIONS TO SCHEDULING ORDER | 0.30 | 247.50 |
| 06/11/21 | WU | REVIEW MULTIPLE EMAILS AND DRAFT ORDERS RE: SCHEDULING | 0.30 | 247.50 |
| 06/12/21 | WU | REVIEW E-MAILS RE: SCHEDULE ISSUES AND DRAFT SCHEDULING ORDER | 0.30 | 247.50 |
| 06/14/21 | WU | REVIEW E-MAILS/CORRESPONDENCE RE: SCHEDULING AND CARRIER ISSUES | 0.30 | 247.50 |
| 06/14/21 | MXK | REVIEW AND ANALYZE PROPOSED SCHEDULING ORDER; REVIEW INTERNAL CORRESPONDENCE RE: SAME. | 0.20 | 86.00 |
| 06/15/21 | JRA | EMAILS WITH A. PREIS AND M. KLAUDER RE INSURANCE ADVERSARY PROCEEDING | 0.30 | 193.50 |
| 06/16/21 | ADL | EMAIL W. USATINE, J. ALBERTO, AND M. KLAUDER RE: 6-21 HEARING IN INSURANCE ADVERSARY PROCEEDING | 0.20 | 115.00 |
| 06/17/21 | MXK | REVIEW AGENDA FOR 6/21 HEARING; EMAILS TO AND FROM DEBTOR'S COUNSEL RE: ATTENDANCE, HEARING | 0.20 | 86.00 |
| 06/18/21 | WU | REVIEW MOTION PAPERS RELATING TO 6/21/21 ARGUMENT IN CARRIER ADVERSARY PROCEEDINGS | 0.70 | 577.50 |

**COLE SCHOTZ P.C.**

Re:     OFFICIAL COMMITTEE OF UNSECURED CREDITORS                            Invoice Number  894258
        Client/Matter No. 60810-0001                                                      July 9, 2021
                                                                                              Page 5

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/18/21 | WU | REVIEW OUTLINE FOR 6/21/21 ORAL ARGUMENT AND EMAILS RE: SAME | 0.30 | 247.50 |
| 06/21/21 | ADL | EMAILS AND CALL WITH J. ALBERTO RE: 6-21 HEARING IN INSURANCE ADVERSARY | 0.20 | 115.00 |
| 06/21/21 | MXK | ATTEND HEARING ON ARBITRATOR DEFENDANTS' MOTION TO STAY/COMPEL ARBITRATION | 3.40 | 1,462.00 |
| 06/21/21 | ADL | EMAIL L. MORTON RE: SCHEDULING ORDER IN PURDUE ADVERSARY PROCEEDING | 0.10 | 57.50 |
| 06/21/21 | ADL | ATTEND 6-21-2021 HEARING RE: MOTION TO STAY INSURANCE ADVERSARY PROCEEDING PENDING ARBITRATION | 4.20 | 2,415.00 |
| 06/23/21 | JRA | EMAILS WITH A. PREIS RE SACKLER NEGOTIATIONS | 0.20 | 129.00 |
| 06/23/21 | WU | REVIEW AND RESPOND TO EMAILS AND DRAFT ORDERS RE: STAY | 0.40 | 330.00 |
| 06/23/21 | JRA | EMAILS WITH R. LEVERIDGE AND A. PREIS RE STAY ORDER | 0.30 | 193.50 |
| 06/24/21 | MXK | REVIEW DRAFT ORDER GRANTING MOTION TO STAY IN FAVOR OF ARBITRATION DEFENDANTS; REVIEW CORRESPONDENCE BETWEEN CO-COUNSEL RE: SAME. | 0.30 | 129.00 |
| 06/24/21 | MXK | REVIEW NATHAN REPORT | 0.40 | 172.00 |
| 06/25/21 | JRA | EMAILS WITH R. LEVERIDGE AND A. PREIS RE STAY ORDER | 0.20 | 129.00 |
| 06/27/21 | WU | EMAILS AND REVIEW TRANSCRIPT AND FORM OF ORDER RE: STAY PENDING ARBITRATION | 0.60 | 495.00 |
| 06/28/21 | SMU | WORK ON PLAN DISCOVERY STRATEGY | 0.90 | 571.50 |
| 06/28/21 | MXK | REVIEW REVISED STAY ORDER; REVIEW VARIOUS CORRESPONDENCE BETWEEN COUNSEL RE: SAME | 0.20 | 86.00 |
| 06/28/21 | WU | REVIEW MULTIPLE EMAILS AND DRAFT ORDERS RE: STAY PENDING ARBITRATION | 0.30 | 247.50 |
| 06/29/21 | SMU | WORK ON PLAN DISCOVERY STRATEGY | 0.90 | 571.50 |
| 06/29/21 | GG | WORK ON UCC ANALYSIS OF PLAN TREATMENT. | 2.80 | 1,596.00 |
| 06/29/21 | MXK | REVIEW CORRESPONDENCE RE: PROPOSED ORDERS, STRATEGY | 0.10 | 43.00 |
| 06/29/21 | JRM | WORK ON DEVELOPING WORKFLOW FOR REVIEW OF PLAN CONFIRMATION DISCOVERY/DOCUMENTS PRODUCED. | 3.30 | 2,161.50 |
| 06/30/21 | JRA | EMAILS WITH A. PREIS AND M. ATKINSON RE SACKLERS AND UCC CALL | 0.20 | 129.00 |
| 06/30/21 | WU | REVIEW DRAFT LETTER TO COURT RE: FORM OF ORDER AND EMAILS RE: SAME | 0.20 | 165.00 |
| 06/30/21 | MXK | REVIEW CORRESPONDENCE RE: DISPUTE OVER PROPOSED STAY RELIEF ORDER | 0.20 | 86.00 |
| 06/30/21 | JRA | FURTHER EMAILS WITH R. LEVERIDGE RE STAY RELIEF ORDER | 0.30 | 193.50 |
| 06/30/21 | WU | REVIEW MULTIPLE EMAILS AND REVISIONS TO ORDER RE: STAY PENDING ARBITRATION | 0.40 | 330.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS**                                       **9.70**      **6,124.50**

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 894258 |
| | Client/Matter No. 60810-0001 | | | July 9, 2021 |
| | | | | Page 6 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/02/21 | JRA | EMAILS WITH A. PREIS RE TODAY'S HEARING | 0.20 | 129.00 |
| 06/13/21 | JRA | EMAILS WITH A. PREIS AND UCC MEMBERS RE 6/16 HEARING | 0.20 | 129.00 |
| 06/16/21 | JRA | FURTHER EMAILS WITH A. PREIS RE TODAY'S HEARING | 0.20 | 129.00 |
| 06/16/21 | JRA | EMAILS WITH A. PREIS RE TODAY'S HEARING | 0.10 | 64.50 |
| 06/16/21 | JRA | EMAILS WITH W. USATINE AND LM RE 6/21 HEARING ON AP | 0.10 | 64.50 |
| 06/16/21 | JRA | FURTHER EMAILS WITH W. USATINE AND A. DELEO RE 6/21 HEARING | 0.30 | 193.50 |
| 06/17/21 | JRA | EMAILS WITH M. KLAUDER RE 6/21 HEARING | 0.20 | 129.00 |
| 06/17/21 | JRA | EMAILS WITH INSURANCE COUNSEL RE MONDAY'S HEARING AND STRATEGY FOR SAME | 0.80 | 516.00 |
| 06/18/21 | JRA | EMAILS WITH P. BREENE AND INSURANCE COUNSEL RE INSURANCE AP AND HEARING FOR 6/21 | 0.70 | 451.50 |
| 06/18/21 | JRA | EMAILS WITH B. BARKER, W. USATINE AND LM RE 6/21 HEARING | 0.40 | 258.00 |
| 06/19/21 | JRA | EMAILS WITH A. PREIS AND R. LEVERIDGE RE MONDAY'S HEARING | 0.20 | 129.00 |
| 06/20/21 | JRA | REVIEW DRAFT TALKING POINTS FOR TOMORROW'S HEARING | 0.60 | 387.00 |
| 06/20/21 | JRA | FURTHER EMAILS WITH A. PREIS, B. BARKER AND W. USATINE RE TOMORROW'S HEARING | 0.30 | 193.50 |
| 06/20/21 | JRA | T/C WITH P. BREEN, R. LEVERIDGE AND INSURANCE COUNSEL RE TOMORROW'S HEARING AND STRATEGY FOR SAME | 1.00 | 645.00 |
| 06/21/21 | LSM | ARRANGE TELEPHONIC APPEARANCE FOR J. ALBERTO FOR JUNE 21, 2021 HEARING. | 0.40 | 126.00 |
| 06/21/21 | JRA | EMAILS WITH B. BARKER, A. DELEO AND LM RE TODAY'S HEARING | 0.60 | 387.00 |
| 06/21/21 | JRA | ATTEND HEARING IN INSURANCE ADVERSARY | 3.40 | 2,193.00 |

**REORGANIZATION PLAN** 0.30 192.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/21 | PJR | REVIEW EMAILS FROM A. PREIS RE: COMMITTEE UPDATE AND PLAN ISSUES | 0.10 | 64.00 |
| 06/01/21 | PJR | REVIEW AND ANALYZE REVISED PLAN | 0.20 | 128.00 |

| | | | | |
|---|---|---|---|---|
| | | TOTAL HOURS | 84.30 | |

PROFESSIONAL SERVICES: $44,218.00

**COLE SCHOTZ P.C.**

Re:   OFFICIAL COMMITTEE OF UNSECURED CREDITORS                          Invoice Number  894258
      Client/Matter No. 60810-0001                                                          July 9, 2021
                                                                                                                                                     Page 7

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Alberto, Justin | Member | 18.10 | 645.00 | 11,674.50 |
| Anastasia Bellisari | Paralegal | 16.00 | 280.00 | 4,480.00 |
| DeLeo, Anthony | Associate | 4.80 | 575.00 | 2,760.00 |
| Gerard Giordano | Special Counsel | 2.80 | 570.00 | 1,596.00 |
| Jason R. Melzer | Member | 9.60 | 655.00 | 6,288.00 |
| Lauren M. Manduke | Member | 6.20 | 520.00 | 3,224.00 |
| Michael C. Klauder | Member | 5.30 | 430.00 | 2,279.00 |
| Morton, Larry | Paralegal | 8.10 | 315.00 | 2,551.50 |
| Patrick J. Reilley | Member | 4.00 | 640.00 | 2,560.00 |
| Susan Usatine | Member | 5.00 | 635.00 | 3,175.00 |
| Warren Usatine | Member | 4.40 | 825.00 | 3,630.00 |
| | **Total** | **84.30** | | **$44,218.00** |

**COLE SCHOTZ P.C.**

| | | | |
|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number 894258 |
| | Client/Matter No. 60810-0001 | | July 9, 2021 |
| | | | Page 8 |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 05/18/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 05/20/21 | ONLINE RESEARCH | 20.00 | 2.00 |
| 05/20/21 | ONLINE RESEARCH | 9.00 | 0.90 |
| 05/20/21 | CONFERENCE CALL | 1.00 | 70.00 |
| 05/20/21 | ONLINE RESEARCH | 17.00 | 1.70 |
| 05/20/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 05/20/21 | ONLINE RESEARCH | 2.00 | 0.20 |
| 05/20/21 | ONLINE RESEARCH | 8.00 | 0.80 |
| 05/20/21 | ONLINE RESEARCH | 9.00 | 0.90 |
| 05/20/21 | ONLINE RESEARCH | 10.00 | 1.00 |
| 05/20/21 | ONLINE RESEARCH | 5.00 | 0.50 |
| 05/25/21 | CONFERENCE CALL | 1.00 | 70.00 |
| | **Total** | | **$154.00** |

TOTAL SERVICES AND COSTS: $ 44,372.00

# EXHIBIT D

### EXPENSE SUMMARY
### JUNE 1, 2021 THROUGH JUNE 30, 2021

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Online Research | WestLaw | $14.00 |
| Conference Call | Court Solutions | $140.00 |
| **TOTAL** | | **$154.00** |

**EXHIBIT E**

**Expense Detail**

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS         Invoice Number  894258
       Client/Matter No. 60810-0001                     July 9, 2021
                                                         Page 8

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 05/18/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 05/20/21 | ONLINE RESEARCH | 20.00 | 2.00 |
| 05/20/21 | ONLINE RESEARCH | 9.00 | 0.90 |
| 05/20/21 | CONFERENCE CALL | 1.00 | 70.00 |
| 05/20/21 | ONLINE RESEARCH | 17.00 | 1.70 |
| 05/20/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 05/20/21 | ONLINE RESEARCH | 2.00 | 0.20 |
| 05/20/21 | ONLINE RESEARCH | 8.00 | 0.80 |
| 05/20/21 | ONLINE RESEARCH | 9.00 | 0.90 |
| 05/20/21 | ONLINE RESEARCH | 10.00 | 1.00 |
| 05/20/21 | ONLINE RESEARCH | 5.00 | 0.50 |
| 05/25/21 | CONFERENCE CALL | 1.00 | 70.00 |
| | **Total** | | **$154.00** |

TOTAL SERVICES AND COSTS:                              $       44,372.00