BEDELL CRISTIN JERSEY PARTNERSHIP
Edward Drummond
26 New Street
Saint Helier, Jersey JE2 3RA
Tel: +44 (0)1534 814814
edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**FOURTEENTH MONTHLY FEE STATEMENT OF
BEDELL CRISTIN JERSEY PARTNERSHIP
FOR PROFESSIONAL SERVICES RENDERED AS SPECIAL FOREIGN COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
<u>THE PERIOD OF JUNE 1, 2021 THROUGH JUNE 30, 2021</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---|
| Name of Applicant: | Bedell Cristin Jersey Partnership |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | June 29, 2020 *nunc pro tunc* to February 27, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | June 1, 2021 through June 30, 2021 |
| Fees Incurred: | $28,085.00 |
| 20% Holdback: | $5,617.30 |
| Total Compensation Less 20% Holdback: | $22,467.70 |
| Monthly Expenses Incurred: | $0.00 |
| Total Fees and Expenses Requested: | **$28,085.00** |

This is a __x__ monthly ____ interim ____ final application

Bedell Cristin Jersey Partnership ("Bedell Cristin"), special foreign counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Fourteenth Monthly Fee Statement") covering the period from June 1, 2021 through and including June 30, 2021 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023].

By this Fourteenth Monthly Fee Statement, Bedell Cristin requests interim allowance and payment of compensation in the amount of $22,467.70 (80% of $28,085.00) for fees on account of reasonable and necessary professional services rendered to the Committee by Bedell Cristin during the Compensation Period.

**FEES FOR SERVICES RENDERED
DURING THE COMPENSATION PERIOD**

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, hourly billing rates and aggregate hours spent by each Bedell Cristin professional and paraprofessional who provided services to the Committee during the Compensation Period. The rates charged by Bedell, Cristin for services rendered to the Committee are the same rates that Bedell Cristin charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Bedell Cristin professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Bedell Cristin professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

**EXPENSES INCURRED
DURING THE COMPENSATION PERIOD**

Bedell Cristin confirms that no disbursements or expenses were incurred by it during the Compensation Period.

**NOTICE AND OBJECTION PROCEDURES**

Notice of this Fourteenth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Fourteenth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on October 8, 2021** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If no objections to this Fourteenth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees identified herein.

If an objection to this Fourteenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fourteenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not

4

resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: Saint Helier, Jersey  
September 24, 2021

Bedell Cristin Jersey Partnership

By: */s/ Edward Drummond*  
26 New Street, St Helier, Jersey, JE2 3RA  
Telephone: +44 (0) 1534 814621  
Edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured Creditors Purdue Pharma L.P.,* et al.

## Exhibit A

### Timekeeper Summary

| Partners | Department | Rate | Hours | Amount ($) |
|---|---|---|---|---|
| Advocate E. Drummond | Litigation | $770.00 | 17.7 | $13,629.00 |
| Advocate M. Paul | Financial Services Law | $770.00 | 1.9 | $1,463.00 |
| Advocate A. Hunter | Litigation | $770.00 | .9 | $693.00 |
| **Partner Total** | | | **20.5** | **$15,785.00** |
| **Senior Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs. E Shaw | International Private Client | $565.00 | 18.4 | $10,396.00 |
| **Senior Associate Total** | | | **18.4** | **$10,396.00** |
| **Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs C. C. Young | Litigation | $445.00 | 3.8 | $1,691.00 |
| **Associate Total** | | | **3.8** | **$1,691.00** |
| **Paralegal and Support Staff** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Miss C. H. Basilio | International Private Client | $345.00 | .2 | $69.00 |
| Library Research | Support Staff | $240.00 | .6 | $144.00 |
| **Paralegal Total** | | | **.8** | **$213.00** |
| | | | | |
| **Staff Attorneys Total** | | | **42.7** | **$27,872.00** |
| **Paralegals and Support Staff Total** | | | **.8** | **$213.00** |
| **Total Hours / Fees Requested** | | | **43.5** | **$28,085.00** |

### TOTAL FEES FOR THE COMPENSATION PERIOD

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---:|---:|---:|
| Partners | $770 | 20.5 | $15,785.00 |
| Senior Associate | $565 | 18.4 | $10,396.00 |
| Associates | $445 | 3.8 | $1,691.00 |
| Paralegals and Support staff | $266.25 | .8 | $213.00 |
| **Blended Attorney Rate** | **$652.74** | | |
| **Blended Rate for All Timekeepers** | **$645.63** | | |
| **Total Hours / Fees Requested:** | | **43.5** | **$28,085.00** |

## **Exhibit B**

### **Task Code Summary**

| Task Code | Matter | Hours | Value($) |
|---|---|---|---|
| 3 | Bedell Cristin Fees | 2.3 | $1,381.00 |
| 6 | Retention | 1.3 | $1,001.00 |
| 13 | Analysis of Pre-Petition Transactions | 39.9 | $25,703.00 |
| | **TOTAL:** | **43.5** | **$28,085.00** |

**<u>Exhibit C</u>**

**Itemized Fees**

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York  
NY 10036  

**Our ref** EBD/CCY/136744.0001  
**Invoice No** 364835  
**Tax date** 08 July 2021  
**GST No.** 0009162  
**Tel:** +44 (0) 1534 814814  

**INVOICE**  
Advice re: Purdue Pharma LP

|  | Charge | GST Rate |
|---|---|---|
| **Professional Fees** | | |
| To professional services rendered from 01/06/2021 to 30/06/2021 | 28,085.00 | 0.0% |
| **Expenses** | | |
|  | 0.00 | |
| **Third Party Charges** | | |
|  | 0.00 | |
| Total excluding GST | US$ 28,085.00 | |
| Total GST | US$ 0.00 | |
| **INVOICE TOTAL** | **US$ 28,085.00** | |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE    Sort Code: 20-45-05  
Account Name: Bedell Group Services Offices  USD             Account Number: 62384922  
Swift Code: BARCGB22                                          IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,            **Bedell Cristin Jersey Partnership**  
Channel Islands, JE2 3RA                     A list of Partners is available for inspection at the principal office

**bedellcristin.com**                        BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29625962-1

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York  
NY 10036  

| | |
|---|---|
| Our ref | KLB/CCY/136744.0001 |
| Invoice No | 364835 |
| Tax date | 08 July 2021 |
| GST No. | 0009162 |
| Tel: | +44 (0) 1534 814814 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate E. Drummond** | | |
| 07/06/21 | 0003 Fees - Review April monthly fee statement | 0:30 | 385.00 |
| 08/06/21 | 0013 Claim - Email from Akin Gump (0.1); email reply to Akin Gump (0.1). | 0:12 | 154.00 |
| 17/06/21 | 0013 Claim - Speak ES (0.6). Email exchange with Akin Gump (0.1). | 0:42 | 539.00 |
| 18/06/21 | 0013 Claim - Call with ES (0.5). Review ES memo (0.5). Review ES email (0.3). Approve letters to US law firms (0.3). Call with Akin Gump (0.6). Speak ES (0.3). Research (1.0). Detailed email to Akin Gump (1.0). | 4:30 | 3,465.00 |
| 21/06/21 | 0006: BVI retention - Email exchange with BVI team re: Akin email (0.4). Calls with LH to finalise (0.2). | 0:36 | 462.00 |
| | 0013 Claim - Review draft documents from Akin Gump (1.0); note to BC team (0.4). Review ES comments (0.4). | 1:48 | 1,386.00 |
| 22/06/21 | 0013 Claims - Speak ES re: comments on draft documents (1.0). Drafting comments to Akin Gump (1.2). | 2:12 | 1,694.00 |
| 24/06/21 | 0013 Claims - Email exchange with counsel's clerk (0.3). Email exchange with Akin Gump (0.2). Emails re: confessions of judgment (0.2). | 0:42 | 539.00 |
| 25/06/21 | 0013 Claim - Emails from Akin Gump re: call with US counsel (0.2) | 0:12 | 154.00 |
| 28/06/21 | 0013 Claim - call with CY (0.2). | 0:12 | 154.00 |
| | 0003 Fees - review May draft invoices (0.1). Email re: BVI matter (0.1) | 0:12 | 154.00 |
| 29/06/21 | 0013 Claim - review notes re: draft US trustee agreement (1.4). Speak ES (0.1). | 1:30 | 1,155.00 |
| | 0013 Claim - Prep for call with US lawyers re: COJ (0.4). Call with US lawyers (0.9). | 1:18 | 1,001.00 |
| 30/06/21 | 0013 Claims - research following call yesterday re: COJs (0.4). Emails to Akin Gump re: US confirmation proceedings (0.2). | 0:36 | 462.00 |
| | 0013 Claims - US trustee agreement: review papers and emails from Akin Gump (1.1); call with ES (0.7); email to Akin Gump (0.5). | 2:18 | 1,771.00 |
| | 0003 Fees - billing May invoices. | 0:12 | 154.00 |
| | **Advocate M. Paul** | | |
| 17/06/21 | 0013 claim: reviewing emails and draft docs (.1), speaking to ES (.1) | 0:12 | 154.00 |
| 18/06/21 | 0013: claim - reading incoming email | 0:12 | 154.00 |
| 29/06/21 | 0013: preparation for conference call, (.6) Conference call with US Lawyers (0.9) | 1:30 | 1,155.00 |
| | **Library Research** | | |
| 30/06/21 | 0013 Claim: Research – Case law research | 0:36 | 144.00 |
| | **Mrs C. C. Young** | | |
| 03/06/21 | 0003: Fees - email to Akin Gump (0.1), internal emails (0.2), review of monthly fee statement query (0.2) | 0:30 | 222.50 |
| 28/06/21 | 0003: Fees - monthly fee application (.5) | 0:42 | 311.50 |
| | 0013: internal call discussing matter | 0:12 | 89.00 |
| 29/06/21 | 0013: Claim - Telephone call with US counsels (.8), research jersey legal issues (.3), review of correspondence (.5) | 1:36 | 712.00 |
| 30/06/21 | 0013: Claim - research on relevant English case precedents | 0:48 | 356.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE  
Account Name: Bedell Group Services Offices  USD  
Swift Code: BARCGB22  

Sort Code: 20-45-05  
Account Number: 62384922  
IBAN: GB88 BARC 2045 0562 3849 22  

26 New Street, St Helier, Jersey,  
Channel Islands, JE2 3RA  

**Bedell Cristin Jersey Partnership**  
A list of Partners is available for inspection at the principal office  

bedellcristin.com

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29625962-1

# BEDELL CRISTIN

LEGAL SERVICES

| | | | |
|---|---|---|---|
| Advice re: Purdue Pharma LP | | Our ref | KLB/CCY/136744.0001 |
| | | Invoice No | 364835 |
| | | Tax date | 08 July 2021 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate A. Hunter** | | |
| 07/06/21 | 0006: BVI Retention - reviewing draft supplemental declaration | 0:12 | 154.00 |
| 21/06/21 | 0006: BVI Retention - - reviewing draft supplemental declaration (.3), emails and discussions with ED (.2) | 0:30 | 385.00 |
| 29/06/21 | 0003 - May fees | 0:12 | 154.00 |
| | **Miss C. H. Basilio** | | |
| 18/06/21 | 0013 – Jersey Trust issues: DocuSigning letter (.1) and email to Elizabeth.(.1) | 0:12 | 69.00 |
| | **Mrs E. Shaw** | | |
| 11/06/21 | 0013 - Jersey Trust issues: internal communications (.2) and preparing non-reliance letter (.8) | 1:00 | 565.00 |
| 15/06/21 | 0013 - Jersey Trust Issues: considering issues and research (.8); beginning draft advice (.7). | 1:30 | 847.50 |
| 16/06/21 | 0013 - Jersey Trust Issues: research on legal issues (.7) and further drafting advice (.5) and general correspondence (.2) | 1:24 | 791.00 |
| 17/06/21 | 0013 - Jersey Trust Issues: drafting documents (.6); internal discussions (.6) and updates to advice note (.3). | 1:30 | 847.50 |
| 18/06/21 | 0013 - Jersey Trust Issues: internal discussions (.5), considering issues and prepare advice note re same (3.7) | 4:12 | 2,373.00 |
| | 0013 - Jersey Trust Issues: internal call | 0:54 | 508.50 |
| 21/06/21 | 0013 - Jersey Trust Issues: reviewing US docs received (3.0) and providing internal comments re same (.5). | 3:30 | 1,977.50 |
| 22/06/21 | 0013 - Jersey Trust Issues - internal communications (1.0) and exchanges (.2) | 1:12 | 678.00 |
| 24/06/21 | 0013 Jersey Trust Issues: noting exchanges | 0:12 | 113.00 |
| 25/06/21 | 0013 - Jersey Trust Issues: email exchanges | 0:12 | 113.00 |
| 28/06/21 | 0013 Jersey Trust Issues: reviewing exchanges | 0:12 | 113.00 |
| 29/06/21 | 0013 - Jersey Trust Issues: review and respond re draft docs received. | 0:42 | 395.50 |
| | 0013 - Jersey Trust Issues: prep for call (.1) and call with US Counsel for UCC and States (.9) | 1:00 | 565.00 |
| 30/06/21 | 0013 - Jersey Trust Issues: internal call | 0:54 | 508.50 |
| | Total:- | 43:30 | 28,085.00 |
| | Advocate E. Drummond | 17:42 | 13,629.00 |
| | Advocate M. Paul | 1:54 | 1,463.00 |
| | Mrs C. C. Young | 3:48 | 1,691.00 |
| | Library Research | 0:36 | 144.00 |
| | Advocate A. Hunter | 0:54 | 693.00 |
| | Mrs E. Shaw | 18:24 | 10,396.00 |
| | Miss C. H. Basilio | 0:12 | 69.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE  
Account Name: Bedell Group Services Offices  USD  
Swift Code: BARCGB22

Sort Code: 20-45-05  
Account Number: 62384922  
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,  
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**  
A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29625962-1