**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF TWENTIETH MONTHLY FEE STATEMENT OF
JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JUNE 1, 2021 THROUGH JUNE 30 2021**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | June 1, 2021 through June 30, 2021 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $1,410.00 |

This is a(n):   monthly  x   interim  __   final application  __

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**TWENTIETH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
**June 1, 2021 through June 30, 2021**

**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 7.0 |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 70.0 |
| 4 | Debtor Communication | 9.0 |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | 9.5 |
| 8 | Travel | - |
| 9 | Due Diligence | 54.0 |
| 10 | Business Plan | - |
| 11 | Case Strategy | - |
| | | **149.5** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-Head/Managing Director, Debt Advisory & Restructuring | 17.0 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 9.0 |
| Jaspinder Kanwal | Senior Vice President, Debt Advisory & Restructuring | 21.5 |
| Ben Troester | Associate, Debt Advisory & Restructuring | 28.0 |
| Kamil Abdullah | Analyst, Debt Advisory & Restructuring | 34.0 |
| Kevin Sheridan | Co-Head/Managing Director, Global Healthcare Investment Banking | 11.0 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 7.0 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 9.5 |
| Connor Hattersley | Analyst, Global Healthcare Investment Banking | 12.5 |
| | | **149.5** |

**TWENTIETH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**June 1, 2021 through June 30 2021**

| Category | June 2021 |
|---|---|
| Meals | $ - |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | 1,410.00 |
| General | - |
| **Total Expenses** | **$1,410.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**TWENTIETH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2021 THROUGH JUNE 30, 2021**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from June 1, 2021 through June 30, 2021 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $1,410.00. In support of this Fee Statement, Jefferies respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3. On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131]. Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4. On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application").[2] A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5. On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Retention Application.

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6.      On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

## Relief Requested

7.      By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from June 1, 2021 through June 30, 2021; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $1,410.00.

3

8. All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order. Such time records are attached hereto as Exhibit A.

9. The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

## Actual and Necessary Expenses

10. Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order. As set forth in greater detail in the summary attached hereto as Exhibit B, Jefferies' total expenses incurred during the Compensation Period are $1,410.00, including outside counsel fees as permitted under the Retention Order.

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from June 1, 2021 through June 30, 2021; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $1,410.00.

Dated: September 24, 2021　　　　　　　　　Respectfully submitted,
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Leon Szlezinger*
　　　　　　　　　　　　　　　　　　　　　　　Leon Szlezinger
　　　　　　　　　　　　　　　　　　　　　　　Managing Director and Joint Global Head of
　　　　　　　　　　　　　　　　　　　　　　　Debt Advisory & Restructuring
　　　　　　　　　　　　　　　　　　　　　　　JEFFERIES LLC

# Exhibit A

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| | **June 1, 2021 - June 30, 2021 Hours for Case Administration / General** | | **7.0** | |
| 06/02/21 | Benjamin Troester | *Administrative task re: fee statement* | 0.5 | 1 |
| 06/02/21 | Kamil Abdullah | *Administrative task re: fee statement* | 2.0 | 1 |
| 06/04/21 | Kamil Abdullah | *Administrative task re: fee statement* | 0.5 | 1 |
| 06/20/21 | Benjamin Troester | *Internal call re: fee statement* | 0.5 | 1 |
| 06/20/21 | Kamil Abdullah | *Administrative task re: fee statement* | 1.5 | 1 |
| 06/20/21 | Kamil Abdullah | *Internal call re: fee statement* | 0.5 | 1 |
| 06/29/21 | Benjamin Troester | *Administrative task re: fee statement* | 0.5 | 1 |
| 06/29/21 | Kamil Abdullah | *Administrative task re: fee statement* | 1.0 | 1 |
| | **June 1, 2021 - June 30, 2021 Hours for Creditor Communication** | | **70.0** | |
| 06/01/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 06/01/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 06/01/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 06/01/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 06/01/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 06/01/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 06/01/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 06/01/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 06/01/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 06/02/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 06/02/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 06/02/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 06/02/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 06/02/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 06/02/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 06/02/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 06/02/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 06/02/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 06/07/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 06/07/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 06/07/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 06/07/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 06/07/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 06/11/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 06/11/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 06/11/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 06/11/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 06/11/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 06/14/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 06/14/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 06/14/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 06/14/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 06/14/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 06/14/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 06/14/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 06/14/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 06/14/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 06/17/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 06/17/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 06/17/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 06/17/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 06/17/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 06/21/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 06/21/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 06/21/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 06/21/21 | Benjamin Troester | *Attend UCC update call* | 7.0 | 3 |
| 06/21/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 06/21/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 06/21/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 06/21/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 06/21/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 06/24/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 06/24/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 06/24/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 06/24/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 06/24/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 06/28/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 06/28/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 06/28/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 06/28/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 06/28/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 06/28/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 06/28/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 06/28/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 06/28/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 06/30/21 | Leon Szlezinger | *Attend Creditor Advisor Call: Mundipharma Update* | 1.0 | 3 |
| 06/30/21 | Jaspinder Kanwal | *Attend Creditor Advisor Call: Mundipharma Update* | 1.0 | 3 |
| 06/30/21 | Benjamin Troester | *Attend Creditor Advisor Call: Mundipharma Update* | 1.0 | 3 |
| 06/30/21 | Kamil Abdullah | *Attend Creditor Advisor Call: Mundipharma Update* | 1.0 | 3 |
| 06/30/21 | Kevin Sheridan | *Attend Creditor Advisor Call: Mundipharma Update* | 1.0 | 3 |
| | | **June 1, 2021 - June 30, 2021 Hours for Debtor Communication** | **9.0** | |
| 06/01/21 | Leon Szlezinger | *Attend Disclosure Statement hearing* | 1.0 | 4 |
| 06/01/21 | Jaspinder Kanwal | *Attend Disclosure Statement hearing* | 1.0 | 4 |
| 06/01/21 | Benjamin Troester | *Attend Disclosure Statement hearing* | 2.0 | 4 |
| 06/01/21 | Kamil Abdullah | *Attend Disclosure Statement hearing* | 2.0 | 4 |
| 06/02/21 | Kamil Abdullah | *Attend Disclosure Statement hearing* | 1.0 | 4 |
| 06/16/21 | Benjamin Troester | *Attend Examiner Motion hearing* | 1.0 | 4 |
| 06/16/21 | Kamil Abdullah | *Attend Examiner Motion hearing* | 1.0 | 4 |
| | | **June 1, 2021 - June 30, 2021 Hours for Plan of Reorganization** | **9.5** | |
| 06/01/21 | Leon Szlezinger | *Review revised Plan* | 1.5 | 7 |
| 06/01/21 | Jaspinder Kanwal | *Review revised Plan* | 1.5 | 7 |
| 06/01/21 | Benjamin Troester | *Review revised Plan* | 2.0 | 7 |
| 06/01/21 | Kamil Abdullah | *Review revised Plan* | 1.0 | 7 |
| 06/02/21 | Kevin Sheridan | *Review of revised Plan* | 2.0 | 7 |
| 06/30/21 | Jaspinder Kanwal | *Review revised Plan* | 1.5 | 7 |
| | | **June 1, 2021 - June 30, 2021 Hours for Due Diligence** | **54.0** | |
| 06/01/21 | Leon Szlezinger | *Review of revised Disclosure Statement* | 1.5 | 9 |
| 06/01/21 | Jaspinder Kanwal | *Review of revised Disclosure Statement* | 1.5 | 9 |
| 06/01/21 | Benjamin Troester | *Review of revised Disclosure Statement* | 2.0 | 9 |
| 06/01/21 | Kamil Abdullah | *Review of revised Disclosure Statement* | 1.0 | 9 |
| 06/02/21 | Kevin Sheridan | *Review of revised Disclosure Statement* | 1.0 | 9 |
| 06/04/21 | Kamil Abdullah | *Review PPLP data room uploads* | 3.0 | 9 |
| 06/06/21 | William Maselli | *Review PPLP data room uploads* | 1.5 | 9 |
| 06/06/21 | Connor Hattersley | *Review PPLP data room uploads* | 2.0 | 9 |
| 06/07/21 | Leon Szlezinger | *Review Purdue financial update presentation* | 1.0 | 9 |
| 06/07/21 | Jaspinder Kanwal | *Review Purdue financial update presentation* | 1.5 | 9 |
| 06/07/21 | Benjamin Troester | *Review Purdue financial update presentation* | 1.5 | 9 |
| 06/07/21 | Kamil Abdullah | *Review Purdue financial update presentation* | 1.0 | 9 |
| 06/07/21 | Kevin Sheridan | *Review Purdue financial update presentation* | 2.0 | 9 |
| 06/07/21 | James Wiltshire | *Review Purdue financial update presentation* | 2.0 | 9 |
| 06/07/21 | William Maselli | *Review Purdue financial update presentation* | 1.0 | 9 |
| 06/07/21 | Connor Hattersley | *Review Purdue financial update presentation* | 1.0 | 9 |
| 06/09/21 | Kamil Abdullah | *Review of House Oversight hearing summary* | 0.5 | 9 |
| 06/10/21 | Jaspinder Kanwal | *Review of House Oversight hearing summary* | 0.5 | 9 |
| 06/10/21 | Benjamin Troester | *Review PPLP data room uploads* | 1.5 | 9 |
| 06/10/21 | Benjamin Troester | *Review of House Oversight hearing summary* | 0.5 | 9 |
| 06/14/21 | Leon Szlezinger | *Review of UCC candidate bios* | 1.0 | 9 |
| 06/14/21 | Jaspinder Kanwal | *Review of UCC candidate bios* | 1.0 | 9 |
| 06/14/21 | Benjamin Troester | *Review of UCC candidate bios* | 1.0 | 9 |
| 06/14/21 | Kamil Abdullah | *Review PPLP data room uploads* | 2.0 | 9 |
| 06/14/21 | Kamil Abdullah | *Review of UCC candidate bios* | 1.0 | 9 |
| 06/14/21 | William Maselli | *Review PPLP data room uploads* | 1.0 | 9 |
| 06/14/21 | Connor Hattersley | *Review PPLP data room uploads* | 2.0 | 9 |
| 06/15/21 | Benjamin Troester | *Review PPLP data room uploads* | 1.5 | 9 |
| 06/15/21 | Kamil Abdullah | *Review PPLP data room uploads* | 1.0 | 9 |
| 06/24/21 | Benjamin Troester | *Review PPLP data room uploads* | 1.5 | 9 |
| 06/24/21 | Kamil Abdullah | *Review PPLP data room uploads* | 3.0 | 9 |
| 06/28/21 | Jaspinder Kanwal | *Review of KEIP / KERP documents* | 1.5 | 9 |
| 06/28/21 | Benjamin Troester | *Review of KEIP / KERP documents* | 2.0 | 9 |
| 06/28/21 | Kamil Abdullah | *Review of KEIP / KERP documents* | 1.0 | 9 |
| 06/28/21 | William Maselli | *Review of PPLP data room uploads* | 1.0 | 9 |
| 06/28/21 | Connor Hattersley | *Review of PPLP data room uploads* | 2.5 | 9 |
| 06/29/21 | Leon Szlezinger | *Review of KEIP / KERP documents* | 1.0 | 9 |
| 06/30/21 | Jaspinder Kanwal | *Review of revised Disclosure Statement* | 1.5 | 9 |
| | | **June 1, 2021 - June 30, 2021 Total Hours** | **149.5** | |

**<u>Exhibit B</u>**

**Expenses**

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|
| Baker Botts | $1,410.00 | 06/30/21 | Legal | Legal invoice from counsel |

# BAKER BOTTS L.L.P.

Austin London
Brussels Moscow
Dallas New York
Dubai Palo Alto
Hong Kong Riyadh
**Houston** San Francisco
Washington

TAX ID 74-1195457

Jefferies LLC
520 Madison Avenue
New York, NY 10022
Attn: Leon Szlezinger

Invoice Number: 1754281
Invoice Date: July 7, 2021
Attorney: R L Spigel

Total fees for services and expenses for the matter shown below through June 30, 2021.

**082383.0108**
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/02/21 | J R Herz | 0.2 | Review draft of March fee statement from Jefferies (.1); email Akin team concerning same (.1). |
| 06/03/21 | J R Herz | 0.3 | Review March 2021 fee statement based on R. Spigel's comments (.1); prepare file ready version (.2). |
| 06/14/21 | J R Herz | 0.3 | Draft April 2021 fee statement. |
| 06/23/21 | J R Herz | 0.3 | Review April fee statement (.2); email April fee statement to Akin team (.1). |
| 06/28/21 | J R Herz | 0.4 | Review and update April fee statement (.3); call with Jefferies team concerning updating expenses (.1) |

**Matter Hours** 1.50
**Matter Fees** **$1,410.00**

**BAKER BOTTS** LLP

| | Invoice No: | 1754281 |
|---|---|---|
| | Invoice Date: | July 7, 2021 |
| JEFFERIES LLC | Matter: | 082383.0108 |
| Purdue Retention | | |

**2021 Lawyer Summary**

| Timekeeper | HOURS | RATE | TOTAL |
|---|---|---|---|
| Herz, J R | 1.5 | 940.00 | 1,410.00 |
| | **1.5** | | **$1,410.00** |

| | |
|---|---|
| Total Current Fees | $1,410.00 |
| **Total Due This Invoice** | **$1,410.00** |

Page 2

# BAKER BOTTS L.L.P.

Austin London
Brussels Moscow
Dallas New York
Dubai Palo Alto
Hong Kong Riyadh
**Houston** San Francisco
Washington

TAX ID 74-1195457

Jefferies LLC
520 Madison Avenue
New York, NY 10022
Attn: Leon Szlezinger

**Due Upon Receipt**

Invoice Number: 1754281
Invoice Date: July 7, 2021
Matter Number: 082383.0108

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | 082383.0108 |
| **Client:** | JEFFERIES LLC |
| **Matter:** | Purdue Retention |
| **Invoice Number:** | 1754281 |
| **Billing Attorney:** | R L Spigel |
| **Office:** | New York |

| | |
|---|---:|
| **Total Fees** | $1,410.00 |
| **Total Expenses** | $0.00 |
| **Total Invoice Amount** | $1,410.00 |

TO ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

*Please Remit to:*

**Wiring Instructions**
Baker Botts L.L.P.
Bank: JP Morgan Chase Bank
Address: 712 Main Street, Houston, TX 77002
ABA Number: 021 000 021
Swift Code: CHASUS33
Primary Account: 001 0000 2006
(Reference Invoice Number)

*ACH Information:*
Baker Botts L.L.P.
Bank: JP Morgan Chase Bank
Address: 712 Main Street, Houston, TX 77002
Routing Number: 111 000 614
Primary Account: 001 0000 2006
(Reference Invoice Number)

*To Pay by Check, send to:*
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)