KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.* | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |

-------------------------------------------------------------x

**NINETEENTH MONTHLY FEE STATEMENT OF KURTZMAN CARSON
CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED
AND EXPENSES INCURRED AS INFORMATION AGENT FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>FOR THE PERIOD JUNE 1, 2021 THROUGH JUNE 30, 2021</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| General Information | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |

| Summary of Fees and Expenses Sought in the Fee Application | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | June 1, 2021 through June 30, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $18,427.28 (80% of $23,034.10) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $1,529.03 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $19,956.31 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its nineteenth monthly fee statement (the "Monthly Fee Statement") for the period beginning June 1, 2021 through and including June 30, 2021 (the "Fee Period"). During the Fee Period, the fees and expenses incurred by KCC were $24,563.13.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $19,956.31, which represents 80% of KCC's total fees for reasonable and necessary professional

services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**.  A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**.  A schedule of expenses incurred by category.

c. **Exhibit C**.  KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245,

Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on October 8, 2021** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated:  September 24, 2021
        El Segundo, California

                                    /s/ *Sarah Harbuck*
                                    **KURTZMAN CARSON CONSULTANTS LLC**
                                    Sarah Harbuck
                                    Drake D. Foster
                                    222 N. Pacific Coast Highway
                                    3rd Floor
                                    El Segundo, California 90403
                                    Tel: (310) 823-9000

## **CERTIFICATION**

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

      a)      I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

      b)      I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

      c)      I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.


Dated:  September 24, 2021
     El Segundo, California


                                   /s/ *Sarah Harbuck*_____

                                   Sarah Harbuck

**Exhibit A**
**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|----------|------|----------|-------|------|-------|
| AKW | Alyssa Kim-Whittle | Consultant | 0.4 | $203.28 | $81.31 |
| AML | Angela Nguyen | Senior Managing Consultant | 0.3 | $231.53 | $69.46 |
| ANP | Angela Preston | Consultant | 0.3 | $200.87 | $60.26 |
| AOP | Alfredo Pastor | Consultant | 1.3 | $200.86 | $261.12 |
| CCE | Cerene Credo | Consultant | 0.2 | $149.45 | $29.89 |
| CET | Christopher Estes | Consultant | 31.7 | $203.28 | $6,443.96 |
| CHD | Christopher Do | Senior Managing Consultant | 1.8 | $231.53 | $416.76 |
| CHT | Cheryl Tracey | Consultant | 4.6 | $200.86 | $923.95 |
| CJC | Caitlin Corrie | Consultant | 0.9 | $125.23 | $112.71 |
| DAK | Dayna Kosinski | Consultant | 0.3 | $155.50 | $46.65 |
| DHP | Dionne Hopson | Consultant | 0.4 | $200.85 | $80.34 |
| DLN | Daisy Logan | Consultant | 0.2 | $200.90 | $40.18 |
| EGA | Ellis Gatlin | Clerk | 0.5 | $53.84 | $26.92 |
| EJG | Evan Gershbein | Senior Managing Consultant | 1 | $231.52 | $231.52 |
| ESI | Elliser Silla | Consultant | 4 | $200.86 | $803.44 |
| FGZ | Francisco Gonzalez | Clerk | 0.5 | $53.84 | $26.92 |
| IRJ | Ivan Rios Jimenez | Consultant | 0.3 | $143.40 | $43.02 |
| JBU | Joseph Bunning | Senior Consultant | 43.3 | $206.91 | $8,959.20 |
| JDG | Jennifer Grageda | Consultant | 1.2 | $149.43 | $179.31 |
| JTN | Jonathan Thomson | Consultant | 2.7 | $203.28 | $548.85 |
| JUS | Juliana Shatarah | Consultant | 0.1 | $200.90 | $20.09 |
| JUY | Justin Uy | Consultant | 1.8 | $125.22 | $225.40 |
| KCO | Kaci Courtright | Consultant | 0.3 | $200.87 | $60.26 |
| KDT | Keith Taylor | Clerk | 0.1 | $53.80 | $5.38 |
| MDO | Matthew Orr | Consultant | 1.2 | $200.86 | $241.03 |
| MVZ | Michael Valadez | Consultant | 1.3 | $200.86 | $261.12 |
| RIO | Rosemary Ibarra | Clerk | 0.1 | $53.80 | $5.38 |
| SDA | Samuel Miranda | Consultant | 0.1 | $200.90 | $20.09 |
| SEB | Senayt Berhe | Consultant | 0.2 | $149.40 | $29.88 |
| STP | Stephanie Paul | Consultant | 3.3 | $125.24 | $413.28 |
| SUS | Sumesh Srivastava | Senior Consultant | 0.2 | $206.90 | $41.38 |
| SYU | Susan Yu | Consultant | 7.4 | $203.28 | $1,504.30 |
| TBM | Travis Buckingham | Consultant | 0.8 | $203.28 | $162.62 |
| VRQ | Vanessa Triana | Senior Managing Consultant | 1.8 | $209.40 | $376.92 |
| VTM | Vien Marquez | Consultant | 1.4 | $200.86 | $281.20 |
| | | | | | |
| | **TOTALS** | | **116** | | **$23,034.10** |

**<u>Exhibit B</u>**

**<u>Summary of Expenses by Category</u>**

| Category | Units | Rate | Amount |
|---|---|---|---|
| Photocopies | 7 | $0.11 | $0.77 |
| First Class Mail | | | $247.79 |
| Printing and Mailing Expenses | | | $1,229.66 |
| Sales Tax | | | $50.81 |
| | | | |
| **TOTAL** | | | **$1,529.03** |

**<u>Exhibit C</u>**

**<u>Invoice</u>**



August 9, 2021

Purdue Pharma L.P. (Creditors' Committee)
Brendan Stuhan
Blue Cross and Blue Shield Association
1310 G Street NW
Washington DC 20005

      Re: Purdue Pharma L.P. (Creditors' Committee)
         USBC Case No. 19-23649

Dear Brendan Stuhan:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period June 1, 2021 to June 30, 2021 in the amount of $24,563.13 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC



Evan Gershbein
EVP Restructuring




Enclosures



August 9, 2021

<u>Copy Parties</u>

Ira S. Dizengoff, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Arik Preis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Mitchell Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Sara L. Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

# *Kurtzman Carson Consultants LLC*

| Account Number | 70789FA | Invoice Date | August 9, 2021 |
|---|---|---|---|
| Invoice Number | US_KCC2108832 | Due Date | Due upon receipt |

### Purdue Pharma L.P. (Creditors' Committee)
### *Summary*

| <u>Description</u> | <u>Amount</u> |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $23,034.10 |
| ***Total of Hourly Fees*** | $23,034.10 |
| | |
| **Expenses** | |
| Expenses | $1,478.22 |
| ***Total Expenses*** | $1,478.22 |
| | |
| ***Invoice Subtotal*** | **$24,512.32** |
| Sales and Use Tax | 50.81 |
| ***Total Invoice*** | **$24,563.13** |

---

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 70789FA |
|---|---|
| Invoice Number | US_KCC2108832 |
| Total Amount Due | $24,563.13 |
| Amount Paid | $ |

**Check Payments to:**

Kurtzman Carson Consultants LLC
Dept CH 16639
Palatine, IL 60055-6639

**Wire Payments to:**

Kurtzman Carson Consultants LLC
HSBC Bank, NA
452 Fifth Avenue, New York, NY 10018
Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020

# Kurtzman Carson Consultants LLC

06/01/2021 - 06/30/2021

## Total Hourly Fees by Employee

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| AKW | Alyssa Kim-Whittle | CON | 0.40 | $203.28 | $81.31 |
| AML | Angela Nguyen | SMC | 0.30 | $231.53 | $69.46 |
| ANP | Angela Preston | CON | 0.30 | $200.87 | $60.26 |
| AOP | Alfredo Pastor | CON | 1.30 | $200.86 | $261.12 |
| CCE | Cerene Credo | CON | 0.20 | $149.45 | $29.89 |
| CET | Christopher Estes | CON | 31.70 | $203.28 | $6,443.96 |
| CHD | Christopher Do | SMC | 1.80 | $231.53 | $416.76 |
| CHT | Cheryl Tracey | CON | 4.60 | $200.86 | $923.95 |
| CJC | Caitlin Corrie | CON | 0.90 | $125.23 | $112.71 |
| DAK | Dayna Kosinski | CON | 0.30 | $155.50 | $46.65 |
| DHP | Dionne Hopson | CON | 0.40 | $200.85 | $80.34 |
| DLN | Daisy Logan | CON | 0.20 | $200.90 | $40.18 |
| EGA | Ellis Gatlin | CL | 0.50 | $53.84 | $26.92 |
| EJG | Evan Gershbein | SMC | 1.00 | $231.52 | $231.52 |
| ESI | Elliser Silla | CON | 4.00 | $200.86 | $803.44 |
| FGZ | Francisco Gonzalez | CL | 0.50 | $53.84 | $26.92 |
| IRJ | Ivan Rios Jimenez | CON | 0.30 | $143.40 | $43.02 |
| JBU | Joseph Bunning | SC | 43.30 | $206.91 | $8,959.20 |
| JDG | Jennifer Grageda | CON | 1.20 | $149.43 | $179.31 |
| JTN | Jonathan Thomson | CON | 2.70 | $203.28 | $548.85 |
| JUS | Juliana Shatarah | CON | 0.10 | $200.90 | $20.09 |
| JUY | Justin Uy | CON | 1.80 | $125.22 | $225.40 |
| KCO | Kaci Courtright | CON | 0.30 | $200.87 | $60.26 |
| KDT | Keith Taylor | CL | 0.10 | $53.80 | $5.38 |
| MDO | Matthew Orr | CON | 1.20 | $200.86 | $241.03 |
| MVZ | Michael Valadez | CON | 1.30 | $200.86 | $261.12 |
| RIO | Rosemary Ibarra | CL | 0.10 | $53.80 | $5.38 |
| SDA | Samuel Miranda | CON | 0.10 | $200.90 | $20.09 |
| SEB | Senayt Berhe | CON | 0.20 | $149.40 | $29.88 |
| STP | Stephanie Paul | CON | 3.30 | $125.24 | $413.28 |
| SUS | Sumesh Srivastava | SC | 0.20 | $206.90 | $41.38 |
| SYU | Susan Yu | CON | 7.40 | $203.28 | $1,504.30 |
| TBM | Travis Buckingham | CON | 0.80 | $203.28 | $162.62 |
| VRQ | Vanessa Triana | SMC | 1.80 | $209.40 | $376.92 |
| VTM | Vien Marquez | CON | 1.40 | $200.86 | $281.20 |

**Total**      **$23,034.10**

# *Kurtzman Carson Consultants LLC*

### 06/01/2021 - 06/30/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 6/1/2021 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 6/1/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.40 |
| 6/1/2021 | SYU | Review mail report for UCC Statement re DS and Solicitation Motion [DN 2911] | CON | Noticing | 0.10 |
| 6/1/2021 | SYU | Review mail report for Second Supp Monzo Declaration, Gellert Retention App, & Rock Creek Retention App [DNs 128-130] | CON | Noticing | 0.10 |
| 6/1/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 6/1/2021 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.60 |
| 6/1/2021 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 6/1/2021 | SDA | Review mail report for Supp Declaration ISO Akin Gump Retention App [DN 2869] | CON | Noticing | 0.10 |
| 6/1/2021 | DLN | Review mail report for Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] | CON | Noticing | 0.10 |
| 6/1/2021 | DLN | Review mail report for Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] | CON | Noticing | 0.10 |
| | | | | *Total for 6/1/2021* | *2.90* |
| 6/2/2021 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 6/2/2021 | JBU | Respond to creditor inquiries regarding the status of claims and voting procedures | SC | Communications / Call Center | 1.30 |
| 6/2/2021 | JUY | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 6/2/2021 | JUY | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 6/2/2021 | CET | Return creditor inquiries (10) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.60 |
| 6/2/2021 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.20 |
| 6/2/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (4) | CON | Communications / Call Center | 0.30 |
| 6/2/2021 | JUS | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 6/2/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Third Amended Stip and Order re Exhibits for Use at Hearing on Privilege Motions [DN 2859] | SMC | Noticing | 0.30 |
| 6/2/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Third Stip & Agreed Order re Exhibits for Hearing [DN 2851] | SMC | Noticing | 0.30 |
| | | | | *Total for 6/2/2021* | *4.40* |
| 6/3/2021 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 6/3/2021 | JBU | Respond to creditor inquiries regarding the status of claims and voting procedures | SC | Communications / Call Center | 0.90 |
| 6/3/2021 | JUY | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |

# *Kurtzman Carson Consultants LLC*

06/01/2021 - 06/30/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 6/3/2021 | CET | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.80 |
| 6/3/2021 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 6/3/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supp Declaration ISO Akin Gump Retention App [DN 2869] | SMC | Noticing | 0.30 |
| | | | | *Total for 6/3/2021* | *2.30* |
| 6/4/2021 | EJG | Attention to Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 2994-2999] mailing, including email communication re same | SMC | Noticing | 0.50 |
| 6/4/2021 | JDG | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 6/4/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
| 6/4/2021 | SYU | Correspond with counsel re service of Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements | CON | Noticing | 0.10 |
| 6/4/2021 | SYU | Coordinate and generate Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 2994-2999] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 6/4/2021 | CHT | Return creditor inquiry regarding update on case | CON | Communications / Call Center | 0.10 |
| 6/4/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 6/4/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| 6/4/2021 | CET | Return creditor inquiries (6) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.10 |
| 6/4/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for UCC Statement re DS and Solicitation Motion [DN 2911] | SMC | Noticing | 0.30 |
| | | | | *Total for 6/4/2021* | *4.50* |
| 6/5/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for UCC Statement re DS and Solicitation Motion [DN 2911] | CON | Noticing | 0.20 |
| | | | | *Total for 6/5/2021* | *0.20* |
| 6/6/2021 | SYU | Update the case calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| | | | | *Total for 6/6/2021* | *0.30* |
| 6/7/2021 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.20 |
| 6/7/2021 | JBU | Respond to creditor inquiries regarding the status of claims and voting procedures | SC | Communications / Call Center | 1.50 |
| 6/7/2021 | CCE | Sort and manage incoming case mail received for processing | CON | Document Processing | 0.20 |
| 6/7/2021 | SYU | Review document received in the mail and follow up with operations team re same | CON | Document Processing | 0.20 |
| 6/7/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |

# *Kurtzman Carson Consultants LLC*

06/01/2021 - 06/30/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 6/7/2021 | CHT | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 6/7/2021 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.20 |
| 6/7/2021 | KCO | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 6/7/2021 | SUS | Listen to and log information from creditor calls to ensure a timely response | SC | Communications / Call Center | 0.20 |
| | | | | *Total for 6/7/2021* | *3.10* |
| 6/8/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.60 |
| 6/8/2021 | SYU | Prepare Certificate of Service re Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 2994-2999] mailing | CON | Noticing | 0.70 |
| 6/8/2021 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 6/8/2021 | JUY | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.80 |
| 6/8/2021 | CHT | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |
| 6/8/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| | | | | *Total for 6/8/2021* | *3.80* |
| 6/9/2021 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.20 |
| 6/9/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.40 |
| 6/9/2021 | JUY | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 6/9/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 6/9/2021 | CET | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.90 |
| 6/9/2021 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.20 |
| | | | | *Total for 6/9/2021* | *3.00* |
| 6/10/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.70 |
| 6/10/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 6/10/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 6/10/2021 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.90 |
| | | | | *Total for 6/10/2021* | *3.20* |
| 6/11/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.10 |
| 6/11/2021 | SYU | Correspond with counsel re UCC letter update to the public access website | CON | Noticing | 0.10 |

# *Kurtzman Carson Consultants LLC*

06/01/2021 - 06/30/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 6/11/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 6/11/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.50 |
| 6/11/2021 | CET | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.80 |
| | | | **Total for 6/11/2021** | | **2.60** |
| 6/13/2021 | SYU | Correspond with counsel re service of Objection to Motion to Appoint Examiner | CON | Noticing | 0.10 |
| 6/13/2021 | SYU | Coordinate and generate Objection to Motion to Appoint Examiner [DN 3023] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.60 |
| 6/13/2021 | SYU | Update the Master Service List per undeliverable email | CON | Noticing | 0.20 |
| | | | **Total for 6/13/2021** | | **0.90** |
| 6/14/2021 | EJG | Attention to Objection to Motion to Appoint Examiner [DN 3023] mailing, including email communication re same | SMC | Noticing | 0.50 |
| 6/14/2021 | VTM | Assist with Objection to Motion to Appoint Examiner [DN 3023] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 6/14/2021 | MDO | Assist with Objection to Motion to Appoint Examiner [DN 3023] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 6/14/2021 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 6/14/2021 | JBU | Respond to creditor inquiries regarding the status of claims and voting procedures | SC | Communications / Call Center | 1.10 |
| 6/14/2021 | IRJ | Assist with Objection to Motion to Appoint Examiner [DN 3023] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 6/14/2021 | EGA | Assist with Objection to Motion to Appoint Examiner [DN 3023] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.50 |
| 6/14/2021 | FGZ | Assist with Objection to Motion to Appoint Examiner [DN 3023] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.50 |
| 6/14/2021 | JUY | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 6/14/2021 | JUY | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 6/14/2021 | AOP | Assist with Objection to Motion to Appoint Examiner [DN 3023] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.00 |
| 6/14/2021 | CHD | Assist with Objection to Motion to Appoint Examiner [DN 3023] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| | | | **Total for 6/14/2021** | | **5.50** |
| 6/15/2021 | JBU | Respond to creditor inquiries regarding the status of claims and voting procedures | SC | Communications / Call Center | 1.10 |

# *Kurtzman Carson Consultants LLC*

06/01/2021 - 06/30/2021

## *Time Detail*

| <u>Date</u> | <u>Employee</u> | <u>Description</u> | <u>Position Type</u> | <u>Category</u> | <u>Hours</u> |
|---|---|---|---|---|---|
| 6/15/2021 | JUY | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.20 |
| 6/15/2021 | JUY | Sort and manage incoming case mail received for processing | CON | Document Processing | 0.10 |
| 6/15/2021 | SEB | Manage and review tracking of undeliverable mail re Objection to Motion to Appoint Examiner [DN 3023] | CON | Undeliverable Mail Processing | 0.10 |
| 6/15/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| | | | | *Total for 6/15/2021* | *1.60* |
| 6/16/2021 | AML | Review public access website | SMC | Maintenance of Public Access Website | 0.20 |
| 6/16/2021 | JBU | Respond to creditor inquiries regarding the status of claims and voting procedures | SC | Communications / Call Center | 1.10 |
| 6/16/2021 | SYU | Update and format the public access website re UCC Plan Letter | CON | Maintenance of Public Access Website | 1.40 |
| 6/16/2021 | SYU | Prepare Certificate of Service re Objection to Motion to Appoint Examiner [DN 3023] mailing | CON | Noticing | 0.70 |
| 6/16/2021 | SYU | Electronically file Certificates of Service with the court | CON | Noticing | 0.10 |
| 6/16/2021 | CHT | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| 6/16/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| | | | | *Total for 6/16/2021* | *4.00* |
| 6/17/2021 | JBU | Respond to creditor inquiries regarding the status of claims and voting procedures | SC | Communications / Call Center | 1.20 |
| 6/17/2021 | JUY | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 6/17/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.50 |
| 6/17/2021 | CET | Return creditor inquiries (9) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.70 |
| 6/17/2021 | STP | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.20 |
| 6/17/2021 | ANP | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 6/17/2021* | *4.00* |
| 6/18/2021 | JBU | Respond to creditor inquiries regarding the status of claims and voting procedures | SC | Communications / Call Center | 1.60 |
| 6/18/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.50 |
| 6/18/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.70 |
| 6/18/2021 | CET | Return creditor inquiries (7) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.30 |
| | | | | *Total for 6/18/2021* | *4.10* |
| 6/21/2021 | JDG | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.20 |

# *Kurtzman Carson Consultants LLC*

### 06/01/2021 - 06/30/2021

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 6/21/2021 | JBU | Respond to creditor inquiries regarding the status of claims and voting procedures | SC | Communications / Call Center | 2.10 |
| 6/21/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 6/21/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| 6/21/2021 | CET | Return creditor inquiries (7) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.40 |
| 6/21/2021 | CJC | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| | | | | ***Total for 6/21/2021*** | ***4.80*** |
| 6/22/2021 | JDG | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 6/22/2021 | JBU | Respond to creditor inquiries regarding the status of claims and voting procedures | SC | Communications / Call Center | 2.40 |
| 6/22/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 6/22/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.50 |
| 6/22/2021 | CET | Return creditor inquiries (8) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.40 |
| 6/22/2021 | STP | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.10 |
| | | | | ***Total for 6/22/2021*** | ***4.80*** |
| 6/23/2021 | KDT | Assist with Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 6/23/2021 | VTM | Assist with Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 6/23/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Objection to Motion to Appoint Examiner [DN 3023] | CON | Noticing | 0.20 |
| 6/23/2021 | MDO | Assist with Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 6/23/2021 | DAK | Assist with Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 6/23/2021 | JBU | Respond to creditor inquiries regarding the status of claims and voting procedures | SC | Communications / Call Center | 2.90 |
| 6/23/2021 | ESI | Coordinate and generate Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 2.40 |
| 6/23/2021 | ESI | Prepare Affidavit of Service for Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] mailing | CON | Noticing | 1.20 |
| 6/23/2021 | RIO | Assist with Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 6/23/2021 | SYU | Correspond with counsel re service of Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership | CON | Noticing | 0.10 |

# *Kurtzman Carson Consultants LLC*

06/01/2021 - 06/30/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 6/23/2021 | SYU | Coordinate and generate Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.30 |
| 6/23/2021 | SYU | Update the Master Service List per recent correspondence | CON | Noticing | 0.20 |
| 6/23/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.50 |
| 6/23/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| 6/23/2021 | CET | Return creditor inquiries (7) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.30 |
| 6/23/2021 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] | CON | Noticing | 1.00 |
| 6/23/2021 | VRQ | Coordinate and facilitate service of Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] including preparation of service lists, review documents and prepare related correspondence | SMC | Noticing | 0.70 |
| 6/23/2021 | CHD | Assist with Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| | | | | *Total for 6/23/2021* | *13.20* |
| 6/24/2021 | JBU | Respond to creditor inquiries regarding the status of claims and voting procedures | SC | Communications / Call Center | 3.10 |
| 6/24/2021 | ESI | Prepare Affidavit of Service for Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] mailing | CON | Noticing | 0.30 |
| 6/24/2021 | SEB | Manage and review tracking of undeliverable mail re Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] | CON | Undeliverable Mail Processing | 0.10 |
| 6/24/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.50 |
| 6/24/2021 | CET | Return creditor inquiries (6) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.10 |
| 6/24/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.40 |
| | | | | *Total for 6/24/2021* | *5.50* |
| 6/25/2021 | JBU | Respond to creditor inquiries regarding the status of claims and voting procedures | SC | Communications / Call Center | 3.60 |
| 6/25/2021 | ESI | Prepare Affidavit of Service for Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] mailing | CON | Noticing | 0.10 |
| 6/25/2021 | SYU | Review Certificate of Service re Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] mailing | CON | Noticing | 0.30 |
| 6/25/2021 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 6/25/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.80 |
| 6/25/2021 | CET | Return creditor inquiries (14) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 2.30 |
| 6/25/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (12) | CON | Communications / Call Center | 1.00 |
| 6/25/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.20 |

# *Kurtzman Carson Consultants LLC*

06/01/2021 - 06/30/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | | *Total for 6/25/2021* | *8.40* |
| 6/28/2021 | JBU | Respond to creditor inquiries regarding the status of claims and voting procedures | SC | Communications / Call Center | 3.90 |
| 6/28/2021 | TBM | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.30 |
| 6/28/2021 | TBM | Update important dates and documents on public access website | CON | Maintenance of Public Access Website | 0.50 |
| 6/28/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| 6/28/2021 | CET | Return creditor inquiries (25) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 3.10 |
| 6/28/2021 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Objection to Motion to Appoint Examiner [DN 3023] | CON | Noticing | 0.30 |
| 6/28/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (8) | CON | Communications / Call Center | 0.70 |
| 6/28/2021 | KCO | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| | | | | *Total for 6/28/2021* | *9.50* |
| 6/29/2021 | AML | Attn to service request email from counsel | SMC | Noticing | 0.10 |
| 6/29/2021 | JBU | Respond to creditor inquiries regarding the status of claims and voting procedures | SC | Communications / Call Center | 3.70 |
| 6/29/2021 | SYU | Coordinate and generate Monthly Fee Statements and Fee App [DNs 3081-3086] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.30 |
| 6/29/2021 | SYU | Review mail report for Objection to Motion to Appoint Examiner [DN 3023] | CON | Noticing | 0.10 |
| 6/29/2021 | SYU | Correspond with counsel re service of Monthly Fee Statements and Fee App | CON | Noticing | 0.10 |
| 6/29/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.80 |
| 6/29/2021 | CET | Return creditor inquiries (17) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 2.80 |
| 6/29/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (8) | CON | Communications / Call Center | 0.70 |
| 6/29/2021 | VRQ | Coordinate and facilitate service of Monthly Fee Statements and Fee App [DNs 3081-3086] including preparation of service lists, review documents and prepare related correspondence | SMC | Noticing | 0.50 |
| 6/29/2021 | DHP | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 6/29/2021 | JTN | Coordinate and generate Monthly Fee Statements and Fee App [DNs 3081-3086] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 1.80 |
| 6/29/2021 | JTN | Prepare Affidavit of Service for Monthly Fee Statements and Fee App [DNs 3081-3086] mailing | CON | Noticing | 0.30 |
| | | | | *Total for 6/29/2021* | *11.60* |
| 6/30/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Objection to Motion to Appoint Examiner [DN 3023] | CON | Noticing | 0.20 |

## *Kurtzman Carson Consultants LLC*

06/01/2021 - 06/30/2021

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 6/30/2021 | JBU | Respond to creditor inquiries regarding the status of claims and voting procedures | SC | Communications / Call Center | 3.80 |
| 6/30/2021 | SYU | Review Certificate of Service re Monthly Fee Statements and Fee App [DNs 3081-3086] mailing | CON | Noticing | 0.30 |
| 6/30/2021 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 6/30/2021 | AKW | Review Certificate of Service for Monthly Fee Statements and Fee App [DNs 3081-3086] mailing | CON | Noticing | 0.40 |
| 6/30/2021 | CHT | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| 6/30/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 6/30/2021 | CET | Return creditor inquiries (7) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.30 |
| 6/30/2021 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] | CON | Noticing | 0.30 |
| 6/30/2021 | JTN | Prepare Affidavit of Service for Monthly Fee Statements and Fee App [DNs 3081-3086] mailing | CON | Noticing | 0.60 |

|  |  |  |  | *Total for 6/30/2021* | *7.80* |
|--|--|--|--|--|--|

|  |  |  |  | ***Total Hours*** | **116.00** |
|--|--|--|--|--|--|

# *Kurtzman Carson Consultants LLC*

*06/01/2021 - 06/30/2021*

## *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| Photocopies | 7 | $0.11 | $0.77 |
| First Class Mail | | | $247.79 |
| Printing and Mailing Expenses (See Exhibit) | | | $1,229.66 |
| | | *Total Expenses* | *$1,478.22* |

# *Kurtzman Carson Consultants LLC*

06/01/2021 - 06/30/2021

## *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 6/4/2021 | Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 2994-2999] | 6 | Email Parties | $0.00 | $100.00 |
| 6/14/2021 | Objection to Motion to Appoint Examiner [DN 3023] | 192 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 192 Email Parties | $250.00 | $250.00 |
| | | 53 | First Class Mail | | |
| | | 2,438 | Image notice printing for 1 document, including Purdue DN 3023 UCC Objection to Motion to Appoint Examiner | $0.11 | $268.18 |
| | | 53 | Non-Standard Envelopes | $0.36 | $19.08 |
| 6/23/2021 | Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] | 191 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 191 Email Parties | $250.00 | $250.00 |
| | | 53 | First Class Mail | | |
| | | 318 | Image notice printing for 1 document, including Purdue DN 3060 Bedell Third Supplemental Declaration re Retention App | $0.11 | $34.98 |
| | | 53 | Standard Envelopes | $0.14 | $7.42 |
| 6/29/2021 | Monthly Fee Statements and Fee App [DNs 3081-3086] | 6 | Email Parties | $0.00 | $100.00 |

| | |
|---|---|
| *Total Printing and Mailing Expenses* | *$1,229.66* |