Neil F.X. Kelly, Deputy Chief, Civil Division
Assistant Attorney General, *admitted pro hoc vice*
Rhode Island Office of the Attorney General
150 South Main Street
Providence, Rhode Island  02903
(401) 274-4400 x 2284
nkelly@riag.ri.gov
Counsel for State of Rhode Island
Peter F. Neronha, Attorney General

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| **PURDUE PHARMA, L.P., et al,**[1] | )    Chapter 11 |
| | ) |
| Debtors. | )    Case No. 19-23649 (RDD) |
| | ) |

**NOTICE OF APEAL**

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):  State of Rhode Island, Peter F. Neronha, Attorney General

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| __Plaintiff | __Debtor |
| __Defendant | _x_ Creditor |
| __Other (describe) _____ | __Trustee |
| | __Other (describe) |

---

[1] In addition to Purdue Pharma, L.P., the debtors in these chapter 11 cases ("Debtors" or "Purdue"), along with the last four digits of their federal tax identification numbers, are Purdue Pharma Manufacturing L.P. (3821), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies K.P. (1868), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (6166), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' principal offices are at One Stamford Forum, 201 Tresser Boulevard, Stamford,

1

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

Doc. I.D. No. 3787 – This appeal is from the Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (attached as Exhibit "A"), as accompanied by the Modified Bench Ruling on Request for Confirmation of Eleventh Amended Joint Chapter 11 Plan (Doc. I.D. No. 3786) (attached as Exhibit "B").

2. State the date on which the judgment, order, or decree was entered:

September 17, 2021.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| PARTY REPRESENTED BY: | REPRESENTED BY: |
|---|---|
| **Appellees** | |
| Purdue Pharma L.P. | Marshall S. Huebner |
| Purdue Pharma Inc. | Christopher Robertson |
| Purdue Transdermal Technologies L.P. | Benjamin S. Kaminetzky |
| Purdue Pharma Manufacturing L.P. | Timothy Graulich |
| Purdue Pharmaceuticals L.P. | Eli Vonnegut |
| Imbrium Therapeutics L.P. | Davis Polk & Wardwell LLP |
| Adlon Therapeutics L.P. | 450 Lexington Avenue |
| Greenfield BioVentures L.P. | New York, NY 10017 |
| Seven Seas Hill Corp. | Tel: (212)450-4000 |
| Ophir Green Corp. | |
| Purdue Pharma of Puerto Rico | |
| Avrio Health L.P. | |
| Purdue Pharmaceutical Products L.P. | |
| Purdue Neuroscience Company | |
| Nayatt Cove Lifescience Inc. | |
| Button Land L.P. | |
| Rhodes Associates L.P. | |
| Paul Land Inc. | |
| Quidnick Land L.P. | |
| Rhodes Pharmaceuticals L.P. | |
| Rhodes Technologies | |
| UDF LP | |
| SVC Pharma LP | |
| SVC Pharma Inc. | |

| | |
|---|---|
| Raymond Sackler Family/Side B of the Sackler | Gerard Uzzi<br>Alexander B. Lees<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 1001<br>Tel: (212) 530-5000 |
| Mortimer Sackler Family/Side A of the Sackler | Jasmine Ball<br>Maura K. Monaghan<br>Jeffrey J. Rosen<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022 |

**Additional Appellants**

| | |
|---|---|
| State of Washington | Matthew J. Gold<br>Robert M. Tuchman<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel.: (212) 986-6000<br><br>-and-<br><br>Robert W. Ferguson<br> Attorney General<br>Tad Robinson O'Neill<br>Assistant Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Tel.: (206) 254-0570 |
| The District of Columbia | Matthew J. Gold<br>Robert M. Tuchman<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel.: (212) 986-6000<br><br>-and-<br><br>Karl A. Racine<br>Attorney General<br>Kathleen Konopka<br>Deputy Attorney General |

|  |  |
|---|---|
|  | Public Advocacy Division<br>Office of the Attorney General<br>400 Sixth Street, N.W., 10th Floor<br>Washington, DC 20001<br>Tel.: (202) 727-3400 |
| William K. Harrington<br>United States Trustee, Region 2 | Linda A. Riffkin<br>Asst. United States Trustee<br>Paul K. Schwartzberg<br>Benjamin J. Higgins<br>Andrew D.Velez-Rivera<br>Trial Attorneys<br>Department of Justice<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>Tel: (212) 510-0500<br>Email: linda.riffkin@usdoj.gov<br><br>-and-<br><br>Ramona D. Elliott<br>Deputy Director/General Counsel<br>P. Matthew Sutko<br>Assc. General Counsel<br>Sumi Sakata<br>Beth Levene<br>Wendy Cox<br>Trial Attorneys<br>Department of Justice<br>Executive Office for United States Trustee<br>441 G Street, N.W., Suite 6150<br>Washington, DC 20530<br>Tel: (202) 307-1399<br>Email: ramona.elliott@usdoj.gov |
| State of Maryland | Brian T. Edmunds<br>Assistant Attorney General<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place<br>Baltimore, MD 21202<br>Tel: (410) 576-6578<br>bedmunds@oag.state.md.us |

| | |
|---|---|
| State of California | Bernard A. Eskandari<br>Supervising Deputy Attorney General<br>Office of the Attorney General of California<br>300 South Spring Street, Suite 1702<br>Los Angeles, C 90013<br>Tel: (213) 269-6348<br>Bernard.eskandari@doj.ca.gov |
| City of Grande Prairie as Representative Plaintiff for a Class Consisting of All Canadian LLC Municipalities, the Cities of Brantford, Grand Prairie, Lethbridge, and Wetaskiwin<br>Tel: (973) 623-3000 | Allan Underwood II<br>Lite DePalma Greenberg & Afanador,<br>570 Broad Street, suite 1201<br>Newark, NJ 07102 |
| The Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People, LLC The Peter Ballantyne Cree Nation on behalf of Itself, and the Lac La Ronge Indian Band<br>Tel: (973) 623-3000 | Allen Underwood II<br>Lite DePalma Greenberg & Afanador,<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102 |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

 Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Dated: September 28, 2021                    Respectfully submitted,

/s/ Neil F.X. Kelly
Neil F.X. Kelly, Deputy Chief, Civil Division
Assistant Attorney General, *admitted pro hoc vice*
RHODE ISLAND OFFICE OF THE
ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903
Tel: 401-274-4400 ext. 2284
Fax: 401-222-2995
nkelly@riag.ri.gov

## CERTIFICATE OF SERVICE

       I, Neil F.X. Kelly, hereby certify that on September 28, 2021, I caused true and correct copies of the foregoing Notice of Appeal to be served (i) by the Court's Case Management/Electronic Case File (CM/ECF) System upon all parties who are deemed to have consented to electronic service; (ii) by email upon the parties who provided email addresses set forth in the Master Service List maintained by the Debtors in respect of these chapter 11 cases; and (iii) by email upon the Office of the United States Trustee for the Southern District of New York (Attn: Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

                                          */s/ Neil F.X. Kelly*