Brian E. Frosh, Attorney General
Brian T. Edmunds, Assistant Attorney General
Office of the Attorney General of Maryland
200 Saint Paul Place
Baltimore, Maryland 21202
bedmunds@oag.state.md.us
(410) 567-6578

*Attorneys for the State of Maryland*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **PURDUE PHARMA, L.P.,** *et al.*, | ) | Bankr. Case No. 19-23649 (RDD) |
| | ) | |
| **Debtors.** | ) | Dist. Ct. Case No.: 21-CV-8034 |
| | ) | |
| | ) | (Jointly Administered) |

### STATE OF MARYLAND'S AMENDED NOTICE OF APPEAL OF SEPTEMBER 17, 2021 CONFIRMATION ORDERS [3786-3787] AND ALL MERGED AND RELATED ORDERS

Creditor, the State of Maryland, by and through the Attorney General of Maryland, respectfully appeals the September 17 Orders of this Court confirming Debtors' Twelfth Amended Joint Chapter 11 Plan of Reorganization ("Confirmation Order") (Attachments A1-A2) [3786, 3787], and all interlocutory orders merged therein or related thereto, including the Court's June 3, 2021 Order approving the Debtors' disclosure statement, solicitation and voting procedures, forms of ballots, notices, and notice procedures, and certain dates [D/N 2988] (Attachment B), and the Court's September 15, 2021 Order Authorizing Debtors to Fund Establishment of the Creditor Trusts [D/N 3773] (Attachment C).

The names and counsel of other parties to the orders appealed from are:

1

| **Appellees** | **Counsel** |
|---|---|
| Purdue Pharma, L.P., | Marshall S. Huebner |
| Purdue Pharma, Inc., | Christopher Robertson |
| Purdue Transdermal Technologies, Inc. | Benjamin S. Kaminetzky |
| Purdue Pharma Manufacturing, L.P. | Timothy Graulich |
| Purdue Pharmaceuticals, L.P. (cont'd) | Eli Vonnegut (cont'd) |
| Imbrium Therapeutics, L.P. | Mark K. Tobac |
| Adlon Therapeutics, L.P. | Kathryn S. Benedict |
| Greenfield BioVentures, L.P. | DAVIS POLK & WARDWELL LLP |
| Seven Seas Hill Corp. | 450 Lexington Avenue |
| Ophir Green Corp. | New York, NY 10017 |
| Purdue Pharma of Puerto Rico | (212) 450-4000 |
| Avrio Health, L.P. | |
| Purdue Pharmaceutical Products, L.P. | |
| Purdue Neuroscience Co. | |
| Nayatt Cove Lifescience, Inc. | |
| Button Land, L.P. | |
| Rhodes Associates, L.P. | |
| Paul Land, Inc. | |
| Quidnick Land, L.P. | |
| Rhodes Pharmaceuticals, L.P. | |
| Rhodes Technologies | |
| UDF, L.P. | |
| SVC Pharma, L.OP. | |
| SVC Pharma Inc. | |
| Raymond Sackler Family | Gerard Uzzi |
| | Alexander Lees |
| | Milbank LLP |
| | 55 Hudson Yards |
| | New York, NY 10001 |
| | (212) 530-5000 |
| | |
| | Gregory P. Joseph |
| | Mara Leventhal |
| | JOSEPH HAGE AARONSON LLC |
| | 485 Lexington Avenue, 30th Floor |
| | New York, NY 10017 |
| Mortimer Sackler Family | Maura K. Monaghan |
| | Jasmine Ball |
| | Jeffrey J. Rosen |
| | DEBEVOISE & PLIMPTON LLP |
| | 919 Third Avenue |
| | New York, NY 10022 |
| | (212) 909-6000 |

| **Additional Appellants** | |
|---|---|
| William K Harrington, United States Trustee, Region 2 | William K Harrington<br>Linda A. Rifkin<br>Paul K. Schwartzberg<br>Benjamin J. Higgins<br>Adrew D. Velez-Rivera<br> (cont'd) <br>DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>U.S. Federal Buidling<br>201 Varick Street, Room 1006<br>New York, NY, 10014<br>(212) 510-0500<br><br>Ramona D. Elliott<br>P. Matthew Sutko<br>Sumi Sakata<br>Beth Levene<br>Wendy Cox<br>DEPARTMENT OF JUSTICE<br>EXECUTIVE OFFICE FOR UNITED STATES TRUSTEES<br>441 G. Street, N.W.<br>Washington, D.C. 20530<br>(202) 307-1399 |
| District of Columbia | Matthew J. Gold<br>Robert M. Tuchman<br>Kleinberg Kaplan Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY 10110<br>(212) 986-6000<br><br>The Hon. Karl A Racine, Attorney General<br>Kathleen Konopka<br>OFFICE OF THE ATTORNEY GENERAL<br>400 Sixth Street, N.W., 10th Floor<br>Washington, D.C. 20001<br>(202) 727-3400 |

| | |
|---|---|
| State of Washington | Matthew J. Gold<br>Robert M. Tuchman<br>Kleinberg Kaplan Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY 10110<br>(212) 986-6000<br><br>Hon. Robert W. Ferguson, Attorney General<br>Tad Robinson O'Newill<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 254-0570 |
| State of California | Hon. Rob Bonta, Attorney General<br>Nicklas A. Akers<br>Judith A. Fiorentini<br>Bernard A. Eskandari<br>Michell Burkhart<br>Timothy D. Lundgren<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>(213) 269-6348 |
| City of Grande Prairie as Representative Plaintiff for a Class Consisting of All Canadian Municipalities<br><br>The Cities of Brantford, Grand Prairie, Lethbridge, and Wetaskiwin<br><br>The Peter Ballantyne Cree Nation on behalf of<br>All Canadian First Nations and Metis People, the Peter Ballantyne Cree Nation on behalf of itself, and the Lac La Ronge Indian Band | Allan Underwood II<br>Lite DePalma Greenberg & Afanador, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>Tel.: (973) 623-3000 |

Dated: September 29, 2021

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

/s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Assistant Attorney General

Office of the Attorney General of Maryland
200 Saint Paul Place
Baltimore, Maryland 21202
bedmunds@oag.state.md.us
(410) 576-6578

*Attorneys for the State of Maryland*