# Howard Adelglass M.D.

### 151 E. 80 Street #2C, New York, NY 10075

September 23, 2021

My name is Howard Adelglass, M.D. Today I was notified by your court clerk, Ms. Lee, that the petition I submitted to your court on September 2nd, 2021 was not put on the docket. Ms. Lee explained to me that my petition failed to ask the court for compensation for my damages. My apologies for not including the information that was required. I am writing this memo to rectify that situation.

I have been unable to practice medicine in any capacity since November 18th, 2020. It is unlikely that my trial will be finished any time soon.

I planned on practicing medicine for at least 10 more years.

I owe 10 months' rent in my office. I can't afford a storage facility and had to sell most of my office equipment to survive.

My reputation has been destroyed. I lost credibility with my patients, many of which I have been treating for more than 25 years. I have no money or credit to restart an office practice, pay salaries, or reapply for malpractice and purchase new equipment.

To put a monetary price tag on the targeting of me and my practice by Purdue Pharma and the cost to me is very difficult. What price do you put on the service to humanity, professional reputation, loss of income, home, office--notwithstanding total mental and emotional stress, family suffering, and exclusion from community events?

I believe my compensation should be for a minimum of loss for the future and past events including and not limited to the negative publicity I have endured. Therefore, I am requesting 2.5 million dollars in compensation.

Sincerely Yours,

Howard Adelglass, M.D.