UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        :
In re                                                   :        Chapter 11
                                                        :
PURDUE PHARMA L.P., *et al.*,[1]                        :        Case No. 19-23649 (RDD)
                                                        :
                          Debtors.                      :        (Jointly Administered)
                                                        :
------------------------------------------------------- x

## APPELLANT, UNITED STATES TRUSTEE'S, STATEMENT OF THE ISSUES AND DESIGNATION OF ITEMS FOR RECORD ON APPEAL OF ADVANCE FUNDING ORDER

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1), William K. Harrington,

United States Trustee for Region 2, by and through undersigned counsel, hereby submits his

statement of the issues presented and items to be included in the record on appeal. *See* Notice of

Appeal, ECF Doc. No. 3777 (United States Trustee's Notice of Advance Funding Order).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Issue on Appeal**

Did the bankruptcy court err by authorizing the Debtors to advance funds to establish the creditor trusts and other entities required to implement the Debtors' plan and take other related actions, prior to consummation of the plan?

## Items to be Included in the Record on Appeal

## I.    In re Purdue Pharma L.P., *et al*., Bankr. No. 19-23649 (RDD)

| Dkt. No. | DESCRIPTION |
|---|---|
|  | Docket Report. |
| 1 | Voluntary Petition. |
| 3 | Declaration of Jon Lownes in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings. |
| 17 | Information Brief. |
| 38 | Statement of the Raymond Sackler Family in Support of the Debtors' Chapter 11 Filing. |
| 59 | Order Granting Motion Directing Joint Administration of Chapter 11 Cases. |
| 127 | Letter to Judge Drain re: Sackler and Purdue Pharma. |
| 131 | Notice Appointing Creditors' Committee. |
| 249 | Letter in support of Massachusetts Attorney General Maura Healey re: opposing Purdue Pharma's Proposed Settlement and Request for Nationwide Injunction. |
| 257 | Notice of Filing of Term Sheet with Ad Hoc Committee. |
| 261 | Letter in support of Massachusetts Attorney General Maura Healey re: opposing Purdue Pharma's Proposed Settlement and Request for Nationwide Injunction. |
| 262 | Letter in support of Massachusetts Attorney General Maura Healey re: opposing Purdue Pharma's Proposed Settlement and Request for Nationwide Injunction. |
| 263 | Letter in support of Massachusetts Attorney General Maura Healey re: opposing Purdue Pharma's Proposed Settlement and Request for Nationwide Injunction. |

| 264 | Letter in support of Massachusetts Attorney General Maura Healey re: opposing Purdue Pharma's Proposed Settlement and Request for Nationwide Injunction. |
| 265 | Letter in support of Massachusetts Attorney General Maura Healey re: opposing Purdue Pharma's Proposed Settlement and Request for Nationwide Injunction. |
| 269 | Letter in support of Massachusetts Attorney General Maura Healey re: opposing Purdue Pharma's Proposed Settlement and Request for Nationwide Injunction. |
| 270 | Letter opposing settlement offer from Purdue Pharma. |
| 271 | Letter opposing settlement offer from Purdue Pharma. |
| 280 | Letter to Judge Drain Against Proposed Settlement. |
| 357 | Schedules – Purdue Pharma L.P. |
| 324 | Transcript regarding hearing held on 9/17/2019. |
| 358 | Statement of Financial Affairs – Purdue Pharma L.P. |
| 359 | Schedules – Purdue Pharma Inc. |
| 360 | Statement of Financial Affairs – Purdue Pharma Inc. |
| 361 | Schedules – Purdue Transdermal Technologies L.P. |
| 362 | Statement of Financial Affairs - Purdue Transdermal Technologies L.P. |
| 363 | Schedules – Purdue Pharma Manufacturing L.P. |
| 364 | Statement of Financial Affairs - Purdue Pharma Manufacturing L.P. |
| 365 | Schedules – Purdue Pharmaceuticals L.P. |
| 366 | Statement of Financial Affairs – Purdue Pharmaceuticals L.P. |
| 367 | Schedules – Imbrium Therapeutics L.P. |
| 368 | Statement of Financial Affairs - Imbrium Therapeutics L.P. |
| 369 | Schedules – Adlon Therapeutics L.P. |
| 370 | Statement of Financial Affairs - Adlon Therapeutics L.P. |
| 371 | Schedules – Greenfield BioVentures L.P. |

| 372 | Statement of Financial Affairs - Greenfield BioVentures L.P. |
| 373 | Schedules – Seven Seas Hill Corp. |
| 374 | Statement of Financial Affairs – Seven Seas Hill Corp. |
| 375 | Schedules – Ophir Green Corp. |
| 376 | Statement of Financial Affairs – Ophir Green Corp. |
| 377 | Schedules – Purdue Pharma of Puerto Rico |
| 378 | Statement of Financial Affairs – Purdue Pharma of Puerto Rico |
| 379 | Schedules – Avrio Health L.P. |
| 381 | Statement of Financial Affairs – Avrio Health L.P. |
| 382 | Schedules – Purdue Pharmaceutical Products L.P. |
| 383 | Statement of Financial Affairs – Purdue Pharmaceutical Products L.P. |
| 384 | Schedules – Purdue Neuroscience Company |
| 385 | Statement of Financial Affairs – Purdue Neuroscience Company |
| 386 | Schedules – Nyatt Cove Lifescience Inc. |
| 387 | Statement of Financial Affairs – Nyatt Cove Lifescience Inc. |
| 388 | Schedules – Button Land L.P. |
| 389 | Statement of Financial Affairs – Button Land L.P. |
| 390 | Schedules – Paul Land L.P. |
| 391 | Statement of Financial Affairs – Paul Land L.P. |
| 392 | Schedules – Quickland L.P. |
| 393 | Statement of Financial Affairs – Quickland L.P. |
| 395 | Schedules – Rhodes Associates L.P. |

| 397 | Schedules – Rhodes Pharmaceuticals L.P. |
|-----|------------------------------------------|
| 398 | Statement of Financial Affairs – Rhodes Pharmaceuticals L.P. |
| 399 | Schedules - Rhodes Technologies |
| 400 | Statement of Financial Affairs - Rhodes Technologies |
| 401 | Schedules – UDF LP |
| 402 | Statement of Financial Affairs – UDF |
| 403 | Schedules – SVC Pharma LP |
| 404 | Statement of Financial Affairs – SVC Pharma LP |
| 405 | Schedules – SVC Pharma Inc. |
| 406 | Statement of Financial Affairs – SVC Pharma Inc. |
| 411 | Statement of Financial Affairs – Rhodes Associates L.P. |
| 442 | Letter from Michael Julian. |
| 443 | Letter from Kimberly Krawczyk. |
| 498 | Second Amended Order Establishing Certain Notice, Case Management and Administrative Procedures. |
| 518 | Amended and Restated Case Stipulation Among the Debtor, the Official Committee of Unsecured Creditors and Certain Related Parties. |
| 570 | Letter to Judge Drain from Gary and Colleen Breitbord. |
| 654 | Notice of Filing of Report of the Special Committee. |
| 661 | Letter to Judge Drain from Leona Nuss. |
| 709 | Letter to Judge Drain from Mike Sacca. |
| 717 | Motion for Entry of an Order Establishing (I) Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof |
| 719 | Declaration of Jeanne C. Finegan. |
| 734 | Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement. |

| 782 | Order Signed on 1/27/2020 Granting Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement |
| 800 | Order signed on 2/3/2020 Establishing (I) Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof of Claim Forms, and (III Approving the Form and Manner of Notice Thereof. |
| 855 | Debtors' Motion for Entry of an Order Appointing Mediators. |
| 895 | Order signed on 3/4/2020 Appointing Mediators Honorable Layn Phillips and Mr. Kenneth Feinberg. |
| 968 | Letter re: family member filed by Tim Kramer. |
| 981 | Application for FRBP 2004 Examination / Ex Parte Motion of the Official Committee of Unsecured Creditors of Purdue Pharma et al. for an Order Authorizing Examinations Pursuant to Federal Rule of Bankruptcy Procedure 2004 and 1996. |
| 1008 | Amended Order signed on 4/2/2020 Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 Authorizing Examinations of Third Parties. |
| 1019 | Application for FRBP Examination / Ex Parte Motion of the Ad Hoc Group of Non-Consenting States for an Order Authorizing Examinations of Certain Financial Institutions Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure. |
| 1139 | Transcript of hearing held on May 1, 2020. |
| 1142 | Letter to Judge Drain from Stephen E. Gelfand. |
| 1143 | Order signed on 5/12/2020 Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure Authorizing Examinations of Certain Financial Institutions. |
| 1175 | Notice of Filing of Monitor's Report. |
| 1176 | Transcript Regarding Hearing Held on 1/24/2020 |
| 1178 | Motion to Extend Time / Motion Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 2002 and 3003(c)(3) for Entry of an Order (I) Extending the General Bar Date for a Limited Period and (III) Approving the Form and Manner of Notice Thereof. |
| 1179 | Supplemental Declaration of Jeanne C. Finegan. |
| 1194 | Notice of Filing of Report of the Special Committee. |
| 1221 | Order signed on 6/3/2020 Granting Motion (I) Extending the General Bar Date for a Limited Period and (III) Approving the Form and Manner of Notice Thereof. |
| 1309 | Letter to Judge Drain from Dan Schneider. |

| 1317 | Motion to Authorize – the Official Committee's Omnibus Ex Parte Motion for Authorization to Conduct Examinations Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016. |
|------|------|
| 1340 | Order signed on 7/6/2020 Granting Motion Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 Authorizing Examinations of and Document Production by Third Parties. |
| 1365 | Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement. |
| 1477 | Motion to Appoint Examiner / appoint an independent examiner to investigate and issue a public report. |
| 1495 | Letter on behalf of OxyJustice Received on 7/16/20, re: Examiner to Investigate, Filed by Harrison Cullen. |
| 1517 | Second Order signed on 7/24/2020 Extending the Exclusive Periods within which to File a Chapter 11 Plan and Solicit Acceptances Thereof. |
| 1538 | Letter requesting appointment of examiner filed by Peter W. Jackson. |
| 1549 | Transcript regarding hearing held on 7/23/2020. |
| 1566 | Decision and Order Affirming the Bankruptcy Court's Preliminary Injunctions. |
| 1584 | Statement / Notice of Filing of Monitor's [Second] Report. |
| 1716 | Statement / Mediator's Report |
| 1739 | Memorandum of Law in Support of Motion to Extend the Preliminary Injunction. |
| 1756 | Order signed on 9/30/202 Expanding Scope of Mediation. |
| 1776 | Transcript of hearing held on 1/24/2020. |
| 1789 | Transcript regarding hearing held on 03/02/2020. |
| 1791 | Transcript regarding hearing held on 07/23/2020. |
| 1828 | Motion to Approve Compromise / Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019 Authorizing and Approving Settlements Between the Debtors and the United States. |
| 1833 | Motion to Authorize – Motion to Confirm that Payment by the Sackler Families Under Settlement with the United States Department of Justice is not Prohibited by this Court. |
| 1914 | Objection of the Ad Hoc Group of Non-Consenting States to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019 Authorizing and Approving Settlements Between the Debtors and the United States. |
| 1942 | Letter regarding how the Government intends to use the $225 million that would be paid to the United States in its settlement agreement with the Sackler Family. |

| 1956 | Statement / Third Monitor Report. |
|---|---|
| 2003 | Order signed on 11/18/2020 Granting Motion Confirming that Payment by the Sackler Families Under Settlement with the United States Department of Justice is not Prohibited by this Court's Preliminary Injunction. |
| 2004 | Order signed on 11/18/2020 Granting Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019 Authorizing and Approving Settlements Between the Debtors and the United States. |
| 2054 | Transcript regarding hearing held on 9/30/2020. |
| 2129 | Letter to Judge Drain, filed by Keola Maluhia. |
| 2380 | Transcript Regarding Hearing Held on 12/15/20. |
| 2350 | Statement / Fourth and Final Monitor Report. |
| 2487 | Chapter 11 Plan / Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 2489 | Debtors' Motion to Approve (I) the Adequacy of the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto. |
| 2488 | Disclosure Statement for Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 2491 | Notice of Filing of Appendix F to the Disclosure Statement. |
| 2548 | Mediator's Report. |
| 2652 | Letter re: reposted letter from Colonel Ralph Olsen M.D. |
| 2686 | Objection to Disclosure Statement of Purdue Pharma LP and its Affiliated Debtors filed by United States Trustee. |
| 2731 | Amended Plan / First Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 2732 | Notice of Filing of Plan Supplement Pursuant to First Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 2734 | Amended Disclosure Statement / Disclosure Statement for First Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 2737 | Notice of Filing of Second Plan Supplement Pursuant to First Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 2788 | Amended Disclosure Statement for First Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |

| 2820 | Order Signed on 5/6/2021 Appointing the Honorable Shelley C. Chapman as Mediator. |
|------|-----------------------------------------------------------------------------------|
| 2823 | Amended Plan / Second Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 2825 | Disclosure Statement for Second Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 2867 | Statement / Notice of Filing of Third Amended Plan Supplement Pursuant to Second Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 2868 | Statement / Notice of Filing of Fourth Plan Supplement Pursuant to Second Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 2879 | Order Signed on 5/18/21 Establishing the Terms and Conditions of Mediation Before the Honorable Shelley C. Chapman. |
| 2891 | Statement / Fifth Monitor Report. |
| 2894 | Amended Order signed on 5/21/2021 Granting Debtors' Motion for Order Establishing Confirmation Schedules and Protocols. |
| 2897 | Eighteenth Amended Order signed on 5/21/2021 Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction. |
| 2898 | Transcript of Hearing Held on 5/12/21. |
| 2904 | Amended Plan / Third Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma, L.P. and its Affiliate Debtors. |
| 2907 | Amended Disclosure Statement / Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma, L.P. and its Affiliate Debtors. |
| 2910 | Reply to Motion / Debtors' Omnibus Reply in Further Support of the Motion to Approve (I) the Adequacy of the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto. |
| 2917 | Second Supplemental Declaration of Jeanne C. Finegan. |
| 2921 | Pro Se Letter from Carrie L. McGaha. |
| 2935 | Amended Plan / Fourth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma, L.P. and its Affiliate Debtors. |
| 2937 | Amended Disclosure Statement / Disclosure Statement for Fourth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma, L.P. and its Affiliate Debtors. |
| 2938 | Notice of Filing of Fifth Plan Supplement Pursuant to Fourth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 2956 | Transcript regarding hearing held on 5/20/21. |

| 2966 | Pro Se Letter from Michael Wilford Normille, III. |
|------|--------------------------------------------------|
| 2967 | Amended Plan / Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma, L.P. and its Affiliate Debtors. |
| 2969 | Amended Disclosure Statement / Disclosure Statement for Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma, L.P. and its Affiliate Debtors. |
| 2977 | Notice of Filing of Sixth Plan Supplement Pursuant to Fourth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 2981 | Transcript regarding hearing held on 5/26/21. |
| 2982 | Amended Plan / Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma, L.P. and its Affiliate Debtors. |
| 2983 | Disclosure Statement for Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma, L.P. and its Affiliate Debtors. |
| 2988 | Order (I) Approving Disclosure Statement for Fifth Amended Chapter 11 Plan, (II) Solicitation and Voting Procedures, (III) Form of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto. |
| 2989 | Second Amended Order Signed on 6/3/2021 Granting Debtors' Motion for Order Establishing Confirmation Schedule and Protocols. |
| 3003 | Transcript regarding Hearing Held on 6/2/21. |
| 3020 | Opposition / Debtors' Opposition to Motion for Order to Appoint an Examiner. |
| 3021 | Opposition to Peter W. Jackson's Motion for Order to Appoint an Examiner. |
| 3022 | Objection to Motion / Ad Hoc Committee's Objection to Motion to Appoint an Examiner. |
| 3023 | Objection / Objection of the Official Committee of Unsecured Creditors to Motion to Appoint Examiner Pursuant to 11 U.S.C. § 1104(c). |
| 3028 | Pro Se Letter from Les Burress. |
| 3034 | Reply Memorandum of Law. |
| 3057 | Pro Se letter from Brian West. |
| 3063 | Notice Appointing Examiner. |
| 3064 | Application for Appointment of Chapter 11 Examiner. |
| 3078 | Order signed on 6/29/21 Approving Appointment of Chapter 11 Examiner, Stephen D. Lerner, Esq. |

| 3093 | Letter from Judge Colleen McMahon to Mr. Marshall Huebner in response to the letter dated June 16, 2021. |
| 3094 | Transcript regarding Hearing held on 6/16/21. |
| 3098 | Statement / Notice of Filing of Seventh Plan Supplement Pursuant to Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma, L.P. and its Affiliate Debtors. |
| 3099 | Pro Se letter from Theresa Willis. |
| 3102 | Statement / Victim Statement from CJ McGaha |
| 3108 | Letter to Hon. Colleen McMahon sent on behalf of Debtors, UCC, AHC, MSGE Group, PI Group, Hospitals, Ratepayers, the Native American Tribes Group, and the NAS Committee, dated June 16, 2021. |
| 3110 | Pro Se letter from Teresa VomSaal. |
| 3111 | Pro Se letter from James E. Crawley. |
| 3119 | Statement / Mediator's Report. |
| 3120 | Statement / Notice of Filing of Special Education Initiative Term Sheet. |
| 3121 | Notice of Filing of Eighth Plan Supplement Pursuant to the Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3122 | Letter from Tamara Graham on Behalf of Michael Parkey. |
| 3123 | Letter re: Disclosure Statement (Settlement) Filed by Ruby Romas. |
| 3124 | Statement / Victim Statement filed by Stephanie Lubinski. |
| 3125 | Objection to Debtors' Plan of Reorganization, filed by Kelvin X. Singleton. |
| 3185 | Amended Plan / Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3186 | Statement / Notice of Filing of Blackline of Sixth Amended Plan. |
| 3187 | Statement / Notice of Filing of Ninth Plan Supplement Pursuant to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3188 | Letter re: Voting Disclosure Statement from Shirley Beck. |
| 3189 | Transcript regarding Hearing Held on 6/2/2021. |

| 3199 | Objection to the Plan/Claimants Objection filed by Donald Ernest Allee. |
| 3236 | Transcript regarding Hearing Held on 6/1/2021. |
| 3231 | Notice of Extension of Voting Deadline. |
| 3232 | Notice of Filing of Tenth Plan Supplement Pursuant to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3235 | Objection to Plan filed by Mary Butler-Frank. |
| 3246 | Notice of Filing of Eleventh Plan Supplement Pursuant to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3256 | Objection of the United States Trustee (William K. Harrington) to the Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3257 | Limited Objection of Native American Tribe Group to Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3262 | Objection of Independent Emergency Room Physician, Dr. Michael Masiowski, Individually, and as a Putative Class Representative for Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3263 | Certain Insurers' Limited Objection to Plan Confirmation and Reservation of Rights. |
| 3264 | City of Seattle's Objection to Confirmation of the Debtor's Plan of Reorganization. |
| 3265 | Objection by the State of West Virginia, ex rel. Patrick Morrisey, Attorney General to Confirmation of the Debtors' Sixth Amended Joint Plan of Reorganization. |
| 3268 | Statement of the United States Regarding the Shareholder Release. |
| 3270 | Joint Objection of the State of Connecticut, the State of Maryland, and the District of Columbia to Confirmation of the Debtors' Sixth Amended Plan of Reorganization. |
| 3271 | Objection to Plan and Plan Confirmation (Stacey Bridges). |
| 3272 | Joinder and Objection of Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3273 | Objection of John H. Stewart to Confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3274 | Joinder of the State of California and the People of the State of California to Objection of the State of Washington and the State of Oregon, and the Objecting States to Confirmation of the Debtors' Plan of Reorganization. |

| 3275 | Objection of Certain Canadian Municipal Creditors and Canadian First Nation Creditors to Confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| --- | --- |
| 3276 | Objection of the State of Washington, the State of Oregon and the Objecting States to Confirmation of the Debtor's Plan of Reorganization. |
| 3277 | Objection to Plan Confirmation (Creighton Bloyd). |
| 3278 | State of Maryland's Separate Objection and Joinder to the Objections of Connecticut and Washington to Confirmation of the Debtors' Proposed Sixth Amended Joint Plan of Reorganization. |
| 3279 | Joinder of the State of Vermont to Objection of the State of Washington to Confirmation of the Debtors' Plan of Reorganization. |
| 3280 | Joinder of the State of Delaware to the Objection of the State of Washington, the State of Oregon, and the Objecting States to Confirmation of the Debtors' Plan of Reorganization. |
| 3283 | Notice of Filing of Twelfth Plan Supplement Pursuant to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3285 | Examiner's Report Filed by Stephen D. Lerner on behalf of The Examiner. |
| 3288 | Objection of Sarasota County Public Hospital District d/b/a Sarasota Memorial Healthcare System, Inc. to Sixth Amended Plan Joint Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3292 | Objection to Consider Confirmation of the Fifth Amended Chapter 11 Plan of Reorganization filed by Joyce Villnave. |
| 3293 | Objection to Fifth Amended Chapter 11 Plan of Reorganization (Motion for Allowance) filed by Jerome J. Ferrier. |
| 3296 | Transcript regarding Hearing Held on 3/1/2021. |
| 3298 | Objection to the Plan & Motion to file late ballots filed by Earl Cobb. |
| 3299 | Objection to the Plan & Motion to file late ballots filed by Tim Wright. |
| 3300 | Transcript of Hearing Held on 1/20/21. |
| 3301 | Objection to Confirmation of Plan - Chubb Insurance USAs Objection to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. And Its Affiliated Debtors. |
| 3304 | Joinder of National Union to Certain Insurers' Limited Objection to Plan Confirmation. |
| 3306 | Joint Objection of Certain Distributors, Manufacturers, and Pharmacies to the Sixth Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors. |
| 3319 | Affidavit of Service of Solicitation Materials |

| 3323 | Amended Supplemental Objection of Independent Emergency Room Physician, Dr. Michael Masiowski, Individually, and as Putative Class Representative to Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors. |
|------|------|
| 3327 | Preliminary Declaration of Christina Pullo of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3329 | Transcript regarding Hearing Held on 6/3/2020. |
| 3332 | Stipulation and Agreed Order by and Among the Debtors and the Canadian Government Claimants Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 3006 and 9019. |
| 3335 | Reservation of Rights of Her Majesty the Queen in Right of the Province of British Columbia and other Canadian Governments with respect to confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors. |
| 3339 | Statement / Mediator's Report. |
| 3347 | Third Amended Order Signed on 7/30/21 Granting Debtors' Motion for Order Establishing Confirmation Schedule and Protocols, with Final Pretrial Conference hearing to be held on 8/9/2021. |
| 3357 | Objection to Restructuring of Purdue Pharma L.P. |
| 3359 | AndersonBrecon, Inc. d/b/a PCI Pharma Services' (I) Objection to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors and (II) Joinder in the Joint Objection of Certain Distributors, Manufacturers, and Pharmacies to the Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and Its Affiliated Debtors. |
| 3368 | Objection to the plan filed by D. Thomas Page. |
| 3372 | Final Declaration of Christina Pullo of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3389 | Transcript regarding Hearing Held on 7/29/2021. |
| 3397 | Response - Ad Hoc Committee of NAS Children's Reply To The United States Trustee's Objection To The Fee Settlements Included In Sixth Amended Joint Chapter 11 Plan Of Reorganization Of Purdue Pharma L.P. And Its Affiliated Debtors. |
| 3398 | Declaration of Scott C. Bickford, Esq. in Support of The Ad Hoc Committee of NAS Children's Reply To The United States Trustee's Objection To The Fee Settlements Included In Sixth Amended Joint Chapter 11 Plan Of Reorganization Of Purdue Pharma L.P. And Its Affiliated Debtors. |

| | |
|---|---|
| 3403 | Declaration / Third Supplemental Declaration of Jeanne C. Finegan. |
| 3404 | Objection to Confirmation of Plan filed by on behalf of the Farash Family Barbara Farash. |
| 3405 | Affidavit Declaration of Rahul Gupta, MD, MPH, MBA, FACP Filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals. |
| 3407 | Affidavit Declaration of Rebecca M.S. Busch, MBA Filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals. |
| 3408 | Affidavit Declaration of Gayle A. Galan, M.D. FACEP Filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals. |
| 3409 | Affidavit Declaration of William Legier Filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals. |
| 3410 | Declaration of Richard A. Collura filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. |
| 3411 | Declaration of Jesse DelConte filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. |
| 3412 | Declaration of Deborah E. Greenspan filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. |
| 3413 | Response Reply to Objection and Improperly Submitted Amended Supplemental Objection of Dr. Michael Masiowski. |
| 3414 | Declaration of Gautam Gowrisankaran filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. |
| 3415 | Declaration of Carl J. Trompetta filed by Gerard Uzzi on behalf of The Raymond Sackler Family. |
| 3416 | Declaration of Garrett Lynam filed by Gerard Uzzi on behalf of The Raymond Sackler Family. |
| 3417 | Declaration of Stephen A. Ives filed by Gerard Uzzi on behalf of The Raymond Sackler Family. |
| 3418 | Declaration of David Sackler filed by Gerard Uzzi on behalf of The Raymond Sackler Family. |
| 3419 | Declaration Supplemental Declaration of Jennifer L. Blouin filed by Gerard Uzzi on behalf of The Raymond Sackler Family. |
| 3420 | Declaration of Maureen M. Chakraborty filed by Gerard Uzzi on behalf of The Raymond Sackler Family. |
| 3421 | Declaration of Lawrence A. Hamermesh filed by Gerard Uzzi on behalf of The Raymond Sackler Family. |
| 3422 | Declaration of Timothy J. Martin filed by Gerard Uzzi on behalf of The Raymond Sackler Family. |
| 3424 | Declaration of Mark F. Rule, CFA filed by Gerard Uzzi on behalf of The Raymond Sackler Family. |
| 3427 | Response / The Ad Hoc Group of Individual Victims' Limited Reply in Support of Confirmation of the Debtors' Joint Chapter 11 Plan of Reorganization |
| 3428 | Declaration of David W. DeRamus, Ph.D. filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. |

| 3429 | Order signed on 8/5/2021 Establishing Procedures for Remote Hearing on Confirmation of the Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
|------|-----|
| 3430 | Response to Motion / The Multi-State Governmental Entities Group's Statement in Support of and Response to Certain Objections to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors. |
| 3431 | Declaration of Joseph L. Turner filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. |
| 3432 | Declaration of Lianna E. Simmonds filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. |
| 3433 | Declaration of John S. Dubel filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. |
| 3438 | Statement of The Raymond Sackler Family in Support of Confirmation of Debtors' Sixth Amended Plan of Reorganization and in Reply to Plan Objections filed by Gerard Uzzi on behalf of The Raymond Sackler Family. |
| 3439 | Objection to Proposed Amendment of Contracts Pursuant to Section 8.4 of Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and Its Affiliated Debtors. |
| 3440 | Declaration of Jon Lowne filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. |
| 3441 | Declaration of Gregory P. Joseph filed by Gerard Uzzi on behalf of The Raymond Sackler Family. |
| 3442 | Response to Motion - The Mortimer D. Sackler Family's Response to Plan Objections and Statement in Support of Confirmation of The Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3443 | Declaration / Declaration of Gary A. Gotto in Support of Ad Hoc Committee's Reply to Plan Objections and in Support of Plan Confirmation filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. |
| 3446 | Declaration / Declaration of John M. Guard in Support of Ad Hoc Committee's Reply to Plan Objections and in Support of Plan Confirmation filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. |
| 3447 | Declaration / Declaration of Jayne Conroy in Support of Ad Hoc Committee's Reply to Plan Objections and in Support of Plan Confirmation filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. |
| 3448 | Declaration / Declaration of Timothy J. Martin filed by Jasmine Ball on behalf of Beacon Company. |
| 3449 | Declaration / Declaration of Peter H. Weinberger in Support of Ad Hoc Committee's Reply to Plan Objections and in Support of Plan Confirmation filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. |

| 3450 | Declaration / Declaration of Jessica B. Horewitz, Ph.D in Support of the Ad Hoc Committee's Reply to Plan Objections and in Support of Plan Confirmation filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. |
|---|---|
| 3451 | Declaration - Declaration of Jonathan Greville White filed by Jasmine Ball on behalf of Beacon Company. |
| 3452 | Declaration - Declaration of Alexa M. Saunders filed by Jasmine Ball on behalf of Beacon Company. |
| 3453 | Ad Hoc Group of Hospitals' Reply to the Objection of the United States Trustee to Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3455 | Response to Insurer Confirmation Objections. |
| 3456 | Declaration of Jesse DelConte filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. |
| 3459 | Statement / Redacted Statement of the Official Committee of Unsecured Creditors in Support of Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors. |
| 3460 | Declaration - Redacted Declaration of Michael Atkinson in Support of the Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors. |
| 3461 | Memorandum of Law / Debtors' Memorandum of Law in Support of Confirmation of Debtors' Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Debtor Affiliates and Omnibus Reply to Objections Thereto. |
| 3465 | Response / Ad Hoc Committee's Reply to Plan Objections filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. |
| 3468 | Statement / Certain Insurers' Reservation of Rights to Object to the Admission into Evidence of Insurance-Related Documents on Debtors' List of Trial Exhibits. |
| 3469 | Statement / Expert Report of William Hrycay. |
| 3474 | Objection to Stipulation. |
| 3476 | Declaration of E. Bryan Sheldon (Proof Copy). |
| 3482 | Objection to Confirmation of Amended Plan as relating to Hospital Trust tender of Testimony at Confirmation Hearing. |
| 3484 | Motion to Authorize / Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and Topco, (II) Directing Prime Clerk LLC to Release Certain Protected Information and (III) Granting Related Relief. |

| 3485 | Motion to Shorten Time / Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and Topco, (II) Directing Prime Clerk LLC to Release Certain Protected Information and (III) Granting Related Relief. |
|------|------|
| 3490 | Motion to Approve – Motion to Exclude the Expert Testimony of William P. Hrycay, CFA. |
| 3492 | Objection / Debtors' Reply to Limited Objection of Certain Canadian Municipality Creditors and Canadian First Nation Creditors to Debtors Ex Part Motion on Shortened Notice with Respect to the Stipulation and Agreed Order by and Among the Debtors and the Canadian Government Claimants Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 3006 and 9019. |
| 3493 | Objection to Motion for Entry of an Order Shortening Notice with Respect to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and Topco, (II) Directing Prime Clerk LLC to Release Certain Protected Information and (III) Granting Related Relief. |
| 3494 | Notice of Agenda / Amended Agenda for August 9, 2021 Hearing and Pre-Trial Conference. |
| 3496 | Objection to Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors filed by Truth Pharm. |
| 3506 | Debtors' Reply to Joint Objection of Certain Distributors, Manufacturers, and Pharmacies to the Sixth Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors. |
| 3513 | Memorandum of Decision on Remaining Portion of Motion to Unseal Filed Information. |
| 3514 | Motion to Strike / Certain Insurers' Motion in Limine to Exclude Evidence Related Solely to Insurance Coverage and to Strike Insurance-Related Testimony in Debtors' Declarations. |
| 3520 | Stipulation and Agreed Order by and Among the Debtors and the Canadian Government Claimants Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 3006 and 9019. |
| 3521 | Amended Order Establishing Procedures for Remote Hearing on Confirmation of the Sixth Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors. |
| 3522 | Notice of Withdrawal of Limited Objection of Native American Tribe Group to Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3525 | Letter dated August 2, 2021, filed by Scotti Madison. |
| 3528 | Notice of Filing of Thirteenth Plan Supplement Pursuant to the Sixth Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors. |
| 3530 | Motion to Strike / Amended Motion to Exclude the Expert Testimony of William P. Hrycay, CFA. |

| 3543 | Stipulation in Connection with the Debtors' Chapter 11 Plan of Reorganization. |
| 3545 | Amended Plan / Seventh Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors. |
| 3546 | Statement / Notice of Filing of Blackline of Seventh Amended Plan |
| 3547 | Statement / Notice of Filing of Fourteenth Plan Supplement Pursuant to the Seventh Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors. |
| 3548 | Response / Reply to Objection of Dr. Michael Masiowski to Hospitals' Use of Four Expert Witnesses at Confirmation Hearing. |
| 3549 | Notice of Agenda / Amended Agenda for August 12, 2021 Confirmation Hearing. |
| 3552 | Statement / Notice of Filing of [Debtors' Proposed] Findings of Fact, Conclusions of Law, and Order Confirming the Seventh Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors. |
| 3553 | Notice of Adjournment of Hearing on Motion to Authorize Key Employee Incentive Plan Motion, Trust Authorization Motion and Protective Order Motion. |
| 3555 | Objection to Motion / Objection of United States Trustee to Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and Topco, (II) Directing Prime Clerk LLC to Release Certain Protected Information and (III) Granting Related Relief. |
| 3556 | Declaration of Charles Cowan, PhD., filed by Aaron R. Cahn on behalf of State of West Virginia, ex. rel. Patrick Morrisey, Attorney General. |
| 3559 | Motion to Allow / Motion to Amend/Objections and Plead the Court to Address Concerns Based on Personal Life Experience of Taking Prescription Opiates. |
| 3560 | Notice of Agenda / Agenda for August 16, 2021 Hearing. |
| 3563 | Objection - Joinder of Canadian Municipality Creditors and Canadian First Nations to the Objecting States and Office of the U.S. Trustee Objection to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and Topco, (II) Directing Prime Clerk LLC to Release Certain Protected Information and (III) Granting Related Relief. |
| 3564 | Transcript regarding Hearing Held on August 12, 2021. |
| 3565 | Declaration (Amended) of Rahul Gupta, MD, MPH, MBA, FACP. |
| 3566 | Declaration (Amended) of Gayle A. Galan, MD, FACP. |
| 3567 | Declaration (Amended) of William Legier. |

| 3572 | Transcript Regarding Hearing Held on August 9, 2021. |
|------|------|
| 3575 | Objection to Restructuring of Purdue Pharma L.P. filed by Maria Ecke. |
| 3581 | Transcript Regarding Hearing Held on August 16, 2021. |
| 3582 | Motion to Authorize / Emergency Request for Immediate Injunction and Hearing for Due Process, Production for Evidentiary Documents & Other Relief filed by Ellen Isaacs. |
| 3583 | Stipulation Between and Among the Raymond Sackler Family, the Mortimer Sackler Family, the States of Connecticut, Oregon and Washington, and the District of Columbia. |
| 3589 | Stipulation Regarding the Objection Filed by Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company. |
| 3594 | Objection to Confirmation of Plan - Limited Objection of the States of Washington, California, Connecticut, Delaware, Maryland, Oregon, Rhode Island and Vermont and the District of Columbia to Debtors' Proposed Order Confirming the Seventh Amended Joint Chapter 11 Plan of Reorganization. |
| 3599 | Transcript Regarding Hearing Held on August 17, 2021. |
| 3601 | So Ordered Stipulation Signed on 08/13/2021 by and among the Raymond Sackler Family, the Mortimer Sackler Family, the States of Connecticut, Oregon and Washington, and the District of Columbia. |
| 3602 | Transcript Regarding Hearing Held on August 13, 2021. |
| 3608 | Notice of Agenda / Second Amended Agenda for Confirmation Hearing. |
| 3611 | Transcript Regarding Hearing Held on August 18, 2021. |
| 3612 | Stipulation / Proposed Stipulations Between Certain Distributors' Manufacturers' and Pharmacies' and the Debtors Regarding Documentary Evidence Pertaining to the Confirmation Hearing. |
| 3613 | Statement / Sixth Monitor Report. |
| 3614 | Amended Transcript Regarding Hearing Held on August 18, 2021. |
| 3617 | Notice of Adjournment of Hearing / Notice of Continuation of Hearing on Confirmation of Seventh Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors. |
| 3618 | Certain Insurers' Objections to the Form of Debtor's Proposed Confirmation Order. |
| 3626 | Statement / Debtors' Reply to Limited Objection of the States of Washington, California, Connecticut, Delaware, Maryland, Oregon, Rhode Island and Vermont and the District of Columbia to Debtors' Proposed Order Confirming the Seventh Amended Joint Chapter 11 Plan of Reorganization. |

| 3631 | Stipulation - Joint Stipulation of Facts. |
|------|-------------------------------------------|
| 3632 | Statement / Eighth Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors. |
| 3633 | Statement / Notice of Fining of Eighth Amended Plan. |
| 3634 | Statement / Notice of Filing of Fifteenth Plan Supplement Pursuant to Eighth Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors. |
| 3635 | Statement / Notice of Filing of Debtors' Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Eighth Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors. |
| 3636 | Objection / Supplemental Objection of United States Trustee to (I) Eighth Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors and (II) Proposed Confirmation Order. |
| 3638 | Transcript of Hearing Held on 8/19/2021. |
| 3641 | Response / Joint Reply of Debtor and Ad Hoc Committee to Certain Insurers Objections to the Form of Debtors Proposed Confirmation Order. |
| 3642 | Stipulation – Joint Stipulation as to Facts. |
| 3648 | Objection to Settlement filed by Trudy Duffy. |
| 3652 | Amended Plan / Ninth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3653 | Statement / Notice of Filing of Blackline of Ninth Amended Plan. |
| 3654 | Statement / Notice of Filing of Debtors Second Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Ninth Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors. |
| 3655 | Statement / Notice of Filing of Sixteenth Plan Supplement Pursuant to Ninth Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors. |
| 3656 | Notice of Withdrawal of Docket Number 3405. |
| 3657 | Notice of Withdrawal of Docket Number 3408. |
| 3658 | Notice of Withdrawal of Docket Number 3409. |
| 3659 | Transcript regarding Hearing Held on 8/23/21. |
| 3661 | Statement / Notice of the Raymond Sackler Family of Filing Documents Previously Filed Under Seal. |
| 3662 | Statement / Notice of the Raymond Sackler Family of Filing Documents Previously Filed Under Seal. |
| 3663 | Statement / Notice of the Raymond Sackler Family of Filing Documents Previously Filed Under Seal. |

| 3664 | Statement / Notice of the Raymond Sackler Family of Filing Documents Previously Filed Under Seal. |
|---|---|
| 3665 | Statement / Notice of the Raymond Sackler Family of Filing Documents Previously Filed Under Seal. |
| 3666 | Statement / Notice of the Raymond Sackler Family of Filing Documents Previously Filed Under Seal. |
| 3668 | Statement / Notice of the Raymond Sackler Family of Filing Documents Previously Filed Under Seal. |
| 3669 | Statement / Notice of the Raymond Sackler Family of Filing Documents Previously Filed Under Seal. |
| 3670 | Statement / Notice of Filing of Exhibit B to Debtor's Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Ninth Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors. |
| 3671 | Statement / Notice of the Raymond Sackler Family of Filing Documents Previously Filed Under Seal. |
| 3673 | Statement / Notice of the Mortimer-Side Initial Covered Sackler Persons of Filing of Documents Previously Filed Under Seal. |
| 3674 | Docket notice. |
| 3677 | Objection to (I) Ninth Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors and (II) Request That the Court Encourages Purdue Pharma and its Affiliated Debtors to Increase Its Proposed Contribution of $4.5 Billion So That the Claimants of Opioid Abuse Would Receive Compensation, filed by Vitaly Pinsukov. |
| 3681 | Docket notice. |
| 3682 | Amended Plan / Tenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3683 | Statement / Notice of Filing of Blackline of Tenth Amended Plan. |
| 3684 | Transcript regarding Hearing Held on 8/25/21. |
| 3695 | Transcript regarding Hearing Held on 8/27/21. |
| 3706 | Amended Plan / Eleventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3707 | Statement / Notice of Filing of Blackline of Eleventh Amended Plan. |
| 3708 | Statement / Notice of Filing of Debtors' Third Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Ninth Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors. |
| 3710 | Objection / Supplemental Objection of United States Trustee to (I) Eleventh Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors, and (II) Any Proposed Confirmation Order. |

| 3711 | Statement / Notice of Filing of Seventeenth Plan Supplement Pursuant to the Eleventh Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors. |
| 3715 | Statement / Notice of Filing of Exhibits B and C to Debtors' Third Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Eleventh Amended Joint Chapter 11 Plan of Purdue Pharma and its Affiliated Debtors. |
| 3717 | Notice of Agenda / [Updated] Third Amended Agenda for Confirmation Hearing. |
| 3718 | Appointment of Official Creditors' Committee / Amended Notice of Appointment of Official Committee of Unsecured Creditors. |
| 3724 | Notice of Appeal by Matthew J. Gold on behalf of State of Washington. |
| 3725 | Notice of Appeal by Matthew J. Gold on behalf of District of Columbia. |
| 3726 | Amended Plan / Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors. |
| 3727 | Statement / Notice of Filing of Blackline of Twelfth Amended Plan. |
| 3731 | Transcript regarding Hearing Held on 9/1/2021. |
| 3732 | So Ordered Stipulation Signed on 9/3/2021 Tolling Shareholder Released Claims. |
| 3734 | Objection to Motion / Debtors' Objection to Ellen Isaacs Emergency Request for Immediate Injunction and Hearing for Due Process, Production for Evidentiary Documents & Other Relief. |
| 3743 | Reply to Motion / Debtors Reply to the Objections of the Objecting States, the United States Trustee, and the Canadian Municipality Creditors and Canadian First Nations Creditors to the Debtors Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and Topco, (II) Directing Prime Clerk LLC to Release Certain Protected Information and (III) Granting Related Relief. |
| 3750 | Notice of Agenda / Agenda for September 13, 2021 Hearing. |
| 3769 | Order signed on 9/15/2021 Denying Emergency Request for Immediate Injunction and Hearing for Due Process, Production for Evidentiary Documents & Other Relief. |
| 3773 | Order Signed on 9/15/2021 Granting Motion (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and Topco, (II) Directing Prime Clerk LLC to Release Certain Protected Information and (III) Granting Related Relief. |
| 3774 | Notice of Appeal filed by Alen J. Underwood on behalf of Certain Canadian Municipalities. |

| 3775 | Notice of Appeal filed by Alen J. Underwood on behalf of Certain Canadian First Nation and Metis People. |
|------|---------|
| 3776 | United States Trustee's Notice of Appeal of Confirmation Order and Order Approving Disclosure Statement. |
| 3777 | United States Trustee's Notice of Appeal of Advance Funding Order. |
| 3778 | Motion for Stay Pending Appeal – Memorandum of Law in Support of United States Trustee's Expedited Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007. |
| 3779 | Motion to Shorten Time – United States Trustee's Ex Parte Motion for An Order Shortening Notice and Scheduling Hearing With Respect to the United States Trustee's Expedited Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007. |
| 3780 | Notice of Appeal of Confirmation Order filed by Brian Edmunds on behalf of State of Maryland. |
| 3783 | Certificate of Service of Notice of Appeal of Confirmation and Disclosure Statement Orders, Notice of Appeal of Advanced Funding Order, Motion for Stay Pending Appeal and Motion to Shorten Time |
| 3784 | Notice of Appeal filed by Irve J. Goldman on behalf of State of Connecticut |
| 3786 | Modified bench ruling on request for plan confirmation |
| 3787 | Findings of Fact, Conclusions of Law, and Order Confirming Twelfth Amended Plan |
| 3788 | Notice of Status and Scheduling Conference |
| 3789 | Motion for Stay Pending appeal filed by State of Washington |
| 3790 | Transcript of hearing held 9/13. |
| 3799 | Amended Notice of Appeal/United States Trustee's Amended Notice of Appeal of Confirmation Order and Order Approving Disclosure Statement. |
| JX-0841[2] | Complaint, Oregon v. Sackler No. 19CV22185 (Cir. Ct. of Oregon) |
| JX-1646 | Complaint, Delaware v. Sackler, Case No. N19C-09-062 (Super. Ct. Del.) |
| JX-1647 | Complaint, Oregon v. Sackler, No. 19CV22185 (Cir. Ct. Oregon) |
| JX-1649 | Complaint, Vermont v. Sackler (Super. Ct. Vt.) |
| JX-2214 | Complaint, Rhode Island v. Sackler, C.A. No. PC 2019-9399 (R.I Super. Ct.) |
| JX-0947 | Complaint, California v. Purdue Pharma L.P., Case No. 19STCV19045 (Super. Ct. Cal.) (May Not Be Examined Without Court Order) |

---

[2] Items designated as "JX-____" are documents included in the parties' joint trial exhibits for the confirmation hearing. These items have not been filed on the docket of these proceedings. Due to the collective size of the documents and because certain of the documents are subject to protective orders, pursuant to Local Bankruptcy Rule 8009-1(b), the United States Trustee will maintain custody of the trial exhibits he has designated and assume responsibility for transporting them to the appellate court.

| JX-2212 | First Amended Complaint, Colorado v. Purdue Pharma L.P., Case No. 18CV33300 (Dist. Ct. Colo.) |
|---|---|
| JX-0840 | Second Amended Complaint, Connecticut v. Purdue Pharma L.P., No. X07 HHD-CV-19-6105325-S (Super. Ct. Conn.) |
| JX-0946 | Unredacted Complaint, District of Columbia v. Purdue Pharma L.P., Civil Action No. 2019 CA 003680 B (Super. Ct. DC) |
| JX-2209 | Complaint, Massachusetts v. Purdue Pharm L.P.,  (Super. Ct. Mass.) |
| JX-2210 | First Amended Complaint, Massachusetts v. Purdue Pharm L.P., C.A. No. 1884-cv-01808 (Super. Ct. Mass.) |
| JX-2213 | First Amended Complaint, Minnesota v. Purdue Pharma L.P., No. 27-CV-18-10788 (Dist. Ct. Minn.) |
| JX-2211 | First Amended Complaint, New York v. Purdue Pharma L.P., Index No.: 400016/2018 (Sup. Ct. New York) (Confidential) |
| JX-2214 | Complaint,  Rhode Island v. Sackler, C.A. No.: PC 2019-9399 (Super. Ct. R.I.) |
| JX-0949 | Complaint, West Virginia v. Purdue Pharma, L.P., CA No. 19-C-62 (Cir. Ct. WV) |
| JX-0932 | Finegan Decl., Ex. 1 - Bar Date Flyer Notice |
| JX-0933 | Finegan Decl., Ex. 2 - May Press Releases |
| JX-0934 | Finegan Decl., Ex. 3 - Sample of Online Display, Internet Search Term, and social Media Advertisements |
| JX-0935 | Finegan Decl., Ex. 4 - Bar Date Notice |
| JX-0936 | Finegan Decl., Ex. 5 – Bar Date Magazine |
| JX-0937 | Finegan Decl., Ex. 6 – Notice of Hearing to Consider Confirmation of the Fifth Amended Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines, dated June 3 |
| JX-0938 | Finegan Decl., Ex. 7 – June Press Releases |
| JX-0939 | Finegan Decl., Ex. 8 – Confirmation Hearing Publication Notice |
| JX-0940 | Finegan Decl., Ex. 9 – Confirmation Hr'g Magazine Ad |
| JX-0941 | Finegan Decl., Ex. 10 – Confirmation Hearing Flyer Notice |
| JX-0942 | Finegan Decl., Ex. 11 – Sample of Online Display, Internet Search Term, and Social Media Advertisements |

## II.    Purdue Pharma L.P., *et al*., vs. Commonwealth of Massachusetts, et. al, Adv. Pro. No. 19-08289 (RDD)

| Dkt. No. | DESCRIPTION |
|---|---|
| | Docket Report. |
| 1 | Complaint. |

| 2 | Motion for Preliminary Injunction. |
|---|---|
| 3 | Memorandum of Law in Support of Motion for Preliminary Injunction. |
| 4 | Declaration of Benjamin S. Kaminetsky in Support of Debtors' Motion for Preliminary Injunction. |
| 5 | Declaration of Jesse DelConte in Support of Debtors' Motion for Preliminary Injunction. |
| 6 | Declaration of Jamie O'Connell in Support of Debtors' Motion for Preliminary Injunction. |
| 31 | Opposition Brief / Opposition by the Consortium of Some Massachusetts and Other Municipalities to the Motion for a Preliminary Injunction in Favor of the Sackler Family Non- Debtors. |
| 33 | Objection to Motion. |
| 36 | Affidavit / Declaration of Beth A. Kaswan in Support of Opposition by the Municipality Consortium to the Motion for a Preliminary Injunction in Favor of the Sackler Family Non- Debtors. |
| 37 | Opposition / The Multi-State Governmental Entities Group's Opposition to Debtors' Motion for a Preliminary Injunction. |
| 38 | Opposition Brief. |
| 39 | Objection to Motion / Limited Objection and Response of Arkansas and Tennessee Public Officials in Opposition to Debtors' Motion for a Preliminary Injunction. |
| 40 | Declaration of Lara K. Clinton in Support of the State of Washington's Opposition to Purdue's Motion for a Preliminary Injunction. |
| 41 | Opposition Brief/ The States' Coordinated Opposition to the Debtors' Motion for Preliminary Injunction of States' Law Enforcement Actions Against the Sacklers |
| 42 | Opposition Brief / The States' Coordinated Opposition to Debtors' Motion for a Preliminary Injunction of State Enforcement Actions Against Purdue. |
| 43 | Declaration of Katherine Stadler in Support of Limited Objection and Response of Arkansas and Tennessee Public Officials in Opposition to Debtors' Motion for a Preliminary Injunction. |
| 44 | Declaration of Andrew Troop in Support of States' Coordinated Oppositions to the Debtors' Motion for a Preliminary Injunction. |
| 51 | Objection to Motion and Response to Debtors' Motion for a Preliminary Injunction. |
| 59 | Omnibus Reply to Motion for a Preliminary Injunction. |
| 60 | Supplemental Declaration of Benjamin S. Kaminetsky in Support of the Motion for a Preliminary Injunction. |
| 61 | Declaration of Hayden A. Coleman in Support of the Motion for a Preliminary Injunction. |

| 62 | Statement/Ad Hoc Committee's Statement in Support of a Limited and Conditional Stay. |
|----|----|
| 63 | Statement of the Raymond Sackler Family and Beacon Company In Support Of The Debtors' Motion For A Preliminary Injunction. |
| 64 | Response to Motion for Preliminary Injunction Pursuant to 11 U.S.C. Section 105(A). |
| 66 | Opposition /Joinder to the States' coordinated Oppositions to Debtors' Motion for Preliminary Injunctions of State Enforcement Actions Against the Sacklers and against Purdue. |
| 79 | Statement/Official Committee of Unsecured Creditors Statement in Support of Debtors Motion for a Preliminary Injunction Pursuant to 11 U.S.C. § 105(a) and Statement In Support of Complaint for Injunctive Relief. |
| 82 | Order Signed on 10/11/2019 Pursuant to 11 U.S.C. § 105(a) Granting, in Part, Motion for a Preliminary Injunction. |
| 86 | Declaration of James I. McClammy in Support of Debtors' Motion for a Preliminary Injunction. |
| 87 | Transcript Regarding Hearing Held on 10/11/2019. |
| 89 | Amended Order signed on 10/18/2019 Pursuant to 11 U.S.C. § 105(a) Granting, in Part, Motion for a Preliminary Injunction. |
| 105 | Second Amended Order signed on 11/6/2019 Granting Motion for Preliminary Injunction. |
| 108 | Transcript regarding hearing held on October 11/2019. |
| 115 | Third Amended Order signed on 11/20/2019 Pursuant to 11 U.S.C. § 105(a) Granting Motion for Preliminary Injunction. |
| 116 | Notice of Appeal and Statement of Election. |
| 119 | Transcript regarding Hearing Held on November 6, 2019. |
| 126 | Fourth Amended Order signed on 12/9/2019 Pursuant to 11 U.S.C. § 105(a) Granting Motion for Preliminary Injunction. |
| 132 | Fifth Amended Order signed on 12/30/2019 Pursuant to 11 U.S.C. § 105(a) Granting Motion for Preliminary Injunction. |
| 139 | Sixth Amended Order signed on 2/14/2020 Pursuant to 11 U.S.C. § 105(a) Granting Motion for Preliminary Injunction. |
| 145 | Seventh Amended Order signed on 3/4/2020 Pursuant to 11 U.S.C. § 105(a) Granting Motion for Preliminary Injunction. |
| 146 | Motion to Extend Time / Motion to Extend the Preliminary Injunction. |
| 147 | Memorandum of Law in Support of Motion to Extend the Preliminary Injunction. |
| 148 | Declaration of Benjamin S. Kaminetsky in Support of Debtors' Motion to Extend the Preliminary Injunction. |

| 165 | Transcript Regarding Hearing Held on March 18, 2020. |
|-----|------|
| 168 | Eighth Amended Order signed on 3/30/2020 Pursuant to 11 U.S.C. § 105(a) Granting Motion for Preliminary Injunction. |
| 172 | Notice of Appeal and Statement of Election. |
| 175 | Ninth Amended Order signed on 4/14/2020 Pursuant to 11 U.S.C. § 105(a) Granting Motion for Preliminary Injunction. |
| 185 | Tenth Amended Order signed on 5/18/2020 Pursuant to 11 U.S.C. § 105(a) Granting Motion for Preliminary Injunction. |
| 190 | Eleventh Amended Order signed on 7/20/2020 Pursuant to 11 U.S.C. § 105(a) Granting Motion for Preliminary Injunction. |
| 194 | Order Signed on 8/31/2020 Granting Twelfth Amended Preliminary Injunction. |
| 197 | Motion to Extend Time / Motion to Extend the Preliminary Injunction. |
| 198 | Memorandum of Law in Support of Motion to Extend the Preliminary Injunction. |
| 199 | Declaration of Benjamin S. Kaminetsky in Support of Debtors' Motion to Extend the Preliminary Injunction. |
| 208 | Thirteenth Amended Order signed on 10/1/2020 Pursuant to 11 U.S.C. § 105(a) Granting Motion for Preliminary Injunction. |
| 217 | Transcript regarding Hearing Held on 9/30/2020. |
| 214 | Fourteenth Amended Order signed on 10/30/2020 Pursuant to 11 U.S.C. § 105(a) Granting Motion for Preliminary Injunction. |
| 219 | Motion to Extend Time / Motion to Extend the Preliminary Injunction. |
| 220 | Memorandum of Law in Support of Motion to Extend the Preliminary Injunction. |
| 224 | Order Signed on 3/1/2021 Granting Motion to Extend the Preliminary Injunction. |
| 227 | Motion to Extend Time / Motion to Extend the Preliminary Injunction. |
| 228 | Memorandum of Law in Support of Motion to Extend the Preliminary Injunction. |
| 241 | Sixteenth Amended Order Signed on 3/26/2021 Granting Motion for a Preliminary Injunction. |
| 244 | Transcript Regarding Hearing Held on 3/24/21. |
| 245 | Motion to Extend Time / Motion to Extend the Preliminary Injunction. |
| 246 | Memorandum of Law in Support of Motion to Extend the Preliminary Injunction. |

| 254 | Seventeenth Amended Order Signed on 4/22/2021 Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction. |
| 258 | Motion to Extend Time / Motion to Extend the Preliminary Injunction. |
| 259 | Memorandum of Law in Support of Motion to Extend the Preliminary Injunction. |
| 264 | Eighteenth Amended Order Signed on 4/22/2021 Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction. |
| 267 | Transcript Regarding Hearing Held on 5/20/21. |
| 269 | Motion to Extend Time / Motion to Extend the Preliminary Injunction. |
| 270 | Memorandum of Law in Support of Motion to Extend the Preliminary Injunction. |
| 274 | Nineteenth Amended Order Signed on 6/17/2021 Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction. |
| 278 | Transcript Regarding Hearing Held on 6/16/2021. |
| 281 | Transcript Regarding Hearing Held on 3/1/2021. |
| 286 | Twentieth Amended Order Signed on 8/30/2021 Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction. |
| 287 | Twenty-First Amended Order Signed on 9/2/2021 Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction. |

## III.    In re Purdue Pharma Inc., Bankr. No. 19-23648 (RDD)

| Dkt. No. | DESCRIPTION |
| --- | --- |
|  | Docket Report. |
| 1 | Voluntary Petition. |

## IV.    In re Purdue Transdermal Technologies L.P. , Bankr. No. 19-23650 (RDD)

| Dkt. No. | DESCRIPTION |
| --- | --- |
|  | Docket Report. |
| 1 | Voluntary Petition. |

### V.   In re Purdue Pharma Manufacturing L.P., Bankr. No. 19-23651 (RDD)

| Dkt. No. | DESCRIPTION |
|----------|-------------|
|          | Docket Report. |
| 1        | Voluntary Petition. |

### VI.   In re Purdue Pharmaceuticals L.P., Bankr. No. 19-23652 (RDD)

| Dkt. No. | DESCRIPTION |
|----------|-------------|
|          | Docket Report. |
| 1        | Voluntary Petition. |

### VII.   In re Imbrium Therapeutics L.P., Bankr. No. 19-23653 (RDD)

| Dkt. No. | DESCRIPTION |
|----------|-------------|
|          | Docket Report. |
| 1        | Voluntary Petition. |

### VIII.   Adlon Therapeutics L.P., Bankr. No. 19-23654 (RDD)

| Dkt. No. | DESCRIPTION |
|----------|-------------|
|          | Docket Report. |
| 1        | Voluntary Petition. |

### IX.   Greenfield BioVentures L.P., Bankr. No. 19-23655 (RDD)

| Dkt. No. | DESCRIPTION |
|----------|-------------|

| | Docket Report. |
|---|---|
| 1 | Voluntary Petition. |

### X.    Seven Seas Hill Corp., Bankr. No. 19-23656 (RDD)

| Dkt. No. | DESCRIPTION |
|---|---|
| | Docket Report. |
| 1 | Voluntary Petition. |

### XI.    Ophir Green Corp., Bankr. No. 19-23657 (RDD)

| Dkt. No. | DESCRIPTION |
|---|---|
| | Docket Report. |
| 1 | Voluntary Petition. |

### XII.    In re Purdue Pharma of Puerto Rico, Bankr. No. 19-23658 (RDD)

| Dkt. No. | DESCRIPTION |
|---|---|
| | Docket Report. |
| 1 | Voluntary Petition. |

### XIII.    In re Avrio Health L.P., Bankr. No. 19-23659 (RDD)

| Dkt. No. | DESCRIPTION |
|---|---|
| | Docket Report. |
| 1 | Voluntary Petition. |

## XIV.    In re Purdue Pharmaceutical Products L.P., Bankr. No. 19-23660 (RDD)

| Dkt. No. | DESCRIPTION |
|---|---|
|  | Docket Report. |
| 1 | Voluntary Petition. |

## XV.    In re Purdue Neuroscience Company, Bankr. No. 19-23661 (RDD)

| Dkt. No. | DESCRIPTION |
|---|---|
|  | Docket Report. |
| 1 | Voluntary Petition. |

## XVI.    In re Nayatt Cove Lifescience Inc., Bankr. No. 19-23662 (RDD)

| Dkt. No. | DESCRIPTION |
|---|---|
|  | Docket Report. |
| 1 | Voluntary Petition. |

## XVII.    In re Button Land L.P., Bankr. No. 19-23663 (RDD)

| Dkt. No. | DESCRIPTION |
|---|---|
|  | Docket Report. |
| 1 | Voluntary Petition. |

**XVIII. In re Paul Land Inc., Bankr. No. 19-23664 (RDD)**

| Dkt. No. | DESCRIPTION |
|----------|-------------|
|          | Docket Report. |
| 1        | Voluntary Petition. |

**XIX.   In re Quidnick Land L.P., Bankr. No. 19-23665 (RDD)**

| Dkt. No. | DESCRIPTION |
|----------|-------------|
|          | Docket Report. |
| 1        | Voluntary Petition. |

**XX.   In re Rhodes Associates L.P., Bankr. No. 19-23666 (RDD)**

| Dkt. No. | DESCRIPTION |
|----------|-------------|
|          | Docket Report. |
| 1        | Voluntary Petition. |

**XXI.   In re Rhodes Pharmaceuticals L.P., Bankr. No. 19-23667 (RDD)**

| Dkt. No. | DESCRIPTION |
|----------|-------------|
|          | Docket Report. |
| 1        | Voluntary Petition. |

### XXII.  In re Rhodes Technologies, Bankr. No. 19-23668 (RDD)

| Dkt. No. | DESCRIPTION |
|---|---|
|  | Docket Report. |
| 1 | Voluntary Petition. |

### XXIII. In re UDF LP, Bankr. No. 19-23669 (RDD)

| Dkt. No. | DESCRIPTION |
|---|---|
|  | Docket Report. |
| 1 | Voluntary Petition. |

### XXIV. In re SVC Pharma LP, Bankr. No. 19-23670 (RDD)

| Dkt. No. | DESCRIPTION |
|---|---|
|  | Docket Report. |
| 1 | Voluntary Petition. |

**XXV.**  **In re SVC Pharma Inc., Bankr. No. 19-23671 (RDD)**

| Dkt. No. | DESCRIPTION |
|---|---|
|  | Docket Report. |
| 1 | Voluntary Petition. |

Dated: New York, New York
     September 29, 2021

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

**By:**  ***/s/ Linda A. Riffkin***
Linda A. Riffkin
Assistant United States Trustee
Office of the U.S. Trustee
U.S. Federal Office Bldg.
201 Varick St. Room 1006
New York, New York 10014
Tel. No. (212) 510-0500
Fax No. (212) 668-2255