**SULLIVAN & WORCESTER LLP**
Jeffrey R. Gleit, Esq.
Allison H. Weiss, Esq.
1633 Broadway
New York, New York 10019
(212) 660-3000 (Telephone)
(212) 660-3001 (Facsimile)

*Special Conflicts Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**FIRST MONTHLY FEE STATEMENT OF SULLIVAN & WORCESTER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
INCURRED AS SPECIAL CONFLICTS COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION FOR THE PERIOD FROM AUGUST 1, 2021 THROUGH
AUGUST 31, 2021**

| | |
|---|---|
| **Name of Applicant** | Sullivan & Worcester LLP |
| **Applicant's Role in Case** | Special Conflicts Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | September 2, 2021 [Docket No. 3728] |
| **Period for which compensation and reimbursement is sought** | August 1, 2021 through August 31, 2021 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total compensation requested in this statement** | $348,408.00 (80% of $435,510.00) |
| **Total reimbursement requested in this statement** | $285.95 |
| **Total compensation and reimbursement requested in this statement** | $348,693.95 |
| **This is a(n):**   _X_ Monthly Application  ___  Interim Application  ___  Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Pursuant to 11 U.S.C. §§ 327(a) and 328 and Fed. R. Bankr. P. 2014(a) Authorizing the Employment and Retention of Sullivan & Worcester LLP as Special Conflicts Counsel to the Debtors and Debtors in Possession*, dated September 2, 2021 [Docket No. 3728] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Sullivan & Worcester LLP ("**Sullivan**"), special conflicts counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *First Monthly Statement of Services Rendered and Expenses Incurred for the Period from August 1, 2021 Through August 31, 2021* (this "**Fee Statement**").[2] By this Fee Statement, Sullivan seeks (i) compensation in the amount of $348,408.00 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Sullivan incurred in

---

[2] The period from August 1, 2021, through and including August 31, 2021, is referred to herein as the "**Fee Period**."

1

connection with such services during the Fee Period (i.e., $435,510.00) and (ii) payment of $285.95 for the actual, necessary expenses that Sullivan incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.    Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Sullivan partners, counsel, associates and paraprofessionals during the Fee Period with respect to each of the project categories Sullivan established in accordance with its internal billing procedures. As reflected in Exhibit A, Sullivan incurred $435,510.00 in fees during the Fee Period. Pursuant to this Fee Statement, Sullivan seeks reimbursement for 80% of such fees, totaling $348,408.00.

2.    Attached hereto as **Exhibit B** is a chart of Sullivan professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $649.45[3] The blended hourly billing rate of all paraprofessionals is $360.40.[4]

3.    Attached hereto as **Exhibit C** is a chart of expenses that Sullivan incurred or disbursed in the amount of $285.95 in connection with providing professional services to the Debtors during the Fee Period. These expense amounts are intended to cover Sullivan's direct operating costs, which costs are not incorporated into Sullivan's hourly billing rates. Only the

---

[3] The blended hourly billing rate of $649.45 for attorneys is derived by dividing the total fees for attorneys of $431,041.00 by the total hours of 663.7.

[4] The blended hourly billing rate of $360.40 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $4,469.00 by the total hours of 12.4.

clients for whom the services are actually used are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require such services.[5]

4.    Attached hereto as **Exhibit D** are the time records of Sullivan for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during Fee Period.

## Notice

5.    The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

---

[5]    Additional expenses incurred during the Fee Period but not yet billed to Sullivan may be included in subsequent fee statements.

3

WHEREFORE Sullivan, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $348,408 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Sullivan incurred in connection with such services during the Fee Period (i.e., $435,510.00) and (ii) payment of $285.95 for the actual, necessary expenses that Sullivan incurred in connection with such services during the Fee Period.

Dated:    September 30, 2021
        New York, New York

**SULLIVAN & WORCESTER LLP**

By:    */s/ Jeffrey R. Gleit*

Jeffrey R. Gleit, Esq.
Allison H. Weiss, Esq.
1633 Broadway
New York, New York 10019
(212) 660-3000 (Telephone)
(212) 660-3001 (Facsimile)
jgleit@sullivanlaw.com
aweiss@sullivanlaw.com

*Special Conflicts Counsel to the Debtors
and Debtors in Possession*

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 7.7 | $2,683.00 |
| Fee/Employment Applications | 54.5 | $33,423.50 |
| Hearings (Attendance and Preparation) | 206.8 | $145,615.50 |
| Plan and Disclosure Statement (including Business Plan) | 407.1 | $253,788.00 |
| **Total** | 676.1 | $435,510.00 |

## **Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Individual | Position, Year Assumed Position Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Gleit, Jeffrey R. | Partner; joined partnership in 2015; admitted New York 2001 | $900 | 79.9 | $71,910.00 |
| Zuccarello, Amy A. | Partner; joined partnership in 2016; admitted Massachusetts 2002 | $750 | 115.7 | $86,775.00 |
| **Partner Total:** | | | **195.6** | **$158,685.00** |
| **Counsel** | | | | |
| Weiss, Allison | Counsel; joined Sullivan 2017; admitted New York 1995 | $750 | 136.0 | $102,000.00 |
| **Counsel Total:** | | | **136.0** | **$102,000.00** |
| **Associates and Paralegals** | | | | |
| Bailey, Matthew | Associate; joined Sullivan 2021; admitted Massachusetts 2021 | $415 | 32.9 | $13,653.50 |
| Breckenridge, Luke M. | Associate; joined Sullivan 2019; admitted Massachusetts 2019 | $455 | 32.8 | $14,924.00 |
| Friedmann, Jillian | Associate; joined Sullivan 2021; admitted Massachusetts 2021 | $415 | 42.9 | $17,803.50 |
| Koslof, Nathaniel R. B. | Associate; joined Sullivan 2015; admitted Massachusetts 2014 | $605 | 73.6 | $44,528.00 |
| Rosenblatt, Ryan M. | Associate; joined Sullivan 2017; admitted Massachusetts 2017 | $530 | 81.6 | $43,248.00 |
| Setz, Anna Lea | Associate; joined Sullivan 2017; admitted New York 2019 | $530 | 68.3 | $36,199.00 |
| Cooley, Brian L. | Paralegal; joined Sullivan 2007 | $335 | 5.4 | $1,809.00 |
| Lombardo, Richard J. | Paralegal; joined Sullivan 2000 | $380 | 7.0 | $2,660.00 |
| **Associates and Paralegals Total:** | | | **344.5** | **$174,825.00** |
| **GRAND TOTAL** | | | **676.1** | **$435,510.00** |

Exhibit B - 2

**Exhibit C**

**Expense Summary**

Exhibit C - 1

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Business Meals | *See Business Meal Detail Below* | $15.88 |
| Computer Research | Research Service Bureau | $150.00 |
| Travel | *See Travel Detail Below* | $108.97 |
| U.S. Courts: PACER | Research Service Bureau | $11.10 |
| **TOTAL** | | **$285.95** |

| BUSINESS MEAL DETAIL | | | | |
|---|---|---|---|---|
| Date | Provider | Meal & Number of People | Description | Amount |
| 08/12/2021 | Siam Bistro | 1 | Overtime meal for R. Rosenblatt | $15.88 |
| **TOTAL** | | | | **$15.88** |

| TRAVEL DETAIL | | | |
|---|---|---|---|
| Date | Person Traveling | Description | Amount |
| 08/12/2021 | R. Rosenblatt | Lyft from Sullivan offices for late night work | $100.00 |
| 08/19/2021 | A. Setz | Taxi from Sullivan offices for late night work | $8.97 |
| **TOTAL** | | | **$108.97** |

Exhibit C - 2

**Exhibit D**

**Detailed Time Records**



**SULLIVAN & WORCESTER**

1633 Broadway, 32nd Floor, New York NY 10019
Telephone: 212-660-3000, Facsimile: 212-660-3001
*Federal Tax I.D.04-2387531*

**Remittance Address:**
PO Box 847423
Boston, MA  02284-7423

Purdue Pharma L.P.
Attention: Marc Kesselman, Esq.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

Invoice Date:        September 29, 2021
Invoice Number:    8280301

---

*FOR PROFESSIONAL SERVICES rendered through August 31, 2021*

**Matter**

028627.0001              Chapter 11 Case

| | |
|---|---:|
| Matter Fees | 435,510.00 |
| Matter Disbursements | 285.95 |
| **Total Amount Due** | **$435,795.95** |

**Sullivan & Worcester LLP**

Page 2

Invoice Date: September 29, 2021
Invoice Number: 8280301

**Matter**

**028627.0001**         **RE: Chapter 11 Case**

**Time Detail**

**Task Code:**   B110 - Case Administration.

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 08/06/2021 | RIL | Emails with R. Rosenblatt (.3); register J. Gleit for August 9 and 16, 2021 hearings (.5). | 0.80 | 380.00 | 304.00 |
| 08/12/2021 | RIL | Register A. Weiss for zoom appearance at August 12, 13, 16, and 17 hearings (.2); emails with A. Weiss (.2); telephone call to courtroom deputy (.1) | 0.50 | 380.00 | 190.00 |
| 08/17/2021 | BRC | Docketing of pleadings. | 1.50 | 335.00 | 502.50 |
| 08/18/2021 | BRC | Sending of mail and phone calls in connection with pleadings (1.3); docketing of pleadings (.7). | 2.00 | 335.00 | 670.00 |
| 08/19/2021 | BRC | Docketing and acquisition of pleadings. | 1.00 | 335.00 | 335.00 |
| 08/20/2021 | BRC | Docketing and notarization of pleadings. | 0.20 | 335.00 | 67.00 |
| 08/20/2021 | RIL | Register J. Gleit and A. Weiss for zoom attendance at August 23, August 25, and August 26 hearings. | 0.30 | 380.00 | 114.00 |
| 08/26/2021 | BRC | Docketing and calendaring of pleadings. | 0.30 | 335.00 | 100.50 |
| 08/26/2021 | RIL | Emails with A. Weiss (0.2); register J. Gleit and A. Weiss for Zoom attendance at August 27, September 13, and September 20 hearings (0.2). | 0.40 | 380.00 | 152.00 |
| 08/27/2021 | BRC | Docketing and calendaring of pleadings. | 0.30 | 335.00 | 100.50 |
| 08/30/2021 | BRC | Docketing of pleadings. | 0.10 | 335.00 | 33.50 |
| 08/30/2021 | RIL | Register A. Weiss and J. Gleit for September 1, 2021 hearing (0.2); emails with A. Weiss (0.1). | 0.30 | 380.00 | 114.00 |

**Task Total**   B110 - Case Administration.                                                    **$2,683.00**

**Task Code:**   B160 - Fee/Employment Applications.

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 08/04/2021 | NRK | Review of retention papers and conflicts check (1.7). | 1.70 | 605.00 | 1,028.50 |
| 08/06/2021 | AAZ | Review retention materials and prepare disclosure documentation. | 2.40 | 750.00 | 1,800.00 |

**Sullivan & Worcester LLP**

Page 3

Invoice Date: September 29, 2021
Invoice Number: 8280301

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 08/06/2021 | NRK | Attention to conflicts and Retention Application. | 0.60 | 605.00 | 363.00 |
| 08/07/2021 | JXF | Call with N. Koslof regarding retention documents (.2); revisions to Retention Application (.4); revisions to J. Gleit Declaration (1.7); drafting Kesselman Declaration (1.6). | 3.90 | 415.00 | 1,618.50 |
| 08/07/2021 | AAZ | Review retention materials, lists of names provided by Debtor and search results relating to same, and complete additional preparation of disclosure documentation. | 7.40 | 750.00 | 5,550.00 |
| 08/08/2021 | AAZ | Call N. Koslof regarding Retention Application draft status (.3); additional preparation of disclosure material regarding same (6.8). | 7.10 | 750.00 | 5,325.00 |
| 08/08/2021 | NRK | Advance retention papers (.3); conference with A. Zuccarello concerning the same (.2). | 0.50 | 605.00 | 302.50 |
| 08/09/2021 | JXF | Revisions to Retention Application documents (2.0); related calls with A. Zuccarello and N. Koslof (.5); drafting of proposed order in connection with Retention Application (1.0). | 3.50 | 415.00 | 1,452.50 |
| 08/09/2021 | AAZ | Conference call with N. Koslof and J. Friedmann regarding Sullivan Retention Application (.1); finalize disclosure schedule and review of necessary disclosures (1.5); revise Retention Application (.8). | 2.40 | 750.00 | 1,800.00 |
| 08/09/2021 | AAZ | Review revisions to retention documents (1.4); conference calls with N. Koslof regarding same (.5). | 1.90 | 750.00 | 1,425.00 |
| 08/09/2021 | NRK | Advance Retention Application and related papers (1.4);  conferences with A. Zuccarello and J. Friedmann regarding same (.6). | 2.00 | 605.00 | 1,210.00 |
| 08/10/2021 | RXR | Drafting of Retention Application. | 0.30 | 530.00 | 159.00 |
| 08/10/2021 | JXF | Calls with N. Koslof regarding edits to Retention Application documents (1.2); revisions to Retention Application documents (.6); drafting of proposed order in connection with Retention Application (.5). | 2.30 | 415.00 | 954.50 |
| 08/10/2021 | JRG | Revise Retention Application and related documents. | 0.50 | 900.00 | 450.00 |
| 08/10/2021 | AAZ | Additional review of retention disclosure data (1.6); conference with N. Koslof regarding revised Retention Application (.4). | 2.00 | 750.00 | 1,500.00 |

**Sullivan & Worcester LLP**

Page 4

Invoice Date: September 29, 2021
Invoice Number: 8280301

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 08/10/2021 | NRK | Review of Advance Retention Application and related papers (1.6); related calls with J. Friedmann (1.2); related calls with A. Zuccarello (.4); circulate with Davis Polk (.2). | 3.40 | 605.00 | 2,057.00 |
| 08/10/2021 | RIL | Review and comment on draft Retention Application (1.0); emails with A. Weiss and N. Koslof (.1). | 1.10 | 380.00 | 418.00 |
| 08/11/2021 | JXF | Revisions to Retention Application documents (1.2); calls with N. Koslof regarding the same (.2). | 1.40 | 415.00 | 581.00 |
| 08/11/2021 | AAZ | Review of final Retention Application (.7); conferences with N. Koslof regarding same (.6); confer internally to update disclosures based on revised information from Davis Polk (1.0). | 2.30 | 750.00 | 1,725.00 |
| 08/11/2021 | NRK | Advance Retention Application and related papers and circulate with client (.4); related conferences with A. Zuccarello (.6); related calls with J. Friedmann (.2). | 1.20 | 605.00 | 726.00 |
| 08/13/2021 | JXF | Revisions to Retention Application and related documents (1.9); coordination for filing of the same (.3); calls with N. Koslof regarding the same (.3). | 2.50 | 415.00 | 1,037.50 |
| 08/13/2021 | NRK | Finalize and file Retention Application and related papers (.9);related conference with J. Friedmann (0.3); confer with UST (.5). | 1.70 | 605.00 | 1,028.50 |
| 08/13/2021 | RIL | Review, edit and e-file Notice of Presentment for the retention of Sullivan & Worcester LLP and supporting papers (2.2); emails with N. Koslof. and J. Friedmann regarding same (.2). | 2.40 | 380.00 | 912.00 |
| **Task Total** | | B160 - Fee/Employment Applications. | | | **$33,423.50** |

**Task Code:**    B195 - Hearings (Attendance and Preparation)

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 08/08/2021 | RXR | Preparation for August 9, 2021 status conference and pre-trial conference. | 0.50 | 530.00 | 265.00 |
| 08/09/2021 | RXR | Attendance at confirmation status conference and pre-trial conference. | 2.40 | 530.00 | 1,272.00 |
| 08/09/2021 | AHW | Attend status conference. | 2.40 | 750.00 | 1,800.00 |
| 08/09/2021 | JRG | Prepare for (.3) and attend status conference in connection with confirmation (2.4). | 2.70 | 900.00 | 2,430.00 |

Exhibit D - 5

**Sullivan & Worcester LLP**

Page 5

Invoice Date: September 29, 2021
Invoice Number: 8280301

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 08/12/2021 | RXR | Preparation for and attendance at virtual confirmation hearing. | 6.00 | 530.00 | 3,180.00 |
| 08/12/2021 | AHW | Telephonic participation at confirmation hearing (5.7). | 5.70 | 750.00 | 4,275.00 |
| 08/12/2021 | AAZ | Telephonic participation in Confirmation Hearing. | 4.20 | 750.00 | 3,150.00 |
| 08/12/2021 | JRG | Participate in portion of confirmation hearing (2.2). | 2.20 | 900.00 | 1,980.00 |
| 08/13/2021 | RXR | Attendance at virtual confirmation hearing (morning session). | 2.50 | 530.00 | 1,325.00 |
| 08/13/2021 | AHW | Attend confirmation hearing (5.8). | 5.80 | 750.00 | 4,350.00 |
| 08/13/2021 | AAZ | Participation in Confirmation Hearing. | 4.10 | 750.00 | 3,075.00 |
| 08/13/2021 | NRK | Attention to confirmation hearing and related documents (4.7). | 4.70 | 605.00 | 2,843.50 |
| 08/13/2021 | NRK | Attention to confirmation hearing and related documents. | 4.70 | 605.00 | 2,843.50 |
| 08/13/2021 | JRG | Participate in portion of confirmation hearing (2). | 2.00 | 900.00 | 1,800.00 |
| 08/16/2021 | RXR | Attendance at virtual confirmation hearing (.7); call with L. Breckenridge concerning same (.1). | 0.80 | 530.00 | 424.00 |
| 08/16/2021 | AHW | Attendance at confirmation hearing (6.4). | 6.40 | 750.00 | 4,800.00 |
| 08/16/2021 | AAZ | Courtcall participation in Confirmation Hearing. | 3.20 | 750.00 | 2,400.00 |
| 08/16/2021 | LMB | Attendance at August 16, 2021 hearing (3.1); call with R. Rosenblatt concerning hearing (.1). | 3.20 | 455.00 | 1,456.00 |
| 08/17/2021 | RXR | Attendance at virtual confirmation hearing. | 1.40 | 530.00 | 742.00 |
| 08/17/2021 | AHW | Attend confirmation hearing (7.2). | 7.20 | 750.00 | 5,400.00 |
| 08/17/2021 | AAZ | Courtcall participation in Confirmation Hearing (6.1) | 6.10 | 750.00 | 4,575.00 |
| 08/17/2021 | LMB | Attendance at August 17, 2021 hearing. | 7.80 | 455.00 | 3,549.00 |
| 08/18/2021 | RXR | Review of J. Lowne, J. Turner, and J. DelConte declarations and transcripts regarding cross and redirect and summary of same in preparation for DMP cross examination; drafting of preparatory materials for redirect examination. | 4.20 | 530.00 | 2,226.00 |
| 08/18/2021 | RXR | Witness testimony preparation with J. Lowne, J. Turner, and J. DelConte for confirmation hearing reserved examination by DMPs (2.5); attention to related preparation and document management regarding same (2.2). | 4.70 | 530.00 | 2,491.00 |

**Sullivan & Worcester LLP**

Page 6

Invoice Date: September 29, 2021
Invoice Number: 8280301

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 08/18/2021 | AHW | Attendance at confirmation hearing (2.2); review issues related to cross-examination of witnesses by DMPs (.4); review revised plan in connection with settlement with ad hoc committee and DMPs (.4). | 3.00 | 750.00 | 2,250.00 |
| 08/18/2021 | AAZ | Courtcall participation in Confirmation Hearing (4.1); prepare witnesses for potential direct examination (3.6). | 7.70 | 750.00 | 5,775.00 |
| 08/18/2021 | MXB | Research regarding evidentiary objections (.7); drafting of email to R. Rosenblatt regarding the same (.3). | 1.00 | 415.00 | 415.00 |
| 08/18/2021 | MXB | Review Department of Justice Plea Agreement in connection with the Forfeiture Judgment Credit (.6); drafting of email to R. Rosenblatt regarding the same (.2). | 0.80 | 415.00 | 332.00 |
| 08/18/2021 | LMB | Communication with N. Koslof regarding oral argument preparation (.3); review of docket for aggregation of materials (1.5); correspondence with co-counsel regarding materials (.2); correspondence with support staff regarding preparation of literal materials for argument (.1). | 2.10 | 455.00 | 955.50 |
| 08/19/2021 | RXR | Attendance at virtual confirmation hearing. | 2.10 | 530.00 | 1,113.00 |
| 08/19/2021 | JRG | Prepare for confirmation hearing (1); telephone conference with M. Tobak regarding hearing (.2); telephone conference with M. Tobak and E. Vonnegut regarding same (.2); telephone conference with D. Klein regarding settlement and hearing (.2); participate in confirmation hearing (3); telephone conference with J. Del Conte regarding potential testimony (.2); telephone conference with J. Turner regarding same (.2); participate on settlement call with Davis Polk, Kramer Levin, AHC and DMPs (.5); preparation for cross defense and redirect (2.7). | 8.20 | 900.00 | 7,380.00 |
| 08/19/2021 | AHW | Attendance at confirmation hearing (5.5). | 5.50 | 750.00 | 4,125.00 |
| 08/19/2021 | ALS | Legal research regarding cases cited by DMPs and how to distinguish them in connection with oral argument preparation. | 1.20 | 530.00 | 636.00 |
| 08/19/2021 | ALS | Communications with N. Koslof regarding preparation for oral argument. | 0.30 | 530.00 | 159.00 |
| 08/20/2021 | AHW | Review filed pleadings (.4); review draft closing argument (.3). | 0.70 | 750.00 | 525.00 |

**Sullivan & Worcester LLP**

Page 7

Invoice Date: September 29, 2021
Invoice Number: 8280301

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 08/20/2021 | ALS | Calls and emails with J. Gleit, A. Zuccarello and N. Koslof regarding preparation for oral argument. | 0.70 | 530.00 | 371.00 |
| 08/20/2021 | ALS | Case research in preparation for oral argument. | 0.20 | 530.00 | 106.00 |
| 08/21/2021 | JRG | Preparation for oral argument with A. Zuccarello via phone (0.2); preparation for oral argument (1.2). | 1.40 | 900.00 | 1,260.00 |
| 08/21/2021 | AAZ | Conference with J. Gleit regarding closing argument preparations (.2); review of plan and disclosure statement references (.6); cross-checking of fact references to declarations (.6); emails to and from J. Gleit and N. Koslof regarding same (.4). | 1.80 | 750.00 | 1,350.00 |
| 08/22/2021 | JRG | Prepare for oral argument. | 2.10 | 900.00 | 1,890.00 |
| 08/22/2021 | ALS | Emails with J. Gleit regarding preparation of oral argument. | 0.10 | 530.00 | 53.00 |
| 08/22/2021 | ALS | Case research in preparation for oral argument. | 0.10 | 530.00 | 53.00 |
| 08/23/2021 | JRG | Telephone conference with D. Klein regarding hearing (.2); preparation for hearing (.5); participation in confirmation hearing (7.3). | 8.00 | 900.00 | 7,200.00 |
| 08/23/2021 | AHW | Attend confirmation hearing. | 7.70 | 750.00 | 5,775.00 |
| 08/23/2021 | AAZ | Participation in Confirmation Hearing (6.2). | 6.20 | 750.00 | 4,650.00 |
| 08/23/2021 | RXR | Preparation for and attendance at virtual confirmation hearing oral argument. | 7.50 | 530.00 | 3,975.00 |
| 08/23/2021 | ALS | Docket research in preparation for oral argument. | 0.60 | 530.00 | 318.00 |
| 08/24/2021 | AHW | Review joint exhibit list and emails with K. Benedict regarding same (.3); review emails regarding retention and ninth amended plan (.3). | 0.60 | 750.00 | 450.00 |
| 08/25/2021 | JRG | Preparation for confirmation hearing (.3); telephone conference with A. Zuccarello regarding same (.2); participate in same (6.5). | 7.00 | 900.00 | 6,300.00 |
| 08/25/2021 | AHW | Review joint exhibit list related to insurance policies naming additional insureds (.4); emails with J. Gleit, K. Benedict and Reed Smith regarding same (.3); attend confirmation hearing (7.5). | 8.20 | 750.00 | 6,150.00 |
| 08/25/2021 | AAZ | Conference with J. Gleit regarding insurance issues, certificates and endorsements in final preparation for oral argument (.8); participate in confirmation hearing (4.4). | 5.20 | 750.00 | 3,900.00 |

**Sullivan & Worcester LLP**

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 08/25/2021 | RXR | Preparation for and attendance at virtual confirmation hearing closing argument day two. | 6.30 | 530.00 | 3,339.00 |
| 08/26/2021 | AHW | Review email from court regarding continuance of hearing (.2); several conferences with J. Gleit regarding same and issues regarding DMP objection (.4); analysis of issues regarding same (.4); several emails to and from Reed Smith and Davis Polk regarding policy endorsements and DMP exhibits (.4); review same (.9); several conferences with A. Setz regarding McArthur case (.3); review analysis regarding same (.3); conferences with J. Gleit regarding same (.2). | 3.10 | 750.00 | 2,325.00 |
| 08/27/2021 | RXR | Attendance at virtual confirmation hearing oral argument. | 1.60 | 530.00 | 848.00 |
| 08/27/2021 | AHW | Attendance at confirmation hearing (1.8); follow-up conferences regarding same (.3); conferences with J. Gleit and A. Zuccarello and A. Setz regarding DMPs' rights (.4); analysis of issues related to direct/derivative rights of DMPs (2.4); emails with Reed Smith regarding factual issues (.3); conference call with A. Zuccarello and A. Kramer regarding rights of additional insureds (.3). | 5.50 | 750.00 | 4,125.00 |
| 08/27/2021 | JRG | Preparation for oral argument and related conferences with A. Zuccarello (2.4); telephone conferences with H. Frazier regarding same (.4); telephone conference with C. Steege regarding same (.2); participation in confirmation hearing (1.8); telephone conferences with D. Klein regarding next steps (.2); research regarding additional insureds (.4). | 5.40 | 900.00 | 4,860.00 |
| **Task Total** | B195 - Hearings (Attendance and Preparation) | | | | **$145,615.50** |

**Task Code:**   B320 - Plan and Disclosure Statement (including Business Plan).

**Sullivan & Worcester LLP**

Page 9

Invoice Date: September 29, 2021
Invoice Number: 8280301

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 08/04/2021 | AHW | Several conferences with J. Gleit regarding new matter and analysis of issues regarding DMP objection (1.5); review same (.9); conference call with D. Klein and J. Gleit regarding same (.4); review documents received from Davis Polk including draft reply to DMP objection, draft stipulation between parties and objection to disclosure statement (1.2) and consider issues regarding same (.4); conference call with associates regarding research related to DMP objection and draft reply (.4); follow-ups and review background documents in connection with same (1.4) | 6.20 | 750.00 | 4,650.00 |
| 08/04/2021 | JRG | Telephone conferences with D Klein regarding case (.4); review back ground document including plan and objection (2); research regarding injunction issues (1.2); telephone conferences with A Weiss regarding reply (.5); telephone conference with Sullivan team regarding reply (.6). | 4.70 | 900.00 | 4,230.00 |
| 08/04/2021 | MXB | Research regarding case law in connection with drafting of reply to DMP objection. | 4.90 | 415.00 | 2,033.50 |
| 08/04/2021 | MXB | Attendance at conference call regarding reply to DMP objection. | 0.60 | 415.00 | 249.00 |
| 08/04/2021 | RXR | Review of DMP objection and draft reply brief (0.5); attendance at internal conference calls with Sullivan team regarding strategy and approach (1.3); attention to case summaries of authority cited in objection (0.3). | 2.10 | 530.00 | 1,113.00 |
| 08/04/2021 | ALS | Conference calls with bankruptcy team regarding case and assignments. | 1.50 | 530.00 | 795.00 |
| 08/04/2021 | ALS | Legal research and case summaries of cases in the DMPs' objection and the Debtors' draft reply. | 2.90 | 530.00 | 1,537.00 |
| 08/04/2021 | JXF | Attendance at conference call regarding reply to DMP objection. | 0.60 | 415.00 | 249.00 |
| 08/04/2021 | JXF | Research regarding reply to DMP objection and related case summaries of authority cited in objection. | 0.60 | 415.00 | 249.00 |
| 08/04/2021 | JXF | Calls with A. Setz and M. Bailey regarding review of contracts in connection with joint stipulation (.5); attention to and review of existing contracts in connection with joint stipulation (1.9). | 2.40 | 415.00 | 996.00 |

Exhibit D - 10

## Sullivan & Worcester LLP

Page 10

Invoice Date: September 29, 2021
Invoice Number: 8280301

| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|
| 08/04/2021 | AAZ | Telephone Conference with J. Gleit, A. Weiss regarding new representation in Purdue Pharma case, preparation of brief, issues involved, strategy for completion. | 0.80 | 750.00 | 600.00 |
| 08/04/2021 | AAZ | Prepare for and participate in meeting to discuss brief in opposition to DMP opposition to plan confirmation (.7). | 0.70 | 750.00 | 525.00 |
| 08/04/2021 | AAZ | Review Purdue Pharma Plan and Disclosure Statement (2.4); review DMP objection to Disclosure Statement (.7); review Debtor's papers in support of confirmation and related plan documents (1.2); review Order approving Disclosure Statement (.7). | 5.00 | 750.00 | 3,750.00 |
| 08/04/2021 | LMB | Attendance at team call to discuss objection research with A. Weiss, J. Gleit, A. Zuccarello, N. Koslof, R. Rosenblatt, J. Friedmann, B. Schneider, M. Bailey, and A. Setz (.6); review of objection and related memoranda (.9); research of case law cited in brief (1.5). | 3.00 | 455.00 | 1,365.00 |
| 08/04/2021 | NRK | Review DMP's objection and draft reply (1.0); conference call with working team regarding same (.6); research regarding arguments concerning Section 365 (3.6). | 5.20 | 605.00 | 3,146.00 |
| 08/05/2021 | AHW | Review various issues and research questions with respect to the reply brief (3.6); review case summaries of cited cases (.9); review draft confirmation brief, disclosure statement objection filed by the DMPs and the debtors' reply thereto (.8); coordinate conflicts and drafting of retention pleadings (.5); review transcripts of disclosure statement hearing (.6); several phone conferences with J. Gleit regarding issues and next steps (.4); review emails from Kramer Levin regarding plan provisions (.2); conference call with J. Gleit, A. Zuccarello and associates regarding case summaries and next steps (.8); several conferences with R. Rosenblatt regarding research and drafting of reply brief and strategy regarding same (.9); call with Davis Polk regarding reply issues (.8); conferences with associates regarding research and drafting of reply brief sections (.7); conference call with DMPs regarding settlement issues (.5); follow-up conference call with Davis Polk regarding same (.3) | 11.00 | 750.00 | 8,250.00 |

**Sullivan & Worcester LLP**

Invoice Date: September 29, 2021
Invoice Number: 8280301

| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|
| 08/05/2021 | JRG | Telephone conferences with D. Klein re DMP disclosure statement objection (.5); review same, plan, draft finding of facts, DMP objection, and outline of reply (2.1); telephone conferences with A. Weiss regarding reply (.4). | 3.00 | 900.00 | 2,700.00 |
| 08/05/2021 | MXB | Research regarding case law in connection with drafting of reply to DMP objection. | 3.20 | 415.00 | 1,328.00 |
| 08/05/2021 | MXB | Attention to drafting of reply to DMP objection. | 4.70 | 415.00 | 1,950.50 |
| 08/05/2021 | MXB | Review of filings and court website regarding reply to objection format and appearance procedure. | 1.10 | 415.00 | 456.50 |
| 08/05/2021 | RXR | Research regarding reply brief to DMP objection and related case summaries and internal phone calls with case summary authors (7.0); conference with Sullivan team regarding reply brief (0.8); review of as-filed confirmation brief (1.0); attention to reply brief to DMP objection (1.7). | 10.50 | 530.00 | 5,565.00 |
| 08/05/2021 | ALS | Legal research and case summaries of cases in the DMPs' objection and the Debtors' draft reply. | 2.80 | 530.00 | 1,484.00 |
| 08/05/2021 | ALS | Conference calls regarding the Debtors' draft reply. | 1.40 | 530.00 | 742.00 |
| 08/05/2021 | ALS | Review of objection and related documents. | 1.30 | 530.00 | 689.00 |
| 08/05/2021 | ALS | Drafting of reply to the additional insured DMPs' arguments. | 3.20 | 530.00 | 1,696.00 |
| 08/05/2021 | JXF | Research regarding reply to DMP objection and related case summaries of authority cited in objection. | 6.90 | 415.00 | 2,863.50 |
| 08/05/2021 | JXF | Attendance at conference call regarding reply brief. | 0.80 | 415.00 | 332.00 |
| 08/05/2021 | JXF | Phone calls with A. Weiss, R. Rosenblatt, A. Setz and L. Breckenridge regarding reply brief and next steps. | 0.60 | 415.00 | 249.00 |
| 08/05/2021 | JXF | Research regarding additional case law in connection with reply brief. | 1.00 | 415.00 | 415.00 |
| 08/05/2021 | JXF | Attention to and revision of reply brief. | 4.30 | 415.00 | 1,784.50 |
| 08/05/2021 | AAZ | Review cases and summaries from Purdue objection and reply, together with additional research results on insurance issues raised in DMP objection. | 3.20 | 750.00 | 2,400.00 |
| 08/05/2021 | AAZ | Call with working group to discuss brief drafting strategy. | 0.40 | 750.00 | 300.00 |

**Sullivan & Worcester LLP**

Page 12

Invoice Date: September 29, 2021
Invoice Number: 8280301

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 08/05/2021 | AAZ | Call with A. Setz to discuss insurance provisions, rights of additional insured parties under Debtor policies, additional research requirements and revisions to draft brief. | 0.80 | 750.00 | 600.00 |
| 08/05/2021 | AAZ | Call with working group regarding insurance issues, next steps in briefing process. | 1.20 | 750.00 | 900.00 |
| 08/05/2021 | AAZ | Call with opposing counsel (large group) regarding potential settlement of DMP claims. | 0.80 | 750.00 | 600.00 |
| 08/05/2021 | AAZ | Conference call with J. Gleit regarding potential settlement (.5). | 0.50 | 750.00 | 375.00 |
| 08/05/2021 | NRK | Review DMPs' objection and draft reply (.8); summarize all cases in objection and draft reply (3.4); research regarding arguments concerning Section 365 (3.1). | 7.30 | 605.00 | 4,416.50 |
| 08/05/2021 | LMB | Review of case law concerning particular issues raised in objection (6.7); conference call to discuss response to objection and related research with J. Gleit, A. Zuccarello, A. Weiss, N. Koslof, R. Rosenblatt, A. Setz, J. Friedmann, B. Schneider, and M. Bailey (.6); drafting of reply brief sections based on sections reviewed in objection (1.9). | 9.20 | 455.00 | 4,186.00 |
| 08/06/2021 | AHW | Conference call with J. Gleit, Davis Polk, and K. Eckstein regarding reply to DMP objection (1.0); draft, review, and revise same (13.7). | 14.70 | 750.00 | 11,025.00 |
| 08/06/2021 | JRG | Telephone conference with Kramer Levin, DP and A. Weiss regarding strategy and settlement discussions (1.0); research regarding non consensual releases (1.2); draft reply to DMPs (1.2). | 3.40 | 900.00 | 3,060.00 |
| 08/06/2021 | MXB | Research regarding case law in connection with drafting of reply to DMP objection. | 1.00 | 415.00 | 415.00 |
| 08/06/2021 | MXB | Review of disclosure statement hearing transcripts in connection with reply to DMP objection. | 3.40 | 415.00 | 1,411.00 |
| 08/06/2021 | RXR | Drafting of reply brief to DMP objection (10.0); phone calls with A. Weiss, A. Zuccarello, and J. Gleit regarding same (2.8); phone calls with A. Setz regarding stipulation of facts (0.5); drafting of notice of appearance (0.4). | 13.70 | 530.00 | 7,261.00 |
| 08/06/2021 | ALS | Drafting of reply response to the additional insured DMPs' arguments and research regarding same. | 4.40 | 530.00 | 2,332.00 |
| 08/06/2021 | ALS | Attention to review of draft reply. | 0.50 | 530.00 | 265.00 |

**Sullivan & Worcester LLP**

Invoice Date: September 29, 2021
Invoice Number: 8280301

| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|
| 08/06/2021 | ALS | Calls with R. Rosenblatt. | 1.20 | 530.00 | 636.00 |
| 08/06/2021 | ALS | Review of DMP contracts and indemnification provisions. | 1.10 | 530.00 | 583.00 |
| 08/06/2021 | JXF | Attention to and revision of reply brief. | 2.40 | 415.00 | 996.00 |
| 08/06/2021 | JXF | Research regarding additional case law for citation in reply brief. | 0.60 | 415.00 | 249.00 |
| 08/06/2021 | JXF | Review of hearing transcripts in connection with reply brief. | 3.50 | 415.00 | 1,452.50 |
| 08/06/2021 | AAZ | Conference with working group regarding potential DMP settlement (.7); Conference with J. Gleit regarding same (.4). | 1.10 | 750.00 | 825.00 |
| 08/06/2021 | AAZ | Conference with J. Gleit regarding Notice of Appearance (.1); Conference with Rosenblatt regarding same (.1); attention to Retention Application through review of applicable retention standards for special conflicts counsel (1.1); follow-up with R. Rosenblatt regarding: NOA (.1). | 1.40 | 750.00 | 1,050.00 |
| 08/06/2021 | AAZ | Conferences with J. Gleit regarding insurance section revisions (1.4); review and revise insurance sections of response (1.6); review applicable caselaw as to rights of additional insured under Debtor policy (1.6); Review Debtor contracts and policy language (1.8); Emails to and from D. Consla regarding Debtor contracts and documents (.3). | 6.70 | 750.00 | 5,025.00 |
| 08/06/2021 | AAZ | Drafting and revisions to reply. | 1.40 | 750.00 | 1,050.00 |
| 08/06/2021 | NRK | Review transcripts from disclosure statement hearing (2.2); review objections to disclosure statement (.8); attention to reply (2.3). | 5.30 | 605.00 | 3,206.50 |
| 08/06/2021 | LMB | Drafting of reply to objection (3.2); correspondence with A. Weiss and R. Rosenblatt concerning reply draft and relevant case law (.2). | 3.40 | 455.00 | 1,547.00 |
| 08/07/2021 | AHW | Review and revise reply to DMP objection (2.8); conferences with J. Gleit, A. Zuccarello, R. Rosenblatt, and A. Setz regarding status and next steps (.4); revise draft reply and send to Davis Polk, KL and Dechert teams ( 2.5); review draft stipulations of fact and several conferences with A. Setz regarding same (.6); review revisions to same (.2); review Dechert comments to draft reply (.3). | 6.80 | 750.00 | 5,100.00 |

**Sullivan & Worcester LLP**

Page 14

Invoice Date: September 29, 2021
Invoice Number: 8280301

| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|
| 08/07/2021 | JRG | Revise DMP reply (1.5); telephone conferences with A. Weiss, R. Rosenblatt, and A. Zuccarello regarding same (.5); comment on NOA (.2). | 2.20 | 900.00 | 1,980.00 |
| 08/07/2021 | ALS | Review of DMP contracts and indemnification provisions (1.6); compare to draft exhibit list of DMPs and draft stipulated facts (.3); draft new appendix to draft evidentiary stipulation (2.3). | 4.20 | 530.00 | 2,226.00 |
| 08/07/2021 | ALS | Calls with A. Weiss and A. Zuccarello regarding evidentiary stipulation. | 0.40 | 530.00 | 212.00 |
| 08/07/2021 | MXB | Review of and revisions to reply citations and Table of Authorities. | 6.00 | 415.00 | 2,490.00 |
| 08/07/2021 | ALS | Revisions to draft reply. | 0.70 | 530.00 | 371.00 |
| 08/07/2021 | RXR | Drafting of and revisions to DMP reply brief (5.2); conference with J. Gleit regarding same (.2); drafting of and filing of notice of appearance (.2). | 5.60 | 530.00 | 2,968.00 |
| 08/07/2021 | AAZ | Call J. Gleit and A. Weiss regarding modifications to reply (.8); Conference with A. Setz regarding changes to stipulation and next steps to negotiate same (.5); Conference with R. Rosenblatt regarding changes to reply (.2); email to M. Bailey regarding same (.1). | 1.60 | 750.00 | 1,200.00 |
| 08/07/2021 | NRK | Research concerning bankruptcy cases providing for deemed assumption of executory contracts and unexpired leases (2.6); advance draft retention papers and related call with J. Friedmann (.3). | 2.90 | 605.00 | 1,754.50 |
| 08/08/2021 | AHW | Conferences with A. Zuccarello and J. Gleit regarding Dechert's comments to reply (.3); review and revise draft reply in connection with Dechert's comments (2.2); analysis of issues related to stipulation of facts and conferences with A. Setz regarding same (1.2); conference call with J. Gleit, A. Zuccarello, C. Robertson, and G. Cardillo regarding revisions to reply (.9); follow-ups with J. Gleit and A. Zuccarello regarding same (.4); review and revise same (3.3). | 8.30 | 750.00 | 6,225.00 |
| 08/08/2021 | JRG | Review comments to reply (.5); telephone conference with A Weiss and A Zuccarello regarding same (.3); telephone conference with DPW and Sullivan teams regarding confirmation (.9); revise reply (1.0). | 2.70 | 900.00 | 2,430.00 |
| 08/08/2021 | ALS | Call with K. Benedict (Davis Polk) regarding evidentiary stipulation. | 0.50 | 530.00 | 265.00 |

**Sullivan & Worcester LLP**

Page 15

Invoice Date: September 29, 2021
Invoice Number: 8280301

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 08/08/2021 | ALS | Review of evidentiary stipulation, including review of language of DMP contracts, indemnification and insurance provisions. | 1.50 | 530.00 | 795.00 |
| 08/08/2021 | ALS | Revisions to draft reply. | 0.80 | 530.00 | 424.00 |
| 08/08/2021 | ALS | Emails regarding draft reply. | 0.30 | 530.00 | 159.00 |
| 08/08/2021 | ALS | Calls with A. Weiss and R. Rosenblatt regarding draft reply. | 0.90 | 530.00 | 477.00 |
| 08/08/2021 | MXB | Attention to reply citations. | 1.10 | 415.00 | 456.50 |
| 08/08/2021 | ALS | Calls and emails with A. Weiss regarding evidentiary stipulation. | 0.70 | 530.00 | 371.00 |
| 08/08/2021 | RXR | Drafting of and revisions to DMP reply brief (3.3); conferences regarding same with A. Weiss and A. Setz (.8). | 4.10 | 530.00 | 2,173.00 |
| 08/08/2021 | AAZ | Review comments to reply and conferences with J. Gleit, R. Rosenblatt and A. Weiss regarding same (1.1); call with group regarding DMP reply issues (.9); follow-up discussion with A. Weiss regarding additional modifications to reply (.7). | 2.70 | 750.00 | 2,025.00 |
| 08/08/2021 | NRK | Review Takata bankruptcy case and objections therein (1.7); advance draft of reply brief (.5). | 2.20 | 605.00 | 1,331.00 |
| 08/09/2021 | JXF | Research regarding professional responsibility rules regarding hiring clerks of judges a firm appears before. | 0.60 | 415.00 | 249.00 |
| 08/09/2021 | RXR | Drafting of and revisions to DMP reply brief. | 2.80 | 530.00 | 1,484.00 |
| 08/09/2021 | JRG | Revise reply (.9); telephone conference with A. Zuccarello, A. Setz, and A. Weiss regarding DMP stipulation (.4). | 1.30 | 900.00 | 1,170.00 |
| 08/09/2021 | AAZ | Review reply brief (.7). | 0.70 | 750.00 | 525.00 |
| 08/09/2021 | MXB | Review and revise reply citations. | 2.30 | 415.00 | 954.50 |
| 08/09/2021 | NRK | Advance reply brief (2.6). | 2.60 | 605.00 | 1,573.00 |
| 08/09/2021 | ALS | Call with K. Benedict (Davis Polk) regarding evidentiary stipulation. | 0.40 | 530.00 | 212.00 |
| 08/09/2021 | ALS | Call with J. Gleit regarding evidentiary stipulation. | 0.40 | 530.00 | 212.00 |
| 08/09/2021 | ALS | Review of evidentiary stipulation, including review of language of DMP contracts, indemnification and insurance provisions. | 1.90 | 530.00 | 1,007.00 |
| 08/09/2021 | RIL | Emails with A. Weiss and R. Rosenblatt (.3); finalize and file reply (.9). | 1.20 | 380.00 | 456.00 |

**Sullivan & Worcester LLP**

Invoice Date: September 29, 2021
Invoice Number: 8280301

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 08/09/2021 | AHW | Telephone conference with A. Preis regarding reply (.1); telephone conference with C. Robertson regarding same (.1); follow-up conference with J. Gleit regarding same (.1); coordination and finalization of reply for filing and service (.3); conference call with J. Gleit, A. Zuccarello, and A. Setz regarding draft stipulation of facts (.4). | 3.80 | 750.00 | 2,850.00 |
| 08/10/2021 | RXR | Attendance at DMP settlement conference call. | 0.40 | 530.00 | 212.00 |
| 08/10/2021 | AHW | Review email and proposed DMP stipulation (.4); consideration and analysis of issues regarding same (1.8); voicemails to M. Tobak and C. Robertson regarding same (.2); phone conference with C. Robertson regarding same (.1); review correspondence between Davis Polk and the DMPs regarding stipulation (.9); analysis of issues regarding same in connection with stipulated facts ( 2.6); conference call regarding potential settlement with Debtors and DMPs (.2). | 6.20 | 750.00 | 4,650.00 |
| 08/10/2021 | JRG | Telephone conference with D. Klein regarding settlement discussions (.2); telephone conference with DMPs and Davis Polk regarding settlement (.5). | 0.70 | 900.00 | 630.00 |
| 08/10/2021 | ALS | Review of language of DMP contracts; and chart summarizing contract language in connection with exhibit to the evidentiary stipulation). | 3.90 | 530.00 | 2,067.00 |
| 08/10/2021 | ALS | Calls and emails with A. Weiss, J. Friedmann and M. Bailey regarding the evidentiary stipulation and review of DMP contracts. | 1.40 | 530.00 | 742.00 |
| 08/10/2021 | ALS | Attention to emails with K. Benedict (Davis Polk) and L. Zabel (Reed Smith) regarding evidentiary stipulation and negotiation of the same. | 1.10 | 530.00 | 583.00 |
| 08/10/2021 | MXB | Review of DMP contracts. | 2.80 | 415.00 | 1,162.00 |
| 08/10/2021 | AHW | Follow-ups regarding stipulated facts and analysis of issues regarding same (.9); phone conference with L. Zabel regarding stipulation (.1); follow-up conferences with A. Setz regarding same (.2); review retention documents and coordination for filing (.3). | 1.50 | 750.00 | 1,125.00 |

**Sullivan & Worcester LLP**

Page 17

Invoice Date: September 29, 2021
Invoice Number: 8280301

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 08/11/2021 | AHW | Conferences with A. Setz regarding stipulated facts (.3); follow-up conferences with J. Gleit regarding same (.1); review and revise stipulated facts (.3); review and revise appendix of contracts and contract provisions (1.5); finalize same and draft email to DMPs regarding same (.3); emails with A. Berk regarding provision in stipulation (.2); follow-up conferences regarding same (.4); emails with Davis Polk regarding open issues, follow-up with Prime Clerk and analysis of issues regarding stipulated facts (2.6). | 5.70 | 750.00 | 4,275.00 |
| 08/11/2021 | JRG | Review revised stipulated facts (.4); review Davis Polk plan changes for DMPs (.5); call with AHC, Davis Polk, and DMPs regarding same (1.1). | 2.00 | 900.00 | 1,800.00 |
| 08/11/2021 | AAZ | Participate in DMP Group Settlement Discussion Call (.5); Conference with J. Gleit regarding same (.4). | 0.40 | 750.00 | 300.00 |
| 08/11/2021 | ALS | Review proofs of claim and contracts identified on evidentiary stipulation. | 2.30 | 530.00 | 1,219.00 |
| 08/11/2021 | ALS | Attention to emails with K. Benedict (Davis & Polk), L. Zabel (Reed Smith) and H. Baer (Prime Clerk) regarding evidentiary stipulation and necessary documents. | 1.20 | 530.00 | 636.00 |
| 08/11/2021 | ALS | Calls and emails with A. Weiss regarding the evidentiary stipulation and necessary review. | 1.00 | 530.00 | 530.00 |
| 08/12/2021 | JRG | Review plan settlement comments (.5). | 0.50 | 900.00 | 450.00 |
| 08/12/2021 | JXF | Review of existing claims to confirm against Joint Stipulation. | 1.60 | 415.00 | 664.00 |
| 08/12/2021 | AAZ | Call to discuss settlement status (.5); conferences with J. Gleit regarding same (.5). | 1.00 | 750.00 | 750.00 |
| 08/12/2021 | ALS | Attention to emails with H. Baer (Prime Clerk) regarding evidentiary stipulation and necessary documents. | 0.30 | 530.00 | 159.00 |
| 08/12/2021 | ALS | Calls and emails with A. Weiss and J. Friedmann regarding the evidentiary stipulation and review of proofs of claim. | 0.30 | 530.00 | 159.00 |
| 08/12/2021 | ALS | Review of chart listing proofs of claim for evidentiary stipulation. | 0.50 | 530.00 | 265.00 |

**Sullivan & Worcester LLP**

Page 18

Invoice Date: September 29, 2021
Invoice Number: 8280301

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 08/12/2021 | AHW | Follow-ups regarding stipulated facts, including review of file received from Prime Clerk regarding POCs and conferences with A. Setz regarding same (.4); review revisions to plan received from DMPs (.3) and review corresponding emails regarding same (.2). | 0.90 | 750.00 | 675.00 |
| 08/13/2021 | JRG | Participate on plan settlement call with AHC, DMPs, and Davis Polk (.4). | 0.40 | 900.00 | 360.00 |
| 08/13/2021 | AAZ | Call to discuss settlement status (.5). | 0.50 | 750.00 | 375.00 |
| 08/13/2021 | ALS | Review of chart listing proofs of claims for evidentiary stipulation and chart identifying DMP contract language, as revised by DMPs. | 1.80 | 530.00 | 954.00 |
| 08/13/2021 | ALS | Calls and emails with A. Weiss regarding the evidentiary stipulation. | 0.30 | 530.00 | 159.00 |
| 08/13/2021 | ALS | Review of emails from DMP counsel regarding the evidentiary stipulation. | 0.20 | 530.00 | 106.00 |
| 08/13/2021 | AHW | Review revised draft of stipulated facts received from DMP with A. Setz via phone (.3); email L. Zabel and DMP group regarding same (.1); attend settlement call with Davis Polk and DMP group (.4); emails regarding draft stipulated facts regarding contractual provisions (.2). | 1.00 | 750.00 | 750.00 |
| 08/15/2021 | JRG | Participate on plan settlement call with AHC, DMPs, and Davis Polk (.3); review proposed comments to plan (.3). | 0.60 | 900.00 | 540.00 |
| 08/16/2021 | JRG | Review revised stipulated facts (.2); review Gilbert comments to plan (.2). | 0.40 | 900.00 | 360.00 |
| 08/16/2021 | ALS | Review of emails from DMP counsel regarding the evidentiary stipulation. | 0.50 | 530.00 | 265.00 |
| 08/16/2021 | ALS | Revisions to evidentiary stipulation and appendix regarding proofs of claim (1.2); review of newly sent DMP contracts (1.0). | 2.20 | 530.00 | 1,166.00 |
| 08/16/2021 | ALS | Calls and emails with A. Weiss regarding the evidentiary stipulation. | 0.60 | 530.00 | 318.00 |
| 08/16/2021 | AHW | Review Debtors' revisions to DMPs' comments to plan (.3); review revisions and comments from parties regarding same (.5). | 0.80 | 750.00 | 600.00 |
| 08/16/2021 | AHW | Follow-up regarding stipulated facts and revisions to same (.6); draft email regarding same (.3); review and respond to emails regarding DMP contracts (.2). | 1.10 | 750.00 | 825.00 |
| 08/17/2021 | ALS | Review of newly sent DMP contracts for evidentiary stipulation. | 0.40 | 530.00 | 212.00 |

**Sullivan & Worcester LLP**

Page 19

Invoice Date: September 29, 2021
Invoice Number: 8280301

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 08/17/2021 | ALS | Emails with A. Weiss regarding the evidentiary stipulation. | 0.20 | 530.00 | 106.00 |
| 08/17/2021 | AHW | Correspondence regarding stipulated facts and contracts related thereto (.9). | 0.90 | 750.00 | 675.00 |
| 08/18/2021 | JRG | Telephone conferences with D. Klein regarding status and settlement strategy (.4); review comments to plan (.3); telephone conference with D. Klein and Gilbert regarding settlement language (.4); review documents in preparation for August 19 hearing (4.4); telephone conference with A. Zuccarello and R. Rosenblatt regarding preparation for witness cross and regarding-direct (.4); telephone conference with Sullivan and Davis Polk teams regarding litigation preparation for August 19 hearing (.5); participate in witness prep with Sullivan team and J. Delconte (.8); participate in witness preparation with Sullivan team and J. Turner (.8); participate in witness preparation with Sullivan team and J. Lowne (.6). | 8.60 | 900.00 | 7,740.00 |
| 08/18/2021 | NRK | Review declarations and testimony of witnesses to be recalled by DMPs at confirmation hearing and; preparation for redirect. | 7.90 | 605.00 | 4,779.50 |
| 08/18/2021 | ALS | Revisions to evidentiary stipulation and appendix regarding proofs of claim, including review of filed proofs of claim. | 5.70 | 530.00 | 3,021.00 |
| 08/18/2021 | ALS | Calls and emails with A. Weiss and J. Friedmann regarding the evidentiary stipulation and review of proofs of claim. | 1.20 | 530.00 | 636.00 |
| 08/18/2021 | ALS | Attention to emails with L. Zabel (DMP counsel) regarding the evidentiary stipulation. | 0.80 | 530.00 | 424.00 |
| 08/18/2021 | AAZ | Review government plea agreement summary (.3); emails to and from R. Rosenblatt and M. Bailey regarding same. (.1). | 0.40 | 750.00 | 300.00 |
| 08/18/2021 | JXF | Revisions to evidentiary stipulation and appendix regarding proof of claims and review of filed proofs of claim (3.2); call with A. Setz regarding the same (.2). | 3.40 | 415.00 | 1,411.00 |

**Sullivan & Worcester LLP**

Invoice Date: September 29, 2021
Invoice Number: 8280301

Page 20

| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|
| 08/18/2021 | AHW | Review revisions to stipulated facts and analysis of issues and contractual provisions regarding same (1.6); draft email to client regarding same (.3); review further revisions to same and emails with DMPs regarding same (.9); review and finalize same (.4); conference call with L. Zabel, A. Harris and A. Setz regarding revisions to language in the stipulation (.3); several emails with clients regarding revisions to same (.3). | 3.80 | 750.00 | 2,850.00 |
| 08/19/2021 | RXR | Attention to DMP settlement and communications with court regarding cancellation of additional testimony. | 0.70 | 530.00 | 371.00 |
| 08/19/2021 | NRK | Prepare summaries of key cases cited in Debtors' reply and DMP's objection in connection with oral argument (3.3); related conference with A. Zuccarello (.4). | 3.70 | 605.00 | 2,238.50 |
| 08/19/2021 | ALS | Review of final evidentiary stipulation. | 0.20 | 530.00 | 106.00 |
| 08/19/2021 | ALS | Emails with A. Weiss regarding finalization of evidentiary stipulation. | 0.10 | 530.00 | 53.00 |
| 08/19/2021 | ALS | Emails with L. Zabel (DMP counsel) regarding finalization of evidentiary stipulation. | 0.10 | 530.00 | 53.00 |
| 08/19/2021 | AAZ | Conference with N. Koslof regarding oral argument outline on DMP issues (.4); review of briefing section and applicable cases for purposes of preparing arguments (1.8); review of declarations and transcript of examination to prepare same (1.4); conferences with J. Gleit regarding same (.7); review draft oral argument and prepare comments to same (1.4). | 5.70 | 750.00 | 4,275.00 |
| 08/19/2021 | AHW | Review, revise and finalize stipulation with DMPs (.3); emails with DMPs regarding same (.2). | 0.50 | 750.00 | 375.00 |
| 08/20/2021 | JRG | Telephone conference with D. Klein regarding oral argument (.2); preparation for same (.9). | 1.10 | 900.00 | 990.00 |
| 08/20/2021 | NRK | Review latest draft of plan and summary of changes in preparation for oral argument (1.0); related conference with A. Zuccarello (.4). | 1.40 | 605.00 | 847.00 |

**Sullivan & Worcester LLP**

Page 21

Invoice Date: September 29, 2021
Invoice Number: 8280301

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 08/20/2021 | AAZ | Conference with N. Koslof and A. Setz regarding questions about WR Grace case and citation of decision in oral argument draft, other changes needed (.4); additional editing of oral argument outline on DMP issues (1.0); review of authority (1.0); conferences with J. Gleit regarding same (.3); review e-mail settlement resolution (.9); review of revised argument draft (.8); additional conferences with N. Koslof and A. Setz regarding necessary modifications (.3); review affidavits and plan references on DMP issues (1.3). | 6.00 | 750.00 | 4,500.00 |
| 08/21/2021 | NRK | Review latest draft of plan and summary of changes. | 0.30 | 605.00 | 181.50 |
| 08/22/2021 | NRK | Draft paragraphs to summarize importance of insurer injunction. | 1.10 | 605.00 | 665.50 |
| 08/22/2021 | AAZ | Review of email correspondence regarding proposed settlement language (.5). | 0.50 | 750.00 | 375.00 |
| 08/23/2021 | NRK | Review declarations and transcripts for support of insurer injunction provision in preparation for confirmation hearing oral argument. | 5.60 | 605.00 | 3,388.00 |
| 08/23/2021 | LMB | Communication with N. Koslof concerning reply research on arguments articulated by similar parties to suit (.3); aggregation and review of declarations made and submitted in support of confirmation (3.4); correspondence to J. Gleit, N. Koslof, A. Weiss, and A. Zuccarello regarding declarations and related analysis (.4). | 4.10 | 455.00 | 1,865.50 |
| 08/23/2021 | AAZ | Telephone calls with J. Gleit to discuss additional argument issues and importance of insurance injunction (.4); conference with N. Koslof regarding same (.4); review plan regarding same (.4); Review D. Klein and C. Steege emails regarding proposed settlement and release language (.6); conference with J. Gleit regarding next steps in connection with same (.4). | 2.20 | 750.00 | 1,650.00 |
| 08/24/2021 | JRG | Telephone conference with D. Klein regarding oral argument (.2); telephone conference with C. Steege regarding same (.2); telephone conferences with H. Frazier regarding same (.5); telephone conference with H. Frazier and C. Steege regarding oral argument (.2); drafting of statement to be read into the record (.5). | 1.60 | 900.00 | 1,440.00 |

**Sullivan & Worcester LLP**

Page 22

Invoice Date: September 29, 2021
Invoice Number: 8280301

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 08/24/2021 | NRK | Preparation for oral argument at confirmation hearing (0.5); attention to Retention Application (0.6). | 1.10 | 605.00 | 665.50 |
| 08/25/2021 | NRK | Review confirmation hearing notes and pleadings, in preparation for oral argument. | 6.10 | 605.00 | 3,690.50 |
| 08/26/2021 | JRG | Telephone conferences with D. Klein regarding August 27 hearing (.2); preparation for same (2.1); telephone conference with C. Steege regarding hearing (.2). | 2.50 | 900.00 | 2,250.00 |
| 08/26/2021 | RXR | Research regarding objections to disclosure statement and appealability of same after entry of confirmation order (.6); phone calls with A. Weiss regarding same (.2). | 0.80 | 530.00 | 424.00 |
| 08/26/2021 | ALS | Analysis of relevant case law regarding insurance issues and drafting of file note regarding the same. | 1.00 | 530.00 | 530.00 |
| 08/26/2021 | ALS | Calls with bankruptcy team regarding insurance issues. | 0.40 | 530.00 | 212.00 |
| 08/27/2021 | AAZ | Conferences with J. Gleit regarding additional support for insurance injunction (1.6); conference with A. Setz and A. Weiss regarding same (1.2); review cases in support of derivative nature of claims (1.4); Conference with A. Kramer regarding insurance affidavit (.4); conference with J. Gleit regarding supplemental briefing and next steps (.8). | 5.40 | 750.00 | 4,050.00 |
| 08/27/2021 | NRK | Preparation for confirmation hearing (0.2); attention to Retention Application and proposed order (0.2). | 0.40 | 605.00 | 242.00 |
| 08/27/2021 | ALS | Calls with A. Zuccarello and A. Weiss regarding insurance issues and potential further briefing regarding the same. | 1.20 | 530.00 | 636.00 |
| 08/27/2021 | ALS | Drafting of memorandum regarding insurance issues, including legal research. | 3.20 | 530.00 | 1,696.00 |
| 08/28/2021 | RXR | Research regarding reopening confirmation trial record for additional evidence. | 0.60 | 530.00 | 318.00 |
| 08/28/2021 | AHW | Review memorandum regarding derivative rights of DMPs (.4); review analysis of regarding-opening evidentiary record (.3). | 0.70 | 750.00 | 525.00 |
| 08/28/2021 | JRG | Telephone conference with D. Klein regarding status (.3); review August 27 hearing transcript (.3). | 0.60 | 900.00 | 540.00 |
| 08/29/2021 | JRG | Telephone conferences with A. Zuccarello, Davis Polk, Dechert, and Debtors regarding confirmation (.8); review plan changes (.2). | 1.00 | 900.00 | 900.00 |

**Sullivan & Worcester LLP**

Page 23

Invoice Date: September 29, 2021
Invoice Number: 8280301

| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|
| 08/29/2021 | AAZ | Conference with J. Gleit regarding status of plan confirmation, supplemental evidence and memo in support (.3). | 0.30 | 750.00 | 225.00 |
| 08/30/2021 | JRG | Telephone conference with D. Kratzer regarding derivative process (.2); review plan changes (.3). | 0.50 | 900.00 | 450.00 |
| 08/30/2021 | AHW | Review revisions to plan related to DMP settlement. | 0.30 | 750.00 | 225.00 |
| 08/31/2021 | AAZ | Review emails regarding settlement. | 0.30 | 750.00 | 225.00 |
| 08/31/2021 | JRG | Telephone conferences with D. Klein regarding new AHC/DMP dispute (.6); review plan regarding same (.4). Telephone conference with Davis Polk, Gilbert Law, CVS and Walgreens regarding plan (.5); telephone conference with Davis Polk and Gilbert regarding same (.2); telephone conference with Gilbert, Davis Polk and Dechert regarding same (.7); emails with Davis Polk, Gilbert and DMPs regarding revised language (.2). | 2.60 | 900.00 | 2,340.00 |
| **Task Total** | | B320 - Plan and Disclosure Statement (including Business Plan). | | | **$253,788.00** |
| **Total Matter Fees** | | | | | **$435,510.00** |

**Timekeeper Summary**

| **Position** | **Name** | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|
| Partner | Amy A. Zuccarello | 115.70 | 750.00 | 86,775.00 |
| Partner | Jeffrey R. Gleit | 79.90 | 900.00 | 71,910.00 |
| Counsel | Allison Weiss | 136.00 | 750.00 | 102,000.00 |
| Associate | Anna Lea Setz | 68.30 | 530.00 | 36,199.00 |
| Associate | Jillian Friedmann | 42.90 | 415.00 | 17,803.50 |
| Associate | Luke M. Breckenridge | 32.80 | 455.00 | 14,924.00 |
| Associate | Matthew Bailey | 32.90 | 415.00 | 13,653.50 |
| Associate | Nathaniel R. B. Koslof | 73.60 | 605.00 | 44,528.00 |
| Associate | Ryan M. Rosenblatt | 81.60 | 530.00 | 43,248.00 |
| Paralegal | Brian L. Cooley | 5.40 | 335.00 | 1,809.00 |
| Paralegal | Richard J. Lombardo | 7.00 | 380.00 | 2,660.00 |
| **Total Matter Fees** | | **676.10** | | **$435,510.00** |

**Sullivan & Worcester LLP**

Page 24

Invoice Date: September 29, 2021
Invoice Number: 8280301

**Task Summary**

| Task Code | Description | Hours | Value |
|-----------|-------------|-------|-------|
| B110 | Case Administration. | 7.70 | 2,683.00 |
| B160 | Fee/Employment Applications. | 54.50 | 33,423.50 |
| B195 | Hearings (Attendance and Preparation) | 206.80 | 145,615.50 |
| B320 | Plan and Disclosure Statement (including Business Plan). | 407.10 | 253,788.00 |
| **Total** | | **676.10** | **$435,510.00** |

**Disbursement Detail**

| | | |
|---|---|---|
| 08/12/2021 | Ryan Rosenblatt - Meals | 15.88 |
| 08/12/2021 | Ryan Rosenblatt - Local Transportation | 100.00 |
| 08/19/2021 | Anna Lea Setz - Local Transportation | 8.97 |
| 08/27/2021 | U.S. Courts: PACER - Research Service Bureau - August 2021 Billing | 11.10 |
| | Research Service Bureau | 150.00 |
| **Matter Disbursements Total** | | **$285.95** |

**Matter Total**                                                        **$435,795.95**



**Remittance Address:**

PO Box 847423 Boston, MA  02284-7423

Telephone: 617-338-2800, Facsimile: 617-338-2880

Email: accountsreceivable@sullivanlaw.com

*Federal Tax I.D.04-2387531*

**Wire and ACH Instructions:**

Santander Bank, N.A.
601 Penn Street
Reading, PA 19601
ABA Routing#: 231372691
International SWIFT Code:
SVRNUS33
Sullivan & Worcester LLP
Account #: 8941696844

Purdue Pharma L.P.
Attention: Marc Kesselman, Esq.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901

| | |
|---|---|
| Invoice Date: | September 29, 2021 |
| Invoice Number: | 8280301 |

---

**REMITTANCE COPY**
**PLEASE INCLUDE WITH PAYMENT**

**IF WIRING THE FUNDS,**
**PLEASE REFERENCE INVOICE NUMBER OR MATTER NUMBER**

**Matter**

028627.0001           Chapter 11 Case

| | |
|---|---|
| Matter Fees | 435,510.00 |
| Matter Disbursements | 285.95 |
| **Total Amount Due** | **$435,795.95** |