**Ronald Bass, Sr.**
450 Little Place, Apt. 53
N. Plainfield, NJ 07060
(908) 374-9321
Ronaldbass12345@gmail.com

**Re: Claim No. 89590**
      **Claim No. 112924**
      **Claim No. 104975**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., et al, | Case No. 19-23649 (RDD) |
| THE STATE OF NEW JERSEY, et al., | |
| Shareholder and Debtors | (Jointly Administered) |

---

### APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD OF <u>APPEAL FOR CONSTITUTIONAL AND DISCOVERY FACTS</u>

Ronald Bass, Sr., and for my children ("The Appellants") herein after the appellant, Mr. Bass respectfully submits his statements of the issues to be presented, and designation of items to be included in the record on appeal, with

respect to Appellant's appeal from the ***Order Granting Motion for Relief from the Order of Judge Drain immunity that the opioid has caused to my son and daughter's mother death and its long term effects it had on my constitutional rights, under a federal and state criminal investigation.*** entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") September 9, 2021, (the "Order") Docket No. 3745 (Unless otherwise provided, capitalized terms used herein shall have the same meaning as set forth in the Order),

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1. Did the Bankruptcy Court err by holding, either expressly or impliedly, shielding debtors and their affiliates immune, contrary to the federal and state "False Claim Act" for intentionally committing negligence of due diligence and care of opioids medication being prescribed to claimant for his pain management under their contract and approval of the State of New Jersey Department of Human Services Medicaid Program(s) and been criminally prosecuted for the use of legally prescribed medicine?

2. Did the Bankruptcy Court err by not holding the State of New Jersey, (Attorney General Office shareholder and stakeholders responsible for violation of Section 504 of the Rehabilitation Act concerning my ("Opioid") disabilities and my son's disability; which caused me a financial lost and lost of employment and family unification with my son? Docket No. 3637.

3. Did the Bankruptcy Court err in my request for The United States Trustees (Division of the U.S. Department of Justice), for criminal investigation for any fraudulent transfer concerning my Proof of Claims and supporting documents of all medical records, statement certifications of myself and medical records of my son and daughter's mother death certificate and

forensic toxicology finding through Prime Clerk, LLC, Purdue Processing Center? Docket No. 1680.

4. I am requesting that the U.S. Bankruptcy Court stay the proceeding for the motion of derivative claim and fraudulent conveyance to be heard on October 14th 2021; Docket No. 3619.

5. Did the Bankruptcy Court err in its discretion of the United States Constitution, 14th Amend "equal protection of the law for the claimant rights to life, financial settlements in my claims and the equal opportunity to hold The State of New Jersey Judicial Division of investments responsible for their securities interest in the pharmaceutical False Claim Act, a state can't deprive any person of life, liberty or property without due process of law, Docket No.3745

6. Did the Bankruptcy Court err by not allowing me the equal opportunity to have the NAACP answer and respond to my letters and documents, Docket No. 1587

7. I'm relying on a court date soon under Federal Rule of Civil Procedures for discovery and the production of facts in my Dispositive Motion to a Magistrate Judge, date filed 9/23/2021

8. I am Appealing the Bankruptcy Court "Decision" on the settlement for core and non-core findings, included Notice of Appeal and Statement of Election, Civil Cover Sheet, Dispositive Motion, Related Case Statement form IH-32, Docket No. 3811.

9. On 9/23/2021 I provided my mail a true sound recording of the transcript of the hearing, download copy of the transcript from the Prime Clerk, LLC website, copy of the restricted sound recording of the Bankruptcy Court.

10. I provided to Prime Clerk, LLC and the U.S. Bankruptcy Court and the U.S. Dept. of Justice, Trustee Office "A' true sound recording of the United States Department of Inspector General and letter written by Ms. Peyton with an attached U.S. Dept. of Justice consent form not signed by Ms. Suzette Peyton, she exercise her 4th Amend Rights and New Jersey 1947 Constitution.

The Appellant reserves the right to amend, modify, and/or supplement the foregoing statement of issues and designations and /or object, or otherwise supplement or move to strike or modify, some or all of the appellee's counter-designation of additional items to be included in the record on appeal and/or cross-statement of issue on appeal. This filing is made expressly subject to, and no waiver of any and all rights, remedies, challenges, and objections against the shareholders and stakeholders of the pharmaceutical industries.

## CERTIFICATION REGARDING TRANSCRIPT

Pursuant to Bankruptcy Rule 8009(b)(1), Appellant hereby certifies that I proved for appeal to the Bankruptcy Court Case No. 19-23649 (RDD) the main documents the Judge's decision on 9/23/2021, "Finding of Fact, Conclusion of Law, and Order Confirming the Chapter 11 Reorganization of Purdue Pharma, L.P. and its Affiliated Debtors and all other docket numbers submission mention above.

Ronald Bass, Sr.