**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>PURDUE PHARMA L.P., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>Jointly Administered |

# NOTICE OF APPEAL

**Part 1: Identify the appellant**

The State of Vermont, a creditor.

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

This appeal is from the Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (ECF Doc. No, 3787, attached as Exhibit A), as accompanied by the Modified Bench Ruling on Request for Confirmation of Eleventh Amended Joint Chapter 11 Plan (ECF Doc No. 3786, attached as Exhibit B).

2. State the date on which the judgment, order, or decree was entered:

September 17, 2021.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' principal offices are at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Part 3: Identify the other parties to the appeal**

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys are as follows:

| PARTY: | REPRESENTED BY: |
|---|---|
| **Appellees** | |
| Purdue Pharma L.P. | Marshall S. Huebner |
| Purdue Pharma Inc. | Christopher Robertson |
| Purdue Transdermal Technologies L.P. | Benjamin S. Kaminetzky |
| Purdue Pharma Manufacturing L.P. | Timothy Graulich |
| Purdue Pharmaceuticals L.P. | Eli Vonnegut |
| Imbrium Therapeutics L.P. | Davis Polk & Wardwell LLP |
| Adlon Therapeutics L.P. | 450 Lexington Avenue |
| Greenfield BioVentures L.P. | New York, NY 10017 |
| Seven Seas Hill Corp. | Tel: (212)450-4000 |
| Ophir Green Corp. | |
| Purdue Pharma of Puerto Rico | |
| Avrio Health L.P. | |
| Purdue Pharmaceutical Products L.P. | |
| Purdue Neuroscience Company | |
| Nayatt Cove Lifescience Inc. | |
| Button Land L.P. | |
| Rhodes Associates L.P. | |
| Paul Land Inc. | |
| Quidnick Land L.P. | |
| Rhodes Pharmaceuticals L.P. | |
| Rhodes Technologies | |
| UDF LP | |
| SVC Pharma LP | |
| SVC Pharma Inc. | |
| | |
| Raymond Sackler Family/Side B of the Sackler Family | Gerard Uzzi |
| | Alexander B. Lees |
| | Milbank LLP |
| | 55 Hudson Yards |
| | New York, NY 1001 |
| | Tel: (212) 530-5000 |
| | -and- |
| | Gregory P. Joseph |
| | Mara Leventhal |
| | Joseph Hage Aaronson LLC |
| | 485 Lexington Avenue, 30th Floor |
| | New York, NY 10017 |
| | Tel.: (212) 407-1200 |

2

| | |
|---|---|
| Mortimer Sackler Family/Side A of the Sackler Family | Jasmine Ball<br>Maura K. Monaghan<br>Jeffrey J. Rosen<br>Debevoise & Plimpton LLP 919<br>Third Avenue<br>New York, NY 10022 |

**Additional Appellants** (as of the filing date)

| | |
|---|---|
| United States Trustee | Ramona D. Elliott<br>Deputy Director/General Counsel<br>P. Matthew Sutko<br>Associate General Counsel<br>Sumi Sakata<br>Beth Levene<br>Wendy Cox<br>Trial Attorneys<br>Department of Justice<br>Executive Office for United States Trustees<br>441 G Street, N.W., Suite 6150<br>Washington, DC 20530<br>Tel.: (202) 307-1399<br>-and-<br>William K. Harrington<br>United States Trustee for Region 2<br>Linda A. Riffkin<br>Assistant United States Trustee<br>Paul K. Schwartzberg<br>Benjamin J. Higgins<br>Andrew D. Velez-Rivera<br>Trial Attorneys<br>Department of Justice<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>Tel.: (212) 510-0500 |
| State of Washington | Matthew J. Gold<br>Robert M. Tuchman<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel.: (212) 986-6000 |

3

|  |  |
|---|---|
|  | -and-<br>Robert W. Ferguson<br>Attorney General of Washington<br>Tad Robinson O'Neill<br>Assistant Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Tel.: (206) 254-0570 |
| The District of Columbia | Matthew J. Gold<br>Robert M. Tuchman<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel.: (212) 986-6000<br>-and-<br>Karl A. Racine<br>Attorney General of the District of Columbia<br>Kathleen Konopka<br>Deputy Attorney General<br>400 Sixth Street, N.W., 10th Floor<br>Washington, DC 20001<br>Tel.: (202) 727-3400 |
| State of Maryland | Brian E. Frosh<br>Attorney General of Maryland<br>Brian T. Edmunds<br>Assistant Attorney General<br>200 Saint Paul Place<br>Baltimore, MD 21202<br>Tel.: (410) 576-6578 |
| State of Connecticut | Irve J. Goldman<br>Pullman & Comley, LLC<br>850 Main Street, 8th Floor<br>P.O. Box 7006<br>Bridgeport, CT 06601<br>Tel.: (203) 330-2213 |
| State of Rhode Island | Peter F. Neronha<br>Attorney General of Rhode Island<br>Neil F.X. Kelly<br>Assistant Attorney General<br>150 S. Main Street<br>Providence, RI 02903 |

| | |
|---|---|
| City of Grande Prairie as Representative Plaintiff for a Class Consisting of All Canadian Municipalities, the Cities of Brantford, Grand Prairie, Lethbridge, and Wetaskiwin<br><br>The Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People, the Peter Ballantyne Cree Nation on behalf of itself, and the Lac La Ronge Indian Band | Allen Underwood II<br>Lite DePalma Greenberg & Afanador<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102 |

**Part 4: Optional election to have appeal heard by District Court**

Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Dated: September 30, 2021
       Montpelier, Vermont

                                          Respectfully submitted,

                                          THOMAS J. DONOVAN, JR.
                                          Attorney General of the State of Vermont

                           By:    */s/ Jill S. Abrams*
                                    Assistant Attorney General
                                    109 State Street
                                    Montpelier, VT 05609
                                    Tel: (802) 828-1106
                                    E-mail: jill.abrams@vermont.gov

*Attorneys for the State of Vermont*

**CERTIFICATE OF SERVICE**

      I, Jennifer Francis, hereby certify that, on September 30, 2021, I caused true and correct copies of the foregoing document to be served (i) by the Court's Case Management/Electronic Case File (CM/ECF) System to all parties who are deemed to have consented to electronic service; (ii) by email upon the parties who provided email addresses set forth in the Master Service List maintained by the Debtors in respect of these chapter 11 cases; and (iii) by email upon the Office of the United States Trustee for the Southern District of New York (Attn: Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

                                                    */s/ Jennifer Francis*

                                                    Jennifer Francis