**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.** [1] | **(Jointly Administered)** |

## MONTHLY FEE STATEMENT OF PRIME CLERK LLC,
## AS ADMINISTRATIVE ADVISOR TO THE DEBTORS,
## FOR THE PERIOD FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021

By this monthly fee statement (the "**Statement**"), pursuant to sections 327, 330 and 331 of

title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2016-1 of the Local Rules of the

United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy**

**Rules**"), Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to the above captioned debtors

and debtors in possession (collectively, the "**Debtors**"), hereby seeks compensation and

reimbursement for reasonable and necessary fees and expenses incurred for the period from August

1, 2021 through August 31, 2021 (the "**Statement Period**").  In accordance with the *Order*

*Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained*

*Professionals* [Docket No. 529] (the "**Compensation Order**"), Prime Clerk seeks (i) allowance

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

of reasonable and necessary fees incurred during the Statement Period in an amount equal to
$41,738.33 and payment of $33,390.66, which represents 80% of the total amount, and
(ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement
Period in an amount equal to $0.00.  In support of the Statement, Prime Clerk respectfully
represents as follows:

| | |
|---|---|
| Name of Professional: | Prime Clerk LLC |
| Authorized to Provide Administrative Advisor Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 21, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for which compensation and reimbursement is sought: | August 1, 2021 through August 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $41,738.33[2] |
| 80% of compensation sought as actual, reasonable and necessary: | $33,390.66 |
| Amount of expense reimbursement sought as actual, reasonable and necessary | $0.00 |
| **Total amount to be paid at this time:** | **$33,390.66** |

---

[2] In accordance with the Compensation Order, at the expiration of the Objection Deadline (as defined in the Compensation Order), the Debtors are authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Statement to which no Objection (as defined in the Compensation Order) has been served.

### Prior Monthly Fee Statements

| Date Filed; ECF No. | Period Covered | Fees | Expenses | Fees | Expenses | Holdback (20%) |
|---|---|---|---|---|---|---|
| 3/1/21; ECF No. 2431 | 2/1/20 – 2/29/20; 8/1/20 – 8/31/20; 12/1/20 – 1/31/21 | $16,432.25 | $0.00 | $16,432.25 | $0.00 | N/A |
| 3/30/21; ECF No. 2575 | 2/1/21 – 2/28/21 | $31,671.25 | $0.00 | $31,671.25 | $0.00 | N/A |
| 4/30/21; ECF No. 2785 | 3/1/21 – 3/31/21 | $50,324.80 | $0.00 | $50,324.80 | $0.00 | N/A |
| 5/28/21; ECF No. 2955 | 4/1/21 – 4/30/21 | $63,523.24 | $0.00 | $63,523.24 | $0.00 | N/A |
| 6/30/21; ECF No. 3089 | 5/1/21 – 5/31/21 | $27,708.68 | $70.00 | $27,708.68 | $70.00 | N/A |
| 7/30/21; ECF No. 3345 | 6/1/21 – 6/30/21 | $88,028.69 (payment of 80% or $70,422.96) | $70.00 | $70,422.96 (80% of $88,028.69) | $70.00 | $17,605.73 |
| 8/27/21; ECF No. 3687 | 7/1/21 – 7/31/21 | $491,220.63 (payment of 80% or $392,976.50) | $203.50 | $392,976.50 (80% of $491,220.63) | $203.50 | $98,244.13 |

### Prior Interim Fee Application

| Date Filed; ECF No. | Period Covered | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| 3/15/21; ECF No. 2482 | 2/1/20 – 1/31/21 | $16,432.25 | $0.00 | $16,432.25 | $0.00 |
| 7/15/21; ECF No. 3196 | 2/1/21 – 5/31/21 | $173,227.97 | $70.00 | $173,227.97 | $70.00 |

## Summary of Hours Billed by Prime Clerk Employees During the Statement Period

| Employee Name | Title | Total Hours | Rate | Total |
|---|---|---|---|---|
| Johnson, Craig | Director of Solicitation | 2.30 | $231.50 | $532.45 |
| Orchowski, Alex T | Director of Solicitation | 27.40 | $231.50 | $6,343.10 |
| Pullo, Christina | Director of Solicitation | 9.20 | $231.50 | $2,129.80 |
| Sharp, David | Director of Solicitation | 1.10 | $231.50 | $254.65 |
| Brunswick, Gabriel | Director | 2.30 | $214.90 | $494.27 |
| Dubin, Mariah | Director | 3.70 | $214.90 | $795.13 |
| Jaffar, Amrita C | Director | 1.40 | $214.90 | $300.86 |
| Manners, Venetia | Director | 2.30 | $214.90 | $494.27 |
| Usitalo, Eric | Director | 2.30 | $214.90 | $494.27 |
| Crowell, Messiah L | Solicitation Consultant | 12.40 | $209.40 | $2,596.56 |
| Gache, Jean | Solicitation Consultant | 0.30 | $209.40 | $62.82 |
| Gray, Ackheem J | Solicitation Consultant | 2.80 | $209.40 | $586.32 |
| Mackey, Tessa Rose Lord | Solicitation Consultant | 1.20 | $209.40 | $251.28 |
| Steinberg, Zachary | Solicitation Consultant | 6.60 | $209.40 | $1,382.04 |
| Vyskocil, Ryan J | Solicitation Consultant | 30.80 | $209.40 | $6,449.52 |
| Davis, Candace L | Senior Consultant | 0.30 | $181.80 | $54.54 |
| Nikelsberg, Ira | Senior Consultant | 6.00 | $181.80 | $1,090.80 |
| Quinn, Tim R | Senior Consultant | 52.20 | $181.80 | $9,489.96 |
| Champagnie, Kadeem A | Senior Consultant | 0.20 | $170.80 | $34.16 |
| Ahuja, Prashant | Consultant | 14.00 | $165.30 | $2,314.20 |
| Chan, Andrew Q | Consultant | 1.00 | $165.30 | $165.30 |
| Floyd, Tiffany M | Consultant | 1.00 | $165.30 | $165.30 |
| Hughes, James T | Consultant | 1.40 | $165.30 | $231.42 |
| Kouskorskaya, Yaroslava | Consultant | 0.20 | $165.30 | $33.06 |
| Pagan, Chanel C | Consultant | 10.10 | $165.30 | $1,669.53 |
| Richards, Kira K | Consultant | 0.30 | $165.30 | $49.59 |
| Kail, John C | Consultant | 7.80 | $159.80 | $1,246.44 |
| Ahmad, Nabeela | Consultant | 2.40 | $143.30 | $343.92 |
| Akter, Sonia | Consultant | 0.80 | $143.30 | $114.64 |
| King, Nicolette | Consultant | 12.00 | $143.30 | $1,719.60 |
| Markosinis, Ioannis N | Consultant | 5.50 | $143.30 | $788.15 |
| Schudro, Aleksey | Consultant | 3.30 | $143.30 | $472.89 |
| Ahmad, Moheen | Consultant | 0.20 | $126.70 | $25.34 |
| Otton, Natasha | Consultant | 8.50 | $126.70 | $1,076.95 |
| Sugarman, Jason | Consultant | 8.30 | $126.70 | $1,051.61 |
| Pierce, Adrian J | Consultant | 5.80 | $99.20 | $575.36 |
| Valerio, Farielly | Consultant | 1.00 | $99.20 | $99.20 |
| Reyes, Ronald A | Technology Consultant | 0.70 | $71.60 | $50.12 |

| Baez, Delisha J | Analyst | 7.00 | $49.50 | $346.50 |
|---|---|---|---|---|
| | **TOTAL** | **256.10** | | **$46,375.92[3]** |
| | **BLENDED RATE** | | **$181.09** | |

### Summary of Fees Billed by Subject Matter During the Statement Period

| Matter Description | Total Hours | Total |
|---|---|---|
| Ballots | 108.60 | $16,192.97 |
| Call Center / Credit Inquiry | 15.00 | $3,158.68 |
| Retention / Fee Application | 1.40 | $300.86 |
| Solicitation | 131.10 | $26,723.41 |
| **TOTAL** | **256.10** | **$46,375.92[4]** |

### Summary of Expenses Incurred by Prime Clerk Employee During the Statement Period

| Description | Total |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$  0.00** |

*[Remainder of page intentionally left blank]*

[3, 4] This amount has been discounted to $41,738.33 in accordance with the terms of Prime Clerk's retention.  Taking into account this discount, the blended hourly rate is $162.98.

## Jurisdiction

1.        The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference of the United States District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.).    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).    Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.    The predicates for the relief requested herein are sections 327, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and the Local Bankruptcy Rules.

## Background

2.        On September 15 and September 16, 2019 (together, the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.  The Debtors continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code.  Joint administration of the Debtors' cases was authorized by the Court by entry of an order on September 18, 2019.  On September 27, 2019, the Office of the United States Trustee for the Southern District of New York appointed an Official Committee of Unsecured Creditors to serve in these chapter 11 cases.

## Retention of Prime Clerk

3.        On November 21, 2019, the Court entered the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 531] (the "**Administrative Advisor Order**"), which authorized the Debtors to employ and retain Prime Clerk as administrative advisor *nunc pro tunc* to the Petition Date.

## Relief Requested

4.      Prime Clerk submits this Statement in accordance with the Compensation Order. All services for which Prime Clerk requests compensation were performed for, or on behalf of, the Debtors.

5.      Prime Clerk seeks (a) allowance of reasonable and necessary fees incurred during the Statement Period in the total amount of $41,738.33 and payment of $33,390.66, which represents 80% of the total amount, and (b) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $0.00.

6.      Prime Clerk maintains computerized records of the time spent by employees of Prime Clerk in connection with its role as administrative agent to the Debtors.  In that regard, **Exhibit A**: (a) identifies the employee that rendered services in each task category; (b) describes each service such employee performed; (c) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing services; and (d) as applicable, sets forth the type of expenses incurred.  **Exhibit B** hereto sets forth the type of expenses incurred by each Prime Clerk employee during the Statement Period, if any.  In addition, Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its employees and cover routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned and are subject to periodic adjustments to reflect economic and other conditions.

7.      In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the rates charged for such services, (d) the nature and extent of the services rendered, (e) the value of such services and (f) the costs of comparable services other than in a case under this title.

**Notice**

8.      Pursuant to the Compensation Order, this Statement will be served upon the Notice Parties (as defined in the Compensation Order).  Prime Clerk submits, in light of the relief requested, no other or further notice is necessary.

**Conclusion**

9.      WHEREFORE, pursuant to the Compensation Order, Prime Clerk respectfully requests (i) allowance of reasonable and necessary fees for the Statement Period in the total amount of \$41,738.33 and payment of \$33,390.66, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of \$0.00.

Dated:  September 30, 2021
      New York, New York                    Prime Clerk LLC

                                              */s/ Shira D. Weiner*
                                              Shira D. Weiner
                                              General Counsel
                                              One Grand Central Place
                                              60 East 42nd Street, Suite 1440
                                              New York, NY 10165
                                              Telephone: (212) 257-5450
                                              Email: sweiner@primeclerk.com

                                              *Administrative Advisor to the Debtors*

## Exhibit A

**Fee Detail**



## Hourly Fees by Employee through August  2021

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| DJB | Baez, Delisha J | AN - Analyst | 7.00 | $49.50 | $346.50 |
| RAR | Reyes, Ronald A | TC - Technology Consultant | 0.70 | $71.60 | $50.12 |
| AJP | Pierce, Adrian J | CO - Consultant | 5.80 | $99.20 | $575.36 |
| FVA | Valerio, Farielly | CO - Consultant | 1.00 | $99.20 | $99.20 |
| MAH | Ahmad, Moheen | CO - Consultant | 0.20 | $126.70 | $25.34 |
| NON | Otton, Natasha | CO - Consultant | 8.50 | $126.70 | $1,076.95 |
| JSU | Sugarman, Jason | CO - Consultant | 8.30 | $126.70 | $1,051.61 |
| NA | Ahmad, Nabeela | CO - Consultant | 2.40 | $143.30 | $343.92 |
| SA | Akter, Sonia | CO - Consultant | 0.80 | $143.30 | $114.64 |
| NK | King, Nicolette | CO - Consultant | 12.00 | $143.30 | $1,719.60 |
| INM | Markosinis, Ioannis N | CO - Consultant | 5.50 | $143.30 | $788.15 |
| AS | Schudro, Aleksey | CO - Consultant | 3.30 | $143.30 | $472.89 |
| JCK | Kail, John C | CO - Consultant | 7.80 | $159.80 | $1,246.44 |
| PAH | Ahuja, Prashant | CO - Consultant | 14.00 | $165.30 | $2,314.20 |
| AQC | Chan, Andrew Q | CO - Consultant | 1.00 | $165.30 | $165.30 |
| TMF | Floyd, Tiffany M | CO - Consultant | 1.00 | $165.30 | $165.30 |
| JTH | Hughes, James T | CO - Consultant | 1.40 | $165.30 | $231.42 |
| YK | Kouskorskaya, Yaroslava | CO - Consultant | 0.20 | $165.30 | $33.06 |
| CCP | Pagan, Chanel C | CO - Consultant | 10.10 | $165.30 | $1,669.53 |
| KKR | Richards, Kira K | CO - Consultant | 0.30 | $165.30 | $49.59 |
| KAC | Champagnie, Kadeem A | SC  - Senior Consultant | 0.20 | $170.80 | $34.16 |
| CLD | Davis, Candace L | SC  - Senior Consultant | 0.30 | $181.80 | $54.54 |
| IN | Nikelsberg, Ira | SC  - Senior Consultant | 6.00 | $181.80 | $1,090.80 |
| TRQ | Quinn, Tim R | SC  - Senior Consultant | 52.20 | $181.80 | $9,489.96 |
| MLC | Crowell, Messiah L | SA  - Solicitation Consultant | 12.40 | $209.40 | $2,596.56 |

Purdue Pharma

| | | | | | |
|---|---|---|---|---|---|
| JGA | Gache, Jean | SA - Solicitation Consultant | 0.30 | $209.40 | $62.82 |
| AJG | Gray, Ackheem J | SA - Solicitation Consultant | 2.80 | $209.40 | $586.32 |
| TRLM | Mackey, Tessa Rose Lord | SA - Solicitation Consultant | 1.20 | $209.40 | $251.28 |
| ZS | Steinberg, Zachary | SA - Solicitation Consultant | 6.60 | $209.40 | $1,382.04 |
| RJV | Vyskocil, Ryan J | SA - Solicitation Consultant | 30.80 | $209.40 | $6,449.52 |
| GB | Brunswick, Gabriel | DI - Director | 2.30 | $214.90 | $494.27 |
| MDU | Dubin, Mariah | DI - Director | 3.70 | $214.90 | $795.13 |
| ACJ | Jaffar, Amrita C | DI - Director | 1.40 | $214.90 | $300.86 |
| VMA | Manners, Venetia | DI - Director | 2.30 | $214.90 | $494.27 |
| EU | Usitalo, Eric | DI - Director | 2.30 | $214.90 | $494.27 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 2.30 | $231.50 | $532.45 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 27.40 | $231.50 | $6,343.10 |
| CP | Pullo, Christina | DS - Director of Solicitation | 9.20 | $231.50 | $2,129.80 |
| DS | Sharp, David | DS - Director of Solicitation | 1.10 | $231.50 | $254.65 |
| | | **TOTAL:** | **256.10** | | **$46,375.92** |

### Hourly Fees by Task Code through August 2021

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| BALL | Ballots | 108.60 | $16,192.97 |
| INQR | Call Center / Credit Inquiry | 15.00 | $3,158.68 |
| RETN | Retention / Fee Application | 1.40 | $300.86 |
| SOLI | Solicitation | 131.10 | $26,723.41 |
| | **TOTAL:** | **256.10** | **$46,375.92** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 08/01/21 | AS | CO | Quality assurance review of incoming ballots | Ballots | 2.00 |
| 08/01/21 | ATO | DS | Prepare vote declaration | Solicitation | 0.60 |
| 08/01/21 | ATO | DS | Respond to inquiries from S. Ford (Davis Polk) related to voting results | Solicitation | 0.90 |
| 08/01/21 | NK | CO | Input incoming ballot information into voting database | Ballots | 2.00 |
| 08/02/21 | AJG | SA | Quality assurance review of electronically filed ballots | Ballots | 0.70 |
| 08/02/21 | ATO | DS | Prepare vote declaration | Solicitation | 8.10 |
| 08/02/21 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 08/02/21 | JSU | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| 08/02/21 | MDU | DI | Coordinate processing of incoming ballots and quality assurance review thereof | Solicitation | 0.10 |
| 08/02/21 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 4.60 |
| 08/02/21 | NK | CO | Quality assurance review of incoming ballots | Ballots | 1.30 |
| 08/02/21 | PAH | CO | Quality assurance review of incoming ballots | Ballots | 6.00 |
| 08/02/21 | RJV | SA | Prepare vote declaration | Solicitation | 2.00 |
| 08/02/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 0.50 |
| 08/02/21 | RJV | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 08/02/21 | YK | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 08/02/21 | YK | CO | Quality assurance review of incoming ballots | Ballots | 0.10 |
| 08/02/21 | ZS | SA | Respond to law firm and creditor inquiries re ballot submission | Call Center / Credit Inquiry | 1.20 |
| 08/02/21 | ZS | SA | Prepare vote declaration | Solicitation | 0.80 |
| 08/03/21 | AJG | SA | Quality assurance review of electronically filed ballots | Ballots | 2.10 |
| 08/03/21 | AJP | CO | Input incoming ballot information into voting database | Ballots | 1.60 |
| 08/03/21 | CCP | CO | Coordinate and manage quality assurance review of incoming ballots | Solicitation | 0.30 |
| 08/03/21 | EU | DI | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 2.30 |
| 08/03/21 | IN | SC | Meet and confer with A. Jaffar, M. Dubin, T. Quinn and E. Usitalo (Prime Clerk) re preparation of analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 0.50 |
| 08/03/21 | IN | SC | Meet and confer with R. Vyskocil, A. Orchowski, A. Jaffar, M. Dubin, T. Quinn and E. Usitalo (Prime Clerk) re preparation of analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 0.50 |
| 08/03/21 | IN | SC | Prepare analysis of voting parties represented by multiple | Solicitation | 2.90 |

Purdue Pharma

| Date | Initials | Code | Description | Category | Hours |
|------|------|------|------|------|------|
| | | | law firms for circulation to case professionals | | |
| 08/03/21 | JGA | SA | Record receipt and timeliness of incoming ballots | Ballots | 0.30 |
| 08/03/21 | JSU | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| 08/03/21 | MDU | DI | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 0.90 |
| 08/03/21 | MDU | DI | Coordinate processing of incoming ballots and quality assurance review thereof | Solicitation | 0.10 |
| 08/03/21 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 7.20 |
| 08/03/21 | NK | CO | Quality assurance review of incoming ballots | Ballots | 1.40 |
| 08/03/21 | RJV | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.50 |
| 08/03/21 | RJV | SA | Confer and coordinate with A. Orchowski, M. Dubin, A. Jaffar, T. Quinn, I. Nikelsberg and E. Usitalo (Prime Clerk) re duel representation analysis | Solicitation | 0.50 |
| 08/03/21 | TMF | CO | Coordinate and manage quality assurance review of ballots | Ballots | 0.20 |
| 08/03/21 | TRQ | SC | Quality assurance review of incoming ballots | Ballots | 4.00 |
| 08/04/21 | AJP | CO | Input incoming ballot information into voting database | Ballots | 1.10 |
| 08/04/21 | ATO | DS | Respond to inquiries from S. Ford (Davis Polk) related to solicitation | Solicitation | 1.40 |
| 08/04/21 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 1.00 |
| 08/04/21 | IN | SC | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 1.30 |
| 08/04/21 | INM | CO | Quality assurance review of incoming ballots | Ballots | 2.20 |
| 08/04/21 | JSU | CO | Input incoming ballot information into voting database | Ballots | 0.60 |
| 08/04/21 | JTH | CO | Prepare preliminary voting report for internal review | Solicitation | 0.80 |
| 08/04/21 | MDU | DI | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 0.50 |
| 08/04/21 | MDU | DI | Coordinate processing of incoming ballots and quality assurance review thereof | Solicitation | 0.10 |
| 08/04/21 | PAH | CO | Quality assurance review of incoming ballots | Ballots | 2.50 |
| 08/04/21 | RJV | SA | Review and respond to inquiry from S. Ford (DPW) related to voting results | Solicitation | 2.00 |
| 08/04/21 | TRLM | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 0.70 |
| 08/04/21 | TRQ | SC | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 4.50 |
| 08/05/21 | ACJ | DI | Meet and confer with M. Dubin, I. Nikelsberg, C. Davis and E. Usitalo (Prime Clerk) re analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 0.50 |
| 08/05/21 | ACJ | DI | Coordinate processing of incoming ballots and quality assurance review thereof | Solicitation | 0.20 |
| 08/05/21 | ATO | DS | Create and format final voting report for review and audit purposes | Solicitation | 0.90 |

Purdue Pharma

| 08/05/21 | ATO | DS | Respond to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 0.40 |
|---|---|---|---|---|---|
| 08/05/21 | CCP | CO | Coordinate and manage quality assurance review of incoming ballots | Solicitation | 0.30 |
| 08/05/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.40 |
| 08/05/21 | IN | SC | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 0.80 |
| 08/05/21 | JSU | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 08/05/21 | MDU | DI | Coordinate processing of incoming ballots and quality assurance review thereof | Solicitation | 0.10 |
| 08/05/21 | MDU | DI | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 0.50 |
| 08/05/21 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.60 |
| 08/05/21 | NON | CO | Input incoming ballot information into voting database | Ballots | 2.00 |
| 08/05/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 1.50 |
| 08/05/21 | TMF | CO | Coordinate and manage quality assurance review of incoming ballots | Ballots | 0.20 |
| 08/05/21 | TRQ | SC | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 6.50 |
| 08/06/21 | AJP | CO | Input incoming ballot information into voting database | Ballots | 0.60 |
| 08/06/21 | AS | CO | Quality assurance review of incoming ballots | Ballots | 0.60 |
| 08/06/21 | CCP | CO | Coordinate and manage quality assurance review of incoming ballots | Ballots | 2.00 |
| 08/06/21 | JSU | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| 08/06/21 | MDU | DI | Coordinate processing of incoming ballots and quality assurance review thereof | Solicitation | 0.10 |
| 08/06/21 | NK | CO | Quality assurance review of incoming ballots | Ballots | 1.70 |
| 08/06/21 | PAH | CO | Quality assurance review of incoming ballots | Ballots | 2.50 |
| 08/06/21 | RJV | SA | Preparations for C. Pullo's (Prime Clerk) participation in confirmation hearing | Solicitation | 0.50 |
| 08/06/21 | TRQ | SC | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 3.60 |
| 08/07/21 | INM | CO | Quality assurance review of incoming ballots | Ballots | 0.90 |
| 08/09/21 | ATO | DS | Respond to inquiries from S. Ford (Davis Polk) related to solicitation | Solicitation | 1.30 |
| 08/09/21 | CCP | CO | Coordinate and manage quality assurance review of incoming ballots | Solicitation | 0.30 |
| 08/09/21 | CJ | DS | Review voting results in preparation for confirmation hearing | Solicitation | 0.70 |
| 08/09/21 | CLD | SC | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 0.20 |
| 08/09/21 | CP | DS | Coordinate with R. Vyskocil (Prime Clerk) regarding solicitation information and confirmation hearing preparation | Solicitation | 0.30 |

| Date | Initials | Code | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | request from J. Knudsen (DPW) | | |
| 08/09/21 | FVA | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 08/09/21 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 08/09/21 | JCK | CO | Input incoming ballot information into voting database | Ballots | 1.60 |
| 08/09/21 | JSU | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| 08/09/21 | MDU | DI | Coordinate processing of incoming ballots and quality assurance review thereof | Solicitation | 0.10 |
| 08/09/21 | MDU | DI | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 0.20 |
| 08/09/21 | NK | CO | Quality assurance review of incoming ballots | Ballots | 1.10 |
| 08/09/21 | PAH | CO | Quality assurance review of incoming ballots | Ballots | 1.50 |
| 08/09/21 | RJV | SA | Preparations for C. Pullo's (Prime Clerk) participation in confirmation hearing | Solicitation | 1.50 |
| 08/09/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 1.20 |
| 08/09/21 | TRQ | SC | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 2.80 |
| 08/10/21 | AJP | CO | Input incoming ballot information into voting database | Ballots | 1.20 |
| 08/10/21 | ATO | DS | Respond to inquiries from S. Ford (Davis Polk) related to solicitation | Solicitation | 0.50 |
| 08/10/21 | JCK | CO | Input incoming ballot information into voting database | Ballots | 1.50 |
| 08/10/21 | JSU | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| 08/10/21 | MDU | DI | Coordinate processing of incoming ballots and quality assurance review thereof | Ballots | 0.10 |
| 08/10/21 | RJV | SA | Preparations for C. Pullo's (Prime Clerk) participation in confirmation hearing | Solicitation | 3.00 |
| 08/10/21 | SA | CO | Prepare plan documents to send to Purdue | Solicitation | 0.20 |
| 08/10/21 | TRQ | SC | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 1.00 |
| 08/10/21 | ZS | SA | Respond to claimant inquiries re ballot submission | Call Center / Credit Inquiry | 1.00 |
| 08/11/21 | ATO | DS | Confer with R. Vyskocil and C. Pullo (Prime Clerk) in preparation for upcoming confirmation hearing | Solicitation | 1.20 |
| 08/11/21 | ATO | DS | Create hypothetical analysis of voting results in preparation for upcoming confirmation hearing | Solicitation | 1.80 |
| 08/11/21 | ATO | DS | Participate in telephone conference with C. Pullo and R Vyskocil (Prime Clerk) to prepare for upcoming confirmation hearing | Solicitation | 0.80 |
| 08/11/21 | ATO | DS | Participate in telephone conference with Chris Robertson and Jacquelyn Knudson (Davis Polk) to prepare for upcoming confirmation hearing | Solicitation | 0.80 |
| 08/11/21 | CJ | DS | Telephone conference with C. Pullo, S. Weiner, G. Brunswick, A. Orchowski, R. Vyskocil (Prime Clerk), J. McClammy, J. Swanner-Knudsen and C. Robertson (DPW) re voting declaration and participation in confirmation hearing | Solicitation | 0.80 |

| | | | | | |
|---|---|---|---|---|---|
| 08/11/21 | CP | DS | Prepare for confirmation hearing testimony by reviewing relevant solicitation documents and reports (2.9); coordinate with R. Vyskocil (Prime Clerk) regarding same (.5); coordinate with J. Knudson, J. McClammy, C. Robertson (DPW) and S. Weiner, G. Brunswick (Prime Clerk) regarding same (1.4) | Solicitation | 4.80 |
| 08/11/21 | DJB | AN | Conduct inventory of stale ballots to review next steps with solicitation team | Ballots | 7.00 |
| 08/11/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.30 |
| 08/11/21 | GB | DI | Telephone conference with C. Pullo, S. Weiner (Prime Clerk) and J. Swanner (DPW) re C. Pullo confirmation hearing witness preparation | Solicitation | 0.90 |
| 08/11/21 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 08/11/21 | JCK | CO | Input incoming ballot information into voting database | Ballots | 1.30 |
| 08/11/21 | JSU | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 08/11/21 | MAH | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 08/11/21 | MDU | DI | Coordinate processing of incoming ballots and quality assurance review thereof | Solicitation | 0.10 |
| 08/11/21 | NA | CO | Quality assurance review of incoming ballots | Ballots | 1.00 |
| 08/11/21 | NON | CO | Input incoming ballot information into voting database | Ballots | 0.90 |
| 08/11/21 | RJV | SA | Telephone conference with C. Pullo, S. Weiner, G. Brunswick, A. Orchowski, and C. Johnson (Prime Clerk) and J. McClammy, J. Swanner-Knudsen, and C. Robertson (DPW) re voting declaration and participation in confirmation hearing | Solicitation | 0.80 |
| 08/11/21 | RJV | SA | Confer and coordinate with C. Pullo and A. Orchowski (Prime Clerk) re confirmation hearing preparations | Solicitation | 0.50 |
| 08/11/21 | RJV | SA | Preparations for C. Pullo's (Prime Clerk) participation in confirmation hearing | Solicitation | 6.50 |
| 08/11/21 | TRQ | SC | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 3.90 |
| 08/12/21 | AJP | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 08/12/21 | ATO | DS | Confer with R. Vyskocil and C. Pullo (Prime Clerk) in preparation for upcoming confirmation hearing | Solicitation | 1.20 |
| 08/12/21 | ATO | DS | Participate in confirmation hearing | Solicitation | 1.50 |
| 08/12/21 | CJ | DS | Review voting results in preparation for confirmation hearing | Solicitation | 0.80 |
| 08/12/21 | CP | DS | Prepare for solicitation related testimony at confirmation hearing (2.1); participate as witness via zoom at confirmation hearing (2.0) | Solicitation | 4.10 |
| 08/12/21 | JCK | CO | Input incoming ballot information into voting database | Ballots | 1.60 |
| 08/12/21 | JSU | CO | Input incoming ballot information into voting database | Ballots | 0.80 |
| 08/12/21 | MDU | DI | Coordinate processing of incoming ballots and quality assurance review thereof | Solicitation | 0.10 |
| 08/12/21 | NON | CO | Input incoming ballot information into voting database | Ballots | 1.70 |

| 08/12/21 | RJV | SA | Preparations for and follow up related to C. Pullo's (Prime Clerk) participation in Confirmation Hearing | Solicitation | 2.50 |
|---|---|---|---|---|---|
| 08/12/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 0.50 |
| 08/12/21 | SA | CO | Prepare Plan documents to send to Purdue | Solicitation | 0.40 |
| 08/12/21 | TRQ | SC | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 4.10 |
| 08/12/21 | ZS | SA | Respond to claimant inquiries re ballot submission | Call Center / Credit Inquiry | 1.00 |
| 08/13/21 | ACJ | DI | Meet and confer with T. Quinn and R. Vyskocil (Prime Clerk) re analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 0.50 |
| 08/13/21 | AJP | CO | Input incoming ballot information into voting database | Ballots | 0.60 |
| 08/13/21 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 1.50 |
| 08/13/21 | JCK | CO | Input incoming ballot information into voting database | Ballots | 1.80 |
| 08/13/21 | JSU | CO | Input incoming ballot information into voting database | Ballots | 0.60 |
| 08/13/21 | JTH | CO | Quality assurance review of ballot filing database | Ballots | 0.60 |
| 08/13/21 | MDU | DI | Coordinate processing of incoming ballots and quality assurance review thereof | Solicitation | 0.10 |
| 08/13/21 | NA | CO | Quality assurance review of incoming ballots | Ballots | 0.90 |
| 08/13/21 | NK | CO | Quality assurance review of incoming ballots | Ballots | 1.80 |
| 08/13/21 | RAR | TC | Technical support for updating ballot information | Ballots | 0.70 |
| 08/13/21 | RJV | SA | Confer and coordinate with T. Quinn and A. Jaffar (Prime Clerk) re duel representation analysis | Solicitation | 0.50 |
| 08/13/21 | TRQ | SC | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 4.90 |
| 08/16/21 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 0.70 |
| 08/16/21 | INM | CO | Quality assurance review of incoming ballots | Ballots | 0.60 |
| 08/16/21 | JSU | CO | Input incoming ballot information into voting database | Ballots | 0.80 |
| 08/16/21 | KAC | SC | Prepare for and participate in telephone conference with solicitation team re individual claimants solicited | Solicitation | 0.20 |
| 08/16/21 | MDU | DI | Coordinate processing of incoming ballots and quality assurance review thereof | Solicitation | 0.10 |
| 08/16/21 | NA | CO | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 08/16/21 | NON | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 08/16/21 | RJV | SA | Review and coordinate with A. Orchowski (Prime Clerk) regarding inquiry from J. Knudson (DPW) related to prison addresses served | Solicitation | 0.30 |
| 08/16/21 | RJV | SA | Review and respond to inquiry from J. Knudson (DPW) related to hospital votes received | Solicitation | 0.50 |
| 08/16/21 | RJV | SA | Prepare for and participate in telephone conference with C. Johnson, S. Weiner (Prime Clerk) and J. Knudson (DPW) re prisoner address records | Solicitation | 0.50 |
| 08/16/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / | 0.50 |

Purdue Pharma

Page 9

Invoice #: 16354

| | | | | | |
|---|---|---|---|---|---|
| | | | | Credit Inquiry | |
| 08/16/21 | TMF | CO | Quality assurance review of incoming ballots | Ballots | 0.60 |
| 08/16/21 | TRQ | SC | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 4.60 |
| 08/17/21 | ATO | DS | Confer with I. Nickelsberg and A. Jaffar (Prime Clerk) regarding analysis of ballot mailing addresses for circulation to case professionals | Solicitation | 1.10 |
| 08/17/21 | ATO | DS | Respond to inquiries from J. Knudson (Davis Polk) related to solicitation | Solicitation | 0.50 |
| 08/17/21 | CCP | CO | Review and prepare solicitation tracker | Solicitation | 0.10 |
| 08/17/21 | CLD | SC | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 0.10 |
| 08/17/21 | JSU | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 08/17/21 | MDU | DI | Coordinate processing of incoming ballots and quality assurance review thereof | Solicitation | 0.10 |
| 08/17/21 | NON | CO | Input incoming ballot information into voting database | Ballots | 1.40 |
| 08/17/21 | PAH | CO | Quality assurance review of incoming ballots | Ballots | 0.20 |
| 08/17/21 | RJV | SA | Confer and coordinate with A. Orchowski, T. Quinn, E. Usitalo, A. Jaffar and I. Nikelsberg (Prime Clerk) re prison address analysis | Solicitation | 0.50 |
| 08/17/21 | TRQ | SC | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 2.80 |
| 08/17/21 | VMA | DI | Meet and confer with Prime Clerk team re individual claimants colicited reporting; coordinate and manage re same | Solicitation | 1.60 |
| 08/18/21 | AQC | CO | Quality assurance review of incoming ballots | Ballots | 0.60 |
| 08/18/21 | CCP | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 08/18/21 | INM | CO | Input incoming ballot information into voting database | Ballots | 1.20 |
| 08/18/21 | JSU | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| 08/18/21 | MDU | DI | Coordinate processing of incoming ballots and quality assurance review thereof | Solicitation | 0.10 |
| 08/18/21 | NK | CO | Quality assurance review of incoming ballots | Ballots | 1.50 |
| 08/18/21 | NON | CO | Input incoming ballot information into voting database | Ballots | 0.60 |
| 08/18/21 | TRQ | SC | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 3.00 |
| 08/18/21 | VMA | DI | Meet and confer with Prime Clerk team re Individual Claimants Solicited reporting; coordinate and manage re same | Solicitation | 0.70 |
| 08/18/21 | ZS | SA | Respond to claimant inquiries re ballot submission | Call Center / Credit Inquiry | 0.60 |
| 08/19/21 | CCP | CO | Review and prepare solicitation tracker | Solicitation | 0.10 |
| 08/19/21 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 0.10 |
| 08/19/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.40 |
| 08/19/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / | 0.50 |

Purdue Pharma                                                                                    Page 10

                                                                                    Invoice #: 16354

|          |      |      |                                                                                     | Credit Inquiry              |      |
|----------|------|------|-------------------------------------------------------------------------------------|-----------------------------|------|
| 08/19/21 | RJV  | SA   | Review and respond to inquiry from J. Knudson (DPW) related to hospital votes        | Solicitation                | 1.00 |
| 08/19/21 | TRQ  | SC   | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 2.80 |
| 08/20/21 | ATO  | DS   | Confer with I. Nickelsberg (Prime Clerk) regarding analysis of ballot mailing addresses for circulation to case professionals | Solicitation | 0.70 |
| 08/20/21 | MDU  | DI   | Coordinate processing of incoming ballots and quality assurance review thereof | Solicitation | 0.10 |
| 08/20/21 | RJV  | SA   | Review and respond to inquiry from J. Knudson (DPW) related to PI ballots sent and received | Call Center / Credit Inquiry | 1.00 |
| 08/20/21 | TRQ  | SC   | Prepare analysis of voting parties represented by multiple law firms for circulation to case professionals | Solicitation | 3.70 |
| 08/23/21 | ACJ  | DI   | Coordinate processing of incoming ballots and quality assurance review thereof | Solicitation | 0.10 |
| 08/23/21 | AQC  | CO   | Input incoming ballot information into voting database | Ballots | 0.20 |
| 08/23/21 | GB   | DI   | Draft monthly fee statement | Retention / Fee Application | 1.40 |
| 08/23/21 | JSU  | CO   | Input incoming ballot information into voting database | Ballots | 0.40 |
| 08/23/21 | MDU  | DI   | Coordinate processing of incoming ballots and quality assurance review thereof | Solicitation | 0.10 |
| 08/23/21 | PAH  | CO   | Quality assurance review of incoming ballots | Ballots | 0.30 |
| 08/23/21 | SA   | CO   | Prepare and execute Plan documents to Purdue | Solicitation | 0.20 |
| 08/23/21 | ZS   | SA   | Respond to creditor inquiries re ballot submission | Call Center / Credit Inquiry | 0.50 |
| 08/24/21 | ATO  | DS   | Respond to inquiries from J. Knudson (Davis Polk) related to solicitation | Solicitation | 2.40 |
| 08/24/21 | ATO  | DS   | Respond to inquiries from J. Shinbrot (Davis Polk) related to solicitation | Solicitation | 0.50 |
| 08/24/21 | KKR  | CO   | Quality assurance review of incoming ballots | Ballots | 0.30 |
| 08/24/21 | MDU  | DI   | Coordinate processing of incoming ballots and quality assurance review thereof | Solicitation | 0.10 |
| 08/25/21 | JSU  | CO   | Input incoming ballot information into voting database | Ballots | 0.80 |
| 08/25/21 | NON  | CO   | Input incoming ballot information into voting database | Ballots | 1.00 |
| 08/25/21 | ZS   | SA   | Respond to creditor inquiry re ballot address | Call Center / Credit Inquiry | 0.50 |
| 08/26/21 | AQC  | CO   | Input incoming ballot information into voting database | Ballots | 0.20 |
| 08/26/21 | AS   | CO   | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 08/26/21 | ATO  | DS   | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.40 |
| 08/26/21 | CCP  | CO   | Input incoming ballot information into voting database | Ballots | 0.50 |
| 08/26/21 | JSU  | CO   | Input incoming ballot information into voting database | Ballots | 0.40 |
| 08/27/21 | AS   | CO   | Quality assurance review of incoming ballots | Ballots | 0.20 |

Purdue Pharma

Page 11

Invoice #: 16354

| 08/27/21 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.40 |
|---|---|---|---|---|---|
| 08/27/21 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 0.60 |
| 08/27/21 | PAH | CO | Quality assurance review of incoming ballots | Ballots | 1.00 |
| 08/27/21 | TRLM | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 0.50 |
| 08/27/21 | ZS | SA | Respond to creditor inquiries re e ballot ID | Call Center / Credit Inquiry | 1.00 |
| 08/30/21 | ACJ | DI | Coordinate processing of incoming ballots and quality assurance review thereof | Solicitation | 0.10 |
| 08/30/21 | CCP | CO | Draft and review solicitation tracker | Solicitation | 0.10 |
| 08/30/21 | NK | CO | Quality assurance review of incoming ballots | Ballots | 0.60 |
| 08/30/21 | NON | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| 08/31/21 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 0.30 |
| 08/31/21 | JSU | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| 08/31/21 | NK | CO | Quality assurance review of incoming ballots | Ballots | 0.60 |
| 08/31/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 1.00 |

**Total Hours**      **256.10**

## Exhibit B

### Detail of Expenses Incurred by Prime Clerk Employees During the Statement Period

| Description | Total |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |