KATHLEEN JENNINGS
Attorney General of Delaware
OWEN LEFKON
Director, Fraud and Consumer Protection Division
JILLIAN LAZAR
Director of Investor Protection
MARION QUIRK
Director of Consumer Protection
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Email: owen.lefkon@delaware.gov
jillian.lazar@delaware.gov
marion.quirk@delaware.gov
*Attorneys for the State of Delaware*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------ x
**In re:**                                 :   Chapter 11
                                           :
**PURDUE PHARMA L.P.,** *et al.*,          :   Case No. 19-23649 (RDD)
                                           :
                                           :   (Jointly Administered)
               **Debtors.**                :
                                           :
------------------------------------------ x

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1:  Identify the appellant(s):**

  1. The State of Delaware, by and through Attorney General Jennings.  The appellants are a Creditor.

**Part 2:  Identify the subject of this appeal**

  2. This appeal is from the *Modified Bench Ruling on Request for Confirmation of Eleventh Amended Joint Chapter 11 Plan* ("Ruling") [Dkt. #3786] (attached as Exhibit A)] and the *Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* ("Order") [Dkt. #3787] (attached as Exhibit B).

  3. The Ruling and Order were entered on September 17, 2021.

1

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| PARTY REPRESENTED BY: | REPRESENTED BY: |
|---|---|
| **Appellees** | |
| Purdue Pharma L.P. | Marshall S. Huebner |
| Purdue Pharma Inc. | Christopher Robertson |
| Purdue Transdermal Technologies L.P. | Benjamin S. Kaminetzky |
| Purdue Pharma Manufacturing L.P. | Timothy Graulich |
| Purdue Pharmaceuticals L.P. | Eli Vonnegut |
| Imbrium Therapeutics L.P. | Davis Polk & Wardwell LLP |
| Adlon Therapeutics L.P. | 450 Lexington Avenue |
| Greenfield BioVentures L.P. | New York, NY 10017 |
| Seven Seas Hill Corp. | Tel: (212) 450-4000 |
| Ophir Green Corp. | |
| Purdue Pharma of Puerto Rico | |
| Avrio Health L.P. | |
| Purdue Pharmaceutical Products L.P. | |
| Purdue Neuroscience Company | |
| Nayatt Cove Lifescience Inc. | |
| Button Land L.P. | |
| Rhodes Associates L.P. | |
| Paul Land Inc. | |
| Quidnick Land L.P. | |
| Rhodes Pharmaceuticals L.P. | |
| Rhodes Technologies | |
| UDF LP | |
| SVC Pharma LP | |
| SVC Pharma Inc. | |
| | |
| Raymond Sackler Family/Side B of the Sackler | Gerard Uzzi |
| | Alexander B. Lees |
| | Milbank LLP |
| | 55 Hudson Yards |
| | New York, NY 1001 |
| | Tel: (212) 530-5000 |
| | |
| Mortimer Sackler Family/Side A of the Sackler | Jasmine Ball |
| | Maura Kathleen Monaghan |
| | Jeffrey J. Rosen |
| | Debevoise & Plimpton LLP |
| | 919 Third Avenue |
| | New York, NY 10022 |

2

**Additional Appellants**

| | |
|---|---|
| State of Washington | Matthew J. Gold |
| | Robert M. Tuchman |
| | Kleinberg, Kaplan, Wolff & Cohen, P.C. |
| | 500 Fifth Avenue |
| | New York, NY 10110 |
| | Tel.: (212) 986-6000 |
| | |
| | -and- |
| | |
| | Robert W. Ferguson |
| | Attorney General |
| | Tad Robinson O'Neill |
| | Assistant Attorney General |
| | 800 Fifth Avenue, Suite 2000 |
| | Seattle, WA 98104 |
| | Tel.: (206) 254-0570 |
| | |
| The District of Columbia | Matthew J. Gold |
| | Robert M. Tuchman |
| | Kleinberg, Kaplan, Wolff & Cohen, P.C. |
| | 500 Fifth Avenue |
| | New York, NY 10110 |
| | Tel.: (212) 986-6000 |
| | -and- |
| | |
| | Karl A. Racine |
| | Attorney General |
| | Kathleen Konopka |
| | Deputy Attorney General |
| | Public Advocacy Division |
| | Office of the Attorney General |
| | 400 Sixth Street, N.W., 10th Floor |
| | Washington, DC 20001 |
| | Tel.: (202) 727-3400 |
| | |
| William K. Harrington | Linda A. Riffkin |
| United States Trustee, Region 2 | Assistant United States Trustee |
| | Paul K. Schwartzberg |
| | Benjamin J. Higgins |
| | Andrew D. Velez-Rivera |
| | Trial Attorneys |
| | Department of Justice |
| | Office of the United States Trustee |
| | U.S. Federal Office Building |
| | 201 Varick Street, Room 1006 |
| | New York, NY 10014 |

|  |  |
|---|---|
|  | Tel: (212) 510-0500 |
|  | Email: linda.riffkin@usdoj.gov |
|  |  |
|  | -and- |
|  |  |
|  | Ramona D. Elliott |
|  | Deputy Director/General Counsel |
|  | P. Matthew Sutko |
|  | Associate General Counsel |
|  | Sumi Sakata |
|  | Beth Levene |
|  | Wendy Cox |
|  | Trial Attorneys |
|  | Department of Justice |
|  | Executive Office for United States Trustee |
|  | 441 G Street, N.W., Suite 6150 |
|  | Washington, DC 20530 |
|  | Tel: (202) 307-1399 |
|  | Email: ramona.elliott@usdoj.gov |
| State of Maryland |  |
| Assistant Attorney General | Brian T. Edmunds |
|  | Office of the Attorney General of Maryland |
|  | 200 Saint Paul Place |
|  | Baltimore, MD 21202 |
|  | Tel: (410) 576-6578 |
|  | bedmunds@oag.state.md.us |
| State of Connecticut | Irve J. Goldman |
|  | PULLMAN & COMLEY |
|  | 850 Main Street, 8th Floor |
|  | PO Box 7006 |
|  | Bridgeport, CT 06601-7006 |
|  | Tel: (203) 330-2213 |
|  | Email: igoldman@pullcom.com |
| State of California | ROB BONTA |
|  | Attorney General of California |
|  | 300 South Spring Street, Suite 1702 |
|  | Los Angeles, CA 90013 |
|  | (213) 269-6348 |
|  | igoldman@pullcom.com |
| State of Rhode Island | Neil F.X. Kelly |
|  | Asst. Attorney General of Rhode Island |
|  | 150 South Main Street |
|  | Providence, Rhode Island 02903 |
|  | (401) 274-4400 |
|  | nkelly@riag.ri.gov |

| | |
|---|---|
| City of Grande Prairie as Representative Plaintiff for a Class Consisting of All Canadian Municipalities, the Cities of Brantford, Grand Prairie, Lethbridge, and Wetaskiwin | Allan Underwood II<br>Lite DePalma Greenberg & Afanador, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>Tel.: (973) 623-3000 |
| The Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People, the Peter Ballantyne Cree Nation on behalf of itself, and the Lac La Ronge Indian Band | |

**Part 4: Optional election to have appeal heard by District Court**

1. Appellant elects to have the appeal heard by the United States District Court rather than the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Dated: September 30, 2021

                                                Respectfully submitted,

                                                /s/ Marion Quirk
                                                Owen Lefkon
                                                Director, Fraud and Consumer Protection Division
                                                Jillian Lazar
                                                Director Investor Protection
                                                Marion Quirk (*Admitted Pro Hac Vice*)
                                                Director of Consumer Protection
                                                Delaware Department of Justice
                                                820 N. French Street
                                                Wilmington, DE 19801
                                                (302) 683-8899
                                                Email: owen.lefkon@delaware.gov
                                                jillian.lazar@delaware.gov
                                                marion.quirk@delaware.gov

## CERTIFICATE OF SERVICE

      I, Marion Quirk hereby certify that, on September 30, 2021, I caused true and correct copies of the foregoing document to be served (i) by the Court's Case Management/Electronic Case File (CM/ECF) System to all parties who are deemed to have consented to electronic service; (ii) by email upon the parties who provided email addresses set forth in the Master Service List maintained by the Debtors in respect of these chapter 11 cases; and by email upon the chambers of the Honorable Judge Robert D. Drain (rdd.Chambers@nysb.uscourts.gov) and the Office of the United States Trustee for the Southern District of New York (Attn: Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

      */s/ Marion Quirk*
      MARION QUIRK