# United States District Court
для the
## Southern District of New York
### Related Case Statement

---

#### Full Caption of Later Filed Case:

| Plaintiff | Case Number |
|---|---|
| vs. | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

| Plaintiff | Case Number |
|---|---|
| vs. | |
| Defendant | |

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

No activity other than appointment of Magistrate in 7:21-cv-07532

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This appeal, like the earlier filed appeals, challenges the decision of the United States Bankruptcy Court for the Southern District of New York to confirm the debtors' plan of reorganization in In re Purdue Pharma L.P., Case No. 19-23649 (RDD) (See Local Rule 13(a)(1))(Bankruptcy appeals are deemed related if they arise from the same order or judgment of the bankruptcy court.)

Note: Additional appeals (listed below) have been docketed in the U.S. District Court for the Southern District of New York challenging the same decision of the Bankruptcy Court. Those appellants also take the position that their appeals are related to the earlier-filed appeal, Case 7:21-cv-07532-NSR.

Appellant: District of Columbia
Case No. 7:21-cv-07585-UA

Appellant: Connecticut
Case No. 7:21-cv-08042-UA

Appellant: California
Case No. 7:21-cv-08055-UA

Appellant: U.S. Trustee William K. Harrington, the United States Trustee for Region 2
Case No. 7:21-cv-07966-UA
Case No. 7:21-cv-07969-UA

Signature: /s/ Jillian Lazar Date: 9/30/2021

Firm: State of Delaware Department of Justice
820 N French Street, Wilmington, DE 19801