KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
Matthew J. Gold
Robert Tuchman
500 Fifth Avenue
New York, New York 10110
Tel: (212) 986-6000

*Counsel to the State of Oregon*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **PURDUE PHARMA L.P.,** *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------- x

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s):**

1. The State of Oregon (the "State"), a Creditor.

**Part 2: Identify the subject of this appeal**

2. This appeal is from (i) the Decision of Judge Drain confirming the Debtors' Joint Chapter 11 Plan of Reorganization (the "Plan"), issued orally on September 1, 2021 and modified by the Court's Modified Bench Ruling dated September 17, 2021, dkt. # 3786 (the "Decision"); and (ii) the Order dated September 17, 2021 confirming the Plan, dkt. # 3787 (the "Order"). Copies of the Decision and the Order are enclosed as Exhibits A and B, respectively.

**Part 3: Identify the other parties to the appeal**

3. The names of all other parties to the Decision, and the names, addresses and telephone numbers of their respective attorneys, are as follows:

| **Party** | **Attorney** |
|---|---|
| 1.   Purdue Pharma L.P. | Davis Polk & Wardwell LLP |
|  | 450 Lexington Avenue |

Page **1**

|  |  |  |
|---|---|---|
|  |  | New York, NY  10017<br>Tel:  (212) 450-4000 |
| 2. | Purdue Pharma Inc. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel: (212) 450-4000 |
| 3. | Purdue Transdermal Technologies L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 4. | Purdue Pharma Manufacturing L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 5. | Purdue Pharmaceuticals L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 6. | Imbrium Therapeutics L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 7. | Adlon Therapeutics L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 8. | Greenfield BioVentures L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 9. | Seven Seas Hill Corp. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 10. | Ophir Green Corp. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 11. | Purdue Pharma of Puerto Rico | Davis Polk & Wardwell LLP |

|     |                                      |                                                                                       |
| --- | ------------------------------------ | ------------------------------------------------------------------------------------- |
|     |                                      | 450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000                   |
| 12. | Avrio Health L.P.                    | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 13. | Purdue Pharmaceutical Products L.P.  | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 14. | Purdue Neuroscience Company          | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 15. | Nyatt Cove Lifescience Inc.          | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 16. | Button Land L.P.                     | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 17. | Rhodes Associates L.P.               | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 18. | Paul Land Inc.                       | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 19. | Quidnick Land L.P.                   | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 20. | Rhodes Pharmaceuticals L.P.          | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017              |

|     |     |     |
|-----|-----|-----|
|     |     | Tel:  (212) 450-4000 |
| 21. | Rhodes Technologies | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 22. | UDF LP | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 23. | SVC Pharma LP | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |
| 24. | SVC Pharma Inc. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |

**Part 4:  Optional election to have appeal heard by District Court**

4. Appellant elects to have the appeal heard by the United States District Court rather than the Bankruptcy Appellate Panel.

**Part 5:  Sign below**

Dated:  September 30, 2021
       New York, New York

Respectfully submitted,

| | |
|---|---|
| KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. | ELLEN R. ROSENBLUM<br>Attorney General of the State of Oregon |
| By: */s/ Matthew J. Gold*<br>Matthew J. Gold<br>Robert M. Tuchman | By: */s/ David Hart*<br>David Hart |
| 500 Fifth Avenue<br>New York, New York 10110<br>Tel:  (212) 986-6000<br>Fax:  (212) 986-8866<br>E-mail:  mgold@kkwc.com<br>           rtuchman@kkwc.com | Assistant-Attorney-in-Charge<br>Financial Fraud and Consumer Protection Section<br><br>Oregon Department of Justice<br>100 SW Market Street |

Page **4**

                                              Portland, Oregon 97201
                                              Tel: (971) 673-1880
                                              Email: david.hart@doj.state.or.us

*Attorneys for the State of Oregon*        *Attorneys for the State of Oregon*

## **CERTIFICATE OF SERVICE**

       I, Juliet Remi, hereby certify that, on September 30, 2021, I caused true and correct copies of the foregoing document to be served (i) by the Court's Case Management/Electronic Case File (CM/ECF) System to all parties who are deemed to have consented to electronic service; (ii) by email upon the parties who provided email addresses set forth in the Master Service List maintained by the Debtors in respect of these chapter 11 cases; and (iii) by email upon the Office of the United States Trustee for the Southern District of New York (Attn: Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

                                                */s/ Juliet Remi*
                                                  Juliet Remi

12109815.2 - 09/30/21