JS 44C/SDNY
REV. 10/01/2020

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                    DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)          ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☐    Judge Previously Assigned

If yes, was this case  Vol. ☐  Invol. ☐  Dismissed. No ☐  Yes ☐   If yes, give date _____ & Case No. _____

Is this an international arbitration case?        No ☐    Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)                    NATURE OF SUIT

                              TORTS                                                          ACTIONS UNDER STATUTES

**CONTRACT**              **PERSONAL INJURY**       **PERSONAL INJURY**         **FORFEITURE/PENALTY**   **BANKRUPTCY**                        **OTHER STATUTES**

[ ] 110  INSURANCE        [ ] 310 AIRPLANE          [ ] 367 HEALTHCARE/          [ ] 625 DRUG RELATED    [ ] 422 APPEAL                        [ ] 375 FALSE CLAIMS
[ ] 120  MARINE           [ ] 315 AIRPLANE PRODUCT      PHARMACEUTICAL PERSONAL      SEIZURE OF PROPERTY        28 USC 158                     [ ] 376 QUI TAM
[ ] 130  MILLER ACT               LIABILITY             INJURY/PRODUCT LIABILITY     21 USC 881          [ ] 423 WITHDRAWAL                    [ ] 400 STATE
[ ] 140  NEGOTIABLE       [ ] 320 ASSAULT, LIBEL &  [ ] 365 PERSONAL INJURY      [ ] 690 OTHER                   28 USC 157                            REAPPORTIONMENT
         INSTRUMENT              SLANDER                 PRODUCT LIABILITY                                                                     [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF      [ ] 330 FEDERAL           [ ] 368 ASBESTOS PERSONAL                                                                  [ ] 430 BANKS & BANKING
         OVERPAYMENT &            EMPLOYERS'                INJURY PRODUCT        **PROPERTY RIGHTS**                                          [ ] 450 COMMERCE
         ENFORCEMENT              LIABILITY                 LIABILITY                                                                          [ ] 460 DEPORTATION
         OF JUDGMENT      [ ] 340 MARINE                                          [ ] 820 COPYRIGHTS    [ ] 880 DEFEND TRADE SECRETS ACT       [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT     [ ] 345 MARINE PRODUCT    **PERSONAL PROPERTY**         [ ] 830 PATENT                                                       ENCED & CORRUPT
[ ] 152  RECOVERY OF              LIABILITY                                       [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION                     ORGANIZATION ACT
         DEFAULTED        [ ] 350 MOTOR VEHICLE     [ ] 370 OTHER FRAUD           [ ] 840 TRADEMARK                                                   (RICO)
         STUDENT LOANS    [ ] 355 MOTOR VEHICLE     [ ] 371 TRUTH IN LENDING                                                                   [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)          PRODUCT LIABILITY                                                      **SOCIAL SECURITY**                   [ ] 485 TELEPHONE CONSUMER
[ ] 153  RECOVERY OF      [ ] 360 OTHER PERSONAL                                  **LABOR**                                                            PROTECTION ACT
         OVERPAYMENT              INJURY            [ ] 380 OTHER PERSONAL                               [ ] 861 HIA (1395ff)
         OF VETERAN'S     [ ] 362 PERSONAL INJURY -     PROPERTY DAMAGE           [ ] 710 FAIR LABOR     [ ] 862 BLACK LUNG (923)
         BENEFITS                 MED MALPRACTICE   [ ] 385 PROPERTY DAMAGE               STANDARDS ACT  [ ] 863 DIWC/DIWW (405(g))             [ ] 490 CABLE/SATELLITE TV
[ ] 160  STOCKHOLDERS                                   PRODUCT LIABILITY         [ ] 720 LABOR/MGMT     [ ] 864 SSID TITLE XVI                 [ ] 850 SECURITIES/
         SUITS                                                                            RELATIONS     [ ] 865 RSI (405(g))                           COMMODITIES/
[ ] 190  OTHER                                      **PRISONER PETITIONS**        [ ] 740 RAILWAY LABOR ACT                                             EXCHANGE
         CONTRACT                                                                 [ ] 751 FAMILY MEDICAL **FEDERAL TAX SUITS**                 [ ] 890 OTHER STATUTORY
[ ] 195  CONTRACT                                   [ ] 463 ALIEN DETAINEE            LEAVE ACT (FMLA)                                                 ACTIONS
         PRODUCT          **ACTIONS UNDER STATUTES** [ ] 510 MOTIONS TO                                  [ ] 870 TAXES (U.S. Plaintiff or       [ ] 891 AGRICULTURAL ACTS
         LIABILITY                                        VACATE SENTENCE         [ ] 790 OTHER LABOR            Defendant)
[ ] 196  FRANCHISE        **CIVIL RIGHTS**                28 USC 2255                     LITIGATION     [ ] 871 IRS-THIRD PARTY                [ ] 893 ENVIRONMENTAL
                                                    [ ] 530 HABEAS CORPUS         [ ] 791 EMPL RET INC           26 USC 7609                           MATTERS
                          [ ] 440 OTHER CIVIL RIGHTS [ ] 535 DEATH PENALTY                SECURITY ACT (ERISA)                                 [ ] 895 FREEDOM OF
**REAL PROPERTY**                 (Non-Prisoner)    [ ] 540 MANDAMUS & OTHER                                                                           INFORMATION ACT
                          [ ] 441 VOTING                                                                                                       [ ] 896 ARBITRATION
[ ] 210  LAND             [ ] 442 EMPLOYMENT                                      **IMMIGRATION**                                              [ ] 899 ADMINISTRATIVE
         CONDEMNATION     [ ] 443 HOUSING/          **PRISONER CIVIL RIGHTS**                                                                          PROCEDURE ACT/REVIEW OR
[ ] 220  FORECLOSURE              ACCOMMODATIONS                                  [ ] 462 NATURALIZATION                                               APPEAL OF AGENCY DECISION
[ ] 230  RENT LEASE &     [ ] 445 AMERICANS WITH    [ ] 550 CIVIL RIGHTS                  APPLICATION
         EJECTMENT                DISABILITIES -    [ ] 555 PRISON CONDITION      [ ] 465 OTHER IMMIGRATION                                    [ ] 950 CONSTITUTIONALITY OF
[ ] 240  TORTS TO LAND            EMPLOYMENT        [ ] 560 CIVIL DETAINEE                ACTIONS                                                      STATE STATUTES
[ ] 245  TORT PRODUCT     [ ] 446 AMERICANS WITH        CONDITIONS OF CONFINEMENT
         LIABILITY                DISABILITIES -OTHER
[ ] 290  ALL OTHER        [ ] 448 EDUCATION
         REAL PROPERTY

Check if demanded in complaint:

☐ CHECK IF THIS IS A **CLASS ACTION**         DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
   UNDER F.R.C.P. 23                          AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                              IF SO, STATE:

DEMAND $_____  OTHER _____  JUDGE _____  DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND: ☐ YES ☐ NO         NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
  - [ ] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation (Transferred)
- [ ] 7 Appeal to District Judge from Magistrate Judge
- [ ] 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [ ] 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [ ] MANHATTAN

DATE                SIGNATURE OF ATTORNEY OF RECORD          ADMITTED TO PRACTICE IN THIS DISTRICT
                                                             [ ] NO
                                                             [ ] YES (DATE ADMITTED  Mo. _____ Yr. _____)
RECEIPT #                                                    Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

# Schedule A

| Appellant | Appellant's Attorneys |
|---|---|
| The State of Oregon | Matthew J. Gold<br>Robert M. Tuchman<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY  10110<br>Tel:  (212) 986-6000 |

| Appellees | Appellees' Attorneys |
|---|---|
| Purdue Pharma L.P.<br>Purdue Pharma Inc.<br>Purdue Transdermal Technologies L.P.<br>Purdue Pharma Manufacturing L.P.<br>Purdue Pharmaceuticals L.P.<br>Imbrium Therapeutics L.P.<br>Adlon Therapeutics L.P.<br>Greenfield BioVentures L.P.<br>Seven Seas Hill Corp.<br>Ophir Green Corp.<br>Purdue Pharma of Puerto Rico<br>Avrio Health L.P.<br>Purdue Pharmaceutical Products L.P.<br>Purdue Neuroscience Company<br>Nyatt Cove Lifescience Inc.<br>Button Land L.P.<br>Rhodes Associates L.P.<br>Paul Land Inc.<br>Quidnick Land L.P.<br>Rhodes Pharmaceuticals L.P.<br>Rhodes Technologies<br>UDF LP<br>SVC Pharma LP | Marshall S. Huebner<br>Benjamin S. Kaminetzky<br>Timothy Graulich<br>Eli J. Vonnegut<br>Christopher S. Robertson<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 450-4000 |

SVC Pharma Inc.

| Other Parties | Attorneys |
|---|---|
| United States Trustee William K. Harrington | Paul K. Schwartzberg, Trial Attorney<br>Department of Justice<br>201 Varick Street, Room 1006<br>New York, NY  10014<br>Tel:  (212) 510-0500 |
| United States Department of Justice | Lawrence H. Fogelman<br>Peter Aronoff<br>Danielle Levine<br>Assistant United States Attorneys<br>86 Chambers Street, 3rd Floor<br>New York, NY  10007<br>Tel:  (212) 637-2800 |
| Office Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY  10036<br>Tel:  (212) 872-1000 |