Neil F.X. Kelly, Deputy Chief, Civil Division
Assistant Attorney General, *admitted pro hoc vice*
Rhode Island Office of the Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 x 2284
nkelly@riag.ri.gov
Counsel for State of Rhode Island
Peter F. Neronha, Attorney General

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| **PURDUE PHARMA, L.P., et al,**[1] | Chapter 11 |
| Debtors. | Case No. 19-23649 (RDD) |

**NOTICE OF SUBSTITUTION**

Now comes, Neil F.X. Kelly, Deputy Attorney General, and hereby requests that his appearance be substituted by Kathryn M. Sabatini, Assistant Attorney General, as counsel for the State of Rhode Island in this matter. Counsel states that he is separating from State service and the Office of Attorney General this month and therefore a replacement must be entered.

---

[1] In addition to Purdue Pharma, L.P., the debtors in these chapter 11 cases ("Debtors" or "Purdue"), along with the last four digits of their federal tax identification numbers, are Purdue Pharma Manufacturing L.P. (3821), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies K.P. (1868), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (6166), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' principal offices are at One Stamford Forum, 201 Tresser Boulevard, Stamford,

Respectfully submitted,

/s/ Neil F.X. Kelly
Neil F.X. Kelly, Deputy Chief, Civil Division
Assistant Attorney General, *admitted pro hoc vice*
RHODE ISLAND OFFICE OF THE
ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903
Tel: 401-274-4400 ext. 2284
Fax: 401-222-2995
nkelly@riag.ri.gov

## CERTIFICATE OF SERVICE

I, Neil F.X. Kelly, hereby certify that on September 30, 2021, I caused a true and correct copies of the foregoing to be served (i) by the Court's Case Management/Electronic Case File (CM/ECF) System upon all parties who are deemed to have consented to electronic service; (ii) by email upon the parties who provided email addresses set forth in the Master Service List maintained by the Debtors in respect of these chapter 11 cases; and (iii) by email upon the Office of the United States Trustee for the Southern District of New York (Attn: Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

*/s/ Neil F.X. Kelly*