**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**MONTHLY FEE STATEMENT OF CORNERSTONE
RESEARCH FOR COMPENSATION FOR SERVICES
RENDERED AS CONSULTANT TO THE DEBTORS FOR
THE PERIOD FROM
AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| **Name of Applicant** | Cornerstone Research |
|---|---|
| **Applicant's Role in Case** | Consultant to Purdue Pharma L.P., *et al.,* |
| **Date Order of Employment Signed** | June 11, 2020 |
| **Period for which compensation and reimbursement is sought** | August 1, 2021 through August 31, 2021 |

| **Summary of Total Fees and Expenses Requested** | |
|---|---|
| **Total compensation requested in this statement** | $15,926.80 (80% of $19,908.50) |
| **Total reimbursement requested in this statement** | $0.00 |
| **Total compensation and reimbursement requested in this statement** | $19,908.50 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

**This is a(n):**   X  Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Cornerstone Research as Consultants for the Debtors Nunc Pro Tunc to January 14, 2020* [ECF No. 1255] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Cornerstone Research, consultant for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Fee Statement of Cornerstone Research for Services Rendered as Consultant to the Debtor for the Period from August 1, 2021 Through August 31, 2021* (this "**Fee Statement**").[2] By this Fee Statement, Cornerstone Research seeks compensation in the amount of **$15,926.80** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$19,908.50**) and ii).

---

[2] The period from August 1, 2021 through and including August 31, 2021, is referred to herein as the "**Fee Period**."

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Cornerstone Research consultants and litigation support staff during the Fee Period with respect to each project category. As reflected in **Exhibit A**, Cornerstone Research incurred **$19,908.50** in fees during the Fee Period. Pursuant to this Fee Statement, Cornerstone Research seeks reimbursement for 80% of such fees, totaling **$15,926.80.**

2. Attached hereto as **Exhibit B** is a chart of Cornerstone Research staff, including the standard hourly rate for each consultant and litigation support staff member who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each individual. The blended hourly billing rate of consultants for all services provided during the Fee Period is $579.39.

3. Attached hereto as **Exhibit C** are the time records of Cornerstone Research for the Fee Period organized by month and project category with a daily time log describing the time spent by each consultant and litigation support staff member during the Fee Period.

**Notice**

4. The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

WHEREFORE, Cornerstone Research, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of **$15,926.80** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$19,908.50**).

Dated:   September 29, 2021
         Boston, Massachusetts

                        CORNERSTONE RESEARCH

                        By:   */s/  Sally Woodhouse*

                        699 Boylston Street
                        Boston, Massachusetts 02116
                        Telephone: (617) 927-3000
                        Facsimile: (617) 927-3100

## Exhibit A

### Fees By Project Category

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Preparation of Fee Statements | 6.40 | $ 4,454.00 |
| Claims Valuation | 23.90 | $ 15,454.50 |
| **Total** | 30.30 | $ 19,908.50 |

**Exhibit B**

**Professional and Paraprofessional Fees**

| Individual | Title | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| **Professional Fees** | | | | |
| Woodhouse, Sally | Senior Vice President | $ 875.00 | 2.60 | $ 2,275.00 |
| Haque, Rezwan | Senior Manager | $ 665.00 | 11.60 | $ 7,714.00 |
| Abraham, Sarah M. | Manager | $ 625.00 | 12.20 | $ 7,625.00 |
| Guo, Fang | Manager | $ 625.00 | 1.70 | $ 1,062.50 |
| Yanguas, Maria Lucia | Associate | $ 560.00 | 2.20 | $ 1,232.00 |
| | ***Total*** | | **30.3** | **$ 19,908.50** |

**Exhibit C**

**Time Detail by Project Category and Month**

**Project Category: Preparation of Fee Statements**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Haque, Rezwan | 8/6/2021 | 1.2 | Assisted with preparation of monthly fee statement. |
| Woodhouse, Sally | 8/6/2021 | 0.6 | Reviewed fourth interim fee application. |
| Woodhouse, Sally | 8/8/2021 | 0.4 | Reviewed and responded to correspondence from fee examiner. |
| Haque, Rezwan | 8/12/2021 | 0.6 | Reviewed time narratives for monthly fee statement. |
| Haque, Rezwan | 8/18/2021 | 0.6 | Reviewed time narratives for monthly fee statement. |
| Abraham, Sarah M. | 8/19/2021 | 0.3 | Reviewed time narratives for monthly fee statement. |
| Haque, Rezwan | 8/19/2021 | 1.7 | Reviewed time narratives for monthly fee statement. |
| Haque, Rezwan | 8/27/2021 | 0.6 | Reviewed monthly fee statement. |

| Haque, Rezwan | 8/31/2021 | 0.4 | Reviewed monthly fee statement. |

**Total**    6.4

**Project Category: Claims Valuation**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Abraham, Sarah M. | 8/2/2021 | 2.7 | Aided expert with hearing preparation. |
| Guo, Fang | 8/2/2021 | 1.7 | Attended expert hearing preparation session. |
| Haque, Rezwan | 8/2/2021 | 0.2 | Corresponded with counsel regarding hearing preparation. |
| Haque, Rezwan | 8/2/2021 | 2.0 | Call with expert to assist with preparation for hearing. |
| Woodhouse, Sally | 8/2/2021 | 1.4 | Prepared expert for hearing testimony. |
| Yanguas, Maria Lucia | 8/2/2021 | 2.2 | Prepared for and attended expert hearing preparation session. |
| Haque, Rezwan | 8/4/2021 | 1.2 | Assisted with preparation of documents for hearing. |
| Haque, Rezwan | 8/4/2021 | 1.3 | Reviewed trust distribution plans. |
| Haque, Rezwan | 8/5/2021 | 0.8 | Assisted with preparation of documents for hearing. |
| Abraham, Sarah M. | 8/6/2021 | 2.3 | Met with counsel and expert to prepare for hearing. Updated team. |
| Abraham, Sarah M. | 8/10/2021 | 0.7 | Aided expert with hearing preparation. |
| Abraham, Sarah M. | 8/11/2021 | 4.1 | Prepared materials for and met with counsel and expert in preparation for hearing. |
| Haque, Rezwan | 8/11/2021 | 0.5 | Reviewed hearing preparation materials. |
| Woodhouse, Sally | 8/11/2021 | 0.2 | Assisted expert with hearing preparation. |
| Abraham, Sarah M. | 8/12/2021 | 2.1 | Coordinated with expert and counsel for hearing. Aided expert in hearing preparation. |
| Haque, Rezwan | 8/26/2021 | 0.5 | Corresponded with counsel regarding hearing. |

**Total**    23.9
**Grand Total**    30.30