UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
:
In re                                      :        Chapter 11
:
PURDUE PHARMA L.P., *et al.*,              :        Case No. 19-23649 (RDD)
:
                       Debtors.            :        Jointly Administered
:
---------------------------------------------------------- x

# CERTIFICATE OF SERVICE

PAUL K. SCHWARTZBERG, hereby affirms under penalty of perjury that the forgoing is true and correct:

1.  I am an attorney with the Office of the United States Trustee for the Southern District of New York.

2.  On September 29, 2021, I caused the following pleadings to be served by the method set forth on the Master Service List as indicated in Exhibit A and Exhibit B attached hereto:

    Appellant, United States Trustee's, Statement of The Issues and Designation of Items for Record on Appeal of Confirmation Order And Order Approving Disclosure Statement (Docket No.3842)

    Appellant, United States Trustee's, Statement of The Issues and Designation of Items for Record on Appeal of Advance Funding Order (Docket No.3843)

            /s/ *Paul K. Schwartzberg*
            Paul K. Schwartzberg