UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re

Purdue Pharma, L.P.,                              Case No. 19-23649 (RDD)

                  Debtor.            <u>Chapter 11</u>

------------------------------------------------------------x

## **<u>CERTIFICATE OF SERVICE</u>**

        I, Ilusion Rodriguez, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that:

On September 29, 2021, I served the below listed documents by electronic mail upon the parties listed on the attached creditor matrix.

    Appellant, United States Trustee's, Statement Of The Issues And Designation Of Items For Record On Appeal Of Confirmation Order And Order Approving Disclosure Statement (Docket No. )

    Appellant, United States Trustee's, Statement Of The Issues And Designation Of Items For Record On Appeal Of Advance Funding Order (Docket No. )

Dated:  New York, New York
          September 29, 2021

                                                          <u>*/s/ Ilusion Rodriguez*</u>
                                                          Ilusion Rodriguez

Email Service List

| NAME | EMAIL | NOTICE NAME |
|---|---|---|
| NAME | EMAIL | Attn: Christopher B. Spuches, Esq. |
| Agentis PLLC | cbs@agentislaw.com | Attn: Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley, Sara L. Brauner, & Edan Lisovicz |
| Akin Gump Strauss Hauer & Feld LLP | idizengoff@akingump.com apreis@akingump.com mhurley@akingump.com sbrauner@akingump.com elisovicz@akingump.com | Attn: William Hao |
| Alston & Bird LLP | william.hao@alston.com | Attn: William Sugden and Jacob Johnson |
| Alston & Bird LLP | will.sugden@alston.com jacob.johnson@alston.com | Attn: Anne Andrews, Sean T. Higgins, Robert S. Siko |
| Andrews & Thornton | aa@andrewsthornton.com shiggins@andrewsthornton.com rsiko@andrewsthornton.com | Attn: Edward E. Neiger, Esq. Jennifer A. Christian, Esq. |
| Ask LLP | eneiger@askllp.com jchristian@askllp.com | Attn: Dina L. Yunker - Assistant Attorney General |
| Attorney General of Washington | dina.yunker@atg.wa.gov | Attn: Tobey M. Daluz and Laurel D. Roglen |
| Ballard Spahr LLP | daluzt@ballardspahr.com roglenl@ballardspahr.com | Attn: Nathan Q. Rugg |
| Barack Ferrazzano Kirschbaum & Nagelberg LLP | nathan.rugg@bfkn.com | Attn: John W. Barrett, Esq. |
| Barrett Law Group, P.A. | DonBarrettPA@gmail.com | Attn: Morgan R. Bentley and David A. Wallace |
| Bentley & Bruning P.A. | mbentley@bentleyandbruning.com dwallace@bentleyandbruning.com | Attn: Lawrence M. Schwab and Kenneth T. Law |
| Bialson, Bergen & Schwab | Klaw@bbslaw.com | Attn: Thomas D. Bielli |
| Bielli & Klauder, LLC | tbielli@bk-legal.com | Attn: Eric B. Fisher |
| Binder & Schwartz LLP | efisher@binderschwartz.com | Attn: Daniel R. Brice |
| Blitman & King LLP | drbrice@bklawyers.com | Attn: T Feil |
| BMC Group, Inc. | bmc@ecfAlerts.com | Attn: Daniel S. Connolly & Robert G. Burns |
| Bracewell LLP | daniel.connolly@bracewell.com robert.burns@bracewell.com | Attn: Donald K. Ludman |
| Brown & Connery, LLP | dludman@brownconnery.com | Attn: Gerard T. Cicero and David J. Molton |
| Brown Rudnick LLP | GCicero@brownrudnick.com DMolton@brownrudnick.com | Attn: Steven D. Pohl |
| Brown Rudnick LLP | spohl@brownrudnick.com | Attn: Jeffrey K. Garfinkle, Esq., Daniel H. Slate, Esq. |
| Buchalter, a Professional Corporation | jgarfinkle@buchalter.com dslate@buchalter.com | Attn: Bernard A. Eskandari, Timothy D. Lundgren, and Michelle Burkart |
| California Department of Justice | bernard.eskandari@doj.ca.gov michelle.burkart@doj.ca.gov timothy.lundgren@doj.ca.gov | Attn: Judith A. Fiorentini - Supervising Deputy Attorney General |

| | | |
|---|---|---|
| California Department of Justice | judith.fiorentini@doj.ca.gov | Attn: Kevin Maclay, James Wehner, Jeffrey Liesemer, Todd Phillips |
| Caplin & Drysdale, Chartered | kmaclay@capdale.com jwehner@capdale.com jliesemer@capdale.com tphillips@capdale.com | Attn: Aaron R. Cahn |
| Carter Ledyard & Milburn LLP | bankruptcy@clm.com | Attn: Justin R. Alberto |
| Cole Schotz P.C. | jalberto@coleschotz.com | Attn: Eric M. Gold, Assistant AG |
| Commonwealth of Massachusetts | eric.gold@mass.gov | Attn: Carol E. Momjian - Senior Deputy AG |
| Commonwealth of Pennsylvania | cmomjian@attorneygeneral.gov | Attn: J. Michael Connolly |
| Consovoy McCarthy PLLC | mike@consovoymccarthy.com | Attn: Celeste Brustowicz, Jessica Detty, & Lisa Richardson |
| Cooper Law Firm, LLC | cbrustowicz@clfnola.com jdetty@clfnola.com lrichardson@clfnola.com | Attn: Donald Creadore |
| Creadore Law Firm PC | donald@creadorelawfirm.com | Attn: Jonathan W. Cuneo, Esq. |
| Cuneo Gilbert & Laduca, LLP | jonc@cuneolaw.com | Attn: Jonathan W. Cuneo, Esq. |
| Cuneo Gilbert & Laduca, LLP | jonc@cuneolaw.com | Attn: Marshall Scott Huebner, Benjamin S. Kaminetzky, Timothy Graulich, Christopher Robertson and Eli J. Vonnegut |
| Davis Polk & Wardwell LLP | Purdue.noticing@dpw.com | Attn: Jasmine Ball, Maura Kathleen Monaghan, Jeffrey J. Rosen |
| Debevoise & Plimpton LLP | jball@debevoise.com mkmonaghan@debevoise.com jrosen@debevoise.com | Attn: Gregory D. Willard |
| Doster, Ullom & Boyle, LLC | GWillard@dubllc.com | Attn: Robert M. Adams, Artemus W. Ham, & Erica D. Entsminger |
| Eglet Adams | badams@egletlaw.com aham@egletlaw.com eentsminger@egletlaw.com | Attn: Elizabeth A. Citrin |
| Elizabeth A. Citrin, P.C. | elizabeth@elizabethcitrin.com | Attn: Geoffrey S. Goodman |
| Foley & Lardner LLP | ggoodman@foley.com jcampos@foley.com jnicholson@foley.com | Attn: Jill L. Nicholson, and Alissa M. Nann |
| Foley & Lardner LLP | anann@foley.com | Attn: Margaret M. Anderson |
| Fox Swibel Levin & Carroll LLP | panderson@foxswibel.com | Attn: Joseph D. Frank and Jeremy C. Kleinman |
| Frankgecker LLP | jfrank@fgllp.com jkleinman@fgllp.com | |
| Fredrick Hill | fredhill70@gmail.com | Attn: Craig Literland, Kami Quinn, and Scott Gilbert |
| Gilbert, LLP | litherlandc@gilbertlegal.com quinnk@gilbertlegal.com gilberts@gilbertlegal.com | Attn: Katherine Stadler |
| Godfrey & Kahn, S.C. | kstadler@gklaw.com | Attn: Michael H. Goldstein, William P. Weintraub, & Howard S. Steel |
| Goodwin Procter LLP | mgoldstein@goodwinlaw.com wweintraub@goodwinlaw.com hsteel@goodwinlaw.com | Attn: Ben Harrington |

| Firm | Email | Attention |
|---|---|---|
| Hagens Berman Sobol Shapiro LLP | benh@hbsslaw.com | Attn: Thomas M. Sobol, Lauren G. Barnes |
| HAGENS BERMAN SOBOL SHAPIRO LLP | purduebankruptcy@hbsslaw.com | Attn: David A. Zwally |
| Haug Partners LLP | dzwally@haugpartners.com | Attn: John C. Dougherty |
| Haug Partners LLP | jdougherty@haugpartners.com | Attn: Caleb T. Holzaepfel |
| Husch Blackwell LLP | Caleb.Holzaepfel@huschblackwell.com | Attn: Marshall C. Turner |
| Husch Blackwell LLP | marshall.turner@huschblackwell.com | Attn: Catherine L. Steege, Esq. |
| Jenner & Block, LLP | CSteege@jenner.com | Attn: Richard Levin, Esq. |
| Jenner & Block, LLP | rlevin@jenner.com mleventhal@jha.com dpepe@jha.com pjerdee@jha.com cstanley@jha.com | Attn: Gregory P. Joseph, Mara Leventhal, Douglas J. Pepe, Peter R. Jerdee, & Christopher J. Stanley |
| Joseph Hage Aaronson LLC | gjoseph@jha.com | Attn: Seth A. Meyer |
| Keller Lenkner LLC | sam@kellerlenkner.com | Attn: Anne G. Wallice |
| Kirkland & Ellis LLP | Anne.Wallice@Kirkland.com | Attn: Matthew J. Gold and Robert M. Tuchman |
| Kleinberg, Kaplan, Wolff & Cohen, P.C. | mgold@kkwc.com rtuchman@kkwc.com | Attn: Daniel J. Saval |
| Kobre & Kim LLP | daniel.saval@Kobrekim.com | Attn: Kenneth Eckstein and Rachael Ringer |
| Kramer Levin Naftalis & Frankel | keckstein@kramerlevin.com rringer@kramerlevin.com | Attn: Julianne Feliz-Kidd, C Samuel Sutter |
| Law Offices of Julianne Feliz | kidesq1@aol.com | Attn: Harold D. Israel |
| Levenfeld Pearlstein, LLC | hisrael@lplegal.com | Attn: Allen J. Underwood II |
| Lite Depalma Greenberg & Afanador, LLC | aunderwood@litedepalma.com | Attn: Vadim J. Rubinstein, Esq |
| Loeb & Loeb LLP | vrubinstein@loeb.com | Attn: Michael Luskin |
| Luskin, Stern & Eisler LLP | luskin@lsellp.com | Attn: Michael Luskin and Richard Stern |
| Luskin, Stern & Eisler LLP | luskin@lsellp.com stern@lsellp.com | Attn: Michael G. Louis |
| MacElree Harvey, Ltd. | mlouis@macelree.com | Attn: Darlene M. Nowak, Esq., Robert M. Barnes, Esq. |
| Marcus & Shapira LLP | nowak@marcus-shapira.com rbarnes@marcus-shapira.com | Attn: Kevin H. Marino, John D. Tortorella |
| Marino, Tortorella & Boyle, P.C. | kmarino@khmarino.com jtortorella@khmarino.com | Attn: Karen F. Neuwirth |
| Martin S. Rapaport, P.C. | karenneuwirth@aol.com | Attn: Gary D. Bressler, Esquire |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | gbressler@mdmc-law.com | Attn: Michael Morano, Esquire, Nicole Leonard, Esquire |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | mmorano@mdmc-law.com nleonard@mdmc-law.com | Attn: Ilana Volkov |
| McGrail & Bensinger LLP | ivolkov@mcgrailbensinger.com | Attn: Gerard Uzzi, Esq., Eric Stodola, Esq., & Alex Lees, Esq. |
| Milbank LLP | guzzi@milbank.com estodola@milbank.com alees@milbank.com | Attn: Katherine N. Galle |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | kngalle@mintz.com | Attn: Steven A. Ginther - Special Assistant AG |
| Missouri Department of Revenue | sdnyecf@dor.mo.gov | Attn: Samuel F. Mitchell |

| | | |
|---|---|---|
| Mitchell & Speights | sam@mitchellspeights.com | Attn: Justin M. Ellis, Steven F. Molo, Jessica Ortiz |
| Mololamken LLP | jellis@mololamken.com smolo@mololamken.com jortiz@mololamken.com | Attn: James Young |
| Morgan & Morgan | jyoung@forthepeople.com | Attn: Juan R. Martinez |
| Morgan & Morgan | juanmartinez@forthepeople.com | Attn: Alexander G. Rheaume |
| Morrison & Foerster LLP | ARheaume@mofo.com | Attn: Benjamin W. Butterfield |
| Morrison & Foerster LLP | BButterfield@mofo.com | Attn: Michael M. Buchman |
| Motley Rice LLC | mbuchman@motleyrice.com | Attn: Katherine M. McCraw |
| N.C. Department of Justice | kmccraw@ncdoj.gov | Attn: Karen Cordry |
| National Association of Attorneys General | kcordry@naag.org | Attn: Nicolas G. Keller - Assistant Counsel |
| New York State Department of Financial Services | nicolas.keller@dfs.ny.gov | Attn: Heather M. Crockett, Amanda K. Quick, Curtis T. Hill Jr. |
| Office of the Indiana Attorney General | Heather.Crockett@atg.in.gov | Attn: Lara J. Fogel, Deputy AG |
| Office of the New Jersey State Attorney General | lara.fogel@law.njoag.gov | Attn: David E. Nachman |
| Office of the New York State Attorney General | David.Nachman@ag.ny.gov | Attn: Kathryn J. Blake, Assistant AG |
| Office of the New York State Attorney General | Kathryn.Blake@ag.ny.gov | Attn: Muhammad Umair Khan |
| Office of the New York State Attorney General | Umair.Khan@ag.ny.gov | Attn: Jared Q. Libet - Assistant Deputy AG |
| Office of the South Carolina Attorney General | jlibet@scag.gov | Attn: Denise S. Mondell, Assistant AG |
| Office of the State of Connecticut Attorney General | Denise.Mondell@ct.gov | Attn: Brett T. DeLange - Deputy AG Chief, Consumer Protection Division |
| Office of the State of Idaho Attorney General | brett.delange@ag.idaho.gov | Attn: William R. Pearson - Assistant AG |
| Office of the State of Iowa Attorney General | william.pearson@ag.iowa.gov | Attn: Jill S. Abrams |
| Office of the State of Vermont Attorney General | Jill.abrams@vermont.gov | Attn: Alison L. Archer, Assistant AG |
| Office of The United States Trustee | paul.schwartzberg@usdoj.gov | Attn: Patricia D. Lazich, Assistant AG |
| Ohio Attorney General | Alison.Archer@ohioattorneygeneral.gov | Attn: Adam P. Haberkorn |
| Ohio Attorney General | Trish.Lazich@ohioattorneygeneral.gov | Attn: Melanie L. Cyganowski, Esq. & Jennifer S. Feeney |
| O'Melveny & Myers LLP | ahaberkorn@omm.com | Attn: Melissa L. Van Eck - Senior Deputy AG |
| Otterbourg P.C. | mcyganowski@otterbourg.com jfeeney@otterbourg.com | Attn: Andrew M. Troop and Andrew V. Alfano |
| Pennsylvania Office of Attorney General | mvaneck@attorneygeneral.gov | Attn: Jeremy W. Ryan, Aaron H. Stulman, D. Ryan Slaugh |
| Pillsbury Winthrop Shaw Pittman LLP | andrew.troop@pillsburylaw.com andrew.alfano@pillsburylaw.com | Attn: Herb Baer |

| | | |
|---|---|---|
| Potter Anderson & Corroon LLP | jryan@potteranderson.com<br>astulman@potteranderson.com<br>rslaugh@potteranderson.com<br>purduepharmateam@primeclerk.com | Attn: Irve J. Goldman |
| Prime Clerk, LLC | serviceqa@primeclerk.com | Attn: President or General Counsel |
| Pullman & Comley, LLC | igoldman@pullcom.com | Attn: Mark D. Fischer |
| Purdue Pharma L.P. | Jon.Lowne@pharma.com | Attn: Christopher A. Lynch |
| RAWLINGS & ASSOCIATES | mdf@rawlingsandassociates.com | Attn: Claudia Z. Springer |
| Reed Smith LLP | clynch@reedsmith.com | Attn: Lawrence R. Reich |
| Reed Smith LLP | cspringer@reedsmith.com | Attn: Paris Gyparakis |
| Reich Reich & Reich, P.C. | lreich@reichpc.com | Attn: Joel M. Shafferman |
| Rosen & Associates, P.C. | pgyparakis@rosenpc.com | Attn: Beth Kaswan and Judith S. Scolnick |
| Sahn Ward Coschignano, PLLC | jshafferman@swc-law.com | Attn: Eric S. Goldstein |
| Scott+Scott Attorneys at Law LLP | bkaswan@scott-scott.com<br>jscolnick@scott-scott.com | Attn: Elisha D. Graff, Jamie J. Fell, David R. Zylberberg, Bryce L. Friedman, William T. Russell, Jr. |
| Shipman & Goodwin LLP | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Attn: Stephen D. Lerner |
| Simpson Thacher & Bartlett LLP | jamie.fell@stblaw.com<br>egraff@stblaw.com<br>david.zylberberg@stblaw.com<br>bfriedman@stblaw.com<br>wrussell@stblaw.com | Attn: Stephen D. Lerner |
| Squire Patton Boggs | stephen.lerner@squirepb.com | Attn: Bankruptcy Department |
| Squire Patton Boggs | stephen.lerner@squirepb.com | Attn: Bankruptcy Department |
| State of Alaska Attorney General | attorney.general@alaska.gov | Attn: Bankruptcy Department |
| State of Arizona Attorney General | aginfo@azag.gov | Attn: Bankruptcy Department |
| State of Arkansas Attorney General | oag@ArkansasAG.gov | Attn: Bankruptcy Department |
| State of California Attorney General | bankruptcy@coag.gov | Attn: Bankruptcy Department |
| State of Connecticut Attorney General | Attorney.General@ct.gov<br>Denise.mondell@ct.gov | Attn: Bankruptcy Department |
| State of Delaware Attorney General | Attorney.General@state.DE.US | Attn: Bankruptcy Department |
| State of Hawaii Attorney General | hawaiiag@hawaii.gov | Attn: Bankruptcy Department |
| State of Illinois Attorney General | webmaster@atg.state.il.us | Attn: Bankruptcy Department |
| State of Louisiana Attorney General | ConsumerInfo@ag.state.la.us | Attn: Bankruptcy Department |
| State of Maine Attorney General | oag.mediation@maine.gov | Attn: Bankruptcy Department |
| State of Maryland Attorney General | oag@oag.state.md.us | Attn: Bankruptcy Department |
| State of Massachusetts Attorney General | ago@state.ma.us | Attn: Bankruptcy Department |
| State of Michigan Attorney General | miag@michigan.gov | Attn: Bankruptcy Department |
| State of Missouri Attorney General | attorney.general@ago.mo.gov | Attn: Bankruptcy Department |
| State of Montana Attorney General | contactdoj@mt.gov | Attn: Bankruptcy Department |
| State of Nebraska Attorney General | ago.info.help@nebraska.gov | Attn: Louis J. Testa |
| State of New Hampshire Attorney General | attorneygeneral@doj.nh.gov | Attn: Jessica Sutton |
| State of New Jersey Attorney General | askconsumeraffairs@lps.state.nj.us | Attn: Bankruptcy Department |
| State of New York Attorney General | Louis.Testa@ag.ny.gov | Attn: Bankruptcy Department |
| State of North Carolina Attorney General | jsutton2@ncdoj.gov | Attn: Bankruptcy Department |

| Name | Email | Attn |
|---|---|---|
| State of North Dakota Attorney General | ndag@nd.gov | Attn: Bankruptcy Department |
| State of Oregon Attorney General | consumer.hotline@doj.state.or.us | Attn: Paul L. Singer, Esq. |
| State of South Dakota Attorney General | consumerhelp@state.sd.us | Attn: Rachel R. Obaldo, Esq. |
| State of Tennessee Attorney General | reg.boards@tn.gov | Attn: Bankruptcy Department |
| State of Texas | paul.singer@oag.texas.gov | Attn: Bankruptcy Department |
| State of Texas | bk-robaldo@oag.texas.gov | Attn: Bankruptcy Department |
| State of Texas Attorney General | public.information@oag.state.tx.us | Attn: Bankruptcy Department |
| State of Utah Attorney General | uag@utah.gov | Attn: Bankruptcy Department |
| State of Vermont Attorney General | ago.info@vermont.gov | Attn: Abby Cunningham, Assistant AG for West Virginia |
| State of Virginia Attorney General | mailoag@oag.state.va.us | Attn: Nicholas F. Kajon and Constantine D. Pourakis |
| State of Washington Attorney General | emailago@atg.wa.gov | Attn: Sander L. Esserman and Peter C. D'Apice |
| State of West Virginia Attorney General | Abby.G.Cunningham@wvago.gov | Attn: Jeffrey R. Gleit, Allison H. Weiss |
| Stevens & Lee, P.C. | nfk@stevenslee.com<br>cp@stevenslee.com | Attn: Jenna Pellecchia |
| Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation | esserman@sbep-law.com<br>dapice@sbep-law.com | Attn: Scott S. Markowitz, Esq., Rocco A. Cavaliere, Esq., & Michael Z. Brownstein, Esq. |
| Sullivan & Worcester LLP | jgleit@sullivanlaw.com<br>aweiss@sullivanlaw.com | Attn: Jonathan C. Lipson |
| Sun Pharmaceutical Industries Inc. | Jenna.Pellecchia@sunpharma.com | Attn: Marvin Clements, Bankruptcy Division |
| Tarter Krinsky & Drogin LLP | smarkowitz@tarterkrinsky.com<br>rcavaliere@tarterkrinsky.com<br>mbrownstein@tarterkrinsky.com | Attn: Katie Townsend |
| Temple University-Beasley School of Law | jlipson@temple.edu | Attn: Jordan S. Blask, Esq. |
| Tennessee Attorney General's Office | Marvin.Clements@ag.tn.gov | Attn: Gregory Spizer |
| The Reporters Committee for Freedom of the Press | ktownsend@rcfp.org | Attn: Thomas W. Waldrep, Jr., James C. Lanik, Jennifer B. Lyday |
| Tucker Arensberg, P.C. | jblask@tuckerlaw.com | Attn: J. Christopher Shore, Michele J. Meises, Alice Tsier, Ashley R. Chase |
| VSCP Law | gspizer@vscplaw.com | Attn: Thomas E. Lauria, Laura L. Femino |
| Waldrep LLP | twaldrep@waldrepllp.com<br>jlyday@waldrepllp.com<br>jlanik@waldrepllp.com | Attn: Thomas W. Waldrep, Jr., James C. Lanik, Jennifer B. Lyday |
| White & Case LLP | cshore@whitecase.com<br>michele.meises@whitecase.com<br>alice.tsier@whitecase.com | Attn: J. Christopher Shore, Michele J. Meises, Alice Tsier, Ashley R. Chase |
| White & Case LLP | tlauria@whitecase.com<br>laura.femino@whitecase.com | Attn: Thomas E. Lauria, Laura L. Femino |
| Wilk Auslander LLP | esnyder@wilkauslander.com | Attn: Eric J. Snyder |