UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                              :       Chapter 11
                                                    :
PURDUE PHARMA L.P., *et al.*,                       :       Case No. 19-23649 (RDD)
                                                    :
                                  Debtors.[1]       :       (Jointly Administered)
                                                    :
------------------------------------------------------------ x

## STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF AUGUST 1, 2021 THROUGH AUGUST 31, 2021

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of August 1, 2021 through August 31, 2021 (the "Twentieth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

### I. Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2. On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3. On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4. On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5. For the Twentieth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $1,722.50, and (b) in accordance with the Procedures Order, seeks payment in the amount of $181,722.50 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Twentieth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Twentieth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses.

Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Twentieth Compensation Period but not included herein.

6. An invoice detailing the monthly fees earned and out-of-pocket expenses incurred by PJT during the Twentieth Compensation Period is attached hereto as Appendix A. A summary of the compensation earned and out-of-pocket expenses incurred during the Twentieth Compensation Period is outlined below:

| Twentieth Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| August 1 – 31, 2021 | $225,000.00 | ($45,000.00) | $1,722.50 | **$181,722.50** |

7. The amount of compensation and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context. PJT has never billed its clients based on the number of hours expended by its professionals. Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients. PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 390.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Twentieth Compensation Period are provided in Appendix B. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | August 2021 |
|---|---|
| Jamie O'Connell | 22.5 |
| Joe Turner | 126.5 |
| Tom Melvin | 115.5 |
| Jovana Arsic | 79.5 |
| Lukas Schwarzmann | 46.0 |
| **Total Hours** | **390.0** |

### III. Requested Relief

8. Pursuant to the Retention Order and the Procedures Order, with respect to PJT's (a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of $1,722.50, in each case earned or incurred during the Twentieth Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---:|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | 1,722.50 |
| **Total Amount Due** | **$181,722.50** |

Dated: September 28, 2021                                PJT PARTNERS LP

                                                                         By: */s/ John James O'Connell*
                                                                             John James O'Connell III
                                                                             Partner
                                                                             280 Park Avenue
                                                                             New York, NY 10017
                                                                             (212) 364-7800

19-23649-shl    Doc 3858    Filed 10/01/21    Entered 10/01/21 10:40:37    Main Document
Pg 5 of 18

# APPENDIX A

**PJT Partners**

September 23, 2021

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---:|---:|
| Monthly Fee for the period of August 1, 2021 through August 31, 2021: | | $ 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |
| Out-of-pocket expenses processed through September 22, 2021:[1] | | |
| Ground Transportation | $ 30.98 | |
| Meals | 380.00 | |
| Research | 1,311.52 | 1,722.50 |
| **Total Amount Due** | | $ **181,722.50** |

**Invoice No. 10018907**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Sep-21 | Total Expenses |
|---|---:|---:|
| Ground Transportation | $ 30.98 | $ 30.98 |
| Employee Meals | 380.00 | **380.00** |
| Research - Online Database | 1,311.52 | **1,311.52** |
| **Total Expenses** | **$ 1,722.50** | **$ 1,722.50** |
| | | |
| **Ground Transportation** | | **$ 30.98** |
| **Meals** | | **380.00** |
| **Research** | | **1,311.52** |
| | | |
| **Total Expenses** | | **$ 1,722.50** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through September 22, 2021**
**Invoice No. 10018907**

### Communications

| | | | |
|---|---|---:|---:|
| Melvin (wi-fi access while traveling) | 06/20/21 | 16.99 | |
| Melvin (wi-fi access while traveling) | 08/08/21 | 13.99 | |
| **Subtotal - Communications** | | **$** | **30.98** |

### Employee Meals

| | | | |
|---|---|---:|---:|
| Melvin (weeknight working dinner meal) | 06/01/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 06/08/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 06/14/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 06/17/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 06/28/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 06/30/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 07/06/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 07/15/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 07/20/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 07/26/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 07/28/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 07/29/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 08/02/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 08/03/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 08/04/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 08/09/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 08/10/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 08/11/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 08/12/21 | 20.00 | |
| **Subtotal - Employee Meals** | | | **380.00** |

### Research - Online Database

| | | | |
|---|---|---:|---:|
| South (KLDiscovery electronic discovery and data recovery services) | 08/01/21 - 08/31/21 | 1,311.52 | |
| **Subtotal - Research - Online Database** | | | **1,311.52** |

| | | | |
|---|---|---:|---:|
| **Total Expenses** | | **$** | **1,722.50** |

Page 1 of 1



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

| | |
|---|---|
| Invoice Number: | P0100201130 |
| Invoice Date: | 09/09/2021 |
| Service Dates: | 08/01/2021 - 08/31/2021 |
| Customer Number: | 8004780 |
| Job Number: | 7508999 |
| PO Number: | |
| Matter Reference: | PURDUE PHARMA L.P., et al |
| Invoice Amount Due: | 1,311.52 USD |

**Bill To Customer:**
PJT Partners Inc
Attention: George South
280 Park Ave FL 15W
New York, NY 10017-1206
United States

Account Manager: Drury, Dale          Payment Terms: Net 30 Days          Due Date: 10/09/2021

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 66.28 | Units | 9.0000 | N | 596.52 | USD |
| User Access - Relativity | 11 | Units | 65.0000 | N | 715.00 | USD |
| **TOTAL HOSTING** | | | | | 1,311.52 | |

|  |  |  |
|---|---|---|
| Subtotal | 1,311.52 | |
| **Tax** (0.00%) | 0.00 | |
| **Invoice Amount Due** | 1,311.52 | USD |

**Please Send Remittance to**

| Electronic Payment Instructions: | Remittance Address: |
|---|---|
| Bank: Bank of America | KLDiscovery Ontrack, LLC |
| Account Name: KLDiscovery Ontrack, LLC | PO BOX 845823 |
| Account #: 4427195125 | Dallas, TX 75284-5823 |
| ACH ABA #: 111000012 | |
| Wire ABA #: 026009593 | |
| SWIFT: BOFAUS3N | |
| Tax ID: 81-0787151 | |

*All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*

# APPENDIX B

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 22.5 |
| Joe Turner | Managing Director | 126.5 |
| Tom Melvin | Vice President | 115.5 |
| Jovana Arsic | Associate | 79.5 |
| Lukas Schwarzmann | Analyst | 46.0 |
|  | **Total** | **390.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 08/01/21 | 1.0 | Review and comment on draft document |
| Jamie O'Connell | 08/02/21 | 1.0 | Internal team call regarding draft document |
| Jamie O'Connell | 08/03/21 | 0.5 | Review and comment on draft analysis |
| Jamie O'Connell | 08/04/21 | 0.5 | Internal team call regarding draft document |
| Jamie O'Connell | 08/07/21 | 1.0 | Call with J. Turner regarding preparation for confirmation hearings |
| Jamie O'Connell | 08/08/21 | 1.5 | Call with J. Turner regarding preparation for confirmation hearings |
| Jamie O'Connell | 08/09/21 | 1.0 | Internal team call regarding preparation for confirmation hearings |
| Jamie O'Connell | 08/09/21 | 0.5 | Follow-up call regarding preparation for confirmation hearings |
| Jamie O'Connell | 08/10/21 | 2.5 | Dialed into Special Committee meeting |
| Jamie O'Connell | 08/10/21 | 2.0 | Prep for confirmation hearings |
| Jamie O'Connell | 08/11/21 | 0.5 | Prep for confirmation hearings |
| Jamie O'Connell | 08/11/21 | 0.5 | Dialed into Special Committee meeting |
| Jamie O'Connell | 08/12/21 | 1.0 | Call with J. Turner regarding confirmation hearings |
| Jamie O'Connell | 08/12/21 | 1.0 | Dialed into confirmation hearings |
| Jamie O'Connell | 08/13/21 | 0.5 | Call with J. Turner regarding confirmation hearings |
| Jamie O'Connell | 08/17/21 | 0.5 | Dialed into confirmation hearings |
| Jamie O'Connell | 08/17/21 | 0.5 | Call with J. Turner regarding confirmation hearings |
| Jamie O'Connell | 08/18/21 | 0.5 | Call with J. Turner regarding confirmation hearings |
| Jamie O'Connell | 08/18/21 | 1.0 | Calls regarding confirmation hearings |
| Jamie O'Connell | 08/19/21 | 0.5 | Call with J. Turner regarding confirmation hearings |
| Jamie O'Connell | 08/23/21 | 0.5 | Prep for confirmation hearings |
| Jamie O'Connell | 08/23/21 | 1.5 | Dialed into confirmation hearings |
| Jamie O'Connell | 08/24/21 | 0.5 | Dialed into Special Committee meeting |
| Jamie O'Connell | 08/25/21 | 0.5 | Dialed into confirmation hearings |
| Jamie O'Connell | 08/26/21 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 08/28/21 | 0.5 | Review and comment on fee statement |
| Jamie O'Connell | 08/31/21 | 0.5 | Weekly update call with advisors |
|  |  | **22.5** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 08/01/21 | 1.0 | Review and comment on draft document |
| Joe Turner | 08/02/21 | 1.0 | Internal team call regarding draft document |
| Joe Turner | 08/02/21 | 4.0 | Review and comment on draft document |
| Joe Turner | 08/03/21 | 0.5 | Weekly advisor call |
| Joe Turner | 08/03/21 | 1.0 | Review and respond to various communications |
| Joe Turner | 08/03/21 | 1.5 | Review and comment on draft analysis |
| Joe Turner | 08/04/21 | 0.5 | Internal team call regarding draft document |
| Joe Turner | 08/04/21 | 6.0 | Prep for confirmation hearings |
| Joe Turner | 08/04/21 | 2.0 | Review and comment on draft document |
| Joe Turner | 08/05/21 | 2.0 | Review and comment on draft document |
| Joe Turner | 08/05/21 | 6.0 | Prep for confirmation hearings |
| Joe Turner | 08/06/21 | 3.5 | Prep for confirmation hearings |
| Joe Turner | 08/07/21 | 1.0 | Call with J. O'Connell regarding preparation for confirmation hearings |
| Joe Turner | 08/07/21 | 2.0 | Review of various court documents |
| Joe Turner | 08/07/21 | 5.5 | Prep for confirmation hearings |
| Joe Turner | 08/07/21 | 1.0 | Review and respond to various communications |
| Joe Turner | 08/08/21 | 1.5 | Call with J. O'Connell regarding preparation for confirmation hearings |
| Joe Turner | 08/08/21 | 6.5 | Prep for confirmation hearings |
| Joe Turner | 08/08/21 | 3.0 | Review of various court documents |
| Joe Turner | 08/09/21 | 1.0 | Prep calls for confirmation hearings with PJT team |
| Joe Turner | 08/09/21 | 4.0 | Prep for confirmation hearings |
| Joe Turner | 08/09/21 | 0.5 | Follow-up call regarding preparation for confirmation hearings |
| Joe Turner | 08/09/21 | 0.5 | Review and respond to various communications |
| Joe Turner | 08/10/21 | 0.5 | Dialed into Special Committee meeting |
| Joe Turner | 08/10/21 | 8.0 | Prep for confirmation hearings |
| Joe Turner | 08/10/21 | 2.0 | Prep calls for confirmation hearings with PJT team |
| Joe Turner | 08/11/21 | 2.0 | Prep for confirmation hearings |
| Joe Turner | 08/11/21 | 1.5 | Review of various court documents |
| Joe Turner | 08/12/21 | 9.0 | Prep for confirmation hearings |
| Joe Turner | 08/12/21 | 1.0 | Review and respond to various communications |
| Joe Turner | 08/13/21 | 0.5 | Review and respond to various communications |
| Joe Turner | 08/13/21 | 3.0 | Prep for confirmation hearings |
| Joe Turner | 08/13/21 | 0.5 | Dial in to testify at confirmation hearing (inc. Zoom testing) |
| Joe Turner | 08/17/21 | 0.5 | Call with J. O'Connell regarding confirmation hearings |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 08/17/21 | 4.5 | Prep for confirmation hearings |
| Joe Turner | 08/18/21 | 0.5 | Call with J. O'Connell regarding confirmation hearings |
| Joe Turner | 08/18/21 | 4.0 | Prep for confirmation hearings |
| Joe Turner | 08/18/21 | 1.0 | Calls regarding confirmation hearings |
| Joe Turner | 08/19/21 | 0.5 | Call with J. O'Connell regarding confirmation hearings |
| Joe Turner | 08/19/21 | 6.0 | Prep for confirmation hearings |
| Joe Turner | 08/19/21 | 0.5 | Correspondence relating to confirmation hearings |
| Joe Turner | 08/23/21 | 6.0 | Dialed into confirmation hearings |
| Joe Turner | 08/23/21 | 0.5 | Correspondence relating to confirmation hearings |
| Joe Turner | 08/23/21 | 1.0 | Financial analyses relating to confirmation hearings |
| Joe Turner | 08/24/21 | 1.5 | Dialed into Special Committee meeting (inc. prep) |
| Joe Turner | 08/25/21 | 6.0 | Dialed into confirmation hearings |
| Joe Turner | 08/25/21 | 0.5 | Correspondence relating to confirmation hearings |
| Joe Turner | 08/26/21 | 6.0 | Dialed into confirmation hearings |
| Joe Turner | 08/26/21 | 0.5 | Review and respond to various communications |
| Joe Turner | 08/26/21 | 0.5 | Weekly update call with management and advisors |
| Joe Turner | 08/25/21 | 2.5 | Dialed into confirmation hearings |
| Joe Turner | 08/31/21 | 0.5 | Weekly update call with advisors |
| | | **126.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 08/01/21 | 3.0 | Review and comment on materials related to confirmation hearings |
| Thomas Melvin | 08/02/21 | 0.5 | Call with J. Turner to discuss matters related to confirmation hearing |
| Thomas Melvin | 08/02/21 | 1.0 | Internal team call to discuss matters related to confirmation hearing |
| Thomas Melvin | 08/02/21 | 1.0 | Review financial analysis requested by Company management |
| Thomas Melvin | 08/02/21 | 3.0 | Review and comment on materials related to confirmation hearings |
| Thomas Melvin | 08/02/21 | 1.0 | E-mail correspondence with DPW and internal team regarding materials related to confirmation hearings |
| Thomas Melvin | 08/03/21 | 1.0 | Weekly call with debtor advisors |
| Thomas Melvin | 08/03/21 | 2.0 | Prepare and review research materials requested by Company management |
| Thomas Melvin | 08/03/21 | 2.5 | Review and comment on materials related to confirmation hearings |
| Thomas Melvin | 08/03/21 | 1.0 | Review AlixPartners analysis |
| Thomas Melvin | 08/03/21 | 2.0 | Prepare and review reference materials in advance of confirmation hearings |
| Thomas Melvin | 08/04/21 | 0.5 | Internal team call to discuss matters related to confirmation hearing |
| Thomas Melvin | 08/04/21 | 3.5 | Review and comment on materials related to confirmation hearings |
| Thomas Melvin | 08/04/21 | 2.0 | Prepare and review reference materials in advance of confirmation hearings |
| Thomas Melvin | 08/05/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Thomas Melvin | 08/05/21 | 2.0 | Review and comment on materials related to confirmation hearings |
| Thomas Melvin | 08/05/21 | 1.0 | Prepare and review reference materials in advance of confirmation hearings |
| Thomas Melvin | 08/05/21 | 0.5 | E-mail correspondence with DPW regarding various matters |
| Thomas Melvin | 08/06/21 | 1.0 | Review analysis requested by Company management |
| Thomas Melvin | 08/07/21 | 0.5 | E-mail correspondence with DPW regarding confirmation hearing matters |
| Thomas Melvin | 08/09/21 | 1.0 | Call with J. Turner to discuss matters related to confirmation hearing |
| Thomas Melvin | 08/09/21 | 2.0 | Preparation calls for confirmation hearings with PJT team |
| Thomas Melvin | 08/09/21 | 2.0 | Preparation calls for confirmation hearings with PJT team |
| Thomas Melvin | 08/09/21 | 0.5 | Review diligence requests from creditor financial advisors |
| Thomas Melvin | 08/09/21 | 2.0 | Review materials related to confirmation hearings |
| Thomas Melvin | 08/09/21 | 1.0 | Prepare and review research materials requested by Company management |
| Thomas Melvin | 08/10/21 | 2.5 | Attended telephonic Special Committee meeting |
| Thomas Melvin | 08/10/21 | 2.0 | Call with DPW to prepare for confirmation hearing |
| Thomas Melvin | 08/10/21 | 0.5 | Weekly call with debtor advisors |
| Thomas Melvin | 08/10/21 | 0.5 | Call with DPW to discuss matters related to confirmation hearing |
| Thomas Melvin | 08/10/21 | 1.0 | Prepare and review research materials requested by Company management |
| Thomas Melvin | 08/11/21 | 2.0 | Review materials related to confirmation hearings |
| Thomas Melvin | 08/11/21 | 2.0 | Call with DPW to prepare for confirmation hearing |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 08/11/21 | 0.5 | Attended telephonic Special Committee meeting |
| Thomas Melvin | 08/11/21 | 1.0 | E-mail correspondence with DPW to discuss various matters |
| Thomas Melvin | 08/11/21 | 1.0 | Review documents filed to docket |
| Thomas Melvin | 08/12/21 | 7.5 | Dialed into confirmation hearing |
| Thomas Melvin | 08/12/21 | 1.0 | Call with DPW to prepare for confirmation hearing |
| Thomas Melvin | 08/13/21 | 2.5 | Dialed into confirmation hearing |
| Thomas Melvin | 08/13/21 | 1.5 | Review documents filed to docket |
| Thomas Melvin | 08/14/21 | 1.5 | Review documents to be filed to docket |
| Thomas Melvin | 08/15/21 | 1.5 | Review documents to be filed to docket |
| Thomas Melvin | 08/16/21 | 3.5 | Dialed into confirmation hearing |
| Thomas Melvin | 08/16/21 | 0.5 | Attended telephonic Board meeting |
| Thomas Melvin | 08/17/21 | 2.0 | Dialed into confirmation hearing |
| Thomas Melvin | 08/17/21 | 3.0 | Review request from Company management and prepare and review response |
| Thomas Melvin | 08/17/21 | 1.0 | E-mail correspondence with Company management regarding requested analysis |
| Thomas Melvin | 08/18/21 | 3.5 | Dialed into confirmation hearing |
| Thomas Melvin | 08/18/21 | 2.0 | Review request from Company management and prepare and review response |
| Thomas Melvin | 08/19/21 | 1.0 | Internal team call to discuss matters related to confirmation hearing |
| Thomas Melvin | 08/19/21 | 6.0 | Dialed into confirmation hearing |
| Thomas Melvin | 08/19/21 | 0.5 | Prepare and review reference materials in advance of confirmation hearings |
| Thomas Melvin | 08/19/21 | 0.5 | E-mail correspondence with DPW regarding requested analysis |
| Thomas Melvin | 08/20/21 | 1.5 | Review financial analysis |
| Thomas Melvin | 08/23/21 | 1.0 | Call with AlixPartners to discuss financial analysis |
| Thomas Melvin | 08/23/21 | 5.0 | Dialed into confirmation hearing |
| Thomas Melvin | 08/23/21 | 1.5 | Review materials at request of DPW |
| Thomas Melvin | 08/23/21 | 1.5 | Review request received by AlixPartners |
| Thomas Melvin | 08/24/21 | 0.5 | Attended telephonic Special Committee meeting |
| Thomas Melvin | 08/24/21 | 1.0 | Weekly call with debtor advisors |
| Thomas Melvin | 08/25/21 | 5.0 | Dialed into confirmation hearing |
| Thomas Melvin | 08/26/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Thomas Melvin | 08/26/21 | 1.0 | Review research materials requested by Company management |
| Thomas Melvin | 08/27/21 | 5.0 | Dialed into confirmation hearing |
| Thomas Melvin | 08/31/21 | 0.5 | Call with Company management and AlixPartners to discuss business strategy matters |
| Thomas Melvin | 08/31/21 | 0.5 | Weekly call with debtor advisors and Company management |
| | | **115.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 08/01/21 | 3.0 | Review and prepare materials related to confirmation hearings |
| Jovana Arsic | 08/02/21 | 3.0 | Review and prepare materials related to confirmation hearings |
| Jovana Arsic | 08/03/21 | 1.0 | Weekly call with debtor advisors |
| Jovana Arsic | 08/03/21 | 4.0 | Review and prepare materials related to confirmation hearings |
| Jovana Arsic | 08/04/21 | 0.5 | Internal team call to discuss matters related to confirmation hearing |
| Jovana Arsic | 08/04/21 | 2.0 | Review and prepare materials related to confirmation hearings |
| Jovana Arsic | 08/05/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Jovana Arsic | 08/05/21 | 2.0 | Review and comment on materials related to confirmation hearings |
| Jovana Arsic | 08/05/21 | 1.0 | Prepare and review reference materials in advance of confirmation hearings |
| Jovana Arsic | 08/09/21 | 2.0 | Preparation calls for confirmation hearings with PJT team |
| Jovana Arsic | 08/09/21 | 2.0 | Review materials related to confirmation hearings |
| Jovana Arsic | 08/09/21 | 3.0 | Prepare and review research materials requested by Company management |
| Jovana Arsic | 08/09/21 | 1.0 | Preparation for confirmation hearings with PJT team |
| Jovana Arsic | 08/10/21 | 0.5 | Weekly call with debtor advisors |
| Jovana Arsic | 08/10/21 | 1.0 | Prepare and review research materials requested by Company management |
| Jovana Arsic | 08/10/21 | 2.0 | Call with DPW to prepare for confirmation hearing |
| Jovana Arsic | 08/11/21 | 2.0 | Review materials related to confirmation hearings |
| Jovana Arsic | 08/11/21 | 2.0 | Review documents filed to docket |
| Jovana Arsic | 08/11/21 | 2.0 | Call with DPW to prepare for confirmation hearing |
| Jovana Arsic | 08/12/21 | 7.5 | Dialed into confirmation hearing |
| Jovana Arsic | 08/13/21 | 2.5 | Dialed into confirmation hearing |
| Jovana Arsic | 08/16/21 | 3.5 | Dialed into confirmation hearing |
| Jovana Arsic | 08/17/21 | 2.0 | Dialed into confirmation hearing |
| Jovana Arsic | 08/18/21 | 3.5 | Dialed into confirmation hearing |
| Jovana Arsic | 08/19/21 | 1.0 | Internal team call to discuss matters related to confirmation hearing |
| Jovana Arsic | 08/19/21 | 6.0 | Dialed into confirmation hearing |
| Jovana Arsic | 08/23/21 | 5.0 | Dialed into confirmation hearing |
| Jovana Arsic | 08/24/21 | 1.0 | Weekly call with debtor advisors |
| Jovana Arsic | 08/25/21 | 5.0 | Dialed into confirmation hearing |
| Jovana Arsic | 08/26/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Jovana Arsic | 08/26/21 | 1.0 | Review research materials requested by Company management |
| Jovana Arsic | 08/27/21 | 5.0 | Dialed into confirmation hearing |
| Jovana Arsic | 08/31/21 | 0.5 | Weekly call with debtor advisors and Company management |
|  |  | **79.5** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 08/02/21 | 1.0 | Call with company regarding business developments |
| Lukas Schwarzmann | 08/02/21 | 2.0 | Financial Analysis |
| Lukas Schwarzmann | 08/03/21 | 1.0 | Weekly advisors call |
| Lukas Schwarzmann | 08/03/21 | 5.0 | Internal team preparation |
| Lukas Schwarzmann | 08/03/21 | 2.0 | Financial Analysis |
| Lukas Schwarzmann | 08/03/21 | 1.0 | Review declaration |
| Lukas Schwarzmann | 08/05/21 | 1.0 | Biweekly advisors call |
| Lukas Schwarzmann | 08/06/21 | 2.0 | Financial Analysis |
| Lukas Schwarzmann | 08/09/21 | 0.5 | Internal catch-up call |
| Lukas Schwarzmann | 08/09/21 | 3.0 | Financial Analysis |
| Lukas Schwarzmann | 08/10/21 | 1.0 | Weekly advisors call |
| Lukas Schwarzmann | 08/10/21 | 0.5 | Call with legal counsel |
| Lukas Schwarzmann | 08/11/21 | 3.0 | Financial Analysis |
| Lukas Schwarzmann | 08/12/21 | 3.0 | Financial Analysis |
| Lukas Schwarzmann | 08/13/21 | 4.0 | Financial Analysis |
| Lukas Schwarzmann | 08/16/21 | 2.0 | Financial Analysis |
| Lukas Schwarzmann | 08/17/21 | 4.0 | Financial Analysis |
| Lukas Schwarzmann | 08/18/21 | 3.0 | Financial Analysis |
| Lukas Schwarzmann | 08/19/21 | 1.0 | Financial Analysis |
| Lukas Schwarzmann | 08/23/21 | 0.5 | Call with operational consultants |
| Lukas Schwarzmann | 08/24/21 | 1.0 | Weekly advisors call |
| Lukas Schwarzmann | 08/26/21 | 1.0 | Biweekly advisors call |
| Lukas Schwarzmann | 08/26/21 | 2.0 | Dialed in confirmation hearings |
| Lukas Schwarzmann | 08/31/21 | 0.5 | Call with company regarding business developments |
| Lukas Schwarzmann | 08/31/21 | 1.0 | Weekly advisors call |
| | | **46.0** | |