Honorable Judge Robert D. Drain, U.S.B.J.
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

September 29, 2021

FILED
U.S. BANKRUPTCY COURT

2021 OCT -2  P 12: 26

Chapter 11

(Jointly Administered)
Purdue Pharma, L.P., et al
Case No. 19-23649(RDD)

Dear Judge Drain,

Please accept this letter motion for an Order to Stay in lieu of a more formal motion, pursuant to FRBP 8007(a), until my Notice of Appeal is resolve in the United States District Court for the Southern District of New York; The United States Bankruptcy Court for the Southern District of New York haven't issued any decision on my motion for derivative claim and fraudulent conveyance, see Docket No. 3619, dated 08/12/2021, hearing to be heard on 10/14/2021 at 10:00 a.m. at Videoconference (Zoom), Provide me a mail copy of the court's order to Stay by mail pending appeal.

_____
Ronald Bass, Sr.

cc: Prime Clerk, LLC
    United States Trustee Office

Vito Genna, Clerk of Court
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Rm. 147
White Plains, NY 10601

FILED
U.S. BANKRUPTCY COURT
2021 OCT -2 P 12: 25
S.D. OF N.Y.

September 29, 2021

Chapter 11

(Jointly Administered)

**In Re: Case No. 19-23649 (RDD)**

**PURDUE PHARMA, LP, et al.**

**Debtors**

Dear Clerk;

Find one copy of my motion for stay and one courtesy copy for the Judge Drain's Order to stay pending Appeal also send one copy of my informal letter motion back to me in the self-address envelope.

Thanks

*Ronald Bass*

Ronald Bass, Sr.

Cc: U.S. Trustees' Office
    Prime Clerk, LLC