**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------X
                                                Chapter 11

IN RE: PURDUE PHARMA L.P.,
et al.,                                    Case No. 19-23649 (RDD)

           Debtors.                **MOTION TO WITDRAW AS
                                                COUNSEL TO CREDITOR
                                                PETER W. JACKSON**
------------------------------X

To the Honorable Robert Drain, United States District Judge:

       This motion ("Motion") seeks, pursuant to Local Bankruptcy Rule 2090-1, an order withdrawing the appearance of Jonathan C. Lipson, of Temple University-Beasley School of Law, and Karen F. Neuwirth, of Martin S. Rapaport, P.C., for creditor Peter W. Jackson in the above-captioned chapter 11 case ("Appearances").  This Motion further seeks that Jonathan C. Lipson's name and Karen F. Neuwirth's name be removed from any applicable service lists in the chapter 11 cases, including the Court's CM/ECF electronic notification list and the list maintained by the Prime Clerk. The Appearances for Jonathan C. Lipson and Karen F. Neuwirth were entered [Doc.2818 & Doc.2850, respectively] for the specific purpose of filing a motion for appointment of an Examiner [Doc.2963], which motion has been decided [Doc.3048], and the Examiner who was appointed has fulfilled his duty [Doc.3285] to the Court under the Order

1

appointing him.  Notably, prior to the appearance of Jonathan C. Lipson and Karen F. Neuwirth, Peter W. Jackson was representing himself *pro se*, and Mr. Jackson has signed a consent to change attorney form in which he again will be representing himself *pro se.*  A copy of the consent to change attorney form is attached as Exhibit 1 hereto.  Undersigned counsel, therefore, respectfully submits that there is no longer any need for the Appearances.

**CONCLUSION**

Undersigned counsel respectfully requests that the Court order that Jonathan C. Lipson's and Karen F. Neuwirth's Appearances be withdrawn, and that Jonathan Lipson and Karen F. Neuwirth will no longer receive electronic notifications or service copies in this matter. A proposed form of order granting the relief requested is annexed hereto as Exhibit A.

Dated:   September 23, 2021
         New York, New York

/s/ Jonathan C. Lipson
Jonathan C. Lipson
Temple University-
Beasley School of Law
1719 North Broad Street
Philadelphia, PA 19122
(215) 204-0608
Jonathan.lipson@temple.edu


/s/ Karen F. Neuwirth
Karen F. Neuwirth
Martin S. Rapaport, P.C.
18 East 48th Street, 6th FL
New York, N.Y.  10017
(917) 608-2715
Karenneuwirth@aol.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------X

| | |
|---|---|
| IN RE: PURDUE PHARMA L.P., et al., | Chapter 11 |
| | Case No. 19-23649 (RDD) |
| Debtors. | |

-------------------------------X

### ORDER GRANTING MOTION TO WITHDRAW APPEARANCES

Upon consideration of the Motion to Withdraw Appearance of Jonathan C. Lipson and Karen F. Neuwirth, dated April 6, 2021 (the "Motion"); and after due and sufficient notice, there being no objections to the Motion; and for good cause shown therein, it is hereby ORDERED that:

1. The motion is granted, and the appearances of Jonathan C. Lipson and Karen F. Neuwirth as counsel to creditor Peter W. Jackson is hereby withdrawn.

2. Jonathan C. Lipson and Karen F. Neuwirth shall no longer receive electronic notices from the Court's CM/ECF system.

3. Jonathan C. Lipson and Karen F. Neuwirth shall be removed from the Master Service List maintained by Prime the Clerk.

SO ORDERED.

Dated: White Plains, New York
       October __, 2021

                                                   HON. ROBERT D. DRAIN
                                                   U.S. BANKRUPTCY JUDGE