**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------X

IN RE: PURDUE PHARMA L.P., et al.,

        Debtors.

------------------------------X

Chapter 11

Case No. 19-23649

**CONSENT TO**
**CHANGE ATTORNEY**

    IT IS HEREBY CONSENTED TO: that, effective upon filing, Peter W. Jackson, of 4622 Valley View Road Prairie Grove, IL 60012, be and hereby is, substituted as creditor *pro se*, in the above-captioned action, in the place and stead of the undersigned attorneys of record, Jonathan C. Lipson and Karen F. Neuwirth.

_____
Jonathan C. Lipson
Temple University-
Beasley School of Law
1719 North Broad Street
Philadelphia, PA 19122
(215) 204-0608

_____
Karen F. Neuwirth
Martin S. Rapaport, P.C.
18 East 48th Street
6th FL
New York, N.Y. 10017
(917) 608-2715

1

Karenneuwirth@aol.com

*[signature]*

Peter W. Jackson  J250-6795-2080
Pro se Creditor
4622 Valley View Road
Prairie Grove, IL  60012

(224) 612-1803
Beepjackson@comcast.net

On the 20 day of September, 2021, before me personally came Peter W. Jackson, to me known and known to me to be the person described herein. Mr. Jackson executed the foregoing Consent to Change Attorney before me and acknowledged to me that he did so of his own free will.

*[signature]*
Notary Public

"OFFICIAL SEAL"
HELEN A. BONILLA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/15/24

2