**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------X

IN RE: PURDUE PHARMA L.P.,
et al.,

          Debtors.

------------------------------X

Chapter 11

Case No. 19-23649 (RDD)

CERTIFICATE OF SERVICE

      I, Karen F. Neuwirth, hereby certify that on September , 2021, I caused true and correct copies of the foregoing document to be served (i) automatically on all parties who consented to electronic notification from the CM/ECF System; and (ii) by email upon the chambers of Judge Drain (rdd.chambers@nysb.uscourts.gov) and the Office of the U.S. Trustee (paul.schwartzberg@usdoj.gov).

                      /s/ Karen F. Neuwirth
                      KAREN F. NEUWIRTH