UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ------------------------------------------------------- x | Hearing Date: October 14, 2014 |
| In re : | Hearing Time: 10:00 am |
| : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, : | Case No. 19-23649 (RDD) |
| Debtors. : | (Jointly Administered) |
| ------------------------------------------------------- x | |

**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S (I) EXPEDITED MOTION FOR AN ORDER CERTIFYING DIRECT APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT UNDER 28 U.S.C. § 158(d) AND (II) MOTION FOR AN ORDER SHORTENING NOTICE AND SCHEDULING HEARING WITH RESPECT TO THE UNITED STATES TRUSTEE'S MOTION TO CERTIFY DIRECT APPEAL TO THE COURT OF APPEALS UNDER 28 U.S.C. § 158(d)**

**PLEASE TAKE NOTICE** that upon the motion and memorandum of law, William K. Harrington, the United States Trustee for Region 2 ("United States Trustee") will move and hereby does move ("Motion for Direct Certification") this Court on an expedited basis, pursuant to Federal Rule of Bankruptcy Procedure 8007, for an order certifying a direct appeal to the United States District Court of Appeals for the Second Circuit Under 28 U.S.C. § 158(d) of this Court's Order confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors,[1] ECF No. 3787, (the "Confirmation Order"), and the related order allowing the debtors to advance funds and take other actions to further the plan,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901. For convenience, we refer to these parties collectively as "Debtors" or "Purdue".

19-23649-rdd    Doc 3870    Filed 10/01/21    Entered 10/01/21 18:29:14    Main Document
Pg 2 of 3

ECF Doc. No. 3773 (the "Advance Order"). The Confirmation Order (Exhibits Omitted), the Advance Order, and the Court's Modified Bench Ruling on Request for Confirmation of Eleventh Amended Joint Chapter 11 Plan, ECF No. 3786 are attached to the Motion. In addition, the United States Trustee will also move for entry of an Order shortening the notice period with respect to the Motion ("Motion to Shorten"). ECF Doc. No. 3869. A hearing on the Motion for Direct Certification and the Motion to Shorten will be held **October 14, 2021 at 10:00 am** ("Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 ("Bankruptcy Court"), or at such other time as the Bankruptcy Court may determine.

**PLEASE TAKE FURTHER NOTICE** that, due to the COVID-19 pandemic, such Hearing shall be conducted via Zoom® videoconference so long as General Order M-543, dated March 20, 2020 (Morris, C.J.) ("General Order M-543"), is in effect or unless otherwise ordered by the Bankruptcy Court. [A copy of General Order M-543 can be obtained by visiting http://www.nysb.uscourts.gov/news/court-operationsunder-exigent-circumstances-created-covid-19]. Parties wishing to appear at, or attend, a hearing conducted via Zoom® videoconference are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before such hearing at https://ecf.nysb.uscourts.gov/cgibin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be

found at http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures entered on November 18, 2019 (ECF Doc. No. 498), so as to be filed and received no later than **October 11, 2021 at 4:00 p.m.** (prevailing Eastern Time) ("Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default; provided that objecting parties shall attend the Hearing telephonically so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if no Objection is timely filed and served with respect to the Motion, the United States Trustee may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

| | |
|---|---|
| Dated: New York, New York<br>October 1, 2021 | Respectfully submitted,<br><br>WILLIAM K. HARRINGTON<br>UNITED STATES TRUSTEE |
| By: | */s/ Linda A. Riffkin*<br>Linda A. Riffkin,<br>Assistant United States Trustee<br>Office of the U.S. Trustee<br>U.S. Federal Office Bldg.<br>201 Varick St. Room 1006<br>New York, New York 10014<br>Tel. No. (212) 510-0500<br>Fax No. (212) 668-2255 |