UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
:
In re                                                          :          Chapter 11
:
PURDUE PHARMA L.P., *et al.*,            :          Case No. 19-23649 (RDD)
:
　　　　　　　　　　　　　　Debtors.    :          (Jointly Administered)
:
------------------------------------------------------- x

**ORDER SHORTENING NOTICE AND SCHEDULING HEARING WITH RESPECT TO THE APPEALING STATES' MOTION FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 158(d)(2)(A)**

Upon the motion (the "Motion") of the State of Washington (the "State") for entry of an order (this "Order") shortening the notice period with respect to the *Appealing States' Motion for Certification Pursuant to 28 U.S.C. § 158(d(2)(A))* ("Motion for Direct Certification"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED, as set forth herein.

2.  Notice of the Motion for Direct Certification as provided therein shall be deemed good and sufficient notice of such Motion for Direct Certification.

3.  A hearing (the "Hearing") to consider the relief requested in the Motion for Direct Certification will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601 on **October 14, 2021, at 10:00 a.m.** (Prevailing Eastern Time).

4.  The responses or objections to the Motion for Direct Certification shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures entered on November 18, 2019 [ECF No. 498] (the "Case Management Order"), and shall be filed with the Court (a) by registered users of the Court's case filing system, electronically in accordance with General Order M–399 (which can be found at http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers as set forth in the Case Management Order), in accordance with the customary practices of the Court and General Order M–399, to the extent applicable, and served so as to be actually received no later than **October 11, 2021 at 12:00 p.m.** (Prevailing Eastern Time)—on the Master Service List (as defined in the Case Management Order).

5.  Notwithstanding any rule to the contrary, this Order shall take effect immediately upon entry.

6.  The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

White Plains, New York
Dated: **XXXXX, 2021**

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE