UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
: 
In re                                                   :            Chapter 11
:
PURDUE PHARMA L.P., *et al.*,                           :            Case No. 19-23649 (RDD)
:
                      Debtors.       :            Jointly Administered
:
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

    PAUL K. SCHWARTZBERG, hereby affirms under penalty of perjury that the forgoing is true and correct:

    1.    I am an attorney with the Office of the United States Trustee for the Southern District of New York.

    2.    On October 1, 2021, I caused the following pleadings to be served by the method set forth on the Master Service List as indicated in Exhibit A and Exhibit B attached hereto:

United Statees Trustee's Memorandum Of Law In Support Of Motion To Certify Direct Appeal To The Court Of Appeals Under 28 U.S.C. § 158(d) (Docket No. 3868);

United States Trustee's Ex Parte Motion For An Order Shortening Notice And Scheduling Hearing With Respect To The United States Trustee's Motion To Certify Direct Appeal To The Court Of Appeals Under 28 U.S.C. § 158(d) (Docket No. 3869);

Notice Of Hearing On United States Trustee's (I) Expedited Motion For An Order Certifying Direct Appeal To The United States Court Of Appeals For The Second Circuit Under 28 U.S.C. § 158(D) And (Ii) Motion For An Order Shortening Notice And Scheduling Hearing With Respect To The United States Trustee's Motion To Certify Direct Appeal To The Court Of Appeals Under 28 U.S.C. § 158(d) (Docket No. 3870).

                                                      /s/ *Paul K. Schwartzberg*
                                                          Paul K. Schwartzberg