ELLEN ISAACS, Pro Se
ryansopc@gmail.com
Tel: (561) 860-0770

Representing Patrick Ryan Wroblewski, Ellen Isaacs and The American People

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA, L.P., et al., | Case No: 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEAL AND STATEMENT OF ELECTIONS

### Part 1: Identify the appellant(s):

1. Ellen Issacs on behalf of Patrick Ryan Wroblewski, Ellen Isaacs and The American People

### Part 2: Identify the subject of this appeal

2. This appeal is from (i) the Decision of Judge Drain confirming the Debtors' Joint Chapter11 Plan of Reorganization (the "Plan"), issued orally on September 1, 2021 and modified by the Court's Modified Bench Ruling dated September 17, 2021, dkt #3786 (the Decision"); and (ii) the Order dated September 17, 2021 confirming the Plan, dkt. #3787 (the :Order:), Copies of the Decision and the Order are enclosed as Exhibits A and B, respectively.

### Part 3: Identify the other parties to the appeal

3. The name of all the other parties to the Decision, and the names, addresses and telephone numbers of their respective attorneys, are as follows:

| Party | Attorney |
|---|---|
| Purdue Pharma L.P.<br>Purdue Pharma Inc.<br>Purdue Transdermal Technologies L.P.<br>Purdue Pharma Manufacturing L.P.<br>Purdue Pharmaceuticals L.P.<br>Imbrium Therapeutics L.P.<br>Adlon Therapeutics L.P.<br>Greenfield BioVentures L.P.<br>Seven Seas Hill Corp.<br>Ophir Green Corp.<br>Purdue Pharma of Puerto Rico<br>Avrio Health L.P.<br>Purdue Pharmaceutical Products L.P.<br>Purdue Neuroscience Company<br>Nayatt Cove Lifescience Inc.<br>Button Land L.P.<br>Rhodes Associates L.P.<br>Paul Land Inc.<br>Quidnick Land L.P.<br>Rhodes Pharmaceuticals L.P.<br>Rhodes Technologies<br>UDF LP<br>SVC Pharma L.P.<br>SVC Pharma Inc. | Marshall S. Huebner<br>Christopher Robertson<br>Benjamin S. Kaminetzky<br>Timothy Graulich<br>Eli Vonnegut<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212)450-4000 |
| Raymond Sackler Family/Side B of the Sackler | Gerard Uzzi<br>Alexander B. Lees<br>Milbank LLP<br>55 Hudson Yards New York, NY 1001 Tel: (212) 530-5000 |
| Mortimer Sackler Family/Side A of the Sackler | Jasmine Ball<br>Maura K. Monaghan<br>Jeffrey J. Rosen<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022 |

**Additional Appellants**

| | |
|---|---|
| State of Washington | Matthew J. Gold<br>Robert M. Tuchman |

| | |
|---|---|
| | Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue New York, NY 10110<br>Tel.: (212) 986-6000<br>-and-<br>Robert W. Ferguson Attorney General<br>Tad Robinson O'Neill Assistant Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Tel.: (206) 254-0570 |
| The District of Columbia | Matthew J. Gold Robert M. Tuchman Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel.: (212) 986-6000<br>-and-<br>Karl A. Racine Attorney General<br>Kathleen Konopka Deputy Attorney General<br>Public Advocacy Division Office of the Attorney General<br>400 Sixth Street, N.W., 10th Floor<br>Washington, DC 20001<br>Tel.: (202) 727-3400 |
| William K. Harrington<br>United States Trustee, Region 2 | Linda A. Riffkin<br>Asst. United States Trustee<br>Paul K. Schwartzberg<br>Benjamin J. Higgins<br>Andrew D.Velez-Rivera<br>Trial Attorneys<br>Department of Justice<br>Office of the United States Trustee<br>U.S. Federal Office<br>Building 201 Varick Street, Room 1006<br>New York, NY 10014 Tel: (212) 510-0500<br>Email: linda.riffkin@usdoj.gov<br>-and-<br>Ramona D. Elliott<br>Deputy Director/General Counsel<br>P. Matthew Sutko<br>Assc. General Counsel |

|  |  |
|---|---|
|  | Sumi Sakata<br>Beth Levene<br>Wendy Cox<br>Trial Attorneys Department of Justice<br>Executive Office for United States Trustee<br>441 G Street, N.W., Suite 6150<br>Washington, DC 20530<br>Tel: (202) 307-1399 Email:<br>ramona.elliott@usdoj.gov |
| State of Maryland | Brian T. Edmunds<br>Assistant Attorney General<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place Baltimore, MD 21202<br>Tel: (410) 576-6578<br>bedmunds@oag.state.md.us |
| State of California | Bernard A. Eskandari<br>Supervising Deputy<br>Attorney General<br>Office of the Attorney General of California<br>300 South Spring Street, Suite 1702<br>Los Angeles, C 90013<br>Tel: (213) 269-6348<br>Bernard.eskandari@doj.ca.gov |
| State of Oregon | Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>Matthew J. Gold<br>Robert Tuchman<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel: (212) 986-6000 |
| Providence of Washington D.C. | Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>Matthew J. Gold<br>Robert Tuchman<br>500 Fifth Avenue<br>New York, NY, 10110<br>Tel: (212) 986-6000 |
| State of Rhode Island | Katherine M. Sabatini<br>Assistant Attorney General<br>Rhode Island Office of the Attorney General<br>150 South Main Street |

|  |  |
|---|---|
|  | Providence, Rhode Island 02903<br>Tel: (401) 274-4400<br>Counsel for the State of Rhode Island<br>Peter F. Meronha, Attorney General |
| State of Connecticut | Irve J. Goldman<br>Pullman & Comely, LLC<br>850 Main Street, 8th Floor<br>P.O. Box 7006<br>Bridgeport, CT 06601<br>Tel: (203) 330-2213 |
| State of Delaware | Kathleen Jennings<br>Attorney General of Delaware<br>Owen Lefkon<br>Director, Fraud and Consumer Protection<br>Marion Quirk<br>Director of Consumer Protection<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>Tel: (302) 683-8899<br>owen.lefkon@delaware.gov<br>jillian.lazar@delaware.gov<br>marion.quirk@delaware.gov<br>Attorneys for the State of Delaware |
| State of Vermont | Thomas J. Donovan, Jr.<br>Attorney General of the State of Vermont<br>Jill S. Abrams<br>109 State Street<br>Montpelier, VT 05609<br>Tel: (802) 828-1106<br>jill.abrams@vermont.gov |
| City of Grande Prairie as Representative Plaintiff for a Class Consisting of All Canadian Municipalities, the Cities of Brantford, Grand Lethbridge, and Wetaskiwin | Allan Underwood II<br>Lite DePalma Greenberg & Afanador, LLC<br>570 Broad Street, suite 1201 Prairie,<br>Newark, NJ 07102<br>Tel: (973) 623-3000 |
| The Peter Ballantyne Cree Nation on behalf of | Allen Underwood II |

All Canadian First Nations and Metis People, L
The Peter Ballantyne Cree Nation on behalf of
Itself, and the Lac La Ronge Indian Band

ite DePalma Greenberg & Afanador, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000

**Part 4:**

Election to have appeal heard by the Bankruptcy Appellate Panel ~~tajer~~ rather than the United States District Court.

*[handwritten: rather @ 10.1.21]*

## CERTIFICATE OF SERVICE

I, Ellen Isaacs, hereby certify that, on October 1, 2021, I caused true and correct copies of the foregoing document to be served (i) by the Court's Case Management/Electronic Case File (CM/ECF) System to all parties who are deemed to consented to the electronic service; (ii) by email upon the parties who provided email addresses set forth in the Master Service List maintained by the Debtors in respect to these Chapter 11 cases and; (iii) by email upon the Office of the United States Trustee for the Southern District of New York (Attn: Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

Dated: October 1, 2021

_____
Ellen Isaacs, Pro Se
Representing Self,
Patrick Ryan Wroblewski
The American People

## NOTARY PUBLIC

Sworn to and subscribed before me this 1st day of October, 2021.

_____
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
POOJA PATEL - Notary Public
Bucks County
My Commission Expires July 16, 2024
Commission Number 1373150