# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_Ellen Isaacs_
_On behalf of self, Decedent Patrick Ryan Wroblewski + The American People_
(List the full name(s) of the plaintiff(s)/petitioner(s).)

___CV_____ ( ) ( )

-against-

_Purdue Pharma, L.P., et al._

(List the full name(s) of the defendant(s)/respondent(s).)

Application for the Court to Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☒ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

This case involves the highest crimes against humanity + fraud ever perpetratuated unto the American People. The victims in this case have had no say in these proceedings. The people + myself deserve a fair and impartial action by the government to which the layperson can not afford effective counsel. The

Rev. 3/27/14

*[Handwritten marginal note at top:] Counsel that profess to be representing the victims have thus far somehow artfully arranged for being paid the least amount in these proceedings despite the trauma that has been thwarted upon the families by way of death, dismemberment, permanent personal injury and creating a Public Health + Safety Emergency. Myself + American citizens are in desperate need of effective counsel.*

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

   I have seen more than a half a dozen attorneys + requested help from Harvard + the Alan Dershowitz via certified mail. Although, Mr. Dershowitz did not respond, the other attorney's do not have the resources or time to refute the Sackler's.

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: N/A

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

Date: 10/1/21
Signature: Ellen Isaacs
Name (Last, First, MI): Ellen Isaacs
Prison Identification # (if incarcerated): N/A
Address: Homeless (due to the Sackler's + death of my 1st child)
City/State/Zip: P.O. Box 6553, Delray Beach, FL 33482
Telephone Number: 561-860-0770
E-mail Address (if available): hransopc@gmail.com

2