**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

# AFFIDAVIT OF SERVICE

I, Jeff BloisseBaez, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Email on the Master Service List attached hereto as **Exhibit A**:

- Notice of Listen-Only Dial-in for Status and Scheduling Conference. Hearing to be held on September 30, 2021 at 2:00 p.m. (ET) [Docket No. 3838]

On September 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Email on the Fee Application Service List attached hereto as **Exhibit B**:

- Twenty-Fourth Monthly Fee Statement of Davis Polk & Wardwell LLP for Compensation for Services and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period from August 1, 2021 through August 31, 2021  [Docket No. 3844]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: October 4, 2021

*/s/ Jeff BloisseBaez*
Jeff BloisseBaez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 4, 2021, by Jeff BloisseBaez, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 56952

**Exhibit A**

Exhibit A
Master Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to the Attorney General, State of Florida | Agentis PLLC | cbs@agentislaw.com |
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Akin Gump Strauss Hauer & Feld LLP | idizengoff@akingump.com<br>apreis@akingump.com<br>mhurley@akingump.com<br>sbrauner@akingump.com<br>elisovicz@akingump.com |
| Counsel to OptumRX, Inc. | Alston & Bird LLP | william.hao@alston.com |
| Counsel to OptumRX, Inc. | Alston & Bird LLP | will.sugden@alston.com<br>jacob.johnson@alston.com |
| Counsel to Ryan Hampton | Andrews & Thornton | aa@andrewsthornton.com<br>shiggins@andrewsthornton.com<br>rsiko@andrewsthornton.com |
| Counsel to the Ad Hoc Group of Individual Victims | Ask LLP | eneiger@askllp.com<br>jchristian@askllp.com |
| Counsel to Washington State Department of Revenue | Attorney General of Washington | dina.yunker@atg.wa.gov |
| Counsel to DuPont de Nemours, Inc. | Ballard Spahr LLP | daluzt@ballardspahr.com<br>roglenl@ballardspahr.com |
| Counsel to Altergon Italia s.r.l | Barack Ferrazzano Kirschbaum & Nagelberg LLP | nathan.rugg@bfkn.com |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Barrett Law Group, P.A. | DonBarrettPA@gmail.com |
| Counsel to Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System, Inc. | Bentley & Bruning P.A. | mbentley@bentleyandbruning.com<br>dwallace@bentleyandbruning.com |
| Counsel to United Parcel Service, Inc. | Bialson, Bergen & Schwab | Klaw@bbslaw.com |
| Proposed Counsel to Fee Examiner, David M. Klauder, Esquire | Bielli & Klauder, LLC | tbielli@bk-legal.com |
| Counsel to the Public School District Creditors | Binder & Schwartz LLP | efisher@binderschwartz.com |
| Counsel to Plumbers & Steamfitters Local 267 Insurance Fund | Blitman & King LLP | drbrice@bklawyers.com |
| Interested Party | BMC Group, Inc. | bmc@ecfAlerts.com |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Bracewell LLP | daniel.connolly@bracewell.com<br>robert.burns@bracewell.com |
| Attorneys for SAP America, Inc., SAP SE, and Ariba, Inc. | Brown & Connery, LLP | dludman@brownconnery.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Brown Rudnick LLP | GCicero@brownrudnick.com<br>DMolton@brownrudnick.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Brown Rudnick LLP | spohl@brownrudnick.com |
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Buchalter, a Professional Corporation | jgarfinkle@buchalter.com<br>dslate@buchalter.com |

Exhibit A
Master Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to the People of the State of California | California Department of Justice | bernard.eskandari@doj.ca.gov<br>michelle.burkart@doj.ca.gov<br>timothy.lundgren@doj.ca.gov |
| Counsel for the People of the State of California | California Department of Justice | judith.fiorentini@doj.ca.gov |
| Counsel to the Multi-State Governmental Entities Group | Caplin & Drysdale, Chartered | kmaclay@capdale.com<br>jwehner@capdale.com<br>jliesemer@capdale.com<br>tphillips@capdale.com |
| Counsel to the State of West Virginia, ex. rel. Patrick Morrisey, Attorney General | Carter Ledyard & Milburn LLP | bankruptcy@clm.com |
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Cole Schotz P.C. | jalberto@coleschotz.com |
| Counsel to the Commonwealth of Massachusetts | Commonwealth of Massachusetts | eric.gold@mass.gov |
| Counsel to Commonwealth of Pennsylvania | Commonwealth of Pennsylvania | cmomjian@attorneygeneral.gov |
| Counsel to the State of Arizona | Consovoy McCarthy PLLC | mike@consovoymccarthy.com |
| Counsel to Kara Trainor Brucato | Cooper Law Firm, LLC | cbrustowicz@clfnola.com<br>jdetty@clfnola.com<br>lrichardson@clfnola.com |
| Counsel for NAS Ad Hoc Committee | Creadore Law Firm PC | donald@creadorelawfirm.com |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Cuneo Gilbert & Laduca, LLP | jonc@cuneolaw.com |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Cuneo Gilbert & Laduca, LLP | jonc@cuneolaw.com |
| Counsel to the Debtors and Debtors in Possession | Davis Polk & Wardwell LLP | Purdue.noticing@dpw.com |
| Counsel to Beacon Company | Debevoise & Plimpton LLP | jball@debevoise.com<br>mkmonaghan@debevoise.com<br>jrosen@debevoise.com |
| Counsel to the State of Missouri | Doster, Ullom & Boyle, LLC | GWillard@dubllc.com |
| Counsel to Nevada Counties and Municipalities | Eglet Adams | badams@egletlaw.com<br>aham@egletlaw.com<br>eentsminger@egletlaw.com |
| Counsel to Lynn Carbeno Buffalow, Stanley K. Hand, Jennifer Marie Hargrave, Catherine D. Harper, Cheryl And Richard Huley, Richard H. Hulsey, Jr., Sherry Marter, Sally Lorraine Morrison , Denise Murphy, William Alex Pate, Jr., Dalton Reach, Tim And Traci Reach, Derry Darnell Shambley, James Robert Sharp, Sr., Andrew Sharpe, George M. Tanton | Elizabeth A. Citrin, P.C. | elizabeth@elizabethcitrin.com |
| Counsel to CVS Caremark Part D Services, L.L.C. and CaremarkPCS Health, L.L.C., CVS Pharmacy, Inc. and Various Related Entities | Foley & Lardner LLP | ggoodman@foley.com |

Exhibit A
Master Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to CVS Caremark Part D Services, L.L.C., CaremarkPCS Health, L.L.C., Apotex Corp., Aveva Drug Delivery Systems, Inc., CVS Pharmacy, Inc. and Various Related Entities | Foley & Lardner LLP | jcampos@foley.com<br>jnicholson@foley.com<br>anann@foley.com |
| Counsel to Old Republic Insurance Company and its affiliated entities | Fox Swibel Levin & Carroll LLP | panderson@foxswibel.com |
| Counsel to Walgreen Co., Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries | Frankgecker LLP | jfrank@fgllp.com<br>jkleinman@fgllp.com |
| Interested Party | Fredrick Hill | fredhill70@gmail.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Gilbert, LLP | litherlandc@gilbertlegal.com<br>quinnk@gilbertlegal.com<br>gilberts@gilbertlegal.com |
| Counsel to the Arkansas Plaintiffs and the Tennessee Plaintiffs | Godfrey & Kahn, S.C. | kstadler@gklaw.com |
| Counsel to Teva Pharmaceuticals USA, Inc., Anda, Inc. and Teva Canada Limited | Goodwin Procter LLP | mgoldstein@goodwinlaw.com<br>wweintraub@goodwinlaw.com<br>hsteel@goodwinlaw.com |
| Counsel to the City of Seattle | Hagens Berman Sobol Shapiro LLP | benh@hbsslaw.com |
| Counsel to Blue Cross Blue Shield Association | HAGENS BERMAN SOBOL SHAPIRO LLP | purduebankruptcy@hbsslaw.com |
| Counsel to BR Holdings Associates Inc., BR Holdings Associates L.P., Pharmaceutical Research Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., and TXP Services, Inc. | Haug Partners LLP | dzwally@haugpartners.com |
| Counsel to BR Holdings Associates Inc., BR Holdings Associates L.P., Pharmaceutical Research Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., and TXP Services, Inc. | Haug Partners LLP | jdougherty@haugpartners.com |
| Counsel to Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., and Ascent Health Services | Husch Blackwell LLP | Caleb.Holzaepfel@huschblackwell.com |
| Counsel to Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., and Ascent Health Services | Husch Blackwell LLP | marshall.turner@huschblackwell.com |
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Jenner & Block, LLP | CSteege@jenner.com |
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Jenner & Block, LLP | rlevin@jenner.com |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Joseph Hage Aaronson LLC | mleventhal@jha.com<br>dpepe@jha.com<br>pjerdee@jha.com<br>cstanley@jha.com<br>gjoseph@jha.com |
| Counsel to the State of Arizona | Keller Lenkner LLC | sam@kellerlenkner.com |
| Counsel to Noramco Coventry LLC | Kirkland & Ellis LLP | Anne.Wallice@Kirkland.com |
| Counsel to State of Washington | Kleinberg, Kaplan, Wolff & Cohen, P.C. | mgold@kkwc.com<br>rtuchman@kkwc.com |
| Counsel to Express Scripts, Inc., ESI Mail Pharmacy Service, Inc., Express Scripts Holding Company, Express Scripts Pharmacy, Inc., and CuraScript, Inc. | Kobre & Kim LLP | daniel.saval@Kobrekim.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Kramer Levin Naftalis & Frankel | keckstein@kramerlevin.com<br>rringer@kramerlevin.com |

Exhibit A
Master Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Clifford Jeffery Meyer | Law Offices of Julianne Feliz | kidesq1@aol.com |
| Counsel to Walter Lee Simmons and NAS Children Ad Hoc Committee | Levenfeld Pearlstein, LLC | hisrael@lplegal.com |
| Counsel to Guardian Law Group LLP as and for its clients The City of Grand Prairie, as Representative Plaintiff for a Class Consisting of All Canadian Municipalities, Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People, The City of Brantford, The City of Grand Prairie, Lac La Ronge Indian Band, The City of Lethbridge and The City of Wetaskiwin | Lite Depalma Greenberg & Afanador, LLC | aunderwood@litedepalma.com |
| Counsel to Nevada Counties and Municipalities | Loeb & Loeb LLP | vrubinstein@loeb.com |
| Counsel to Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company | Luskin, Stern & Eisler LLP | luskin@lsellp.com |
| Counsel to Old Republic Insurance Company and its affiliated entities | Luskin, Stern & Eisler LLP | luskin@lsellp.com<br>stern@lsellp.com |
| Counsel to Joan Vasko as the Administratrix of the Estate of Kathleen Louise Daugherty | MacElree Harvey, Ltd. | mlouis@macelree.com |
| Counsel to Giant Eagle, Inc. | Marcus & Shapira LLP | nowak@marcus-shapira.com<br>rbarnes@marcus-shapira.com |
| Counsel to John H. Stewart | Marino, Tortorella & Boyle, P.C. | kmarino@khmarino.com<br>jtortorella@khmarino.com |
| Counsel to Peter W. Jackson | Martin S. Rapaport, P.C. | karenneuwirth@aol.com |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | gbressler@mdmc-law.com |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | mmorano@mdmc-law.com<br>nleonard@mdmc-law.com |
| Counsel to the Ad Hoc Group of Hospitals | McGrail & Bensinger LLP | ivolkov@mcgrailbensinger.com |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Milbank LLP | guzzi@milbank.com<br>estodola@milbank.com<br>alees@milbank.com |
| Counsel to BR Holdings Associates Inc., BR Holdings Associates L.P., Pharmaceutical Research Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., TXP Services, Inc., The Purdue Frederick Company Inc., The P.F. Laboratories, Inc., Rhodes Technologies Inc., Avrio Health Inc. (fka Purdue Products Inc.), Caas Leasing, Inc., Connecticut Avenue Realty Co., Inc., Coventry Technologies L.P., E.R.G. Realty, Inc., Essential Raw Materials, Hospice Provident LLC, IAF Corporation, Midvale Chemical Company, Nappwood Land Corporation, New Suffolk Holdings LLP, One Stamford Land Inc., One Stamford Realty L.P., Pharma Associates Inc., Pharma Associates L.P. (fka Purdue Associates L.P.), Pharma Technologies Inc., Pharmaceutical Research Associates, Inc., PRA Holdings, Inc., Purdue Biopharma Inc., Purdue Biopharma L.P., Purdue Healthcare Technologies Inc., Purdue Healthcare Technologies L.P., Purdue Pharma Technologies Inc., Rhodes Pharmaceuticals Inc., RSJ Company L.P., Sawwood Land Corporation, The Seven Hundred Realty Corporation, Terramar Foundation, Inc., Vitamerican Chemicals, Inc.; and Vitamerican Corporation | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | kngalle@mintz.com |
| Counsel to The Missouri Department of Revenue | Missouri Department of Revenue | sdnyecf@dor.mo.gov |
| Counsel to Tucson Medical Center | Mitchell & Speights | sam@mitchellspeights.com |

Exhibit A
Master Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to the Cherokee Nation | Mololamken LLP | jellis@mololamken.com<br>smolo@mololamken.com<br>jortiz@mololamken.com |
| Counsel to Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc., and the Putative Classes | Morgan & Morgan | jyoung@forthepeople.com |
| Counsel to Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc., and the Putative Classes | Morgan & Morgan | juanmartinez@forthepeople.com |
| Counsel to Silicon Valley Bank | Morrison & Foerster LLP | ARheaume@mofo.com |
| Counsel to Silicon Valley Bank | Morrison & Foerster LLP | BButterfield@mofo.com |
| Counsel to Tucson Medical Center | Motley Rice LLC | mbuchman@motleyrice.com |
| Counsel for NC DHHS/DHB | N.C. Department of Justice | kmccraw@ncdoj.gov |
| State Attorney General | National Association of Attorneys General | kcordry@naag.org |
| Counsel to New York State Department of Financial Services | New York State Department of Financial Services | nicolas.keller@dfs.ny.gov |
| Counsel to State of Indiana | Office of the Indiana Attorney General | Heather.Crockett@atg.in.gov |
| State Attorney General | Office of the New Jersey State Attorney General | lara.fogel@law.njoag.gov |
| Counsel to Opioids and Impact Litigation | Office of the New York State Attorney General | David.Nachman@ag.ny.gov |
| State Attorney General | Office of the New York State Attorney General | Kathryn.Blake@ag.ny.gov |
| State Attorney General, Counsel to Counsel for Opioids and Impact Litigation | Office of the New York State Attorney General | Umair.Khan@ag.ny.gov |
| Counsel to the State of South Carolina | Office of the South Carolina Attorney General | jlibet@scag.gov |
| State Attorney General | Office of the State of Connecticut Attorney General | Denise.Mondell@ct.gov |
| State Attorney General | Office of the State of Idaho Attorney General | brett.delange@ag.idaho.gov |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 5 of 8

Exhibit A
Master Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| State Attorney General | Office of the State of Iowa Attorney General | william.pearson@ag.iowa.gov |
| State Attorney General | Office of the State of Vermont Attorney General | Jill.abrams@vermont.gov |
| Office of The United States Trustee | Office of The United States Trustee | paul.schwartzberg@usdoj.gov |
| Counsel to Ohio Attorney General | Ohio Attorney General | Alison.Archer@ohioattorneygeneral.gov |
| Counsel to Ohio Attorney General | Ohio Attorney General | Trish.Lazich@ohioattorneygeneral.gov |
| Counsel for Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Alza Corporation, and Janssen Ortho LLC | O'Melveny & Myers LLP | ahaberkorn@omm.com |
| Counsel to the State of Texas | Otterbourg P.C. | mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com |
| Counsel to Commonwealth of Pennsylvania | Pennsylvania Office of Attorney General | mvaneck@attorneygeneral.gov |
| Counsel to the Ad Hoc Group of Non-Consenting States | Pillsbury Winthrop Shaw Pittman LLP | andrew.troop@pillsburylaw.com<br>andrew.alfano@pillsburylaw.com |
| Counsel to Walmart, Inc. and its Subsidiaries | Potter Anderson & Corroon LLP | jryan@potteranderson.com<br>astulman@potteranderson.com<br>rslaugh@potteranderson.com |
| Counsel to the State of Connecticut | Pullman & Comley, LLC | igoldman@pullcom.com |
| Debtors | Purdue Pharma L.P. | Jon.Lowne@pharma.com |
| Counsel to Blue Cross Blue Shield Association | RAWLINGS & ASSOCIATES | mdf@rawlingsandassociates.com |
| Counsel to AmerisourceBergen Drug Corporation | Reed Smith LLP | clynch@reedsmith.com |
| Counsel to AmerisourceBergen Drug Corporation | Reed Smith LLP | cspringer@reedsmith.com |
| Counsel to Jane Redwood | Reich Reich & Reich, P.C. | lreich@reichpc.com |
| Counsel to Jeffrey Bryan Pierce | Rosen & Associates, P.C. | pgyparakis@rosenpc.com |
| Counsel to Casey David Nadolski | Sahn Ward Coschignano, PLLC | jshafferman@swc-law.com |
| Counsel to Consortium of Some Massachusetts Municipalities | Scott+Scott Attorneys at Law LLP | bkaswan@scott-scott.com<br>jscolnick@scott-scott.com |
| Counsel to United HealthCare Services, Inc. | Shipman & Goodwin LLP | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| Counsel to PJT Partners LP, Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company | Simpson Thacher & Bartlett LLP | jamie.fell@stblaw.com<br>egraff@stblaw.com<br>david.zylberberg@stblaw.com<br>bfriedman@stblaw.com<br>wrussell@stblaw.com |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 6 of 8

Exhibit A
Master Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Chapter 11 Examiner | Squire Patton Boggs | stephen.lerner@squirepb.com |
| Chapter 11 Examiner | Squire Patton Boggs | stephen.lerner@squirepb.com |
| State Attorney General | State of Alaska Attorney General | attorney.general@alaska.gov |
| State Attorney General | State of Arizona Attorney General | aginfo@azag.gov |
| State Attorney General | State of Arkansas Attorney General | oag@ArkansasAG.gov |
| State Attorney General | State of California Attorney General | bankruptcy@coag.gov |
| State Attorney General | State of Connecticut Attorney General | Attorney.General@ct.gov Denise.mondell@ct.gov |
| State Attorney General | State of Delaware Attorney General | Attorney.General@state.DE.US |
| State Attorney General | State of Hawaii Attorney General | hawaiiag@hawaii.gov |
| State Attorney General | State of Illinois Attorney General | webmaster@atg.state.il.us |
| State Attorney General | State of Louisiana Attorney General | ConsumerInfo@ag.state.la.us |
| State Attorney General | State of Maine Attorney General | oag.mediation@maine.gov |
| State Attorney General | State of Maryland Attorney General | oag@oag.state.md.us |
| State Attorney General | State of Massachusetts Attorney General | ago@state.ma.us |
| State Attorney General | State of Michigan Attorney General | miag@michigan.gov |
| State Attorney General | State of Missouri Attorney General | attorney.general@ago.mo.gov |
| State Attorney General | State of Montana Attorney General | contactdoj@mt.gov |
| State Attorney General | State of Nebraska Attorney General | ago.info.help@nebraska.gov |
| State Attorney General | State of New Hampshire Attorney General | attorneygeneral@doj.nh.gov |
| State Attorney General | State of New Jersey Attorney General | askconsumeraffairs@lps.state.nj.us |
| State Attorney General | State of New York Attorney General | Louis.Testa@ag.ny.gov |
| State Attorney General | State of North Carolina Attorney General | jsutton2@ncdoj.gov |
| State Attorney General | State of North Dakota Attorney General | ndag@nd.gov |
| State Attorney General | State of Oregon Attorney General | consumer.hotline@doj.state.or.us |
| State Attorney General | State of South Dakota Attorney General | consumerhelp@state.sd.us |
| State Attorney General | State of Tennessee Attorney General | reg.boards@tn.gov |
| Counsel to the State of Texas | State of Texas | paul.singer@oag.texas.gov |
| Counsel to the State of Texas | State of Texas | bk-robaldo@oag.texas.gov |
| State Attorney General | State of Texas Attorney General | public.information@oag.state.tx.us |
| State Attorney General | State of Utah Attorney General | uag@utah.gov |
| State Attorney General | State of Vermont Attorney General | ago.info@vermont.gov |
| State Attorney General | State of Virginia Attorney General | mailoag@oag.state.va.us |
| State Attorney General | State of Washington Attorney General | emailago@atg.wa.gov |
| State Attorney General | State of West Virginia Attorney General | Abby.G.Cunningham@wvago.gov |

Exhibit A
Master Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael | Stevens & Lee, P.C. | nfk@stevenslee.com<br>cp@stevenslee.com |
| Counsel to Certain Native American Tribes, Health Organizations, Municipalities and Unions | Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation | esserman@sbep-law.com<br>dapice@sbep-law.com |
| Proposed Conflicts Counsel to the Debtors and Debtors in Possession | Sullivan & Worcester LLP | jgleit@sullivanlaw.com<br>aweiss@sullivanlaw.com |
| Counsel to Sun Pharmaceutical Industries, Inc., Ranbaxy Pharmaceuticals Canada Inc., and Sun Pharmaceuticals Canada, Inc. | Sun Pharmaceutical Industries Inc. | Jenna.Pellecchia@sunpharma.com |
| Counsel to the Ad Hoc Committee of NAS Babies | Tarter Krinsky & Drogin LLP | smarkowitz@tarterkrinsky.com<br>rcavaliere@tarterkrinsky.com<br>mbrownstein@tarterkrinsky.com |
| Counsel to Peter W. Jackson | Temple University-Beasley School of Law | jlipson@temple.edu |
| State of Tennessee | Tennessee Attorney General's Office | Marvin.Clements@ag.tn.gov |
| Counsel to Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. | The Reporters Committee for Freedom of the Press | ktownsend@rcfp.org |
| Counsel to Thermo Fisher Scientific | Tucker Arensberg, P.C. | jblask@tuckerlaw.com |
| Counsel to United Food and Commercial Workers; Western Pennsylvania Electrical Employees Insurance Trust Fund; International Brotherhood of Electrical Workers Local 98 Health & Welfare Fund; Iron Workers District Council of Philadelphia and Vicinity, Benefit Fund; and International Union of Painters and Allied Trades, District Council No. 21 Welfare Fund | VSCP Law | gspizer@vscplaw.com |
| Counsel to the State of North Carolina | Waldrep LLP | twaldrep@waldrepllp.com<br>jlyday@waldrepllp.com<br>jlanik@waldrepllp.com |
| Counsel to the Ad Hoc Group of Individual Victims | White & Case LLP | cshore@whitecase.com<br>michele.meises@whitecase.com<br>alice.tsier@whitecase.com |
| Counsel to the Ad Hoc Group of Individual Victims | White & Case LLP | tlauria@whitecase.com<br>laura.femino@whitecase.com |
| Counsel to the State of Alabama | Wilk Auslander LLP | esnyder@wilkauslander.com |

**Exhibit B**

Exhibit A

Fee Application Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Committee | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley, Sara L. Brauner, & Edan Lisovicz | idizengoff@akingump.com; apreis@akingump.com; mhurley@akingump.com; sbrauner@akingump.com; elisovicz@akingump.com |
| Fee Examiner | Bielli & Klauder, LLC | Attn: David M. Klauder, Esq. | dklauder@bk-legal.com |
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* | Cole Schotz P.C. | Attn: Justin R. Alberto | jalberto@coleschotz.com |
| Counsel to the Debtors and Debtors in Possession | Davis Polk & Wardwell LLP | Attn: Christopher Robertson and Dylan Consla | christopher.robertson@davispolk.com; dylan.consla@davispolk.com |
| Office of The United States Trustee | Office of The United States Trustee | Attn: Paul K. Schwartzberg | paul.schwartzberg@usdoj.gov |
| Debtors | Purdue Pharma L.P. | Attn: Jon Lowne | Jon.Lowne@pharma.com |