UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
:     **Hearing Date: October 14, 2021**
:     **Hearing Time: 10:00 am**
In re                                                                  :
:     Chapter 11
:
PURDUE PHARMA L.P., *et al.*,                        :
:     Case No. 19-23649 (RDD)
                                            Debtors.   :
:     Jointly Administered
------------------------------------------------------- x

**AMENDED NOTICE OF HEARING ON (I) APPEALING STATES' MOTION FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 158(d)(2)(A) AND (II) THE STATE OF WASHINGTON'S EX PARTE MOTION FOR AN ORDER SHORTENING NOTICE AND SCHEDULING HEARING WITH RESPECT TO THE APPEALING STATES' MOTION FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 158(d)(2)(A)**

**PLEASE TAKE NOTICE** that upon (1) the motion of the States of Washington, Connecticut, Delaware, Maryland, Oregon, Rhode Island and Vermont and the District of Columbia (the "States") (ECF No. 3871), pursuant to Federal Rule of Bankruptcy Procedure 8007, for a certification of a direct appeal to the United States Court of Appeals for the Second Circuit under 28 U.S.C. § 158(d)(2)(A) of this Court's Order confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors ("Motion for Direct Certification"), and (2) The State of Washington's Ex Parte Motion For An Order Shortening Notice And Scheduling Hearing With Respect to the Motion for Direct Certification ("Motion to Shorten"), ECF No. 3872, a hearing will be held on **October 14, 2021 at 10:00 am**, or as soon thereafter as counsel may be heard ("Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 ("Bankruptcy Court"), or at such other time as the Bankruptcy Court may determine. A copy of an amended proposed order for the Motion to Shorten is attached hereto.

12111527.2 - 10/04/21

**PLEASE TAKE FURTHER NOTICE** that, due to the COVID-19 pandemic, such Hearing shall be conducted via Zoom® videoconference so long as General Order M-543, dated March 20, 2020 (Morris, C.J.) ("General Order M-543"), is in effect or unless otherwise ordered by the Bankruptcy Court. [A copy of General Order M-543 can be obtained by visiting http://www.nysb.uscourts.gov/news/court-operationsunder-exigent-circumstances-created-covid-19]. Parties wishing to appear at, or attend, a hearing conducted via Zoom® videoconference are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before such hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures entered on November 18, 2019 (ECF Doc. No. 498), so as to be filed and received no later than **October 13, 2021 at 12:00 p.m.** (prevailing Eastern Time) ("Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default; provided that

objecting parties shall attend the Hearing telephonically so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if no Objection is timely filed and served with respect to the Motion for Direct Certification, the States may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion for Direct Certification, which order may be entered without further notice or opportunity to be heard.

Dated: New York, New York
October 4, 2021

Respectfully submitted,

| | |
|---|---|
| KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. | ROBERT W. FERGUSON<br>Attorney General of the State of Washington |
| By:   /s/ Matthew J. Gold<br>     Matthew J. Gold<br>     Robert M. Tuchman | By:   /s/ Tad Robinson O'Neill<br>     Tad Robinson O'Neill |
| 500 Fifth Avenue<br>New York, New York 10110<br>Tel: (212) 986-6000<br>Fax: (212) 986-8866<br>E-mail:   mgold@kkwc.com<br>          rtuchman@kkwc.com | Assistant Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104<br>Tel: (206) 233-3383<br>Email: laura.clinton@atg.wa.gov |
| *Attorneys for the States of Washington and Oregon and the District of Columbia* | Tad Robinson O'Neill<br>Assistant Attorney General<br>Tel: (206) 254-0570<br>Email: tad.oneill@atg.wa.gov |
| | *Attorneys for the State of Washington* |

## CERTIFICATE OF SERVICE

I, Juliet Remi, hereby certify that, on October 4, 2021, I caused true and correct copies of the foregoing document to be served (i) by the Court's Case Management/Electronic Case File (CM/ECF) System to all parties who are deemed to have consented to electronic service; (ii) by email upon the parties who provided email addresses set forth in the Master Service List maintained by the Debtors in respect of these chapter 11 cases; and (iii) by email upon the Office of the United States Trustee for the Southern District of New York (Attn: Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

*/s/ Juliet Remi*
Juliet Remi