KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
Matthew J. Gold
Robert M. Tuchman
500 Fifth Avenue
New York, New York 10110
Tel:  (212) 986-6000

*Counsel to the State of Oregon*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| **In re:** | : | Chapter 11 |
|  | : | Case No. 19-23649 (RDD) |
| **PURDUE PHARMA L.P.,** *et al.,* | : | (Jointly Administered) |
|  | : |  |
| **Debtors.** | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**THE STATE OF OREGON'S STATEMENT OF THE ISSUES TO BE PRESENTED**
**AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

The State of Oregon (the "State") by and through its undersigned counsel, files this (a) Designation of Record on Appeal, and (b) Statement of the Issues To Be Presented, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, in connection with its appeal of (i) the Decision of Judge Drain confirming the Debtors' Joint Chapter 11 Plan of Reorganization (the "Plan"), issued orally on September 1, 2021 and modified by the Court's Modified Bench Ruling dated September 17, 2021, dkt. # 3786 (the "Decision"); and (ii) the Order dated September 17, 2021 confirming the Plan, dkt. # 3787 (the "Order").  The State has noticed its appeal of the Decision and Order (*see* dkt. # 3853).

| Bankr. ECF No.[1] | Document Description | Hearing Exhibit No. |
|---|---|---|
| 1 | Chapter 11 Petition |  |
| 654 | Notice of Filing of Report of the Special Committee |  |
| 1716 | Mediators' Report, dated September 23, 2020 | JX-1637 |
| 1833 | DOJ--Sackler Settlement with Addenda | JX-2096 |
| 2983 | Disclosure Statement for Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors | JX-0534 |
| 3256 | Objection of the United States Trustee to the Debtors' Sixth Amended Plan of Reorganization |  |
| 3268 | Statement of the United States Regarding the Shareholder Release |  |
| 3270 | Joint Objection of the State of Connecticut, the State of Maryland and the District of Columbia to the Debtors' Sixth Amended Plan of Reorganization |  |
| 3276 | Objection to Confirmation of the Debtors' Plan of Reorganization Filed by the State of Washington, the State of Oregon, and the Objecting States |  |
| 3280 | Joinder of the State of Delaware to Objection to Confirmation of the Debtors' Plan of Reorganization Filed by the State of Washington, the State of Oregon, and the Objecting States |  |

---

[1]    Documents cited herein were filed in the Chapter 11 case captioned *In re Purdue Pharma L.P., et al.,* Case No. 19-23649 (RDD) (Bankr. S.D.N.Y.)

| 3442 | The Mortimer D. Sackler Family's Response to Plan Objections and Statement in Support of Confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma, L.P. and its Affiliated Debtors | |
|---|---|---|
| 3773 | Trust Advance Order | |
| 3410 | Declaration of Richard A. Collura, dated August 5, 2021 | JX-3050 |
| 3411 | Declaration of Jesse DelConte, attaching Amended Expert Report of Jesse DelConte, dated August 5, 2021 | JX-3051 |
| 3416 | Declaration of Garrett Lynam, dated August 5, 2021 | JX-3032 |
| 3417 | Declaration of Stephen A. Ives, dated August 5, 2021 | JX-3033 |
| 3418 | Declaration of David Sackler, dated August 5, 2021 | JX-3034 |
| 3420 | Declaration of Maureen M. Chakraborty, dated August 4, 2021 | JX-3055 |
| 3422 | Declaration of Timothy J. Martin, dated August 4, 2021 | JX-3057 |
| 3424 | Declaration of Mark F. Rule, CFA,, dated August 5, 2021 | JX-3058 |
| 3428 | Declaration of David W. DeRamus, PHD, dated August 5, 2021 | JX-3059 |
| 3433 | Declaration of John S. Dubel, dated August 5, 2021 | JX-3037 |
| 3446 | Declaration of John M. Guard In Support of Ad Hoc Committee's Reply to Plan Objections and In Support of Plan Confirmation, dated August 5, 2021 | JX-3041 |
| 3447 | Declaration of Jayne Conroy In Support of Ad Hoc Committee's Reply to Plan Objections and In Support of Plan Confirmation, dated August 3, 2021 | JX-3042 |
| 3448 | Declaration of Timothy J. Martin, dated August 5, 2021 | JX-3092 |
| 3451 | Declaration of Jonathan Greville White, dated August 5, 2021 | JX-3093 |
| 3452 | Declaration of Alexa M. Saunders, dated August 5, 2021 | JX-3094 |
| 3460 | Declaration of Michael Atkinson, dated August 5, 2021 | JX-3045 |
| 3469 | Expert Report of William Hrycay | JX-0483 |
| 3556 | Declaration of Charles Cowan, Ph.D., dated August 5, 2021 | JX-3269 |
| 3456 | Declaration of Jesse DelConte, dated August 5, 2021 | JX-3034 |
| 3438 | Statement of the Raymond Sackler Family in Support of Confirmation of Debtors' Sixth Amended Plan | |
| 3442 | The Mortimer D. Sackler Family's Response to Plan Objections and Statement in Support of Confirmation of the Sixth Amended Joint Chapter 11 Plan | |
| 3484 | Debtors' Motion for Entry of an Order Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and TopCo | |
| 3485 | Debtors' Ex Parte Motion for Entry of an Order Shortening Notice | |
| 3493 | Objecting States' Objection to Ex Parte Motion for Entry of an Order Shortening Notice | |
| 3552 | Notice of Filing of [Debtors' Proposed] Findings of Fact, Conclusions of Law, and Order Confirming the Seventh Amended Plan | |
| 3564 | Transcript of hearing held on August 12, 2021 regarding, *inter alia*, confirmation of Debtors' Plan of Reorganization | |
| 3581 | Transcript of hearing held on August 16, 2021 regarding, *inter alia*, confirmation of Debtors' Plan of Reorganization | |
| 3594 | Limited Objection to Objection to Confirmation of the Debtors' Plan of Reorganization Filed by the States of Washington, California, Connecticut, Delaware, Maryland, Oregon, Rhode Island and Vermont and the District of Columbia | |
| 3599 | Transcript of hearing held on August 17, 2021 regarding, *inter alia*, confirmation of Debtors' Plan of Reorganization | |
| 3602 | Transcript of hearing held on August 13, 2021 regarding, *inter alia*, confirmation of Debtors' Plan of Reorganization | |
| 3614 | Amended transcript of hearing held on August 18, 2021 regarding, *inter alia*, confirmation of Debtors' Plan of Reorganization | |
| 3636 | Supplemental Objection of United States Trustee to Debtors' Eighth Amended Plan of Reorganization | |
| 3638 | Transcript of hearing held on August 19, 2021 regarding, *inter alia*, confirmation of Debtors' Plan of Reorganization | |

| 3640 | Corporate Monthly Operating Report | |
| 3659 | Transcript of hearing held on August 23, 2021 regarding, *inter alia*, confirmation of Debtors' Plan of Reorganization | |
| 3684 | Transcript of hearing held on August 25, 2021 regarding, *inter alia*, confirmation of Debtors' Plan of Reorganization | |
| 3695 | Transcript of hearing held on August 27, 2021 regarding, *inter alia*, confirmation of Debtors' Plan of Reorganization | |
| 3626 | Debtor's Reply to Limited Objection of the States of Washington, California, Connecticut, Delaware, Maryland, Oregon, Rhode Island and Vermont and the District of Columbia | |
| 3710 | Supplemental Objection of United States Trustee to Debtors' Eleventh Amended Plan of Reorganization | |
| 3711 | Notice of Filing of Seventeenth Plan Supplement | |
| 3726 | Twelfth Amended Joint Chapter 11 Plan of Reorganization | |
| 3731 | Transcript of hearing held on September 1, 2021 regarding, *inter alia,* Bench Ruling | |
| 3786 | Modified Bench Ruling dated September 17, 2021 | |
| 3787 | Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors | |
| 3778 | The United States Trustee's Motion for Stay Pending Appeal | |
| 3789 | Motion of the States of Washington and Connecticut for a Stay Pending Appeal | |
| 3724 | Notice of Appeal (State of Washington) | |
| 3725 | Notice of Appeal (District of Columbia) | |
| 3774 | Notice of Appeal (Certain Canadian Municipalities) | |
| 3775 | Notice of Appeal (Certain Canadian First Nations and Metis People et al.) | |
| 3776 | Notice of Appeal (United States Trustee) | |
| 3780 | Notice of Appeal (State of Maryland) | |
| 3784 | Notice of Appeal (State of Connecticut) | |
| 3799 | Amended Notice of Appeal (United States Trustee) | |
| 3812 | Amended Notice of Appeal (State of Washington) | |
| 3813 | Notice of Appeal (State of California) | |
| 3818 | Amended Notice of Appeal (State of Connecticut) | |
| 3832 | Notice of Appeal (State of Rhode Island) | |
| 3839 | Amended Notice of Appeal (State of Maryland) | |
| 3849 | Notice of Appeal (State of Vermont) | |
| 3851 | Notice of Appeal (State of Delaware) | |
| 3853 | Notice of Appeal (State of Oregon) | |

| Adv. ECF No.[2] | Document Description | Hearing Exhibit No. |
|---|---|---|
| 1 | Complaint for Injunctive Relief | |
| 2 | Motion for Preliminary Injunction filed by the Debtors | |
| 3 | Memorandum of Law in Support of Motion for Preliminary Injunction | |
| 4 | Declaration of Benjamin S. Kaminetzky in Support of Motion for Preliminary Injunction | |
| 5 | Declaration of Jesse DelConte in Support of Motion for Preliminary Injunction | |
| 6 | Declaration of Jamie O'Connell in Support of Motion for Preliminary Injunction | |
| 37 | Opposition to Motion for Preliminary Injunction filed by Multi-State Governmental Entities Group | |
| 38 | Washington's Opposition to Motion for Preliminary Injunction | |
| 40 | Declaration of Laura K. Clinton in Support of Washington's | |

---

[2]      Documents cited herein were filed in the adversary proceeding captioned *Purdue Pharma L.P. v. Commonwealth of Massachusetts, et al.*, Adv. Case No. 19-08289 (RDD) (Bankr. S.D.N.Y.)

Page 3

|    |    |    |
|----|----|----|
|    | Opposition to Purdue's Motion for Preliminary Injunction, with Exhibits |    |
| 59 | Omnibus Reply Brief filed by the Debtors |    |
| 60 | Supplemental Declaration of Benjamin S. Kaminetzky in Support of Motion for Preliminary Injunction |    |
| 61 | Declaration of Hayden A. Coleman in Support of Motion for Preliminary Injunction |    |
| 63 | Statement of Raymond Sackler Family in Support of Motion for Preliminary Injunction |    |
| 82 | Order Granting, in Part, Motion for Preliminary Injunction |    |
| 87 | Transcript of October 11, 2019 Hearing |    |
| 105 | Sackler Action Injunction, dated November 6, 2019 |    |
| 287 | Twenty-First Amended Order Granting Motion for a Preliminary Injunction |    |

| Hearing Exhibit No. | Document Description |
|---------------------|----------------------|
| JX-2458 | Purdue Pharma L.P. Issues Statement on Opioid Promotion |
| JX-1688 | Board of Directors meeting agenda dated January 30, 2018 |
| JX-1689 | Board of Directors meeting agenda dated March 8, 2018 |
| JX-3273 | Email from Richard Sackler to Peter Boer, PPLP UCC 9002378586 |
| JX-3274 | Email from Richard Sackler to Craig Landau, PWG004493361 |
| JX-3275 | Transcript of September 23, 2020 – September 24, 2020 Deposition of Theresa Sackler |
| JX-3276 | Email from Jonathan Sackler to Raymond Sackler et al., PWG004483596 |
| JX-1718 | Email from Ilene Sackler Lefcourt to Mortimer Sackler |
| JX-1674 | Email from Russell Gasdia Email dated October 28, 2013 |
| JX-3277 | Email from Mortimer D.A. Sackler to Richard Sackler, PPLPUCC9002451449 |
| JX-3278 | Mortimer D. Sackler ("MDS") Family Charter, PPLPUCC00718353 |
| JX-3279 | 2012 MDS Family Council Meeting Schedule, PPLPUCC002451751 |
| JX-3280 | Email from Geraldine McNaney to Mortimer Sackler et al., PPLPUCC002937188 |
| JX-3281 | 2014 MDS Family Council Meeting Schedule, PPLPUCC9002636907 |
| JX-3282 | Email from Mortimer Sackler Jr. to Mortimer Sackler, PPLPUCC000724271 |
| JX-3283 | Email from Kathe Sackler to John Stewart, PWG004448824 |
| JX-3132 | Email from Kathe Sackler |
| JX-3138 | Email from Mike Innaurato |
| JX-3207 | Email from John Stewart |
| JX-1222 | PPI Amendments to By-Laws dated April 18, 2018 |
| JX-1803 | Third Amended Ltd. Partnership Agreement (PPLP) |
| JX-2011 | PPI Board Minutes dated November 19, 2004 |
| JX-1254 | Purdue Frederick Executive Protection Policy for the period from November 15, 2003 to November 15, 2004 |
| JX-1255 | Purdue Frederick Excess Policy for the period from November 15, 2003 to November 15, 2004 |
| JX-1305 | Purdue Pharma L.P. D&O Policy for the period from December 12, 2016 to December 12, 2017 |
| JX-1306 | Purdue Pharma L.P. Excess D&O Policy for the period from December 12, 2016 to December 12, 2017 |
| JX-1307 | Purdue Pharma L.P. Excess D&O Policy for the period from December 12, 2016 to December 12, 2017 |
| JX-1309 | Purdue Pharma L.P. Excess D&O Policy for the period from December 12, 2016 to December 12, 2017 |
| JX-1310 | Purdue Pharma L.P. Excess Indemnity Policy for the period from December 12, 2016 to December 12, 2017 |
| JX-1311 | Purdue Pharma L.P. Excess Liability Policy for the period from December 12, 2016 to December 12, 2017 |
| JX-1312 | Classic A-Side Management Liability Policy for the period from |

Page 4

| | |
|---|---|
| | December 12, 2016 to December 12, 2017 |
| JX-2237 | Email from David Sackler dated May 17, 2007 |
| JX-3284 | Email from Kathe Sackler to Mortimer Sackler, PPLPUCC001658754 |
| JX-1727 | Transcript of April 1, 2019 Deposition of Kathe Sackler |
| JX-3298 | Transcript of September 18, 2020 Deposition of Ilene Sackler Lefcourt |
| JX-0408 | Exhibit D to the Expert Report of Timothy J. Martin on behalf of The Mortimer-Side Initial Covered Sackler Persons, dated June 15, 2021 – Debevoise & Plimpton Mortimer-side Net Asset Presentation, dated January 15, 2020 |
| JX-0192 | Purdue Pharma, Inc., Minutes of a Meeting of the Board of Directors, dated February 24, 2021 |
| JX-2241 | F.P. Boer Email with Attachment |
| JX-0872 | Purdue Pharmaceuticals L.P. Amended and Restated Limited Partnership Agreement, dated as of June 20, 2019 |
| JX-1782 | Quarterly Board of Directors Report dated April 21, 2020 |
| JX-1790 | Quarterly Board of Directors Report dated July 27, 2012 |
| JX-1783 | Letter from the Department of Health & Human Services to Bert Weinstein dated January 28, 2011 |
| JX-1787 | Letter from the Department of Health & Human Services to Bert Weinstein dated March 8, 2012 |
| JX-1791 | Letter from the Department of Health & Human Services to Bert Weinstein dated January 24, 2013 |
| JX-1823 | Report to the Board of Directors, dated April 5, 2006 |
| JX-1824 | Corporate Compliance 2006 Year-End Report to the Board of Directors, dated November, 2006 |
| JX-1826 | Corporate Compliance Quarterly Report, dated April 24, 2007 |
| JX-1827 | Report to Board of Directors, dated August 6, 2007 |
| JX-1828 | Corporate Compliance Quarterly Report, dated February 8, 2008 |
| JX-1829 | Corporate Compliance Quarterly Report, dated May 16, 2008 |
| JX-1789 | Report to Board of Directors, dated July 19, 2012 |
| JX-1832 | Quarterly Ethics and Compliance Report to Board of Directors dated March 9, 2016 |
| JX-1800 | Ethics and Compliance Quarterly Report to the Board of Directors, dated August 25, 2016 |
| JX-1833 | Ethics and Compliance Quarterly Report to the Board of Directors, dated August 25, 2016 |
| JX-1801 | Quarterly Ethics and Compliance Report to Board of Directors, dated December 1, 2016 |
| JX-1834 | Board Meeting: Ethics and Compliance – Confidential Presentation, dated March, 2017 |
| JX-1835 | Board of Directors Presentation: Ethics & Compliance Update, dated December, 2017 |
| JX-1863 | SOP Identifying Possible Diversion |
| JX-1864 | SOP Indicators of Possible Diversion |
| JX-1870 | SOP Routing of Reports of Concern |
| JX-1871 | SOP for Implementing the Abuse and Diversion Detection Program (ADD) |
| JX-1877 | SOP for Retention of HCP as Consultants, Advisors, and Speakers |
| JX-1878 | SOP for Material Review |
| JX-2017 | Decision, dated April 18, 2008 |
| JX-2040 | Decision, dated August 23, 2016 |
| JX-2050 | Quarterly Report to the Board, dated October 15, 2008 |
| JX-2051 | Quarterly Report to the Board, dated October 15, 2008 |
| JX-2052 | Quarterly Report to the Board, dated April 16, 2009 |
| JX- 2053 | Quarterly Report to the Board, dated July 30, 2009 |
| JX-2058 | Quarterly Report to the Board, dated October 25, 2010 |
| JX-2059 | Quarterly Report to the Board, dated January 24, 2011 |
| JX-2060 | Quarterly Report to the Board, dated November 9, 2011 |
| JX-2065 | Quarterly Report to the Board, dated January 28, 2013 |
| JX-2068 | Quarterly Report to the Board, dated February 4, 2014 |

12111591.1 - 10/04/21

| JX-2229 | Email from Richard Sacker |
|---|---|
| JX-2233 | Email from David Sackler |
| JX-2234 | Email from Richard Sackler |
| JX-2239 | Email from Jonathan Sackler |
| JX-2241 | F.P. Boer Email with Attachment |
| JX-2252 | Email from E. Mahony to RSS re Card program |
| JX-2304 | Email from J. Stewart to RS re Butrans Weekly Report for the week ending April 15th |
| JX-2307 | Email from Bert Weinstein |
| JX-2231 | Email from Russell Gasdia |
| JX-2417 | Email from David Sackler |
| JX-2423 | Email from Theresa Sackler |
| JX-2484 | Email from Russell Gasdia |
| JX-2658 | Corporate Compliance Quarterly Report to Board of Directors, dated May 8, 2009 |
| JX-2660 | Corporate Compliance Quarterly Report to Board of Directors, dated October 19, 2009 |
| JX-2662 | Corporate Compliance Quarterly Report to Board of Directors, dated May 6, 2010 |
| JX-2667 | Corporate Compliance Quarterly Report to Board of Directors, dated July 21, 2011 |
| JX-2670 | Compliance Report to Board of Directors, dated April 27, 2012 |
| JX-2676 | Quarterly Compliance Report to the Board of Directors, dated January 16, 2014 |
| JX-2693 | Quarterly Report to the Board, dated May 13, 2013 |
| JX-1895 | Crim. Information Att. B (Agreed Statement of Facts), US v. PFC, 07-cr-29, ECF No. 5-2 (W.D.Va.) |
| JX-1897 | Crim. Information Att. D (Civil Sett.), US v. PFC, 07-cr-29, ECF No. 5-4 (W.D.Va.) |
| JX-0840 | Second Amended Complaint, *State of Connecticut v. Purdue Pharma L.P.*, no. X07 HHD-CV-19-6105325-S (Connecticut Superior Ct., Hartford Complex Lit. Dkt. July 1, 2019) |
| JX-0946 | Unredacted Complaint For Injunctive and Other Relief, *District of Columbia v. Purdue Pharma L.P.*, Civil Action no. 2019 CA 003680 B (DC Superior Ct., Civil Div. June 3, 2019) |
| JX-0945 | First Amended Complaint, *State of Delaware* v. *Purdue Pharma L.P.*, C.A. No. N18C-01-223 MMJ CCLD (Del. Superior Ct. April 26, 2019) |
| JX-1646 | Complaint, *State of Delaware v. Richard Sackler*, Case no. N19C-09-062 MMJ CCLD (Del. Superior Ct. Sept. 9, 2019) |
| JX-0783 | Complaint, *State of Oregon v. Richard Sackler*, Case no.19CV44161 (Ore. Cir. Ct., Multnomah Cty. October 10, 2019) |
| JX-1647 | Complaint, *State of Oregon v. Richard Sackler*, Case no.19CV22185 (Ore. Cir. Ct., Multnomah Cty. May 16, 2019) |
| JX-0943 | Complaint, *State of Oregon* v. *Purdue Pharma L.P.*, Case no. (Ore. Cir. Ct., Multnomah Cty. November 13, 2018) |
| JX-2214 | Complaint, *State of Rhode Island v. Richard Sackler*, Case no. PC 2019-9399 (R. I. Superior Ct. Providence Sept. 19, 2019) |
| JX-1648 | Exh. A. Amended Complaint, *State of Rhode Island v. Purdue Pharma L.P.*, Case no. PC 2018-4555 (R. I. Superior Ct. Providence Feb. 25, 2019) [Confidential – Subject to Protective Order] |
| JX-0948 | Complaint, *State of Vermont v. Purdue Pharma L.P.*, Case no. 757-9-18 (VT Superior Ct. Chittenden Unit, Oct. 31, 2018) |
| JX-1649 | Complaint, *State of Vermont v. Richard Sackler*, Case no. Case No. 469-5-19 Cncv (VT Superior Ct. Chittenden Unit, May 21, 2019) |
| JX-0944 | First Amended Complaint for Injunctive and Other Relief, *State of Washington v. Purdue Pharma, L.P.*, Case no. 17-2-25505-0 SEA (dkt. #79) (Wash. Superior Ct., King Cty., May 4, 2018) |
| JX-2709 | All exhibits attached to *The Ad Hoc Group of Non-Consenting States' Statement in Support of The Official Committee of Unsecured Creditors' Motions to Compel Production of Purportedly Privileged Documents or For* In Camera Review [docket 2012] |

| JX-2917 | Exhibit A - Declaration of Gillian Feiner |
| JX-2918 | Exhibit B - Email from Rob Rosiello, MCK-MAAG-0119373, attaching letters from Bob Rappaport, Director, Division of Anesthesia, Analgesia and Rheumatology Products, Office of Drug Evaluation II, CDER, MCK-MAAG-0119375 and MCK-MAAG-0119381. |
| JX-2919 | Exhibit C - Email from Maria Gordian, MCK-MAAG-0117875. |
| JX-2920 | Exhibit D - Email from Rob Rosiello, MCK-MAAG-0118819. |
| JX-2921 | Exhibit E - Email from Loren Griffith, MCK-MAAG-0128552, and attachment, MCK-MAAG-0128553. |
| JX-2922 | Exhibit F - FDA Advisory Committee on Reformulated OxyContin: Question & Answer Book, MCK-MAAG-0152135 (excerpted; includes slides 0,1, 2, 11, and 12 of slide deck numbered 0-121). |
| JX-2923 | Exhibit G - Email from Jonathan Cain, MCK-MAAG-1071727. |
| JX-2924 | Exhibit H - Email from William Mallin, MCK-MAAG-1072780. |
| JX-2925 | Exhibit I - Email from Jonathan Cain, MCK-MAAG-0201523. |
| JX-2926 | Exhibit J - Memo from Maria Gordian, MCK-MAAG-0118669. |
| JX-2927 | Exhibit K - Email from Ed Mahony to the Board, MCK-MAAG-0117520, attaching June 2013 Financial Statement Cover Memo at MCK-MAAG-0117521. |
| JX-2928 | Exhibit L - Email from Arnab Ghatak, MCK-MAAG-0112710 (attaching slides titled "IdentifyingOxyContin Growth Opportunities"). |
| JX-2929 | Exhibit M - Email from Russell Gasdia, MCK-MAAG-0119733. |
| JX-2930 | Exhibit N - Email from David Lundie, MCK-MAAG-0117328. |
| JX-2931 | Exhibit O - Email from Arnab Ghatak, MCK-MAAG-0112331. |
| JX-2932 | Exhibit P - Email from John Goldie, MCK-MAAG-0119088. |
| JX-2933 | Exhibit Q - Email from Anna Draganova, MCK-MAAG-1001200, and attachment, MCK-MAAG-1001201. |
| JX-2934 | Exhibit R - Email from Christen Tingley, MCK-MAAG-0201384, and attachment, MCK-MAAG-0201388 (excerpted; includes slides 1-41). |
| JX-2935 | Exhibit S - Email from Amir Golan, MCK-MAAG-0089955. |
| JX-2936 | Exhibit T - Email from Martin Elling, MCK-MAAG-1056712. |
| JX-1650 | *Consolidated Proof of Claim of States, Territories and Other Governmental Entities*, Claim No. 150563, including all of the complaints listed on schedule 10 thereof |
| JX-1651 | Exhibit B to *Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving Settlements Between the Debtors and the United States* [docket 1828] |
| JX-1652 | Exhibit C to *Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving Settlements Between the Debtors and the United States* [docket 1828] |
| JX-2613 | Information, *United States v. Practice Fusion, Inc.*, 2:20-cr-11-1 (D. Vt. Jan. 27, 2020) (docket 1). |
| JX-2614 | Deferred Prosecution Agreement, *United States v. Practice Fusion, Inc.*, 2:20-cr-11-1 (D. Vt. Jan. 27, 2020) (docket 2) |
| JX-2615 | Schedule of Exhibits to Deferred Prosecution Agreement, *United States v. Practice Fusion, Inc.*, 2:20-cr-11-1 (D. Vt. Jan. 27, 2020) (docket 2-1) |
| JX-2616 | Exhibit A to Deferred Prosecution Agreement, *United States v. Practice Fusion, Inc.*, 2:20-cr-11-1 (D. Vt. Jan. 27, 2020) (docket 2-2) |
| JX-2617 | Exhibit B to Deferred Prosecution Agreement, *United States v. Practice Fusion, Inc.*, 2:20-cr-11-1 (D. Vt. Jan. 27, 2020) (docket 2-3) |
| JX-2618 | Exhibit C to Deferred Prosecution Agreement, *United States v. Practice Fusion, Inc.*, 2:20-cr-11-1 (D. Vt. Jan. 27, 2020) (docket 2-4) |
| JX-2619 | Exhibit D to Deferred Prosecution Agreement, *United States v. Practice Fusion, Inc.*, 2:20-cr-11-1 (D. Vt. Jan. 27, 2020) (docket 2-5) |
| JX-2620 | Exhibit E to Deferred Prosecution Agreement, *United States v. Practice Fusion, Inc.*, 2:20-cr-11-1 (D. Vt. Jan. 27, 2020) (docket 2-6) |
| JX-2621 | Exhibit F to Deferred Prosecution Agreement, *United States v. Practice Fusion, Inc.*, 2:20-cr-11-1 (D. Vt. Jan. 27, 2020) (docket 2-7) |
| JX-2622 | Exhibit G to Deferred Prosecution Agreement, *United States v. Practice Fusion, Inc.*, 2:20-cr-11-1 (D. Vt. Jan. 27, 2020) (docket 2-8) |
| JX-2623 | Complaint, *State of Washington v. McKinsey & Co.*, Case no. 21-2- |

| | |
|---|---|
| | 01540-5 SEA (Wash. Superior Ct., King Cty. Feb. 4, 2021) (docket 1) |
| JX-2624 | Final Stipulated Consent Judgment, *State of Washington v. McKinsey & Co.*, Case no. 21-2-01540-5 SEA (Wash. Superior Ct., King Cty. Feb. 4, 2021) (docket 4). |
| JX-1655 | Statement of United States Attorney John Brownlee on the Guilty Plea of the Purdue Fredrick Company and its Executives for Illegally Misbranding Oxycontin, (May 10, 2007) |
| JX-1656 | Stipulated General Judgment, *State of Oregon ex rel Hardy Myers v. Purdue Pharma L.P.*, case no. 07c14241 (Oregon Cir. Ct., Marion Cty., May 8, 2007) |
| JX-1657 | Stipulated General Judgment, *State of Connecticut v. Purdue Pharma, Inc.*, Docket No. CW074029935 (Connecticut Superior Ct., Hartford Dist., May 8, 2007) |
| JX-1658 | *Commonwealth of Massachusetts v. Purdue Pharma LP*, No. 1884-CV-01808, 36 Mass. L. Rptr. 111, (Mass. Sup. Ct. Oct. 8, 2019) |
| JX-1659 | Decision, *State of Rhode Island v. Purdue Pharma, L.P.*, C.A. No. PC-2018-4555 (R. I. Superior Ct. Providence August 16, 2019) |
| JX-1660 | Confidential Memorandum from Peter Boer to Jon Sackler, Re: Sale of Pharmaceutical Interests, dated July 24, 2007, PPLPUCC9000491386 [Highly Confidential – Subject to Protective Order] |
| JX-0497 | Purdue Pharma Liability Analysis, J. Horewitz (June 24, 2021) |
| JX-0498 | Exhibit 1 to Expert Report of J. Horewitz – Jessica B. Horewitz, PhD Curriculum Vitae |
| Exhibits to *Declaration of Arik Preis Dated November 18, 2020* [docket 2318] | |
| JX-2937 | **Exhibit 125** July 27, 2011 email from Cecil Pickett forwarding a Stuart Baker email with attachment titled "Proposed 2012 Calendar of Meetings and Board Calls," produced to the UCC under the Bates numbers PPLPUCC9002657293-94 |
| JX-2938 | **Exhibit 132** email from David Lundie to John Donovan, dated February 8, 2012, produced to the UCC under the Bates number PPLPC036000177151 |
| JX-2939 | **Exhibit 133** September 2010 email chain produced to the UCC under the Bates number PPLPUCC002449097 |
| JX-2940 | **Exhibit 134** email from Michael Friedman dated March 5, 2006, produced to the UCC under the Bates number PPLPUCC002603602 |
| JX-2941 | **Exhibit 135** February 15, 2011 email from Jonathan Sackler attaching Purdue board and management discussion materials, produced to the UCC under the Bates number PPLPUCC9003800123 |
| JX-2942 | **Exhibit 136** excerpts from the minutes of a March 4, 2003 meeting of the board of directors of Purdue Pharma Inc., produced to the UCC under the Bates number PPLPUCC500647319 |
| JX-2943 | **Exhibit 137** May 5, 2017 email from Craig Landau attaching a Purdue diagnostic and forward plan, produced to the UCC under the Bates number PWG004670879 |
| JX-2944 | **Exhibit 138** February 2007 email chain produced to the UCC under the Bates number PPLPC061000013858 |
| JX-2945 | **Exhibit 139** March 2008 email chain produced to the UCC under the Bates number PPLPC012000174476 |
| JX-2946 | **Exhibit 141** November 2013 email chain produced to the UCC under the Bates number SideA00429689 |
| JX-2947 | **Exhibit 142** June 2015 email chain produced to the UCC under the Bates number PPLPUCC9004448656 |
| JX-2948 | **Exhibit 143** excerpts from a February 11, 2010 letter from Amy D'Agostino to Cecil Pickett attaching executed Director Agreements, produced to the UCC under the Bates number CP0000001 |
| JX-2949 | **Exhibit 144** Executive Committee Meeting Notes & Actions, dated September 21, 2011, produced to the UCC under the Bates number RSF_OLK00035017 |
| JX-2950 | **Exhibit 145** April 2012 email chain, produced to the UCC under the Bates number PPLPC012000372585 |
| JX-2951 | **Exhibit 146** September 11, 2013 memorandum from McKinsey to |

| | John Stewart and Russ Gasdia, produced to the UCC under the Bates number PPLPC012000441614 |
|---|---|
| JX-2952 | **Exhibit 147**   August 15, 2013 email from Richard Sackler, produced to the UCC under the Bates number PPLPUCC9002391802 |
| JX-2961 | **Exhibit 148**   email from Stuart Baker dated August 21, 2013, produced to the UCC under the Bates number PPLPC045000016165 |
| JX-2967 | **Exhibit 149**   April 6, 2014 email from Edward Mahony, produced to the UCC under the Bates number PPLPC012000471641 |
| JX-2977 | **Exhibit 150**   excerpts from a presentation titled: Changes in prescriptions of OxyContin and OPANA ER after introduction of tamper resistant formulations among potentially problematic and comparator prescribers, produced to the UCC under the Bates number PPLPC019000826509 |
| JX-2986 | **Exhibit 151**   May 21, 2007 email and attached May 2007 calendar printout, produced to the UCC under the Bates numbers PPLPUCC001531749-50 |
| JX-2993 | **Exhibit 152**   excerpts from an August 2013 email from Donna Condon attaching an August 8, 2013 memorandum from McKinsey to John Stewart and Russ Gasdia, produced to the UCC under the Bates number MDSF00986947 |
| JX-2994 | **Exhibit 153**   June 2014 email chain, produced to the UCC under the Bates number PPLPC045000017003 |
| JX-2995 | **Exhibit 154**   excerpts from a Purdue OxyContin Annual Marketing Plan, dated October 6, 2013, produced to the UCC under the Bates number PAK000062549 |
| JX-2996 | **Exhibit 155**   excerpts from an August 15, 2013 Purdue board meeting agenda and attached August 8, 2013 memorandum from McKinsey produced to the UCC under the Bates number PPLP004409890 |
| JX-2997 | **Exhibit 156**   October 8, 2011 Google news alert, produced to the UCC under the Bates number RSF00683542 |
| JX-2998 | **Exhibit 157**   November 1, 2013 Google news alert, produced to the UCC under the Bates number RSF_OLK00008429 |
| JX-2999 | **Exhibit 158**   April 18, 2015 Google news alert, produced to the UCC under the Bates number MDSF00514742 |
| JX-3000 | **Exhibit 159**   July 2016 email chain, produced to the UCC under the Bates number PWG004484978. |
| JX-3001 | **Exhibit 160**   January-February 2008 email chain, produced to the UCC under the Bates number SideA00391976 |
| JX-3002 | **Exhibit 161**   February 2008 email chain, produced to the UCC under the Bates number PPLPC042000011810 |
| JX-3003 | **Exhibit 162**   October 2014 email chain, produced to the UCC under the Bates number PPLPUCC000335135 |
| JX-3004 | **Exhibit 163**   document titled "CEO Considerations," produced to the UCC under the Bates number PPLPUCC001662356 |
| JX-3005 | **Exhibit 164**   excerpts from a Dec. 6, 2019 "Presentation of Defenses ('Side A')," which was provided to the UCC by counsel for Side A |
| JX-3006 | **Exhibit 165**   excerpts from an October 8, 2010 Purdue news summary, produced to the UCC under the Bates number PPLPC061000060749 |
| JX-3007 | **Exhibit 166**   April 2012 email chain, produced to the UCC under the Bates number MARSH-PURDUE-001112 |
| JX-3008 | **Exhibit 167**   May 11, 2012 email and attached presentation and timeline, produced to the UCC under the Bates number MARSH-PURDUE-001768 |
| JX-3009 | **Exhibit 168**   May 2012 email chain, produced to the UCC under the Bates number MARSH-PURDUE-001777 |
| JX-3010 | **Exhibit 171**   excerpts from a February 29, 2012 Purdue news summary, produced to the UCC under the Bates number IACS_ESI_0000490680 |
| JX-3011 | **Exhibit 174**   document titled "Proposal Regarding Board Practices," produced to the UCC under the Bates number MSF00144650 |
| JX-3012 | **Exhibit 175**   July 16, 2017 email from Mortimer Sackler produced to |

| | the UCC under the Bates number SideA00229177 |
|---|---|
| JX-3013 | **Exhibit 176**   March 10, 2008 email from Richard Sackler produced to the UCC under the Bates number PPLPC023000164605 |
| JX-3014 | **Exhibit 177**   April-May 2011 email chain produced to the UCC under the Bates number PPLPUCC9000363533 |
| JX-3015 | **Exhibit 178**   *Purdue's Written Responses to 30(b)(6) Topics*, served in connection with *In re: National Prescription Opiate Litigation*, MDL No. 2804, in the United States District Court, Northern District of Ohio, produced to the UCC under the Bates number POK003735973 |
| JX-3016 | **Exhibit 179**   June 18, 2014 Purdue news summary, produced to the UCC under the Bates number POK003746339 |
| JX-3017 | **Exhibit 180**   April 12, 2012 OxyContin Market Events presentation, produced to the UCC under the Bates number PPLPC012000372437 |
| JX-2953 | **Exhibit 182**   Purdue plea agreement with the United States dated October 20, 2020 and filed in these proceedings at EFC No. 1828-2 |
| JX-2954 | **Exhibit 183**   excerpts from a notification of patent decision in *In re Oxycotin Antitrust Litig.*, No. 1:06-cv-13095-SHS (S.D.N.Y. Jan. 7, 2008), produced to the UCC under the Bates number PURCHI-000834581 |
| JX-2955 | **Exhibit 185**   excerpts from the audited combined financial statements of Purdue for years ended December 31, 2007 and 2006, produced to the UCC under the Bates number PPLPUCC500056846 |
| JX-2956 | **Exhibit 186**   May 1999 email chain, produced to the UCC under the Bates number PPLPUCC000004987 |
| JX-2957 | **Exhibit 187**   March 2007 email chain, produced to the UCC under the Bates number PPLPUCC004057767 |
| JX-2958 | **Exhibit 188a**   privilege slip sheet, produced to the UCC under the Bates number PPLPC051000035807, and is identified in metadata as the parent document of PPLPC051000035808 (Ex. 188b to this Declaration) |
| JX-2959 | **Exhibit 188b**   2006 Comment published in Northwestern University Law Review titled: "West Virginia's Painful Settlement: How the OxyContin Phenomenon and Unconventional Theories of Tort Liability May Make Pharmaceutical Companies Liable for Black Markets," produced to the UCC under the Bates number PPLPC051000035808 |
| JX-2960 | **Exhibit 189**   Purdue News Summary circulated on June 20, 2014, produced to the UCC under the Bates number PAZ000115626 |
| JX-2962 | **Exhibit 190**   June 2014 email chain, produced to the UCC under the Bates number PPLPC045000017003 |
| JX-2963 | **Exhibit 191**   excerpts from the audited combined financial statements of Purdue for years ended December 31, 2008 and 2007, produced to the UCC under the Bates number PPLPUCC500056885 |
| JX-2964 | **Exhibit 192**   May 2012 email chain, produced to the UCC under the Bates number MARSH-PURDUE-001863 |
| JX-2965 | **Exhibit 194**   May 2012 email chain, produced to the UCC under the Bates number MARSH-PURDUE-001804 |
| JX-2966 | **Exhibit 195**   excerpts from a privilege log dated March 5, 2019, produced by the Debtors in connection with MDL litigation, and provided to the UCC in connection with these proceedings |
| JX-2967 | **Exhibit 199**   State Settlement Agreement and Release dated July 17, 2007, and entered into by the State of Washington and The Purdue Frederick Company, Inc. and Purdue Pharma L.P., produced to the UCC under the Bates number PPLPC030000403213 |
| JX-22968 | **Exhibit 200**   online curriculum vitae of Norton Rose Fulbright attorney Donald Strauber, which was obtained on November 17, 2020, at https://www.nortonrosefulbright.com/en-us/people/1016474. |
| JX-2969 | **Exhibit 201**   affidavit of Edward B. Mahony, dated February 4, 2014, and submitted in connection with the lawsuit styled *Purdue Pharma L.P. v. Combs*, Case No. 2013-CA-001941, in the Commonwealth of Kentucky Court of Appeals |
| JX-2970 | **Exhibit 202**   journal article: Ryan N. Hansen, et al., Economic Costs of Nonmedical Use of Prescription Opioids, 27 CLINICAL J. OF PAIN |

|  | 194 (2011) |
|---|---|
| JX-2971 | **Exhibit 203**    excerpts from the audited combined financial statements of Purdue for years ended December 31, 2009 and 2008, produced to the UCC under the Bates number PPLPUCC500056924 |
| JX-2972 | **Exhibit 204**    December 24, 2010 email to Richard Sackler titled "What's new for 'oxycontin' in PubMed," produced to the UCC under the Bates number RSF_OLK00055037 |
| JX-2973 | **Exhibit 205**    excerpts from the audited combined financial statements of Purdue for years ended December 31, 2010 and 2009, produced to the UCC under the Bates number PPLPUCC500056963 |
| JX-2974 | **Exhibit 206**    October 2014 email chain, produced to the UCC under the Bates number PPLPC045000017072 |
| JX-2975 | **Exhibit 207**    email from Howard Udel forwarding a March 10, 2008 article titled: "Anatomy Of A Patent Dispute: Purdue Pharma's OxyContin Battle," produced to the UCC under the Bates number MSF01116645 |
| JX-2976 | **Exhibit 209**    March 2007 email chain, produced to the UCC under the Bates number PPLPUCC9004824942 |
| JX-2978 | **Exhibit 210**    annual report review letter to Purdue from the Office of Inspector General, U.S. Department of Health & Human Services, dated May 6, 2009, produced to the UCC under the Bates number PNY000127987 |
| JX-2979 | **Exhibit 211**    annual report review letter to Purdue from the Office of Inspector General, U.S. Department of Health & Human Services, dated April 1, 2010, produced to the UCC under the Bates number PPLP004250164 |
| JX-2980 | **Exhibit 212**    annual report review letter to Purdue from the Office of Inspector General, U.S. Department of Health & Human Services to Purdue, dated January 28, 2011, produced to the UCC under the Bates number PPLPUCC001877705 |
| JX-2981 | **Exhibit 213**    annual report review letter to Purdue from the Office of Inspector General, U.S. Department of Health & Human Services to Purdue, dated March 8, 2012, produced to the UCC under the Bates number PPLPUCC001884369 |
| JX-2982 | **Exhibit 214**    annual report review letter to Purdue from the Office of Inspector General, U.S. Department of Health & Human Services to Purdue, dated January 24, 2013, produced to the UCC under the Bates number PPLP004427723 |
| JX-2983 | **Exhibit 215**    August 2014 email chain, produced to the UCC under the Bates number PPLPUCC9004797180 |
| JX-2984 | **Exhibit 218**    deposition transcript excerpts from the October 30, 2020 deposition of Cecil Pickett, Ph.D |
| JX-2985 | **Exhibit 219**    deposition transcript excerpts from the November 4, 2020 deposition of Stuart Baker |
| JX-2987 | **Exhibit 221**    deposition transcript excerpts from the August 28, 2020 deposition of David Sackler |
| JX-2988 | **Exhibit 223**    deposition transcript excerpts from the November 5, 2020 deposition of Kathe Sackler |
| JX-2989 | **Exhibit 224**    deposition transcript excerpts from the October 27, 2020 deposition of John Stewart |
| JX-2990 | **Exhibit 225**    deposition transcript excerpts from the October 30, 2020 deposition of Mark Timney |
| JX-2991 | **Exhibit 226**    deposition transcript excerpts from the November 10, 2020 deposition of Mortimer D.A. Sackler |
| JX-2991 | **Exhibit 228**    deposition transcript excerpts from the November 16, 2020 deposition of Peter Boer |

## ISSUES TO BE PRESENTED ON APPEAL

The State hereby identifies the following issues to be presented on appeal:

1.        Whether the Bankruptcy Court erred in approving the Plan's nonconsensual third-party releases, as set forth in §§ 10.6(b) and 10.7(b) of the Plan (the "Third-Party Releases"), when they effectively extinguished police power claims of sovereign states such as the State against the Shareholder Released Parties and Released Parties.

2.        Whether the Bankruptcy Court erred in ruling it had subject matter jurisdiction to approve the Third-Party Releases on the basis that the claims to be released thereby (the "Released Claims"), if permitted to remain unaffected by the Plan, would have a "conceivable effect" on the Debtors' estates.

3.        Whether the Bankruptcy Court had the statutory power to approve the Third-Party Releases when there is no express provision in the Bankruptcy Code authorizing such releases and where 11 U.S.C. § 524(e) provides that a discharge of a debt of a debtor does not affect the liability of any other entity on, or property of any other entity for, such debt.

4.        Whether the Bankruptcy Court erred in ruling it had "core jurisdiction" to approve the Third-Party Releases pursuant to 28 U.S.C. § 157(b)(2)(L) where such releases are of claims held by nondebtors against other nondebtors and they effectively adjudicated the Released Claims without affording the Releasing Parties an ability to litigate the Released Claims in a forum of their choice.

5.        Whether the Bankruptcy Court's imposition of the Third-Party Releases by confirmation of the Plan violated the due process clause of the United States Constitution by depriving the State and others of the opportunity to voluntarily litigate or settle their claims against the nondebtor parties that were released.

6.        Whether the Third-Party Releases were beyond the scope of the Bankruptcy Clause, U.S. Const. art. I, § 8, cl. 4, and thus beyond the constitutional power of the Bankruptcy Court to approve.

7.        Whether the Bankruptcy Court lacked the constitutional power to approve the Third-Party Releases under *Stern v. Marshall,* 564 U.S. 462 (2011) and other applicable authority.

8.        Whether the Bankruptcy Court misapplied the standards for approving the Third-Party Releases where, *inter alia¸* the Released Claims included claims of the State and others that

would be susceptible to nondischargeability in a bankruptcy case or cases in which the individual Shareholder Released Parties and the individual Released Parties were debtors and where the Sackler Family Members were spared the need to undergo bankruptcy proceedings themselves while retaining a substantial portion of their wealth.

9.      Whether the Bankruptcy Court erred in ruling that the "best interests of creditors" test under 11 U.S.C. § 1129(a)(7)(A)(ii) did not require considering the value or collectability of claims against nondebtors that were involuntarily released under the Plan, but that would not be so released in a hypothetical chapter 7 case of the Debtors.

10.     Whether the Bankruptcy Court erred in finding that the Debtors satisfied their burden of proving, as required by 11 U.S.C. § 1129(a)(7)(A)(ii), that dissenting creditors such as the State would receive or retain under the Plan on account of their claims property of a value that is not less than they would receive or retain if the Debtors were subject to liquidation under chapter 7 of the Bankruptcy Code.

11.     Whether the Claims of state governmental units such as the State were properly classified under the Plan in the same class with Claims of local governmental units such as municipalities.

Dated: October 4, 2021
     New York, New York

| | |
|---|---|
| KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. | ELLEN R. ROSENBLUM<br>Attorney General of the State Oregon |
| By:   */s/ Matthew J. Gold*<br>     Matthew J. Gold<br>     Robert M. Tuchman | By: */s/ David Hart*<br>David Hart<br><br>Assistant-Attorney-in-Charge<br>Financial Fraud and Consumer Protection Section |
| 500 Fifth Avenue<br>New York, New York 10110<br>Tel:  (212) 986-6000<br>Fax:  (212) 986-8866<br>E-mail:   mgold@kkwc.com<br>           rtuchman@kkwc.com | Oregon Department of Justice<br>100 SW Market Street<br>Portland, Oregon 97201<br>Tel: (971) 673-1880<br>Email: david.hart@doj.state.or.us |
| *Attorneys for the State of Oregon* | *Attorneys for the State of Oregon* |

## CERTIFICATE OF SERVICE

I, Juliet Remi, hereby certify that, on October 4, 2021, I caused true and correct copies of the foregoing document to be served (i) by the Court's Case Management/Electronic Case File (CM/ECF) System to all parties who are deemed to have consented to electronic service; (ii) by email upon the parties who provided email addresses set forth in the Master Service List maintained by the Debtors in respect of these chapter 11 cases; and (iii) by email upon the Office of the United States Trustee for the Southern District of New York (Attn: Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

*/s/ Juliet Remi*
Juliet Remi

12111591.1 - 10/04/21