# Howard Adelglass M.D.

## 151 E. 80 Street #2C, New York, NY 10075

September 1, 2021

Dear Judge Drain,

Thank you in advance for reading this and entering it into the line-up of doctors whose lives, livelihoods and careers have been irrevocable damaged by Perdue's marketing practices with regard to OxyContin and what they led us to believe was a safe and viable option in treating our patients.

I have spent the last 30+ years as a Pain Management Specialist, treating those whose conditions were no longer manageable by general practitioners. We are often seen as a patient's last resort. I trained at NYU/ Rusk Institute of Rehabilitation from 1980-1985. I did my fellowship at The Hospital For Joint Diseases in Pain Management (one of the first inpatient pain programs in the country) in 1986.

During the decades of my practice, I was visited regularly by pharmaceutical reps from Perdue, as well as other companies that manufacture opioids. I was given journal literature authored by Katherine Folley, Russell Portnoy and others at Sloan Kettering and New York Hospital/Cornell touting the safety, efficacy and non-addictability of OxyContin.

I was given printed materials by Perdue ongoing, attended numerous lectures and dinners sponsored by them hosted by leaders in the pain industry, and had many discussions with their reps regarding the safety and benefits of opioids as they pertained to my patients. When Perdue re-introduced OxyContin in a tamper-proof form, I was assured by both the reps and the literature that this new version was both tamper-proof and highly unlikely to be abused.

By virtue of the nature of my practice, I was clearly a target of their marketing efforts and ad campaigns devised by their marketing firm McKinsey. By adhering to their guidelines, I lost my practice, my reputation, my health and my ability to support myself and my family.

On November 18, 2020, I was taken out of my home of nearly 20 years in hand cuffs, escorted by approximately half a dozen FBI agents, a public spectacle in front of my neighbors and family members. I was dragged in and out of numerous buildings in the cold, without even a jacket. My pants fell down at least three times while out on the street… humiliated -- with minimal assistance from the officers. Once detained, I slept on a hard wooden bench in a police station in Long Island. When I was finally released, I could not see out of my left eye. I had suffered a detached left retina during incarceration, likely due to stress and the conditions under which I was in durance. Subsequently, I had to have surgery a few days later to repair the retinal detachment in order to regain my eyesight.

I was accused of a Narco-Conspiracy. The medical board refused to wait until after my surgery to meet and forced me to surrender my medical license.

Since that day, I have not been allowed to work as a physician, my life's calling.

Many of my patients have had to be hospitalized due to the abrupt withdrawal of opioids and their inability to find a pain specialist that could treat them, especially during Covid. These patients remain in chronic pain and are still suffering to this day.

There have been many false and derogatory things written about me in the media.

Since my arrest, I have had no income to support my family. While practicing, many of my patients paid nothing, still owe me money, or paid merely $20.-40. per visit. I ran the out-patient pain program at the Hospital for Joint Diseases for 15 years, treating patients with Medicaid -- without receiving a salary. Some of these patients continued to see me for injections and treatments after I left the clinic. These patients paid only what they could.

I took a job at UNITE, a woman's garment center union, and then Columbus Center for Medical Rehabilitation, which accepted a wide variety of insurances, so that I would not be abandoning our patients. I was on salary at both facilities and made no profit by writing prescriptions.

Since my pain fellowship, I received a visit from a Perdue pharma monthly. I attended dinners and lectures hosted and sponsored by Perdue and was even treated to a trip to Florida sponsored by Perdue with newscasters from ABC, CBS and NBC, giving us lectures on how to speak to the public and how to write articles in newspapers and magazines touting the "wonders of OxyContin."

They cited numerous research articles stating that OxyContin is non-addictive -- and how it saves lives. They had top physicians lecture on these facts as well, and there were many patient testimonials on how OxyContin saved their lives.

The Perdue reps talked to me regularly about the "new tamper-proof OxyContin" and gave me abundant literature indicating that OxyContin was not addictive and hard to abuse, assuring me that prescribing OxyContin was in my patient's best interest.

As I mentioned above, I have had retina surgery, but also been hospitalized four times since my arrest. I've had renal failure, a collapsed lung, pneumonia, COVID, bladder dysfunction, atrial fibrillation, a lung biopsy and vertigo, all which I contribute directly to the failure of a swift hearing to establish my innocence and the stress it caused.

There is no question that I was clearly target by Perdue pharma under the advice of its marketing firm McKinsey and am asking for help from the court to try and cure these innumerable losses to my career… and my family's life.

Again, I appreciate you including me and helping to rectify this miscarriage of justice. Should you need more information, please feel free to contact me at 929-280-1365.

With Kindest Regard,

Howard Adelglass M.D.