Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

------------------------------------------------------- x

**TWENTY THIRD MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC
COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF
AUGUST 1, 2021 THROUGH AND INCLUDING AUGUST 31, 2021**

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Period for Which Compensation is Sought: | August 1, 2021 – August 31, 2021 |
| Total Amount of Fees Incurred: | $215,775.00 |
| Total Fees Requested (80%): | $172,620.00 |
| Total Reimbursement of Expenses Incurred: | $0.00 |
| Total Reimbursement of Expenses Requested (100%): | $0.00 |
| Total compensation and Reimbursement Requested in this Statement: | $172,620.00 |
| This is Applicant's: | Twenty Third Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Twenty Third Monthly Fee Statement (the "Fee Statement") for the period of August 1, 2021 – August 31, 2021 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $215,775.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $172,620.00

2

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,103.90[2]. The Blended hourly rate of all paraprofessionals is $325.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors.

## Notice

4.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $172,620.00, which is equal to 80% of the total amount of

---

[2]      The blended hourly billing rate of $1,103.90 is derived by dividing the total fees for attorneys of $214,930.00 by the total hours of 194.7.

[3]      The Blended hourly billing rate of $325.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $845.00 by the total hours of 2.6.

3

reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $215,775.00).

Dated: October 5, 2021
      New York, New York

                          OTTERBOURG P.C.

               By:    */s/ Melanie L. Cyganowski*
                          Melanie L. Cyganowski, Esq.
                          Jennifer S. Feeney, Esq.
                          230 Park Avenue
                          New York, New York 10169
                          Telephone:    (212) 661-9100
                          Facsimile:    (212) 682-6104

                          Co-*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

## **EXHIBIT A**

**Fees By Project Category**

**SUMMARY OF COMPENSATION BY PROJECT CODE**
**FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU04 | Case Administration | 1.0 | $1,400.00 |
| PU06 | Employment and Fee Applications | 4.5 | $3,368.00 |
| PU09 | Meetings and Communications w/ AHC | 7.7 | $8,659.00 |
| PU11 | Plan & Disclosure Statement | 184.1 | $202,348.00 |
| | **TOTALS:** | **197.3** | **$215,775.00** |

## **EXHIBIT B**

**Professional and Paraprofessional Fees**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1400.00 | 94.7 | $132,580.00 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $895.00 | 67.5 | $60,412.50 |
| Robert C. Yan ("RCY) Associate | 2002 | $675.00 | 32.5 | 21937.50 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $325.00 | 2.6 | $845.00 |
| | **TOTAL** | | **197.3** | **$215,775.00** |

1

# EXHIBIT C

**Time Detail**

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075


September 21, 2021
BILL NO. 219004

Client/Matter No.:    20186/0002
Matter Name:          CHAPTER 11
Billing Partner:      RL STEHL

For Services Rendered Through August 31, 2021:

---

Phase: PU04                                          CASE ADMINISTRATION

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/19/21 MLC | Examine Documents<br>Review of Sixth Monitor Report | .60 | 840.00 |
| 08/20/21 MLC | Examine Documents<br>Reviewed Limited Objection filed by<br>Non-Consenting States to 2021 Key Employee<br>Incentive Plan | .40 | 560.00 |
| TOTAL PHASE PU04 | | 1.00 | $1,400.00 |

---

Phase: PU06                                  EMPLOYMENT & FEE APPLICATIONS

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/09/21 JSF | Examine Documents<br>Review of July Monthly Fee Statement | .70 | 626.50 |
| 08/13/21 JSF | Examine Documents<br>Review of June and July Time Detail | 1.00 | 895.00 |

## OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                September 21, 2021
Page 2                                                       BILL NO. 219004

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/13/21<br>JSF | Examine Documents<br>Review June and July Monthly Fee Statements | .70 | 626.50 |
| 08/13/21<br>MLC | Examine Documents<br>Review of fee application statements for<br>June and July | .50 | 700.00 |
| 08/13/21<br>JKH | Prepare Papers<br>Prepare monthly statements | 1.60 | 520.00 |
| TOTAL PHASE PU06 | | 4.50 | $3,368.00 |

| Phase: PU09 | | MEETINGS & COMMUNICATIONS W/ AD HOC | |
|---|---|---|---|
| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
| 08/10/21<br>JSF | Examine Documents<br>Review of Case Updates to AHC | .40 | 358.00 |
| 08/11/21<br>JSF | Telephone Call(s)<br>Participate in Weekly AHC Meeting | 1.00 | 895.00 |
| 08/11/21<br>JSF | Examine Documents<br>Review of Case Updates to AHC | .40 | 358.00 |
| 08/11/21<br>MLC | Conference call(s)<br>Weekly meeting of AHC with counsel | .90 | 1,260.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    September 21, 2021
Page 3                                                         BILL NO. 219004

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/11/21 MLC | Prepare for Meeting<br>Prepared for AHC weekly meeting | .30 | 420.00 |
| 08/16/21 MLC | Conference call(s)<br>Conference call with Gilbert firm and client representatives re proposed settlement methodology for insurance claims | 1.00 | 1,400.00 |
| 08/18/21 JSF | Telephone Call(s)<br>Participate in Weekly AHC Call | 1.00 | 895.00 |
| 08/18/21 MLC | Conference call(s)<br>Weekly meeting of AHC | 1.30 | 1,820.00 |
| 08/23/21 JSF | Examine Documents<br>Review of Case Updates to AHC | .40 | 358.00 |
| 08/24/21 JSF | Examine Documents<br>Review of Updates to AHC | .60 | 537.00 |
| 08/26/21 JSF | Examine Documents<br>Review of Updates to Committee | .40 | 358.00 |

TOTAL PHASE PU09                                      7.70              $8,659.00

Phase: PU11                              PLAN & DISCLOSURE STATEMENT

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

### OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                          September 21, 2021
Page 4                                                               BILL NO. 219004


| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 08/02/21 | JSF | Examine Documents<br>Review of Draft Confirmation Brief | 1.80 | 1,611.00 |
| 08/03/21 | MLC | Conference call(s)<br>Conference call with states subcommittee<br>and AHC counsel | .40 | 560.00 |
| 08/03/21 | MLC | Conference call(s)<br>Conference call with KL and Gilbert re<br>attorney fee funds issue as part of POR | 1.30 | 1,820.00 |
| 08/04/21 | JSF | Examine Documents<br>Review of Draft AHC Brief in Support of<br>Confirmation | 1.40 | 1,253.00 |
| 08/04/21 | MLC | Draft/revise<br>Review of draft AHC memorandum of law | 1.90 | 2,660.00 |
| 08/04/21 | MLC | Draft/revise<br>Review of John Guard draft declaration | 1.10 | 1,540.00 |
| 08/05/21 | JSF | Examine Documents<br>Review of Draft AHC Confirmation Brief and<br>Revisions | 2.80 | 2,506.00 |
| 08/05/21 | JSF | Examine Documents<br>Review of NewCo Operating Agreement re:<br>Duties and Responsibilities of Appointed<br>Members | 1.40 | 1,253.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  20186/0002                                September 21, 2021
Page 5                                                     BILL NO. 219004

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/05/21 JSF | Examine Documents Review of Declarations in Support of AHC Brief | 2.20 | 1,969.00 |
| 08/05/21 MLC | Conference call(s) Conference call with States' working subgroup and AHC counsel | 1.80 | 2,520.00 |
| 08/05/21 MLC | Draft/revise Review of revised draft of AHC response to various objections | 2.40 | 3,360.00 |
| 08/05/21 MLC | Analysis of Memorandum Review of DPW memorandum of law in support of Plan | 2.20 | 3,080.00 |
| 08/05/21 JKH | Review/analyze Review order re: confirmation hearing; calendar dates and register appearances | .40 | 130.00 |
| 08/06/21 JSF | Examine Documents Review of Confirmation Hearing Briefs and Declarations | 4.20 | 3,759.00 |
| 08/06/21 RCY | Examine Documents Examination of confirmation replies memo. | .60 | 405.00 |
| 08/06/21 RCY | Examine Documents Examination of agenda of 8/9 pretrial conference. | .10 | 67.50 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                           September 21, 2021
Page 6                                                BILL NO. 219004

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/06/21 RCY | Examine Documents<br>Examination of docket and pleadings relating to plan confirmation. | .90 | 607.50 |
| 08/09/21 JSF | Telephone Call(s)<br>Participate in Pre-Trial Conference re: Confirmation Hearing | 2.50 | 2,237.50 |
| 08/09/21 JSF | Examine Documents<br>Review of Updates on Confirmation Hearing | 1.40 | 1,253.00 |
| 08/09/21 JSF | Examine Documents<br>Review of Analyses re: Distribution Waterfall and Timing | 1.80 | 1,611.00 |
| 08/09/21 MLC | Conference call(s)<br>AHC working group meeting re POR open issues and next steps | 1.40 | 1,960.00 |
| 08/09/21 MLC | Conference call(s)<br>Conference call with GIlbert and Eckstein re POR open issues | .60 | 840.00 |
| 08/09/21 MLC | Court Appearance - General<br>Final pre-trial conference before Judge Drain in advance of confirmation hearing | 2.40 | 3,360.00 |
| 08/09/21 MLC | Analysis of Memorandum<br>Review of Topco and Newco organization documents attached to POR | 1.10 | 1,540.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                    September 21, 2021
Page 7                                                          BILL NO. 219004

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/10/21<br>JSF | Examine Documents<br>Review of Debtors' Motion Requesting<br>Authority to Fund Trusts | .60 | 537.00 |
| 08/10/21<br>JSF | Examine Documents<br>Review of Disclosure Statement and<br>Hypothetical Distribution Models re:<br>Timing and Amounts of Payments to States | 2.30 | 2,058.50 |
| 08/10/21<br>JSF | Correspondence<br>E-Mail to Eric Snyder re: Response to<br>Question re: Distributions | .50 | 447.50 |
| 08/10/21<br>JSF | Examine Documents<br>Review of NOAT Trust Agreement | .90 | 805.50 |
| 08/10/21<br>MLC | Examine Documents<br>Reviewed memo from Gilbert re insurance<br>issues and potential settlement approaches | 1.10 | 1,540.00 |
| 08/10/21<br>MLC | Examine Documents<br>Reviewed additional resumes for potential<br>candidates for NewCo and TopCo | .50 | 700.00 |
| 08/10/21<br>MLC | Examine Documents<br>Review of 13th Plan Supplement filed by<br>debtors | 1.40 | 1,960.00 |
| 08/10/21<br>MLC | Correspondence<br>Correspondence with Alabama counsel re<br>certain questions re confirmation | .40 | 560.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                           September 21, 2021
Page 8                                                  BILL NO. 219004

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/10/21 MLC | Examine Documents<br>Review of KL memo re potential candidates being considered by Korn Ferry and Spencer Stuart for potential trustee board seats | .60 | 840.00 |
| 08/10/21 MLC | Examine Documents<br>Review of correspondence by UST with debtors' counsel re confirmation hearing cross examination | .40 | 560.00 |
| 08/10/21 JKH | Review/analyze<br>Review Plan Supplement for Operating Agreements and prepare document binder | .60 | 195.00 |
| 08/11/21 JSF | Examine Documents<br>Review of Updated Insurance Litigation Analysis | .40 | 358.00 |
| 08/11/21 JSF | Examine Documents<br>Review of Confirmation Hearing Updates | 1.40 | 1,253.00 |
| 08/11/21 MLC | Correspondence<br>Correspondence from J Peacock re clinical data transparency | .30 | 420.00 |
| 08/11/21 MLC | Correspondence<br>Correspondence from Debtors' counsel re logistics for confirmation hearing | .40 | 560.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter: 20186/0002                                September 21, 2021
Page 9                                                    BILL NO. 219004

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/11/21 MLC | Examine Documents Review of email from Kaminetzky outlining order of witnesses and related process to be followed at confirmation hearing | .70 | 980.00 |
| 08/11/21 MLC | Examine Documents Review of changes to POR found in 7th amended plan | 1.80 | 2,520.00 |
| 08/11/21 MLC | Examine Documents Review of statement by Court re various evidentiary objections | .40 | 560.00 |
| 08/11/21 MLC | Examine Documents Review of potential candidates for NewCo and MDT | .80 | 1,120.00 |
| 08/12/21 JSF | Telephone Call(s) Attend First Day of Confirmation Hearing (partial) | 5.50 | 4,922.50 |
| 08/12/21 MLC | Conference call(s) Conference call with States' working group re plan and open issues | .50 | 700.00 |
| 08/12/21 MLC | Court Appearance - General Attended morning session of confirmation hearing (day 1) | 2.90 | 4,060.00 |

# Otterbourg P.C.

230 Park Avenue

New York, NY  10169-0075

Client/Matter:   20186/0002                                    September 21, 2021
Page 10                                                        BILL NO. 219004

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/12/21 MLC | Court Appearance - General<br>Appeared in connection with the afternoon session of Day 1 of confirmation hearing | 2.00 | 2,800.00 |
| 08/12/21 MLC | Court Appearance - General<br>Continued appearance at afternoon session of confirmation hearing | 1.00 | 1,400.00 |
| 08/12/21 RCY | Attend Court Hearing on Plan<br>Attention to confirmation hearing and prepare highlight memo of testimony and transmit to MLC and JSF. | 2.50 | 1,687.50 |
| 08/13/21 JSF | Telephone Call(s)<br>Attend Second Day of Confirmation Hearing | 6.00 | 5,370.00 |
| 08/13/21 MLC | Court Appearance - General<br>General appearance at morning of day two of confirmation hearing (including testimony of John Guard and Gary Gotto) | 3.00 | 4,200.00 |
| 08/13/21 MLC | Court Appearance - General<br>Attended afternoon session of day two of confirmation hearing | 3.30 | 4,620.00 |
| 08/13/21 MLC | Correspondence<br>Correspondence with Jim McClammy re outreach by lawyer for certain prisoners with late filed claims | .20 | 280.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    September 21, 2021
Page 11                                                        BILL NO. 219004

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/13/21 RCY | Attend Court Hearing on Plan Attention to continued confirmation hearing and prepare highlight memo of testimony and transmit to MLC and JSF. | 5.30 | 3,577.50 |
| 08/16/21 JSF | Telephone Call(s) Attend Confirmation Hearing (partial) | 2.30 | 2,058.50 |
| 08/16/21 MLC | Court Appearance - General Attended morning hearing including hearing on interim fee applications and testimony in support of plan | 3.50 | 4,900.00 |
| 08/16/21 MLC | Court Appearance - General Attended afternoon session of Day 3 of confirmation hearing | 2.80 | 3,920.00 |
| 08/16/21 RCY | Attend Court Hearing on Plan Telephonically attend plan confirmation hearing and prepare multiple summary.emails | 6.70 | 4,522.50 |
| 08/17/21 JSF | Telephone Call(s) Attend Confirmation Hearing (partial) | 1.20 | 1,074.00 |
| 08/17/21 MLC | Court Appearance - General Appearance at morning session of Day 4 of confirmation hearing | 2.50 | 3,500.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:    20186/0002                                  September 21, 2021
Page 12                                                       BILL NO. 219004

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/17/21 MLC | Court Appearance - General<br>Appearance at afternoon session of Day 4 of confirmation hearing | 2.30 | 3,220.00 |
| 08/17/21 RCY | Attend Court Hearing on Plan<br>Telephonically attend plan confirmation hearing and prepare multiple summary.emails | 7.20 | 4,860.00 |
| 08/18/21 JSF | Telephone Call(s)<br>Attend Court Hearing (partial) | 1.50 | 1,342.50 |
| 08/18/21 MLC | Court Appearance - General<br>Attended morning session of Day 5 of confirmation hearing | 3.50 | 4,900.00 |
| 08/18/21 MLC | Court Appearance - General<br>Attended afternoon session of Day 5 of the confirmation hearing | .50 | 700.00 |
| 08/18/21 MLC | Correspondence<br>Correspondence with counsel for Alabama concerning participation of subdivisions in the Plan abatement process | .80 | 1,120.00 |
| 08/18/21 RCY | Attend Court Hearing on Plan<br>Telephonically attend plan confirmation hearing. | 3.50 | 2,362.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                    September 21, 2021
Page 13                                                          BILL NO. 219004

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/19/21 MLC | Examine Documents Review of Second Amended Agenda for Confirmation Hearing | .30 | 420.00 |
| 08/19/21 MLC | Examine Documents Review of proposed stipulation between certain distributors, manufacturers and pharmacies with the debtors re documentary evidence | .40 | 560.00 |
| 08/19/21 MLC | Court Appearance - General Appeared at confirmation hearing for testimony of Mortimer Sackler | 1.10 | 1,540.00 |
| 08/19/21 MLC | Analysis of Memorandum Reviewed summary of testimony of Mortimer and Cathy Sackler at confirmation hearing | .90 | 1,260.00 |
| 08/19/21 MLC | Examine Documents Reviewed DPW email to Court outlining schedule of remaining testimony | .50 | 700.00 |
| 08/19/21 MLC | Examine Documents Review of memo re settlement with DMPs re their objection to confirmation | .30 | 420.00 |
| 08/19/21 RCY | Attend Court Hearing on Plan Telephonically attend plan confirmation hearing and prepare multiple summary.emails | 5.70 | 3,847.50 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    September 21, 2021
Page 14                                                        BILL NO. 219004

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/20/21 MLC | Examine Documents<br>Reviewed KL memorandum providing summary of hearing and other updates including DMP settlement and certain modifications to Seventh Amended Plan | 1.30 | 1,820.00 |
| 08/20/21 MLC | Examine Documents<br>Analyzed proposed changes to confirmation order circulated by DPW | 1.20 | 1,680.00 |
| 08/20/21 MLC | Examine Documents<br>Reviewed revised draft of confirmation order circulated by DPW | .80 | 1,120.00 |
| 08/20/21 MLC | Correspondence<br>Reviewed correspondence filed with Court re DMPs' resolution | .20 | 280.00 |
| 08/22/21 MLC | Correspondence<br>Correspondence with debtors' counsel and objecting parties re continuation of confirmation hearing | .30 | 420.00 |
| 08/22/21 MLC | Analysis of Memorandum<br>Review of proposed confirmation findings related to insurance issues | 1.10 | 1,540.00 |
| 08/23/21 JSF | Telephone Call(s)<br>Participate in Confirmation Hearing Oral Argument | 7.50 | 6,712.50 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          September 21, 2021
Page 15                                                               BILL NO. 219004

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/23/21<br>MLC | Court Appearance - General<br>Attended continued confirmation hearing | 6.20 | 8,680.00 |
| 08/23/21<br>MLC | Analysis of Memorandum<br>Review of modifications to 8th Amended Plan | .80 | 1,120.00 |
| 08/23/21<br>MLC | Examine Documents<br>Review of 15th Plan Supplement | .60 | 840.00 |
| 08/23/21<br>MLC | Analysis of Memorandum<br>Review of revised proposed findings of fact<br>and conclusions of law confirming the plan | .80 | 1,120.00 |
| 08/23/21<br>MLC | Correspondence<br>Review of correspondence from UST office re<br>time allocation for oral argument and<br>related issues, and response from other<br>parties including debtors | .30 | 420.00 |
| 08/25/21<br>JSF | Telephone Call(s)<br>Attend Confirmation Hearing - Listen to<br>Continuation of Closing Arguments | 6.00 | 5,370.00 |
| 08/25/21<br>MLC | Court Appearance - General<br>Closing oral arguments in connection with<br>confirmation hearing | 6.50 | 9,100.00 |
| 08/26/21<br>MLC | Analysis of Memorandum<br>Review of proposed resolution of insurance<br>issue | .90 | 1,260.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    September 21, 2021
Page 16                                                        BILL NO. 219004

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/26/21<br>MLC | Examine Documents<br>Review of Kramer memo summarizing status of court proceeding | .30 | 420.00 |
| 08/26/21<br>MLC | Examine Documents<br>Review of notices filed by Sackler parties re unsealing of certain documents | .70 | 980.00 |
| 08/27/21<br>JSF | Telephone Call(s)<br>Listen to Court Hearing re: Open Issues on Confirmation | 1.80 | 1,611.00 |
| 08/27/21<br>JSF | Examine Documents<br>Review of Current Amended Plan and Supplemental Plan Docs | 2.20 | 1,969.00 |
| 08/27/21<br>MLC | Examine Documents<br>Review of revised changes to proposed confirmation order circulated by DPW | 1.30 | 1,820.00 |
| 08/27/21<br>MLC | Examine Documents<br>Review of changes reflected in 10th amended plan | 1.60 | 2,240.00 |
| 08/27/21<br>MLC | Court Appearance - General<br>Further hearing on specific questions re confirmation issues | 2.20 | 3,080.00 |
| 08/31/21<br>JSF | Examine Documents<br>Review of Post-Confirmation Restructuring Steps Memorandum | .80 | 716.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                     September 21, 2021
Page 17                                                          BILL NO. 219004

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/31/21 JSF | Examine Documents<br>Review of Eleventh Amended Plan Changes | .50 | 447.50 |
| 08/31/21 MLC | Conference call(s)<br>Conference call with co-counsel and certain State representatives re post confirmation issues | .70 | 980.00 |
| 08/31/21 MLC | Analysis of Memorandum<br>Review of the restructuring steps memorandum as revised | .80 | 1,120.00 |
| 08/31/21 MLC | Examine Documents<br>Review of the proposed changes to the proposed order of confirmation | 1.30 | 1,820.00 |
| 08/31/21 MLC | Examine Documents<br>Review of certain changes to the 11th Amended Plan | 2.10 | 2,940.00 |

TOTAL PHASE PU11                                          184.10        $202,348.00


                                      TOTAL FOR SERVICES        $215,775.00