UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 30, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Assumed Contract Counterparties Service List attached hereto as **Exhibit A**:

- Notice of (A) Executory Contracts and Unexpired Leases to be Assumed by the Debtors Pursuant to the Plan, (B) Cure Amounts, if any, and (C) Related Procedures in Connection Therewith [Docket No. 3286]

Dated: October 5, 2021

*/s/ Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 5, 2021, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

SRF 56964

**Exhibit A**

Exhibit A

Assumed Contract Counterparties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 7588826 | Acino Group | Thurgauerstrasse 36/38 | | Zurich | | CH-8050 | Switzerland |
| 7588827 | Acino Pharma AG | Thurgauerstrasse 36/38 | | Zurich | | CH-8050 | Switzerland |
| 7587847 | AmerisourceBergen Drug Corporation | 1 West First Avenue | | Conshohocken | PA | 19428 | |
| 7590237 | Aptuit, Inc. | via A. Fleming, 4 | | Verona | VR | 37135 | Italy |
| 7588504 | BioPharm Insight, a division of Infinata, Inc. | 41 Farnsworth St | | Boston | MA | 02210 | |
| 7588960 | Cilcare | 378 rue du Professeur Blayac | | Montferrier | | 34080 | France |
| 7589843 | Covis Pharma, S.A.R.L. | Grafenauweg 12 | | | Zug | 6300 | Switzerland |
| 7588173 | New Signature | Attn: Legal Department; and Garry Anzaroot | 901 K Street NW, Suite 450 | Washington | DC | 20001 | |
| 7590659 | Ratiopharm GMBH | Graf-Arco-Strasse 3 | | Ulm | | D-89079 | Germany |
| 7590036 | Rising Pharmaceuticals, Inc. | 2 Tower Center Blvd. | Suite 1401A | East Brunswick | NJ | 08816 | |
| 7590409 | Spectra Automation Ltd | 8 Charlesview Rd | | Hopedale | MA | 01747 | |

In re: Purdue Pharma L.P., *et al.*
Case No. 19-23649 (RDD)

Page 1 of 1