Brian E. Frosh, Attorney General
Brian T. Edmunds, Assistant Attorney General
Office of the Attorney General of Maryland
200 Saint Paul Place
Baltimore, Maryland 21202
bedmunds@oag.state.md.us
(410) 567-6578

*Attorneys for the State of Maryland*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **PURDUE PHARMA, L.P.,** *et al.*, | ) | Case No. 19-23649 (RDD) |
| | ) | |
| **Debtors.** | ) | (Jointly Administered) |
| | ) | |
| _____ | ) | |

## STATE OF MARYLAND'S STATEMENT OF ISSUES
## AND DESIGNATIONS OF RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellant, the State of Maryland, ("Maryland") hereby files its statement of issues on appeal and designations of record. *See* Amended Notice of Appeal of the State of Maryland to Confirmation Order and All Related or Merged Orders (Sept. 29, 2021) (D/N 3839); Notice of Appeal of Confirmation Order (Sept. 15, 2021) (D/N 3780).

**I.    Incorporation of Other Appellants'**
      **Statements of Issues and Designations of Record**

Maryland incorporates by reference as if fully set forth herein all issues issues and designations of record submitted by other appellants, as set forth in:

| D/N | Title |
|---|---|
| 3842 | Appellant, United States Trustee's, Statement of Issues and Designation of Items for Record on Appeal of Confirmation Order and Order Approving Disclosure Statement |

| D/N | Title |
|------|-------|
| 3843 | Appellant, United States Trustee's, Statement of Issues and Designation of Items for Record on Appeal of Advanced Funding Order |
| 3863 | The State of Washington's, State of Connecticut's, and District of Columbia's Statement of the Issues to be Presented and Items to be Included in the Record on Appeal |
| 3882 | The State of Oregon's Statement of the Issues to be Presented and Items to be Included in the Record on Appeal |

II.    **Additional Issues on Appeal:**

Maryland also will present the following additional issues on appeal:

1.    Whether the bankruptcy court erred in confirming the Twelfth Amended Joint Plan of Reorganization ("Plan") because the plan's non-consensual releases of the State of Maryland's police power claims against non-debtors exceed or violate (a) the Bankruptcy Clause, (b) principles of Federalism enshrined in the Constitution, (c) principles of the Separation of Powers, (d) the Tenth Amendment, (e) the bankruptcy court's subject-matter jurisdiction, (f) the scope of relief permitted by the Bankruptcy Code (including, but not limited to, 11 U.S.C. §§ 105(a), 362(b)(4), 523, and 524(e), 1129), (g) the non-debtor releases permitted by judicial precedent, and (h) the requirement that the plan be fair and equitable to creditors.

2.    Whether the bankruptcy court erred in admitting the (a) Declaration [D/N 3421] and testimony of Lawrence A. Hamermesh, including the exhibits, and (b) the exhibits to Paragraph 33 of the Declaration of John S. Dubel [D/N 3433].

3.    Whether the Bankruptcy Court's findings of fact and conclusions of law, including the findings in its Modified Bench Ruling, regarding the non-debtor releases, the circumstances that would exist absent the inclusion of a channeling injunction against and non-debtor releases of state police power claims and other claims in the Plan, and the recoverability and collectability of judgments against non-debtors are supported by substantial evidence and not clearly erroneous.

4.      Whether the bankruptcy court erred in assuming jurisdiction over state police

power claims and then preliminarily enjoining state government-initiated police power

investigations and litigation.

5.      Whether the Plan impermissibly requires the States to submit to judicial prior

approval of certain police power activities related to non-debtors released by the Plan.

## III.   Additional Designations for Record on Appeal

In addition to those designated by other parties, Maryland hereby designates the

following items to be included in the record on appeal.

| ID | Title |
|---|---|
| D/N 6 | Motion to Authorize/Motion of Debtors for Entry of an Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and  (III) Financial Institutions to Honor and Process Related Checks and Transfers. |
| D/N 62 | Interim Order |
| D/N 74 | Complaint in adversary case no. 19-08289, *Purdue Pharma, et al v. Commonwealth of  Massachusetts, et al.* |
| D/N 324 | Transcript, 9/17/2019 Hearing |
| D/N 134 | United States Trustee's Objection to Motion For Order Authorizing (I) Debtors to  (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Administrative Obligations, (II) Employee and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers |
| D/N 196 | Commonwealth of Pennsylvania's Objection to Motion and Joinder to United States Trustee's Objection |
| D/N 197 | Objection to Motion / Joinder/Objection by the Ad Hoc Group of Non-Consenting States |
| D/N 235 | Debtors' Omnibus Reply in Support of Motion to Authorize / Motion of Debtors for Entry of an Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and  (III) Financial Institutions to Honor and Process Related Checks and Transfers. |
| D/N 236 | Supplement al Declaration of John Lowne |

| ID | Title |
|---|---|
| D/N 256 | Notice of Proposed Order /Notice of Filing of Revised Proposed Final Order Authorizing (I) Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers |
| D/N 257 | Notice of Filing of Term Sheet with Ad Hoc Committee |
| D/N 291 | Statement / Notice of Filing of Case Stipulation among the Debtors, the Official Committee of Unsecured Creditors and Certain Related Parties |
| D/N 299 | Letter from Pennsylvania Governor Tom Wolf |
| D/N 309 | Order Granting Motion Authorizing (1) Debtors to (A)Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and; (III) Financial Institutions to Honor and Process Related Checks and Transfers |
| D/N 325 | Transcript of Hearing, October 10, 2019 |
| D/N 330 | Statement // *Statement of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. Regarding the Case Stipulation among the Debtors, the Official Committee of Unsecured Creditors and Certain Related Parties* |
| D/N 415 | Motion to Approve Motion of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. for Entry of an Order Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information |
| D/N 430 | Notice of Presentment of Amended Case Stipulation |
| D/N 518 | Amended and Restated Case Stipulation signed on 11/20/2019 Among the Debtors, the Official Committee of Unsecured Creditors and Certain Related Parties |
| D/N 550 | Transcript of November 19, 2019 Hearing |
| D/N 554 | Second Supplemental Declaration of John Lowne |
| D/N 556 | Motion of Debtors for Entry of an Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers |
| D/N 557 | Statement of the Ad-Hoc Group of Non-Consenting States Maintaining Its Objection |
| D/N 559 | State of Maryland's Additional Statement With Respect to the Payment of Bonuses Under Debtors' Wage Motion to Any Recipient Who Participated in Debtors' Unlawful Conduct |
| D/N 629 | Supplemental Final Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding |

| ID | Title |
|---|---|
| | Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers |
| D/N 630 | States' Notice of Public Health Information |
| D/N 657 | Transcript of Hearing, December 4, 2019 |
| D/N 682 | Notice of Filing of Redacted Version of the Raymond Sackler Family's Presentation of December 6, 2019 |
| D/N 685 | Motion to Make Publicly Available the Raymond Sackler Family's Presentation of December 6, 2019 |
| D/N 692 | Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 Authorizing the Filing Under Seal of Certain Parts of the Presentation to the Official Committee of Unsecured Creditors |
| D/N 694 | Notice of Withdrawal |
| D/N 695 | Notice of Withdrawal |
| D/N 697 | Notice of Withdrawal |
| D/N 699 | Order Granting Motion to Clarify Protocol |
| D/N 710 | Letter to Judge Drain in in Support of Massachusetts Attorney General Healey's decision to reject the settlement offer |
| D/N 702 | December 19, 2019 Hearing Transcript |
| D/N 729 | Notice of Presentment of Protective Order |
| D/N 758 | Debtors' Second Supplemental Reply |
| D/N 768 | Ad-Hoc Group of Non-Consenting States' Continuing Objection to Wage Motion |
| D/N 783 | Second Supplemental Final Order Authorizing Debtors to Pay Certain Prepetition Wages & Etc. |
| D/N 784 | Protective Order |
| D/N 829 | Motion for Authorization to Enter Into Development Agreement |
| D/N 830 | Declaration of John Lowne |
| D/N 849 | Statement of the Official Committee of Unsecured Creditors Regarding Debtors' Motion for Authorization to Enter Into Development Agreement |
| D/N 850 | Statement on Behalf of the Ad Hoc Group of Non-Consenting States |
| D/N 858 | Notice of Filing Revised Proposed Order Authorizing Entry Into Development Agreement |
| D/N 868 | Order Shortening Time & Authorizing Entry Into Development Agreement |
| D/N 901 | Notice of Presentment of Amended Protective Order |
| D/N 962 | Amended Protective Order |
| D/N 974 | March 18, 2020 Hearing Transcript |
| D/N 1420 | Notice of Presentment of Second Amended Protective Order |
| D/N 1540 | Second Amended Protective Order |
| D/N 1865 | Notice of Presentment of Third Amended Protective Order |
| D/N 1935 | Third Amended Protective Order |
| D/N 2749 | West Virginia Objection to Disclosure Statement |
| D/N 2762 | Objection of Ad Hoc Group of Non-Consenting States the Debtors' Motion to Approve the Adequacy of Information in the Disclosure Statement |

| ID | Title |
|---|---|
| JX-0384 | Deposition of Professor Lawrence A. Hamermesh, taken in this case on July 15, 2021 |
| JX-0409 | Expert Report of Michael Cushing, dated June 15, 2021 |
| JX-1589 | Cushing Deposition Exhibit 2 |
| JX-1672 | Purdue Quarterly Report to the Board 2nd Quarter 2012 |
| JX-1673 | 12/15/1998 Email of Kathe Sackler |
| JX-1674 | Russell Gasdia Email of 10/28/13 |
| JX-1675 | David Rosen Email 7/8/13 |
| JX-1676 | Dr. Richard Sackler email of 1/3/2001 |
| JX-1677 | Dr. Richard Sackler email of 4/8/2001 |
| JX-1678 | Dr. Richard Sackler email of 9/1/2008 (11:06 a.m.) |
| JX-1679 | 7/22/2010 Board of Directors Meeting Agenda - July 20 Draft |
| JX-1680 | Dr. Richard Sackler email of 9/1/2008 (9:03 a.m.) |
| JX-1681 | Steven Gruenwald email of 12/8/2017 |
| JX-1682 | Clyde Williams email of 8/10/2017 |
| JX-1683 | OxyContin 2016 Strategy Plan |
| JX-1684 | 2010 Budget Presentation Notes and Actions |
| JX-1685 | Email of John Stewart |
| JX-1686 | Email of Richard Sackler |
| JX-1687 | Email of Edward Mahoney |
| JX-1688 | Board of Directors meeting agenda 1/30/18 |
| JX-1689 | Board of Directors meeting agenda 3/8/2018 |
| JX-1693 | Commercial Budget Meeting presentation draft |
| JX-1694 | Email from Richad Sackler to David Rosen and Russell Gasdia |
| JX-1695 | 2008 Rx Factory Forecast |
| JX-1696 | Email from Amir Levin to Richard Sackler, Mortimer Sackler, |
| JX-1697 | Email from Ilene Sackler Lefcourt to Richard Sackler |
| JX-1698 | Email from David Sackler to Richard Sackler, John Stewart, and Jonathan Sackler |
| JX-1700 | "Product C Profile" |
| JX-1701 | Email from Richard Sackler to John Stewart |
| JX-1702 | Email from Mark Timney to Richard Sackler |
| JX-1703 | Email from Jonathan Sackler to Richard Sackler, David Sackler |
| JX-1704 | "Draft Message to the Board" |
| JX-1705 | Email from Jonathan Sackler To Richard Sackler |
| JX-1706 | Email from Ilene Sackler Lefcourt to Josephine Martin |
| JX-1707 | Email from Ilene Sackler Lefcourt to Josephine Martin |
| JX-1708 | Email fro Richard Sackler to Josephine Martin |
| JX-1709 | Email from Jonathan Sackler to Jon Stewart, Ake Winstrom, David Haddox, Karen Reimer, Craig Landau |

| ID | Title |
|---|---|
| JX-1710 | Email from Amy Grandison to Beverly Sackler, Theresa Sackler, Richard Sackler, Ilene Sackler Lefcourt, Kathe Sackler, Jonathan Sackler, Mortimer Sackler, David Sackler, Peter Boer, Cecil Pickett, Paulo Costa, Jacques Theurillat, Maria Barton, Anthony Roncalli, Stuart Baker, Craig Landau |
| JX-1711 | "Purdue Pharma Telling our Story: 2018" |
| JX-1712 | Mundipharma US/ROW Technical Operations, Project Optimal Update Week of June 4, 2018 |
| JX-1713 | Powerpoint Slides beginning w/ "Cumulative Reductions from FTEs from 2013" |
| JX-1714 | "Exective Compensation Recommendations" |
| JX-1715 | Email from Ilene Sackler Lefcourt to Alberto Martinez |
| JX-1716 | Email from Ilene Sackler Lefcourt to Josephine Martin |
| JX-1717 | Email from Ilene Sackler Lefcourt to Samantha Sackler Hunt, Mariss Sackler, Sophie Dalyrymple, Michael Sackler, David Sackler |
| JX-1718 | Email from Ilene Sackler Lefcourt to Mortimer Sackler |
| JX-1719 | Email from Ilene Sackler Lefcourt to Jonathan Sackler |
| JX-1720 | Email from David Haddox to Richard Sackler, John Stewart, Anthony Santopoio |
| JX-1721 | Draft Presentation re OxyContin ADF Roll Our |
| JX-1722 | Email from Mark Timney to David Sackler |
| JX-1723 | Email from J Sackler to David Sackler |
| JX-1724 | Email from Taylor Lefcourt to Ilene Sackler Lefcourt |
| JX-1725 | Email from Ilene Sackler Lefcourt to Samantha Sackler Hunt, Mariss Sackler, Sophie Dalyrymple, Michael Sackler, David Sackler |
| JX-1726 | Email from Richard Sackler to David Sackler and Ralph Snyderman |
| JX-1727 | Deposition of Kathe Sackler 4/1/2019 |
| JX-1728 | Deposition of Russell Gasdia 1/15/2019 |
| JX-1729 | Deposition of Richard Sackler 7/25/2002 |
| JX-1730 | Deposition of Russell Gasdia 6/27/2008 |
| JX-1731 | Deposition of Robert Kaiko 11/28/2018 |
| JX-1732 | Deposition of Stuart Baker |
| JX-1733 | Russell Gasdia email 4/12/12 |
| JX-1735 | 5/21/2019 Examination of James Gill |
| JX-1736 | Judge for Yourselves |
| JX-1737 | Judge for Yourselves |
| JX-1738 | Judge for Yourselves |
| JX-1739 | Judge for Yourselves |
| JX-1740 | Judge for Yourselves |
| JX-1741 | Judge for Yourselves |
| JX-1742 | Judge for Yourselves |
| JX-1743 | Judge for Yourselves |
| JX-1744 | Judge for Yourselves |
| JX-1745 | Judge for Yourselves |

| ID | Title |
|---|---|
| JX-1746 | Judge for Yourselves |
| JX-1747 | Judge for Yourselves |
| JX-1748 | Judge for Yourselves |
| JX-1749 | Judge for Yourselves |
| JX-1750 | Examination of Ceanethia Rogers |
| JX-1753 | Amended Statement of Charges, *CPD vs Purdue et al.* |
| JX-1754 | Response and Affirmative Defenses of Purdue Pharma et al, and all exhibits thereto, Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al. |
| JX-1755 | Response and Affirmative Defenses of Rhodes, and all exhibits thereto, Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al. |
| JX-1757 | Proponent's response in opposition to motion to continue administrative hearing, and all exhibits thereto, Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al. |
| JX-1758 | Administrative subpoena issued to Richard Sackler, Johnathan Sackler, Mortimer Sackler, Ilene Sackler Lefcourt, Beverly Sackler, Theresa Sackler, |
| JX-2094 | DOJ--Purdue Plea Agreement  with Exhibits and Addenda |
| JX-2096 | DOJ--Sackler Settlement with Addenda |
| JX-2710 | Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al., Sackler Motion to Dismiss |
| JX-2711 | Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al., Sackler Motion to Dismiss, D. Sackler Decl. |
| JX-2712 | Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al., Sackler Motion to Dismiss, I. Sackler Decl. |
| JX-2713 | Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al., Sackler Motion to Dismiss, J. Sackler Decl. |
| JX-2714 | Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al., Sackler Motion to Dismiss, K. Sackler Decl. |
| JX-2715 | Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al., Sackler Motion to Dismiss, M. Maxman Decl. and Exs. |
| JX-2716 | Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al., Sackler Motion to Dismiss, M. Sackler Decl. |
| JX-2717 | Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al., Sackler Motion to Dismiss, R. Sackler Decl. |
| JX-2718 | Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al., Sackler Motion to Dismiss, T. Sackler Decl. |
| JX-2719 | Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al., Sackler Motion to Stay |
| JX-2720 | Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al., Sackler Motion to Stay, M. Maxman Decl. |
| JX-2721 | Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al., Sackler Motion to Stay, Exhibits |
| JX-2757 | MkKinsey Presentation "OxyContin Growth Opportunities" |

| ID | Title |
| --- | --- |
| JX-2758 | Email of Bert Weinstein |
| JX-2759 | Collection of Mundipharma websites |
| JX-2760 | Response and Affirmative Defenses of the Individual Former Directors, and all exhibits thereto, Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al. |
| JX-2874 | Letter re: Purdue Pharma, L.P., et al., CPD Case No. 19-023-311366, OAH Case No. 1923474 |
| JX-2875 | Letter re: Purdue Pharma, L.P., et al., CPD Case No. 19-023-311366, OAH Case No. 1923474 |
| JX-2876 | Joint Status Report, Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al. |
| JX-2877 | Exhibit A, Purdue Pharma LP. Voluntary Petition for Non-Individuals Filing for Bankruptcy |
| JX-2878 | Exhibit A, In re Purdue Pharma L.P., Order Pursuant to 11 U.S.C. 105(a) Granting In Part, Motion For a Preliminary Injunction |
| JX-2879 | Exhibit A, Complaint, North Dakota v. Purdue Pharma L.P, No. 08-2018-CV-01300 |
| JX-2880 | Exhibit 1, Mayor and City Council of Baltimore v. Purdue Pharma L.P., No. 24-V-18-000515 |
| JX-2881 | Insys Therapeutics' John Kapoor, The India-Born Billionaire Bribed Doctors with Cash, Strip Clubs, On Trial |
| JX-2882 | Letter re: Consumer Protection Division v. Purdue Pharma L.P., CPD Case No. 19-023-311366, OAH Case No. 1923474 |
| JX-2883 | Letter re: Purdue Pharma, L.P., et al., CPD Case No. 19-023-311366, OAH Case No. 1923474 |
| JX-2884 | Letter to Honorable Judge Thibodeau |
| JX-2885 | Respondents' Prehearing Conference Memorandum |
| JX-2886 | Joint Status Report, Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al. |
| JX-2887 | Joint Status Report, Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al. |
| JX-2888 | Letter re: Consumer Protection Division v. Purdue Pharma L.P., CPD Case No. 19-023-311366, OAH Case No. 1923474 |
| JX-2889 | Letter re: Administrative Subpoena |
| JX-2890 | Notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings, Consumer Protection Division v. Purdue Pharma L.P., CPD Case No. 19-023-311366, OAH Case No. 1923474 |
| JX-2891 | Respondent's Bench Memorandum, Consumer Protection Division v. Purdue Pharma L.P., CPD Case No. 19-023-311366, OAH Case No. 1923474 |
| JX-2892 | Letter re: Purdue Pharma, L.P., et al., CPD Case No. 19-023-311366, OAH Case No. 1923474 |
| JX-2893 | Letter re: Purdue Pharma, L.P., et al., CPD Case No. 19-023-311366, OAH Case No. 1923474 |

| ID | Title |
|---|---|
| JX-2894 | Respondents' Prehearing Statement, Consumer Protection Division v. Purdue Pharma L.P., CPD Case No. 19-023-311366, OAH Case No. 1923474 |
| JX-2895 | Letter re: Respondents' Status Report Regarding Identification of Out-of-State Counsel and Status of Their Application for Special Admission Pro Hac Vice, Consumer Protection Division v. Purdue Pharma L.P., CPD Case No. 19-023-311366, OAH Case No. 1923474 |
| JX-2896 | Supplement to General Order |
| JX-2905 | B-Side Defense Presentation |
| JX-2952 | Email from Richard Sackler "The discoveries of McKinsey are astonishing" |
| JX-3097 | Email from Richard Sackler ("I agree with you") |
| JX-3098 | Email from Robert Kaiko ("it will eventually be abused") |
| JX-3099 | Email from Richard Sackler ("Performance Enhancing Agents") |
| JX-3100 | Email from Richard Sackler |
| JX-3101 | Email from Mortimer D. Sackler |
| JX-3103 | Email from Richard Sackler ("hammer on the abusers") |
| JX-3104 | Email and attached memo from Richard Sackler ("Purdue's situation is unique, particularly in its dangerous concentration of risk") |
| JX-3105 | Email from Jonathan Sackler |
| JX-3109 | Board presentation by Russell Gasdia |
| JX-3111 | Board agenda |
| JX-3112 | Email from Todd Baumgartner |
| JX-3113 | Email from Russell Gasdia |
| JX-3114 | Sales & Marketing presentation |
| JX-3115 | Email from Stuart Baker |
| JX-3118 | Executive Operating Committee presentation |
| JX-3119 | Email from Stuart Baker |
| JX-3120 | Executive Committee presentation |
| JX-3121 | Email from Stuart Baker |
| JX-3122 | Draft - Board of Directors Meetings (U.S. Companies) Agenda for 6/09/2016 Meetings |
| JX-3123 | Email from Gail Cawkwell |
| JX-3124 | Email from Craig Landau (2008 National Sales Meeting) |
| JX-3125 | Emails from Richard Sackler (opioid savings cards) |
| JX-3126 | Email from Richard Sackler |
| JX-3127 | Email from John Stewart |
| JX-3128 | Email from Russell Gasdia |
| JX-3129 | Email from Russell Gasdia ("third weekend in a row where Dr. Richard has people running around") |
| JX-3130 | Email from David Rosen |
| JX-3131 | Emails from David Rosen and John Stewart |
| JX-3132 | Email from Kathe Sackler |
| JX-3133 | Email from Richard Sackler ("status of covered lives now with OxyContin?") |
| JX-3134 | Email from John Stewart |

| ID | Title |
|---|---|
| JX-3135 | Email from Mortimer Sackler ("I really don't understand why you would forecast for Oxycontin to start declining") |
| JX-3136 | Emails from Robert Barmore and David Rosen |
| JX-3137 | Email from John Stewart |
| JX-3138 | Email from Mike Innaurato |
| JX-3139 | Emails from Richard Sackler and Mike Innaurato |
| JX-3140 | Email from Richard Sackler |
| JX-3141 | Email from Kathe Sackler |
| JX-3142 | Email from Sharon Salwan ("driven by lower demand for OxyContin 40mg and 80mg strengths") |
| JX-3143 | Email from Richard Sackler |
| JX-3144 | Email from Russell Gasdia |
| JX-3145 | Email from Richard Sackler |
| JX-3146 | Email from Russell Gasdia |
| JX-3147 | Email from Richard Sackler |
| JX-3148 | Email from Richard Sackler |
| JX-3149 | Email from Richard Sackler |
| JX-3150 | Email from Russell Gasdia |
| JX-3151 | Email from John Stewart |
| JX-3152 | Email from Russell Gasdia |
| JX-3154 | Email from Russell Gasdia ("RS going to field with reps … potential compliance risk") |
| JX-3155 | Email from Russell Gasdia |
| JX-3156 | Email from Bert Weinstein ("Richard wanted to go into the field …could be out on a limb") |
| JX-3157 | Attachment to email from Ed Mahoney |
| JX-3158 | Email from Russell Gasdia |
| JX-3159 | Email from John Stewart ("under budget sale are due to lower than projected demand - particularly the 80mg & 40mg strengths") |
| JX-3160 | Email from Richard Sackler |
| JX-3161 | Email from John Stewart |
| JX-3162 | Email from Jonathan Sackler |
| JX-3164 | Email from Russell Gasdia |
| JX-3165 | Email from Russell Gasdia |
| JX-3167 | Email from Russell Gasdia |
| JX-3168 | Email from David Rosen |
| JX-3169 | Email from Russell Gasdia ("I can't impress upon you enough the significant concerns at the Board level as well as senior management with regards to the OxyContin sales trends") |
| JX-3170 | Email from Richard Sackler |
| JX-3171 | Email from Russell Gasdia ("Anything you can do to reduce the direct contact of Richard") |

| ID | Title |
|---|---|
| JX-3172 | Email from Russell Gasdia ("continued erosion of the 40mg and 80mg strengths") |
| JX-3173 | Email from Edward Mahony ("non-tax distributions of $418.2 million") |
| JX-3174 | Email from Richard Sackler |
| JX-3175 | Email from Russell Gasdia ("Patients can be titrated 'on us'") |
| JX-3176 | Email from Richard Sackler ("Can you get me a spreadsheet with the following … Rx's should be normalized for strength") |
| JX-3177 | Presentation |
| JX-3178 | Email from David Rosen |
| JX-3180 | Email from Richard Sackler |
| JX-3181 | Email from David Rosen |
| JX-3182 | Email from John Stewart |
| JX-3183 | Mid year Board meeting agenda |
| JX-3184 | Email from Paulo Costa |
| JX-3185 | Email from Russell Gasdia |
| JX-3187 | Email from Mike Innaurato |
| JX-3191 | Emails from Russell Gasdia and Robert Barmore |
| JX-3192 | Email from Russell Gasdia |
| JX-3193 | Email from John Stewart |
| JX-3194 | Email from William Mallin |
| JX-3197 | Email from Russell Gasdia |
| JX-3198 | Email from John Stewart |
| JX-3199 | Email from John Stewart |
| JX-3200 | Email from John Stewart |
| JX-3201 | Email from John Stewart |
| JX-3202 | Presentation by John Stewart and Russell Gasdia |
| JX-3203 | Memo from McKinsey ("take actions to 'Turbocharge Purdue's Sales Engine'") |
| JX-3204 | Email from John Stewart |
| JX-3205 | Email from David Rosen |
| JX-3206 | Budget presentation |
| JX-3207 | Email from John Stewart |
| JX-3208 | Evolve to Excellence Presentation by Mark Timney |
| JX-3209 | Email from Mark Timney |
| JX-3210 | Email from Mark Timney |
| JX-3211 | Email from Edward Mahony |
| JX-3212 | Email from Edward Mahony |
| JX-3213 | Email from McKinsey |
| JX-3214 | Email from Russell Gasdia |
| JX-3215 | Emails from Mortimer Sackler, Richard Sackler, and John Stewart |
| JX-3221 | Email from Edward Mahoney |
| JX-3222 | Email from Edward Mahoney |

| ID | Title |
|---|---|
| JX-3223 | Email from Richard Sackler |
| JX-3224 | Email from Craig Landau |
| JX-3225 | Email from Jon Lowne |
| JX-3226 | Email from Craig Landau |
| JX-3227 | Email from Michael Friedman |
| JX-3228 | Email from Mike Innaurato |
| JX-3229 | Email from Robert Josephson |
| JX-3230 | Email from Richard Sackler |
| JX-3231 | Email from Burt Rosen ("I spoke to Richard just before the year end and raised concerns over our internal documents.") |
| JX-3232 | Email from Kathe Sackler |
| JX-3233 | Presentation by Craig Landau |
| JX-3234 | Email from Richard Sackler |
| JX-3235 | Email from Richard Sackler |
| JX-3236 | Emails from Richard Sackler |
| JX-3239 | Email from Richard Sackler |
| JX-3240 | Communications Strategy Recommendations Presentations |
| JX-3241 | Email from Richard Sackler |
| JX-3242 | Email from Raul Damas |
| JX-3243 | Email from Richard Sackler |
| JX-3244 | Email from Richard Sackler |
| JX-3245 | Email from Robert Barmore about Richard Sackler ("Notice the generous 5 min time period between the request and the reminder email") |
| JX-3246 | Email from John Stewart |
| JX-3247 | Email from Mike Innaurato |
| JX-3249 | Email from Richard Sackler |
| JX-3251 | Email from William Mallin |
| JX-3254 | Email from John Stewart |
| JX-3256 | Email from Richard Sackler |
| JX-3257 | Email from Richard Sackler ("they get themselves addicted") |
| JX-3258 | Email from Richard Sackler ("I think the idea of comparing PET scans of addict sand pain patients is very interesting.") |
| JX-3259 | Email from Richard Sackler ("Abusers aren't victims; they are victimizers.") |
| JX-3263 | Email from Richard Sackler ("please send me the excel spreadsheets...") |
| JX-3264 | Email from Michael Friedman ("We have tried to keep the family out of the press.") |
| JX-3265 | Board agenda |
| JX-3266 | Email from Stuart Baker to Members of the Board |
| JX-3267 | Emails from Mortimer Sackler, Jonathan Sackler, and Richard Sackler ("Seems like the organization has just fully given up and is resigned to declining volume sales for all our products which bodes really badly for our business") |
| JX-3268 | Emails from Mortimer Sackler, Jonathan Sackler, and Richard Sackler |

| ID | Title |
|---|---|
| JX-3275 | Deposition of Theresa Sackler |
| JX-3278 | MDS Family Charter (Oct. 1, 2013) |
| JX-3281 | Calendar of MDS Family Meetings |
| JX-3282 | Email from Geraldine McNaney to Mortimer Sackler of July 10, 2008 |
| JX-3285 | MDS Trust Memorandum (Aug. 29, 2002) |
| JX-3286 | Family Council Meeting |
| JX-3282 | Email from Geraldine McNaney to Mortimer Sackler of July 10, 2008 |
| JX-3288 | Email from Richard Sackler to Ake Wikstrom *et al.* of July 3, 2009 |
| JX-3289 | Email from David Sackler to Richard Sackler of Dec. 31, 2009 |
| JX-3289 | Draft Agenda, March 1, 2011, Purdue Board of Directors |
| JX-3290 | Email from Ilene Sackler Lefcourt to Jörg Fisher of July 12, 2012 |
| JX-3291 | Email from Ilene Sackler Lefcourt to Stuart Baker of July 19, 2012 |
| JX-3292 | Agenda, Board of Directors meeting, March 23, 2013 |
| JX-3293 | Beneficiaries Meeting |
| JX-3294 | Filling in Gaps: A Scan for Opportunities to Respond to the Opioid Crisis |
| JX-3295 | Email from Richard Sackler to Mortimer Sackler of Aug. 13, 2017 |
| JX-3296 | Email from Ilene Sackler Lefcourt to Jack Stein of Nov. 22, 2017 |
| JX-3297 | Supervisory Council |
| JX-3298 | Transcript of Deposition of Ilene Sackler Lefcourt (Sept. 18, 2020) |
| JX-3299 | Declaration of Ilene Sackler Lefcourt & Errata Sheet (Nov. 3, 2020) |
| No. 19-08289, 291 | Twenty-Second Amended Preliminary Injunction |

Dated:  October 5, 2021
         Baltimore, Maryland

Respectfully Submitted

BRIAN E. FROSH
Attorney General of Maryland

/s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Assistant Attorney General

Office of the Attorney General of Maryland
200 Saint Paul Place
Baltimore, Maryland 21202
bedmunds@oag.state.md.us
(410) 576-6578

*Attorneys for the State of Maryland*