AARON RYERSON
CLAIM # 5739

FILED
U.S. BANKRUPTCY COURT
2021 SEP 24
S.D. OF N.Y.

Dear Honorable Bankruptcy Judge
Purdue Pharma

Good morning. As I sit here in jail unable to enjoy the freedoms a man should I keep seeing on T.V that the courts in New York have made decisions on the case I have a claim in regarding Purdue Pharma and it's monetary values for protection for future opiod problems.

I ponder. What about us that have suffered so much as a result of Purdue Pharmas multi billion dollar aspirations at our cost. The years of suffering. The future cost I may have to pay for out of pocket expenses for a opiod maintenance program. These medical costs. Methadone - Suboxane costs. These costs I must also adhere to as I sit in jail over my opiod abuse started by OxyContin. Please remember us, those without attorneys who suffered dearly and are still paying a price.

CLAIM 5739 AARON RYERSON
17262 LARK AVENUE (CDCJ)
MASON CITY IOWA
50401