UNITED STATES BANKRUPTCY
COURT SOUTHERN DIST of NEW YORK

PURDUE PHARMA LP, et, aL ) Motion to
Chapter 11, CASE NO ) File Late &
19-23649 (RDD) ) Request Claim Forms
)

MY NAME IS JONATHAN MAAE, I ONLY Recently Learned of this Case. I Am a homeless opioid Addict that has been Living on the island of Samoa. Because of the Global Pandemic, incarceration, Homelessness and other circumstances beyond My Control I had No Way of Knowing about this Case. I do however have A VERY Valid Claim that I Need to File.

This Motion is to Request the Court to PLEASE Send me The general opioid Claim Form and the Personal injury Claim Form and allow me to File late.

Thank You.

Jonathan MAAE
Jonathan Maae

Jonathon Maae
℅ Thurston Co- Jail
2000 Lakeridge dr. S.W
Olympia, WA. 98502