United States Bankruptcy Court Southern Dist. of New York

Purdue Pharma LP, ET, al. } Motion
Chapter 11, Case No. } File Late
19-23649 (RDD) }

My name is Geoffrey Leon Carpenter, WA. DOC# 752058, my address is, Monroe Correctional Complex / Washington State Reformatory Unit, P.O. Box # 777, Monroe WA. 98272. I am a prisoner incarcerated in Washington State, inmates in my institution have been on a constant state of lockdown because of Covid-19 since the start of the Global Pandemic.

I only recently learned about this case but I do have a very valid claim.

I humbly request to please be allowed to file my claim late.

Thank you

I Geoffrey Carpenter declair under the penalty of perjury that the above is true and correct to the best of my knowledge. Signed in Snohomish County, Monroe, WA on Sept. 22, 2021

X Geoffrey Carpenter

Geoffrey Carpenter
#752058 / MCC / WSR
P.O. Box #777
Monroe, WA. 98272

9-22-21