Ellen Isaacs, Pro Se
ryansopc@gmail.com
561-860-0770

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: PURDUE PHARMA L.P., et al., Debtors.1      Chapter 11 Case No. 19-23649 (RDD)
                                                  (Jointly Administered)

## MOTION FOR CLARIFICATION

**COMES NOW,** Ellen Isaacs moves this Court on behalf of her beloved son Patrick Ryan Wroblewski, herself and The American People for Clarification to this Court's Order of September 13, 2021 based upon the following findings of fact:

1. On August 17, 2021 Ellen Isaacs filed an Emergency Motion for an Injunction with this Court.
2. On August 18, 2021 this Court provided Ellen Isaacs with a Court hearing date of September 13, 2021.
3. Despite the Court not hearing the outstanding pending motion, this Court confirmed the Bankruptcy on September 1, 2021 by way of a six and half hour bench ruling.
4. On September 6, 2021 The Debtors filed an Objection to Ellen Isaacs' motion.
5. On September 7, 2021 The Debtors provided this Court with a notification of Proof of Service.
6. To this date, service of objection has never been received by Ellen Isaacs.
7. On September 13, 2021 this Court held a hearing to discuss multiple matters.
8. At the beginning of the hearing, prior to the Judge's appearance on the bench, Ellen Isaacs was told to turn her camera off.
9. On this same day, prior to Ellen Isaacs being recognized by this Court for said hearing, this Court rendered a decision to pay out $7.1M to 4 of Purdue Pharma Executives. Had Ellen Isaacs been recognized by this Court prior to her motion being last on the docket she would have objected to said payments.
10. Ellen Isaacs on behalf of Patrick Ryan Wroblewski, herself and The American People vehemently object to said payments.

11. The 130,000 plus victims (creditors) are only being alloted $7.5M which 33% is being paid to the attorney's. Hence, 4 executives are getting paid more than 130,000 plus victims and is a disgrace to this Court and The Bankruptcy Proceedings.
12. Ellen Isaacs objects to the payout of any funds through the bankruptcy proceedings until the Appellate Court renders their decision.
13. This Court rendered a decision on Ellen Isaacs Motion submitted to the Court not on her Oral Argument.
14. This Courts decision on Ellen Isaacs motion was read off a document prepared prior to the hearing and this is visible on the Zoom Recording,
15. Further this Court's decision was misleading when the Judge said the Motion was filed untimely. Additionally, the Judge had to correct himself regarding the above-mentioned dates. He had everyone believing the filing of said motion was after the Confirmation and this is false.
16. The Court directed the debtors to prepare the denial of said motion.
17. The Debtors denial also is inaccurate based upon the incorrect information stated by the Judge.
18. Ellen Isaacs filed the motion in a timely manner.
19. Once again, this Court is abusing their power and discretion violating Ellen Isaacs, beloved Patrick Ryan Wroblewski and The American People's Constitutional Rights to proper due process.
20. This Court with the Debtors is continually and systemically causing trauma to all of the families affected by the Mental Health Pandemic sparked by Purdue Pharma from back in the 1950's with Valium, Librium, Oxycontin and now Adhansia XR.

**PLEASE TAKE NOTICE** that Ellen Isaacs respectfully requests this Court for the following along with any further relief that this Court may deem meet and proper:

1) Immediate correction to the denial to reflect the facts.
2) Refute any distributions of any assets at all to any individual, entity, organization, corporation, attorney or otherwise until the Appellate Court renders their decision; along with the recall of any and all funds previously ordered to be paid.
3) Refute the sale of any equipment or entities of Purdue Pharma, Subsidiaries and/or any company under the umbrella of The Purdue Pharma/Sackler's various Trusts in the U.S. and around The World.
4) Request the immediate investigation by a third party into the Bankruptcy proceedings; including but not limited to, the transfer of all funds between all the parties involved in these proceedings.

September 30, 2021

Ellen Isaacs, Pro Se

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the foregoing has been served upon the Debtors and all parties involved through the automated system via the Court Clerk Ms. Li on September 30, 2021.

September 30, 2021

*Ellen Isaacs*
Ellen Isaacs, Pro Se

## NOTARY PUBLIC

Sworn to and subscribed before me this 30th day of September, 2021.

*Pooja Patel*
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
POOJA PATEL - Notary Public
Bucks County
My Commission Expires July 16, 2024
Commission Number 1373150