DON W. HARDIN
5 IGUANA CT.
FORT MYERS FL 33912

DonHardin@yahoo.com

FILED
U.S. BANKRUPTCY COURT

2021 OCT -6 A 11: 49

S.D. OF N.Y.

Dear Judge Robert D. Drain,

My name is Don Hardin,  I was told I needed to explain to you the reason why I filed late and truly hope you consider my case.

The real reason I and most others filed so late is because the drug that has caused us all so very much trouble is the primary cause of all our actions and inactions.

There is no nice way to put this. Oxycontin changes one's thinking too, "I do not care about anything" other than getting my next script.
YOU CAN PROBABLY FIND OUT THIS REASON APPLIES TO ALL ADDICTS.

I finally got off my backside and filed because of my Love for my wife. I hope and pray for some settlement to ease the stress she has gone through being married to me.  I will be free to speak with you or your staff if this will help to get my case considered. I sent it Fed-X 9/21/21 two-day air. I got little help with the application and sent it in, in hopes I don't miss the next deadline. I can't afford an attorney so please assist me in any way possible

Sincerely in His service,

*Don W. Hardin*

Don W. Hardin

DON W. [illegible]
[illegible] CT.
FORT MYERS FL [illegible]

Don[illegible]@yahoo.com

Dear Judge [illegible]

My [illegible] I filed [illegible]

The real reason I and most others [illegible] is because the drug that has caused [illegible]

There is no other way to [illegible] thinking [illegible] "I do not care about anything" other than getting my next [illegible].
YOU CAN PROBABLY FIND OUT [illegible] TO ALL ADDICTS.

I finally [illegible] I hope and pray for some settlement [illegible] through being [illegible] to me. I will be free to [illegible] this will help to get my case considered. [illegible] little help with the addiction [illegible] I can't afford an attorney so please [illegible] possible.

[illegible]

Don W. [illegible]