**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

# MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, J. Carl Cecere, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent The City of Grande Prairie, as Representative Plaintiff for a Class Consisting of All Canadian Municipalities; Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People; the City of Brantford; The City of Grande Prairie; Lac La Ronge Indian Band; The City of Lethbridge; and The City of Wetaskiwin (collectively "The Canadian Municipalities and First Nation Creditors"), creditors in the above-referenced cases.

***I certify that I am a member in good standing*** of the bar in the Supreme Court of Texas, Supreme Court of the United States, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Federal Circuit, United States Court of Appeals for the District of Columbia Circuit, United States District Court for the Eastern District of Texas, United States District Court for the Northern District of Texas, United States District Court for the Southern District of Texas and the United States District Court for the Western District of Texas.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901

1

I have submitted the filing fee of $200.00 with this motion.

| | |
|---|---|
| Dated: October 6, 2021 | By: /s/ J. Carl Cecere<br>J. Carl Cecere<br>CECERE PC<br>6035 McCommas Boulevard<br>Dallas, TX 75206<br>ccecere@cecerepc.com<br>Telephone: 469.600.9455<br><br>*Counsel for The City of Grande Prairie, as Representative Plaintiff for a Class Consisting of All Canadian Municipalities; Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People; the City of Brantford; The City of Grande Prairie; Lac La Ronge Indian Band; The City of Lethbridge; and The City of Wetaskiwin* |