**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion (the "Motion") of J. Carl Cecere to be admitted, ***pro hac vice***, to represent The City of Grande Prairie, as Representative Plaintiff for a Class Consisting of All Canadian Municipalities; Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People; the City of Brantford; The City of Grande Prairie; Lac La Ronge Indian Band; The City of Lethbridge; and The City of Wetaskiwin (as defined in the Motion), creditors in the above referenced case and upon the movant's certification that the movant is a member in good standing of the bar of the Supreme Court of Texas, Supreme Court of the United States, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Federal Circuit, United States Court of Appeals for the District of Columbia Circuit, United States District Court for the Eastern District of Texas, United States District Court for the Northern District of Texas, United States District Court for the Southern District of Texas, and the United States District Court for the Western District of Texas, it is hereby:

**ORDERED**, that J. Carl Cecere, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases to represent The Canadian Municipalities and First Nation Creditors, in the United States Bankruptcy Court for the Southern District of New York, providing that the filing fee has been paid.

Dated: _____      */s/*_____
_____, New York      HONORABLE JUDGE ROBERT D. DRAIN
         UNITED STATES BANKRUPTCY JUDGE