UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re

Purdue Pharma, L.P.,                             Case No. 19-23649 (RDD)

                Debtor.                        <u>Chapter 11</u>

----------------------------------------------------------x

<u>**CERTIFICATE OF SERVICE**</u>

        I, Ilusion Rodriguez, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that:

On October 4, 2021, I served the below listed documents by electronic mail upon the parties listed on the attached creditor matrix.

*Amended Notice Of Hearing On United States Trustee's (I) Expedited Motion For An Order Certifying Direct Appeal To The United States Court Of Appeals For The Second Circuit Under 28 U.S.C. § 158(d) And (II) Motion For An Order Shortening Notice And Scheduling Hearing With Respect To The United States Trustee's Motion To Certify Direct Appeal To The Court Of Appeals Under 28 U.S.C. § 158(d) (Docket No. 3875).*

Dated:  New York, New York
         October 4, 2021

                                                  <u>/s/ Ilusion Rodriguez</u>
                                                  Ilusion Rodriguez

Email Service List

| NAME | EMAIL | NOTICE NAME |
|---|---|---|
| Agentis PLLC | cbs@agentislaw.com | Attn: Christopher B. Spuches, Esq. |
| Akin Gump Strauss Hauer & Feld LLP | idizengoff@akingump.com<br>apreis@akingump.com<br>mhurley@akingump.com<br>sbrauner@akingump.com<br>elisovicz@akingump.com | Attn: Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley, Sara L. Brauner, & Edan Lisovicz |
| Alston & Bird LLP | william.hao@alston.com | Attn: William Hao |
| Alston & Bird LLP | will.sugden@alston.com<br>jacob.johnson@alston.com | Attn: William Sugden and Jacob Johnson |
| Andrews & Thornton | aa@andrewsthornton.com<br>shiggins@andrewsthornton.com<br>rsiko@andrewsthornton.com | Attn: Anne Andrews, Sean T. Higgins, Robert S. Siko |
| Ask LLP | eneiger@askllp.com<br>jchristian@askllp.com | Attn: Edward E. Neiger, Esq. Jennifer A. Christian, Esq. |
| Attorney General of Washington | dina.yunker@atg.wa.gov | Attn: Dina L. Yunker - Assistant Attorney General |
| Ballard Spahr LLP | daluzt@ballardspahr.com<br>roglenl@ballardspahr.com | Attn: Tobey M. Daluz and Laurel D. Roglen |
| Barack Ferrazzano Kirschbaum & Nagelberg LLP | nathan.rugg@bfkn.com | Attn: Nathan Q. Rugg |
| Barrett Law Group, P.A. | DonBarrettPA@gmail.com | Attn: John W. Barrett, Esq. |
| Bentley & Bruning P.A. | mbentley@bentleyandbruning.com<br>dwallace@bentleyandbruning.com | Attn: Morgan R. Bentley and David A. Wallace |
| Bialson, Bergen & Schwab | Klaw@bbslaw.com | Attn: Lawrence M. Schwab and Kenneth T. Law |
| Bielli & Klauder, LLC | tbielli@bk-legal.com | Attn: Thomas D. Bielli |
| Binder & Schwartz LLP | efisher@binderschwartz.com | Attn: Eric B. Fisher |
| Blitman & King LLP | drbrice@bklawyers.com | Attn: Daniel R. Brice |
| BMC Group, Inc. | bmc@ecfAlerts.com | Attn: T Feil |
| Bracewell LLP | daniel.connolly@bracewell.com<br>robert.burns@bracewell.com | Attn: Daniel S. Connolly & Robert G. Burns |
| Brown & Connery, LLP | dludman@brownconnery.com | Attn: Donald K. Ludman |
| Brown Rudnick LLP | GCicero@brownrudnick.com<br>DMolton@brownrudnick.com | Attn: Gerard T. Cicero and David J. Molton |
| Brown Rudnick LLP | spohl@brownrudnick.com | Attn: Steven D. Pohl |
| Buchalter, a Professional Corporation | jgarfinkle@buchalter.com<br>dslate@buchalter.com | Attn: Jeffrey K. Garfinkle, Esq., Daniel H. Slate, Esq. |
| California Department of Justice | bernard.eskandari@doj.ca.gov<br>michelle.burkart@doj.ca.gov<br>timothy.lundgren@doj.ca.gov | Attn: Bernard A. Eskandari, Timothy D. Lundgren, and Michelle Burkart |
| California Department of Justice | judith.fiorentini@doj.ca.gov | Attn: Judith A. Fiorentini - Supervising Deputy Attorney General |
| Caplin & Drysdale, Chartered | kmaclay@capdale.com<br>jwehner@capdale.com<br>jliesemer@capdale.com<br>tphillips@capdale.com | Attn: Kevin Maclay, James Wehner, Jeffrey Liesemer, Todd Phillips |

| Firm | Email | Attention |
|---|---|---|
| Carter Ledyard & Milburn LLP | bankruptcy@clm.com | Attn: Aaron R. Cahn |
| Cole Schotz P.C. | jalberto@coleschotz.com | Attn: Justin R. Alberto |
| Commonwealth of Massachusetts | eric.gold@mass.gov | Attn: Eric M. Gold, Assistant AG |
| Commonwealth of Pennsylvania | cmomjian@attorneygeneral.gov | Attn: Carol E. Momjian - Senior Deputy AG |
| Consovoy McCarthy PLLC | mike@consovoymccarthy.com | Attn: J. Michael Connolly |
| Cooper Law Firm, LLC | cbrustowicz@clfnola.com jdetty@clfnola.com lrichardson@clfnola.com | Attn: Celeste Brustowicz, Jessica Detty, & Lisa Richardson |
| Creadore Law Firm PC | donald@creadorelawfirm.com | Attn: Donald Creadore |
| Cuneo Gilbert & Laduca, LLP | jonc@cuneolaw.com | Attn: Jonathan W. Cuneo, Esq. |
| Cuneo Gilbert & Laduca, LLP | jonc@cuneolaw.com | Attn: Jonathan W. Cuneo, Esq. |
| Davis Polk & Wardwell LLP | Purdue.noticing@dpw.com | Attn: Marshall Scott Huebner, Benjamin S. Kaminetzky, Timothy Graulich, Christopher Robertson and Eli J. Vonnegut |
| Debevoise & Plimpton LLP | jball@debevoise.com mkmonaghan@debevoise.com jrosen@debevoise.com | Attn: Jasmine Ball, Maura Kathleen Monaghan, Jeffrey J. Rosen |
| Doster, Ullom & Boyle, LLC | GWillard@dubllc.com | Attn: Gregory D. Willard |
| Eglet Adams | badams@egletlaw.com aham@egletlaw.com eentsminger@egletlaw.com | Attn: Robert M. Adams, Artemus W. Ham, & Erica D. Entsminger |
| Elizabeth A. Citrin, P.C. | elizabeth@elizabethcitrin.com | Attn: Elizabeth A. Citrin |
| Foley & Lardner LLP | ggoodman@foley.com | Attn: Geoffrey S. Goodman |
| Foley & Lardner LLP | jcampos@foley.com jnicholson@foley.com anann@foley.com | Attn: Jill L. Nicholson, and Alissa M. Nann |
| Fox Swibel Levin & Carroll LLP | panderson@foxswibel.com | Attn: Margaret M. Anderson |
| Frankgecker LLP | jfrank@fgllp.com jkleinman@fgllp.com | Attn: Joseph D. Frank and Jeremy C. Kleinman |
| Fredrick Hill | fredhill70@gmail.com | |
| Gilbert, LLP | litherlandc@gilbertlegal.com quinnk@gilbertlegal.com gilberts@gilbertlegal.com | Attn: Craig Literland, Kami Quinn, and Scott Gilbert |
| Godfrey & Kahn, S.C. | kstadler@gklaw.com | Attn: Katherine Stadler |
| Goodwin Procter LLP | mgoldstein@goodwinlaw.com wweintraub@goodwinlaw.com hsteel@goodwinlaw.com | Attn: Michael H. Goldstein, William P. Weintraub, & Howard S. Steel |
| Hagens Berman Sobol Shapiro LLP | benh@hbsslaw.com | Attn: Ben Harrington |
| HAGENS BERMAN SOBOL SHAPIRO LLP | purduebankruptcy@hbsslaw.com | Attn: Thomas M. Sobol, Lauren G. Barnes |
| Haug Partners LLP | dzwally@haugpartners.com | Attn: David A. Zwally |
| Haug Partners LLP | jdougherty@haugpartners.com | Attn: John C. Dougherty |
| Husch Blackwell LLP | Caleb.Holzaepfel@huschblackwell.com | Attn: Caleb T. Holzaepfel |
| Husch Blackwell LLP | marshall.turner@huschblackwell.com | Attn: Marshall C. Turner |
| Jenner & Block, LLP | CSteege@jenner.com | Attn: Catherine L. Steege, Esq. |
| Jenner & Block, LLP | rlevin@jenner.com | Attn: Richard Levin, Esq. |
| Joseph Hage Aaronson LLC | mleventhal@jha.com dpepe@jha.com pjerdee@jha.com | Attn: Gregory P. Joseph, Mara Leventhal, Douglas J. Pepe, Peter R. Jerdee, & Christopher J. Stanley |

| | | |
|---|---|---|
| | cstanley@jha.com | |
| | gjoseph@jha.com | |
| Keller Lenkner LLC | sam@kellerlenkner.com | Attn: Seth A. Meyer |
| Kirkland & Ellis LLP | Anne.Wallice@Kirkland.com | Attn: Anne G. Wallice |
| | mgold@kkwc.com | Attn: Matthew J. Gold and Robert M. |
| Kleinberg, Kaplan, Wolff & Cohen, P.C. | rtuchman@kkwc.com | Tuchman |
| Kobre & Kim LLP | daniel.saval@Kobrekim.com | Attn: Daniel J. Saval |
| | keckstein@kramerlevin.com | |
| Kramer Levin Naftalis & Frankel | rringer@kramerlevin.com | Attn: Kenneth Eckstein and Rachael Ringer |
| Law Offices of Julianne Feliz | kidesq1@aol.com | Attn: Julianne Feliz-Kidd, C Samuel Sutter |
| Levenfeld Pearlstein, LLC | hisrael@lplegal.com | Attn: Harold D. Israel |
| Lite Depalma Greenberg & Afanador, LLC | aunderwood@litedepalma.com | Attn: Allen J. Underwood II |
| Loeb & Loeb LLP | vrubinstein@loeb.com | Attn: Vadim J. Rubinstein, Esq |
| Luskin, Stern & Eisler LLP | luskin@lsellp.com | Attn: Michael Luskin |
| | luskin@lsellp.com | |
| Luskin, Stern & Eisler LLP | stern@lsellp.com | Attn: Michael Luskin and Richard Stern |
| MacElree Harvey, Ltd. | mlouis@macelree.com | Attn: Michael G. Louis |
| | nowak@marcus-shapira.com | Attn: Darlene M. Nowak, Esq., Robert M. |
| Marcus & Shapira LLP | rbarnes@marcus-shapira.com | Barnes, Esq. |
| | kmarino@khmarino.com | |
| Marino, Tortorella & Boyle, P.C. | jtortorella@khmarino.com | Attn: Kevin H. Marino, John D. Tortorella |
| Martin S. Rapaport, P.C. | karenneuwirth@aol.com | Attn: Karen F. Neuwirth |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | gbressler@mdmc-law.com | Attn: Gary D. Bressler, Esquire |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | mmorano@mdmc-law.com nleonard@mdmc-law.com | Attn: Michael Morano, Esquire, Nicole Leonard, Esquire |
| McGrail & Bensinger LLP | ivolkov@mcgrailbensinger.com | Attn: Ilana Volkov |
| | guzzi@milbank.com | |
| | estodola@milbank.com | Attn: Gerard Uzzi, Esq., Eric Stodola, Esq., |
| Milbank LLP | alees@milbank.com | & Alex Lees, Esq. |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | kngalle@mintz.com | Attn: Katherine N. Galle |
| Missouri Department of Revenue | sdnyecf@dor.mo.gov | Attn: Steven A. Ginther - Special Assistant AG |
| Mitchell & Speights | sam@mitchellspeights.com | Attn: Samuel F. Mitchell |
| | jellis@mololamken.com | |
| | smolo@mololamken.com | Attn: Justin M. Ellis, Steven F. Molo, Jessica |
| Mololamken LLP | jortiz@mololamken.com | Ortiz |
| Morgan & Morgan | jyoung@forthepeople.com | Attn: James Young |
| Morgan & Morgan | juanmartinez@forthepeople.com | Attn: Juan R. Martinez |
| Morrison & Foerster LLP | ARheaume@mofo.com | Attn: Alexander G. Rheaume |
| Morrison & Foerster LLP | BButterfield@mofo.com | Attn: Benjamin W. Butterfield |
| Motley Rice LLC | mbuchman@motleyrice.com | Attn: Michael M. Buchman |
| N.C. Department of Justice | kmccraw@ncdoj.gov | Attn: Katherine M. McCraw |

| Name | Email | Attn |
|---|---|---|
| National Association of Attorneys General | kcordry@naag.org | Attn: Karen Cordry |
| New York State Department of Financial Services | nicolas.keller@dfs.ny.gov | Attn: Nicolas G. Keller - Assistant Counsel |
| Office of the Indiana Attorney General | Heather.Crockett@atg.in.gov | Attn: Heather M. Crockett, Amanda K. Quick, Curtis T. Hill Jr. |
| Office of the New Jersey State Attorney General | lara.fogel@law.njoag.gov | Attn: Lara J. Fogel, Deputy AG |
| Office of the New York State Attorney General | David.Nachman@ag.ny.gov | Attn: David E. Nachman |
| Office of the New York State Attorney General | Kathryn.Blake@ag.ny.gov | Attn: Kathryn J. Blake, Assistant AG |
| Office of the New York State Attorney General | Umair.Khan@ag.ny.gov | Attn: Muhammad Umair Khan |
| Office of the South Carolina Attorney General | jlibet@scag.gov | Attn: Jared Q. Libet - Assistant Deputy AG |
| Office of the State of Connecticut Attorney General | Denise.Mondell@ct.gov | Attn: Denise S. Mondell, Assistant AG |
| Office of the State of Idaho Attorney General | brett.delange@ag.idaho.gov | Attn: Brett T. DeLange - Deputy AG Chief, Consumer Protection Division |
| Office of the State of Iowa Attorney General | william.pearson@ag.iowa.gov | Attn: William R. Pearson - Assistant AG |
| Office of the State of Vermont Attorney General | Jill.abrams@vermont.gov | Attn: Jill S. Abrams |
| Office of The United States Trustee | paul.schwartzberg@usdoj.gov | Attn: Alison L. Archer, Assistant AG |
| Ohio Attorney General | Alison.Archer@ohioattorneygeneral.gov | Attn: Patricia D. Lazich, Assistant AG |
| Ohio Attorney General | Trish.Lazich@ohioattorneygeneral.gov | Attn: Adam P. Haberkorn |
| O'Melveny & Myers LLP | ahaberkorn@omm.com | Attn: Melanie L. Cyganowski, Esq. & Jennifer S. Feeney |
| Otterbourg P.C. | mcyganowski@otterbourg.com  jfeeney@otterbourg.com | Attn: Melissa L. Van Eck - Senior Deputy AG |
| Pennsylvania Office of Attorney General | mvaneck@attorneygeneral.gov | Attn: Andrew M. Troop and Andrew V. Alfano |
| Pillsbury Winthrop Shaw Pittman LLP | andrew.troop@pillsburylaw.com  andrew.alfano@pillsburylaw.com | Attn: Jeremy W. Ryan, Aaron H. Stulman, D. Ryan Slaugh |
| Potter Anderson & Corroon LLP | jryan@potteranderson.com  astulman@potteranderson.com  rslaugh@potteranderson.com | Attn: Herb Baer |
| Prime Clerk, LLC | purduepharmateam@primeclerk.com  serviceqa@primeclerk.com | Attn: Irve J. Goldman |
| Pullman & Comley, LLC | igoldman@pullcom.com | Attn: President or General Counsel |
| Purdue Pharma L.P. | Jon.Lowne@pharma.com | Attn: Mark D. Fischer |
| RAWLINGS & ASSOCIATES | mdf@rawlingsandassociates.com | Attn: Christopher A. Lynch |
| Reed Smith LLP | clynch@reedsmith.com | Attn: Claudia Z. Springer |
| Reed Smith LLP | cspringer@reedsmith.com | Attn: Lawrence R. Reich |
| Reich Reich & Reich, P.C. | lreich@reichpc.com | Attn: Paris Gyparakis |
| Rosen & Associates, P.C. | pgyparakis@rosenpc.com | Attn: Joel M. Shafferman |
| Sahn Ward Coschignano, PLLC | jshafferman@swc-law.com | Attn: Beth Kaswan and Judith S. Scolnick |

| | | |
|---|---|---|
| Scott+Scott Attorneys at Law LLP | bkaswan@scott-scott.com<br>jscolnick@scott-scott.com | Attn: Eric S. Goldstein |
| Shipman & Goodwin LLP | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Attn: Elisha D. Graff, Jamie J. Fell, David R. Zylberberg, Bryce L. Friedman, William T. Russell, Jr. |
| Simpson Thacher & Bartlett LLP | jamie.fell@stblaw.com<br>egraff@stblaw.com<br>david.zylberberg@stblaw.com<br>bfriedman@stblaw.com<br>wrussell@stblaw.com | Attn: Stephen D. Lerner |
| Squire Patton Boggs | stephen.lerner@squirepb.com | Attn: Stephen D. Lerner |
| Squire Patton Boggs | stephen.lerner@squirepb.com | Attn: Bankruptcy Department |
| State of Alaska Attorney General | attorney.general@alaska.gov | Attn: Bankruptcy Department |
| State of Arizona Attorney General | aginfo@azag.gov | Attn: Bankruptcy Department |
| State of Arkansas Attorney General | oag@ArkansasAG.gov | Attn: Bankruptcy Department |
| State of California Attorney General | bankruptcy@coag.gov | Attn: Bankruptcy Department |
| State of Connecticut Attorney General | Attorney.General@ct.gov<br>Denise.mondell@ct.gov | Attn: Bankruptcy Department |
| State of Delaware Attorney General | Attorney.General@state.DE.US | Attn: Bankruptcy Department |
| State of Hawaii Attorney General | hawaiiag@hawaii.gov | Attn: Bankruptcy Department |
| State of Illinois Attorney General | webmaster@atg.state.il.us | Attn: Bankruptcy Department |
| State of Louisiana Attorney General | ConsumerInfo@ag.state.la.us | Attn: Bankruptcy Department |
| State of Maine Attorney General | oag.mediation@maine.gov | Attn: Bankruptcy Department |
| State of Maryland Attorney General | oag@oag.state.md.us | Attn: Bankruptcy Department |
| State of Massachusetts Attorney General | ago@state.ma.us | Attn: Bankruptcy Department |
| State of Michigan Attorney General | miag@michigan.gov | Attn: Bankruptcy Department |
| State of Missouri Attorney General | attorney.general@ago.mo.gov | Attn: Bankruptcy Department |
| State of Montana Attorney General | contactdoj@mt.gov | Attn: Bankruptcy Department |
| State of Nebraska Attorney General | ago.info.help@nebraska.gov | Attn: Bankruptcy Department |
| State of New Hampshire Attorney General | attorneygeneral@doj.nh.gov | Attn: Louis J. Testa |
| State of New Jersey Attorney General | askconsumeraffairs@lps.state.nj.us | Attn: Jessica Sutton |
| State of New York Attorney General | Louis.Testa@ag.ny.gov | Attn: Bankruptcy Department |
| State of North Carolina Attorney General | jsutton2@ncdoj.gov | Attn: Bankruptcy Department |
| State of North Dakota Attorney General | ndag@nd.gov | Attn: Bankruptcy Department |
| State of Oregon Attorney General | consumer.hotline@doj.state.or.us | Attn: Bankruptcy Department |
| State of South Dakota Attorney General | consumerhelp@state.sd.us | Attn: Paul L. Singer, Esq. |
| State of Tennessee Attorney General | reg.boards@tn.gov | Attn: Rachel R. Obaldo, Esq. |
| State of Texas | paul.singer@oag.texas.gov | Attn: Bankruptcy Department |
| State of Texas | bk-robaldo@oag.texas.gov | Attn: Bankruptcy Department |
| State of Texas Attorney General | public.information@oag.state.tx.us | Attn: Bankruptcy Department |
| State of Utah Attorney General | uag@utah.gov | Attn: Bankruptcy Department |
| State of Vermont Attorney General | ago.info@vermont.gov | Attn: Bankruptcy Department |
| State of Virginia Attorney General | mailoag@oag.state.va.us | Attn: Abby Cunningham, Assistant AG for West Virginia |
| State of Washington Attorney General | emailago@atg.wa.gov | Attn: Nicholas F. Kajon and Constantine D. Pourakis |
| State of West Virginia Attorney General | Abby.G.Cunningham@wvago.gov | Attn: Sander L. Esserman and Peter C. D'Apice |

| Firm | Email | Attention |
|---|---|---|
| Stevens & Lee, P.C. | nfk@stevenslee.com<br>cp@stevenslee.com | Attn: Jeffrey R. Gleit, Allison H. Weiss |
| Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation | esserman@sbep-law.com<br>dapice@sbep-law.com | Attn: Jenna Pellecchia |
| Sullivan & Worcester LLP | jgleit@sullivanlaw.com<br>aweiss@sullivanlaw.com | Attn: Scott S. Markowitz, Esq., Rocco A. Cavaliere, Esq., & Michael Z. Brownstein, Esq. |
| Sun Pharmaceutical Industries Inc. | Jenna.Pellecchia@sunpharma.com | Attn: Jonathan C. Lipson |
| Tarter Krinsky & Drogin LLP | smarkowitz@tarterkrinsky.com<br>rcavaliere@tarterkrinsky.com<br>mbrownstein@tarterkrinsky.com | Attn: Marvin Clements, Bankruptcy Division |
| Temple University-Beasley School of Law | jlipson@temple.edu | Attn: Katie Townsend |
| Tennessee Attorney General's Office | Marvin.Clements@ag.tn.gov | Attn: Jordan S. Blask, Esq. |
| The Reporters Committee for Freedom of the Press | ktownsend@rcfp.org | Attn: Gregory Spizer |
| Tucker Arensberg, P.C. | jblask@tuckerlaw.com | Attn: Thomas W. Waldrep, Jr., James C. Lanik, Jennifer B. Lyday |
| VSCP Law | gspizer@vscplaw.com | Attn: J. Christopher Shore, Michele J. Meises, Alice Tsier, Ashley R. Chase |
| Waldrep LLP | twaldrep@waldrepllp.com<br>jlyday@waldrepllp.com<br>jlanik@waldrepllp.com | Attn: Thomas E. Lauria, Laura L. Femino |
| White & Case LLP | cshore@whitecase.com<br>michele.meises@whitecase.com<br>alice.tsier@whitecase.com | Attn: Thomas W. Waldrep, Jr., James C. Lanik, Jennifer B. Lyday<br>Attn: J. Christopher Shore, Michele J. Meises, Alice Tsier, Ashley R. Chase |
| White & Case LLP | tlauria@whitecase.com<br>laura.femino@whitecase.com | Attn: Thomas E. Lauria, Laura L. Femino |
| Wilk Auslander LLP | esnyder@wilkauslander.com | Attn: Eric J. Snyder |