ANDREW J. BRUCK
Acting Attorney General of New Jersey
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 106
Trenton, New Jersey 08625-0106
Attorney for The State of New Jersey

By:  Valerie Hamilton (01820-1995)
     Deputy Attorney General
     (609) 376-3256
     Valerie.Hamilton@law.njoag.gov

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Hon. Robert D. Drain |
| | Case No. 19-23649 (RDD) |
| PURDUE PHARMA L.P., et al., | (Jointly Administered) |
| Debtors. | Chapter 11 |
| | **RELATED TO:** |
| | Doc. No. 3905 |

**CERTIFICATION OF SERVICE**

VALERIE HAMILTON, of full age, hereby certifies as follows:

1.   I am a Deputy Attorney General employed by the Office of the Attorney General of the State of New Jersey.  I am over the age of 18 and not a party to the above-captioned case.

2.   On October 7, 2021, I caused the following pleading to be served on the parties listed on the attached exhibit by the method of service indicated thereon:

> Objection of the State of New Jersey to Ronald Bass, Sr.'s Motion Pursuant to Fed. R. Bankr. P. 7019 for the Joint Administration of Claims Movant Asserts Against the Debtors and the State of New Jersey and Other Relief.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Valerie Hamilton
Valerie Hamilton
Deputy Attorney General
State of New Jersey

Dated:  October 7, 2021

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*