**GOODWIN PROCTER LLP**
William P. Weintraub
Howard S. Steel
Michael H. Goldstein
Barry Z. Bazian
Stacy Dasaro
Artem Skorostensky
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
F: 212.355.3333
Email:   wweintraub@goodwinlaw.com
            hsteel@goodwinlaw.com
            mgoldstein@goodwinlaw.com
            bbazian@goodwinlaw.com
            sdasaro@goodwinlaw.com
            askorostensky@goodwinlaw.com

*Counsel to Teva Pharmaceuticals USA, Inc.*
*and Related Entities*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> PURDUE PHARMA L.P, *ET AL.*[1], <br><br>           Debtors. | Chapter 11 <br><br> Case No. 19-23649 (RDD) <br><br> (Jointly Administered) |

## MOTION TO WITHDRAW WILLIAM P. WEINTRAUB AS AN ATTORNEY OF RECORD PURSUANT TO  LOCAL BANKRUPTCY RULE 2090-1(e)

This motion (the "Motion") seeks, pursuant to Local Rule 2090-1(e) of the Local Bankruptcy Rules, an order withdrawing William P. Weintraub of the law firm Goodwin Procter LLP ("Goodwin Procter") as an attorney of record for Teva Pharmaceuticals USA, Inc., Anda,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's registration number are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Inc., Teva Canada Limited, and related entities (collectively, "Teva") in the above-captioned chapter 11 case. This Motion further seeks that William P. Weintraub's name be removed from any applicable service lists, including the Court's CM/ECF electronic notification list, maintained in the above-captioned case, and the list maintained by Prime Clerk. Goodwin Procter will continue to serve as attorneys for Teva in this matter.

I, William P. Weintraub, am an attorney at Goodwin Procter who has previously appeared as an attorney of record in this case on behalf of Teva. Because Goodwin Procter will continue to serve as attorneys of record in this case, the Court's approval of this Motion will not impact Goodwin Procter's representation of Teva, and will not result in prejudice or delay to any party.

WHEREFORE, for the reasons set forth herein, I respectfully request that the Court grant this Motion and order that William P. Weintraub is withdrawn as an attorney of record and, thus, will no longer receive service of electronic notifications in the above-captioned case. A proposed form of order granting the relief requested herein is annexed hereto as <u>Exhibit A</u>.

Dated: October 7, 2021

<u>/s/ *William P. Weintraub*</u>
GOODWIN PROCTER LLP
William P. Weintraub
Howard S. Steel
Michael Goldstein
Barry Z. Bazian
Stacy Dasaro
Artem Skorostensky
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
F: 212.355.3333
Email: wweintraub@goodwinlaw.com
hsteel@goodwinlaw.com
mgoldstein@goodwinlaw.com
bbazian@goodwinlaw.com
sdasaro@goodwinlaw.com

askorostensky@goodwinlaw.com

*Counsel to Teva Pharmaceuticals USA, Inc., and Related Entities*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 7, 2021, a copy of the foregoing *Motion to Withdraw William P. Weintraub as an Attorney of Record Pursuant to Local Bankruptcy Rule 2090-1(e)* was filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on October 7, 2021.

By: */s/ William P. Weintraub*
William P. Weintraub