Ronald Bass, Sr.
Pro se, Claimant
450 Little Place, Apt. 53
N. Plainfield, New Jersey 07060

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA L.P., et al** | Case No. 19-23649 (RDD) |
| **Debtors** | (Jointly Administered) |

---

Amended **NOTICE OF APPEAL AND STATEMENT OF ELECTION**

---

**Part 1: Identify the appellant(s)**

1   Ronald Bass, Sr. Creditors, Claim No. 89590, Claim No. Claim No. 112924 and Claim No. 104975

**Part 2: Identify the subject of this appeal**

2   This appeal is from the Decision of Judge Drain (the "Decision") confirming the Debtors' Chapter 11 Plan of Reorganization, which shield the shareholder and stakeholders violation of the American with Disabilities Act of 1990 and as Amended, 42 U.S. Code § 12132, and breach of agreement of the shareholder and stakeholder statutory and constitutional obligation under the Spending Clause of the Constitution.

3   The Decision was confirmed on September 17, 2021. A rough copy of the transcript and CD sound recording of the Decision is attached herewith.

**Part 3: Identify the other parties to the appeal**

4   The name of all other parties to the Decision, and the name, address and name of the respective attorney(s), are as follows:

1. The State of New Jersey Department of Treasury Division of Investment and all unknown private and public financial security group(s) for the State of New Jersey, (until discovery process disclose their names).
2. Gerold Christoher, Chief of New Jersey Bureau of Securities, Pursuant to N.J.S.A. 49:3-66(a).
3. The State of New Jersey Attorney General Office, Department of Law and Public Safety.
4. Attorney General Gurbir S. Grewal, and now he's presently the Director of Enforcement for the U.S. Security and Exchange Commission.
5. Purdue Pharma, L.P., et al., Teva Pharmaceutical Industries, LTD, Johnson and Johnson Pharmaceutical, Rhodes Pharmaceutical, L.P., Rhodes Technologies, et al., Endo Pharmaceutical, Inc., Abbott Laboratories (formerly known as Watson Pharmaceutical, Inc.) Purdue Frederick Conpany, Inc., Ortho-Mcneil-Janssen Pharmaceutical, Inc., Teva Pharmaceutical USA, Inc., Cephalon, Inc., Actavis Pharma, Inc., Insy Therapeutics, Inc., Mallinckrodt, PLC, Mallinckrodt, LLC, Abbvie Products, Actvis Pharma, Inc., LLC, Partners Pharmacy, LLC, Purdue Federick Company, Amerisourcebergen Drug Corporation, Cardinal Health, Inc., Mckesson Corporation, Abbvie, Inc., **1-20 unknown debtors**; Joseph L. Linares, Garry J. Furnari, Dr. Irfan Alladin, MD, Dr. Cyrus Vosough, MD, Dr. Henry M. Wroblewski, MD, Dr. Mario Comesanas, MD, Gwendolyn O. Austin, Private Attorney, Donald O. Egbuchulam Private Attorney, Eric Meehan, Private Attorney (Last known resident Goldsboro, NC), Paula T. Dow (former Attorney General of New Jersey), formerly known as Department of Youth and Family Services, now known as Department of Children Protection and Permanency, Main St. Counseling Center, et al.,

Children's Aid & Family Services, et al., **1-20 unknown shareholders and stakeholders.**

*Ronald Bass, Sr.*

## CERTIFICATION OR SERVICE

I, Ronald Bass, hereby certify that, on October ___ 2021, I caused true and correct copies of the foregoing document to be served by the Court's Case Management/Electronic Case File (CM/ECF) System to all parties who are deemed to have consented to electronic services, by email upon the parties who provided email addresses set forth in the Master Service List maintained by the Debtors in respect of these chapter 11 case and above claim numbers, and by email upon the Office of the United States Trustee for the Southern District of New York (Attn:Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

I, certified courtesy copies of this notice of appeal to the U.S. Bankruptcy Court Clerk Office in White Plaines, New York and Hon. Robert D. Drain and Prime Clerk, LLC.

Ronald Bass, Sr.