**Ronald Bass, Sr.**
450 Little Place, Apt. 53
N. Plainfield, NJ 07060
(908) 374-9321
Ronaldbass12345@gmail.com

**Re: Claim No. 89590**
     **Claim No. 112924**                              AMENDED STATEMENT OF ISSUSES
     **Claim No. 104975**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------

In re:                                                Chapter 11

PURDUE PHARMA L.P., et al,                            Case No. 19-23649 (RDD)
THE STATE OF NEW JERSEY, et al.,

     Shareholder and Debtors                          (Jointly Administered)

-----------------------------------------------

## APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD OF APPEAL FOR CONSTITUTIONAL AND DISCOVERY FACTS

Ronald Bass, Sr., and for my children ("The Appellants") herein after the appellant, Mr. Bass respectfully submits his statements of the issues to be presented, and designation of items to be included in the record on appeal, with

respect to Appellant's appeal from the ***Order Granting Motion for Relief from the Order of Judge Drain immunity that the opioid has caused to my son and daughter's mother death and its long term effects it had on my constitutional rights, under a federal and state criminal investigation.*** entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") September 9, 2021, (the "Order") Docket No. 3745 (Unless otherwise provided, capitalized terms used herein shall have the same meaning as set forth in the Order),

### STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1. Did the Bankruptcy Court err by holding, either expressly or impliedly, shielding debtors and their affiliates by granting them immune, contrary to the American with Disabilities Act of 1990 and as amended, the debtors intentionally committed negligence of due diligence for the general welfare and care of opioids addiction of this claim(s) and the investments of shareholders and stakeholders throughout the State of New Jersey, et al.

2. Did the Bankruptcy Court err by not holding the State of New Jersey, (Attorney General Office shareholder and stakeholders responsible for violation of Section 504 of the Rehabilitation Act concerning my ("Opioid") disabilities and my son's disability; which caused me a financial lost and loss of employment and family unification with my son? Docket No. 3637.

3. Did the Bankruptcy Court err in my request for The United States Trustees (Division of the U.S. Department of Justice), for criminal investigation for any fraudulent transfer concerning my Proof of Claims and supporting documents of all medical records, statement certifications of my injuries and medical records of my

son and daughter's mother death, see certificate and forensic toxicology finding, I provided Prime Clerk, LLC, Purdue Processing Center a copy of the toxicology report and relevant documents. Docket No. 1680.

4. I am requesting that the U.S. Bankruptcy Court proceeding for the motion of derivative claim and fraudulent conveyance to be heard on October 14th 2021; Docket No. 3619.

5. Did the Bankruptcy Court err in its discretion of the United States Constitution, 14th Amend "equal protection of the law for the claimants in the financial settlements in my claims and the equal opportunity to hold The State of New Jersey Judicial Division of investments responsible for their securities interest in the pharmaceutical industries False Claim Act, "under the color of law' 'states can't deprive any person of life, liberty or property without due process of law", Docket No.3745

6. Did the Bankruptcy Court err by not allowing the equal opportunity to have the NAACP answer and respond to my letters and documents, specifically showing what efforts the NAACP achieve for the legal benefits against Purdue Pharma, LP, et al., that will produce and parental rights for the above claims. have Docket No. 1587

7. I'm relying on a court date for hearing before a United States Magistrate Judge soon under Federal Rule of Civil Procedures for discovery and the production of facts in my Dispositive Motion for the Magistrate Judge, finding of facts; date filed 9/23/2021

8. I am Appealing the Bankruptcy Court "Decision" on the settlement for core and non-core findings of Judge Drain's order, see, Notice of Appeal and Statement of Election, Civil Cover

Sheet, Dispositive Motion, Related Case Statement form IH-32, Docket No. 3811.

9. On 9/23/2021 I provided a true sound recording of the transcript of the hearing, download copy of the transcript from the Prime Clerk, LLC website, and copy of the restricted sound recording of Judge Robert D. Drain's sound recording of Bankruptcy Court transcript.

10. Did the Prime Clerk, LLC err by not providing the U.S. Bankruptcy Court documents of the shareholder and stakeholders trespassing on Suzette Peyton v. Dept. of Justice, Prime Clerk, LLC, I provided, a true sound recording of the United States Department of Inspector General and letter written by Ms. Peyton addressed to the U.S. Inspector General with attached 130 form for consent to search her home with the assistance of the State of New Jersey law enforcements.

11. I filed with Prime Clerk, LLC, State of New Jersey False Claims Act Complaint against Purdue Pharma, L.P., et al., I have assertrd the defense of those claims in Essex County Docket No. ESX-C-245-17, Union County Docket No. UNN-L-004319-18, which was confirm by New Jersey Attorney General Gurbir S. Grewal, announced that the state filed a lawsuit alleging that the Sackler family, are the founders and manufactures of OxyContin and capitalize on the opioid crisis and caused the epidemic of the opioid addiction. Prime Clerk, LLC should have provided the U.S. Bankruptcy Court copies of my filings.

12. Letters I sent to Prime Clerk, LLC, dated 8/24/2021 and received by them on 9/13/2021 "covers issues under the of opioid claims under the American with Disability Act"; Letter sent to Prime Clerk, LLC date 9/14/2021 "The State of New Jersey, et al., using

my son for political shield" for unlawful collection of a debt, letters sent to me by the U.S. Dept. of Education, et al., 18 U.S.C. § 241, and discrimination, against me as employees and shareholders and stakeholders of the State of New Jersey.

13. The shareholder and stakeholders (New Jersey, et al., contract agreement as Title II Public Entities and Title III Private Entities) I sent them dated 8/24 2021 and received by Prime Clerk on 9/13/2021, I sent to the U.S. Bankruptcy Court the same letters. Letter dated July 5th 2021 I sent to Prime Clerk, LLC that I put on Notice the United States District Court and the State of New Jersey Attorney General Office my Tag-along Claims and it was received by Prime Clerk, on 8/13/2021.

14. Prime Clerk, LLC err by not providing the U.S. Bankruptcy Court copies of the information I received from New Jersey Executive Office of the Civil Services Commission concerning Shareholders job functions in the Department of Youth and Family Services responsibilities for opioid addict parents and children born Neonatal Abstinence Syndrome.

15. I filed with Prime Clerk, LLC and United States Bankruptcy Court, dated August 23, 2021, letter dated 8/14/2021, letters received from me by Prime Clerk, LLC dated 01/13 and 01/16/2021. Prime Clerk, LLC also fail to provide the U.S. Bankruptcy Court the criminal background information sent to me by the U.S. Court of Federal Claims, N.J. State Police Dept. of Law and Public Safety fingerprint criminal back ground check and the Municipalities of Maplewood, East Orange and Newark, NJ criminal dismissal of charges.

16. Prime Clerk, LLC fail to provide the certified responses I received from the United States Government Law Enforcements agencies, pursuant to the FOIA/PA request from the U. S. Dept. of Justice; the U.S. Army criminal record check for crimes against the United States; U.S. Secret Services concerning the results criminal investigation.

17. I provided to Prime Clerk, LLC, Notice of Claim I filed in the Superior Court of New Jersey and statement of certification (contaminated needlesticks) against Essex County Jail and Black nurse; medical malpractice and sexual abuse of Dr. Rhonda Ann Haglar, MD of University Hospital "rectal examination" and other medical malpractice as a result of endoscopy done in University Hospital of College and Dentistry and Lyme disease from false imprisonment.

18. The Judge err by overlooking the financial interest of New Jersey Judges and federal judges in the State of New Jersey that they should have recues themselves because of the conflict of interest against Purdue Pharma, L.P., et al., and my claims.

19. Prime Clerk, LLC err by not providing the U.S. Bankruptcy Court information on the conflict of interest of my complaint against Gwendolyn O. Austin and New Jersey Supreme Court Ethic Committee because of former U.S. District Court Judge Jose L. Linares work out of the same law firm of the Secretary of the Ethic Committee-McCarter & English, LLP.,

20. Attorney Jose L. Linares (former New Jersey Superior Court Judge in Essex County) also worked out of the same criminal division with Garry Furnari in Essex County.

21. Prime Clerk, LLC fail to provide the U.S. Bankruptcy Court copies of New Jersey Weed and Seed Policy confirming unconstitutional actions against American Citizens.

22. Prime Clerk, LLC fail to provide the court the information about Judge Brian R. Martinotti, was once a New Jersey Superior Court Judge of the family part, Chancery Division, as well as I pointed to Prime Clerk, LLC I was denied the constitutional protection of expert services by the conflict of interest of federal judges in the State of New Jersey, see the Article in the Wall Street Journal, by Andrew Levinson, Coulter Jones, Ava Sasni, Joe Palazzolo and James V. Grimaldi, 9/28/2021 (Judge Brian R. Marinotti and Jose L. Linares, were and are federal and state Judge(s) that did created conflict of interest politically influencing the violations of constitutional rights to due process, especially since the shareholders and stakeholders trespassed on Suzette Peyton v. Dept. of Justice, et al., see letter date March 24, 1995 by Suzette Peyton, U.S. Dept. of Justice employee "whistleblower".

23. Letter dated 9/6/2021 United States Constitutional Fourteenth Amendment Violation of the Reorganization of Purdue Pharam, L.P. and Debtors/Defendants. Sent to U.S. Bankruptcy Court, Prime Clerk, LLC and U.S. Trustee Office in New York, NY.

The Appellant reserves the right to amend, modify, and/or supplement the foregoing statement of issues and designations and /or object, or otherwise supplement or move to strike or modify, some or all of the appellant's counter-designation of additional items to be included in the record on appeal and/or cross-statement of issue on appeal. This filing is made expressly subject to, and no waiver of any and all rights, remedies, challenges, and objections against the shareholders and stakeholders of the pharmaceutical industries and Purdue Pharma, L.P., et al.

## CERTIFICATION REGARDING TRANSCRIPT

Pursuant to Bankruptcy Rule 8009(b)(1), Appellant hereby certifies that I proved for appeal to the Bankruptcy Court Case No. 19-23649 (RDD) the main documents the Judge's decision on 9/23/2021, and the U.S. Bankruptcy Court "Finding of Fact, Conclusion of Law, and Order Confirming the Chapter 11 Reorganization of Purdue Pharma, L.P. and its Affiliated Debtors and all other docket numbers submission mention above.

*Ronald Bass Sr.*

Ronald Bass, Sr.

*8*

Vito Genna, Clerk of Court
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Rm. 147
White Plains, NY 10601

October 6, 2021                                              Chapter 11

                                                        (Jointly Administrated)

**In Re: Case No. 19-23649 (RDD)**

**PURDUE PHARMA, LP, et al.**

    **Debtors**

                                        **Second Amended Statement of Issues**
                                                    **Pages 4-5`**

**Re: Claim No. 89590**
    **Claim No. 112924**
    **Claim No. 104975**

Dear Clerk,

Find amended statement of issues to be filed and replace my previous amended statement of issues and amended copy of Appeal signed certification; also my Appeal should be caption as Ronald Bass, Sr., as well I have designate the Boroughs of Manhattan, NY as the site for convenience for the appeal and discovery motion before a United States Magistrate Judge in Manhattan, New York.

*Ronald Bass, Sr.*
Ronald Bass, Sr.