ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) |
| | ) |  **Chapter 11** |
| **PURDUE PHARMA L.P., et al.,**[1] | ) |
| | ) |  **Case No. 19-23649 (RDD)** |
| **Debtors.** | ) |
| | ) |  **(Jointly Administered)** |
| | ) |

*(layout note: right column reads — Chapter 11; Case No. 19-23649 (RDD); (Jointly Administered))*

**TWENTY-FOURTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | August 1, 2021 through August 31, 2021 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $265,290.08[2] |
| Less 20% Holdback | $53,058.02 |
| Total Reimbursement Requested | $0.00 |
| Total Compensation and Reimbursement Requested in this Statement | $212,232.06 |

**This is a(n):** __X__ Monthly Application    ___ Interim Application    ___ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from August 1, 2021 Through August 31, 2021* (this "**Fee Statement**").[3]  By this Fee Statement, A&P seeks (i) compensation in the amount of

---

[2]    This amount reflects a reduction in fees in the amount of $46,815.92 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]    The period from August 1, 2021, through and including August 31, 2021, is referred to herein as the "**Fee Period**."

$212,232.06 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $265,290.08) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### **Itemization of Services Rendered and Disbursements Incurred**

1.    Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $265,290.08 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $212,232.06.

2.    Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $726.02.[4]  The blended hourly billing rate of all paraprofessionals is $344.25.[5]

3.    A&P did not incur or disburse any expenses during the Fee Period..

4.    Attached hereto as **Exhibit C** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

**Notice**

5.      A&P will provide notice of this Fee Statement in accordance with the Interim

Compensation Order. A&P submits that no other or further notice be given.


*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $212,232.06, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $265,290.08) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

October 11, 2021                                    Respectfully submitted,


By:  _/s/ Rory Greiss_

**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

***Special Counsel to the Debtors***

## **Exhibit A**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Miscellaneous - General Advice | 0.20 | $178.50 |
| Commercial Contracts Advice | 97.40 | $76,658.52 |
| Retention and Fee Applications | 15.00 | $7,352.50 |
| Project Montana | 58.20 | $52,535.52 |
| General Patent Settlement | 2.80 | $2,891.70 |
| Government Contracts | 69.10 | $44,841.32 |
| Project Falcon | 128.70 | $80,832.02 |
| **Total[6]** | **371.40** | **$265,290.08** |

---

[6]  This amount reflects a reduction in fees in the amount of $46,815.92 on account of voluntary discounts as described in the Retention Application.

## **Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,000.00 | 1.40 | $1,400.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,420.00 | 2.80 | $3,976.00 |
| Greiss, Rory | Partner | 1981 | 1,215.00 | 70.30 | $85,414.50 |
| Handwerker, Jeffrey L. | Partner | 1995 | 1,195.00 | 18.30 | $21,868.50 |
| Rothman, Eric | Partner | 2008 | 990.00 | 13.50 | $13,365.00 |
| Danias, Peter | Counsel | 1983 | 1,050.00 | 0.20 | $210.00 |
| Wootton, Barbara H. | Counsel | 1998 | 1,035.00 | 27.90 | $28,876.50 |
| Clements, Ginger | Associate | 2016 | 815.00 | 0.10 | $81.50 |
| Gwinn, Michael | Associate | 2019 | 595.00 | 47.80 | $28,441.00 |
| Henderson, Danielle | Associate | 2015 | 850.00 | 19.10 | $16,235.00 |
| Marra, Bryan | Associate | 2003 | 920.00 | 13.10 | $12,052.00 |
| Miljevic, Mina | Associate | 2016 | 815.00 | 6.60 | $5,379.00 |
| Park, Sora | Associate | 2021 | 520.00 | 13.60 | $7,072.00 |
| Pettit, Thomas A. | Associate | 2017 | 815.00 | 3.00 | $2,445.00 |
| Young, Dylan | Associate | 2016 | 815.00 | 22.60 | $18,419.00 |
| Zausner, Ethan | Associate | 2017 | 815.00 | 37.40 | $30,481.00 |
| Ryan, Warlesha | Staff Attorney | 2009 | 510.00 | 62.30 | $31,773.00 |
| Reddix, Darrell | Legal Assistant | | 405.00 | 11.40 | $4,617.00 |
| **Total** | | | | **371.40** | **$312,106.00** |
| Less 15% Discount | | | | | ($46,815.92) |
| **Discounted Total** | | | | | **$265,290.08** |
| Less 20% Holdback | | | | | ($53,058.02) |
| **Total Amount Requested Herein** | | | | | **$212,232.06** |

**<u>Exhibit C</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**                                              October 8, 2021
**Attn: Roxana Aleali**                                      Invoice # 30133427
**Associate General Counsel**                               EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00001**

Miscellaneous

1000000570


| | | |
|---|---|---|
| **For Legal Services Rendered through August 31, 2021** | $ | **210.00** |
| Less Discount: | | -31.50 |
| **Fee Total** | | **178.50** |
| **Total Amount Due** | $ | **178.50** |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**        Arnold & Porter Kaye Scholer LLP
                        P.O. Box 719451
                        Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 8, 2021                                                                                    Invoice # 30133427

**(1049218.00001)**
**Miscellaneous**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Peter Danias | 08/09/21 | 0.20 | Correspond with Mary Marks and Roxana Aleali of Purdue re research regulatory. |
| **Total Hours** | | **0.20** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Peter Danias | 0.20 | 1,050.00 | 210.00 |
| **TOTAL** | **0.20** | | **210.00** |

**Total Current Amount Due** $178.50

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Maria Barton**
**General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

October 8, 2021
Invoice # 30133428
EIN 53-0208605

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through August 31, 2021** | $ | 90,186.50 |
| Discount: | | -13,527.98 |
| **Fee Total** | | 76,658.52 |
| **Total Amount Due** | $ | **76,658.52** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**        Arnold & Porter Kaye Scholer LLP
                        P.O. Box 719451
                        Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 8, 2021                                                                    Invoice # 30133428


**(1049218.00117)**
**Commercial Contracts Advice**


**Legal Services**:


| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 08/02/21 | 0.80 | Correspondence with Purdue team re: call regarding supply agreement term sheet on Tuesday. |
| Ethan Zausner | 08/02/21 | 0.50 | Review, analyze term sheet materials. |
| Sora Park | 08/02/21 | 0.50 | Review, analyze issues chart ahead of meeting (.3); emails with M. Miljevic re: same (.2). |
| Mina Miljevic | 08/02/21 | 0.30 | Review, analyze issues list on API supply agreement. |
| Rory Greiss | 08/03/21 | 5.10 | Videoconference with K. McCarthy, Z. Haseeb, R. Aleali, J. Lowne, J. Carlisle, M. Kroese, B. Chen, N. Trueman, M. Scripps, R. Herron, J. Wille re: supply agreement term sheet (1.8); conference with E. Zausner to discuss changes to be made to term sheet (1.1); review revised draft of term sheet (.6); review comments to revised draft from Purdue team (.8); finalize draft with E. Zausner (.8). |
| Ethan Zausner | 08/03/21 | 1.80 | Call with Mundipharma to discuss term sheet. |
| Ethan Zausner | 08/03/21 | 2.70 | Review, revise updated supply term sheet. |
| Sora Park | 08/03/21 | 5.30 | Review, analyze issues chart ahead of meeting (1.2); attend Purdue meeting re: supply agreement with M. Miljevic (2.0); begin making corresponding revisions to supply agreement M. Miljevic (1.3); attend negotiation debrief call on API supply agreement with client and M. Miljevic (.5); emails with same re: same (.3). |
| Mina Miljevic | 08/03/21 | 2.70 | Review, analyze issues list for API supply agreement negotiations (.2); attend negotiations on API supply agreement with client, opposing party and S. Park (2.0); attend negotiation debrief call on API supply agreement with client and S. Park (.5). |
| Ethan Zausner | 08/04/21 | 0.60 | Review, revise updated supply term sheet. |
| Sora Park | 08/04/21 | 2.50 | Review, revise supply agreement (2.2); correspond with M. Miljevic re: the foregoing (.3). |
| Rory Greiss | 08/05/21 | 6.50 | Prepare for videoconference with customer and Purdue team including review of customer mark-up of term sheet (.8); videoconference with customer, Purdue team and E. Zausner (1.2); revise term sheet with E. Zausner and distribute to Purdue team (1.5); calls with Purdue team and E. Zausner re: comments (.8); further revisions to term sheet to reflect comments (1.4); finalize same after final comments (.8). |
| Ethan Zausner | 08/05/21 | 6.00 | Call with Mundipharma and R. Greiss re: term sheet (1.1); call with client and R. Greiss re: term sheet (.6); revise term sheet and summary of open issues (2.8); drafted presentation slides re same (1.5). |
| Sora Park | 08/05/21 | 1.80 | Review, revise supply agreement (1.6); correspond with M. Miljevic re: the foregoing (.2). |
| Mina Miljevic | 08/05/21 | 0.90 | Revise open issues list for API Supply Agreement. |

October 8, 2021                                                                          Invoice # 30133428

| Name | Date | Hours | Narrative |
| --- | --- | --- | --- |
| Rory Greiss | 08/06/21 | 3.10 | Review comments from customer on latest draft of term sheet (.7); videoconference with Purdue team and E. Zausner re: same (.5); revise term sheet with E. Zausner (.5); further correspondence with Purdue team (.2); review slides prepared by E. Zausner for Special Committee presentation (.7); call with E. Zausner re: comments on slides (.5). |
| Ethan Zausner | 08/06/21 | 3.10 | Revise board slides (.7); call with client and R. Greiss re: term sheet (.5); revise term sheet (1.4); call with R. Greiss re: comments on slides (.5). |
| Mina Miljevic | 08/06/21 | 1.50 | Review, analyze API supply agreement. |
| Rory Greiss | 08/07/21 | 2.20 | Review correspondence from customer regarding open points on term sheet (.3); correspond with Purdue team re: open points and possible resolutions (.7); draft revisions to term sheet and get comments from Purdue team (.6); send revised language to customer for review and sign off (.6). |
| Ethan Zausner | 08/07/21 | 1.20 | Correspond with R. Greiss and Purdue team re: term sheet. |
| Rory Greiss | 08/08/21 | 0.60 | Correspondence with Purdue team and customer regarding finalizing binding term sheet. |
| Ethan Zausner | 08/08/21 | 0.80 | Further revise term sheet. |
| Rory Greiss | 08/09/21 | 1.50 | Prepare for presentation of binding term sheet to Special Committee for approval. |
| Sora Park | 08/09/21 | 1.30 | Revise supply agreement (1.2); email revised draft to E. Rothman (.1). |
| Mina Miljevic | 08/09/21 | 0.20 | Review, analyze API supply agreement. |
| Rory Greiss | 08/10/21 | 1.10 | Prepare for and attend Special Committee meeting to consider binding term sheet for supply agreements (.8); correspondence with Purdue team following meeting (.3). |
| Ethan Zausner | 08/10/21 | 0.70 | Prepare for and attend Board call for approval of term sheet. |
| Rory Greiss | 08/11/21 | 0.40 | Correspond with E. Zausner and Purdue team regarding next steps, drafting of full supply agreement(s), and when to execute term sheet. |
| Ethan Zausner | 08/11/21 | 2.00 | Draft supply agreement. |
| Rory Greiss | 08/17/21 | 0.50 | Correspondence with Purdue team re: preparation of supply agreement draft (.3); correspondence with E. Zausner re: same (.2). |
| Mina Miljevic | 08/17/21 | 0.50 | Revise API Supply Agreement. |
| Rory Greiss | 08/18/21 | 0.50 | Correspondence with E. Rothman and E. Zausner re: drafting of supply agreement. |
| Eric Rothman | 08/18/21 | 0.70 | Email correspondence with R. Greiss and E. Zausner re Supply Agreement matter. |
| Eric Rothman | 08/18/21 | 1.30 | Review, comment on working draft of Purdue API Supply Agreement. |
| Sora Park | 08/18/21 | 0.10 | Emails with E. Rothman and M. Miljevic re: supply agreement. |
| Mina Miljevic | 08/18/21 | 0.50 | Revise API Supply Agreement. |
| Ethan Zausner | 08/19/21 | 2.70 | Revise supply agreement. |
| Rory Greiss | 08/20/21 | 2.80 | Review, comment on draft supply agreement. |
| Ethan Zausner | 08/20/21 | 3.60 | Revise supply agreement (.3.4); correspond with R. Greiss re same (.2). |
| Ethan Zausner | 08/21/21 | 1.30 | Revise supply agreement. |
| Rory Greiss | 08/22/21 | 1.20 | Review and comment on revised supply agreement draft provided by E. Zausner. |
| Ethan Zausner | 08/22/21 | 2.20 | Revise supply agreement. |

October 8, 2021                                                                    Invoice # 30133428

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 08/24/21 | 1.00 | Correspondence with Purdue team, E. Zausner and E. Rothman re: supply agreement review. |
| Rory Greiss | 08/25/21 | 2.50 | Review comments from Purdue team on draft supply agreement (.8); video conference with Purdue team to review draft (1.1); correspondence with E. Zausner regarding revisions to be made (.6). |
| Eric Rothman | 08/25/21 | 1.10 | Teleconference with R. Greiss Purdue to discuss Supply Agreement matter. |
| Ethan Zausner | 08/25/21 | 2.60 | Call with R. Greiss and client re: supply agreement (1.1); revise supply agreement (1.5). |
| Rory Greiss | 08/26/21 | 2.60 | Review, revise supply agreement draft (2.1); correspondence with E. Zausner and E. Rothman regarding comments (.5). |
| Ethan Zausner | 08/26/21 | 2.50 | Revise supply agreement (2.2); correspond with R. Greiss re same (.3). |
| Rory Greiss | 08/27/21 | 2.50 | Review, analyze comments by Purdue team on revised supply agreement draft (.7); teleconference with Purdue team and E. Zausner regarding comments (1.0); revise portions of agreement with E. Zausner (.8). |
| Ethan Zausner | 08/27/21 | 3.10 | Call with client and R. Greiss to discuss supply agreement (1.0); revise supply agreement (2.1). |
| Eric Rothman | 08/31/21 | 1.80 | Teleconference with Purdue and S. Park to discuss working draft of Purdue API Supply Agreement (1.1); revise same (.7). |
| Sora Park | 08/31/21 | 2.10 | Attend client call with E. Rothman re: review of supply agreement (1.1); review, revise latest draft of supply agreement (.8); emails with E. Rothman re: the foregoing (.2). |
| **Total Hours** | | **97.40** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 34.90 | 1,215.00 | 42,403.50 |
| Eric Rothman | 4.90 | 990.00 | 4,851.00 |
| Mina Miljevic | 6.60 | 815.00 | 5,379.00 |
| Sora Park | 13.60 | 520.00 | 7,072.00 |
| Ethan Zausner | 37.40 | 815.00 | 30,481.00 |
| **TOTAL** | **97.40** | | **90,186.50** |

**Total Current Amount Due**                                          **$76,658.52**

Page 3

# Arnold&Porter

**Purdue Pharma L.P.**                                    October 8, 2021
**Attn: Roxana Aleali**                            Invoice # 30133429
**Associate General Counsel**                          EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**


**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705


**For Legal Services Rendered through August 31, 2021**        $        8,650.00

 Discount:                                                           -1,297.50

**Fee Total**                                                       7,352.50


**Total Amount Due**                                    $        7,352.50


**Wire Transfer Instructions:**

|                  |                                        |
|------------------|----------------------------------------|
| Account Name:    | Arnold & Porter Kaye Scholer LLP       |
| Bank Info:       | Wells Fargo Bank NA                     |
|                  | 420 Montgomery Street                   |
|                  | San Francisco, CA  94104                |
| Account Number:  | 4127865475                              |
| ABA Number:      | 121000248 (ACH and wires)               |
| Swift Code:      | WFBIUS6S                                |

**Or Remit To:**                Arnold & Porter Kaye Scholer LLP
                             P.O. Box 719451
                             Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 8, 2021                                                                                    Invoice # 30133429

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rosa J. Evergreen | 08/02/21 | 0.30 | Review fee statement (.2); correspond with D. Reddix re same (.1). |
| Darrell B. Reddix | 08/02/21 | 3.40 | Prepare twenty-second monthly fee report including exhibits. |
| Rosa J. Evergreen | 08/03/21 | 0.10 | Correspond with D. Reddix re monthly fee application. |
| Darrell B. Reddix | 08/03/21 | 0.70 | Finalize twenty-second monthly fee report including exhibits for filing (.6); serve same (.1). |
| Rory Greiss | 08/05/21 | 0.80 | Review, revise July invoices. |
| Rory Greiss | 08/06/21 | 0.40 | Review, revise July invoices. |
| Rosa J. Evergreen | 08/06/21 | 0.10 | Review, analyze R. Greiss correspondence re fee statement. |
| Rosa J. Evergreen | 08/14/21 | 0.20 | Review order (.1); correspond with R. Greiss re same (.1). |
| Rosa J. Evergreen | 08/16/21 | 0.10 | Review D. Consla correspondence re order. |
| Darrell B. Reddix | 08/16/21 | 1.70 | Prepare twenty-third monthly fee report including exhibits. |
| Rosa J. Evergreen | 08/17/21 | 0.10 | Correspond with R. Greiss re fee statement. |
| Darrell B. Reddix | 08/18/21 | 1.60 | Prepare twenty-third monthly fee report including exhibits. |
| Rory Greiss | 08/19/21 | 0.40 | Review D. Reddix comments on July narratives and respond. |
| Ginger Clements | 08/19/21 | 0.10 | Review correspondence from D. Reddix re invoices. |
| Rosa J. Evergreen | 08/19/21 | 0.20 | Review D. Reddix correspondence re July fee statement. |
| Darrell B. Reddix | 08/19/21 | 1.30 | Prepare twenty-third monthly fee report including exhibits. |
| Rosa J. Evergreen | 08/23/21 | 0.10 | Review R. Greiss correspondence re July statement. |
| Darrell B. Reddix | 08/30/21 | 0.50 | Prepare twenty-third monthly fee report including exhibits. |
| Rory Greiss | 08/31/21 | 0.50 | Review and sign off on Monthly Statement for filing with court. |
| Rosa J. Evergreen | 08/31/21 | 0.20 | Review final monthly statement (.1); correspond with D. Reddix re same (.1). |
| Darrell B. Reddix | 08/31/21 | 2.20 | Prepare twenty-third monthly fee report including exhibits (1.9); file and serve same (.3). |

**Total Hours**                          **15.00**

October 8, 2021                                                        Invoice # 30133429

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rosa J. Evergreen | 1.40 | 1,000.00 | 1,400.00 |
| Rory Greiss | 2.10 | 1,215.00 | 2,551.50 |
| Ginger Clements | 0.10 | 815.00 | 81.50 |
| Darrell B. Reddix | 11.40 | 405.00 | 4,617.00 |
| **TOTAL** | **15.00** | | **8,650.00** |

**Total Current Amount Due**                                          **$7,352.50**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

October 8, 2021
Invoice # 30133430
EIN 53-0208605

**Client/Matter # 1049218.00152**

Project Montana

20210003079

| | |
|---|---|
| **For Legal Services Rendered through August 31, 2021** | **61,806.50** |
| Discount: | -9,270.98 |
| **Fee Total** | **52,535.52** |
| **Total Amount Due** | $ **52,535.52** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**    Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 8, 2021                                                                    Invoice # 30133430

**(1049218.00152)**
Project Montana

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 08/02/21 | 2.30 | Revise issues list for asset purchase agreement with D. Henderson and Purdue team (1.4); correspondence with Purdue team and D. Henderson re: same (.9). |
| Danielle A. Henderson | 08/04/21 | 6.50 | Call with opposing counsel in asset purchase agreement draft and issues list (2.0); call with Purdue team to discuss revision of same (.5); revise same (4.0). |
| Danielle A. Henderson | 08/05/21 | 1.20 | Revise Project Montana Asset Purchase Agreement. |
| Rory Greiss | 08/09/21 | 0.70 | Review, analyze DPW comments to APA (.5); correspondence with D. Henderson and Purdue team re same (.2). |
| Rory Greiss | 08/10/21 | 4.20 | Review comments on APA from co-seller and from purchaser (1.5); correspondence with Purdue team re: next steps (.5); videoconference with D. Henderson to go over mark-ups and determine which comments to include (.9); review revised version and give final comments before distribution to Purdue team (1.3). |
| Danielle A. Henderson | 08/10/21 | 3.50 | Review, analyze co-counsel comments to APA (.5); review opposing counsel comments to APA (.5); call with R. Greiss to discuss APA revision (.9); revise APA (1.6). |
| Rory Greiss | 08/11/21 | 2.30 | Review and revise mark-up of license assignment agreement received from licensor (.6); correspondence with Purdue team regarding mark-up and regarding revised version of asset purchase agreement (1.1); correspondence with same regarding schedule for videoconference with co-seller of assets (.6). |
| Eric Rothman | 08/11/21 | 1.20 | Review and comment on Project Montana assignment agreement draft. |
| Danielle A. Henderson | 08/11/21 | 1.70 | Review, revise APA (.9); review, revise license agreement assignment (.8). |
| Rory Greiss | 08/12/21 | 0.30 | Correspondence with A&P team re: schedule for review of documents with Purdue team and co-seller. |
| Rory Greiss | 08/13/21 | 3.70 | Review, analyze co-seller comments to latest draft of APA and license assignment agreement (.6); videoconference with Purdue team, co-seller, E. Rothman to discuss drafts and further revisions to be made (1.1); revise agreements (1.7); further correspondence with Purdue team and co-seller (.3). |
| Eric Rothman | 08/13/21 | 1.10 | Teleconference with R. Greiss, Purdue team, and co-seller to discuss Montana APA. |
| Rory Greiss | 08/16/21 | 0.70 | Finalize drafts of APA and license assignment agreement. |
| Rory Greiss | 08/17/21 | 2.20 | Review correspondence from co-seller regarding comments from German counsel on documents (.6); videoconference with Purdue team re: same (.5); correspond with D. Henderson re revisions (.7); correspondence with Purdue team and co-seller re: drafts to be sent to buyer (.4). |
| Eric Rothman | 08/17/21 | 0.70 | Teleconference with R. Greiss and Purdue team to discuss Montana APA (.5); correspond with A&P team re same (.2). |

October 8, 2021

Invoice # 30133430

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Danielle A. Henderson | 08/17/21 | 0.80 | Call with R. Greiss and Purdue team to discuss German counsel comments (.4); revise APA (.4). |
| Rory Greiss | 08/23/21 | 1.60 | Review latest mark-up from purchaser (.9); Correspondence with Purdue team and co-seller re: open issues and schedule for discussion of draft (.7). |
| Rory Greiss | 08/24/21 | 2.00 | Videoconference with Purdue team and co-seller to discuss comments to APA (.7); correspondence with Purdue team regarding open IP issues and other items needed to finalize agreement (.8); teleconference re next steps with Purdue team and D. Henderson (.5). |
| Danielle A. Henderson | 08/24/21 | 1.00 | Call with R. Greiss, Purdue team and co-seller to discuss Project Montana APA (.6); teleconference with Purdue team and R. Greiss to discuss preparation of exhibits and schedules (.4). |
| Rory Greiss | 08/25/21 | 2.40 | Review comments from purchaser on APA and license assignment agreement (1.5); correspondence with Purdue team regarding same (.4); video conference with D. Henderson regarding preparation of slides for board presentation (.5). |
| Eric Rothman | 08/25/21 | 1.10 | Review, analyze correspondence related to Project Montana (.6); correspond with A&P team re same (.5). |
| Danielle A. Henderson | 08/25/21 | 0.50 | Review slide deck precedents; internal team discussion on preparation of board presentation slide deck. |
| Rory Greiss | 08/26/21 | 0.60 | Review, analyze proposed language from purchaser (.3); correspondence with purchaser's counsel regarding same (.3). |
| Eric Rothman | 08/26/21 | 1.10 | Teleconference with Purdue team to discuss Project Montana. |
| Rory Greiss | 08/27/21 | 2.30 | Video conference with Purdue team, co-seller and purchaser regarding open points on asset purchase agreement (1.2); correspondence with D. Henderson, E. Rothman and Purdue team regarding open points and next steps (1.1). |
| Eric Rothman | 08/27/21 | 2.20 | Teleconference with R. Greiss and Purdue team re Project Montana (1.1); revise APA (1.1). |
| Danielle A. Henderson | 08/27/21 | 2.60 | Teleconference with R. Greiss and Purdue team re Project Montana (1.1); revise asset purchase agreement (.5); prepare board slide deck (1.0). |
| Rory Greiss | 08/28/21 | 1.90 | Review slides for BOD presentation drafted by D. Henderson (.8); correspondence with D. Henderson and E. Rothman regarding comments (.4); review revised slides and sign-off (.7). |
| Eric Rothman | 08/28/21 | 1.20 | Reviewed and commented on Project Montana Board slides. |
| Danielle A. Henderson | 08/28/21 | 0.50 | Revise board presentation on Project Montana. |
| Rory Greiss | 08/30/21 | 0.80 | Review, comment on revised BOD presentation for asset purchase agreement. |
| Danielle A. Henderson | 08/30/21 | 0.30 | Revise board presentation slide deck. |
| Rory Greiss | 08/31/21 | 2.50 | Review, analyze comments to latest version of slides (.9); correspondence with K. McCarthy regarding comments (.5); revise slides with D. Henderson (1.1). |
| Danielle A. Henderson | 08/31/21 | 0.50 | Revise board slide presentation. |

October 8, 2021                                                          Invoice # 30133430

| Name | Date | Hours | Narrative |
|---|---|---|---|
| **Total Hours** | | **58.20** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Rory Greiss | 30.50 | 1,215.00 | 37,057.50 |
| Eric Rothman | 8.60 | 990.00 | 8,514.00 |
| **Subtotal:** | **39.10** | | **45,571.50** |
| **Associate** | | | |
| Danielle A. Henderson | 19.10 | 850.00 | 16,235.00 |
| **Subtotal:** | **19.10** | | **16,235.00** |
| **TOTAL** | **58.20** | | **61,806.50** |

**Total Current Amount Due**                                            **$52,535.52**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

October 8, 2021
Invoice # 30133431
EIN 53-0208605

**Client/Matter # 1049218.00153**

General Patent Settlement

20210003082

| | | |
|---|---|---|
| **For Legal Services Rendered through August 31, 2021** | $ | **3,402.00** |
| Discount: | | -510.30 |
| **Fee Total** | | **2,891.70** |
| **Total Amount Due** | $ | **2,891.70** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
                                              P.O. Box 719451
                                              Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 8, 2021                                                                                    Invoice # 30133431

**(1049218.00153)**
**General Patent Settlement**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 08/18/21 | 2.80 | Call with R. Kreppel re: issues with calculation of supply amount under Distribution and Supply Agreement (.6); review, analyze agreement and correspondence between the parties regarding calculations (1.2); draft letter disputing calculations (.9); correspond with R. Kreppel for review re same (.1). |

**Total Hours** 2.80

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Rory Greiss | 2.80 | 1,215.00 | 3,402.00 |
| **Subtotal:** | **2.80** | | **3,402.00** |
| **TOTAL** | **2.80** | | **3,402.00** |

**Total Current Amount Due** $2,891.70

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

October 8, 2021
Invoice # 30133432
EIN 53-0208605

**Client/Matter # 1049218.00155**

Government Contracts

20210003110

| | |
|---|---:|
| **For Legal Services Rendered through August 31, 2021** | **52,754.50** |
| Discount: | -7,913.18 |
| **Fee Total** | **44,841.32** |
| **Total Amount Due**                                       $ | **44,841.32** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 8, 2021                                                                    Invoice # 30133432

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Jeffrey L. Handwerker | 08/01/21 | 1.00 | Review, analyze GP matters materials in preparation for call (.7); review, analyze draft VA response (.3). |
| Jeffrey L. Handwerker | 08/02/21 | 2.80 | Call with Purdue team and Sidley re: GP matters (1.1); call with Sidley re: same (.6); status call with A&P team re: contract transition (.7); review, comment on materials re: responses to OIG audit (.4). |
| Michael T. Gwinn | 08/02/21 | 7.70 | Conduct team meeting (1.0); prepare written notice letters (3.2); analyze contracts for confidentiality provisions (3.5). |
| Jeffrey L. Handwerker | 08/03/21 | 1.50 | Review, comment on draft notice letters (.4); call with Sidley and Purdue teams re: GP matters (.6); call with VA team re: G/L reconciliation (.5). |
| Michael T. Gwinn | 08/03/21 | 6.30 | Analyze GPO contracts (3.8); draft notice letters (2.5). |
| Michael T. Gwinn | 08/03/21 | 0.30 | Analyze GPO contracts. |
| Jeffrey L. Handwerker | 08/04/21 | 1.30 | Review, comment on FSS submissions (.4); call with contracting team re: same (.4); call with R. Aleali re: GP issues (.5). |
| Michael T. Gwinn | 08/04/21 | 1.80 | Analyze GPO contracts (1.3); draft notice letters (5). |
| Michael T. Gwinn | 08/04/21 | 1.00 | Analyze VA OIG document production. |
| Jeffrey L. Handwerker | 08/05/21 | 1.80 | Review, analyze GP materials (.6); call with K. McCarthy re: same (.9); review, comment on VA materials. |
| Michael T. Gwinn | 08/06/21 | 1.10 | Inventory Government Contracts for notation preparation. |
| Jeffrey L. Handwerker | 08/09/21 | 0.50 | Correspond with A&P team re VA FSS status (.3); review, comment on draft memo from M. Florence re: same (.2). |
| Michael T. Gwinn | 08/09/21 | 5.20 | Analyze Government Contracts (2.7); prepare novation documents (2.5). |
| Jeffrey L. Handwerker | 08/10/21 | 0.50 | Review and comment on draft VA FSS cover letter. |
| Jeffrey L. Handwerker | 08/11/21 | 0.30 | Review, comment on FSS notice issues. |
| Michael T. Gwinn | 08/11/21 | 1.50 | Develop contract inventory and plan novation process. |
| Michael T. Gwinn | 08/12/21 | 0.30 | Draft updated notice letter for GPO customer. |
| Jeffrey L. Handwerker | 08/13/21 | 1.00 | Review, comment on Premier issues (.4); call with DOD re: contracts (.6). |
| Michael T. Gwinn | 08/13/21 | 1.70 | Review contracts with Government Agencies. |
| Jeffrey L. Handwerker | 08/16/21 | 2.00 | Call with M. Florence and Purdue team re: pricing committee matters (.7); weekly call with team re: government contract matters (.5); review comment on DOD and VA materials (.2); review bankruptcy plan from M. Florence (.2); review, comment on final VA OIG submission (.4). |
| Michael T. Gwinn | 08/16/21 | 3.00 | Prepare for and conduct client meeting (1.2); organize novation packets (2.8). |
| Thomas A. Pettit | 08/16/21 | 0.30 | Correspond with J. Handwerker re novation and audit options. |
| Jeffrey L. Handwerker | 08/18/21 | 0.80 | Call with A&P team re: VA strategy (.3); review, comment on settlement proposal (.5). |
| Michael T. Gwinn | 08/18/21 | 3.30 | Prepare agency guidance on novations. |
| Thomas A. Pettit | 08/18/21 | 1.20 | Assess bankruptcy reorganization plan structure and implications. |
| Jeffrey L. Handwerker | 08/19/21 | 1.00 | Review, comment on settlement changes (.4); call with VA re: FSS next steps (.6). |

Page 1

October 8, 2021                                                      Invoice # 30133432

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Jeffrey L. Handwerker | 08/20/21 | 1.00 | Call with DPW and Purdue team re: emergence timing issues. |
| Michael T. Gwinn | 08/23/21 | 2.50 | Draft novation documents for VA FSS contract. |
| Michael T. Gwinn | 08/24/21 | 2.60 | Analyze contracts with government (1.2); prepare novation packets (1.4). |
| Michael T. Gwinn | 08/25/21 | 1.70 | Prepare novation packets. |
| Jeffrey L. Handwerker | 08/26/21 | 0.50 | Call with Purdue team re: novations and next steps. |
| Michael T. Gwinn | 08/26/21 | 0.60 | Conduct A&P team meeting. |
| Thomas A. Pettit | 08/26/21 | 0.30 | Teleconference with J. Handwerker and M. Gwinn re novations and bankruptcy. |
| Michael T. Gwinn | 08/27/21 | 0.90 | Prepare novation tracking chart for use by team. |
| Jeffrey L. Handwerker | 08/30/21 | 1.50 | Participate in call with Purdue team re: contract transition process (.8); review summary chart re same (.3); call with M. Gwinn re: same (.4). |
| Michael T. Gwinn | 08/30/21 | 2.00 | Participate in A&P team meeting (.9); revise novation tracker (1.1). |
| Jeffrey L. Handwerker | 08/31/21 | 0.80 | Review, analyze materials in preparation for transition of contracts (.3); call with T. Pettit re: same (.5). |
| Michael T. Gwinn | 08/31/21 | 4.30 | Prepare novation checklist and tracker. |
| Thomas A. Pettit | 08/31/21 | 1.20 | Research novation requirements (.3); draft template novation documents (.9). |

**Total Hours**                                 **69.10**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Jeffrey L. Handwerker | 18.30 | 1,195.00 | 21,868.50 |
| **Subtotal:** | **18.30** | | **21,868.50** |
| **Associate** | | | |
| Michael T. Gwinn | 47.80 | 595.00 | 28,441.00 |
| Thomas A. Pettit | 3.00 | 815.00 | 2,445.00 |
| **Subtotal:** | **50.80** | | **30,886.00** |
| **TOTAL** | **69.10** | | **52,754.50** |

**Total Current Amount Due**                                    **$44,841.32**

# Arnold&Porter

**Purdue Pharma L.P.**                                        October 8, 2021
**Attn: Rachel Kreppel**                                  Invoice # 30133433
**Associate General Counsel**                            EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | |
|---|---:|
| **For Legal Services Rendered through August 31, 2021** | **95,096.50** |
| Discount: | -14,264.48 |
| **Fee Total** | **80,832.02** |
| **Total Amount Due** | $     **80,832.02** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                Arnold & Porter Kaye Scholer LLP
                                P.O. Box 719451
                                Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 8, 2021                                                          Invoice # 30133433

**(1049218.00157)**
**Project Falcon**


**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Deborah L. Feinstein | 08/02/21 | 0.30 | Conference with C. Ricarte, B. Wootton, H. Coleman and D. Young re economics experts. |
| Barbara H. Wootton | 08/02/21 | 1.50 | Conference with Client, D. Feinstein, H. Coleman and D. Young re economics experts (.3); correspond with R. Kreppel re custodians and response to authority (.2); conference with D. Rosen re report responsibilities (.5); telephone conference with C. Ostrowski re pricing responsibilities (.5). |
| Dylan S. Young | 08/02/21 | 1.50 | Participate in conference calls to develop factual understanding. |
| Barbara H. Wootton | 08/03/21 | 0.60 | Draft email summary re confidentiality and JDA provisions. |
| Warlesha Ryan | 08/04/21 | 0.60 | Review, analyze Relativity workspace organization. |
| Barbara H. Wootton | 08/04/21 | 1.20 | Prepare for and telephone conference with authority case team and D. Young (.7); call with D. Young re approach to search terms (.2); email with T. Morrissey re document collection (.2); email with P. Lafata re IQVIA status (.1); prepare for and participate in conference call with Agency (1.5). |
| Dylan S. Young | 08/04/21 | 1.50 | Prepare for and participate in conference call with Agency. |
| Barbara H. Wootton | 08/05/21 | 0.10 | Email with P. Lafata re IQVIA consent to produce data to authority. |
| Dylan S. Young | 08/05/21 | 0.30 | Prepare transmittal letter for production. |
| Barbara H. Wootton | 08/06/21 | 0.30 | Correspond with P. Lafata, D. Feinstein and D. Young re IQVIA consent and related production of data to authority. |
| Warlesha Ryan | 08/09/21 | 0.60 | Review, analyze Relativity workspace organization. |
| Warlesha Ryan | 08/11/21 | 3.00 | Review, analyze document collections (1.8); correspond with client re investigation and discovery (.7); correspond with conflicts and eData intake teams re discovery (.5). |
| Dylan S. Young | 08/11/21 | 2.60 | Draft review protocols for contract attorney training and review. |
| Warlesha Ryan | 08/12/21 | 2.30 | Review, analyze document collections (1.4); correspond with client re investigation and discovery (.2); correspond with conflicts and eData intake teams re discovery (.7). |
| Barbara H. Wootton | 08/12/21 | 0.60 | Email correspondence with Cobra and TCDI, D. Young and W. Ryan. |
| Dylan S. Young | 08/12/21 | 0.30 | Coordinate vendor and contract attorney workstreams. |
| Warlesha Ryan | 08/13/21 | 4.30 | Correspond with vendor regarding confidentiality and conflicts (.5); prepare custodian searches in Relativity (3.2). correspond with A&P team re document review (.6). |
| Warlesha Ryan | 08/16/21 | 0.50 | Participate in team meeting to discuss upcoming agency productions (.5); correspond with same re same (1.0). |
| Warlesha Ryan | 08/16/21 | 1.00 | Communications regarding document productions and intake for contract attys. |

October 8, 2021                                                                                    Invoice # 30133433

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Barbara H. Wootton | 08/16/21 | 1.40 | Review, revise intake and conflicts clearance questionnaire for contract attorneys (.2); conference with with Cobra, A&P Conflicts team and others, and W. Ryan re contract attorney conflict clearance (.5); revise letter to authority re data production (.2); correspond with D. Young re same (.3); review, analyze Cobra workbooks re migration and loading status of document custodians (.2). |
| Dylan S. Young | 08/16/21 | 0.30 | Finalize and produce initial data request to Agency. |
| Deborah L. Feinstein | 08/17/21 | 0.10 | Review, analyze emails re production issues. |
| Barbara H. Wootton | 08/17/21 | 1.80 | Email correspondence with D. Young re tracker and proposed compliance schedule (.2); draft compliance tracker (.8); draft proposed compliance time line for regulatory authorities (.8). |
| Dylan S. Young | 08/17/21 | 2.10 | Draft tracker and production schedule. |
| Warlesha Ryan | 08/18/21 | 0.60 | Correspond with A&P team re production to agency. |
| Barbara H. Wootton | 08/18/21 | 1.20 | Conference with Purdue Team and D. Young re search terms (.6); correspond with D. Young and Cobra re search terms (.3); correspond with R. Kreppel, C. Ricarte and D. Young re proposed time line for production to regulatory authority (3). |
| Dylan S. Young | 08/18/21 | 1.90 | Teleconference with Purdue Team, B. Wootton re production schedule and collection processes (.6); draft search terms (.3); draft tracker and production schedule (1.0). |
| Warlesha Ryan | 08/19/21 | 4.10 | Correspond with A&P team regarding review universe for production to agency (2.2); review of documents for production to agency (1.9). |
| Barbara H. Wootton | 08/19/21 | 0.80 | Correspond with W. Ryan and D. Young re search terms, direction for review of BoD documents, and preparing initial priority custodial productions. |
| Dylan S. Young | 08/19/21 | 1.30 | Coordinate initial document review and production. |
| Warlesha Ryan | 08/20/21 | 3.20 | Review of documents for production to agency. |
| Deborah L. Feinstein | 08/20/21 | 1.40 | Conference call with agency (1.0); edit note to Agency (.4). |
| Barbara H. Wootton | 08/20/21 | 3.10 | Conference with Purdue Team, D. Feinstein and D. Young re status of response to investigation and time line for compliance (.9); call with D. Feinstein re letter to authority re time line and potential statement for confirmation proceedings (.2); Email with D. Feinstein and D. Young re drafting response to authority and compliance time line (.3); draft correspondence to authority re investigation compliance status and time line (1.0); review, analyze word search results (.2); review, analyze potentially responsive documents (.2); correspond with W. Ryan and D. Young re search term and responsiveness review analysis and email threading questions (.3). |
| Dylan S. Young | 08/20/21 | 1.50 | Videoconference with B. Wootton and D. Feinstein to discuss production schedules (1.2); coordinate searches and document review in response to agency requests (.3). |
| Barbara H. Wootton | 08/22/21 | 0.10 | Email Client re Matter summary. |
| Warlesha Ryan | 08/23/21 | 8.40 | Review of documents for production to agency. |
| Deborah L. Feinstein | 08/23/21 | 0.50 | Call with Cornerstone re document production. |

October 8, 2021                                                                Invoice # 30133433

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Barbara H. Wootton | 08/23/21 | 0.90 | Email with D. Young and W. Ryan re review of documents (.2); Email with Cobra, TCDI and T. Morrissey re follow up on document migration and email search issues (.1); telephone interview of potential economic expert (.5); Email with Client and T. Morrissey re Board documents. (.1). |
| Dylan S. Young | 08/23/21 | 0.90 | Participate in videoconference with B. Wootton re expert (.5); correspond with same re document review and responsiveness calls (.4). |
| Warlesha Ryan | 08/24/21 | 7.90 | Review of documents for production to agency (7.6); correspond with vendor and regarding workspace (.3). |
| Barbara H. Wootton | 08/24/21 | 0.50 | Analyze, comment re document responsiveness questions and guidance re coding. |
| Barbara H. Wootton | 08/24/21 | 0.30 | Email correspondence with W. Ryan and with R. Kreppel re document responsiveness determinations. |
| Barbara H. Wootton | 08/24/21 | 0.40 | Analysis re document responsiveness questions and email with W. Ryan and D .Young and Client re same. |
| Dylan S. Young | 08/24/21 | 0.30 | Correspond with B. Wootton re substantive questions on document review. |
| Warlesha Ryan | 08/25/21 | 6.30 | Review of documents for production to agency (5.4); correspond with vendor and counsel regarding privileged docs (.9). |
| Deborah L. Feinstein | 08/25/21 | 0.30 | Call with Purdue re Board documents. |
| Barbara H. Wootton | 08/25/21 | 0.50 | Conference with Purdue Team, and D. Feinstein re Board documents. |
| Dylan S. Young | 08/25/21 | 0.30 | Correspond with A&P team re production and review. |
| Warlesha Ryan | 08/26/21 | 6.80 | Finalize PPLP first production review universe for vendor. |
| Barbara H. Wootton | 08/26/21 | 3.70 | Conference with L. Caruso, M. McGonigle, and D. Young re Cobra KA conflicts process and criteria (.5); review, analyze potential documents for production (1.4); email with W. Ryan and D. Young re questions on same (.3); draft email to vendor re production specs (.4); analysis re potentially privileged documents (1.1). |
| Dylan S. Young | 08/26/21 | 2.90 | Conference with L. Caruso, M. McGonigle, and B. Wootton re contract attorney and document review with edata and conflicts teams (.7); Review proposed production to agency (1.8); coordinate production (.4). |
| Warlesha Ryan | 08/27/21 | 4.30 | Correspond with team and vendor regarding the review and production universe. |
| Barbara H. Wootton | 08/27/21 | 2.00 | Telephone call with B. Marra re document review set up and KA hiring criteria (.5); correspondence with T. Morrissey and Client re same (.3); review, analyze and revise draft search terms (.4); correspond with W. Ryan and D. Young re search terms, production parameters, metadata and custodian questions (.8). |
| Barbara H. Wootton | 08/27/21 | 0.80 | Correspond with W. Ryan and D. Young re search terms, production parameters; metadata and custodian questions. |
| Dylan S. Young | 08/27/21 | 2.10 | Finalize and prepare custodial production to agency. |
| Bryan M. Marra | 08/27/21 | 0.50 | Draft emails re: search terms; review search terms. |
| Bryan M. Marra | 08/27/21 | 0.50 | Call with B. Wootton. |
| Bryan M. Marra | 08/28/21 | 2.00 | Review, analyze case materials (.7); draft search terms (1.3). |
| Barbara H. Wootton | 08/29/21 | 0.70 | Email with L. Caruso re conflict clearance process for contract attorney reviewers (.1); Review, comment re revised document search terms (.6). |

October 8, 2021                                                                                 Invoice # 30133433

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Dylan S. Young | 08/29/21 | 0.20 | Draft search terms. |
| Bryan M. Marra | 08/29/21 | 1.00 | Draft search terms. |
| Warlesha Ryan | 08/30/21 | 5.00 | Preparing production to agency. |
| Barbara H. Wootton | 08/30/21 | 2.10 | Emails re analysis of production and issues with B. Marra and W. Ryan (.6) review, revise search terms. (.5); draft email to authority re electronic document production protocol (.2); call with B. Marra re production (.8). |
| Dylan S. Young | 08/30/21 | 0.70 | Finalize production (.3); finalize proposed search terms (.4). |
| Bryan M. Marra | 08/30/21 | 3.80 | Draft emails re: production (.3); revise production cover letter (.4); revise search terms (1.3); prepare draft production index (1.0); call with B. Wootton re production (.8). |
| Warlesha Ryan | 08/31/21 | 3.40 | Filing PPLP production with agency. |
| Deborah L. Feinstein | 08/31/21 | 0.20 | Call with B. Wootton re production status (.1); review letter to Agency (.1). |
| Barbara H. Wootton | 08/31/21 | 3.30 | Correspond with B. Marra re Board document collection and searching (.2); telephone call with D. Feinstein re status and production to authority (.1); revise draft transmittal letter of document production to authority (.6); telephone calls with B. Marra re e-discovery issues, production and review planning (1.1); correspond with W. Ryan, D. Young and B. Marra re document review and production (1.1); revise KA intake issue form (.2). |
| Dylan S. Young | 08/31/21 | 1.90 | Finalize production. |
| Bryan M. Marra | 08/31/21 | 5.30 | Calls with B. Wootton re e-discovery (1.1); call with Davis Polk re: board documents (.2); draft emails re: production (.5); revise production cover letter (.8); revise search terms (1.8); revise production index (.9). |

**Total Hours**                             **128.70**

October 8, 2021                                                                                     Invoice # 30133433

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Deborah L. Feinstein | 2.80 | 1,420.00 | 3,976.00 |
| **Subtotal:** | **2.80** | | **3,976.00** |
| **Counsel** | | | |
| Barbara H. Wootton | 27.90 | 1,035.00 | 28,876.50 |
| **Subtotal:** | **27.90** | | **28,876.50** |
| **Senior Attorney** | | | |
| Bryan M. Marra | 13.10 | 920.00 | 12,052.00 |
| **Subtotal:** | **13.10** | | **12,052.00** |
| **Associate** | | | |
| Dylan S. Young | 22.60 | 815.00 | 18,419.00 |
| **Subtotal:** | **22.60** | | **18,419.00** |
| **Staff Attorney** | | | |
| Warlesha Ryan | 62.30 | 510.00 | 31,773.00 |
| **Subtotal:** | **62.30** | | **31,773.00** |
| **TOTAL** | **128.70** | | **95,096.50** |

**Total Current Amount Due**                                                        $80,832.02