## Exhibit B

**Fourth Supplemental Powell Declaration**