**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In Re: Purdue Pharma, LP, et al, | ) | Chapter 11 |
| | ) | Case No. 19-23649 (Bankr. S.D.N.Y. |
| Debtors, | ) | (Jointly Administered) |
| _____ | ) | |

Re:   Maria Ecke - Claim Number 16810

Richard Ecke Claim Number 22855

Andrew Ecke Claim Number 23016

Peter Sottile Claim Number 16817

And Other United States Citizens

### MARIA ECKE'S AND OTHER UNITED STATES CITIZENS STATEMENT OF ISSUES AND DESINATIONS OF RECORD

**COMES NOW,** Maria Ecke, Richard Ecke, Andrew Ecke, and Peter Sottile, Citizens of the United State of America and on behalf of **"WE THE PEOPLE" OF THE UNITED STATES OF AMERICA,** pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellant, Maria Ecke herby files my statement of issues on appeal and designations of record.

1.) **Wherein; No State shall make or enforce any law** which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of **LIFE**, **liberty**, or **property**, without due **process of law;** nor deny to any person within its jurisdiction the equal protection of the laws.

2.) Our family members are deceased and have been deprived of life, dying every day or still struggling with their afflictions as my other son does. He doesn't even have children after 12 years of marriage. Could it be that Purdue Pharma's drugs interfere or interfered with his

reproductive system? The families through various organizations have been demanding due process; to no avail.

3.) The bankruptcy proceedings are prohibiting WE THE PEOPLE, the Plaintiffs our due process which is guaranteed by the 14th Amendment of the Constitution. "Due process is the legal requirement the state must respect all legal right that are owed to one person. Due process balances the power of the law of the land protects the individual person from it. When a government harms a person without following the exact course of the law, this constitutes a due process violation, which offends the rule of law".

4.) "Due process has also been frequently interpreted as limiting laws and legal proceeding so that judges, instead of legislators, may define and guarantee fundamental fairness, justice, and liberty" Everything that continues to go on during this Bankruptcy Plan has been up to discretion. The word discretion is defined in the Webster dictionary as FREEDOM. Our family members are DEAD and NOT FREE and those beloved one's family members are left behind full of pain, anguish, grief and so on are NOT FREE of mental and physical disease due to Trauma inflicted by Purdue Pharma and this "Plan".

5.) Once it was determined that Oxycontin was highly addictive and killing humans the product should have been referred back to the DEA for removal from the public market place and criminal action should have been ensued. The physicians should have been given notice to put patients on another form of medication that would not kill nearly an entire generation and traumatize a large part of society as a whole. Those of you Lawyers and the Sackler Family, how would you like it if your child looked up at you and said "My heart hurts Mom I think that I am going to die soon." I am sure that your children never had those vile drugs.

6.) Fourteenth Amendment of the US Constitution – "Rights Guaranteed: Privileges and Immunities of Citizenship, Due Process, and Equal Protection. All persons born or naturalized in the United

States, and subject to the jurisdiction thereof, are citizens of the United States and the State wherein they reside."

7.) What world do we live in where a corporate giant conglomerate company as Purdue Pharma can make a product "pain reliever", Oxycontin and sell it to the public, and as we well know they knew it was highly addictive at the onset? After selling it to their unsuspecting customers through their doctors who received buy backs establishing a drug dealer relationship as if they were selling heroin off the city streets in the back allies. Finally, after way too many people had become addicted to their Pandora Box trick slipped secretively into unsuspected buyers as if it was a harmless candy bar. The public and Government watch-dogs way too late discovered Purdue was lying and knew from the beginning it was highly addictive. To boot Pharma actually came out and said it was the customer's fault for taking too much. They blamed their product on customer use. How dare them!!! How dare them try to turn it back around and blame their poor naïve customers who were told from the beginning and on their label mark it was not addictive. And now we find out they Purdue Pharma is being rewarded for their criminal activity. What if Marlboro cigarette company who killed millions of people with their cancer-causing sticks that they also denied were harmful, all of a sudden, the Government gave them the same bonus deal and a reward for their callousness. Or what if Takata Air Bags who were put into millions of cars and were defective and killed many innocent people were all of a sudden told "Oh, that's too bad but don't worry our government will look after your company and fill your pockets with bonus money and reward you for your criminal engineering skills that were in default. Now back to Purdue Pharma produced a product, lied about its addictiveness and sold it to many innocent families who are now living a nightmare who have lost their loved ones and their lives are ruined. Now we find out they are going to be compensated and rewarded for their killing of many poor victims. Unbelievable!! Once it was determined that Oxycontin was highly addictive

and killing humans the product should have been referred back to the DEA for removal from the public marketplace.

8.) Any agreement that would permit a Bankruptcy that takes away the Plaintiff's rights of due process and permits a corporation and the people who run these Corporations to absolve themselves from criminal prosecution while humans continue to die is against the Law of the Constitution. Just remember: "Mom, my heart hurts, I think I'm going to die soon." I'll never forget this statement until I die.

9.) It is of record; the Purdue Pharma has taken their wealth and created another pharmaceutical company entitled Mundi Pharmaceuticals so that it can have a continual residual income. Is Purdue Pharma allowed by our government using the Bankruptcy Court to allow Purdue Pharma to walk away with their wealth and away from criminal prosecution?

10.) Being a Layperson and not a Lawyer, I am unaware of the Legal Rules that need to be followed but I know what is morally right. In my Docket 3575, I asked the Honorable Judge Drain for a recount of the ballots via **Rule 3008-1 RECONSIDERATION OF CLAIMS**. This was not ruled upon and completely ignored in my **OBJECTION TO RESTRUCTURING OF PURDUE PHARMA L.P. ET ALL – Docket No. 3575.**

11.) In addition, in **FINDING OF FACT, CONCLUSIONS OF LAW, AND ORDER CONFIRMING THE TWELFTH AMENDED JOINT CHAPTER 11 PLAN OR REORGANIZATION OF PURDUE PHARMA L.P. AND ITS AFFLIATED DEBTORS Docket No. 3878-1** on page 26 in injunction states: "The litigation of the Released Claims and Shareholder Released Claims would have conceivable effects on the res of the Estates. Litigation of such claims could deplete the valve of certain insurance policies, could lead to indemnification and contribution claims against the Estates or Master Distribution Trust (and therefore reduce the value available distribution to the Creditor Trusts) in future litigation of such claims or causes of action. Litigation over a disputed indemnification or

contribution claim is itself an effect upon the Estates. Moreover, the Court has the power to render a final decision confirming the Plan, including such provisions, under the United States Constitution." Should the Bankruptcy Court's power be so absolute that it should ignore the pleading of the Citizens of the United States? Not all citizens who have been injured have the means or the knowledge to have computers and/or how to use the Internet properly or have the time Object to the Bankruptcy Court's ruling This ruling discriminates between the layperson and Attorneys.

12.) Once again, why does the State of Connecticut have so much power to get so much money from the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors when it just instituted the Legalization of Marijuana for recreational use against the Federal Governments rulings? Marijuana is known to be the "Gateway Drug" – the drug that begins the downward spiral. Is it just the State's greed? What makes me think that the State of Connecticut or even other States that have legalized Marijuana use for recreation will follow the guidelines which the Bankruptcy Court has ordered? Why can't families who want the best for the own institute those rules? I, Maria Ecke, have found many errors in Connecticut's judgement – both politicians and laypersons. Please see **"Therapeutic Communities For Treating Addictions In Europe" Exhibit A** and **"Connecticut's Tobacco Windfall: A Billion Dollars Up In Smoke"** by Tamara Trgakiss which highlights Connecticut Attorney General, one of the top five lead attorneys in the 1998 Tobacco Settlement, ten years later and now Senator Blumenthal said "My greatest achievement was going after the tobacco companies but my biggest disappointment is not being able to determine how the nearly $5 billion in settlement money allocated to Connecticut has been spent."-Exhibit B. Why did the State of Connecticut Social Services Husky D program provide toxic medication so that my dear son David Jonathan Ecke would become addicted? Why did the State of Connecticut Hartford Dispensary provide medication to my other son and many others?

13.) On Schedule B page 19 under PART ONE: TREATMENT, it states under:

A. "TREAT OPIOID USE DISORDER (OUD)

1. Expand availability of treatment for OUD and any co-occurring SUD/MH conditions, including all forms of Medication-Assisted Treatment (MAT) approved by the **U.S**. **Food and Drug Administration."**

**How can we trust the United States Food and Drug Administration if they approved Oxycontin?**

**14.)** The media uses our television to promote and deliver us misleading information trying to sell us addictive drugs through their fancy advertisements. Telling us: This will cure your latest ailment. They deliver their con-man tactics as if they were drug dealers on the street and the political bias media conglomerates act as drug mules pumping their message straight into our living rooms. At the end of their drug pitch in small letters they tell us all the bad side effects their drugs cause. How could our Federal Drug Administration (FDA) let these evil giant drug companies infiltrate the family core and destroy it? That is criminal. How come a drug dealer dealing his drugs to people when he gets caught goes to prison for years, yet these drug dealers can kill millions of innocent children and face no due punishment?

**15.) A Nobel Touch**
"The 2021 Nobel Prize in Physiology or Medicine was awarded Monday to two American scientists whose work into how bodies perceive temperature and touch could help pave the way for novel non-opioid pain treatments. Dr. David Julius used capsaicin—the substance that makes chili peppers hot—to identify the molecular receptors in the skin that convert heat into the sensation of pain. Dr. Ardem Patapoutian discovered the sensors in cells that detect pressure, using a tiny pipette to poke individual cells to find those that responded with an electrical signal.

The breakthrough discoveries help describe the mechanics of how our nervous systems perceive heat, pain, touch, and pressure through nerve impulses. The work has already prompted research into new treatments for various conditions, including chronic pain and heart disease. The award comes with a gold medal and more than $1.1M.

The Nobel Prize in medicine is the first of six prizes that will be announced this month in the fields of physics, chemistry, literature, peace, and economics." (The 1440 Daily Digest) Once again Why is Purdue Pharma starting a new company to manufacture new drugs instead of helping scientists? **Why can't Purdue Pharma fund some of the scientists via the NewCo?**

**CERTI FICATION REGARDING TRANSCRIPT**

16.) Pursuant to Bankruptcy Rule 8009(b)(1), Appellant hereby certifies that I proved for appeal to the Bankruptcy Court Case No. 19-23649 (RDD) the main documents the Judge's decision in **FINDING OF FACTS, CONCLUSIONS OF LAW, AND ORDER CONFIRMING THE JOINT CHAPTER 11 PLAN OF REORGANIZATION OF PURDUE PHARMA AND ITS AFFLIFIATED DEBTORS** and all other docket submission mentioned above.

**Maria Ecke**

**860-658-7745**