Kathryn M. Sabatini
Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main Street
Providence, Rhode Island  02903
(401) 274-4400 x 2504
ksabatini@riag.ri.gov

*Counsel for State of Rhode Island
Peter F. Neronha, Attorney General*

Chapter 11

Case No. 19-23649 (RDD)

(Jointly Administered)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| **PURDUE PHARMA, L.P.,** *et al.*, | ) |
| | ) |
| **Debtors.** | ) |
| | ) |
| | ) |

## STATE OF RHODE ISLAND'S STATEMENT OF ISSUES AND DESIGNATIONS OF RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellant, the State of Rhode Island, ("Rhode Island") hereby files its statement of issues on appeal and designations of record. *See* Notice of Appeal of the State of Rhode Island to Confirmation Order and All Related or Merged Orders (Sept. 28, 2021) (D/N 3832);

### I. Incorporation of Other Appellants' Statements of Issues and Designations of Record

Rhode Island incorporates by reference as if fully set forth herein all issues and designations of record submitted by other appellants, as set forth in:

| D/N | Title |
|---|---|
| 3842 | Appellant, United States Trustee's, Statement of Issues and Designation of Items for Record on Appeal of Confirmation Order and Order Approving Disclosure Statement |

| D/N | Title |
|---|---|
| 3843 | Appellant, United States Trustee's, Statement of Issues and Designation of Items for Record on Appeal of Advanced Funding Order |
| 3863 | The State of Washington's, State of Connecticut's, and District of Columbia's Statement of the Issues to be Presented and Items to be Included in the Record on Appeal |
| 3882 | The State of Oregon's Statement of the Issues to be Presented and Items to be Included in the Record on Appeal |
| 3889 | The State of Maryland's Statement of Issues and Designations of Record on Appeal |

Dated: October 12, 2021

Respectfully submitted,

*/s/ Kathryn M. Sabatini*

_____
Kathryn M. Sabatini, #8486
Assistant Attorney General
RHODE ISLAND OFFICE OF THE
ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903
Tel: 401-274-4400 ext. 2504
ksabatini@riag.ri.gov

**CERTIFICATE OF SERVICE**

I, Kathryn M. Sabatini, hereby certify that on October 12, 2021, I caused a true and correct copies of the foregoing to be served (i) by the Court's Case Management/Electronic Case File (CM/ECF) System upon all parties who are deemed to have consented to electronic service; (ii) by email upon the parties who provided email addresses set forth in the Master Service List maintained by the Debtors in respect of these chapter 11 cases; and (iii) by email upon the Office of the United States Trustee for the Southern District of New York (Attn: Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

*/s/ Kathryn M. Sabatini*
_____