WHITE & CASE LLP
Southeast Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, Florida 33131
Tel.: (305) 371-2700
Fax: (305) 358-5744
Thomas E Lauria (admitted *pro hac vice*)
Laura L. Femino (admitted *pro hac vice*)

1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 819-8200
Fax: (212) 354-8113
J. Christopher Shore
Michele J. Meises
Alice Tsier

-and-

ASK LLP
Edward E. Neiger
Jennifer A. Christian
60 East 42nd Street, 46th Floor
New York, New York 10165
Tel.: (212) 267-7342
Fax: (212) 918-3427
eneiger@askllp.com
jchristian@askllp.com

*Co-Counsel for Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| Purdue Pharma L.P., *et al.*,[1] | ) Case No. 19-23649 (RDD) |
| Debtors. | ) (Jointly Administered) |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**JOINDER OF THE AD HOC GROUP OF INDIVIDUAL VICTIMS'
TO DEBTORS' OMNIBUS OBJECTION TO MOTIONS FOR CERTIFICATION
OF A DIRECT APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT PURSUANT TO 28 U.S.C. § 158(D)
AND STATEMENT OF NON-CONSENT TO CERTIFICATION**

To the Honorable Robert D. Drain, United States Bankruptcy Judge:

The Ad Hoc Group of Individual Victims (the "**Ad Hoc Group**") of Purdue Pharma L.P., *et al.* (collectively, the "**Debtors**" or "**Purdue**"), by and through its undersigned co-counsel, joins the *Debtors' Omnibus Objection to Motions for Certification of a Direct Appeal to the United States Court of Appeals for the Second Circuit Pursuant to 28 U.S.C. § 158(d)* [ECF 3933].[2] The Ad Hoc Group does not consent to the certification of Movants' appeals directly to the United States Court of Appeals for the Second Circuit.

**WHEREFORE**, the Ad Hoc Group respectfully requests the Court deny the Certification Motions and allow the appeals to proceed before the District Court.

| | |
|---|---|
| Dated:  October 13, 2021<br>         New York, New York | WHITE & CASE LLP<br><br>By: */s/ J. Christopher Shore*<br>J. Christopher Shore<br>Michele J. Meises<br>Alice Tsier<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel.: (212) 819-8200<br>Fax: (305) 358-5744<br>cshore@whitecase.com<br>michele.meises@whitecase.com<br>alice.tsier@whitecase.com<br><br>Thomas E Lauria (admitted *pro hac vice*)<br>Laura L. Femino (admitted *pro hac vice*) |

---

[2] All capitalized terms not otherwise defined shall have the meanings ascribed to them in the *Debtors' Omnibus Objection to Motions for Certification of a Direct Appeal to the United States Court of Appeals for the Second Circuit Pursuant to 28 U.S.C. § 158(d)*.  Docket numbers refer to Case No. 19-23649 (RDD) (Bankr. S.D.N.Y.) unless otherwise specified.

Southeast Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, Florida 33131
Tel.: (305) 371-2700
Fax: (305) 358-5744
tlauria@whitecase.com
laura.femino@whitecase.com

-and-

ASK LLP
Edward E. Neiger
Jennifer A. Christian
60 East 42nd Street, 46th Floor
New York, New York 10165
Tel.: (212) 267-7342
Fax: (212) 918-3427
eneiger@askllp.com
jchristian@askllp.com

*Co-Counsel for Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al*

3