DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## AGENDA FOR OCTOBER 14, 2021 HEARING AND PRE-HEARING CONFERENCE

| | |
|---|---|
| Time and Date of Hearing: | October 14, 2021 at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 26335182384## |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Copies of Motions:          A copy of each pleading can be viewed on the Court's website at
                            http://www.nysb.uscourts.gov and the website of the Debtors'
                            notice   and   claims   agent,   Prime   Clerk   LLC   at
                            https://restructuring.primeclerk.com/purduepharma.

## I.    UNCONTESTED MATTERS

1.  ***Emanuel Thirkill Late Claim Motion.*** Motion to File Proof of Claim After
    Claims Bar Date [ECF No. 3764]

    Objection Deadline: October 7, 2021 at 4:00 p.m. (prevailing Eastern
    Time)

    Responses Received:  None.

    Related Documents:

    A.  Notice of Filing of Proposed Order Granting Late Claim Motion.
        [ECF No. 3901]

    Status: This matter is going forward on an uncontested basis.

## II.   CONTESTED MATTERS:

2.  ***Howard Adelglass Late Claim Motion.*** Motion of Howard Adelglass to File a
    Proof of Claim after Claims Bar Date [ECF No. 3840]

    Objection Deadline: October 7, 2021 at 4:00 p.m. (prevailing Eastern
    Time)

    Responses Received:

    A.  Debtors' Objection to Motion to File Proof of Claim after Claims Bar
        Date [ECF No. 3911]

    Related Documents:

    A.  Notice of Hearing Regarding Late Claim Motion [ECF No. 3848]

    B.  Support for Motion to File Proof of Claim after Claims Bar Date filed
        by Howard Adelglass [ECF No. 3885]

    Status: This matter is going forward on a contested basis.

3.  ***Ronald Bass Derivative and Fraudulent Conveyance Letter.*** Motion to
    Allow/Letter - Derivative and Fraudulent Conveyance [ECF No. 3619]

    Objection Deadline: October 7, 2021 at 4:00 p.m. (prevailing Eastern
    Time)

Responses Received:

A.  Objection to Motion for the Joint Administration of Claims of Ronald
    Bass, Sr. filed by State of New Jersey [ECF No. 3905]

B.  Debtors' Omnibus Objection to Ronald Bass's Derivative and
    Fraudulent Conveyance Motion and Supporting Letter
    [ECF No. 3910]

Related Documents:

A.  Letter to Judge Drain in support of the hearing for the month of
    October 2021 in support of claim number 89590 [ECF No. 3721]

Status: This matter is going forward on a contested basis.

4.  ***U.S. Trustee Motion for Direct Certification.*** Certification of Direct Appeal to
    Court of Appeals / United States Trustees Memorandum Of Law In Support Of
    Motion To Certify Direct Appeal To The Court Of Appeals Under 28 U.S.C. §
    158(d) [ECF No. 3868]

    Objection Deadline: October 13, 2021 at 12:00 p.m. (prevailing Eastern
    Time)

    Responses Received:

    A.  Opposition to Motions to Certify Direct Appeals to the Second Circuit
        filed by Multi-State Governmental Entities Group [ECF No. 3932]

    B.  Debtors' Omnibus Objection to Motions for Certification of a Direct
        Appeal to the United States Court of Appeals for the Second Circuit
        Pursuant to 28 U.S.C. § 158(D) [ECF No. 3933]

    C.  Joinder of the Ad Hoc Group of Individual Victims' to Debtors'
        Omnibus Objection to Motions for Certification of a Direct Appeal to
        the United States Court of Appeals for the Second Circuit Pursuant to
        28 U.S.C. § 158(D) and Statement of Non-Consent to Certification
        [ECF No. 3934]

    D.  Opposition of the Official Committee of Unsecured Creditors to
        Motions to Certify Direct Appeal [ECF No. 3935]

    E.  Ad Hoc Committee's Omnibus Objection to Motions for Certification
        Under 27 U.S.C. § 158(d)(2)(A ) [ECF No. 3936]

    Related Documents:

    A.  United States Trustee's Ex Parte Motion for an Order Shortening
        Notice and Scheduling Hearing with Respect to the United States

3

Trustee's Motion to Certify Direct Appeal to the Court of Appeals under 28 U.S.C. § 158(d) [ECF No. 3869]

B.    Notice of Hearing on United States Trustee's (I) Expedited Motion for an Order Certifying Direct Appeal to the United States Court of Appeals for the Second Circuit Under 28 U.S.C. § 158(D) and (II) Motion for an Order Shortening Notice and Scheduling Hearing with Respect to the United States Trustee's Motion to Certify Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d) [ECF No. 3870]

C.    Amended Notice of Hearing on United States Trustee's (I) Expedited Motion for an Order Certifying Direct Appeal to the United States Court of Appeals for the Second Circuit Under 28 U.S.C. § 158(D) and (II) Motion for an Order Shortening Notice and Scheduling Hearing with Respect to the United States Trustee's Motion to Certify Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d) [ECF No. 3875]

Status: This matter is going forward on a contested basis.

5.    ***Appealing States' Motion for Direct Certification.*** Certification of Direct Appeal to Court of Appeals / The Appealing States' Motion for Certification Pursuant to 28 U.S.C. § 158(d)(2)(A) [ECF No.3871]

Objection Deadline: October 13, 2021 at 12:00 p.m. (prevailing Eastern Time)

Responses Received:

A.    Opposition to Motions to Certify Direct Appeals to the Second Circuit filed by Multi-State Governmental Entities Group [ECF No. 3932]

B.    Debtors' Omnibus Objection to Motions for Certification of a Direct Appeal to the United States Court of Appeals for the Second Circuit Pursuant to 28 U.S.C. § 158(D) [ECF No. 3933]

C.    Joinder of the Ad Hoc Group of Individual Victims' to Debtors' Omnibus Objection to Motions for Certification of a Direct Appeal to the United States Court of Appeals for the Second Circuit Pursuant to 28 U.S.C. § 158(D) and Statement of Non-Consent to Certification [ECF No. 3934]

D.    Opposition of the Official Committee of Unsecured Creditors to Motions to Certify Direct Appeal [ECF No. 3935]

E.    Ad Hoc Committee's Omnibus Objection to Motions for Certification Under 27 U.S.C. § 158(d)(2)(A ) [ECF No. 3936]

Related Documents:

   A.  The State of Washington's Ex Parte Motion for an Order Shortening Notice and Scheduling Hearing with Respect to the Appealing States' Motion for Certification Pursuant to 28 U.S.C. § 158(d)(2)(A) [ECF No. 3872]

   B.  Amended Notice of Hearing on (I) Appealing States' Motion for Certification Pursuant to 28 U.S.C. § 158(d)(2)(A) and (II) The State of Washington's Ex Parte Motion for an Order Shortening Notice and Scheduling Hearing With Respect to The Appealing States' Motion for Certification Pursuant to 28 U.S.C. § 158(d)(2)(A) [ECF No. 3881]

Status: This matter is going forward on a contested basis.

6.   ***State of California Direct Appeal and Joinder.*** Certification of Direct Appeal to Court of Appeals and Joinder to the Appealing States' Motion for Certification Under 28 U.S.C. § 158(d)(2)(A) [ECF No. 3874]

Objection Deadline: October 13, 2021 at 12:00 p.m. (prevailing Eastern Time)

Responses Received:

   A.  Opposition to Motions to Certify Direct Appeals to the Second Circuit filed by Multi-State Governmental Entities Group [ECF No. 3932]

   B.  Debtors' Omnibus Objection to Motions for Certification of a Direct Appeal to the United States Court of Appeals for the Second Circuit Pursuant to 28 U.S.C. § 158(D) [ECF No. 3933]

   C.  Joinder of the Ad Hoc Group of Individual Victims' to Debtors' Omnibus Objection to Motions for Certification of a Direct Appeal to the United States Court of Appeals for the Second Circuit Pursuant to 28 U.S.C. § 158(D) and Statement of Non-Consent to Certification [ECF No. 3934]

   D.  Opposition of the Official Committee of Unsecured Creditors to Motions to Certify Direct Appeal [ECF No. 3935]

   E.  Ad Hoc Committee's Omnibus Objection to Motions for Certification Under 27 U.S.C. § 158(d)(2)(A ) [ECF No. 3936]

Related Documents: None

Status: This matter is going forward on a contested basis.

7.   ***Statement and Joinder of Canadian Creditors***. Joinder of Certain Canadian Municipality and First Nations Creditors and Appellants, in Support of the

Motions by the Office of the United States Trustee and the Appealing States for Certification of a Consolidated and Expedited Direct Appeal to the Court of Appeals for the Second Circuit [ECF No. 3913]

> Objection Deadline: October 13, 2021 at 12:00 p.m. (prevailing Eastern Time)

> Responses Received:

> A.  Opposition to Motions to Certify Direct Appeals to the Second Circuit filed by Multi-State Governmental Entities Group [ECF No. 3932]

> B.  Debtors' Omnibus Objection to Motions for Certification of a Direct Appeal to the United States Court of Appeals for the Second Circuit Pursuant to 28 U.S.C. § 158(D) [ECF No. 3933]

> C.  Joinder of the Ad Hoc Group of Individual Victims' to Debtors' Omnibus Objection to Motions for Certification of a Direct Appeal to the United States Court of Appeals for the Second Circuit Pursuant to 28 U.S.C. § 158(D) and Statement of Non-Consent to Certification [ECF No. 3934]

> D.  Opposition of the Official Committee of Unsecured Creditors to Motions to Certify Direct Appeal [ECF No. 3935]

> E.  Ad Hoc Committee's Omnibus Objection to Motions for Certification Under 27 U.S.C. § 158(d)(2)(A ) [ECF No. 3936]

> Related Documents: None

> Status: This matter is going forward on a contested basis.

## III.    PRE-HEARING CONFERENCE:

8.  ***U.S. Trustee Motion for Stay Pending Appeal.*** Motion for Stay Pending Appeal / Memorandum of Law In Support of United States Trustee's Expedited Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 [ECF No.  3778]

> Related Documents:

> A.  Order signed on 9/15/2021 Granting Motion (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and Topco, (II) Directing Prime Clerk LLC to Release Certain Protected Information, and (III) Granting Other Related Relief [ECF No. 3773]

> B.  Motion for Stay Pending Appeal /Memorandum of Law In Support Of United States Trustees Expedited Motion For A Stay Of Confirmation

Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007 [ECF No. 3778]

C.  United States Trustee's Ex Parte Motion For An Order Shortening Notice And Scheduling Hearing With Respect To The United States Trustees Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007  [ECF No. 3779]

D.  Modified Bench Ruling on Request for Confirmation of Eleventh Amended Joint Chapter 11 Plan Signed on 9/17/2021 [ECF No. 3786]

E.  Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors Signed on 9/17/20 [ECF No. 3787]

F.  Amended Motion for Stay Pending Appeal/Amended Memorandum of Law In Support Of United States Trustee's Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007 [ECF No. 3801]

G.  Motion to Stay / Memorandum of Law in Support of United States Trustee's Expedited Motion to Extend the Automatic Stay of the Confirmation Order and for a Limited Stay of the Related Orders Pending Resolution of His Expedited Motion for a Stay Pending Appeal [ECF No. 3803]

H.  United States Trustee's Ex Parte Motion for an Order Shortening Notice and Scheduling Hearing with Respect to the United States Trustee's Expedited Motion to Extend the Automatic Stay of the Confirmation Order and for a Limited Stay of the Related Orders Pending Resolution of His Expedited Motion for a Stay Pending Appeal [ECF No. 3804]

I.  Notice of Listen-Only Dial-in for Status and Scheduling Conference [ECF No. 3838]

Status: This matter is going forward.

9.  ***Washington and Connecticut States Stay Motion.*** Motion of the States of Washington and Connecticut for a Stay Pending Appeal [ECF No.  3789]

Related Documents:

A.  Modified Bench Ruling on Request for Confirmation Of Eleventh Amended Joint Chapter 11 Plan Signed on 9/17/2021 [ECF No. 3786]

B. Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors Signed on 9/17/20 [ECF No. 3787]

Status: This matter is going forward.

10. ***State of Maryland Stay Motion.*** Motion for Stay Pending Appeal of Confirmation and Trust Advances Orders [ECF No. 3845]

Related Documents:

A. Order signed on 9/15/2021 Granting Motion (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and Topco, (II) Directing Prime Clerk LLC to Release Certain Protected Information, and (III) Granting Other Related Relief [ECF No. 3773]

B. Modified Bench Ruling on Request for Confirmation of Eleventh Amended Joint Chapter 11 Plan Signed on 9/17/2021 [ECF No. 3786]

C. Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors Signed on 9/17/20 [ECF No. 3787]

Status: This matter is going forward.

11. ***Ronald Bass Stay Motion.*** Motion for Stay Pending Appeal [ECF No. 3860]

Related Documents:

A. Modified Bench Ruling on Request for Confirmation of Eleventh Amended Joint Chapter 11 Plan Signed on 9/17/2021 [ECF No. 3786]

B. Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors Signed on 9/17/20 [ECF No. 3787]

Status: This matter is going forward.

12. ***Canadian Creditors Stay Motion.*** Motion for Stay Pending Appeal filed by Allen J. Underwood on behalf of Certain Canadian Municipality Creditors and Canadian First Nation Creditors [ECF No. 3873]

Related Documents:

A. Modified Bench Ruling on Request for Confirmation of Eleventh Amended Joint Chapter 11 Plan Signed on 9/17/2021 [ECF No. 3786]

    B.   Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors Signed on 9/17/20 [ECF No. 3787]

    <u>Status</u>: This matter is going forward.

**13.** ***Ellen Isaacs Stay Motion***. Motion of Ellen Isaacs, Deceased Patrick Ryan Wroblewski & the American People for a Stay Pending Appeal [ECF No. 3890]

    <u>Related Documents</u>:

    A.   Modified Bench Ruling on Request For Confirmation Of Eleventh Amended Joint Chapter 11 Plan Signed on 9/17/2021 [ECF No. 3786]

    B.   Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors Signed on 9/17/20 [ECF No. 3787]

    <u>Status</u>: This matter is going forward.

Dated:    October 13, 2021
              New York, New York

                              DAVIS POLK & WARDWELL LLP

                              By:    *Eli J. Vonnegut*
                                        Eli J. Vonnegut

                              450 Lexington Avenue
                              New York, New York 10017
                              Telephone: (212) 450-4000
                              Facsimile:  (212) 701-5800
                              Marshall S. Huebner
                              Benjamin S. Kaminetzky
                              Timothy Graulich
                              Eli J. Vonnegut
                              Christopher S. Robertson

                              *Counsel to the Debtors*
                              *and Debtors in Possession*