UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**TWENTY THIRD MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | August 1, 2021 through August 31, 2021 |
| Monthly Fees Incurred: | $284,159.00 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred:                $20.94

Total Fees and Expenses Due:              $284,179.94

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747 Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.00 | $0.00 | $242,741.60 | $0.00 |
| Docket No. 3798 Filed on 9/21/2021 | 7/1/2021 – 7/31/2021 | $431,630.50 | $135.81 | $345,304.40 | $135.81 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, and $15,000 were allocated evenly across fees from the first, second, third, fourth, and fifth interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from August 1, 2021 through and including August 31, 2021 (the "**Fee Period**") amount to:

   | | |
   |---|---|
   | Professional Fees | $284,159.00 |
   | Expenses | 20.94 |
   | **TOTAL** | **$284,179.94** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---|
   | Professional Fees at 80% | $227,327.20 |
   | Expenses at 100% | 20.94 |
   | **TOTAL** | **$227,348.14** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A"**.

4

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B"**.

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C"**.

6. A summary of expenses incurred during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "D"**.

7. Detailed breakdown of the expenses incurred during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "E"**.

8. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

9. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than October 25, 2021 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

10. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

11. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be

preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated:  New York, New York
        October 11, 2021

                                  FTI CONSULTING, INC.
                                  Financial Advisors to the Ad Hoc Committee of
                                  Governmental and Other Contingent Litigation
                                  Claimants of Purdue Pharma L.P.

                                  By:    */s/ Matthew Diaz*
                                           Matthew Diaz, Senior Managing Director
                                           Three Times Square, 10th Floor
                                           New York, New York 10036
                                           Telephone: (212) 499-3611
                                           Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD AUGUST 1, 2021 TO AUGUST 31, 2021**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Bingham, Anthony | Sr Managing Director | Healthcare | $ 1,120 | 1.0 | $ 1,120.00 |
| Diaz, Matthew | Sr Managing Director | Restructuring | 1,120 | 53.0 | 59,360.00 |
| Joffe, Steven | Sr Managing Director | Tax | 1,165 | 2.0 | 2,330.00 |
| Simms, Steven | Sr Managing Director | Restructuring | 1,295 | 24.1 | 31,209.50 |
| Shafer, Patterson | Managing Dir | Healthcare | 600 | 20.0 | 12,000.00 |
| Bromberg, Brian | Sr Director | Restructuring | 850 | 102.7 | 87,295.00 |
| Suric, Emil | Sr Director | Restructuring | 850 | 1.0 | 850.00 |
| Whitman, Andrew | Sr Director | Insurance | 675 | 8.4 | 5,670.00 |
| Johnson, Ancy | Director | Healthcare | 475 | 46.5 | 22,087.50 |
| Baron, Genevieve | Sr Consultant | Healthcare | 375 | 71.0 | 26,625.00 |
| Kurtz, Emma | Sr Consultant | Restructuring | 580 | 42.0 | 24,360.00 |
| Turner, Ian | Sr Consultant | Restructuring | 580 | 19.4 | 11,252.00 |
| **GRAND TOTAL** | | | | **391.1** | **$ 284,159.00** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD AUGUST 1, 2021 TO AUGUST 31, 2021**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 7.7 | $ 4,466.00 |
| 2 | Cash & Liquidity Analysis | 1.5 | 1,518.00 |
| 5 | Real Estate Issues | 1.8 | 1,638.00 |
| 7 | Analysis of Domestic Business Plan | 143.0 | 66,116.50 |
| 8 | Valuation and Related Matters | 1.0 | 850.00 |
| 9 | Analysis of Employee Comp Programs | 19.6 | 14,500.00 |
| 10 | Analysis of Tax Issues | 2.9 | 3,095.00 |
| 11 | Prepare for and Attend Court Hearings | 37.7 | 39,921.50 |
| 14 | Analysis of Claims/Liab Subject to Compro | 1.5 | 1,680.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 106.7 | 92,245.00 |
| 18 | Review of Historical Transactions | 21.6 | 17,442.00 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 10.1 | 9,760.50 |
| 24 | Preparation of Fee Application | 4.0 | 2,320.00 |
| 26 | Analysis of Insurance Programs | 32.0 | 28,606.50 |
| | **GRAND TOTAL** | **391.1** | **$ 284,159.00** |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2021 TO AUGUST 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 8/9/2021 | Kurtz, Emma | 0.6 | Review recently uploaded dataroom documents re: reporting to share with team. |
| 1 | 8/9/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/10/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/11/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/12/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/13/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/16/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/17/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/18/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/19/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/20/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/23/2021 | Kurtz, Emma | 0.6 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/24/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/25/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/25/2021 | Kurtz, Emma | 0.6 | Review recently uploaded dataroom documents re: operating results to share with team. |
| 1 | 8/26/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/27/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/30/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 8/31/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **7.7** | |
| 2 | 8/9/2021 | Diaz, Matthew | 0.9 | Review Debtors' latest cash projections. |
| 2 | 8/10/2021 | Bromberg, Brian | 0.6 | Review Debtors' emergence cash flow projections. |
| **2 Total** | | | **1.5** | |
| 5 | 8/3/2021 | Bromberg, Brian | 1.4 | Review One Stamford lease. |
| 5 | 8/3/2021 | Diaz, Matthew | 0.4 | Review HQ lease to evaluate terms. |
| **5 Total** | | | **1.8** | |
| 7 | 8/2/2021 | Bingham, Anthony | 0.4 | Review update from team re: cost savings analysis to prepare for call. |
| 7 | 8/2/2021 | Bingham, Anthony | 0.6 | Attend internal call re: cost savings analysis. |
| 7 | 8/2/2021 | Bromberg, Brian | 0.6 | Discuss cost savings analysis with internal team. |
| 7 | 8/2/2021 | Diaz, Matthew | 0.5 | Review initial findings of potential cost savings study. |
| 7 | 8/2/2021 | Shafer, Patterson | 1.1 | Review additional business plan cost support files provided by the Debtors to evaluate responsiveness. |
| 7 | 8/3/2021 | Baron, Genevieve | 1.6 | Review additional data provided by the Debtors re: business plan costs. |
| 7 | 8/3/2021 | Baron, Genevieve | 0.5 | Attend call with Debtors' advisors to discuss cost savings study requests. |
| 7 | 8/3/2021 | Bromberg, Brian | 0.5 | Attend call with the Debtors' advisors to discuss cost savings report and information requests. |
| 7 | 8/3/2021 | Johnson, Ancy | 0.5 | Attend call with Alix to discuss outstanding diligence request list re: cost savings. |
| 7 | 8/3/2021 | Shafer, Patterson | 0.9 | Review initial cost savings study findings compiled by team. |
| 7 | 8/4/2021 | Baron, Genevieve | 1.9 | Review additional cost savings diligence information provided to prepare summary. |
| 7 | 8/4/2021 | Baron, Genevieve | 1.0 | Attend call with team to discuss status of cost savings review. |
| 7 | 8/4/2021 | Johnson, Ancy | 1.0 | Discuss internally re: status of cost saving analysis and outstanding requests. |
| 7 | 8/4/2021 | Shafer, Patterson | 1.0 | Participate in internal call to discus status of cost savings review and next steps. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2021 TO AUGUST 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 8/4/2021 | Shafer, Patterson | 0.9 | Review of summary prepared by team re: additional cost support files provided. |
| 7 | 8/5/2021 | Baron, Genevieve | 1.2 | Continue to review additional documents provided by the Debtors re: cost projections support. |
| 7 | 8/5/2021 | Shafer, Patterson | 0.9 | Review initial takeaways prepared by team re: review of cost support documents. |
| 7 | 8/6/2021 | Shafer, Patterson | 1.7 | Review documents provided by the Debtors re: cost savings analysis. |
| 7 | 8/9/2021 | Baron, Genevieve | 2.4 | Prepare analysis of business plan support re: cost projections. |
| 7 | 8/9/2021 | Diaz, Matthew | 0.5 | Review go forward budget. |
| 7 | 8/9/2021 | Johnson, Ancy | 1.3 | Draft outline of presentation re: potential cost savings. |
| 7 | 8/9/2021 | Shafer, Patterson | 0.8 | Review initial draft outline of cost savings report. |
| 7 | 8/10/2021 | Baron, Genevieve | 3.4 | Continue to analyze business plan support files provided by the Debtors re: costs. |
| 7 | 8/10/2021 | Johnson, Ancy | 0.7 | Discuss with internal team re: outline of cost savings analysis presentation. |
| 7 | 8/10/2021 | Johnson, Ancy | 1.0 | Prepare revisions to draft outline of cost savings deliverable per internal comments. |
| 7 | 8/10/2021 | Shafer, Patterson | 0.7 | Attend internal call to discuss draft cost savings presentation. |
| 7 | 8/11/2021 | Baron, Genevieve | 2.2 | Review support files provided by the Debtors re: cost projections. |
| 7 | 8/11/2021 | Baron, Genevieve | 1.8 | Prepare analysis of historical business plan costs. |
| 7 | 8/11/2021 | Johnson, Ancy | 1.7 | Review materials provided by the Debtors re: historical cost builds. |
| 7 | 8/11/2021 | Johnson, Ancy | 2.3 | Prepare revisions to report re: analysis of potential cost savings. |
| 7 | 8/12/2021 | Baron, Genevieve | 2.2 | Analyze business plan cost support files re: historical trends. |
| 7 | 8/12/2021 | Baron, Genevieve | 1.9 | Analyze business plan cost support files re: projected trends. |
| 7 | 8/12/2021 | Johnson, Ancy | 1.8 | Review business plan support files provided for cost projections. |
| 7 | 8/12/2021 | Johnson, Ancy | 2.2 | Analyze cost projections to evaluate comparison to historical trends. |
| 7 | 8/12/2021 | Shafer, Patterson | 0.5 | Review status of cost savings report to evaluate next steps. |
| 7 | 8/13/2021 | Baron, Genevieve | 0.5 | Attend internal call to discuss progress of review of business plan cost files. |
| 7 | 8/13/2021 | Baron, Genevieve | 3.4 | Continue to review support provided by the Debtors' re: historical costs. |
| 7 | 8/13/2021 | Johnson, Ancy | 3.3 | Analyze historical data provided by the Debtors re: inventory spend. |
| 7 | 8/13/2021 | Johnson, Ancy | 0.5 | Attend internal call re: progress of cost savings report and data review. |
| 7 | 8/13/2021 | Shafer, Patterson | 0.5 | Discuss status of cost savings review with internal team. |
| 7 | 8/16/2021 | Baron, Genevieve | 1.0 | Attend call with team to review data provided by Debtors' advisors and next steps for analysis. |
| 7 | 8/16/2021 | Baron, Genevieve | 1.8 | Review Debtors' historical forecast to actual costs to evaluate variances. |
| 7 | 8/16/2021 | Johnson, Ancy | 3.2 | Prepare analysis of historical cost files provided to evaluate potential savings going forward. |
| 7 | 8/16/2021 | Johnson, Ancy | 1.0 | Discuss with internal team re: cost data provided by Debtors' advisors and related analyses. |
| 7 | 8/16/2021 | Shafer, Patterson | 1.0 | Participate in internal call to discuss data provided by Debtors and next steps in cost savings analysis. |
| 7 | 8/17/2021 | Baron, Genevieve | 2.3 | Continue to review Debtors' historical cost forecasts to compare to actual results. |
| 7 | 8/17/2021 | Baron, Genevieve | 2.1 | Prepare draft analysis of recurring variances between Debtors' historical cost forecasts and actual incurred costs. |
| 7 | 8/17/2021 | Bromberg, Brian | 0.7 | Discuss cost savings reporting per plan with team. |
| 7 | 8/17/2021 | Johnson, Ancy | 0.7 | Attend internal call to discuss progress of cost savings analysis. |
| 7 | 8/17/2021 | Johnson, Ancy | 2.2 | Prepare analysis of initial data provided by the Debtors re: inventory. |
| 7 | 8/17/2021 | Shafer, Patterson | 1.0 | Provide guidance to team re: analysis of cost savings data and initial hypotheses. |
| 7 | 8/18/2021 | Baron, Genevieve | 2.2 | Diligence cost files provided by the Debtors related to third party spend. |
| 7 | 8/18/2021 | Baron, Genevieve | 1.8 | Continue to analyze cost files provided by the Debtors related to third party spend. |
| 7 | 8/18/2021 | Johnson, Ancy | 2.4 | Review inventory support files provided by the Debtors to evaluate inventory age. |
| 7 | 8/18/2021 | Johnson, Ancy | 1.7 | Continue to analyze inventory support files provided by the Debtors to evaluate spend. |
| 7 | 8/18/2021 | Shafer, Patterson | 0.8 | Review initial analysis prepared by team to provide guidance re: potential next steps. |
| 7 | 8/19/2021 | Baron, Genevieve | 2.3 | Prepare analysis of Debtors' historical third party spend. |
| 7 | 8/19/2021 | Baron, Genevieve | 2.8 | Continue to prepare analysis of Debtors' historical third party spend. |
| 7 | 8/19/2021 | Baron, Genevieve | 2.9 | Evaluate number of suppliers across Debtors businesses included in third party spend data. |
| 7 | 8/19/2021 | Johnson, Ancy | 2.4 | Prepare analysis of forecast to actual variances in sales in relation to inventory on hand. |
| 7 | 8/19/2021 | Johnson, Ancy | 2.6 | Continue to prepare analysis of forecast to actual variances in sales in relation to inventory on hand. |
| 7 | 8/19/2021 | Shafer, Patterson | 0.7 | Review draft cost analysis prepared by team to provide guidance. |
| 7 | 8/20/2021 | Baron, Genevieve | 2.8 | Prepare analysis of third party spend data to evaluate low-profit products. |
| 7 | 8/20/2021 | Johnson, Ancy | 2.7 | Prepare analysis of Rhodes planned vs actual sales to evaluate inventory levels. |
| 7 | 8/20/2021 | Johnson, Ancy | 2.3 | Continue to prepare analysis of Rhodes planned vs actual sales to evaluate inventory levels. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD AUGUST 1, 2021 TO AUGUST 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 8/20/2021 | Shafer, Patterson | 0.6 | Review latest cost savings data analysis prepared by team to prepare for discussion. |
| 7 | 8/20/2021 | Shafer, Patterson | 0.9 | Attend internal call to discuss progress of cost savings analysis, next steps, and potential hypotheses. |
| 7 | 8/23/2021 | Baron, Genevieve | 1.9 | Perform review of historical expired inventory per year. |
| 7 | 8/23/2021 | Baron, Genevieve | 0.9 | Attend internal call to discuss updates on cost savings analysis and next steps. |
| 7 | 8/23/2021 | Baron, Genevieve | 2.2 | Continue to analyze historical expired inventory per year to evaluate potential for cost savings. |
| 7 | 8/23/2021 | Johnson, Ancy | 3.1 | Begin to build out slides for cost savings report re: inventory. |
| 7 | 8/23/2021 | Johnson, Ancy | 0.9 | Participate in internal call re: cost savings project. |
| 7 | 8/23/2021 | Shafer, Patterson | 1.2 | Review draft slides for cost savings report to provide comments to team. |
| 7 | 8/24/2021 | Baron, Genevieve | 2.8 | Begin to prepare draft slides analyzing Debtors' third party spend cost. |
| 7 | 8/24/2021 | Johnson, Ancy | 2.6 | Continue to prepare draft slides analyzing the Debtors' inventory costs. |
| 7 | 8/24/2021 | Shafer, Patterson | 1.8 | Review updated draft slides for cost savings report to provide guidance to team. |
| 7 | 8/25/2021 | Baron, Genevieve | 2.9 | Prepare additional analysis related to Debtors vendors to evaluate third party spend costs. |
| 7 | 8/25/2021 | Baron, Genevieve | 2.7 | Prepare further analysis re: inventory levels in comparison to sales. |
| 7 | 8/25/2021 | Baron, Genevieve | 0.6 | Attend internal call to discuss status of cost savings report. |
| 7 | 8/25/2021 | Bromberg, Brian | 0.6 | Discuss cost saving report with team. |
| 7 | 8/25/2021 | Diaz, Matthew | 0.9 | Review of the historical spend analysis. |
| 7 | 8/25/2021 | Shafer, Patterson | 2.4 | Review cost savings analysis and related draft report to provide guidance to team. |
| 7 | 8/25/2021 | Shafer, Patterson | 0.6 | Attend internal call to share update on cost savings analysis and outstanding next steps. |
| 7 | 8/25/2021 | Turner, Ian | 0.2 | Review summary of cost savings report status. |
| 7 | 8/26/2021 | Baron, Genevieve | 2.6 | Review additional source files provided by the Debtors to evaluate responsiveness. |
| 7 | 8/27/2021 | Baron, Genevieve | 3.1 | Analyze additional inventory spend files provided by the Debtors. |
| 7 | 8/30/2021 | Baron, Genevieve | 2.7 | Prepare analysis of additional third party spend data provided by the Debtors. |
| 7 | 8/31/2021 | Baron, Genevieve | 2.6 | Prepare additional draft slides re: inventory and third party spend for cost savings report. |
| 7 | 8/31/2021 | Johnson, Ancy | 2.4 | Review draft analysis and accompanying slides re: inventory and third party spend to provide comments. |
| **7 Total** | | | **143.0** | |
| 8 | 8/2/2021 | Suric, Emil | 1.0 | Review voluntary injunction and provide feedback to team. |
| **8 Total** | | | **1.0** | |
| 9 | 8/3/2021 | Bromberg, Brian | 1.7 | Review compensation comparables for board. |
| 9 | 8/3/2021 | Diaz, Matthew | 0.6 | Review NewCo Board compensation matters. |
| 9 | 8/3/2021 | Turner, Ian | 1.7 | Research comparable companies' board compensation. |
| 9 | 8/3/2021 | Turner, Ian | 2.3 | Prepare analysis of comparable pharmaceutical companies' board of directors compensation. |
| 9 | 8/4/2021 | Bromberg, Brian | 1.2 | Review draft analysis of comparable companies board compensation to provide comments. |
| 9 | 8/4/2021 | Diaz, Matthew | 0.5 | Review BOD NewCo proposed compensation. |
| 9 | 8/4/2021 | Turner, Ian | 2.0 | Incorporate fiscal year 19 board compensation for comparable pharmaceutical companies into draft analysis. |
| 9 | 8/10/2021 | Bromberg, Brian | 0.3 | Review KEIP slides to provide comments to team. |
| 9 | 8/10/2021 | Diaz, Matthew | 0.6 | Review KEIP/KERP presentation to the NCSG. |
| 9 | 8/10/2021 | Kurtz, Emma | 1.3 | Prepare revisions to 2021 KEIP/KERP presentation in preparation for call with NCSG. |
| 9 | 8/10/2021 | Kurtz, Emma | 1.1 | Prepare revisions to presentation re: 2021 KEIP per internal comments. |
| 9 | 8/11/2021 | Bromberg, Brian | 0.6 | Prepare for KEIP presentation to NCSG. |
| 9 | 8/11/2021 | Bromberg, Brian | 0.5 | Discuss proposed KEIP with NCSG group. |
| 9 | 8/11/2021 | Diaz, Matthew | 0.6 | Participate in call with the NCSG to discuss the proposed KEIP. |
| 9 | 8/11/2021 | Diaz, Matthew | 0.4 | Prepare for the call on the KEIP with the NCSG. |
| 9 | 8/11/2021 | Diaz, Matthew | 0.5 | Review updated KEIP presentation to the NCSG. |
| 9 | 8/11/2021 | Turner, Ian | 1.2 | Review first day and supplemental motions to understand what payments were allowed and remain outstanding with respect to employee compensation. |
| 9 | 8/16/2021 | Bromberg, Brian | 0.9 | Review potential severance obligations. |
| 9 | 8/16/2021 | Kurtz, Emma | 1.6 | Prepare analysis of potential severance obligations. |
| **9 Total** | | | **19.6** | |
| 10 | 8/5/2021 | Bromberg, Brian | 0.9 | Participate in tax matters call with Latham and creditor teams. |
| 10 | 8/11/2021 | Joffe, Steven | 0.9 | Attend weekly call with the AHC to discuss case updates, with a focus on tax issues. |
| 10 | 8/18/2021 | Joffe, Steven | 1.1 | Participate in weekly AHC call to discuss case updates and ongoing case events, with a focus on tax issues. |
| **10 Total** | | | **2.9** | |
| 11 | 8/16/2021 | Bromberg, Brian | 3.7 | Attend first day of virtual confirmation hearing. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2021 TO AUGUST 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 11 | 8/17/2021 | Bromberg, Brian | 3.1 | Attend 8/17 virtual confirmation hearing. |
| 11 | 8/17/2021 | Bromberg, Brian | 1.3 | Continue to attend 8/17 virtual confirmation hearing. |
| 11 | 8/18/2021 | Bromberg, Brian | 2.1 | Attend 8/18 virtual confirmation hearing. |
| 11 | 8/18/2021 | Bromberg, Brian | 1.4 | Continue to attend 8/18 virtual confirmation hearing. |
| 11 | 8/18/2021 | Simms, Steven | 3.2 | Attend telephonically 8/18 confirmation hearing. |
| 11 | 8/18/2021 | Simms, Steven | 1.6 | Continue to attend telephonically 8/18 confirmation hearing. |
| 11 | 8/19/2021 | Simms, Steven | 3.3 | Attend 8/19 virtual confirmation hearing. |
| 11 | 8/19/2021 | Simms, Steven | 1.3 | Continue to attend 8/19 virtual confirmation hearing. |
| 11 | 8/23/2021 | Bromberg, Brian | 3.4 | Attend 8/19 virtual confirmation hearing. |
| 11 | 8/23/2021 | Simms, Steven | 3.2 | Attend 8/23 telephonic confirmation hearing. |
| 11 | 8/23/2021 | Simms, Steven | 0.9 | Continue to attend 8/23 telephonic confirmation hearing. |
| 11 | 8/25/2021 | Bromberg, Brian | 3.3 | Attend 8/25 virtual confirmation hearing. |
| 11 | 8/25/2021 | Simms, Steven | 2.8 | Attend telephonically 8/25 confirmation hearing. |
| 11 | 8/25/2021 | Simms, Steven | 1.4 | Continue to attend telephonically 8/25 confirmation hearing. |
| 11 | 8/27/2021 | Bromberg, Brian | 1.7 | Attend 8/27 virtual confirmation hearing. |
| **11 Total** | | | **37.7** | |
| 14 | 8/12/2021 | Diaz, Matthew | 0.8 | Review updated contract assumption schedule. |
| 14 | 8/13/2021 | Diaz, Matthew | 0.7 | Review of the assumed contract list. |
| **14 Total** | | | **1.5** | |
| 16 | 8/1/2021 | Bromberg, Brian | 0.8 | Review updated board book. |
| 16 | 8/1/2021 | Diaz, Matthew | 1.5 | Review Board briefing book. |
| 16 | 8/2/2021 | Bromberg, Brian | 1.8 | Review latest board briefing book to prepare for call with board members. |
| 16 | 8/2/2021 | Bromberg, Brian | 2.6 | Research follow ups from call with NewCo board. |
| 16 | 8/2/2021 | Bromberg, Brian | 1.2 | Review dollar thresholds in settlement agreement. |
| 16 | 8/2/2021 | Simms, Steven | 0.3 | Review latest draft of the NewCo board briefing book. |
| 16 | 8/3/2021 | Bromberg, Brian | 0.7 | Review revised dollar thresholds in settlement agreement. |
| 16 | 8/3/2021 | Diaz, Matthew | 0.6 | Review correspondence with Alix on open items in the Sackler agreement. |
| 16 | 8/4/2021 | Bromberg, Brian | 0.8 | Review new settlement agreement exhibits. |
| 16 | 8/4/2021 | Bromberg, Brian | 1.2 | Review mark up to settlement agreement examples. |
| 16 | 8/4/2021 | Diaz, Matthew | 1.6 | Review settlement agreement exhibit re: payment mechanics illustrative examples. |
| 16 | 8/5/2021 | Bromberg, Brian | 0.7 | Review and revise settlement examples. |
| 16 | 8/5/2021 | Bromberg, Brian | 0.6 | Follow up with Sackler's advisors on finalizing settlement agreement. |
| 16 | 8/5/2021 | Simms, Steven | 0.3 | Review update on status of settlement agreement. |
| 16 | 8/5/2021 | Turner, Ian | 0.5 | Compile scenario walk through summary tables and accompanying detailed explanations. |
| 16 | 8/6/2021 | Bromberg, Brian | 0.8 | Review approved advisor list included in settlement agreement. |
| 16 | 8/6/2021 | Bromberg, Brian | 0.3 | Review questions on restricted cash. |
| 16 | 8/6/2021 | Diaz, Matthew | 0.3 | Review revised financial exhibit to the settlement agreement. |
| 16 | 8/8/2021 | Bromberg, Brian | 2.4 | Review latest transfer agreement and settlement agreement. |
| 16 | 8/8/2021 | Diaz, Matthew | 0.5 | Review updated Plan to evaluate changes. |
| 16 | 8/8/2021 | Diaz, Matthew | 0.7 | Review updated NewCo transfer agreement. |
| 16 | 8/9/2021 | Bromberg, Brian | 0.6 | Review issues list on transfer agreement for upcoming call. |
| 16 | 8/9/2021 | Bromberg, Brian | 1.3 | Review revised exhibits to settlement agreement. |
| 16 | 8/10/2021 | Bromberg, Brian | 0.5 | Review latest transfer agreement and settlement agreement. |
| 16 | 8/10/2021 | Bromberg, Brian | 0.7 | Discuss NewCo transfer agreement with counsel. |
| 16 | 8/10/2021 | Bromberg, Brian | 1.5 | Review revised exhibits to Settlement agreement. |
| 16 | 8/10/2021 | Bromberg, Brian | 0.7 | Review illustrative examples for settlement agreement. |
| 16 | 8/10/2021 | Diaz, Matthew | 0.3 | Participate in call with counsel on the NewCo transfer agreement. |
| 16 | 8/10/2021 | Diaz, Matthew | 0.6 | Participate in call with the Debtors' advisors on the NewCo transfer agreement. |
| 16 | 8/10/2021 | Turner, Ian | 2.2 | Review exhibit to the settlement agreement re: settlement agreement payment examples to ensure consistency. |
| 16 | 8/11/2021 | Bromberg, Brian | 1.0 | Review updated transfer agreement and settlement agreement. |
| 16 | 8/11/2021 | Bromberg, Brian | 0.9 | Review revisions to NewCo transfer agreement. |
| 16 | 8/11/2021 | Bromberg, Brian | 0.9 | Participate in weekly AHC call to discuss ongoing updates to Plan documents. |
| 16 | 8/12/2021 | Bromberg, Brian | 1.0 | Review revisions to settlement agreement payment mechanics. |
| 16 | 8/12/2021 | Diaz, Matthew | 0.6 | Review updates to settlement agreement payment mechanics. |
| 16 | 8/12/2021 | Diaz, Matthew | 0.5 | Participate in a call with Counsel re: transfers to NewCo. |
| 16 | 8/12/2021 | Kurtz, Emma | 3.6 | Prepare analysis of assumed contracts to identify potential key contracts needing further due diligence. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD AUGUST 1, 2021 TO AUGUST 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 8/12/2021 | Kurtz, Emma | 3.4 | Continue to evaluate list of assumed contracts to identify contacts with potentially expensive termination provisions. |
| 16 | 8/12/2021 | Simms, Steven | 0.6 | Review update from team on status of NewCo transfer agreement. |
| 16 | 8/12/2021 | Turner, Ian | 3.1 | Prepare updates to settlement agreement illustrative examples to reflect revised payments between A-Side and B-Side payment groups. |
| 16 | 8/13/2021 | Diaz, Matthew | 0.6 | Review latest draft of settlement agreement illustrative examples. |
| 16 | 8/13/2021 | Diaz, Matthew | 1.9 | Review updated draft of the settlement agreement. |
| 16 | 8/13/2021 | Kurtz, Emma | 3.1 | Continue to prepare analysis of Debtors' proposed assumed contracts to identify key contracts requiring further information. |
| 16 | 8/13/2021 | Kurtz, Emma | 0.4 | Prepare revisions to analysis of assumed contracts per internal comments. |
| 16 | 8/13/2021 | Simms, Steven | 0.4 | Review updates on case events related to upcoming confirmation hearing. |
| 16 | 8/15/2021 | Bromberg, Brian | 1.0 | Review latest settlement agreement draft to evaluate changes. |
| 16 | 8/15/2021 | Diaz, Matthew | 1.1 | Review questions and responses to Counsel in connection with the settlement agreement. |
| 16 | 8/16/2021 | Bromberg, Brian | 0.4 | Discuss progress of diligence on settlement agreement. |
| 16 | 8/16/2021 | Bromberg, Brian | 2.7 | Review revised NewCo transfer agreement to answer questions from team. |
| 16 | 8/16/2021 | Diaz, Matthew | 0.5 | Review summary of the 8/16 confirmation hearing. |
| 16 | 8/16/2021 | Diaz, Matthew | 0.8 | Review analysis of updated transfer agreement. |
| 16 | 8/16/2021 | Diaz, Matthew | 2.3 | Review settlement agreement payment mechanics illustrative examples. |
| 16 | 8/16/2021 | Simms, Steven | 0.4 | Review summary of ongoing confirmation hearing. |
| 16 | 8/17/2021 | Bromberg, Brian | 0.7 | Review responses to follow-up questions re: NewCo transfer agreement. |
| 16 | 8/17/2021 | Bromberg, Brian | 1.5 | Review revised settlement agreement re: payment mechanics examples. |
| 16 | 8/17/2021 | Diaz, Matthew | 0.5 | Review summary of the 8/17 confirmation hearing. |
| 16 | 8/17/2021 | Diaz, Matthew | 0.7 | Review updated NewCo transfer agreement. |
| 16 | 8/17/2021 | Diaz, Matthew | 1.4 | Continue to review the revised settlement agreement payment examples. |
| 16 | 8/17/2021 | Diaz, Matthew | 1.4 | Review latest draft of the settlement agreement. |
| 16 | 8/17/2021 | Simms, Steven | 0.6 | Review summary of 8/17 confirmation hearing. |
| 16 | 8/18/2021 | Bromberg, Brian | 1.0 | Attend internal call with team to coordinate ongoing workstreams related to the Plan. |
| 16 | 8/18/2021 | Bromberg, Brian | 0.9 | Prepare responses to questions on valuation range of IAC sale proceeds included in settlement agreement. |
| 16 | 8/18/2021 | Diaz, Matthew | 0.4 | Review summary of the 8/18 confirmation hearing events. |
| 16 | 8/18/2021 | Diaz, Matthew | 1.6 | Review updated settlement agreement exhibits. |
| 16 | 8/18/2021 | Diaz, Matthew | 0.7 | Review of case open items re: Plan confirmation and related next steps. |
| 16 | 8/18/2021 | Kurtz, Emma | 0.9 | Attend internal call to discuss ongoing workstreams re: Plan documents to evaluate next steps. |
| 16 | 8/18/2021 | Turner, Ian | 0.3 | Draft initial response to Houlihan Lokey regarding IAC sale proceeds. |
| 16 | 8/18/2021 | Turner, Ian | 0.9 | Participate in internal to discuss Plan related workstreams and upcoming deliverables. |
| 16 | 8/19/2021 | Bromberg, Brian | 1.0 | Review settlement agreement illustrative payment mechanic examples. |
| 16 | 8/19/2021 | Bromberg, Brian | 0.9 | Review funding deadline report language. |
| 16 | 8/19/2021 | Diaz, Matthew | 1.3 | Review updated settlement agreement to evaluate changes. |
| 16 | 8/20/2021 | Bromberg, Brian | 1.0 | Review proposed form of net proceeds reporting. |
| 16 | 8/20/2021 | Bromberg, Brian | 0.6 | Discuss net proceeds reporting with Sackler advisors. |
| 16 | 8/20/2021 | Bromberg, Brian | 0.3 | Discuss net proceeds reporting with Counsel. |
| 16 | 8/20/2021 | Simms, Steven | 0.3 | Correspond with counsel on confirmation issues. |
| 16 | 8/22/2021 | Diaz, Matthew | 0.8 | Review updated net proceeds exhibit. |
| 16 | 8/23/2021 | Bromberg, Brian | 0.5 | Follow up on settlement agreement questions. |
| 16 | 8/23/2021 | Bromberg, Brian | 1.4 | Review spend file for vendors to identify key contract counterparties. |
| 16 | 8/23/2021 | Bromberg, Brian | 0.7 | Review payment examples in revised settlement agreement. |
| 16 | 8/23/2021 | Bromberg, Brian | 0.6 | Discuss revisions to settlement agreement with Counsel. |
| 16 | 8/23/2021 | Diaz, Matthew | 1.8 | Review updated settlement agreement examples. |
| 16 | 8/23/2021 | Kurtz, Emma | 1.9 | Prepare draft list of major spend counter parties and corresponding contracts to request additional information on. |
| 16 | 8/23/2021 | Simms, Steven | 0.4 | Review updates from team re: settlement agreement and related payment mechanics examples. |
| 16 | 8/23/2021 | Turner, Ian | 1.3 | Prepare revisions to analysis of distributable value at emergence. |
| 16 | 8/23/2021 | Turner, Ian | 1.2 | Review updated settlement agreement payment mechanic examples. |
| 16 | 8/24/2021 | Bromberg, Brian | 1.2 | Review draft analysis of major spend vendors and related contracts to provide comments. |
| 16 | 8/24/2021 | Bromberg, Brian | 1.4 | Review proposed form of net proceeds reporting. |
| 16 | 8/24/2021 | Bromberg, Brian | 0.9 | Review funding deadline report language. |
| 16 | 8/24/2021 | Bromberg, Brian | 1.0 | Discuss funding deadline report language with counsel. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD AUGUST 1, 2021 TO AUGUST 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 8/24/2021 | Kurtz, Emma | 2.4 | Prepare draft contracts follow up questions re: research and development organizations, related parties, and other contracts. |
| 16 | 8/24/2021 | Simms, Steven | 0.4 | Review updates to plan documents. |
| 16 | 8/24/2021 | Turner, Ian | 0.4 | Prepare update to distributable value analysis per revised insurance and emergence cash outflows and trust administration costs. |
| 16 | 8/25/2021 | Bromberg, Brian | 1.9 | Review draft contract follow-up questions to evaluate included contracts and provide comments. |
| 16 | 8/25/2021 | Bromberg, Brian | 0.6 | Review revised contracts diligence request list to provide comments. |
| 16 | 8/25/2021 | Kurtz, Emma | 1.2 | Prepare revisions to diligence list re: assumed contracts per internal comments. |
| 16 | 8/26/2021 | Bromberg, Brian | 1.7 | Prepare for NewCo transfers call. |
| 16 | 8/26/2021 | Bromberg, Brian | 0.6 | Discuss NewCo transfer workstreams with lawyers. |
| 16 | 8/26/2021 | Bromberg, Brian | 0.7 | Review updated contracts diligence request list to provide additional comments. |
| 16 | 8/26/2021 | Kurtz, Emma | 0.7 | Prepare further revisions to diligence request list re: assumed contracts per internal comments. |
| 16 | 8/30/2021 | Simms, Steven | 0.7 | Review updates from team re: potential plan confirmation issues. |
| 16 | 8/31/2021 | Bromberg, Brian | 1.0 | Respond to questions from Counsel on settlement agreement. |
| 16 | 8/31/2021 | Simms, Steven | 0.6 | Review status of settlement agreement. |
| **16 Total** | | | **106.7** | |
| 18 | 8/9/2021 | Bromberg, Brian | 1.7 | Review changes to credit support annexes. |
| 18 | 8/9/2021 | Kurtz, Emma | 1.6 | Review latest draft of settlement agreement circulated to evaluate updates to exhibits. |
| 18 | 8/9/2021 | Kurtz, Emma | 1.9 | Prepare analysis of latest A-Side payment parties assets per balances provided in the A-Side proposed De Minimis Trusts. |
| 18 | 8/10/2021 | Bromberg, Brian | 1.5 | Review further updates to settlement agreement exhibits re: Sackler parties. |
| 18 | 8/10/2021 | Bromberg, Brian | 1.7 | Review updated credit support annexes. |
| 18 | 8/10/2021 | Bromberg, Brian | 1.2 | Discuss credit support annexes reporting with Sacklers. |
| 18 | 8/10/2021 | Diaz, Matthew | 0.6 | Review De Minimus Trusts proposal. |
| 18 | 8/10/2021 | Diaz, Matthew | 0.5 | Participate in call with the B-side to discuss post emergence reporting requirements. |
| 18 | 8/10/2021 | Diaz, Matthew | 0.4 | Review proposed B-side reporting requirements. |
| 18 | 8/10/2021 | Kurtz, Emma | 1.2 | Review latest draft of settlement agreement exhibits to evaluate changes to included parties and entities. |
| 18 | 8/11/2021 | Diaz, Matthew | 0.6 | Review updated credit support annexes to the settlement agreement. |
| 18 | 8/12/2021 | Diaz, Matthew | 1.6 | Review updated settlement agreement annexes. |
| 18 | 8/13/2021 | Kurtz, Emma | 2.9 | Prepare updated A-Side net assets balance variance analysis per updated net assets report filed on the docket. |
| 18 | 8/13/2021 | Kurtz, Emma | 1.1 | Review the latest draft of the Sackler settlement agreement exhibits to ensure correct trusts and entities are included in the relevant exhibits. |
| 18 | 8/17/2021 | Diaz, Matthew | 1.6 | Review updated A side net asset analysis to evaluate changes. |
| 18 | 8/19/2021 | Bromberg, Brian | 1.5 | Review A Side reporting on updated assets balances. |
| **18 Total** | | | **21.6** | |
| 21 | 8/2/2021 | Bromberg, Brian | 2.0 | Participate in call with new board members. |
| 21 | 8/2/2021 | Diaz, Matthew | 2.0 | Participate in call with the NewCo chairman, Houlihan and KL to discuss the board briefing book. |
| 21 | 8/2/2021 | Diaz, Matthew | 1.6 | Prepare for call with the NewCo Chairman. |
| 21 | 8/4/2021 | Simms, Steven | 0.7 | Attend weekly AHC call to discuss case updates with respect to the Plan confirmation process. |
| 21 | 8/11/2021 | Diaz, Matthew | 0.8 | Participate in the weekly Purdue AHC call to discuss case events. |
| 21 | 8/11/2021 | Turner, Ian | 0.9 | Attend weekly AHC weekly call to discuss case updates related to the Plan. |
| 21 | 8/18/2021 | Diaz, Matthew | 0.9 | Participate in AHC call to discuss the confirmation hearing and other key issues. |
| 21 | 8/18/2021 | Turner, Ian | 1.2 | Participate in AHC call to discuss ongoing confirmation hearing and other case events. |
| **21 Total** | | | **10.1** | |
| 24 | 8/15/2021 | Kurtz, Emma | 0.4 | Review draft fifth interim fee application proposed order to ensure correctness. |
| 24 | 8/26/2021 | Kurtz, Emma | 2.3 | Begin to prepare July fee application per local rules. |
| 24 | 8/30/2021 | Kurtz, Emma | 1.3 | Continue to prepare July fee application per bankruptcy guidelines. |
| **24 Total** | | | **4.0** | |
| 26 | 8/5/2021 | Bromberg, Brian | 1.0 | Review NewCo insurance matters re: D&O insurance matters. |
| 26 | 8/6/2021 | Bromberg, Brian | 0.7 | Review D&O insurance policies for NewCo. |
| 26 | 8/6/2021 | Bromberg, Brian | 0.4 | Attend call with Counsel to discuss go forward insurance needs. |
| 26 | 8/6/2021 | Diaz, Matthew | 0.6 | Review D&O go forward insurance for NewCo. |
| 26 | 8/6/2021 | Diaz, Matthew | 0.5 | Attend call with Counsel on go forward insurance needs. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD AUGUST 1, 2021 TO AUGUST 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 8/9/2021 | Bromberg, Brian | 0.6 | Discuss insurance for NewCo with Debtors' FA. |
| 26 | 8/9/2021 | Bromberg, Brian | 0.8 | Discuss NewCo insurance needs with internal insurance team. |
| 26 | 8/9/2021 | Bromberg, Brian | 0.9 | Discuss go forward insurance for NewCo with Counsel. |
| 26 | 8/9/2021 | Diaz, Matthew | 1.1 | Review NewCo's go forward insurance needs. |
| 26 | 8/9/2021 | Diaz, Matthew | 0.9 | Participate call with Counsel to discuss the go forward businesses insurance needs. |
| 26 | 8/9/2021 | Diaz, Matthew | 0.6 | Participate in call with the Debtors on the go forward insurance analysis. |
| 26 | 8/9/2021 | Whitman, Andrew | 0.8 | Attend introductory call with FTI team to review D&O and other insurance benchmarking |
| 26 | 8/10/2021 | Diaz, Matthew | 0.9 | Review updated go forward insurance analysis. |
| 26 | 8/10/2021 | Diaz, Matthew | 0.8 | Participate call with Alix on the go forward insurance analysis. |
| 26 | 8/10/2021 | Diaz, Matthew | 0.4 | Draft correspondence to Counsel on the go forward insurance programs. |
| 26 | 8/10/2021 | Whitman, Andrew | 0.3 | Prepare draft analysis of D&O benchmarking. |
| 26 | 8/11/2021 | Bromberg, Brian | 0.6 | Review insurance policies for NewCo. |
| 26 | 8/11/2021 | Bromberg, Brian | 0.4 | Review insurance benchmarking provided by Marsh. |
| 26 | 8/11/2021 | Bromberg, Brian | 1.1 | Discuss insurance for NewCo with Debtors. |
| 26 | 8/11/2021 | Diaz, Matthew | 1.1 | Participate in a call with Debtors' advisors to discuss go forward insurance needs. |
| 26 | 8/11/2021 | Whitman, Andrew | 0.6 | Review D&O insurance benchmarking details provided by Marsh. |
| 26 | 8/11/2021 | Whitman, Andrew | 1.1 | Attend call with the Debtors' advisors to discuss NewCo insurance needs. |
| 26 | 8/12/2021 | Diaz, Matthew | 0.7 | Participate in call with Marsh to discuss go forward insurance needs. |
| 26 | 8/12/2021 | Whitman, Andrew | 1.4 | Prepare analysis regarding D&O insurance benchmarking. |
| 26 | 8/13/2021 | Diaz, Matthew | 0.6 | Review next steps re: D&O insurance analysis. |
| 26 | 8/13/2021 | Whitman, Andrew | 0.9 | Review next steps in analysis of insurance needs for NewCo. |
| 26 | 8/18/2021 | Bromberg, Brian | 1.1 | Review insurance needs for Newco. |
| 26 | 8/20/2021 | Simms, Steven | 0.4 | Correspond re: insurance issues. |
| 26 | 8/22/2021 | Diaz, Matthew | 0.8 | Review analysis of NewCo insurance needs. |
| 26 | 8/23/2021 | Bromberg, Brian | 1.2 | Review insurance proposal from the Debtors. |
| 26 | 8/23/2021 | Whitman, Andrew | 1.3 | Review insurance presentation provided by the Debtors to prepare analysis for team. |
| 26 | 8/24/2021 | Bromberg, Brian | 0.8 | Review analysis of Debtors' insurance proposal. |
| 26 | 8/25/2021 | Simms, Steven | 0.3 | Review insurance issues related to company collateral. |
| 26 | 8/25/2021 | Whitman, Andrew | 0.3 | Draft summary for team re: insurance issues related to company collateral. |
| 26 | 8/26/2021 | Diaz, Matthew | 0.5 | Review insurance alternatives. |
| 26 | 8/27/2021 | Bromberg, Brian | 0.7 | Review insurance for NewCo and TopCo. |
| 26 | 8/27/2021 | Whitman, Andrew | 0.2 | Review alternatives for insurance for NewCo. |
| 26 | 8/30/2021 | Bromberg, Brian | 1.4 | Review insurance for NewCo and TopCo. |
| 26 | 8/30/2021 | Bromberg, Brian | 1.0 | Attend call with the Debtors to discuss proposed insurance. |
| 26 | 8/30/2021 | Bromberg, Brian | 0.7 | Draft summary of insurance call to share with team. |
| 26 | 8/30/2021 | Whitman, Andrew | 0.2 | Review insurance for NewCo and TopCo to prepare for discussion with the Debtors. |
| 26 | 8/30/2021 | Whitman, Andrew | 1.0 | Attend call with the Debtors to discuss update re: insurance proposal. |
| 26 | 8/31/2021 | Whitman, Andrew | 0.3 | Prepare benchmarking analysis re: D&O insurance. |
| **26 Total** | | | **32.0** | |
| **Grand Total** | | | **391.1** | |

**EXHIBIT D**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2021 TO AUGUST 31, 2021**

| Expense Type | Amount |
|---|---|
| Transportation | $ 20.94 |
| **Grand Total** | **$ 20.94** |

**EXHIBIT E**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**EXPENSE DETAIL**
**FOR THE PERIOD AUGUST 1, 2021 TO AUGUST 31, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 8/3/2021 | Bromberg, Brian | Transportation | Taxi home from the office after working late on case. | $ 20.94 |
| | | **Transportation Total** | | **$ 20.94** |
| | | **Grand Total** | | **$ 20.94** |