# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| **PURDUE PHARMA L.P., et. al**[1] ) | |
| ) | Case No. 19-23649 (RDD) |
| Debtors. ) | |
| _____ ) | (Jointly Administered) |

### COMBINED TENTH MONTHLY FEE STATEMENT OF ERNST & YOUNG LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS AUDITORS AND PROVIDERS OF OTHER PROFESSIONAL SERVICES FOR THE DEBTORS FOR THE PERIOD FROM JULY 1, 2021 THROUGH AUGUST 31, 2021

| | |
|---|---|
| Name of applicant: | Ernst & Young LLP ("EY LLP") |
| Authorized to Provide Professional Services To: | The Debtors |
| Date of retention: | December 23, 2019 (*nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | July 1, 2021 through August 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $29,000.00 |
| Less 20% Holdback: | $5,800.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $0.00 |
| Total Fees and Expenses Due: | $23,200.00 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: October 14, 2021

                                                                       */s/Amelia M. Caporale*
Amelia M. Caporale
Partner, Ernst & Young LLP
20 Church Street
Hartford, CT  06103

# EXHIBIT A
# SUMMARY BY PROFESSIONAL

*2020 Employee Benefit Plan Audit*

| Last Name | First Name | Rank | Time |
|---|---|---|---:|
| Anish | Kapur | Senior Associate | 1.0 |
| Arshiya | Banu SP | Senior | 6.0 |
| Bansal | Swati | Senior | 1.5 |
| Cannavina | Anthony | Executive Director | 12.5 |
| Christodoulakis | Sophia | Senior Manager | 40.5 |
| Day | Timothy Sean | Manager | 2.0 |
| Furtado | Justin V | Manager | 1.0 |
| Helwick | Steven Michael | Staff/Assistant | 2.8 |
| O'Brien | Peter | Senior | 46.9 |
| Rohit | S U | Staff/Assistant | 11.0 |
| Rosado-Kozlowski | Christian | Intern | 15.0 |
| Savell | Roger | Partner/Principal | 2.0 |
| Zee | Ena | Executive Director | 0.9 |
| | | **Total** | **143.1** |

**Total Fixed Fees Sought for 2020 Employee Benefit Plan Audit Services During the Fee Period: $29,000.00**

# EXHIBIT B
# SUMMARY BY CATEGORY

*2020 Employee Benefit Plan Audit*

| Time Category | Category Descriptions | Hours |
|---|---|---|
| Employee Benefit Plan Audit | This category includes activities associated with employee benefit plan (Pension and 401(k)) audits | 143.1 |
| **Total** | | **143.1** |

**Total Fixed Fees Sought for 2020 Employee Benefit Plan Audit Services During the Fee Period: $29,000.00**

# EXHIBIT C
# SUMMARY DETAIL OF HOURS INCURRED BY PROFESSIONAL

*2020 Employee Benefit Plan Audit*

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Savell,Roger B | Partner/Principal | 01 Jul 2021 | Employee Benefit Plan Audit | 0.5 | Review of expectation with S. Christodoulakis on audit. |
| Cannavina,Anthony | Executive Director | 01 Jul 2021 | Employee Benefit Plan Audit | 0.5 | Team planning event, to review and approve the teams planning (including materiality, and testing approach) for the 2020 Purdue 401(k) plan audit. |
| Christodoulakis,Sophia Alexis | Senior Manager | 01 Jul 2021 | Employee Benefit Plan Audit | 0.5 | Participants: Tony Cannavina, Engagement Partner Roger Savell Sophia Christodoulakis – Senior Manager Peter O'Brien - Senior Christian Rosado-Kozlowski - Intern Description: Team planning event, to review and approve the teams planning (including materiality, and testing approach) for the 2020 Purdue 401(k) plan audit. |
| Christodoulakis,Sophia Alexis | Senior Manager | 01 Jul 2021 | Employee Benefit Plan Audit | 0.5 | Participants: Jennifer Annunziata, Purdue Accounting Manager Sophia Christodoulakis – Senior Manager Peter O'Brien - Senior Christian Rosado-Kozlowski - Intern Description: Kick off meeting including inquiries and timeframe for the 2020 Purdue 401(k) plan and Pension plan audits. |
| O'Brien,Peter | Senior | 01 Jul 2021 | Employee Benefit Plan Audit | 0.5 | Participants: Tony Cannavina, Engagement Partner Roger Savell - EQR Sophia Christodoulakis – Senior Manager Peter O'Brien - Senior Christian Rosado-Kozlowski - Intern Description: Team planning event, to review and approve the teams planning (including materiality, and testing approach) for the 2020 Purdue 401(k) plan audit. |
| O'Brien,Peter | Senior | 01 Jul 2021 | Employee Benefit Plan Audit | 0.5 | Participants: Jennifer Annunziata, Purdue Accounting Manager Sophia Christodoulakis – Senior Manager Peter O'Brien - Senior Christian Rosado-Kozlowski - Intern Description: Kick off meeting including inquiries and timeframe for the 2020 Purdue 401(k) plan and Pension plan audits. |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| O'Brien,Peter | Senior | 01 Jul 2021 | Employee Benefit Plan Audit | 1.2 | Reviewed the materiality documentation based on the trust statement. |
| O'Brien,Peter | Senior | 01 Jul 2021 | Employee Benefit Plan Audit | 2.4 | Updated planning documents for the pension audit. |
| O'Brien,Peter | Senior | 01 Jul 2021 | Employee Benefit Plan Audit | 0.3 | Reviewed answers to inquiries sent to client over flux explanations. |
| Rosado-Kozlowski,Christian | Intern (CS) | 01 Jul 2021 | Employee Benefit Plan Audit | 7.0 | Tested individual 401(K) accounts to determine that the sample taken includes at least one new participant to the plan and only participants that are actively contributing to the plan. |
| Rohit S U | Staff/Assistant | 02 Jul 2021 | Employee Benefit Plan Audit | 11.0 | Preparation of audit planning documentation |
| Rosado-Kozlowski,Christian | Intern (CS) | 02 Jul 2021 | Employee Benefit Plan Audit | 8.0 | Tested the reconciliation of total benefits paid. |
| Christodoulakis,Sophia Alexis | Senior Manager | 12 Jul 2021 | Employee Benefit Plan Audit | 1.0 | Purdue planning meeting L. Kusinksi; D. Warren; P. O'Brien |
| Zee,Ena | Executive Director | 13 Jul 2021 | Employee Benefit Plan Audit | 0.4 | Retirement plan - Actuary internal meeting w/ S. Christodoulakis |
| O'Brien,Peter | Senior | 15 Jul 2021 | Employee Benefit Plan Audit | 6.0 | Prepared sampling strategy forms for the employee benefit plan. |
| O'Brien,Peter | Senior | 16 Jul 2021 | Employee Benefit Plan Audit | 3.0 | Prepared our Audit strategy memorandum for the employee benefit plan. |
| Christodoulakis,Sophia Alexis | Senior Manager | 26 Jul 2021 | Employee Benefit Plan Audit | 1.0 | Update call with P. O'Brien and review of status in the file. |
| Arshiya Banu SP | Senior | 03 Aug 2021 | Employee Benefit Plan Audit | 6.0 | Review of substantive audit testing procedures performed |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Christodoulakis, Sophia Alexis | Senior Manager | 04 Aug 2021 | Employee Benefit Plan Audit | 0.5 | Discussion with Peter O'Brien regarding audit status of pension plan. |
| Helwick, Steven Michael | Staff/Assistant | 04 Aug 2021 | Employee Benefit Plan Audit | 0.5 | Obtaining data received by the EY core assurance team, entering the data files into the scoping document and information received folders, and ensuring each file received satisfies the entries in our data request. |
| Helwick, Steven Michael | Staff/Assistant | 04 Aug 2021 | Employee Benefit Plan Audit | 0.5 | Constructing a mortality analysis in Excel to estimate the impact of using the MP-2020 projection scale, opposed to the assumed MP-2019 projection scale |
| Helwick, Steven Michael | Staff/Assistant | 04 Aug 2021 | Employee Benefit Plan Audit | 0.4 | Preparing a numerical review to determine if the change in the present value of accumulated benefits (PVAB) from 1 January 2019 to 1 January 2020 is reasonable, given the assumption changes |
| Helwick, Steven Michael | Staff/Assistant | 05 Aug 2021 | Employee Benefit Plan Audit | 0.4 | Preparing a summary of analysis email to be sent to members of the EY People Advisory Services team - Swati Bansal, Timothy Day, Ena Zee |
| Zee, Ena | Executive Director | 05 Aug 2021 | Employee Benefit Plan Audit | 0.5 | 2020 retirement plan review - meeting with the core assurance (S. Christodoulakis) to discuss scope and timing |
| Christodoulakis, Sophia Alexis | Senior Manager | 05 Aug 2021 | Employee Benefit Plan Audit | 1.5 | Review and discussion with EY actuaries (E. Zee) regarding the current year plan for the pension plan. |
| O'Brien, Peter | Senior | 05 Aug 2021 | Employee Benefit Plan Audit | 4.0 | Sent testing selections out for the 401(k) plan. Ensured PBC list was updated. |
| Furtado, Justin V | Manager | 06 Aug 2021 | Employee Benefit Plan Audit | 1.0 | Review of billing files |
| Christodoulakis, Sophia Alexis | Senior Manager | 06 Aug 2021 | Employee Benefit Plan Audit | 0.5 | Call with J. Furtado & P. O'Brien regarding corporate audit procedures done. |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| O'Brien,Peter | Senior | 06 Aug 2021 | Employee Benefit Plan Audit | 4.0 | Went over Actuary questions relating to the accumulated benefits. Went over participant change status effecting the valuation. |
| O'Brien,Peter | Senior | 09 Aug 2021 | Employee Benefit Plan Audit | 4.0 | Reviewed the financial statements for the Defined contribution plan |
| O'Brien,Peter | Senior | 10 Aug 2021 | Employee Benefit Plan Audit | 4.0 | Reviewed the financial statements for the Pension plan |
| O'Brien,Peter | Senior | 16 Aug 2021 | Employee Benefit Plan Audit | 4.0 | Set up the 401(k) testing documents for testing. |
| O'Brien,Peter | Senior | 17 Aug 2021 | Employee Benefit Plan Audit | 4.0 | Prepared and set up our 7 planning discussion points for the Purdue Pension plan audit. |
| Savell,Roger B | Partner/Principal | 18 Aug 2021 | Employee Benefit Plan Audit | 1.5 | Review of defined benefit workpapers. |
| Christodoulakis,Sophia Alexis | Senior Manager | 18 Aug 2021 | Employee Benefit Plan Audit | 6.0 | Review of planning documents and Internal planning meeting. |
| O'Brien,Peter | Senior | 18 Aug 2021 | Employee Benefit Plan Audit | 0.5 | Engagement team meeting with Tony Cannavina, Roger Savell, and Sophia Christodoulakis to discuss pension plan. |
| Christodoulakis,Sophia Alexis | Senior Manager | 19 Aug 2021 | Employee Benefit Plan Audit | 6.0 | Review of planning documents related to the pension plan |
| Christodoulakis,Sophia Alexis | Senior Manager | 20 Aug 2021 | Employee Benefit Plan Audit | 5.0 | Review of Planning documents within the 401k file |
| Christodoulakis,Sophia Alexis | Senior Manager | 21 Aug 2021 | Employee Benefit Plan Audit | 5.0 | Review of 401k financial statements & audit file |
| Christodoulakis,Sophia Alexis | Senior Manager | 23 Aug 2021 | Employee Benefit Plan Audit | 2.0 | Review of testing procedures. |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Cannavina,Anthony | Executive Director | 23 Aug 2021 | Employee Benefit Plan Audit | 6.5 | Review of defined benefit planning workpapers. |
| Cannavina,Anthony | Executive Director | 25 Aug 2021 | Employee Benefit Plan Audit | 5.5 | Review of defined contribution planning workpapers. |
| Christodoulakis,Sophia Alexis | Senior Manager | 25 Aug 2021 | Employee Benefit Plan Audit | 0.5 | Invoicing of first bill in the system |
| Anish Kapur | Senior Associate | 25 Aug 2021 | Employee Benefit Plan Audit | 1.0 | Evaluation of engagement status |
| O'Brien,Peter | Senior | 25 Aug 2021 | Employee Benefit Plan Audit | 4.0 | Reviewed testing workbooks for the 401k plan. |
| O'Brien,Peter | Senior | 26 Aug 2021 | Employee Benefit Plan Audit | 4.0 | Reviewed comments left from the engagement executives |
| Christodoulakis,Sophia Alexis | Senior Manager | 30 Aug 2021 | Employee Benefit Plan Audit | 4.0 | Financial Statements review and address of comments. |
| Helwick, Steven Michael | Staff/Assistant | 05 Aug 2021 | Employee Benefit Plan Audit | 0.5 | Meeting between the EY People Advisory Services and core assurance teams to discuss the bankruptcy status of the plan and the lump sum election rate |
| Helwick, Steven Michael | Staff/Assistant | 30 Aug 2021 | Employee Benefit Plan Audit | 0.5 | Drafting follow-up email to send to Swati Bansal and Timothy Day with requests for missing analysis items from the core assurance team |
| Day,Timothy Sean | Manager | 31 Aug 2021 | Employee Benefit Plan Audit | 2.0 | Review of preliminary actuary analysis including mortality assumptions and reconciliation from prior year amounts |
| Christodoulakis,Sophia Alexis | Senior Manager | 31 Aug 2021 | Employee Benefit Plan Audit | 6.5 | Pension Plan review of file. |
| O'Brien,Peter | Senior | 31 Aug 2021 | Employee Benefit Plan Audit | 0.5 | Reviewed EY valuation team questions and coordinated requests from Purdue's Valuation experts. |

| Employee Name | Rank | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Bansal,Swati | Senior | 31 Aug 2021 | Employee Benefit Plan Audit | 1.5 | Reviewing support and identifying missing items |
| | | | Total | 143.1 | |

**Total Fixed Fees Sought for 2020 Employee Benefit Plan Audit Services During the Fee Period: $29,000.00.**