**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Allen J. Underwood II, Esq.
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
*Counsel to Canadian Municipal Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

## SECOND AMENDED NOTICE OF APPEAL OF CONFIRMATION ORDER AND ORDER APPROVING DISCLOSURE STATEMENT

**Part 1: Identify the appellant(s):**

1. Certain Canadian Municipality Creditors including The City of Grand Prairie, as Representative Plaintiff for a Class Consisting of All Canadian Municipalities; The City of Brantford; The City of Grande prairie; The City of Lethbridge; and, the City of Wetaskiwin.

**Part 2: Identify the subject of this appeal**

2. This appeal is from the Modified Bench Ruling on the Request for Confirmation of the Eleventh Amended Joint Chapter 11 Plan of Judge Drain (the "Decision"), ECF No. 3786 (attached hereto as Exhibit A) confirming the Debtors' Eleventh Amended Joint Chapter 11 Plan of Reorganization (the "Plan").

3. The Decision rendered on September 1, 2021. Appeal is also taken from ECFG No. 3787 (attached hereto as Exhibit B). This appeal is from the Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Plan of Reorganization of Purdue Pharma L.P. and its

Affiliated Debtors, Entered on September 17, 2021.

4.  Interlocutory orders of the Bankruptcy Court that merge into the Confirmation Order, including the Order Approving (I) Disclosure Statement for Fifth Amended Chapter 11 Plan, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notice sand Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto entered on June 3, 2021, ECF No. 2988 (attached hereto as Exhibit C).

**Part 3: Identify the other parties to the appeal**

5.  The names of all other parties to the Decision, and the names, addresses andtelephone numbers of their respective attorneys, are as follows:

| **Party** | **Attorney** |
|---|---|
| Purdue Pharma L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| Purdue Pharma Inc. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| Purdue Transdermal Technologies L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| Purdue Pharma Manufacturing L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| Purdue Pharmaceuticals L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| Imbrium therapeutics L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |

| | |
|---|---|
| Adlon Therapeutics L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| Greenfield BioVentures L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| Seven Seas Hill Corp. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| Ophir Green Corp. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| Purdue Pharma of Puerto Rico | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| Aviro Health L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| Purdue Pharmaceutical Products L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| Purdue Neuroscience Company | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| Nayatt Cove Lifescience Inc. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| Button Land L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 |

|  |  |
|---|---|
|  | Tel: (212) 450-4000 |
| Rhodes Associates L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| Paul Land Inc. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| Quidnick Land L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| Rhodes Pharmaceuticals L.P. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| Rhodes Technologies | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| UDF LP | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| SVC Pharma LP | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| SVC Pharma Inc. | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |
| Raymond Sackler Family/Side B of the Sackler Family | Gerard Uzzi<br>Alexander B. Lees<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001<br>Tel.: (212) 530-5000<br>    -and-<br>Gregory P. Joseph |

4

|  |  |
|---|---|
|  | Mara Leventhal<br>Joseph Hage Aaronson LLC<br>485 Lexington Avenue, 30th Floor<br>New York, NY 10017<br>Tel.: (212) 407-1200 |
| Mortimer Sackler Family/Side A of the Sackler Family | Jasmine Ball<br>Maura Kathleen Monaghan<br>Jeffrey J. Rosen<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 909-6000 |

**Additional Appellants**

| | |
|---|---|
| State of Washington | Matthew J. Gold<br>Robert M. Tuchman<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel.: (212) 986-6000<br>    -and-<br>Robert W. Ferguson<br>Attorney General<br>Tad Robinson O'Neill<br>Assistant Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Tel.:(206) 254-0570 |
| District of Columbia | Matthew J. Gold<br>Robert M. Tuchman<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel.: (212) 986-6000<br>    -and-<br>Karl A. Racine<br>Attorney General<br>Kathleen Konopka<br>Deputy Attorney General<br>Public Advocacy Division<br>Office of the Attorney General<br>400 Sixth Street, N.W. 10th Floor<br>Washington, DC 20001 |

| | |
|---|---|
| | Tel.:(202) 727-3400 |
| State of Oregon | Matthew J. Gold<br>Robert M. Tuchman<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel.: (212) 986-6000 |
| State of Maryland | Brian E. Frosh<br>Attorney General of Maryland<br>Brian T. Edmunds<br>Assistant Attorney General<br>Office of the Attorney General<br>of Maryland<br>200 Saint Paul Place<br>Baltimore, MD 21202<br>Tel.: (410)576-6578 |
| State of Connecticut | Irve J. Goldman<br>Pullman & Comley, LLC<br>850 Main Street, 8th Floor<br>P.o. Box 7006<br>Bridgeport, CT 06601<br>Tel.: (203) 330-2213 |
| William K. Harrington, US Trustee for Region 2 | William K. Harrington<br>United States Trustee for Region 2<br>Linda A. Riffkin<br>Assistant United States Trustee<br>Paul K. Schwartzberg<br>Benjamin J. Higgins<br>Andrew D. Velez-Rivera<br>Trial Attorneys<br>Department of Justice<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>Tel.: (212) 510-0500<br>-and-<br>Raymond D. Elliott<br>Deputy Director/General Counsel<br>P. Matthew Sutko<br>Associate General Counsel<br>Sumi Sakata |

|  |  |
|---|---|
|  | Beth Levene<br>Wendy Cox<br>Trial Attorneys<br>Department of Justice<br>Executive Office for United States Trustees<br>441 G Street, N.W., Suite 6150<br>Washington, DC 20530<br>Tel.: (202) 307-1399 |
| State of California | Brian T. Edmunds<br>Supervising Deputy<br>Attorney General<br>Office of the Attorney General of California<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Tel.: (213) 269-6348<br>Bernard.eskandari2doh.ca.gov |
| State of Rhode Island | Katherine M. Sabantini<br>Assistant Attorney General<br>Rhode Island Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>Tel.: (401) 274-4400 |
| State of Delaware | Kathleen Jennings<br>Attorney General of Delaware Owen Lefkon<br>Director, Fraud and Consumer Protection<br>Marion Quirk<br>Director of Consumer Protection<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>Tel.: (302) 683-8899 |
| State of Vermont | Thomas J. Donovan, Jr.<br>Attorney General of the State of Vermont<br>Jill S. Abrams<br>109 State Street<br>Montpelier, VT 05609<br>Tel.: (802) 828-1106<br>Jill.abrams2vermont.gov |
| Ellen Issacs on behalf of Patrick Ryan | Ellen Isaacs, Pro Se |

7

Wroblewski, Ellen Isaacs and the American People
ryansopc@gmail.com
Tel.: (561) 860-0770

**Part 4: Optional election to have appeal heard by District Court**

6. Appellant elects to have the appeal heard by the United States District Court ratherthan the Bankruptcy Appellate Panel.

**Part 5: Sign Below**

Dated: October 14, 2021
Newark, New Jersey

Respectfully Submitted,
**Lite DePalma Greenberg & Afanador, LLC**

By: */s/ Allen J. Underwood II*

Allen J. Underwood II
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
aunderwood@litedepalma.com
*Attorneys for Canadian First Nation Creditors*