FILED
U.S. BANKR. COURT
12
S.D. OF N.Y.

10-1-21

TO: Bankruptcy Court

Please understand that Im trying really hard. I have no access to the internet and I don't have any help on this issue of Perdue Pharma Case # 24000, and 17654. I read in the book I have 90 days After dissemination to file my case again with the proper forms. I don't have the HIPAA consent forms. I can't do my legal work I keep asking for all the forms but I never get them.

I also read I have 90 days to file again after the conformation of the plan well the hearing was in August and I didn't know it was confirmed until I seen it on the news, so I put in the 2 PI injury forms but I didn't have the HIPAA consent forms to send in. Please know that I consent.

George Cush
Dillwyn Corr. Center

George Cushing #1171770

Augusta Correctional Center

1821 Estaline Valley Road

Craigsville, VA 24430

August 19th, 2021

Dear George,

Thank you for contacting Prime Clerk, the appointed claims and noticing agent for Purdue Pharma L.P.'s chapter 11 cases.

If you have a medical emergency, please call 911 or go to the nearest emergency room.

In order to report an adverse event, please email AEReport2@pharma.com. Please note, the Adverse Event email cannot assist you with questions regarding filing a claim or the chapter 11 proceedings in general.

If you are referring to the "additional claim form" and "HIPAA consent form" referenced on the Class 10(a) (NAS PI Claims) and Class 10(b) (Non-NAS PI Claims) ballots are not currently available and Prime Clerk does not have further information on submission procedures. You may check back for further information on dissemination and submission procedures for these two documents as additional information is forthcoming. Please keep in mind that the 90 day and 150 day deadlines are calculated as "after the dissemination" of the relevant form.

Prime Clerk conducted solicitation of the Plan by, among other things, mailing ballots to creditors entitled to vote and mailing the notice of the timing of the confirmation hearing to all creditors and parties in interest. July 19, 2021 was the final deadline to vote on and object to the Plan.

At this point, the voting deadline has passed and the voting results have been finalized. Please note that the failure to cast a vote will not affect any potential future allocation you may be entitled to receive if the bankruptcy plan is confirmed.

The Bankruptcy Court is holding a hearing to determine whether the Debtors have satisfied the legal requirements to confirm the proposed Plan of Reorganization. Confirmation of the Plan binds the Debtors, any person acquiring property under the plan, any creditor of the Debtors, and other parties as ordered by the Bankruptcy Court to the terms of the Plan. The confirmation hearing commenced on August 12, 2021 at 10:00 a.m. (Eastern Time).

Although the Plan sets forth the proposed treatment of claims, the Plan remains subject to Court approval and as such is not binding. As the claims agent, Prime Clerk cannot speculate as to how the filing of the Plan may impact the bankruptcy case and the bankruptcy proceedings are ongoing.

For further information, you may call the restructuring hotline at 1.844.217.0912 to discuss this matter by phone or use the live chat feature at https://purduepharmaclaims.com/contact.html.

PLEASE NOTE: Prime Clerk is the appointed claims and noticing agent for Purdue Pharma L.P.'s chapter 11 case. As such, we are not permitted to provide legal or financial advice. Further, Prime Clerk is not permitted

to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.

Regards,

**Prime Clerk Inquiries**
Prime Clerk LLC, A Kroll Business

T: +1 844 217 0912
T: +1 347 859 8093

850 Third Avenue

Suite 412

Brooklyn. NY 11232

purduepharmainfo@primeclerk.com
www.krollbusinessservices.com

**Enclosures: None**