UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                                :

In re                                                       :            Chapter 11

PURDUE PHARMA L.P., *et al.*,             :            Case No. 19-23649 (RDD)

                                Debtors.      :            Jointly Administered

---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

    PAUL K. SCHWARTZBERG, hereby affirms under penalty of perjury that the forgoing is true and correct:

    1.    I am an attorney with the Office of the United States Trustee for the Southern District of New York.

    2.    On October 12, 2021, I caused the following pleadings to be served by the method set forth on the Master Service List as indicated in Exhibit A and Exhibit B attached hereto:

*Designation Of Record In Support Of Amended Memorandum Of Law In Support Of United States Trustees Amended Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007* (Docket No. 3918);

*Letter for Pre-Motion Conference in Advance of Motion to Quash Deposition Notice* (Docket No. 3921).

                                                                    /s/ *Paul K. Schwartzberg*
                                                                      Paul K. Schwartzberg