UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### ORDER DENYING MOTIONS FOR CERTIFICATION OF A DIRECT APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT PURSUANT TO 28 U.S.C. § 158(d)

Upon the motions of United States Trustee (the "**U.S. Trustee**") [Dkt. No 3868] and the States of Washington, Delaware, Maryland, Oregon, Rhode Island, Vermont, Connecticut, and the District of Columbia (the "**Moving States**") [Dkt. No. 3871] (together, the "**Motions**"); and upon the joinders in the Motions of the State of California [Dkt. No. 3874] and the Canadian Municipality and First Nations Creditors [Dkt. No. 3913], all of which seek certification under 28 U.S.C. § 158(d)(2) of direct appeal to the United States Court of Appeals for the Second Circuit of their appeals of this Court's order confirming the Debtors' twelfth amended plan of reorganization [Dkt. No. 3787] (the "**Confirmation Order**"), and, with respect to the U.S. Trustee, the *Order (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust, and TopCo (II) Directing Prime Clerk LLC to Release Certain*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Protected Information, and (III) Granting Other Related Relief* (Sept. 15, 2021) [Dkt. No. 3773] (the "**Advance Order**"); and the Court having jurisdiction to consider the matters raised in the Motions pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.), as a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the objections to the Motions by the Debtors [Dkt. No. 3933], the Official Committee of Unsecured Creditors [Dkt. No. 3935], the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants [Dkt. No. 3936], the Multi-State Governmental Entities Group [Dkt. No. 3932], and the joinder to the Debtors' objection of the Ad Hoc Group of Individual Victims [Dkt. No. 3934]; and the Court having granted the motions of the U.S. Trustee and the Moving States for an order shortening the notice of the Motions, and there being due and sufficient notice of the Motions and the opportunity for a hearing thereon; and upon the record of the hearing held by the Court on the Motions on October 14, 2021 (the "**Hearing**"); and after due deliberation and for the reasons stated by the Court in its bench ruling at the Hearing, the Court having determined that certification of a direct appeal is not warranted under any of the criteria set forth in 28 U.S.C. § 158(d)(2)(A)(i)-(iii) with respect to either the Confirmation Order or the Advance Order; now, therefore, it is hereby

ORDERED that the Motions (and any joinders in them) are denied.

Dated:  October 15, 2021           */s/ Robert D. Drain*
       White Plains, New York         THE HONORABLE ROBERT D. DRAIN
                                                UNITED STATES BANKRUPTCY JUDGE