UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### ORDER DENYING DERIVATIVE AND
### FRAUDULENT CONVEYANCE MOTION

Upon the motion [Dkt. No. 3619] (the "**Motion**") of Ronald Bass ("**Mr. Bass**") seeking (i) joint administration of claims Mr. Bass asserts in non-bankruptcy forums against the debtors and debtors in possession herein (the "**Debtors**") and the State of New Jersey and other parties pursuant to Bankruptcy Rule 7019, and (ii) injunctive relief in the form of a derivative claim by the United States Trustee to protect against fraudulent conveyance and a bar on distributions to the State of New Jersey until Mr. Bass's claims are resolved; and the Court having jurisdiction to consider the matters raised in the Motion pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.), as a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the objections by the Debtors [Dkt. No. 3910] and State of New Jersey [Dkt. No. 3905] to the Motion; and upon the record of the hearing held by the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Court on the Motion on October 14, 2021 (the "**Hearing**"); and, after due deliberation and for the reasons stated by the Court on the record at the Hearing, the Court having determined that (a) Federal Rule of Bankruptcy Procedure 7019 does not apply to these cases and Mr. Bass's proofs of claim, there being no pending adversary proceeding to which the parties to be joined are necessary parties, (b) in any event, this Court does not have subject matter jurisdiction over the claims and causes of action asserted by Mr. Bass against non-Debtors that he seeks to have consolidated with his claims against the Debtors and administered in these chapter 11 cases, and (c) there is no basis for the injunctive relief sought by the Motion under either (i) 11 U.S.C. § 548(a) (and, in any event, Mr. Bass lacks standing to seek such relief) or (ii) as a pre-judgment attachment (and, in any event, this Court is not the proper court in which to seek such a pre-judgment attachment); now, therefore, it is hereby ORDERED THAT:

1. The Motion is denied without prejudice to any rights Mr. Bass may have under the Plan with regard to his proofs of claim filed against the Debtors. The automatic stay under 11 U.S.C. § 362(a) remains in effect in these cases, including with respect to Mr. Bass's claims against the Debtors, pending the effective date of the Plan.

2. Except as expressly set forth in this Order, nothing contained herein shall be an admission or waiver of the substantive or procedural rights, remedies, claims, or defenses of, or otherwise prejudice the rights of any of the parties in these chapter 11 cases, whether at law or equity, with respect to any rights Mr. Bass may have under the Plan with regard to his proofs of claim filed against the Debtors.

Dated: October 15, 2021　　　　　　　　*/s/Robert D. Drain*
　　　　White Plains, New York　　　　　THE HONORABLE ROBERT D. DRAIN
　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE