ELLEN ISAACS, Pro Se
ryansopc@gmail.com
Tel: (561) 860-0770

Representing Patrick Ryan Wroblewski, Ellen Isaacs and The American People

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                                                    Chapter 11

PURDUE PHARMA, L.P., et al.,                          Case No: 19-23469 (RDD)

                        Debtors.                                      (Jointly Administered)

_____

## ELLEN ISAACS' STATEMENT OF ISSUES
## AND DESIGNATIONS OF RECORDS ON APPEAL

        Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellant, Pro Se
hereby files its statement of issues on appeal and designations of record. See Notice of Appeal
of Confirmation Order and all related Merged Orders (October 1, 2021).

I. Incorporation of Other Appellants' Statements of Issues and Designations of Record Ellen
Isaacs' dincorporates by reference as if fully set forth herein all issues and designations of
record submitted by other appellants, as set forth in:

D/N Title 3842 Appellant, United States Trustee's, Statement of Issues and Designation of Items
for Record on Appeal of Confirmation Order and Order Approving Disclosure Statement

D/N Title 3843 Appellant, United States Trustee's, Statement of Issues and Designation of Items
for Record on Appeal of Advanced Funding Order

D/N Title 3863 The State of Washington's, State of Connecticut's, and District of Columbia's
Statement of the Issues to be Presented and Items to be Included in the Record on Appeal

D/N Title 3882 The State of Oregon's Statement of the Issues to be Presented and Items to be
Included in the Record on Appeal

D/N Title 3889 The State of Maryland's Statement of Issues and Designations of Record on
Appeal

D/N Title 3930 The State of Rhode Island's Statement of Issues and Designations of Record on Appeal

Dated: October 15, 2021

Respectfully submitted,

/s/Ellen Isaacs

_____

Ellen Isaacs, Pro Se
ryansopc@gmail.com
561-860-0770

CERTIFICATE OF SERVICE

I, Ellen Isaacs, hereby certify that on October 15, 2021, I caused a true and correct copies of the foregoing to be served (i) by the Court's Case Management/Electronic Case File (CM/ECF) System upon all parties who are deemed to have consented to electronic service; (ii) by email upon the parties who provided email addresses set forth in the Master Service List maintained by the Debtors in respect of these chapter 11 cases; and (iii) by email upon the Office of the United States Trustee for the Southern District of New York (Attn: Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

/s/Ellen Isaacs

_____

Ellen Isaacs, Pro Se