**BINDER & SCHWARTZ LLP**
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299
Eric B. Fisher

| | |
|---|---|
| **Hearing Date:** | **November 18, 2021** |
| **Hearing Time:** | **10:00 am** |

*Attorneys for the Public School District Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

**PURDUE PHARMA L.P.,** *et al.*,

                                        **Debtors.**[1]

Chapter 11

Case No. 19-23649 (RDD)

(Jointly Administered)

## APPLICATION FOR APPROVAL OF PAYMENT OF COMPENSATION, FEES AND COSTS TO BINDER & SCHWARTZ LLP, COUNSEL TO PUBLIC SCHOOL DISTRICT CLAIMANTS

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Pursuant to paragraph 6(b) of the confirmation order entered by the Court on September 17, 2021 (Doc. 3787) (the "Confirmation Order"), and as provided under Section 5.8(h) of the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors (the "Plan"), Binder & Schwartz LLP ("Binder & Schwartz") hereby submits this fee application (the "Application"), seeking approval of compensation for services rendered and reimbursement of expenses incurred as counsel to the Public School District Claimants (as defined in the Plan), for the period from March 11, 2021 through August 11, 2021 (the "Fee Period").  By this Application, Binder & Schwartz seeks the Court's approval for payment of $272,693.02 ($272,325.97 in legal fees and $367.05 in expenses) from the Public Schools' Special Education Initiative (as defined in the Plan).

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Binder & Schwartz attorneys, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) hourly billing rate for each such individual at Binder & Schwartz's then-current billing rates, which rates were then discounted by 15% for this matter, and (c) year of bar admission for each attorney.  Paralegal time was billed at $212.50 per hour ($250 per hour less a 15% discount).

2.      Attached hereto as **Exhibit B** is a copy of Binder & Schwartz's invoices for the Fee Period, providing detailed information about all fees and expenses incurred by Binder & Schwartz.[2]

---

[2] Only $719.10 of the total discounted amount reflected in Invoice No. 10634, dated October 4, 2021, is included in this fee application. All other amounts reflected on that invoice are for periods on or after August 12, 2021.

3.      The attached invoices supply detailed information about the tasks performed by

Binder & Schwartz on behalf of the Public School District Claimants.  These tasks included but

were not limited to: (a) reviewing and analyzing the disclosure statements; (b) researching third-

party release and disclosure issues; (c) drafting objections to the disclosure statements;

(d) participating in conferences with parties in interest and creditors' committee's counsel;

(e) participating in court conferences and hearings; (f) providing strategic bankruptcy advice to

the Public School District Claimants; (g) reviewing and analyzing key case filings;

(f) negotiating resolution of objections; (g) participating in mediation concerning interests of the

Public School District Claimants; (h) drafting and propounding plan-related discovery requests;

and (i) documenting resolution of the Public School District Claimants' objections.

4.      As the Court is aware, the efforts summarized above resulted in a favorable

outcome for the Public School District Claimants, including the creation of the Public Schools'

Special Education Initiative, which the Public School District Claimants expect to be a critical

contributor to achieving the Plan's overall goal of abating the effects of the opioid crisis.

## NOTICE AND OBJECTION PROCEDURES

5.      Consistent with paragraph 6(b) of the Confirmation Order, this Application shall

be served upon counsel to the Debtors, counsel to the Creditors' Committee, and the U.S.

Trustee (collectively, the "Notice Parties").

6.      Objections to this Application, if any, must be served via electronic mail upon

Binder & Schwartz, 366 Madison Avenue, 6th Floor, New York, New York 10017, Attn: Eric B.

Fisher, Email: efisher@binderschwartz.com, setting forth the nature of the objection and the

specific amount of fees or expenses at issue.  Pursuant to paragraph 6(b) of the Confirmation

Order, if no objection is filed by the Notice Parties by the date that is three (3) days prior to the

hearing date, the Court may enter an order approving this Application without a hearing.

Dated: October 15, 2021
      New York, New York          Respectfully submitted,

                          /s/ Eric B. Fisher_____
                          Eric B. Fisher
                          **BINDER & SCHWARTZ LLP**
                          366 Madison Avenue, 6th Floor
                          New York, New York 10017
                          Telephone: (212) 510-7008
                          Facsimile: (212) 510-7299
                          Email: efisher@binderschwartz.com

                          *Counsel for the Public School District Claimants*

## <u>EXHIBIT A</u>

**PROFESSIONAL PERSON SUMMARY**

**<u>March 11, 2021 – August 11, 2021</u>**

| <u>NAME</u> | <u>YEAR OF ADMISSION</u> | <u>RATE</u> | <u>WITH 15% DISCOUNT</u> |
|---|---|---|---|
| **<u>PARTNER</u>** | | | |
| Eric B. Fisher | 1996 | $940.00 | $799.00 |
| **<u>COUNSEL</u>** | | | |
| Martin T. Murphy | 2008 | $725.00 | $616.25 |

**<u>EXHIBIT B</u>**

**INVOICES**

**BINDER &
SCHWARTZ**

366 Madison Avenue, 6th Floor, New York, NY 10017
Tel 212.510.7008   Fax 212.510.7299   binderschwartz.com

Invoice submitted to:                    Invoice No.   10507                    April 16, 2021

Tax ID Number:

Mehri & Skalet, PLLC
1250 Connecticut Ave NW
Washington, DC 20036

Re:    *In re Purdue Pharma L.P., et al.,*
       19-23649 (RDD)

## INVOICE SUMMARY

For professional services rendered through        March 31, 2021

| | | |
|---|---|---|
| Total Fees | $61,470.50 | |
| Less 15% Discount | ($9,220.58) | |
| Current Fees | | $52,249.92 |
| Current Disbursements | | $0.00 |
| ***Total Balance Due Upon Receipt*** | | $52,249.92 |

Wire Instructions

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020

ABA Code:
Account No:

Mailing Instructions
Send all payments to:

Binder & Schwartz
Attn: Accounts Receivable
366 Madison Avenue, 6th Fl.
New York, NY 10017

(212) 510-7008

**BINDER & SCHWARTZ**

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/11/2021 | E. Fisher | Call with A. Preis re overview of case and issues | 1.10 | $1,034.00 |
| 3/12/2021 | E. Fisher | Review key draft disclosure statement and related materials, and strategy call with Mehri | 1.20 | $1,128.00 |
| 3/12/2021 | E. Fisher | Review and take notes on disclosure statement and plan | 1.20 | $1,128.00 |
| 3/13/2021 | E. Fisher | Review and take notes on disclosure statement and plan | 2.10 | $1,974.00 |
| 3/14/2021 | E. Fisher | Prepare for call with litigation team by reviewing all materials and motions; and researching cram down/objection standards (1.8); call with litigation team re disclosure statement strategy and next steps (1.3) | 3.10 | $2,914.00 |
| 3/16/2021 | E. Fisher | Prepare for and participate in call with class counsel re disclosure statement and plan and next steps | 1.80 | $1,692.00 |
| 3/18/2021 | T. Murphy | Research standard for adequacy of disclosure statement, classification of claims | 2.60 | $1,885.00 |
| 3/18/2021 | T. Murphy | Teleconference w E Fisher re Chapter 11 plan, disclosure statement | 1.00 | $725.00 |
| 3/18/2021 | T. Murphy | Review, analyze disclosure statement, motion for approval of same | 1.10 | $797.50 |
| 3/18/2021 | E. Fisher | Call with Murphy re research and outline for disclosure statement objections | 1.00 | $940.00 |
| 3/19/2021 | T. Murphy | Review, analyze joint Chapter 11 plan, plan summary, proposed disclosure statement, solicitation & voting procedures | 0.90 | $652.50 |
| 3/19/2021 | T. Murphy | Draft, revise summary of potential objections to disclosure statement | 2.90 | $2,102.50 |
| 3/19/2021 | T. Murphy | Research bankruptcy court jurisdiction, release of third-party nondebtors under Chapter 11 | 2.10 | $1,522.50 |
| 3/19/2021 | E. Fisher | Call with Cyrus and team re bankruptcy strategy | 0.90 | $846.00 |
| 3/20/2021 | E. Fisher | Review draft outline prepared by Murphy and emails re same; review materials re third party releases | 0.90 | $846.00 |
| 3/21/2021 | T. Murphy | Research release of third-party nondebtors, voting procedures under Chapter 11 | 2.20 | $1,595.00 |
| 3/21/2021 | T. Murphy | Draft, revise summary of potential objections to disclosure statement | 2.60 | $1,885.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/21/2021 | T. Murphy | Review transcript of hearing in Purdue Pharma bankruptcy proceeding | 0.40 | $290.00 |
| 3/22/2021 | E. Fisher | Review outline of objection to DS; call with Murphy re same | 1.00 | $940.00 |
| 3/22/2021 | T. Murphy | Draft, revise summary of objections to disclosure statement | 2.40 | $1,740.00 |
| 3/22/2021 | T. Murphy | Teleconference w E Fisher re disclosure statement objections | 0.40 | $290.00 |
| 3/22/2021 | T. Murphy | Research classification of claims under Bankruptcy Code, standard for confirmation of Chapter 11 plan over objections of class of creditors | 2.80 | $2,030.00 |
| 3/22/2021 | T. Murphy | Review motion for order establishing confirmation schedule, protocols; Review class certification briefing | 2.20 | $1,595.00 |
| 3/23/2021 | T. Murphy | Review declarations of T Kolbe; editorial by S Miller; joinder in support of motion to extend preliminary injunction | 0.50 | $362.50 |
| 3/23/2021 | T. Murphy | Research SACKLER Act | 0.40 | $290.00 |
| 3/23/2021 | T. Murphy | Teleconferences w E Fisher re objections to disclosure statement, plan of reorganization | 1.10 | $797.50 |
| 3/23/2021 | T. Murphy | Teleconference w E Fisher, J Karsh, C Mehri, M Piers, A Rich re objections to disclosure statement, plan of reorganization | 0.70 | $507.50 |
| 3/23/2021 | T. Murphy | Draft, revise memorandum in opposition to approval of disclosure statement | 1.60 | $1,160.00 |
| 3/23/2021 | E. Fisher | Call with Murphy re preparation of DS objection and review outline; call with class counsel re disclosure statement objection strategy; follow-up emails to group re background info for DS objection | 2.10 | $1,974.00 |
| 3/24/2021 | T. Murphy | Research standard for approval of bankruptcy settlement, nondebtor releases | 2.40 | $1,740.00 |
| 3/24/2021 | T. Murphy | Draft, revise objection to disclosure statement | 2.90 | $2,102.50 |
| 3/24/2021 | E. Fisher | Audit conference with Judge Drain and follow-up with Cyrus re same; review information re ballots; emails with Murphy re objection to DS | 3.20 | $3,008.00 |
| 3/25/2021 | T. Murphy | Teleconference w E Fisher, J Karsh re objections to disclosure statement, plan of reorganization | 0.60 | $435.00 |
| 3/25/2021 | T. Murphy | Review, analyze mediation statement | 0.30 | $217.50 |
| 3/25/2021 | T. Murphy | Research litigation re neonatal abstinence syndrome | 0.30 | $217.50 |

**BINDER & SCHWARTZ**

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/25/2021 | E. Fisher | Call with Cyrus re strategy; call with J. Karsh re background facts; call with team re ballots and voting | 1.60 | $1,504.00 |
| 3/28/2021 | T. Murphy | Draft, revise memorandum in opposition to disclosure statement | 4.10 | $2,972.50 |
| 3/29/2021 | T. Murphy | Draft, revise memorandum in opposition to disclosure statement | 6.40 | $4,640.00 |
| 3/30/2021 | T. Murphy | Draft, revise memorandum in opposition to disclosure statement | 3.20 | $2,320.00 |
| 3/31/2021 | T. Murphy | Draft, revise memorandum in opposition to disclosure statement | 6.20 | $4,495.00 |
| 3/31/2021 | T. Murphy | Review, analyze mediators' reports, motion to submit claims to mediation, class certification briefs | 1.10 | $797.50 |
| 3/31/2021 | T. Murphy | Research nonconsensual releases of non-debtor claims | 1.90 | $1,377.50 |

| | | Hours | Amount |
|---|---|---|---|
| Subtotal of charges | | | $61,470.50 |
| 15% Discount | | | ($9,220.58) |
| For professional services rendered | | 78.50 | $52,249.92 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Eric B. Fisher-Partner | 21.20 | $940.00 |
| Tom Murphy-Counsel | 57.30 | $725.00 |

## Client funds transactions

| | | Amount |
|---|---|---|
| | Previous balance of Retainer | $0.00 |
| 3/19/2021 | Payment to account | $25,000.00 |
| | New balance of Retainer | $25,000.00 |

**BINDER & SCHWARTZ**

366 Madison Avenue, 6th Floor, New York, NY 10017
Tel 212.510.7008   Fax 212.510.7299   binderschwartz.com

Invoice submitted to:                    Invoice No.   10527                    May 12, 2021

Tax ID Number: █████████

Mehri & Skalet, PLLC
1250 Connecticut Ave NW
Washington, DC 20036

Re:    *In re Purdue Pharma L.P., et al.,*
       19-23649 (RDD)

## INVOICE SUMMARY

For professional services rendered through    April 30, 2021

| | | |
|---|---|---|
| Total Fees | $126,433.00 | |
| Less 15% Discount | ($18,964.95) | |
| Current Fees | | $107,468.05 |
| Current Disbursements | | $235.56 |
| ***Total Balance Due Upon Receipt*** | | $107,703.61 |

Wire Instructions

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020

ABA Code: ███████
Account No: ████████

Mailing Instructions
Send all payments to:

Binder & Schwartz
Attn: Accounts Receivable
366 Madison Avenue, 6th Fl.
New York, NY 10017

(212) 510-7008

**BINDER &**
**SCHWARTZ**

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/1/2021 | T. Murphy | Draft, revise memorandum in opposition to disclosure statement | 3.70 | $2,682.50 |
| 4/1/2021 | T. Murphy | Research release of nondebtor claims, plan approval voting protocols | 1.20 | $870.00 |
| 4/2/2021 | T. Murphy | Teleconference w E Fisher re objections to disclosure statement | 0.40 | $290.00 |
| 4/4/2021 | T. Murphy | Draft, revise memorandum in opposition to disclosure statement | 5.40 | $3,915.00 |
| 4/4/2021 | T. Murphy | Research Second Circuit standard for nondebtor releases | 0.70 | $507.50 |
| 4/5/2021 | E. Fisher | Draft, revise and circulate draft objection to DS | 2.70 | $2,538.00 |
| 4/6/2021 | T. Murphy | Teleconference w E Fisher re objection to disclosure statement | 0.20 | $145.00 |
| 4/6/2021 | T. Murphy | Teleconference w E Fisher, J Karsh, W Hogan, C Mehri, M Piers re objection to disclosure statement | 1.00 | $725.00 |
| 4/6/2021 | E. Fisher | Call to discuss draft objection to DS and follow-up re revisions to same (1.5) Court hearing re NAS issue (.7) | 2.20 | $2,068.00 |
| 4/8/2021 | T. Murphy | Review memorandum in opposition to disclosure statement | 0.20 | $145.00 |
| 4/9/2021 | T. Murphy | Draft, revise memorandum in opposition to disclosure statement | 2.40 | $1,740.00 |
| 4/9/2021 | T. Murphy | Research neonatal opioid withdrawal syndrome, costs of special education, role of McKinsey & Company | 3.20 | $2,320.00 |
| 4/9/2021 | T. Murphy | Teleconference w E Fisher re objections to disclosure statement | 0.50 | $362.50 |
| 4/9/2021 | T. Murphy | Review, analyze filings in pending litigation against McKinsey & Co. | 1.80 | $1,305.00 |
| 4/9/2021 | E. Fisher | Follow-up emails re revisions to DS and re schedule; call with Murphy re revisions to DS objection | 1.60 | $1,504.00 |
| 4/10/2021 | T. Murphy | Research circuit split re nonconsensual nondebtor releases | 1.80 | $1,305.00 |
| 4/10/2021 | T. Murphy | Draft, revise memorandum in opposition to disclosure statement | 2.90 | $2,102.50 |
| 4/11/2021 | E. Fisher | Review and revise objection to DS | 2.20 | $2,068.00 |
| 4/12/2021 | E. Fisher | Revise objection to DS and call with Tom and Cyrus re same | 2.80 | $2,632.00 |
| 4/12/2021 | T. Murphy | Teleconference w E Fisher re objections to disclosure statement | 0.20 | $145.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/13/2021 | E. Fisher | Call with Mehri re comments on draft DS objections (1.0); revisions to DS objection and additional research re same (3.9); revise objection to DS and call with Tom and Cyrus re same (2.8) | 7.70 | $7,238.00 |
| 4/13/2021 | T. Murphy | Teleconference w E Fisher re objections to disclosure statement | 0.20 | $145.00 |
| 4/13/2021 | T. Murphy | Review, revise draft memorandum in opposition to disclosure statement | 0.30 | $217.50 |
| 4/13/2021 | T. Murphy | Teleconference w E Fisher, C Mehri re objections to disclosure statement | 0.80 | $580.00 |
| 4/14/2021 | E. Fisher | Revise and circulate new draft of DS objection based on comments from Mehri and Karsh | 2.00 | $1,880.00 |
| 4/15/2021 | T. Murphy | Teleconference w E Fisher, W Hogan, J Karsh, C Mehri, M Piers, S Skalet, M Truesdale re objections to disclosure statement | 1.10 | $797.50 |
| 4/15/2021 | E. Fisher | Call with group to review draft DS objection and follow up re same (1.4); revise draft DS objection and send to Akin (.5) | 1.90 | $1,786.00 |
| 4/16/2021 | T. Murphy | Teleconferences w E Fisher re objection to disclosure statement | 0.50 | $362.50 |
| 4/16/2021 | T. Murphy | Draft, revise memorandum in opposition to disclosure statement | 2.70 | $1,957.50 |
| 4/16/2021 | T. Murphy | Teleconference w S Brauner, E Fisher, A Preis re objection to disclosure statement | 0.60 | $435.00 |
| 4/16/2021 | E. Fisher | Call with Akin re draft DS objection (.6); revisions to DS objection (.9) | 1.50 | $1,410.00 |
| 4/17/2021 | T. Murphy | Draft, revise memorandum in opposition to disclosure statement | 7.20 | $5,220.00 |
| 4/18/2021 | T. Murphy | Draft, revise memorandum in opposition to disclosure statement | 4.70 | $3,407.50 |
| 4/18/2021 | T. Murphy | Teleconference w E Fisher re objection to disclosure statement | 0.80 | $580.00 |
| 4/18/2021 | E. Fisher | Review and revise objection to DS (1.3); call with Murphy re same (.8); review new docket entries re plan (.3) | 2.40 | $2,256.00 |
| 4/19/2021 | T. Murphy | Teleconference w E Fisher re objection to disclosure statement | 0.10 | $72.50 |
| 4/19/2021 | T. Murphy | Research authority, jurisdiction of bankruptcy courts under Stern v. Marshall | 2.30 | $1,667.50 |
| 4/19/2021 | T. Murphy | Review bankruptcy court rules, case management procedures, General Order M-399 | 1.20 | $870.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/19/2021 | T. Murphy | Draft, revise memorandum in opposition to disclosure statement, certificate of service | 4.10 | $2,972.50 |
| 4/19/2021 | T. Murphy | Communication w R Campbell, E Day re service, filing procedures | 0.40 | $290.00 |
| 4/19/2021 | E. Fisher | Review research results re Stern v. Marshall and third-party releases (.3); review and revise new draft of DS objection and email to Murphy re same (1.7) | 2.00 | $1,880.00 |
| 4/20/2021 | T. Murphy | Draft, revise memorandum in opposition to disclosure statement, Fed. R. Bank. P. 2019 statement, certificate of service | 8.30 | $6,017.50 |
| 4/20/2021 | T. Murphy | Communications w R Campbell re service, filing procedures | 0.10 | $72.50 |
| 4/20/2021 | T. Murphy | Teleconference w L Bush, T Harvey re service, filing procedures | 0.50 | $362.50 |
| 4/20/2021 | R. Campbell | Discuss components of filing/service with T. Murphy | 0.40 | $100.00 |
| 4/20/2021 | E. Fisher | Calls with Mehri re case developments and strategy | 0.50 | $470.00 |
| 4/21/2021 | T. Murphy | Teleconference w E Fisher, M Piers re objection to disclosure statement | 0.40 | $290.00 |
| 4/21/2021 | T. Murphy | Draft, revise memorandum in opposition to disclosure statement, Fed. R. Bank. P. 2019 statement, certificate of service | 3.70 | $2,682.50 |
| 4/21/2021 | T. Murphy | Communications w M Truesdale re objection to disclosure statement | 0.10 | $72.50 |
| 4/21/2021 | T. Murphy | Teleconference w E Fisher re objection to disclosure statement | 0.60 | $435.00 |
| 4/21/2021 | T. Murphy | Review, analyze objection of U.S. Trustee to disclosure statement | 0.30 | $217.50 |
| 4/21/2021 | T. Murphy | Research jurisdiction, authority of bankruptcy courts to approve nonconsensual non-debtor releases | 1.40 | $1,015.00 |
| 4/21/2021 | E. Day | Cite check Objection to Public School District Creditors to Disclosure Statement and revise as needed per T. Murphy. | 5.50 | $1,375.00 |
| 4/21/2021 | E. Fisher | Call with Piers re school district numbers and revisions (.5); work on draft of objection to DS and review recent docket filings (.8) | 1.30 | $1,222.00 |
| 4/22/2021 | E. Day | Cite check Objection to Public School District Creditors to Disclosure Statement and revise as needed per T. Murphy. | 6.80 | $1,700.00 |
| 4/22/2021 | T. Murphy | Teleconference w E Fisher, W Hogan, J Karsh, C Mehri, M Piers, S Skalet, M Truesdale re objection to disclosure statement | 0.80 | $580.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/22/2021 | T. Murphy | Draft, revise memorandum in opposition to disclosure statement, notice of appearance, Fed. R. Bank. P. 2019 statement | 7.80 | $5,655.00 |
| 4/22/2021 | T. Murphy | Teleconference w E Fisher, C Mehri re objection to disclosure statement | 0.20 | $145.00 |
| 4/22/2021 | R. Campbell | Cite-check various legal and fact cites in brief; code Table of Contents and Table of Authorities | 6.80 | $1,700.00 |
| 4/22/2021 | E. Fisher | Review and revise DS objection (1.1); calls with Mehri and review of supplemental filings by debtors (.6); discuss 2019 statement and other filings with Murphy and review of same (.9) | 2.60 | $2,444.00 |
| 4/23/2021 | E. Day | Plan and prepare envelopes for hard copies of recent filings to be mailed out to various per T. Murphy. | 5.90 | $1,475.00 |
| 4/23/2021 | R. Campbell | Finalize brief and rerun tables as needed | 1.80 | $450.00 |
| 4/23/2021 | T. Murphy | Draft, revise memorandum in opposition to disclosure statement, notice of appearance, Fed. R. Bank. P. 2019 statement; attend to filing of same | 6.60 | $4,785.00 |
| 4/23/2021 | T. Murphy | Teleconferences w E Fisher re objection to disclosure statement | 0.20 | $145.00 |
| 4/23/2021 | R. Campbell | Manage electronic service of filings and assist E. Day with physical service | 2.80 | $700.00 |
| 4/23/2021 | E. Fisher | Review, revise and finalize DS objection and related documents, and confer with Murphy re same (2.7); Call with Akin and Mehri re strategy and next steps (.7) | 3.40 | $3,196.00 |
| 4/26/2021 | E. Fisher | Confer with Murphy re follow-up research re issue of voting procedures for class claim (.3); review results of research re voting and class proofs of claim (.8) | 1.10 | $1,034.00 |
| 4/26/2021 | T. Murphy | Teleconference w E Fisher re amended plan of reorganization | 0.20 | $145.00 |
| 4/26/2021 | T. Murphy | Draft, revise certificate of service; attend to filing of same | 0.20 | $145.00 |
| 4/26/2021 | T. Murphy | Research standard for approval of class proofs of claim, class certification in bankruptcy proceeding, voting protocols under Bankruptcy Code | 5.70 | $4,132.50 |
| 4/26/2021 | R. Campbell | Review chambers rules per T. Murphy re serving papers | 0.40 | $100.00 |
| 4/27/2021 | E. Fisher | Call with Murphy re supplemental objection (.5); call withMehri re same (.3); review supplemental docket filings (.4); call with counsel group re supplemental objection (.5) | 1.70 | $1,598.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/27/2021 | T. Murphy | Teleconference w E Fisher re response to Debtors' supplemental filings, addendum to objection to disclosure statement | 0.90 | $652.50 |
| 4/27/2021 | T. Murphy | Teleconference w E Fisher, L Goller, N Henrichsen, W Hogan, J Karsh, C Mehri, M Truesdale re bankruptcy proceeding strategy | 0.50 | $362.50 |
| 4/27/2021 | T. Murphy | Draft, revise addendum to objection to disclosure statement | 5.30 | $3,842.50 |
| 4/27/2021 | T. Murphy | Review, analyze First Amended Joint Chapter 11 Plan of Reorganization, Disclosure Statement for First Amended Chapter 11 Plan, Public Creditor Trust Distribution Procedures | 2.10 | $1,522.50 |
| 4/28/2021 | T. Murphy | Draft, revise supplemental objection to disclosure statement | 5.40 | $3,915.00 |
| 4/28/2021 | T. Murphy | Teleconference w E Fisher re supplemental objection to disclosure statement | 0.30 | $217.50 |
| 4/28/2021 | E. Fisher | Review and revise supplemental objection; confer with Murphy re same | 1.10 | $1,034.00 |
| 4/29/2021 | E. Day | Manage preparing envelopes and labels for filing of Supplement to Objection of Public School District Creditors to Disclosure Statement and sending out physical copies via first class mail and Fedex per T. Murphy, | 1.30 | $325.00 |
| 4/29/2021 | T. Murphy | Draft, revise supplemental objection to disclosure statement; attend to filing of same | 0.90 | $652.50 |
| 4/29/2021 | T. Murphy | Review, analyze objection to disclosure statement of Ad Hoc Group of Non-Consenting States | 0.30 | $217.50 |
| 4/29/2021 | E. Fisher | Review, revise and finalize supplemental objection (.9); call with Cyrus re developments and revisions to objection (.6) | 1.50 | $1,410.00 |
| 4/29/2021 | R. Campbell | Assist E. Day with prep and service of documents | 1.80 | $450.00 |
| 4/29/2021 | E. Day | Manage buying envelopes and labels from Staples for mailing out physical copies of Supplemental Filing per T. Murphy. | 0.60 | $150.00 |
| 4/30/2021 | E. Day | Research procedures for appearing in telephonic hearing per E. Fisher. | 0.50 | $125.00 |
| 4/30/2021 | T. Murphy | Draft, revise certificate of service; attend to filing of same | 0.40 | $290.00 |
| 4/30/2021 | E. Fisher | Prepare for discovery call with DPW (.6); call with Cyrus re same (.4); discovery call with DPW and follow-up with Cyrus (.5) | 1.50 | $1,410.00 |

| | Hours | Amount |
|---|---|---|
| Subtotal of charges | | $126,433.00 |
| 15% Discount | | ($18,964.95) |
| For professional services rendered | 184.10 | $107,468.05 |

### Additional Charges :

| | | |
|---|---|---|
| 4/23/2021 | Mail out hard copies of multiple filings | $73.70 |
| | Overnight delivery to U.S. Bankruptcy Court for SDNY | $61.06 |
| 4/29/2021 | Mail filing of Objection of Public School District Creditors to Disclosure Statement | $27.60 |
| | Mail filing of Objection of Public School District Creditors to Disclosure Statement | $12.00 |
| | Overnight delivery to U.S. Bankruptcy Court for SDNY | $61.20 |
| | Total additional charges | $235.56 |
| | Total amount of this bill | $107,703.61 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Emily Day-Paralegal | 20.60 | $250.00 |
| Eric B. Fisher-Partner | 43.70 | $940.00 |
| Rachel L. Campbell-Paralegal | 14.00 | $250.00 |
| Tom Murphy-Counsel | 105.80 | $725.00 |

### Client funds transactions

| | |
|---|---|
| Previous balance of Retainer | $25,000.00 |
| New balance of Retainer | $25,000.00 |

**BINDER &
SCHWARTZ**

366 Madison Avenue, 6th Floor, New York, NY 10017
Tel 212.510.7008   Fax 212.510.7299   binderschwartz.com

Invoice submitted to:          Invoice No.   10548                          June 14, 2021
                                   **REVISED**

                                                        Tax ID Number: ███████

Mehri & Skalet, PLLC
1250 Connecticut Ave NW
Washington, DC 20036

Re:    *In re Purdue Pharma L.P., et al.,*
        19-23649 (RDD)

## INVOICE SUMMARY

For professional services rendered through        May 31, 2021

|  | |
|---|---|
| Total Fees | $96,704.00 |
| Less 15% Discount | ($14,505.60) |
| Current Fees | $82,198.40 |
| Current Disbursements | $61.49 |
| ***Total Balance Due Upon Receipt*** | $82,259.89 |

Wire Instructions                                     Mailing Instructions
                                                       Send all payments to:

First Republic Bank                                    Binder & Schwartz
1230 Avenue of the Americas                            Attn: Accounts Receivable
New York, NY 10020                                     366 Madison Avenue, 6th Fl.
                                                       New York, NY 10017
ABA Code: ████
Account No: ████████                                      (212) 510-7008

**BINDER & SCHWARTZ**

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/1/2021 | T. Murphy | Review, analyze amended disclosure statement for First Amended Chapter 11 Plan | 0.40 | $290.00 |
| 5/2/2021 | E. Fisher | Review revised DS, revised plan support letter and related documents (.5); review info to prepare discovery requests re PEC and school district damages (.5); draft email to DPW re discovery schedule (.4) | 1.40 | $1,316.00 |
| 5/3/2021 | E. Fisher | Review supplemental docket filings re DS hearing (.4); call with Cyrus re DS objection and discovery issues and email to DPW re same (.8); call with Akin re next steps re DS and mediation (.5) | 1.70 | $1,598.00 |
| 5/3/2021 | T. Murphy | Draft, revise communication to Judge Drain re appearance at Disclosure Statement hearing | 0.40 | $290.00 |
| 5/3/2021 | T. Murphy | Review statement of Sackler Family in support of confirmation procedures order, supplemental objection of M Masiowski | 0.10 | $72.50 |
| 5/4/2021 | E. Fisher | Call with Huebner from DPW re mediation (.7); call with all counsel re strategy and next steps (.8); draft letter concerning inclusion in mediation (1.1) | 2.60 | $2,444.00 |
| 5/4/2021 | T. Murphy | Teleconference w E Fisher, L Goller, N Henrichsen, W Hogan, C Lederer, C Mehri, M Piers, S Skalet, M Truesdale re discovery strategy, disclosure statement hearing | 0.80 | $580.00 |
| 5/5/2021 | E. Fisher | Revise and send letter re mediation, and emails and calls re same | 1.70 | $1,598.00 |
| 5/5/2021 | T. Murphy | Review, revise draft letter re mediation | 0.20 | $145.00 |
| 5/6/2021 | T. Murphy | Teleconference w E Fisher, J McClammy, C Mehri, M Tobak re discovery protocols | 0.50 | $362.50 |
| 5/6/2021 | T. Murphy | Teleconference w E Fisher, C Mehri, M Piers, M Truesdale, C Wysong re discovery strategy | 0.50 | $362.50 |
| 5/7/2021 | T. Murphy | Review, analyze draft amended disclosure statement, draft amended Chapter 11 plan | 1.10 | $797.50 |
| 5/8/2021 | T. Murphy | Review, analyze second amended joint Chapter 11 plan, disclosure statement for second amended joint Chapter 11 plan | 0.90 | $652.50 |
| 5/10/2021 | T. Murphy | Review, analyze reply in support of disclosure statement by Side A Initial Covered Sackler Persons | 0.20 | $145.00 |

**BINDER &
SCHWARTZ**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/10/2021 | T. Murphy | Teleconference w E Fisher re objections to disclosure statement, discovery strategy | 0.10 | $72.50 |
| 5/10/2021 | E. Day | Plan and prepare for 5/12 Hearing by registering E. Fisher for telephonic conference. | 0.30 | $75.00 |
| 5/10/2021 | E. Fisher | Call with Davis Polk re discovery protocols and follow up calls with Cyrus re same and follow up emails re same | 1.10 | $1,034.00 |
| 5/11/2021 | T. Murphy | Teleconference w E Fisher re Second Amended Joint Chapter 11 Plan, Disclosure Statement | 0.20 | $145.00 |
| 5/11/2021 | T. Murphy | Review, analyze Second Amended Joint Chapter 11 Plan, Disclosure Statement, Debtors' Statement in Further Support of Confirmation Schedule & Protocols | 0.60 | $435.00 |
| 5/11/2021 | T. Murphy | Draft, revise second supplemental objection to Disclosure Statement | 1.80 | $1,305.00 |
| 5/11/2021 | T. Murphy | Teleconference w L Goller, N Henrichsen, W Hogan, C Mehri, M Piers, D Stewart, M Truesdale re discovery strategy, objections to disclosure statement, McKinsey MDL | 0.80 | $580.00 |
| 5/11/2021 | T. Murphy | Review, analyze draft revisions to Disclosure Statement, comments on Second Amended Joint Chapter 11 Plan | 0.30 | $217.50 |
| 5/11/2021 | T. Murphy | Prepare summary of conference call re discovery strategy, opposition to Disclosure Statement | 0.20 | $145.00 |
| 5/11/2021 | E. Fisher | Call with Mehri re preparing for hearing and next steps (.5); Review Sackler-related plan supplement (.5); Call with Murphy re further objections (.2); Review revised Ds re Sackler settlement and emails re same (.4) | 1.20 | $1,128.00 |
| 5/12/2021 | T. Murphy | Draft, revise second supplemental objection to disclosure statement | 4.80 | $3,480.00 |
| 5/12/2021 | T. Murphy | Review, analyze position statement of R Sackler Family; Review draft document requests, deposition notices | 0.90 | $652.50 |
| 5/12/2021 | T. Murphy | Teleconference w E Fisher re second supplemental objection to disclosure statement | 0.30 | $217.50 |
| 5/12/2021 | E. Fisher | Prepare for and participate in confirmation protocol conference before Judge Drain (1.2); Follow up call with Matt and Cyrus re same (.3); Review and revise discovery requests, and emails and calls re same (.4); Discuss supplemental objection with Murphy (.4) | 2.30 | $2,162.00 |

**BINDER & SCHWARTZ**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/13/2021 | T. Murphy | Draft, revise second supplemental objection to disclosure statement | 8.20 | $5,945.00 |
| 5/13/2021 | E. Fisher | Emails re discovery order (.3); Revise and finalize discovery requests (.4) | 0.70 | $658.00 |
| 5/14/2021 | T. Murphy | Teleconference with E Fisher re second supplemental objection to disclosure statement | 0.30 | $217.50 |
| 5/14/2021 | T. Murphy | Research Second Circuit standard for equality of treatment of claims under 11 U.S.C. 1123 | 0.80 | $580.00 |
| 5/14/2021 | T. Murphy | Draft, revise second supplemental objection to disclosure statement | 3.00 | $2,175.00 |
| 5/14/2021 | E. Fisher | Review draft supplemental objection and confer with Murphy re revisions to same | 1.10 | $1,034.00 |
| 5/16/2021 | T. Murphy | Review, analyze draft amended reorganization plan | 0.60 | $435.00 |
| 5/16/2021 | T. Murphy | Draft, revise second supplemental objection to disclosure statement | 3.60 | $2,610.00 |
| 5/17/2021 | E. Day | Manage registration for E. Fisher on Court Solutions for 5/21 Hearing in front of Judge Drain. | 0.20 | $50.00 |
| 5/17/2021 | T. Murphy | Draft, revise second supplemental objection to disclosure statement; Review, revise draft cover notice | 9.30 | $6,742.50 |
| 5/18/2021 | T. Murphy | Draft, revise second supplemental objection to disclosure statement | 2.40 | $1,740.00 |
| 5/18/2021 | T. Murphy | Research standard for equal treatment of claims under Bankruptcy Code | 0.60 | $435.00 |
| 5/18/2021 | E. Fisher | Review and respond to numerous emails re status of DS and related issues (.5); Review and revise further objection to approval of DS (.9) | 1.40 | $1,316.00 |
| 5/19/2021 | T. Murphy | Research standard for nonconsensual third-party releases, restrictions on blanket immunity in Second Circuit | 2.10 | $1,522.50 |
| 5/19/2021 | T. Murphy | Draft, revise second supplemental objection to disclosure statement | 2.90 | $2,102.50 |
| 5/19/2021 | R. Campbell | Discuss upcoming filing and needs for it with E. Day | 0.20 | $50.00 |
| 5/19/2021 | E. Fisher | Call with A. Preis and follow up emails re same | 0.50 | $470.00 |
| 5/20/2021 | E. Fisher | Participate in status conference before Judge Drain | 1.90 | $1,786.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/20/2021 | T. Murphy | Research Second Circuit standard for release of future claims, due process implications of nonconsensual release of claims by absent class members | 3.30 | $2,392.50 |
| 5/20/2021 | T. Murphy | Draft, revise second supplemental objection to disclosure statement | 0.60 | $435.00 |
| 5/21/2021 | T. Murphy | Draft, revise second supplemental objection to disclosure statement | 1.70 | $1,232.50 |
| 5/21/2021 | T. Murphy | Research adequacy of representation, due process considerations in class action settlement context | 0.80 | $580.00 |
| 5/23/2021 | T. Murphy | Draft, revise second supplemental objection to disclosure statement | 6.50 | $4,712.50 |
| 5/23/2021 | E. Fisher | Call with DPW re DS objections. (.6); Call with Cyrus re DS hearing and strategy. (.4) Review and revise supplemental objection (.7) Draft bullet points for DPW (.9) | 2.80 | $2,632.00 |
| 5/24/2021 | T. Murphy | Draft, revise second supplemental objection to disclosure statement; attend to filing of same | 4.20 | $3,045.00 |
| 5/24/2021 | T. Murphy | Review, analyze Third Amended Joint Chapter 11 Plan of Reorganization, Disclosure Statement, Debtors' reply in further support of motion to approve disclosure statement | 1.60 | $1,160.00 |
| 5/24/2021 | T. Murphy | Communications w R Campbell, E Day re service of second supplemental objection | 0.10 | $72.50 |
| 5/24/2021 | T. Murphy | Teleconference w E Fisher, J Karsh, C Mehri re presentation to committee of unsecured creditors, second supplemental objection to disclosure statement | 0.30 | $217.50 |
| 5/24/2021 | T. Murphy | Teleconference w N Binder re disclosure statement hearing, objections to disclosure statement | 0.10 | $72.50 |
| 5/24/2021 | E. Fisher | Revise email to DPW re DS (.7); Revise and finalize supplemental DS objection (.5); Call with Cyrus and Josh re strategy and next steps (.4) | 1.60 | $1,504.00 |
| 5/24/2021 | E. Day | Print and assemble envelopes to be sent out to chambers and others on master service list and drop off copies at USPS to be sent out per T. Murphy. | 0.50 | $125.00 |
| 5/24/2021 | R. Campbell | Create new master service mailing list for emails, draft email to all recipients, wait for filing and send out | 1.40 | $350.00 |
| 5/24/2021 | E. Day | Cite check legal authorities for Second Supplement to Objection per T. Murphy. | 1.80 | $450.00 |

**BINDER &
SCHWARTZ**

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/25/2021 | T. Murphy | Review, analyze NOAT distribution procedures, presentation to Unsecured Creditors' Committee | 1.30 | $942.50 |
| 5/25/2021 | T. Murphy | Draft, revise outline in preparation for disclosure statement hearing; Review, revise certificate of service; Attend to filing of same | 3.20 | $2,320.00 |
| 5/25/2021 | T. Murphy | Teleconferences w N Binder re objections to disclosure statement, NOAT distribution procedures, disclosure statement hearing | 1.20 | $870.00 |
| 5/25/2021 | T. Murphy | Teleconference w E Fisher in preparation for disclosure statement hearing | 0.30 | $217.50 |
| 5/25/2021 | E. Day | Drop off chambers copy of Second Supplement to Objection at Fedex per T. Murphy. | 0.20 | $50.00 |
| 5/25/2021 | E. Fisher | Call with Cyrus re prep for DS hearing and strategy (.3); Prepare for DS hearing, prepare outline for oral argument and review key pleadings (2.7); Prepare for and participate in call with DPW re disclosure statement (.4); Call with plaintiff team re strategy for hearing (.5); Prepare for and participate in call re public creditor discovery requests and follow-up re same (1.1) | 5.00 | $4,700.00 |
| 5/26/2021 | E. Fisher | Emails re resolution of DS objections and calls with Cyrus re same (1.1); Participate in disclosure statement hearing (8.0) | 9.10 | $8,554.00 |
| 5/26/2021 | T. Murphy | Telephonic attendance of disclosure statement hearing | 6.90 | $5,002.50 |
| 5/27/2021 | T. Murphy | Teleconference w E Fisher re disclosure statement hearing, mediation strategy | 0.40 | $290.00 |
| 5/27/2021 | E. Fisher | Calls with Mehri re mediation strategy; emails re same | 0.80 | $752.00 |
| 5/28/2021 | T. Murphy | Teleconference with E Fisher, L Goller, N Henrichsen, W Hogan, J Karsh, C Mehri, M Piers, A Rich, S Skalet, M Truesdale re mediation strategy | 1.00 | $725.00 |
| 5/28/2021 | E. Fisher | Call with full team re mediation strategy; follow-up analysis re same | 1.20 | $1,128.00 |

| | Hours | Amount |
|---|---|---|
| Subtotal of charges | | $96,704.00 |
| 15% Discount | | ($14,505.60) |
| For professional services rendered | 125.10 | $82,198.40 |

### Additional Charges :

| 5/25/2021 | Overnight delivery to Hon. Robert D. Drain | $61.49 |
|---|---|---|
| | Total additional charges | $61.49 |
| | Total amount of this bill | $82,259.89 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Emily Day-Paralegal | 3.00 | $250.00 |
| Eric B. Fisher-Partner | 38.10 | $940.00 |
| Rachel L. Campbell-Paralegal | 1.60 | $250.00 |
| Tom Murphy-Counsel | 82.40 | $725.00 |

### Client funds transactions

| Previous balance of Retainer | $25,000.00 |
|---|---|
| New balance of Retainer | $25,000.00 |

**BINDER & SCHWARTZ**

366 Madison Avenue, 6th Floor, New York, NY 10017
Tel 212.510.7008   Fax 212.510.7299   binderschwartz.com

---

Invoice submitted to:                    Invoice No.   10573                              July 20, 2021
                                              **REVISED**

                                                                    Tax ID Number: █████████

Mehri & Skalet, PLLC
1250 Connecticut Ave NW
Washington, DC 20036


Re:    *In re Purdue Pharma L.P., et al.,*
       19-23649 (RDD)


### INVOICE SUMMARY

For professional services rendered through      June 30, 2021

|  |  |  |
|---|---|---|
| Total Fees | $23,125.00 | |
| Less 15% Discount | ($3,468.75) | |
| Current Fees | | $19,656.25 |
| Current Disbursements | | $70.00 |
| | | |
| ***Total Balance Due Upon Receipt*** | | $19,726.25 |

---

Wire Instructions

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020

ABA Code: █████
Account No: ███████

Mailing Instructions
Send all payments to:

Binder & Schwartz
Attn: Accounts Receivable
366 Madison Avenue, 6th Fl.
New York, NY 10017

(212) 510-7008

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/1/2021 | T. Murphy | Review, analyze blackline of Purdue Pharma disclosure statement, plan of reorganization; Review transcript of disclosure statement hearing | 0.50 | $362.50 |
| 6/1/2021 | T. Murphy | Teleconference w E Brown, E Fisher, L Goller, N Henrichsen, J Karsh, C Mehri, M Piers, A Rich, D Stewart re Purdue Pharma plan of reorganization | 1.20 | $870.00 |
| 6/1/2021 | E. Fisher | Call with Cyrus re DS hearing and mediation (.3) Call with group re mediation and DS strategy and updates (1.0); Participate in DS hearing (.8) | 2.10 | $1,974.00 |
| 6/2/2021 | E. Fisher | Attend DS hearing (1.7); Emails regarding litigation strategy (.3) | 1.80 | $1,692.00 |
| 6/2/2021 | T. Murphy | Review, analyze blackline of joint Chapter 11 plan of reorganization, letter of Official Committee of Unsecured Creditors | 0.20 | $145.00 |
| 6/3/2021 | T. Murphy | Office conference w E Fisher re mediation strategy | 0.20 | $145.00 |
| 6/3/2021 | T. Murphy | Review, analyze Sixth Plan Supplement, blacklines of disclosure statement, Fifth Amended Joint Chapter 11 Plan of Reorganization | 0.60 | $435.00 |
| 6/3/2021 | E. Fisher | Review new docket filings re DS and plan | 0.50 | $470.00 |
| 6/4/2021 | T. Murphy | Review, analyze case management procedures, Second Amended Order Granting Debtors' Motion for Order Establishing Confirmation Schedule & Protocols | 0.30 | $217.50 |
| 6/6/2021 | E. Fisher | Review and comment on mediation presentation | 1.10 | $1,034.00 |
| 6/7/2021 | R. Campbell | Email to full master service list with filings | 0.60 | $150.00 |
| 6/7/2021 | T. Murphy | Review, analyze expert designations, proposed framework for public school funding | 0.50 | $362.50 |
| 6/7/2021 | T. Murphy | Communications w R Campbell, M Truesdale re service of expert designations | 0.10 | $72.50 |
| 6/7/2021 | T. Murphy | Review, analyze mediation presentation, Debtors' requests for production of documents | 0.20 | $145.00 |
| 6/8/2021 | R. Campbell | Various emails to full master service list with filings | 0.50 | $125.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/8/2021 | R. Campbell | Compare master service list to email sent out by Debevoise attorneys | 1.10 | $275.00 |
| 6/8/2021 | T. Murphy | Review, analyze expert designations | 0.10 | $72.50 |
| 6/8/2021 | T. Murphy | Communications w R Campbell re service of expert designations | 0.20 | $145.00 |
| 6/9/2021 | E. Fisher | Prepare notes and outline for mediation (1.1); Participate in mediation with Debtors and MSGE and sessions with K. Feinberg (2.4); Call with group re mediation status (.8); Follow up call with Mehri and Karsh re mediation strategy (.4) | 4.70 | $4,418.00 |
| 6/10/2021 | E. Fisher | Call with Huebner re mediation (.4); Follow up call with Piers and Mehri re mediation and discovery (.4); Call with Mehri re discovery issues and emails re same (.3) | 1.10 | $1,034.00 |
| 6/11/2021 | R. Campbell | Cite-check brief, code tables and assist T. Murphy in finalizing | 4.80 | $1,200.00 |
| 6/11/2021 | E. Fisher | Calls re discovery issues and mediation | 0.50 | $470.00 |
| 6/14/2021 | E. Fisher | Calls and emails with Cyrus re mediation and discovery (.3); Calls with Huebner and Mehri re mediation issues (.6) | 0.90 | $846.00 |
| 6/15/2021 | E. Fisher | Call with Karsh and Mehri re discovery strategy (.5); Emails and calls re reaching a settlement in principle (.6); Consult with Mehri and revise docs re settlement in principle (.5) | 1.60 | $1,504.00 |
| 6/16/2021 | E. Fisher | Calls with Piers, Mehri, Karsh and Truesdale re potential settlement and follow up emails re same | 0.90 | $846.00 |
| 6/17/2021 | E. Fisher | Call with Kramer Levin re resolution of objection (.6); follow up calls with Mehri, Piers and Karsh re documenting settlement (.8) | 1.40 | $1,316.00 |
| 6/23/2021 | E. Fisher | Review docs re plan structure concerning implementing settlement and call with Eckstein and Gilbert re same | 1.20 | $1,128.00 |
| 6/25/2021 | E. Fisher | Review plan revisions the administrator and 5(c) to report on settlement structure and emails re same | 1.70 | $1,598.00 |
| 6/29/2021 | T. Murphy | Teleconference w C Mehri re draft stipulation | 0.10 | $72.50 |

Subtotal of charges          $23,125.00
15% Discount              ($3,468.75)

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 30.70 | $19,656.25 |

Additional Charges :

| 6/14/2021 | Court conference | $70.00 |
|---|---|---|
| | Total additional charges | $70.00 |
| | Total amount of this bill | $19,726.25 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Eric B. Fisher-Partner | 19.50 | $940.00 |
| Rachel L. Campbell-Paralegal | 7.00 | $250.00 |
| Tom Murphy-Counsel | 4.20 | $725.00 |

Client funds transactions

| Previous balance of Retainer | $25,000.00 |
|---|---|
| New balance of Retainer | $25,000.00 |

**BINDER &
SCHWARTZ**

366 Madison Avenue, 6th Floor, New York, NY 10017
Tel 212.510.7008   Fax 212.510.7299   binderschwartz.com

---

Invoice submitted to:                    Invoice No.  10597                                    August 12, 2021

Tax ID Number: █████████

Mehri & Skalet, PLLC
1250 Connecticut Ave NW
Washington, DC 20036

Re:     *In re Purdue Pharma L.P., et al.,*
        19-23649 (RDD)

## INVOICE SUMMARY

For professional services rendered through       July 31, 2021

| | | |
|---|---|---|
| Total Fees | $11,805.00 | |
| Less 15% Discount | ($1,770.75) | |
| Current Fees | | $10,034.25 |
| Current Disbursements | | $0.00 |
| | | |
| ***Total Balance Due Upon Receipt*** | | $10,034.25 |

---

Wire Instructions

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020

ABA Code: 
Account No: █████████

Mailing Instructions
Send all payments to:

Binder & Schwartz
Attn: Accounts Receivable
366 Madison Avenue, 6th Fl.
New York, NY 10017

(212) 510-7008

**BINDER & SCHWARTZ**

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/1/2021 | T. Murphy | Teleconference w K Eckstein, S Gilbert, C Mehri, R Ringer, E Vonnegut re public school district allocation | 0.50 | $362.50 |
| 7/1/2021 | T. Murphy | Teleconference w C Mehri re public school district allocation, Special Education Initiative document | 0.30 | $217.50 |
| 7/1/2021 | T. Murphy | Prepare summary of teleconference re public school district allocation | 0.30 | $217.50 |
| 7/1/2021 | T. Murphy | Review, analyze Fifth Amended Joint Chapter 11 Plan of Reorganization | 0.80 | $580.00 |
| 7/1/2021 | T. Murphy | Review, revise Special Education Initiative document | 0.70 | $507.50 |
| 7/2/2021 | T. Murphy | Review, analyze Public Schools' Special Education Initiative document | 0.40 | $290.00 |
| 7/5/2021 | E. Fisher | Review emails from Murphy re plan amendments to implement settlement (.5); call with Mehri re same (.2); email to DPW re same (.3); revise term sheet document (.3) | 1.30 | $1,222.00 |
| 7/5/2021 | T. Murphy | Review, analyze proposed amendments to Fifth Amended Joint Chapter 11 Plan of Reorganization; Review letter of M Huebner to Judge McMahon | 2.00 | $1,450.00 |
| 7/6/2021 | T. Murphy | Office conference w E Fisher re Public Schools' Special Education Initiative | 0.20 | $145.00 |
| 7/7/2021 | E. Fisher | Review notice prepared by debtors re resolution of schools issue (.3) Call with Davis Polk re resolution (.3) Calls with Cyrus re strategy and next steps (.3) | 0.90 | $846.00 |
| 7/7/2021 | T. Murphy | Teleconference w E Fisher, C Mehri, C Robertson, E Vonnegut re Public Schools' Special Education Initiative | 0.30 | $217.50 |
| 7/7/2021 | T. Murphy | Review, analyze Public Schools' Special Education Initiative term sheet, notice of filing of same | 0.50 | $362.50 |
| 7/9/2021 | E. Fisher | Review and discuss revisions to plan with Mehri and Preis | 0.30 | $282.00 |
| 7/9/2021 | T. Murphy | Review, analyze voting and solicitation procedures | 0.40 | $290.00 |
| 7/12/2021 | T. Murphy | Review, analyze draft Sixth Amended Joint Chapter 11 Plan of Reorganization | 1.40 | $1,015.00 |
| 7/12/2021 | E. Fisher | Revisions to plan to implement contribution to schools | 0.90 | $846.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/13/2021 | T. Murphy | Review, analyze draft Sixth Amended Joint Chapter 11 Plan of Reorganization | 0.70 | $507.50 |
| 7/13/2021 | E. Fisher | Review revisions to plan to incorporate resolution with schools | 0.50 | $470.00 |
| 7/15/2021 | T. Murphy | Review, analyze Sixth Amended Joint Chapter 11 Plan of Reorganization | 0.20 | $145.00 |
| 7/16/2021 | T. Murphy | Review, analyze Tenth Plan Supplement, UCC comments to Sixth Amended Joint Chapter 11 Plan | 0.20 | $145.00 |
| 7/19/2021 | E. Fisher | Emails with LW re revisions to schools' initiative term sheet and follow up calls re same; draft revision to same | 1.10 | $1,034.00 |
| 7/20/2021 | T. Murphy | Review objections to Sixth Amended Joint Chapter 11 Plan | 0.70 | $507.50 |
| 7/28/2021 | T. Murphy | Review, analyze mediator's report | 0.20 | $145.00 |

Subtotal of charges $11,805.00
15% Discount ($1,770.75)

For professional services rendered  14.80  $10,034.25

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Eric B. Fisher-Partner | 5.00 | $940.00 |
| Tom Murphy-Counsel | 9.80 | $725.00 |

## Client funds transactions

Previous balance of Retainer $25,000.00

New balance of Retainer $25,000.00

# BINDER & SCHWARTZ

366 Madison Avenue, 6th Floor, New York, NY 10017
Tel 212.510.7008   Fax 212.510.7299   binderschwartz.com

---

Invoice submitted to:                    Invoice No.   10634                         October 4, 2021

Tax ID Number: ████████

Mehri & Skalet, PLLC
1250 Connecticut Ave NW
Washington, DC 20036

Re:    *In re Purdue Pharma L.P., et al.,*
       19-23649 (RDD)

## INVOICE SUMMARY

For professional services rendered through    August 31, 2021

| | | |
|---|---|---|
| Total Fees | $9,641.50 | |
| Less 15% Discount | ($1,446.23) | |
| Current Fees | | $8,195.27 |
| Current Disbursements | | $0.00 |

***Total Balance Due Upon Receipt***                          $8,195.27

---

Wire Instructions

First Republic Bank
1230 Avenue of the Americas
New York, NY 10020

ABA Code: ████
Account No: ████████

Mailing Instructions
Send all payments to:

Binder & Schwartz
Attn: Accounts Receivable
366 Madison Avenue, 6th Fl.
New York, NY 10017

(212) 510-7008

**BINDER & SCHWARTZ**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/1/2021 | E. Fisher | Review docket filings and respond to queries from C. Mehri | 0.40 | $376.00 |
| 8/2/2021 | E. Fisher | Call with Cyrus, Arik and DPW re advance of expenses and proposed order | 0.50 | $470.00 |
| 8/12/2021 | T. Murphy | Review Seventh Amended Joint Chapter 11 Plan of Reorganization | 0.20 | $145.00 |
| 8/23/2021 | E. Fisher | Review docket re status of confirmation, and call with Mehri re Cred Cmte issue | 0.60 | $564.00 |
| 8/23/2021 | T. Murphy | Review Eighth Amended Joint Chapter 11 Plan of Reorganization, Fifteenth Plan Supplement | 0.30 | $217.50 |
| 8/27/2021 | E. Fisher | Call with DPW re confirmation issues | 0.20 | $188.00 |
| 8/27/2021 | E. Fisher | Call with Arik re same | 0.30 | $282.00 |
| 8/27/2021 | E. Fisher | Call with Mehri re same | 0.30 | $282.00 |
| 8/27/2021 | E. Fisher | Draft revisions to plan section and follow up emails and calls re same | 0.70 | $658.00 |
| 8/29/2021 | E. Fisher | Review 5.8(h) and transcript of hearing | 0.90 | $846.00 |
| 8/29/2021 | E. Fisher | Calls with C. Mehri | 0.50 | $470.00 |
| 8/29/2021 | E. Fisher | Emails with DPW re plan revisions | 0.60 | $564.00 |
| 8/30/2021 | T. Murphy | Teleconference w E Fisher re reimbursement of attorneys' fees under Eleventh Amended Joint Chapter 11 Plan of Reorganization | 0.30 | $217.50 |
| 8/30/2021 | E. Fisher | Call with S. Gilbert | 0.40 | $376.00 |
| 8/30/2021 | E. Fisher | Calls with Mehri and Piers re 5.8(h) issue | 0.70 | $658.00 |
| 8/30/2021 | E. Fisher | Emails with team re revisions to plan | 0.50 | $470.00 |
| 8/30/2021 | E. Fisher | Emails with DPW | 0.90 | $846.00 |
| 8/30/2021 | E. Fisher | Draft letter to Judge Drain re same | 0.90 | $846.00 |
| 8/30/2021 | E. Fisher | Call with Murphy re confirmation hearing | 0.30 | $282.00 |
| 8/31/2021 | T. Murphy | Office conference w E Fisher re confirmation hearing | 0.10 | $72.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/31/2021 | T. Murphy | Review, analyze Eleventh Amended Joint Chapter 11 Plan of Reorganization, Debtors' proposed confirmation order | 0.60 | $435.00 |
| 8/31/2021 | E. Fisher | Review materials re confirmation hearing and emails with Piers and Mehri re same | 0.40 | $376.00 |

| | | |
|---|---|---|
| Subtotal of charges | | $9,641.50 |
| 15% Discount | | ($1,446.23) |
| For professional services rendered | 10.60 | $8,195.27 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Eric B. Fisher-Partner | 9.10 | $940.00 |
| Tom Murphy-Counsel | 1.50 | $725.00 |

## Client funds transactions

| | |
|---|---|
| Previous balance of Retainer | $25,000.00 |
| New balance of Retainer | $25,000.00 |