**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In Re: Purdue Pharma, LP, et al, | ) | Chapter 11 |
| | ) | Case no. 19-23649 |
| Debtors, | ) | (Jointly Administered) |

### OBJECTION TO ANY AND ALL PAYMENTS OR COMPENSATION TO ANYONE IN THESE PROCEEDINGS UNTIL THE CLAIMANTS AND ALL VICTIMS ACROSS THE NATION RECEIVE PROPER DUE PROCESS, REASONABLE AND JUST COMPENSATION FOR THE WRONGFUL DEATHS AND EFFECTIVE FINANCIAL COMPENSATION TO PROVIDE ADEQUATE MENTAL AND PHYSICAL HEALTHCARE SERVICES LIFE

**COMES NOW,** Ellen Isaacs, Pro Se, on behalf of her beloved son Patrick "Ryan" Wroblewski, The American People and self ("Victims/Claimants") hereby moves This Court by way of Objection to ANY and ALL further payments to any parties in the above-captioned proceedings; including, but not limited to, every Attorney or party that is requesting payments for services rendered and recall of all funds paid out since the inception of the Bankruptcy proceedings until after disposition of all proceedings from the NY Southern District Bankruptcy Court, to the NY 2nd District Appellate Court and the possible/probability of a disposition by the U.S. Supreme Court based upon the following facts:

1. The above-captioned Court Proceedings involve the most egregious and heinous acts against humanity in American History by the Debtor(s) ("The Sacklers").
2. These egregious and heinous acts by The Sackler's have caused a National Public Health and Safety Emergency of Pandemic proportions that include; but are not limited to, massive numbers of homicides, billions suffering from mental and physical dis-ease and **fraud**. To wit, the President of the United States has declared a National Emergency.
3. A National Public Health and Safety Emergency that has negatively impacted the Public at Large and has cost millions their lives, liberty, property and proper due process to those that have passed on, the approximately 23 plus millions currently afflicted, those now in recovery that never knew they could file a claim and the billions of grieving family members, friends and associates.

4. The Sackler's have meticulously, systematically and continually abuses the legal justice bankruptcy laws, lied to the Department of Justice, and has been and continues to wrongfully (many would argue illegally) lobby The Department of Justice for nearly 3 decades to avoid accountability and justice for their part in the Domestic Genocide plagueing the United States.
5. On October 21, 2020, The U.S. Department of Justice released a resolution ("The Resolution").
6. The Resolution "does not include the criminal release of any individuals, including members of the Sackler family, **nor are any of the company's executives or employees receiving civil releases**".
7. On September 1, 2021 in direct conflict with The Resolution this Court wrongfully orally confirmed the Bankruptcy based upon the U.S. Department of Justice's, The Drug Enforcement Agency ("The D.E.A."), The Federal Bureau of Investigations ("The F.B.I.") finding of **fraud** by The Sackler's.
8. On September 17, 2021 this Court entered a written order confirming said Bankruptcy despite the U.S. Department of Justice's finding of **fraud** by The Sackler's and violated all of the harmed citizens civil and human rights.
9. Despite the Department of Justice's assertions in The Resolution, this Court permitted within The Confirmation the most outrageous widespread non-consensual third party releases and continues to mislead the American People and is precipitating the continuation of the most **fraud** ever perpetrated on U.S. Soil violates much more than the 14th Amendment of The U.S. Constitution. It is all **fraud** upon The American People from the Bankruptcy Court, Department of Justice, The F.B.I, The D.E.A, The Attorneys ( Debtors & Creditors), The Sackler's, Big Pharma as a whole when The Sackler's patent of Oxycontin expired, Local Law Enforcement, Hospitals, Physicians, Psychiatrists, Dentists, Pharmacies and Pharmacists.
10. The Resolution "As part of the plea, Purdue will admit that from May 2007 through at least March 2017, Purdue conspired to **defraud** the United States by impeding the lawful function of The D.E.A. by representing to the D.E.A. that Purdue maintained an effective anti-diversion program when, in fact, Purdue continued to market its opioid products to more than 100 health care providers whom the company had good reason to believe were diverting opioids and by reporting misleading information to the D.E.A. to boost Purdue's manufacturing quotas. The misleading information comprised prescription data that included prescriptions written

    by doctors that Purdue had good reason to believe were engaged in diversion. The **conspiracy** also involved **aiding and abetting** violations of the Food, Drug, and Cosmetic Act by facilitating the dispensing of its opioid products, including **OXYCONTIN**, without a legitimate medical purpose, and **this without lawful prescriptions"**.

11. "In addition, Purdue will admit to **conspiring** to **violate** the Federal Anti-Kickback Statute. Between June 2009 and March 2017, Purdue made payments to two (2) doctors through Purdue's doctor speaker program to induce those doctors to write more prescriptions of Purdue's opioid products. Similarly, from approximately April 2016 through December 2016, Purdue made payments to Practice Fusion Inc., an electronic health records company , in exchange for referring, recommending, and arranging for the ordering of Purdue's extended release opioid products - Oxycontin, Butrans, and Hysingla".

12. Further, the civil settlement also resolves the government's allegations that from approximately 2008-2018, at **The Sackler Family's request**, Purdue transferred assets into Sackler family holding companies and trusts that were made to hinder creditors, and/or were otherwise voidable as **fraudulent** transfers.

13. Patrick Ryan Wroblewski passed on in The State of Florida following the **fraud** maliciously perpetrated by The Sackler's and proven to be of fact by The U.S. Department of Justice with the assistance of The F.B.I., and The D.E.A.. Further accomplices include The State of Florida, Palm Beach County, FL and Broward County, FL, The Florida Department of Children's and Families ("DCF"), The Boynton Beach, FL Police Department, The Delray Beach, FL Police Department, The Drug Abuse Foundation ("DAF"), Broward Addiction and Recovery Center ("B.A.R.C."), the now defunct Epiphany Treatment Center and multiple hospitals, physicians and pharmacies in Palm Beach and Broward County, FL.

14. Ellen Isaacs' has been **permanently** harmed and mamed in The State of Florida following the **fraud** maliciously perpetrated by The Sackler's and proven to be of fact by The U.S. Department of Justice with the assistance of The F.B.I. and The D.E.A., physicians, hospitals and pharmacies.

15. In the State of Florida debts **NOT** permitted to be discharged within Bankruptcy include debts for willful and malicious injury by the debtor to another entity or to the property of another entity and debts for certain criminal restitution orders.11 U.S.C. § 523(a). Both of which apply in this case.

16. The Attorney General of the State of Florida violated the law and The Will of The People voting in favor of the Bankruptcy Plan having full knowledge

the entire Bankruptcy proceedings were based on **fraud** and is **NOT** dischargeable.

17. Fraud involves a lie about a present or existing fact and fraud involves a significant misrepresentation of an existing fact the creditor relied on. All are proven to be of fact by The Department of Justice, F.B.I., D.E.A. and The Sackler's own admissions.

18. This Court's confirmation was not permitted by the Law of the State of Florida, The State of Pennsylvania or any State in the United States of America because the debtor (The Sackler's) made a representation, with knowledge of its falsity, deliberately for the purpose of deceiving the creditor(s), who justifiably relied on the representation, which proximately caused the victims/claimants damage.

19. The irreparable damage to the victims/claimants is much greater than that of the States. Had the States moved to indict the Sackler's in 2007 we would not be in a public health and safety emergency today. Had the Curtis Wright and Janet Woodcock of the D.E.A. not rubber stamped The Sackler's Oxycontin patent we would not be in the National Public Health and Safety Emergency with billions of loving humans with feelings and emotion reeling in grief. Grief to which there are limited to no services available for these precious human beings. None of the man made genocide is black and white on paper. The States and Corporations are all complicit too.

20. The Attorney General's of the States that voted in favor of the settlement violated State and Federal Laws.

21. The Attorney General's of the States and Corporations that voted in favor of the settlement wrongfully overreached The Will of The People. Their egregious actions provided for an <u>**illegal and fraudulent**</u> confirmation.

22. Once funds begin to be moved The Sackler's overpaid legal team have alleged they will argue equitable mootness.

23. The attorney's and Consultants are billing exurbanite fees to defend the biggest **fraud** perpetrated unto the American People in OUR history. The funds are wastefully being spent via **FRAUD** to all of the billing parties which is available for viewing on the Prime Clerk Docket. One matter to be addressed is the outrageous request for a

4

payment for services billed for services from August 1, 2021-August 31, 2021 for nearly $1M dollars.

24. The Sackler's defense behind decades of **fraud** perpetrated by The Sackler's and the State Attorney General's has resulted in the true victims in this case, the individuals and the families, from having a voice in this matter, proper due process, effective treatment for the physical and mental dis-ease created when they began changing the chemistry in humans brains for profits.

25. The Sackler's heinous actions have prevented the individual victims/claimants proper and effective financial compensation to assist them with their lifelong physical and mental health.

26. The Sackler's and the nearly thousand of attorney's will be paid more than $1B Dollars. Funds that should go towards the National Public Health and Safety Emergency created by the Sackler's with the assistance of Curtis Wright and Janet Woodcock of the F.D.A..

27. The F.D.A. has Sovereignty and it serves the Federal Government under The Department of Health and Human Services who DOES NOT have Sovereignty.

28. The States may have Sovereignty in this case but the individuals of the States and Federal Government DO NOT. There are a few vehicles to unravel all of these Chapter 11 legal proceedings and thrust all the proceedings at minimum into Chapter 7. Just how far down the rabbit hole does everyone want to go before action takes place across The Nation and lands in the Supreme Court?

29. It's outrageous for This Court, Corporations and The Attorneys NOT to put the Victims/Claimants' financial needs for their mental and physical health; along with the ability to sustain their families, before that of the States and Corporations. The very same entities that have no vehicle in place to provide effective services to the billions that are in need of immediate care. Further, the same parties have a proven track record of failing The American People with red tape and political rhetoric which keeps our society in a downward spiral of death and mental health despair.

**I, Ellen Isaacs, on behalf of Patrick Ryan Wroblewski, *WE THE PEOPLE and herself* continue to Object to these Bankruptcy Proceedings and respectfully request the following relief; along with other such relief that this Court deems just, meet and proper:**

1. Withhold all payments requested by every party in this case until final disposition.
2. Recall all payments previously approved to be paid in these fraudulent proceedings.
3. A full blown investigation into Curtis Wright and Janet Woodcock of the DEA and their involvement with approving Oxycontin and other man made synthetic drugs purported to relieve pain.
4. All votes for each state to be recounted and reviewed for solicitation of fraud. Should a State AG have voted against the Will of the people for their specific State they are to be immediately removed from office.
5. Seizure of all of Purdue Pharma, The Sackler's assets and holdings including Mundi Pharmaceutical.
6. The USAG and UN to oversee the entire Bankruptcy proceedings and Criminal Prosecution in a World Court.
7. This Court to not take this motion personally which occurred in Ellen Isaacs' Emergency Motion for Injunction where the relief requested was not addressed (see Zoom). The only matters addressed were criminal prosecution of which as we all should know by now an State Attorney General must request and Judge Robert D. Drain defended his 20 years on the bench to not get things wrong. Then 17 days later Judge Robert D. Drain announced his resignation.

6

Respectfully submitted this 13th day of October, 2021.

_____

Ellen Isaacs, Pro Se

## CERTIFICATE OF SERVICE

**I, ELLEN ISAACS, HEREBY CERTIFY** that a true and correct copy of the foregoing has been transmitted through electronic mail to all parties through the CM/ECF system this 13th day of October 2021.

_____

Ellen Isaacs, Pro Se

Sworn to and subscribed before me this 13th day of October 2021.

_____

NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
ADAM B KRUGER - Notary Public
Philadelphia County
My Commission Expires July 17, 2025
Commission Number 1317163