JS 44C/SDNY
REV. 10/01/2020

# CIVIL COVER SHEET

21-cv-8548

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
See Schedule A

**DEFENDANTS**
See Schedule A

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-1106

ATTORNEYS (IF KNOWN)
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Appeal pursuant to 28 U.S.C. § 158 from the Order of the Bankruptcy Court entered on September 17, 2021

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ]   Judge Previously Assigned

If yes, was this case  Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ]   If yes, give date _____ & Case No. _____

**IS THIS AN INTERNATIONAL ARBITRATION CASE?**    No [✗]    Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)  **NATURE OF SUIT**

**TORTS**                                                                                          **ACTIONS UNDER STATUTE**

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | | [ ] 367 HEALTHCARE/ | | | |
| [ ] 110  INSURANCE | [ ] 310 AIRPLANE | PHARMACEUTICAL PERSONAL | [ ] 625 DRUG RELATED | [✗] 422 APPEAL | [ ] 375 FALSE CLAIMS |
| [ ] 120  MARINE | [ ] 315 AIRPLANE PRODUCT | INJURY/PRODUCT LIABILITY | SEIZURE OF PROPERTY | 28 USC 158 | [ ] 376 QUI TAM |
| [ ] 130  MILLER ACT | LIABILITY | [ ] 365 PERSONAL INJURY | 21 USC 881 | [ ] 423 WITHDRAWAL | [ ] 400 STATE |
| [ ] 140  NEGOTIABLE | [ ] 320 ASSAULT, LIBEL & | PRODUCT LIABILITY | [ ] 690 OTHER | 28 USC 157 | REAPPORTIONMENT |
| INSTRUMENT | SLANDER | [ ] 368 ASBESTOS PERSONAL | | | [ ] 410 ANTITRUST |
| [ ] 150  RECOVERY OF | [ ] 330 FEDERAL | INJURY PRODUCT | | | [ ] 430 BANKS & BANKING |
| OVERPAYMENT & | EMPLOYERS' | LIABILITY | **PROPERTY RIGHTS** | | [ ] 450 COMMERCE |
| ENFORCEMENT | LIABILITY | | | | [ ] 460 DEPORTATION |
| OF JUDGMENT | [ ] 340 MARINE | **PERSONAL PROPERTY** | [ ] 820 COPYRIGHTS   [ ] 880 DEFEND TRADE SECRETS ACT | | [ ] 470 RACKETEER INFLU- |
| [ ] 151  MEDICARE ACT | [ ] 345 MARINE PRODUCT | | [ ] 830 PATENT | | ENCED & CORRUPT |
| [ ] 152  RECOVERY OF | LIABILITY | [ ] 370 OTHER FRAUD | | | ORGANIZATION ACT |
| DEFAULTED | [ ] 350 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION | | (RICO) |
| STUDENT LOANS | [ ] 355 MOTOR VEHICLE | | [ ] 840 TRADEMARK | | [ ] 480 CONSUMER CREDIT |
| (EXCL VETERANS) | PRODUCT LIABILITY | | | **SOCIAL SECURITY** | [ ] 485 TELEPHONE CONSUMER |
| [ ] 153  RECOVERY OF | [ ] 360 OTHER PERSONAL | | | | PROTECTION ACT |
| OVERPAYMENT | INJURY | [ ] 380 OTHER PERSONAL | **LABOR** | [ ] 861 HIA (1395ff) | |
| OF VETERAN'S | [ ] 362 PERSONAL INJURY - | PROPERTY DAMAGE | | [ ] 862 BLACK LUNG (923) | [ ] 490 CABLE/SATELLITE TV |
| BENEFITS | MED MALPRACTICE | [ ] 385 PROPERTY DAMAGE | [ ] 710 FAIR LABOR | [ ] 863 DIWC/DIWW (405(g)) | |
| [ ] 160  STOCKHOLDERS | | PRODUCT LIABILITY | STANDARDS ACT | [ ] 864 SSID TITLE XVI | [ ] 850 SECURITIES/ |
| | | | | [ ] 865 RSI (405(g)) | COMMODITIES/ |
| [ ] 190  SUITS | | **PRISONER PETITIONS** | [ ] 720 LABOR/MGMT | | EXCHANGE |
| OTHER | | | RELATIONS | | |
| [ ] 195  CONTRACT | | [ ] 463 ALIEN DETAINEE | [ ] 740 RAILWAY LABOR ACT | | [ ] 890 OTHER STATUTORY |
| CONTRACT | | [ ] 510 MOTIONS TO | [ ] 751 FAMILY MEDICAL | **FEDERAL TAX SUITS** | ACTIONS |
| PRODUCT | **ACTIONS UNDER STATUTES** | VACATE SENTENCE | LEAVE ACT (FMLA) | | [ ] 891 AGRICULTURAL ACTS |
| LIABILITY | | 28 USC 2255 | | [ ] 870 TAXES (U.S. Plaintiff or | |
| [ ] 196  FRANCHISE | **CIVIL RIGHTS** | [ ] 530 HABEAS CORPUS | [ ] 790 OTHER LABOR | Defendant) | [ ] 893 ENVIRONMENTAL |
| | | [ ] 535 DEATH PENALTY | LITIGATION | [ ] 871 IRS-THIRD PARTY | MATTERS |
| | [ ] 440 OTHER CIVIL RIGHTS | [ ] 540 MANDAMUS & OTHER | [ ] 791 EMPL RET INC | 26 USC 7609 | [ ] 895 FREEDOM OF |
| **REAL PROPERTY** | (Non-Prisoner) | | SECURITY ACT (ERISA) | | INFORMATION ACT |
| | [ ] 441 VOTING | | **IMMIGRATION** | | [ ] 896 ARBITRATION |
| | | | | | [ ] 899 ADMINISTRATIVE |

| | | | | |
|---|---|---|---|---|
| [ ] 210 LAND CONDEMNATION | [ ] 442 EMPLOYMENT | **PRISONER CIVIL RIGHTS** | [ ] 462 NATURALIZATION APPLICATION | PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION |
| [ ] 220 FORECLOSURE | [ ] 443 HOUSING/ ACCOMMODATIONS | [ ] 550 CIVIL RIGHTS | | |
| [ ] 230 RENT LEASE & EJECTMENT | [ ] 445 AMERICANS WITH DISABILITIES - | [ ] 555 PRISON CONDITION | [ ] 465 OTHER IMMIGRATION ACTIONS | [ ] 950 CONSTITUTIONALITY OF STATE STATUTES |
| | | [ ] 560 CIVIL DETAINEE | | |
| [ ] 240 TORTS TO LAND | EMPLOYMENT | CONDITIONS OF CONFINEMENT | | |
| [ ] 245 TORT PRODUCT LIABILITY | [ ] 446 AMERICANS WITH DISABILITIES -OTHER | | | |
| [ ] 290 ALL OTHER REAL PROPERTY | [ ] 448 EDUCATION | | | |

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?

UNDER F.R.C.P. 23

IF SO, STATE:

DEMAND $_____ OTHER_____   JUDGE  Hon. Colleen McMahon    DOCKET NUMBER  7:21-cv-07532

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☐ NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

This appeal, like the other filed appeals by attorneys general and the United States Trustee, challenges the decision of the United States Bankruptcy Court for the Southern District of New York to confirm the debtors' plan of reorganization in In re Purdue Pharma L.P., Case No. 19-23649 (RDD) (See Local Rule 13 (a)(1))(Bankruptcy appeals are deemed related if they arise from the same order or judgment of the bankruptcy court.)

There are 13 direct appeals from the Bankruptcy Court cases in In re: Purdue Pharma L.P., et al., and have all been docketed and assigned to Judge McMahon. In her October 13, 2021, decision in Case 7:21-cv-07966-CM, Document 49, she said that she would be issuing a consolidation order in those cases and would include the Vermont matter as soon as it is docketed.
Her consolidation order, Document 55, was issued on October 13, 2021 and given Master Case Number 7:21-CV-7532-CM.

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

[x] 1 Original Proceeding
[ ] 2 Removed from State Court
  [ ] a. all parties represented
  [ ] b. At least one party is pro se.
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation (Transferred)
[ ] 7 Appeal to District Judge from Magistrate Judge
[ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)    **BASIS OF JURISDICTION**    *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [x] 3 FEDERAL QUESTION (U.S. NOT A PARTY)    [ ] 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [x] WHITE PLAINS    [ ] MANHATTAN

DATE 09/30/2021    /s/ DRAFT (LAZAR)
SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. 09 Yr. 1983)
Attorney Bar Code #JA1578

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge_____ is so Designated.

Ruby J. Krajick, Clerk of Court by_____ Deputy Clerk, DATED_____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

# Schedule A

| Appellant | Appellant's Attorneys |
|---|---|
| The State of Vermont | Jill S. Abrams<br>109 State St.<br>Montpelier, VT 05609<br>Tel: (802) 828-1106 |

| Appellees | Appellees' Attorneys |
|---|---|
| Purdue Pharma L.P.<br>Purdue Pharma Inc.<br>Purdue Transdermal Technologies L.P.<br>Purdue Pharma Manufacturing L.P.<br>Purdue Pharmaceuticals L.P.<br>Imbrium Therapeutics L.P.<br>Adlon Therapeutics L.P.<br>Greenfield BioVentures L.P.<br>Seven Seas Hill Corp.<br>Ophir Green Corp.<br>Purdue Pharma of Puerto Rico<br>Avrio Health L.P.<br>Purdue Pharmaceutical Products L.P.<br>Purdue Neuroscience Company<br>Nyatt Cove Lifescience Inc.<br>Button Land L.P.<br>Rhodes Associates L.P.<br>Paul Land Inc.<br>Quidnick Land L.P.<br>Rhodes Pharmaceuticals L.P.<br>Rhodes Technologies<br>UDF LP<br>SVC Pharma LP | Marshall S. Huebner  Benjamin S. Kaminetzky  Timothy Graulich<br>Eli J. Vonnegut<br>Christopher S. Robertson<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 |

SVC Pharma Inc.

| Other Parties | Attorneys |
|---|---|
| United States Trustee William K. Harrington | Paul K. Schwartzberg, Trial Attorney<br>Department of Justice<br>201 Varick Street, Room 1006<br>New York, NY  10014<br>Tel:  (212) 510-0500 |
| United States Department of Justice | Lawrence H. Fogelman<br>Peter Aronoff<br>Danielle Levine<br>Assistant United States Attorneys<br>86 Chambers Street, 3rd Floor<br>New York, NY  10007<br>Tel:  (212) 637-2800 |
| Office Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY  10036<br>Tel:  (212) 872-1000 |