**TARTER KRINSKY & DROGIN**
*Counsel for Ad Hoc Committee of NAS Children*
1350 Broadway, 11th Floor
New York, NY 10018
Tel: (212) 216-8000
Scott S. Markowitz, Esq.
Rocco A. Cavaliere, Esq.
Michael Z. Brownstein, Esq.
Email: smarkowitz@tarterkrinsky.com
Email: rcavaliere@tarterkrinsky.com
Email: mbrownstein@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF PRESENTMENT ON THE APPLICATION OF THE AD HOC COMMITTEE OF NAS CHILDREN FOR COMPENSATION PURSUANT TO SECTION 5.8(g) OF THE TWELFTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF PURDUE PHARMA L.P., ET AL. AND SECTION 1129(a)(4) OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that the fee application of *The Ad Hoc Committee of NAS Children for Compensation Pursuant to Section 5.8(g) of the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P, Et Al. and Section 1129(a)(4) of the Bankruptcy*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors shall include their affiliates and other entities under their control. The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

*Code* [Docket No. 3970] (the "Fee Application"), filed in the above-captioned chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), will be presented for approval before the Honorable Robert D. Drain of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, White Plains, New York 10601, on **November 18, 2021, at 12:00 p.m. (prevailing Eastern Time)** (the "Presentment Date").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to approval of the Fee Application must be in writing and must be served upon the undersigned attorneys for the *Ad Hoc Committee of NAS Children* with a copy to the Chambers of Robert D. Drain, so as to be received no later than **November 15, 2021 at 5:00 p.m.** (the "Objection Deadline") and filed with the Clerk of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE**, that each such objection, if any, shall state the name of the objecting party, its status as a party-in-interest, and the nature and basis of the objection.

**PLEASE TAKE FURTHER NOTICE** that the Fee Application and the amounts requested therein are as follows:

| FIRM | AMOUNT |
|---|---|
| Levenfeld Pearlstein, LLC | $250,000.00 |
| Martzell, Bickford & Centola | $250,000.00 |
| **TOTAL** | **$500,000.00** |

**PLEASE TAKE FURTHER NOTICE** that the Fee Application was electronically filed with the Bankruptcy Court. Copies of the Fee Application and all other documents filed in the chapter 11 cases may be obtained free of charge by visiting the website of Prime Clerk at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings

2

{Client/085978/1/02513843.DOCX;1 }

by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that, if no Objections are timely filed and served with respect to the Fee Application, the NAS Committee shall, on or after the Objection Deadline, submit to the Bankruptcy Court a proposed order granting the Fee Application, which order the Bankruptcy Court may enter with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE**, that unless the Court orders otherwise, no hearing will be held absent the timely filing of an Objection. If an Objection has been timely filed, the Court will notify the moving and objecting parties of the date and time of any hearing.

Dated: October 18, 2021
      New York, New York

                           **TARTER KRINSKY & DROGIN LLP**
                           *Counsel for Ad Hoc Committee of NAS Children*

                  By:    /s/ Scott S. Markowitz

                           Scott S. Markowitz, Esq.
                           Rocco A. Cavaliere, Esq.
                           Michael Z. Brownstein, Esq.
                           1350 Broadway, 11th Floor
                           New York, NY 10018
                           Tel: (212) 216-8000
                           Scott S. Markowitz, Esq.
                           Rocco A. Cavaliere, Esq.
                           Michael Z. Brownstein, Esq.
                           Email: smarkowitz@tarterkrinsky.com
                           Email: rcavaliere@tarterkrinsky.com
                           Email: mbrownstein@tarterkrinsky.com

                           **MARTZELL, BICKFORD & CENTOLA**
                           Scott R. Bickford (LA 1165)
                           338 Lafayette Street

New Orleans, LA 70130
Telephone: 504-581-9065
Facsimile: 504-581-7635
sbickford@mbfirm.com
srd@mbfirm.com
usdcndoh@mbfirm.com

**LEVENFELD PEARLSTEIN, LLC**
Harold D. Israel
2 North LaSalle St., Suite 1300
Chicago, Illinois 60602
Telephone: 312-346-8380
Facsimile: 312-346-8434
hisrael@lplegal.com