AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel:  (212) 872-1000
Fax:  (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al*., | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

---

**SEVENTEENTH MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.**
**FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM JULY 1, 2021 THROUGH JULY 31, 2021**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Applicant | Cole Schotz P.C. |
|---|---|
| **Name of Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | September 15, 2019 |
| **Date of Order Approving Employment** | April 22, 2020 (*nunc pro tunc* to February 24, 2020) |
| **Time Period Covered** | July 1, 2021 – July 31, 2021 |
| **Total Fees Incurred** | $65,610.50 |
| **20% Holdback** | $13,122.10 |
| **Total Fees Less 20% Holdback** | $52,488.40 |
| **Total Expenses Incurred** | $4.60 |
| **Total Fees and Expenses Requested** | $65,615.10 |

Cole Schotz P.C. ("Cole Schotz"), in its capacity as efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma, L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Seventeenth Monthly Fee Statement") covering the period from July 1, 2021 through and including July 31, 2021 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [D.I. 529]. By this Seventeenth Monthly Fee Statement, Cole Schotz requests (a) interim allowance and payment of compensation in the amount of $65,610.50 for fees on account of reasonable and necessary professional services rendered to the Committee by Cole Schotz and (b) reimbursement of actual and necessary costs and expenses in the amount of $4.60 incurred by Cole Schotz during the Compensation Period.

### FEES FOR SERVICES RENDERED
### DURING THE COMPENSATION PERIOD

1.    **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Cole Schotz professional and paraprofessional that provided services to the Committee during the

Compensation Period.  The rates charged by Cole Schotz for services rendered to the Committee are the same rates that Cole Schotz charges generally for professional services rendered to its non-bankruptcy clients.

2.      **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Cole Schotz professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3.      **Exhibit C** sets forth a complete itemization of tasks performed by Cole Schotz professionals and paraprofessionals that provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED DURING THE COMPENSATION PERIOD

4.      **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

5.      **Exhibit E** sets forth a complete itemization of disbursements incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

## NOTICE OF OBJECTION PROCEDURES

6.      Notice of this Seventeenth Monthly Fee Statement will be given to (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne (Jon.Lowne@pharma.com); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson (christopher.robertson@davispolk.com) and Dylan Consla (dylan.consla@davispolk.com); (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (Paul.Schwartzberg@usdoj.gov);

and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801 (dklauder@bk-legal.com) (collectively, the "Notice Parties").

7.    Objections to this Seventeenth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and undersigned counsel to the Committee so as to be received by no later than November 1, 2021 at 12:00 p.m. (ET) (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

8.    If no objections to this Seventeenth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9.    If an objection to this Seventeenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Seventeenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: October 18, 2021
New York, New York

**AKIN GUMP STRAUSS HAUER & FELD LLP**

/s/      *Arik Preis*
Ira Dizengoff
Arik Preis
Mitchell Hurley
Sara Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

- *and* –

**COLE SCHOTZ P.C.**

Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com

*Co-Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P.,* et al.

## EXHIBIT A

### Timekeeper Summary

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) (since 2020) | $645.00 | 18.6 | $11,997.00 |
| Jason R. Melzer | 2003 | Member (Litigation) (since 2009) | $655.00 | 13.9 | $9,104.50 |
| Lauren M. Manduke | 2009 | Member (Litigation) (since 2017) | $520.00 | 2.9 | $1,508.00 |
| Patrick J. Reilley | 2003 | Member (Bankruptcy) (since 2011) | $640.00 | 4.5 | $2,880.00 |
| Warren Usatine | 1995 | Member (Bankruptcy) (since 2004) | $825.00 | 0.8 | $660.00 |
| Susan Usatine | 1998 | Member (Litigation) (since 2006) | $635.00 | 6.7 | $4,254.50 |
| Michael C. Klauder | 2014 | Member (Litigation) (since 2021) | $430.00 | 1.6 | $688.00 |
| Gerard Giordano | 1998 | Special Counsel (Environmental) (since 2005) | $570.00 | 32.2 | $18,354.00 |
| Anthony De Leo | 2013 | Associate (Bankruptcy) (since 2020) | $575.00 | 0.4 | $230.00 |
| Jeffrey Sauer | 2018 | Associate (Bankruptcy) (since 2019) | $315.00 | 4.1 | $1,291.50 |
| Larry Morton | N/A | Paralegal (Bankruptcy) (since 2020) | $315.00 | 10.8 | $3,402.00 |

| Anastasia Bellisari | N/A | Paralegal (Environmental) (since 2019) | $280.00 | 36.0 | $10,080.00 |
|---|---|---|---|---|---|
| Kathleen R. Sermabekian | N/A | Paralegal (Litigation) (since 2016) | $270.00 | 4.3 | $1,161.00 |
| **TOTAL** | | | | **136.8** | **$65,610.50** |

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.3 | $637.00 |
| Committee Matters and Creditor Meetings | 6.1 | $3,919.50 |
| Creditor Inquiries | 0.2 | $129.00 |
| Document Review/Committee Investigation | 78.4 | $33,733.00 |
| Litigation/Gen. (Except Automatic Stay Relief) | 29.9 | $17,081.50 |
| Fee Application Matters/Objections | 11.5 | $4,051.50 |
| Preparation for and Attendance at Hearings | 0.2 | $129.00 |
| Reorganization Plan | 9.2 | $5,930.00 |
| **TOTAL** | **136.8** | **$65,610.50** |

# EXHIBIT C

## Invoice

# COLE SCHOTZ P.C.

Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE  19801

**FEDERAL ID# 22-2113414**

New Jersey — New York — Maryland — Texas  — Florida

PURDUE PHARM, L.P.
N/A - FEE APPLICATION ONLY

| | |
|---|---|
| Invoice Date: | August 17, 2021 |
| Invoice Number: | 897160 |
| Matter Number: | 60810-0001 |

**Re:**  OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2021

| CASE ADMINISTRATION | | | 1.30 | 637.00 |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 07/02/21 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH PRETRIAL CONFERENCE DEADLINES | 0.60 | 189.00 |
| 07/08/21 | PJR | REVIEW EMAILS FROM A. PREIS RE: CASE STATUS AND OPEN ISSUES | 0.10 | 64.00 |
| 07/21/21 | PJR | REVIEW AND ANALYZE EXAMINER REPORT | 0.20 | 128.00 |
| 07/26/21 | PJR | REVIEW EMAIL FROM A. PREIS RE: CASE STATUS AND OPEN ISSUES | 0.10 | 64.00 |
| 07/28/21 | PJR | REVIEW EMAIL FROM A. PREIS RE: CASE STATUS AND UPDATE | 0.10 | 64.00 |
| 07/29/21 | PJR | REVIEW EMAILS FROM A. PREIS RE: CASE STATUS AND OPEN ISSUES | 0.20 | 128.00 |

| COMMITTEE MATTERS AND CREDITOR MEETINGS | | | 6.10 | 3,919.50 |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 07/08/21 | PJR | PARTICIPATE IN CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.90 | 576.00 |
| 07/08/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS | 0.90 | 580.50 |
| 07/12/21 | PJR | REVIEW EMAIL FROM A. PREIS RE: COMMITTEE UPDATE | 0.10 | 64.00 |
| 07/12/21 | PJR | PARTICIPATE IN COMMITTEE CALL WITH MEMBERS AND COMMITTEE PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.30 | 192.00 |
| 07/12/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON AND UCC MEMBERS | 0.30 | 193.50 |
| 07/15/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON, L. SZLEZINGER AND UCC MEMBERS | 0.50 | 322.50 |
| 07/15/21 | PJR | REVIEW EMAILS FROM A. PREIS RE: COMMITTEE UPDATE AND CASE STATUS | 0.10 | 64.00 |
| 07/15/21 | PJR | PARTICIPATE ON CALL WITH COMMITTEE MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.80 | 512.00 |
| 07/16/21 | JRA | REVIEW A. PREIS UCC UPDATE EMAIL | 0.10 | 64.50 |

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS                Invoice Number  897160
       Client/Matter No. 60810-0001                                   August 17, 2021
                                                                            Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/26/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, M. ATKINSON, AND UCC MEMBERS | 0.80 | 516.00 |
| 07/26/21 | PJR | PARTICIPATE IN COMMITTEE CALL WITH MEMBERS AND PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.80 | 512.00 |
| 07/27/21 | JRA | REVIEW A. PREIS UCC UPDATE MATERIALS | 0.30 | 193.50 |
| 07/28/21 | JRA | REVIEW UCC UPDATE MATERIALS | 0.20 | 129.00 |

| **CREDITOR INQUIRIES** | | | **0.20** | **129.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/06/21 | JRA | EMAILS WITH A. PREIS AND CREDITOR RE OPIOID CLAIMS AND TREATMENT OF SAME | 0.20 | 129.00 |

| **DOCUMENT REVIEW/COMMITEE INVESTIGATION** | | | **78.40** | **33,733.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/01/21 | GG | UCC ANALYSIS OF PLAN TREATMENT. | 6.70 | 3,819.00 |
| 07/01/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.90 | 252.00 |
| 07/02/21 | APB | PREPARE NEW TRACKING CHART FOR PURDUE CONFIRMATION RESERVE FTP DATABASE; PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 1.20 | 336.00 |
| 07/02/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS | 0.90 | 252.00 |
| 07/06/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS FOR PURDUE CONFIRMATION RESERVE FTP DATABASE | 0.60 | 168.00 |
| 07/06/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.70 | 444.50 |
| 07/06/21 | GG | UCC ANALYSIS OF PLAN TREATMENT. | 4.00 | 2,280.00 |
| 07/06/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS FOR CHAPTER 11 CASES DATABASE | 1.00 | 280.00 |
| 07/06/21 | JRM | COORDINATE AND REPORT ON REVIEW OF DOCUMENTS PRODUCED IN CONNECTION WITH PLAN CONFIRMATION DISCOVERY. | 3.30 | 2,161.50 |
| 07/07/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.50 | 317.50 |
| 07/07/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS FOR PURDUE CONFIRMATION RESERVE FTP DATABASE | 0.70 | 196.00 |
| 07/07/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS FOR CHAPTER 11 CASES DATABASE | 1.10 | 308.00 |
| 07/08/21 | GG | UCC ANALYSIS OF PLAN TREATMENT; REVIEW AND RESPOND TO EMAIL REGARDING QUESTIONS RELATED TO SAME. | 1.10 | 627.00 |
| 07/08/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.40 | 254.00 |

COLE SCHOTZ P.C.

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  897160 |
|-----|-------------------------------------------|------------------------|
|     | Client/Matter No. 60810-0001              | August 17, 2021 |
|     |                                           | Page 3 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/08/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS FOR PURDUE CONFIRMATION RESERVE FTP DATABASE | 0.80 | 224.00 |
| 07/08/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS FOR CHAPTER 11 CASES DATABASE | 0.90 | 252.00 |
| 07/09/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.60 | 381.00 |
| 07/09/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS FOR PURDUE CONFIRMATION RESERVE FTP DATABASE | 1.00 | 280.00 |
| 07/09/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS FOR CHAPTER 11 CASES DATABASE | 1.30 | 364.00 |
| 07/12/21 | SMU | WORK ON DISCOVERY REVIEW | 0.50 | 317.50 |
| 07/12/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS FOR CHAPTER 11 CASES DATABASE | 1.00 | 280.00 |
| 07/12/21 | APB | PREPARE RELATIVITY SEARCHES RE: COLE SCHOTZ TEAM AND BATCH REVIEWS FOR PURDUE CONFIRMATION RESERVE FTP DATABASE | 0.90 | 252.00 |
| 07/13/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE | 0.80 | 224.00 |
| 07/13/21 | APB | PREPARE TRANSITION DOCUMENTS AND CALL WITH K. SERMABEKIAN RE: PREPARING PRODUCTIVITY TRACKERS FOR PURDUE DATABASES | 0.60 | 168.00 |
| 07/13/21 | SMU | WORK ON DISCOVERY REVIEW | 0.70 | 444.50 |
| 07/13/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 2.50 | 1,300.00 |
| 07/13/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE | 0.90 | 252.00 |
| 07/13/21 | KYS | MEETING WITH A. BELLISARI RE: RELATIVITY SEARCH/BATCH REPORTING. | 0.40 | 108.00 |
| 07/14/21 | GG | UCC ANALYSIS OF PLAN TREATMENT. | 3.60 | 2,052.00 |
| 07/14/21 | SMU | WORK ON DISCOVERY REVIEW | 0.60 | 381.00 |
| 07/14/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE | 0.60 | 168.00 |
| 07/14/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE | 0.70 | 196.00 |
| 07/15/21 | SMU | WORK ON DISCOVERY REVIEW | 0.40 | 254.00 |
| 07/15/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE | 1.10 | 308.00 |
| 07/15/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE | 1.00 | 280.00 |

COLE SCHOTZ P.C.

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 897160 |
| | Client/Matter No. 60810-0001 | August 17, 2021 |
| | | Page 4 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|------|---------|-------------|-------|--------|
| 07/15/21 | GG | UCC ANALYSIS OF PLAN TREATMENT. | 2.90 | 1,653.00 |
| 07/16/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.70 | 444.50 |
| 07/16/21 | GG | UCC ANALYSIS OF PLAN TREATMENT. | 3.20 | 1,824.00 |
| 07/16/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE | 1.10 | 308.00 |
| 07/16/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE | 1.20 | 336.00 |
| 07/19/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.80 | 508.00 |
| 07/19/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE | 0.90 | 252.00 |
| 07/19/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE | 0.80 | 224.00 |
| 07/19/21 | GG | UCC ANALYSIS OF PLAN TREATMENT AND RESPOND TO EMAIL RELATED TO SAME. | 1.30 | 741.00 |
| 07/20/21 | JRM | WORK WITH K. PORTER, P. JOHNSON, D. CHAU RE REVIEW ISSUES. | 2.40 | 1,572.00 |
| 07/20/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.40 | 254.00 |
| 07/20/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE | 1.00 | 280.00 |
| 07/20/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE | 1.10 | 308.00 |
| 07/21/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE | 0.80 | 224.00 |
| 07/21/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE | 0.90 | 252.00 |
| 07/21/21 | SMU | WORK ON SACKLER INVESTIGATION | 0.40 | 254.00 |
| 07/22/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE | 1.20 | 336.00 |
| 07/22/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE | 1.10 | 308.00 |
| 07/23/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE | 0.80 | 224.00 |
| 07/23/21 | LYM | CORRESPONDENCE AND CALL WITH J. MELZER RE: HOT DOCUMENT CATCHALL; SECOND LEVEL REVIEW | 0.40 | 208.00 |

COLE SCHOTZ P.C.

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  897160 |
| | Client/Matter No. 60810-0001 | August 17, 2021 |
| | | Page 5 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/23/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE | 0.70 | 196.00 |
| 07/26/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE | 0.80 | 224.00 |
| 07/26/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE | 0.90 | 252.00 |
| 07/27/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE | 1.20 | 336.00 |
| 07/27/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE | 1.10 | 308.00 |
| 07/28/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE | 0.70 | 196.00 |
| 07/28/21 | APB | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE | 0.60 | 168.00 |
| 07/28/21 | KYS | WITH A. BELLISARI, PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.50 | 135.00 |
| 07/28/21 | KYS | WITH A. BELLISARI, PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE | 0.60 | 162.00 |
| 07/29/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE | 0.80 | 216.00 |
| 07/29/21 | APB | PHONE CALL WITH K. SERMABEKIAN RE: PREPARING RELATIVITY SEARCH FOR DATABASES | 0.60 | 168.00 |
| 07/29/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.60 | 162.00 |
| 07/30/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE | 0.80 | 216.00 |
| 07/30/21 | APB | PHONE CALL WITH K. SERMABEKIAN RE: PREPARING RELATIVITY SEARCH FOR DATABASES | 0.50 | 140.00 |
| 07/30/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.60 | 162.00 |

| | | | | |
|---|---|---|---|---|
| **FEE APPLICATION MATTERS/OBJECTIONS** | | | **11.50** | **4,051.50** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|

## COLE SCHOTZ P.C.

Re:        OFFICIAL COMMITTEE OF UNSECURED CREDITORS                Invoice Number  897160
           Client/Matter No. 60810-0001                                    August 17, 2021
                                                                                Page 6

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/01/21 | LSM | REVIEW ALL MONTHLY FEE APPLICATIONS FOR FOURTH INTERIM FEE APPLICATION FOR COLE SCHOTZ | 0.90 | 283.50 |
| 07/02/21 | LSM | REVISE MONTHLY FEE APPLICATION FOR COLE SCHOTZ FOR MAY 2021 | 0.50 | 157.50 |
| 07/06/21 | JRA | EMAILS WITH LM RE FEE APP (.1); REVIEW AND SIGN OFF ON SAME (.1) | 0.20 | 129.00 |
| 07/06/21 | LSM | COMPILE, REVIEW AND FORWARD TO CO-COUNSEL THE LEDES FILE RELATED TO COLE SCHOTZ FIFTEENTH MONTHLY FEE APPLICATION | 0.30 | 94.50 |
| 07/06/21 | LSM | COMPLETE DRAFT OF FIFTEENTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ AND FORWARD SAME TO CO-COUNSEL AND J. ALBERTO | 0.40 | 126.00 |
| 07/07/21 | LSM | REVIEW EXHIBITS FOR FOURTH INTERIM FEE APPLICATION FOR COLE SCHOTZ | 0.60 | 189.00 |
| 07/08/21 | LSM | DRAFT FOURTH INTERIM FEE APPLICATION FOR COLE SCHOTZ | 1.60 | 504.00 |
| 07/09/21 | LSM | CONTINUE DRAFT OF FOURTH INTERIM FEE APPLICATION FOR COLE SCHOTZ | 2.30 | 724.50 |
| 07/12/21 | LSM | CONTINUE DRAFT OF FOURTH INTERIM FEE APPLICATION FOR COLE SCHOTZ | 1.30 | 409.50 |
| 07/13/21 | LSM | COMPLETE DRAFT OF FOURTH INTERIM FEE APPLICATION FOR COLE SCHOTZ AND FORWARD TO J. ALBERTO | 1.90 | 598.50 |
| 07/14/21 | JRA | REVISE DRAFT INTERIM FEE APP (.4) AND EMAILS WITH E. LISOVICZ RE SAME (.1) | 0.50 | 322.50 |
| 07/14/21 | JRA | FURTHER EMAILS WITH E. LISCOVICZ RE FEE APPS AND REVISIONS TO SAME | 0.60 | 387.00 |
| 07/14/21 | LSM | REVIEW FINALIZED FOURTH INTERIM FEE APPLICATION FOR COLE SCHOTZ | 0.40 | 126.00 |

**LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)**          **29.90      17,081.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/01/21 | WU | REVIEW CORRESPONDENCE TO COURT AND EMAILS RE: FORMS OF ORDER | 0.40 | 330.00 |
| 07/02/21 | JRA | EMAILS WITH A. PREIS, P. BREENE, R. LEVERIDGE AND A. KRAMER RE INSURANCE ADVERSARY | 0.40 | 258.00 |
| 07/02/21 | JTS | SECOND-LEVEL QC REVIEW OF HOT DOCUMENTS PRODUCED IN CONNECTION WITH UCC INVESTIGATION. | 3.20 | 1,008.00 |
| 07/02/21 | ADL | REVIEW DISCOVERY SCHEDULING ORDER IN INSURANCE ADVERSARY PROCEEDING AND EMAIL L. MORTON RE: SAME | 0.10 | 57.50 |
| 07/02/21 | GG | UCC ANALYSIS OF PLAN TREATMENT. | 5.50 | 3,135.00 |
| 07/03/21 | GG | UCC ANALYSIS OF PLAN TREATMENT. | 2.70 | 1,539.00 |
| 07/04/21 | GG | UCC ANALYSIS OF PLAN TREATMENT. | 1.20 | 684.00 |
| 07/06/21 | JTS | SECOND LEVEL QC REVIEW OF HOT DOCUMENTS PRODUCED IN CONNECTION WITH UCC ANALYSIS. | 0.70 | 220.50 |

COLE SCHOTZ P.C.

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  897160 |
| | Client/Matter No. 60810-0001 | August 17, 2021 |
| | | Page 7 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/06/21 | JRA | EMAIL WITH A. PREIS RE SACKLER MEDIATION | 0.10 | 64.50 |
| 07/07/21 | JRA | EMAILS WITH A. PREIS, CREDITORS AND UCC MEMBERS RE SACKLER NEGOTIATIONS, PLAN ISSUES AND MEDIATION | 0.60 | 387.00 |
| 07/07/21 | JRM | WORK WITH K. PORTER, J. RICHARDS, P. JOHNSON, G. GIORDANO, RE REVIEW ISSUES. | 2.90 | 1,899.50 |
| 07/08/21 | JRA | EMAILS WITH A. PREIS RE INSURANCE ISSUES | 0.40 | 258.00 |
| 07/08/21 | JTS | SECOND LEVEL QC REVIEW OF HOT DOCUMENTS PRODUCED IN CONNECTION WITH UCC ANALYSIS OF PLAN CONFIRMATION. | 0.20 | 63.00 |
| 07/08/21 | JRM | WORK WITH P. JOHNSON, G. GIORDANO, K. PORTER RE REVIEW ISSUES. | 2.60 | 1,703.00 |
| 07/09/21 | JRM | WORK WITH P. JOHNSON, M. BELUGI, K. PORTER RE REVIEW ISSUES. | 2.70 | 1,768.50 |
| 07/09/21 | JRA | EMAILS WITH A. PREIS AND W. USATINE RE ARBITRATION | 0.20 | 129.00 |
| 07/12/21 | JRA | EMAILS WITH A. PREIS, A. KRAMER, J. HUDSON AND R. LEVERIDGE RE DISCUSSIONS WITH INSURERS | 0.50 | 322.50 |
| 07/13/21 | JRA | EMAILS WITH M. KLAUDER RE SETTLEMENT DISCUSSIONS | 0.10 | 64.50 |
| 07/13/21 | JRA | T/C WITH PLAINTIFF'S COUNSEL RE INSURANCE ADVERSARY STRATEGY | 0.30 | 193.50 |
| 07/13/21 | WU | CONFERENCE CALL WITH CO-COUNSEL RE: LITIGATION ISSUES | 0.40 | 330.00 |
| 07/13/21 | MXK | CALL WITH CO-COUNSEL RE: TIMING AND STAGING OF ADVERSARY PROCEEDING AND ARBITRATIONS; REVIEW CORRESPONDENCE RE: SAME. | 0.60 | 258.00 |
| 07/14/21 | MXK | REVIEW VARIOUS EMAILS BETWEEN CO-COUNSEL RE: MDT AGREEMENT AND MASTER TDP | 0.30 | 129.00 |
| 07/14/21 | JRA | EMAILS WITH P. BREENE RE INSURANCE ADVERSARY | 0.20 | 129.00 |
| 07/15/21 | MXK | REVIEW DRAFT OF PLAINTIFFS SET OF FIRST INTERROGATORIES TO ALL INSURERS | 0.20 | 86.00 |
| 07/20/21 | JRA | EMAILS WITH R. LEVERIDGE, L. SZYMANSKI, A. PREIS AND W. USATINE RE WITHDRAWAL OF REFERENCE ISSUES | 0.70 | 451.50 |
| 07/20/21 | JRA | EMAILS WITH M. KLAUDER RE TODAY'S AP CALL | 0.10 | 64.50 |
| 07/20/21 | MXK | CALL WITH ARB INSURERS RE: STATUS, PROCESS | 0.30 | 129.00 |
| 07/21/21 | MXK | REVIEW CORRESPONDENCE WITH CO-COUNSEL RE: STATUS, STRATEGY, DISCOVERY REQUESTS TO INSURERS | 0.20 | 86.00 |
| 07/21/21 | JRA | REVIEW DISCOVERY REQUESTS | 0.80 | 516.00 |
| 07/22/21 | JRA | EMAILS WITH M. RUSH, P. BREENE, A. PREIS AND CO-COUNSEL RE MOTION TO SEAL AND OPEN AP ISSUES | 0.60 | 387.00 |
| 07/28/21 | ADL | REVIEW LIBERTY MUTUAL LETTER RE: PROTECTIVE ORDER IN INSURANCE ADVERSARY | 0.30 | 172.50 |
| 07/30/21 | JRA | REVIEW AND EXECUTE CONFI (.2); EMAILS WITH W. USATINE RE SAME (.2) | 0.40 | 258.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS**  **0.20**  **129.00**

COLE SCHOTZ P.C.

Re:        OFFICIAL COMMITTEE OF UNSECURED CREDITORS          Invoice Number  897160
           Client/Matter No. 60810-0001                                    August 17, 2021
                                                                                  Page 8

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|----------|--------------|-----------------|-----------|------------|
| 07/29/21 | JRA | EMAILS WITH A. PREIS AND UCC MEMBERS RE TODAY'S HEARING | 0.20 | 129.00 |

| **REORGANIZATION PLAN** | | | **9.20** | **5,930.00** |
|----|----|----|----|----|

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|----------|--------------|-----------------|-----------|------------|
| 07/03/21 | JRA | REVIEW A. PREIS UCC UPDATE RE CONFIRMATION LITIGATION ISSUES | 0.10 | 64.50 |
| 07/07/21 | JRA | RETURN CREDITOR CALLS REGARDING BALLOTS | 0.80 | 516.00 |
| 07/07/21 | JRA | EMAILS WITH S. BRAUNER RE SOLICITATION ISSUES | 0.20 | 129.00 |
| 07/08/21 | PJR | REVIEW MEDIATORS REPORT | 0.20 | 128.00 |
| 07/08/21 | JRA | RETURN FURTHER CREDITOR CALLS RE PLAN BALLOTING AND CLAIMS | 0.70 | 451.50 |
| 07/12/21 | JRA | RETURN FURTHER CALLS FROM CREDITORS RE PLAN | 0.20 | 129.00 |
| 07/14/21 | JRA | EMAILS WITH A. PREIS AND J. HUDSON RE PLAN ISSUES | 0.30 | 193.50 |
| 07/14/21 | JRA | EMAILS WITH A. PREIS RE VOTING DEADLINE EXTENSION AND CREDITOR CALLS | 0.10 | 64.50 |
| 07/16/21 | JRA | T/C'S WITH SEVERAL CREDITORS RE PLAN | 0.70 | 451.50 |
| 07/19/21 | JRA | RETURN ADDITIONAL CREDITOR INQUIRIES RE PLAN VOTING | 1.10 | 709.50 |
| 07/20/21 | JRA | RETURN ADDITIONAL CREDITOR CALLS RE PLAN CONFIRMATION | 0.50 | 322.50 |
| 07/21/21 | JRA | REVIEW PLAN OBJECTION SUMMARY CHART (.4); EMAILS WITH A. PREIS AND UCC MEMBERS RE SAME (.2) | 0.60 | 387.00 |
| 07/24/21 | JRA | REVIEW UPDATED CONFIRMATION OBJECTION CHART | 0.20 | 129.00 |
| 07/26/21 | JRA | EMAILS (.3) AND T/C'S (.5) WITH A. PREIS AND UCC MEMBERS RE CONFIRMATION ISSUES | 0.80 | 516.00 |
| 07/26/21 | JRA | EMAILS WITH A. PREIS RE INSURER OBJECTIONS TO PLAN AND RESPONSE TO SAME | 0.30 | 193.50 |
| 07/27/21 | JRA | REVIEW VOTING REPORT | 0.20 | 129.00 |
| 07/27/21 | JRA | EMAILS WITH A. PREIS, CREDITOR AND S. BRAUNER RE CONFIRMATION | 0.30 | 193.50 |
| 07/29/21 | JRA | EMAILS WITH K. BENEDICT, A. PREIS, AND CONFIRMATION PARTIES RE CONFIRMATION LOGISTICS, INCLUDING ADJOURNMENT REQUEST AND EXHIBITS | 0.90 | 580.50 |
| 07/30/21 | PJR | REVIEW EMAIL FROM A. PREIS RE: CONFIRMATION ISSUES | 0.10 | 64.00 |
| 07/30/21 | PJR | REVIEW AND ANALYZE CONFIRMATION BRIEF | 0.50 | 320.00 |
| 07/30/21 | JRA | EMAILS WITH M. TOBAK RE ADJOURNMENT OF CONFIRMATION | 0.40 | 258.00 |

TOTAL HOURS    136.80

PROFESSIONAL SERVICES:                                              $65,610.50

**COLE SCHOTZ P.C.**

Re:         OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  897160
            Client/Matter No. 60810-0001                                              August 17, 2021
                                                                                                Page 9

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|------|------------------|-------|------|--------|
| Alberto, Justin | Member | 18.60 | 645.00 | 11,997.00 |
| Anastasia Bellisari | Paralegal | 36.00 | 280.00 | 10,080.00 |
| DeLeo, Anthony | Associate | 0.40 | 575.00 | 230.00 |
| Gerard Giordano | Special Counsel | 32.20 | 570.00 | 18,354.00 |
| Jason R. Melzer | Member | 13.90 | 655.00 | 9,104.50 |
| Kathleen R Sermabekian | Paralegal | 4.30 | 270.00 | 1,161.00 |
| Lauren M. Manduke | Member | 2.90 | 520.00 | 1,508.00 |
| Michael C. Klauder | Member | 1.60 | 430.00 | 688.00 |
| Morton, Larry | Paralegal | 10.80 | 315.00 | 3,402.00 |
| Patrick J. Reilley | Member | 4.50 | 640.00 | 2,880.00 |
| Sauer, Jeffrey | Associate | 4.10 | 315.00 | 1,291.50 |
| Susan Usatine | Member | 6.70 | 635.00 | 4,254.50 |
| Warren Usatine | Member | 0.80 | 825.00 | 660.00 |
| **Total** | | **136.80** | | **$65,610.50** |

## EXHIBIT D

**EXPENSE SUMMARY**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Online Research | WestLaw | $4.60 |
| **TOTAL** | | **$4.60** |

**<u>EXHIBIT E</u>**

**<u>Expense Detail</u>**

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  897160 |
|---|---|---|
| | Client/Matter No. 60810-0001 | August 17, 2021 |
| | | Page 10 |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 06/16/21 | ONLINE RESEARCH | 25.00 | 2.50 |
| 06/16/21 | ONLINE RESEARCH | 1.00 | 0.10 |
| 06/17/21 | ONLINE RESEARCH | 9.00 | 0.90 |
| 06/17/21 | ONLINE RESEARCH | 4.00 | 0.40 |
| 06/21/21 | ONLINE RESEARCH | 7.00 | 0.70 |
| | | **Total** | **$4.60** |

TOTAL SERVICES AND COSTS:                              $       65,615.10