**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF TWENTY-FIRST MONTHLY FEE STATEMENT OF
JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JULY 1, 2021 THROUGH JULY 31, 2021**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | July 1, 2021 through July 31, 2021 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $6,701.50 |

This is a(n):   monthly  _x_   interim ___   final application ___

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**TWENTY-FIRST MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
**July 1, 2021 through July 31, 2021**

**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 10.0 |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 31.0 |
| 4 | Debtor Communication | 3.0 |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | 49.5 |
| 8 | Travel | - |
| 9 | Due Diligence | 47.5 |
| 10 | Business Plan | - |
| 11 | Case Strategy | - |
| | | **141.0** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-Head/Managing Director, Debt Advisory & Restructuring | 22.0 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 7.5 |
| Jaspinder Kanwal | Senior Vice President, Debt Advisory & Restructuring | 28.0 |
| Ben Troester | Associate, Debt Advisory & Restructuring | 19.0 |
| Kamil Abdullah | Analyst, Debt Advisory & Restructuring | 35.0 |
| Kevin Sheridan | Co-Head/Managing Director, Global Healthcare Investment Banking | 8.0 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 5.5 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 7.0 |
| Connor Hattersley | Associate, Global Healthcare Investment Banking | 9.0 |
| | | **141.0** |

**TWENTY-FIRST MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**July 1, 2021 through July 31, 2021**

| **Category** | **July 2021** |
|---|---|
| Meals | $ - |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | 6,701.50 |
| General | - |
| **Total Expenses** | **$6,701.50** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**TWENTY-FIRST MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2021 THROUGH JULY 31, 2021**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from July 1, 2021 through July 31, 2021 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $6,701.50. In support of this Fee Statement, Jefferies respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3. On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131]. Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4. On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application").[2] A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5. On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Retention Application.

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6. On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

**Relief Requested**

7. By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from July 1, 2021 through July 31, 2021; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $6,701.50.

8.     All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order. Such time records are attached hereto as Exhibit A.

9.     The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

## Actual and Necessary Expenses

10.     Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order. As set forth in greater detail in the summary attached hereto as Exhibit B, Jefferies' total expenses incurred during the Compensation Period are $6,701.50, including outside counsel fees as permitted under the Retention Order.

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from July 1, 2021 through July 31, 2021; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $6,701.50.

Dated:  October 18, 2021               Respectfully submitted,
        New York, New York

                                       */s/ Leon Szlezinger*
                                       Leon Szlezinger
                                       Managing Director and Joint Global Head of
                                       Debt Advisory & Restructuring
                                       JEFFERIES LLC

# Exhibit A

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| | **July 1, 2021 - July 31, 2021 Hours for Case Administration / General** | | **10.0** | |
| 07/01/21 | Benjamin Troester | *Internal call re: interim fee app* | 1.0 | 1 |
| 07/01/21 | Kamil Abdullah | *Internal call re: interim fee app* | 1.0 | 1 |
| 07/07/21 | Kamil Abdullah | *Administrative task re: fee statement* | 1.5 | 1 |
| 07/08/21 | Kamil Abdullah | *Administrative task re: interim fee app* | 1.5 | 1 |
| 07/09/21 | Benjamin Troester | *Administrative task re: interim fee app* | 0.5 | 1 |
| 07/10/21 | Kamil Abdullah | *Administrative task re: fee statement* | 1.0 | 1 |
| 07/11/21 | Benjamin Troester | *Administrative task re: fee statement* | 0.5 | 1 |
| 07/12/21 | Kamil Abdullah | *Administrative task re: interim fee app* | 1.0 | 1 |
| 07/13/21 | Benjamin Troester | *Administrative task re: interim fee app* | 0.5 | 1 |
| 07/14/21 | Kamil Abdullah | *Administrative task re: interim fee app* | 0.5 | 1 |
| 07/14/21 | Kamil Abdullah | *Administrative task re: fee statement* | 0.5 | 1 |
| 07/14/21 | Jaspinder Kanwal | *Administrative task review of fee statement and interim fee app* | 0.5 | 1 |
| | **July 1, 2021 - July 31, 2021 Hours for Creditor Communication** | | **31.0** | |
| 07/08/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 07/08/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 07/08/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 07/08/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 07/08/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 07/08/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 07/08/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 07/08/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 07/08/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 07/12/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 07/12/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 07/12/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 07/12/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 07/12/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 07/15/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 07/15/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 07/15/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 07/15/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 07/15/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 07/15/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 07/15/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 07/15/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 07/15/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 07/26/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 07/26/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 07/26/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 07/26/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 07/26/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 07/26/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 07/26/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 07/26/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| | **July 1, 2021 - July 31, 2021 Hours for Debtor Communication** | | **3.0** | |
| 07/29/21 | Leon Szlezinger | *Attend KEPR Motion Hearing* | 1.0 | 4 |
| 07/29/21 | Jaspinder Kanwal | *Attend KEPR Motion Hearing* | 1.0 | 4 |
| 07/29/21 | Kamil Abdullah | *Attend KEPR Motion Hearing* | 1.0 | 4 |
| | **July 1, 2021 - July 31, 2021 Hours for Plan of Reorganization** | | **49.5** | |
| 07/05/21 | Jaspinder Kanwal | *Review of Seventh Plan Supplement* | 2.0 | 7 |
| 07/05/21 | Kamil Abdullah | *Review of Seventh Plan Supplement* | 1.0 | 7 |
| 07/06/21 | Benjamin Troester | *Review of Seventh Plan Supplement* | 1.5 | 7 |
| 07/07/21 | Leon Szlezinger | *Review of Seventh Plan Supplement* | 1.0 | 7 |
| 07/08/21 | Jaspinder Kanwal | *Review of Eight Plan Supplement (MDT Credit Support Agreement)* | 1.0 | 7 |
| 07/08/21 | Benjamin Troester | *Review of Eight Plan Supplement* | 3.0 | 7 |
| 07/08/21 | Kamil Abdullah | *Review of Eight Plan Supplement* | 1.0 | 7 |
| 07/09/21 | Leon Szlezinger | *Review of Eight Plan Supplement (MDT Trust Agreement)* | 2.0 | 7 |
| 07/09/21 | Jaspinder Kanwal | *Review of Eight Plan Supplement (MDT Credit Support Agreements, MDT Trust Agreement)* | 3.0 | 7 |
| 07/09/21 | Benjamin Troester | *Review of Eight Plan Supplement* | 1.5 | 7 |
| 07/10/21 | Jaspinder Kanwal | *Review of Eight Plan Supplement (NewCo Credit Support Agreement, Shareholder Settlement Agreement)* | 1.5 | 7 |
| 07/11/21 | Leon Szlezinger | *Review of Eight Plan Supplement (MDT Credit Support Agreement, Shareholder Settlement Agreement)* | 2.0 | 7 |
| 07/12/21 | Leon Szlezinger | *Review of draft Sackler Settlement Agreement* | 1.0 | 7 |
| 07/12/21 | Jaspinder Kanwal | *Review of draft Sackler Settlement Agreement* | 2.0 | 7 |
| 07/12/21 | Kamil Abdullah | *Review of revised Plan* | 1.0 | 7 |
| 07/13/21 | Benjamin Troester | *Review of revised Plan* | 1.5 | 7 |
| 07/13/21 | Kamil Abdullah | *Review of Eight Plan Supplement* | 2.0 | 7 |
| 07/15/21 | Jaspinder Kanwal | *Review of revised Plan* | 1.5 | 7 |
| 07/15/21 | Benjamin Troester | *Review of revised Plan* | 1.0 | 7 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 07/15/21 | Kamil Abdullah | *Review of revised Plan* | 1.0 | 7 |
| 07/15/21 | Kevin Sheridan | *Review of revised Plan* | 1.0 | 7 |
| 07/17/21 | Leon Szlezinger | *Review of revised Plan* | 2.0 | 7 |
| 07/18/21 | Kamil Abdullah | *Review of Tenth Plan Supplement* | 1.0 | 7 |
| 07/19/21 | Jaspinder Kanwal | *Review of Tenth Plan Supplement (NOAT TDP Procedures)* | 0.5 | 7 |
| 07/19/21 | Jaspinder Kanwal | *Review of revised Plan* | 2.0 | 7 |
| 07/19/21 | Kamil Abdullah | *Review of Plan Objections* | 1.0 | 7 |
| 07/19/21 | Kamil Abdullah | *Review of revised Plan* | 1.5 | 7 |
| 07/21/21 | Leon Szlezinger | *Review of Plan Objections Summary* | 1.0 | 7 |
| 07/23/21 | Jaspinder Kanwal | *Review of Plan Objections Summaries* | 1.0 | 7 |
| 07/24/21 | Kamil Abdullah | *Review of Updated Plan Objections Summary* | 1.5 | 7 |
| 07/30/21 | Robert White | *Review of UCC Confirmation Brief* | 1.0 | 7 |
| 07/30/21 | Jaspinder Kanwal | *Review of UCC Confirmation Brief* | 1.0 | 7 |
| 07/30/21 | Kamil Abdullah | *Review of UCC Confirmation Brief* | 1.5 | 7 |
| 07/30/21 | Kevin Sheridan | *Review of UCC Confirmation Brief* | 0.5 | 7 |
| 07/31/21 | Leon Szlezinger | *Review of UCC Confirmation Brief* | 1.5 | 7 |
| **July 1, 2021 - July 31, 2021 Hours for Due Diligence** | | | **47.5** | |
| 07/05/21 | Kamil Abdullah | *Review of Newco Board Candidates* | 0.5 | 9 |
| 07/06/21 | Benjamin Troester | *Review of Newco Board Candidates* | 0.5 | 9 |
| 07/07/21 | Leon Szlezinger | *Review of Newco Board Candidates* | 0.5 | 9 |
| 07/07/21 | Jaspinder Kanwal | *Review of Newco Board Candidates* | 0.5 | 9 |
| 07/07/21 | Benjamin Troester | *Review of Mediator Report* | 0.5 | 9 |
| 07/07/21 | Benjamin Troester | *Review of Special Education Term Sheet* | 0.5 | 9 |
| 07/07/21 | Kamil Abdullah | *Review of Mediator Report* | 0.5 | 9 |
| 07/07/21 | Kamil Abdullah | *Review of Special Education Term Sheet* | 0.5 | 9 |
| 07/08/21 | Jaspinder Kanwal | *Review of Mediator Report* | 1.0 | 9 |
| 07/09/21 | Leon Szlezinger | *Review of Mediator Report* | 1.0 | 9 |
| 07/10/21 | Connor Hattersley | *Review PPLP data room uploads* | 1.5 | 9 |
| 07/13/21 | Leon Szlezinger | *Review of Population Analysis* | 0.5 | 9 |
| 07/13/21 | Jaspinder Kanwal | *Review of Population Analysis* | 0.5 | 9 |
| 07/13/21 | Benjamin Troester | *Review of Population Analysis* | 0.5 | 9 |
| 07/13/21 | Benjamin Troester | *Review PPLP data room uploads* | 1.0 | 9 |
| 07/13/21 | Kamil Abdullah | *Review of Population Analysis* | 0.5 | 9 |
| 07/13/21 | Kamil Abdullah | *Review PPLP data room uploads* | 1.5 | 9 |
| 07/13/21 | William Maselli | *Review PPLP data room uploads* | 1.0 | 9 |
| 07/15/21 | Leon Szlezinger | *Review Purdue financial update presentation* | 1.0 | 9 |
| 07/15/21 | Robert White | *Review Purdue financial update presentation* | 0.5 | 9 |
| 07/15/21 | Jaspinder Kanwal | *Review Purdue financial update presentation* | 1.5 | 9 |
| 07/15/21 | Benjamin Troester | *Review Purdue financial update presentation* | 2.0 | 9 |
| 07/15/21 | Kamil Abdullah | *Review Purdue financial update presentation* | 1.0 | 9 |
| 07/15/21 | Kevin Sheridan | *Review Purdue financial update presentation* | 0.5 | 9 |
| 07/15/21 | James Wiltshire | *Review Purdue financial update presentation* | 0.5 | 9 |
| 07/15/21 | William Maselli | *Review Purdue financial update presentation* | 0.5 | 9 |
| 07/15/21 | Connor Hattersley | *Review Purdue financial update presentation* | 0.5 | 9 |
| 07/20/21 | Kamil Abdullah | *Review of Purdue Business Plan* | 1.0 | 9 |
| 07/20/21 | Kamil Abdullah | *Review of Examiner Report* | 1.0 | 9 |
| 07/20/21 | William Maselli | *Review of Purdue Business Plan* | 1.0 | 9 |
| 07/20/21 | Connor Hattersley | *Review PPLP data room uploads* | 1.5 | 9 |
| 07/20/21 | Connor Hattersley | *Review of Purdue Business Plan* | 1.0 | 9 |
| 07/21/21 | Leon Szlezinger | *Review of Purdue Business Plan* | 2.0 | 9 |
| 07/21/21 | Robert White | *Review of Purdue Business Plan* | 2.0 | 9 |
| 07/21/21 | Jaspinder Kanwal | *Review of Purdue Business Plan* | 2.0 | 9 |
| 07/21/21 | Kevin Sheridan | *Review of Purdue Business Plan* | 2.0 | 9 |
| 07/21/21 | James Wiltshire | *Review of Purdue Business Plan* | 2.0 | 9 |
| 07/23/21 | Kevin Sheridan | *Review of Plan Objections Summaries* | 1.0 | 9 |
| 07/26/21 | Kamil Abdullah | *Review PPLP data room uploads* | 1.0 | 9 |
| 07/27/21 | Kamil Abdullah | *Review of Voting Report* | 0.5 | 9 |
| 07/29/21 | Kamil Abdullah | *Review of KEIP / KERP documents* | 1.0 | 9 |
| 07/29/21 | Kamil Abdullah | *Review of Third Mediator Report* | 0.5 | 9 |
| 07/30/21 | Leon Szlezinger | *Review of Voting Report* | 0.5 | 9 |
| 07/30/21 | Leon Szlezinger | *Review of KEIP / KERP documents* | 0.5 | 9 |
| 07/30/21 | Jaspinder Kanwal | *Review of Voting Report* | 0.5 | 9 |
| 07/30/21 | Jaspinder Kanwal | *Review of KEIP / KERP documents* | 0.5 | 9 |
| 07/30/21 | Jaspinder Kanwal | *Review of Third Mediator Report* | 0.5 | 9 |
| 07/30/21 | Kamil Abdullah | *Review PPLP data room uploads* | 1.0 | 9 |
| 07/30/21 | William Maselli | *Review PPLP data room uploads* | 1.5 | 9 |
| 07/30/21 | Connor Hattersley | *Review PPLP data room uploads* | 1.5 | 9 |
| 07/31/21 | Leon Szlezinger | *Review of Third Mediator Report* | 0.5 | 9 |
| **July 1, 2021 - July 31, 2021 Total Hours** | | | **141.0** | |

**<u>Exhibit B</u>**

**Expenses**

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|
| Baker Botts | $6,701.50 | 07/31/21 | Legal | Legal invoice from counsel |