KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.* | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

---------------------------------------------------------------x

**TWENTIETH MONTHLY FEE STATEMENT OF KURTZMAN CARSON**
**CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED**
**AND EXPENSES INCURRED AS INFORMATION AGENT FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD JULY 1, 2021 THROUGH JULY 31, 2021**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| General Information | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |

| Summary of Fees and Expenses Sought in the Fee Application | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | July 1, 2021 through July 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $24,493.05 (80% of $30,616.31) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $4,180.95 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $28,674.00 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its twentieth monthly fee statement (the "Monthly Fee Statement") for the period beginning July 1, 2021 through and including July 31, 2021 (the "Fee Period"). During the Fee Period, the fees and expenses incurred by KCC were $34,797.26.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $28,674.00, which represents 80% of KCC's total fees for reasonable and necessary professional

services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**.  A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**.  A schedule of expenses incurred by category.

c. **Exhibit C**.  KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245,

Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on November 1, 2021** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: October 18, 2021
      El Segundo, California

/s/ *Sarah Harbuck*
**KURTZMAN CARSON CONSULTANTS LLC**
Sarah Harbuck
Drake D. Foster
222 N. Pacific Coast Highway
3rd Floor
El Segundo, California 90403
Tel: (310) 823-9000

## **<u>CERTIFICATION</u>**

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

      a)      I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

      b)      I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

      c)      I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.


Dated:  October 18, 2021
      El Segundo, California


                               /s/ *Sarah Harbuck*

                               Sarah Harbuck

**Exhibit A**
**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|----------|------|----------|-------|------|-------|
| AKW | Alyssa Kim-Whittle | Consultant | 0.7 | $203.29 | $142.30 |
| AOP | Alfredo Pastor | Consultant | 1.0 | $200.86 | $200.86 |
| CET | Christopher Estes | Consultant | 56.7 | $203.28 | $11,525.97 |
| CHD | Christopher Do | Senior Managing Consultant | 1.9 | $231.53 | $439.91 |
| CHT | Cheryl Tracey | Consultant | 8.9 | $200.86 | $1,787.64 |
| CJC | Caitlin Corrie | Consultant | 0.3 | $125.20 | $37.56 |
| DAK | Dayna Kosinski | Consultant | 0.3 | $155.50 | $46.65 |
| EAG | Esmeralda Aguayo | Consultant | 11.5 | $200.86 | $2,309.89 |
| EGA | Ellis Gatlin | Clerk | 2.5 | $53.85 | $134.62 |
| EJG | Evan Gershbein | Senior Managing Consultant | 1.6 | $231.53 | $370.45 |
| ESI | Elliser Silla | Consultant | 0.1 | $200.90 | $20.09 |
| FGZ | Francisco Gonzalez | Clerk | 2.1 | $53.85 | $113.08 |
| HEF | Heather Fellows | Consultant | 0.1 | $149.40 | $14.94 |
| IRJ | Ivan Rios Jimenez | Consultant | 0.3 | $143.40 | $43.02 |
| JBU | Joseph Bunning | Senior Consultant | 45.9 | $206.91 | $9,497.18 |
| JDG | Jennifer Grageda | Consultant | 0.6 | $149.40 | $89.64 |
| JUY | Justin Uy | Consultant | 0.4 | $125.23 | $50.09 |
| KCO | Kaci Courtright | Consultant | 0.3 | $200.87 | $60.26 |
| MAP | Manuel Pastor | Consultant | 2.1 | $200.86 | $421.81 |
| MCL | Mikayla Cleary | Consultant | 0.5 | $200.86 | $100.43 |
| MDO | Matthew Orr | Consultant | 2.3 | $200.86 | $461.98 |
| MVZ | Michael Valadez | Consultant | 0.1 | $200.90 | $20.09 |
| MWC | Matthew Canty | Consultant | 2.5 | $200.86 | $502.15 |
| SEB | Senayt Berhe | Consultant | 0.7 | $149.41 | $104.59 |
| STP | Stephanie Paul | Consultant | 2.3 | $125.24 | $288.05 |
| SUS | Sumesh Srivastava | Senior Consultant | 0.2 | $206.90 | $41.38 |
| SYU | Susan Yu | Consultant | 4.3 | $203.28 | $874.11 |
| TFL | Teresa Flores | Consultant | 0.7 | $125.23 | $87.66 |
| VRQ | Vanessa Triana | Senior Managing Consultant | 3.1 | $209.40 | $649.14 |
| VTM | Vien Marquez | Consultant | 0.9 | $200.86 | $180.77 |
| | | | | | |
| | **TOTALS** | | **154.9** | | **$30,616.31** |

**Exhibit B**

**Summary of Expenses by Category**

| Category | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $789.20 |
| Reimbursement of case related phone costs | | | $901.08 |
| Printing and Mailing Expenses | | | $2,388.94 |
| Sales Tax | | | $101.73 |
| | | | |
| **TOTAL** | | | **$4,180.95** |

**Exhibit C**

**Invoice**



September 13, 2021

Purdue Pharma L.P. (Creditors' Committee)
Brendan Stuhan
Blue Cross and Blue Shield Association
1310 G Street NW
Washington DC 20005

   Re: Purdue Pharma L.P. (Creditors' Committee)
    USBC Case No. 19-23649

Dear Brendan Stuhan:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period July 1, 2021 to July 31, 2021 in the amount of $34,797.26 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC


Evan Gershbein
EVP Restructuring



Enclosures



September 13, 2021

<u>Copy Parties</u>

Ira S. Dizengoff, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Arik Preis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Mitchell Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Sara L. Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

# *Kurtzman Carson Consultants LLC*

| Account Number | 70789FA | Invoice Date | September 13, 2021 |
|---|---|---|---|
| Invoice Number | US_KCC2127954 | Due Date | Due upon receipt |

### Purdue Pharma L.P. (Creditors' Committee)
### *Summary*

| <u>Description</u> | <u>Amount</u> |
|---|---|
| **<u>Hourly Fees</u>** | |
| Hourly Fees Charged | $30,616.31 |
| ***Total of Hourly Fees*** | $30,616.31 |
| | |
| **<u>Expenses</u>** | |
| Expenses | $4,079.22 |
| ***Total Expenses*** | $4,079.22 |
| | |
| ***Invoice Subtotal*** | **$34,695.53** |
| Sales and Use Tax | 101.73 |
| ***Total Invoice*** | **$34,797.26** |

---

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 70789FA | **Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| Invoice Number | US_KCC2127954 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Total Amount Due | $34,797.26 | Dept CH 16639 | HSBC Bank, NA |
| Amount Paid | $ | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| | | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

# *Kurtzman Carson Consultants LLC*

07/01/2021 - 07/31/2021

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| AKW | Alyssa Kim-Whittle | CON | 0.70 | $203.29 | $142.30 |
| AOP | Alfredo Pastor | CON | 1.00 | $200.86 | $200.86 |
| CET | Christopher Estes | CON | 56.70 | $203.28 | $11,525.97 |
| CHD | Christopher Do | SMC | 1.90 | $231.53 | $439.91 |
| CHT | Cheryl Tracey | CON | 8.90 | $200.86 | $1,787.64 |
| CJC | Caitlin Corrie | CON | 0.30 | $125.20 | $37.56 |
| DAK | Dayna Kosinski | CON | 0.30 | $155.50 | $46.65 |
| EAG | Esmeralda Aguayo | CON | 11.50 | $200.86 | $2,309.89 |
| EGA | Ellis Gatlin | CL | 2.50 | $53.85 | $134.62 |
| EJG | Evan Gershbein | SMC | 1.60 | $231.53 | $370.45 |
| ESI | Elliser Silla | CON | 0.10 | $200.90 | $20.09 |
| FGZ | Francisco Gonzalez | CL | 2.10 | $53.85 | $113.08 |
| HEF | Heather Fellows | CON | 0.10 | $149.40 | $14.94 |
| IRJ | Ivan Rios Jimenez | CON | 0.30 | $143.40 | $43.02 |
| JBU | Joseph Bunning | SC | 45.90 | $206.91 | $9,497.18 |
| JDG | Jennifer Grageda | CON | 0.60 | $149.40 | $89.64 |
| JUY | Justin Uy | CON | 0.40 | $125.23 | $50.09 |
| KCO | Kaci Courtright | CON | 0.30 | $200.87 | $60.26 |
| MAP | Manuel Pastor | CON | 2.10 | $200.86 | $421.81 |
| MCL | Mikayla Cleary | CON | 0.50 | $200.86 | $100.43 |
| MDO | Matthew Orr | CON | 2.30 | $200.86 | $461.98 |
| MVZ | Michael Valadez | CON | 0.10 | $200.90 | $20.09 |
| MWC | Matthew Canty | CON | 2.50 | $200.86 | $502.15 |
| SEB | Senayt Berhe | CON | 0.70 | $149.41 | $104.59 |
| STP | Stephanie Paul | CON | 2.30 | $125.24 | $288.05 |
| SUS | Sumesh Srivastava | SC | 0.20 | $206.90 | $41.38 |
| SYU | Susan Yu | CON | 4.30 | $203.28 | $874.11 |
| TFL | Teresa Flores | CON | 0.70 | $125.23 | $87.66 |
| VRQ | Vanessa Triana | SMC | 3.10 | $209.40 | $649.14 |
| VTM | Vien Marquez | CON | 0.90 | $200.86 | $180.77 |

|  |  |  |  | ***Total*** | **$30,616.31** |

# *Kurtzman Carson Consultants LLC*

### 07/01/2021 - 07/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 7/1/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report re Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] | CON | Noticing | 0.20 |
| 7/1/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report re Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] | CON | Noticing | 0.20 |
| 7/1/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.70 |
| 7/1/2021 | ESI | Review mail report for Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] | CON | Noticing | 0.10 |
| 7/1/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 7/1/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.70 |
| 7/1/2021 | CET | Return creditor inquiries (10) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.90 |
| 7/1/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| | | | | ***Total for 7/1/2021*** | **5.30** |
| 7/2/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.60 |
| 7/2/2021 | TFL | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.30 |
| 7/2/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 7/2/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 7/2/2021 | CET | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.80 |
| 7/2/2021 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 7/2/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Objection to Motion to Appoint Examiner [DN 3023] | SMC | Noticing | 0.40 |
| | | | | ***Total for 7/2/2021*** | **3.80** |
| 7/6/2021 | JDG | Coordinate and log creditor calls to ensure timely responses | CON | Communications / Call Center | 0.10 |
| 7/6/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 2.10 |
| 7/6/2021 | SYU | Upload the updated case calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 7/6/2021 | JUY | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 7/6/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.80 |
| 7/6/2021 | CET | Return creditor inquiries (13) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 2.40 |

# Kurtzman Carson Consultants LLC

### 07/01/2021 - 07/31/2021

## Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 7/6/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.90 |
| 7/6/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (5) | CON | Communications / Call Center | 0.40 |
| | | | | **Total for 7/6/2021** | **7.10** |
| 7/7/2021 | JDG | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 7/7/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.90 |
| 7/7/2021 | JUY | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.20 |
| 7/7/2021 | JUY | Sort and manage incoming case mail received for processing | CON | Document Processing | 0.10 |
| 7/7/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 7/7/2021 | CET | Return creditor inquiries (10) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.70 |
| 7/7/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 1.10 |
| 7/7/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Third Supplemental Declaration re Retention and Employment of Bedell Cristin Jersey Partnership [DN 3060] | SMC | Noticing | 0.40 |
| | | | | **Total for 7/7/2021** | **5.70** |
| 7/8/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.80 |
| 7/8/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 7/8/2021 | CET | Return creditor inquiries (11) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.90 |
| 7/8/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.80 |
| 7/8/2021 | STP | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.10 |
| | | | | **Total for 7/8/2021** | **5.00** |
| 7/9/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.90 |
| 7/9/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.50 |
| 7/9/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.90 |
| 7/9/2021 | CET | Return creditor inquiries (9) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.80 |
| | | | | **Total for 7/9/2021** | **5.10** |
| 7/12/2021 | JDG | Coordinate and log creditor calls to ensure timely responses | CON | Communications / Call Center | 0.10 |
| 7/12/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 3.60 |

# Kurtzman Carson Consultants LLC

### 07/01/2021 - 07/31/2021

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 7/12/2021 | SYU | Update the Master Service List per Notice of Appearance | CON | Noticing | 0.20 |
| 7/12/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.90 |
| 7/12/2021 | CET | Return creditor inquiries (18) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 3.20 |
| 7/12/2021 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] | CON | Noticing | 0.10 |
| 7/12/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (7) | CON | Communications / Call Center | 0.60 |
| | | | | **Total for 7/12/2021** | **8.70** |
| 7/13/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 3.10 |
| 7/13/2021 | CHT | Listen to and log from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.80 |
| 7/13/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 1.10 |
| 7/13/2021 | CET | Return creditor inquiries (12) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.80 |
| | | | | **Total for 7/13/2021** | **6.80** |
| 7/14/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 3.90 |
| 7/14/2021 | SYU | Correspond with counsel re service of Monthly Fee Statements and Fee App | CON | Noticing | 0.10 |
| 7/14/2021 | SYU | Coordinate and generate Monthly Fee Statements and Fee App [DNs 3174-3179] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.30 |
| 7/14/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 1.50 |
| 7/14/2021 | CET | Return creditor inquiries (19) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 2.90 |
| 7/14/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 1.50 |
| 7/14/2021 | MCL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | CON | Document Processing | 0.30 |
| 7/14/2021 | VRQ | Coordinate and facilitate service of Monthly Fee Statements and Fee App [DNs 3174-3179] including preparation of service lists, review documents and prepare related correspondence | SMC | Noticing | 0.40 |
| 7/14/2021 | MWC | Coordinate and generate Monthly Fee Statements and Fee App [DNs 3174-3179] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 1.30 |
| 7/14/2021 | EJG | Attention to Monthly Fee Statements and Fee App [DNs 3174-3179] mailing, including email communication with counsel re same | SMC | Noticing | 0.60 |
| | | | | **Total for 7/14/2021** | **12.80** |
| 7/15/2021 | VTM | Assist with Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |

# *Kurtzman Carson Consultants LLC*

### *07/01/2021 - 07/31/2021*

### *Time Detail*

| <u>Date</u> | <u>Employee</u> | <u>Description</u> | <u>Position Type</u> | <u>Category</u> | <u>Hours</u> |
|---|---|---|---|---|---|
| 7/15/2021 | MDO | Correspond with Case team re mailing deadline | CON | Noticing | 0.30 |
| 7/15/2021 | MDO | Assist with Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 7/15/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 2.10 |
| 7/15/2021 | IRJ | Assist with Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 7/15/2021 | MAP | Corresponding with case team re mailing deadline | CON | Noticing | 0.10 |
| 7/15/2021 | MAP | Assist with Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.50 |
| 7/15/2021 | EGA | Assist with Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 2.40 |
| 7/15/2021 | FGZ | Assist with Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 2.00 |
| 7/15/2021 | SYU | Coordinate with production re service of Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province | CON | Noticing | 0.10 |
| 7/15/2021 | SYU | Correspond with counsel re service of Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province | CON | Noticing | 0.10 |
| 7/15/2021 | SYU | Coordinate and generate Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.30 |
| 7/15/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| 7/15/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| 7/15/2021 | CET | Return creditor inquiries (8) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.60 |
| 7/15/2021 | EAG | Coordinate and generate Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 3.00 |
| 7/15/2021 | MCL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | CON | Document Processing | 0.20 |
| 7/15/2021 | VRQ | Coordinate and facilitate service of Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] including preparation of service lists, review documents and prepare related correspondence | SMC | Noticing | 1.00 |
| 7/15/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.40 |
| 7/15/2021 | CHD | Assist with Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| 7/15/2021 | CHD | Correspond with case team re mailing deadline | SMC | Noticing | 0.30 |
| 7/15/2021 | SUS | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | SC | Document Processing | 0.20 |
| 7/15/2021 | MWC | Prepare Affidavit of Service for Monthly Fee Statements and Fee App [DNs 3174-3179] mailing | CON | Noticing | 0.80 |

# *Kurtzman Carson Consultants LLC*

### 07/01/2021 - 07/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 7/15/2021 | MWC | Review mail report for Monthly Fee Statements and Fee App [DNs 3174-3179] | CON | Noticing | 0.20 |
| 7/15/2021 | EJG | Attention to Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] mailing, including email communication with counsel re same | SMC | Noticing | 0.60 |
| | | | | **Total for 7/15/2021** | **20.00** |
| 7/16/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.70 |
| 7/16/2021 | SYU | Update the Master Service List per Notice of Appearance | CON | Noticing | 0.20 |
| 7/16/2021 | HEF | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 7/16/2021 | SEB | Manage and review tracking of undeliverable mail re Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] | CON | Undeliverable Mail Processing | 0.10 |
| 7/16/2021 | CHT | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| 7/16/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 7/16/2021 | CET | Return creditor inquiries (9) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.60 |
| 7/16/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.80 |
| 7/16/2021 | EAG | Prepare Certificate of Service for Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] mailing | CON | Noticing | 2.40 |
| 7/16/2021 | EAG | Review email correspondence from recent service and follow-up with creditor and KCC Team re same | CON | Noticing | 0.50 |
| 7/16/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (5) | CON | Communications / Call Center | 0.40 |
| 7/16/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.20 |
| 7/16/2021 | MWC | Prepare Affidavit of Service for Monthly Fee Statements and Fee App [DNs 3174-3179] mailing | CON | Noticing | 0.20 |
| | | | | **Total for 7/16/2021** | **8.80** |
| 7/18/2021 | SYU | Review Certificate of Service re Monthly Fee Statements and Fee App [DNs 3174-3179] mailing | CON | Noticing | 0.30 |
| 7/18/2021 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 7/18/2021 | SYU | Update the Master Service List per Notice of Appearance | CON | Noticing | 0.20 |
| | | | | **Total for 7/18/2021** | **0.60** |
| 7/19/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 4.10 |
| 7/19/2021 | SYU | Update Master Service List per Notice of Appearance | CON | Noticing | 0.30 |
| 7/19/2021 | SEB | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 7/19/2021 | CET | Return creditor inquiries (22) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 3.50 |
| 7/19/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 1.20 |

# *Kurtzman Carson Consultants LLC*

### 07/01/2021 - 07/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 7/19/2021 | EAG | Review email correspondence from recent service and follow-up with creditor and KCC Team re same | CON | Noticing | 0.20 |
| 7/19/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (3) | CON | Communications / Call Center | 0.20 |
| | | | | *Total for 7/19/2021* | *9.60* |
| 7/20/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 2.90 |
| 7/20/2021 | SYU | Review Certificate of Service re Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] mailing | CON | Noticing | 0.30 |
| 7/20/2021 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 7/20/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.50 |
| 7/20/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.80 |
| 7/20/2021 | CET | Return creditor inquiries (9) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.80 |
| 7/20/2021 | EAG | Prepare Certificate of Service for Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] mailing | CON | Noticing | 0.30 |
| 7/20/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.40 |
| | | | | *Total for 7/20/2021* | *7.10* |
| 7/21/2021 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 7/21/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.90 |
| 7/21/2021 | TFL | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 7/21/2021 | TFL | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.30 |
| 7/21/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 7/21/2021 | CET | Return creditor inquiries (11) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.80 |
| 7/21/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.90 |
| 7/21/2021 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| | | | | *Total for 7/21/2021* | *5.60* |
| 7/22/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 2.10 |
| 7/22/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 7/22/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.70 |
| 7/22/2021 | CET | Return creditor inquiries (7) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.40 |

# Kurtzman Carson Consultants LLC

07/01/2021 - 07/31/2021

## Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | **Total for 7/22/2021** | | **4.60** |
| 7/23/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] | CON | Noticing | 0.20 |
| 7/23/2021 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 7/23/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.80 |
| 7/23/2021 | CET | Return creditor inquiries (11) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.90 |
| 7/23/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.80 |
| 7/23/2021 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 7/23/2021 | STP | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| | | | **Total for 7/23/2021** | | **5.00** |
| 7/24/2021 | SYU | Prepare and upload the case calendar and update Important Dates Section on the public access website | CON | Maintenance of Public Access Website | 0.70 |
| | | | **Total for 7/24/2021** | | **0.70** |
| 7/26/2021 | JDG | Coordinate and log creditor calls to ensure timely responses | CON | Communications / Call Center | 0.10 |
| 7/26/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 2.10 |
| 7/26/2021 | SEB | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 7/26/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.50 |
| 7/26/2021 | CHT | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.60 |
| 7/26/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| 7/26/2021 | CET | Return creditor inquiries (7) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.40 |
| 7/26/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.20 |
| | | | **Total for 7/26/2021** | | **5.60** |
| 7/27/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.60 |
| 7/27/2021 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] | CON | Noticing | 0.40 |
| 7/27/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |

# *Kurtzman Carson Consultants LLC*

### 07/01/2021 - 07/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 7/27/2021 | CET | Return creditor inquiries (7) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.20 |
| 7/27/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.70 |
| 7/27/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.20 |
| | | | | **Total for 7/27/2021** | **4.30** |
| 7/28/2021 | MDO | Assist with Mediator's Report [DN 3339] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.80 |
| 7/28/2021 | MDO | Correspond with Case team re mailing deadline | CON | Noticing | 0.30 |
| 7/28/2021 | DAK | Assist with Mediator's Report [DN 3339] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 7/28/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.40 |
| 7/28/2021 | MAP | Corresponding with case team re mailing deadline | CON | Noticing | 0.10 |
| 7/28/2021 | EGA | Assist with Mediator's Report [DN 3339] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 7/28/2021 | FGZ | Assist with Mediator's Report [DN 3339] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 7/28/2021 | SYU | Correspond with counsel re service of Mediator's Report | CON | Noticing | 0.10 |
| 7/28/2021 | SYU | Coordinate with production re service of Mediator's Report | CON | Noticing | 0.10 |
| 7/28/2021 | SYU | Coordinate and generate Mediator's Report [DN 3339] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.30 |
| 7/28/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 7/28/2021 | CET | Return creditor inquiries (12) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.70 |
| 7/28/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 1.10 |
| 7/28/2021 | EAG | Coordinate and generate Mediator's Report [DN 3339] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 2.20 |
| 7/28/2021 | AOP | Assist with Mediator's Report [DN 3339] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.00 |
| 7/28/2021 | KCO | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 7/28/2021 | VRQ | Coordinate and facilitate service of Mediator's Report [DN 3339] including preparation of service lists, review documents and prepare related correspondence | SMC | Noticing | 0.70 |
| 7/28/2021 | CHD | Assist with Mediator's Report [DN 3339] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| 7/28/2021 | CHD | Correspond with case team re mailing deadline | SMC | Noticing | 0.20 |
| 7/28/2021 | EJG | Attention to Mediator's Report [DN 3339] mailing, including email communication with counsel re same | SMC | Noticing | 0.40 |
| | | | | **Total for 7/28/2021** | **11.80** |
| 7/29/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.30 |
| 7/29/2021 | SYU | Update the Master Service List per Notice of Appearance | CON | Noticing | 0.20 |

# *Kurtzman Carson Consultants LLC*

## 07/01/2021 - 07/31/2021

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 7/29/2021 | SEB | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.20 |
| 7/29/2021 | SEB | Manage and review tracking of undeliverable mail re Mediator's Report [DN 3339] | CON | Undeliverable Mail Processing | 0.10 |
| 7/29/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.70 |
| 7/29/2021 | CET | Return creditor inquiries (8) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.40 |
| | | | **Total for 7/29/2021** | | **3.90** |
| 7/30/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.30 |
| 7/30/2021 | SEB | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 7/30/2021 | AKW | Review Certificate of Service for Mediator's Report [DN 3339] mailing | CON | Noticing | 0.70 |
| 7/30/2021 | CET | Return creditor inquiries (6) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.20 |
| 7/30/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| 7/30/2021 | EAG | Prepare Certificate of Service for Mediator's Report [DN 3339] mailing | CON | Noticing | 2.80 |
| 7/30/2021 | EAG | Review email correspondence from recent service and follow-up with creditor and KCC Team re same | CON | Noticing | 0.10 |
| | | | **Total for 7/30/2021** | | **6.80** |
| 7/31/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] | CON | Noticing | 0.20 |
| | | | **Total for 7/31/2021** | | **0.20** |
| | | | **Total Hours** | | **154.90** |

## *Kurtzman Carson Consultants LLC*

*07/01/2021 - 07/31/2021*

### *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $789.20 |
| Reimbursement of case related phone costs | | | $901.08 |
| Printing and Mailing Expenses (See Exhibit) | | | $2,388.94 |
| | | ***Total Expenses*** | ***$4,079.22*** |

## *Kurtzman Carson Consultants LLC*

07/01/2021 - 07/31/2021

### *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 7/14/2021 | Monthly Fee Statements and Fee App [DNs 3174-3179] | 6 | Email Parties | $0.00 | $100.00 |
| 7/15/2021 | Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] | 191 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 191 Email Parties | $250.00 | $250.00 |
| | | 53 | First Class Mail | | |
| | | 13,780 | Image notice printing for 6 documents, including PPLP DN 3212 - Akin Fifth Interim Fee Application, PPLP DN 3213 - Cole Schotz Fourth Interim Fee Application, PPLP DN 3214 - Bedell Fourth Interim Fee Application, PPLP DN 3215 - Jefferies Fifth Interim Fee Application, PPLP DN 3216 - KCC Fifth Interim Fee Application, PPLP DN 3220 - Province Fifth Interim Fee Application | $0.11 | $1,515.80 |
| | | 53 | Non-Standard Envelopes | $0.36 | $19.08 |
| 7/28/2021 | Mediator's Report [DN 3339] | 198 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 198 Email Parties | $250.00 | $250.00 |
| | | 53 | First Class Mail | | |
| | | 424 | Image notice printing for 1 document, including Purdue DN 3339 Mediators Report.pdf | $0.11 | $46.64 |
| | | 53 | Standard Envelopes | $0.14 | $7.42 |

### *Total Printing and Mailing Expenses*    *$2,388.94*