Dated: October 12, 2021

Clerk
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

FILED
U.S. BANKRUPTCY COURT
2021 OCT 15 P 2 34
S.D. OF N.Y.

Reason: Docketing — Claim numbers: 628306 and 628329

Dear Clerk:

Good day. Please docket this Supplement to the above cases. Thank you for your attention to this matter. Could you also mail me a time stamped copy of this filing?

Very truly yours,

Emanuel Shirkill 25022-075
United States Penitentiary
PO Box 33 (F-2)
Terre Haute, IN 47808

United States Bankruptcy Court
Southern District of New York

FILED
U.S. BANKRUPTCY COURT
2021 OCT 15 P 12: 34
S.D. OF N.Y.

In re:                                          Chapter 11
Purdue Pharma L.P., et al.,          Case No. 19-23649 (RDD)

Supplement

Narrative-Claim Claimant has a telephonic hearing October 14, 2021, to learn if the Motion for Late Filing will be granted. Claimant wishes to supplement said motion with the enclosed two medical exhibits that places in evidence the prescribed drugs that was the predicates causing addiction, wherefore, the cause of action to join the Purdue Pharma class action. Judge Drain's clerk Dorthy, he has told Claimant that two claim numbers exist, 628306 and 628329.

Please attach the exhibits to this case file.

Without Prejudice,

By:

Emanuel Shirkill 25022-075
United States Penitentiary
PO Box 33 (F-2)
Terre Haute, IN 47808