UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------  x
                                                      :
In re                                                 :        Chapter 11
                                                      :
PURDUE PHARMA L.P., et al.,                           :        Case No. 19-23649 (RDD)
                                                      :
                                    Debtors.          :        Jointly Administered
                                                      :
----------------------------------------------------  x
```

## CERTIFICATE OF SERVICE

PAUL K. SCHWARTZBERG, hereby affirms under penalty of perjury that the forgoing is

true and correct:

1.      I am an attorney with the Office of the United States Trustee for the Southern
District of New York.

2.      On October 19, 2021, I caused the following pleadings to be served by the method
set forth on the Master Service List as indicated in Exhibit A and Exhibit B attached hereto:

Second Amended Memorandum Of Law In Support Of United States Trustee's Amended
Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal
Pursuant To Federal Rule Of Bankruptcy Procedure 8007 [Docket No. 3972]

Second Amended Memorandum Of Law In Support Of United States Trustee's Amended
Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal
Pursuant To Federal Rule Of Bankruptcy Procedure 8007 [Docket No. 3973].

                                          /s/ *Paul K. Schwartzberg*
                                          Paul K. Schwartzberg