UNITED STATES BANKRUPTCY COURT
Southern District of New York White Plains

| | |
|---|---|
| In re:<br>Purdue Pharma L.P.,<br>  Debtor(s). | Case No.: 19-23649<br>Chapter: 11 |

### CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on October 19, 2021 as directed by Office of the United States Trustee- Region 2 , true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

| |
|---|
| Second Amended Memorandum Of Law In Support Of United States Trustee's Amended Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007 [Docket No. 3972] |
| Second Amended Memorandum Of Law In Support Of United States Trustee's Amended Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007 [Docket No. 3973] |

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.
October 19, 2021

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**Purdue Pharma L.P. 19-23649**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 797 | Air Liquide Industrial U.S. LP, Attn: President or General Counsel, 9811 Katy Freeway, Houston, TX, 77024 | First Class |
| 797 | Akin Gump Strauss Hauer & Feld LLP, Ira S. Dizengoff, Arik Preis, NYC, NY, 10036 | Overnight |
| 797 | Attorney General for the State of Wisconsin, Attn: Michael S. Murphy and Laura E. McFarlane - Assistant Attorney General, 17 West Main Street, P.O. Box 7857, Madison, WI, 53707 | First Class |
| 797 | Chambers of Honorable Robert D. Drain, Purdue Pharma L.P. - Chambers Copy, US Bankruptcy Court SDNY, White Plains, NY, 10601 | Overnight |
| 797 | Cole Schotz P.C., Justin R. Alberto, 500 Delaware Avenue, Suite 1410, Wilmington, DE, 19801 | Overnight |
| 797 | Commonwealth of Puerto Rico, Attn: Bankruptcy Department, Apartado 9020192, San Juan, PR, 00902-0192 | First Class |
| 797 | Davis Polk & Wardwell LLP, Marshall S. Huebner Timothy Graulich      Eli J. Vonnegut, 450 Lexington Avenue, NYC, NY, 10017 | Overnight |
| 797 | Fetzko Law Offices, P.C., Attn: Brian Fetzko, Counsel to Malcolm B. Kinnaird,  Justine R. Kinnaird, Hunt Kinnaird, and Joan E. Vasko as the Administratrix of the Estate of Kathleen Louise Daugherty, Middletown, NY, 10940 | First Class |
| 797 | Ikon Financial Services, Attn: President or General Counsel, 1738 Bass Rd, Macon, GA, 31210-1043 | First Class |
| 797 | Internal Revenue Service, Centralized Insolvency Operation, 2970 Market Street, Philadelphia, PA, 19104-5016 | First Class |
| 797 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA, 19101-7346 | First Class |
| 797 | Kimm Law Firm, Attn: Michael S. Kimm, Counsel to Jung U. Kim, Englewood Cliffs, NJ, 07632 | First Class |
| 797 | Kirkland & Ellis LLP, Attn: James A. Stempel, Counsel to Noramco Coventry LLC, Chicago, IL, 60654 | First Class |
| 797 | Ronald George Dandar, c/o Legal Mail Department, 50 Overlook Drive, Labelle, PA, 15450 | First Class |
| 797 | State of Alabama Attorney General, Attn: Bankruptcy Department, P.O. Box 300152, Montgomery, AL, 36130-0152 | First Class |
| 797 | State of Colorado Attorney General, Attn: Bankruptcy Department, Ralph L. Carr Colorado Judicial Center, Denver, CO, 80203 | First Class |
| 797 | State of Florida Attorney General, Attn: Bankruptcy Department, The Capitol, PL 01, Tallahassee, FL, 32399-1050 | First Class |
| 797 | State of Georgia Attorney General, Attn: Bankruptcy Department, 40 Capital Square, SW, Atlanta, GA, 30334-1300 | First Class |
| 797 | State of Idaho Attorney General, Attn: Bankruptcy Department, 700 W. Jefferson Street, Boise, ID, 83720-1000 | First Class |
| 797 | State of Indiana Attorney General, Attn: Bankruptcy Department, Indiana Government Center South, Indianapolis, IN, 46204 | First Class |
| 797 | State of Iowa Attorney General, Attn: Bankruptcy Department, 1305 E. Walnut Street, Des Moines, IA, 50319 | First Class |
| 797 | State of Kansas Attorney General, Attn: Bankruptcy Department, 120 SW 10th Ave., 2nd Floor, Topeka , KS, 66612-1597 | First Class |
| 797 | State of Kentucky Attorney General, Attn: Bankruptcy Department, 700 Capitol Avenue, Suite 118, Frankfort , KY, 40601 | First Class |
| 797 | State of Minnesota Attorney General, Attn: Bankruptcy Department, 1400 Bremer Tower, St. Paul, MN, 55101-2131 | First Class |
| 797 | State of Mississippi Attorney General, Attn: Bankruptcy Department, Walter Sillers Building, Jackson, MS, 39201 | First Class |
| 797 | State of Nevada Attorney General, Attn: Bankruptcy Department, 100 North Carson Street, Carson City, NV, 89701 | First Class |
| 797 | State of New Mexico Attorney General, Attn: Bankruptcy Department, P.O. Drawer 1508, Santa Fe, NM, 87504-1508 | First Class |
| 797 | State of Ohio Attorney General, Attn: Bankruptcy Department, 30 E. Broad St., 14th Floor, Columbus, OH, 43215 | First Class |
| 797 | State of Oklahoma Attorney General, Attn: Bankruptcy Department, 313 NE 21st Street, Oklahoma City, OK, 73105 | First Class |
| 797 | State of Pennsylvania Attorney General, Attn: Bankruptcy Department, Strawberry Square, Harrisburg, PA, 17120 | First Class |
| 797 | State of Rhode Island Attorney General, Attn: Bankruptcy Department, 150 South Main Street, Providence, RI, 02903 | First Class |
| 797 | State of South Carolina Attorney General, Attn: Bankruptcy Department, P.O. Box 11549, Columbia, SC, 29211-1549 | First Class |
| 797 | State of Wisconsin Attorney General, Attn: Bankruptcy Department, Wisconsin Department of Justice, Madison, WI, 53707-7857 | First Class |
| 797 | State of Wyoming Attorney General, Attn: Bankruptcy Department, 123 Capitol Building, Cheyenne, WY, 82002 | First Class |
| 797 | U.S. Bank Equipment Finance, Attn: President or General Counsel, 1310 Madrid Street, Marshall, MN, 56258 | First Class |
| 797 | U.S. Department of Justice, Attn: Legal Department, 950 Pennsylvania Avenue, NW, Washington, DC, 20530-0001 | First Class |
| 797 | United States Attorney's Office, Attn: U.S. Attorney, 300 Quarropas Street, Room 248, White Plains, NY, 10601-4150 | First Class |
| 797 | Washington DC Attorney General, Attn: Bankruptcy Department, 441 4th Street, NW, Washington, DC, 20001 | First Class |