**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA, L.P., et al.,** | Case No.19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

## MOTION TO WITHDRAW APPEARANCE

Please take notice that Aisha Rich of Mehri & Skalet, PLLC, hereby withdraws as counsel to the Public School District Creditors identified in the attached Exhibit A. Aisha Rich is leaving Mehri & Skalet on October 20, 2021. The remaining attorneys of record, including Cyrus Mehri, Steven Skalet, and Joshua Karsh at Mehri & Skalet, will continue to represent the Public School District Creditors in this matter.

Dated: October 20, 2021                             Respectfully Submitted

By: /s/ *Aisha Rich*

MEHRI & SKALET, PLLC
Cyrus Mehri (pro hac vice)
Steven A. Skalet (pro hac vice)
Joshua Karsh (pro hac vice)
Aisha Rich (pro hac vice pending)
2000 K Street, NW, Suite 325
(202) 822-5100 (phone)
(202) 822-4997 (fax)
cmehri@findjustice.com
sskalet@findjustice.com
jkarsh@findjustice.com
arich@findjustice.com

Chiung-Hui Huang
Neil L. Henrichsen (pro hac vice)
Dawn C. Stewart (pro hac vice)
225 Broadway, Suite 1803
New York, NY 10007
(646) 378-4421
chuang@hslawyers.com
nhenrichsen@hslawyers.com
dstewart@hslawyers.com

HUGHES SOCOL PIERS RESNICK &
DYM, LTD.
Matthew J. Piers (pro hac vice)
Charlie D. Wysong (pro hac vice)
Margaret E. Truesdale (pro hac vice)
Emily R. Brown (pro hac vice)
Mark Dym (pro hac vice)
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 604-2630 (phone)
(312) 604-2631 (fax)
mpiers@hsplegal.com
cwysong@hsplegal.com
mtruesdale@hsplegal.com
ebrown@hsplegal.com
mdym@hsplegal.com

HIMES PETRARCA & FESTER, CHTD.
Justino D. Petrarca (pro hac vice)
Two Prudential Plaza, Suite 3100
180 North Stetson
Chicago, Illinois 60601
(312) 565-3100 (phone)
(312) 565-0000 (fax)
jpetrarca@edlawyer.com

TERREL HOGAN, P.A.
Wayne Hogan (pro hac vice)
Leslie Goller (pro hac vice)
233 E. Bay Street, Suite 80
Jacksonville, FL 32202
904.722.2228
hogan@terrellhogan.com
lgoller@terrellhogan.com

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically and served on all counsel of record on October 20, 2021, via the Court's ECF system.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Aisha Rich
　　　　　　　　　　　　　　　　　　　　　　　　Aisha L. Rich