# EXHIBIT A

# EXHIBIT A – School District Clients

Board of Education of Miami-Dade County Public Schools
Baltimore City Board of School Commissioners
Board of Education of Rochester City School District
Board of Education of Minnetonka School District No. 276

## Illinois

Board of Education of East Aurora School District No. 131
Board of Education of Thornton Township High School District 205
Board of Education of Thornton Fractional Township High Schools, Illinois District No. 215
Board of Education of Joliet Township High School District 204
Board of Education of the City of Chicago, School District 299

## West Virginia

Board of Education of Mason County Public School District
Board of Education of Putnam County Schools
Board of Education of Wyoming County Schools
Board of Education of Marion County Schools

## Kentucky

Board of Education of Fayette County Public Schools
Board of Education of LaRue County Schools
Board of Education of Bullitt County School District
Board of Education of Breathitt County Schools
Board of Education of Estill County Schools
Board of Education of Harrison County Schools
Board of Education of Hart County Schools
Board of Education of Jefferson County Public Schools
Board of Education of Johnson County School District
Board of Education of Lawrence County Schools
Board of Education of Martin County Schools
Board of Education of Menifee County Schools
Board of Education of Owsley County Schools
Board of Education of Wolfe County Schools

## Maine

Board of Education of Bangor School Department
Board of Education of Cape Elizabeth School Department
Board of Education of Maine Regional School Unit #10
Board of Education of Maine Regional School Unit #13
Board of Education of Maine Regional School Unit #25
Board of Education of Maine Regional School Unit #26
Board of Education of Maine Regional School Unit #29
Board of Education of Maine Regional School Unit #34
Board of Education of Maine Regional School Unit #40
Board of Education of Maine Regional School Unit #50
Board of Education of Maine Regional School Unit #57
Board of Education of Maine Regional School Unit #60
Board of Education of Maine Regional School Unit #71
Board of Education of Maine Regional School Unit #9
Board of Education of Maine School Administrative District #11
Board of Education of Maine School Administrative District #15
Board of Education of Maine School Administrative District #28
Board of Education of Maine School Administrative District #35
Board of Education of Maine School Administrative District #44
Board of Education of Maine School Administrative District #53
Board of Education of Maine School Administrative District #55
Board of Education of Maine School Administrative District #6
Board of Education of Maine School Administrative District #61
Board of Education of Maine School Administrative District #72
Board of Education of Portland School Department
Board of Education of Scarborough School Department
Board of Education of South Portland School Department
Board of Education of St. George Municipal School District
Board of Education of Waterville School Department
Board of Education of Ellsworth School Department

## New Hampshire

Board of Education of Goshen School District
Board of Education of Kearsarge Regional School District-SAU 65
Board of Education of Lebanon School District
Board of Education of Pittsfield School District
Board of Education of Tamworth School District

**New Mexico**

Board of Education of Eunice Public School District
Board of Education of Gallup-McKinley County School District

3