October 12, 2021

Judge Robert D. Drain
300 Quarropas Street
White Plains, NY 10601-4140

Re: Sackler family and Purdue Pharma case

Judge Drain,

Respectfully I would like to add the following for your consideration that any settlement with the Sackler family involve the immediate voluntary removal of their naming of the Sackler Tel Aviv University Medical School.

The medical school is known famously for the following...

*"The New York State/American Program is chartered by the Regents of the University of the State of New York and is accredited by the State of Israel. Established in 1976, the Program is taught in English and has a student population of 250.*

*The program is open to citizens or permanent residents of the United States or Canada. The goal of the program is to provide graduates with a comprehensive academic foundation in the science of human disease and the clinical skills needed for diagnoses and treatment. Sackler strives to cultivate qualities that foster an empathetic, ethical doctor-patient relationship. Its curriculum and teaching methods are modeled after those of U.S. medical schools. Classes are small.*

*Classroom, laboratory and clinical sessions are supplemented by self-study and by tutoring and seminars in small groups. Clinical clerkships begin in the third year. At the beginning of the fourth year, students take 16 weeks of electives at U.S. medical institutions."*

When I worked for the American Friends of the Tel Aviv University, I was involved in a conversation in 2019 during a visit to the university campus that quote "Jonathan told me when the legal issues die down the Sackler family will be making a substantial gift to the medical school."

Jonathan is since deceased and I am no longer with the university but this is what I can share. My son almost lost his life to an Oxy overdose. If it was the Sackler School of Engineering, ok I can live with that. The Sackler School of Medicine? No. This is completely unacceptable given the breadth and scope of what the Sackler family apparently knew and trafficked in.

When can't undo the damage Perdue Pharma and the Sackler family caused but we can say that having their name on a medical school is not something we will stand for.

Respectfully,

Zaq Harrison
2090 N 29th Ave, Apt 108
Hollywood, FL  33020

954-702-0368