History

Native Americans were subjected to violence, death everything was taken from them but America stepped up and tried to make it right and later on gave them restitution with, land, government assistance and funds, and even set up sovereign protections for the people and their families who suffered abuse and systematic control over their lives

African Americans suffered similar abuse, death and enslavement but later on were also set free and they were given rights and opportunities to better their lives. America acted with true justice and decency to correct their mistakes.

The holocaust victims were freed and rescued and able to move back to israel and a government was established. The wrongs were again remedied with restitution and they were shown compassion and given an opportunity to prosper and they were displaced but now Israel is their home. Technology, medical and other of the worlds biggest achievements come from Israel.

Every other situation has had a positive outcome by correcting the mistakes made by those people who took everything from these people.

But now the most recent and current ongoing human enslavement and persecution by the Opioid Epidemic will not receive any help, any restitution any assistance.  No correction no freedom or acknowledgment for the victims and their families who continue to be enslaved and attacked by the pain and suffering from the Opioid Epidemic taking ten steps backwards and allowing the human race no justice or relief from the pain caused by Purdue Pharma's actions. They get away with it, people are denied freedom from the depression and torment by the loss of life and destruction caused by Purdue Pharma. No one who will make it right and this current situation is a disgrace considering the advancements in the modern day democratic nation. This abuse of power and actions taken to shield these crimes with excuses is unbelievable. No one gains anything in the end but the Sacklers the victims don't get anything no rights, no government protection, no restitution nothing positive to look forward to, nothing to celebrate nothing was achieved other than the Sacklers showed how influential and ruthless they are publicly by their no remorse, unapologetic uncaring and slap in the face by the crumbs thrown at people in order to continue to live a life of luxury from the profits from addiction and loss of life. Drug empire strength at it's finest, even el chapo drug kingpin has nothing on the Sacklers. Most drug dealers get raided and everything gets seized the money, the drugs everything. Sacklers are the exception they didn't get anything taken away they aren't in prison and they get to do as they want arrogantly cocky and unapologetic pretty ruthless. Strongest drug dealing thugs in the world definitely. They boast proudly at their wealth they don't think about the real cost of the life of luxury they look at their possessions being expensive but not bothered that the rolex watch or designer handbag actually costed thousands of lives nope they look at it as a trophy of what that kind of dirty money can get them, they laugh at how easy it was because they feel like they're the ones in control they have the power and what can enslaved weak people do? Nothing they're the masters they're the ones who have the upper hand they weakened and trapped people they are the masterminds, unstoppable.