# PURDUE PHARMA MODERN DAY SLAVERY

## American Revolutionary War

Apr 19, 1775 – Sep 3, 1783

Revolutionary War or the American War of Independence, was initiated by delegates from thirteen American colonies of British America in Congress against Great Britain. The war was fought over the issue of American independence from the First British Empire.. Freedom was at state and people fought hard to gain independence. This war lasted 8 years until there was a resolution and a victory.

## The Holocaust

1941-1945

The holocaust also known as the Shoah, was the genocide of European Jews during World War II. Between 1941 and 1945, Nazi Germany and its collaborators systematically murdered 6 million jews. Jews were rounded up like cattle, subjected to violence and denied their freedom. Mass murder well thought out planned mass murder. The incarceration of jews and violence lasted 4 years. They were rescued and set free this horrible nightmare came to an end with help of people who fought hard to do the right thing.

**Purdue Pharma slavery and murder**

**Decades long and ongoing**

**This epidemic has been going on for decades with no end in sight and unlike other historical slavery situations this one is different because there's no one who will help and Purdue Pharma is protected, this modern day SLAVERY will go down I history as an example of corruption and legal mass murder. No one cares, no one is coming to set people free and end this cycle of being enslaved by opioids. The crimes will not stop people will do even more unspeakable things out of desperation for opioids. People will be sick with withdrawals and have no limits, the human trafficking will not stop children and women being held against their will sold for sex out of desperation for opioids. No one will help them, this will not be something that will be known for in history as any victory or freedom won. This was well organized and premeditated murder and modern day slavery, perversion, violence, theft and so many more unspeakable things all because of the Opioid Epidemic.  Mass amounts of people effected and that was the whole plan it was the goal by Purdue Pharma.**

**Ruthless thugs of the Pharmaceutical companies just like el chapo**

**Unapologetic, uncaring, protected, wealthy, brutal, organized crime, sinister malefactor abuse of power, savage, brutal, proud and no remorse.**

History in the making, books will be written reputations will be made and this will be eventually yet another slavery example that will be taught in schools one day. Drug dealer murders the Purdue Pharma organization along with their minion's the very well versed legal team, one day this will be very well known. Just as hilter has made a name for himself so will all the major players involved who saw people fighting for their Freedom and did nothing but contribute by adding more locks on the cages of this brutal no end in sight modern slavery of thousands of people and children. Ethics classes will use this case as an example one day this is history in the making. The things will do out of desperation for opioids is astonishing it's sick perversion, people who sell their own children, rape, violence, drug related murder, unsafe communities and permission to do so because no one is going to make it right or even bother to release no one victim of the Sacklers.

People crying out for helping begging and pleading to be set free victims families even asking for help and someone with ethics to set them free to gain independence from the pain and horrible damage this epidemic has caused but the people in the other side close the cage door tighter they tell the people enslaved to be quiet and they say that how dare they even speak up and think they matter as human beings to think that they deserve any freedom or victory. They are told that they don't matter that they have no rights and how dare they make it inconvenient for the Sacklers because they want all this to be over so basically shut up, sit in your cage, stop asking for help because you're not going to get any help, just deal with it quietly and leave people there to die or be plagued by pain and anguish.

One day the question will be asked so NOT ONE of the Sacklers victims were ever set free? Not one of them? The answer will be NO not one of the victims were freed and no one rescued them. Not one was treated like a human being the justice system was no help and their lawyers assisted them by shielding them and actually publicly shamed these victims in court and said that they were the ones being unfair. It was a public display of persecution just like Jesus the lawyers were like the Romans the ones in power who shamed him, best him, were savage, belittled him and took his life in front of the world no mercy. Romans had legal authority and shouted kill him kill him he doesn't deserve to live. Its interesting how history repeats itself, jesus did nothing wrong and was punished for it and I feel like I'm a marder just like Jesus and no one knows the meaning of ethics, accountability or compassion. Judas betrayed jesus for money and it's the same in this situation.

Me being unfair? Really? For making history for fighting for freedom for wanting to be acknowledged as a human being for the suffering Purdue Pharma has caused me and for fighting for my life for peace? Right I'm so unfair……victim blaming is a weak tactic and although the Jews were blamed, jesus was blamed and african american slaves were belittled PURDUE PHARMA follows in the footsteps of the monsters of history. Those statements about victim blaming are quotes that history always highlights. How

will history quote Purdue Pharma and the people who helped them get away with modern day slavery. What will the brutal reputation be of the lawyers who told victims to their faces that they are being unfair to the Sacklers really? This will not be forgotten because it's lasted longer than any other fight for freedom and independence in modern day history.

Objection to the fact that Purdue Pharma killed my father by failure to warn about drug interactions by saying I'm misunderstood and by refusing to even repeat the allegations against them says a lot because first of all my understanding is the question or need to be argued about it's not about me not understanding the points system it's about Purdue Pharma so don't turn it around. Second by refusing to acknowledge or address the claims against Purdue by saying we object.  .object to what exactly? You can't even say it out loud by sure do have the audacity to publicly belittle me while you see me in a cage wanting out and wanting freedom for the pain and suffering Purdue Pharma has flexed and showed how gangster they are, I get it they willingly lured people into modern day slavery. The pain caused by my father's death has plagued me long time and I want to be heard, respected and I'm not asking for Purdue Pharma's lawyers to help me by acting with some human decency because why waste anyone's time, you see me wanting and needing help in my cage in my pain and you tell me to my face and the world to shut up and silence me and contribute a final blow kicking me and sealing up the cage with cement so there's no way I'll ever have any chance at a victory at Freedom at this control system release.

**Undisputed facts**

Ezzard Morales died on January 2, 2010 OxyContin, amptripyline citrapram and tremadol intoxication

Purdue Pharma didn't warn about interactions between OxyContin and antidepressants until 2016 when the label was changed and specifically listed amptripyline citrapram and tremadol on the warning label. Failure to warn and failure for human compassion no help no chance just avoidance as the problem effects thousands as the are captive and told by Purdue it wasn't the drug it's the people's fault they are all just addicts those blows those hurtful slaps in face those punches told to those who never deserved this are done so ruthlessly on public display with proud arrogance and they are lies these hurtful blows by Purdue Pharma and their legal team as they tear apart the victims and families each time in court will go down in history as something that only made people like me stronger. As they continue to beat down those brave enough to fight knowing that these monsters are unstoppable will one day be remembered as a victory for at least trying to fight for the right thing and not be intimidated by persecution for fighting for my rights for my right to live and be free from monsters to legally be allowed to attack people and savagely tear apart lives. I know I will not win

because it's set up for these crimes are legal, the legal team is well versed and opens the door for them to do as they please. I will at least try to stand up for myself because I don't care what the lawyers say I matter!!! Try to make me think otherwise but I matter I will not get justice but I matter, I'm not scared I have something the Sacklers nor their lawyers will ever have and that's a real understanding about the meaning of ethics accountability and real character. History in the making. You had no right to take something from me you took my father's life and you took away from my life I was a victim who was attacked and enslaved by depression and anxiety for what you did to me and I matter I'm fighting for me, for the right thing. What motivates the defense side? Money nothing else it's disgusting.

This is a hard process mentally and emotionally even physically it's not over I will continue to take the beatings continue to tell me I will get no help and continue to hear how I'm the problem somehow, it's hard but I can take it it's important to be someone who goes up against a giant with courage and dignity even if I lose it's ok I lose with admiration for trying and not being intimidated by fear so what if Purdue Pharma wins it's a win that will carry the reputation of corruption and something just as twisted as the crimes they allowed and the hell of traumatic experiences unleashed because of the opioid epidemic. Opioids open doors for human trafficking, child abuse rape and there's no limits desperation for opioids has. I fear for my safety all the time because people are so ruthless and girls get kidnapped all the time by the cartel. I live in New Mexico and cartels come through my community and their presence and the Opioids that Purdue Pharma helped make popular and addicting attracts Sinaloa cartel. The chance of becoming a victim of either violent or property crime in Bernalillo is 1 in 32. Based on FBI crime data, Bernalillo is not one of the safest communities in America. Relative to New Mexico, Bernalillo has a crime rate that is higher than 81% of the state's cities and towns of all sizes. Population of 11,822 most crimes are drug related or drug motivated so to really tell me I'm being unfair to other claimants really? I see what the Opioid Epidemic first hand destroy my community it effects me and the Sacklers don't see it they don't experience it so to really say that I'm being unfair really? No it's the Sacklers they don't have to deal with it so it's really not believable that they care that's not likely especially after their unapologetic uncaring attitude don't try to pretend to care and say I don't that's laughable. 20 mins away is the city of albuquerque. Albuquerque is known for where the popular tv show Breaking Bad was filmed but it's really like that in Albuquerque it's real life like that not just a plot in a tv show about drug

violence, gangs and crimes. Albuquerque is close to the border, but far enough away that you don't have the large law enforcement presence that El Paso has. Albuquerque has two major interstate highways, an international airport, a big railroad hub and a trucking hub. And ten years ago, when Sinaloa took over Juarez, Albuquerque had a police department that was in shambles. It was the perfect storm of an opportunity for a drug cartel to move in and set up operations. So to say I'm being unfair and I don't understand the Opioid Epidemic is completely untrue and not a defense because it's not about questioning what I do or don't understand. I'm effected by the Opioid Epidemic because I see it all the time just ripping my community apart and killing people and children be victims of sexual abuse all the time on the news. I do care about this major problem it's the Sacklers that really don't care they don't have any first hand knowledge or have ever experienced the effects of being a victim of theft, robery, assault, violence they don't have to worry about being kidnapped by cartel who are in their neighborhoods or have any idea what it's like to deal with the Opioid Epidemic effects. To say I'm being unfair to other claimants is wrong because I have nothing but compassion and by me choosing to fight for my rights what does that have to do with anyone else's rights or advancement in the confirmation plan. It's set up for the convenience of the Sacklers I should not be blamed if I AMANDA MORALES want to fight why is it that I'm a bad guy and it's tied to other claimants I am speaking on my behalf no one else's so it should only effect me but this whole plan has been tailored to keep the system of control and enslavement intact it's worse than the holocaust because it's long drawn out multiple ways of destruction and torture and it's going on so much longer than the slavery of the jews at least they were rescued there's no hope in this situation no way out, modern slavery, shackled trapped, no hero, no relief, nothing but pain and suffering.

Amanda Morales