UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Rohany Tejada, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Howard Adelglass M.D. (MMLID: 12213702) at an address that has been redacted on the interest of privacy:

- Order Denying Late Claim Motion [Docket No. 3957]

On October 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail and Email on Ronald Bass (MMLID: 10377172) at an address and email that has been redacted on the interest of privacy:

- Order Denying Derivative and Fraudulent Conveyance Motion [Docket No. 3958]

On October 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Movant of Docket No. 3764 at an address that has been redacted on the interest of privacy:

- Order Granting Late Claim Motion [Docket No. 3959]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: October 21, 2021

                                                                             */s/ Rohany Tejada*
                                                                             Rohany Tejada

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 21, 2021, by Rohany Tejada, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 57327