**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**NOTICE OF TWENTY-FIRST MONTHLY FEE STATEMENT OF JONES DAY FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM JULY 1, 2021 THROUGH JULY 31, 2021**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | July 1, 2021 through July 31, 2021 |
| **Amount of Compensation Requested (after 13% discount):** | $304,456.94 |
| **Less 20% Holdback** | $60,891.39 |
| **Net of Holdback**: | $243,565.55 |
| **Amount of Expense Reimbursement Requested:** | $89.84 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $243,655.39 |
| **This is a** | X__ Monthly _____ Interim ___ Final Fee Statement |

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this twenty-first monthly fee statement (the "Twenty-First Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from July 1, 2021 through July 31, 2021 (the "Twenty-First Monthly Fee Period"). By this Twenty-First Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $243,655.39 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Twenty-First Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.     Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Twenty-First Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended

---

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]     The total amount sought for fees reflects application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $45,493.57 for the Twenty-First Monthly Fee Period). In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2021, Jones Day is using 2020 billable rates in calculating amounts due for legal services performed).

hourly billing rate of Jones Day timekeepers during the Twenty-First Monthly Fee Period is approximately \$716.37.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Twenty-First Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Twenty-First Monthly Fee Period

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Twenty-First Monthly Fee Period.[5]

## NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Twenty-First Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Twenty-First Monthly Fee Period.

[5]      The time records included in **Exhibit C** have been redacted to protect privileged information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq.,

Email: dklauder@bk-legal.com.

6.      Objections to this Twenty-First Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, NY, 10281, Attn: Anna Kordas (akordas@jonesday.com) no later than November 4, 2021 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

7.      If no objections to this Twenty-First Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of expenses identified in this Twenty-First Monthly Fee Statement.

8.      To the extent that an objection to this Twenty-First Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Twenty-First Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

## NO PRIOR REQUEST

9.      No prior request for the relief sought in this Twenty-First Monthly Fee Statement

has been made to this or any other court.

Dated: October 21, 2021
      New York, NY

   /s/  Anna Kordas
JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:     (212) 326-3939
Facsimile:     (212) 755-7306
Email:         jjnormile@jonesday.com
          akordas@jonesday.com

– and –

Chané Buck
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone:     (858) 314-1158
Facsimile:     (844) 345-3178
Email:         cbuck@jonesday.com


*Special Counsel to the Debtors and
Debtors in Possession*

## EXHIBIT A

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**JULY 1, 2021 – JULY 31, 2021**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Anthony C. Chen | 1993 | $1,000.00 | $870.00 | 14 | $14,000.00 |
| Matthew W. Johnson | 2007 | $850.00 | $739.50 | 0.3 | $255.00 |
| Gasper J. LaRosa | 2002 | $1,125.00 | $978.75 | 25.2 | $28,350.00 |
| Christopher Morrison | 2001 | $1,025.00 | $891.75 | 2.7 | $2,767.50 |
| Dan T. Moss | 2007 | $1,075.00 | $935.25 | 0.2 | $215.00 |
| John J. Normile | 1989 | $1,275.00 | $1,109.25 | 57.3 | $71,625.00 |
| **TOTAL PARTNER:** | | | | **99.7** | **$117,212.50** |
| **COUNSEL** | | | | | |
| Kelsey I. Nix | 1988 | $1,225.00 | $1,065.75 | 76.3 | $90,034.00 |
| **TOTAL COUNSEL:** | | | | **76.3** | **$90,034.00** |
| **ASSOCIATE** | | | | | |
| Chané Buck | 2017 | $575.00 | $500.25 | 8.8 | $5,060.00 |
| Kevin V. McCarthy | 2016 | $725.00 | $630.75 | 111.2 | $79,508.00 |
| Adam M. Nicolais | 2017 | $675.00 | $587.25 | 49.7 | $32,553.50 |
| **TOTAL ASSOCIATE:** | | | | **169.7** | **$117,121.50** |
| **PARALEGAL & STAFF** | | | | | |
| Jason J. Darensbourg | N/A | $350.00 | $304.50 | 12.3 | $4,305.00 |
| Marguerite Melvin | N/A | $400.00 | $348.00 | 1.1 | $440.00 |
| Brendan Y. Keenan | N/A | $250.00 | $217.50 | 1.0 | $250.00 |
| Timothy E. Solomon | N/A | $400.00 | $348.00 | 8.0 | $3,200.00 |
| Shuheng Li | N/A | $325.00 | $282.75 | 21.2 | $6,890.00 |
| Morris Jackson | N/A | $175.00 | $152.25 | 1.7 | $297.50 |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 34 | $10,200.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **79.3** | **$25,582.50** |
| **TOTAL:** | | | | **425** | **$349,950.50** |

## EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

### JULY 1, 2021 – JULY 31, 2021

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 303.6 | $274,949.00 |
| Strategic Corporate Advice | 15.6 | $11,944.50 |
| Retention Matters | 17.2 | $14,625.00 |
| Accord Healthcare Inc. | 19.4 | $17,342.00 |
| Article 76 Patent Linkage Litigation | 69.2 | $31,090.00 |
| **TOTAL** | 425 | **$349,950.50** |
| **13% DISCOUNT** | | **$45,493.57** |
| **TOTAL FEES** | | **$304,456.94** |

## <u>EXHIBIT C</u>

**EXPENSE SUMMARY**
**<u>JULY 1, 2021 – JULY 31, 2021</u>**

| Expense Category | Total Expenses |
|---|---|
| Mailing Charges | $89.84 |
| **TOTAL** | **$89.84** |

**<u>EXHIBIT D</u>**

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 15, 2021                                                     305158.000003
                                                              Invoice: 210903857

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through July 31, 2021:

| | | |
|---|---|---|
| Article 76 Patent Linkage Litigation | USD | 31,090.00 |
| Less 13% Fee Discount | | (4,041.70) |
| Total Billed Fees | USD | 27,048.30 |
| **TOTAL** | **USD** | **27,048.30** |

**JONES DAY**

305158.000003

Page: 2
October 15, 2021
Invoice: 210903857

Article 76 Patent Linkage Litigation

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| A C Chen | 14.00 | 1,000.00 | 14,000.00 |
| Specialist |  |  |  |
| S Li | 21.20 | 325.00 | 6,890.00 |
| B Zhu | 34.00 | 300.00 | 10,200.00 |
| **Total** | **69.20** | **USD** | **31,090.00** |

# JONES DAY

305158.000003

Page: 3
October 15, 2021
Invoice: 210903857

Article 76 Patent Linkage Litigation

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/23/21 | A C Chen | 2.50 |

Call ████ (.5); review ████ (.4); discuss with Shuheng Li (.6).

| 07/25/21 | A C Chen | 2.00 |

Review ████ (1.3); discuss with Shuheng Li about ████ (.7).

| 07/26/21 | A C Chen | 3.50 |

Call with Richard Inz and Shuheng Li about ████ (1.1); review memo ████ (1.7); discuss ████ (.7).

| 07/26/21 | S Li | 5.50 |

Discuss with Tony Chen of Jones Day regarding ████ (.7); review and analyze ████ (.3); investigate ████ (.2); discuss with Yan Zhu of Jones Day regarding ████ (1.0); review ████ (.2); prepare ████ (.6); discuss ████ (.4); prepare ████ (.2); review and revise ████ (.8); attend the meeting ████ (1.1).

| 07/26/21 | B Zhu | 7.00 |

████

| 07/27/21 | A C Chen | 1.50 |

Review ████ (.5); communicate with Richard Inz about ████ (.5); call ████ (.5).

| 07/27/21 | S Li | 5.50 |

Review and analyze ████ (3.0); discuss with Yan Zhu regarding ████ (.8); conducting the analysis ████ (.8); preparing ████ (1.7).

| 07/28/21 | A C Chen | 1.00 |

Review ████.

| 07/28/21 | S Li | 3.00 |

Attention to email from Richard Inz ████ (.4); review and analyze ████ (2.0); discuss with Tony Chen, Yan Zhu regarding ████ (.6).

| 07/28/21 | B Zhu | 5.00 |

████

# JONES DAY

305158.000003

Article 76 Patent Linkage Litigation

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/29/21 | A C Chen | 3.50 |

Review and revise █████████████████████████████████████████████
█████ (2.2); WebEx call ███████████████ (.8); discuss with Shuheng Li and Yan Zhu about ██████████████ (.5).

| 07/29/21 | S Li | 4.20 |

Discuss with Tony Chen, Yan Zhu regarding ████████████████████████████████████████ (.8);
review ██████████████████████████████████████████ (1.4); ████████████
████ (.6); discuss with Yan Zhu regarding ██████████████████████ (1.0); correspondence
with Tony Chen regarding the same (.4).

| 07/29/21 | B Zhu | 8.00 |

███████████████████████████████████████████████████████████
████████████████████████

| 07/30/21 | S Li | 3.00 |

Discuss with Yan Zhu and Tony Chen regarding ████████████████
█████████ (1.0); review and revise ████████████████ (2.0).

| 07/30/21 | B Zhu | 14.00 |

███████████████████████ (.8);
███████████ (6.0); prepare █████████ (7.2).

| | **Total** | **69.20** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 15, 2021                                                             305158.610005
                                                                                    Invoice: 210903858

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through July 31, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 274,949.00 |
| Less 13% Discount | | (35,743.37) |
| Total Billed Fees | USD | 239,205.63 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Federal Express Charges | 89.84 | | |
| | | USD | 89.84 |
| **TOTAL** | | **USD** | **239,295.47** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                                      Citibank, N.A.
New York, NY                                      New York, NY
Account Name:  Jones Day              Account Name:  Jones Day
Account No:  37026407                    Account No:  37026407
ABA No:  021000089                        ABA No:  021000089
                                                         Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610005/210903858 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

## Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| M W Johnson | 0.30 | 850.00 | 255.00 |
| G J Larosa | 25.20 | 1,125.00 | 28,350.00 |
| C M Morrison | 2.70 | 1,025.00 | 2,767.50 |
| J J Normile | 41.30 | 1,250.00 | 51,625.00 |
| Of Counsel |  |  |  |
| K I Nix | 76.00 | 1,180.00 | 89,680.00 |
| Associate |  |  |  |
| K McCarthy | 90.90 | 715.00 | 64,993.50 |
| A M Nicolais | 45.10 | 655.00 | 29,540.50 |
| Paralegal |  |  |  |
| J J Darensbourg | 11.40 | 350.00 | 3,990.00 |
| T E Solomon | 8.00 | 400.00 | 3,200.00 |
| Librarian |  |  |  |
| M M Jackson | 1.70 | 175.00 | 297.50 |
| B Y Keenan | 1.00 | 250.00 | 250.00 |
| **Total** | **303.60** | **USD** | **274,949.00** |

# JONES DAY

305158.610005

Page: 3
October 15, 2021
Invoice: 210903858

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/01/21 | J J Darensbourg | 1.20 |

Manage/prepare key case materials for review by J Normile and G LaRosa.

| 07/01/21 | M W Johnson | 0.30 |

Discuss ███████████████████████████ with J. Normile.

| 07/01/21 | G J Larosa | 2.00 |

Communicate (in firm) regarding ████████████████ 1.0); and reviewed related pleadings(1.0).

| 07/01/21 | K McCarthy | 4.00 |

Prepare for and participate in teleconference with A. Nicolais and paralegal team regarding document discovery and other case administrative tasks (0.7); coordinate preparation of key document binders (0.5); attention to internal, client, and opposing counsel correspondence regarding third-party document and sample productions (0.8); draft/revise third-party subpoenas and communicate with A. Nicolais regarding same (0.8); ████████ (0.8); review/analyze ██████████ (0.4).

| 07/01/21 | A M Nicolais | 2.50 |

Edits/revisions to draft subpoena to Johnson Matthey (.5); call with K. McCarthy re Collegium action items (.5); call with paralegals and K. McCarthy re actions items (.5); communication in firm with P. Hendler re ██████████ (.4); reviewing opposing counsel letter re discovery (.4); communication with T. Solomon re Collegium action items (.2).

| 07/01/21 | K I Nix | 3.40 |

Work regarding ████████████████████ (2.2); ████████████ (.5); ██████████ (.7).

| 07/01/21 | J J Normile | 3.30 |

███████████████ (.80); ███████████████████████ (1.0); various correspondence regarding ████████ (1.0); various correspondence and teleconferences regarding ████████ (.50).))

| 07/01/21 | T E Solomon | 5.00 |

Review case database, assemble key documents and draft index for binders for J. Normile and G. LaRosa per K. McCarthy's instructions.

| 07/02/21 | G J Larosa | 2.00 |

Plan and prepare for ████████████████████████

| 07/02/21 | K McCarthy | 4.00 |

Review/analyze opposing counsel correspondence regarding discovery issues (0.7); coordinate collection of cited documents (0.3); review/analyze cited documents and draft/revise internal summary regarding same (1.0); ████████████████████████ (2.0).

# JONES DAY

305158.610005

Page: 4
October 15, 2021
Invoice: 210903858

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| Date | Attorney | Hours |
|---|---|---|
| 07/02/21 | A M Nicolais | 1.90 |

Meeting with K. Nix and D. Rosen regarding ████████████████████ (.7); plan/prepare re same (.3); reviewing prior productions regarding █████████ (.7); communication in firm with K. Nix re same (.2).

| 07/02/21 | K I Nix | 3.70 |

Teleconference with D. Rosen and A. Nicolais regarding ██████████████████ (.7), preparation for and follow up regarding same (1.5); worked on ██████████████ (1.5).

| 07/02/21 | T E Solomon | 3.00 |

Prepare and send Key Documents binders to J. Normile and G. LaRosa for their review (2.00); review discovery materials on case database and forward requested documents to K. McCarthy for his review(1.00).

| 07/06/21 | J J Darensbourg | 1.10 |

Manage excel files concerning ██████████████████████ for review by D Rosen.

| 07/06/21 | G J Larosa | 2.00 |

Communicate (in firm) regarding ████████████████████████ and reviewed materials in preparation for same.

| 07/06/21 | K McCarthy | 5.00 |

Prepare for and participate in teleconference with ██████████████████ (0.8); prepare for and participate in teleconference with J. Normile and G. LaRosa regarding case strategy (0.9); prepare for and participate in teleconference with B. Koch regarding ██████████ (0.7); draft/revise ██████████████████ and communicate internally regarding same (0.6) review/analyze recent discovery correspondence and draft internal summary of same (1.5); attention to opposing counsel and client correspondence regarding 434 patent contentions (0.5).

| 07/06/21 | A M Nicolais | 4.10 |

Drafting Collegium joint status update re bankruptcy (.3): communication in firm re same (.1). reviewing ██████████████████████ (.8); communication in firm and collection of documents re ██████████████ (.7); edits/revisions to RFAs (.3); edits/revisions to supplement rog responses re ████████ (.4); communications with K. McCarthy re action items (.5); meeting with J. Normile and G. LaRosa re Collegium action items (.5); meeting with B. Koch re ████████████ (.5).

| 07/06/21 | K I Nix | 5.00 |

Worked on supplemental response to ████████████ and e-mails with J. Normile and A. Nicolais regarding same (.6); studied Collegium responses to interrogatories regarding ██████████ and work regarding same (1.4); studied C. Pinah letter regarding discovery issues ████████████ (.8); work regarding proposals for supplemental ████████ (.2); considered issue of additional written discovery on ██████████ (.5); work regarding ██████████ (.4); e-mails and teleconference with D. McDuff regarding ██████████ (.5); e-mails with ██████ (.6).

| 07/06/21 | J J Normile | 4.80 |

Preparation for and participation in team teleconference regarding various outstanding discovery issues (.80); ██████████████████ (1.5); preparation of status update to the SDNY including various correspondence with K. Barrett and O. Langer (1.5); ██████████████ (1.0).

# JONES DAY

305158.610005

Page: 5
October 15, 2021
Invoice: 210903858

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| | | |
|---|---|---|
| 07/07/21 | J J Darensbourg | 0.30 |

Manage new updated ▮▮▮▮▮▮▮▮▮▮▮▮ from D Rosen for attorney review.

| | | |
|---|---|---|
| 07/07/21 | K McCarthy | 3.00 |

Draft/revise supplemental discovery requests and responses and communicate with P. Hendler and A.
Nicolais regarding same (2.0); attention to ▮▮▮▮▮▮▮▮▮▮ and communicate internally
regarding same (0.5); attention to case files and correspondence regarding recent discovery letter (0.5).

| | | |
|---|---|---|
| 07/07/21 | A M Nicolais | 4.80 |

Updating ▮▮▮▮▮▮▮▮▮▮ (.5); edits/revisions to second set of RFAs (.5); review/analyze research
re ▮▮▮▮▮▮▮▮▮▮ (.5); meeting with D. Sloan re
▮▮▮▮▮▮ (.4); research re ▮▮▮▮▮▮▮▮ (1.2); drafting
summary re same (.7); communication in firm re supplemental rogs/rfps and reviewing prior requests re same
(.5); communication with K. McCarthy re same (.2); drafting agenda re discovery meeting (.3).

| | | |
|---|---|---|
| 07/07/21 | K I Nix | 5.20 |

Teleconference with ▮▮▮▮▮▮▮▮▮▮ (1.2); e-mails with J.
Normile and K. McCarthy regarding ▮▮▮▮▮▮▮▮ and response to C. Pinahs July 1, 2021
letter, including interrogatories regarding Collegium rebates (.8); worked on research regarding ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ (2.5); studied ▮▮▮▮▮▮
▮▮▮▮▮▮ (.7).

| | | |
|---|---|---|
| 07/07/21 | J J Normile | 3.30 |

Continued review and revision of supplemental discovery requests and correspondence with A. Nicolais and
K. McCarthy regarding same (1.0); attention to preparation of response to Collegium's 7/1/21 discovery letter
and review of summary of proposed supplemental discovery (1.8); attention to various issues relating to
▮▮▮▮▮▮ (.50).

| | | |
|---|---|---|
| 07/08/21 | J J Darensbourg | 1.90 |

Review trial transcript document production to Defendant for possible further production to clear up
discovery issues.

| | | |
|---|---|---|
| 07/08/21 | G J Larosa | 2.00 |

Communicate (in firm) and with client regarding ▮▮▮▮▮▮▮▮▮▮▮▮

| | | |
|---|---|---|
| 07/08/21 | K McCarthy | 7.00 |

Prepare for and participate in various teleconferences with client and co-counsel regarding ▮▮▮▮▮▮
▮▮▮▮▮▮ (2.2); draft/revise ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮ and communicate internally, with co-counsel, and with client regarding same
(2.6); ▮▮▮▮▮▮▮▮▮▮▮▮ (1.2);
review/analyze legal research regarding certain discovery disputes (1.0).

| | | |
|---|---|---|
| 07/08/21 | A M Nicolais | 4.00 |

Meeting with P. Hendler and K. McCarthy re discovery requests (.5); meeting with Collegium internal team re
discovery supplemental requests and letter (.5); ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮ (.5); drafting additional RFPs/ROGs/RFA (1.9); communication in firm with. P. Hendler and K.
McCarthy re same (.6).

| | | |
|---|---|---|
| 07/08/21 | K I Nix | 4.20 |

Teleconference with S. Anwar regarding further legal research regarding ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮ (.9); work regarding ▮▮▮▮▮▮▮▮▮▮ (.5); teleconference with

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 6
October 15, 2021
Invoice: 210903858



D. Rosen regarding ███████████████████)(.6); studied summary of ██████
████████████████████████████ (2.2).

07/08/21          J J Normile                                        4.10
Preparation for and participation in teleconference with K. McCarthy, G. LaRosa, A. Nicolais and P. Hendler
regarding █████████████████████ (.80); preparation for and participation in teleconference with
████████████████████████████████ (.80);
████████████████ (1.5);                      ████████████ (1.0).

07/09/21          B Y Keenan                                        1.00
Research case law on ██████████████████████████

07/09/21          G J Larosa                                        2.00
Review/analyze draft discovery requests and conferred in firm regarding same.

07/09/21          K McCarthy                                        6.50
Draft/revise supplemental discovery requests and finalize and serve (2.3), review/analyze Collegium discovery
letter and referenced prior discovery requests, correspondence, and disclosures, and communicate internally
and with co-counsel regarding same (3.1); draft/revise email response to Collegium regarding same (0.6);
review/analyze Collegium's supplemental discovery requests (0.5).

07/09/21          C M Morrison                                      0.60
Review and revise ███████████████████████████

07/09/21          K I Nix                                           3.20
E-mails and teleconferences with ████████████████ ((e-mails to J. Normile and K. McCarthy
regarding ████████████ (2.5); final review of revised draft interrogatories to
Collegium (.7).

07/09/21          J J Normile                                       2.50
Review and revise ███████████████████████████ (1.5); ██████
████████████████████ (1.0).

07/11/21          K I Nix                                           1.20
Studied Collegium's interrogatories, requests for admissions and document requests directed to ████████
████████████████████ and began formulating responses and positions
regarding same.

07/12/21          J J Darensbourg                                   0.80
Manage ████████████████████████████ for review by K McCarthy.

07/12/21          M M Jackson                                       0.20
Retrieve article using the web for A. Nicolais.

07/12/21          G J Larosa                                        1.00
Review/analyze discovery requests and conferred in firm and with client regarding case strategy.

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| 07/12/21 | K McCarthy | 3.50 |

Prepare for and participate in weekly client teleconference regarding ████████████ (0.6); review/analyze Collegium's July 9, 2021 supplemental discovery requests (1.1); attention to internal correspondence regarding ████████████ (0.6); draft/revise ████████████ and communicate internally regarding same (0.6); prepare for and participate in internal teleconference with K. Nix regarding ████████████ issues and Collegium's supplemental discovery requests (0.6).

| 07/12/21 | A M Nicolais | 2.00 |

Communication in firm with P. Hendler re ████████████ (.4); reviewing Collegium supplemental RFPs/ROGS/RFAs (.8); meeting with K. Nix and K. McCarthy re responses to ████████████ (.8).

| 07/12/21 | K I Nix | 4.40 |

Studied ████████████ )(.8); teleconferences with K. McCarthy and A. Nicolais regarding searching ████████████ (.6); work regarding ████████████ (2.0); studied ████████████ (1.0).

| 07/12/21 | J J Normile | 3.00 |

Preparation for and participation in weekly team teleconference including B. Koch, R. Silbert, R. Kreppel, R. Inz, P. Hendler and K. McCarthy (1.0); ((review ████████████ and various emails regarding same)) (1.0); ((attention to ████████████ )) (1.0).

| 07/13/21 | K McCarthy | 5.50 |

Prepare for and participate in teleconference with P. Hendler and A. Nicolais regarding discovery issues (1.1); ████████████ (1.7); attention to ████████████ (0.8); review/analyze Collegium's produced documents regarding ████████████ and communicate with K. Nix and A. Nicolais regarding same (1.2); draft/ ████████████ and communicate with client regarding same (0.4); attention to case files and correspondence (0.3).

| 07/13/21 | A M Nicolais | 2.30 |

Meeting with P. Hendler and K. McCarthy re discovery requests (1.0); review/analyze Collegium document production re ████████████ (.5); drafting correspondence with K. Nix re same (.4); ████████████ (.3); communication in firm with P. Hendler re same (.1).

| 07/13/21 | K I Nix | 3.80 |

Work regarding ████████████ including studied summary of legal research and cases (1.1); and conferred with S. Anwar regarding preparation and outline of research memorandum for client summarizing research and conclusions (.7); work regarding analysis of ████████████ including e-mails with K. McCarthy and A. Nicolais (1.2); studied ████████████ (.8).

| 07/13/21 | J J Normile | 2.30 |

████████████ (1.5); attention to finalizing joint statement to the SDNY (.80).

| 07/14/21 | G J Larosa | 1.00 |

Communicate (in firm) regarding ████████████ and discovery and reviewed related materials.

## JONES DAY

305158.610005

Page: 8
October 15, 2021
Invoice: 210903858

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| | | |
|---|---|---|
| 07/14/21 | K McCarthy | 3.00 |

Draft/revise responses to Collegium's July 9 interrogatories (1.7); and attention to related case correspondence regarding Collegium's other discovery requests (0.4); draft/revise ███████████████████████████ and address internal, co-counsel, and client edits to same (0.6); attention to ███████████████████████████ and related materials (0.3).

| | | |
|---|---|---|
| 07/14/21 | A M Nicolais | 0.30 |

Communication in firm with K. McCarthy re action items (.3).

| | | |
|---|---|---|
| 07/14/21 | K I Nix | 1.60 |

Studied updated spreadsheets from D. Rosen (1.0); work regarding ███████████████ and legal research by S. Anwar (.6).

| | | |
|---|---|---|
| 07/14/21 | J J Normile | 0.80 |

███████████████████████████ and review of correspondence regarding same)).

| | | |
|---|---|---|
| 07/15/21 | J J Darensbourg | 0.40 |

Manage shared database for attorneys of correspondence regarding ████████████████ ███████

| | | |
|---|---|---|
| 07/15/21 | G J Larosa | 1.00 |

Communicate (in firm) regarding ███████████████ (.4); and reviewed related draft materials (.6).

| | | |
|---|---|---|
| 07/15/21 | A M Nicolais | 2.00 |

Drafting RFP responses to Collegium's 4th set of RFPs (1.1); reviewing research re ███████████████ ████████████ (.9).

| | | |
|---|---|---|
| 07/15/21 | K I Nix | 1.70 |

Work regarding ███████████ (.3);studied ██████████████████████████ (.4); attention to search of Collegium production for ████████████████ )(1.0).

| | | |
|---|---|---|
| 07/15/21 | J J Normile | 0.50 |

Attention to ████████████████

| | | |
|---|---|---|
| 07/16/21 | A M Nicolais | 0.30 |

Final review and preparing final versions of claim terms for construction for service (.3).

| | | |
|---|---|---|
| 07/16/21 | K I Nix | 3.50 |

Work regarding ████████████████████████████████████████████ ███████

| | | |
|---|---|---|
| 07/16/21 | J J Normile | 0.80 |

Attention to various ██████████████████████████████████ ████████████

| | | |
|---|---|---|
| 07/18/21 | K I Nix | 1.40 |

Studied ████████████████████████████████████

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| 07/19/21 | J J Darensbourg | 0.20 |

Manage ████████████████████████ for review by K Nix.

| 07/19/21 | G J Larosa | 1.00 |

Communicate (in firm) and with client regarding ████████████.

| 07/19/21 | K McCarthy | 3.40 |

Prepare for and participate in client teleconference regarding ████████ (0.9); perform legal research ████████████████████████ and communicate internally regarding same (1.7); draft/revise response to Collegium's discovery letter (0.5); attention to case file and correspondence (0.3).

| 07/19/21 | K I Nix | 3.30 |

Teleconference with D. Rosen and preparation for same (.3); e-mails with K. McCarthy regarding response to Collegium's July 1 letter and regarding searching Collegium production for ████████ (1.0); studied ████████ (2.0).

| 07/19/21 | J J Normile | 2.10 |

Preparation for and participation in teleconference with B. Koch, P. Hendler and K. McCarthy regarding ████████ (.80); preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, P. Hendler, A. Nicolais and K. McCarthy (.50); review of correspondence from O. Langer and P. Hendler regarding various claim construction issues (.80).

| 07/20/21 | G J Larosa | 1.50 |

Plan and prepare for ████████████████████.

| 07/20/21 | K McCarthy | 3.50 |

Review/analyze certain ████████ (0.9) and communicate ████ ████████ (0.6); prepare for and participate in meet and confer with opposing counsel regarding claim construction issues (1.0); perform legal research ████████ ████ and prepare for and participate in teleconference with P. Hendler and A. Nicolais regarding same (1.0).

| 07/20/21 | A M Nicolais | 6.10 |

████████ (.3); researching ████████ (1.6); drafting summary re same (.5); communication with K. McCarthy re Collegium action items (.3); meet and confer re claim construction (.4); researching ████████ (1.1); drafting summary re same (.5); researching ████████ (1.0); drafting summary re same (.4).

| 07/20/21 | K I Nix | 2.80 |

Teleconference ████████████ and preparation and follow-up regarding same (1.5); teleconference with S. Anwar regarding draft memorandum summarizing legal research on ████████ and work regarding same (1.3).

| 07/20/21 | J J Normile | 2.10 |

Preparation for and participation in meet and confer with counsel for Collegium on claim construction issues (.30); review of ████████████ (.80); ████████ (1.0).

# JONES DAY

| 07/21/21 | J J Darensbourg | 0.30 |
|---|---|---|

Manage shared database for attorneys of ████████████████████████ and opposing counsel regarding ████████████████████████

| 07/21/21 | G J Larosa | 2.00 |
|---|---|---|

Review/analyze ████████████████████ and conferred in firm regarding same (.8); and attention to draft opening Markman brief and conferred with co-counsel regarding same (1.2).

| 07/21/21 | K McCarthy | 5.00 |
|---|---|---|

Draft/revise ████████████████████ (1.4); perform legal research in support of same (1.7); review scheduling order and communicate internally regarding ████████████████████ ████████████ (0.8); attention to opposing counsel correspondence regarding updated proposed claim terms and constructions and expert declarations following meet and confer (0.5); attention to internal and expert correspondence regarding ████████████████ (0.6).

| 07/21/21 | C M Morrison | 0.50 |
|---|---|---|

Review and revise ████████████████████

| 07/21/21 | A M Nicolais | 0.80 |
|---|---|---|

Meeting with K. Nix ████████████████████████ (.8).

| 07/21/21 | K I Nix | 3.30 |
|---|---|---|

Video meeting with D. Rosen, W. Shank, K. Christiansen and A. Nicolais regarding third-party proposals, rebates and negotiations, and follow-up regarding same (1.6); studied e-mails regarding proposed claim constructions (.4); work regarding ████████████ (.7); work regarding ████████████ (.6).

| 07/21/21 | J J Normile | 1.50 |
|---|---|---|

████████████████████████████████████████████

| 07/22/21 | J J Darensbourg | 1.40 |
|---|---|---|

Manage/prepare exhibits for ████████████████████

| 07/22/21 | G J Larosa | 1.50 |
|---|---|---|

Communicate (other outside counsel) with Opposing counsel regarding claim construction and attention to related briefing.

| 07/22/21 | K McCarthy | 4.50 |
|---|---|---|

Draft/revise ████████████████████████████████████████ (2.5); perform legal and factual research in support of same (1.1); prepare for and participate in meet and confer with opposing counsel regarding claim construction issues (0.9).

| 07/22/21 | C M Morrison | 0.60 |
|---|---|---|

Confer ████████████████████████ (.3); confer with Collegium regarding expert reports (.3).

| 07/22/21 | A M Nicolais | 0.80 |
|---|---|---|

Communication in firm with K. McCarthy (.3); ████████████████████████ (.5).

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 11
October 15, 2021
Invoice: 210903858

| | | | |
|---|---|---|---|
| 07/22/21 | K I Nix | | 3.30 |

Studied ████████████████████████████████████ (1.5); studied ███████ from S. Anwar regarding ████████████████ (1.2); work regarding ████████████████████████ (.6).

| | | | |
|---|---|---|---|
| 07/22/21 | J J Normile | | 0.80 |

Review and revise ████████████████████████████████████████

| | | | |
|---|---|---|---|
| 07/23/21 | G J Larosa | | 1.20 |

Draft/revise ████████████████████ and conferred in firm regarding same.

| | | | |
|---|---|---|---|
| 07/23/21 | K McCarthy | | 3.50 |

Draft/revise ████████████████████ (1.0); ████████████████████████ (.5); and finalize brief and exhibits for filing (1.0); review/analyze Collegium's opening claim construction brief (0.6); attention to case files and case correspondence (0.4).

| | | | |
|---|---|---|---|
| 07/23/21 | C M Morrison | | 1.00 |

Review and file claim construction brief.

| | | | |
|---|---|---|---|
| 07/23/21 | A M Nicolais | | 1.70 |

Edits/revisions to Collegium opening claim construction brief re 434 patent (.5); citation and caselaw check re same (1.1); preparing paper for filing (.1).

| | | | |
|---|---|---|---|
| 07/23/21 | K I Nix | | 2.80 |

E-mails with D. Rosen and J. Darensbourg regarding ████████████████ and work regarding same (.8); reviewed revised draft claim construction brief (1.0); work regarding ████████████████ and revised draft memorandum (1.0).

| | | | |
|---|---|---|---|
| 07/23/21 | J J Normile | | 1.80 |

Attention to ████████████████████████████ (1.0); review Collegium claim construction brief(.80).

| | | | |
|---|---|---|---|
| 07/24/21 | K McCarthy | | 0.50 |

Review/analyze parties opening claim construction briefs and communicate with client regarding ████████ ████████████████████ (0.5).

| | | | |
|---|---|---|---|
| 07/25/21 | K I Nix | | 1.70 |

Studied ████████████████████████████████ studied Collegium claim construction brief.

| | | | |
|---|---|---|---|
| 07/26/21 | G J Larosa | | 1.50 |

Review/analyze ████████████████████████; and conferred in firm and with client regarding same.

| | | | |
|---|---|---|---|
| 07/26/21 | K McCarthy | | 5.00 |

Prepare for and participate in teleconference ████████████████████████ (0.5); review/analyze ████████████████ (0.9); draft/revise ████████████ and communicate with client and co-counsel regarding same (0.6); review ████████████████████████ (0.5); draft/revise ████████████████████████

# JONES DAY

305158.610005

Page: 12
October 15, 2021
Invoice: 210903858

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

██████ (0.5); draft/revise ██████████████ (1.5); attention to miscellaneous internal correspondence regarding ████████████ (0.5).

| 07/26/21 | K I Nix | 1.20 |

Work regarding ████████████ and reviewed emails and notes with D. Rosen.

| 07/26/21 | J J Normile | 2.00 |

Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz and P. Hendler (.50); attention to ████████████ (.75); attention to various outstanding discovery matters (0.75).

| 07/27/21 | G J Larosa | 1.50 |

Plan and prepare for ████████ (1.0); reviewed ██████████████ ████████ (.5).

| 07/27/21 | K McCarthy | 6.00 |

Draft/revise responses to Collegium's fourth set of interrogatories and review/analyze documents and correspondence related to same (2.0); draft/revise discovery letter response (1.2); review/analyze Collegium's prior discovery responses and the parties' prior discovery correspondence regarding outstanding discovery deficiencies (1.3); attention to ████████████████ (0.5); attention to ██████████ (0.6); draft/revise responses to Collegium's fourth set of RFPs(0.4).

| 07/27/21 | A M Nicolais | 4.30 |

Drafting responses to Collegium's 4th set of RFPs (3.2); communication ((in firm with K. McCarthy re ████ (.2); reviewing Collegium 434 memo iso claim construction (.5) ████████ (.4).

| 07/27/21 | K I Nix | 3.30 |

Studied and revised draft memorandum ████████████████ and email to S. Anwar regarding same (1.3); e-mails to K. McCarthy and A. Nicolais regarding ████████ (.7); studied ████████ (1.3).

| 07/27/21 | J J Normile | 0.80 |

Preparation for and participation in teleconference with B. Koch, G. LaRosa, A. Nicolais and P. Hendler regarding ████████ (.80).

| 07/28/21 | J J Darensbourg | 1.70 |

Manage shared database for attorneys of correspondence and pleadings regarding both parties' Preliminary Claim Construction Briefs for the '434 patent and accompanying exhibits and Patheon's response to Purdue's subpoena to produce documents.

| 07/28/21 | K McCarthy | 2.50 |

Draft/revise response to Collegium discovery letter ████████ (1.0); draft/revise Purdue's August 9 discovery responses and review materials related to same (1.0) attention to miscellaneous case correspondence (0.5).

| 07/28/21 | A M Nicolais | 0.90 |

Edits/revisions to draft RFP responses to Collegium's fourth RFPs and incorporating P. Hendler edits re same (.9).

# JONES DAY

305158.610005

Page: 13
October 15, 2021
Invoice: 210903858

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

07/28/21          K I Nix                                                        3.20
Worked on ████████████ and memorandum summarizing legal analysis (2.6); worked on draft
responses to Collegium's RFAs (.4); work regarding ████████████ (.2).

07/29/21          M M Jackson                                                    1.50
Research to ████████████████████████ using the web for K.
McCarthy.

07/29/21          K McCarthy                                                     6.50
Draft/revise response to Collegium discovery letter and communicate internally regarding same (2.0);
coordinate research ████████████████████████████ and
review/analyze obtained documents (1.0); perform legal research ████████████████
████ (2.0); attention to miscellaneous internal and client correspondence (0.6); review/analyze Patheon's
subpoena response and communicate with team regarding review of same (0.4); communicate internally and
with client regarding document discovery issues (0.5).

07/29/21          A M Nicolais                                                   3.30
Communication in firm with K. McCarthy re Collegium action items (.3); research ████████████
████████████ (2.0); drafting summary re same (.5); review/analyze Patheon
response to Subpoena (.5).

07/29/21          K I Nix                                                        4.60
Studied and revised draft letter to C. Pinahs (1.2); studied and revised draft responses to Collegium RFPs nos.
90-115, and email to A. Nicolais and P. Hendler regarding same (2.0); attention to ████████████
████████████████ (.8); revised memorandum summarizing legal research regarding
████████████ and e-mails with S. Anwar regarding same (.6).

07/29/21          J J Normile                                                    3.30
Review and revise ████████████████████████████████████
████████████████████████████████████ (1.5); review of ████████
████████████████████ (.50); review of Purdue's claim construction brief (.80).

07/30/21          J J Darensbourg                                               2.10
Manage files received by D Rosen for review by K Nix and document production received by Collegium.

07/30/21          G J Larosa                                                     2.00
Draft/revise ████████████ and conferred in firm regarding same.

07/30/21          K McCarthy                                                     3.00
Attention to internal and opposing counsel correspondence regarding Collegium's document production (0.5);
review ████ (1.0); review ████████████████████████████████
(1.5).

07/30/21          A M Nicolais                                                   3.00
Draft/revise reply claim construction brief (1.0); researching supporting caselaw re same (2.0).

# JONES DAY

305158.610005                                                                  Page: 14
                                                                               October 15, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                         Invoice: 210903858


07/30/21          K I Nix                                        4.20

    Worked on and finalized memo summarizing legal research and analysis of ███████████ (.5);
    studied new documents regarding ███████████ (.7); work regarding ███████
    ███████ (1.3); reviewed and revised draft letter to C. Pinahs (.6);
    teleconference with D. Rosen regarding discovery issues, and follow up regarding same (1.1).


07/30/21          J J Normile                                   1.50

    Attention to various discovery issues including preparation of responses to Collegium's outstanding discovery
    requests and supplementation of earlier discovery responses.


07/31/21          K McCarthy                                    6.00

    Draft/revise response to Collegium discovery letter (0.8); review/analyze ███████
    ███████ (0.8); draft/revise ███████ (1.2); draft/revise
    ███████ (2.2); attention to case files and case correspondence
    regarding claim construction and discovery issues (1.0).

                                                              ─────────────
                  **Total**                                    **303.60**

# JONES DAY

305158.610005

Page: 15
October 15, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 210903858

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **FEDERAL EXPRESS CHARGES** | | | | |
| 07/02/21 | T E Solomon | NYC | 42.37 | |
| | Vendor: Federal Express Corporation Invoice#: 743238845 Date: 7/12/2021 - - Ship To: Gasper LaROSA, Ship Dt: 07/02/21 Airbill: 281055511810 | | | |
| 07/02/21 | T E Solomon | NYC | 47.47 | |
| | Vendor: Federal Express Corporation Invoice#: 743238845 Date: 7/12/2021 - - Ship To: JOHN NORMILE, Ship Dt: 07/02/21 Airbill: 281055354450 | | | |
| **Federal Express Charges Subtotal** | | | | **89.84** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **89.84** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 15, 2021                                           305158.610028
                                                  Invoice: 210903859

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through July 31, 2021:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 17,342.00 |
| Less 13% Discount | | (2,254.46) |
| Total Billed Fees | USD | 15,087.54 |
| **TOTAL** | **USD** | **15,087.54** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610028/210903859 WITH YOUR PAYMENT

**JONES DAY**

305158.610028

Page: 2
October 15, 2021
Invoice: 210903859

Accord Healthcare Inc.

Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 7.20 | 1,250.00 | 9,000.00 |
| Of Counsel |  |  |  |
| K I Nix | 0.30 | 1,180.00 | 354.00 |
| Associate |  |  |  |
| K McCarthy | 7.80 | 715.00 | 5,577.00 |
| A M Nicolais | 3.20 | 655.00 | 2,096.00 |
| Paralegal |  |  |  |
| J J Darensbourg | 0.90 | 350.00 | 315.00 |
| **Total** | **19.40** | **USD** | **17,342.00** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 3
October 15, 2021
Invoice: 210903859

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/01/21 | K McCarthy | 1.00 |

Draft/revise 1st set of RFPs and 1st set of Interrogatories to Accord (0.5); attention to case files and correspondence (0.5).

| 07/01/21 | A M Nicolais | 0.90 |
|---|---|---|

Final edits/revisions/review of initial Rogs and RFP requests to Accord (.9).

| 07/01/21 | J J Normile | 1.00 |
|---|---|---|

Review and revise initial discovery requests and various correspondence regarding same.

| 07/02/21 | K McCarthy | 0.50 |
|---|---|---|

Attention to case file and correspondence regarding, e.g., Purdue's recently-served discovery requests (0.5).

| 07/02/21 | J J Normile | 0.50 |
|---|---|---|

Review of ███████████████████████████

| 07/10/21 | J J Normile | 1.00 |
|---|---|---|

Preliminary review ███████████████

| 07/12/21 | K McCarthy | 1.50 |
|---|---|---|

Review/analyze Accord's initial invalidity contentions (0.5); draft/revise ██████████ ████████████████████████████ (1.0)

| 07/12/21 | A M Nicolais | 0.60 |
|---|---|---|

Review/analyze Accord invalidity contentions (.6).

| 07/12/21 | J J Normile | 2.00 |
|---|---|---|

Continued review ██████████████████████ ███████████ (1.0); attention to ██████████████ (1.0).

| 07/13/21 | K McCarthy | 1.50 |
|---|---|---|

Review/analyze ███████████████████ (1.0); ████████████ ████████████████████████ (0.5).

| 07/14/21 | K McCarthy | 1.50 |
|---|---|---|

Draft/revise ████ (0.6); attention to case files and correspondence regarding Accord's invalidity contentions (0.4); draft/revise third party subpoena (0.5).

| 07/14/21 | J J Normile | 1.10 |
|---|---|---|

Review ██████████████████████████ (.80); ████████████ (.30).

# JONES DAY

305158.610028                                                      Page: 4
                                                          October 15, 2021
Accord Healthcare Inc.                                 Invoice: 210903859

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/15/21 | J J Darensbourg | 0.60 |

Manage shared database for attorneys of both parties' discovery and Defendant's Initial Invalidity Contentions.

| 07/15/21 | J J Normile | 0.50 |
|---|---|---|

Attention to ████████████████

| 07/16/21 | A M Nicolais | 0.30 |
|---|---|---|

Final review and preparing/coordinating service of proposed terms for construction (.3).

| 07/16/21 | J J Normile | 0.80 |
|---|---|---|

Attention to ████████████████

| 07/19/21 | K McCarthy | 0.80 |
|---|---|---|

Prepare for and participate in weekly client call regarding litigation status updates (0.7), including reviewing and providing comments to draft Purdue litigation tracker (0.1).

| 07/19/21 | J J Normile | 0.30 |
|---|---|---|

Review of ████████████████████████

| 07/21/21 | J J Darensbourg | 0.30 |
|---|---|---|

Manage shared database for attorneys of proposed claim terms and constructions.

| 07/26/21 | K McCarthy | 0.50 |
|---|---|---|

Draft/revise ████████████████ and communicate with A. Nicolais regarding same (0.5).

| 07/27/21 | K McCarthy | 0.50 |
|---|---|---|

Draft/revise ████████████████ and communicate internally regarding same (0.5).

| 07/27/21 | A M Nicolais | 0.80 |
|---|---|---|

Drafting ████████████████ (.7); communication in firm re same (.1).

| 07/28/21 | A M Nicolais | 0.60 |
|---|---|---|

Edits/revisions to ████████████ incorporating edit/revisions from P. Hendler re same.

| 07/29/21 | K I Nix | 0.30 |
|---|---|---|

Reviewed ████████████████

|  | **Total** | **19.40** |
|---|---|---|

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 15, 2021                                                          305158.640002
                                                                Invoice: 210903860

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through July 31, 2021:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 11,944.50 |
| Less 13% Discount | | (1,552.79) |
| Total Billed Fees | USD | 10,391.71 |
| **TOTAL** | **USD** | **10,391.71** |

Please remit payment to:

**ACH Transfer (preferred)**           **Wire Transfer**
Citibank, N.A.                      Citibank, N.A.
New York, NY                       New York, NY
Account Name:  Jones Day            Account Name:  Jones Day
Account No:  37026407               Account No:  37026407
ABA No:  021000089                  ABA No:  021000089
                                   Swift Code:  CITIUS33

PLEASE REFERENCE 305158 640002/210903860 WITH YOUR PAYMENT

# JONES DAY

305158.640002

Strategic Corporate Advice

## Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner | | | |
| D T Moss | 0.20 | 1,075.00 | 215.00 |
| J J Normile | 1.50 | 1,250.00 | 1,875.00 |
| Associate | | | |
| K McCarthy | 12.50 | 715.00 | 8,937.50 |
| A M Nicolais | 1.40 | 655.00 | 917.00 |
| **Total** | **15.60** | **USD** | **11,944.50** |

# JONES DAY

305158.640002

Strategic Corporate Advice

Page: 3
October 15, 2021
Invoice: 210903860

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/06/21 | K McCarthy | 2.00 |

Draft/revise ███████████████████████████████████████ (0.9); draft/revise
████████████████ (0.6); draft/revise
███████████████████ and communicate with C. Buck regarding same (0.5).

| 07/07/21 | K McCarthy | 1.00 |
|---|---|---|

Draft/revise ████████████████████ and ((communicate with C. Buck and J. Normile
regarding same)) (1.0).

| 07/09/21 | K McCarthy | 0.50 |
|---|---|---|

Draft/revise ████████████████████ and ((communicate with C. Buck regarding same)) (0.5).

| 07/12/21 | A M Nicolais | 0.80 |
|---|---|---|

Draft/revise weekly Purdue updates (.4); weekly Purdue meeting (.4).

| 07/14/21 | K McCarthy | 2.00 |
|---|---|---|

Draft/revise █████████████████████████████ and
communicate internally regarding same (2.0).

| 07/14/21 | D T Moss | 0.20 |
|---|---|---|

Communicate with ((J. Normile regarding ███████████

| 07/19/21 | K McCarthy | 0.70 |
|---|---|---|

Draft/revise ██████████████████ and communicate internally regarding
same (0.7).

| 07/19/21 | A M Nicolais | 0.60 |
|---|---|---|

Preparing weekly Purdue litigation updates (.3); weekly Purdue meeting (.3).

| 07/20/21 | K McCarthy | 0.80 |
|---|---|---|

Draft/revise ██████████████████ and communicate internally regarding
same (0.8).

| 07/25/21 | K McCarthy | 3.00 |
|---|---|---|

Draft/revise ████████████████ and communicate internally
regarding same (3.0).

| 07/26/21 | K McCarthy | 2.50 |
|---|---|---|

Draft/revise █████████████████████████████████████
and communicate with J. Normile regarding same (2.5).

| 07/28/21 | J J Normile | 1.50 |
|---|---|---|

Preparation for and participation in teleconference with DPW and Purdue regarding ████████
███████████████████████ (1.5).

## JONES DAY

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| | | _____ |
| | **Total** | **15.60** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 15, 2021                                                305158.999007
                                                        Invoice: 210903861

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through July 31, 2021:

| | | |
|---|---|---:|
| Retention Matters | USD | 14,625.00 |
| Less 13% Discount | | (1,901.25) |
| Total Billed Fees | USD | 12,723.75 |
| **TOTAL** | **USD** | **12,723.75** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                    Citibank, N.A.
New York, NY                     New York, NY
Account Name:  Jones Day          Account Name:  Jones Day
Account No:  37026407             Account No:  37026407
ABA No:  021000089                ABA No:  021000089
                                 Swift Code:  CITIUS33

PLEASE REFERENCE 305158 999007/210903861 WITH YOUR PAYMENT

**JONES DAY**

305158.999007

Retention Matters

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 7.30 | 1,250.00 | 9,125.00 |
| Associate |  |  |  |
| C Buck | 8.80 | 575.00 | 5,060.00 |
| Paralegal |  |  |  |
| M M Melvin | 1.10 | 400.00 | 440.00 |
| **Total** | **17.20** | **USD** | **14,625.00** |

# JONES DAY

305158.999007

Retention Matters

Page: 3
October 15, 2021
Invoice: 210903861

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/05/21 | C Buck | 2.40 |
| Revise excel for Fifth Interim Fee Application. | | |
| 07/05/21 | C Buck | 2.30 |
| Draft Fifth Interim Fee Application. | | |
| 07/06/21 | J J Normile | 0.80 |
| Attention to preparation of Jones Day fifth interim fee petition and review of relevant budgets regarding same. | | |
| 07/07/21 | C Buck | 0.30 |
| Prepare for and attend call to discuss Fifth Interim Fee Application with J. Normile and K. McCarthy. | | |
| 07/07/21 | J J Normile | 1.00 |
| Review and revise Jones Day's fifth interim fee application ██████████████████████ ██████████). | | |
| 07/11/21 | C Buck | 0.20 |
| Revise Fifth Interim Fee Application. | | |
| 07/12/21 | C Buck | 0.50 |
| Revise Fifth Interim Fee Application. | | |
| 07/12/21 | J J Normile | 0.50 |
| Attention to preparation of Jones Day's Fifth Interim Fee Application. | | |
| 07/13/21 | C Buck | 0.40 |
| Revise interim fee application ███████████ | | |
| 07/13/21 | J J Normile | 1.50 |
| Attention to finalizing Jones Day's Fifth Interim Fee Application and ██████████████ ██████████████. | | |
| 07/14/21 | J J Normile | 0.80 |
| Attention to preparation of Jones Day's Fifth Interim Fee Petition ██████████. | | |
| 07/15/21 | C Buck | 1.60 |
| Finalize Fifth Interim Fee application for filing. | | |
| 07/15/21 | M M Melvin | 1.10 |
| Gather the February through May fee statements and assemble to prepare an exhibit to Jones Day's fifth interim fee application (0.40); forward compiled exhibits to C. Buck to review (0.10); assemble exhibits with the fee application (0.10); send the same to C. Buck for review (0.10); review and e-file Jones Day's fifth interim fee application (0.30); forward a filed copy to C. Buck (0.10). | | |
| 07/15/21 | J J Normile | 2.40 |
| Various correspondence with K. McCarthy regarding ██████████████ and review of same (.80); finalizing Jones Day's Fifth Interim Fee Petition ██████████████ (.80); review of ██████████ (.80). | | |

# JONES DAY

305158.999007                                                                    Page: 4
                                                                        October 15, 2021
Retention Matters                                                   Invoice: 210903861


| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/19/21 | J J Normile | 0.30 |
| | Review of various correspondence relating to ▮▮▮▮▮▮ | |
| 07/27/21 | C Buck | 1.10 |
| | Revise June invoices for compliance with UST guidelines. | |
| | **Total** | **17.20** |