# Exhibit A

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**[PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE
LIMIT IN MEMORANDUM OF LAW IN OPPOSITION TO THE MOTIONS FOR
STAYS OF THE CONFIRMATION ORDER AND THE ADVANCE ORDER
<u>PENDING APPEAL</u>**

Upon the motion, dated October 22, 2021 ("**Motion**"), of Purdue Pharma L.P. ("**PPLP**") and certain affiliated debtors, as debtors and debtors in possession (collectively, the "**Debtors**"), for an order granting leave to exceed the page limit in filing the Debtors' Memorandum of Law in Opposition to the Motions for Stays of the Confirmation Order and the Advance Order Pending Appeal, the Court finds that the Debtors have shown good cause to exceed the page limit set out by the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures*, entered on November 18, 2019 [Dkt. No. 498]. Based on this finding, it is hereby:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

ORDERED, that the Debtors may exceed this Court's page limits for motions, applications, objections, replies, and statements and file a stay opposition brief that is 59 pages in length, exclusive of the table of contents and table of authorities.

Dated: White Plains, New York
      October __, 2021

                                                _____
                                                THE HONORABLE ROBERT D. DRAIN
                                                UNITED STATES BANKRUPTCY JUDGE