# EXHIBIT A

```
                                                                  1
     LacWpur0
1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
3    In re                                     21 Civ. 7532 (CM)
                                                et seq.
4    PURDUE PHARMA BANKRUPTCY APPEALS
5                                               Oral Argument
     ------------------------------x
6                                               New York, N.Y.
                                                October 12, 2021
7                                               2:00 p.m.
8    Before:
9                      HON. COLLEEN MCMAHON,
10                                              District Judge
11                         APPEARANCES
12   KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
          Attorneys for Appellant States of Washington
13        Connecticut, Delaware, Rhode Island and Vermont
     BY:  MATTHEW J. GOLD
14        -and-
     PULLMAN & COMLEY, LLC
15   BY:  IRVE J. GOLDMAN

16   DAVIS POLK & WARDWELL LLP
          Attorneys for Appellees Purdue Pharma, et al.
17   BY:  BENJAMIN S. KAMINETZKY
          MARSHALL S. HUEBNER
18
     BRIAN EDMUNDS
19        Office of the Attorney General of the State of Maryland
          Attorney for Appellant State of Maryland
20
     BERNARD A. ESKANDARI
21        California Department of Justice
          Attorney for Appellant State of California
22

23

24

25

                  SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300
```

LaCwpdrOcoffected

```
 1
         BETH A. LEVENE
 2       BENJAMIN HIGGINS
              Department of Justice
 3            Attorneys for Appellant
              U.S. Trustee William K. Harrington
 4
         A. DAMIAN WILLIAMS
 5            United States Attorney for the
              Southern District of New York
 6       BY:  PETER M. ARONOFF
              Assistant United States Attorney
 7
         CAPLIN & DRYSDALE
 8            Attorneys for Appellee
              Multi-State Governmental Entities Group
 9       BY:  JAMES P. WEHNER, Jr.
              JEFFREY A. LIESEMER
10
         DEBEVOISE & PLIMPTON, LLP
11            Attorneys for Appellee
              Mortimer Sackler Family/Side A of the Sackler Family
12       BY:  MAURA K. MONAGHAN

13       MILBANK, TWEED, HADLEY & McCLOY LLP
              Attorneys for Appellee
14            Raymond Sackler Family/Side B of the Sackler Family
         BY:  GERARD H. UZZI
15
         AKIN GUMP STRAUSS HAUER & FELD LLP
16            Attorneys for Interested Party
              Official Committee of Unsecured
17            Creditors of Purdue Pharma L.P., *et al.*
         BY:  ERIK PREIS
18            MITCHELL P. HURLEY

19       KRAMER LEVIN NAFTALIS & FRANKEL, LLP
              Attorneys for Interested Party
20            Ad Hoc Committee and other
              Contingent Litigation Claimants
21       BY:  KENNETH H. ECKSTEIN
              DAVID E. BLABEY, Jr.
22
         WHITE & CASE LLP
23            Attorneys for Intervenor
              Ad Hoc Group of Individual Victims
24            of Purdue Pharma, L.P.
         BY:  J. CHRISTOPHER SHORE
25
```

19-23649-shl    Doc 4014-1    Filed 10/22/21    Entered 10/22/21 23:17:37    Exhibit A- Excerpts of Transcript of October 12    2021 Oral Argument Before Honor    Pg 4 of 6

30

LacWpur0

1           Next.

2           MS. LEVENE:  As you know already, we're committed to
3   an expedited briefing schedule, and I raise that because the
4   primary argument that we have heard -- we haven't seen a
5   written file in response to our request for a stay yet, nor in
6   the bankruptcy court either.  I raise that because the primary
7   argument in response is concern about delay.

8           THE COURT:  There are two arguments.  One is you're
9   not going to succeed on the merits.  The other one is the
10  letter.

11          MS. LEVENE:  And so as the delay point, I think the
12  expedited schedule is quite relevant, and I'll get to that more
13  in a little bit.  We think that the permissibility is
14  nonconsensual (inaudible) releases.

15          THE COURT:  Now I'm starting to lose you.  OK?  I
16  can't understand.

17          You know what would be helpful to me?

18          MS. LEVENE:  Should I go to the podium?

19          THE COURT:  Go to the podium, take off your mask, and
20  argue this.  And please don't tell me what the standards are
21  for an injunction.

22          MS. LEVENE:  All right.  Can you hear me all right?

23          THE COURT:  Oh, so wonderful.

24          MS. LEVENE:  It's nice to be able to speak without the
25  mask, your Honor.  Thank you.

19-23649-shl   Doc 4014-1   Filed 10/22/21   Entered 10/22/21 23:17:37   Exhibit A- Pg 5 of 6
Excerpts of Transcript of October 12  2021 Oral Argument Before Honor

LacWpdur0   31

1          So, in our emergency motion, we asked for a stay
2  pending a decision on the stay pending appeal, which you have
3  granted, and we appreciate that.  For the stay pending appeal,
4  we would like a stay pending exhaustion of all appeals, and of
5  course, we've asked for alternative relief, if you deny the
6  stay pending appeal, a stay long enough for us to seek relief
7  from the Second Circuit.
8          On the standards for a stay, we believe we've met
9  them.  Because this does raise very important issues, we
10 believe we have a likelihood of success on the merits for the
11 reasons we discussed in our brief, and we don't think it can be
12 disputed that there are serious questions here on the merits
13 that raise a fair ground for litigation and the balance of the
14 hardships, including the harm to the victims who had their
15 claims eliminated potentially without appellate review on the
16 merits favor the stay.
17         Your Honor, in one of your orders, you raised a
18 question about whether you have the power to enter a stay
19 pending appeal, and you do.  I don't know if you still have
20 that question in your mind.
21         THE COURT:  I don't have that question in my mind.
22         MS. LEVENE:  OK.
23         THE COURT:  I've done some research.
24         MS. LEVENE:  I didn't quite hear you.
25         THE COURT:  I've done some research.

19-23649-shl   Doc 4014-1   Filed 10/22/21   Entered 10/22/21 23:17:37   Exhibit A-
Excerpts of Transcript of October 12  2021 Oral Argument Before Honor   Pg 6 of 6

LacWpur0                                                                32

1              MS. LEVENE:  All right.  So you do have that power.

2              We think we meet the standard for a stay, and you've

3    read our papers so I'll be brief about the merits arguments.

4    But as I said, there are serious issues here that raise fair

5    ground for litigation.  And because these releases violate the

6    due process clause, there was not adequate notice that

7    individuals, victims who are being denied their opportunity to

8    sue the Sacklers and other nondebtors are being deprived of

9    their property interests of these claims against nondebtors

10   without an adequate opportunity to be heard, without

11   compensation and without consent, we think that raises serious

12   due process issues.

13             We also think these releases are not permitted by the

14   code even as it's been interpreted by the Second Circuit, and

15   we understand that you're bound by the Second Circuit.

16             THE COURT:  Right.  I want to hear your argument on

17   that point.

18             MS. LEVENE:  I'm sorry.  I'm having trouble hearing

19   you.

20             THE COURT:  I said I'd love to hear your argument on

21   that point.

22             MS. LEVENE:  So, as for *Metromedia*, *Metromedia*

23   actually didn't hold the releases at issue there to be OK.  It

24   dismissed the case on equitable mootness grounds, and it didn't

25   address the constitutional issues that we've raised here.  And