TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Telephone:    (317) 713-3500
Facsimile:    (317) 713-3699

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**JOINDER OF THE AD HOC GROUP OF HOSPITALS TO THE**
**OPPOSITION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**TO MOTIONS FOR STAY PENDING APPEAL**

The Ad Hoc Group of Hospitals (the "**Hospitals**"), by and through its undersigned counsel, joins with, and adopts all of the arguments set forth in, the *Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal* [Dkt No.4006].

WHEREFORE, the Hospitals respectfully request that the Court deny the several stay motions (as described and defined in the above-referenced Opposition) and grant such other and further relief as the Court deems proper.

Dated: October 23, 2021        Respectfully submitted,

                               TAFT STETTINIUS & HOLLISTER LLP

                       By:     */s/ Michael P. O'Neil*
                               Michael P. O'Neil Admitted *Pro Hac Vice*
                               Counsel for Ad Hoc Group of Hospitals

# CERTIFICATE OF SERVICE

      I hereby certify that on October 23, 2021 I caused a copy of the foregoing *Joinder of the Ad Hoc Group of Hospitals to the "Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal"* to be electronically filed and served via the United StatesBankruptcy Court for the Southern District of New York's CM/ECF system upon the following parties in this case:

(See attached list)

/s/ <em>Michael P. O'Neil</em><br>
Michael P. O'Neil

TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Telephone:    (317) 713-3500
Facsimile:    (317) 713-3699

**Electronic Mail Notice List – 10/23/2021**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael Geoffrey Abelow**    mabelow@sherrardroe.com, neads@sherrardroe.com
- **Jill Abrams**    jill.abrams@vermont.gov
- **Nicklas Arnold Akers**    nicklas.akers@doj.ca.gov
- **Sydenham B. Alexander**    sandy.alexander@mass.gov
- **Andrew Vincent Alfano**    andrew.alfano@pillsburylaw.com
- **Barbara M. Almeida**    barbara.almeida@clydeco.us, shane.calendar@clydeco.us
- **Anne Andrews**    aa@andrewsthornton.com
- **Philip D. Anker**    philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com
- **Alison Archer**    alison.archer@ohioattorneygeneral.gov
- **Reuel D. Ash**    rash@ulmer.com, sbenoit@ulmer.com
- **Mitchell Jay Auslander**    maosbny@willkie.com, mauslander@willkie.com
- **Michael I. Baird**    baird.michael@pbgc.gov, efile@pbgc.gov
- **Jasmine Ball**    jball@debevoise.com, cponeal@debevoise.com
- **Lauren Guth Barnes**    lauren@hbsslaw.com, purduebankruptcy@hbsslaw.com
- **Barry Z. Bazian**    bbazian@goodwinlaw.com, acunningham@goodwinlaw.com
- **Morgan R Bentley**    mbentley@bentleyandbruning.com
- **Alexander Berk**    aberk@mayerbrown.com, courtnotification@mayerbrown.com
- **Thomas Moultrie Beshere**    tbeshere@oag.state.va.us
- **Thomas D. Bielli**    tbielli@bk-legal.com, dklauder@bk-legal.com;tnobis@bk-legal.com
- **Kathryn Blake**    kathryn.blake@ag.ny.gov
- **Jordan S. Blask**    jblask@fbtlaw.com, agilbert@tuckerlaw.com
- **Anthony D. Boccanfuso**    Anthony.Boccanfuso@apks.com, ecf-b9841d808f73@ecf.pacerpro.com
- **James T. Boffetti**    james.boffetti@doj.nh.gov, janet.demers@doj.nh.gov
- **John A. Boyle**    jboyle@khmarino.com, docketing@khmarino.com
- **Morton R. Branzburg**    mbranzburg@klehr.com, jtaylor@klehr.com

- **Paul E. Breene**  pbreene@reedsmith.com
- **William J. Brennan**  william.brennan@kennedyslaw.com
- **Gary D. Bressler**  gbressler@mdmc-law.com, scarney@mdmc-law.com;nleonard@mdmc-law.com
- **Daniel R Brice**  drbrice@bklawyers.com
- **Emily Brown**  ebrown@hsplegal.com
- **Celeste Brustowicz**  cbrustowicz@sch-llc.com, lrichardson@clfnola.com
- **Michael Morris Buchman**  mbuchman@motleyrice.com
- **Chane Buck**  cbuck@jonesday.com
- **Michiyo Michelle Burkart**  michelle.burkart@doj.ca.gov
- **Ira Burnim**  irabster@gmail.com
- **Lori A. Butler**  butler.lori@pbgc.gov, efile@pbgc.gov
- **CRG Financial LLC**  notices@CRGfinancial.com
- **Aaron R. Cahn**  cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com
- **George Calhoun**  george@ifrahlaw.com
- **Robert P. Charbonneau**  rpc@agentislaw.com, bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **L Kenneth Chotiner**  lkc@thechotinerfirm.com
- **Shawn M. Christianson**  schristianson@buchalter.com, cmcintire@buchalter.com
- **Elizabeth A Citrin**  elizabeth@elizabethcitrin.com
- **Marvin E. Clements**  agbanknewyork@ag.tn.gov
- **Julie Elizabeth Cohen**  julie.cohen@skadden.com
- **Daniel S. Connolly**  daniel.connolly@bracewell.com, mco@bracewell.com;joseph.lasher@bracewell.com
- **John Michael Connolly**  mike@consovoymccarthy.com
- **William S Consovoy**  will@consovoymccarthy.com
- **Linda J Conti**  linda.conti@maine.gov
- **Merrida Coxwell**  lenah@coxwelllaw.com
- **Anthony Crawford**  acrawford@reedsmith.com
- **Ashley Crawford**  avcrawford@akingump.com

4

- **Heather M Crockett**   heather.crockett@atg.in.gov, marie.baker@atg.in.gov
- **Jonathan Watson Cuneo**   jonc@cuneolaw.com
- **Melanie L. Cyganowski**   mcyganowski@oshr.com, awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildebrandtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com
- **Peter D'Apice**   dapice@sbep-law.com
- **Scott I. Davidson**   sdavidson@kslaw.com, jcmccullough@kslaw.com
- **Joseph G. Davis**   jdavis@willkie.com, maodc1@willkie.com
- **Brett T DeLange**   brett.delange@ag.idaho.gov
- **Ira S. Dizengoff**   idizengoff@akingump.com, apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com
- **Mark S. Dym**   mdym@hsplegal.com
- **Leslie A. Eaton**   leslie.eaton@coag.gov
- **Kenneth H. Eckstein**   keckstein@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
- **Brian Edmunds**   bedmunds@oag.state.md.us
- **Leah M. Eisenberg**   leisenberg@mayerbrown.com
- **Justin M Ellis**   jellis@mololamken.com
- **Susan Ellis**   sellis@atg.state.il.us
- **Bernard Ardavan Eskandari**   bernard.eskandari@doj.ca.gov
- **Gillian Feiner**   gillian.feiner@mass.gov
- **Jamie Fell**   jamie.fell@stblaw.com
- **Laura Femino**   laura.femino@whitecase.com
- **Lowell W. Finson**   lowellwfinson@gmail.com
- **Judith Aurora Yosepha Fiorentini**   judith.fiorentini@doj.ca.gov
- **Eric Fisher**   efisher@binderschwartz.com, docket@binderschwartz.com
- **Lara J Fogel**   lfogel@levinelee.com
- **Lawrence Fogelman**   lawrence.fogelman@usdoj.gov
- **Joseph D. Frank**   jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com
- **Bryce L. Friedman**   bfriedman@stblaw.com, 5962535420@filings.docketbird.com

- **George Robert Gage**     grgage@gagespencer.com
- **Katherine Galle**     kngalle@mintz.com
- **Richard R Gan**     richlaw1@comcast.net
- **Jeffrey K. Garfinkle**     jgarfinkle@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **Alison Gaske**     gaskea@gilbertlegal.com
- **Scott F. Gautier**     scott.gautier@faegredrinker.com, kmeek@robinskaplan.com;mdelaney@robinskaplan.com
- **Richard Joseph Geddes**     richard.geddes@kennedyslaw.com
- **Marc P Gertz**     mpgertz@gertzrosen.com
- **Steven A. Ginther**     sdnyecf@dor.mo.gov
- **Jeffrey R. Gleit**     jgleit@sullivanlaw.com, bcooley@sullivanlaw.com,rrosenblatt@sullivanlaw.com,aweiss@sullivanlaw.com,nkoslof@sullivanlaw.com,tkethro@sullivanlaw.com
- **Eric M. Gold**     eric.gold@state.ma.us
- **Matthew J. Gold**     mgold@kkwc.com, jremi@kkwc.com
- **Irve J. Goldman**     igoldman@pullcom.com, jshearin@pullcom.com;rmccoy@pullcom.com
- **Eric Goldstein**     egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- **Michael Goldstein**     mgoldstein@goodwinlaw.com
- **Leslie A. Goller**     lgoller@terrellhogan.com
- **Michael Gorelick**     mgorelick@agfjlaw.com
- **Alexander M Gormley**     agormley@williamsmullen.com, ssavitsky@slevinhart.com
- **Isley Markman Gostin**     isley.gostin@wilmerhale.com
- **Gary A. Gotto**     ggotto@kellerrohrback.com
- **Elisha D. Graff**     egraff@stblaw.com
- **Timothy E. Graulich**     ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com;ecf.inform@davispolk.com
- **Christopher Graver**     cgraver@kellerrohrback.com
- **Paris Gyparakis**     pgyparakis@rosenpc.com, gyparakispr81087@notify.bestcase.com
- **Adam P. Haberkorn**     ahaberkorn@omm.com

6

- **Mawerdi Hamid**  mawerdi.hamid@ag.state.mn.us
- **Valerie A. Hamilton**  Valerie.Hamilton@law.njoag.gov
- **William Hao**  william.hao@alston.com, leslie.salcedo@alston.com
- **Ben Harrington**  benh@hbsslaw.com
- **Neil L Henrichsen**  nhenrichsen@hslawyers.com
- **Angela K. Herring**  akherring@wlrk.com, calert@wlrk.com
- **John Wayne Hogan**  hogan@terrellhogan.com
- **Jake Holdreith**  jholdreith@robinskaplan.com, bmiller@robinskaplan.com;tbarrett@robinskaplan.com;cmay@robinskaplan.com
- **Daniel Ari Horowitz**  dhorowitz@obbblaw.com, jfitzgerald@obbblaw.com;sbushinsky@obbblaw.com;bcollins@obbblaw.com
- **Chiung-Hui Huang**  chuang@hslawyers.com
- **Jenna A Hudson**  hudsonj@gilbertlegal.com, johnsonka@gilbertlegal.com;colcocks@gilbertlegal.com
- **Harold D. Israel**  hisrael@lplegal.com, ikropiewnicka@lplegal.com;bdroca@lplegal.com;nbailey@lplegal.com
- **Henry Jaffe**  Henry.Jaffe@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com
- **Evan M. Jones**  ejones@omm.com, evan-jones-5677@ecf.pacerpro.com
- **Gregory P. Joseph**  gjoseph@jhany.com
- **Nicholas F. Kajon**  nfk@stevenslee.com
- **Benjamin S. Kaminetzky**  kaminet@dpw.com, ecf.ct.papers@davispolk.com
- **Nickolas Karavolas**  nkaravolas@phillipslytle.com, ddrons@phillipslytle.com
- **Joshua Karsh**  pleadings@findjustice.com
- **Michael J Kasen**  mkasen@kasenlaw.com
- **Beth Kaswan**  bkaswan@scott-scott.com
- **Ashley Keller**  ack@kellerlenkner.com
- **Nicolas G. Keller**  nicolas.keller@dfs.ny.gov
- **Neil Francis Xavier Kelly**  nkelly@riag.ri.gov, mdifonzo@riag.ri.gov
- **Muhammad Umair Khan**  umair.khan@ag.ny.gov
- **Michael S. Kimm**  msk@kimmlaw.com, law@kimmlaw.com;proh@kimmlaw.com

- **Thomas S. Kiriakos**   tkiriakos@mayerbrown.com, cnotification@mayerbrown.com

- **Jeremy C. Kleinman**   jkleinman@fgllp.com

- **John R. Knapp**   john.knapp@millernash.com, edgar.rosales@millernash.com;dona.purdy@millernash.com

- **Paul R Koepff**   paul.koepff@clydeco.us, meisee.hon@clydeco.us

- **Dan D Kohane**   ddk@hurwitzfine.com, donnab@hurwitzfine.com;kathik@hurwitzfine.com

- **Anna Kordas**   akordas@jonesday.com, cbuck@jonesday.com

- **Lawrence J. Kotler**   ljkotler@duanemorris.com

- **Ann Kramer**   akramer@reedsmith.com

- **Mark Krueger**   mkrueger@ag.nv.gov, dpotnar@ag.nv.gov,jwhitson@ag.nv.gov,lmtucker@ag.nv.gov

- **Thomas Lauria**   tlauria@whitecase.com

- **Andrea Law**   alaw@atg.state.il.us

- **Jillian Lazar**   jillian.lazar@delaware.gov

- **Trish Lazich**   trish.lazich@ohioattorneygeneral.gov

- **Garrett S. Ledgerwood**   garrett.ledgerwood@millernash.com

- **Alexander Lees**   alees@milbank.com, alexander-lees-2212@ecf.pacerpro.com;AutoDocketECF@milbank.com

- **Nicole A Leonard**   nleonard@mdmc-law.com, sshidner@mdmc-law.com

- **Stephen D. Lerner**   stephen.lerner@squirepb.com, sarah.conley@squirepb.com;stephen-lerner-2073@ecf.pacerpro.com

- **Richard James Leveridge**   leveridger@gilbertlegal.com

- **Richard B. Levin**   rlevin@jenner.com

- **Arthur J Liederman**   aliederman@morrisonmahoney.com

- **Jonathan C Lipson**   jlipson@temple.edu

- **Mimi Liu**   mliu@motleyrice.com

- **Michael G Louis**   mlouis@macelree.com

- **Donald K. Ludman**   dludman@brownconnery.com

- **Timothy Lundgren**   timothy.lundgren@doj.ca.gov

- **Michael Luskin**   luskin@lsellp.com

- **Jennifer B Lyday**    notice@waldrepwall.com
- **Joanna Lydgate**    joanna.lydgate@mass.gov
- **Christopher A. Lynch**    clynch@reedsmith.com, chris-lynch-7800@ecf.pacerpro.com
- **Lauren M. Macksoud**    lauren.macksoud@dentons.com
- **Kevin C. Maclay**    cecilia-guerrero-caplin-6140@ecf.pacerpro.com,jgiglio@capdale.com
- **Thomas Maeglin**    tmaeglin@agfjlaw.com
- **Ambria Mahomes**    amahomes@shb.com
- **Eric John Maloney**    eric.maloney@ag.state.mn.us
- **Kevin H. Marino**    kmarino@khmarino.com
- **Scott S. Markowitz**    smarkowitz@tarterkrinsky.com, snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com;mtorres@tarterkrinsky.com
- **Kimberly P. Massicotte**    kimberly.massicotte@ct.gov
- **Brian S. Masumoto**    nysbnotice@gmail.com
- **Clayton Matheson**    cmatheson@akingump.com
- **Annemarie Belanger Mathews**    abm@columbia13.com
- **Douglas Kirk Mayer**    dkmayer@wlrk.com, calert@wlrk.com
- **James I. McClammy**    james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com
- **Katherine McCraw**    kmccraw@ncdoj.gov, kchadwick@ncdoj.gov;etant@ncdoj.gov;lbulls@ncdoj.gov
- **John P McDonald**    jpmcdonald@lockelord.com
- **Laura McFarlane**    mcfarlanele@doj.state.wi.us
- **Michael D McMahan**    mmcmahan@hobbsstraus.com, cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com
- **Shannon M McNulty**    smm@cliffordlaw.com, jmreasor@cliffordlaw.com
- **Patrick Francis McTernan**    pmcternan@croninfried.com, cfskf@croninfried.com
- **Cyrus Mehri**    cmehri@findjustice.com
- **Seth Adam Meyer**    sam@kellerlenkner.com, docket@kellerlenkner.com
- **Samuel Mitchell**    sam@mitchellspeights.com
- **Corey Moll**    cmoll@phjlaw.com
- **Steven Francis Molo**    smolo@mololamken.com

- **Carol E. Momjian**   cmomjian@attorneygeneral.gov
- **Denise Mondell**   denise.mondell@ct.gov
- **Brandan Montminy**   brandan.montminy@lockelord.com
- **Patrick Morrisey**   patrick.j.morrisey@wvago.gov
- **Eleanor M. Mullen**   eleanor.mullen@ct.gov
- **Joseph L Mulvey**   joseph@mulveylawllc.com
- **Lucian Murley**   luke.murley@saul.com, robyn.warren@saul.com
- **Sean Michael Murphy**   murphysm@doj.state.wi.us, radkeke@doj.state.wi.us
- **Lynn Hagman Murray**   lhmurray@shb.com, docket@shb.com
- **David Eli Nachman**   david.nachman@ag.ny.gov
- **Alissa M. Nann**   anann@foley.com, alissa-nann-1605@ecf.pacerpro.com
- **Edward E. Neiger**   eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com
- **Jill L. Nicholson**   jnicholson@foley.com, mstockl@foley.com
- **Darlene M. Nowak**   nowak@marcus-shapira.com
- **Sean A. O'Neal**   soneal@cgsh.com, maofiling@cgsh.com
- **Brendan O'Neil**   brendan.oneil@maine.gov
- **Michael Patrick O'Neil**   moneil@taftlaw.com
- **Peter Francis O'Neill**   pfoneill@shb.com, docket@shb.com
- **Steven P Ordaz**   sordaz@bmcgroup.com
- **Jessica Ortiz**   jortiz@mololamken.com
- **Norma E. Ortiz**   email@ortizandortiz.com, bkcourt@gmail.com;ortiznoticeme@gmail.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestcase.com
- **Andrew Owen**   aowen@ulmer.com
- **James Franklin Ozment**   frankozmentlaw@gmail.com
- **Robert Padjen**   robert.padjen@coag.gov
- **Jeremy Pearlman**   jeremy.pearlman@ct.gov
- **William R Pearson**   william.pearson@ag.iowa.gov

10

- **Amanda Peterson**   apeterson@lawpartnersllp.com
- **Justino D Petrarca**   jpetrarca@edlawyer.com, emcnulty@edlawyer.com
- **Todd E. Phillips**   tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com
- **Alissa K. Piccione**   alissa.piccione@troutman.com, Brett.Goodman@troutman.com
- **Matthew J. Piers**   mpiers@hsplegal.com, rortiz@hsplegal.com;docketing@hsplegal.com
- **Mark D. Plevin**   mplevin@crowell.com
- **Joshua Polster**   joshua.polster@stblaw.com
- **Constantine Dean Pourakis**   cp@stevenslee.com
- **Michele Puiggari**   michele@mpuiggari.com
- **Amanda Quick**   amanda.quick@atg.in.gov, marie.baker@atg.in.gov
- **Marion Quirk**   marion.quirk@delaware.gov
- **Paul A. Rachmuth**   paul@paresq.com
- **Geoffrey T. Raicht**   graicht@raichtlawpc.com, jgreen@nicolaidesllp.com;msullivan@nicolaidesllp.com
- **Martin S. Rapaport**   manhatoffice@yahoo.com
- **Lawrence R. Reich**   reichlaw@reichpc.com
- **Alexander Gary Rheaume**   arheaume@mofo.com
- **Aisha Rich**   arich@findjustice.com
- **Linda Riffkin**   linda.riffkin@usdoj.gov
- **Peter J. Roberts**   proberts@cozen.com, peter-roberts-1301@ecf.pacerpro.com,cknez@cozen.com
- **Mai Lan G. Rodgers**   rodgers.mailan@pbgc.gov, efile@pbgc.gov
- **Laurel D. Roglen**   roglenl@ballardspahr.com, carbonej@ballardspahr.com
- **Evan Romanoff**   evan.romanoff@ag.state.mn.us
- **Paul S Rothstein**   psr@rothsteinforjustice.com
- **Corey William Roush**   croush@akingump.com
- **Laurie Rubinow**   lrubinow@millershah.com, pleadings@millershah.com
- **Jason Rubinstein**   rubinsteinj@gilbertlegal.com
- **Vadim J. Rubinstein**   vrubinstein@loeb.com, vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com
- **Nathan Quinn Rugg**   nathan.rugg@bfkn.com, jean.montgomery@bfkn.com

11

- **Megan Paris Rundlet**    megan.rundlet@coag.gov
- **Michael B. Rush**    rushm@gotofirm.com
- **William T. Russell**    wrussell@stblaw.com
- **Daniel Joseph Saval**    daniel.saval@kobrekim.com
- **Tancred V. Schiavoni**    tschiavoni@omm.com, jmcdonald@omm.com;tancred-schiavoni-9326@ecf.pacerpro.com
- **Frederick E. Schmidt**    eschmidt@cozen.com, frederick-schmidt-4035@ecf.pacerpro.com
- **David Edward Schoenfeld**    dschoenfeld@shb.com
- **Elizabeth Scott**    edscott@akingump.com
- **Joel Shafferman**    shaffermanjoel@gmail.com
- **Hunter J. Shkolnik**    hunter@nsprlaw.com
- **J. Christopher Shore**    cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com
- **Richard Shore**    shorer@gilbertlegal.com
- **George W. Shuster**    george.shuster@wilmerhale.com, WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com
- **Lee Scott Siegel**    lss@hurwitzfine.com, kathik@hurwitzfine.com
- **Wendy M. Simkulak**    wmsimkulak@duanemorris.com
- **Linda Singer**    lsinger@motleyrice.com
- **Paul M. Singer**    psinger@reedsmith.com, gwieland@reedsmith.com;SLucas@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com
- **Steven A Skalet**    sskalet@findjustice.com
- **Daniel H. Slate**    dslate@buchalter.com
- **Eric J. Snyder**    esnyder@wilkauslander.com, jstauder@wilkauslander.com
- **Colleen P Sorensen**    csorensen@hww-law.com, jhansen@hww-law.com
- **Christopher B Spuches**    cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com
- **Sarah Sraders**    sraderss@gilbertlegal.com
- **Katherine Stadler**    kstadler@gklaw.com, kboucher@gklaw.com
- **Catherine Steege**    csteege@jenner.com, jeffrey_cross@discovery.com
- **Mark Stein**    mstein@lowestein.com

- **Dawn Stewart**   dstewart@thestewartlawfirm.com

- **Aaron H. Stulman**   astulman@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com

- **Jeffrey S. Swyers**   jswyers@slevinhart.com, courtalerts@slevinhart.com

- **Lisa A Szymanski**   lszymanski@reedsmith.com

- **Mark Tate**   wkell@tatelawgroup.com

- **Jay Teitelbaum**   jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

- **Louis J. Testa**   louis.testa@ag.ny.gov

- **Wendy Tien**   wendy.tien@ag.state.mn.us

- **Marc Joseph Tobak**   mtobak@dpw.com, purdue.bloyd.service@davispolk.com

- **Lawrence L. Tong**   lawrence.l.tong@hawaii.gov, mana.moriarty@hawaii.gov;aaron.s.joyce@hawaii.gov

- **Sara Tonnesen**   stonnesen@oag.state.md.us

- **KatieLynn B Townsend**   ktownsend@rcfp.org

- **Andrew M. Troop**   andrew.troop@pillsburylaw.com

- **Margaret Truesdale**   mtruesdale@hsplegal.com

- **Kelly Tsai**   ktsai@crowell.com

- **Marshall C. Turner**   marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

- **Allen Joseph Underwood**   aunderwood@litedepalma.com, grodriguez@litedepalma.com

- **United States Trustee**   USTPRegion02.NYECF@USDOJ.GOV

- **Warren A. Usatine**   wusatine@coleschotz.com, fpisano@coleschotz.com

- **Gerard Uzzi**   guzzi@milbank.com, jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com

- **Melissa L. Van Eck**   mvaneck@attorneygeneral.gov

- **Jennifer Lynn Vandermeuse**   vandermeusejl@doj.state.wi.us, radkeke@doj.state.wi.us

- **Shmuel Vasser**   shmuel.vasser@dechert.com, nycmanagingclerks@dechert.com,brett.stone@dechert.com

- **Ilana Volkov**   ivolkov@mcgrailbensinger.com, ivolkov@mcgrailbensinger.com

- **Eli J. Vonnegut**   eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

13

- **Daniel Walfish**     dwalfish@walfishfissell.com
- **Anne Gilbert Wallice**     anne.wallice@kirkland.com
- **James P. Wehner**     jwehner@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com
- **Peter H Weinberger**     sschebek@spanglaw.com
- **William P. Weintraub**     wweintraub@goodwinlaw.com, gfox@goodwinprocter.com
- **Erin West**     ewest@gklaw.com, kboucher@gklaw.com;elewerenz@gklaw.com
- **Dorothy White-Coleman**     whitecoleman@whitecoleman.net
- **Harris Wiener**     harris.wiener@clydeco.us
- **Gregory Dale Willard**     gwillard@dubllc.com
- **Brady C. Williamson**     bwilliamson@gklaw.com
- **Dennis Windscheffel**     dwindscheffel@akingump.com
- **Douglas Wolfe**     asm@asmcapital.com
- **Charles Wysong**     cwysong@hsplegal.com
- **Dina L. Yunker Frank**     bcuyunker@atg.wa.gov
- **David Zwally**     dzwally@haugpartners.com
- **David Zylberberg**     david.zylberberg@stblaw.com

71428796v1