**BROWN RUDNICK LLP**
David J. Molton, Esq.
Steven D. Pohl, Esq. (admitted *pro hac vice*)
7 Times Square
New York, NY  10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

| | |
|---|---|
| | : |
| In re: | : Chapter 11 |
| | : |
| PURDUE PHARMA L.P., *et al.*, | : Case No. 19-23649 (RDD) |
| | : |
| Debtors[1]. | : (Jointly Administered) |
| | : |

----------------------------------------------------------------- X

**TWENTY-FOURTH MONTHLY FEE STATEMENT OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584) Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Name of Applicant: | Brown Rudnick LLP |
|---|---|
| **Authorized to Provide Professional Services to:** | The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 [Docket No. 553] |
| **Period for which compensation and reimbursement are sought:** | September 1, 2021 through September 30, 2021 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $231,052.50 |
| **Current Fee Request** | $184,842.00 (80% of $231,052.50) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $1,492.45 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $186,334.45 |
| **Total Fees and Expenses Inclusive of Holdback** | $232,544.95 |
| **This is a(n):**    _X_ Monthly Application    ___Interim Application    ___Final Application | |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Brown Rudnick LLP ("Brown Rudnick") Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Twenty-Fourth Monthly Fee Statement (the "Fee Statement") for the period of September 1, 2021 through and including September 30, 2021 (the "Statement Period").

**<u>Itemization of Services Rendered and Disbursements Incurred</u>**

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the project categories.  As reflected in Exhibit A, Brown Rudnick incurred $231,052.50 in fees during the Statement Period. Pursuant to this Fee Statement, Brown Rudnick seeks reimbursement for 80% of such fees, totaling $184,842.00.

Annexed hereto as **Exhibit B** is a chart of Brown Rudnick's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,037.22.  The blended hourly rate of all paraprofessionals is $415.00.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Brown Rudnick is attached hereto as **Exhibit D.**

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Brown Rudnick in the amount of $1,492.45 in connection with providing professional services during the Statement Period and a copy of the computer-generated list of expenses.

In accordance with the Fee Assumption Order, Brown Rudnick has separately recorded work performed relating to allocation of value among the Debtors' creditors (the "<u>Allocation Fees</u>").  To the best of its knowledge, Brown Rudnick has not included Allocation Fees in this Application.   Pursuant to the Fee Assumption Order, Brown Rudnick may request intercreditor allocation fees through a separate application at a later date.

## Notice

Brown Rudnick will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Brown Rudnick an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated:  October 25, 2021

Respectfully submitted,

BROWN RUDNICK LLP

/s/ *David J. Molton*
David J. Molton
Steven D. Pohl (admitted *pro hac vice*)
Seven Times Square
New York, New York 10019
Telephone:     (212) 209-4800
Facsimile:      (212) 209-4801
E-mail: dmolton@brownrudnick.com
           spohl@brownrudnick.com

*Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

## EXHIBIT A

### SERVICES RENDERED BY
### BROWN RUDNICK LLP

### COMMENCING SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021

### Summary of Fees Task Code

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 002 Asset Analysis and Recovery | 0.0 | $0.00 |
| 003 Assumption and Rejection of Leases and Contracts | 0.0 | $0.00 |
| 004 Business Operations | 0.0 | $0.00 |
| 005 Case Administration | 1.1 | $691.50 |
| 007 Claims Analysis | 0.0 | $0.00 |
| 008 Employment and Fee Applications | 2.8 | $1,162.00 |
| 009 Emergency Financing | 0.0 | $0.00 |
| 010 Litigation: Contested Matters and Adversary Proceedings[†] | 30.20 | $36,114.00 |
| 011 Meetings and Communication with Ad Hoc Committee & Creditors | 3.80 | $3,994.50 |
| 014 Plan and Disclosure Statement | 186.90 | $189,090.50 |
| **Total** | **224.8** | **$231,052.50** |
| | | |
| 20% Fee Holdback | | **$46,210.50** |
| 80% of Fees | | **$184,842.00** |
| Plus Expenses | | **$1,492.45** |
| Requested Amount | | **$232,544.95** |

[†]    Brown Rudnick has voluntarily reduced time spent attending the confirmation hearings by 25% for all timekeepers.

## EXHIBIT B

### SERVICES RENDERED BY BROWN RUDNICK LLP

### COMMENCING SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021

### Summary of Hours and Fees by Professional

| Name of Professional | Position/Year Admitted to Practice/Department | 2021 Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David J. Molton | Partner 1983<br>Bankruptcy & Corporate Restructuring | $1,545.00 | 20.2 | $31,209.00 |
| Steven D. Pohl | Partner 1989<br>Bankruptcy & Corporate Restructuring | $1,380.00 | 19.1 | $26,358.00 |
| Philip J Flink | Partner 1981<br>Corporate & Capital Markets | $1,235.00 | 4.8 | $5,928.00 |
| Barbara J. Kelly | Counsel 1982<br>Corporate & Capital Markets | $1,115.00 | 65.2 | $72,698.00 |
| Vincent Guglielmotti | Partner 2005<br>Corporate & Capital Markets | $1,085.00 | 2.0 | $2,170.00 |
| Andreas Andromalos | Partner 2001<br>Corporate & Capital Markets | $1,035.00 | 14.5 | $15,007.50 |
| Nicole M. Bouchard | Partner 2005<br>Corporate & Capital Markets | $950.00 | 14.3 | $13,585.00 |
| Gerard T. Cicero | Associate 2015<br>Bankruptcy & Corporate Restructuring | $885.00 | 22.5 | $19,912.50 |
| Lisa Okragly | Associate 2018<br>Corporate & Capital Markets | $885.00 | 3.1 | $2,743.50 |
| Jennifer I. Charles | Partner 2009<br>Corporate & Capital Markets | $855.00 | 14.2 | $12,141.00 |
| Adam Grandy | Associate 2009<br>Corporate & Capital Markets | $845.00 | 1.6 | $1,352.00 |
| Tia C. Wallach | Associate 2013<br>Corporate & Capital Markets | $820.00 | 23.3 | $19,106.00 |
| Samuel V. Toomey | Associate 2019<br>Corporate & Capital Markets | $535.00 | 2.1 | $1,123.50 |
| Shirin Shahidi | Law Clerk<br>Corporate & Capital Markets | $435.00 | 14.5 | $6,307.50 |
| Alexandra M. Deering | Paralegal<br>Bankruptcy & Corporate Restructuring | $415.00 | 3.4 | $1,411.00 |
| **Total Fees Requested** | | | **224.8** | **$231,052.50** |

## EXHIBIT C

**ACTUAL AND NECESSARY COSTS INCURRED BY
BROWN RUDNICK LLP**

## COMMENCING SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021

| EXPENSE | AMOUNT |
|---|---|
| | |
| Copies | $40.00 |
| Filing Fees | $600.00 |
| Outside Copies | $158.85 |
| Transcripts | $693.60 |
| **Total Expenses** | **$1,492.45** |

**brown**rudnick

| | | | |
|---|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | | 6926370 |
| ATTN: DAVID MOLTON | Date | | Oct 13, 2021 |
| BROWN RUDNICK | Client | | 035843 |
| 7 TIMES SQUARE | | | |
| NEW YORK, NY 10036 | | | |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through September 30, 2021:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0001 | COSTS | 0.00 | 1,492.45 | 1,492.45 |
| | **Total** | **0.00** | **1,492.45** | **1,492.45** |
| | Total Current Fees | | | $0.00 |
| | Total Current Costs | | | $1,492.45 |
| | **Total Invoice** | | | **$1,492.45** |

**\*\*\*\*NEW REMITTANCE INSTRUCTIONS\*\*\*\***

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance page of this invoice.
Please update your records to reflect this change.



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6926370
RE: COSTS                                                                          Page 2
October 13, 2021

## C O S T   D E T A I L

| Date | Description | Value |
|------|-------------|------:|
| 09/02/21 | DOCUMENT PRODUCTION | 0.00 |
| 09/16/21 | FILING FEE - 08/06/21; VENDOR: DINERS CLUB; INVOICE#: 5528320072025480-821; DATE: 8/14/2021 | 200.00 |
| 09/16/21 | FILING FEE - 08/06/21; VENDOR: DINERS CLUB; INVOICE#: 5528320072025480-821; DATE: 8/14/2021 | 200.00 |
| 09/16/21 | FILING FEE - 08/06/21; VENDOR: DINERS CLUB; INVOICE#: 5528320072025480-821; DATE: 8/14/2021 | 200.00 |
| 09/16/21 | OUTSIDE COPIES - VENDOR: ANDREAS ANDROMALOS; INVOICE#: 091621; DATE: 9/16/2021 | 158.85 |
| 09/16/21 | DOCUMENT PRODUCTION | 0.00 |
| 09/20/21 | TRANSCRIPTS - VENDOR: VERITEXT CORP.; INVOICE#: 5271374; DATE: 9/20/2021 | 272.40 |
| 09/21/21 | COPIES | 0.80 |
| 09/23/21 | COPIES | 3.40 |
| 09/23/21 | DOCUMENT PRODUCTION | 0.00 |
| 09/23/21 | COPIES | 3.10 |
| 09/24/21 | TRANSCRIPTS - VENDOR: VERITEXT CORP.; INVOICE#: 5227082; DATE: 8/27/2021 | 421.20 |
| 09/24/21 | COPIES | 14.20 |
| 09/24/21 | COPIES | 4.30 |
| 09/24/21 | COPIES | 0.10 |
| 09/24/21 | COPIES | 4.30 |
| 09/24/21 | COPIES | 0.10 |
| 09/24/21 | COPIES | 4.30 |
| 09/24/21 | COPIES | 0.10 |
| 09/24/21 | COPIES | 1.00 |
| 09/24/21 | COPIES | 0.10 |
| 09/24/21 | COPIES | 2.10 |
| 09/24/21 | COPIES | 0.20 |
| 09/24/21 | COPIES | 1.90 |
| 09/24/21 | DOCUMENT PRODUCTION | 0.00 |
| 09/29/21 | DOCUMENT PRODUCTION | 0.00 |
| | **Total Costs** | **1,492.45** |

## C O S T   S U M M A R Y

| Description | Value |
|-------------|------:|

**BR**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
RE: COSTS
October 13, 2021

Invoice 6926370
Page 3

| Description | Value |
|---|---:|
| FILING FEE | 600.00 |
| OUTSIDE COPIES | 158.85 |
| TRANSCRIPTS | 693.60 |
| DOCUMENT PRODUCTION | 0.00 |
| COPIES | 40.00 |
| **Total Costs** | **1,492.45** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6926370 |
| ATTN: DAVID MOLTON | Date | Oct 13, 2021 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS



Balance Due: **$1,492.45**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:  021000021
SWIFT Code:  CHASUS33

**\*\*\*\*NEW REMITTANCE INSTRUCTIONS\*\*\*\***

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  760367067

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# EXHIBIT D

**Time Entries for Each Professional by Task Code (Invoice)**

64180453 v1

# brown**rudnick**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6926371 |
| Date | Oct 13, 2021 |
| Client | 035843 |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through September 30, 2021:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0005 | CASE ADMINISTRATION | 691.50 | 0.00 | 691.50 |
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 1,162.00 | 0.00 | 1,162.00 |
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 36,114.00 | 0.00 | 36,114.00 |
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 3,994.50 | 0.00 | 3,994.50 |
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 189,090.50 | 0.00 | 189,090.50 |
| | **Total** | **231,052.50** | **0.00** | **231,052.50** |

| | |
|---|---:|
| Total Current Fees | $231,052.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$231,052.50** |

**\*\*\*\*NEW REMITTANCE INSTRUCTIONS\*\*\*\***

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.

# brown rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6926371 |
| Date | Oct 13, 2021 |
| Client | 035843 |

RE: CASE ADMINISTRATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through September 30, 2021:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 691.50 | 0.00 | 691.50 |
| | **Total** | **691.50** | **0.00** | **691.50** |

| | |
|---|---|
| Total Current Fees | $691.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$691.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
October 13, 2021

Invoice 6926371
Page 3

RE: CASE ADMINISTRATION

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/10/21 | CICERO | ATTEND MONITOR REPORT DISCUSSION WITH STATE AG OFFICES AND THE UCC | 0.50 | 442.50 |
| 09/29/21 | DEERING | REVIEW DOCKET AND UPDATE CASE CALENDAR | 0.60 | 249.00 |
| | **Total Hours and Fees** | | **1.10** | **691.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| GERARD T. CICERO | 0.50 | hours at | 885.00 | 442.50 |
| ALEXANDRA M. DEERING | 0.60 | hours at | 415.00 | 249.00 |
| **Total Fees** | | | | **691.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brown**rudnick**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6926371 |
| Date | Oct 13, 2021 |
| Client | 035843 |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through September 30, 2021:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 1,162.00 | 0.00 | 1,162.00 |
| | **Total** | **1,162.00** | **0.00** | **1,162.00** |

| | |
|---|---|
| Total Current Fees | $1,162.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$1,162.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
October 13, 2021

Invoice 6926371
Page 5

RE: EMPLOYMENT AND FEE APPLICATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/16/21 | DEERING | DRAFT AUG FEE STATEMENT | 2.00 | 830.00 |
| 09/20/21 | DEERING | REVISE 23RD MONTHLY FEE STATEMENT | 0.80 | 332.00 |
| | **Total Hours and Fees** | | **2.80** | **1,162.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| ALEXANDRA M. DEERING | 2.80 | hours at | 415.00 | 1,162.00 |
| **Total Fees** | | | | **1,162.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6926371 |
| ATTN: DAVID MOLTON | Date | Oct 13, 2021 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY
PROCEEDINGS, AND AUTOMATIC STAY

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through September 30, 2021:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 36,114.00 | 0.00 | 36,114.00 |
| | **Total** | **36,114.00** | **0.00** | **36,114.00** |

| | |
|---|---|
| Total Current Fees | $36,114.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$36,114.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
October 13, 2021

Invoice 6926371
Page 7

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/01/21 | CICERO | ATTEND CONFIRMATION HEARING ON BENCH RULING | 5.00 | 4,425.00 |
| 09/01/21 | POHL | ATTEND HEARING FOR JUDGE'S CONFIRMATION RULING | 4.00 | 5,520.00 |
| 09/01/21 | MOLTON | ATTEND COURT HEARING FOR DELIVERY OF JUDGE DRAIN'S CONFIRMATION ORDER | 2.50 | 3,862.50 |
| 09/11/21 | MOLTON | REVIEW RELEVANT ASPECTS OF JUDGE DRAIN'S CONFIRMATION DECISION | 2.50 | 3,862.50 |
| 09/13/21 | POHL | OMNIBUS HEARING ON TRUST FUNDING MOTION AND CONFIRMATION RECONSIDERATION MOTION | 4.80 | 6,624.00 |
| 09/13/21 | MOLTON | ATTEND COURT HEARING RE APPROVAL OF ADVANCES FOR TRUSTS | 2.10 | 3,244.50 |
| 09/13/21 | KELLY | JOIN COURT PROCEEDING RE ADVANCE FUNDING MOTION | 1.50 | 1,672.50 |
| 09/27/21 | CICERO | PREPARE FOR AND DISCOVERY CALL RE: INSURANCE ADVERSARY PROCEEDING WITH GILBERT TEAM, OTTERBOURG TEAM, AND KRAMER TEAM (1.1) REVIEW PRIVILEGED BUT POTENTIALLY RESPONSIVE DOCUMENTS IN POSSESSION CUSTODY AND CONTROL IN RESPONSE THERE TO (3.2) | 4.30 | 3,805.50 |
| 09/29/21 | CICERO | PARTICIPATE IN CALL RE: INSURANCE ADVERSARY PROCEEDING AND RELATED DISCOVERY ISSUES WITH GILBERT, OTTERBOURG AND KRAMER LEVIN TEAMS (.8); INTERNAL COMMUNICATIONS AND PREPARATION FOR DISCOVERY COMPLIANCE WITH COUNSEL FOR FIRIM AND INFORMATION OFFICER (2.7) | 3.50 | 3,097.50 |
| | **Total Hours and Fees** | | 30.20 | 36,114.00 |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| STEVEN POHL | 8.80 | hours at | 1,380.00 | 12,144.00 |
| DAVID J. MOLTON | 7.10 | hours at | 1,545.00 | 10,969.50 |
| BARBARA J. KELLY | 1.50 | hours at | 1,115.00 | 1,672.50 |
| GERARD T. CICERO | 12.80 | hours at | 885.00 | 11,328.00 |
| **Total Fees** | | | | **36,114.00** |

# brown rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6926371 |
| Date | Oct 13, 2021 |
| Client | 035843 |

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC
COMMITTEE & CREDITORS

## INVOICE

For professional services rendered in connection with the above captioned matter
through September 30, 2021:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 3,994.50 | 0.00 | 3,994.50 |
| | **Total** | **3,994.50** | **0.00** | **3,994.50** |

| | |
|---|---|
| Total Current Fees | $3,994.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$3,994.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
October 13, 2021

Invoice 6926371
Page 10

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/01/21 | CICERO | ATTEND FULL AHC CONFERENCE CALL WITH CO-COUNSEL AND ALL MEMBERS | 0.60 | 531.00 |
| 09/01/21 | CHARLES | ATTEND AHC CALL | 0.40 | 342.00 |
| 09/01/21 | POHL | ATTEND FULL AHC CONFERENCE CALL WITH COCOUNSEL AND ALL MEMBERS | 0.60 | 828.00 |
| 09/02/21 | CICERO | PLAN AND PARTICIPATE IN CALL WITH MUNIPALITIES RE: UPDATE ON CASE AND GOING FORWARD ISSUES AFTER CONFIRMATION | 1.50 | 1,327.50 |
| 09/02/21 | POHL | REVIEW CLIENT RELATED UPDATES/CORRESPONDENCE | 0.20 | 276.00 |
| 09/30/21 | POHL | REVIEW CLIENT CASE UPDATES | 0.50 | 690.00 |
| | **Total Hours and Fees** | | **3.80** | **3,994.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|------|------|-------|
| STEVEN POHL | 1.30 | hours at | 1,380.00 | 1,794.00 |
| JENNIFER I. CHARLES | 0.40 | hours at | 855.00 | 342.00 |
| GERARD T. CICERO | 2.10 | hours at | 885.00 | 1,858.50 |
| **Total Fees** | | | | **3,994.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6926371 |
| Date | Oct 13, 2021 |
| Client | 035843 |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through September 30, 2021:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 189,090.50 | 0.00 | 189,090.50 |
| | **Total** | **189,090.50** | **0.00** | **189,090.50** |

| | |
|---|---:|
| Total Current Fees | $189,090.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$189,090.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6926371
October 13, 2021                                                 Page 12

RE: PLAN AND DISCLOSURE STATEMENT

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/02/21 | CHARLES | LEAD CORPORATE CALL | 0.40 | 342.00 |
| 09/02/21 | WALLACH | CORRESPONDENCE WITH TAX TEAMS REGARDING TAX MATTERS AGREEMENT | 0.70 | 574.00 |
| 09/02/21 | POHL | REVIEW POST DECISION PLAN CHANGES | 0.20 | 276.00 |
| 09/02/21 | MOLTON | FOLLOW UP ON POST CONFIRMATION TASKS AND ACTION ITEMS | 1.40 | 2,163.00 |
| 09/02/21 | KELLY | PREPARE FOR AND JOIN CALL WITH DPW AND KL TAX MEMBERS TO DISCUSS OPEN TAX ISSUES IN NOAT TAX SETTLEMENT AGREEMENT (1.1); NUMEROUS ANALYTICAL EMAILS TO ANALYZE ISSUES WITH BANKRUPTCY COLLEAGUES AND TO FORMULATE PROPOSALS TO ADDRESS OPEN TAX ISSUES IN NOAT TAX SETTLEMENT AGREEMENT (1.3) | 2.40 | 2,676.00 |
| 09/02/21 | BOUCHARD | WEEKLY CALL WITH DPW AND KL TAX RE: STATUS OF OPEN TAX MATTERS (1.0); LEGAL ANALYSIS RE: SETTLEMENT AGREEMENT AND RELATED DOCUMENTATION (.7) | 1.70 | 1,615.00 |
| 09/03/21 | MOLTON | FOLLOW UP ON POST CONFIRMATION TASKS AND ACTION ITEMS | 1.80 | 2,781.00 |
| 09/07/21 | MOLTON | REVIEW POST-CONFIRMATION ISSUES RE IMPLEMENTATION OF VARIOUS TRUSTS | 1.20 | 1,854.00 |
| 09/08/21 | GUGLIELMOTTI | REVIEW OF INCOMING CORRESPONDENCE FROM BARBARA KELLY (.2); PREPARATION OF OUTGOING CORRESPONDENCE IN RESPONSE (.2); TELECONFERENCE WITH NICOLE BOUCHARD RE: SAME (.3) | 0.70 | 759.50 |
| 09/08/21 | MOLTON | REVIEW ABATEMENT WATERFALL ISSUES RE MUNICIPALITIES | 0.70 | 1,081.50 |
| 09/08/21 | BOUCHARD | CONFERENCE WITH B. KELLY RE: OUTSTANDING TAX MATTERS (.5); LEGAL RESEARCH AND ANALYSIS RE: CERTAIN TAX CONSIDERATIONS OF POST-EFFECTIVE DATE ENTITIES (.8) | 1.30 | 1,235.00 |
| 09/08/21 | KELLY | DRAFT STRUCTURE OF TAX MATTERS FOR POST-EFFECTIVE DATE NOAT (3.8); CALL WITH CONSULTANT ON PREPARATION FOR WORK PENDING APPROVAL OF ADVANCE FUNDING MOTION (.8); | 4.60 | 5,129.00 |
| 09/09/21 | KELLY | DRAFT AND EDIT DETAILED FACTUAL AND ANALYTICAL SUMMARY FOR POST-EFFECTIVE NOAT TAX MATTERS (3.8) | 3.80 | 4,237.00 |
| 09/10/21 | CHARLES | CALL WITH MONITOR (0.5); LEAD WEEKLY CORPORATE CALL (0.7) | 1.20 | 1,026.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
October 13, 2021

Invoice 6926371
Page 13

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/10/21 | GUGLIELMOTTI | REVIEW OF DRAFT LETTER; PREPARATION OF OUTGOING CORRESPONDENCE RE: SAME | 1.30 | 1,410.50 |
| 09/10/21 | SHAHIDI | ATTEND WEEKLY PURDUE CORPORATE CALL | 0.40 | 174.00 |
| 09/10/21 | POHL | REVIEW AND COMMENT ON TAX MATTERS | 0.30 | 414.00 |
| 09/10/21 | FLINK | CALL WITH KRAMER LEVIN, FTI AND HOULIHAN RE OPEN ISSUES | 0.40 | 494.00 |
| 09/10/21 | OKRAGLY | REVIEW TAX MATTERS IN PREPARATION FOR TAX STRUCTURE OF POST-EFFECTIVE DATE NOAT (2.1); STATUS CALL (0.5). | 2.60 | 2,301.00 |
| 09/10/21 | BOUCHARD | WEEKLY TAX CALL WITH KL TAX AND DPW TAX TO DISCUSS CURRENT OPEN TAX MATTERS (.9); ANALYSIS OF POST-EFFECTIVE DATE US TAX CONSIDERATIONS OF STRUCTURE (2.1); REVIEW SELECTED TAX MATTERS AGREEMENTS (.7) | 3.70 | 3,515.00 |
| 09/10/21 | MOLTON | FOLLOW UP ON IMPLEMENTATION OF VARIOUS TRUSTS RE LOCAL SUBDIVISION ISSUES | 1.20 | 1,854.00 |
| 09/10/21 | KELLY | REVIEW AND REVISE WORK ON NUMEROUS DRAFTS OF DETAILED FACTUAL AND LEGAL ANALYSIS OF NOAT TAX MATTERS (7.8) | 7.80 | 8,697.00 |
| 09/13/21 | CICERO | PREPARE FOR AND ATTEND OMNIBUS HEARING, INCLUDING CONTESTED KEIP AND INJUNCTION MATTERS | 4.00 | 3,540.00 |
| 09/13/21 | CHARLES | REVIEW UPDATED PLAN (0.6); OMNIBUS HEARING (0.5); | 1.10 | 940.50 |
| 09/13/21 | BOUCHARD | REVIEW SELECTED TAX MATTERS AGREEMENTS | 1.10 | 1,045.00 |
| 09/13/21 | ANDROMALOS | CORRESPONDENCE WITH TEAM RE DEVELOPMENTS | 0.10 | 103.50 |
| 09/13/21 | KELLY | CORRESPONDENCE WITH VONNEGUT AND DPW ON ADVANCE FUNDING MOTION NEXT STEPS (.5); PLANNING FOR OBTAINING TAX IDS AND OPENING ACCOUNTS FOR ADVANCE FUNDING WIRES (.9); CORRESPONDENCE TO/FROM L ALTUS AT DPW ON TAX MATTERS UNDER PLAN (.5) | 1.90 | 2,118.50 |
| 09/14/21 | CHARLES | ESCROW ACCOUNT CALL WITH B. KELLY AND VLPC (0.5);  REVIEW AND COMMENT ON INITIAL NEWCO LLCA AND ANALYZE RELATED ISSUES (1.2). | 1.70 | 1,453.50 |
| 09/14/21 | SHAHIDI | CORRESPONDENCE WITH B. KELLY RE TASK LISTS (.3); REVISE TASK LIST FOR NOAT (1.0) | 1.30 | 565.50 |
| 09/14/21 | FLINK | REVIEW RESTRUCTURING STEPS RE TOPCO FORMATION ETC.(.3) AND HSR INQUIRY (.2) | 0.50 | 617.50 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES          Invoice 6926371
October 13, 2021                                                                        Page 14

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 09/14/21 | BOUCHARD | ANALYSIS OF TAX ISSUES ASSOCIATED WITH POST-EFFECTIVE DATE ENTITIES | 0.90 | 855.00 |
| 09/14/21 | MOLTON | REVIEW COMMENTS RE TRUST FUNDING AND IMPLEMENTATION | 0.50 | 772.50 |
| 09/14/21 | KELLY | SEVERAL EMAILS AND PHONE CALLS TO AGGREGATE DETAILED INFORMATION REGARDING MULTIPLE ITEMS ON NOAT TASK LIST IN PREPARATION FOR CALL WITH ECKSTEIN ON 9/15/21 INCLUDING INSURANCE, BANKING, ESCROW, RFP TIMELINE AND OTHER PRE-EFFECTIVE DATE MATTERS (2.8); READ AND REPLY TO CORRESPONDENCE WITH KL REGARDING NEWCO AND TOPCO CORPORATE MATTERS (.9); REPLY TO EMAILS FROM GILBERT FIRM RE NOAT INSURANCE MATTERS (.4); WEBEX MEETING WITH SHIRIN SHAHIDI TO UPDATE NOAT TASK LIST FOR CALL ON 9/15/21 AND REVISE SAME (.9) | 5.00 | 5,575.00 |
| 09/15/21 | WALLACH | DISCUSSION WITH VARIOUS TEAM MEMBERS REGARDING NEXT STEPS REGARDING FORMING TRUSTS AND EFFECTIVE DATE CONDITIONS | 1.30 | 1,066.00 |
| 09/15/21 | CHARLES | PROCESS CALL WITH KRAMER LEVIN TEAM (1.0); CORRESPONDENCE REGARDING OPEN ITEMS (0.5). | 1.50 | 1,282.50 |
| 09/15/21 | SHAHIDI | CORRESPOND WITH B. KELLY AND J. CHARLES RE NOAT TRUST AGREEMENT (.4); REVISE SHORT FORM NOAT TRUST AGREEMENT (.7); RETREIVE AND CIRCULATE LATEST NOAT AND TAFT TRUST AGREEMENTS (.5) | 1.60 | 696.00 |
| 09/15/21 | POHL | REVIEW PLAN APPEAL MATTERS (.3); AHC COUNSEL CALL RE: TRUST FORMATION MATTERS (1.0) | 1.30 | 1,794.00 |
| 09/15/21 | ANDROMALOS | CALL WITH KL RE TRUSTEES AND PROCESS GOING FORWARD (1.0); CORRESPONDENCE WITH TEAM RE SAME (.2) | 1.20 | 1,242.00 |
| 09/15/21 | KELLY | PREPARE FOR PROFESSIONALS CALL ON NOAT TASK LIST PRE-EFFECTIVE DATE ITEMS (1.3); CALL WITH PROFESSIONALS ON NOAT PRE-EFFECTIVE DATE ITEMS INCLUDING RFP FOR TRUST ADMIN (1.0); RESPOND TO INCOMING CORRESPONDENCE ON TRIBES MATTERS (.3); PREPARE UPDATED TRIBES TRUST TASK LIST FOR PRE-EFFECTIVE DATE WORK AND UPDATE FUTURE TRUSTEES (.7) | 3.30 | 3,679.50 |
| 09/15/21 | BOUCHARD | LEGAL ANALYSIS RE: US TAX CONSIDERATIONS OF POST-EFFECTIVE DATE ENTITIES | 1.20 | 1,140.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES        Invoice 6926371
October 13, 2021                                                                              Page 15

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 09/16/21 | BOUCHARD | LEGAL ANALYSIS RE: TAX IMPLICATIONS OF POST-EFFECTIVE DATE ENTITY STRUCTURE | 0.80 | 760.00 |
| 09/17/21 | CHARLES | CORRESPONDENCE REGARDING OPEN ITEMS (0.6) | 0.60 | 513.00 |
| 09/17/21 | MOLTON | REVIEW IMPLEMENTATION OF TRUST CREATION AND ROLL-OUT (.8); REVIEW RELEVANT AGREEMENTS RE SAME (.5) | 1.30 | 2,008.50 |
| 09/17/21 | FLINK | REVIEW AND ANALYZE HSR ISSUES FOR PLAN EXIT | 0.30 | 370.50 |
| 09/17/21 | KELLY | RESPOND TO INCOMING CORRESPONDENCE ON TOPCO MATTERS (.2); RESPOND TO INCOMING CORRESPONDENCE ON POST-EFFECTIVE DATE INSURANCE COVERAGE MATTERS (.2); | 0.40 | 446.00 |
| 09/20/21 | CHARLES | HSR CALL WITH DAVIS POLK (0.5); FOLLOW UP HSR CALL WITH KRAMER LEVIN TO DISCUSS STRUCTURING OF UPE (0.3); CORRESPONDENCE WITH BR TEAM REGARDING HSR ISSUES (0.3). | 1.10 | 940.50 |
| 09/20/21 | KELLY | PREPARE FOR AND JOIN CALL WITH KL AND DPW ON HSR FILING (.9); EMAILS AND CALLS TO ADDRESS FORMATION OF SHORT FORM NOAT TRUST AGREEMENT FOR HSR PURPOSES (1.9); REVISE SHORT FORM OF NOAT TRUST AGREEMENT AND SUMMARIZE SAME (1.6); REDRAFT ENGAGEMENT LETTER FOR INDUSTRIAL ECONOMICS TO REVISE PER COURT ORDER FOR PRE-EFFECTIVE DATE FUNDING (1.0) | 5.40 | 6,021.00 |
| 09/20/21 | ANDROMALOS | CORRESPONDENCE WITH KL AND TEAM RE SECURITY PACKAGE STATUS AND ITEMS | 0.30 | 310.50 |
| 09/20/21 | POHL | REVIEW APPEAL FILINGS AND RELATED STAY MOTIONS | 1.50 | 2,070.00 |
| 09/20/21 | FLINK | PREPARE FOR (.2) AND CW COMPANY COUNSEL RE HSR (.3); FOLLOW-UP RE THE SAME (.3) | 0.80 | 988.00 |
| 09/20/21 | BOUCHARD | LEGAL ANALYSIS OF TAX IMPLICATIONS OF POST-EFFECTIVE DATE ENTITY STRUCTURE | 0.90 | 855.00 |
| 09/20/21 | MOLTON | REVIEW BENCH RULING CONFIRMING PLAN RE VARIOUS POST CONFIRMATION ISSUES AND APPEALS | 3.00 | 4,635.00 |
| 09/21/21 | WALLACH | REVIEW SETTLEMENT AGREEMENT CHECKLIST (2.0); REVIEW NEXT STEPS ON SETTLEMENT AGREEMENT (0.8) | 2.80 | 2,296.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
October 13, 2021

Invoice 6926371
Page 16

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/21/21 | CHARLES | REVIEW AND COMMENT ON SHORT FORM NOAT TRUST AGREEMENT (1.3) AND CORRESPONDENCE WITH P. FLINK AND B. KELLY REGARDING SAME (0.4); CORRESPONDENCE WITH KRAMER LEVIN REGARDING TOPCO NAME AND OTHER OPEN ITEMS (0.2); CALL WITH TRIBE COUNSELS REGARDING PROCEDURAL AND ADMINISTRATIVE ITEMS TO BE COMPLETED OVER COMING WEEKS (0.5) | 2.40 | 2,052.00 |
| 09/21/21 | SHAHIDI | UPDATE TASK LISTS AND CORRESPOND WITH B. KELLY RE SAME | 1.60 | 696.00 |
| 09/21/21 | KELLY | PREPARE FOR AND LEAD ZOOM MEETING WITH FUTURE TAFT TRUSTEES (1.2); FOLLOW UP EMAIL TO FUTURE TAFT TRUSTEES (.4); CORRESPOND WITH TRIBE COUNSEL ON PRE-EFFECTIVE DATE MATTERS (.5); CORRESPOND WITH KL ON NOAT HOLDINGS (.1); REVISE AND SEND ENGAGEMENT LETTER TO INDUSTRIAL ECONOMICS (.5); REVISE DRAFT SHORT FORM NOAT TRUST AGREEMENT (.7); CORRESPOND WITH DPW ON DEL STAT TRUST MATTERS (.5); CORRESPOND WITH WILMINGTON TRUST ON DST MATTERS AND SHORT FORM NOAT AGREEMENT (.9) | 4.80 | 5,352.00 |
| 09/21/21 | POHL | REVIEW AND COMMENT ON NOAT CONSULTANT AGREEMENT (.5); REVIEW PLAN RELATED EXIT DOCUMENT UPDATES (.8); REVIEW APPEALS FILINGS (1.0) | 2.30 | 3,174.00 |
| 09/21/21 | ANDROMALOS | REVIEW CHECKLIST (.5); CORRESPONDENCE WITH TEAM RE SECURITY DOC OPEN ITEMS AND DILIGENCE ITEMS (.2) | 0.70 | 724.50 |
| 09/21/21 | FLINK | REVIEW NOAT TRUST AGREEMENT FOR PRIOR TO EFFECTIVE DATE | 0.50 | 617.50 |
| 09/22/21 | CICERO | REVIEW SHORT FORM NOAT AGREEMENT (.4); ATTEND CALL WITH CO-COUNSEL RE: PREPARATION FOR HSR FILING (.8); REVIEW SACKLER PAYMENT TYIMELINE FOR TAX AGREEMENT WITH SACKLERS AND PROVIDE INPUT TO TAX TEAM RE: SAME (.9) | 2.10 | 1,858.50 |
| 09/22/21 | WALLACH | STATUS CONFERENCE ON NEXT STEPS REGARDING COLLATERAL DOCUMENTS AND SETTLEMENT AGREEMENT | 1.00 | 820.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6926371
October 13, 2021                                                                            Page 17

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/22/21 | CHARLES | CALL WITH KRAMER LEVIN AND BR TEAMS TO DISCUSS SHORT FORM NOAT AGREEMENT AND STRUCTURING OF SAME (0.5); REVIEW TERMS OF SHORT FORM NOAT AGREEMENT RELATING TO SAME (0.8) | 1.30 | 1,111.50 |
| 09/22/21 | SHAHIDI | TELEPHONE CALL WITH B. KELLY RE ORGANIZATIONAL MATTERS FOR MDT, TRIBES, NOAT, AND TOPCO TASK LISTS (.5); REVISE AND UPDATE RE SAME (1.3); GATHER AND CIRCULATE LATEST TRIBE LLC AND TOPCO LLC AGREEMENTS (.5); TELEPHONE CALL WITH G. CICERO RE SETTLEMENT DISTRIBUTION SCHEDULES (.2); RETREIVE AND CIRCULATE SCHEDULE OF DISTRIBUTIONS (.7); INCORPORATE EDITS RECEIVED FOR SHORT FORM NOAT TRUST AGREEMENT AND CREATE AND CIRCULATE REDLINES (1.0) | 4.20 | 1,827.00 |
| 09/22/21 | ANDROMALOS | CALL WITH KL RE SECURITY DOCS, LOCAL COUNSEL AND AGENT ISSUES (.5) ; REVIEW VARIOUS ISSUES RE SAME (.2); CORRESPONDENCE WITH TEAM RE SAME (.2) | 0.90 | 931.50 |
| 09/22/21 | KELLY | UPDATE MDT, TOPCO, NOAT AND TAFT ADMIN TASK LISTS (.9); CORRESPOND TO/FROM K ECKSTEIN RE NOAT ADVANCE FUNDING AND PREPARATORY WORK FOR EFFECTIVE DATE (.5); CORRESPOND TO/FROM DPW RE ADVANCE FUNDING (.9); CORRESPOND TO/FROM VERDOLINO RE ADVANCE FUNDING AND TAX EINS (1.2); REVIEW AND REVISED SHORT FORM NOAT TRUST AGREEMENT (1.2); CALL WITH KL CORPORATE RE HSR FILING (.6); CORRESPOND T/FROM INDUSTRIAL ECONOMICS CONSULTANT (.4); CORRESPOND W L ATLUS ON FOUNDATION MATTERS (.2); | 5.90 | 6,578.50 |
| 09/22/21 | POHL | REVIEW MATERIAL RE: EXIT TRUST FUNDING (.3); REVIEW MATERIAL RE: APPEALS (.2) | 0.50 | 690.00 |
| 09/22/21 | FLINK | CW KRAMER LEVIN RE HSR LOGISTICAL ISSUES | 0.70 | 864.50 |
| 09/23/21 | WALLACH | REVIEW REVISED DRAFT OF IAC PLEDGE AGREEMENT | 3.80 | 3,116.00 |
| 09/23/21 | SHAHIDI | CORPORATE CALL RE PURDUE (.9); REVIEW DOCUMENTS FOR ADVANCE FUNDING MOTIONS (.3); PREPARE LIST OF NOTICES FOR TRUSTEES (.3) | 1.50 | 652.50 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                Invoice 6926371
October 13, 2021                                                                                                    Page 18

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 09/23/21 | ANDROMALOS | REVIEW SECURITY PACKAGE ISSUES INCLUDING REVIEW OF REVISED IAC SECURITY AGMT (1.9); SEVERAL CORRESPONDENCE WITH TEAM RE DEVELOPMENTS (.3) | 2.20 | 2,277.00 |
| 09/23/21 | FLINK | UPDATE CALL WITH KRAMER LEVIN AND FINANCIAL ADVISORS | 0.40 | 494.00 |
| 09/23/21 | POHL | REVIEW APPEAL RELATED FILINGS (.6); REVIEW EXIT SECURITY DOCUMENTS (.6); REVIEW EXIT STRUCTURE DOCUMENTS (.6) | 1.80 | 2,484.00 |
| 09/23/21 | KELLY | TAX CALL WITH DPW AND KL TAX GROUP TO REVIEW OUTSTANDING ISSUES ON TAX SETTLEMENT AGREEMENTS (1.0); REVIEW PROVISIONS RE ATTORNEYS' FEE FUNDS AND TAX MATTERS RELATED THERETO (.6); CORRESPOND WITH DPW TO MODIFY TERMS OF TAFT TRUST AGREEMENT (.5); CORRESPOND WITH TRABUCCHI (INDUSRIAL ECONOMICS) TO FINALIZE WORK PLAN RE NOAT/TAFT (.8); PROVIDE TAX AND ACCOUNT  DOCUMENTATION TO DPW FOR ADVANCE FUNDING TO TAFT NOAT TOPCO MDT (.8); WORK ON SHORT FORM NOAT TRUST AGREEMENT FOR HSR MATTERS (.5); JOIN KL WEEKLY CORPORATE CALL TO REVIEW OUTSTANDING MATTERS ON NEWCO TRANSFER AND HST (.5) | 4.70 | 5,240.50 |
| 09/23/21 | OKRAGLY | STATUS UPDATE CALL. | 0.50 | 442.50 |
| 09/23/21 | MOLTON | REVIEW TRUST IMPLEMENTATION ISSUES | 0.80 | 1,236.00 |
| 09/23/21 | CHARLES | CORRESPONDENCE REGARDING EDITS TO TAFT AGREEMENT (0.3) | 0.30 | 256.50 |
| 09/23/21 | BOUCHARD | WEEKLY TAX CALL WITH DEBTOR TAX COUNSEL AND KL TO DISCUSS OUTSTANDING TAX MATTERS (.9); WEEKLY CORPORATE CALL WITH BR AND KL CORPORATE TEAMS TO DISCUSS OUTSTANDING M&A MATTERS (.3); LEGAL ANALYSIS RE: SAME (.6) | 1.80 | 1,710.00 |
| 09/24/21 | WALLACH | STATUS CHECK IN ON SETTLEMENT AGREEMENT DOCUMENTS (0.8); REVIEW COLLATERAL CHECKLIST, SIGNATORIES TO DOCUMENTS, JURISDICTIONS REQUIRED FOR PLEDGE AGREEMENTS AND OTHER DILIGENCE (2.0); REVIEW PLEDGE AGREEMENT (1.3) | 4.10 | 3,362.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
October 13, 2021

Invoice 6926371
Page 19

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 09/24/21 | KELLY | WORK ON REVISIONS TO SHORT FORM NOAT TRUST AGREEMENT (1.4); CORRESPOND WITH WILMINGTON TRUST AND DAVIS POLK ON SAME (.5); CORRESPONDENCE WITH INDUSTRIAL ECONOMICS ON TAFT AND NOAT SET UP PLANNING (.4); CALL WITH TRABUCCHI AT INDUSTRIAL ECONOMICS RE NEXT STEPS MEETINGS AND PLANS (.5); CALL WITH KL CORPORATE TEAM ON NEXT STEPS TASK LISTS FOR MDT/TOPCO/NOAT/TAFT (.6) | 3.40 | 3,791.00 |
| 09/24/21 | ANDROMALOS | ANALYSIS OF REVISED IAC SECURITY AGMT (1.5) AND COMMENTED ON SAME (1.2); CORRESPONDENCE WITH TEAM RE SAME (.2); ALL HANDS CALL RE STATUS OF COLLATERAL DOCS AND ISSUES RE SAME (.5) AND FOLLOW UP RE SAME (.2); CORRESPONDENCE WITH TEAM RE SAME (.2) | 3.80 | 3,933.00 |
| 09/24/21 | POHL | REVIEW EXIT SACKLER SECURITY DOCUMENT (.3); REVIEW APPEAL FILINGS (.3) | 0.60 | 828.00 |
| 09/24/21 | CHARLES | REVIEW AND COMMENT ON REVISED SHORT FORM NOAT AGREEMENT (0.3); CORRESPONDENCE REGARDING SAME WITH S. SHAHIDI, P. FLINK AND B. KELLY (0.4) | 0.70 | 598.50 |
| 09/24/21 | FLINK | REVIEW DPW COMMENTS ON NOAT AGREEMENT | 0.30 | 370.50 |
| 09/24/21 | GRANDY | CONFERENCE CALL REGARDING COLLATERAL RELATED MATTERS | 0.50 | 422.50 |
| 09/24/21 | BOUCHARD | ANALYSIS OF REVISIONS TO PLEDGE AGREEMENT (.4); ANALYSIS OF TAX IMPLICATIONS OF PROPOSED POST-EFFECTIVE DATE STRUCTURE (.5) | 0.90 | 855.00 |
| 09/24/21 | SHAHIDI | CORRESPOND WITH J. CHARLES AND B. KELLY RE NOAT SHORT FORM AGREEMENT (.5); REVISE RE SAME (.9) | 1.40 | 609.00 |
| 09/27/21 | WALLACH | CORRESPONDENCE ON NEXT STEPS REGARDING LOCAL COUNSEL AND DILIGENCE FOR SETTLEMENT AGREEMENT DELIVERABLES (1.0); REVIEW COMMENTS TO IAC PLEDGE AGREEMENT (2.4) | 3.40 | 2,788.00 |
| 09/27/21 | SHAHIDI | CORRESPONDENCE WITH J. CHARLES AND B. KELLY RE NOAT AGREEMENT AND REVISIONS TO THE SHORTFORM NOAT AGREEMENT (.7); IMPLEMENT EDIT AND CIRCULATE REVISIONS (.6); RETREIVE AND CIRCULATE NOAT AND TAFT TRUST AGREEMENTS (.4) | 1.70 | 739.50 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
October 13, 2021

Invoice 6926371
Page 20

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/27/21 | CHARLES | REVIEW AND COMMENT ON SHORT FORM NOAT TRUST AGREEMENT AND REVISE SAME (0.4); CORESPONDENCE WITH B. KELLY AND P. FLINK REGARDING SAME (0.4). | 0.80 | 684.00 |
| 09/27/21 | TOOMEY | REVIEW ENGAGEMENT OF WILMINGTON TRUST | 1.50 | 802.50 |
| 09/27/21 | KELLY | CORRESPOND T/F MASSMAN OF DPW RE SHORT FORM NOAT MATTERS (.6); CALL WITH MASSMAN OF DPW RE SAME (.1); CORRESPOND WITH WILMINGTON TRUST RE SHORT FORM NOAT MATTERS (.8); REVISE WT FEE AGREEMENT FOR NOAT (.3); CORRESPOND T/F MS SCHINDLER RE TAX MATTERS FOR ADVANCE FUNDING ACCOUNTS (.3); CORRESPOND W MOLLER OF DPW RE ADVANCE FUNDING MATTERS (.4); CALL WITH PETERSON OF RICHARD LAYTON TO DISCUSS NOAT TRUST TERMS FOR DEL STATUTORY TRUSTEE (.4) | 2.90 | 3,233.50 |
| 09/27/21 | ANDROMALOS | CALL WITH AKIN AND DPW RE LOCAL COUNSEL ISSUES AND FOLLOW UP RE SAME (1.0); SEVERAL CORRESPONDENCE WITH TEAM RE SAME (.5) | 1.50 | 1,552.50 |
| 09/27/21 | POHL | CALL RE: SACKLER EXIT COLLATERAL PACKAGE | 0.50 | 690.00 |
| 09/27/21 | FLINK | REVIEW HSR ISSUES | 0.30 | 370.50 |
| 09/27/21 | GRANDY | CONFERENCE CALL REGARDING COLLATERAL CHECKLIST AND RELATED MATTERS | 0.50 | 422.50 |
| 09/28/21 | WALLACH | STRATEGY REGARDING LOCAL COUNSEL AND SECURITY DOCUMENTS (0.7); REVISE IAC PLEDGE AGREEMENT (1.1) | 1.80 | 1,476.00 |
| 09/28/21 | ANDROMALOS | CALL WITH KL RE LOCAL COUNSEL ISSUES (.4); FOLLOW UP RE THE SAME WITH INTERNAL TEAM (.2); REVIEW IAC SECURITY AGMT RELATED CORRESPONDENCE (.1) | 0.70 | 724.50 |
| 09/28/21 | FLINK | REVIEW HSR ISSUES | 0.20 | 247.00 |
| 09/28/21 | MOLTON | REVIEW TRUST PROGRESS AND IMPLEMENTATION | 1.20 | 1,854.00 |
| 09/28/21 | KELLY | NUMEROUS EMAILS AND PHONE CALLS WITH DPW (MASSMAN) ON HSR MATTERS FOR NOAT (1.5);  FOLLOW UP WITH PROPOSED DELAWARE STATUTORY TRUSTEE AND COUNSEL RE SHORT FORM NOAT AND RELATED KYC FOR SAME (1.6); RESPOND TO DPW (MOLLER) RE ADVANCE FUNDING ISSUES (.4) | 3.50 | 3,902.50 |
| 09/28/21 | SHAHIDI | CORRESPOND RE TRUST ARRANGEMENTS AND PROVIDE INFORMATION AS TO TAFT TRUSTEES | 0.30 | 130.50 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6926371
October 13, 2021                                                                    Page 21

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/29/21 | CHARLES | CORRESPONDENCE WITH KRAMER LEVIN AND BR TEAMS ON THE HSR STRUCTURING AND AUTHORITY (0.4); HSR CALL WITH SAME (0.3) | 0.70 | 598.50 |
| 09/29/21 | TOOMEY | PARTICIPATE IN CONFERENCE W/ B. KELLY AND GILBERT LLP RE: D&O INSURANCE FOR TOPCO,  NOAT AND TRIBES TRUSTS | 0.60 | 321.00 |
| 09/29/21 | WALLACH | STRATEGY REGARDING LOCAL LAW ISSUES ON SECURITY DOCUMENTS (1.0); REVISE IAC PLEDGE AGREEMENT (3.2) | 4.20 | 3,444.00 |
| 09/29/21 | ANDROMALOS | CALL WITH KL AND AKIN RE LOCAL COUNSEL AND RELATED ISSUES (.5); FOLLOW UP RE SAME (.3); CALL WITH TEAM RE REVISED SECURITY AGMT (IAC)(.5); ANALYSIS OF REVISED SECURITY AGMT (.8) AND REVISED SAME FURTHER (.6) | 2.70 | 2,794.50 |
| 09/29/21 | FLINK | REVIEW HSR ISSUES | 0.40 | 494.00 |
| 09/29/21 | GRANDY | CONFERENCE CALL REGARDING LOCAL COUNSEL AND COLLATERAL RELATED MATTERS | 0.60 | 507.00 |
| 09/29/21 | SHAHIDI | CORRESPOND WITH G. CICERO AND B. KELLY RE INTER-TRIBAL ALLOCATION FOR PURDUE | 0.50 | 217.50 |
| 09/29/21 | KELLY | CALL WITH DPW (MASSMAN ETC.) TO ADDRESS HSR FILING RE BUSINESS TRANSFER (.5); CALL WTH  C JALBERT,. FINALIZE MANNER OF PREPARING AND FILING HSR ON BEHALF OF FUTURE NOAT (.3); EMAIL CORRESPONDENCE WITH JALBERT, TO FINALIZE HSR MATTERS (.3); EMAIL WITH DPW (G MORRISON) TO FINALIZE HSR MATTERS (.3) | 1.40 | 1,561.00 |
| 09/30/21 | CICERO | ATTEND STATUS CONFERENCE HEARING ON MOTIONS TO STAY PENDING APPEALS | 1.00 | 885.00 |
| 09/30/21 | WALLACH | CORRESPONDENCE REGARDING LOCAL COUNSEL AND IAC PLEDGE AGREEMENT | 0.20 | 164.00 |
| 09/30/21 | ANDROMALOS | SEVERAL CORRESPONDENCE RE LOCAL COUNSEL | 0.40 | 414.00 |
| 09/30/21 | KELLY | CORRESPONDENCE WITH TAFT TRUSTEES AND MULTIPLE SERVICE PROVIDERS TO MEET TASK LIST AGENDS ITEMS (1.1); RESPOND TO MULTIPLE EMAILS WITH DPW (MOLLER) RE ADVANCE FUNDING MATTERS (.4); JOIN WEEKLY DPW TAX CALL TO ADDRESS OPEN MATTERS ON TAX SETTLEMENT AGREEMENTS AND RELATED MATERS  (1.0) | 2.50 | 2,787.50 |
| | **Total Hours and Fees** | | **186.90** | **189,090.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6926371
October 13, 2021                                                          Page 22

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| PHILIP J. FLINK | 4.80 | hours at | 1,235.00 | 5,928.00 |
| STEVEN POHL | 9.00 | hours at | 1,380.00 | 12,420.00 |
| ANDREAS P. ANDROMALOS | 14.50 | hours at | 1,035.00 | 15,007.50 |
| DAVID J. MOLTON | 13.10 | hours at | 1,545.00 | 20,239.50 |
| VINCENT J. GUGLIELMOTTI | 2.00 | hours at | 1,085.00 | 2,170.00 |
| NICOLE M. BOUCHARD | 14.30 | hours at | 950.00 | 13,585.00 |
| BARBARA J. KELLY | 63.70 | hours at | 1,115.00 | 71,025.50 |
| JENNIFER I. CHARLES | 13.80 | hours at | 855.00 | 11,799.00 |
| TIA C. WALLACH | 23.30 | hours at | 820.00 | 19,106.00 |
| GERARD T. CICERO | 7.10 | hours at | 885.00 | 6,283.50 |
| ADAM M. GRANDY | 1.60 | hours at | 845.00 | 1,352.00 |
| SAMUEL V. TOOMEY | 2.10 | hours at | 535.00 | 1,123.50 |
| SHIRIN SHAHIDI | 14.50 | hours at | 435.00 | 6,307.50 |
| LISA OKRAGLY | 3.10 | hours at | 885.00 | 2,743.50 |
| **Total Fees** | | | | **189,090.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| Invoice | 6926371 |
| Date | Oct 13, 2021 |
| Client | 035843 |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES



Remittance

**Balance Due:  $231,052.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:  021000021
SWIFT Code:  CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  760367067

****NEW REMITTANCE INSTRUCTIONS****

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.