**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                   :
**In re**                                           :          **Chapter 11**
                                                   :
**PURDUE PHARMA L.P.,** *et al.*                    :          **Case No. 19-23649 (RDD)**
                                                   :
            **Debtors.**                            :          **(Jointly Administered)**
-------------------------------------------------------------x


### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that RDC Liquidating Trust as Successor-in-Interest to

Rochester Drug Co-Operative, Inc. (the "**RDC Liquidating Trust**"), a creditor herein, hereby

appears by its counsel, Pachulski Stang Ziehl & Jones LLP ("**Counsel**").  Counsel hereby enters

its appearance pursuant to section 1109(b) of Title 11 of the United States Code (the

"**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), and requests that the undersigned be added to the official mailing matrix

and service lists in the above captioned chapter 11 case.  Counsel requests, pursuant to

Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies

of all notices and pleadings given or required to be given in this chapter 11 case and copies of all

papers served or required to be served in this chapter 11 case, including but not limited to, all

notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions,

applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other

matters arising herein or in any related adversary proceeding, be given and served upon the RDC

Liquidating Trust through service upon Counsel, at the addresses, telephone, and email addresses

set forth below:

DOCS_LA:340328.1

Ilan D. Scharf, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email: ischarf@pszjlaw.com

Erin Gray, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
Email:  egray@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of

any application, complaint or demand, motion, petition, pleading or request, and answering or

reply papers filed in this case, whether formal or informal, written or oral, and whether served,

transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise

filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for*

*Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of

any of the rights of the RDC Liquidating Trust, including, without limitation, to (i) have final

orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in

any proceeding so triable in this case, or any case, controversy, or adversary proceeding related

to this case, (iii) have the reference withdrawn in any matter subject to mandatory or

discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or

recoupments to which the RDC Liquidating Trust may be entitled in law or in equity, all of

which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.


Dated:   October 25, 2021                            PACHULSKI STANG ZIEHL & JONES LLP

                                                     */s/ Ilan D. Scharf*
                                                     Ilan D. Scharf
                                                     780 Third Avenue, 34th Floor
                                                     New York, NY  10017
                                                     Telephone:  (212) 561-7700
                                                     Facsimile:  (212) 561-7777
                                                     Email:      ischarf@pszjlaw.com

                                                     *Counsel to RDC Liquidating Trust as
                                                     Successor-In-Interest to Rochester Drug Co-
                                                     Operative, Inc.*