Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
Lucas H. Self, Esq. (admitted *pro hac vice*)
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005

*Counsel for the Multi-State Governmental Entities Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I certify that on October 22, 2021, I caused a true and correct copy of the Opposition of the Multi-State Governmental Entities Group to the Motions for Stay Pending Appeal [ECF No. 4016] to be served electronically upon counsel or parties of record via the Court's CM/ECF Notification system. I also certify that service has been made via email upon counsel of record and *pro se*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

parties. Further service is made, pursuant to the Order Establishing Certain Notice, Case Management, and Administrative Procedures [ECF No. 72], upon the following parties:

| | |
|---|---|
| Honorable Judge Robert D. Drain<br>United States Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street, Room 248<br>White Plains, NY 10601<br>***Via Overnight Delivery*** | Attn: Paul K. Schwartzberg<br>Office of the United States Trustee<br>Southern District of New York<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>***Via First-Class Mail*** |

Dated: October 25, 2021

Respectfully submitted,

/s/ Kevin C. Maclay
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq.
Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
Lucas H. Self, Esq. (admitted *pro hac vice*)
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com
jliesemer@capdale.com
lself@capdale.com

*Counsel to the Multi-State Governmental Entities Group*