10/18/21

Your Honor,

Thank you for the quick return of information and forms for me to fill out. Case #19-23649 (RDD).

I have since returned those forms with an address to my home. I would like to change that address from (11733 Bonaview Ct. SW Olympia, WA. 98512 - Home address) to Michael A White 070383, Thurston County Jail, 2000 Lakeridge Dr. SW. Olympia WA. 98502

Please send all correspondence to me with Legal Mail on it, so they won't read it.

Please send when decided on monies to be awarded still me at above address.

Thank you So Much
Michael A White 070383

If anything has been sent before this letter, no problem.
Thank you —

FILED
U.S. BANKRUPTCY COURT
2021 OCT 26  A 2:07
S.D. OF N.Y.

Michael [illegible]
Thurston County Jail
2000 Lakeridge Dr S.W.
Olympia, Wa. 98502

The Honorable Judge D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quaropas Street
White Plains, New York 10601

10601-414000

HIS WAS MAILED BY AN INMATE
ONFINED AT THURSTON
NTY CORRECTIONS FACILITY
TS ARE UNCENSORED