**TARTER KRINSKY & DROGIN**
*Counsel for NAS Babies Ad Hoc Committee*
1350 Broadway, 11th Floor
New York, NY 10018
Tel: (212) 216-8000
Scott S. Markowitz, Esq.
Rocco A. Cavaliere, Esq.
Michael Z. Brownstein, Esq.
Email: smarkowitz@tarterkrinsky.com
Email: rcavaliere@tarterkrinsky.com
Email: mbrownstein@tarterkrinsky.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------- X

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | |
| | **Case No. 19-23649 (RDD)** |
| **Debtors.** [1] | |
| | **Jointly Administered** |

------------------------------------------------------- X

## DECLARATION OF SERVICE

Pursuant to the provisions 28 U.S.C. §1746, Jonilda Seitllari, declares under the penalty of perjury, the following to be true and correct:

I am over the age of eighteen, not a party to the action, and reside in the County of Bergen, State of New Jersey.

On October 22, 2021, I served a true and correct copy of the following:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1. Application of The Ad Hoc Committee of NAS Children for Compensation Pursuant to Section 5.8(g) of the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P., et al. and Section 1129(a)(4) of the Bankruptcy Code [ECF No. 3970]; and

2. Notice of Presentment of the Application of The Ad Hoc Committee of NAS Children for Compensation Pursuant to Section 5.8(g) of the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P., et al. and Section 1129(a)(4) of the Bankruptcy Code [ECF No. 3971];

via Electronic Mail to the last known E-mail addresses of the parties listed below:

Paul Schwartzberg, Esq.
paul.schwartzberg@usdoj.gov

Jacquelyn Swanner, Esq.
jacquelyn.swanner@davispolk.com

Mitchel Hurley, Esq.
mhurley@akingump.com


Dated: Garfield, New Jersey
       October 28, 2021

                                                                             */s/ Jonilda Seitllari*
                                                                             Jonilda Seitllari