UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

PURDUE PHARMA L.P., ET AL.,

    Debtors.

Chapter 11

Case No. 19-23649 (RDD)

## ORDER GRANTING MOTION TO WITHDRAW WILLIAM P. WEINTRAUB AS AN ATTORNEY OF RECORD PURSUANT TO LOCAL RULE 2090-1(e)

Upon the *Motion to Withdraw William P. Weintraub as an Attorney of Record Pursuant to Local Bankruptcy Rule 2090-1(e)* filed by William P. Weintraub of Goodwin Procter LLP, and for good cause shown therein,

IT IS HEREBY ORDERED that William P. Weintraub is withdrawn as a Goodwin Procter attorney of record on behalf of Teva Pharmaceuticals USA, Inc., Anda, Inc., Teva Canada Limited, and related entities (collectively, "Teva").

IT IS FURTHER ORDERED that William P. Weintraub shall no longer receive electronic notices form the Court's CM/ECF system in this proceeding.

Dated: October 28, 2021
       White Plains, New York

/s/ Robert D. Drain
Robert D. Drain
United States Bankruptcy Judge