KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036-2601
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222
Scott Davidson

*Special Counsel to the Debtors and Debtors in Possessions*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* [1] | **Case No. 19-23649 (RDD)** |
| Debtors. | **(Jointly Administered)** |

**TWENTY-FIFTH MONTHLY FEE STATEMENT OF KING & SPALDING LLP**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE**
**DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM**
**SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| | |
|---|---|
| **Name of Applicant** | King & Spalding LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 543] |
| | August 18, 2021 [Docket No. 3596] |
| **Period for Which Compensation and Reimbursement is Sought** | September 1, 2021 through September 30, 2021 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total Compensation Requested in this Statement** | $319,688.99<br>(80% of $399,611.24) |
| **Total Reimbursement Requested in this Statement** | $0.00 |
| **Total Compensation and Reimbursement Requested in this Statement** | $319,688.99 |
| **This is a(n):**  **X**  Monthly Application  __  Interim Application  __  Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of King & Spalding LLP as Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019 [Docket No. 543] (the "**Initial Retention Order**"), the *Order Authorizing Application of Debtors for Authority to Supplement Retention and Employment of King & Spalding LLP as Special Counsel to the Debtors Nunc Pro Tunc To July* 7, 2021, dated August 18, 2021 [Docket No. 3596] (the "**Supplemental Retention Order**," and with the Initial Retention Order, the "**Retention Orders**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), King & Spalding LLP ("**K&S**"), special counsel to the above-captioned debtors and

debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from September 1, 2021 Through September 30, 2021* (this "**Fee Statement**").[2]  By this Fee Statement, and after taking into account certain voluntary discounts and reductions,[3] K&S seeks (i) compensation in the amount of $319,688.99, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that K&S incurred in connection with such services during the Fee Period (*i.e.*, $399,611.24) and (ii) payment of $0.00, for the actual, necessary expenses that K&S incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by K&S partners, counsel, associates, discovery counsel, privilege review attorneys, and paraprofessionals during the Fee Period with respect to each of the project categories K&S established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, K&S incurred $399,611.24 in fees during the Fee Period.  Pursuant to this Fee Statement, K&S seeks reimbursement for 80% of such fees, totaling $319,688.99.

2.      Attached hereto as **Exhibit B** is a chart of K&S professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended

---

[2]    The period from September 1, 2021 through and including September 30, 2021 is referred to herein as the "**Fee Period**."

[3]    K&S agreed as a courtesy to the Debtors to bill at approximately 90% of its hourly rates in effect when the services are rendered.  Additionally, K&S agreed to offer additional discounts, including on a sliding scale on fees exceeding certain amounts.

hourly billing rate of attorneys for all services provided during the Fee Period is $283.98.[4]  The

blended hourly billing rate of all paraprofessionals is $267.69.[5]

3.    Attached hereto as **Exhibit C** is a chart of expenses that K&S incurred or disbursed

in the amount of $0.00 in connection with providing professional services to the Debtors during

the Fee Period.

4.    Attached hereto as **Exhibit D** are the time records of K&S for the Fee Period

organized by project category with a daily time log describing the time spent by each attorney and

other professional during the Fee Period as well as an itemization of expenses.

## Notice

5.    K&S will provide notice of this Fee Statement in accordance with the Interim

Compensation Order.  K&S submits that no other or further notice be given.

WHEREFORE, K&S, in connection with services rendered on behalf of the Debtors during

the Fee Period, respectfully requests (i) compensation in the amount of $319,688.99, which is

equal to 80% of the total amount of reasonable compensation for actual, necessary legal services

that K&S incurred in connection with such services during the Fee Period (*i.e.*, $399,611.24) and

(ii) payment of $0.00 for the actual, necessary expenses that K&S incurred in connection with such

services during the Fee Period.

---

[4]    The blended hourly rate of $283.98 for attorneys is derived by dividing the total fees for attorneys of $394,926.74 by the total hours of 1,390.70.

[5]    The blended hourly rate of $267.69 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $4,684.50  by the total hours of 17.5.

Dated:   October 29, 2021
         New York, New York

                              **KING & SPALDING LLP**

                              */s/ Scott Davidson*
                              Scott Davidson
                              1185 Avenue of the Americas
                              New York, New York  10036-2601
                              Telephone: (212) 556-2100
                              Facsimile:  (212) 556-2222

                              *Special Counsel to the Debtors and Debtors in*
                              *Possession*

**Exhibit A**

**Fees by Project Category[6]**

---

[6] The total fees listed in Exhibit A do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Analysis/Strategy | 133.0 | $124,508.50 |
| Document Production (Defense) | 1,257.7 | $302,300.00 |
| Retention and Fee Applications | 17.5 | $10,318.90 |
| **TOTALS** | 1,408.2 | **$437,127.40** |

**Exhibit B**

**Professional & Paraprofessional Fees**[7]

---

[7] The hourly billing rate and total compensation listed in Exhibit B for each timekeeper do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey Bucholtz | Partner; joined K&S 2009; admitted to Washington, D.C. | $1,195.00 | 36.1 | $43,139.50 |
| Rose Jones | Partner; joined K&S 2003; admitted to Georgia 2002 | $500.00 | 7.3 | $3,650.00 |
| Marisa Maleck | Partner; joined K&S 2016; admitted to Maryland 2012, Washington D.C. 2013 | $965.00 | 6.6 | $6,369.00 |
| Hap Shashy | Partner; joined K&S 2012; admitted to Florida 1974, New York 1977, Texas 1984, Washington, D.C. | $1,475.00 | 37.6 | $55,460.00 |
| John Tucker | Partner; joined K&S 1999; admitted to Kentucky 1995, Georgia 2000 | $500.00 | 2.2 | $1,100.00 |
| **Counsel** | | | | |
| Scott Davidson | Counsel; joined K&S 2009; admitted to New York 1996 | $1,290.00 | 2.8 | $3,612.00 |
| **Associate** | | | | |
| Britney Baker | Associate; joined K&S 2018; admitted to Georgia 2018 | $573.00 | 0.3 | $171.90 |
| Leia Shermohammed | Associate; K&S 2017; admitted to Georgia 2015 | $745.00 | 4.9 | $3,650.50 |
| **Discovery Counsel** | | | | |
| Nicole Bass | Discovery counsel; joined K&S 2010; admitted to Georgia 2010 | $350.00 | 45.4 | $15,890.00 |
| **Privilege Review Attorneys** | | | | |
| Enver Can | Privilege review attorney; joined K&S 2018; admitted to New York 2010, Washington, D.C. 2018 | $240.00 | 127.4 | $30,576.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Elizabeth Crockett | Privilege review attorney; joined K&S 1994; admitted to Virginia 1994, Washington, D.C. 1997 | $240.00 | 55.2 | $13,248.00 |
| Michael Douglas | Privilege review attorney; joined K&S 2003; admitted to Georgia 1999 | $240.00 | 109.5 | $26,280.00 |
| Austin Gibson | Privilege review attorney; joined K&S 2017; admitted to Georgia 2016 | $240.00 | 73.3 | $17,592.00 |
| Gary Greco | Privilege review attorney; joined K&S 2000; admitted to Maryland 1995 | $240.00 | 102.8 | $24,672.00 |
| Chris Harris | Privilege review attorney; joined K&S 2007; admitted to Georgia 2006 | $240.00 | 84.3 | $20,232.00 |
| Jon Jordan | Privilege review attorney; joined K&S 2003; admitted to Texas 1992, Georgia 2002 | $240.00 | 26.8 | $6,432.00 |
| Ed McCafferty | Privilege review attorney; joined K&S 2004; admitted to New York 1993, Pennsylvania 1994, Washington, D.C. 2009 | $240.00 | 85.4 | $20,496.00 |
| Bob Neufeld | Privilege review attorney; joined K&S 2006; admitted to Georgia 1997, New Jersey 1999, New York 2001 | $240.00 | 23.5 | $5,640.00 |
| Chong Pak | Privilege review attorney; joined K&S 2015; admitted to Georgia 2012 | $240.00 | 103.1 | $24,744.00 |
| Alex Panos | Privilege review attorney; joined K&S 2002; admitted to Georgia 1997 | $240.00 | 42.0 | $10,080.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sarah Primrose | Privilege review attorney; joined K&S 2016; admitted to Florida 2012, Georgia 2017 | $240.00 | 31.2 | $7,488.00 |
| Meryl See | Privilege review attorney; joined K&S 2019; admitted to Georgia 2019 | $240.00 | 1.8 | $432.00 |
| Justin Saxon | Privilege review attorney; joined K&S 2006; admitted to Georgia 2005 | $240.00 | 86.1 | $20,664.00 |
| David Vandiver | Privilege review attorney; joined K&S 1999; admitted to Georgia 1990 | $240.00 | 94.4 | $22,656.00 |
| Hao Wang | Privilege review attorney; joined K&S 2016; admitted to Georgia 2017 | $240.00 | 106.7 | $25,608.00 |
| Amanda Wheeler | Privilege review attorney; joined K&S 2008; admitted to Washington, D.C. 2002 | $240.00 | 67.4 | $16,176.00 |
| Treaves Williams | Privilege review attorney; joined K&S 2003; admitted to Georgia 1999 | $240.00 | 26.6 | $6,384.00 |
| **Paralegals** | | | | |
| Christon Cole | Paralegal; joined K&S 2018 | $255.00 | 7.3 | $1,861.50 |
| Dan Handley | Paralegal; joined K&S 1993 | $225.00 | 8.0 | $1,800.00 |
| Kathleen Noebel | Paralegal; joined K&S 2016 | $465.00 | 2.2 | $1,023.00 |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| **TOTAL** | **$0.00** |

**Exhibit D**

**Detailed Time Records and Expenses**

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10474432 |
| Invoice Date | 10/29/21 |
| Client No. | 08714 |
| Matter No. | 158001 |

RE: DOJ Opioid Marketing Investigations
Client Matter Reference: 20190002327

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 09/30/21:

| | | |
|---|---|---|
| Fees | $ | 49,150.00 |
| Less Courtesy Discount (13.0%) | | -6,389.50 |
| **Total this Invoice** | **$** | **42,760.50** |

*Payment is Due Upon Receipt*

08714   Purdue Pharma LP                                           Invoice No. 10474432
158001   DOJ Opioid Marketing Investigations                              Page 2
10/29/21

**PROFESSIONAL SERVICES**

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 09/01/21 | J Bucholtz | L120 | A106 | Confer with P. Fitzgerald, M. Florence, team regarding bankruptcy and DOJ issues (.3); review materials regarding same (.4) | 0.7 |
| 09/02/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, P. Fitzgerald, J. Bragg, Board, team regarding bankruptcy and DOJ issues | 1.5 |
| 09/04/21 | J Bucholtz | L120 | A104 | Review materials regarding bankruptcy and DOJ issues | 0.2 |
| 09/05/21 | J Bucholtz | L120 | A104 | Review materials regarding bankruptcy and DOJ issues | 0.2 |
| 09/08/21 | J Bucholtz | L120 | A105 | Confer with P. Fitzgerald, K. Benedict, team regarding DOJ and bankruptcy issues | 0.2 |
| 09/09/21 | J Bucholtz | L120 | A105 | Confer with P. Fitzgerald, M. Florence, D. Consla regarding DOJ and bankruptcy issues | 0.2 |
| 09/10/21 | J Bucholtz | L120 | A107 | Confer with E. Vonnegut, K. Benedict, P. Fitzgerald, DOJ, team regarding bankruptcy and DOJ issues (0.7); review materials regarding bankruptcy and DOJ issues (0.4) | 1.1 |
| 09/13/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, E. Vonnegut, M. Florence, team regarding DOJ and bankruptcy issues | 0.2 |
| 09/14/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, P. Fitzgerald, M. Huebner, team regarding DOJ and bankruptcy issues (1.7); review materials regarding DOJ and bankruptcy issues (0.6) | 2.3 |
| 09/15/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, J. Bragg, team regarding DOJ and bankruptcy issues (0.2); review materials regarding DOJ and bankruptcy issues (0.6) | 0.8 |
| 09/16/21 | J Bucholtz | L120 | A107 | Confer with E. Vonnegut, P. Fitzgerald, team regarding DOJ and bankruptcy issues | 0.3 |
| 09/17/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, P. Fitzgerald, M. Florence, M. Huebner, S. Birnbaum, team regarding DOJ and bankruptcy issues | 1.8 |
| 09/18/21 | J Bucholtz | L120 | A105 | Confer with J. Adams, P. Fitzgerald, R. | 0.8 |

08714      Purdue Pharma LP                                          Invoice No. 10474432
158001     DOJ Opioid Marketing Investigations                                    Page 3
10/29/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | Brown, M. Maleck, team regarding DOJ and bankruptcy issues | |
| 09/18/21 | M Maleck | L120 | A105 | Confer with J. Bucholtz regarding DOJ and bankruptcy issues (0.2); analyze DOJ and bankruptcy issues (0.4) | 0.6 |
| 09/19/21 | J Bucholtz | L120 | A104 | Review materials regarding DOJ and bankruptcy issues | 0.4 |
| 09/19/21 | M Maleck | L120 | A102 | Analyze DOJ and bankruptcy issues (2.6); draft memorandum regarding same (1.2) | 3.8 |
| 09/20/21 | J Bucholtz | L120 | A105 | Confer with M. Maleck, P. Fitzgerald regarding DOJ and bankruptcy issues (0.4); review materials regarding DOJ and bankruptcy issues (1.8) | 2.2 |
| 09/20/21 | M Maleck | L120 | A105 | Correspond with J. Bucholtz regarding DOJ and bankruptcy issues | 0.2 |
| 09/21/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, E. Vonnegut, M. Florence, team regarding DOJ and bankruptcy issues | 2.7 |
| 09/22/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, J. Bragg, M. Florence, B. Ridgway, E. Vonnegut, team regarding DOJ and bankruptcy issues | 2.6 |
| 09/23/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, P. Fitzgerald, M. Florence, E. Vonnegut, team regarding DOJ and bankruptcy issues (1.6); review and edit materials regarding DOJ and bankruptcy issues (1.2) | 2.8 |
| 09/24/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, M. Florence, team regarding DOJ and bankruptcy issues | 0.6 |
| 09/24/21 | M Maleck | L120 | A104 | Analyze DOJ and bankruptcy issues | 2.0 |
| 09/25/21 | J Bucholtz | L120 | A105 | Confer with P. Fitzgerald, M. Maleck regarding DOJ and bankruptcy issues (0.8); review materials regarding DOJ and bankruptcy issues (0.8) | 1.6 |
| 09/26/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, team regarding DOJ and bankruptcy issues | 0.2 |
| 09/27/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, R. Brown, J. Bragg, M. Florence, team regarding DOJ and bankruptcy issues (1.8); review materials regarding DOJ and bankruptcy issues (0.5) | 2.3 |
| 09/28/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, E. Vonnegut, M. Florence, | 2.2 |

08714     Purdue Pharma LP                                              Invoice No. 10474432
158001    DOJ Opioid Marketing Investigations                                        Page 4
10/29/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | team regarding bankruptcy and DOJ issues (1.7); review materials regarding bankruptcy and DOJ issues (0.5) | |
| 09/29/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, J. Adams, team regarding DOJ and bankruptcy issues | 2.3 |
| 09/30/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, M. Huebner, C. Robertson, team regarding DOJ and bankruptcy issues (4.2); review materials regarding DOJ and bankruptcy issues (1.4) | 5.6 |
| | | | | | 42.4 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Jeffrey Bucholtz | Partner | 35.8 | 1195.00 | 42,781.00 |
| Marisa Maleck | Partner | 6.6 | 965.00 | 6,369.00 |
| Total | | 42.4 | | $49,150.00 |

08714      Purdue Pharma LP                                          Invoice No. 10474432
158001    DOJ Opioid Marketing Investigations                                      Page 5
10/29/21

**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|------:|------:|
| L120 | Analysis/Strategy | 42.4 | 42,760.50 |
| | Total Fees | 42.4 | 42,760.50 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10474434 |
| Invoice Date | 10/29/21 |
| Client No. | 08714 |
| Matter No. | 090001 |

RE: Plan Transaction Tax Issues
Client Matter Reference: 20210003141

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 09/30/21:

| | | |
|---|---|---:|
| Fees | $ | 55,818.50 |
| Less Courtesy Discount (13.0%) | | -7,256.40 |
| **Total this Invoice** | **$** | **48,562.10** |

*Payment is Due Upon Receipt*

| 08714 | Purdue Pharma LP | | | | Invoice No. 10474434 |
| 090001 | Plan Transaction Tax Issues | | | | Page 2 |
| 10/29/21 | | | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 09/01/21 | H Shashy | L120 | A104 | Review of plan confirmation issues | 1.4 |
| 09/02/21 | H Shashy | L120 | A108 | Telephone conference with DPW regarding IRS guidance (0.4); telephone conference with IRS regarding potential guidance (0.9) | 1.3 |
| 09/02/21 | H Shashy | L120 | A101 | Preparation for telephone conference with IRS regarding potential guidance | 1.1 |
| 09/15/21 | H Shashy | L120 | A108 | Telephone conference with IRS regarding possible guidance (1.1); telephone conference with DPW regarding IRS guidance (0.9); analyze issues regarding tax guidance (0.8) | 2.8 |
| 09/16/21 | H Shashy | L120 | A108 | Telephone conference with IRS regarding possible guidance (0.8); telephone conference with Norton Rose regarding possible IRS guidance (0.6); analysis of tax issues (1.2) | 2.6 |
| 09/20/21 | H Shashy | L120 | A104 | Analysis of tax questions and issues | 2.3 |
| 09/20/21 | H Shashy | L120 | A108 | Telephone conference with DPW regarding IRS guidance | 0.6 |
| 09/21/21 | H Shashy | L120 | A104 | Analysis of tax issues (0.6); follow-up regarding IRS guidance (0.9); follow-up regarding tax aspects of Plan (0.7) | 2.2 |
| 09/21/21 | H Shashy | L120 | A108 | Telephone conference with DPW regarding IRS guidance (1.1); telephone conference with DPW regarding tax aspects of Plan (0.4) | 1.5 |
| 09/22/21 | J Bucholtz | L120 | A105 | Confer with H. Shashy regarding IRS issues | 0.3 |
| 09/22/21 | H Shashy | L120 | A104 | Analysis of tax issues (0.7); review of IRS guidance process (1.5) | 2.2 |
| 09/22/21 | H Shashy | L120 | A108 | Telephone conference with DPW and Norton Rose regarding tax issues | 0.5 |
| 09/23/21 | H Shashy | L120 | A101 | Analysis of IRS guidance process | 1.1 |
| 09/23/21 | H Shashy | L120 | A108 | Telephone conference with DPW regarding IRS guidance process (1.8); telephone conference with Norton Rose regarding IRS guidance (0.5) | 2.3 |
| 09/24/21 | H Shashy | L120 | A108 | Telephone conference with DPW regarding tax issues | 0.9 |
| 09/24/21 | H Shashy | L120 | A104 | Analysis of tax issues (0.8); analysis regarding IRS guidance request (1.6); | 3.7 |

08714     Purdue Pharma LP                                    Invoice No. 10474434
090001    Plan Transaction Tax Issues                                       Page 3
10/29/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | analysis of tax authorities (1.3) | |
| 09/27/21 | H Shashy | L120 | A108 | Telephone conference with DPW and Norton Rose regarding IRS guidance request | 1.9 |
| 09/27/21 | H Shashy | L120 | A104 | Review draft of IRS guidance request (2.1); analysis of IRS guidance request authorities (1.3) | 3.4 |
| 09/28/21 | H Shashy | L120 | A104 | Analysis of authorities regarding tax questions and issues | 2.3 |
| 09/29/21 | H Shashy | L120 | A104 | Analysis of authorities regarding tax questions | 1.8 |
| 09/30/21 | H Shashy | L120 | A104 | Follow-up regarding draft of IRS guidance request | 1.7 |
| | | | | | 37.9 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Jeffrey Bucholtz | Partner | 0.3 | 1195.00 | 358.50 |
| Hap Shashy | Partner | 37.6 | 1475.00 | 55,460.00 |
| Total | | 37.9 | | $55,818.50 |

08714      Purdue Pharma LP                                        Invoice No. 10474434
090001     Plan Transaction Tax Issues                                        Page 4
10/29/21

**Task Summary - Fees**

| Task | | Hours | Value |
|------|---|-------|-------|
| L120 | Analysis/Strategy | 37.9 | 48,562.10 |
| | Total Fees | 37.9 | 48,562.10 |

# KING & SPALDING

---

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10474433 |
| Invoice Date | 10/29/21 |
| Client No. | 08714 |
| Matter No. | 240001 |

RE: Retention And Fee Application
Client Matter Reference: 20190002705

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 09/30/21:

| | | |
|---|---|---|
| Fees | $ | 10,318.90 |
| Less Courtesy Discount (13.0%) | | -1,341.46 |
| **Total this Invoice** | **$** | **8,977.44** |

*Payment is Due Upon Receipt*

| 08714 | Purdue Pharma LP | Invoice No. 10474433 |
|---|---|---|
| 240001 | Retention And Fee Application | Page 2 |
| 10/29/21 | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 09/01/21 | S Davidson | L120 | A104 | Final revisions to Monthly Fee Statement (0.3); coordinate filing and service (0.3); send LEDES data to Fee Examiner (0.2) | 0.8 |
| 09/01/21 | K Noebel | L210 | A111 | Prepare and e-file Twenty-Third Monthly Fee Statement of King & Spalding LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors and Debtors in Possession for the Period From July 1, 2021 Through July 31, 2021 | 0.7 |
| 09/22/21 | K Noebel | L210 | A111 | Prepare and e-file Amended Twenty-Third Monthly Fee Statement of King & Spalding LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors and Debtors in Possession for the Period From July 1, 2021 Through July 31, 2021 | 0.7 |
| 09/23/21 | B Baker | L210 | A104 | Call and email correspondence concerning preparation of monthly fee statements | 0.3 |
| 09/23/21 | S Davidson | L120 | A105 | E-mail amended fee statement to Fee Examiner (0.1); e-mails with L. Shermohammed and B. Baker regarding monthly fee statement (0.3) | 0.4 |
| 09/27/21 | S Davidson | L120 | A104 | E-mails with L. Shermohammed regarding monthly fee statement (0.2); review e-mail from R. Jones regarding budget (0.1) | 0.3 |
| 09/27/21 | L Shermohammed | L210 | A105 | Correspond with C. Cole regarding fee application | 0.2 |
| 09/28/21 | C Cole | L210 | A110 | Prepare exhibits for monthly fee statement | 7.3 |
| 09/29/21 | L Shermohammed | L210 | A103 | Draft and finalize monthly fee statement | 4.7 |
| 09/30/21 | S Davidson | L120 | A104 | Review draft of monthly fee statement and review underlying information (0.6); revisions to monthly fee statement and finalize (0.3); coordinate filing and service of monthly fee statement (0.3); e-mail LEDES data to fee examiner (0.1) | 1.3 |

08714   Purdue Pharma LP                                             Invoice No. 10474433
240001   Retention And Fee Application                                              Page 3
10/29/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 09/30/21 | K Noebel | L210 | A111 | Prepare and e-file Twenty-Fourth Monthly Fee Statement of King & Spalding LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors and Debtors in Possession for the Period From August 1, 2021 Through August 31, 2021 | 0.8 |
| | | | | | 17.5 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Scott Davidson | Counsel | 2.8 | 1290.00 | 3,612.00 |
| Britney Baker | Associate | 0.3 | 573.00 | 171.90 |
| Leia Shermohammed | Associate | 4.9 | 745.00 | 3,650.50 |
| Christon Cole | Paralegal | 7.3 | 255.00 | 1,861.50 |
| Kathleen Noebel | Paralegal | 2.2 | 465.00 | 1,023.00 |
| Total | | 17.5 | | $10,318.90 |

08714     Purdue Pharma LP                                    Invoice No. 10474433
240001    Retention And Fee Application                                      Page 4
10/29/21

**Task Summary - Fees**

| Task | | Hours | Value |
|------|---|------|-------|
| L120 | Analysis/Strategy | 2.8 | 3,142.46 |
| L210 | Pleadings | 14.7 | 5,834.98 |
| | Total Fees | 17.5 | 8,977.44 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10473420 |
| Invoice Date | 10/05/21 |
| Client No. | 44444 |
| Matter No. | 190003 |

RE: DOJ/NJ/ME
Client Matter Reference: 20190002258

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 09/30/21:

| | | |
|---|---|---:|
| Fees | $ | 321,840.00 |
| Less Tiered Discount | | -22,528.80 |
| **Total this Invoice** | **$** | **299,311.20** |

*Payment is Due Upon Receipt*

44444        Purdue Pharma, LP (Document Matters)                                    Invoice No. 10473420
190003       DOJ/NJ/ME                                                                          Page 2
10/05/21

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 09/01/21 | N Bass | L120 | A101 | Manage privilege review | 4.8 |
| 09/01/21 | E Can | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 6.4 |
| 09/01/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 8.7 |
| 09/01/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.4 |
| 09/01/21 | G Greco | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.1 |
| 09/01/21 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 09/01/21 | C Harris | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.8 |
| 09/01/21 | R Jones | L120 | A110 | Prepare documents for production | 0.7 |
| 09/01/21 | J Jordan | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 7.9 |
| 09/01/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.3 |
| 09/01/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.1 |
| 09/01/21 | C Pak | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 10.1 |
| 09/01/21 | A Panos | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 7.4 |
| 09/01/21 | S Primrose | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.7 |
| 09/01/21 | J Saxon | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.1 |
| 09/01/21 | M See | L320 | A104 | Quality control for privilege in | 0.4 |

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | connection with documents relating to the DOJ investigation | |
| 09/01/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 7.8 |
| 09/01/21 | H Wang | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.9 |
| 09/01/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.5 |
| 09/02/21 | N Bass | L120 | A101 | Manage privilege review | 2.8 |
| 09/02/21 | E Can | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 6.6 |
| 09/02/21 | E Crockett | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 1.9 |
| 09/02/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 9.3 |
| 09/02/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.1 |
| 09/02/21 | G Greco | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.4 |
| 09/02/21 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 09/02/21 | C Harris | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.4 |
| 09/02/21 | R Jones | L120 | A110 | Prepare documents for production | 0.8 |
| 09/02/21 | J Jordan | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 1.2 |
| 09/02/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 7.8 |
| 09/02/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.8 |
| 09/02/21 | C Pak | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ | 9.6 |

44444        Purdue Pharma, LP (Document Matters)                          Invoice No. 10473420
190003       DOJ/NJ/ME                                                                Page 4
10/05/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | investigation | |
| 09/02/21 | S Primrose | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.8 |
| 09/02/21 | J Saxon | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 10.1 |
| 09/02/21 | M See | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 09/02/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.3 |
| 09/02/21 | H Wang | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.9 |
| 09/02/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.7 |
| 09/03/21 | N Bass | L120 | A101 | Manage privilege review | 1.2 |
| 09/03/21 | E Can | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 7.9 |
| 09/03/21 | E Crockett | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.2 |
| 09/03/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 9.2 |
| 09/03/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.3 |
| 09/03/21 | G Greco | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.8 |
| 09/03/21 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 09/03/21 | C Harris | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 6.1 |
| 09/03/21 | R Jones | L120 | A110 | Prepare documents for production | 0.7 |
| 09/03/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 7.7 |

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 09/03/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 0.8 |
| 09/03/21 | C Pak | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 9.1 |
| 09/03/21 | J Saxon | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.1 |
| 09/03/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 7.2 |
| 09/03/21 | H Wang | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.1 |
| 09/03/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 10.1 |
| 09/03/21 | T Williams | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ investigation | 6.4 |
| 09/04/21 | E Can | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.7 |
| 09/04/21 | E Crockett | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.9 |
| 09/04/21 | G Greco | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 5.2 |
| 09/04/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 3.1 |
| 09/04/21 | C Pak | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.6 |
| 09/04/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 5.1 |
| 09/04/21 | H Wang | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.9 |
| 09/04/21 | T Williams | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ investigation | 2.8 |

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 09/05/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.3 |
| 09/05/21 | G Greco | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 4.7 |
| 09/05/21 | C Pak | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 09/05/21 | H Wang | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 3.6 |
| 09/06/21 | E Can | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.3 |
| 09/06/21 | G Greco | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 4.6 |
| 09/06/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 3.7 |
| 09/06/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 1.2 |
| 09/06/21 | C Pak | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 2.8 |
| 09/06/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.9 |
| 09/06/21 | H Wang | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.7 |
| 09/06/21 | T Williams | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ investigation | 7.7 |
| 09/07/21 | N Bass | L120 | A101 | Manage privilege review | 2.7 |
| 09/07/21 | E Can | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.9 |
| 09/07/21 | E Crockett | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 4.1 |
| 09/07/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ | 9.3 |

44444 Purdue Pharma, LP (Document Matters)                        Invoice No. 10473420
190003 DOJ/NJ/ME                                                              Page 7
10/05/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | investigation | |
| 09/07/21 | G Greco | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.1 |
| 09/07/21 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.1 |
| 09/07/21 | C Harris | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.1 |
| 09/07/21 | R Jones | L120 | A110 | Prepare documents for production | 0.6 |
| 09/07/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.2 |
| 09/07/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 3.8 |
| 09/07/21 | C Pak | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 9.3 |
| 09/07/21 | J Saxon | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.8 |
| 09/07/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.8 |
| 09/07/21 | H Wang | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.6 |
| 09/07/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.1 |
| 09/07/21 | T Williams | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ investigation | 0.4 |
| 09/08/21 | N Bass | L120 | A101 | Manage privilege review | 2.9 |
| 09/08/21 | E Can | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.7 |
| 09/08/21 | E Crockett | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 4.1 |
| 09/08/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 9.6 |

44444    Purdue Pharma, LP (Document Matters)       Invoice No. 10473420
190003    DOJ/NJ/ME       Page 8
10/05/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 09/08/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.1 |
| 09/08/21 | G Greco | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.6 |
| 09/08/21 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 09/08/21 | C Harris | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.7 |
| 09/08/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.7 |
| 09/08/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.9 |
| 09/08/21 | C Pak | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 9.6 |
| 09/08/21 | A Panos | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.9 |
| 09/08/21 | J Saxon | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.9 |
| 09/08/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.7 |
| 09/08/21 | H Wang | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.3 |
| 09/08/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.6 |
| 09/08/21 | T Williams | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ investigation | 4.4 |
| 09/09/21 | N Bass | L120 | A101 | Manage privilege review | 1.2 |
| 09/09/21 | E Can | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.8 |
| 09/09/21 | E Crockett | L320 | A104 | Quality control for privilege in connection with documents relating to | 5.1 |

44444          Purdue Pharma, LP (Document Matters)                    Invoice No. 10473420
190003         DOJ/NJ/ME                                                          Page 9
10/05/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | the DOJ investigation | |
| 09/09/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 9.8 |
| 09/09/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.1 |
| 09/09/21 | G Greco | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 3.9 |
| 09/09/21 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 09/09/21 | C Harris | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.8 |
| 09/09/21 | J Jordan | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 0.8 |
| 09/09/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 5.2 |
| 09/09/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 1.4 |
| 09/09/21 | C Pak | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 9.7 |
| 09/09/21 | A Panos | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 3.9 |
| 09/09/21 | J Saxon | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.1 |
| 09/09/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.2 |
| 09/09/21 | H Wang | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.6 |
| 09/10/21 | N Bass | L120 | A101 | Manage privilege review | 4.7 |
| 09/10/21 | E Can | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.9 |
| 09/10/21 | E Crockett | L320 | A104 | Quality control for privilege in | 6.9 |

44444          Purdue Pharma, LP (Document Matters)                                    Invoice No. 10473420
190003        DOJ/NJ/ME                                                                              Page 10
10/05/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|------------|------|----------|-------------|-------|
| | | | | connection with documents relating to the DOJ investigation | |
| 09/10/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 9.3 |
| 09/10/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.4 |
| 09/10/21 | G Greco | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 4.3 |
| 09/10/21 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 09/10/21 | C Harris | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.4 |
| 09/10/21 | R Jones | L120 | A110 | Prepare documents for production | 1.3 |
| 09/10/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 6.8 |
| 09/10/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.1 |
| 09/10/21 | C Pak | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 9.8 |
| 09/10/21 | A Panos | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.9 |
| 09/10/21 | J Saxon | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.1 |
| 09/10/21 | M See | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 0.5 |
| 09/10/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.3 |
| 09/10/21 | H Wang | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.9 |
| 09/11/21 | E Can | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.6 |

44444          Purdue Pharma, LP (Document Matters)                    Invoice No. 10473420
190003         DOJ/NJ/ME                                                              Page 11
10/05/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 09/11/21 | G Greco | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 3.1 |
| 09/11/21 | C Harris | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.8 |
| 09/11/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 1.4 |
| 09/11/21 | C Pak | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 2.7 |
| 09/11/21 | A Panos | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 0.3 |
| 09/11/21 | J Saxon | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 6.1 |
| 09/11/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.1 |
| 09/11/21 | H Wang | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.2 |
| 09/12/21 | E Can | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.8 |
| 09/12/21 | E Crockett | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 1.6 |
| 09/12/21 | C Harris | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 4.1 |
| 09/12/21 | C Pak | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 6.4 |
| 09/12/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 7.3 |
| 09/12/21 | T Williams | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ investigation | 4.9 |
| 09/13/21 | N Bass | L120 | A101 | Manage privilege review | 5.7 |
| 09/13/21 | E Can | L320 | A104 | Quality control for privilege in connection with documents relating to | 6.9 |

44444 Purdue Pharma, LP (Document Matters)  Invoice No. 10473420
190003 DOJ/NJ/ME  Page 12
10/05/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | the DOJ investigation | |
| 09/13/21 | E Crockett | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.1 |
| 09/13/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 7.1 |
| 09/13/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.8 |
| 09/13/21 | G Greco | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 5.8 |
| 09/13/21 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.9 |
| 09/13/21 | C Harris | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 4.9 |
| 09/13/21 | R Jones | L120 | A110 | Prepare documents for production | 0.9 |
| 09/13/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.7 |
| 09/13/21 | C Pak | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.6 |
| 09/13/21 | A Panos | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.9 |
| 09/13/21 | S Primrose | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.9 |
| 09/13/21 | J Saxon | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.7 |
| 09/13/21 | J Tucker | L320 | A105 | Manage review in connection with custodial documents relating to the DOJ investigation | 0.5 |
| 09/13/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 7.7 |
| 09/13/21 | H Wang | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 3.0 |
| 09/14/21 | N Bass | L120 | A101 | Manage privilege review | 4.4 |

44444      Purdue Pharma, LP (Document Matters)                    Invoice No. 10473420
190003     DOJ/NJ/ME                                               Page 13
10/05/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 09/14/21 | E Can | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 7.6 |
| 09/14/21 | E Crockett | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.1 |
| 09/14/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 9.8 |
| 09/14/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.7 |
| 09/14/21 | G Greco | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.1 |
| 09/14/21 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 09/14/21 | C Harris | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 1.1 |
| 09/14/21 | J Jordan | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.9 |
| 09/14/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.7 |
| 09/14/21 | C Pak | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 6.7 |
| 09/14/21 | A Panos | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.2 |
| 09/14/21 | S Primrose | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.7 |
| 09/14/21 | J Saxon | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 2.3 |
| 09/14/21 | J Tucker | L320 | A105 | Manage review in connection with documents relating to the DOJ investigation | 0.8 |
| 09/14/21 | H Wang | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.9 |

44444       Purdue Pharma, LP (Document Matters)                    Invoice No. 10473420
190003      DOJ/NJ/ME                                                          Page 14
10/05/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|------------|------|----------|-------------|-------|
| 09/15/21 | N Bass | L120 | A101 | Manage privilege review | 3.6 |
| 09/15/21 | E Can | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.4 |
| 09/15/21 | E Crockett | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 4.1 |
| 09/15/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 10.2 |
| 09/15/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.4 |
| 09/15/21 | G Greco | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.8 |
| 09/15/21 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 09/15/21 | J Jordan | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 0.8 |
| 09/15/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 8.8 |
| 09/15/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 1.9 |
| 09/15/21 | C Pak | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 7.1 |
| 09/15/21 | A Panos | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 7.3 |
| 09/15/21 | S Primrose | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 1.1 |
| 09/15/21 | M See | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 0.2 |
| 09/15/21 | H Wang | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.8 |
| 09/15/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with documents relating to | 10.0 |

44444          Purdue Pharma, LP (Document Matters)                                    Invoice No. 10473420
190003         DOJ/NJ/ME                                                                            Page 15
10/05/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | the DOJ investigation | |
| 09/16/21 | N Bass | L120 | A101 | Manage privilege review | 4.9 |
| 09/16/21 | E Can | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 5.9 |
| 09/16/21 | E Crockett | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 4.1 |
| 09/16/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 9.7 |
| 09/16/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 3.0 |
| 09/16/21 | G Greco | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 6.3 |
| 09/16/21 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 09/16/21 | C Harris | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.1 |
| 09/16/21 | R Jones | L120 | A110 | Prepare documents for production | 1.1 |
| 09/16/21 | J Jordan | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 6.2 |
| 09/16/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 7.8 |
| 09/16/21 | C Pak | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 6.4 |
| 09/16/21 | A Panos | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 0.2 |
| 09/16/21 | J Saxon | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.8 |
| 09/16/21 | M See | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 0.1 |
| 09/16/21 | J Tucker | L320 | A105 | Manage review in connection with documents relating to the DOJ investigation | 0.4 |

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10473420
190003     DOJ/NJ/ME                                                                              Page 16
10/05/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 09/16/21 | H Wang | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 7.3 |
| 09/16/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with documents relating to the DOJ investigation | 9.4 |
| 09/17/21 | N Bass | L120 | A101 | Manage privilege review | 4.7 |
| 09/17/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 7.2 |
| 09/17/21 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 09/17/21 | R Jones | L120 | A110 | Prepare documents for production | 0.7 |
| 09/20/21 | R Jones | L120 | A110 | Prepare documents for production | 0.5 |
| 09/21/21 | J Tucker | L320 | A105 | Manage review in connection with documents relating to the DOJ investigation | 0.5 |
| 09/22/21 | N Bass | L120 | A101 | Manage privilege review | 0.3 |
| 09/24/21 | N Bass | L120 | A101 | Manage privilege review | 0.6 |
| 09/27/21 | N Bass | L120 | A101 | Manage privilege review | 0.4 |
| 09/29/21 | N Bass | L120 | A101 | Manage privilege review | 0.5 |
| | | | | | 1310.4 |

| 44444 | Purdue Pharma, LP (Document Matters) | Invoice No. 10473420 |
|---|---|---|
| 190003 | DOJ/NJ/ME | Page 17 |
| 10/05/21 | | |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Rose Jones | Partner | 7.3 | 500.00 | 3,650.00 |
| John Tucker | Partner | 2.2 | 500.00 | 1,100.00 |
| Jon Jordan | Privilege Review Attorney | 26.8 | 240.00 | 6,432.00 |
| Bob Neufeld | Privilege Review Attorney | 23.5 | 240.00 | 5,640.00 |
| Elizabeth Crockett | Privilege Review Attorney | 55.2 | 240.00 | 13,248.00 |
| Sarah Primrose | Privilege Review Attorney | 31.2 | 240.00 | 7,488.00 |
| Meryl See | Privilege Review Attorney | 1.8 | 240.00 | 432.00 |
| Nicole Bass | Discovery Counsel | 45.4 | 350.00 | 15,890.00 |
| Michael Douglas | Privilege Review Attorney | 109.5 | 240.00 | 26,280.00 |
| Gary Greco | Privilege Review Attorney | 102.8 | 240.00 | 24,672.00 |
| Ed McCafferty | Privilege Review Attorney | 85.4 | 240.00 | 20,496.00 |
| Chong Pak | Privilege Review Attorney | 103.1 | 240.00 | 24,744.00 |
| Alex Panos | Privilege Review Attorney | 42.0 | 240.00 | 10,080.00 |
| David Vandiver | Privilege Review Attorney | 94.4 | 240.00 | 22,656.00 |
| Hao Wang | Privilege Review Attorney | 106.7 | 240.00 | 25,608.00 |
| Amanda Wheeler | Privilege Review Attorney | 67.4 | 240.00 | 16,176.00 |
| Treaves Williams | Privilege Review Attorney | 26.6 | 240.00 | 6,384.00 |
| Enver Can | Privilege Review Attorney | 127.4 | 240.00 | 30,576.00 |
| Austin Gibson | Privilege Review Attorney | 73.3 | 240.00 | 17,592.00 |
| Chris Harris | Privilege Review Attorney | 84.3 | 240.00 | 20,232.00 |
| Justin Saxon | Privilege Review Attorney | 86.1 | 240.00 | 20,664.00 |
| Dan Handley | Paralegal | 8.0 | 225.00 | 1,800.00 |
| Total | | 1310.4 | | $321,840.00 |

44444     Purdue Pharma, LP (Document Matters)                    Invoice No. 10473420
190003    DOJ/NJ/ME                                                            Page 18
10/05/21

**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|------:|------:|
| L120 | Analysis/Strategy | 52.7 | 19,540.00 |
| L320 | Document Production (Defense) | 1257.7 | 302,300.00 |
| | Total Fees | 1310.4 | 321,840.00 |