**SULLIVAN & WORCESTER LLP**
Jeffrey R. Gleit, Esq.
Allison H. Weiss, Esq.
1633 Broadway
New York, New York 10019
(212) 660-3000 (Telephone)
(212) 660-3001 (Facsimile)

*Special Conflicts Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**SECOND MONTHLY FEE STATEMENT OF SULLIVAN & WORCESTER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
INCURRED AS SPECIAL CONFLICTS COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION FOR THE PERIOD FROM SEPTEMBER 1, 2021
THROUGH SEPTEMBER 30, 2021**

| | |
|---|---|
| **Name of Applicant** | Sullivan & Worcester LLP |
| **Applicant's Role in Case** | Special Conflicts Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | September 2, 2021 [Docket No. 3728] |
| **Period for which compensation and reimbursement is sought** | September 1, 2021 through September 30, 2021 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total compensation requested in this statement** | **$25,801.20** <br> **(80% of $32,251.50)** |
| **Total reimbursement requested in this statement** | **$0.00** |
| **Total compensation and reimbursement requested in this statement** | **$25,801.20** |
| **This is a(n):**   <u>X</u> Monthly Application  __  Interim Application  __  Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Pursuant to 11 U.S.C. §§ 327(a) and 328 and Fed. R. Bankr. P. 2014(a) Authorizing the Employment and Retention of Sullivan & Worcester LLP as Special Conflicts Counsel to the Debtors and Debtors in Possession*, dated September 2, 2021 [Docket No. 3728] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Sullivan & Worcester LLP ("**Sullivan**"), special conflicts counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Second Monthly Statement of Services Rendered and Expenses Incurred for the Period from September 1, 2021 Through September 30, 2021* (this "**Fee Statement**").[2] By this Fee Statement, Sullivan seeks compensation in the amount of $25,801.20 which is equal to 80% of the total amount of reasonable

---

[2] The period from September 1, 2021, through and including September 30, 2021, is referred to herein as the "**Fee Period**."

1

compensation for actual, necessary legal services that Sullivan incurred in connection with such services during the Fee Period (*i.e.*, $32,251.50).

**Itemization of Services Rendered and Disbursements Incurred**

1.        Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Sullivan partners, counsel, associates and paraprofessionals during the Fee Period with respect to each of the project categories Sullivan established in accordance with its internal billing procedures. As reflected in Exhibit A, Sullivan incurred $32,251.50 in fees during the Fee Period. Pursuant to this Fee Statement, Sullivan seeks reimbursement for 80% of such fees, totaling $25,801.20.

2.        Attached hereto as **Exhibit B** is a chart of Sullivan professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $591.55[3] The blended hourly billing rate of all paraprofessionals is $373.08.[4]

3.        Attached hereto as **Exhibit C** are the time records of Sullivan for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during Fee Period.

---

[3] The blended hourly billing rate of $591.55 for attorneys is derived by dividing the total fees for attorneys of $31,766.50 by the total hours of 53.7.

[4] The blended hourly billing rate of $373.08 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $485.00 by the total hours of 1.3.

2

**<u>Notice</u>**

4.      The Debtors will provide notice of this Fee Statement in accordance with the

Interim Compensation Order. The Debtors submit that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

3

WHEREFORE Sullivan, in connection with services rendered on behalf of the Debtors, respectfully requests compensation in the amount of $25,801.20 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Sullivan incurred in connection with such services during the Fee Period (*i.e.*, $32,251.50).

Dated:    October 29, 2021
          New York, New York

                              **SULLIVAN & WORCESTER LLP**

                              By:    */s/ Jeffrey R. Gleit*                                

                              Jeffrey R. Gleit, Esq.
                              Allison H. Weiss, Esq.
                              1633 Broadway
                              New York, New York 10019
                              (212) 660-3000 (Telephone)
                              (212) 660-3001 (Facsimile)
                              jgleit@sullivanlaw.com
                              aweiss@sullivanlaw.com

                              *Special Conflicts Counsel to the Debtors*
                              *and Debtors in Possession*

4

## Exhibit A

**Fees by Project Category**

Exhibit A - 1

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.3 | $485.00 |
| Fee/Employment Applications | 30.4 | $14,987.00 |
| Hearings (Attendance and Preparation) | 22.6 | $16,254.50 |
| Plan and Disclosure Statement (including Business Plan) | 0.7 | $525.00 |
| **Total** | 55.00 | $32,251.50 |

Exhibit A - 2

## **Exhibit B**

**Professional and Paraprofessional Fees**

4825-0426-3935, v.1

| Name of Professional Individual | Position, Year Assumed Position Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Gleit, Jeffrey R. | Partner; joined partnership in 2015; admitted New York 2001 | $900 | 8.2 | $7,380.00 |
| Zuccarello, Amy A. | Partner; joined partnership in 2016; admitted Massachusetts 2002 | $750 | 0.7 | $525.00 |
| **Partner Total:** | | | **8.9** | **$7,905.00** |
| **Counsel** | | | | |
| Weiss, Allison | Counsel; joined Sullivan 2017; admitted New York 1995 | $750 | 7.9 | $5,925.00 |
| **Counsel Total:** | | | **7.9** | **$5,925.00** |
| **Associates and Paralegals** | | | | |
| Bailey, Matthew | Associate; joined Sullivan 2021; admitted Massachusetts 2021 | $415 | 15.2 | $6,308.00 |
| Breckenridge, Luke M. | Associate; joined Sullivan 2019; admitted Massachusetts 2019 | $455 | 2.6 | $1,183.00 |
| Koslof, Nathaniel R. B. | Associate; joined Sullivan 2015; admitted Massachusetts 2014 | $605 | 4.3 | $2,601.50 |
| Rosenblatt, Ryan M. | Associate; joined Sullivan 2017; admitted Massachusetts 2017 | $530 | 14.8 | $7,844.00 |
| Cooley, Brian L. | Paralegal; joined Sullivan 2007 | $335 | 0.2 | $67.00 |
| Lombardo, Richard J. | Paralegal; joined Sullivan 2000 | $380 | 1.1 | $418.00 |
| **Associates and Paralegals Total:** | | | **38.2** | **$18,421.50** |
| **GRAND TOTAL** | | | **55.0** | **$32,251.50** |

Exhibit B - 2

4825-0426-3935, v.1

## **Exhibit C**

### **Detailed Time Records**

Exhibit C - 1

4825-0426-3935, v.1

**Sullivan & Worcester LLP**

Invoice Date: October 29, 2021
Invoice Number: 8281585

Page 2

---

**Matter**

**028627.0001**        RE: Chapter 11 Case

**Time Detail**

**Task Code:**    B110 - Case Administration.

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 09/01/2021 | BRC | Docket pleadings. | 0.20 | 335.00 | 67.00 |
| 09/30/2021 | RIL | E-file and serve Sullivan & Worcester's first monthly fee statement. | 1.10 | 380.00 | 418.00 |
| **Task Total** | | B110 - Case Administration. | | | **$485.00** |

**Task Code:**    B160 - Fee/Employment Applications.

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 09/02/2021 | NRK | Attention to Sullivan retention order (0.4); call chambers regarding same (0.2). | 0.60 | 605.00 | 363.00 |
| 09/08/2021 | RXR | Phone call with M. Bailey re drafting August fee statement for filing. | 0.30 | 530.00 | 159.00 |
| 09/08/2021 | AHW | Emails with working group and coordination regarding fee statement. | 0.50 | 750.00 | 375.00 |
| 09/08/2021 | MXB | Research regarding professional fee procedures (1.6); phone call with R. Rosenblatt regarding the same (0.3). | 1.90 | 415.00 | 788.50 |
| 09/09/2021 | RXR | Review of fee procedures orders and prior Debtors' counsel fee statements (0.6); phone call with M. Bailey re drafting August fee statement and quarterly interim fee application (0.6). | 1.20 | 530.00 | 636.00 |
| 09/09/2021 | MXB | Phone call with R. Rosenblatt regarding preparation of Fee Statement. | 0.60 | 415.00 | 249.00 |
| 09/13/2021 | MXB | Drafting of August 2021 Fee Statement. | 0.90 | 415.00 | 373.50 |
| 09/14/2021 | RXR | Attention to August fee statement (0.2); phone calls with M. Bailey re August fee statement (0.2). | 0.40 | 530.00 | 212.00 |
| 09/14/2021 | MXB | Drafting of August 2021 Fee Statement (2.2); phone call with R. Rosenblatt regarding same (0.2); emails to R. Rosenblatt, A. Zuccarello and A. Setz regarding same (0.3). | 2.70 | 415.00 | 1,120.50 |
| 09/15/2021 | MXB | Drafting of August 2021 Fee Statement. | 4.20 | 415.00 | 1,743.00 |

**Sullivan & Worcester LLP**

Invoice Date: October 29, 2021

Page 3

Invoice Number: 8281585

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|------:|-----:|------:|
| 09/17/2021 | RXR | Revisions to August invoice and fee statement (2.2); phone calls with M. Bailey re same (0.2). | 2.40 | 530.00 | 1,272.00 |
| 09/17/2021 | MXB | Phone calls with R. Rosenblatt regarding drafting of August 2021 Fee Statement. | 0.20 | 415.00 | 83.00 |
| 09/20/2021 | RXR | Revisions to August fee statement. | 0.10 | 530.00 | 53.00 |
| 09/21/2021 | RXR | Revisions to August fee statement. | 0.20 | 530.00 | 106.00 |
| 09/22/2021 | RXR | Attention to August fee statement (0.4); and call with M. Bailey regarding the same (0.2). | 0.60 | 530.00 | 318.00 |
| 09/22/2021 | MXB | Revisions to August 2021 Fee Statement (3.0); phone call with R. Rosenblatt regarding the same (0.2). | 3.20 | 415.00 | 1,328.00 |
| 09/23/2021 | RXR | Revisions to August fee statement and invoice (0.4); and call with M. Bailey regarding the same (0.2). | 0.60 | 530.00 | 318.00 |
| 09/23/2021 | AHW | Review and revise fee statement (0.2). | 0.20 | 750.00 | 150.00 |
| 09/23/2021 | MXB | Revisions to August 2021 Fee Statement (0.9); phone call with R. Rosenblatt regarding the same (0.2). | 1.10 | 415.00 | 456.50 |
| 09/24/2021 | RXR | Revisions to August fee statement and invoice. | 0.80 | 530.00 | 424.00 |
| 09/24/2021 | AHW | Review and revise fee statement and coordinate finalization of same (0.3). | 0.30 | 750.00 | 225.00 |
| 09/24/2021 | JRG | Revise fee statement. | 0.50 | 900.00 | 450.00 |
| 09/24/2021 | MXB | Revisions to Fee Statement (0.1); email correspondence with R. Rosenblatt regarding the same (0.3). | 0.40 | 415.00 | 166.00 |
| 09/27/2021 | AHW | Follow-ups and finalization of fee statement and invoice (0.2). | 0.20 | 750.00 | 150.00 |
| 09/27/2021 | RXR | Revisions to August fee statement. | 0.40 | 530.00 | 212.00 |
| 09/28/2021 | AHW | Review revisions to invoice and fee statement (0.2) | 0.20 | 750.00 | 150.00 |
| 09/28/2021 | JRG | Revise fee statement. | 0.40 | 900.00 | 360.00 |
| 09/28/2021 | RXR | Revisions to August fee statement and invoice. | 0.90 | 530.00 | 477.00 |
| 09/28/2021 | LMB | Attention to review and preparation of fee statement (1.2); correspondence with A. Weiss and R. Rosenblatt regarding the same (0.2). | 1.40 | 455.00 | 637.00 |
| 09/29/2021 | AHW | Review and revise invoice and fee statement (0.3). | 0.30 | 750.00 | 225.00 |
| 09/29/2021 | RXR | Revisions to August fee statement and invoice (0.9); calls and e-mails with L. Breckenridge re same (0.3). | 1.20 | 530.00 | 636.00 |
| 09/29/2021 | LMB | Attention to review of fee statement and related materials (0.9); call with R. Rosenblatt regarding changes and next steps (0.3). | 1.20 | 455.00 | 546.00 |

**Sullivan & Worcester LLP**

Invoice Date: October 29, 2021
Invoice Number: 8281585

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 09/30/2021 | AHW | Review and finalize fee statement for filing and service (0.3). | 0.30 | 750.00 | 225.00 |
| **Task Total** | | B160 - Fee/Employment Applications. | | | **$14,987.00** |

**Task Code:**   B195 - Hearings (Attendance and Preparation)

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 09/01/2021 | JRG | Prepare for confirmation hearing (0.5); participate in same (6.8). | 7.30 | 900.00 | 6,570.00 |
| 09/01/2021 | RXR | Attendance at virtual confirmation hearing re bench ruling. | 5.70 | 530.00 | 3,021.00 |
| 09/01/2021 | AHW | Attend confirmation hearing. | 5.90 | 750.00 | 4,425.00 |
| 09/01/2021 | NRK | Attendance at confirmation hearing. | 3.70 | 605.00 | 2,238.50 |
| **Task Total** | | B195 - Hearings (Attendance and Preparation) | | | **$16,254.50** |

**Task Code:**   B320 - Plan and Disclosure Statement (including Business Plan).

| Date | Name | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 09/01/2021 | AAZ | Review of emails, updates re: confirmation ruling, conf. working group re: same. | 0.70 | 750.00 | 525.00 |
| **Task Total** | | B320 - Plan and Disclosure Statement (including Business Plan). | | | **$525.00** |

**Total Matter Fees**                                                                                         **$32,251.50**

**Sullivan & Worcester LLP**

Page 5

Invoice Date: October 29, 2021
Invoice Number: 8281585

**Timekeeper Summary**

| Position | Name | Hours | Rate | Value |
|---|---|---|---|---|
| Partner | Amy A. Zuccarello | 0.70 | 750.00 | 525.00 |
| Partner | Jeffrey R. Gleit | 8.20 | 900.00 | 7,380.00 |
| Counsel | Allison Weiss | 7.90 | 750.00 | 5,925.00 |
| Associate | Luke M. Breckenridge | 2.60 | 455.00 | 1,183.00 |
| Associate | Matthew Bailey | 15.20 | 415.00 | 6,308.00 |
| Associate | Nathaniel R. B. Koslof | 4.30 | 605.00 | 2,601.50 |
| Associate | Ryan M. Rosenblatt | 14.80 | 530.00 | 7,844.00 |
| Paralegal | Brian L. Cooley | 0.20 | 335.00 | 67.00 |
| Paralegal | Richard J. Lombardo | 1.10 | 380.00 | 418.00 |
| **Total Matter Fees** | | **55.00** | | **$32,251.50** |

**Task Summary**

| Task Code | Description | Hours | Value |
|---|---|---|---|
| B110 | Case Administration. | 1.30 | 485.00 |
| B160 | Fee/Employment Applications. | 30.40 | 14,987.00 |
| B195 | Hearings (Attendance and Preparation) | 22.60 | 16,254.50 |
| B320 | Plan and Disclosure Statement (including Business Plan). | 0.70 | 525.00 |
| **Total** | | **55.00** | **$32,251.50** |

**Matter Total**                                             **$32,251.50**