**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

### NOTICE OF TWENTY-SECOND MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | August 1, 2021 through August 31, 2021 |
| **Amount of Compensation Requested (after 13% discount):** | $361,939.14 |
| **Less 20% Holdback** | $72,387.83 |
| **Net of Holdback**: | $289,551.31 |
| **Amount of Expense Reimbursement Requested:** | $50,802.66 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $340,353.97 |
| **This is a** | X    Monthly _____Interim ___ Final Fee Statement |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this twenty-second monthly fee statement (the "Twenty-Second Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from August 1, 2021 through August 31, 2021 (the "Twenty-Second Monthly Fee Period"). By this Twenty-Second Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $340,353.97 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Twenty-Second Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Twenty-Second Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]      The total amount sought for fees reflects (a) voluntary write offs in the amount of $140.00 and (b) application of a subsequent 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $54,222.86 for the Twenty-Second Monthly Fee Period), for an overall voluntary reduction of approximately 13.03%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2021, Jones Day is using 2020 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 13.03% reduction.

blended hourly billing rate of Jones Day timekeepers during the Twenty-Second Monthly Fee Period is approximately $719.85.[4]

2.    Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Twenty-Second Monthly Fee Period.

3.    Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Twenty-Second Monthly Fee Period

4.    Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Twenty-Second Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

5.    Notice of this Twenty-Second Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]    The blended rate is comprised of all Jones Day timekeepers who provided services during the Twenty-Second Monthly Fee Period.

[5]    The time records included in **Exhibit C** have been redacted to protect privileged information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq.,
Email: dklauder@bk-legal.com.

6.      Objections to this Twenty-Second Monthly Fee Statement, if any, must be served
via electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Anna Kordas
(akordas@jonesday.com) no later than November 12, 2021 at 12:00 p.m. (prevailing Eastern
Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific
amount of fees at issue.

7.      If no objections to this Twenty-Second Monthly Fee Statement are received by the
Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the
expenses identified in this Twenty-Second Monthly Fee Statement.

8.      To the extent that an objection to this Twenty-Second Monthly Fee Statement is
received on or before the Objection Deadline, the Debtors shall withhold payment of that portion
of this Twenty-Second Monthly Fee Statement to which the objection is directed and promptly
pay the remainder of the fees in the percentages set forth above.  To the extent such an objection
is not resolved, it shall be preserved and scheduled for consideration at the next interim fee
application hearing.


*[The remainder of this page has been intentionally left blank]*

## NO PRIOR REQUEST

9.      No prior request for the relief sought in this Twenty-Second Monthly Fee Statement

has been made to this or any other court.

Dated: October 29, 2021
       New York, NY

/s/  Anna Kordas
JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:    (212) 326-3939
Facsimile:    (212) 755-7306
Email:        jjnormile@jonesday.com
              akordas@jonesday.com


– and –

Chané Buck
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone:    (858) 314-1158
Facsimile:    (844) 345-3178
Email:        cbuck@jonesday.com

*Special Counsel to the Debtors and
Debtors in Possession*

**<u>EXHIBIT A</u>**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**AUGUST 1, 2021 – AUGUST 31, 2021**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Anthony C. Chen | 1993 | $1,000.00 | $870.00 | 7.1 | $7,100.00 |
| Christian B. Fulda | 2002 | $875.00 | $761.25 | 1.5 | $1,312.50 |
| Gasper J. LaRosa | 2002 | $1,125.00 | $978.75 | 22.5 | $25,312.50 |
| Christopher Morrison | 2001 | $1,025.00 | $891.75 | 9.8 | $10,045.00 |
| John J. Normile | 1989 | $1,275.00 | $1,109.25 | 65.6 | $82,000.00 |
| **TOTAL PARTNER:** | | | | **106.5** | **$125,770.00** |
| **COUNSEL** | | | | | |
| Kelsey I. Nix | 1988 | $1,225.00 | $1,065.75 | 95.3 | $112,454.00 |
| Sven Rihm | 2005 | $675.00 | $587.25 | 2.1 | $1,417.50 |
| **TOTAL COUNSEL:** | | | | **97.4** | **$113,871.50** |
| **ASSOCIATE** | | | | | |
| Chané Buck | 2017 | $575.00 | $500.25 | 1.9 | $1,092.50 |
| Kevin V. McCarthy | 2016 | $725.00 | $630.75 | 156.5 | $111,897.50 |
| Adam M. Nicolais | 2017 | $675.00 | $587.25 | 52.1 | $34,125.50 |
| **TOTAL ASSOCIATE:** | | | | **210.5** | **$147,115.50** |
| **PARALEGAL & STAFF** | | | | | |
| Florian Beutel | N/A | $225.00 | $195.75 | 5.8 | $1,305.00 |
| Jason J. Darensbourg | N/A | $350.00 | $304.50 | 36.3 | $12,705.00 |
| Annika Klempke | N/A | $225.00 | $195.75 | 2.0 | $450.00 |
| Shuheng Li | N/A | $325.00 | $282.75 | 6.7 | $2,177.50 |
| Marguerite Melvin | N/A | $400.00 | $348.00 | 0.4 | $160.00 |
| Karin Ondertoller | N/A | $225.00 | $195.75 | 2.0 | $450.00 |
| Elizabeth Pratt | N/A | $325.00 | $282.75 | 8.1 | $2,632.50 |
| Alex J. Salemmo | N/A | $175.00 | $152.25 | 1.8 | $315.00 |
| Timothy E. Solomon | N/A | $400.00 | $348.00 | 14.8 | $5,920.00 |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 10.5 | $3,150.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **88.4** | **$29,265.00** |
| **TOTAL:** | | | | **502.8** | **$416,022.00** |

## <u>EXHIBIT B</u>

## COMPENSATION BY PROJECT CATEGORY

## <u>AUGUST 1, 2021 – AUGUST 31, 2021</u>

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 415.5 | $354,519.50 |
| Strategic Corporate Advice | 6.8 | $4,694.00 |
| Retention Matters | 22.7 | $14,937.50 |
| Accord Healthcare Inc. | 33.5 | $29,443.50 |
| Article 76 Patent Linkage Litigation | 24.3 | $12,427.50 |
| **TOTAL** | **502.8** | **$416,022.00** |
| **13% DISCOUNT** | | **$54,082.86** |
| **TOTAL FEES** | | **$361,939.14** |

## EXHIBIT C

**EXPENSE SUMMARY**
**AUGUST 1, 2021 – AUGUST 31, 2021**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $48,902.66 |
| US Trademark Office | $1,900.00 |
| **TOTAL** | **$50,802.66** |

## EXHIBIT D

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 21, 2021                                                305158.000003
                                                     Invoice: 210904119

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through August 31, 2021:

| | | |
|---|---|---:|
| Article 76 Patent Linkage Litigation | USD | 12,427.50 |
| Less 13% Discount | | (1,615.58) |
| Total Billed Fees | USD | 10,811.92 |
| **TOTAL** | **USD** | **10,811.92** |

# JONES DAY

305158.000003

Article 76 Patent Linkage Litigation

## Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner | | | |
| A C Chen | 7.10 | 1,000.00 | 7,100.00 |
| Specialist | | | |
| S Li | 6.70 | 325.00 | 2,177.50 |
| B Zhu | 10.50 | 300.00 | 3,150.00 |
| **Total** | **24.30** | **USD** | **12,427.50** |

# JONES DAY

305158.000003

Article 76 Patent Linkage Litigation

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 08/01/21 | A C Chen | 1.00 |

Review claim chart ███████████████ (.5); discuss with Shuheng Li (.3); ███████████ (.2).

| 08/01/21 | S Li | 0.50 |

Correspondence with ███████ (.2); attention to questions ███████████ (.2); discuss with Yan Zhu and Tony Chen regarding the same (.1).

| 08/02/21 | A C Chen | 4.50 |

Conference call ███████████████████████ (1.5); finalize █████████ (3.0).

| 08/02/21 | S Li | 6.20 |

Discuss with ████████ (1.5); review and analyze ████████ (.5); revise the ████████ (1.0); correspondence ██████████ (.5); review and revise ████████ (.5); discuss with Tony Chen and Zhu Yan of Jones Day regarding the same (1.0); discuss with Yan Zhu regarding ████████ (1.2).

| 08/02/21 | B Zhu | 8.30 |

Participate in the meeting to discuss ████████ (1.5); update ████████ (5.5); prepare ████████ (1.3).

| 08/03/21 | A C Chen | 1.30 |

Follow up ████████████ (.6); discuss with Yan Zhu (.4); ████ (.3).

| 08/03/21 | B Zhu | 1.50 |

████████████████████

| 08/06/21 | A C Chen | 0.30 |

██████████████ .

| 08/06/21 | B Zhu | 0.70 |

Confirm ████████████████████

|  | **Total** | **24.30** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 21, 2021

305158.610005
Invoice: 210904120

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through August 31, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 354,519.50 |
| Less 13% Discount | | (46,087.54) |
| Total Billed Fees | USD | 308,431.96 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Consultants and Agents Fees | 47,402.66 | | |
| | | USD | 47,402.66 |
| **TOTAL** | | **USD** | **355,834.62** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089
Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610005/210904120 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Page: 2
October 21, 2021
Invoice: 210904120

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| G J Larosa | 21.50 | 1,125.00 | 24,187.50 |
| C M Morrison | 9.80 | 1,025.00 | 10,045.00 |
| J J Normile | 46.90 | 1,250.00 | 58,625.00 |
| Of Counsel | | | |
| K I Nix | 94.80 | 1,180.00 | 111,864.00 |
| Associate | | | |
| K McCarthy | 139.50 | 715.00 | 99,742.50 |
| A M Nicolais | 45.60 | 655.00 | 29,868.00 |
| Paralegal | | | |
| J J Darensbourg | 35.20 | 350.00 | 12,320.00 |
| T E Solomon | 12.30 | 400.00 | 4,920.00 |
| Assistant Manager | | | |
| A J Salemmo | 1.80 | 175.00 | 315.00 |
| Project Manager | | | |
| E Pratt | 8.10 | 325.00 | 2,632.50 |
| **Total** | **415.50** | **USD** | **354,519.50** |

# JONES DAY

305158.610005

Page: 3
October 21, 2021
Invoice: 210904120

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 08/01/21 | K I Nix | 0.80 |

Reviewed revised discovery letter from K. McCarthy (.6); ██████████████

| 08/01/21 | J J Normile | 1.00 |

████████████████████████████████

| 08/02/21 | J J Darensbourg | 1.00 |

Manage shared database for attorneys of correspondence regarding pending discovery deadlines, deposition matters, and work with experts regarding oxycodone base samples.

| 08/02/21 | G J Larosa | 2.00 |

Draft/revise claim construction brief and conferred in firm regarding same (1.5) ██████████████

| 08/02/21 | K McCarthy | 7.00 |

Prepare for and participate in weekly client call regarding litigation status updates (0.5); draft/revise reply claim construction brief ██████████████ (3.5); ██████████████ (1.5);)) communicate with outside vendor regarding document discovery (0.5).

| 08/02/21 | C M Morrison | 0.80 |

Review and revise reply claim construction brief.

| 08/02/21 | A M Nicolais | 2.40 |

Communication in firm with K. McCarthy re action items (.3); edits/revisions to draft responses to Collegium's 4th set of RFPs (2.1).

| 08/02/21 | K I Nix | 1.80 |

Reviewed and revised draft letter to C. Pinahs (.6); reviewed and revised draft responses to RFPs 90-115 (.2); reviewed draft claim construction reply brief and C. Morrison's edits to same (.5); ██████████████ (.5).))

| 08/02/21 | J J Normile | 2.80 |

Preparation for and participation in weekly team teleconference with B. Koch, R. Inz, R. Kreppel, G. LaRosa, K. McCarthy, A. Nicolais and P. Hendler (.80); ██████████████
██████████████████████████████

| 08/03/21 | J J Darensbourg | 0.70 |

Manage document production by Defendant.

| 08/03/21 | G J Larosa | 1.00 |

Draft/revise correspondence regarding discovery and conferred in firm regarding same.

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 4
October 21, 2021
Invoice: 210904120



| Date | Timekeeper | Hours |
|---|---|---|
| 08/03/21 | K McCarthy | 9.00 |

Draft/revise supplemental interrogatory responses ▮▮▮ (4.0);)) plan and prepare for client teleconference regarding ▮▮▮ (1.2); ▮▮▮ (2.1); ▮▮▮ (0.5); (1.2).))

| 08/03/21 | A M Nicolais | 1.10 |

| 08/03/21 | K I Nix | 1.80 |

Reviewed draft letter to C. Pinahs and email to K. McCarthy regarding same (.8); ▮▮▮

| 08/03/21 | J J Normile | 3.00 |

| 08/04/21 | J J Darensbourg | 0.20 |

Manage shared database for attorneys of correspondence regarding draft discovery letter response and draft response to request for production.

| 08/04/21 | G J Larosa | 1.50 |

Draft/revise ▮▮▮ and conferred in firm regarding same.

| 08/04/21 | K McCarthy | 10.00 |

▮▮▮ and communicate internally regarding same (2.4); ▮▮▮ (1.4); draft/revise ▮▮▮ and communicate internally regarding ▮▮▮ to same (1.0); prepare for and participate in client teleconference regarding ▮▮▮ (1.4); draft/revise ▮▮▮ and communicate internally regarding same (1.1); review/analyze ▮▮▮ (1.7) and communicate internally regarding same (0.5); attention to ▮▮▮ (0.5).))

| 08/04/21 | A M Nicolais | 4.90 |

((Reviewing ▮▮▮ (.2); ▮▮▮ (.8); meetings with K. McCarthy re ▮▮▮ (.9); edits/revisions to ▮▮▮ (1.1); edits/revisions to ▮▮▮ (.8); edits/revisions to ▮▮▮ (.8); reviewing ▮▮▮ (.3).))

| 08/04/21 | K I Nix | 4.30 |

((Worked on ▮▮▮ and teleconference with K. McCarthy regarding same (2.5); studied ▮▮▮ (.6); studied ▮▮▮ (.9); teleconference with K. McCarthy regarding ▮▮▮ (.3).))

| 08/04/21 | J J Normile | 4.00 |

((Preparation for and participation in teleconference ▮▮▮

# JONES DAY

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



(1.5); review and revise ████████████████████████████████████
████████████████████████████ (1.0); attention to ████████████
████████████████████████████ (1.5).))

08/04/21        A J Salemmo                                    0.50
((Research to ████████████████████████████████████████████
████████████████████████████████

08/05/21        G J Larosa                                    1.50
Draft/revise ████████████████████████ and conferred in firm regarding same.

08/05/21        K McCarthy                                    8.50
((Prepare for and participate in client teleconference regarding ███████████ (1.1);
review/analyze ██████████████████████████████████ (0.9);)) prepare for and
participate in █████████████████████ (0.8); ((draft/revise ████████████████
██████████████████████████ (2.2); draft/revise ████████████████████████████
██████████████ (1.6); review/analyze ██████████████████████████████████████
████████████ (1.4); attention to ████████████████████████████████████████
████ (0.5).))

08/05/21        C M Morrison                                  2.00
████████████████████ and teleconference with K. McCarthy regarding same (2.5); studied
████████████ (.6); studied ██████████████████████████████ (.9); teleconference
with K. McCarthy regarding ████████████████████████ (.3).))

08/05/21        A M Nicolais                                  1.30
Communication in firm with K. McCarthy re ████████████████ (.4); ((edits/revisions to
████████████████████████ (.9).))

08/05/21        K I Nix                                       3.80
Worked on draft ████████████████████████ and email to K. McCarthy regarding same (.8); ████████
████████████ (1.0); work regarding ████████████ (2.0).))

08/05/21        J J Normile                                   4.80
((Preparation for and participation in team teleconference regarding ████████████████
████████████ (1.0); attention to ████████████████████████████████████████████
████████████████ (2.5); review and revise █████████████████████████████████████
████████████████████████████████ (.80);
████████████████████████ (.50).))

08/06/21        J J Darensbourg                               2.60
Manage/cite check Reply Claim Construction Brief and prepare accompanying exhibit (1.9); prepare
document production of 2012 sealed trial transcripts to Defendant (.7).

08/06/21        G J Larosa                                    3.00
Draft/revise ████████████████████████████████ (1.5); ████████████████████████
████████████████ (1.5).))

08/06/21        K McCarthy                                    6.00
((Prepare for and participate in internal strategy teleconference regarding ████████████████

**JONES DAY**

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



(1.5); draft/revise ███████████████████████████████ (3.0); prepare for and participate in client teleconference regarding ███████ (0.6); attention to ████████ (0.3); ███████ (0.6).))

| 08/06/21 | C M Morrison | 0.60 |

Finalize and file Reply claim construction brief.

| 08/06/21 | A M Nicolais | 2.50 |

((Reviewing ████████ (.3); ██████████████████████████ (2.0);)) preparing and coordinating filing (.2).

| 08/06/21 | K I Nix | 2.20 |

((Work regarding ████████████████████████ (.6); studied ███████ (.6); studied ████████████████ (1.0).))

| 08/06/21 | J J Normile | 1.50 |

((Preparation for and participation in teleconference ████ (.50); review and revise ███████████ (1.0).))

| 08/08/21 | J J Normile | 1.00 |

Preparation for upcoming status conference before Judge Saylor ██████████████████

| 08/09/21 | K McCarthy | 6.00 |

((Review/analyze ██████ (1.2); draft/revise ███████ (0.5); review/analyze ████████ (1.8); coordinate ███████ (1.1); attention to internal and client correspondence regarding ███████ (1.1); ████████ (0.3).))

| 08/09/21 | A M Nicolais | 0.80 |

((Meeting with K. McCarthy re ████████ (.2); reviewing ███████ (.6).))

| 08/09/21 | K I Nix | 3.40 |

((Studied ████████████████████████ (.8).))

| 08/09/21 | J J Normile | 1.00 |

| 08/09/21 | T E Solomon | 1.50 |

Review and update case databases with newly filed pleadings for access and review by team members (1.00); confer with G. Asbill (TCDI) regarding preparation of production documents (0.50).

# JONES DAY

305158.610005

Page: 7
October 21, 2021
Invoice: 210904120

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| Date | Name | Hours |
|---|---|---|
| 08/10/21 | G J Larosa | 1.50 |

08/10/21    K McCarthy    10.00
((Prepare for and participate in weekly client call regarding ██████████ (0.6); prepare for and participate in teleconference █████ (1.6);

08/10/21    C M Morrison    0.50

08/10/21    A M Nicolais    0.40
Weekly Purdue meeting.

08/10/21    K I Nix    3.80

08/10/21    J J Normile    2.00

08/10/21    T E Solomon    3.00
Review and update case databases with newly exchanged correspondence and discovery responses for access and review by team members (1.00); █████████ review and serve production documents (VOL PCLG20) per instructions (1.50).

08/11/21    K McCarthy    6.00

08/11/21    A M Nicolais    1.10

08/11/21    K I Nix    5.20

**JONES DAY**

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| 08/11/21 | J J Normile | 0.80 |

| 08/11/21 | T E Solomon | 1.00 |

| 08/12/21 | K McCarthy | 8.00 |

((Prepare for and participate in teleconference (1.1); review/analyze (2.6); attention to client correspondence regarding (0.9); attention to client and outside counsel correspondence regarding (2.4); (1.0).))

| 08/12/21 | A M Nicolais | 0.60 |

| 08/12/21 | K I Nix | 3.70 |

| 08/12/21 | J J Normile | 1.50 |

Preparation for upcoming status conference before Judge Saylo

| 08/12/21 | T E Solomon | 4.00 |

Review and update case databases with newly exchanged correspondence for access and review by team members (0.50); confer with G. Asbill (TCDI) and team regarding preparation of documents for production (0.50);

| 08/13/21 | G J Larosa | 1.00 |

| 08/13/21 | K McCarthy | 6.00 |

prepare for and participate in Court status conference and follow up call regarding same (1.0); ((perform legal research regarding (1.6); prepare for and participate in teleconference (0.9); attention to case (0.5).))

| 08/13/21 | C M Morrison | 0.60 |

Status conference before J. Saylor

**JONES DAY**

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 9
October 21, 2021
Invoice: 210904120

| Date | Name | Hours |
|------|------|-------|
| 08/13/21 | K I Nix | 2.10 |

08/13/21 | J J Normile | 2.00

Preparation for and participation in status teleconference before Judge Saylo ████████

08/13/21 | T E Solomon | 0.80

Review and update case databases with newly exchange correspondence for access and review by team members.

08/15/21 | J J Normile | 1.00

08/16/21 | J J Darensbourg | 1.60

08/16/21 | G J Larosa | 1.00

08/16/21 | K McCarthy | 6.00

08/16/21 | A M Nicolais | 4.90

Meeting with K. McCarthy re Purdue action items (.2)

08/16/21 | K I Nix | 4.80

08/16/21 | J J Normile | 3.30

# JONES DAY

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| 08/16/21 | T E Solomon | 1.00 |
| | Confer with J. Darensbourg regarding preparing documents for production | |

| 08/17/21 | J J Darensbourg | 4.80 |

| 08/17/21 | K McCarthy | 10.00 |

| 08/17/21 | A M Nicolais | 4.10 |

| 08/17/21 | K I Nix | 5.10 |

| 08/17/21 | J J Normile | 1.50 |

| 08/17/21 | T E Solomon | 0.50 |

| 08/18/21 | J J Darensbourg | 1.80 |
| | Manage collection of documents to be produced to Defendant Collegium (1.0) | |

| 08/18/21 | G J Larosa | 2.00 |

| 08/18/21 | K McCarthy | 8.00 |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| | | |
|---|---|---|
| 08/18/21 | K I Nix | 5.30 |
| 08/18/21 | J J Normile | 2.80 |
| 08/19/21 | G J Larosa | 2.50 |
| 08/19/21 | K McCarthy | 7.00 |
| 08/19/21 | A M Nicolais | 1.00 |
| 08/19/21 | K I Nix | 3.70 |
| 08/19/21 | J J Normile | 3.30 |
| 08/20/21 | J J Darensbourg | 4.20 |

Manage shared database for attorneys of correspondence with client, opposing counsel. experts, third party and vendor regarding supplemental document production.

| | | |
|---|---|---|
| 08/20/21 | G J Larosa | 1.00 |
| 08/20/21 | K McCarthy | 6.50 |

**JONES DAY**

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| 08/20/21 | K I Nix | 3.20 |
| 08/20/21 | J J Normile | 0.50 |
| 08/20/21 | A J Salemmo | 0.30 |
| 08/21/21 | K I Nix | 2.80 |
| 08/23/21 | J J Darensbourg | 0.60 |
| 08/23/21 | G J Larosa | 0.50 |
| 08/23/21 | K McCarthy | 4.00 |
| 08/23/21 | C M Morrison | 0.30 |
| 08/23/21 | A M Nicolais | 1.90 |
| 08/23/21 | K I Nix | 4.70 |
| 08/23/21 | J J Normile | 2.60 |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| 08/23/21 | A J Salemmo | 1.00 |
|---|---|---|

| 08/24/21 | J J Darensbourg | 3.00 |
|---|---|---|

08/24/21      K McCarthy      3.00

Prepare for and participate in weekly client call regarding ███████ (0.6); review/analyze Collegium responsive claim construction brief and perform legal research regarding same (1.6); review correspondence from third party subpoena counsel and communicate internally regarding ███████ (0.9); coordinate document collection and review collected documents (0.9).

| 08/24/21 | A M Nicolais | 3.80 |
|---|---|---|

| 08/24/21 | K I Nix | 4.80 |
|---|---|---|

| 08/24/21 | E Pratt | 1.20 |
|---|---|---|

08/24/21      T E Solomon      0.50

Participate in team call regarding upcoming supplemental production.

08/25/21      J J Darensbourg      6.50

Manage documents cited by both parties in Preliminary Contentions documents and Interrogatory response documents.

| 08/25/21 | G J Larosa | 1.00 |
|---|---|---|

08/25/21      K McCarthy      3.00

Prepare for and participate in meet and confer with third party subpoena counsel (0.8); ███████

08/25/21      C M Morrison      1.10

Prepare for and participate in Meet & Confer with Patheon's counsel ███████

08/25/21      A M Nicolais      0.90

Meet and confer with Patheon counsel (.9).

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 14
October 21, 2021
Invoice: 210904120



| 08/25/21 | K I Nix | 5.60 |

| 08/25/21 | J J Normile | 2.00 |

| 08/25/21 | E Pratt | 1.20 |

Communicate with vendor regarding timing for submission of information and requests for production.

| 08/26/21 | J J Darensbourg | 0.40 |

Manage documents cited by both parties in Interrogatory response documents.

| 08/26/21 | K McCarthy | 2.00 |

| 08/26/21 | C M Morrison | 2.20 |

| 08/26/21 | A M Nicolais | 0.80 |

| 08/26/21 | K I Nix | 5.40 |

| 08/26/21 | J J Normile | 1.50 |

| 08/27/21 | J J Darensbourg | 1.90 |

Manage documents cited by both parties in Interrogatory response documents.

| 08/27/21 | G J Larosa | 1.00 |

| 08/27/21 | K McCarthy | 5.50 |

# JONES DAY

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| Date | Name | Hours |
|------|------|-------|
| 08/27/21 | C M Morrison | 0.30 |

File amended brief with updated tables.

| 08/27/21 | A M Nicolais | 4.30 |
| 08/27/21 | K I Nix | 5.20 |
| 08/27/21 | J J Normile | 1.00 |
| 08/30/21 | J J Darensbourg | 1.50 |
| 08/30/21 | G J Larosa | 1.00 |
| 08/30/21 | K McCarthy | 3.50 |
| 08/30/21 | A M Nicolais | 5.10 |
| 08/30/21 | K I Nix | 5.80 |
| 08/30/21 | J J Normile | 1.00 |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 16
October 21, 2021
Invoice: 210904120



| 08/30/21 | E Pratt | 3.30 |
| 08/31/21 | J J Darensbourg | 4.40 |
| 08/31/21 | K McCarthy | 4.50 |
| 08/31/21 | C M Morrison | 1.40 |
| 08/31/21 | A M Nicolais | 3.70 |
| 08/31/21 | K I Nix | 5.50 |
| 08/31/21 | J J Normile | 1.00 |

08/31/21    E Pratt    2.40
Attention to documents eligible for production (1.3); communicate with K McCarthy and J Darensbourgh regarding same (.7); communicate with vendor requesting pretiffing of documents in advance of production (.4).

**Total**    415.50

# JONES DAY

305158.610005

Page: 17
October 21, 2021
Invoice: 210904120

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Disbursement Detail



| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 08/04/21 | K I Nix | NYC | 3,530.50 | |
| 08/12/21 | J J Normile | NYC | 16,140.66 | |
| 08/31/21 | K I Nix | NYC | 26,550.00 | |
| 08/31/21 | J J Normile | NYC | 1,181.50 | |
| **Consultants and Agents Fees Subtotal** | | | | 47,402.66 |
| **Total Disbursements and Charges** | | | **USD** | 47,402.66 |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 21, 2021

305158.610013
Invoice: 210904121

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through August 31, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 0.00 |

## Disbursement & Charges Summary

| | | |
|---|---|---|
| Consultants and Agents Fees | 1,500.00 | |
| | USD | 1,500.00 |
| **TOTAL** | **USD** | **1,500.00** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610013/210904121 WITH YOUR PAYMENT

# JONES DAY

305158.610013

Page: 2
October 21, 2021

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Invoice: 210904121

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 07/28/21 | J J Normile | NYC | 1,500.00 | |
| | Vendor: Pace Analytical Services, LLC; Invoice#: 25369; Date: 7/28/2021 for July Storage. | | | |
| **Consultants and Agents Fees Subtotal** | | | | **1,500.00** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **1,500.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 21, 2021                                          305158.610028
                                                   Invoice: 210904122

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through August 31, 2021:

| | | |
|---|---|---:|
| Accord Healthcare Inc. | USD | 29,443.50 |
| Less 13% Fee Discount | | (3,827.66) |
| Total Billed Fees | USD | 25,615.84 |
| **TOTAL** | **USD** | **25,615.84** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                          Citibank, N.A.
New York, NY                            New York, NY
Account Name:  Jones Day                Account Name:  Jones Day
Account No:  37026407                   Account No:  37026407
ABA No:  021000089                      ABA No:  021000089
                                        Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610028/210904122 WITH YOUR PAYMENT

# JONES DAY

305158.610028

Accord Healthcare Inc.

Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 1.00 | 1,125.00 | 1,125.00 |
| J J Normile | 11.70 | 1,250.00 | 14,625.00 |
| Of Counsel |  |  |  |
| K I Nix | 0.50 | 1,180.00 | 590.00 |
| Associate |  |  |  |
| K McCarthy | 13.00 | 715.00 | 9,295.00 |
| A M Nicolais | 3.70 | 655.00 | 2,423.50 |
| Paralegal |  |  |  |
| J J Darensbourg | 1.10 | 350.00 | 385.00 |
| T E Solomon | 2.50 | 400.00 | 1,000.00 |
| **Total** | **33.50** | **USD** | **29,443.50** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 3
October 21, 2021
Invoice: 210904122

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 08/03/21 | J J Darensbourg | 0.30 |

Manage shared database for attorneys of discovery responses.

| 08/03/21 | J J Normile | 1.00 |

███████████████████████████████████████

| 08/04/21 | J J Darensbourg | 0.10 |

Manage shared database for attorneys of Defendant's discovery responses.

| 08/05/21 | K McCarthy | 1.50 |

███████████████████████████████████████

| 08/05/21 | K I Nix | 0.30 |

Reviewed written discovery.

| 08/06/21 | K McCarthy | 1.00 |

███████████████████████████████████████

| 08/06/21 | J J Normile | 1.00 |

███████████████████████████████████████

| 08/09/21 | K McCarthy | 1.00 |

Prepare for and participate in teleconferences with opposing counsel (0.6); ██████████████████████

| 08/09/21 | K I Nix | 0.20 |

███████████████████

| 08/09/21 | J J Normile | 0.80 |

███████████████████████████████████████

| 08/09/21 | T E Solomon | 1.00 |

Review and update case databases with newly exchanged correspondence for access and review by team members.

| 08/10/21 | J J Normile | 0.50 |

███████████████████████████████████████

| 08/10/21 | T E Solomon | 1.00 |

Review and update case databases with new correspondence and pleadings for access and review by team members.

# JONES DAY



| 08/11/21 | A M Nicolais | 0.40 |
|---|---|---|

| 08/11/21 | J J Normile | 1.00 |
|---|---|---|

08/12/21    T E Solomon    0.50
Review and update case databases with newly filed pleadings for access and review by team members.

08/20/21    K McCarthy    0.50
Attention to case files and opposing counsel correspondence (0.5).

| 08/20/21 | J J Normile | 0.80 |
|---|---|---|

| 08/23/21 | K McCarthy | 1.00 |
|---|---|---|

08/23/21    A M Nicolais    0.30
Meet and confer with Accord counsel re claim construction (.3).

| 08/23/21 | J J Normile | 1.30 |
|---|---|---|

08/24/21    J J Darensbourg    0.30
Manage shared database for attorneys of correspondence and pleadings regarding Stipulation to extend time for filing Joint Claim Construction chart.

| 08/24/21 | K McCarthy | 2.00 |
|---|---|---|

| 08/24/21 | J J Normile | 0.80 |
|---|---|---|

| 08/26/21 | K McCarthy | 0.50 |
|---|---|---|

| 08/26/21 | J J Normile | 1.00 |
|---|---|---|

# JONES DAY

305158.610028

Accord Healthcare Inc.



| 08/27/21 | G J Larosa | 1.00 |
|---|---|---|

| 08/27/21 | K McCarthy | 2.50 |
|---|---|---|

prepare for and participate in meet and confer with opposing counsel (0.8); draft/revise stipulation to extend deadline and communicate with opposing counsel and local counsel regarding same (0.2).

| 08/27/21 | A M Nicolais | 1.60 |
|---|---|---|

meet and confer with Accord counsel re same (.4).

| 08/27/21 | J J Normile | 1.00 |
|---|---|---|

| 08/30/21 | J J Darensbourg | 0.40 |
|---|---|---|

Manage shared database for attorneys of correspondence regarding joint claim construction chart.

| 08/30/21 | K McCarthy | 2.50 |
|---|---|---|

| 08/30/21 | A M Nicolais | 0.60 |
|---|---|---|

| 08/30/21 | J J Normile | 1.50 |
|---|---|---|

| 08/31/21 | K McCarthy | 0.50 |
|---|---|---|

| 08/31/21 | A M Nicolais | 0.80 |
|---|---|---|

| 08/31/21 | J J Normile | 1.00 |
|---|---|---|

| | Total | 33.50 |
|---|---|---|

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 21, 2021

305158.640002
Invoice: 210904123

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through August 31, 2021:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 4,694.00 |
| Less 13% Fee Discount | | (610.22) |
| Total Billed Fees | USD | 4,083.78 |
| **TOTAL** | **USD** | **4,083.78** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 640002/210904123 WITH YOUR PAYMENT

# JONES DAY

305158.640002

Strategic Corporate Advice

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Associate |  |  |  |
| K McCarthy | 4.00 | 715.00 | 2,860.00 |
| A M Nicolais | 2.80 | 655.00 | 1,834.00 |
| **Total** | **6.80** | **USD** | **4,694.00** |

# JONES DAY

305158.640002

Page: 3
October 21, 2021
Invoice: 210904123

Strategic Corporate Advice

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 08/02/21 | A M Nicolais | 0.30 |
| Drafting weekly Purdue updates (.3); weekly Purdue call (.3). | | |
| 08/09/21 | A M Nicolais | 0.30 |
| Drafting weekly Purdue updates. | | |
| 08/13/21 | A M Nicolais | 0.20 |
| Updates to weekly Purdue calendar/updates (.2). | | |
| 08/16/21 | A M Nicolais | 0.50 |
| Weekly Purdue updates (.2); weekly Purdue meeting (.3). | | |
| 08/19/21 | K McCarthy | 2.50 |
| ██████████████████████████ | | |
| 08/20/21 | K McCarthy | 1.50 |
| ██████████████████████████ | | |
| 08/23/21 | A M Nicolais | 0.70 |
| Drafting weekly Purdue updates (.3); weekly Purdue meeting (.4). | | |
| 08/30/21 | A M Nicolais | 0.80 |
| Drafting weekly updates (.4); weekly Purdue meeting (.4). | | |
| **Total** | | **6.80** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 21, 2021                                              305158.999007
                                                       Invoice: 210904124

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through August 31, 2021:

| | | |
|---|---|---:|
| Retention Matters | USD | 14,937.50 |
| Less 13% Fee Discount | | (1,941.88) |
| Total Billed Fees | USD | 12,995.62 |
| **TOTAL** | **USD** | **12,995.62** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 999007/210904124 WITH YOUR PAYMENT

# JONES DAY

### Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| C Fulda | 1.50 | 875.00 | 1,312.50 |
| J J Normile | 7.00 | 1,250.00 | 8,750.00 |
| Counsel |  |  |  |
| S Rihm | 2.10 | 675.00 | 1,417.50 |
| Associate |  |  |  |
| C Buck | 1.90 | 575.00 | 1,092.50 |
| Paralegal |  |  |  |
| F Beutel | 5.80 | 225.00 | 1,305.00 |
| A Klempke | 2.00 | 225.00 | 450.00 |
| M M Melvin | 0.40 | 400.00 | 160.00 |
| K Ondertoller | 2.00 | 225.00 | 450.00 |
| **Total** | **22.70** | **USD** | **14,937.50** |

## JONES DAY

305158.999007

Retention Matters

Page: 3
October 21, 2021
Invoice: 210904124

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 08/04/21 | C Fulda | 0.60 |



| 08/04/21 | J J Normile | 1.00 |

Review of correspondence from B. Koch regarding ███████████████ and various correspondence with Jones Day European partners regarding same.

| 08/05/21 | F Beutel | 5.80 |

| 08/05/21 | C Fulda | 0.90 |

| 08/05/21 | A Klempke | 2.00 |

| 08/05/21 | K Ondertoller | 2.00 |

| 08/05/21 | S Rihm | 2.10 |

| 08/15/21 | J J Normile | 1.00 |

Review and revise Purdue's June invoices and review Purdue's Fifth Interim Fee Petition.

| 08/16/21 | C Buck | 0.50 |

Prepare for and attend hearing on interim fee application.

| 08/18/21 | J J Normile | 1.50 |

Participation in confirmation hearing before Judge Drain.

| 08/19/21 | J J Normile | 1.00 |

████████████████████████████ and various teleconferences with K. McCarthy regarding same (1.0).

| 08/20/21 | J J Normile | 1.00 |

| 08/23/21 | J J Normile | 1.00 |

Participation in bankruptcy trial proceedings.

| 08/24/21 | C Buck | 0.30 |

# JONES DAY

305158.999007

Retention Matters

Page: 4
October 21, 2021
Invoice: 210904124

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 08/24/21 | J J Normile | 0.50 |
| | ██████████████████████████████ | |
| 08/25/21 | C Buck | 0.60 |
| | ████████████ | |
| 08/25/21 | C Buck | 0.50 |
| | Finalize Twentieth Monthly Fee Statement for filing. | |
| 08/25/21 | M M Melvin | 0.40 |

Review, assemble exhibits to and e-file Jones Day's Twentieth Monthly Fee Statement of Jones Day (0.30); serve the same by e-mail (0.10).

|  |  |  |
|---|---|---|
| | **Total** | **22.70** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 21, 2021

305158.999007
Invoice: 210904125

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through August 31, 2021:

| | | |
|---|---|---|
| MISCELLANEOUS | USD | 0.00 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| US Patent Trademark Office | 1,900.00 | |
| | USD | 1,900.00 |
| **TOTAL** | **USD** | **1,900.00** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089
Swift Code:  CITIUS33

PLEASE REFERENCE 305158 999007/210904125 WITH YOUR PAYMENT

# JONES DAY

305158.999007

MISCELLANEOUS

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **US PATENT TRADEMARK OFFICE** | | | | |
| 06/22/21 | NYC Accounting | NYC | 725.00 | |
| | Utility issue fee, re: Patent Application Serial No. 15/678,267, includes a professional service fee of $125. | | | |
| 08/02/21 | NYC Accounting | NYC | 1,175.00 | |
| | Petition for revival of an abandoned application for a patent (Patent Application Serial No. 15/678,267), for the delayed payment of the fee for issuing each patent, or for the delayed response, includes a professional service fee of $125. | | | |
| **US Patent Trademark Office Subtotal** | | | | **1,900.00** |
| **Total Disbursements and Charges** | | | **USD** | **1,900.00** |