19-23649-shl Doc 4078-2 Filed 11/01/21 Entered 11/01/21 23:38:09 Exhibit
Exhibit B Amended Stipulation filed 10-20-2021    Pg 1 of 8

Case 7:21-cv-07532-CM Document 71 Filed 10/20/21 Page 1 of 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br>BANKRUPTCY APPEALS<br><br>---<br><br>This Filing Relates to<br><br>---<br><br>ALL MATTERS | 21 cv 7532 (CM)<br>21 cv 7585 (CM)<br>21 cv 7961 (CM)<br>21 cv 7962 (CM)<br>21 cv 7966 (CM)<br>21 cv 7969 (CM)<br>21 cv 8034 (CM)<br>21 cv 8042 (CM)<br>21 cv 8049 (CM)<br>21 cv 8055 (CM)<br>21 cv 8139 (CM)<br>21 cv 8258 (CM)<br>21 cv 8271 (CM)<br>21 cv 8548 (CM)<br>21 cv 8557 (CM)<br>21 cv 8566 (CM)<br><br>On Appeal from the United States Bankruptcy Court for the Southern District of New York |

## AMENDED STIPULATION

Pursuant to the Court's *Memorandum and Order Denying Without Prejudice the United States Trustee's Emergency Motion for a Stay Pending Appeal* (No. 21-cv-7969, Dkt. No. 48) (the "**Order**") and *Order Correcting Prior Decision* (No. 21-cv-7532, Dkt. No. 69), it is hereby stipulated and agreed, by and between the undersigned parties (the "**Parties**"), as follows:[1]

1.  The Parties shall not at any time argue before any court that the pending appeals in the above-captioned actions of the *Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors*, Case No. 19-23649 (RDD) (Bankr. S.D.N.Y.), Dkt No. 3787 (the "**Confirmation Order**"), including any appeals of the Confirmation Order that have been filed

---

[1] Capitalized terms used but not defined herein shall have the meaning set forth in the Order.

but not yet docketed, have been rendered equitably moot by the actions undertaken in advance of the Effective Date in furtherance of carrying out the Plan pursuant to the Confirmation Order or the *Order (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and Topco, (II) Directing Prime Clerk LLC to Release Certain Protected Information, and (III) Granting Related Relief*, Case No. 19-23649 (RDD) (Bankr. S.D.N.Y.), Dkt No. 3773 (the "**Advance Order**").

2. For the avoidance of doubt, this stipulation does not address the criminal sentencing of Purdue Pharma L.P. or the effect or consequences of such sentencing on these or other appeals.

3. This stipulation may be signed in counterparts, which, when fully executed, shall constitute a single original. A facsimile or scanned copy of this stipulation shall have the same force and effect as the original.

Dated:  October 20, 2021
        New York, New York

| DAVIS POLK & WARDWELL LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| By: *[signature]* /KSB | By: *[signature]* /KSB |
| Marshall S. Huebner | Arik Preis |
| Benjamin S. Kaminetzky | Mitchell Patrick Hurley |
| James I. McClammy | Akin Gump Strauss Hauer & Feld LLP |
| Marc J. Tobak | One Bryant Park |
| Gerard X. McCarthy | New York, NY 10036 |
| 450 Lexington Avenue | 212-872-1000 |
| New York, New York 10017 | Fax: 212-872-1002 |
| Telephone: (212) 450-4000 | Email: apreis@akingump.com |
| Facsimile: (212) 701-5800 | Email: mhurley@akingump.com |
| *Counsel to the Debtors-Appellees* | *Counsel to The Official Committee of Unsecured Creditors* |

2

| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | CAPLIN & DRYSDALE, CHARTERED |
| By: *Ken Eckstein /sms* | By: _____ |
| Kenneth H. Eckstein<br>Rachael Ringer<br>Jonathan Wagner<br>David E. Blabey Jr.<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br><br>*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants* | Kevin C. Maclay, Esq.<br>James P. Wehner, Esq.<br>Jeffrey A. Liesemer, Esq.<br>Lucas H. Self, Esq.<br>One Thomas Circle, NW, Suite 1100<br>Washington, DC 20005<br>Tel: (202) 862-5000<br>Fax: (202) 429-3301<br>kmaclay@capdale.com<br>jwehner@capdale.com<br>jliesemer@capdale.com<br>lself@capdale.com<br><br>*Counsel to the Multi-State Governmental Entities Group* |
| WHITE & CASE LLP | LEVENFELD PEARLSTEIN, LLC |
| By: _____ | By: _____ |
| J. Christopher Shore<br>Michele J. Meises<br>Alice Tsier<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel.: (212) 819-8200<br>Fax: (212) 354-8113<br>cshore@whitecase.com<br>michele.meises@whitecase.com<br>alice.tsier@whitecase.com<br><br>*Counsel to the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al.* | Harold D. Israel<br>2 North LaSalle St., Suite 1300<br>Chicago, Illinois 60602<br>Telephone: 312-346-8380<br>Facsimile: 312-346-8434<br>Hisrael@lplegal.com<br><br>*Counsel to The Ad Hoc Committee of NAS Children* |

| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | CAPLIN & DRYSDALE, CHARTERED |
| By: _____<br>Kenneth H. Eckstein<br>Rachael Ringer<br>Jonathan Wagner<br>David E. Blabey Jr.<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br><br>*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants* | By: *James P. Wehner /SMS*<br>Kevin C. Maclay, Esq.<br>James P. Wehner, Esq.<br>Jeffrey A. Liesemer, Esq.<br>Lucas H. Self, Esq.<br>One Thomas Circle, NW, Suite 1100<br>Washington, DC 20005<br>Tel: (202) 862-5000<br>Fax: (202) 429-3301<br>kmaclay@capdale.com<br>jwehner@capdale.com<br>jliesemer@capdale.com<br>lself@capdale.com<br><br>*Counsel to the Multi-State Governmental Entities Group* |
| WHITE & CASE LLP | LEVENFELD PEARLSTEIN, LLC |
| By: _____<br>J. Christopher Shore<br>Michele J. Meises<br>Alice Tsier<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel.: (212) 819-8200<br>Fax: (212) 354-8113<br>cshore@whitecase.com<br>michele.meises@whitecase.com<br>alice.tsier@whitecase.com<br><br>*Counsel to the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al.* | By: _____<br>Harold D. Israel<br>2 North LaSalle St., Suite 1300<br>Chicago, Illinois 60602<br>Telephone: 312-346-8380<br>Facsimile: 312-346-8434<br>Hisrael@lplegal.com<br><br>*Counsel to The Ad Hoc Committee of NAS Children* |

| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | CAPLIN & DRYSDALE, CHARTERED |
| By: _____ | By: _____ |
| Kenneth H. Eckstein<br>Rachael Ringer<br>Jonathan Wagner<br>David E. Blabey Jr.<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br><br>*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants* | Kevin C. Maclay, Esq.<br>James P. Wehner, Esq.<br>Jeffrey A. Liesemer, Esq.<br>Lucas H. Self, Esq.<br>One Thomas Circle, NW, Suite 1100<br>Washington, DC 20005<br>Tel: (202) 862-5000<br>Fax: (202) 429-3301<br>kmaclay@capdale.com<br>jwehner@capdale.com<br>jliesemer@capdale.com<br>lself@capdale.com<br><br>*Counsel to the Multi-State Governmental Entities Group* |
| WHITE & CASE LLP<br>By: /s/ Michele J. Meises | LEVENFELD PEARLSTEIN, LLC<br>By: _____ |
| J. Christopher Shore<br>Michele J. Meises<br>Alice Tsier<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel.: (212) 819-8200<br>Fax: (212) 354-8113<br>cshore@whitecase.com<br>michele.meises@whitecase.com<br>alice.tsier@whitecase.com<br><br>*Counsel to the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al.* | Harold D. Israel<br>2 North LaSalle St., Suite 1300<br>Chicago, Illinois 60602<br>Telephone: 312-346-8380<br>Facsimile: 312-346-8434<br>Hisrael@lplegal.com<br><br>*Counsel to The Ad Hoc Committee of NAS Children* |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Kenneth H. Eckstein
Rachael Ringer
Jonathan Wagner
David E. Blabey Jr.
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100

*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

CAPLIN & DRYSDALE, CHARTERED

By: _____
Kevin C. Maclay, Esq.
James P. Wehner, Esq.
Jeffrey A. Liesemer, Esq.
Lucas H. Self, Esq.
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
jwehner@capdale.com
jliesemer@capdale.com
lself@capdale.com

*Counsel to the Multi-State Governmental Entities Group*

WHITE & CASE LLP

By: _____
J. Christopher Shore
Michele J. Meises
Alice Tsier
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 819-8200
Fax: (212) 354-8113
cshore@whitecase.com
michele.meises@whitecase.com
alice.tsier@whitecase.com

*Counsel to the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al.*

LEVENFELD PEARLSTEIN, LLC

By: /s/ Harold D. Israel
Harold D. Israel
2 North LaSalle St., Suite 1300
Chicago, Illinois 60602
Telephone: 312-346-8380
Facsimile: 312-346-8434
Hisrael@lplegal.com

*Counsel to The Ad Hoc Committee of NAS Children*

3

MARTZELL, BICKFORD & CENTOLA

By: _____
Scott R. Bickford (LA 1165)
338 Lafayette Street
New Orleans, LA 70130
Tel.: 504-581-9065
Facsimile: 504-581-7635

*Counsel to The Ad Hoc Committee of NAS Children*

4

DEBEVOISE & PLIMPTON LLP

By: _____
Maura Kathleen Monaghan
Jasmine Ball
919 Third Avenue
New York, NY 10022
Telephone: 212-909-6000

*Counsel to the Mortimer-side Initial
Covered Sackler Persons*[2]

MILBANK LLP

By: _____
Gerard Uzzi
Alexander B. Lees
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000

*Counsel to the Raymond Sackler Family*

JOSEPH HAGE AARONSON LLP

By: _____
Gregory P. Joseph
Mara Leventhal
Christopher J. Stanley
485 Lexington Avenue
New York, NY 10017
Telephone: 212-407-1200

*Counsel to the Raymond Sackler Family*

---

[2] As defined in Amended and Restated Case Stipulation Among the Debtors, the Official Committee of Unsecured Creditors and Certain Related Parties dated Nov. 20, 2019 ¶ 1, In re Purdue Pharma L.P., No. 19-23649-rdd (Bankr. S.D.N.Y. Nov. 20, 2019), ECF No. 518. Certain of the Mortimer-side Initial Covered Sackler Persons preserve and do not waive any defenses to jurisdiction in the event that the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors, In re Purdue Pharma L.P., No. 19-23649-rdd (Bankr. S.D.N.Y. Sept. 2, 2021) is not effectuated.