# EXHIBIT A

# [Proposed Order]

UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
: 
In re                                                                :     Chapter 11
                                                                         :
PURDUE PHARMA L.P., *et al.*,[1]                  :     Case No. 19-23649 (RDD)
                                                                         :
                                        Debtors.        :     Jointly Administered
                                                                         :
------------------------------------------------------- x

**ORDER GRANTING LEAVE FOR THE UNITED STATES TRUSTEE TO EXCEED PAGE LIMIT IN FILING ITS REPLY IN SUPPORT OF UNITED STATES TRUSTEE'S AMENDED EXPEDITED MOTION FOR A STAY OF CONFIRMATION ORDER AND RELATED ORDERS PENDING APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8007**

Upon the Motion of the United States Trustee for Leave to Exceed the Page Limit in Filing Its Reply in Support of United States Trustee's Amended Expedited Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 [ECF No. __] (the "Motion"),[2] the Court finds that good cause exists for the United States Trustee to exceed the 20-page limit for replies set forth in the Case Management Order; and therefore, it is hereby:

ORDERED, that the United States Trustee is permitted to file its Reply that is 48 pages in length, exclusive of the table of contents and table of authorities.

---

[1] The "Debtors" in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Unless otherwise indicated, capitalized terms used herein have the meanings ascribed to them in the Motion.

Dated: November ___, 2021
       White Plains, New York

                                                                                                     The Honorable Robert D. Drain
                                                                                                     United States Bankruptcy Judge