UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
:
In re                                                   :     Chapter 11
:
PURDUE PHARMA L.P., *et al.*,                           :     Case No. 19-23649 (RDD)
:
                                Debtors. :     Jointly Administered
:
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

PAUL K. SCHWARTZBERG, hereby affirms under penalty of perjury that the forgoing is true and correct:

1.     I am an attorney with the Office of the United States Trustee for the Southern District of New York.

2.     On October 29, 2021, I caused the following pleading to be served by the method set forth on the Master Service List as indicated in Exhibit A and Exhibit B attached hereto:

Amended Statement Supplemental Designation of Record in Rebuttal and in Support of United States Trustee's Second Amended Expedited Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 [ECF Doc. No. 4043]

                                                        /s/ *Paul K. Schwartzberg*
                                                         Paul K. Schwartzberg