ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:   (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**TWENTY-FIFTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | September 1, 2021 through September 30, 2021 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $309,722.24[2] |
| Less 20% Holdback | $61,944.45 |
| Total Reimbursement Requested | $0.00 |
| Total Compensation and Reimbursement Requested in this Statement | $247,777.79 |

**This is a(n):**   X Monthly Application   __ Interim Application   __ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from September 1, 2021 Through September 30, 2021* (this "**Fee Statement**").[3]   By this Fee Statement, A&P seeks (i) compensation in the

---

[2]   This amount reflects a reduction in fees in the amount of $67,987.81 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]   The period from September 1, 2021, through and including September 30, 2021, is referred to herein as the "**Fee Period**."

amount of $247,777.79 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $309,722.24) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $309,722.24 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $247,777.79.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $673.66.[4]  The blended hourly billing rate of all paraprofessionals is $302.18.[5]

3.      A&P did not incur or disburse any expenses during the Fee Period..

4.      Attached hereto as **Exhibit C** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

**Notice**

5.      A&P will provide notice of this Fee Statement in accordance with the Interim

Compensation Order. A&P submits that no other or further notice be given.


*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $247,777.79, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $309,722.24) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

November 2, 2021                                  Respectfully submitted,


By:   */s/* Rory Greiss
      **ARNOLD & PORTER KAYE SCHOLER LLP**
      Rory Greiss
      250 West 55th Street
      New York, New York 10019
      rory.greiss@arnoldporter.com

      **-AND-**

      Rosa J. Evergreen
      601 Massachusetts Ave, NW
      Washington, DC 2001-3743
      rosa.evergreen@arnoldporter.com

      ***Special Counsel to the Debtors***

## **Exhibit A**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 24.00 | $18,749.30 |
| Project ATP | 2.00 | $1,789.65 |
| Amendment to Shionogi Collaboration | 1.60 | $1,298.88 |
| Retention and Fee Applications | 3.70 | $1,906.50 |
| Project Montana | 65.60 | $56,556.22 |
| Government Contracts | 45.90 | $30,307.61 |
| Project Falcon | 332.00 | $193,226.48 |
| Project Aurora | 6.80 | $5,887.60 |
| **Total**[6] | **481.60** | **$309,722.24** |

---

[6]  This amount reflects a reduction in fees in the amount of $67,987.81 on account of voluntary discounts as described in the Retention Application.

**<u>Exhibit B</u>**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,000.00 | 0.30 | $300.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,420.00 | 0.30 | $426.00 |
| Greiss, Rory | Partner | 1981 | 1,215.00 | 33.30 | $40,459.50 |
| Handwerker, Jeffrey L. | Partner | 1995 | 1,195.00 | 12.60 | $15,057.00 |
| Rothman, Eric | Partner | 2008 | 990.00 | 49.90 | $49,401.00 |
| Habtemariam, Abeba | Counsel | 2011 | 915.00 | 1.50 | $1,372.50 |
| Wootton, Barbara H. | Counsel | 1998 | 1,035.00 | 26.80 | $27,738.00 |
| Gwinn, Michael | Associate | 2019 | 595.00 | 23.80 | $14,161.00 |
| Henderson, Danielle | Associate | 2015 | 850.00 | 8.20 | $6,970.00 |
| Marra, Bryan | Associate | 2003 | 920.00 | 86.40 | $79,488.00 |
| Park, Sora | Associate | 2021 | 520.00 | 2.60 | $1,352.00 |
| Pettit, Thomas A. | Associate | 2017 | 815.00 | 9.50 | $7,742.50 |
| Sullivan, Sam | Associate | 2020 | 595.00 | 44.20 | $26,299.00 |
| Young, Dylan | Associate | 2016 | 815.00 | 9.90 | $8,068.50 |
| Zausner, Ethan | Associate | 2017 | 815.00 | 5.60 | $4,564.00 |
| Eder, Bryan I. | Staff Attorney | 2001 | 610.00 | 38.00 | $23,180.00 |
| Marchand, L. Michel | Staff Attorney | 2001 | 610.00 | 69.00 | $42,090.00 |
| Ryan, Warlesha | Staff Attorney | 2009 | 510.00 | 50.60 | $25,806.00 |
| Reddix, Darrell | Legal Assistant | | 405.00 | 2.60 | $1,053.00 |
| Burger, Thomas M. | Senior e-Discovery Project Manager | | 335.70 | 6.50 | $2,182.05 |
| **Total** | | | | **481.60** | **377,710.05** |
| Less 18% Discount | | | | | ($67,987.81) |
| **Discounted Total** | | | | | **$309,722.24** |
| Less 20% Holdback | | | | | ($61,944.45) |
| **Total Amount Requested Herein** | | | | | **$247,777.79** |

**<u>Exhibit C</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Maria Barton**
**General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

October 31, 2021
Invoice # 30134312
EIN 53-0208605

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through September 30, 2021** | $ | 22,865.00 |
| Discount: | | -4,115.70 |
| **Fee Total** | | 18,749.30 |
| **Total Amount Due** | $ | **18,749.30** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**      Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 31, 2021                                                                    Invoice # 30134312

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 09/01/21 | 2.10 | Draft Purdue API Supply Agreement. |
| Eric Rothman | 09/02/21 | 1.90 | Draft Purdue API Supply Agreement. |
| Ethan Zausner | 09/09/21 | 0.40 | Review, analyze correspondence re supply agreement. |
| Eric Rothman | 09/18/21 | 1.70 | Review, revise Supply Agreement term sheet. |
| Rory Greiss | 09/20/21 | 1.80 | Review, analyze correspondence from R. Aleali re: agreements (.4); review, analyze agreements (.5); draft summary of provisions for Purdue legal team (.9). |
| Eric Rothman | 09/21/21 | 3.20 | Teleconference with S. Park to discuss working draft of Purdue API Supply Agreement (1.8) draft Supply Agreement (1.4). |
| Sora Park | 09/21/21 | 1.80 | Teleconference with E. Rothman re Supply Agreement. |
| Eric Rothman | 09/22/21 | 0.70 | Teleconference with Purdue re draft of Purdue API Supply Agreement. |
| Eric Rothman | 09/23/21 | 0.70 | Teleconference with Purdue and S. Park re draft of Purdue API Supply Agreement. |
| Sora Park | 09/23/21 | 0.70 | Teleconference with Purdue team and E. Rothman re: supply agreement. |
| Rory Greiss | 09/28/21 | 1.00 | Correspondence with E. Zausner, K. McCarthy and E. Rothman re: supply agreement draft received from customer (.3); review, analyze comments on term sheet and draft agreement (.7). |
| Ethan Zausner | 09/28/21 | 1.50 | Review, analyze supply agreement and term sheet (.9); draft issues list (.6). |
| Ethan Zausner | 09/29/21 | 2.90 | Review, revise issues list of supply agreement. |
| Rory Greiss | 09/30/21 | 2.80 | Correspondence with E. Zausner and E. Rothman re: issues list for supply agreement (1.3); review E. Rothman revised term sheet for distributor/licensing arrangement and correspondence regarding same with E. Rothman (1.5). |
| Ethan Zausner | 09/30/21 | 0.80 | Review, revise issues list of supply agreement. |
| **Total Hours** | | **24.00** | |

October 31, 2021                                                                 Invoice # 30134312

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 5.60 | 1,215.00 | 6,804.00 |
| Eric Rothman | 10.30 | 990.00 | 10,197.00 |
| Sora Park | 2.50 | 520.00 | 1,300.00 |
| Ethan Zausner | 5.60 | 815.00 | 4,564.00 |
| **TOTAL** | **24.00** | | **22,865.00** |

**Total Current Amount Due**                                                   **$18,749.30**

# Arnold&Porter

**Purdue Pharma L.P.**                                        October 31, 2021
**Attn: Roxana Aleali**                                    Invoice # 30134313
**Associate General Counsel**                              EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00135**

Project ATP

20190002247

| | | |
|---|---|---|
| **For Legal Services Rendered through September 30, 2021** | $ | 2,182.50 |
| Discount: | | -392.85 |
| **Fee Total** | | 1,789.65 |
| **Total Amount Due** | $ | 1,789.65 |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
                                P.O. Box 719451
                                Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 31, 2021                                                                                   Invoice # 30134313

**(1049218.00135)**
**Project ATP**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 09/28/21 | 0.90 | Correspondence with K. McCarthy, E. Rothman regarding milestone achievement under license agreement. |
| Eric Rothman | 09/28/21 | 1.10 | Review, analyze contract (.6); correspond with R. Greiss and K. McCarthy re Project ATP. (.5). |

**Total Hours**                          **2.00**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 0.90 | 1,215.00 | 1,093.50 |
| Eric Rothman | 1.10 | 990.00 | 1,089.00 |
| **TOTAL** | **2.00** | | **2,182.50** |

**Total Current Amount Due**                                                      **$1,789.65**

# Arnold&Porter

**Purdue Pharma L.P.**                                    October 31, 2021
**Attn: Roxana Aleali**                                  Invoice # 30134314
**Associate General Counsel**                            EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00144**

Amendment to Shionogi Collaboration

20190002605

| | | |
|---|---|---|
| **For Legal Services Rendered through September 30, 2021** | $ | **1,584.00** |
| Discount: | | <u>-285.12</u> |
| **Fee Total** | | **1,298.88** |
| **Total Amount Due** | $ | <u>**1,298.88**</u> |

**Wire Transfer Instructions:**

|  | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**           Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 31, 2021                                                    Invoice # 30134314

**(1049218.00144)**
**Amendment to Shionogi Collaboration**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 09/07/21 | 1.60 | Correspond with Purdue team re Amendment to Collaboration Agreement. |
| **Total Hours** | | **1.60** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Eric Rothman | 1.60 | 990.00 | 1,584.00 |
| **Subtotal:** | **1.60** | | **1,584.00** |
| **TOTAL** | **1.60** | | **1,584.00** |

**Total Current Amount Due**                                      **$1,298.88**

# Arnold&Porter

**Purdue Pharma L.P.**                                  October 31, 2021
**Attn: Roxana Aleali**                              Invoice # 30134315
**Associate General Counsel**                        EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through September 30, 2021** | $ | **2,325.00** |
| Discount: | | -418.50 |
| **Fee Total** | | **1,906.50** |
| **Total Amount Due** | $ | **1,906.50** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 719451 |
| | Philadelphia, PA  19171-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 31, 2021                                                                        Invoice # 30134315

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rosa J. Evergreen | 09/02/21 | 0.20 | Correspond with R. Greiss re retention. |
| Rory Greiss | 09/08/21 | 0.80 | Review and revise August pre-bill narratives. |
| Rosa J. Evergreen | 09/20/21 | 0.10 | Review status of application (.1). |
| Darrell B. Reddix | 09/20/21 | 0.50 | Prepare twenty-fourth monthly fee report including exhibits. |
| Darrell B. Reddix | 09/30/21 | 2.10 | Prepare twenty-fourth monthly fee report including exhibits. |
| **Total Hours** |  | **3.70** |  |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 0.30 | 1,000.00 | 300.00 |
| Rory Greiss | 0.80 | 1,215.00 | 972.00 |
| Darrell B. Reddix | 2.60 | 405.00 | 1,053.00 |
| **TOTAL** | **3.70** |  | **2,325.00** |

**Total Current Amount Due**                                              **$1,906.50**

Page 1

# Arnold&Porter

**Purdue Pharma L.P.**                                        October 31, 2021
**Attn: Roxana Aleali**                                      Invoice # 30134316
**Associate General Counsel**                               EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00152**

Project Montana

20210003079

| | |
|---|---:|
| **For Legal Services Rendered through September 30, 2021** | **68,971.00** |
| Discount: | -12,414.78 |
| **Fee Total** | **56,556.22** |
| **Total Amount Due** | $   **56,556.22** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 719451
                          Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 31, 2021                                                                                            Invoice # 30134316


**(1049218.00152)**
Project Montana


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 09/01/21 | 1.20 | Review Research Services Agreement (.5); Review provisions to be redacted in order to send agreement to purchaser (.4); Correspondence with Purdue team and co-seller regarding redactions (.3). |
| Rory Greiss | 09/02/21 | 0.70 | Correspondence with Purdue team regarding final issues on APA and related documents. |
| Rory Greiss | 09/03/21 | 2.10 | Correspondence with Purdue team and co-seller regarding resolution of final open points (.8); correspondence with D. Henderson regarding preparation of separate asset purchase agreements for Purdue and co-seller (.7); review revised draft to be sent to K. McCarthy for DPW review (.6). |
| Danielle A. Henderson | 09/03/21 | 2.50 | Review and revise Project Montana APA (1.1); separate Project Montana APA (1.4). |
| Rory Greiss | 09/04/21 | 1.80 | Review, analyze break out of Asset Purchase Agreement for Purdue and APA for co-seller (1.4); correspondence with D. Henderson regarding comments (.4). |
| Rory Greiss | 09/09/21 | 2.80 | Correspond with Purdue team and co-seller to finalize drafts of asset purchase agreement, license assignment agreement and related documents (1.4); correspondence with purchaser's counsel (.9); correspondence with E. Rothman re: orphan drug designation transfer (.5). |
| Eric Rothman | 09/09/21 | 3.10 | Correspond with R. Greiss and Purdue team relating to Project Montana (1.3); revise draft agreements (1.2); research orphan drug matters (.6). |
| Eric Rothman | 09/10/21 | 2.60 | Correspond with R. Greiss and Purdue team relating to Project Montana (1.4); revise draft agreements (1.2). |
| Danielle A. Henderson | 09/10/21 | 1.50 | Finalize execution version of Project Montana APA (.8); review counter-party and co-party comments to APA (.7). |
| Eric Rothman | 09/13/21 | 2.30 | Correspond with Purdue team relating to Project Montana (1.2); revise draft agreements (1.1). |
| Eric Rothman | 09/14/21 | 4.30 | Correspond with Purdue team relating to Project Montana (2.1); revise draft agreements (2.2). |
| Danielle A. Henderson | 09/14/21 | 1.50 | Prepare redacted APA version. |
| Eric Rothman | 09/15/21 | 4.60 | Correspond with Purdue team relating to Project Montana (2.2); revise draft agreements (2.4). |
| Eric Rothman | 09/16/21 | 3.60 | Correspond with Purdue team relating to Project Montana (1.7); revise draft agreements (1.9). |
| Rory Greiss | 09/17/21 | 3.30 | Correspondence with Purdue team and E. Rothman re: co-seller's questions and comment on APA (.8); correspondence with co-seller re comments (.5); correspondence with Purdue team regarding execution mechanics (.8); correspondence with D. Henderson and E. Rothman to finalize APA documents (1.2). |
| Eric Rothman | 09/17/21 | 2.90 | Correspond with R. Greiss and Purdue team relating to Project Montana (1.4); finalize APA documents (1.5). |
| Abeba Habtemariam | 09/17/21 | 1.50 | Prepare draft orphan designation transfer letters. |
| Danielle A. Henderson | 09/17/21 | 1.50 | Prepare and distribute closing documents. |

October 31, 2021                                                                 Invoice # 30134316

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 09/18/21 | 2.50 | Review, comment on Sale Motion, Sale Order and Declaration in support of motion prepared by DPW. |
| Rory Greiss | 09/20/21 | 1.60 | Telephone conference with E. Rothman re: documents needed to transfer orphan drug designation (.6); correspondence with Purdue team and D. Henderson re: signature pages (.5); review correspondence from purchaser re: final comments on APA (.5). |
| Eric Rothman | 09/20/21 | 3.60 | Correspond with Purdue team relating to Project Montana (1.6); revise draft agreements (1.7). |
| Rory Greiss | 09/21/21 | 1.50 | Correspondence with K. McCarthy re: description of license assignment agreement and re: sending motion papers to purchaser (.5); correspondence with D. Henderson and E. Rothman re purchaser sign-off on materials to be filed with court (1.0). |
| Eric Rothman | 09/21/21 | 2.30 | Correspond with Purdue team relating to Project Montana (1.2); revise draft agreements (1.1). |
| Rory Greiss | 09/22/21 | 1.30 | Correspondence with Purdue team and purchaser re: motions to approve asset sale, signature pages, redacted version of documents and modification to license assignment agreement. |
| Rory Greiss | 09/23/21 | 2.80 | Correspondence and calls with Purdue team, co-seller and purchaser re: bankruptcy court filings to be made regarding asset purchase agreement and other related agreements (1.8); correspondence regarding modification to license assignment agreement with licensor (.5); review, analyze orphan drug designation transfer documents (.3); correspondence with E. Rothman re: same (.2). |
| Eric Rothman | 09/23/21 | 3.10 | Correspond with Purdue team relating to Project Montana (1.6); revise draft agreements (1.5). |
| Rory Greiss | 09/24/21 | 0.70 | Correspondence with Purdue team regarding execution procedure for license assignment agreement and redacted version of agreements. |
| Rory Greiss | 09/27/21 | 1.20 | Correspond with D. Henderson re: assembling fully executed versions of agreements (.8); correspondence with Purdue team re: same (.4). |
| Danielle A. Henderson | 09/27/21 | 1.20 | Finalize APA redaction (.7); compile executed documents (.5). |

**Total Hours**              **65.60**

October 31, 2021                                                        Invoice # 30134316

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Rory Greiss | 23.50 | 1,215.00 | 28,552.50 |
| Eric Rothman | 32.40 | 990.00 | 32,076.00 |
| **Subtotal:** | **55.90** | | **60,628.50** |
| **Counsel** | | | |
| Abeba Habtemariam | 1.50 | 915.00 | 1,372.50 |
| **Subtotal:** | **1.50** | | **1,372.50** |
| **Associate** | | | |
| Danielle A. Henderson | 8.20 | 850.00 | 6,970.00 |
| **Subtotal:** | **8.20** | | **6,970.00** |
| **TOTAL** | **65.60** | | **68,971.00** |

**Total Current Amount Due**                                         **$56,556.22**

# Arnold&Porter

**Purdue Pharma L.P.**                                                  October 31, 2021
**Attn: Roxana Aleali**                                              Invoice # 30134317
**Associate General Counsel**                                        EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00155**

Government Contracts

20210003110

**For Legal Services Rendered through September 30, 2021**                **36,960.50**

Discount:                                                                    -6,652.89

**Fee Total**                                                               **30,307.61**

**Total Amount Due**                                          $            **30,307.61**

**Wire Transfer Instructions:**

         Account Name:      Arnold & Porter Kaye Scholer LLP
         Bank Info:         Wells Fargo Bank NA
                            420 Montgomery Street
                            San Francisco, CA  94104
         Account Number:    4127865475
         ABA Number:        121000248 (ACH and wires)
         Swift Code:        WFBIUS6S

**Or Remit To:**            Arnold & Porter Kaye Scholer LLP
                            P.O. Box 719451
                            Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 31, 2021                                                                 Invoice # 30134317

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Jeffrey L. Handwerker | 09/01/21 | 0.30 | Review and comment on draft DOD correspondence. |
| Michael T. Gwinn | 09/01/21 | 2.20 | Review, analyze contracts (.8); draft answers to inquiries (1.4). |
| Jeffrey L. Handwerker | 09/02/21 | 0.50 | Call with team re: VA and DoD next steps. |
| Michael T. Gwinn | 09/02/21 | 1.50 | Prepare for and attend team meeting (.9); prepare novation packets (.6). |
| Thomas A. Pettit | 09/02/21 | 0.70 | Discuss novations with client and Arnold & Porter team. |
| Jeffrey L. Handwerker | 09/03/21 | 0.50 | Prepare for and participate in call with HHS re: transition of CMS agreements. |
| Michael T. Gwinn | 09/03/21 | 0.40 | Conference call with Government representatives. |
| Thomas A. Pettit | 09/03/21 | 0.80 | Research timeline for TopCo formation and DUNS process (.5); draft novation agreement template (.3). |
| Jeffrey L. Handwerker | 09/07/21 | 0.50 | Call with client and A&P team re: next steps. |
| Michael T. Gwinn | 09/07/21 | 3.10 | Review government contracts for subcontracting limitations (2.6); prepare for an conduct team meeting (.5). |
| Thomas A. Pettit | 09/07/21 | 0.50 | Teleconference with client and Arnold & Porter team regarding bankruptcy and novations. |
| Jeffrey L. Handwerker | 09/09/21 | 0.80 | Call with DOD re: next steps (.4); review novation information in preparation for call (.1); prepare for GP call (.3). |
| Michael T. Gwinn | 09/09/21 | 0.50 | Phone call with J. Handwerker to discuss novation issues (.4); review novation documents (.1). |
| Jeffrey L. Handwerker | 09/10/21 | 1.50 | Prepare for and participate in call with R. Aleali and team re GP matter (.9); call with full Purdue team re: novation process (.6). |
| Michael T. Gwinn | 09/10/21 | 0.20 | Correspond with Tom Pettit re research re small business. |
| Thomas A. Pettit | 09/10/21 | 1.60 | Review, analyze draft novation documents and related correspondence (.7); discuss novations with client and Arnold & Porter team (.7); correspond with M. Gwinn re small business analysis (.2). |
| Jeffrey L. Handwerker | 09/13/21 | 0.80 | Call with A&P team re: various government contracting matters. |
| Michael T. Gwinn | 09/13/21 | 2.80 | Perform size analysis (1.9); conduct client team meeting (.9). |
| Thomas A. Pettit | 09/13/21 | 1.10 | Revise novation agreement exhibits (.9); correspond with J. Handwerker and M. Gwinn re same (.2). |
| Jeffrey L. Handwerker | 09/14/21 | 0.80 | Call with Skadden team re: GP matter (.4); review, comment on novation package (.4). |
| Jeffrey L. Handwerker | 09/15/21 | 0.50 | Review, comment on draft novation slides. |
| Michael T. Gwinn | 09/15/21 | 4.30 | Prepare draft PowerPoint summary slides re novations. |
| Thomas A. Pettit | 09/15/21 | 0.10 | Correspond with J. Handwerker and M. Gwinn re presentation slides. |
| Jeffrey L. Handwerker | 09/16/21 | 0.50 | Review, comment on draft novation slides. |
| Michael T. Gwinn | 09/16/21 | 1.60 | Prepare draft PowerPoint summary slides re novations. |
| Thomas A. Pettit | 09/16/21 | 0.30 | Review, revise draft novation slides. |
| Jeffrey L. Handwerker | 09/17/21 | 0.30 | Review, comment on new version of novation slides (.2); call with T. Pettit re: call with client (.1). |
| Thomas A. Pettit | 09/17/21 | 1.00 | Teleconference with client to discuss System for Award Management representations and certifications. |

Page 1

October 31, 2021                                                    Invoice # 30134317

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Thomas A. Pettit | 09/17/21 | 0.40 | Revise government contracts slides and e-mail same to client (.1). |
| Jeffrey L. Handwerker | 09/20/21 | 1.00 | Call with team re: government contract transition (.4); call with Purdue team re: same (.6). |
| Michael T. Gwinn | 09/20/21 | 0.60 | Conference call with client re novations. |
| Jeffrey L. Handwerker | 09/21/21 | 1.00 | Review novation issues (.4); prepare for and participate in call with Purdue and Sidley teams re: strategy (.6). |
| Michael T. Gwinn | 09/21/21 | 1.20 | Revise novation package. |
| Jeffrey L. Handwerker | 09/22/21 | 1.00 | Review, comment on confidentiality clause summary (.3); call with finance team re: Riparian restatement (.7). |
| Michael T. Gwinn | 09/22/21 | 3.10 | Review contract confidentiality provisions. |
| Thomas A. Pettit | 09/22/21 | 2.30 | Revise novation package exhibits. |
| Jeffrey L. Handwerker | 09/23/21 | 1.00 | Prepare for and participate in call re: DPA monitor (.6); review confidentiality issues re: contracts re: same (.4). |
| Michael T. Gwinn | 09/23/21 | 0.50 | Summarize confidentiality clause analysis. |
| Jeffrey L. Handwerker | 09/27/21 | 1.30 | Call with Purdue team re: contract novations (.5); review COVID guidance and call with Purdue team re: same (.8). |
| Michael T. Gwinn | 09/27/21 | 1.80 | Revise novation packets (1.1); attend Purdue team conference call re COVID guidance (.7). |
| Thomas A. Pettit | 09/27/21 | 0.60 | Teleconference with Purdue team to discuss COVID-19 executive order. |
| Jeffrey L. Handwerker | 09/30/21 | 0.30 | Review, comment on SAMS and novation issues. |
| Thomas A. Pettit | 09/30/21 | 0.10 | E-mail J. Handwerker regarding System for Award Management representations and certifications. |

**Total Hours**                     **45.90**


**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Jeffrey L. Handwerker | 12.60 | 1,195.00 | 15,057.00 |
| Subtotal: | **12.60** | | **15,057.00** |
| **Associate** | | | |
| Michael T. Gwinn | 23.80 | 595.00 | 14,161.00 |
| Thomas A. Pettit | 9.50 | 815.00 | 7,742.50 |
| Subtotal: | **33.30** | | **21,903.50** |
| **TOTAL** | **45.90** | | **36,960.50** |

**Total Current Amount Due**                                      **$30,307.61**

# Arnold&Porter

**Purdue Pharma L.P.**                                          October 31, 2021
**Attn: Rachel Kreppel**                                    Invoice # 30134319
**Associate General Counsel**                                EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

**For Legal Services Rendered through September 30, 2021**          **235,642.05**

Discount:                                                   -42,415.57

**Fee Total**                                                   **193,226.48**

**Total Amount Due**                                   $          **193,226.48**

**Wire Transfer Instructions:**

|                      |                                |
|----------------------|--------------------------------|
| Account Name:        | Arnold & Porter Kaye Scholer LLP |
| Bank Info:           | Wells Fargo Bank NA            |
|                      | 420 Montgomery Street          |
|                      | San Francisco, CA  94104       |
| Account Number:      | 4127865475                     |
| ABA Number:          | 121000248 (ACH and wires)      |
| Swift Code:          | WFBIUS6S                       |

**Or Remit To:**              Arnold & Porter Kaye Scholer LLP
                           P.O. Box 719451
                           Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 31, 2021                                                                Invoice # 30134319

**(1049218.00157)**
**Project Falcon**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Warlesha Ryan | 09/01/21 | 2.30 | File PPLP production of documents with agency (.8); coordinate document review with team for on-going agency productions (1.5). |
| Barbara H. Wootton | 09/01/21 | 1.50 | Telephone call with B. Marra re word searching, document collection, processing and meta data questions and terms for document culling (.8); correspond with B. Marra, W. Ryan and D. Young re KA document review process planning, review instruction materials, coding pane, document load and meta data questions (.7). |
| Dylan S. Young | 09/01/21 | 0.90 | Draft review protocols for contract attorneys. |
| Bryan M. Marra | 09/01/21 | 4.50 | Call with B. Wootton re: document review planning (.8); revise search terms (.4); correspond with A&P team re: same (.1); review search term results (.6); correspond with A&P team re: document database questions (.6); review, analyze draft coding layout (1.2); correspond with A&P team re: document review planning (.8). |
| Warlesha Ryan | 09/02/21 | 0.70 | Communications with A&P team related to going productions and upcoming document review. |
| Barbara H. Wootton | 09/02/21 | 1.00 | Review and comment re revised search terms (.2); telephone call with B. Marra re document review (.2); correspond with D. Young, B. Marra and W. Ryan re preparation of training materials for document review (.2); correspond with B. Marra re document search terms and review process (.2); review, analyze search term hits for revised strings (.2). |
| Dylan S. Young | 09/02/21 | 0.90 | Editing search terms (.4); review protocols for document review process (.5). |
| Bryan M. Marra | 09/02/21 | 3.80 | Correspond with A&P team re: doc review planning (.4); revise search terms (.5); draft questions for client call (.7); call with client re: document database (1.1); review doc review materials (.8); call with B. Wootton re: search term hits (.3). |
| Warlesha Ryan | 09/03/21 | 0.60 | Organize logistics for document review. |
| Barbara H. Wootton | 09/03/21 | 2.20 | Telephone call with D. Young re work stream planning for response to authority (.3); conference with B. Marra, W. Ryan, S. Sullivan and D. Young re status and strategy and planning re document review and production and preparation of KA training materials (1.2); follow up call with B. Marra re same (.3); telephone call and correspondence with D. Young re planning and preparation of KA training materials and document review (.4). |
| Sam Sullivan | 09/03/21 | 1.20 | Draft responsiveness cheat sheet for document review team. |
| Sam Sullivan | 09/03/21 | 1.30 | Telephone conference with B. Wootton, B. Marra, D. Young, and W. Ryan to plan contract attorney review and related documents. |

October 31, 2021                                                                                    Invoice # 30134319

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Dylan S. Young | 09/03/21 | 2.30 | Telephone conferences with B. Wootton and S. Sullivan re development of reviewer materials (1.1); conference call with A&P review team re document review processes and protocols (1.2). |
| Bryan M. Marra | 09/03/21 | 3.00 | Call with B. Wootton re: training materials and team meeting (1.5); correspond with A&P term re: doc review planning (.7); review, analyze search term results (.8). |
| Sam Sullivan | 09/05/21 | 1.00 | Draft responsiveness cheat sheet for document review team. |
| Sam Sullivan | 09/06/21 | 1.00 | Draft responsiveness cheat sheet for document review team. |
| Warlesha Ryan | 09/07/21 | 1.30 | Telephone conference with B. Wootton and vendor re collected documents to be uploaded and produced to agency. |
| Barbara H. Wootton | 09/07/21 | 1.30 | Telephone call with B. Marra re planning for KA document review (.1); conference with M. Hannah, R. Atkinson, K. Kraus, K. Burleson and B. Marra re document review and production planning (1.1); correspond with W. Ryan and D. Young regarding documents (.1). |
| Sam Sullivan | 09/07/21 | 6.50 | Research and draft chronology of key events and supporting documents. |
| Sam Sullivan | 09/07/21 | 1.60 | Research and draft chronology of key events and supporting documents. |
| Bryan M. Marra | 09/07/21 | 4.00 | Call with B. Wootton re: doc review planning (.1); call with B. Wootton and vendor re same (.9); correspond with A&P review team re: doc review planning (1.2); draft privilege training memo for doc review (1.8). |
| Warlesha Ryan | 09/08/21 | 3.40 | Draft review instructions guidelines. |
| Deborah L. Feinstein | 09/08/21 | 0.10 | Call with agency. |
| Barbara H. Wootton | 09/08/21 | 1.60 | Telephone call with B. Marra re planning and preparation for document review and KA training (.4); telephone conference with agency, D. Feinstein, B. Marra and D. Young re compliance time line (.1); Analysis of information re Board documents search term hits (.1); correspond with D. Young re preparation of training materials for document review (.2); correspond with B. Marra re same and review planning (.1); correspond with B. Marra re review coding panel, review staffing, deduplication and threading, KA training materials (.3); correspondence with Cobra re documents volumes and planning for review (.2); review, edit privilege memo (.2). |
| Sam Sullivan | 09/08/21 | 2.60 | Review and summarize documents. |
| Sam Sullivan | 09/08/21 | 3.80 | Draft chronology of key events and supporting documents. |
| Sam Sullivan | 09/08/21 | 0.50 | Review and summarize documents. |
| Dylan S. Young | 09/08/21 | 2.40 | Revise reviewer materials for document review protocols (.4); participate in teleconference with agency counsel (.3); draft materials for reviewer reference (1.7). |
| Bryan M. Marra | 09/08/21 | 5.40 | Call with B. Wootton re: coding panel and KA training (.4); review search terms results re: board documents (.6); correspond with A&P team re: board documents and doc review planning (1.4); review, comment on coding layout (.8); review, comment on deduplication description (1.2); draft issue tag coding summary (1.0). |
| L. Michel Marchand | 09/08/21 | 1.30 | Prepared privilege training presentation for document review team. |
| Rory Greiss | 09/09/21 | 0.30 | Review correspondence relating to budget for matter and other issues. |

Page 2

October 31, 2021                                                                      Invoice # 30134319

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Barbara H. Wootton | 09/09/21 | 2.30 | Review, revise privilege search terms (.8); review, analyze draft (.3); revise privilege memo (.4); review, comment on review coding panels and training materials for KAs (.8). |
| Sam Sullivan | 09/09/21 | 2.60 | Draft chronology of key events and documents. |
| Bryan M. Marra | 09/09/21 | 7.20 | Call with B. Wootton re: privilege search terms (.2); draft emails re: doc review planning (.5); draft/revise document review training materials (3.1); draft/revise privilege term filter list (.7); revise deduplication/email threading description (1.5); draft emails re: Board documents (1.2). |
| L. Michel Marchand | 09/09/21 | 3.40 | Review case background materials in preparation for the commencement of the document review and production process. |
| Bryan I. Eder | 09/09/21 | 0.50 | Review and analyze chronology of key events and requests for production. |
| Warlesha Ryan | 09/10/21 | 1.80 | Document Review for productions to agency. |
| Barbara H. Wootton | 09/10/21 | 2.60 | Correspond with Purdue, A&P team and Cobra re privilege review and update privilege search terms (.4); correspond with Purdue team re attorney lists and documents for production (.1); conference with Cobra team providing background, review parameters and guidance for responsiveness and privilege for document review (1.7); correspond with B. Marra re document review planning, training and privilege search terms (.4). |
| Sam Sullivan | 09/10/21 | 3.30 | Conduct document review training with contract attorney managers (1.9); draft chronology of key events and documents (1.4). |
| Dylan S. Young | 09/10/21 | 1.50 | Participate in contract attorney training session. |
| Bryan M. Marra | 09/10/21 | 3.30 | Call with B. Wootton re: training session (.3); correspond with A&P team re: doc review (1.1); call with vendor to conduct review training (1.9). |
| L. Michel Marchand | 09/10/21 | 3.40 | Draft materials related to privilege training presentation (1.6); conducted privilege review training for the review team (1.8). |
| Bryan I. Eder | 09/10/21 | 2.20 | Participate in review team training (1.7); review, analyze privilege and review protocols (.5). |
| Barbara H. Wootton | 09/12/21 | 0.30 | Analysis re work flow and time line planning for investigation response (.2); correspond with B. Marra re same (.1). |
| Bryan M. Marra | 09/12/21 | 0.60 | Revise privilege training memo (.3); revise privilege filter terms list (.2); correspond with A&P review team re: doc review (.1). |
| Barbara H. Wootton | 09/13/21 | 0.10 | Correspond with Cobra team re document review. |
| Sam Sullivan | 09/13/21 | 1.00 | Draft chronology of key events and documents. |
| Bryan M. Marra | 09/13/21 | 1.50 | Correspond with A&P review team re: board document review (.7); review, comment on document review questions (.8). |
| L. Michel Marchand | 09/13/21 | 3.30 | Reviewed documents identified by the review team as requiring further guidance for privilege (1.1); prepared a response resolving the issues raised (.9); participated in call with review team to provide guidance an respond to questions and outstanding issues (1.3). |
| Bryan I. Eder | 09/13/21 | 1.00 | Preparation for TCDI and KLD review of marketing and sales executive materials. |

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Barbara H. Wootton | 09/14/21 | 0.80 | Review, comment re KA reviewer responsiveness and privilege questions (.3); review, comment re draft correspondence to authority de-duplication and email threading process (.3); analysis re Purdue team comments on KA review materials (.1); correspond with B. Marra re same (.1). |
| Sam Sullivan | 09/14/21 | 1.80 | Draft chronology of key events and documents. |
| Bryan M. Marra | 09/14/21 | 2.00 | Review, comment on document review questions (.6); correspond with A&P review team re: doc review (.5); draft deduplication & email threading description for FTC (.9). |
| L. Michel Marchand | 09/14/21 | 3.00 | Reviewed documents identified by the review team as requiring further guidance for privilege (1.8); prepared a response resolving the issues raised (1.2). |
| Bryan I. Eder | 09/14/21 | 5.40 | Review, analyze management documents. |
| Warlesha Ryan | 09/15/21 | 0.20 | Review, analyze correspondence re production (.1); QC search of issue tags (.1). |
| Barbara H. Wootton | 09/15/21 | 1.30 | Correspond with S. Sullivan, B. Marra and D. Young re revising KA review materials and privilege memo (.3); correspond with Purdue team re document reviewer training (.1); review, comment re document responsiveness and privilege questions (.6); correspond with B. Marra and W. Ryan re review status and issue tagging (.3). |
| Sam Sullivan | 09/15/21 | 1.20 | Review board documents for responsiveness and privilege. |
| Sam Sullivan | 09/15/21 | 1.80 | Revise contract attorney training materials, including timeline and responsiveness cheat sheet. |
| Dylan S. Young | 09/15/21 | 0.30 | Edit contract reviewer materials. |
| Bryan M. Marra | 09/15/21 | 3.50 | Review, comment on document review questions (1.7); correspond with A&P review team re: doc review and board document review (1.8). |
| L. Michel Marchand | 09/15/21 | 4.20 | Reviewed documents identified by the review team as requiring further guidance for privilege (2.0); prepared a response resolving the issues raised (2.2). |
| Bryan I. Eder | 09/15/21 | 2.70 | Review of management documents for privilege and responsiveness in connection with proposed production. |
| Warlesha Ryan | 09/16/21 | 0.30 | Correspond with vendor and A&P team related to setting up second level review of documents for responsiveness and privilege. |
| Barbara H. Wootton | 09/16/21 | 0.30 | Correspond with Purdue team regarding proposal for e-document hosting and review of documents. |
| Sam Sullivan | 09/16/21 | 4.70 | Draft responses to specifications. |
| Bryan M. Marra | 09/16/21 | 1.00 | Correspond with A&P review team re: doc review. |
| L. Michel Marchand | 09/16/21 | 1.00 | Reviewed documents identified by the review team as requiring further guidance for privilege (.7); prepared a response resolving the issues raised (.3). |
| Warlesha Ryan | 09/17/21 | 1.70 | Document Review for productions to agency. |
| Barbara H. Wootton | 09/17/21 | 0.70 | Correspond with B. Marra re updated guidance materials for KA document review (.2); correspond with Purdue team regarding documents (.1); correspond with B. Eder and S. Sullivan regarding responsiveness and privilege questions on Board documents (.4). |
| Sam Sullivan | 09/17/21 | 4.20 | Draft responses to specifications (.6); review, analyze board of directors documents for responsiveness and privilege (3.6). |

October 31, 2021                                                                          Invoice # 30134319

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Dylan S. Young | 09/17/21 | 0.30 | Correspond with S. Sullivan re draft narrative response outline. |
| Bryan M. Marra | 09/17/21 | 4.50 | Review, revise doc review training materials (1.8); draft emails re: doc review training materials (.7); review board documents & responding to questions re: same (.8); draft emails re: board document review (.5); revise email re: doc review AP 2L coding layout (.7). |
| Bryan I. Eder | 09/17/21 | 3.40 | Review of management documents for privilege and responsiveness in connection with proposed production. |
| Bryan M. Marra | 09/19/21 | 0.60 | Correspond with A&P team re: doc review AP 2L coding layout. |
| Warlesha Ryan | 09/20/21 | 1.40 | Correspond with vendor regarding documents and Relativity review layouts (.8); QC of responsive documents (.6). |
| Barbara H. Wootton | 09/20/21 | 0.70 | Correspond with S. Sullivan and B. Eder re Board document responsiveness questions (.2); telephone call with B. Marra re document review status and planning for QC and 2L reviews (.3); email with B. Marra, M. Marchand, W. Ryan, and Cobra team re e document review status, QC and 2L review templates and process planning (.2). |
| Sam Sullivan | 09/20/21 | 3.10 | Review board documents for responsiveness to specifications. |
| Bryan M. Marra | 09/20/21 | 3.00 | Correspond with A&P review team re: coding layouts for AP 2L review (.8); correspond with same re board document review (1.2); call with B. Wootton re: review status (.4); call with M. Marchand re: board materials (.6). |
| L. Michel Marchand | 09/20/21 | 8.00 | Reviewed Board of Directors materials after responsiveness and privilege analysis. |
| Bryan I. Eder | 09/20/21 | 6.20 | Review of management documents for privilege and responsiveness in connection with proposed production. |
| Warlesha Ryan | 09/21/21 | 3.50 | Review, analyze materials for production (2.7); perform custodial search for response to agency requests (.8). |
| Barbara H. Wootton | 09/21/21 | 1.60 | Correspond with T. Morrissey re custodian information (.4); correspond with W. Ryan, B. Marra and Cobra team re additional search term (.2); review, revise privilege final quality review terms list (.3); correspond with B. Marra and D. Young re document retention policies (.1); correspond with B. Marra and W. Ryan re document production (.3); call with B. Marra re compliance time line and response to investigating authority re same (.3). |
| Sam Sullivan | 09/21/21 | 0.20 | Review board documents for responsiveness to specifications. |
| Dylan S. Young | 09/21/21 | 0.10 | Coordinate document production with B. Marra. |
| Bryan M. Marra | 09/21/21 | 5.50 | Call with B. Wootton re QC and 2L reviews (.5); correspond with A&P team re responding to agency question (2.0); draft proposed response to agency re: schedule (1.0); draft emails re: search terms (.5); review/draft emails re: P3Q terms (.6); revise P3Q terms (.9). |
| L. Michel Marchand | 09/21/21 | 4.10 | Prepare privilege review search terms (2.6); apply terms to upcoming productions (.7); performed QC of documents (.8). |
| Bryan I. Eder | 09/21/21 | 4.70 | Review documents for privilege and redaction in connection with proposed production. |
| Warlesha Ryan | 09/22/21 | 10.50 | Research related to custodial information (.4); QC PPLP's ongoing document productions to agency (10.1). |

October 31, 2021                                                                     Invoice # 30134319

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Barbara H. Wootton | 09/22/21 | 1.30 | Draft email to agency re compliance time line and search terms (.2); correspond with B. Marra re compliance time lines and proposed modifications to investigation requests, revised search strings, status and planning for document production (.5); call with D. Feinstein re: document production process (.2); review, comment on responsiveness and privilege re preliminary privilege set documents (.4). |
| Sam Sullivan | 09/22/21 | 0.80 | Review board documents for responsiveness to specifications. |
| Bryan M. Marra | 09/22/21 | 7.50 | Correspond with A&P review team re: search terms, production planning, and QC (3.3); review, analyze documents from production (1.1); correspond with A&P review team re: Board documents (.6); review, analyze Board documents for production (2.5). |
| L. Michel Marchand | 09/22/21 | 10.50 | Reviewed Board of Directors materials for production. |
| Bryan I. Eder | 09/22/21 | 5.80 | Review of management documents for privilege and responsiveness in connection with proposed production. |
| Warlesha Ryan | 09/23/21 | 7.50 | Review, analyze PPLP's ongoing production to government agency. |
| Deborah L. Feinstein | 09/23/21 | 0.20 | Call with B. Wootton re: document production process. |
| Barbara H. Wootton | 09/23/21 | 1.60 | Telephone call with B. Marra re document production planning (.3); draft correspondence to Purdue team re compliance time line and protective order questions (.4); correspond with Cobra and TCDI and B. Marra re document production preparation and questions (.3); review, analyze and comment re privilege document analysis and KA coding issues (.6). |
| Bryan M. Marra | 09/23/21 | 7.30 | Correspond with A&P review team re production planning and QC (2.3); correspond with vendor and A&P team re: preparation of productions (1.1); call with client re: document productions (1.3); review, analyze documents from production (1.5); correspond with A&P team re: comment on review (.8); call with B. Wootton re: document production planning (.3). |
| L. Michel Marchand | 09/23/21 | 6.70 | Performed QC of draft production set for privilege (4.5); correspond with A&P review team re feedback on results (2.2). |
| Warlesha Ryan | 09/24/21 | 4.40 | Review, analyze production specifications and Board documents. |
| Barbara H. Wootton | 09/24/21 | 2.20 | Correspond with Purdue team regarding compliance time lines, document production, and preparation of data responses (.5); correspond with B. Marra, W. Ryan, D. Young regarding hosting, document production and data specifications (.5); draft correspondence to agency regarding compliance time line (.3); correspond with e-Data team regarding plan for litigation documents (.1); analysis regarding data specification requirements (.2); correspond with D. Young regarding same (.2); correspond with M. Marchand and B. Marra regarding analysis of document coding privilege issues (.2); correspond with Purdue team regarding KAs and responsiveness calls (.2). |
| Dylan S. Young | 09/24/21 | 0.20 | Coordinate data plug from client. |

October 31, 2021

Invoice # 30134319

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Bryan M. Marra | 09/24/21 | 3.50 | Correspond with A&P review team re: doc review (.6); draft responses to reviewer questions (.8); review, analyze board document production (1.0); correspond with A&P review team re: production and litigation documents (1.1). |
| L. Michel Marchand | 09/24/21 | 5.90 | Performed QC of draft production set for privilege (4.0); correspond with A&P review team re feedback on results (1.9). |
| Thomas M. Burger | 09/24/21 | 1.90 | Consult with legal team regarding documents for legal team review (1.1); prepare data for loading to Relativity workspace (.8). |
| Warlesha Ryan | 09/27/21 | 3.50 | Process questions related to Board of Director documents (.3); finalizing production, including assisting with production index, downloading and extracting production from FTP site (3.2). |
| Barbara H. Wootton | 09/27/21 | 1.60 | Conference with data specialists and Purdue team regarding data specs (.6); telephone call with B. Marra regarding document production status and planning (.2); correspond with B. Marra, W. Ryan, Cobra and TCDI teams regarding production preparation and indices (.2); review, comment regarding document privilege questions (.2); review, revise draft document production letter (.3); correspond with B. Marra, W. Ryan and T. Burger regarding documents (.1). |
| Dylan S. Young | 09/27/21 | 0.70 | Participate in teleconference with B. Wootton to request data pulls in response to agency requests. |
| Bryan M. Marra | 09/27/21 | 4.70 | Call with B. Wootton (.2); correspond with A&P review team re: production (.7); review, analyze production index; correspond with A&P review team re: same (1.8); draft response to reviewer question (.3); draft cover letter for production (1.3); correspond with A&P review team re: litigation documents (.4). |
| L. Michel Marchand | 09/27/21 | 1.30 | Performed QC of draft production set for privilege and provided feedback on results. |
| Thomas M. Burger | 09/27/21 | 1.90 | Consult with legal team regarding documents for legal team review (.6); prepare data for loading to Relativity workspace (.5); generate report regarding document composition (.8). |
| Warlesha Ryan | 09/28/21 | 1.70 | Processing and load questions regarding Board of Director documents review of spreadsheet overlay (.7); filing of PPLP002 Production with agency (1.0). |
| Barbara H. Wootton | 09/28/21 | 0.60 | Analysis regarding correspondence from agency and follow-up with client (.1); review, revise, finalize cover letter and transmittal email and production indexes for document production (.4); correspond with B. Marra, W. Ryan and T. Burger regarding document meta data (.3). |
| Dylan S. Young | 09/28/21 | 0.30 | Edit production letter to agency. |
| Bryan M. Marra | 09/28/21 | 5.00 | Revise cover letter for production (.9); correspond with A&P team review re production (.7); review, comment on production index (2.1); correspond with A&P team re: litigation documents (.6); review, analyze metadata from litigation documents (.7). |
| Thomas M. Burger | 09/28/21 | 1.60 | Consult with legal team regarding documents for legal team review (.5); prepare data for loading to Relativity workspace (.4); generate report regarding document composition (.7). |
| Warlesha Ryan | 09/29/21 | 1.80 | Perform QC of second release of review documents for production to agency. |

October 31, 2021                                                                 Invoice # 30134319

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Barbara H. Wootton | 09/29/21 | 0.30 | Correspond with Cobra team and B. Marra re review status and questions (.2); correspond with B. Marra and T. Burger re data hosting questions (.1). |
| Bryan M. Marra | 09/29/21 | 2.50 | Correspond with A&P review team re: litigation documents and QC of production release (1.3); review, comment on documents from production release (1.2). |
| L. Michel Marchand | 09/29/21 | 4.30 | Performed QC of draft production set for privilege (3.1); correspond with A&P review team re feedback on results (1.2). |
| Bryan I. Eder | 09/29/21 | 0.50 | Review documents for privilege and redaction in connection with proposed production. |
| Thomas M. Burger | 09/29/21 | 1.10 | Consult with legal team regarding documents for legal team review (.4); prepare data for loading to Relativity workspace (.3); generate report regarding document composition (.4). |
| Warlesha Ryan | 09/30/21 | 4.00 | Perform QC of review documents for production. |
| Barbara H. Wootton | 09/30/21 | 0.90 | Review, analyze metadata and file structures for documents (.5); correspond with B. Marra regarding same (.4). |
| Bryan M. Marra | 09/30/21 | 2.50 | Review metadata from litigation documents (.9); correspond with A&P review team re: litigation documents (.4); correspond with M. Marchand re: review of document release set and redactions (.5); correspond with A&P review team re: review of document release sets (.7). |
| L. Michel Marchand | 09/30/21 | 8.60 | Performed QC of draft production set for privilege (5.3); correspond with A&P review team re feedback on results (3.3). |
| Bryan I. Eder | 09/30/21 | 5.60 | Review and analyze documents for privilege and redaction as part of P3Q pre-production review. |

**Total Hours**                 **332.00**

October 31, 2021                                                                                 Invoice # 30134319

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Deborah L. Feinstein | 0.30 | 1,420.00 | 426.00 |
| Rory Greiss | 0.30 | 1,215.00 | 364.50 |
| **Subtotal:** | **0.60** | | **790.50** |
| **Counsel** | | | |
| Barbara H. Wootton | 26.80 | 1,035.00 | 27,738.00 |
| **Subtotal:** | **26.80** | | **27,738.00** |
| **Senior Attorney** | | | |
| Bryan M. Marra | 86.40 | 920.00 | 79,488.00 |
| **Subtotal:** | **86.40** | | **79,488.00** |
| **Associate** | | | |
| Sam Sullivan | 44.20 | 595.00 | 26,299.00 |
| Dylan S. Young | 9.90 | 815.00 | 8,068.50 |
| **Subtotal:** | **54.10** | | **34,367.50** |
| **Staff Attorney** | | | |
| Bryan I. Eder | 38.00 | 610.00 | 23,180.00 |
| L. Michel Marchand | 69.00 | 610.00 | 42,090.00 |
| Warlesha Ryan | 50.60 | 510.00 | 25,806.00 |
| **Subtotal:** | **157.60** | | **91,076.00** |
| **eData Services** | | | |
| Thomas M. Burger | 6.50 | 335.70 | 2,182.05 |
| **Subtotal:** | **6.50** | | **2,182.05** |
| **TOTAL** | **332.00** | | **235,642.05** |

**Total Current Amount Due**                                                        **$193,226.48**

# Arnold&Porter

**Purdue Pharma L.P.**                                      October 31, 2021
**Attn: Roxana Aleali**                                  Invoice # 30134318
**Associate General Counsel**                              EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00158**

Project Aurora

**For Legal Services Rendered through September 30, 2021**            **7,180.00**

Discount:                                                        -1,292.40

**Fee Total**                                                     **5,887.60**

**Total Amount Due**                                 $           **5,887.60**

**Wire Transfer Instructions:**

|                    |                                  |
|--------------------|----------------------------------|
| Account Name:      | Arnold & Porter Kaye Scholer LLP |
| Bank Info:         | Wells Fargo Bank NA              |
|                    | 420 Montgomery Street            |
|                    | San Francisco, CA  94104         |
| Account Number:    | 4127865475                       |
| ABA Number:        | 121000248 (ACH and wires)        |
| Swift Code:        | WFBIUS6S                         |

**Or Remit To:**                   Arnold & Porter Kaye Scholer LLP
                               P.O. Box 719451
                               Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 31, 2021                                                                                     Invoice # 30134318

**(1049218.00158)**
**Project Aurora**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Sora Park | 09/02/21 | 0.10 | Correspond with E. Rothman and client re: next steps. |
| Rory Greiss | 09/28/21 | 0.50 | Correspondence with R. Aleali, K. McCarthy and E. Rothman re: call on Wednesday to discuss draft term sheet for OTC products |
| Rory Greiss | 09/29/21 | 1.70 | Prepare for call regarding term sheet (.3); Videoconference with K. McCarthy, S. Cho and E. Rothman re: issues in term sheet and next steps (1.0); Follow-up call with E. Rothman re: specialist review and creating issues list (.4). |
| Eric Rothman | 09/29/21 | 2.80 | Teleconference with R. Greiss and Purdue re term sheet (1.0); teleconference with R. Greiss re term sheet (.5); review, comment on OTC letter of intent (1.3). |
| Eric Rothman | 09/30/21 | 1.70 | Review and comment on OTC letter of intent. |
| **Total Hours** | | **6.80** | |

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|--|-------|------|-------|
| **Partner** | | | | |
| Rory Greiss | | 2.20 | 1,215.00 | 2,673.00 |
| Eric Rothman | | 4.50 | 990.00 | 4,455.00 |
| | **Subtotal:** | **6.70** | | **7,128.00** |
| **Associate** | | | | |
| Sora Park | | 0.10 | 520.00 | 52.00 |
| | **Subtotal:** | **0.10** | | **52.00** |
| | **TOTAL** | **6.80** | | **7,180.00** |

**Total Current Amount Due**                                                    $5,887.60

Page 1