In re: PURDUE PHARMA L.P., et al.

**OCP Payment Report - Three Month Fee Average**

Case No.: 19-23649 (RDD)

| Name | Tier | Rolling Cap | Case Cap | Case Total[1] | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 12,526,063 | 515,825 | 495,203 | 519,839 | 449,338 | 407,749 | 350,590 | 348,782 | 408,250 | 463,606 | 523,071 | 595,273 | 735,817 | 705,961 | 697,787 | 591,749 | 604,989 | 511,546 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 6,752,835 | 349,754 | 316,819 | 293,395 | 315,666 | 322,383 | 312,973 | 271,598 | 243,265 | 212,590 | 201,899 | 230,449 | 245,030 | 252,663 | 244,353 | 250,863 | 264,795 | 252,605 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 324,825 | 11,896 | 9,394 | 7,978 | 14,917 | 19,128 | 27,596 | 26,572 | 30,125 | 24,144 | 16,755 | 9,034 | 5,049 | 5,159 | 3,711 | 3,843 | 3,292 | 3,154 |
| OCP Total | Total | | 25,000,000 | 19,603,723 | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | 2,131 | 198 | 289 | 91 | 91 | 95 | 95 | 95 | | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | | | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 2 | 5,000 | 60,000 | 2,083 | | | | | | 432 | 432 | 432 | | | | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | | | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 3,749 | 169 | | | | | 350 | 350 | 350 | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 595,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 22,500 | 25,833 | 23,333 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 11,628 | 993 | 476 | 27 | 27 | 136 | 163 | 177 | 150 | 517 | 734 | 653 | 422 | 163 | 163 | 231 | 231 | 231 |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 87,558 | | | | 8,056 | 10,685 | 17,089 | 11,569 | 14,503 | 8,099 | 5,564 | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 16,261 | 102 | 45 | 43 | 408 | 963 | 1,048 | 707 | 948 | 2,807 | 2,784 | 1,987 | | 461 | 547 | 792 | 614 | 578 |
| Clement Rivers LLP | OCP Tier 2 | 75,000 | 900,000 | 15,252 | | | | | | | | | | | | 57 | 1,643 | 2,029 | 2,097 | 3,441 | 3,055 |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 11,241 | 386 | 685 | 631 | 620 | 413 | 500 | 577 | 511 | 522 | 512 | 545 | 459 | 382 | 175 | 174 | 87 | 87 |
| Conyers Dill & Pearman Limited | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 4,108 | 313 | 283 | 322 | 78 | 233 | 195 | 156 | 247 | 247 | | | | 100 | 100 | 100 | | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | 140 | 104 | 826 | 826 | 723 | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 3 | 10,000 | 120,000 | 43,216 | 2,248 | 1,510 | 1,296 | 1,175 | 336 | 444 | 337 | 472 | 472 | 522 | 404 | 253 | 135 | 118 | 34 | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 178 | | | | | | | | | | | | 43 | 43 | 43 | | | |
| Dentons US LLP | OCP Tier 2 | 75,000 | 1,500,000 | 1,210,150 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | | | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 48,048 | 721 | 333 | 333 | 146 | 1,366 | 4,532 | 6,142 | 5,302 | 3,781 | 2,130 | 2,685 | 1,057 | 1,140 | 239 | 222 | 139 | |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 211,215 | 11,320 | 8,935 | 5,846 | 2,803 | 4,253 | 7,398 | 9,338 | 8,718 | 5,717 | 7,135 | 8,753 | 10,188 | 15,680 | 22,327 | 25,140 | 18,104 | 8,283 |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 3,009 | 26 | | | | | | | | | | | | | 112 | 130 | 130 | 17 |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 421 | | | | | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 3 | 75,000 | 900,000 | 2,474 | | | | | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 42,896 | 2,008 | 2,303 | 2,291 | 2,119 | 1,814 | 1,624 | 4,896 | 6,396 | 6,278 | 2,919 | 1,132 | 1,145 | 801 | 840 | 705 | 618 | 517 |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 22,193 | 1,693 | 1,598 | 1,670 | 1,433 | 876 | 758 | 710 | 935 | 876 | 805 | 1,030 | 1,077 | 1,018 | 864 | 616 | 722 | 462 |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 2,078 | 67 | 10 | | | | 101 | 101 | 101 | | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 8,299 | 20 | 110 | 148 | 176 | 804 | 785 | 805 | 283 | 423 | 376 | 220 | 41 | 64 | 42 | 48 | 198 | 178 |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 2,037 | | | | 22 | 27 | 27 | 4 | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,265 | | | | | | 19 | 19 | 19 | | 91 | 192 | 301 | 469 | 369 | 435 | 176 | 176 |
| Holland & Hart | OCP Tier 2 | 10,000 | 120,000 | 1,281 | | | | | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 100,843 | 3,929 | 4,697 | 7,339 | 7,738 | 6,821 | 4,239 | 4,283 | 4,717 | 4,461 | 3,307 | 4,652 | 4,828 | 7,175 | 6,813 | 5,696 | 4,091 | 1,463 |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | 2,026 | 326 | 326 | | | 184 | 184 | 184 | | | | | | | 166 | 166 | 166 | |
| Kirkland & Ellis | OCP Tier 1 | 150,000 | 1,800,000 | 189,085 | | | | | | | | 31,982 | 41,528 | 43,566 | 17,657 | 10,035 | 8,911 | 6,195 | 7,530 | 9,298 | 7,195 |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 150,000 | 1,800,000 | 868,950 | 75,000 | 70,063 | 61,935 | 65,684 | 62,052 | 48,803 | 23,312 | 12,037 | 13,410 | 14,477 | 12,938 | 12,626 | 15,062 | 15,896 | 18,478 | 20,798 | 19,774 |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 36,940 | | 606 | 4,943 | 4,943 | 4,337 | | | | | 350 | 350 | 350 | | | | | |
| Lewis John Avallone Aviles, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 565,363 | 31,248 | 23,655 | 21,360 | 22,251 | 18,021 | 17,840 | 13,878 | 12,378 | 11,200 | 11,960 | 13,310 | 17,315 | 16,036 | 22,187 | 24,352 | 27,387 | 20,580 |
| Lynch & Pine | OCP Tier 3 | 5,000 | 60,000 | 2,650 | | | | | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 2 | 150,000 | 1,800,000 | 31,785 | | | | | | | | | | | | | | | | | |
| Maiwald | OCP Tier 2 | 150,000 | 1,800,000 | 942,538 | 65,665 | 69,121 | 60,487 | 59,680 | 48,525 | 42,574 | 27,849 | 29,423 | 35,254 | 37,027 | 32,457 | 31,373 | 26,592 | 31,401 | 29,105 | 25,406 | 19,489 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 73,101 | 8,253 | 5,375 | 1,340 | 1,459 | 759 | 2,216 | 3,035 | 3,020 | 1,544 | 740 | 2,936 | 2,604 | 2,541 | 2,214 | 3,056 | 5,048 | 4,936 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 225,000 | 4,500,000 | 3,528,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | | | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 72,233 | 6,473 | 5,814 | 4,210 | 1,351 | 1,336 | 2,207 | 2,180 | 1,726 | 775 | 931 | 1,087 | 2,559 | 2,937 | 3,368 | 2,079 | 2,381 | 1,748 |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | 319,909 | 7,464 | 6,469 | 17,846 | 20,447 | 20,411 | 10,594 | 7,350 | 4,157 | 2,791 | 5,903 | 27,454 | 28,913 | 28,163 | 13,518 | 17,407 | 16,925 | 25,306 |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 13,271 | 1,780 | 1,411 | 664 | 576 | 441 | 138 | 95 | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 4,584 | | 90 | 90 | 90 | | | | | | 256 | 256 | 256 | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | 1,668 | | | | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 3,212 | | | | 43 | 43 | | | | | | | | | | | 34 | 998 |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 90,299 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | 260 | 114 | 114 | | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 3 | 5,000 | 60,000 | 31,365 | | | | | 5,413 | 5,703 | 8,008 | 3,612 | 4,615 | 2,309 | 1,344 | 137 | 137 | 86 | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | 248 | 6,339 | 19,241 | 28,238 | 28,865 | 21,125 | 24,427 | 29,692 | 40,499 | 36,080 | 36,469 | 36,562 | 47,321 | 55,112 |
| Poyner Spruill LLP | OCP Tier 3 | 5,000 | 60,000 | 33,142 | | | 546 | 546 | 959 | 2,178 | 3,295 | 4,158 | 2,393 | 1,539 | 264 | 264 | | | | | |
| Pryor Cashman LLP | OCP Tier 3 | 10,000 | 120,000 | 421,684 | 28,918 | 29,133 | 29,684 | 21,168 | 15,975 | 17,078 | 20,784 | 22,629 | 20,710 | 14,749 | 13,817 | 12,022 | 10,795 | 8,085 | 9,859 | 10,782 | 7,302 |
| Reed Smith, LLP | OCP Tier 1 | 200,000 | 4,000,000 | 3,163,779 | 92,254 | 85,648 | 96,651 | 52,048 | 58,639 | 54,112 | 69,257 | 95,541 | 131,002 | 163,115 | 248,515 | 384,078 | 382,977 | 329,989 | 200,000 | 183,333 | 116,667 |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | 77 | | | | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | | | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | 40,000 | 480,000 | 12,260 | 1,258 | 481 | 1,250 | 1,166 | 1,166 | | 145 | 145 | 145 | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,363,478 | 83,634 | 60,272 | 75,009 | 70,536 | 57,054 | 27,167 | 20,640 | 22,300 | 22,288 | 34,988 | 35,230 | 35,009 | 21,385 | 47,576 | 66,954 | 81,325 | 46,593 |

In re: PURDUE PHARMA L.P., et al.

OCP Payment Report - Three Month Fee Average

Case No.: 19-23649 (RDD)

| Name | Tier | Rolling Cap | Case Cap | Case Total[1] | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 659,882 | 25,245 | 23,861 | 24,118 | 25,903 | 27,140 | 23,698 | 19,892 | 15,676 | 14,522 | 13,780 | 15,285 | 16,650 | 17,831 | 16,166 | 14,609 | 14,062 | 14,046 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 96,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | 805 | 734 | | | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 94,152 | 28,804 | 28,804 | 456 | 33 | 54 | 74 | 67 | 67 | 79 | 74 | 2,335 | 2,332 | 2,339 | 96 | 81 | 66 | 29 |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 402,676 | 24,934 | 19,505 | 16,115 | 26,550 | 33,809 | 40,604 | 32,199 | 26,741 | 19,856 | 13,238 | 9,834 | 7,272 | 9,384 | 8,292 | 7,104 | 6,745 | 6,121 |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 2,200,000 | 1,774,702 | 32,860 | 30,580 | 30,607 | 25,868 | 19,531 | 16,755 | 27,402 | 34,396 | 50,248 | 60,770 | 68,474 | 68,625 | 56,740 | 78,604 | 88,475 | 104,493 | 120,292 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | 51 | | | | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | 618 | | | | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 94,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 199,391 | 8,635 | 679 | 8,626 | 19,805 | 25,226 | 20,015 | 11,716 | 7,930 | 4,952 | 1,922 | 224 | | | | | | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 7,307 | 395 | 395 | 395 | | | | | 171 | 192 | 192 | 291 | 405 | 519 | 259 | 305 | 191 | 722 |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,532,697 | 94,413 | 102,582 | 110,086 | 94,206 | 77,000 | 62,981 | 56,633 | 47,609 | 36,286 | 36,604 | 45,941 | 59,697 | 62,355 | 57,022 | 52,685 | 54,134 | 54,310 |

[1] Represents Fees since the Commencement Date
[2] The total holdback amount for the May to August 2021 invoices is $485,527.25

In re: PURDUE PHARMA L.P., et al.

Case No.: 19-23649 (RDD)

**OCP Payment Report - Monthly Fees**

| Name | Tier | Rolling Cap | Case Cap | Case Total | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 12,526,063 | 608,372 | 432,379 | 518,768 | 396,867 | 307,612 | 347,290 | 391,446 | 486,015 | 513,356 | 569,841 | 702,622 | 934,990 | 480,272 | 678,101 | 616,874 | 519,992 | 397,771 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 6,752,835 | 299,084 | 275,610 | 305,490 | 365,898 | 295,762 | 277,260 | 241,773 | 210,761 | 185,235 | 209,700 | 296,411 | 228,979 | 232,600 | 271,481 | 248,509 | 274,395 | 234,911 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 324,825 | 8,591 | 6,915 | 8,429 | 29,406 | 19,548 | 33,834 | 26,333 | 30,209 | 15,889 | 4,167 | 7,046 | 3,934 | 4,497 | 2,701 | 4,332 | 2,843 | 2,286 |
| OCP Total | Total | N/A | 25,000,000 | 19,603,723 | | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | 2,131 | | 273 | | | 284 | | | | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | | | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 2,083 | | | | | | | | | | | | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | | | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 3,749 | | | | | | 1,049 | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 595,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 17,500 | 35,000 | 17,500 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 11,628 | 82 | | | 82 | 326 | 82 | 122 | 245 | 1,183 | 775 | | 490 | | | | 694 | |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 87,558 | | | | 24,167 | 7,887 | 19,213 | 7,605 | 16,692 | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 16,261 | | | 130 | 1,095 | 1,665 | 385 | 70 | 2,390 | 5,962 | | | | 1,382 | 259 | 734 | 850 | 150 |
| Clement Rivers LLP | OCP Tier 2 | 75,000 | 900,000 | 15,252 | | | | | | | | | | | | 170 | 4,760 | 1,156 | 374 | 8,792 | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 11,241 | 326 | 1,338 | 228 | 294 | 718 | 490 | 522 | 522 | 522 | 492 | 620 | 264 | 261 | | 261 | | |
| Conyers Dill & Pearman Limited | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 4,108 | 850 | | 117 | 117 | 467 | | | 741 | | | | | 299 | | | | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | | 312 | 2,168 | | | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 3 | 75,000 | 900,000 | 43,216 | 987 | 2,517 | 383 | 624 | | 707 | 303 | 404 | 707 | 455 | 51 | 253 | 101 | | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 178 | | | | | | | | | | | | 128 | | | | | |
| Dentons US LLP | OCP Tier 2 | 75,000 | 1,500,000 | 1,210,150 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | | | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 48,048 | 686 | 312 | | 125 | 3,972 | 9,499 | 4,954 | 1,454 | 4,936 | | 3,120 | 50 | 250 | 418 | | | |
| Dorsey & Whitney LLP | OCP Tier 3 | 75,000 | 900,000 | 211,215 | 9,948 | 2,181 | 5,411 | 819 | 6,531 | 14,845 | 6,639 | 4,669 | 5,844 | 10,894 | 9,523 | 10,147 | 27,371 | 29,464 | 18,586 | 6,262 | |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 3,009 | | | | | | | | | | | | | | | 337 | 52 | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 421 | | | | | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | | | | | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 42,896 | 2,622 | 2,365 | 1,885 | 2,107 | 1,451 | 1,314 | 11,922 | 5,952 | 961 | 1,845 | 591 | 998 | 813 | 710 | 591 | 554 | 407 |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 22,193 | 1,849 | 1,669 | 1,492 | 1,137 | | 1,137 | 995 | 675 | 959 | 781 | 1,350 | 1,101 | 604 | 888 | 355 | 924 | 107 |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 2,078 | | | | | | 303 | | | | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 8,299 | | 272 | 172 | 86 | 2,155 | 115 | 143 | 592 | 535 | | 124 | | | 67 | 59 | 20 | 516 |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 2,037 | | | | 67 | 13 | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,265 | | | | | 57 | | | | | | 274 | 301 | 328 | 779 | | 527 | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | | | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 100,843 | 3,747 | 6,382 | 11,887 | 4,945 | 3,633 | 4,141 | 5,075 | 4,937 | 3,371 | 1,615 | 8,969 | 3,902 | 8,655 | 7,884 | 551 | 3,839 | |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | 2,026 | | | | | 552 | | | | | | | | | | | 497 | |
| Kirkland & Ellis | OCP Tier 1 | 150,000 | 1,800,000 | 189,085 | | | | | | | | 95,945 | 28,639 | 6,115 | 18,217 | 5,773 | 2,743 | 10,070 | 9,777 | 8,046 | 3,761 |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 150,000 | 1,800,000 | 868,950 | 73,533 | 63,898 | 48,374 | 84,782 | 53,001 | 8,627 | 8,307 | 19,177 | 12,747 | 11,507 | 14,560 | 11,811 | 18,814 | 17,063 | 19,557 | 25,775 | 13,991 |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 36,940 | | 1,819 | 13,011 | | | | | | 1,050 | | | | | | | | |
| Lewis John Avallone Aviles, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 565,363 | 22,378 | 27,328 | 14,375 | 25,052 | 14,636 | 13,833 | 13,166 | 10,136 | 10,300 | 15,443 | 14,189 | 22,313 | 11,607 | 32,642 | 28,806 | 20,712 | 12,222 |
| Lynch & Pine | OCP Tier 3 | 75,000 | 900,000 | 2,650 | | | | | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 2 | 150,000 | 1,800,000 | 31,785 | | | | | | | | | | | | | | | | | |
| Maiwald | OCP Tier 2 | 150,000 | 1,800,000 | 942,538 | 80,525 | 64,303 | 36,632 | 78,107 | 30,836 | 18,781 | 33,932 | 35,556 | 36,276 | 39,249 | 21,845 | 33,024 | 24,908 | 36,272 | 26,133 | 13,812 | 18,523 |
| McCarter & English | OCP Tier 1 | 150,000 | 1,800,000 | 73,101 | 208 | 2,415 | 1,396 | 567 | 313 | 5,768 | 3,023 | 267 | 1,343 | 608 | 6,857 | 346 | 421 | 5,876 | 2,872 | 6,397 | 5,539 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 225,000 | 4,500,000 | 3,528,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | | | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 3 | 75,000 | 900,000 | 72,233 | 8,874 | 1,843 | 1,912 | 297 | 1,800 | 4,523 | 218 | 437 | 1,671 | 686 | 905 | 6,087 | 1,819 | 2,197 | 2,223 | 2,725 | 297 |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 3 | 75,000 | 900,000 | 319,929 | 7,631 | 9,683 | 36,225 | 15,431 | 9,577 | 6,773 | 5,700 | | 2,673 | 15,035 | 64,655 | 7,051 | 12,784 | 20,720 | 18,718 | 11,338 | 45,864 |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 13,271 | 397 | 689 | 907 | 132 | 284 | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 4,584 | | 269 | | | | | | | 768 | | | | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | | | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 3,212 | | | 128 | | | | | | | | | | | | | 102 | 2,893 |
| Patrick J. Rogers LLC | OCP Tier 3 | 75,000 | 900,000 | 90,299 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | 343 | | | | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 3 | 5,000 | 60,000 | 31,365 | | | | 16,238 | 869 | 6,917 | 3,049 | 3,879 | | 155 | 258 | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 3 | 75,000 | 900,000 | 470,028 | | | | 743 | 18,274 | 38,707 | 27,734 | 20,153 | 15,487 | 37,642 | 36,547 | 47,307 | 24,386 | 37,714 | 47,586 | 56,663 | 61,086 |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 33,142 | | 1,639 | | 1,238 | 5,296 | 3,827 | | 791 | | | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 421,684 | 43,182 | 31,408 | 14,462 | 17,635 | 15,827 | 17,772 | 28,752 | 21,364 | 12,015 | 10,868 | 18,570 | 6,627 | 7,187 | 10,440 | 11,949 | 9,957 | |
| Reed Smith, LLP | OCP Tier 1 | 4,000,000 | 4,000,000 | 3,163,779 | 195,334 | 4,143 | 90,475 | 61,526 | 23,915 | 76,893 | 106,964 | 102,768 | 183,275 | 203,303 | 358,966 | 589,966 | 200,000 | 200,000 | 200,000 | 150,000 | |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | | | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | | | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | 40,000 | 480,000 | 12,260 | 250 | | 3,499 | | | | | 434 | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,363,478 | 58,193 | 60,366 | 106,468 | 44,773 | 19,920 | 16,809 | 25,192 | 24,899 | 16,772 | 63,294 | 25,625 | 16,109 | 22,423 | 104,197 | 74,242 | 65,536 | |

In re: PURDUE PHARMA L.P., et al.

OCP Payment Report - Monthly Fees

Case No.: 19-23649 (RDD)

| Name | Tier | Rolling Cap | Case Cap | Case Total | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 659,882 | 21,362 | 24,096 | 26,897 | 26,717 | 27,806 | 16,572 | 15,298 | 15,158 | 13,109 | 13,073 | 19,673 | 17,206 | 16,615 | 14,678 | 12,533 | 14,976 | 14,630 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 96,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | | | | | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 94,152 | 1,367 | | | 100 | 60 | 60 | 80 | 60 | 97 | 66 | 6,841 | 88 | 88 | 110 | 44 | 44 | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 402,676 | 18,641 | 12,851 | 16,852 | 49,948 | 34,626 | 37,237 | 24,733 | 18,252 | 16,584 | 4,879 | 8,039 | 8,897 | 11,216 | 4,762 | 5,334 | 10,139 | 2,890 |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 2,200,000 | 1,774,702 | 20,408 | 37,107 | 34,306 | 6,191 | 18,097 | 25,979 | 38,132 | 39,076 | 73,534 | 69,699 | 62,189 | 73,988 | 34,043 | 127,781 | 103,601 | 82,098 | 175,179 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | | | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 94,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 199,391 | 450 | 190 | 25,237 | 33,987 | 16,453 | 9,603 | 9,092 | 5,094 | 671 | | | | | | | | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 7,307 | 1,184 | | | | | | | 513 | 62 | | 812 | 403 | 342 | 31 | 543 | | 1,623 |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,532,697 | 106,911 | 119,460 | 103,888 | 59,270 | 67,843 | 61,828 | 40,227 | 40,771 | 27,860 | 41,182 | 68,780 | 69,130 | 49,156 | 52,780 | 56,121 | 53,501 | 53,308 |

In re: PURDUE PHARMA L.P., et al.   OCP Payment Report – Monthly Expenses   Case No.: 19-23649 (RDD)

| Name | Tier | Case Total[1] | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | 1,087,666 | 75,272 | 81,344 | 36,640 | 42,072 | 48,394 | 15,771 | 34,913 | 17,190 | 35,577 | 47,301 | 20,791 | 28,928 | 26,707 | 26,150 | 28,667 | 28,970 | 29,946 |
| OCP Tier 2 Total | OCP Tier 2 | 655,730 | 19,906 | 36,103 | 20,000 | 14,936 | 36,752 | 27,911 | 42,102 | 12,803 | 6,871 | 17,979 | 13,497 | 33,038 | 6,203 | 31,897 | 10,077 | 43,627 | 8,297 |
| OCP Tier 3 Total | OCP Tier 3 | 3,691 | | 36 | 384 | 82 | 208 | 391 | 38 | | 569 | 1 | 8 | | 180 | 4 | 4 | 143 | |
| OCP Total | Total | 1,747,087 | | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 3 | 167 | | | | | 92 | | | | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 4,880 | | | | | | 4,880 | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 42 | | | | | | | | | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 80 | | | | 76 | | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 1,765 | | | 358 | | 59 | 358 | | | | 532 | | | | | | | |
| Clement Rivers LLP | OCP Tier 2 | 57 | | | | | | | | | | | | 0 | | | | 57 | |
| Cole Scott & Kissane | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 90 | | | | | | | | | | | | | | | | | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 315 | | | | | | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 8,126 | 150 | 786 | | | | 379 | | | | | | | | | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 2 | 45 | | | | | | | | | | | | | | | | | |
| Dentons US LLP | OCP Tier 2 | 17,983 | | | | | | | | | | | | | | | | | |
| Dinse, Knapp & McAndrew | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | | | 18 | | | 3 | 25 | 29 | | | | | | 175 | | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 50,559 | 1,565 | 250 | 940 | 125 | 1,125 | 3,402 | 1,768 | 1,125 | 125 | 4,028 | 1,500 | 1,578 | 1,900 | 20,510 | 5,878 | 630 | |
| Duke Scanlan | OCP Tier 3 | 4 | | | | | | | | | | | | | | | 2 | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 31 | | | | 4 | | | | | | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 6 | | | | | | | | | | | 1 | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 83 | | | | | | | | | | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 553 | | 18 | 12 | 6 | 146 | 8 | 10 | 40 | 36 | | 8 | | 5 | 4 | 1 | 35 | |
| Hepler Broom LLC | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 19 | | | | | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 55 | | | | | | | | | | | | | | | | 55 | |
| Karr Tuttle Campbell | OCP Tier 3 | 13 | | | | | | | | | | | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 185 | | | | | | | | | | | 168 | 17 | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 1,665 | | | | | | | | | | | | | 248 | | | | 87 |
| Larson & O'Brien | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 4,240 | | | 2,240 | | | | | | | | | | | | | | |
| Lewis John Avallone Aviles, LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 243,391 | 2,096 | 23,424 | 5,957 | 11,758 | 5,144 | 1,458 | 5,560 | 3,169 | 2,705 | 12,593 | 1,690 | 9,390 | 2,362 | 4,193 | 1,981 | 4,136 | 1,200 |
| Lynch & Pine | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 11,819 | | | | | | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 901,913 | 75,191 | 78,283 | 36,097 | 41,995 | 48,329 | 15,729 | 34,893 | 17,109 | 35,223 | 40,936 | 20,342 | 27,711 | 21,164 | 25,921 | 28,414 | 26,110 | 29,196 |
| McCarter & English | OCP Tier 2 | 23,273 | | 400 | 1,160 | | 1,000 | 1,680 | 2,200 | | 1,880 | | 640 | 1,480 | 13 | 3,640 | | 2,880 | |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 33,673 | | | | | | | | | | | | | | | | | |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 38 | | | | | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 1,057 | | | | | | 400 | | | | | | 125 | 11 | 11 | | | 8 |
| Morrison & Foerster LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 186 | | | 12 | | | | | | | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 60 | | | | | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 13 | | | | | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| PileroMazza PLLC | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Porzio Bromberg & Newman P.C. | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 2 | 38,201 | | | | | | | | | | | 63 | | 4,000 | | 45 | 30,042 | 4,050 |
| Poyner Spruill LLP | OCP Tier 2 | 401 | | | | | 94 | | | | | | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 112,732 | 9,476 | 7,663 | 2,286 | 912 | 4,239 | 10,251 | 3,028 | 5,444 | 88 | 44 | 9,526 | 16,465 | 49 | 3,554 | 278 | 3,785 | 2,960 |
| Reed Smith, LLP | OCP Tier 1 | 17,541 | | 30 | 469 | 61 | 40 | 40 | 21 | 82 | 350 | 6,159 | 431 | 1,155 | 5,340 | 206 | 253 | 2,786 | |
| Reichard & Escalera LLC | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 68 | | | | | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 3,693 | 13 | 2 | 0 | | 25 | | | | 4 | 1 | 1 | | 0 | 1 | | | |

19-23649-shl   Doc 4056-1   Filed 11/02/21   Entered 11/02/21 16:51:34   Exhibit A-OCP Statement   Pg 6 of 6

In re: PURDUE PHARMA L.P., et al.                                                                                                                                Case No.: 19-23649 (RDD)

OCP Payment Report – Monthly Expenses

| Name | Tier | Case Total[1] | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Skarzynski Black | OCP Tier 2 | 4,437 | | | | | 6 | | | | 33 | | | | | | | | |
| Smith Anderson | OCP Tier 2 | 252 | | | | | | | | | | | | | | | | | |
| Snell & Wilmer | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 557 | 157 | | | | | | | | | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 62,048 | 6,462 | 3,580 | 3,560 | 1,540 | 1,020 | 5,460 | 6,034 | 3,065 | 2,040 | 1,250 | 17 | 114 | 1,619 | | 1,840 | 2,090 | |
| Stikeman Elliott, LLP | OCP Tier 1 | 9,073 | 15 | 12 | | 4 | | 2 | | | | 1 | | 52 | 203 | | | | 749 |
| Stites & Harbison, PLLC | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 200 | | | | | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Troutman Sanders LLP | OCP Tier 2 | 81,150 | | | 3,846 | 601 | 24,030 | | 23,512 | | | | | | | | | | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 11 | | | 11 | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 109,770 | 52 | 3,016 | 73 | 12 | | | | | | 35 | | 10 | | 22 | | 74 | |

[1]Represents Fees since the Commencement Date