UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
:
In re                                                   :       Chapter 11
:
PURDUE PHARMA L.P., *et al.*,                           :       Case No. 19-23649 (RDD)
:
                                    Debtors.            :       Jointly Administered
:
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

PAUL K. SCHWARTZBERG, hereby affirms under penalty of perjury that the forgoing is true and correct:

1.  I am an attorney with the Office of the United States Trustee for the Southern District of New York.

2.  On November 1, 2021, and November 2, 2021, I caused the following pleading to be served by the method set forth on the Master Service List as indicated in Exhibit A and Exhibit B attached hereto:

Motion Of The United States Trustee For Leave To Exceed The Page Limit In Filing Its Reply In Support Of United States Trustee's Amended Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007 (Docket No. 4049);

Reply In Support Of United States Trustee's Amended Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007 (Docket No. 4050);

/s/ *Paul K. Schwartzberg*
Paul K. Schwartzberg