UNITED STATES BANKRUPTCY COURT
Southern District of New York White Plains

| | |
|---|---|
| In re:<br>Purdue Pharma L.P.,<br>      Debtor(s). | Case No.: 19-23649<br>Chapter: 11 |

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case.  I certify that on November 1, 2021 as directed by Office of the United States Trustee- Region 2 , true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

| |
|---|
| Motion to AllowMotion to Exceed Page Limit in Filing Reply in Support of United States Trustee's Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 filed by Paul Kenan Schwartzberg on behalf of United States Trustee. (Attachments: # 1 Proposed Order) |
| Reply to Motion Reply in Support of United States Trustee's Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 (related document(s)3801, 3972, 3778) filed by Paul Kenan Schwartzberg on behalf of United States Trustee. |

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. November 1, 2021

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**Purdue Pharma L.P. 19-23649**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 879 | Air Liquide Industrial U.S. LP, Attn: President or General Counsel, 9811 Katy Freeway, Houston, TX, 77024 | First Class |
| 879 | Attorney General for the State of Wisconsin, Attn: Michael S. Murphy and Laura E. McFarlane - Assistant Attorney General, 17 West Main Street, P.O. Box 7857, Madison, WI, 53707 | First Class |
| 879 | Chambers of Honorable Robert D. Drain, Purdue Pharma L.P. - Chambers Copy, US Bankruptcy Court SDNY, White Plains, NY, 10601 | Overnight |
| 879 | Commonwealth of Puerto Rico, Attn: Bankruptcy Department, Apartado 9020192, San Juan, PR, 00902-0192 | First Class |
| 879 | Fetzko Law Offices, P.C., Attn: Brian Fetzko, 12 Evergreen Drive, Suite 102, Middletown, NY, 10940 | First Class |
| 879 | Ikon Financial Services, Attn: President or General Counsel, 1738 Bass Rd, Macon, GA, 31210-1043 | First Class |
| 879 | Internal Revenue Service, Centralized Insolvency Operation, 2970 Market Street, Philadelphia, PA, 19104-5016 | First Class |
| 879 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA, 19101-7346 | First Class |
| 879 | Kimm Law Firm, Attn: Michael S. Kimm, 333 Sylvan Avenue, Suite 106, Englewood Cliffs, NJ, 07632 | First Class |
| 879 | Kirkland & Ellis LLP, Attn: James A. Stempel, 300 North LaSalle Street, Chicago, IL, 60654 | First Class |
| 879 | Ronald George Dandar, c/o Legal Mail Department, 50 Overlook Drive, Labelle, PA, 15450 | First Class |
| 879 | State of Alabama Attorney General, Attn: Bankruptcy Department, P.O. Box 300152, Montgomery, AL, 36130-0152 | First Class |
| 879 | State of Colorado Attorney General, Attn: Bankruptcy Department, Ralph L. Carr Colorado Judicial Center, Denver, CO, 80203 | First Class |
| 879 | State of Florida Attorney General, Attn: Bankruptcy Department, The Capitol, PL 01, Tallahassee, FL, 32399-1050 | First Class |
| 879 | State of Georgia Attorney General, Attn: Bankruptcy Department, 40 Capital Square, SW, Atlanta, GA, 30334-1300 | First Class |
| 879 | State of Idaho Attorney General, Attn: Bankruptcy Department, 700 W. Jefferson Street, Boise, ID, 83720-1000 | First Class |
| 879 | State of Indiana Attorney General, Attn: Bankruptcy Department, Indiana Government Center South, Indianapolis, IN, 46204 | First Class |
| 879 | State of Iowa Attorney General, Attn: Bankruptcy Department, 1305 E. Walnut Street, Des Moines, IA, 50319 | First Class |
| 879 | State of Kansas Attorney General, Attn: Bankruptcy Department, 120 SW 10th Ave., 2nd Floor, Topeka , KS, 66612-1597 | First Class |
| 879 | State of Kentucky Attorney General, Attn: Bankruptcy Department, 700 Capitol Avenue, Suite 118, Frankfort , KY, 40601 | First Class |
| 879 | State of Minnesota Attorney General, Attn: Bankruptcy Department, 1400 Bremer Tower, St. Paul, MN, 55101-2131 | First Class |
| 879 | State of Mississippi Attorney General, Attn: Bankruptcy Department, Walter Sillers Building, Jackson, MS, 39201 | First Class |
| 879 | State of Nevada Attorney General, Attn: Bankruptcy Department, 100 North Carson Street, Carson City, NV, 89701 | First Class |
| 879 | State of New Mexico Attorney General, Attn: Bankruptcy Department, P.O. Drawer 1508, Santa Fe, NM, 87504-1508 | First Class |
| 879 | State of Ohio Attorney General, Attn: Bankruptcy Department, 30 E. Broad St., 14th Floor, Columbus, OH, 43215 | First Class |
| 879 | State of Oklahoma Attorney General, Attn: Bankruptcy Department, 313 NE 21st Street, Oklahoma City, OK, 73105 | First Class |
| 879 | State of Pennsylvania Attorney General, Attn: Bankruptcy Department, Strawberry Square, Harrisburg, PA, 17120 | First Class |
| 879 | State of Rhode Island Attorney General, Attn: Bankruptcy Department, 150 South Main Street, Providence, RI, 02903 | First Class |
| 879 | State of South Carolina Attorney General, Attn: Bankruptcy Department, P.O. Box 11549, Columbia, SC, 29211-1549 | First Class |
| 879 | State of Wisconsin Attorney General, Attn: Bankruptcy Department, Wisconsin Department of Justice, Madison, WI, 53707-7857 | First Class |
| 879 | State of Wyoming Attorney General, Attn: Bankruptcy Department, 123 Capitol Building, Cheyenne, WY, 82002 | First Class |
| 879 | U.S. Bank Equipment Finance, Attn: President or General Counsel, 1310 Madrid Street, Marshall, MN, 56258 | First Class |
| 879 | U.S. Department of Justice, Attn: Legal Department, 950 Pennsylvania Avenue, NW, Washington, DC, 20530-0001 | First Class |
| 879 | United States Attorney's Office, Attn: U.S. Attorney, 300 Quarropas Street, Room 248, White Plains, NY, 10601-4150 | First Class |
| 879 | Washington DC Attorney General, Attn: Bankruptcy Department, 441 4th Street, NW, Washington, DC, 20001 | First Class |