Joshua L. Kaul
Wisconsin Attorney General
S. Michael Murphy
Assistant Attorney General
State Bar #1078149
Assistant Attorney General
17 West Main Street, P.O. Box 7857
Madison, WI 53707
(608) 266-5457
murphysm@doj.state.wi.us

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter: 11 |
| Purdue Pharma L.P. et al., | Case No: 19-23649 (RDD) |
| Debtors.[1] | Jointly Administered |

| | |
|---|---|
| Purdue Pharma L.P. et al., | Case No: 19-08289 |
| Plaintiffs, | |
| v. | |
| Commonwealth of Massachusetts, et al. | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

S. Michael Murphy moves the Court pursuant to Local Rule 2090-1 (e), to withdraw as attorney of record for the State of Wisconsin and its

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Department of Justice. Assistant Attorney General Laura E. McFarlane will continue to represent the State of Wisconsin in this matter. Assistant Attorney General Murphy respectfully requests that the Court grant this Motion to Withdraw as Attorney of Record.

Dated: October___, 2021, Madison, Wisconsin

JOSHUA L. KAUL
Attorney General of Wisconsin

/s/S. Michael Murphy
S. MICHAEL MURPHY
Assistant Attorney General
State Bar #1078149
17 West Main Street, P.O. Box 7857
Madison, WI 53707
(608) 266-5457
murphysm@doj.state.wi.us

Attorneys for State of Wisconsin

Joshua L. Kaul
Wisconsin Attorney General
S. Michael Murphy
Assistant Attorney General
State Bar #1078149
Assistant Attorney General
17 West Main Street, P.O. Box 7857
Madison, WI 53707
(608) 266-5457
murphysm@doj.state.wi.us

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter: 11 |
|---|---|
| Purdue Pharma L.P. et al., | Case No: 19-23649 (RDD) |
| Debtors.[1] | Jointly Administered |

| Purdue Pharma L.P. et al., | Case No: 19-08289 |
|---|---|
| Plaintiffs, | |
| v. | |
| Commonwealth of Massachusetts, et al. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Assistant Attorney General S. Michael Murphy hereby notifies the Court, pursuant to Local Rule 2090-1 (e), that he is withdrawing his

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

appearance as attorney of record for the State of Wisconsin. Assistant Attorney General Laura E. McFarlane will continue to represent the State of Wisconsin in this matter.

Dated: October__, 2021, Madison, Wisconsin

JOSHUA L. KAUL
Attorney General of Wisconsin

/s/S. Michael Murphy
S. MICHAEL MURPHY
Assistant Attorney General
State Bar #1078149
17 West Main Street, P.O. Box 7857
Madison, WI 53707
(608) 266-5457
murphysm@doj.state.wi.us

Attorneys for State of Wisconsin