UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>Purdue Pharma L.P. et al.,<br>　　　　Debtors.[1] | Chapter: 11<br>Case No: 19-23649 (RDD)<br>Jointly Administered |

| | |
|---|---|
| Purdue Pharma L.P. et al.,<br>　　　　Plaintiffs,<br>v.<br>Commonwealth of Massachusetts, et al. | Case No: 19-08289 |

## ORDER GRANTING WITHDRAWAL

Upon the motion of S. Michael Murphy to withdraw as attorney of record for the State of Wisconsin Department of Justice, it is hereby:

**ORDERED**, that S. Michael Murphy is withdrawn as an attorney of record for the State of Wisconsin, Department of Justice, in the above referenced case.

Dated: _____.
White Plains, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Robert D. Drain
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.