DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## AGENDA FOR NOVEMBER 9, 2021 HEARING

Time and Date of Hearing:     November 9, 2021 at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:     In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 26304761939##

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Copies of Motions:                A copy of each pleading can be viewed on the Court's website at
                                  http://www.nysb.uscourts.gov and the website of the Debtors'
                                  notice    and    claims    agent,    Prime    Clerk    LLC    at
                                  https://restructuring.primeclerk.com/purduepharma.

I.    **CONTESTED MATTERS:**

1.   ***U.S. Trustee Motion for Stay Pending Appeal.*** Motion for Stay Pending
     Appeal / Memorandum of Law In Support of United States Trustee's
     Expedited Motion for a Stay of Confirmation Order and Related Orders
     Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007
     [ECF No. 3778]

     Responses Received:

     A.  Ad Hoc Committee's Objection to Stay Motions [ECF No. 4002]

     B.  Tribal Group's Joinder to Ad Hoc Committee's Objection to Stay
         Motions [ECF No. 4003]

     C.  Opposition of the Official Committee of Unsecured Creditors to
         Motions for Stay Pending Appeal [ECF No. 4006]

     D.  The Ad Hoc Committee of NAS Children's Joinder to Opposition of
         the Official Committee of Unsecured Creditors to Motions for Stay
         Pending Appeal [ECF No. 4009]

     E.  Joinder of the Private Insurance Ratepayers to Opposition of the
         Official Committee of Unsecured Creditors to Motions for Stay
         Pending Appeal [ECF No. 4010]

     F.  Joinder of the Blue Cross and Blue Shield Association to the Official
         Committee of Unsecured Creditors' Opposition to Motions for Stay
         Pending Appeal [ECF No. 4011]

     G.  The Ad Hoc Group of Individual Victims' (I) Objection to the United
         States Trustee's and Certain Public Creditors' Motion for Stay Pending
         Appeal and (II) Joinder in the Opposition of the Official Committee of
         Unsecured Creditors to Motions for Stay Pending Appeal
         [ECF No. 4012]

     H.  Debtors' Memorandum of Law in Opposition to the Motions for Stays
         of the Confirmation Order and the Advance Order Pending Appeal
         [ECF No. 4014]

     I.  Opposition of the MSGE Group to the Motions to Stay Pending
         Appeal [ECF No. 4016]

J.  Joinder to the Opposition of the Official Committee of Unsecured
Creditors to Motions for Stay Pending Appeal behalf of Ad Hoc Group
of Hospitals [ECF No. 4017]

Reply:

A.  Reply in Support of United States Trustee's Motion for a Stay of
Confirmation Order and Related Orders Pending Appeal Pursuant to
Federal Rule of Bankruptcy Procedure 8007 [ECF No. 4050]

Related Documents:

A.  Order signed on 9/15/2021 Granting Motion (I) Authorizing the
Debtors to Fund Establishment of the Creditor Trusts, the Master
Disbursement Trust and Topco, (II) Directing Prime Clerk LLC to
Release Certain Protected Information, and (III) Granting Other
Related Relief [ECF No. 3773]

B.  United States Trustee's Ex Parte Motion For An Order Shortening
Notice And Scheduling Hearing With Respect To The United States
Trustees Expedited Motion For A Stay Of Confirmation Order And
Related Orders Pending Appeal Pursuant To Federal Rule Of
Bankruptcy Procedure 8007  [ECF No. 3779]

C.  Modified Bench Ruling on Request for Confirmation of Eleventh
Amended Joint Chapter 11 Plan Signed on 9/17/2021 [ECF No. 3786]

D.  Findings of Fact, Conclusions of Law, and Order Confirming the
Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue
Pharma L.P. and its Affiliated Debtors Signed on 9/17/20
[ECF No. 3787]

E.  Amended Motion for Stay Pending Appeal/Amended Memorandum of
Law In Support Of United States Trustee's Expedited Motion For A
Stay Of Confirmation Order And Related Orders Pending Appeal
Pursuant To Federal Rule Of Bankruptcy Procedure 8007
[ECF No. 3801]

F.  Motion to Stay / Memorandum of Law in Support of United States
Trustee's Expedited Motion to Extend the Automatic Stay of the
Confirmation Order and for a Limited Stay of the Related Orders
Pending Resolution of His Expedited Motion for a Stay Pending
Appeal [ECF No. 3803]

G.  United States Trustee's Ex Parte Motion for an Order Shortening
Notice and Scheduling Hearing with Respect to the United States
Trustee's Expedited Motion to Extend the Automatic Stay of the
Confirmation Order and for a Limited Stay of the Related Orders

3

Pending Resolution of His Expedited Motion for a Stay Pending Appeal [ECF No. 3804]

H. Notice of Listen-Only Dial-in for Status and Scheduling Conference [ECF No. 3838]

I. Second Amended Memorandum Of Law In Support Of United States Trustees Amended Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007 [ECF No. 3972]

J. Blackline Second Amended Memorandum Of Law In Support Of United States Trustee's Amended Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007 [ECF No. 3973]

K. Declaration of John M. Guard in Support of Ad Hoc Committee's Opposition to Motions for Stay Pending Appeal [ECF No. 4002 at pp. 24-31]

L. Declaration of Cheryl Juaire in Support of the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4007]

M. Declaration of Kara Trainor in Support of the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4008]

N. Debtors' Motion for Leave to Exceed the Page Limit in Filing Memorandum of Law in Opposition to the Motions for Stays of the Confirmation Order and the Advance Order Pending Appeal [ECF No. 4013]

O. Declaration of Jesse DelConte [ECF No. 4015]

P. Declaration of Colin Jorgensen [ECF No. 4016-1]

Q. Supplemental Designation of Record in Rebuttal and Support of Second Amended Memorandum of Law in Support of United States Trustee's Amended Expedited Motion for a Stay of Confirmation Order and Related Order Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 9008 [ECF 4043]

R. Motion to Exceed Page Limit in Filing Reply in Support of United States Trustee's Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 [ECF No. 4049]

Status: This matter is going forward on a contested basis.

4

    **2.**    ***Washington and Connecticut States Stay Motion.*** Motion of the States of Washington and Connecticut for a Stay Pending Appeal [ECF No. 3789]

Responses Received:

A.   Ad Hoc Committee's Objection to Stay Motions [ECF No. 4002]

B. Tribal Group's Joinder to Ad Hoc Committee's Objection to Stay Motions [ECF No. 4003]

C. Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4006]

D. The Ad Hoc Committee of NAS Children's Joinder to Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4009]

E. Joinder of the Private Insurance Ratepayers to Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4010]

F. Joinder of the Blue Cross and Blue Shield Association to the Official Committee of Unsecured Creditors' Opposition to Motions for Stay Pending Appeal [ECF No. 4011]

G. The Ad Hoc Group of Individual Victims' (I) Objection to the United States Trustee's and Certain Public Creditors' Motion for Stay Pending Appeal and (II) Joinder in the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4012]

H. Debtors' Memorandum of Law in Opposition to the Motions for Stays of the Confirmation Order and the Advance Order Pending Appeal [ECF No. 4014]

I. Opposition of the MSGE Group to the Motions to Stay Pending Appeal [ECF No. 4016]

J. Joinder to the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal behalf of Ad Hoc Group of Hospitals [ECF No. 4017]

Reply:

A. Reply in Further Support of Motion of the States of Washington and Connecticut for a Stay Pending Appeal [ECF No. 4051]

Related Documents:

A.   Modified Bench Ruling on Request for Confirmation of Eleventh Amended Joint Chapter 11 Plan Signed on 9/17/2021 [ECF No. **3786**]

B.   Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors Signed on 9/17/20 [ECF No. **3787**]

C.   Declaration of John M. Guard in Support of Ad Hoc Committee's Opposition to Motions for Stay Pending Appeal [ECF No. 4002 at pp. 24-31]

D.   Declaration of Cheryl Juaire in Support of the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4007]

E.   Declaration of Kara Trainor in Support of the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4008]

F.   Debtors' Motion for Leave to Exceed the Page Limit in Filing Memorandum of Law in Opposition to the Motions for Stays of the Confirmation Order and the Advance Order Pending Appeal [ECF No. 4013]

G.   Declaration of Jesse DelConte [ECF No. 4015]

H.   Declaration of Colin Jorgensen [ECF No. 4016-1]

Status: This matter is going forward on a contested basis.

3.   ***State of Maryland Stay Motion.*** Motion for Stay Pending Appeal of Confirmation and Trust Advances Orders [ECF No.  3845]

Responses Received:

A.    Ad Hoc Committee's Objection to Stay Motions [ECF No. 4002]

B.   Tribal Group's Joinder to Ad Hoc Committee's Objection to Stay Motions [ECF No. 4003]

C.   Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4006]

D.   The Ad Hoc Committee of NAS Children's Joinder to Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4009]

E.  Joinder of the Private Insurance Ratepayers to Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4010]

F.  Joinder of the Blue Cross and Blue Shield Association to the Official Committee of Unsecured Creditors' Opposition to Motions for Stay Pending Appeal [ECF No. 4011]

G.  The Ad Hoc Group of Individual Victims' (I) Objection to the United States Trustee's and Certain Public Creditors' Motion for Stay Pending Appeal and (II) Joinder in the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4012]

H.  Debtors' Memorandum of Law in Opposition to the Motions for Stays of the Confirmation Order and the Advance Order Pending Appeal [ECF No. 4014]

I.  Opposition of the MSGE Group to the Motions to Stay Pending Appeal [ECF No. 4016]

J.  Joinder to the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal behalf of Ad Hoc Group of Hospitals [ECF No. 4017]

Reply:

A.  Reply in Support of State of Maryland's Motion for Stay of Confirmation Orders [3786, 3787] and Trust Advances Order [3773] Pending Appeal [ECF No. 4048]

Related Documents:

A.  Order signed on 9/15/2021 Granting Motion (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and Topco, (II) Directing Prime Clerk LLC to Release Certain Protected Information, and (III) Granting Other Related Relief [ECF No. 3773]

B.  Modified Bench Ruling on Request for Confirmation of Eleventh Amended Joint Chapter 11 Plan Signed on 9/17/2021 [ECF No. 3786]

C.  Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors Signed on 9/17/20 [ECF No. 3787]

D.  Declaration of John M. Guard in Support of Ad Hoc Committee's Opposition to Motions for Stay Pending Appeal [ECF No. 4002 at pp. 24-31]

    E.   Declaration of Cheryl Juaire in Support of the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4007]

    F.   Declaration of Kara Trainor in Support of the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4008]

    G.   Debtors' Motion for Leave to Exceed the Page Limit in Filing Memorandum of Law in Opposition to the Motions for Stays of the Confirmation Order and the Advance Order Pending Appeal [ECF No. 4013]

    H.   Declaration of Jesse DelConte [ECF No. 4015]

    I.   Declaration of Colin Jorgensen [ECF No. 4016-1]

Status: This matter is going forward on a contested basis.

4.   ***Ronald Bass Stay Motion.*** Motion for Stay Pending Appeal [ECF No. 3860]

Responses Received:

    A.   Ad Hoc Committee's Objection to Stay Motions [ECF No. 4002]

    B.   Tribal Group's Joinder to Ad Hoc Committee's Objection to Stay Motions [ECF No. 4003]

    C.   Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4006]

    D.   The Ad Hoc Committee of NAS Children's Joinder to Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4009]

    E.   Joinder of the Private Insurance Ratepayers to Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4010]

    F.   Joinder of the Blue Cross and Blue Shield Association to the Official Committee of Unsecured Creditors' Opposition to Motions for Stay Pending Appeal [ECF No. 4011]

    G.   The Ad Hoc Group of Individual Victims' (I) Objection to the United States Trustee's and Certain Public Creditors' Motion for Stay Pending Appeal and (II) Joinder in the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4012]

H.  Debtors' Memorandum of Law in Opposition to the Motions for Stays of the Confirmation Order and the Advance Order Pending Appeal [ECF No. 4014]

I.  Opposition of the MSGE Group to the Motions to Stay Pending Appeal [ECF No. 4016]

J.  Joinder to the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal behalf of Ad Hoc Group of Hospitals [ECF No. 4017]

Reply: None

Related Documents:

A.  Modified Bench Ruling on Request for Confirmation of Eleventh Amended Joint Chapter 11 Plan Signed on 9/17/2021 [ECF No. 3786]

B.  Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors Signed on 9/17/20 [ECF No. 3787]

C.  Declaration of John M. Guard in Support of Ad Hoc Committee's Opposition to Motions for Stay Pending Appeal [ECF No. 4002 at pp. 24-31]

D.  Declaration of Cheryl Juaire in Support of the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4007]

E.  Declaration of Kara Trainor in Support of the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4008]

F.  Debtors' Motion for Leave to Exceed the Page Limit in Filing Memorandum of Law in Opposition to the Motions for Stays of the Confirmation Order and the Advance Order Pending Appeal [ECF No. 4013]

G.  Declaration of Jesse DelConte [ECF No. 4015]

H.  Declaration of Colin Jorgensen [ECF No. 4016-1]

Status: This matter is going forward on a contested basis.

5.  *Canadian Creditors Stay Motion.* Motion for Stay Pending Appeal filed by Allen J. Underwood on behalf of Certain Canadian Municipality Creditors and Canadian First Nation Creditors [ECF No.  3873]

Responses Received:

A. Ad Hoc Committee's Objection to Stay Motions [ECF No. 4002]

B. Tribal Group's Joinder to Ad Hoc Committee's Objection to Stay Motions [ECF No. 4003]

C. Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4006]

D. The Ad Hoc Committee of NAS Children's Joinder to Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4009]

E. Joinder of the Private Insurance Ratepayers to Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4010]

F. Joinder of the Blue Cross and Blue Shield Association to the Official Committee of Unsecured Creditors' Opposition to Motions for Stay Pending Appeal [ECF No. 4011]

G. The Ad Hoc Group of Individual Victims' (I) Objection to the United States Trustee's and Certain Public Creditors' Motion for Stay Pending Appeal and (II) Joinder in the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4012]

H. Debtors' Memorandum of Law in Opposition to the Motions for Stays of the Confirmation Order and the Advance Order Pending Appeal [ECF No. 4014]

I. Opposition of the MSGE Group to the Motions to Stay Pending Appeal [ECF No. 4016]

J. Joinder to the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal behalf of Ad Hoc Group of Hospitals [ECF No. 4017]

Reply:

A. Reply of Certain Canadian Municipality Creditors and Appellants and Certain Canadian First Nations Creditors and Appellants in Support of Their Motion for the Granting by the Bankruptcy Court of a Stay Pending Appeals [ECF No. 4052]

Related Documents:

A. Modified Bench Ruling on Request for Confirmation of Eleventh Amended Joint Chapter 11 Plan Signed on 9/17/2021 [ECF No. 3786]

B.  Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors Signed on 9/17/20 [ECF No. 3787]

C.  Declaration of John M. Guard in Support of Ad Hoc Committee's Opposition to Motions for Stay Pending Appeal [ECF No. 4002 at pp. 24-31]

D.  Declaration of Cheryl Juaire in Support of the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4007]

E.  Declaration of Kara Trainor in Support of the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4008]

F.  Debtors' Motion for Leave to Exceed the Page Limit in Filing Memorandum of Law in Opposition to the Motions for Stays of the Confirmation Order and the Advance Order Pending Appeal [ECF No. 4013]

G.  Declaration of Jesse DelConte [ECF No. 4015]

H.  Declaration of Colin Jorgensen [ECF No. 4016-1]

Status: This matter is going forward on a contested basis.

6.  ***Ellen Isaacs Stay Motion***. Motion of Ellen Isaacs, Deceased Patrick Ryan Wroblewski & the American People for a Stay Pending Appeal [ECF No. 3890]

Responses Received:

A.   Ad Hoc Committee's Objection to Stay Motions [ECF No. 4002]

B.  Tribal Group's Joinder to Ad Hoc Committee's Objection to Stay Motions [ECF No. 4003]

C.  Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4006]

D.  The Ad Hoc Committee of NAS Children's Joinder to Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4009]

E.  Joinder of the Private Insurance Ratepayers to Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal [ECF No. 4010]

F.   Joinder of the Blue Cross and Blue Shield Association to the Official
     Committee of Unsecured Creditors' Opposition to Motions for Stay
     Pending Appeal [ECF No. 4011]

G.   The Ad Hoc Group of Individual Victims' (I) Objection to the United
     States Trustee's and Certain Public Creditors' Motion for Stay Pending
     Appeal and (II) Joinder in the Opposition of the Official Committee of
     Unsecured Creditors to Motions for Stay Pending Appeal
     [ECF No. 4012]

H.   Debtors' Memorandum of Law in Opposition to the Motions for Stays
     of the Confirmation Order and the Advance Order Pending Appeal
     [ECF No. 4014]

I.   Opposition of the MSGE Group to the Motions to Stay Pending
     Appeal [ECF No. 4016]

J.   Joinder to the Opposition of the Official Committee of Unsecured
     Creditors to Motions for Stay Pending Appeal behalf of Ad Hoc Group
     of Hospitals [ECF No. 4017]

Reply: None

Related Documents:

A.   Modified Bench Ruling on Request For Confirmation Of Eleventh
     Amended Joint Chapter 11 Plan Signed on 9/17/2021 [ECF No. 3786]

B.   Findings of Fact, Conclusions of Law, and Order Confirming the
     Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue
     Pharma L.P. and its Affiliated Debtors Signed on 9/17/20
     [ECF No. 3787]

C.   Declaration of John M. Guard in Support of Ad Hoc Committee's
     Opposition to Motions for Stay Pending Appeal [ECF No. 4002 at pp.
     24-31]

D.   Declaration of Cheryl Juaire in Support of the Opposition of the
     Official Committee of Unsecured Creditors to Motions for Stay
     Pending Appeal [ECF No. 4007]

E.   Declaration of Kara Trainor in Support of the Opposition of the
     Official Committee of Unsecured Creditors to Motions for Stay
     Pending Appeal [ECF No. 4008]

F.   Debtors' Motion for Leave to Exceed the Page Limit in Filing
     Memorandum of Law in Opposition to the Motions for Stays of the
     Confirmation Order and the Advance Order Pending Appeal
     [ECF No. 4013]

G.  Declaration of Jesse DelConte [ECF No. 4015]

H.  Declaration of Colin Jorgensen [ECF No. 4016-1]

Status: This matter is going forward on a contested basis.

Dated:   November 5, 2021
         New York, New York

                              DAVIS POLK & WARDWELL LLP

                              By:   */s/ Eli J. Vonnegut*
                                        Eli J. Vonnegut

                              450 Lexington Avenue
                              New York, New York 10017
                              Telephone: (212) 450-4000
                              Facsimile:  (212) 701-5800
                              Marshall S. Huebner
                              Benjamin S. Kaminetzky
                              Timothy Graulich
                              Eli J. Vonnegut
                              Christopher S. Robertson

                              *Counsel to the Debtors*
                              *and Debtors in Possession*