IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:
PURDUE PHARMA L.P. et al.
CASE NUMBER: 19-23649-RDD

RE: PERSONAL INJURY CLAIMANT... LATE FILING ACCEPTANCE...
ROBERT P. CAUIK #00304967
JAMES T. VAUGHAN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DE 19977

CLAIM NUMBER: PENDING

---

HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
300 QUARROPASS STREET
WHITE PLAINS, NEW YORK 10601

JUDGE DRAIN,

I HAVE FILED A LATE PROOF OF CLAIM IN THE ABOVE CITED CASE AGAINST PURDUE PHARMA L.P. AND I AM WRITING TO RESOLVE WHETHER MY CLAIM WILL BE ACCEPTED. WHERE:

i. ADDICTION...

I WAS ADDICTED TO OPIOIDS AND STREET DRUGS. I UNDISPUTABLY CAN PROVE BEING PRESCRIBED THE PILLS... AND ADDICTION...

ii. INCARCERATION...

I BEGAN DOING CRIMES TO FEED MY ADDICTION, I WORE NO DISGUISES AND HURT NO ONE... HOWEVER THE LENGTHY PRISON SENTENCE WAS IMPOSED BEFORE THE STATE OF DELAWARE SETTLED THE STATE CASE AGAINST PURDUE PHARMA... HOWEVER:

ONE: THE SCIENCE AND MEDICAL FINDINGS ESTABLISH THE TOXICITY AND ACTUAL ADDICTIVE NATURE OF THE PILLS WAS WITHELD... AND...

TWO: WITH MY CLAIM, I INTEND TO HAVE THE DEPARTMENT OF JUSTICE TO REVIEW MY SENTENCE UNDER NEWLY DISCOVERED EVIDENCE OF ADDICTION... THEREFORE...

iii. ACCEPTANCE OF LATE FILED CLAIMS

I HUMBLY REQUEST THE COURT TO RULE MY CLAIM ACCEPTED. MOREOVER... THAT NOTICE BE RE-ESTABLISHED UPON INCARCERATED CLASS WHO CAN CLEARLY DEMONSTRATE ADDICTION TO OPIOIDS.

DATED: OCTOBER 31, 2021

/s/ Robert Caulk
ROBERT P. CAULK #00364967
J.T.V.C.C. 1181 PADDOCK ROAD
SMYRNA, DE 19977