IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:
Purdue Pharma L.P. et al
Case Number: 19-23649-RDD

Re: Personal Injury Claimant... Late Filing Acceptance
Lamere Wilmer Williamson #00565576
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Case Number: PENDING

---

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District New York
300 Quarropass Street
White Plains, New York 10601

Judge Drain,

I've File a late Proof of Claim against Purdue Pharma and I am writing to resolve whether the late claim will be accepted. I have filed in my state to verify being proscribed opioids over a long period of time and I pray the court will accept my claim.

My claim is based upon addiction leading to incarceration and with the science and medical issues supporting my defense/claim... May the court pave way to establish my claims.

Dated: October 31, 2021

_Lamar Will_
Lamere Wilmer-Williamson #00565576
J.T.V.C.C. 1181 Paddock Road
Smyrna, DE 19977