AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel:  (212) 872-1000
Fax:  (212) 872-1002
Ira S. Dizengoff
Arik Preis
Mitchell Hurley
Sara L. Brauner

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al*

COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
Justin R. Alberto (admitted *pro hac vice*)

*Efficiency Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- :
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
PURDUE PHARMA L.P., *et al*.,                                    :    Case No. 19-23649 (RDD)
                                                                 :
                                    Debtors.[1]                  :    (Jointly Administered)
                                                                 :
---------------------------------------------------------------- :

**EIGHTEENTH MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.**
**FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Applicant | Cole Schotz P.C. |
|---|---|
| **Name of Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | September 15, 2019 |
| **Date of Order Approving Employment** | April 22, 2020 (*nunc pro tunc* to February 24, 2020) |
| **Time Period Covered** | August 1, 2021 – August 31, 2021 |
| **Total Fees Incurred** | $73,364.50 |
| **20% Holdback** | $14,672.90 |
| **Total Fees Less 20% Holdback** | $58,691.60 |
| **Total Expenses Incurred** | $27.80 |
| **Total Fees and Expenses Requested** | $73,392.30 |

Cole Schotz P.C. ("Cole Schotz"), in its capacity as efficiency counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma, L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Eighteenth Monthly Fee Statement") covering the period from August 1, 2021 through and including August 31, 2021 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [D.I. 529].  By this Eighteenth Monthly Fee Statement, Cole Schotz requests (a) interim allowance and payment of compensation in the amount of $73,364.50 for fees on account of reasonable and necessary professional services rendered to the Committee by Cole Schotz and (b) reimbursement of actual and necessary costs and expenses in the amount of $27.80 incurred by Cole Schotz during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

1.     **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Cole

Schotz professional and paraprofessional that provided services to the Committee during the Compensation Period. The rates charged by Cole Schotz for services rendered to the Committee are the same rates that Cole Schotz charges generally for professional services rendered to its non-bankruptcy clients.

2.      **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Cole Schotz professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

3.      **Exhibit C** sets forth a complete itemization of tasks performed by Cole Schotz professionals and paraprofessionals that provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED DURING THE COMPENSATION PERIOD

4.      **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

5.      **Exhibit E** sets forth a complete itemization of disbursements incurred by Cole Schotz in connection with services rendered to the Committee during the Compensation Period.

## NOTICE OF OBJECTION PROCEDURES

6.      Notice of this Eighteenth Monthly Fee Statement will be given to (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne (Jon.Lowne@pharma.com); (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson (christopher.robertson@davispolk.com) and Dylan Consla (dylan.consla@davispolk.com); (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K.

Schwartzberg (Paul.Schwartzberg@usdoj.gov); and (iv) the independent fee examiner appointed

in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street,

Wilmington, Delaware, 19801 (dklauder@bk-legal.com) (collectively, the "Notice Parties").

7.      Objections to this Eighteenth Monthly Fee Statement, if any, must be filed with the

Court and served upon the Notice Parties and undersigned counsel to the Committee so as to be

received by no later than November 22, 2021 at 12:00 p.m. (ET) (the "Objection Deadline"),

setting forth the nature of the objection and the amount of fees or expenses at issue.

8.      If no objections to this Eighteenth Monthly Fee Statement are filed and served as

set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred

percent (100%) of the expenses identified herein.

9.      If an objection to this Eighteenth Monthly Fee Statement is received on or before the

Objection Deadline, the Debtors shall withhold payment of that portion of this Eighteenth Monthly

Fee Statement to which the objection is directed and promptly pay the remainder of the fees and

disbursements in the percentages set forth above.  To the extent such an objection is not resolved,

it shall be preserved and scheduled for consideration at the next interim fee application hearing to

be heard by the Court.

Dated: November 8, 2021
New York, New York

**AKIN GUMP STRAUSS HAUER & FELD LLP**

/s/ _Arik Preis_
Ira Dizengoff
Arik Preis
Mitchell Hurley
Sara Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

- _and_ –

**COLE SCHOTZ P.C.**

Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com

_Co-Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P.,_ et al.

# EXHIBIT A

## Timekeeper Summary

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) (since 2020) | $645.00 | 36.8 | $23,736.00 |
| Jason R. Melzer | 2003 | Member (Litigation) (since 2009) | $655.00 | 46.6 | $30,523.00 |
| Patrick J. Reilley | 2003 | Member (Bankruptcy) (since 2011) | $640.00 | 6.0 | $3,840.00 |
| Susan Usatine | 1998 | Member (Litigation) (since 2006) | $635.00 | 0.6 | $381.00 |
| Michael C. Klauder | 2014 | Member (Litigation) (since 2021) | $430.00 | 1.5 | $645.00 |
| Donald A. Ottaunick | 1984 | Member (Litigation) (since 2000) | $735.00 | 5.5 | $4,042.50 |
| Lauren M. Manduke | 2009 | Member (Litigation) (since 2017) | $520.00 | 1.8 | $936.00 |
| Sophie E. Macon | 2018 | Associate (Bankruptcy) (since 2020) | $450.00 | 0.2 | $90.00 |
| Larry Morton | N/A | Paralegal (Bankruptcy) (since 2020) | $315.00 | 7.2 | $2,268.00 |
| Kathleen R. Sermabekian | N/A | Paralegal (Litigation) (since 2016) | $270.00 | 23.0 | $6,210.00 |

---

[1] This rate is Cole Schotz P.C.'s regular hourly rate for legal services performed prior to September 1, 2021.  On August 27, 2021 Cole Schotz filed *Notice of Increase of Hourly Rates of Cole Schotz's Professionals* [ECF No. 3714] which adjusted hourly rates effective September 1, 2021.

| Pauline Z. Ratkowiak | N/A | Paralegal (Bankruptcy) (since 2008) | $315.00 | 2.2 | $693.00 |
| TOTAL | | | | 131.4 | $73,364.50 |

**EXHIBIT B**

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 1, 2021 THROUGH AUGUST 31, 2021

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.9 | $918.00 |
| Committee Matters and Creditor Meetings | 5.5 | $3,529.00 |
| Creditor Inquiries | 0.7 | $451.50 |
| Document Review/Committee Investigation | 30.5 | $11,315.50 |
| Litigation/Gen. (Except Automatic Stay Relief) | 1.9 | $899.00 |
| General | 0.9 | $580.50 |
| Fee Application Matters/Objections | 7.2 | $2,400.00 |
| Preparation for and Attendance at Hearings | 71.1 | $46,325.50 |
| Reorganization Plan | 9.9 | $6,378.50 |
| Retention Matters | 1.8 | $567.00 |
| **TOTAL** | **131.4** | **$73,364.50** |

**<u>EXHIBIT C</u>**

**<u>Invoice</u>**

# COLE SCHOTZ P.C.

Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

**FEDERAL ID# 22-2113414**

**New Jersey — New York — Maryland — Texas — Florida**

PURDUE PHARM, L.P.
N/A - FEE APPLICATION ONLY

| | |
|---|---|
| Invoice Date: | September 9, 2021 |
| Invoice Number: | 898987 |
| Matter Number: | 60810-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2021

| **CASE ADMINISTRATION** | | | **1.90** | **918.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 08/04/21 | PJR | REVIEW EMAIL FROM A. PREIS RE: CASE STATUS AND OPEN ISSUES | 0.10 | 64.00 |
| 08/10/21 | PJR | REVIEW EMAILS FROM A. PREIS RE: CASE STATUS AND OPEN ISSUES | 0.20 | 128.00 |
| 08/13/21 | LSM | ARRANGE TELEPHONIC APPEARANCE FOR J. ALBERTO FOR THE AUGUST 16, 2021 HEARING | 0.30 | 94.50 |
| 08/13/21 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH HEARING DATE | 0.10 | 31.50 |
| 08/24/21 | PVR | EMAIL FROM AND TO A. DE LEO AND DRAFT NOTICE OF RATE CHANGE FOR COLE SCHOTZ | 0.40 | 126.00 |
| 08/24/21 | SEM | COORDINATE PREPARATION OF AND REVIEW/REVISE CS NOTICE OF RATE CHANGE | 0.20 | 90.00 |
| 08/24/21 | PJR | REVIEW EMAIL FROM A. PREIS AND SUMMARY OF CONFIRMATION HEARING | 0.20 | 128.00 |
| 08/25/21 | PJR | REVIEW EMAILS FROM A. PREIS RE: SUMMARY OF CONFIRMATION HEARING | 0.20 | 128.00 |
| 08/26/21 | PJR | REVIEW EMAILS FROM A. PREIS RE: CASE STATUS AND CONFIRMATION ISSUES | 0.20 | 128.00 |

| **COMMITTEE MATTERS AND CREDITOR MEETINGS** | | | **5.50** | **3,529.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 08/01/21 | JRA | REVIEW OCC UPDATE MATERIALS | 0.30 | 193.50 |
| 08/02/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH M. ATKINSON, A. PREIS AND UCC MEMBERS | 0.60 | 387.00 |
| 08/02/21 | JRA | EMAILS WITH A. PREIS, OCC MEMBERS AND J. MELZER RE TODAY'S UPDATE CALL | 0.30 | 193.50 |
| 08/06/21 | PJR | ATTEND COMMITTEE CALL WITH MEMBERS AND COMMITTEE PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.50 | 320.00 |
| 08/06/21 | PJR | REVIEW EMAIL FROM A. PREIS AND RELATED COMMITTEE MATERIALS IN ADVANCE OF CALL | 0.30 | 192.00 |
| 08/06/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS AND UCC MEMBERS | 0.40 | 258.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  898987 |
|---|---|---|
| | Client/Matter No. 60810-0001 | September 9, 2021 |
| | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/09/21 | PJR | REVIEW EMAIL FROM A. PREIS AND REVIEW RELATED PLEADINGS IN ADVANCE OF COMMITTEE CALL | 0.40 | 256.00 |
| 08/09/21 | PJR | ATTEND COMMITTEE CALL WITH MEMBERS AND COMMITTEE PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.40 | 256.00 |
| 08/15/21 | JRA | REVIEW A. PREIS UCC UPDATE EMAIL AND MATERIALS | 0.20 | 129.00 |
| 08/24/21 | PJR | ATTEND COMMITTEE MEETING RE: CASE STATUS AND OPEN ISSUES | 0.90 | 576.00 |
| 08/30/21 | PJR | REVIEW EMAILS FROM A. PREIS AND REVIEW RELATED COMMITTEE MATERIALS RE: COMMITTEE UPDATE, PLAN ISSUES AND CASE STATUS | 0.30 | 192.00 |
| 08/30/21 | PJR | PARTICIPATE ON COMMITTEE CALL WITH MEMBERS AND COMMITTEE PROFESSIONALS RE: CASE STATUS AND OPEN ISSUES | 0.90 | 576.00 |

| CREDITOR INQUIRIES | | | 0.70 | 451.50 |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/27/21 | JRA | RETURN ADDITIONAL CREDITOR INQUIRIES RE CONFIRMATION | 0.30 | 193.50 |
| 08/30/21 | JRA | RETURN CREDITOR INQUIRIES RE CONFIRMATION | 0.40 | 258.00 |

| DOCUMENT REVIEW/COMMITEE INVESTIGATION | | | 30.50 | 11,315.50 |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/02/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE | 0.80 | 216.00 |
| 08/02/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.60 | 162.00 |
| 08/03/21 | LYM | CHECK AND ADDRESS HOT DOCUMENTS | 0.40 | 208.00 |
| 08/03/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.60 | 162.00 |
| 08/03/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE | 0.80 | 216.00 |
| 08/04/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.60 | 162.00 |
| 08/04/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE. | 0.80 | 216.00 |
| 08/05/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE. | 0.80 | 216.00 |

COLE SCHOTZ P.C.

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 898987 |
|-----|---------------------------------------------|----------------------|
|     | Client/Matter No. 60810-0001                | September 9, 2021    |
|     |                                             | Page 3               |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 08/05/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.60 | 162.00 |
| 08/06/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.60 | 162.00 |
| 08/06/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE. | 0.70 | 189.00 |
| 08/09/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.60 | 162.00 |
| 08/09/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE. | 0.80 | 216.00 |
| 08/10/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.60 | 162.00 |
| 08/10/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE. | 0.80 | 216.00 |
| 08/11/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.60 | 162.00 |
| 08/11/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE. | 0.80 | 216.00 |
| 08/12/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE. | 0.80 | 216.00 |
| 08/12/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.60 | 162.00 |
| 08/13/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE. | 0.70 | 189.00 |
| 08/13/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.60 | 162.00 |
| 08/13/21 | LYM | SECOND LEVEL REVIEW OF HOT DOCUMENTS | 1.40 | 728.00 |
| 08/18/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.60 | 162.00 |
| 08/18/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE. | 0.70 | 189.00 |

COLE SCHOTZ P.C.

Re:      OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  898987
         Client/Matter No. 60810-0001                                    September 9, 2021
                                                                                Page 4

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 08/23/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.50 | 135.00 |
| 08/23/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE. | 0.60 | 162.00 |
| 08/24/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.50 | 135.00 |
| 08/24/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE. | 0.60 | 162.00 |
| 08/25/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.50 | 135.00 |
| 08/25/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE. | 0.60 | 162.00 |
| 08/26/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE. | 0.60 | 162.00 |
| 08/26/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.50 | 135.00 |
| 08/27/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.50 | 135.00 |
| 08/27/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE. | 0.60 | 162.00 |
| 08/30/21 | DAO | REVIEW DOCUMENTS IN CONNECTION WITH SETTLEMENT ANALYSIS | 0.30 | 220.50 |
| 08/30/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE. | 0.80 | 216.00 |
| 08/30/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.50 | 135.00 |
| 08/31/21 | SMU | WORK ON DISCOVERY REVIEW | 0.20 | 127.00 |
| 08/31/21 | DAO | REVIEW DOCUMENTS | 5.20 | 3,822.00 |
| 08/31/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR PURDUE CONFIRMATION RESERVE FTP DATABASE. | 0.50 | 135.00 |
| 08/31/21 | KYS | PREPARE RELATIVITY SEARCH RE: BATCHES REVIEWED, BATCHES IN PROGRESS, AND BATCHES TO BE COMPLETED FOR CHAPTER 11 CASE DATABASE. | 0.60 | 162.00 |

**COLE SCHOTZ P.C.**

Re:      OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  898987
         Client/Matter No. 60810-0001                                              September 9, 2021
                                                                                          Page 5

**FEE APPLICATION MATTERS/OBJECTIONS**                                      **7.20**      **2,400.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 08/15/21 | JRA | REVIEW AND COMMENT ON DRAFT FEE ORDER (.1); EMAILS WITH E. LISOVICZ RE SAME (.2) | 0.30 | 193.50 |
| 08/19/21 | LSM | DRAFT SIXTEENTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.90 | 283.50 |
| 08/20/21 | JRA | EMAILS WITH LM RE FEE APPS | 0.10 | 64.50 |
| 08/23/21 | LSM | COMPLETE DRAFT OF SIXTEENTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ AND FORWARD SAME TO J. ALBERTO RE: JUNE 2021 FEES/EXPENSES | 1.80 | 567.00 |
| 08/26/21 | LSM | REVIEW EXHIBITS/INVOICE FOR JULY 2021 FEES/EXPENSE FOR COLE SCHOTZ | 0.80 | 252.00 |
| 08/30/21 | LSM | DRAFT SEVENTEENTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ FEES/EXPENSES FOR JULY 2021 AND FORWARD SAME TO J. ALBERTO WITH COMMENTS | 3.30 | 1,039.50 |

**GENERAL**                                                                  **0.90**      **580.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 08/30/21 | JRA | PARTICIPATE IN UCC UPDATE CALL WITH A. PREIS, S. BRAUNER, M. ATKINSON AND UCC MEMBERS | 0.90 | 580.50 |

**LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)**                         **1.90**      **899.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 08/04/21 | MXK | REVIEW DRAFT RESPONSES TO AGLIC'S DISCOVERY REQUESTS | 0.30 | 129.00 |
| 08/11/21 | MXK | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL RE: INSURANCE COVERAGE CLAIM/ISSUES | 1.20 | 516.00 |
| 08/30/21 | SMU | WORK ON DISCOVERY REVIEW | 0.40 | 254.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS**                              **71.10**     **46,325.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 08/09/21 | JRA | EMAILS WITH A. PREIS AND UCC MEMBERS RE PRETRIAL HEARING | 0.20 | 129.00 |
| 08/11/21 | JRA | EMAILS WITH J. MELZER AND A. PREIS RE CONFIRMATION HEARING | 0.20 | 129.00 |
| 08/12/21 | JRM | ATTEND CONFIRMATION HEARING. | 5.40 | 3,537.00 |
| 08/12/21 | JRA | EMAILS WITH A. PREIS, J. MELZER AND UCC MEMBERS RE CONFIRMATION HEARING | 0.30 | 193.50 |
| 08/13/21 | JRM | ATTEND CONFIRMATION HEARING. | 5.10 | 3,340.50 |
| 08/13/21 | JRA | EMAILS WITH E. LISOVICZ AND LM RE 8/16 HEARING | 0.30 | 193.50 |
| 08/13/21 | JRA | EMAILS WITH A. PREIS AND UCC MEMBERS RE TODAY'S HEARING | 0.20 | 129.00 |
| 08/15/21 | JRA | EMAILS WITH J. MELZER RE CONFIRMATION AND FEE HEARING | 0.20 | 129.00 |

COLE SCHOTZ P.C.

Re:        OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  898987
           Client/Matter No. 60810-0001                                     September 9, 2021
                                                                                        Page 6

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 08/15/21 | JRA | FURTHER EMAILS WITH A. PREIS AND UCC MEMBERS RE CONFIRMATION HEARING AND ISSUES FOR SAME | 0.40 | 258.00 |
| 08/16/21 | JRM | ATTEND CONFIRMATION HEARING. | 6.20 | 4,061.00 |
| 08/16/21 | JRA | ATTEND HEARING (PARTIAL) | 3.90 | 2,515.50 |
| 08/17/21 | JRM | ATTEND CONFIRMATION HEARING. | 5.60 | 3,668.00 |
| 08/17/21 | JRA | ATTEND HEARING (PARTIAL) | 3.50 | 2,257.50 |
| 08/18/21 | JRA | ATTEND HEARING (PARTIAL) | 2.70 | 1,741.50 |
| 08/18/21 | JRA | SEVERAL EMAILS WITH A. PREIS, UCC MEMBERS AND LITIGATION PARTIES RE CONFIRMATION HEARING | 0.60 | 387.00 |
| 08/18/21 | JRM | ATTEND CONFIRMATION HEARING. | 4.10 | 2,685.50 |
| 08/19/21 | JRM | ATTEND CONFIRMATION HEARING. | 5.50 | 3,602.50 |
| 08/19/21 | JRA | SEVERAL EMAILS WITH A. PREIS, M. ATKINSON AND UCC MEMBERS RE CONFIRMATION HEARING | 0.60 | 387.00 |
| 08/19/21 | JRA | ATTEND HEARING (PARTIAL) | 2.00 | 1,290.00 |
| 08/22/21 | JRA | EMAILS WITH A. PREIS AND LITIGATION PARTIES RE CONFIRMATION HEARING | 0.40 | 258.00 |
| 08/23/21 | JRM | ATTEND ORAL ARGUMENT/CONFIRMATION HEARING. | 7.20 | 4,716.00 |
| 08/23/21 | JRA | ATTEND HEARING (PARTIAL) | 5.50 | 3,547.50 |
| 08/23/21 | JRA | EMAILS WITH A. PREIS, M. ATKINSON AND UCC MEMBERS RE CONFIRMATION HEARING | 0.60 | 387.00 |
| 08/25/21 | JRA | EMAILS WITH A. PREIS, M. ATKINSON AND UCC MEMBERS RE CONFIRMATION HEARING | 0.60 | 387.00 |
| 08/25/21 | JRM | ATTEND ORAL ARGUMENT/CONFIRMATION HEARING. | 6.30 | 4,126.50 |
| 08/25/21 | JRA | ATTEND MORNING SESHION OF HEARING (PARTIAL) | 2.00 | 1,290.00 |
| 08/25/21 | JRA | EMAILS WITH A. PREIS AND LITIGATION PARTIES RE CONFIRMATION HEARING | 0.30 | 193.50 |
| 08/27/21 | JRM | ATTEND ORAL ARGUMENT/CONFIRMATION HEARING. | 1.20 | 786.00 |

| **REORGANIZATION PLAN** | | | **9.90** | **6,378.50** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 08/04/21 | JRA | EMAILS WITH A. PREIS, UCC MEMBERS AND M. ATKINSON RE CONFIRMATION BRIEF AND CHAMBERS CONFERENCE | 0.60 | 387.00 |
| 08/04/21 | JRA | EMAILS (.6); AND T/C'S (.3) WITH A. PREIS, M. ATKINSON AND UCC MEMBERS RE CONFIRMATION | 0.90 | 580.50 |
| 08/05/21 | JRA | REVIEW AND COMMENT ON PORTIONS OF DRAFT UCC STATEMENT RE PLAN (PARTS PERTINENT TO CS ENGAGEMENT SCOPE) | 0.80 | 516.00 |
| 08/05/21 | JRA | REVIEW FINAL VOTING TABLUATION (.2) AND EMAILS WITH UCC MEMBERS AND A. PREIS RE SAME (.1) | 0.30 | 193.50 |
| 08/12/21 | PJR | REVIEW EMAILS FROM A. PREIS RE: CONFIRMATION HEARING | 0.10 | 64.00 |
| 08/13/21 | JRA | EMAILS WITH A. PREIS AND K. PORTER RE INSURANCE ISSUES | 0.30 | 193.50 |

**COLE SCHOTZ P.C.**

Re:        OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  898987
           Client/Matter No. 60810-0001                                      September 9, 2021
                                                                                      Page 7

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 08/13/21 | PJR | REVIEW EMAILS FROM A. PREIS RE: SUMMARY OF CONFIRMATION HEARING ADN CASE STATUS | 0.20 | 128.00 |
| 08/16/21 | JRA | EMAILS WITH A. PREIS, M. ATKINSON, S. BRAUNER AND UCC MEMBERS RE CONFIRMATION HEARING ISSUES | 0.60 | 387.00 |
| 08/17/21 | JRA | FURTHER EMAILS WITH A. PREIS, UCC MEMBERS AND M. ATKINSON RE CONFIRMATION HEARING (.3); RETURN CALLS TO CREDITORS RE SAME (.3) | 0.60 | 387.00 |
| 08/17/21 | PJR | REVIEW EMAILS FROM A. PREIS RE: CONFIRMATION ISSUES | 0.20 | 128.00 |
| 08/23/21 | PJR | REVIEW EMAILS FROM A. PREIS RE: CONFIRMATION HEARING ISSUES | 0.20 | 128.00 |
| 08/23/21 | PJR | REVIEW DEBTORS REPLY TO OBJECTION STATES RE: PROPOSED CONFIRMATION ORDER | 0.10 | 64.00 |
| 08/25/21 | PJR | REVIEW AND ANALYZE AMENDED PLAN AND REVISED CONFIRMATION ORDER | 0.40 | 256.00 |
| 08/26/21 | JRA | EMAILS (1.4) AND T/C'S (1.5) WITH A. PREIS, M. ATKINSON, UCC MEMBERS AND LITIGATION PARTIES RE CONFIRMATION HEARING ISSUES | 2.90 | 1,870.50 |
| 08/27/21 | JRA | EMAILS WITH A. PREIS, M. ATKINSON AND UCC MEMBERS RE CONFIRMATION ISSUES | 0.60 | 387.00 |
| 08/28/21 | JRA | EMAILS WITH A. PREIS RE OPEN CONFIRMATION ISSUES | 0.20 | 129.00 |
| 08/31/21 | PJR | REVIEW EMAILS FROM A. PREIS RE: COMMITTEE UPDATE AND PLAN ISSUES | 0.20 | 128.00 |
| 08/31/21 | JRA | SEVERAL EMAILS WITH A. PREIS, M. ATKINSON AND UCC MEMBERS RE CONFIRMATION UPDATES | 0.70 | 451.50 |

**RETENTION MATTERS**                                                          **1.80**   **567.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 08/25/21 | PVR | EMAILS FROM AND TO S. MACON AND RESEARCH RE: PREVIOUS FILED NOTICES OF RATE CHANGE FOR COLE SCHOTZ AND OTHER PROFESSIONALS | 1.30 | 409.50 |
| 08/25/21 | PVR | EMAILS FROM AND TO S. MACON AND A. DE LEO AND FURTHER REVISE NOTICE OF INCREASE OF HOURLY RATES FOR COLE SCHOTZ PROFESSIONALS | 0.20 | 63.00 |
| 08/25/21 | PVR | EMAIL FROM AND TO S. MACON AND A. DE LEO AND REVIEW AND REVISE NOTICE OF INCREASE OF HOURLY RATES FOR COLE SCHOTZ PROFESSIONALS | 0.10 | 31.50 |
| 08/25/21 | PVR | EMAIL TO AND FROM J. ALBERTO AND S. MACON AND PREPARE NOTICE OF INCREASE OF HOURLY RATES FOR COLE SCHOTZ PROFESSIONALS FOR FILING | 0.10 | 31.50 |
| 08/27/21 | PVR | EMAIL FROM AND TO S. MACON, J. ALBERTO AND A. DE LEO AND REVIEW AND REVISE NOTICE OF INCREASE OF HOURLY RATES OF COLE SCHOTZ PROFESSIONALS | 0.10 | 31.50 |

**COLE SCHOTZ P.C.**

Re:      OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  898987
         Client/Matter No. 60810-0001                                September 9, 2021
                                                                             Page 8

---

                                          TOTAL HOURS      131.40

PROFESSIONAL SERVICES:                                                    $73,364.50

**TIMEKEEPER SUMMARY**

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|
| Alberto, Justin | Member | 36.80 | 645.00 | 23,736.00 |
| Donald A. Ottaunick | Member | 5.50 | 735.00 | 4,042.50 |
| Jason R. Melzer | Member | 46.60 | 655.00 | 30,523.00 |
| Kathleen R Sermabekian | Paralegal | 23.00 | 270.00 | 6,210.00 |
| Lauren M. Manduke | Member | 1.80 | 520.00 | 936.00 |
| Macon, Sophie | Associate | 0.20 | 450.00 | 90.00 |
| Michael C. Klauder | Member | 1.50 | 430.00 | 645.00 |
| Morton, Larry | Paralegal | 7.20 | 315.00 | 2,268.00 |
| Patrick J. Reilley | Member | 6.00 | 640.00 | 3,840.00 |
| Pauline Z. Ratkowiak | Paralegal | 2.20 | 315.00 | 693.00 |
| Susan Usatine | Member | 0.60 | 635.00 | 381.00 |
| | **Total** | **131.40** | | **$73,364.50** |

**<u>EXHIBIT D</u>**

**EXPENSE SUMMARY**
**<u>AUGUST 1, 2021 THROUGH AUGUST 31, 2021</u>**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Online Research | WestLaw | $27.80 |
| **TOTAL** | | **$27.80** |

**<u>EXHIBIT E</u>**

**<u>Expense Detail</u>**

**COLE SCHOTZ P.C.**

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  898987 |
| | Client/Matter No. 60810-0001 | September 9, 2021 |
| | | Page 9 |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 07/09/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 07/09/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 07/09/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 07/09/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 07/09/21 | ONLINE RESEARCH | 20.00 | 2.00 |
| 07/09/21 | ONLINE RESEARCH | 8.00 | 0.80 |
| 07/09/21 | ONLINE RESEARCH | 25.00 | 2.50 |
| 07/13/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| 07/13/21 | ONLINE RESEARCH | 20.00 | 2.00 |
| 07/13/21 | ONLINE RESEARCH | 25.00 | 2.50 |
| 07/13/21 | ONLINE RESEARCH | 30.00 | 3.00 |
| | | **Total** | **$27.80** |

TOTAL SERVICES AND COSTS:                                     $        73,392.30