**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF TWENTY-SECOND MONTHLY FEE STATEMENT OF
JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | August 1, 2021 through August 31, 2021 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $1,410.00 |
| This is a(n): monthly _x_ interim ___ final application ___ | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**TWENTY-SECOND MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
**August 1, 2021 through August 31, 2021**

### Jefferies LLC
### Summary of Hours by Category

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | - |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 32.0 |
| 4 | Debtor Communication | 53.5 |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | 38.0 |
| 8 | Travel | - |
| 9 | Due Diligence | 39.5 |
| 10 | Business Plan | - |
| 11 | Case Strategy | - |
| | | **163.0** |

### Jefferies LLC
### Summary of Hours by Professional

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-Head/Managing Director, Debt Advisory & Restructuring | 31.0 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 14.0 |
| Jaspinder Kanwal | Senior Vice President, Debt Advisory & Restructuring | 35.5 |
| Kamil Abdullah | Analyst, Debt Advisory & Restructuring | 43.0 |
| Kevin Sheridan | Co-Head/Managing Director, Global Healthcare Investment Banking | 9.5 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 8.5 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 6.5 |
| Connor Hattersley | Associate, Global Healthcare Investment Banking | 15.0 |
| | | **163.0** |

# TWENTY-SECOND MONTHLY FEE STATEMENT OF JEFFERIES LLC

## EXPENSES BY CATEGORY
### August 1, 2021 through August 31, 2021

| Category | August 2021 |
|---|---:|
| Meals | $ - |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | 1,410.00 |
| General | - |
| **Total Expenses** | **$1,410.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**TWENTY-SECOND MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from August 1, 2021 through August 31, 2021 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $1,410.00. In support of this Fee Statement, Jefferies respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Jurisdiction and Venue**

1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2.     On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.     On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131]. Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4.     On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application").[2] A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5.     On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Retention Application.

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6.  On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

**Relief Requested**

7.  By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from August 1, 2021 through August 31, 2021; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $1,410.00.

8.     All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order. Such time records are attached hereto as Exhibit A.

9.     The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

**Actual and Necessary Expenses**

10.    Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order. As set forth in greater detail in the summary attached hereto as Exhibit B, Jefferies' total expenses incurred during the Compensation Period are $1,410.00, including outside counsel fees as permitted under the Retention Order.

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from August 1, 2021 through August 31, 2021; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $1,410.00.

Dated: November 8, 2021  
       New York, New York

Respectfully submitted,

*/s/ Leon Szlezinger*  
Leon Szlezinger  
Managing Director and Joint Global Head of  
Debt Advisory & Restructuring  
JEFFERIES LLC

Pg 9 of 16

## Exhibit A

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| | **August 1, 2021 - August 31, 2021 Hours for Creditor Communication** | | **32.0** | |
| 08/02/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 08/02/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 08/02/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 08/02/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 08/02/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 08/02/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 08/02/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 08/02/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 08/06/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 08/06/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 08/06/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 08/06/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 08/06/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 08/06/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 08/06/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 08/06/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 08/09/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 08/09/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 08/09/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 08/09/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 08/09/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 08/09/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 08/09/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 08/09/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 08/30/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 08/30/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 08/30/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 08/30/21 | Kamil Abdullah | *Attend UCC update call* | 1.0 | 3 |
| 08/30/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 08/30/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 08/30/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 08/30/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| | **August 1, 2021 - August 31, 2021 Hours for Debtor Communication** | | **53.5** | |
| 08/12/21 | Leon Szlezinger | *Attend Confirmation Hearing* | 2.0 | 4 |
| 08/12/21 | Robert White | *Attend Confirmation Hearing* | 1.5 | 4 |
| 08/12/21 | Jaspinder Kanwal | *Attend Confirmation Hearing* | 1.5 | 4 |
| 08/12/21 | Kamil Abdullah | *Attend Confirmation Hearing* | 2.0 | 4 |
| 08/12/21 | Kevin Sheridan | *Attend Confirmation Hearing* | 1.5 | 4 |
| 08/12/21 | James Wiltshire | *Attend Confirmation Hearing* | 1.0 | 4 |
| 08/13/21 | Leon Szlezinger | *Attend Confirmation Hearing* | 1.5 | 4 |
| 08/13/21 | Jaspinder Kanwal | *Attend Confirmation Hearing* | 2.0 | 4 |
| 08/13/21 | Kamil Abdullah | *Attend Confirmation Hearing* | 1.5 | 4 |
| 08/16/21 | Leon Szlezinger | *Attend Confirmation Hearing* | 1.5 | 4 |
| 08/16/21 | Robert White | *Attend Confirmation Hearing* | 1.0 | 4 |
| 08/16/21 | Kamil Abdullah | *Attend Confirmation Hearing* | 1.5 | 4 |
| 08/17/21 | Jaspinder Kanwal | *Attend Confirmation Hearing* | 2.0 | 4 |
| 08/17/21 | Kamil Abdullah | *Attend Confirmation Hearing* | 2.0 | 4 |
| 08/18/21 | Leon Szlezinger | *Attend Confirmation Hearing* | 2.5 | 4 |
| 08/18/21 | Jaspinder Kanwal | *Attend Confirmation Hearing* | 1.5 | 4 |
| 08/18/21 | Kamil Abdullah | *Attend Confirmation Hearing* | 2.5 | 4 |
| 08/19/21 | Leon Szlezinger | *Attend Confirmation Hearing* | 1.5 | 4 |
| 08/19/21 | Jaspinder Kanwal | *Attend Confirmation Hearing* | 1.0 | 4 |
| 08/19/21 | Kamil Abdullah | *Attend Confirmation Hearing* | 2.5 | 4 |
| 08/23/21 | Leon Szlezinger | *Attend Confirmation Hearing* | 1.5 | 4 |
| 08/23/21 | Robert White | *Attend Confirmation Hearing* | 1.0 | 4 |
| 08/23/21 | Jaspinder Kanwal | *Attend Confirmation Hearing* | 3.0 | 4 |
| 08/23/21 | Kamil Abdullah | *Attend Confirmation Hearing* | 3.0 | 4 |
| 08/23/21 | Kevin Sheridan | *Attend Confirmation Hearing* | 1.0 | 4 |
| 08/25/21 | Jaspinder Kanwal | *Attend Confirmation Hearing* | 2.0 | 4 |
| 08/25/21 | Kamil Abdullah | *Attend Confirmation Hearing* | 1.5 | 4 |
| 08/27/21 | Leon Szlezinger | *Attend Confirmation Hearing* | 1.0 | 4 |
| 08/27/21 | Robert White | *Attend Confirmation Hearing* | 1.5 | 4 |
| 08/27/21 | Jaspinder Kanwal | *Attend Confirmation Hearing* | 1.0 | 4 |
| 08/27/21 | Kamil Abdullah | *Attend Confirmation Hearing* | 1.5 | 4 |
| 08/30/21 | Kevin Sheridan | *Review Confirmation Hearing transcript* | 0.5 | 4 |
| 08/30/21 | James Wiltshire | *Review Confirmation Hearing transcript* | 1.0 | 4 |
| | **August 1, 2021 - August 31, 2021 Hours for Plan of Reorganization** | | **38.0** | |
| 08/03/21 | Kamil Abdullah | *Review of Revised Confirmation Brief* | 0.5 | 7 |
| 08/04/21 | Robert White | *Review of Revised Confirmation Brief* | 0.5 | 7 |
| 08/04/21 | Jaspinder Kanwal | *Review of Revised Confirmation Brief* | 1.5 | 7 |
| 08/05/21 | Kamil Abdullah | *Review of Revised Confirmation Brief* | 0.5 | 7 |
| 08/06/21 | Leon Szlezinger | *Review of Revised Confirmation Brief* | 1.0 | 7 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 08/06/21 | Kevin Sheridan | *Review of Revised Confirmation Brief* | 0.5 | 7 |
| 08/06/21 | James Wiltshire | *Review of Revised Confirmation Brief* | 1.5 | 7 |
| 08/07/21 | Kamil Abdullah | *Review of draft Confirmation Order* | 0.5 | 7 |
| 08/08/21 | Leon Szlezinger | *Review of draft Confirmation Order* | 2.0 | 7 |
| 08/08/21 | Jaspinder Kanwal | *Review of draft Confirmation Order* | 1.5 | 7 |
| 08/08/21 | Kamil Abdullah | *Review of draft Confirmation Order* | 1.0 | 7 |
| 08/09/21 | Leon Szlezinger | *Review of revised Plan* | 1.0 | 7 |
| 08/09/21 | Kamil Abdullah | *Review of revised Plan* | 0.5 | 7 |
| 08/10/21 | Jaspinder Kanwal | *Review of revised Plan* | 1.0 | 7 |
| 08/12/21 | Robert White | *Review of revised Plan* | 1.0 | 7 |
| 08/12/21 | Robert White | *Review of revised Plan* | 1.0 | 7 |
| 08/12/21 | Kamil Abdullah | *Review of revised Plan* | 1.0 | 7 |
| 08/13/21 | Jaspinder Kanwal | *Review of revised Plan* | 1.0 | 7 |
| 08/16/21 | Leon Szlezinger | *Review of revised Plan* | 1.5 | 7 |
| 08/16/21 | Kamil Abdullah | *Review of revised Plan* | 0.5 | 7 |
| 08/17/21 | Jaspinder Kanwal | *Review of revised Plan* | 1.0 | 7 |
| 08/23/21 | Leon Szlezinger | *Review of revised Plan* | 1.5 | 7 |
| 08/23/21 | Jaspinder Kanwal | *Review of revised Plan* | 0.5 | 7 |
| 08/23/21 | Kamil Abdullah | *Review of revised Plan* | 1.0 | 7 |
| 08/23/21 | Kamil Abdullah | *Review of Confirmation Order* | 1.5 | 7 |
| 08/23/21 | Kamil Abdullah | *Review of Fifteenth Plan Supplement* | 0.5 | 7 |
| 08/24/21 | Jaspinder Kanwal | *Review of revised Plan* | 1.5 | 7 |
| 08/24/21 | Jaspinder Kanwal | *Review of Fifteenth Plan Supplement* | 1.5 | 7 |
| 08/26/21 | Leon Szlezinger | *Review of Confirmation Order* | 1.5 | 7 |
| 08/28/21 | Leon Szlezinger | *Review of revised Plan* | 1.0 | 7 |
| 08/28/21 | Leon Szlezinger | *Review of Fifteenth Plan Supplement* | 0.5 | 7 |
| 08/28/21 | Kamil Abdullah | *Review of revised Plan* | 0.5 | 7 |
| 08/31/21 | Leon Szlezinger | *Review of revised Plan* | 0.5 | 7 |
| 08/31/21 | Robert White | *Review of revised Plan* | 0.5 | 7 |
| 08/31/21 | Robert White | *Review of revised Confirmation Order* | 0.5 | 7 |
| 08/31/21 | Jaspinder Kanwal | *Review of revised Plan* | 0.5 | 7 |
| 08/31/21 | Jaspinder Kanwal | *Review of revised Confirmation Order* | 0.5 | 7 |
| 08/31/21 | Kamil Abdullah | *Review of revised Plan* | 0.5 | 7 |
| 08/31/21 | Kamil Abdullah | *Review of revised Confirmation Order* | 1.0 | 7 |
| 08/31/21 | Kevin Sheridan | *Review of revised Plan* | 1.5 | 7 |
| 08/31/21 | James Wiltshire | *Review of revised Plan* | 0.5 | 7 |
| | **August 1, 2021 - August 31, 2021 Hours for Due Diligence** | | **39.5** | |
| 08/01/21 | Leon Szlezinger | *Review of Omnibus Motion for Trust Advance* | 1.5 | 9 |
| 08/01/21 | Kamil Abdullah | *Review of Omnibus Motion for Trust Advance* | 0.5 | 9 |
| 08/02/21 | Jaspinder Kanwal | *Review of Omnibus Motion for Trust Advance* | 1.5 | 9 |
| 08/02/21 | Kamil Abdullah | *Review PPLP data room uploads* | 1.5 | 9 |
| 08/03/21 | Kamil Abdullah | *Review PPLP data room uploads* | 1.0 | 9 |
| 08/05/21 | Leon Szlezinger | *Review Purdue financial update presentation* | 0.5 | 9 |
| 08/05/21 | Robert White | *Review Purdue financial update presentation* | 0.5 | 9 |
| 08/05/21 | Kamil Abdullah | *Review Purdue financial update presentation* | 0.5 | 9 |
| 08/06/21 | Jaspinder Kanwal | *Review Purdue financial update presentation* | 0.5 | 9 |
| 08/06/21 | Kamil Abdullah | *Review PPLP data room uploads* | 0.5 | 9 |
| 08/09/21 | Leon Szlezinger | *Review of Sackler Letter* | 0.5 | 9 |
| 08/09/21 | Kamil Abdullah | *Review of Sackler Letter* | 0.5 | 9 |
| 08/09/21 | William Maselli | *Review Purdue financial update presentation* | 0.5 | 9 |
| 08/09/21 | Connor Hattersley | *Review Purdue financial update presentation* | 0.5 | 9 |
| 08/09/21 | Connor Hattersley | *Review PPLP data room uploads* | 2.5 | 9 |
| 08/10/21 | Jaspinder Kanwal | *Review of Sackler Letter* | 1.0 | 9 |
| 08/10/21 | Connor Hattersley | *Review PPLP data room uploads* | 1.5 | 9 |
| 08/12/21 | Robert White | *Review of revised Sackler Agreement* | 1.0 | 9 |
| 08/12/21 | Kamil Abdullah | *Review of revised Sackler Agreement* | 1.0 | 9 |
| 08/13/21 | Leon Szlezinger | *Review of revised Sackler Agreement* | 0.5 | 9 |
| 08/13/21 | Jaspinder Kanwal | *Review of revised Sackler Agreement* | 1.5 | 9 |
| 08/16/21 | Kamil Abdullah | *Review PPLP data room uploads* | 1.0 | 9 |
| 08/19/21 | Kamil Abdullah | *Review of Sixth Monitor Report* | 1.5 | 9 |
| 08/23/21 | Leon Szlezinger | *Review of Sixth Monitor Report* | 1.0 | 9 |
| 08/23/21 | Jaspinder Kanwal | *Review of Sixth Monitor Report* | 2.0 | 9 |
| 08/23/21 | Connor Hattersley | *Review PPLP data room uploads* | 2.0 | 9 |
| 08/25/21 | Kamil Abdullah | *Review PPLP data room uploads* | 1.5 | 9 |
| 08/26/21 | Kamil Abdullah | *Review PPLP data room uploads* | 1.0 | 9 |
| 08/26/21 | William Maselli | *Review PPLP data room uploads* | 1.0 | 9 |
| 08/30/21 | Kamil Abdullah | *Review Purdue financial update presentation* | 0.5 | 9 |
| 08/30/21 | Kevin Sheridan | *Review Purdue financial update presentation* | 0.5 | 9 |
| 08/30/21 | James Wiltshire | *Review Purdue financial update presentation* | 0.5 | 9 |
| 08/30/21 | William Maselli | *Review Purdue financial update presentation* | 1.0 | 9 |
| 08/30/21 | Connor Hattersley | *Review PPLP data room uploads* | 1.5 | 9 |
| 08/31/21 | Leon Szlezinger | *Review Purdue financial update presentation* | 0.5 | 9 |
| 08/31/21 | Leon Szlezinger | *Review of Letter to DOJ* | 0.5 | 9 |
| 08/31/21 | Jaspinder Kanwal | *Review Purdue financial update presentation* | 0.5 | 9 |
| 08/31/21 | Kamil Abdullah | *Review of Letter to DOJ* | 0.5 | 9 |
| 08/31/21 | Connor Hattersley | *Review PPLP data room uploads* | 2.0 | 9 |
| 08/31/21 | Connor Hattersley | *Review Purdue financial update presentation* | 1.0 | 9 |
| | **August 1, 2021 - August 31, 2021 Total Hours** | | **163.0** | |

## Exhibit B

**Expenses**

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|
| Baker Botts | $1,410.00 | 08/31/21 | Legal | Legal invoice from counsel |

19-23649-shl    Doc 4079    Filed 11/08/21    Entered 11/08/21 18:40:50    Main Document
Pg 13 of 16

# BAKER BOTTS L.L.P.

Austin        Moscow
Brussels      **New York**
Dallas        Palo Alto
Dubai         Riyadh
Hong Kong     San Francisco
Houston       Washington
London

TAX ID 74-1195457

Jefferies LLC
520 Madison Avenue
Attn: Leon Szlezinger
New York, NY 10022

Invoice Number:   40001297
Invoice Date:     September 13, 2021
Attorney:         R L Spigel

Total fees for services and expenses for the matter shown below through August 31, 2021

**082383.0108**
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/05/21 | J R Herz | 0.1 | Email Jefferies team concerning payment of May invoice |
| 08/13/21 | J R Herz | 0.2 | Coordinate electronic appearance for the hearing |
| 08/14/21 | J R Herz | 0.1 | Review interim fee application |
| 08/16/21 | J R Herz | 0.6 | Prepare for and attend fee hearing |
| 08/19/21 | J R Herz | 0.1 | Email K. Abdullah (Jefferies) entered fee order |
| 08/26/21 | J R Herz | 0.4 | Draft June Monthly Fee Statement |

**Matter Hours**     1.5

**Matter Fees**      $1,410.00

Page 1

**BAKER BOTTS** L.L.P.

| | Invoice No: | 40001297 |
| --- | --- | --- |
| | Invoice Date: | September 13, 2021 |
| | Matter: | 082383.0108 |

Jefferies LLC
Purdue Retention

**2021 Lawyer Summary**

| Timekeeper | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| J R Herz | 1.5 | 940.00 | 1,410.00 |
| | **1.5** | | **$1,410.00** |

Page 2

**BAKER BOTTS L.L.P.**

Austin          Moscow
Brussels        **New York**
Dallas          Palo Alto
Dubai           Riyadh
Hong Kong       San Francisco
Houston         Washington
London

TAX ID 74-1195457

Jefferies LLC
520 Madison Avenue
Attn:  Leon Szlezinger
New York, NY, 10022

**Due Upon Receipt**

Invoice Number:   40001297
Invoice Date:     September 13, 2021
Matter Number:    082383.0108

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | 082383.0108 |
| **Client:** | Jefferies LLC |
| **Matter:** | Purdue Retention |
| **Invoice Number:** | 40001297 |
| **Billing Attorney:** | R L Spigel |
| **Office:** | New York |

| | |
|---|---:|
| **Total Fees** | $1,410.00 |
| **Total Expenses** | $0.00 |
| **Total Invoice Amount** | $1,410.00 |

TO ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

| *Please Remit to:* | *Wiring Instructions* | *ACH Information:* | *To Pay by Check, send to:* |
|---|---|---|---|
| | Baker Botts L.L.P. | Baker Botts L.L.P. | Baker Botts L.L.P. |
| | Bank: JP Morgan Chase Bank | Bank: JP Morgan Chase Bank | P.O. Box 301251 |
| | Address: 712 Main Street, Houston, TX 77002 | Address: 712 Main Street, Houston, TX 77002 | Dallas, TX  75303-1251 |
| | ABA Number: 021 000 021 | Routing Number: 111 000 614 | (Reference Invoice Number) |
| | Swift Code: CHASUS33 | Primary Account: 001 0000 2006 | |
| | Primary Account: 001 0000 2006 | (Reference Invoice Number) | |
| | (Reference Invoice Number) | | |