KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| --------------------------------------------------------------x | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.* | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| --------------------------------------------------------------x | : | |

**TWENTY-FIRST MONTHLY FEE STATEMENT OF KURTZMAN CARSON**
**CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED**
**AND EXPENSES INCURRED AS INFORMATION AGENT FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| General Information | |
| --- | --- |
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |

| Summary of Fees and Expenses Sought in the Fee Application | |
| --- | --- |
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | August 1, 2021 through August 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $15,964.15 (80% of $19,955.19) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $1,810.31 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $17,774.46 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its twenty-first monthly fee statement (the "Monthly Fee Statement") for the period beginning August 1, 2021 through and including August 31, 2021 (the "Fee Period"). During the Fee Period, the fees and expenses incurred by KCC were $21,765.50.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $17,774.46, which represents 80% of KCC's total fees for reasonable and necessary professional

services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**. A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**. A schedule of expenses incurred by category.

c. **Exhibit C**. KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245,

Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on November 22, 2021** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated:  November 8, 2021
El Segundo, California

/s/ *Sarah Harbuck*
**KURTZMAN CARSON CONSULTANTS LLC**
Sarah Harbuck
Drake D. Foster
222 N. Pacific Coast Highway
3rd Floor
El Segundo, California 90403
Tel: (310) 823-9000

## <u>CERTIFICATION</u>

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

    a)      I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

    b)      I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

    c)      I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.


Dated:  November 8, 2021
     El Segundo, California


                             /s/ *Sarah Harbuck*　　　　

                             Sarah Harbuck

**Exhibit A**
**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|----------|------|----------|-------|------|-------|
| AOP | Alfredo Pastor | Consultant | 1.5 | $200.87 | $301.30 |
| CET | Christopher Estes | Consultant | 39.0 | $203.28 | $7,927.94 |
| CHD | Christopher Do | Senior Managing Consultant | 1.5 | $231.53 | $347.29 |
| CHT | Cheryl Tracey | Consultant | 2.9 | $200.87 | $582.51 |
| CJC | Caitlin Corrie | Consultant | 0.5 | $125.20 | $62.60 |
| DAK | Dayna Kosinski | Consultant | 0.3 | $155.50 | $46.65 |
| EAG | Esmeralda Aguayo | Consultant | 1.9 | $200.86 | $381.64 |
| EGA | Ellis Gatlin | Clerk | 0.2 | $53.80 | $10.76 |
| EJG | Evan Gershbein | Senior Managing Consultant | 1.1 | $231.53 | $254.68 |
| ESI | Elliser Silla | Consultant | 4.1 | $200.86 | $823.52 |
| FGZ | Francisco Gonzalez | Clerk | 0.2 | $53.80 | $10.76 |
| HEF | Heather Fellows | Consultant | 0.1 | $149.40 | $14.94 |
| IRJ | Ivan Rios Jimenez | Consultant | 0.6 | $143.40 | $86.04 |
| JBU | Joseph Bunning | Senior Consultant | 23.5 | $206.91 | $4,862.33 |
| JDG | Jennifer Grageda | Consultant | 1.0 | $149.41 | $149.41 |
| JUY | Justin Uy | Consultant | 0.4 | $125.23 | $50.09 |
| KDT | Keith Taylor | Clerk | 1.0 | $53.85 | $53.85 |
| MAP | Manuel Pastor | Consultant | 1.5 | $200.86 | $301.29 |
| MDO | Matthew Orr | Consultant | 1.7 | $200.86 | $341.46 |
| MVZ | Michael Valadez | Consultant | 0.9 | $200.86 | $180.77 |
| MWC | Matthew Canty | Consultant | 2.8 | $200.86 | $562.42 |
| RIO | Rosemary Ibarra | Clerk | 0.9 | $53.84 | $48.46 |
| SEB | Senayt Berhe | Consultant | 0.4 | $149.43 | $59.77 |
| STP | Stephanie Paul | Consultant | 1.9 | $125.23 | $237.94 |
| SYU | Susan Yu | Consultant | 3.4 | $203.29 | $691.17 |
| TBM | Travis Buckingham | Consultant | 1.5 | $203.27 | $304.91 |
| TFL | Teresa Flores | Consultant | 1.0 | $125.22 | $125.22 |
| VRQ | Vanessa Triana | Senior Managing Consultant | 3.6 | $209.40 | $753.84 |
| VTM | Vien Marquez | Consultant | 1.9 | $200.86 | $381.63 |
| | | | | | |
| | **TOTALS** | | **101.3** | | **$19,955.19** |

**Exhibit B**

**Summary of Expenses by Category**

| Category | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $360.92 |
| PACER – Public Access Service Fees | | | $11.00 |
| Printing and Mailing Expenses | | | $1,380.04 |
| Sales Tax | | | $58.35 |
| | | | |
| **TOTAL** | | | **$1,810.31** |

**Exhibit C**

**Invoice**



September 23, 2021

Purdue Pharma L.P. (Creditors' Committee)
Brendan Stuhan
Blue Cross and Blue Shield Association
1310 G Street NW
Washington DC 20005

        Re: Purdue Pharma L.P. (Creditors' Committee)
            USBC Case No. 19-23649

Dear Brendan Stuhan:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period August 1, 2021 to August 31, 2021 in the amount of $21,765.50 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC



Evan Gershbein
EVP Restructuring




Enclosures



September 23, 2021

<u>Copy Parties</u>

Ira S. Dizengoff, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Arik Preis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Mitchell Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Sara L. Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

# *Kurtzman Carson Consultants LLC*

| Account Number | 70789FA | Invoice Date | September 23, 2021 |
|---|---|---|---|
| Invoice Number | US_KCC2128360 | Due Date | Due upon receipt |

### Purdue Pharma L.P. (Creditors' Committee)
### *Summary*

| <u>Description</u> | <u>Amount</u> |
|---|---|
| **<u>Hourly Fees</u>** | |
| Hourly Fees Charged | $19,955.19 |
| ***Total of Hourly Fees*** | $19,955.19 |
| | |
| **<u>Expenses</u>** | |
| Expenses | $1,751.96 |
| ***Total Expenses*** | $1,751.96 |
| | |
| ***Invoice Subtotal*** | **$21,707.15** |
| Sales and Use Tax | 58.35 |
| ***Total Invoice*** | **$21,765.50** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 70789FA | **Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| Invoice Number | US_KCC2128360 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Total Amount Due | $21,765.50 | Dept CH 16639 | HSBC Bank, NA |
| | | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| Amount Paid | $ | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

# *Kurtzman Carson Consultants LLC*

08/01/2021 - 08/31/2021

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| AOP | Alfredo Pastor | CON | 1.50 | $200.87 | $301.30 |
| CET | Christopher Estes | CON | 39.00 | $203.28 | $7,927.94 |
| CHD | Christopher Do | SMC | 1.50 | $231.53 | $347.29 |
| CHT | Cheryl Tracey | CON | 2.90 | $200.87 | $582.51 |
| CJC | Caitlin Corrie | CON | 0.50 | $125.20 | $62.60 |
| DAK | Dayna Kosinski | CON | 0.30 | $155.50 | $46.65 |
| EAG | Esmeralda Aguayo | CON | 1.90 | $200.86 | $381.64 |
| EGA | Ellis Gatlin | CL | 0.20 | $53.80 | $10.76 |
| EJG | Evan Gershbein | SMC | 1.10 | $231.53 | $254.68 |
| ESI | Elliser Silla | CON | 4.10 | $200.86 | $823.52 |
| FGZ | Francisco Gonzalez | CL | 0.20 | $53.80 | $10.76 |
| HEF | Heather Fellows | CON | 0.10 | $149.40 | $14.94 |
| IRJ | Ivan Rios Jimenez | CON | 0.60 | $143.40 | $86.04 |
| JBU | Joseph Bunning | SC | 23.50 | $206.91 | $4,862.33 |
| JDG | Jennifer Grageda | CON | 1.00 | $149.41 | $149.41 |
| JUY | Justin Uy | CON | 0.40 | $125.23 | $50.09 |
| KDT | Keith Taylor | CL | 1.00 | $53.85 | $53.85 |
| MAP | Manuel Pastor | CON | 1.50 | $200.86 | $301.29 |
| MDO | Matthew Orr | CON | 1.70 | $200.86 | $341.46 |
| MVZ | Michael Valadez | CON | 0.90 | $200.86 | $180.77 |
| MWC | Matthew Canty | CON | 2.80 | $200.86 | $562.42 |
| RIO | Rosemary Ibarra | CL | 0.90 | $53.84 | $48.46 |
| SEB | Senayt Berhe | CON | 0.40 | $149.43 | $59.77 |
| STP | Stephanie Paul | CON | 1.90 | $125.23 | $237.94 |
| SYU | Susan Yu | CON | 3.40 | $203.29 | $691.17 |
| TBM | Travis Buckingham | CON | 1.50 | $203.27 | $304.91 |
| TFL | Teresa Flores | CON | 1.00 | $125.22 | $125.22 |
| VRQ | Vanessa Triana | SMC | 3.60 | $209.40 | $753.84 |
| VTM | Vien Marquez | CON | 1.90 | $200.86 | $381.63 |

**Total**     **$19,955.19**

# *Kurtzman Carson Consultants LLC*

### 08/01/2021 - 08/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 8/2/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.50 |
| 8/2/2021 | SYU | Review Certificate of Service re Mediator's Report [DN 3339] mailing | CON | Noticing | 0.30 |
| 8/2/2021 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 8/2/2021 | SYU | Update the Master Service List per Notice of Appearance | CON | Noticing | 0.20 |
| 8/2/2021 | CET | Return creditor inquiries (7) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.20 |
| 8/2/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.70 |
| 8/2/2021 | EAG | Prepare Certificate of Service for Mediator's Report [DN 3339] mailing | CON | Noticing | 1.00 |
| 8/2/2021 | EAG | Review mail report for Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] | CON | Noticing | 0.10 |
| 8/2/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (5) | CON | Communications / Call Center | 0.40 |
| 8/2/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.20 |
| 8/2/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Mediator's Report [DN 3339] | SMC | Noticing | 0.40 |
| | | | | **Total for 8/2/2021** | **6.10** |
| 8/3/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Mediator's Report [DN 3339] | CON | Noticing | 0.20 |
| 8/3/2021 | JDG | Coordinate and log creditor calls to ensure timely responses | CON | Communications / Call Center | 0.10 |
| 8/3/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.20 |
| 8/3/2021 | SYU | Update the Master Service List per Notice of Appearance | CON | Noticing | 0.20 |
| 8/3/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 8/3/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| 8/3/2021 | CET | Return creditor inquiries (7) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.20 |
| 8/3/2021 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Mediator's Report [DN 3339] | CON | Noticing | 0.30 |
| 8/3/2021 | CJC | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 8/3/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (4) | CON | Communications / Call Center | 0.30 |
| | | | | **Total for 8/3/2021** | **4.30** |
| 8/4/2021 | JDG | Review and maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 8/4/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.40 |
| 8/4/2021 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.10 |
| 8/4/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.50 |

# *Kurtzman Carson Consultants LLC*

### 08/01/2021 - 08/31/2021

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 8/4/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (3) | CON | Communications / Call Center | 0.20 |
| | | | | *Total for 8/4/2021* | *3.30* |
| 8/5/2021 | EJG | Attention to Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] mailing, including email communication with counsel re same | SMC | Case Administration / Maintenance | 0.60 |
| 8/5/2021 | KDT | Assist with Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 1.00 |
| 8/5/2021 | VTM | Assist with Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 8/5/2021 | MDO | Assist with Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 8/5/2021 | DAK | Assist with Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 8/5/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.30 |
| 8/5/2021 | MAP | Assist with Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.20 |
| 8/5/2021 | RIO | Assist with Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.90 |
| 8/5/2021 | SYU | Correspond with counsel re service of Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec | CON | Noticing | 0.10 |
| 8/5/2021 | SYU | Coordinate and generate Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.30 |
| 8/5/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| 8/5/2021 | CET | Return creditor inquiries (6) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.20 |
| 8/5/2021 | AOP | Assist with Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 8/5/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 8/5/2021 | VRQ | Coordinate and facilitate service of Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] including preparation of service lists, review documents and prepare related correspondence | SMC | Noticing | 1.00 |
| 8/5/2021 | CHD | Assist with Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| 8/5/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Committee Interim Fee Applications re Akin, Cole Schotz, Bedell, Jefferies, KCC, and Province [DNs 3212-3216, 3220] | SMC | Noticing | 0.40 |

## *Kurtzman Carson Consultants LLC*

08/01/2021 - 08/31/2021

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 8/5/2021 | MWC | Coordinate and generate Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 1.30 |
| 8/5/2021 | MWC | Prepare Affidavit of Service for Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] mailing | CON | Noticing | 0.30 |
| | | | *Total for 8/5/2021* | | *12.00* |
| 8/6/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.20 |
| 8/6/2021 | SYU | Update the Master Service List per Notice of Appearance | CON | Noticing | 0.20 |
| 8/6/2021 | SEB | Manage and review tracking of undeliverable mail re Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] | CON | Undeliverable Mail Processing | 0.10 |
| 8/6/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 8/6/2021 | CET | Return creditor inquiries (6) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.90 |
| 8/6/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| 8/6/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 8/6/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.20 |
| 8/6/2021 | MWC | Prepare Affidavit of Service for Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] mailing | CON | Noticing | 0.70 |
| 8/6/2021 | MWC | Review email correspondence from recent service and follow-up with creditor and KCC Team re same | CON | Noticing | 0.10 |
| | | | *Total for 8/6/2021* | | *4.20* |
| 8/9/2021 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 8/9/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 0.30 |
| 8/9/2021 | SYU | Update the Master Service List per Notice of Appearance | CON | Noticing | 0.20 |
| 8/9/2021 | SYU | Review Amended Certificate of Service re Mediator's Report [DN 3339] mailing | CON | Noticing | 0.30 |
| 8/9/2021 | SYU | Electronically file Amended Certificate of Service with the court | CON | Noticing | 0.10 |
| 8/9/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| 8/9/2021 | CET | Return creditor inquiries (6) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.10 |
| 8/9/2021 | EAG | Prepare Certificate of Service for Mediator's Report [DN 3339] mailing | CON | Noticing | 0.70 |
| 8/9/2021 | EAG | Review mail report for Mediator's Report [DN 3339] | CON | Noticing | 0.10 |
| 8/9/2021 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 8/9/2021 | STP | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 8/9/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.20 |
| 8/9/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.40 |
| | | | *Total for 8/9/2021* | | *4.30* |

# *Kurtzman Carson Consultants LLC*

08/01/2021 - 08/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 8/10/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 0.30 |
| 8/10/2021 | SYU | Review Certificate of Service re Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] mailing | CON | Noticing | 0.30 |
| 8/10/2021 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 8/10/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.50 |
| 8/10/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.50 |
| 8/10/2021 | CET | Return creditor inquiries (8) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.50 |
| 8/10/2021 | STP | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.10 |
| 8/10/2021 | VRQ | Correspondence re Affidavs of Service; review files and follow-up re same | SMC | Noticing | 0.50 |
| 8/10/2021 | MWC | Review email correspondence from recent service and follow-up with creditor and KCC Team re same | CON | Noticing | 0.10 |
| 8/10/2021 | MWC | Prepare Affidavit of Service for Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] mailing | CON | Noticing | 0.20 |
| | | | **Total for 8/10/2021** | | **4.10** |
| 8/11/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 0.30 |
| 8/11/2021 | SYU | Update the Master Service List per recent correspondence | CON | Noticing | 0.20 |
| 8/11/2021 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |
| 8/11/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| | | | **Total for 8/11/2021** | | **1.60** |
| 8/12/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 0.30 |
| 8/12/2021 | SYU | Update the Master Service List per Notice of Appearance | CON | Noticing | 0.20 |
| 8/12/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 8/12/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| 8/12/2021 | CET | Return creditor inquiries (7) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.30 |
| | | | **Total for 8/12/2021** | | **2.60** |
| 8/13/2021 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 8/13/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.30 |
| 8/13/2021 | HEF | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 8/13/2021 | TFL | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 8/13/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |

# *Kurtzman Carson Consultants LLC*

08/01/2021 - 08/31/2021

## *Time Detail*

| <u>Date</u> | <u>Employee</u> | <u>Description</u> | <u>Position Type</u> | <u>Category</u> | <u>Hours</u> |
|---|---|---|---|---|---|
| 8/13/2021 | CET | Return creditor inquiries (7) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.10 |
| 8/13/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.70 |
| 8/13/2021 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 8/13/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| | | | | *Total for 8/13/2021* | *3.90* |
| 8/14/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] | CON | Noticing | 0.20 |
| | | | | *Total for 8/14/2021* | *0.20* |
| 8/16/2021 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 8/16/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.40 |
| 8/16/2021 | SEB | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.20 |
| 8/16/2021 | TFL | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 8/16/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| 8/16/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.90 |
| 8/16/2021 | CET | Return creditor inquiries (9) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.50 |
| 8/16/2021 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| | | | | *Total for 8/16/2021* | *4.90* |
| 8/17/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.40 |
| 8/17/2021 | JUY | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.20 |
| 8/17/2021 | JUY | Sort and manage incoming case mail received for processing | CON | Document Processing | 0.10 |
| 8/17/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 8/17/2021 | CET | Return creditor inquiries (9) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.60 |
| 8/17/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.80 |
| | | | | *Total for 8/17/2021* | *4.40* |
| 8/18/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.30 |
| 8/18/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.50 |

# *Kurtzman Carson Consultants LLC*

08/01/2021 - 08/31/2021

## *Time Detail*

| <u>Date</u> | <u>Employee</u> | <u>Description</u> | <u>Position Type</u> | <u>Category</u> | <u>Hours</u> |
|---|---|---|---|---|---|
| 8/18/2021 | CET | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.80 |
| 8/18/2021 | STP | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.20 |
| | | | | ***Total for 8/18/2021*** | ***2.80*** |
| 8/19/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.00 |
| 8/19/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 8/19/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 8/19/2021 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.90 |
| | | | | ***Total for 8/19/2021*** | ***2.40*** |
| 8/20/2021 | JDG | Organize and file general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.10 |
| 8/20/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.10 |
| 8/20/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 8/20/2021 | CET | Return creditor inquiries (8) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.60 |
| 8/20/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.80 |
| | | | | ***Total for 8/20/2021*** | ***3.80*** |
| 8/23/2021 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 8/23/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.10 |
| 8/23/2021 | TFL | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 8/23/2021 | TFL | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.30 |
| 8/23/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 8/23/2021 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.90 |
| 8/23/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 8/23/2021 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| | | | | ***Total for 8/23/2021*** | ***3.20*** |
| 8/24/2021 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.20 |
| 8/24/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.20 |

# *Kurtzman Carson Consultants LLC*

### 08/01/2021 - 08/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 8/24/2021 | JUY | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 8/24/2021 | TFL | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 8/24/2021 | TFL | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.30 |
| 8/24/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 8/24/2021 | CET | Return creditor inquiries (8) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.40 |
| 8/24/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.80 |
| | | | | ***Total for 8/24/2021*** | ***4.40*** |
| 8/25/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] | CON | Noticing | 0.20 |
| 8/25/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 0.90 |
| 8/25/2021 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] | CON | Noticing | 0.30 |
| 8/25/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.70 |
| 8/25/2021 | CET | Return creditor inquiries (7) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.20 |
| | | | | ***Total for 8/25/2021*** | ***3.30*** |
| 8/26/2021 | JDG | Coordinate and log creditor calls to ensure timely responses | CON | Communications / Call Center | 0.10 |
| 8/26/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.50 |
| 8/26/2021 | TBM | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.30 |
| 8/26/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.70 |
| 8/26/2021 | CET | Return creditor inquiries (9) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.80 |
| 8/26/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| | | | | ***Total for 8/26/2021*** | ***4.50*** |
| 8/27/2021 | EJG | Attention to Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] mailing, including email communication with counsel re same | SMC | Case Administration / Maintenance | 0.50 |
| 8/27/2021 | VTM | Assist with Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 8/27/2021 | VTM | Assist with Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] - Additional MSL Party mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |

# *Kurtzman Carson Consultants LLC*

08/01/2021 - 08/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 8/27/2021 | MDO | Assist with Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] - Additional MSL Party mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 8/27/2021 | MDO | Assist with Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 8/27/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.30 |
| 8/27/2021 | IRJ | Assist with Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] - Additional MSL Party mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 8/27/2021 | IRJ | Assist with Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 8/27/2021 | TBM | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.30 |
| 8/27/2021 | TBM | Coordinate and generate Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.90 |
| 8/27/2021 | ESI | Coordinate and generate Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 2.40 |
| 8/27/2021 | EGA | Assist with Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 8/27/2021 | EGA | Assist with Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] - Additional MSL Party mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 8/27/2021 | FGZ | Assist with Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] - Additional MSL Party mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 8/27/2021 | FGZ | Assist with Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 8/27/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| 8/27/2021 | CET | Return creditor inquiries (6) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.10 |
| 8/27/2021 | AOP | Assist with Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.00 |
| 8/27/2021 | AOP | Assist with Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] - Additional MSL Party mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 8/27/2021 | MVZ | Assist with Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] - Additional MSL Party mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.90 |
| 8/27/2021 | VRQ | Coordinate and facilitate service of Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] including preparation of service lists, review documents and prepare related correspondence | SMC | Noticing | 0.70 |
| 8/27/2021 | VRQ | Coordinate and facilitate service of Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] - Additional MSL Party including preparation of service lists, review documents and prepare related correspondence | SMC | Noticing | 0.20 |

# *Kurtzman Carson Consultants LLC*

08/01/2021 - 08/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 8/27/2021 | CHD | Assist with Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| 8/27/2021 | CHD | Assist with Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] - Additional MSL Party mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.10 |
| 8/27/2021 | MWC | Review mail report for Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] | CON | Noticing | 0.10 |
| | | | *Total for 8/27/2021* | | *13.50* |
| 8/30/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.20 |
| 8/30/2021 | SEB | Manage and review tracking of undeliverable mail re Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] | CON | Undeliverable Mail Processing | 0.10 |
| 8/30/2021 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.00 |
| 8/30/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| | | | *Total for 8/30/2021* | | *2.90* |
| 8/31/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.00 |
| 8/31/2021 | ESI | Prepare Affidavit of Service for Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] mailing | CON | Noticing | 1.70 |
| 8/31/2021 | SYU | Update the Master Service List per Notice of Appearance | CON | Noticing | 0.20 |
| 8/31/2021 | SYU | Review Certificate of Service re Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] mailing | CON | Noticing | 0.30 |
| 8/31/2021 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 8/31/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 8/31/2021 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.60 |
| 8/31/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.40 |
| | | | *Total for 8/31/2021* | | *4.60* |
| | | | *Total Hours* | | *101.30* |

# *Kurtzman Carson Consultants LLC*

08/01/2021 - 08/31/2021

## *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $360.92 |
| PACER - Public Access Service Fees | | | $11.00 |
| Printing and Mailing Expenses (See Exhibit) | | | $1,380.04 |
| | | **Total Expenses** | **$1,751.96** |

## *Kurtzman Carson Consultants LLC*

08/01/2021 - 08/31/2021

### *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 8/5/2021 | Motion to Exceed Page Limit, Support Statement for Plan, & Atkinson Dec [DNs 3457, 3459-3460] | 200 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 200 Email Parties | $250.00 | $250.00 |
| | | 53 | First Class Mail | | |
| | | 5,724 | Image notice printing for 3 documents, including PPLP 3457 UCC Motion to Exceed Page Limit.pdf, PPLP 3459 UCC Statement in Support of Confirmation.pdf, PPLP 3460 Declaration of Michael Atkinson in Support of UCC Statement.pdf | $0.11 | $629.64 |
| | | 53 | Non-Standard Envelopes | $0.36 | $19.08 |
| 8/27/2021 | Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] | 204 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 204 Email Parties | $250.00 | $250.00 |
| | | 53 | First Class Mail | | |
| | | 212 | Image notice printing for 1 document, including PPLP 3692 Notice of Increase of Hourly Rates | $0.11 | $23.32 |
| | | 53 | Standard Envelopes | $0.14 | $7.42 |
| 8/27/2021 | Notice of Increase of Hourly Rates of Cole Schotz's Professionals [DN 3692] - Additional MSL Party | 1 | First Class Mail | | |
| | | 4 | Image notice printing for 1 document, including PPLP 3692 Notice of Increase of Hourly Rates | $0.11 | $0.44 |
| | | 1 | Standard Envelopes | $0.14 | $0.14 |

### *Total Printing and Mailing Expenses*     *$1,380.04*