**Exhibit B**

LIST OF PROFESSIONALS AND PARAPROFESSIONALS

| Name | Billing Rate | Date of Bar Admission | Total Hours Billed | Amount Billed[1] |
|---|---|---|---|---|
| James Martin | $1,320 | 1978 | 11.00 | 11,861.52 |
| Paul Singer | $1,195 | 1968 | 137.90 | 131,853.90 |
| Ann V. Kramer | $1,190 | 1984 | 377.20 | 361,079.33 |
| Paul E. Breene | $1,160 | 1983 | 175.50 | 165,247.80 |
| Michael J. Venditto | $1,160 | 1978 | 187.90 | 174,757.48 |
| John Ellison | $1,130 | 1987 | 0.80 | 723.20 |
| Richard Lewis | $1,100 | 1992 | 0.60 | 528.00 |
| Lisa A. Szymanski | $800 | 2009 | 210.30 | 136,197.60 |
| Andrew Muha | $825 | 2001 | 116.30 | 76,758.00 |
| Anthony Crawford | $650 | 2012 | 153.50 | 80,085.20 |
| Elizabeth F. Vieyra | $540 | 2012 | 120.00 | 52,083.00 |
| Esther Y. Kim | $535 | 2018 | 36.30 | 15,820.48 |
| Amy Kerlin | $520 | 2018 | 11.70 | 4,867.20 |
| Daniel H. Lang | $475 | N/A | 1.50 | 570.00 |
| Nora Sooy | $380 | N/A | 41.80 | 13,083.40 |
| Scott DeMaris | $355 | N/A | 0.60 | 170.40 |
| Shikendra B. Rhea | $290 | N/A | 32.10 | 7,554.21 |
| Lianna E. Simmonds | $265 | N/A | 120.20 | 25,482.40 |

---

[1] The amount billed represents an agreed discount from Reed Smith's standard hourly fees. Pursuant to the terms of Reed Smith's engagement, for the period on and after February 1, 2021, the following tiered discounts apply to time charges accruing through January 2022 bills: (i) 10 % of accrued fees less than $500,000; (ii) 14% of accrued fees in excess of $500,000 but less than $1,000,000; (iii) 17% of accrued fees in excess of $1,000,000 but less than $1,500,000; and (iv) 20% of accrued fees above $1,500,000. The applicable discount for each tier applies upon reaching the threshold on fees billed after application of any lower tiered discounts.