**Exhibit C**

F<small>EES BILLED BY SUBJECT MATTER CATEGORY</small>

**EXHIBIT C**

| Task | Task Description | Sum of Billed Amount |
|---|---|---|
| B100 | Administration | $493.85 |
| B110 | Admin-Case Administration | $8,476.80 |
| B120 | Admin-Asset Analysis & Recovery | $17,216.00 |
| B160 | Admin-Fee/Employment Applications | $25,305.36 |
| B185 | Admin-Assumption/Rejection of Leases & Contracts | $476.00 |
| B190 | Admin-Other Contested Matters | $6,559.20 |
| B210 | Operations-Business Operations | $380.80 |
| B310 | Claims & Plan-Claims Administration & Objections | $28,422.40 |
| B320 | Claims & Plan-Plan & Disclosure Statement | $540,789.68 |
| B410 | Bankruptcy Related Advice-Gen. Bankruptcy Advice/Opinions | $464.00 |
| B420 | Bankruptcy Related Advice-Restructurings | $556.80 |
| L110 | Case Assess, Dev & Admin-Fact Investigation/Development | $170.40 |
| L120 | Case Assess, Dev & Admin-Analysis/Strategy | $163,092.32 |
| L140 | Case Assess, Dev & Admin-Document/File Management | $2,464.65 |
| L150 | Case Assess, Dev & Admin-Budgeting | $18,285.08 |
| L160 | Case Assess, Dev & Admin-Settlement/Non-Binding ADR | $17,132.43 |
| L190 | Case Assess, Dev & Admin-Other | $7,972.96 |
| L210 | Pre-Trial Plead & Motion-Pleadings | $60,543.33 |
| L230 | Pre-Trial Plead & Motion-Court Mandated Conferences | $5,366.16 |
| L240 | Pre-Trial Plead & Motion-Dispositive Motions | $188,384.12 |
| L250 | Pre-Trial Plead & Motion-Other Written Motions/Submissions | $21,422.36 |
| L310 | Discovery-Written Discovery | $44,781.10 |
| L320 | Discovery-Document Production | $59,031.52 |
| L390 | Discovery-Other Discovery | $37,944.40 |
| L450 | Trial Preparation & Trial-Trial & Hearing Attendance | $2,039.40 |
| B170 | Admin-Fee/Employment Objections | $952.00 |
| Grand Total | | **$1,258,723.12** |