**EXHIBIT E**

**Comparable Blended Rates**

**EXHIBIT E**

**Comparable Blended Rates**

| Category of Timekeeper | Number of Hours in this Fee Application | Blended Hourly Rate in this Fee Application |
|---|---:|---:|
| Partners | 1,007.60 | $793.06 |
| Associates | 168.00 | $433.16 |
| Counsel | 363.40 | $935.62 |
| Non-attorney timekeepers | 196.20 | $238.84 |