UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**NOTICE OF APPOINTMENT OF THE DISCLOSURE OVERSIGHT BOARD**

Pursuant to section 5.12 of the Twelfth Amended Plan of Reorganization [Docket No. 3726] (the "**Plan**"), the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**AHC**"), the Multi-State Governmental Entities Group (the "**MSGE**"), the Native American Tribe Group (the "**Native American Tribes**"), the Ad Hoc Group of Non-Consenting States (the "**NCSG**"), and the Official Committee of Unsecured Creditors (the "**UCC**") appoint the following members to the Disclosure Oversight Board. These volunteer board members will contribute a wide range of valuable experience and a commitment to ensure that the disclosure program serves the public good.

**Disclosure Oversight Board**

- **Jayne Conroy**. Ms. Conroy is co-lead counsel for plaintiffs in the National Prescription Opiate Multidistrict Litigation: the most significant collection of cases concerning the opioid crisis. She has been litigating major cases against corporate wrongdoers for more than twenty years. Ms. Conroy began investigating Purdue and the Sackler family in 2002. She graduated from the New England School of Law and lives in New York City. (AHC)

---

[1] The debtors in these cases (the "**Debtors**" or "**Purdue**"), along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

- **Mark Crawford**. Mr. Crawford is a founding partner of Skikos, Crawford, Skikos & Joseph LLP, a firm that plays a leading role as Co-Liaison Counsel, State-Federal Liaison Counsel and Lead Counsel for the Native American Tribes in the National Prescription Opiate Multidistrict Litigation. Mr. Crawford currently leads the Plaintiffs' Teva Litigation Group in the Multidistrict Litigation, and has over twenty years of experience uncovering documents from drug companies. Mr. Crawford graduated from UCLA School of Law and lives in the San Francisco Bay Area. (Native American Tribes)

- **The Massachusetts Attorney General's Office**, represented by Assistant Attorney General Sandy Alexander. Mr. Alexander represented Massachusetts in its groundbreaking litigation against the Sacklers and Purdue and helped to lead the Non-Consenting States Group. He has litigated in government and private practice for fifteen years. Mr. Alexander graduated from Harvard Law School and lives in Cambridge, Massachusetts. (NCSG)[2]

- **Cyrus Mehri**. Mr. Mehri represented public school districts in this bankruptcy and helped to negotiate the Public Schools' Special Education Initiative that is incorporated into the Plan. He has worked as a civil rights lawyer for more than thirty years and has deep experience achieving resolutions that go beyond monetary payments to achieve institutional reform. Mr. Mehri graduated from Cornell Law School and lives in Washington, DC. (UCC)

- **The Minnesota Attorney General's Office**, represented by Assistant Attorney General Eric Maloney. Mr. Maloney represented Minnesota in its litigation against the Sacklers and Purdue and helped to coordinate the work of many Attorneys General's Offices to disclose evidence from opioid litigation, including Insys, Mallinckrodt, McKinsey, and Purdue. He graduated from the University of Minnesota Law School and lives in St. Paul, Minnesota. (NCSG)

- **The City of Philadelphia**, represented by Deputy City Solicitor Pamela Thurmond. Ms. Thurmond represented Philadelphia throughout the Purdue case and has litigated in government and private practice for fifteen years, including many significant bankruptcies. She graduated from Case Western Reserve University Law School and lives in Philadelphia. (AHC)

- **Michael Quinn**. In the Purdue bankruptcy, Mr. Quinn represented the Ad Hoc Committee on Accountability *pro bono*. He leads the Arts & Culture Practice Group at Eisenberg & Baum, LLP, and is a founding board member of P.A.I.N., a non-profit acting to end the opioid epidemic and the stigma of addiction. Mr. Quinn graduated from Albany Law School and lives in Salt Point, New York. (UCC)

- **Shelly Sanford**. Ms. Sanford is a partner at Watts Guerra, LLC. Ms. Sanford is recognized as a top mass tort and trial lawyer, who has represented both individual victims and governments. Ms. Sanford has served in leadership positions in multiple multi-district litigations. Ms. Sanford has practiced law for more than twenty years, graduated from St. Mary's University School of Law, and lives in Austin, Texas. (MSGE)

---

[2] The appointment of government offices to the Disclosure Oversight Board are appointments of each office and not of the named individual from that office. Therefore, the named individual from each government office may be replaced with other individuals from those offices if staffing circumstances change.

- **J. Gerard Stranch IV**. Mr. Stranch is the managing partner at Branstetter, Stranch & Jennings, PLLC, leading the firm's class action, complex litigation, and mass tort practice group. Mr. Stranch has practiced law for nearly twenty years, obtaining relief for thousands of people and leading complex litigation against car companies, chemical companies, and drug companies. Since 2017, he has led the litigation against opioid makers in the successful "Baby Doe" case in Tennessee state courts. Mr. Stranch graduated from Vanderbilt University Law School, where he is currently an adjunct professor, and lives outside Nashville, Tennessee. (MSGE)

- **F. Jerome Tapley**. Mr. Tapley is a shareholder at Cory Watson, P.C., and co-chair of the firm's class action and consumer fraud litigation practice. He has practiced law for nearly twenty years and won verdicts against powerful corporations that paid millions of dollars and ended dangerous business practices. Since 2018, he has represented hundreds of cities and counties in lawsuits against opioid companies. Mr. Tapley graduated from the Cumberland School of Law at Samford University and lives in Birmingham, Alabama. (MSGE)

- **The Tennessee Attorney General's Office**, represented by Deputy Attorney General Gill Geldreich. Mr. Geldreich graduated from Vanderbilt University Law School and lives in Nashville, Tennessee. (AHC)

- **Kevin Thompson**. Mr. Thompson represented Walter Lee Salmons, a member of the Official Creditors Committee, and helped to negotiate the recovery for thousands of claimants with neonatal abstinence syndrome. He has litigated mass tort and environmental cases for more than twenty years and represented hundreds of individuals hurt by powerful corporations, including a seven-year battle against a coal company in West Virginia. Mr. Thompson graduated from Tulane Law School and lives in New Orleans. (UCC)

- **Emily Walden**. Ms. Walden is the chair of Fed Up!, a national coalition to end the opioid epidemic. Her son, T.J., was killed by an opioid overdose in 2012. Ms. Walden witnessed her son develop opioid use disorder, and she helped him try to find treatment and recovery up until the day he died. Then she became an advocate, urging public officials across the country to address the opioid crisis. In 2017, she helped persuade the FDA to remove a major opioid, Opana, from the market. In 2020, she wrote to the U.S. Department of Justice urging that Purdue's documents must be disclosed to the public. Ms. Walden lives in Louisville, Kentucky. (NCSG)

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Andrew M. Troop*
Andrew M. Troop
Hugh M. McDonald
Andrew V. Alfano
31 West 52nd Street
New York, New York 10019
Tel: (212) 858-1000

*Counsel to the Ad Hoc Group of Non-Consenting States*

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A PROFESSIONAL CORPORATION |
| /s/ Arik Preis | /s/ Sander L. Esserman |
| Ira S. Dizengoff<br>Arik Preis<br>Mitchell P. Hurley<br>Sara L. Brauner<br>Edan Lisovicz<br>Theodor James Salwen<br>One Bryant Park<br>New York, New York 10036<br>Tel: (212) 872-1000 | Sander L. Esserman (admitted *pro hac vice*)<br>Peter C. D'Apice<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201-2689<br>Tel: (214) 969-4986<br>Email: esserman@sbep-law.com<br>           dapice@sbep-law.com |
| *Counsel to the Official Committee of Unsecured Creditors* | *Counsel to the Native American Tribe Group* |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

/s/ Kenneth H. Eckstein
Kenneth H. Eckstein
Rachael Ringer
Jonathan Wagner
David E. Blabey Jr.
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100

*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

CAPLIN & DRYSDALE, CHARTERED

/s/ Kevin C. Maclay
Kevin C. Maclay
Todd E. Phillips
Ann Weber Langley
Nathaniel R. Miller
George M. O'Connor
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000

*Counsel to the Multi-State Governmental Entities Group*

## **CERTIFICATE OF SERVICE**

      I, Andrew V. Alfano, hereby certify that, on November 10, 2021, I caused true and correct copies of the foregoing document to be served (i) by the Court's Case Management/Electronic Case File (CM/ECF) System to all parties who are deemed to have consented to electronic service; (ii) by email upon the parties who provided email addresses set forth in the Master Service List maintained by the Debtors in respect of these chapter 11 cases; and (iii) by email upon the chambers of the Honorable Judge Robert D. Drain (rdd.Chambers@nysb.uscourts.gov) and the Office of the United States Trustee for the Southern District of New York (Attn: Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

                                                                   */s/ Andrew V. Alfano*
                                                                   Andrew V. Alfano