**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF TWENTY-THIRD MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | September 1, 2021 through September 30, 2021 |
| **Amount of Compensation Requested (after 13% discount):** | $287,083.91 |
| **Less 20% Holdback** | $57,416.78 |
| **Net of Holdback**: | $229,667.12 |
| **Amount of Expense Reimbursement Requested:** | $22,185.84 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $251,852.96 |
| **This is a** | X__ Monthly ____Interim ___ Final Fee Statement |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this twenty-third monthly fee statement (the "Twenty-Third Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from September 1, 2021 through September 30, 2021 (the "Twenty-Third Monthly Fee Period"). By this Twenty-Third Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $251,852.96 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Twenty-Third Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.    Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Twenty-Third Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]    The total amount sought for fees reflects application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $42,897.60 for the Twenty-Third Monthly Fee Period). In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2021, Jones Day is using 2020 billable rates in calculating amounts due for legal services performed).

hourly billing rate of Jones Day timekeepers during the Twenty-Third Monthly Fee Period is approximately $710.25.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Twenty-Third Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Twenty-Third Monthly Fee Period

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Twenty-Third Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Twenty-Third Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]     The blended rate is comprised of all Jones Day timekeepers who provided services during the Twenty-Third Monthly Fee Period.

[5]     The time records included in **Exhibit C** have been redacted to protect privileged information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq., Email: dklauder@bk-legal.com.

6.      Objections to this Twenty-Third Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Anna Kordas (akordas@jonesday.com) no later than November 24, 2021 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

7.      If no objections to this Twenty-Third Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Twenty-Third Monthly Fee Statement.

8.      To the extent that an objection to this Twenty-Third Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Twenty-Third Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.


*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Twenty-Third Monthly Fee Statement

has been made to this or any other court.

Dated: November 10, 2021               _/s/  Anna Kordas_____
      New York, NY                      JONES DAY
                                                  John J. Normile
                                                  Anna Kordas
                                                  250 Vesey Street
                                                  New York, NY 10281
                                                  Telephone:     (212) 326-3939
                                                  Facsimile:     (212) 755-7306
                                                  Email:          jjnormile@jonesday.com
                                                                             akordas@jonesday.com

                                              – and –

                                              Chané Buck
                                              4655 Executive Drive, Suite 1500
                                              San Diego, CA 92121
                                              Telephone:     (858) 314-1158
                                              Facsimile:     (844) 345-3178
                                              Email:          cbuck@jonesday.com

                                              *Special Counsel to the Debtors and*
                                              *Debtors in Possession*

## EXHIBIT A

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**SEPTEMBER 1, 2021 – SEPTEMBER 30, 2021**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Anthony C. Chen | 1993 | $1,000.00 | $870.00 | 16.1 | $16,100.00 |
| Guoping Da | 2009 | $775.00 | $674.25 | 22.2 | $17,205.00 |
| Matthew W. Johnson | 2007 | $850.00 | $739.50 | 1.0 | $850.00 |
| Gasper J. LaRosa | 2002 | $1,125.00 | $978.75 | 20.0 | $22,500.00 |
| Christopher Morrison | 2001 | $1,025.00 | $891.75 | 5.4 | $5,535.00 |
| John J. Normile | 1989 | $1,250.00 | $1,109.25 | 58.9 | $73,625.00 |
| **TOTAL PARTNER:** | | | | **123.6** | **$135,815.00** |
| **COUNSEL** | | | | | |
| Kelsey I. Nix | 1988 | $1,225.00 | $1,065.75 | 40.9 | $48,262.00 |
| **TOTAL COUNSEL:** | | | | **40.9** | **$48,262.00** |
| **ASSOCIATE** | | | | | |
| Chané Buck | 2017 | $575.00 | $500.25 | 1.6 | $920.00 |
| Kevin V. McCarthy | 2016 | $725.00 | $630.75 | 130.5 | $93,307.50 |
| Adam M. Nicolais | 2017 | $675.00 | $587.25 | 25.9 | $16,964.50 |
| Jennifer Wilson | 2021 | $550.00 | $478.50 | 1.4 | $770.00 |
| Shehla Wynne | 2015 | $725.00 | $630.75 | 17.1 | $12,397.50 |
| **TOTAL ASSOCIATE:** | | | | **176.5** | **$124,359.50** |
| **PARALEGAL & STAFF** | | | | | |
| Jason J. Darensbourg | N/A | $350.00 | $304.50 | 20.0 | $7,000.00 |
| Marguerite Melvin | N/A | $400.00 | $348.00 | 0.7 | $280.00 |
| Elizabeth Pratt | N/A | $325.00 | $282.75 | 22.6 | $7,345.00 |
| Timothy E. Solomon | N/A | $400.00 | $348.00 | 9.5 | $3,800.00 |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 10.4 | $3,120.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **63.2** | **$21,545.00** |
| **TOTAL:** | | | | **404.2** | **$329,981.50** |

## EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

### SEPTEMBER 1, 2021 – SEPTEMBER 30, 2021

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 301.1 | $244,443.50 |
| Retention Matters | 10.3 | $11,200.00 |
| Accord Healthcare Inc. | 22.1 | $19,058.00 |
| Article 76 Patent Linkage Litigation | 70.7 | $55,280.00 |
| **TOTAL** | **404.2** | **$329,981.50** |
| **13% DISCOUNT** | | **$42,897.60** |
| **TOTAL FEES** | | **$287,083.91** |

## EXHIBIT C

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2021 – SEPTEMBER 30, 2021**

| Expense Category | Total Expenses |
|---|---|
| Overnight Courier | $600.00 |
| Consultant Fees | $21,296.00 |
| Mailing Charges | $27.04 |
| Court Costs | $262.80 |
| **TOTAL** | **$22,185.84** |

**<u>EXHIBIT D</u>**

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

November 4, 2021                                                          305158.000003
                                                                         Invoice: 210904620

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through September 30, 2021:

| | | |
|---|---|---|
| Article 76 Patent Linkage Litigation | USD | 55,280.00 |
| Less 13% Discount | | (7,186.40) |
| Total Billed Fees | USD | 48,093.60 |
| **TOTAL** | **USD** | **48,093.60** |

**JONES DAY**

305158.000003                                                                 Page: 2
                                                                 November 4, 2021

Article 76 Patent Linkage Litigation                              Invoice: 210904620



**JONES DAY**

305158.000003

Page: 3
November 4, 2021
Invoice: 210904620

Article 76 Patent Linkage Litigation

**JONES DAY**

**JONES DAY**

305158.000003

Article 76 Patent Linkage Litigation

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**


November 4, 2021                                                         305158.610005
                                                                Invoice: 210904621

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through September 30, 2021:

| | | |
|---|---|---:|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 244,443.50 |
| Less 13% Discount | | (31,777.66) |
| Total Billed Fees | USD | 212,665.84 |

### Disbursement & Charges Summary

| | | |
|---|---:|---:|
| Consultants and Agents Fees | 19,796.00 | |
| Litigation Expenses | 600.00 | |
| United Parcel Service Charges | 27.04 | |
| | USD | 20,423.04 |

| | | |
|---|---|---:|
| **TOTAL** | **USD** | **233,088.88** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610005/210904621 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Page: 2
November 4, 2021
Invoice: 210904621

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| M W Johnson | 1.00 | 850.00 | 850.00 |
| G J Larosa | 20.00 | 1,125.00 | 22,500.00 |
| C M Morrison | 5.40 | 1,025.00 | 5,535.00 |
| J J Normile | 37.90 | 1,250.00 | 47,375.00 |
| Of Counsel |  |  |  |
| K I Nix | 40.90 | 1,180.00 | 48,262.00 |
| Associate |  |  |  |
| K McCarthy | 121.00 | 715.00 | 86,515.00 |
| A M Nicolais | 20.80 | 655.00 | 13,624.00 |
| S Wynne | 2.50 | 725.00 | 1,812.50 |
| Paralegal |  |  |  |
| J J Darensbourg | 19.50 | 350.00 | 6,825.00 |
| T E Solomon | 9.50 | 400.00 | 3,800.00 |
| Project Manager |  |  |  |
| E Pratt | 22.60 | 325.00 | 7,345.00 |
| **Total** | **301.10** | **USD** | **244,443.50** |

# JONES DAY

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 09/01/21 | J J Darensbourg | 1.40 |

Manage/prepare Purdue Board presentations for production to Defendant Collegium.

| 09/01/21 | K McCarthy | 6.00 |
|---|---|---|

((Draft/revise ███████ (3.2); ███████ (2.8).

| 09/01/21 | C M Morrison | 0.40 |
|---|---|---|

███████

| 09/01/21 | A M Nicolais | 3.30 |
|---|---|---|

███████

| 09/01/21 | K I Nix | 6.40 |
|---|---|---|

Worked on ███████ (2.2); ███ (.5); ███ 1.0); ███ (.2).

| 09/01/21 | J J Normile | 1.00 |
|---|---|---|

███████

| 09/01/21 | E Pratt | 4.60 |
|---|---|---|

Attention to various aspects of finalization for production sets from Collegium and ORFII database.

| 09/02/21 | J J Darensbourg | 2.00 |
|---|---|---|

Manage/prepare documents for production to opposing counsel.

| 09/02/21 | G J Larosa | 2.00 |
|---|---|---|

Attention to preparation and review of written discovery and claim construction materials ███████

| 09/02/21 | K McCarthy | 6.00 |
|---|---|---|

███████

| 09/02/21 | C M Morrison | 0.40 |
|---|---|---|

Review draft joint claim construction chart.

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 4
November 4, 2021
Invoice: 210904621



09/02/21          A M Nicolais                          5.30

09/02/21          K I Nix                               4.30

09/02/21          J J Normile                           2.00

09/02/21          E Pratt                               2.70
          Attention to 2 production sets for service on 09.03.2021 to include download and review of production sets,
          creation of cross references (1.5), communication with vendor regarding timing of deliverables and responses
          to various questions from case team (1.2).

09/03/21          K McCarthy                            5.00

09/03/21          C M Morrison                          0.70
          Review and file Claim Construction Brief.

09/03/21          A M Nicolais                          4.80

09/03/21          K I Nix                               3.30
          E-mails with R. Kreppel and K. McCarthy (.2);

09/03/21          J J Normile                           3.30

09/03/21          E Pratt                               3.90
          Prepare and finalize various aspects of productions for service.

# JONES DAY

305158.610005

Page: 5
November 4, 2021
Invoice: 210904621

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| 09/03/21 | T E Solomon | 3.00 |
|---|---|---|

Serve productions VOL021 and VOL022 per K. McCarthy's instructions (0.50); update case databases with new discovery materials, pleadings, correspondence and productions for access and review by team members (2.50).

| 09/06/21 | J J Normile | 1.50 |
|---|---|---|

| 09/07/21 | G J Larosa | 0.50 |
|---|---|---|

| 09/07/21 | K McCarthy | 7.00 |
|---|---|---|

| 09/07/21 | A M Nicolais | 1.00 |
|---|---|---|

| 09/07/21 | K I Nix | 1.00 |
|---|---|---|

| 09/07/21 | J J Normile | 1.50 |
|---|---|---|

| 09/07/21 | E Pratt | 2.40 |
|---|---|---|

Search for and isolate all document productions listed on production log to determine database location for each production (1.9); update production log to indicate database in which productions reside (.5).

| 09/08/21 | J J Darensbourg | 1.10 |
|---|---|---|

Manage shared database for document productions.

| 09/08/21 | M W Johnson | 0.50 |
|---|---|---|

| 09/08/21 | K McCarthy | 6.50 |
|---|---|---|

# JONES DAY



09/08/21          A M Nicolais                              1.10

09/08/21          K I Nix                                   3.20

09/08/21          J J Normile                               3.10

09/08/21          E Pratt                                   4.20
Review of prior productions, production log, database and communications to update all sources for use by
case team.

09/09/21          J J Darensbourg                           1.90
Manage shared database for attorneys of correspondence, pleadings, and discovery regarding both parties'
Responsive Claim Construction Briefs, Plaintiffs' corrected Reply to Preliminary Claim Construction Brief,
Plaintiffs' Supplemental Responses and Objections to First Interrogatories, and draft Joint Claim Construction
and Pre-Hearing Statement (.80).

09/09/21          M W Johnson                               0.50

09/09/21          G J Larosa                                1.00

09/09/21          K McCarthy                                7.00

09/09/21          C M Morrison                              1.80

# JONES DAY

305158.610005

November 4, 2021
Invoice: 210904621

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| Date | Name | Hours |
|------|------|-------|
| 09/09/21 | K I Nix | 0.60 |
| 09/09/21 | J J Normile | 2.80 |
| 09/09/21 | E Pratt | 3.20 |

Review of production log to isolate all documents produced in Collegium matter and include updated information in production log to identify location of same.

| 09/10/21 | J J Darensbourg | 2.20 |

Manage shared database for attorneys of correspondence regarding Joint Claim Construction Statement (.7).

| 09/10/21 | G J Larosa | 1.00 |
| 09/10/21 | K McCarthy | 6.00 |
| 09/10/21 | C M Morrison | 0.50 |

Finalize and file Joint Claim Construction Chart.

| 09/10/21 | K I Nix | 1.70 |
| 09/10/21 | J J Normile | 0.80 |
| 09/13/21 | J J Darensbourg | 1.50 |

Manage shared database for attorneys of correspondence and pleadings regarding Joint Claim Construction and Prehearing Statement (.4)

| 09/13/21 | G J Larosa | 1.00 |
| 09/13/21 | K McCarthy | 7.10 |

**JONES DAY**

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| 09/13/21 | A M Nicolais | 0.80 |
| 09/13/21 | J J Normile | 1.30 |
| 09/14/21 | G J Larosa | 2.50 |
| 09/14/21 | K McCarthy | 7.90 |
| 09/14/21 | C M Morrison | 0.30 |
| 09/14/21 | J J Normile | 1.00 |
| 09/15/21 | J J Darensbourg | 0.90 |
| 09/15/21 | K McCarthy | 4.20 |
| 09/15/21 | K I Nix | 0.80 |
| 09/15/21 | J J Normile | 0.80 |

**JONES DAY**

305158.610005

Page: 9
November 4, 2021
Invoice: 210904621

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| 09/15/21 | E Pratt | 0.80 |
|---|---|---|

Prepare searches to isolate documents to transmit to expert (.6); communicate with vendor to request PDF versions of documents (.2).

| 09/16/21 | J J Darensbourg | 2.00 |
|---|---|---|

██████████████████████████ Manage/review exhibits to Responsive Claim Construction Brief and Opposition Brief to Motion to Strike Supplemental Constantinides Declaration (1.0).

| 09/16/21 | K McCarthy | 5.80 |
|---|---|---|

████████████████████████████████████████████

| 09/16/21 | J J Normile | 1.50 |
|---|---|---|

█████████████████████

| 09/17/21 | K McCarthy | 1.50 |
|---|---|---|

█████████████████████

| 09/17/21 | K I Nix | 1.80 |
|---|---|---|

███████████████████████████

| 09/17/21 | E Pratt | 0.80 |
|---|---|---|

Download documents requested from vendor to transmit to expert (.2); unzip and review of same (.5) communicate with J Darensbourgh regarding location and finalization of same (.1).

| 09/20/21 | G J Larosa | 1.00 |
|---|---|---|

██████████████████

| 09/20/21 | K McCarthy | 1.50 |
|---|---|---|

███████████████████████████████

| 09/20/21 | A M Nicolais | 0.90 |
|---|---|---|

██████████████████

| 09/20/21 | J J Normile | 1.00 |
|---|---|---|

███████████████████████

| 09/21/21 | K McCarthy | 7.10 |
|---|---|---|

███████████████████████

# JONES DAY



| Date | Name | Hours |
|------|------|-------|
| 09/22/21 | J J Darensbourg | 2.20 |
| 09/22/21 | K McCarthy | 7.90 |
| 09/22/21 | C M Morrison | 0.40 |
| 09/22/21 | K I Nix | 2.20 |
| 09/22/21 | J J Normile | 1.50 |
| 09/23/21 | J J Darensbourg | 0.50 |
| 09/23/21 | K McCarthy | 8.00 |
| 09/23/21 | K I Nix | 2.30 |
| 09/24/21 | G J Larosa | 2.50 |
| 09/24/21 | K McCarthy | 3.50 |
| 09/24/21 | K I Nix | 2.80 |

**JONES DAY**

305158.610005

Page: 11
November 4, 2021
Invoice: 210904621

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| 09/24/21 | J J Normile | 2.10 |
| 09/25/21 | K McCarthy | 3.00 |
| 09/25/21 | J J Normile | 1.60 |
| 09/26/21 | K McCarthy | 3.00 |
| 09/26/21 | J J Normile | 1.30 |
| 09/27/21 | J J Darensbourg | 0.90 |
| 09/27/21 | G J Larosa | 4.00 |
| 09/27/21 | K McCarthy | 2.50 |
| 09/27/21 | A M Nicolais | 0.80 |
| 09/27/21 | K I Nix | 2.40 |
| 09/27/21 | J J Normile | 2.00 |
| 09/28/21 | J J Darensbourg | 0.40 |

Manage shared database for attorneys of correspondence regarding Claim Construction Hearing and expert discovery.

# JONES DAY



| 09/28/21 | G J Larosa | 1.50 |
| 09/28/21 | K McCarthy | 5.00 |
| 09/28/21 | A M Nicolais | 2.50 |
| 09/28/21 | K I Nix | 3.20 |
| 09/28/21 | J J Normile | 2.50 |
| 09/29/21 | J J Darensbourg | 1.20 |

Manage/prepare deposition transcript excerpts for review and filing by K McCarthy.

| 09/29/21 | G J Larosa | 2.00 |
| 09/29/21 | K McCarthy | 4.50 |
| 09/29/21 | C M Morrison | 0.60 |
| 09/29/21 | A M Nicolais | 0.30 |
| 09/29/21 | K I Nix | 2.60 |
| 09/29/21 | J J Normile | 2.30 |

(1.0).  Prepare for and participate in

# JONES DAY

305158.610005

Page: 13
November 4, 2021
Invoice: 210904621

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



teleconference with J. Holdreith regarding upcoming status conference and Markman hearing before Judge Saylor (.50).

| Date | Name | Hours |
|------|------|-------|
| 09/29/21 | S Wynne | 1.00 |
| 09/30/21 | J J Darensbourg | 1.30 |
| 09/30/21 | G J Larosa | 1.00 |
| 09/30/21 | K McCarthy | 5.00 |
| 09/30/21 | C M Morrison | 0.30 |

Communicate with court regarding Markman Hearing.

| 09/30/21 | K I Nix | 2.30 |
| 09/30/21 | J J Normile | 3.00 |

Review of various background materials provided by

| 09/30/21 | T E Solomon | 6.50 |

Assemble Claim Construction briefing for '434 and '961 Patents and prepare binder sets organized with indices and tabs for upcoming hearing.

| 09/30/21 | S Wynne | 1.50 |

**Total**      **301.10**

# JONES DAY

305158.610005

Page: 14
November 4, 2021
Invoice: 210904621

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 09/17/21 | J J Normile | NYC | 15,136.00 | |
| 09/28/21 | K McCarthy | NYC | 4,050.00 | |
| 09/30/21 | K I Nix | NYC | 610.00 | |
| **Consultants and Agents Fees Subtotal** | | | | **19,796.00** |
| **LITIGATION EXPENSES** | | | | |
| 09/28/21 | R T Westrom | NYC | 300.00 | |
| | Vendor: PM Legal, LLC; Invoice#: 10312208; Date: 6/22/2021 - 6/8/2021 (Exhibit 1 - subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action Schedule "A" on Noramco, Inc.) | | | |
| 09/28/21 | R T Westrom | NYC | 300.00 | |
| | Vendor: PM Legal, LLC; Invoice#: 10312208; Date: 6/22/2021 - 6/8/2021 (Exhibit 1 - subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action Schedule "A" on Patheon Pharmaceuticals Inc.) | | | |
| **Litigation Expenses Subtotal** | | | | **600.00** |
| **UNITED PARCEL SERVICE CHARGES** | | | | |
| 09/23/21 | K I Nix | NYC | 27.04 | |
| | Vendor: United Parcel Service, Inc. Invoice#: 21000010445E391 Date: 9/25/2021  -  -  Ship To: Kelsey Nix, Waive Signature Ship Dt: 09/23/21 Airbill: 1Z10445E0197061244 | | | |
| **United Parcel Service Charges Subtotal** | | | | **27.04** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **20,423.04** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

November 4, 2021                                              305158.610013
                                                      Invoice: 210904622

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through September 30, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 0.00 |

Disbursement & Charges Summary

| | |
|---|---|
| ██████████████ | 1,500.00 |

| | | |
|---|---|---|
| | USD | 1,500.00 |
| **TOTAL** | **USD** | **1,500.00** |

Please remit payment to:

**ACH Transfer (preferred)**               **Wire Transfer**
Citibank, N.A.                          Citibank, N.A.
New York, NY                            New York, NY
Account Name:  Jones Day                Account Name:  Jones Day
Account No:  37026407                   Account No:  37026407
ABA No:  021000089                      ABA No:  021000089
                                        Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610013/210904622 WITH YOUR PAYMENT

# JONES DAY

305158.610013

Page: 2
November 4, 2021
Invoice: 210904622

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| | | | | |

| | | | | |
|--|--|--|--|--|
| **Total Disbursements and Charges** | | | **USD** | **1,500.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

November 4, 2021

305158.610028
Invoice: 210904623

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through September 30, 2021:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 19,058.00 |
| Less 13% Discount | | (2,477.54) |
| Total Billed Fees | USD | 16,580.46 |
| **TOTAL** | **USD** | **16,580.46** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610028/210904623 WITH YOUR PAYMENT

# JONES DAY

305158.610028

Accord Healthcare Inc.

### Timekeeper/Fee Earner Summary

| | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner | | | |
| J J Normile | 7.00 | 1,250.00 | 8,750.00 |
| Associate | | | |
| K McCarthy | 9.50 | 715.00 | 6,792.50 |
| A M Nicolais | 5.10 | 655.00 | 3,340.50 |
| Paralegal | | | |
| J J Darensbourg | 0.50 | 350.00 | 175.00 |
| **Total** | **22.10** | **USD** | **19,058.00** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 09/01/21 | J J Darensbourg | 0.50 |

Manage shared database for attorneys of correspondence, discovery and pleadings regarding Stipulation and Order Regarding Claim Construction and SEALED Notice of Noramco Document Subpoena.

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 09/02/21 | K McCarthy | 0.60 |
| 09/07/21 | A M Nicolais | 0.10 |
| 09/07/21 | J J Normile | 1.10 |
| 09/08/21 | K McCarthy | 0.90 |
| 09/08/21 | A M Nicolais | 2.60 |
| 09/13/21 | J J Normile | 0.80 |
| 09/14/21 | J J Normile | 0.80 |
| 09/15/21 | K McCarthy | 1.60 |
| 09/15/21 | A M Nicolais | 1.40 |
| 09/15/21 | J J Normile | 0.50 |
| 09/20/21 | K McCarthy | 2.00 |

# JONES DAY

305158.610028

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 09/20/21 | J J Normile | 1.00 |
| 09/24/21 | K McCarthy | 1.50 |
| 09/24/21 | J J Normile | 1.00 |
| 09/27/21 | K McCarthy | 2.90 |
| 09/27/21 | A M Nicolais | 1.00 |
| 09/27/21 | J J Normile | 1.00 |
| 09/28/21 | J J Normile | 0.80 |
| **Total** | | **22.10** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

November 4, 2021

305158.999007
Invoice: 210904624

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through September 30, 2021:

| | | |
|---|---|---:|
| Retention Matters | USD | 11,200.00 |
| Less 13% Discount | | (1,456.00) |
| Total Billed Fees | USD | 9,744.00 |

### Disbursement & Charges Summary

| | | | |
|---|---:|---|---:|
| Court Reporter Fees | 262.80 | | |
| | | USD | 262.80 |
| **TOTAL** | | **USD** | **10,006.80** |

Please remit payment to:

**ACH Transfer (preferred)**              **Wire Transfer**

Citibank, N.A.                                      Citibank, N.A.
New York, NY                                       New York, NY
Account Name:  Jones Day                  Account Name:  Jones Day
Account No:  37026407                      Account No:  37026407
ABA No:  021000089                          ABA No:  021000089
                                                          Swift Code:  CITIUS33

PLEASE REFERENCE 305158 999007/210904624 WITH YOUR PAYMENT

# JONES DAY

305158.999007

Retention Matters

Page: 2
November 4, 2021
Invoice: 210904624

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 8.00 | 1,250.00 | 10,000.00 |
| Associate |  |  |  |
| C Buck | 1.60 | 575.00 | 920.00 |
| Paralegal |  |  |  |
| M M Melvin | 0.70 | 400.00 | 280.00 |
| **Total** | **10.30** | **USD** | **11,200.00** |

# JONES DAY

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 09/01/21 | C Buck | 1.00 |
| | Revise July invoices to comply with UST guidelines. | |
| 09/01/21 | J J Normile | 3.00 |
| | Participate in court hearing where Judge Drain issued his final ruling on the Purdue bankruptcy reorganization. | |
| 09/02/21 | M M Melvin | 0.30 |
| | Order the September 1, 2021 Purdue hearing transcript, per M. Dabney (0.20); save the transcript to the system and forward a copy to M. Dabney (0.10). | |
| 09/03/21 | M M Melvin | 0.30 |
| | Order the September 1, 2021 hearing transcript, per M. Dabney (0.10); save the transcript to the system (0.10); send the transcript to M. Dabney (0.10). | |
| 09/07/21 | M M Melvin | 0.10 |
| | Review, approve and forward to the Financial Department an invoice for the September 1, 2021 Purdue hearing transcript for processing and payment. | |
| 09/12/21 | J J Normile | 0.50 |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 09/13/21 | J J Normile | 2.00 |
| | Participate in September Omnibus Hearing before Judge Drain. | |
| 09/15/21 | J J Normile | 1.00 |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 09/27/21 | C Buck | 0.60 |
| | Review Plan and determine final fee application deadlines. | |
| 09/30/21 | J J Normile | 1.00 |
| | Participate in status teleconference before Judge Drain. | |
| 09/30/21 | J J Normile | 0.50 |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| **Total** | | **10.30** |

# JONES DAY

305158.999007

Page: 4
November 4, 2021
Invoice: 210904624

Retention Matters

### Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **COURT REPORTER FEES** | | | | |
| 09/14/21 | M M Melvin | NYC | 262.80 | |
| | Vendor: VERITEXT LLC; Invoice#: 5242019; Date: 9/3/2021 - 9/3/2021 (hearing transcript - case no. 19-23660 9/1/2021) | | | |
| **Court Reporter Fees Subtotal** | | | | **262.80** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **262.80** |