AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
Arik Preis
Mitchell P. Hurley
Sara L. Brauner
Edan Lisovicz
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
apreis@akingump.com
mhurley@akingump.com
sbrauner@akingump.com
elisovicz@akingump.com

*Counsel to the Official Committee of*
*Unsecured Creditors of Purdue Pharma L.P.*, et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' STATEMENT IN RESPECT OF DEBTORS' MOTION TO APPROVE PAYMENT OR REIMBURSEMENT OF CERTAIN FEES AND EXPENSES OF THE NON-CONSENTING STATES GROUP, THE AD HOC COMMITTEE AND THE MSGE GROUP**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

The Official Committee of Unsecured Creditors (the "Official Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby submits this statement (the "Statement") in respect of the *Debtors' Motion to Approve Payment or Reimbursement of Certain Fees and Expenses of the Non-Consenting States Group, the Ad Hoc Committee and the MSGE Group Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 6005* [ECF No. 3986] (the "Fee Motion").[2] In support of this Statement, the Official Committee respectfully states as follows.

### STATEMENT

1. By the Fee Motion, the Debtors seek entry of an order approving the payment or reimbursement of certain reasonable and documented fees and expenses of the Ad Hoc Group of Non-Consenting States (the "Non-Consenting States Group"), the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "Ad Hoc Committee") and the Multi-State Governmental Entities Group (the "MSGE Group" and collectively with the Non-Consenting States Group and the Ad Hoc Committee, the "Public Claimant Groups").

2. The Official Committee supports the payment or reimbursement of the fees and expenses of the Non-Consenting State Group. In addition, the Official Committee does not object to the amount of the fees and expenses sought by the Ad Hoc Committee and the MSGE Group.

3. As this Court and all parties are well aware, the Official Committee has worked with the Non-Consenting States Group, the Ad Hoc Committee and the MSGE Group throughout these cases to address numerous complex issues. The Official Committee recognizes that the

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* [ECF No. 3726] (the "Plan").

efforts of these Public Claimant Groups were integral to achieving consensus on the various settlements that ultimately were incorporated into the Plan.

4.  With respect to the specific amounts requested in the Fee Motion, the Official Committee participated in negotiations regarding the fees and expenses requested by the Non-Consenting States Group and supports the payment thereof. The Official Committee would also note that the fees requested by the Fee Motion will impact *only* the recoveries of Public Claimants[3]—the residual equity owners of the reorganized Debtors—by reducing the amount of available cash. Such payments will not affect (i) the recoveries of Private Claimants[4] in light of the structure of the Private Entity Settlements, which settlements contemplate cash payments over a period of years, or (ii) the recoveries of general unsecured creditors in Class 11(c).

5.  In light of the foregoing, the Official Committee does not object to the Fee Motion on the terms set forth in the proposed order.

## RESERVATION OF RIGHTS

6.  For the avoidance of doubt, the Official Committee expressly reserves all rights in respect of whether any subsequent motion or request seeking approval of Public Claimant professional fees satisfies the requirements of the Bankruptcy Code or any other applicable law.

[*The remainder of this page has been left blank intentionally.*]

---

[3] "Public Claimants" refers collectively to the States and other governmental entities defined in the Plan as the holders of "Non-Federal Domestic Governmental Claims."

[4] "Private Claimants" refers collectively to the holders of Hospital Claims, Third-Party Payor Claims, Ratepayer Claims, NAS Monitoring Claims and PI Claims, each as defined in the Plan.

| | |
|---|---|
| Dated: November 11, 2021<br>New York, NY | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By: /s/ *Arik Preis*<br>Ira S. Dizengoff<br>Arik Preis<br>Mitchell P. Hurley<br>Sara L. Brauner<br>Edan Lisovicz<br>One Bryant Park<br>New York, New York 10036<br>Tel: (212) 872-1000<br>Fax: (212) 872-1002<br>idizengoff@akingump.com<br>apreis@akingump.com<br>mhurley@akingump.com<br>sbrauner@akingump.com<br>elisovicz@akingump.com<br><br>*Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.*, et al. |