UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**TWENTY FOURTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | September 1, 2021 through September 30, 2021 |
| Monthly Fees Incurred: | $244,958.50 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred:  $0.00

Total Fees and Expenses Due:  $244,958.50

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747 Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.00 | $0.00 | $242,741.60 | $0.00 |
| Docket No. 3798 Filed on 9/21/2021 | 7/1/2021 – 7/31/2021 | $431,630.50 | $135.81 | $345,304.40 | $135.81 |
| Docket No. 3941 Filed on 10/14/2021 | 8/1/2021 – 8/31/2021 | $284,159.00 | $20.94 | $0.00 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, and $15,000 were allocated evenly across fees from the first, second, third, fourth, and fifth interim period, respectively.

3

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., et al. (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from September 1, 2021 through and including September 30, 2021 (the "**Fee Period**") amount to:

   | | |
   |---|---|
   | Professional Fees | $244,958.50 |
   | Expenses | 0.00 |
   | **TOTAL** | **$244,958.50** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---|
   | Professional Fees at 80% | $195,966.80 |
   | Expenses at 100% | 0.00 |
   | **TOTAL** | **$195,966.80** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A"**.

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B"**.

5.       Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C".**

6.       FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

7.       Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than November 25, 2021 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

8.       If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9.       If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated:  New York, New York
       November 11, 2021

      FTI CONSULTING, INC.
Financial Advisors to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P.

By:    */s/ Matthew Diaz*
      Matthew Diaz, Senior Managing Director
      Three Times Square, 10th Floor
      New York, New York 10036
      Telephone: (212) 499-3611
      Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD SEPTEMBER 1, 2021 TO SEPTEMBER 30, 2021**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Sr Managing Director | Restructuring | 1,120 | 49.0 | $ 54,880.00 |
| Joffe, Steven | Sr Managing Director | Tax | 1,165 | 0.5 | 582.50 |
| Simms, Steven | Sr Managing Director | Restructuring | 1,295 | 9.6 | 12,432.00 |
| Shafer, Patterson | Managing Dir | Healthcare | 600 | 19.5 | 11,700.00 |
| Bromberg, Brian | Sr Director | Restructuring | 850 | 67.1 | 57,035.00 |
| Whitman, Andrew | Sr Director | Insurance | 675 | 1.2 | 810.00 |
| Johnson, Ancy | Director | Healthcare | 475 | 36.5 | 17,337.50 |
| Baron, Genevieve | Sr Consultant | Healthcare | 375 | 70.0 | 26,250.00 |
| Knaak, Meredith | Sr Consultant | Healthcare | 375 | 28.5 | 10,687.50 |
| Kurtz, Emma | Sr Consultant | Restructuring | 580 | 61.6 | 35,728.00 |
| Turner, Ian | Sr Consultant | Restructuring | 580 | 29.7 | 17,226.00 |
| Hellmund-Mora, Marili | Associate | Restructuring | 290 | 1.0 | 290.00 |
| **GRAND TOTAL** | | | | **374.2** | **$ 244,958.50** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD SEPTEMBER 1, 2021 TO SEPTEMBER 30, 2021**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 10.4 | $ 7,166.00 |
| 6 | Asset Sales | 4.9 | 4,354.00 |
| 7 | Analysis of Domestic Business Plan | 162.2 | 73,870.00 |
| 9 | Analysis of Employee Comp Programs | 1.3 | 1,456.00 |
| 10 | Analysis of Tax Issues | 0.5 | 582.50 |
| 11 | Prepare for and Attend Court Hearings | 10.7 | 12,093.50 |
| 16 | Analysis, Negotiate and Form of POR & DS | 14.9 | 15,032.00 |
| 19 | Case Management | 1.6 | 1,932.00 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 0.8 | 680.00 |
| 22 | Meetings with Other Parties | 0.5 | 560.00 |
| 24 | Preparation of Fee Application | 12.0 | 7,912.00 |
| 26 | Analysis of Insurance Programs | 7.2 | 7,041.00 |
| 30 | Emergence Preparation | 147.2 | 112,279.50 |
| | **GRAND TOTAL** | **374.2** | **$ 244,958.50** |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2021 TO SEPTEMBER 30, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 9/1/2021 | Kurtz, Emma | 0.6 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/2/2021 | Kurtz, Emma | 0.5 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/7/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/8/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/9/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/10/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/13/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/14/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/15/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/16/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/17/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/20/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/20/2021 | Kurtz, Emma | 0.4 | Review latest documents shared to the dataroom re: current financial and operating reporting to share with team. |
| 1 | 9/21/2021 | Diaz, Matthew | 0.6 | Review of the proposed transfer of the licensing agreement. |
| 1 | 9/21/2021 | Diaz, Matthew | 0.9 | Review July financial operating report and latest cash flow projections. |
| 1 | 9/21/2021 | Diaz, Matthew | 0.6 | Review articles on plan confirmation and related appeals. |
| 1 | 9/21/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/22/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/23/2021 | Kurtz, Emma | 0.5 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/24/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/27/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/27/2021 | Kurtz, Emma | 0.4 | Review recent dataroom uploads re: reporting to share with team. |
| 1 | 9/28/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/29/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/30/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **10.4** | |
| 6 | 9/15/2021 | Bromberg, Brian | 1.1 | Review CellAct presentation re: proposed asset sale. |
| 6 | 9/15/2021 | Bromberg, Brian | 0.6 | Send questions on CellAct agreement. |
| 6 | 9/15/2021 | Diaz, Matthew | 0.3 | Review proposed asset purchase agreement. |
| 6 | 9/16/2021 | Bromberg, Brian | 0.4 | Review CellAct presentation and related news. |
| 6 | 9/17/2021 | Bromberg, Brian | 0.7 | Review responses and APA on CellAct. |
| 6 | 9/20/2021 | Bromberg, Brian | 0.5 | Review Debtors' responses to questions re: CellAct. |
| 6 | 9/21/2021 | Bromberg, Brian | 0.4 | Discuss CellAct proposed sale with Houlihan. |
| 6 | 9/29/2021 | Diaz, Matthew | 0.4 | Review of the proposed asset transfer. |
| 6 | 9/30/2021 | Bromberg, Brian | 0.5 | Review CellAct summary to prepare revisions. |
| **6 Total** | | | **4.9** | |
| 7 | 9/1/2021 | Baron, Genevieve | 0.6 | Attend call with internal team to discuss cost savings analysis. |
| 7 | 9/1/2021 | Baron, Genevieve | 2.4 | Analyze third party spend data for cost savings report. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2021 TO SEPTEMBER 30, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 9/1/2021 | Bromberg, Brian | 0.6 | Discuss cost savings reporting per plan with team. |
| 7 | 9/1/2021 | Johnson, Ancy | 0.6 | Attend internal call with team to discuss status of cost savings report. |
| 7 | 9/1/2021 | Johnson, Ancy | 1.4 | Evaluate manufacturing and inventory data provided by the Debtors. |
| 7 | 9/1/2021 | Knaak, Meredith | 1.4 | Prepare summary slides outlining status of cost savings analysis for team. |
| 7 | 9/1/2021 | Shafer, Patterson | 1.3 | Review presentation summarizing status of cost savings analysis and report. |
| 7 | 9/2/2021 | Baron, Genevieve | 1.4 | Analyze consumer and product profitability data provided. |
| 7 | 9/2/2021 | Baron, Genevieve | 1.6 | Continue to analyze consumer and product profitability data provided. |
| 7 | 9/2/2021 | Johnson, Ancy | 0.9 | Draft updated outline for cost savings report. |
| 7 | 9/2/2021 | Shafer, Patterson | 1.2 | Review latest draft outline of cost savings report to provide comments. |
| 7 | 9/3/2021 | Baron, Genevieve | 2.2 | Analyze customer and product profitability data provided for Avrio. |
| 7 | 9/3/2021 | Baron, Genevieve | 1.8 | Continue to analyze customer and product profitability data provided for Avrio. |
| 7 | 9/3/2021 | Johnson, Ancy | 0.6 | Review initial analysis of customer and product profitability data to provide guidance. |
| 7 | 9/7/2021 | Baron, Genevieve | 1.9 | Prepare further analysis of customer and product profitability data to incorporate comments. |
| 7 | 9/8/2021 | Baron, Genevieve | 2.1 | Analyze customer and product profitability data for Rhodes. |
| 7 | 9/9/2021 | Knaak, Meredith | 1.6 | Review current draft outline of cost savings report and information received to understand next steps. |
| 7 | 9/10/2021 | Baron, Genevieve | 2.3 | Prepare summary of analysis of customer and product profitability data for Purdue. |
| 7 | 9/13/2021 | Johnson, Ancy | 2.1 | Draft slides on customer and product profitability data for inclusion in report. |
| 7 | 9/13/2021 | Knaak, Meredith | 2.1 | Reviewing financial documents and manufacturing documents. |
| 7 | 9/14/2021 | Baron, Genevieve | 2.7 | Analyze manufacturing and inventory data provided. |
| 7 | 9/14/2021 | Bromberg, Brian | 0.9 | Review cost savings files to understand information received. |
| 7 | 9/14/2021 | Diaz, Matthew | 0.6 | Review status of the cost savings analysis. |
| 7 | 9/14/2021 | Johnson, Ancy | 1.9 | Continue to build out customer and product profitability section of report. |
| 7 | 9/14/2021 | Knaak, Meredith | 2.3 | Analyze data provided by the Debtor for third party spend for branded opioids. |
| 7 | 9/14/2021 | Shafer, Patterson | 1.0 | Review current status of cost savings analysis to provide guidance to team. |
| 7 | 9/15/2021 | Baron, Genevieve | 2.6 | Analyze manufacturing and inventory data re: branded opioids. |
| 7 | 9/15/2021 | Baron, Genevieve | 1.8 | Continue to analyze manufacturing and inventory data re: branded opioids. |
| 7 | 9/15/2021 | Baron, Genevieve | 0.6 | Attend call with Alix to discuss cost savings report. |
| 7 | 9/15/2021 | Diaz, Matthew | 1.7 | Review latest cost analysis report. |
| 7 | 9/15/2021 | Diaz, Matthew | 0.5 | Participate in a call with Alix on the cost analysis report. |
| 7 | 9/15/2021 | Johnson, Ancy | 1.2 | Prepare analysis for report re: potential cost savings in manufacturing and inventory. |
| 7 | 9/15/2021 | Knaak, Meredith | 0.9 | Analyze third party spend data for Avrio. |
| 7 | 9/15/2021 | Shafer, Patterson | 0.5 | Attend call with Alix to discuss cost savings analysis. |
| 7 | 9/15/2021 | Shafer, Patterson | 1.8 | Review data provided and status of cost savings analysis to evaluate next steps. |
| 7 | 9/16/2021 | Baron, Genevieve | 2.2 | Analyze manufacturing and inventory data re: Avrio. |
| 7 | 9/16/2021 | Baron, Genevieve | 1.8 | Continue to analyze manufacturing and inventory data re: Avrio. |
| 7 | 9/16/2021 | Johnson, Ancy | 0.8 | Review analysis of manufacturing and inventory data to provide guidance. |
| 7 | 9/16/2021 | Knaak, Meredith | 3.4 | Prepare analysis of Adlon and SVC Pharma cost calculations. |
| 7 | 9/17/2021 | Baron, Genevieve | 2.3 | Analyze manufacturing and inventory data for Adlon. |
| 7 | 9/17/2021 | Baron, Genevieve | 2.7 | Continue to analyze manufacturing and inventory data for Adlon. |
| 7 | 9/17/2021 | Johnson, Ancy | 2.8 | Prepare slides for cost savings report re: manufacturing data. |
| 7 | 9/17/2021 | Knaak, Meredith | 2.2 | Prepare analysis of Adlon costs for 2019 through 2021. |
| 7 | 9/17/2021 | Knaak, Meredith | 1.9 | Continue to prepare analysis of Adlon costs for 2019 through 2021. |
| 7 | 9/17/2021 | Shafer, Patterson | 1.2 | Review progress of cost savings analysis to provide guidance to team. |
| 7 | 9/20/2021 | Baron, Genevieve | 2.1 | Evaluate manufacturing and inventory data for Rhodes. |
| 7 | 9/20/2021 | Baron, Genevieve | 2.4 | Continue to evaluate manufacturing and inventory data for Rhodes. |
| 7 | 9/20/2021 | Johnson, Ancy | 2.3 | Draft slides to include in cost savings report summarizing initial findings. |
| 7 | 9/20/2021 | Johnson, Ancy | 1.9 | Continue to draft slides to include in cost savings report summarizing initial findings. |
| 7 | 9/20/2021 | Knaak, Meredith | 3.1 | Draft initial slides re: analysis of Adlon costs. |
| 7 | 9/20/2021 | Knaak, Meredith | 1.3 | Continue to prepare analysis of Adlon costs and spending. |
| 7 | 9/20/2021 | Shafer, Patterson | 1.1 | Review draft of cost savings report to provide guidance to team. |
| 7 | 9/20/2021 | Shafer, Patterson | 0.9 | Draft list for Alix re: interview requests. |
| 7 | 9/21/2021 | Baron, Genevieve | 2.8 | Analyze historical branded opioid costs data. |
| 7 | 9/21/2021 | Baron, Genevieve | 2.2 | Continue to analyze historical branded opioid costs data. |
| 7 | 9/21/2021 | Bromberg, Brian | 0.7 | Attend internal call to cost saving report. |
| 7 | 9/21/2021 | Diaz, Matthew | 1.2 | Review the company's cost savings analysis. |
| 7 | 9/21/2021 | Johnson, Ancy | 3.3 | Prepare draft presentation re: potential cost savings. |
| 7 | 9/21/2021 | Johnson, Ancy | 0.7 | Attend internal call to discuss progress of cost savings analysis. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2021 TO SEPTEMBER 30, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 9/21/2021 | Knaak, Meredith | 1.6 | Prepare analysis and accompanying slides re: Adlon historical costs. |
| 7 | 9/21/2021 | Shafer, Patterson | 0.7 | Participate in internal call to share update on status of cost savings report. |
| 7 | 9/21/2021 | Shafer, Patterson | 0.8 | Provide comments to team on revised outline of cost savings report and initial findings. |
| 7 | 9/22/2021 | Baron, Genevieve | 1.6 | Draft initial slides in outline of cost savings report re: branded opioids. |
| 7 | 9/22/2021 | Baron, Genevieve | 2.4 | Continue to analyze historical cost data provided re: branded opioids. |
| 7 | 9/22/2021 | Diaz, Matthew | 0.6 | Review team's cost savings analysis. |
| 7 | 9/22/2021 | Johnson, Ancy | 2.8 | Prepare revisions to outline of cost savings report to incorporate initial analyses. |
| 7 | 9/22/2021 | Knaak, Meredith | 1.4 | Evaluate historical cost data provided re: Rhodes. |
| 7 | 9/22/2021 | Shafer, Patterson | 0.6 | Review updated outline of report to provide comments. |
| 7 | 9/23/2021 | Baron, Genevieve | 2.4 | Evaluate third party spend data provided for Purdue re: branded opioids. |
| 7 | 9/23/2021 | Baron, Genevieve | 2.7 | Continue to evaluate third party spend data provided for Purdue re: branded opioids. |
| 7 | 9/23/2021 | Baron, Genevieve | 2.4 | Evaluate third party spend data provided for Rhodes. |
| 7 | 9/23/2021 | Johnson, Ancy | 3.2 | Update draft cost savings report to reflect additional analyses. |
| 7 | 9/23/2021 | Knaak, Meredith | 1.7 | Prepare revisions to summary charts re: Adlon costs per internal comments. |
| 7 | 9/23/2021 | Shafer, Patterson | 1.3 | Review updated draft analyses and slides to provide comments. |
| 7 | 9/24/2021 | Baron, Genevieve | 2.6 | Analyze third party spend data for Avrio. |
| 7 | 9/24/2021 | Baron, Genevieve | 2.4 | Prepare summary charts re: analysis of third party spend data for Purdue. |
| 7 | 9/24/2021 | Johnson, Ancy | 2.6 | Incorporate additional analysis prepared by team into draft cost savings report. |
| 7 | 9/24/2021 | Shafer, Patterson | 1.6 | Review cost data provided and status of analysis to provide guidance to team re: next steps. |
| 7 | 9/27/2021 | Baron, Genevieve | 2.8 | Prepare initial summary charts re: analysis of third party spend data for Rhodes. |
| 7 | 9/27/2021 | Johnson, Ancy | 0.9 | Prepare updated outstanding diligence request list to prepare for call with Alix. |
| 7 | 9/27/2021 | Johnson, Ancy | 0.5 | Attend call with Alix to discuss cost savings analysis. |
| 7 | 9/27/2021 | Knaak, Meredith | 1.7 | Analyze manufacturing cost data files provided for Purdue. |
| 7 | 9/27/2021 | Shafer, Patterson | 1.6 | Review draft cost savings report to provide comments. |
| 7 | 9/27/2021 | Shafer, Patterson | 0.5 | Attend call with Alix to discuss cost savings analysis and outstanding requests. |
| 7 | 9/28/2021 | Baron, Genevieve | 2.2 | Prepare draft analyses of third party spend costs to include in report. |
| 7 | 9/28/2021 | Bromberg, Brian | 0.5 | Review cost savings report issues. |
| 7 | 9/28/2021 | Diaz, Matthew | 0.4 | Review update re: cost savings analysis. |
| 7 | 9/28/2021 | Johnson, Ancy | 1.2 | Continue to build out draft of the cost savings report. |
| 7 | 9/28/2021 | Knaak, Meredith | 0.5 | Continue to evaluate manufacturing data provided re: historical costs. |
| 7 | 9/28/2021 | Shafer, Patterson | 1.1 | Review status of diligence requests and identify potential follow ups. |
| 7 | 9/29/2021 | Baron, Genevieve | 2.2 | Continue to perform diligence analysis of cost files. |
| 7 | 9/29/2021 | Johnson, Ancy | 0.5 | Attend call with Alix to discuss cost savings analysis. |
| 7 | 9/29/2021 | Knaak, Meredith | 0.5 | Participate in call with Alix to discuss cost saving report. |
| 7 | 9/29/2021 | Shafer, Patterson | 0.5 | Attend call with Alix to discuss cost savings report status. |
| 7 | 9/30/2021 | Baron, Genevieve | 2.1 | Prepare summary of initial findings of cost savings data review. |
| 7 | 9/30/2021 | Baron, Genevieve | 1.7 | Continue to prepare summary of initial findings of cost savings data review. |
| 7 | 9/30/2021 | Johnson, Ancy | 2.2 | Review analyses prepared by team to provide guidance for next steps. |
| 7 | 9/30/2021 | Johnson, Ancy | 2.1 | Continue to build out draft cost savings report to incorporate additional analysis. |
| 7 | 9/30/2021 | Knaak, Meredith | 0.9 | Prepare summary of initial findings of manufacturing costs review. |
| 7 | 9/30/2021 | Shafer, Patterson | 1.8 | Review latest draft of cost savings report to evaluate outline and initial findings. |
| **7 Total** | | | **162.2** | |
| 9 | 9/9/2021 | Diaz, Matthew | 0.9 | Review Debtors' KEIP reply. |
| 9 | 9/10/2021 | Diaz, Matthew | 0.4 | Review Debtors' response on the objections to the KEIP. |
| **9 Total** | | | **1.3** | |
| 10 | 9/1/2021 | Joffe, Steven | 0.5 | Attend weekly AHC call to discuss case events, with a focus on tax matters. |
| **10 Total** | | | **0.5** | |
| 11 | 9/1/2021 | Bromberg, Brian | 2.9 | Attend virtual confirmation hearing. |
| 11 | 9/1/2021 | Simms, Steven | 2.8 | Attend confirmation hearing to evaluate case issues. |
| 11 | 9/1/2021 | Simms, Steven | 2.3 | Continue to attend confirmation hearing to evaluate case issues. |
| 11 | 9/13/2021 | Diaz, Matthew | 2.7 | Attend the Purdue hearing on the trust prepayments and the KEIP. |
| **11 Total** | | | **10.7** | |
| 16 | 9/1/2021 | Bromberg, Brian | 0.5 | Discuss excess cash with the Debtors. |
| 16 | 9/1/2021 | Bromberg, Brian | 0.7 | Review latest excess cash estimates to prepare for call. |
| 16 | 9/1/2021 | Diaz, Matthew | 0.4 | Participate in a call with Alix to discuss certain Sackler settlement agreement issues. |
| 16 | 9/1/2021 | Kurtz, Emma | 0.3 | Review latest excess cash estimates and materials. |
| 16 | 9/2/2021 | Diaz, Matthew | 1.1 | Review of confirmation hearing summaries and related next steps. |
| 16 | 9/7/2021 | Bromberg, Brian | 1.6 | Review filed disclosure statement and supplement. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2021 TO SEPTEMBER 30, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 9/8/2021 | Diaz, Matthew | 2.2 | Review the updated 8/31 shareholder settlement agreement to evaluate changes. |
| 16 | 9/14/2021 | Bromberg, Brian | 2.3 | Review revisions to settlement agreement to understand changes. |
| 16 | 9/14/2021 | Diaz, Matthew | 0.5 | Participate in a call with Counsel to discuss IP transfer. |
| 16 | 9/15/2021 | Kurtz, Emma | 0.8 | Draft summary for Counsel identifying contracts requested additional information on to identify potential contracts to reject. |
| 16 | 9/15/2021 | Simms, Steven | 0.2 | Review latest status of settlement agreement. |
| 16 | 9/20/2021 | Diaz, Matthew | 1.4 | Review of the settlement agreement to evaluate changes. |
| 16 | 9/20/2021 | Simms, Steven | 0.4 | Review latest status of NewCo transfer agreement. |
| 16 | 9/21/2021 | Diaz, Matthew | 0.6 | Review the updated NewCo transfer agreement. |
| 16 | 9/21/2021 | Diaz, Matthew | 0.3 | Review Counsel's summaries on the appeal process and related next steps. |
| 16 | 9/22/2021 | Simms, Steven | 0.6 | Review information provided by Counsel re: appeals process. |
| 16 | 9/24/2021 | Diaz, Matthew | 0.4 | Review lease assumption and rejection schedule. |
| 16 | 9/27/2021 | Simms, Steven | 0.6 | Review update from team re: status of plan items. |
| **16 Total** | | | **14.9** | |
| 19 | 9/8/2021 | Diaz, Matthew | 0.8 | Review open items and related next steps. |
| 19 | 9/8/2021 | Simms, Steven | 0.4 | Review latest case workplan to understand next steps. |
| 19 | 9/29/2021 | Simms, Steven | 0.4 | Review ongoing case issues and understand next steps. |
| **19 Total** | | | **1.6** | |
| 21 | 9/1/2021 | Bromberg, Brian | 0.5 | Participate in weekly Committee call to discuss case updates. |
| 21 | 9/2/2021 | Bromberg, Brian | 0.3 | Participate in weekly corporate call to discuss emergence preparation. |
| **21 Total** | | | **0.8** | |
| 22 | 9/10/2021 | Diaz, Matthew | 0.5 | Participate in call with the monitor. |
| **22 Total** | | | **0.5** | |
| 24 | 9/2/2021 | Kurtz, Emma | 1.7 | Finish preparing draft July fee statement. |
| 24 | 9/8/2021 | Kurtz, Emma | 0.4 | Prepare revisions to June fee application to finalize for filing. |
| 24 | 9/9/2021 | Diaz, Matthew | 1.1 | Review July fee application. |
| 24 | 9/10/2021 | Hellmund-Mora, Marili | 0.5 | Update and finalize the June fee application. |
| 24 | 9/10/2021 | Kurtz, Emma | 0.8 | Prepare revisions to draft July fee application. |
| 24 | 9/14/2021 | Kurtz, Emma | 2.8 | Begin to prepare August fee application per bankruptcy guidelines. |
| 24 | 9/16/2021 | Kurtz, Emma | 2.4 | Continue to prepare draft August fee application. |
| 24 | 9/22/2021 | Diaz, Matthew | 1.2 | Review August fee application. |
| 24 | 9/23/2021 | Hellmund-Mora, Marili | 0.5 | Update and finalize the July fee application. |
| 24 | 9/23/2021 | Kurtz, Emma | 0.6 | Prepare revisions to August fee application. |
| **24 Total** | | | **12.0** | |
| 26 | 9/1/2021 | Diaz, Matthew | 0.9 | Review plan effective date and go forward insurance issues. |
| 26 | 9/9/2021 | Bromberg, Brian | 0.6 | Review insurance information for NewCo. |
| 26 | 9/10/2021 | Simms, Steven | 0.3 | Review update on NewCo insurance information. |
| 26 | 9/14/2021 | Diaz, Matthew | 0.6 | Review insurance analysis. |
| 26 | 9/14/2021 | Whitman, Andrew | 0.3 | Review update on latest insurance issues. |
| 26 | 9/15/2021 | Bromberg, Brian | 0.7 | Discuss insurance for NewCo and TopCo with Debtors. |
| 26 | 9/15/2021 | Bromberg, Brian | 0.9 | Review NewCo insurance presentation. |
| 26 | 9/15/2021 | Diaz, Matthew | 0.5 | Participate in a call with the company on the go forward insurance needs. |
| 26 | 9/15/2021 | Diaz, Matthew | 0.6 | Review Debtors' insurance presentation to prepare for the call with the Debtors. |
| 26 | 9/15/2021 | Simms, Steven | 0.3 | Review go forward insurance items for NewCo. |
| 26 | 9/15/2021 | Whitman, Andrew | 0.8 | Attend insurance update call with Debtors. |
| 26 | 9/27/2021 | Diaz, Matthew | 0.6 | Review of the Debtors' general liability insurance analysis. |
| 26 | 9/27/2021 | Whitman, Andrew | 0.1 | Review email correspondence related to insurance issues. |
| **26 Total** | | | **7.2** | |
| 30 | 9/8/2021 | Bromberg, Brian | 1.7 | Draft outline of outstanding workstreams, with a focus on emergence preparation. |
| 30 | 9/8/2021 | Bromberg, Brian | 0.7 | Discuss emergence preparation workstreams with team. |
| 30 | 9/8/2021 | Kurtz, Emma | 0.6 | Discuss internally re: case workstreams and upcoming deliverables in preparation for emergence. |
| 30 | 9/8/2021 | Turner, Ian | 0.5 | Attend internal call to discuss emergence preparation workstreams. |
| 30 | 9/10/2021 | Diaz, Matthew | 0.5 | Participate in call with counsel to discuss NewCo emergence issues. |
| 30 | 9/10/2021 | Diaz, Matthew | 1.0 | Participate in call with Houlihan to discuss post emergence structures. |
| 30 | 9/13/2021 | Bromberg, Brian | 0.9 | Review latest emergence workstreams summary and checklist. |
| 30 | 9/13/2021 | Diaz, Matthew | 1.1 | Perform detailed review of the Purdue emergence work plan and checklist. |
| 30 | 9/13/2021 | Kurtz, Emma | 0.8 | Draft updated summary of emergence workstreams outline. |
| 30 | 9/13/2021 | Simms, Steven | 0.8 | Evaluate post confirmation items and workplan. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2021 TO SEPTEMBER 30, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 30 | 9/14/2021 | Bromberg, Brian | 0.8 | Attend call with team to discuss outstanding NewCo transfers workstreams. |
| 30 | 9/14/2021 | Bromberg, Brian | 1.3 | Review latest outline of emergence workstreams to prepare for calls. |
| 30 | 9/14/2021 | Bromberg, Brian | 0.6 | Discuss IP and transfer to NewCo with counsel. |
| 30 | 9/14/2021 | Bromberg, Brian | 0.8 | Compile license agreements to share with Counsel. |
| 30 | 9/14/2021 | Bromberg, Brian | 0.8 | Prepare follow up questions for AlixPartners re: emergence preparation. |
| 30 | 9/14/2021 | Diaz, Matthew | 0.9 | Review emergence next steps and workplan. |
| 30 | 9/14/2021 | Diaz, Matthew | 0.7 | Develop settlement agreement section outline to include in NewCo board book. |
| 30 | 9/14/2021 | Kurtz, Emma | 0.7 | Attend call with team to discuss NewCo transfers workstreams and next steps. |
| 30 | 9/14/2021 | Kurtz, Emma | 1.3 | Prepare draft workplan and tracker for NewCo transfer workstreams and board book materials. |
| 30 | 9/14/2021 | Simms, Steven | 0.5 | Review latest summary of emergence preparation workstreams. |
| 30 | 9/14/2021 | Turner, Ian | 0.7 | Attend call with internal team to discuss NewCo board book and transfers workstreams. |
| 30 | 9/15/2021 | Bromberg, Brian | 0.5 | Draft follow-up questions for Alix re: emergence preparation. |
| 30 | 9/15/2021 | Bromberg, Brian | 2.2 | Draft outline of MDT Board book. |
| 30 | 9/15/2021 | Bromberg, Brian | 0.6 | Discuss MDT Board Book with counsel. |
| 30 | 9/15/2021 | Diaz, Matthew | 1.1 | Review next steps on outline for MDT board book. |
| 30 | 9/15/2021 | Diaz, Matthew | 0.5 | Participate in call with Counsel to discuss the MDT board book. |
| 30 | 9/15/2021 | Kurtz, Emma | 0.8 | Prepare revisions to NewCo board book slides to reflect internal comments |
| 30 | 9/15/2021 | Kurtz, Emma | 1.3 | Draft summary slides of key prepetition contracts and related analyses to include in NewCo board book. |
| 30 | 9/15/2021 | Kurtz, Emma | 1.7 | Prepare analysis of largest vendor spend by prepetition contract counter-party to be included in NewCo board book. |
| 30 | 9/15/2021 | Kurtz, Emma | 1.4 | Prepare revisions to 2021 KEIP KERP slides to reflect final plans to be included in NewCo board book. |
| 30 | 9/15/2021 | Kurtz, Emma | 2.2 | Prepare draft outline of presentation to the MDT board. |
| 30 | 9/15/2021 | Turner, Ian | 0.5 | Attend call with Counsel to discuss MDT board book and next steps. |
| 30 | 9/16/2021 | Bromberg, Brian | 1.9 | Prepare revisions to draft outline of MDT board book presentation. |
| 30 | 9/17/2021 | Bromberg, Brian | 0.6 | Follow up on questions to Alix re: emergence preparation. |
| 30 | 9/17/2021 | Bromberg, Brian | 2.6 | Draft initial slides in outline of MDT Board book and identify next steps. |
| 30 | 9/17/2021 | Diaz, Matthew | 1.5 | Review of the settlement agreement in connection with preparing the MDT board presentation. |
| 30 | 9/17/2021 | Kurtz, Emma | 0.7 | Prepare revisions to outline of MDT board book presentation. |
| 30 | 9/17/2021 | Kurtz, Emma | 2.1 | Prepare additional draft slides for MDT board book outline to reflect internal comments. |
| 30 | 9/17/2021 | Kurtz, Emma | 1.3 | Review IAC overview slides for section of MDT board book. |
| 30 | 9/20/2021 | Bromberg, Brian | 1.2 | Review and respond to questions from Counsel on NewCo transfer agreement. |
| 30 | 9/20/2021 | Bromberg, Brian | 1.4 | Review task list re: NewCo transfer workstreams and progress. |
| 30 | 9/20/2021 | Bromberg, Brian | 1.3 | Finalize MDT board deck draft outline to share with Counsel. |
| 30 | 9/20/2021 | Bromberg, Brian | 0.6 | Discuss MDT board book outline with Counsel. |
| 30 | 9/20/2021 | Bromberg, Brian | 0.8 | Prepare revisions to draft outline for MDT board book per call with Counsel. |
| 30 | 9/20/2021 | Bromberg, Brian | 1.5 | Review NewCo board book slides to provide comments. |
| 30 | 9/20/2021 | Diaz, Matthew | 0.8 | Review NewCo Board briefing book and related next steps. |
| 30 | 9/20/2021 | Diaz, Matthew | 1.6 | Conduct detailed review of the MDT board book outline. |
| 30 | 9/20/2021 | Diaz, Matthew | 0.5 | Participate in call with Counsel to discuss the MDT board book. |
| 30 | 9/20/2021 | Kurtz, Emma | 1.4 | Prepare analysis of employee census to summarize key employee metrics for NewCo Board Book. |
| 30 | 9/20/2021 | Kurtz, Emma | 1.1 | Prepare revisions to employee metrics summary slide in NewCo Board Book per internal comments. |
| 30 | 9/20/2021 | Turner, Ian | 2.1 | Review employee wages first day motion to draft employee benefits slides for NewCo transfer presentation. |
| 30 | 9/20/2021 | Turner, Ian | 2.8 | Prepare analysis of employee benefit programs to include in NewCo board book. |
| 30 | 9/20/2021 | Turner, Ian | 0.5 | Discuss MDT Board Book with Counsel. |
| 30 | 9/20/2021 | Turner, Ian | 1.6 | Prepare revisions to employee benefit slides in NewCo board book per internal comments. |
| 30 | 9/21/2021 | Bromberg, Brian | 1.1 | Review progress on workstreams on MDT book. |
| 30 | 9/21/2021 | Bromberg, Brian | 2.1 | Review Settlement Agreement to include summary in MDT book. |
| 30 | 9/21/2021 | Bromberg, Brian | 0.9 | Discuss internally re: workplan for preparing MDT board book. |
| 30 | 9/21/2021 | Bromberg, Brian | 1.8 | Review Settlement Agreement reporting required. |
| 30 | 9/21/2021 | Kurtz, Emma | 1.3 | Prepare revisions to draft outline of the MDT board book presentation per discussion with KL. |
| 30 | 9/21/2021 | Kurtz, Emma | 1.9 | Prepare revisions to MDT board book outline per internal comments. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2021 TO SEPTEMBER 30, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 30 | 9/21/2021 | Kurtz, Emma | 3.1 | Prepare IAC overview section of MDT board book. |
| 30 | 9/21/2021 | Kurtz, Emma | 2.2 | Prepare analysis of IAC sales by product and various IAC functions to include in MDT board book. |
| 30 | 9/21/2021 | Kurtz, Emma | 1.3 | Draft A-Side covenants and A-Side reporting section per the Sackler settlement agreement to include in MDT board book. |
| 30 | 9/21/2021 | Kurtz, Emma | 2.2 | Update analysis of A-Side and B-Side credit support to reflect latest asset values to include in MDT board book. |
| 30 | 9/21/2021 | Turner, Ian | 0.9 | Attend call with team to discuss MDT board book outline and next steps. |
| 30 | 9/21/2021 | Turner, Ian | 1.9 | Prepare settlement agreement calendar and time line of payments summary slides for MDT board. |
| 30 | 9/21/2021 | Turner, Ian | 3.1 | Prepare settlement agreement payment mechanics overview slides to include in the MDT board book. |
| 30 | 9/22/2021 | Bromberg, Brian | 3.2 | Provide comments on MDT Board deck settlement agreement payment mechanics section. |
| 30 | 9/22/2021 | Bromberg, Brian | 1.9 | Review credit support, covenants, and IAC overview sections of the MDT board book. |
| 30 | 9/22/2021 | Kurtz, Emma | 1.9 | Prepare reporting overview section of the MDT board book re: summary of reporting required under the settlement agreement and credit support agreements. |
| 30 | 9/22/2021 | Kurtz, Emma | 2.6 | Draft slides re: B-side covenants and B-side required reporting per B-side credit support agreement for MDT board book. |
| 30 | 9/22/2021 | Kurtz, Emma | 1.4 | Update analysis of distributions from the MDT and private settlements to include in MDT board book. |
| 30 | 9/22/2021 | Kurtz, Emma | 1.7 | Prepare revisions to draft MDT board book slides per internal comments. |
| 30 | 9/22/2021 | Turner, Ian | 1.8 | Draft MDT board book slides for calendar of reporting, appeals process, and payment mechanics. |
| 30 | 9/22/2021 | Turner, Ian | 1.2 | Prepare revisions to MDT board book slides re: payment mechanics per internal comments. |
| 30 | 9/22/2021 | Turner, Ian | 2.7 | Draft slides for MDT board book re: settlement agreement payment mechanics illustrative examples. |
| 30 | 9/22/2021 | Turner, Ian | 2.4 | Prepare revisions to MDT board book slides, including appeals process and payment mechanics walk through. |
| 30 | 9/23/2021 | Bromberg, Brian | 1.7 | Review NewCo transfer workstreams and status. |
| 30 | 9/23/2021 | Bromberg, Brian | 0.9 | Discuss NewCo transfer workstreams with Houlihan. |
| 30 | 9/23/2021 | Bromberg, Brian | 0.5 | Discuss corporate workstreams with counsel re: emergence preparation. |
| 30 | 9/23/2021 | Bromberg, Brian | 0.4 | Prepare summary of calls with Houlihan and Counsel re: NewCo transfer workstreams for team. |
| 30 | 9/23/2021 | Bromberg, Brian | 0.8 | Discuss NewCo transfer workstreams with Counsel. |
| 30 | 9/23/2021 | Bromberg, Brian | 0.6 | Review updated draft of MDT board book. |
| 30 | 9/23/2021 | Diaz, Matthew | 0.8 | Participate in call with Counsel to discuss the emergence check list. |
| 30 | 9/23/2021 | Diaz, Matthew | 1.6 | Review draft MDT presentation outline to prepare revisions. |
| 30 | 9/23/2021 | Kurtz, Emma | 0.8 | Attend call with Counsel to discuss status of workstreams related to NewCo transfers. |
| 30 | 9/23/2021 | Turner, Ian | 0.6 | Prepare further revisions to draft MDT board book payment mechanics section per internal comments. |
| 30 | 9/24/2021 | Bromberg, Brian | 1.9 | Review latest draft of MDT board book to provide comments. |
| 30 | 9/24/2021 | Bromberg, Brian | 1.5 | Finalize and send draft of MDT deck. |
| 30 | 9/24/2021 | Bromberg, Brian | 1.1 | Draft update on status of NewCo workstreams. |
| 30 | 9/24/2021 | Diaz, Matthew | 2.7 | Review draft MDT board book to provide comments. |
| 30 | 9/24/2021 | Turner, Ian | 0.4 | Prepare revisions to calendar of payments slide in MDT board book. |
| 30 | 9/27/2021 | Bromberg, Brian | 0.7 | Review NewCo board book slides to provide comments to team. |
| 30 | 9/27/2021 | Bromberg, Brian | 1.1 | Review updated MDT board book slides to provide comments. |
| 30 | 9/27/2021 | Diaz, Matthew | 1.6 | Review MDT board book re: settlement agreement section. |
| 30 | 9/27/2021 | Kurtz, Emma | 1.2 | Prepare summary of A-side and B-side reporting required under CSAs and timing to be included in MDT board book. |
| 30 | 9/27/2021 | Turner, Ian | 1.5 | Prepare summary of required reporting to the MDT under the plan and settlement agreement. |
| 30 | 9/28/2021 | Bromberg, Brian | 0.9 | Provide comments to team on NewCo board book slides. |
| 30 | 9/28/2021 | Bromberg, Brian | 0.3 | Review requests to Debtors re: emergence workstreams. |
| 30 | 19-28-2021 | Bromberg, Brian | 0.6 | Review Sackler Asset presentations to evaluate additional information to include in MDT board book. |
| 30 | 9/28/2021 | Bromberg, Brian | 0.8 | Review revisions to NOAT cash flows based on latest estimates. |
| 30 | 9/28/2021 | Diaz, Matthew | 0.7 | Review employee slides for the NewCo board book. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2021 TO SEPTEMBER 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 30 | 9/28/2021 | Kurtz, Emma | 0.3 | Prepare revisions to NOAT cash flows included in MDT board book per internal comments. |
| 30 | 9/28/2021 | Kurtz, Emma | 2.1 | Prepare revisions to NewCo board book re: employee programs and census per internal comments. |
| 30 | 9/28/2021 | Turner, Ian | 1.6 | Prepare revisions to settlement agreement section of MDT board book per internal comments. |
| 30 | 9/29/2021 | Bromberg, Brian | 1.6 | Review updated draft MDT book to evaluate changes. |
| 30 | 9/29/2021 | Diaz, Matthew | 1.2 | Continue to review MDT board book settlement agreement section. |
| 30 | 9/29/2021 | Turner, Ian | 0.2 | Prepare updates to MDT book reporting calendar summary slide to reflect internal feedback. |
| 30 | 9/30/2021 | Diaz, Matthew | 3.1 | Review revised draft of the MDT board book. |
| 30 | 9/30/2021 | Diaz, Matthew | 1.6 | Review shareholder settlement agreement to evaluate summary included in MDT board book. |
| 30 | 9/30/2021 | Kurtz, Emma | 2.1 | Prepare revisions to summary analysis of A-side and B-side asset values included in MDT board book to reflect latest asset reports. |
| 30 | 9/30/2021 | Turner, Ian | 2.7 | Prepare additional payment mechanic scenario slides for MDT presentation. |
| **30 Total** | | | **147.2** | |
| **Grand Total** | | | **374.2** | |