Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:     (212) 661-9100
Facsimile:     (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

--------------------------------------------------------- x

### TWENTY FOURTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF SEPTEMBER 1, 2021 THROUGH AND INCLUDING SEPTEMBER 30, 2021

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Period for Which Compensation is Sought: | September 1, 2021 – September 30, 2021 |
|---|---|
| Total Amount of Fees Incurred: | $94,197.00 |
| Total Fees Requested (80%): | $75,357.60 |
| Total Reimbursement of Expenses Incurred: | $35.49 |
| Total Reimbursement of Expenses Requested (100%): | $35.49 |
| Total compensation and Reimbursement Requested in this Statement: | $75,393.09 |
| This is Applicant's: | Twenty Fourth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Twenty Fourth Monthly Fee Statement (the "Fee Statement") for the period of September 1, 2021 through and including September 30, 2021 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.     Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $94,197.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $75,357.60.

2

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,169.83[2]. The Blended hourly rate of all paraprofessionals is $325.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Annexed hereto as **Exhibit D** is a chart of necessary and out-of-pocket expenses incurred by the Applicant in the amount of $35.49 in connection with providing professional services during the Statement Period. A copy of the computer-generated list of expenses is attached hereto as **Exhibit E**.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors.

### Notice

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $75,357.60, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in

---

[2]      The blended hourly billing rate of $1,169.83 is derived by dividing the total fees for attorneys of $93,937.00 by the total hours of 80.3.

[3]      The Blended hourly billing rate of $325.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $260.00 by the total hours of .8.

connection with such services during the Statement Period (*i.e.*, $94,197.00) and (ii) payment of

$35.49 for actual, necessary expenses that Applicant incurred in connection with such services

during the Statement Period.

Dated:  November 12, 2021
        New York, New York

OTTERBOURG P.C.

By:     /s/ Melanie L. Cyganowski
        Melanie L. Cyganowski, Esq.
        Jennifer S. Feeney, Esq.
        230 Park Avenue
        New York, New York 10169
        Telephone:    (212) 661-9100
        Facsimile:    (212) 682-6104

        Co-*Counsel to the Ad Hoc Committee of
        Governmental and Other Contingent
        Litigation Claimants*

## EXHIBIT A

**Fees By Project Category**

6746161.1

**SUMMARY OF COMPENSATION BY PROJECT CODE**
**FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU04 | Case Administration | 8.5 | $9,274.00 |
| PU06 | Employment and Fee Applications | 3.3 | $2,497.50 |
| PU08 | Litigation: Contest Matters, Adversary | 5.5 | $5,932.50 |
| PU09 | Meetings and Communications w/ AHC | 6.8 | $8,055.50 |
| PU11 | Plan & Disclosure Statement | 57.0 | $68,437.50 |
|  | **TOTALS:** | **81.1** | **$94,197.00** |

1

## **EXHIBIT B**

**Professional and Paraprofessional Fees**

6746161.1

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1400.00 | 43.7 | $61,180.00 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $895.00 | 36.6 | $32,757.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $325.00 | .8 | $260.00 |
|  | **TOTAL** |  | **81.1** | **$94,197.00** |

# **EXHIBIT C**

**Time Detail**

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

November 9, 2021
BILL NO. 219989

Client/Matter No.:    20186/0002
Matter Name:          CHAPTER 11
Billing Partner:      RL STEHL

For Services Rendered Through September 30, 2021:

---

**Phase: PU04**                                          CASE ADMINISTRATION

| DATE / ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/13/21 JSF | Telephone Call(s) Participcate in Omnibus Court Hearing | 5.00 | 4,475.00 |
| 09/13/21 MLC | Court Appearance - General Attended court hearing | 3.30 | 4,620.00 |
| 09/29/21 JSF | Examine Documents Review of Summary of Proposed Sale of CellAct Assets | .20 | 179.00 |
| TOTAL PHASE PU04 | | 8.50 | $9,274.00 |

---

**Phase: PU06**                                     EMPLOYMENT & FEE APPLICATIONS

| DATE / ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/09/21 JSF | Examine Documents Review of June and July Monthly Fee Statements for Filing | .60 | 537.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 9, 2021
Page 2                                                         BILL NO. 219989

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/20/21<br>JSF | Prepare Legal Papers<br>August Fee Statement | 1.50 | 1,342.50 |
| 09/22/21<br>JKH | Prepare Papers<br>Prepare August monthly statement | .60 | 195.00 |
| 09/23/21<br>JSF | Examine Documents<br>Review of August Monthly Fee Statement | .40 | 358.00 |
| 09/23/21<br>JKH | Prepare Papers<br>Prepare August monthly statement | .20 | 65.00 |
| TOTAL PHASE PU06 | | 3.30 | $2,497.50 |

Phase: PU08                          LITIGATION: CONTESTED MATTERS, ADVERSARY

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/22/21<br>JSF | Examine Documents<br>Review of Update re: Insurance Litigation<br>and Discovery | .20 | 179.00 |
| 09/27/21<br>JSF | Telephone Call(s)<br>Call with Co-Counsel re: Insurance<br>Litigation and Discovery Requests | .80 | 716.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                           November 9, 2021
Page 3                                                 BILL NO. 219989

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/27/21 JSF | Examine Documents<br>Review of Documents re: Response to Discovery Request in Insurance Litigation | .80 | 716.00 |
| 09/27/21 MLC | Conference call(s)<br>Conference call with Gilbert firm, Brown Rudnick and Kramer re discovery requests from insurance defendants | .80 | 1,120.00 |
| 09/27/21 MLC | Correspondence<br>Correspondence with Gilbert firm re insurance defendants' request for documents discovery | .40 | 560.00 |
| 09/29/21 JSF | Telephone Call(s)<br>Call with Co-Counsel re: Response to Insurance Discovery Request | .40 | 358.00 |
| 09/29/21 JSF | Examine Documents<br>Review of Documents re Re: Insurance Discovery Request | 1.30 | 1,163.50 |
| 09/29/21 MLC | Conference call(s)<br>Conference call with Gilbert firm re insurance adversary discovery issues | .80 | 1,120.00 |
| TOTAL PHASE PU08 | | 5.50 | $5,932.50 |

Phase: PU09                              MEETINGS & COMMUNICATIONS W/ AD HOC

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 9, 2021
Page 4                                                         BILL NO. 219989

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/01/21 JSF | Telephone Call(s) Participate in Weekly AHC Call | .50 | 447.50 |
| 09/01/21 MLC | Conference call(s) Weekly meeting of AHC | .40 | 560.00 |
| 09/08/21 MLC | Conference call(s) Weekly meeting of AHC | 1.00 | 1,400.00 |
| 09/14/21 JSF | Examine Documents Review of Updates to AHC | .30 | 268.50 |
| 09/15/21 MLC | Conference call(s) Conference call with AHC co-counsel and State subgroup | 1.00 | 1,400.00 |
| 09/20/21 JSF | Examine Documents Review of Plan Updates to AHC | .70 | 626.50 |
| 09/21/21 JSF | Telephone Call(s) Call with Professionals and Subgroup of States' Representatives re: Appeal and Plan Issues | .40 | 358.00 |
| 09/23/21 JSF | Telephone Call(s) Attend Status Call with Professionals and State Representatives | .50 | 447.50 |
| 09/23/21 JSF | Examine Documents Review of Updates to AHC | .20 | 179.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          November 9, 2021
Page 5                                                               BILL NO. 219989

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/23/21 MLC | Conference call(s) Conference call with subgroup of AHC to review post-confirmation filings | 1.00 | 1,400.00 |
| 09/28/21 JSF | Telephone Call(s) Participate in Update of Executive Committee of States' Representatives | .30 | 268.50 |
| 09/30/21 MLC | Conference call(s) Conference call update with certain state representatives and AHC counsel | .50 | 700.00 |
| TOTAL PHASE PU09 | | 6.80 | $8,055.50 |

Phase: PU11                                            PLAN & DISCLOSURE STATEMENT

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/01/21 JSF | Telephone Call(s) Videoconference Participation in Confirmation Hearing Ruling | 6.80 | 6,086.00 |
| 09/01/21 MLC | Court Appearance - General Attended court hearing for court ruling | 8.00 | 11,200.00 |
| 09/01/21 MLC | Correspondence Correspondence with co-counsel to AHC and Debtor counsel re revisions to proposed confirmation order | .90 | 1,260.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                November 9, 2021
Page 6                                                     BILL NO. 219989

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/01/21 MLC | Analysis of Memorandum Review of notices of appeal filed by Washington State and Washington DC | 1.10 | 1,540.00 |
| 09/02/21 MLC | Analysis of Memorandum Follow up memo from KL summarizing ruling and next steps | .90 | 1,260.00 |
| 09/02/21 MLC | Analysis of Memorandum Review of 12th amended plan as revised (black-lined) | 1.30 | 1,820.00 |
| 09/02/21 MLC | Analysis of Memorandum Review of draft application prepared by DPW for reimbursement of fees for Pillsbury, NERA, Brattle and Dr Hyde per agreement | 1.30 | 1,820.00 |
| 09/02/21 MLC | Correspondence Correspondence with Andrew Troop re NOAT | .30 | 420.00 |
| 09/02/21 MLC | Analysis of Memorandum Review of suggested revisions by Troop to confirmation order draft | .60 | 840.00 |
| 09/03/21 MLC | Correspondence Correspondence with Troop and DPW re proposed revisions to draft confirmation order involving third party releases | .80 | 1,120.00 |
| 09/10/21 JSF | Examine Documents Review of Trust Documents | .40 | 358.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                    November 9, 2021
Page 7                                                         BILL NO. 219989

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/10/21 JSF | Examine Documents<br>Review of Approved Plan | .80 | 716.00 |
| 09/14/21 JSF | Examine Documents<br>Review of Plan and Waterfall of Payments to Creditors | 1.30 | 1,163.50 |
| 09/14/21 MLC | Examine Documents<br>Review of memo analyzing appeal issues | 2.20 | 3,080.00 |
| 09/15/21 JSF | Telephone Call(s)<br>Attend Working Group Call re:<br>Post-Effective Date Matters | .90 | 805.50 |
| 09/15/21 JSF | Examine Documents<br>Review of Workstreams Summary for<br>Post-Effective Date Newco | .40 | 358.00 |
| 09/15/21 JSF | Examine Documents<br>Review of Updted Distribution Waterfall | .50 | 447.50 |
| 09/15/21 JSF | Examine Documents<br>Review of Appeals Issues and Next Steps | 1.10 | 984.50 |
| 09/16/21 MLC | Analysis of Memorandum<br>Review of appeals filed by DOJ and Maryland | 3.10 | 4,340.00 |
| 09/17/21 JSF | Telephone Call(s)<br>Call with States' Representatives and<br>Professionals re: Status of Open Plan Items | .40 | 358.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                  November 9, 2021
Page 8                                                       BILL NO. 219989

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/17/21 JSF | Examine Documents Review and Analysis of Appeals Issues | 1.80 | 1,611.00 |
| 09/20/21 JSF | Examine Documents Review and Attention to Appeals Papers Filed by States | 2.30 | 2,058.50 |
| 09/21/21 JSF | Examine Documents Review of Appellants' in Motions for Stay and Legal Arguments | 1.20 | 1,074.00 |
| 09/21/21 MLC | Analysis of Memorandum Review of KL memo concerning outline of appellate papers filed | 1.80 | 2,520.00 |
| 09/23/21 JSF | Examine Documents Review of Modified Bench Ruling Confirming Plan | 1.30 | 1,163.50 |
| 09/23/21 JSF | Examine Documents Review of UST Motion for Stay Pending Appeal | .90 | 805.50 |
| 09/23/21 MLC | Analysis of Memorandum Review of proposed changes to John Guard affidavit | .80 | 1,120.00 |
| 09/23/21 MLC | Examine Documents Review of summary of post-confirmation filings by objecting parties | .90 | 1,260.00 |

# Otterbourg P.C.

230 Park Avenue

New York, NY  10169-0075

Client/Matter:   20186/0002                                    November 9, 2021
Page 9                                                         BILL NO. 219989

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/23/21 MLC | Analysis of Memorandum Review of "bridge" stay papers filed by UST | 1.30 | 1,820.00 |
| 09/24/21 JSF | Examine Documents Review of Appellate Papers re: Plan Confirmation | 1.20 | 1,074.00 |
| 09/24/21 MLC | Analysis of Memorandum Review of appellate papers filed by DOJ seeking stay | 3.70 | 5,180.00 |
| 09/28/21 MLC | Analysis of Memorandum Review of memorandum concerning direct appeals to Second Circuit | 2.40 | 3,360.00 |
| 09/28/21 MLC | Examine Documents Review of memorandum outlining issues on appeal | 3.10 | 4,340.00 |
| 09/30/21 JSF | Examine Documents Review of Updates re: Post-Confirmation Matters, Appeals and Stay Motions | 1.20 | 1,074.00 |

TOTAL PHASE PU11                                57.00            $68,437.50


                              TOTAL FOR SERVICES            $94,197.00

## EXHIBIT D

**Summary of Actual and Necessary Expenses**

**SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE
STATEMENT PERIOD**

| Expense Category | Total Expenses |
|---|---|
| Air Freight | $35.49 |
| **TOTAL:** | **$35.49** |

## **EXHIBIT E**

**Expense Detail**

### Otterbourg P.C.

230 Park Avenue

New York, NY  10169-0075

Client/Matter:  20186/0002                           November 9, 2021
Page 10                                              BILL NO. 219989

DISBURSEMENTS FOR YOUR ACCOUNT

    Air Freight                                          35.49

                                            _____
                   TOTAL DISBURSEMENTS                    35.49