Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., *et al.*,** | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**SIXTEENTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Name of Applicant | Bielli & Klauder, LLC |
|---|---|
| **Applicant's Role in Case** | Counsel to Fee Examiner |
| **Date Order of Employment Signed** | May 26, 2020 [Docket No. 1182] |

| | |
|---|---|
| **Period for which compensation and reimbursement is sought** | August 1, 2021 through August 31, 2021 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| **This is a(n):** | __X__ Monthly Application____Interim Application____Final Application |

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("B&K"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Sixteenth Monthly Statement of Services Rendered and Expenses Incurred for the Period from August 1, 2021 through August 31, 2021* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

### Itemization of Services Rendered and Disbursements Incurred

1.    Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from August 1, 2021 through and including August 31, 2021, is referred to herein as the "**Fee Period**".

2.      Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.      Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period.  As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.  The specifics of the fees and costs are set forth on **Exhibit C**.

4.      Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

<u>**Notice**</u>

5.      The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

3

Dated: November 12, 2021

**BIELLI & KLAUDER LLC**

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (ID No. 5831474)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
tbielli@bk-legal.com

*Counsel to Fee Examiner*
*David M. Klauder, Esquire*

**Exhibit A**

**Project Categories**

| Project Category | Total Hours |
|---|---|
| Case Administration | 2.60 |
| BK/Fee Examiner- Retention and Fee Applications | 3.70 |
| Fee/Employment Applications- Retained Professionals | 96.80 |
| **Total** | **103.10** |

### Exhibit B

### Professionals and Paraprofessionals

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 49.20 |
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 30.30 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $195.00 | 15.20 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $100.00 | 8.40 |

### Exhibit C

**Computation of Monthly Fee**

| Fee Description | Amount |
|---|---|
| Monthly Fee for August 2021 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**

Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1339
**DATE** 08/31/2021
**DUE DATE** 08/31/2021
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - August 2021 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE**      **$24,250.00**

**<u>Exhibit D</u>**

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

Purdue Pharma, L.P.

**Invoice Number: 2452**
Invoice Period: 08-01-2021 - 08-31-2021

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 08-01-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to interim fee review and discussions with T. Bielli re: same | | | |
| 08-01-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 195.00 | 195.00 |
| | | Preparation of review report for Bedell Cristin's 4th Interim Fee Application | | | |
| 08-01-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | | Review of Gilbert's 20th month fee data | | | |
| 08-01-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 195.00 | 214.50 |
| | | Preparation of Gilbert's Fifth Interim Review Report | | | |
| 08-01-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 100.00 | 130.00 |
| | | Finish reviewing data and draft Kramer Levin fifth interim review report | | | |
| 08-01-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 195.00 | 195.00 |
| | | Review of Arnold & Porter's 19-21 monthly fee data | | | |
| 08-01-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Work on Draft of Kramer Levin fifth interim review report | | | |
| 08-01-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Finalize Dechert fifth interim report | | | |
| 08-01-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Finalize Province fifth interim report | | | |
| 08-01-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 100.00 | 70.00 |
| | | Finish Kramer Levin fifth interim draft | | | |
| 08-01-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | | Preparation of Arnold & Porter's Fifth Interim Review Report | | | |
| 08-01-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 195.00 | 156.00 |
| | | Review of Otterbourg's 5th Interim data | | | |
| 08-01-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 195.00 | 58.50 |
| | | Brief review of Simpson Thatcher's bill requested within PJT's application; correspondence to T. Bielli and I. Bielli re: same; correspondence to Fee Examiner with review reports | | | |
| 08-01-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | | Preparation of Otterbourg's Fifth Interim Review Report | | | |
| 08-01-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 195.00 | 78.00 |
| | | Review and revision of Kramer's 5th Interim Review Report | | | |
| 08-01-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 195.00 | 195.00 |
| | | Review and revision of Province's Fifth Interim Review Report | | | |
| 08-01-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 195.00 | 78.00 |
| | | Review and revision of Dechert's 5th Interim Review Report | | | |
| 08-01-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Receipt of Davis Polk's 22nd Monthly Fee Statement; Receipt of PJT Partners' Seventeenth Monthly Fee Statement and corresponding data; Receipt of Prime Clerk's 6th Monthly Fee Statement and corresponding data | | | |
| 08-01-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Conference with Fee Examiner re jefferies interim applicaiton | | | |
| 08-01-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Conference with Fee Examiner re PJT interim application | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of Otterbourg final fee examiner report with Fee Examiner | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review of KPMG final fee examiner report with Fee Examiner | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Discussions with Fee Examiner regarding FTI; review report regarding same | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Correspond with Coleman at PJT regarding ST invoices | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Correspond with DPW re E&Y contact | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review E&Y Expense issue; correspond with E&Y regarding same | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of Brown Rudnick final fee examiner report with Fee Examiner | | | |
| 08-02-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Draft KPMG final spreadsheet, and send final letter to Klauder | | | |
| 08-02-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Finalize fifth interim letter for Otterbourg on PDF and Word, send to D. Klauder | | | |
| 08-02-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 100.00 | 10.00 |
| | | Finalize fifth interim letter for FTI on PDF and Word, send to D. Klauder | | | |
| 08-02-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Finalize fifth interim letter for Brown Rudnick on PDF and Word, send to D. Klauder | | | |
| 08-02-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Finalize fifth interim letter for Alix, KCC, Akin, and Cornerstone on PDF and Word, send to D. Klauder | | | |
| 08-02-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 100.00 | 10.00 |
| | | Finalize fifth interim letter for Jefferies on PDF and Word, send to D. Klauder | | | |
| 08-02-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Draft report letter for Caplin first interim | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and track final fee report for Bedell Cristin | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Review and track final fee report for Otterbourg | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and track final fee report for Jefferies | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and track final fee report for King & Spalding | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and track final fee report for Brown Rudnick | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and track final fee report for KPMG | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and track final fee report for FTI | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and track final fee report for Cole Shotz | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and track final fee report for Cornerstone | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and track final fee report for Alix Partners | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and track final fee report for Kurtzman | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Review of Otterburg's Fee Request and review with respect to same; correspond with Fee Examiner regarding position | | | |
| 08-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review and edit FTI interim report and discuss with T. Bielli | | | |
| 08-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review and edit KPMG interim report and discuss with T. Bielli | | | |
| 08-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review and edit Jones Day interim report and discuss with T. Bielli | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 08-02-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 100.00 | 60.00 |
| | | Draft final report for Jones Day | | | |
| 08-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Discuss Jefferies and PJT fee apps with T. Bielli | | | |
| 08-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Otterbourg interim report | | | |
| 08-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Brown Rudnick interim report and discuss with T. Bielli | | | |
| 08-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review draft email to Ernst & Young and discuss with T. Bielli | | | |
| 08-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Edit AlixPartners interim report and send out same | | | |
| 08-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Edit KCC interim report and send out same | | | |
| 08-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Edit Cole Schotz interim report and send out same | | | |
| 08-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Edit Cornerstone interim report and send out same | | | |
| 08-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Edit King & Spalding interim report and send out same | | | |
| 08-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Edit Bedell Cristin interim report and send out same | | | |
| 08-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 375.00 | 450.00 |
| | | Review Akin Gump interim fee app and draft interim report | | | |
| 08-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Review Caplin Drysdale interim fee app and draft interim report | | | |
| 08-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Edit Davis Polk interim report | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 08-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Send out numerous interim reports to professionals | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Review of Houlihan Lokey's 4th Interim Fee Application; prepare fee report with respect to same | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and track final fee report for Jones Day | | | |
| 08-02-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Finalize fifth interim letter for Houlihan on PDF and Word, send to D. Klauder | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.50 | 350.00 | 875.00 |
| | | Review of Gilbert LLP's 5th Interim Fee Request; prepare report regarding same | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.70 | 350.00 | 945.00 |
| | | Review Arnold & Porter's 5th Interim Application and prepare draft report regarding same | | | |
| 08-02-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Finalize fifth interim letter for Gilbert on PDF and Word, send to D. Klauder | | | |
| 08-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.50 | 350.00 | 875.00 |
| | | Review Kramer Levin Fee Request; draft report | | | |
| 08-02-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 3.30 | 195.00 | 643.50 |
| | | Review of Skadden's 19 -20 month data | | | |
| 08-02-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 195.00 | 214.50 |
| | | Preparation of Skadden's Fifth Interim Review Report | | | |
| 08-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and revise Kramer Levin Fee Report | | | |
| 08-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Attention to Dechert's Fee Review report | | | |
| 08-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Attention to Skadden's Fee Review report | | | |
| 08-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Review response from Bedell to Fee Examiner's report | | | |
| 08-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and track final fee report for Akin Gump | | | |
| 08-03-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Gilbert draft interim report and coordinate sending | | | |
| 08-03-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Kramer Levin draft interim report and coordinate sending | | | |
| 08-03-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Arnold Porter draft interim report and coordinate sending | | | |
| 08-03-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Finalize fifth interim letter for Kramer Levin on PDF and Word, send to D. Klauder | | | |
| 08-03-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Finalize fifth interim letter for Davis Polk on PDF and Word, send to D. Klauder | | | |
| 08-03-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Finalize fifth interim letter for Caplin on PDF and Word, send to D. Klauder | | | |
| 08-03-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Finalize fifth interim letter for Kramer Levin, Dechert, Province on PDF and Word, send to D. Klauder | | | |
| 08-03-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Final edits to Dechert interim report and coordinate sending | | | |
| 08-03-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |
| | | Final edits to Caplin interim report and coordinate sending | | | |
| 08-03-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Review Province interim fee app and draft report | | | |
| 08-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and track final fee report for Kramer Levin | | | |
| 08-03-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 2.20 | 375.00 | 825.00 |
| | | Edit Davis Polk interim report, discuss with T. Bielli and send out same | | | |
| 08-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained | 0.20 | 350.00 | 70.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Review and track final fee report for Arnold & Porter | | | |
| 08-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and track final fee report for Dechert | | | |
| 08-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and track final fee report for Caplin Drysdale | | | |
| 08-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and track final fee report for Gilbert LLP | | | |
| 08-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review and track final fee report for Province | | | |
| 08-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.50 | 350.00 | 875.00 |
| | | Review Skadden's 5th Interim Application and draft report | | | |
| 08-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Conference with Fee Examiner re Skadden and reductions | | | |
| 08-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Conference with Fee Examiner re DPW and reductions | | | |
| 08-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Conference with Fee Examiner re Prime Clerk | | | |
| 08-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Attention to Prime Clerk's 2nd Interim Fee Request; draft report regarding same | | | |
| 08-03-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review draft Skadden report and discuss with T. Bielli | | | |
| 08-03-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss Prime Clerk interim fee app with T. Bielli | | | |
| 08-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with PJT re conference call concerning Simpson Thacher | | | |
| 08-04-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Coordinate delivery of Prime Clerk interim report and emails re: same | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 08-04-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Bedell Cristin response to interim report and emails re: same | | | |
| 08-04-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review King & Spalding response to interim report and emails re: same | | | |
| 08-04-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review Reed Smith Order; discuss same with Fee Examiner | | | |
| 08-04-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspondence with King & Spalding regarding resolution | | | |
| 08-04-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspondence with FTI re Fee Examiner's report | | | |
| 08-04-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review correspondence from King & Spalding regarding resolution of Fee Examiner's report | | | |
| 08-04-2021 | Thomas Bielli | [ALL] Case Administration | 0.20 | 350.00 | 70.00 |
| | | Correspondence with Dechert regarding resolution | | | |
| 08-04-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Various emails with professionals re: interim report responses | | | |
| 08-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review response from KPMG | | | |
| 08-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspond with DPW regarding expenses | | | |
| 08-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review post conference correspondence with FTI and Fee Exameirner | | | |
| 08-05-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to FTI interim report including phone calls and emails re: same | | | |
| 08-05-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with Davis Polk re: info needed for interim report | | | |
| 08-05-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review KPMG response and discuss with T. Bielli | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 08-05-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Phone call with PJT Partners re: interim report and discuss with T. Bielli | | | |
| 08-05-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review various emails/responses to interim reports | | | |
| 08-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review Jones Day analysis | | | |
| 08-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to resolution of FTI's Fee Request and Fee Examiner's recommendation | | | |
| 08-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review correspondence from E&Y regarding expenses; correspond with Fee Examiner regarding same | | | |
| 08-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review file with respect to KPMG's Fee Request and Fee Examiner's report regarding same | | | |
| 08-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review resolution regarding bedell | | | |
| 08-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Prepare final PJT report | | | |
| 08-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspond with FTI regarding resolution of Fee Examiner's report | | | |
| 08-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence to/from KPMG regarding Fee Examiner's Report | | | |
| 08-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review position paper from Jones Day in response to Fee Examiner's Report; discussions with Fee Examiner regarding same | | | |
| 08-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review file regarding E&Y resolution | | | |
| 08-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review correspondence to/from Cole Shotz with respect to Fee Examiner's Report | | | |
| 08-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Review correspondence to/from KPMG regarding resolution of Fee Examiner Report | | | |
| 08-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review file and response from Arnold & Porter to Fee Examiner's Report | | | |
| 08-06-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Dechert interim report and resolution | | | |
| 08-06-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with E&Y re: interim report and resolution | | | |
| 08-06-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with Cole Schotz re: resolution of interim report | | | |
| 08-06-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails with Arnold Porter re: resolution of interim report | | | |
| 08-06-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Attention to PJT interim report and resolution | | | |
| 08-06-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to KPMG interim report and resolution | | | |
| 08-06-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review response by KCC to interim report and emails re: same | | | |
| 08-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review response from Cornerstone regarding Fee Examiner's Report | | | |
| 08-09-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review correspondence to/from Cornerstone and FE regarding Fee Examiner's Report | | | |
| 08-09-2021 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Update spreadsheet with resolutions and open professionals | | | |
| 08-09-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Akin Gump response to interim report and discuss with T. Bielli | | | |
| 08-09-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review AlixPartners response to interim report and draft response | | | |
| 08-09-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Review Dechert interim fee emails and emails re: same | | | |
| 08-09-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Discuss status of interim fee review with T. Bielli | | | |
| 08-09-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review correspondence to/from Fee Examiner and Cornerstone; track resolution | | | |
| 08-09-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence to/from Fee Examiner and KCC; track resolution | | | |
| 08-09-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with Caplin & Drysdale re Fee Examiner's Report | | | |
| 08-09-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with DPW re Fee Examiner's Report | | | |
| 08-09-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review correspondence from Alix with respect to Fee Examiner's Report | | | |
| 08-09-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review correspondence from Akin Gump with respect to Fee Examiner's Report | | | |
| 08-09-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence to/from Fee Examiner and Dechert; track resolution | | | |
| 08-09-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Cornerstone response to interim reports and emails re: same | | | |
| 08-10-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Attention to Caplin & Drysdale interim report and discussion re: same | | | |
| 08-10-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Davis Polk interim report and discussion re: same | | | |
| 08-10-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss Akin Gump fee app and interim report with T. Bielli | | | |
| 08-10-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to Akin Gump's response to Fee Examiner's Report; correspond with Fee Examiner regarding same | | | |
| 08-10-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained | 0.50 | 350.00 | 175.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Conference call with DPW regarding Fee Examiner's Report and response thereto | | | |
| 08-10-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review Fee Examiner's response to Alix Partners reply to Report | | | |
| 08-10-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Caplin Drysdale final response to fee examiner's report | | | |
| 08-11-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review response from Alix re Fee Examiner Report | | | |
| 08-11-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |
| | | Review Akin Gump response to interim report and emails regarding same | | | |
| 08-11-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review responses to interim reports from professionals | | | |
| 08-11-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review reply to Akin's response re Fee Examiner Report | | | |
| 08-11-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review response from Gilbert to Fee Examiner's Report | | | |
| 08-12-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Review and analyze response from Caplin & Drysdale on interim report and respond accordingly | | | |
| 08-12-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review and analyze response from Davis Polk on interim report and respond accordingly | | | |
| 08-13-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review response by Province to interim report and emails re: same | | | |
| 08-13-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review response by Kramer Levin to interim report, compare with fee app and emails re: same | | | |
| 08-13-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to resolution Skadden interim report including emails and review documents | | | |
| 08-13-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Emails and phone call with Brown Rudnick re: resolution of interim report | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 08-13-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Various emails with debtor's counsel re: interim fee apps and 8/16 hearing | | | |
| 08-13-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with Province with respect to Fee Report and resolution | | | |
| 08-13-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review of Kramer Levin Response to Fee Examiner's Report and resolution fo same | | | |
| 08-13-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspondence to/from Skadden regarding response to Fee Examiner Report | | | |
| 08-13-2021 | Thomas Bielli | [ALL] Case Administration | 0.20 | 350.00 | 70.00 |
| | | Review Agenda regarding upcoming hearing and conference with DPW regarding same | | | |
| 08-13-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Conference with DPW regarding order | | | |
| 08-13-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of Sullivan & Worcester LLP Retention Applicaiton | | | |
| 08-13-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review of Skadden's Secondment issue | | | |
| 08-13-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Prepare Proposed Order regarding Interim Fee Period | | | |
| 08-14-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to interim fee order, various discussions with T. Bielli re: same | | | |
| 08-14-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Receipt of Davis Polk's 22nd monthly fee data; Correspondence with Legal Decoder re: data issues; Email correspondence with Grant Thornton re: resolution of LEDES data; Receipt of Arnold & Porter's Twenty-Second Monthly Fee Statement and corresponding fee data; Receipt of Gilbert's Twenty-First Monthly Fee Statement and corresponding fee data; Receipt of Cornerstone's Fourteenth Monthly Fee Statement | | | |
| 08-14-2021 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | | Receipt of Cornerstone's 14th month data; Correspondence with Legal Decoder re: published data; Review of Grant Thornton's data in LSA for completion; Receipt of Alix Partners' Twenty-Second Monthly Fee Statement | | | |
| 08-14-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 195.00 | 58.50 |
| | | Review of KPMG's 17th month fee data | | | |
| 08-14-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Review of King & Spalding's 22nd month data | | | |
| 08-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.50 | 350.00 | 875.00 |
| | | QC final numbers for Fee Order | | | |
| 08-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 350.00 | 420.00 |
| | | Proof Fee Order and correspondence with DPW regarding same | | | |
| 08-15-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Attention to interim fee order, various discussions with T. Bielli re: same | | | |
| 08-16-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Prepare for Fee hearing | | | |
| 08-16-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 350.00 | 245.00 |
| | | Attend fee hearing | | | |
| 08-16-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attend fee hearing | | | |
| 08-16-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 350.00 | 105.00 |
| | | Attention to June and July data for Fee Statements | | | |
| 08-16-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Initial review of the Examiner's Fee Application and scheduling for same | | | |
| 08-17-2021 | Isabel Bielli | [ALL] BK Retention and Fee Applications | 1.20 | 100.00 | 120.00 |
| | | Draft June and July monthly fee statements | | | |
| 08-19-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Prepare BK June Fee Statement | | | |
| 08-19-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Prepare BK July Fee Statement | | | |
| 08-19-2021 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
| | | Review June and July monthly fee apps | | | |
| 08-26-2021 | David Klauder | B110 - Case Administration | 0.20 | 375.00 | 75.00 |
| | | Discuss case status, confirmation, etc.. with T. Bielli | | | |
| 08-26-2021 | David Klauder | B110 - Case Administration | 0.20 | 375.00 | 75.00 |
| | | Discus confirmation and other case issues with T. Bielli | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 08-27-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with Fee Examiner with respect to new professional for review | | | |
| 08-27-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Squire Sanders fee app | | | |
| 08-30-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss various outstanding fee apps with T. Bielli | | | |
| 08-31-2021 | Thomas Bielli | [ALL] Case Administration | 0.10 | 350.00 | 35.00 |
| | | Review notice and correspondence regarding confirmation hearing ruling | | | |

We appreciate your business