Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**SEVENTEENTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| | |
|---|---|
| **Name of Applicant** | Bielli & Klauder, LLC |
| **Applicant's Role in Case** | Counsel to Fee Examiner |
| **Date Order of Employment Signed** | May 26, 2020 [Docket No. 1182] |

| | |
|---|---|
| **Period for which compensation and reimbursement is sought** | September 1, 2021 through September 30, 2021 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | $44,000.00 (80% of $55,000.00) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

Pg 2 of 11

| **This is a(n):** | __X__ Monthly Application | ____ Interim Application | ____ Final Application |
|---|---|---|---|

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Seventeenth Monthly Statement of Services Rendered and Expenses Incurred for the Period from September 1, 2021 through September 30, 2021* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from September 1, 2021 through and including September 30, 2021, is referred to herein as the "**Fee Period**".

2.     Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.     Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period. As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc. The specifics of the fees and costs are set forth on **Exhibit C**.

4.     Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

## Notice

5.     The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

| | |
|---|---|
| Dated: November 12, 2021 | **BIELLI & KLAUDER LLC** |

                                                                           */s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (ID No. 5831474)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
tbielli@bk-legal.com

*Counsel to Fee Examiner*
*David M. Klauder, Esquire*

## Exhibit A

### Project Categories

| Project Category | Total Hours |
|---|---:|
| Case Administration | 15.30 |
| Fee/Employment Applications- Retained Professionals | 2.80 |
| **Total** | **18.10** |

**Exhibit B**

**Professionals and Paraprofessionals**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 7.40 |
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 7.30 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $195.00 | 2.10 |
| Melissa Hartlipp | Summer Associate; joined B&K in 2021 | $150.00 | 1.30 |

**Exhibit C**

**Computation of Monthly Fee**

| Fee Description | Amount |
|---|---|
| Monthly Fee for September 2021 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

Legal Decoder Inc

cmiller@legaldecoder.com



# INVOICE

**BILL TO**  
Bielli & Klauder LLC  
1500 Walnut Street, Suite 900  
Philadelphia, PA  19102  
United States

**INVOICE #** 1346  
**DATE** 09/30/2021  
**DUE DATE** 09/30/2021  
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - September 2021 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:  
Legal Decoder  
105 North Virginia Avenue  
Suite 204  
Falls Church, VA 22046

**BALANCE DUE**  $24,250.00

# Exhibit D

## Detailed Time Records

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

Purdue Pharma, L.P.

**Invoice Number: 2453**
Invoice Period: 09-01-2021 - 09-30-2021

Payment Terms: Upon Receipt

**RE: Fee Examiner**

**Time Details**

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-01-2021 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 150.00 | 195.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; virtually attended confirmation hearing | | | |
| 09-01-2021 | David Klauder | B110 - Case Administration | 6.50 | 375.00 | 2,437.50 |
| | | Attend confirmation hearing ruling | | | |
| 09-01-2021 | Thomas Bielli | [ALL] Case Administration | 6.50 | 350.00 | 2,275.00 |
| | | Attend confirmation hearing ruling | | | |
| 09-02-2021 | David Klauder | B110 - Case Administration | 0.10 | 375.00 | 37.50 |
| | | Review order employing Sullivan & Wocester | | | |
| 09-08-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Grant Thornton fee app | | | |
| 09-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review Examiner's Fee App and other open issues | | | |
| 09-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review Grant Thorton's Fee Application and introductory email regarding same | | | |
| 09-10-2021 | David Klauder | B110 - Case Administration | 0.10 | 375.00 | 37.50 |
| | | Review hearing agenda | | | |
| 09-14-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails re: Cornerstone Research invoices | | | |
| 09-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained | 0.20 | 350.00 | 70.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Professionals | | | |
| | | Review cornerstone's data and correspondence regarding same | | | |
| 09-14-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Receipt of E&Y's 9th Monthly Fee Statement and corresponding fee data; Email correspondence with Legal Decoder re: published data; Receipt of Alix Partners' Twenty-Third Monthly Fee Statement; Receipt of Dechert's Twenty-Second Monthly Fee Statement; Receipt of Brown Rudnick's Twenty-Second Monthly Fee Statement; Receipt of Jones Day's Twentieth Monthly Fee Statement; Receipt of Prime Clerk's Seventh Monthly Fee Statement and corresponding fee data; Receipt of Cole Schotz's Notice of Hourly Rate Increase | | | |
| 09-14-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Receipt of PJT's Eighteenth Monthly Fee Statement; Receipt of Arnold & Porter's Twenty-Third Monthly Fee Statement; Receipt of King & Spalding's Twenty-Third Monthly Fee Statement and corresponding fee data; Receipt of Arnold & Porter's 23rd monthly LEDES data; Receipt of Dechert's 22nd month LEDES data; Receipt of Grant Thornton's Second Monthly (Consolidated) Fee Statement; Receipt of Gilbert's Twenty-Second Monthly Fee Statement; Receipt of FTI's Twenty-First Monthly Fee Statement | | | |
| 09-14-2021 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | | Receipt of Kramer Levin's Twenty-First Monthly Fee Statement; Receipt of Grant Thornton's Second Month fee data; Receipt of Davis Polk's Twenty-Third Monthly Fee Statement; Receipt of Cornerstone's Fifteenth Monthly Fee Statement; Receipt of Otterbourg's Twenty-First Monthly Fee Statement; Receipt of Otterbourg's Twenty-Second Monthly Fee Statement; Receipt of Cornerstone's 15th month fee data; Email correspondence to Alix Partners requesting data; Email correspondence to Brown Rudnick requesting data; Email correspondence to Davis Polk requesting data; Email correspondence to Gilbert requesting data; Email correspondence to Jones Day requesting data; Email correspondence to Otterbourg requesting data | | | |
| 09-15-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Review Gilbert fee app and email | | | |
| 09-15-2021 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Receipt of Davis Polk's 23rd month data; Receipt of Gilbert's 22nd month data; Email correspondence with Alix Partners and Otterbourg regarding data | | | |
| 09-30-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Sullivan & Worcester monthly fee app | | | |