## Exhibit C

**Professional and Paraprofessional Fees for Fee Period**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partner** | | | | | |
| Bacal, Matthew J.[1] | Partner; joined partnership in 2021; admitted New York 2006 | Intellectual Property | $1,425 | 8.1 | $13,425.50 |
| | | | $1,345 | 1.4 | |
| Bauer, David R. | Partner; joined partnership in 2018; admitted New York 2008 | Intellectual Property | $1,765.00 | 293.2 | $517,498.00 |
| Chiu, Ning | Partner; joined partnership in 2021; admitted New York 1996 | Capital Markets | $1,425.00 | 39.3 | $56,002.50 |
| Crandall, Jeffrey P. | Partner; joined partnership in 2011; admitted New York 1983 | Employment | $1,790.00 | 7.7 | $13,783.00 |
| Crowley, John G. | Partner; joined partnership in 2000; admitted New York 1991 | Capital Markets | $1,790.00 | 2.2 | $3,938.00 |
| Curran, William A. | Partner; joined partnership in 2017; admitted New York 2010 | Tax | $1,765.00 | 38.5 | $67,952.50 |
| Duggan, Charles S. | Partner; joined partnership in 2002; admitted New York 1997 | Litigation | $1,790.00 | 226.8 | $405,972.00 |
| Huebner, Marshall S. | Partner; joined partnership in 2002; admitted New York 1994 | Restructuring | $1,790.00 | 810.6 | $1,450,974.00 |
| Kaminetzky, Benjamin S. | Partner; joined partnership in 2003; admitted New York 1995 | Litigation | $1,790.00 | 698.6 | $1,250,494.00 |
| Klein, Darren S. | Partner; joined partnership in 2016; admitted New York 2008 | Restructuring | $1,765.00 | 252.0 | $444,780.00 |

---

[1] For the month of June 2021, this professional held the position of Counsel. For the months of July, August, and September 2021, this professional held the position of Partner.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Libby, Angela M. | Partner; joined partnership in 2019; admitted New York 2012 | Restructuring | $1,635.00 | 435.0 | $711,225.00 |
| Lisson, David | Partner; joined partnership in 2017; admitted California 2007 | Intellectual Property | $1,765.00 | 1.3 | $2,294.50 |
| McClammy, James I. | Partner; joined partnership in 2015; admitted New York 1999 | Litigation | $1,765.00 | 519.8 | $917,447.00 |
| Taylor, William L. | Partner; joined partnership in 1995; admitted New York 1991 | Mergers and Acquisitions | $1,790.00 | 245.7 | $439,803.00 |
| Verdolini, Mario J. | Partner; joined partnership in 1997; admitted New York 1992 | Tax | $1,790.00 | 1.2 | $2,148.00 |
| Vonnegut, Eli J. | Partner; joined partnership in 2015; admitted New York 2009 | Restructuring | $1,765.00 | 805.2 | $1,421,178.00 |
| **Partner Total:** | | | | **4,386.6** | **$7,718,915.00** |
| **Counsel** | | | | | |
| Schwartz, Jeffrey N. | Special Counsel; joined Davis Polk 1991; admitted New York 1992 | Trusts and Estates | $1,790 | 11.0 | $19,690.00 |
| Altus, Leslie J. | Counsel; joined Davis Polk 1985; admitted New York 1984 | Tax | $1,345 | 715.5 | $962,347.50 |
| Brecher, Stephen I. | Counsel; joined Davis Polk 2018; admitted New York 2000 | Employment | $1,345 | 136.3 | $183,323.50 |
| Chen, Bonnie | Counsel; joined Davis Polk 2015; admitted New York 2012 | Intellectual Property | $1,345 | 449.5 | $604,577.50 |
| Clarens, Margarita | Counsel; joined Davis Polk 2008; admitted New York 2009 | Litigation | $1,345 | 314.4 | $422,868.00 |
| Finelli, Jon | Counsel; joined Davis Polk 2018; admitted New York 2008 | Restructuring | $1,345 | 290.7 | $390,991.50 |
| Lele, Ajay B. | Counsel; joined Davis Polk 2000; admitted New York 2001 | Mergers and Acquisitions | $1,345 | 223.0 | $299,935.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Marks, Mary K. | Counsel; joined Davis Polk 2015; admitted New York 1994 | Antitrust & Competition | $1,345 | 22.3 | $29,993.50 |
| Matlock, Tracy L. | Counsel; joined Davis Polk 2011; admitted New York 2013 | Tax | $1,345 | 627.7 | $844,256.50 |
| McCarthy, Gerard | Counsel; joined Davis Polk 2012; admitted New York 2012 | Litigation | $1,345 | 908.9 | $1,222,470.50 |
| Millerman, James M. | Counsel; joined Davis Polk 2009; admitted New York 2000 | Restructuring | $1,345 | 146.1 | $196,504.50 |
| Robertson, Christopher | Counsel; joined Davis Polk 2011; admitted New York 2013 | Restructuring | $1,345 | 719.9 | $968,265.50 |
| Spearing, Nicholas | Counsel; joined Davis Polk 2015; admitted England and Wales 1978 | Corporate | $1,345 | 7.6 | $10,222.00 |
| Tobak, Marc J. | Counsel; joined Davis Polk 2009; admitted New York 2009 | Litigation | $1,345 | 904.4 | $1,216,418.00 |
| White, Erika D. | Counsel, joined Davis Polk 1981; admitted New York 1982 | Restructuring | $1,345 | 22.4 | $30,128.00 |
| Yeowart, Matthew | Counsel; joined Davis Polk 2016; admitted England and Wales 2013 | Corporate | $1,345 | 4.4 | $5,918.00 |
| **Counsel Total:** | | | | **5,504.1** | **$7,407,909.50** |
| **Associates, Law Clerks and Legal Assistants** | | | | | |
| Benedict, Kathryn S. | Associate; joined Davis Polk 2017; admitted New York 2015 | Litigation | $1,175 | 1,312.1 | $1,541,717.50 |
| Bias, Brandon C. | Associate; joined Davis Polk 2018; admitted New York 2020 | Litigation | $1,060 | 663.1 | $702,886.00 |
| Cardillo, Garrett | Associate; joined Davis Polk 2017; admitted New York 2017 | Litigation | $1,155 | 1,125.7 | $1,300,183.50 |
| Collier, Charles | Associate, joined Davis Polk 2021; admitted New York 2018 | Tax | $1,140 | 107.2 | $122,208.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Consla, Dylan A. | Associate; joined Davis Polk 2015; admitted New York 2015 | Restructuring | $1,175 | 818.4 | $961,620.00 |
| Corvino, Justin | Associate; joined Davis Polk 2020; admitted New York 2021 | Tax | $740 | 3.9 | $2,886.00 |
| Danzo, Melissa | Associate; joined Davis Polk 2020; admitted New York 2020 | Litigation | $835 | 33.7 | $28,139.50 |
| Dartez, Jackson | Associate; joined Davis Polk 2018; admitted New York 2019 | Litigation | $1,060 | 392.9 | $416,474.00 |
| Dekhtyar, Mariya | Associate; joined Davis Polk 2020; admitted New York 2021 | Restructuring | $600 | 383.6 | $230,160.00 |
| Diggs, Elizabeth R. | Associate; joined Davis Polk 2017; admitted New York 2018 | Mergers and Acquisitions | $1,140 | 91.0 | $103,740.00 |
| Dixon, III, Roy G. | Associate; joined Davis Polk 2021; admitted New York 2019 | Restructuring | $1,060 | 44.3 | $46,958.00 |
| Dore, Keith | Associate; joined Davis Polk 2018; admitted New York 2019 | Litigation | $1,060 | 6.8 | $7,208.00 |
| Ford, Stephen | Associate; joined Davis Polk 2020; admitted New York 2019 | Restructuring | $1,060 | 263.7 | $279,522.00 |
| Frey, David A. | Associate; joined Davis Polk 2021; admitted New York 2020 | Intellectual Property | $835 | 64.0 | $53,440.00 |
| Garg, Paavani | Associate; joined Davis Polk 2019; admitted New York 2019 | Restructuring | $1,060 | 33.2 | $35,192.00 |
| Gong, Bree | Associate; joined Davis Polk 2019; admitted New York 2020 | Tax | $835 | 81.7 | $68,219.50 |
| Guo, Angela W. | Associate; joined Davis Polk 2019; admitted New York 2021 | Litigation | $1,060 | 257.2 | $272,632.00 |
| Hallock, Jesse L. | Associate; joined Davis Polk 2016; admitted New York 2017 | Intellectual Property | $1,155 | 3.2 | $3,696.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Herts, Dylan | Associate; joined Davis Polk 2020; admitted New York 2020 | Litigation | $835 | 724.4 | $604,874.00 |
| Hwang, Eric | Associate; joined Davis Polk 2019; admitted New York 2020 | Restructuring | $835 | 627.3 | $523,795.50 |
| Kasprisin, Justin Alexander | Associate; joined Davis Polk 2017; admitted New York 2012 | Executive Compensation | $1,140 | 8.8 | $10,032.00 |
| Kaufman, Zachary A. | Associate; joined Davis Polk 2018; admitted New York 2017 | Litigation | $1,155 | 6.1 | $7,045.50 |
| Kearney, Daniel P. | Associate; joined Davis Polk 2018; admitted New York 2019 | Intellectual Property | $1,060 | 17.7 | $18,762.00 |
| Khan, Zulkar | Associate; joined Davis Polk 2020; admitted New York 2021 | Litigation | $835 | 579.0 | $483,465.00 |
| Kim, Eric M. | Associate; joined Davis Polk 2017; admitted New York 2017 | Litigation | $1,155 | 652.0 | $753,060.00 |
| Klabo, Hailey W. | Associate; joined Davis Polk 2021; admitted New York 2020 | Restructuring | $835 | 381.2 | $318,302.00 |
| Knudson, Jacquelyn Swanner | Associate; joined Davis Polk 2017; admitted New York 2018 | Litigation | $1,175 | 821.2 | $964,910.00 |
| Kratzer, David | Associate; joined Davis Polk 2019; admitted New York 2020 | Restructuring | $835 | 444.9 | $371,491.50 |
| Kwak, Samuel | Associate; joined Davis Polk 2020; admitted New York 2018 | Restructuring | $1,060 | 31.2 | $33,072.00 |
| Lee, Grace | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $835 | 40.3 | $33,650.50 |
| Lefland, Samantha | Associate; joined Davis Polk 2015; admitted New York 2015 | Intellectual Property | $1,175 | 9.1 | $10,692.50 |
| Levine, Zachary | Associate; joined Davis Polk 2017; admitted New York 2018 | Restructuring | $1,140 | 453.9 | $517,446.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Linder, Max J. | Associate; joined Davis Polk 2020; admitted New York 2019 | Restructuring | $1,060 | 803.4 | $851,604.00 |
| Ma, Sophy | Associate, joined Davis Polk 2020; admitted New York 2021 | Restructuring | $740 | 32.5 | $24,050.00 |
| Massman, Stephanie | Associate; joined Davis Polk 2016; admitted New York 2017 | Restructuring | $1,175 | 786.3 | $923,902.50 |
| Mazer, Deborah S. | Associate; joined Davis Polk 2018; admitted New York 2018 | Litigation | $1,140 | 182.9 | $208,506.00 |
| Mendelson, Alex S. | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $835 | 229.1 | $191,298.50 |
| Moller, Sarah H. | Associate, joined Davis Polk 2020; admitted New York 2021 | Restructuring | $740 | 265.1 | $196,174.00 |
| Morrison, Gregory S. | Associate; joined Davis Polk 2016; admitted New York 2015 | Antitrust & Competition | $1,175 | 11.4 | $13,395.00 |
| Moshfegh, Sara | Associate; joined Davis Polk 2019; admitted England and Wales 2021 | Corporate | $600 | 5.0 | $3,000.00 |
| Oluwole, Chautney M. | Associate; joined Davis Polk 2015; admitted New York 2016 | Litigation | $1,175 | 143.8 | $168,965.00 |
| O'Sullivan, Damian | Associate; joined Davis Polk 2020; admitted New Jersey 2021 | Restructuring | $740 | 540.0 | $399,600.00 |
| Page, Samuel F. | Associate, joined Davis Polk 2017; admitted New York 2017 | Mergers and Acquisitions | $1,155 | 137.6 | $158,928.00 |
| Parrott, Andy T. | Associate; joined Davis Polk 2017; admitted New York 2018 | Litigation | $1,140 | 61.2 | $69,768.00 |
| Peppiatt, Jonah A. | Associate; joined Davis Polk 2016; admitted New York 2015 | Restructuring | $1,175 | 119.4 | $140,295.00 |
| Pera, Michael | Associate; joined Davis Polk 2016; admitted New York 2017 | Restructuring | $1,155 | 25.1 | $28,990.50 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Romero-Wagner, Alex B. | Associate; joined Davis Polk 2019; admitted New York 2020 | Restructuring | $835 | 266.4 | $222,444.00 |
| Rubin, Dylan S. | Associate; joined Davis Polk 2016; admitted New York 2017 | Litigation | $1,155 | 12.6 | $14,553.00 |
| Sheng, Roderick | Associate; joined Davis Polk 2021; admitted New York 2021 | Mergers and Acquisitions | $600 | 39.5 | $23,700.00 |
| Sherman, Bradford | Associate; joined Davis Polk 2018; admitted New York 2019 | Tax | $835 | 410.7 | $342,934.50 |
| Shinbrot, Josh | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $835 | 1,043.5 | $871,322.50 |
| Shpeen, Adam L. | Associate; joined Davis Polk 2016; admitted New York 2013 | Restructuring | $1,175 | 4.1 | $4,817.50 |
| Sieben, Brian G. | Associate; joined Davis Polk 2015; admitted New York 2016 | Trusts and Estates | $1,175 | 611.0 | $717,925.00 |
| Simmons, Amanda R. | Associate, joined Davis Polk 2019; admitted New York 2020 | Capital Markets | $835 | 49.8 | $41,583.00 |
| Smith, Hilary | Associate; joined Davis Polk 2017; admitted New York 2018 | Intellectual Property | $1,140 | 401.6 | $457,824.00 |
| Stefanik, Sean | Associate; joined Davis Polk 2016; admitted New York 2018 | Litigation | $1,155 | 318.1 | $367,405.50 |
| Sun, Terrance X. | Associate; joined Davis Polk 2020; admitted New York 2021 | Litigation | $740 | 363.0 | $268,620.00 |
| Taylor, Lucy McKinstry | Associate; joined Davis Polk 2015; admitted New York 2015 | Trusts and Estates | $1,175 | 16.2 | $19,035.00 |
| Townes, Esther C. | Associate; joined Davis Polk 2018; admitted New York 2018 | Litigation | $1,140 | 731.1 | $833,454.00 |
| Trost, Brette L. | Associate, joined Davis Polk 2019; admitted New York 2020 | Intellectual Property | $835 | 92.8 | $77,488.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Turay, Edna | Associate; joined Davis Polk 2019; admitted New York 2020 | Mergers and Acquisitions | $835 | 113.8 | $95,023.00 |
| Vitiello, Sofia A. | Associate; joined Davis Polk 2018; admitted New York 2016 | Litigation | $1,175 | 17.4 | $20,445.00 |
| Weiner, Jacob | Associate; joined Davis Polk 2015; admitted New York 2016 | Restructuring | $1,175 | 659.0 | $774,325.00 |
| Whisenant, Anna Lee | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $835 | 109.6 | $91,516.00 |
| Yang, Yueyu | Associate; joined Davis Polk 2020; admitted New York 2021 | Tax | $740 | 190.1 | $140,674.00 |
| Carvajal, Shanaye | Law Clerk; joined Davis Polk 2019 | Litigation | $1,060 | 518.9 | $550,034.00 |
| Donnelly, Jacob M. | Law Clerk; joined Davis Polk 2020 | Tax | $740 | 9.1 | $6,734.00 |
| Goetz, Chris | Law Clerk, joined Davis Polk 2020 | Litigation | $740 | 24.0 | $17,760.00 |
| Houston, Kamali | Law Clerk; joined Davis Polk 2020 | Litigation | $740 | 742.1 | $549,154.00 |
| MacKenzie, Robert | Law Clerk, joined Davis Polk 2020 | Restructuring | $740 | 289.8 | $214,452.00 |
| O'Toole, Daniel | Law Clerk; joined Davis Polk 2020 | Litigation | $740 | 74.1 | $54,834.00 |
| Simonelli, Jessica | Law Clerk; joined Davis Polk 2020 | Litigation | $740 | 670.4 | $496,096.00 |
| Somers, Kate | Law Clerk; joined Davis Polk 2020 | Restructuring | $740 | 67.3 | $49,802.00 |
| Wykstra, Madeleine Vera | Law Clerk, joined Davis Polk 2018 | Litigation | $1,060 | 54.6 | $57,876.00 |
| Chu, Alvin | Discovery Attorney; joined Davis Polk 2020 | Litigation | $530 | 172.6 | $91,478.00 |
| Echegaray, Pablo | Discovery Attorney; joined Davis Polk 2019 | Litigation | $530 | 191.3 | $101,389.00 |
| Echeverria, Eileen | Discovery Attorney; joined Davis Polk 2000 | Litigation | $530 | 106.0 | $56,180.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Ford, Megan E. | Discovery Attorney; joined Davis Polk 2014 | Litigation | $530 | 106.6 | $56,498.00 |
| Ghile, Daniela | Discovery Attorney; joined Davis Polk 2020 | Litigation | $530 | 149.9 | $79,447.00 |
| Parris, Jeffrey | Discovery Attorney; joined Davis Polk 2014 | Litigation | $530 | 131.8 | $69,854.00 |
| Sanfilippo, Anthony Joseph | Discovery Attorney; joined Davis Polk 2004 | Litigation | $530 | 241.5 | $127,995.00 |
| Tasch, Tracilyn | Discovery Attorney; joined Davis Polk 2019 | Litigation | $530 | 163.3 | $86,549.00 |
| Altman, Olivia | Legal Assistant; joined Davis Polk 2019 | Restructuring | $350 | 63.4 | $22,190.00 |
| Bennett, Aoife | Legal Assistant; joined Davis Polk 2020 | Litigation | $350 | 422.4 | $147,840.00 |
| Bruney, Theresa | Legal Assistant; joined Davis Polk 2017 | Litigation | $480 | 45.3 | $21,744.00 |
| Callan, Olivia | Legal Assistant; joined Davis Polk 2020 | Litigation | $350 | 35.4 | $12,390.00 |
| Elder, Abigail | Legal Assistant; joined Davis Polk 2020 | Litigation | $350 | 31.3 | $10,955.00 |
| Farrell, Annie | Legal Assistant; joined Davis Polk 2021 | Litigation | $350 | 10.9 | $3,815.00 |
| Giddens, Magali | Legal Assistant; joined Davis Polk 2019 | Restructuring | $480 | 504.1 | $241,968.00 |
| Halford, Edgar Bernard | Legal Assistant; joined Davis Polk 2003 | Litigation | $480 | 19.1 | $9,168.00 |
| Haynes, Amelia | Legal Assistant; joined Davis Polk 2021 | Litigation | $350 | 6.2 | $2,170.00 |
| Hirakawa, Lisa | Legal Assistant; joined Davis Polk 2014 | Litigation | $480 | 25.5 | $12,240.00 |
| Hussey, Samantha | Legal Assistant; joined Davis Polk 2020 | Litigation | $480 | 29.6 | $14,208.00 |
| Ismail, Mohamed Ali | Legal Assistant; joined Davis Polk 1993 | Litigation | $480 | 7.7 | $3,696.00 |
| Jegarl, Christine | Legal Assistant; joined Davis Polk 2021 | Litigation | $350 | 189.7 | $66,395.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Lee, Monica | Legal Assistant; joined Davis Polk 2019 | Litigation | $480 | 16.6 | $7,968.00 |
| Morrione, Tommaso | Legal Assistant, joined Davis Polk 2021 | Litigation | $350 | 706.2 | $247,170.00 |
| Quach, Angela | Legal Assistant; joined Davis Polk 2006 | Litigation | $480 | 357.7 | $171,696.00 |
| Ramjas, Rana S. | Legal Assistant; joined Davis Polk 2003 | Corporate | $480 | 7.0 | $3,360.00 |
| Stevens, Kelsey D. | Legal Assistant; joined Davis Polk 1992 | Corporate | $480 | 38.8 | $18,624.00 |
| Walker, Amy | Legal Assistant; joined Davis Polk 2020 | Litigation | $350 | 12.0 | $4,200.00 |
| Wittig, Amelia | Legal Assistant; joined Davis Polk 2020 | Litigation | $350 | 4.2 | $1,470.00 |
| Yu, Brandon | Legal Assistant; joined Davis Polk 2020 | Litigation | $480 | 18.3 | $8,784.00 |
| Colchamiro, Emma J. | Court Clerk; joined Davis Polk 2019 | Managing Attorney's Office | $205 | 2.8 | $574.00 |
| Jackson Jr., Ahmad | Court Clerk; joined Davis Polk 2017 | Managing Attorney's Office | $205 | 6.7 | $1,373.50 |
| Bauer, Christopher William | Ediscovery Project Manager; joined Davis Polk 2005 | eDiscovery Project Management | $540 | 3.0 | $1,620.00 |
| Chau, Kin Man | Ediscovery Management Analyst; joined Davis Polk 2015 | eDiscovery Project Management | $435 | 190.3 | $82,780.50 |
| Chen, Johnny W. | Ediscovery Management Analyst; joined Davis Polk 2008 | eDiscovery Project Management | $435 | 393.5 | $171,172.50 |
| Hinton, Carla Nadine | Ediscovery Project Manager; joined Davis Polk 2000 | eDiscovery Project Management | $540 | 212.8 | $114,912.00 |
| Soussan, Susan | Ediscovery Project Manager; joined Davis Polk 2008 | eDiscovery Project Management | $540 | 12.9 | $6,966.00 |
| Bryant, Viorela | Librarian; joined Davis Polk 2015 | Corporate | $485 | 2.1 | $1,018.50 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Richmond, Marjorie | Legal Reference Librarian; joined Davis Polk 2015 | Library | $555 | 24.9 | $13,819.50 |
| Fynan, Frances C. | Reference Assistant; joined Davis Polk 2020 | Library | $405 | 7.1 | $2,875.50 |
| **Associates, Law Clerks and Legal Assistants Total:** | | | | **26,396.7** | **$23,686,341.00** |
| **TOTAL FEES** | | | | | **$38,813,165.50** |
| (Less 50% Discount for Non-Working Travel Time) | | | | | **($7,617.50)** |
| **GRAND TOTAL** | | | | **36,287.4** | **$38,805,548.00**[2] |

---

[2] This amount reflects a reduction in fees in the amount of $432,489.50  on account of the following: (a) $7,617.50 from a 50% reduction of Non-Working Travel Time; and (b) $424,872.00 of voluntary write-offs.