## Exhibit D

## Fees by Project Category for Fee Period

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Acquisitions/Dispositions | 71.9 | $75,519.50 |
| Automatic Stay/Preliminary Injunction/Litigation/DOJ | 1,013.9 | $1,101,067.00 |
| Bar Date/Estimation/Claims Allowance Issues | 274.4 | $317,186.50 |
| Corporate Governance, Board Matters and Communications | 263.5 | $339,857.00 |
| Creditor/UCC/AHC Issues | 1,050.9 | $699,443.00 |
| Cross-Border/International Issues | 32.7 | $43,981.50 |
| Equityholder/IAC Issues | 480.7 | $721,193.00 |
| Customer/Vendor/Lease/Contract Issues | 130.6 | $147,700.50 |
| Employee/Pension Issues | 1,633.1 | $1,899,159.50 |
| General Case Administration | 3,080.9 | $3,369,865.50 |
| Non-DPW Retention and Fee Issues | 77.6 | $87,675.50 |
| Non-Working Travel Time (50%) | 13.0 | $7,617.50 |
| Support Agreement/Plan/Disclosure Statement | 22,188.7 | $23,806,081.00 |
| DPW Retention/Preparation of Fee Statements/Applications Budget | 889.3 | $600,305.50 |
| IP, Regulatory and Tax | 3,521.0 | $4,320,712.00 |
| Special Committee/Investigations Issues | 467.7 | $661,706.00 |
| Rule 2004 Discovery | 1,097.5 | $606,477.50 |
| **Total** | **36,287.4** | **$38,805,548.00[1]** |

---

[1] This amount reflects a reduction in fees in the amount of $432,489.50 on account of the following: (a) $7,617.50 from a 50% reduction of Non-Working Travel Time; and (b) $424,872.00 of voluntary write-offs.