# Exhibit E

## Budget and Staffing Plan for Fee Period

Davis Polk discussed attorney staffing with the Debtors throughout the cases and has supplemented and adjusted its team as necessary to meet the needs of the Debtors under the changing circumstances of these cases. The Debtors have delivered a detailed monthly budget by project category for the period of June 1, 2021 through August 31, 2021. The budget by project category for the June 1, 2021 through August 31, 2021 period is detailed on the following page.

E-2

| Project Category | Budgeted Fees for the June 1, 2021 through August 31, 2021 Period | Actual Fees for the June 1, 2021 through August 31, 2021 Period |
|---|---:|---:|
| Asset Acquisitions/Dispositions | $29,419.00 | $0.00 |
| Automatic Stay/Preliminary Injunction/Litigation/DOJ | $3,889,942.00 | $828,865.00 |
| Bar Date/Estimation/Claims Allowance Issues | $1,240,646.00 | $266,909.00 |
| Corporate Governance, Board Matters and Communications | $357,818.00 | $271,993.00 |
| Creditor/UCC/AHC Issues | $208,444.00 | $616,071.50 |
| Cross-Border/International Issues | $33,218.00 | $25,286.00 |
| Equityholder/IAC Issues | $286,733.00 | $684,059.50 |
| Customer/Vendor/Lease/Contract Issues | $118,946.00 | $109,788.50 |
| Employee/Pension Issues | $720,598.00 | $1,565,552.50 |
| General Case Administration | $1,068,808.00 | $2,801,679.50 |
| Non-DPW Retention and Fee Issues | $37,647.00 | $68,355.50 |
| Non-Working Travel Time (50%) | $0.00 | $1,440.00 |
| Support Agreement/Plan/Disclosure Statement | $7,764,363.00 | $21,767,632.00 |
| DPW Retention/Preparation of Fee Statements/Applications Budget | $657,048.00 | $470,762.50 |
| IP, Regulatory and Tax | $1,629,291.00 | $3,869,331.50 |
| Special Committee/Investigations Issues | $702,001.00 | $426,204.50 |
| Rule 2004 Discovery | $34,398.00 | $603,646.50 |
| **Total** | **$18,779,320.00** | **$34,377,577.00** |