## **Exhibit F**

### **Expense Summary**

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Business Meals | *See Business Meal Detail provided in Davis Polk's Monthly Fee Statements* | **$42,654.42** |
| Computer Research | Lexis (Lexis Answer Card, US Treatises, US Law Reviews and Journals, Public Records, US News, Expert Report, US Jurisprudence, US Practice Guides, US Court Documents, US Dockets, US Briefs, US Legal News) and Westlaw | **$128,680.00** |
| Court and Related Fees | Deposition Solutions LLC, CourtAlert.com, transcript requests, Thomson Reuters, Pacer Transactions, Veritext LLC, and US Bankruptcy Court | **$30,879.61** |
| Duplication | N/A | **$28,553.10** |
| Electronic Discovery Services | KLDiscovery | **$111,738.28** |
| External Document Production | Transperfect Document Management, Delm2 LLC, Transperfect Document Management, and Smart Legal, Inc. | **$57,533.09** |
| Office Charges | New York Law Institute, Inc., The Bureau Of Nat'l Affairs, and ProQuest LLC | **$166.68** |
| Outside Documents & Research | US Dockets, Lexis, CT Corporation, CSC, Restructuring Concepts and Courtlink | **$15,389.50** |
| Postage, Courier & Freight | N/A | **$8,907.85** |
| Travel | *See Travel Detail provided in Davis Polk's Monthly Fee Statements* | **$8,718.90** |
| **TOTAL** | | **$433,221.43** |