## Exhibit G

### Customary and Comparable Compensation Disclosures for the Fee period

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE ||
|---|---|---|
| | Professionals at the New York Office of Davis Polk & Wardwell LLP for a 12-Month Period Ending on September 30, 2021, Excluding Bankruptcy Matters[1] | Purdue Application |
| Partner | $1,600.44 | $1,759.79 |
| Counsel | $1,284.18 | $1,345.89 |
| Other Attorneys[2] | $879.54 | $968.16 |
| Paraprofessionals | $437.19 | $419.42 |
| **All Timekeepers Aggregated** | $1,004.82 | $1,069.39 |

---

[1] This blended hourly rate is adjusted to exclude hours and compensation billed to certain clients with special billing arrangements.

[2] This category includes Law Clerks and Discovery Attorneys.