**AlixPartners, LLP**

**Exhibit B**

**Summary and Detailed Description of**
**AlixPartners' Expenses During Sixth Interim Period**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
1 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:       Expenses
Code:     1.18 / 150

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 9/10/2021 | Rental Car - Jesse Delconte NYC to/from Stamford, CT | 188.05 |
| **Total** | | **194,217.02** |

**AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
1 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| EXPENSE CATEGORY | | Amount |
|---|---|---|
| Ground Transportation | $ | 512.82 |
| Hosting Fees (GB) | | 193,416.00 |
| Lodging | | 225.00 |
| Meals | | 25.00 |
| Postage | | 38.20 |
| **Total** | $ | **194,217.02** |