# EXHIBIT C

## SUMMARY OF HOURLY PLAN SERVICES BY PROFESSIONAL

*For Tax Restructuring Services:*

| Name | Title | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Alex, Harrison | Associate | $280.00 | 5.10 | $1,428.00 |
| Angstadt, Brian | Managing Director | $765.00 | 11.20 | $8,568.00 |
| | Senior Manager | $650.00 | 40.40 | $26,260.00 |
| Arazi, Albert | Senior Manager | $650.00 | 0.50 | $325.00 |
| Beck, Michael | Senior Manager | $650.00 | 3.50 | $2,275.00 |
| Burkhard, Arthur | Managing Director | $765.00 | 2.00 | $1,530.00 |
| Cordonnier, Caleb | Senior Manager | $650.00 | 0.50 | $325.00 |
| Coyne, Thomas | Senior Manager | $650.00 | 7.50 | $4,875.00 |
| Daniel, Russell | Partner | $765.00 | 4.65 | $3,557.25 |
| Dodson, Jeffrey | Manager | $570.00 | 3.00 | $1,710.00 |
| Gillett, Julie Ann | Associate | $280.00 | 3.00 | $840.00 |
| Hughes, Laura Michael | Manager | $570.00 | 6.70 | $3,819.00 |
| Lohmann, Brianna | Associate | $280.00 | 1.00 | $280.00 |
| McKnight, Thomas | Managing Director | $765.00 | 0.90 | $688.50 |
| McNaull, Amberley | Senior Associate | $460.00 | 23.50 | $10,810.00 |
| Mong, Keith | Managing Director | $765.00 | 1.00 | $765.00 |
| Sanchez, Sharrilyn | Director | $650.00 | 3.50 | $2,275.00 |
| Stockdale, Thomas | Senior Manager | $650.00 | 2.20 | $1,430.00 |
| VandenBrul, Andrew | Managing Director | $765.00 | 0.70 | $535.50 |
| Wade, Jason | Director | $650.00 | 0.50 | $325.00 |
| Werth, Raymond | Partner | $765.00 | 4.00 | $3,060.00 |
| **TOTAL** | | | **125.35** | **$75,681.25** |

*For Tax Valuation Services:*

| Name | Title | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Arnett, Allen | Managing Director | $720.00 | 8.50 | $6,120.00 |
| Cho, Sylvia | Principal | $720.00 | 8.80 | $6,336.00 |
| Dorshow, Ryland | Senior Associate | $400.00 | 4.80 | $1,920.00 |
| Gilmore, John | Director | $590.00 | 2.70 | $1,593.00 |
| Gruenes, Matthew | Senior Associate | $400.00 | 2.90 | $1,160.00 |
| Kohnle, Ann-Katrin | Manager | $500.00 | 11.50 | $5,750.00 |
| Kolbus, Brianna | Senior Associate | $400.00 | 5.65 | $2,260.00 |
| Magdziarz, Michael | Manager | $500.00 | 11.65 | $5,825.00 |
| Miller, Alli | Senior Associate | $400.00 | 11.70 | $4,680.00 |
| Ogrodny, Jozef | Director | $590.00 | 4.60 | $2,714.00 |
| Sanders, Matthew | Manager | $500.00 | 21.50 | $10,750.00 |
| Scheltens, Kelly | Senior Manager | $590.00 | 13.50 | $7,965.00 |
| Triana Mayorga, Juan | Associate | $270.00 | 2.25 | $607.50 |
| **TOTAL** | | | **110.05** | **$57,680.50** |

*For Employment Tax Services (Hourly Services):*

| Name | Title | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Arazi, Albert | Senior Manager | $650.00 | 0.50 | $325.00 |
| Bellovin, Hal | Managing Director | $765.00 | 20.25 | $15,491.25 |
| Caiazzo, Mary | Senior Associate | $460.00 | 7.25 | $3,335.00 |
| Cianciotta, Joseph | Senior Associate | $460.00 | 8.50 | $3,910.00 |
| **TOTAL** | | | **$36.50** | **$23,061.25** |

2

3

| Totals By Project | Total Hours | Total Fees |
|---|---|---|
| Totals for Tax Structuring Services | **125.35** | **$75,681.25** |
| Totals for Valuation Services | **110.05** | **$57,680.50** |
| Totals for Employee Tax Services | **36.50** | **$23,061.25** |
| **TOTAL** | **271.9** | **$156,423.00*** |

**\*** The total amount of fees incurred for all of the Plan Services rendered by Grant Thornton during the Fee Period (including both the Total Fees for hourly work in the amount of $156,423.00 plus the fixed fees charged for certain Employee Tax Services in the amount of $36,287.50), is $192,710.50.