# EXHIBIT D

## SUMMARY OF PLAN SERVICES BY CATEGORY
### (For Fee Period January 20, 2021 through September 30, 2021)

| Project Category for Tax Structuring Services | Total Hours | Total Fees |
|---|---|---|
| Engagement Management | 14.90 | $8,862.50 |
| Exit Structure Analysis | 48.55 | $31,737.25 |
| Tax Modeling | 61.90 | $35,081.50 |
| **Total** | **125.35** | **$75,681.25** |

| Project Category for Valuation Services | Total Hours | Total Fees |
|---|---|---|
| Fresh Start | 104.95 | $54,624.50 |
| Tax | 5.10 | $3,056.00 |
| **Total** | **110.05** | **$57,680.50** |

| Project Category for Employee Tax Services | Total Hours | Total Fees |
|---|---|---|
| Payroll Tax Support (Hourly Fees) | 36.50 | $23,061.25 |
| Preparation of Matrix and Successorship Memos (Fixed Fee) | N/A | $36,287.50 |
| **Total** | **36.50** | **$59,348.75** |

| TOTALS BY PROJECT AND PROJECT CATEGORY | Total Hours | Total Fees |
|---|---|---|
| Totals for Tax Structuring Services | **125.35** | **$75,681.25** |
| Totals for Valuation Services | **110.05** | **$57,680.50** |
| Totals for Employee Tax Services | **36.50** | **$59,348.75** |
| **Total** | **271.9** | **$192,710.50*** |

*\** The total amount of fees for hourly services, not including the fixed fees charged for certain Employee Tax Services in the aggregate amount of $36,287.50, is $156,423.00.

1