## EXHIBIT E

## DETAILED TIME ENTRIES FOR PLAN SERVICES BY CATEGORY

### *Tax Structuring Services: Tax Modeling*

| Employee Name | Title | Date of Service | Hours Billed | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Angstadt, Brian | Senior Manager | 1/25/2021 | 2 | $650.00 | $1,300.00 | Research valuation for tax purposes |
| Angstadt, Brian | Senior Manager | 1/26/2021 | 1 | $650.00 | $650.00 | Internal Discussion w/ A McNaull and LM Hughes regarding taxable income models |
| Angstadt, Brian | Senior Manager | 1/26/2021 | 0.5 | $650.00 | $325.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); T Coyne (GT) regarding taxable income models |
| Coyne, Thomas Peter | Senior Manager | 1/26/2021 | 0.5 | $650.00 | $325.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); B Angstadt (GT) regarding taxable income models |
| Hughes, Laura Michael | Manager | 1/26/2021 | 0.5 | $570.00 | $285.00 | Internal Discussion w/ A McNaull and B Angstadt regarding taxable income models |
| McNaull, Amberley | Senior Associate | 1/26/2021 | 1 | $460.00 | $460.00 | Internal Discussion w/ LM Hughes and B Angstadt regarding taxable income models |
| Angstadt, Brian | Senior Manager | 1/27/2021 | 1 | $650.00 | $650.00 | Research valuation for tax purposes and review information request list |
| Hughes, Laura Michael | Manager | 1/27/2021 | 1 | $570.00 | $570.00 | Preparation of taxable income models |
| McNaull, Amberley | Senior Associate | 1/27/2021 | 0.5 | $460.00 | $230.00 | Preparation of taxable income models |
| Angstadt, Brian | Senior Manager | 1/28/2021 | 1 | $650.00 | $650.00 | Teleconference w/J Lowne (Purdue); T Coyne and A McNaull (GT) regarding valuations for tax purposes |

| Employee Name | Title | Date of Service | Hours Billed | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Coyne, Thomas Peter | Senior Manager | 1/28/2021 | 1 | $650.00 | $650.00 | Teleconference w/J Lowne (Purdue); B Angstadt and A McNaull (GT) regarding valuations for tax purposes |
| Hughes, Laura Michael | Manager | 1/28/2021 | 2.2 | $570.00 | $1,254.00 | Preparation taxable income models |
| McNaull, Amberley | Senior Associate | 1/28/2021 | 6 | $460.00 | $2,760.00 | Preparation of taxable income models |
| McNaull, Amberley | Senior Associate | 1/28/2021 | 1 | $460.00 | $460.00 | Teleconference w/J Lowne (Purdue); B Angstadt and T Coyne (GT) regarding valuations for tax purposes |
| Angstadt, Brian | Senior Manager | 1/29/2021 | 0.5 | $650.00 | $325.00 | Review of taxable income models |
| Angstadt, Brian | Senior Manager | 1/30/2021 | 2 | $650.00 | $1,300.00 | Review of taxable income models |
| Daniel, Russell | Partner | 1/31/2021 | 0.7 | $765.00 | $535.50 | Review of taxable income models |
| Angstadt, Brian | Senior Manager | 2/1/2021 | 0.5 | $650.00 | $325.00 | Internal Discussion w/ T Stockdale on valuations for tax purposes |
| Hughes, Laura Michael | Manager | 2/1/2021 | 1 | $570.00 | $570.00 | Internal Discussion w/ A McNaull on taxable income models |
| McNaull, Amberley | Senior Associate | 2/1/2021 | 1 | $460.00 | $460.00 | Internal Discussion w/ LM Hughes on taxable income models |
| McNaull, Amberley | Senior Associate | 2/1/2021 | 3 | $460.00 | $1,380.00 | Preparation of taxable income models |
| Stockdale, Thomas F. | Senior Manager | 2/1/2021 | 0.5 | $650.00 | $325.00 | Internal Discussion w/ B Angstadt on valuations for tax purposes |
| Stockdale, Thomas F. | Senior Manager | 2/1/2021 | 1.7 | $650.00 | $1,105.00 | Research valuation of inventory for tax purposes |
| Angstadt, Brian | Senior Manager | 2/3/2021 | 1 | $650.00 | $650.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); R Daniel, T Coyne, and A McNaull (GT) regarding taxable income models |

| Employee Name | Title | Date of Service | Hours Billed | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Coyne, Thomas Peter | Senior Manager | 2/3/2021 | 1.5 | $650.00 | $975.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); R Daniel, B Angstadt and A McNaull (GT) regarding taxable income models |
| Daniel, Russell | Partner | 2/3/2021 | 1.3 | $765.00 | $994.50 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); T Coyne, B Angstadt, and A McNaull (GT) regarding taxable income models |
| McNaull, Amberley | Senior Associate | 2/3/2021 | 2 | $460.00 | $920.00 | Preparation of taxable income models |
| McNaull, Amberley | Senior Associate | 2/3/2021 | 1.5 | $460.00 | $690.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); R Daniel, T Coyne, and B Angstadt (GT) regarding taxable income models |
| Angstadt, Brian | Senior Manager | 2/4/2021 | 2 | $650.00 | $1,300.00 | Review of taxable income models |
| Lohmann, Brianna | Associate | 2/4/2021 | 1 | $280.00 | $280.00 | Preparation of taxable income models for state income tax items |
| McNaull, Amberley | Senior Associate | 2/4/2021 | 1.5 | $460.00 | $690.00 | Preparation of taxable income models for state income tax items |
| Angstadt, Brian | Senior Manager | 2/5/2021 | 0.5 | $650.00 | $325.00 | Review of taxable income models for state income tax items |
| Beck, Michael D | Senior Manager | 2/5/2021 | 2 | $650.00 | $1,300.00 | Research state apportionment for taxable income models |
| McNaull, Amberley | Senior Associate | 2/5/2021 | 1.5 | $460.00 | $690.00 | Preparation of taxable income models for state income tax items |
| Beck, Michael D | Senior Manager | 2/6/2021 | 1.5 | $650.00 | $975.00 | Research state apportionment for taxable income models |
| Angstadt, Brian | Senior Manager | 2/8/2021 | 0.5 | $650.00 | $325.00 | Internal Discussion w/ C Cordonnier on accounting methods for tax purposes |

| Employee Name | Title | Date of Service | Hours Billed | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Angstadt, Brian | Senior Manager | 2/8/2021 | 1 | $650.00 | $650.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); R Daniel, T Coyne, LM Hughes, and A McNaull (GT) regarding taxable income models |
| Cordonnier, Caleb Michael | Senior Manager | 2/8/2021 | 0.5 | $650.00 | $325.00 | Internal Discussion w/ B Angstadt on accounting methods for tax purposes |
| Coyne, Thomas Peter | Senior Manager | 2/8/2021 | 1 | $650.00 | $650.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); R Daniel, B Angstadt, LM Hughes, and A McNaull (GT) regarding taxable income models |
| Daniel, Russell | Partner | 2/8/2021 | 1 | $765.00 | $765.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); B Angstadt, T Coyne, LM Hughes, and A McNaull (GT) regarding taxable income models |
| Hughes, Laura Michael | Manager | 2/8/2021 | 1 | $570.00 | $570.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); R Daniel, B Angstadt, T Coyne, and A McNaull (GT) regarding taxable income models |
| McNaull, Amberley | Senior Associate | 2/8/2021 | 3 | $460.00 | $1,380.00 | Preparation of taxable income models - SALT, FMV, CAPEX, and method change |
| McNaull, Amberley | Senior Associate | 2/8/2021 | 1 | $460.00 | $460.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); R Daniel, B Angstadt, T Coyne, and LM Hughes (GT) regarding taxable income models |
| Angstadt, Brian | Senior Manager | 2/9/2021 | 0.5 | $650.00 | $325.00 | Preparation of taxable income models - SALT, FMV, CAPEX, and method change |

| Employee Name | Title | Date of Service | Hours Billed | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Angstadt, Brian | Senior Manager | 2/9/2021 | 1 | $650.00 | $650.00 | Review of taxable income models - SALT, FMV, CAPEX, and method change |
| Angstadt, Brian | Senior Manager | 2/10/2021 | 1 | $650.00 | $650.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); J DelConte (Alix Partners); J Turner and T Melvin (PJT Partners); R Werth, LM Hughes and A McNaull (GT) regarding taxable income models |
| Hughes, Laura Michael | Manager | 2/10/2021 | 1 | $570.00 | $570.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); J DelConte (Alix Partners); J Turner and T Melvin (PJT Partners); R Werth, B Angstadt and A McNaull (GT) regarding taxable income models |
| McNaull, Amberley | Senior Associate | 2/10/2021 | 0.5 | $460.00 | $230.00 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); J DelConte (Alix Partners); J Turner and T Melvin (PJT Partners); B Angstadt, LM Hughes and A McNaull (GT) regarding taxable income models |
| Werth, Raymond | Partner | 2/10/2021 | 0.5 | $765.00 | $382.50 | Teleconference w/J Lowne (Purdue); L Altus and T Matlock (Davis Polk); J DelConte (Alix Partners); J Turner and T Melvin (PJT Partners); R Werth, B Angstadt, and A McNaull (GT) regarding taxable income models |
| Alex, Harrison | Associate | 3/2/2021 | 0.5 | $280.00 | $140.00 | Preparing analysis of time incurred |
| Angstadt, Brian | Senior Manager | 6/14/2021 | 0.5 | $650.00 | $325.00 | Review of taxable income models prior to call |
| **TOTAL** | | | **61.9** | | **$35,081.50** | |

### *Tax Structuring Services: Exit Structure Analysis*

| Employee Name | Title | Date of Service | Hours Billed | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Angstadt, Brian | Senior Manager | 4/19/2021 | 0.5 | $650.00 | $325.00 | Call w/T Matlock, L Altus (Davis Polk); J Lowne; and R Daniel and R Werth (GT) to discuss exit structure |
| Daniel, Russell | Partner | 4/19/2021 | 0.6 | $765.00 | $459.00 | Call w/T Matlock, L Altus (Davis Polk); J Lowne; and B Angstadt and R Werth (GT) to discuss exit structure |
| Werth, Raymond J | Partner | 4/19/2021 | 0.5 | $765.00 | $382.50 | Call w/T Matlock, L Altus (Davis Polk); J Lowne; and R Daniel and B Angstadt (GT) to discuss exit structure |
| Alex, Harrison | Associate | 6/17/2021 | 0.5 | $280.00 | $140.00 | Call w/T Matlock, L Altus (Davis Polk); and R Werth, B Angstadt and J Dodson to discuss exit structure |
| Angstadt, Brian | Senior Manager | 6/17/2021 | 0.5 | $650.00 | $325.00 | Call w/T Matlock, L Altus (Davis Polk); and R Werth, J Dodson, and H Alex to discuss exit structure |
| Dodson, Jeffrey C | Manager | 6/17/2021 | 0.5 | $570.00 | $285.00 | Call w/T Matlock, L Altus (Davis Polk); and R Werth, B Angstadt and H Alex to discuss exit structure |
| Werth, Raymond J | Partner | 6/17/2021 | 0.5 | $765.00 | $382.50 | Call w/T Matlock, L Altus (Davis Polk); and B Angstadt, J Dodson, and H Alex to discuss exit structure |
| Alex, Harrison | Associate | 6/23/2021 | 0.7 | $280.00 | $196.00 | Analyze exit structure |
| Angstadt, Brian | Senior Manager | 6/23/2021 | 0.5 | $650.00 | $325.00 | Analyze exit structure |
| Coyne, Thomas Peter | Senior Manager | 6/23/2021 | 1 | $650.00 | $650.00 | Analyze exit structure |
| Angstadt, Brian | Senior Manager | 6/24/2021 | 3 | $650.00 | $1,950.00 | Analyze exit structure |
| Angstadt, Brian | Senior Manager | 6/25/2021 | 1 | $650.00 | $650.00 | Analyze exit structure |

| Employee Name | Title | Date of Service | Hours Billed | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Coyne, Thomas Peter | Senior Manager | 6/25/2021 | 0.5 | $650.00 | $325.00 | Analyze exit structure |
| Daniel, Russell | Partner | 6/27/2021 | 0.5 | $765.00 | $382.50 | Analyze exit structure |
| Angstadt, Brian | Senior Manager | 6/28/2021 | 1 | $650.00 | $650.00 | Analyze exit structure - email analysis |
| Alex, Harrison | Associate | 6/30/2021 | 0.5 | $280.00 | $140.00 | Analyze exit structure - analysis of liquidations |
| Angstadt, Brian | Senior Manager | 6/30/2021 | 1.5 | $650.00 | $975.00 | Analyze exit structure - analysis of liquidations |
| Angstadt, Brian | Senior Manager | 6/30/2021 | 0.5 | $650.00 | $325.00 | Analyze exit structure - analysis of liquidations |
| Dodson, Jeffrey C | Manager | 6/30/2021 | 1 | $570.00 | $570.00 | Analyze exit structure - analysis of liquidations |
| Angstadt, Brian | Senior Manager | 7/1/2021 | 1 | $650.00 | $650.00 | Analyze exit structure - Research EIN |
| Alex, Harrison | Associate | 7/6/2021 | 0.5 | $280.00 | $140.00 | Internal Discussion w/ T. Coyne, J. Dodson, T. McKnight, B. Angstadt on EIN preservation |
| Alex, Harrison | Associate | 7/6/2021 | 2.2 | $280.00 | $616.00 | Exit Structure Analysis - review tax returns, historic documents, etc. |
| Angstadt, Brian | Senior Manager | 7/6/2021 | 0.5 | $650.00 | $325.00 | Internal Discussion w/ T. Coyne, J. Dodson, T. McKnight, H. Alex on EIN preservation |
| Coyne, Thomas Peter | Senior Manager | 7/6/2021 | 0.5 | $650.00 | $325.00 | Internal Discussion w/ J. Dodson, T. McKnight, B. Angstadt, H. Alex on EIN preservation |

| Employee Name | Title | Date of Service | Hours Billed | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Dodson, Jeffrey C | Manager | 7/6/2021 | 0.5 | $570.00 | $285.00 | Internal Discussion w/ T. Coyne, T. McKnight, B. Angstadt, H. Alex on EIN preservation |
| McKnight, Thomas Wade | Managing Director | 7/6/2021 | 0.6 | $765.00 | $459.00 | Internal Discussion w/ T. Coyne, J. Dodson, B. Angstadt, H. Alex on EIN preservation |
| Alex, Harrison | Associate | 7/7/2021 | 0.2 | $280.00 | $56.00 | Internal Discussion w/ B. Angstadt on historic items |
| Angstadt, Brian | Senior Manager | 7/7/2021 | 0.2 | $650.00 | $130.00 | Internal Discussion w/ H. Alex on historic items |
| Angstadt, Brian | Senior Manager | 7/7/2021 | 1.3 | $650.00 | $845.00 | Exit Structure Analysis - review tax returns, historic documents, etc. |
| Angstadt, Brian | Senior Manager | 7/8/2021 | 1 | $650.00 | $650.00 | Exit Structure Analysis - reviewing EIN analysis |
| Angstadt, Brian | Senior Manager | 7/9/2021 | 1 | $650.00 | $650.00 | Exit Structure Analysis - reviewing EIN analysis |
| McKnight, Thomas Wade | Managing Director | 7/9/2021 | 0.3 | $765.00 | $229.50 | Exit Structure Analysis - reviewing EIN analysis |
| Angstadt, Brian | Senior Manager | 7/23/2021 | 0.5 | $650.00 | $325.00 | Exit Structure Analysis - Review attorney question and follow up on Payroll taxes |
| Angstadt, Brian | Senior Manager | 7/27/2021 | 0.5 | $650.00 | $325.00 | Internal Discussion w/ K. Mong and A. Arazi on payroll taxes |
| Arazi, Albert | Senior Manager | 7/27/2021 | 0.5 | $650.00 | $325.00 | Internal Discussion w/ B. Angstadt and K. Mong on payroll taxes |
| Mong, Keith A. | Managing Director | 7/27/2021 | 0.5 | $765.00 | $382.50 | Internal Discussion w/ B. Angstadt and A. Arazi on payroll taxes |

| Employee Name | Title | Date of Service | Hours Billed | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Angstadt, Brian | Managing Director | 8/2/2021 | 0.5 | $765.00 | $382.50 | Exit Structure Analysis - external call w/ S Brecher, C Robertson, T Matlock, and L Altus (Davis Polk); L Kusinski, D Cabral, and Z Haseeb (Pharma); S Lemack and G Kock (Alix); and R Daniel, K Mong, and R Werth (Grant Thornton) regarding structure |
| Daniel, Russell | Partner | 8/2/2021 | 0.55 | $765.00 | $420.75 | Exit Structure Analysis - external call w/ S Brecher, C Robertson, T Matlock, and L Altus (Davis Polk); L Kusinski, D Cabral, and Z Haseeb (Pharma); S Lemack and G Kock (Alix); and B Angstdat, R Werth, and K Mong (Grant Thornton) regarding structure |
| Mong, Keith A. | Managing Director | 8/2/2021 | 0.5 | $765.00 | $382.50 | Exit Structure Analysis - external call w/ S Brecher, C Robertson, T Matlock, and L Altus (Davis Polk); L Kusinski, D Cabral, and Z Haseeb (Pharma); S Lemack and G Kock (Alix); and B Angstadt, R Daniel, and R Werth (Grant Thornton) regarding structure |
| Angstadt, Brian | Managing Director | 8/4/2021 | 1 | $765.00 | $765.00 | Exit Structure Analysis - EIN Restructuring - Follow up Email |
| Angstadt, Brian | Managing Director | 8/4/2021 | 0.5 | $765.00 | $382.50 | Exit Structure Analysis - Teleconference w/ R Aleali and K McCarthy (Company); T Matlock, L Altus, W Taylor, C Robertson, and S Page (Davis Polk); W McConaha (Skadden); and R Werth, J Dodson, and H Alex (Grant Thornton) regarding EIN |

| Employee Name | Title | Date of Service | Hours Billed | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Burkard, Arthur C | Managing Director | 8/4/2021 | 2 | $765.00 | $1,530.00 | Exit Structure Analysis - Corp Nexus filing issues |
| Werth, Raymond J | Partner | 8/4/2021 | 1 | $765.00 | $765.00 | Exit Structure Analysis - Teleconference w/ R Aleali and K McCarthy (Company); T Matlock, L Altus, W Taylor, C Robertson, and S Page (Davis Polk); W McConaha (Skadden); and R Werth, J Dodson, and H Alex (Grant Thornton) regarding EIN |
| Angstadt, Brian | Managing Director | 8/6/2021 | 0.2 | $765.00 | $153.00 | Exit Structure Analysis - Payroll Tax Question - sending follow up email |
| Angstadt, Brian | Managing Director | 8/18/2021 | 0.5 | $765.00 | $382.50 | Exit Structure Analysis - external call w/ L Altus and T Matlock (Davis Polk), and J Dodson and R Werth (Grant Thornton) related to PPI and Puerto Rico |
| Dodson, Jeffrey C | Manager | 8/18/2021 | 0.5 | $570.00 | $285.00 | Exit Structure Analysis - external call w/ L Altus and T Matlock (Davis Polk), and B Angstadt and R Werth (Grant Thornton) related to PPI and Puerto Rico |
| Werth, Raymond J | Partner | 8/18/2021 | 0.5 | $765.00 | $382.50 | Exit Structure Analysis - external call w/ L Altus and T Matlock (Davis Polk), and B Angstadt and J Dodson (Grant Thornton) related to PPI and Puerto Rico |
| Angstadt, Brian | Managing Director | 8/19/2021 | 0.5 | $765.00 | $382.50 | Exit Structure Analysis - internal discussion w/ T Coyne and J Dodson regarding Puerto Rico issue |
| Angstadt, Brian | Managing Director | 8/19/2021 | 2 | $765.00 | $1,530.00 | Exit Structure Analysis - Review Puerto Rican Returns |

| Employee Name | Title | Date of Service | Hours Billed | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Coyne, Thomas Peter | Senior Manager | 8/19/2021 | 1 | $650.00 | $650.00 | Exit Structure Analysis - internal discussion w/ B Angstadt and J Dodson regarding Puerto Rico issue |
| Dodson, Jeffrey C | Manager | 8/19/2021 | 0.5 | $570.00 | $285.00 | Exit Structure Analysis - internal discussion w/ B Angstadt and T Coyne regarding Puerto Rico issue |
| Sanchez, Sharrilyn | Director | 8/19/2021 | 1 | $650.00 | $650.00 | Exit Structure Analysis - analyze E&P for Puerto Rico |
| Sanchez, Sharrilyn | Director | 8/20/2021 | 2.5 | $650.00 | $1,625.00 | Exit Structure Analysis - analyze E&P for Puerto Rico |
| Angstadt, Brian | Managing Director | 8/24/2021 | 0.5 | $765.00 | $382.50 | Exit Structure Analysis - Follow Up on Puerto Rico E&P and Other Questions |
| Coyne, Thomas Peter | Senior Manager | 9/20/2021 | 0.5 | $650.00 | $325.00 | Exit Structuring Analysis - Teleconference w/ L Altus and T Matlock (Davis Polk) and B Angstadt and R Werth (Grant Thornton) related to Restructuring |
| Angstadt, Brian | Managing Director | 9/20/2021 | 0.5 | $765.00 | $382.50 | Exit Structuring Analysis - Teleconference w/ L Altus and T Matlock (Davis Polk) and T Coyne and R Werth (Grant Thornton) related to Restructuring |
| Werth, Raymond J | Partner | 9/20/2021 | 0.5 | $765.00 | $382.50 | Exit Structuring Analysis - Teleconference w/ L Altus and T Matlock (Davis Polk) and B Angstadt and T Coyne (Grant Thornton) related to Restructuring |
| Angstadt, Brian | Managing Director | 9/21/2021 | 0.5 | $765.00 | $382.50 | Exit Structuring Analysis - Puerto Rico Analysis |
| Angstadt, Brian | Managing Director | 9/21/2021 | 0.5 | $765.00 | $382.50 | Exit Structuring Analysis - Analyze transfer tax on restructuring |
| Angstadt, Brian | Managing Director | 9/28/2021 | 0.5 | $765.00 | $382.50 | Exit Structuring Analysis - Follow up emails on structuring |

| Employee Name | Title | Date of Service | Hours Billed | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Angstadt, Brian | Managing Director | 9/28/2021 | 0.5 | $765.00 | $382.50 | Exit Structuring Analysis - Follow up emails on structuring |
| VandenBrul, Andrew I | Managing Director | 9/29/2021 | 0.7 | $765.00 | $535.50 | Exit Structuring Analysis - Internal discussion with B Angstadt and J Wade on transfer tax in restructuring |
| Angstadt, Brian | Managing Director | 9/29/2021 | 0.5 | $765.00 | $382.50 | Exit Structuring Analysis - Analyze transfer tax on restructuring |
| Angstadt, Brian | Managing Director | 9/29/2021 | 0.5 | $765.00 | $382.50 | Exit Structuring Analysis - Internal discussion with A VandenBrul and J Wade on transfer tax in restructuring |
| Wade, Jason R. | Director | 9/29/2021 | 0.5 | $650.00 | $325.00 | Exit Structuring Analysis - Internal discussion with B Angstadt and A VandenBrul on transfer tax in restructuring |
| **TOTAL** | | | **48.55** | | **$31,737.25** | |

*__Tax Structuring Services:  Engagement Management__*

| Employee Name | Title | Date of Service | Hours Billed | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Angstadt, Brian | Senior Manager | 3/1/2021 | 2 | $650.00 | $1,300.00 | Preparation of employment application and disclosures |
| Angstadt, Brian | Senior Manager | 3/3/2021 | 0.2 | $650.00 | $130.00 | Update employment application for additional information |
| Angstadt, Brian | Senior Manager | 3/4/2021 | 0.2 | $650.00 | $130.00 | Update employment application for additional information and send draft to attorneys |
| Angstadt, Brian | Senior Manager | 3/10/2021 | 1 | $650.00 | $650.00 | Updated employment application for additional information |
| Angstadt, Brian | Senior Manager | 3/11/2021 | 0.5 | $650.00 | $325.00 | Updated employment application for additional information |
| Gillett, Julie Ann | Associate | 3/11/2021 | 3 | $280.00 | $840.00 | Preparation of creation of disclosure table for the court |
| Angstadt, Brian | Senior Manager | 3/12/2021 | 0.5 | $650.00 | $325.00 | Finalize employment application for review |
| Werth, Raymond J | Partner | 3/12/2021 | 0.5 | $765.00 | $382.50 | Reviewed and revised my declaration in support of Grant Thornton's employment application |
| Angstadt, Brian | Senior Manager | 3/30/2021 | 0.5 | $650.00 | $325.00 | Review final declaration prepared by attorneys |
| Angstadt, Brian | Senior Manager | 7/12/2021 | 3 | $650.00 | $1,950.00 | Engagement - Fee applications and billing - Analyzing time and preparing Exhibits |
| Angstadt, Brian | Senior Manager | 7/20/2021 | 1 | $650.00 | $650.00 | Engagement - Fee applications and billing - Analyzing time and preparing Exhibits |
| Angstadt, Brian | Senior Manager | 7/22/2021 | 0.5 | $650.00 | $325.00 | Engagement - Fee applications and billing - Analyzing time and preparing Exhibits |
| Angstadt, Brian | Managing Director | 9/22/2021 | 0.5 | $765.00 | $382.50 | Engagement - Fee applications and billing - Analyzing time and preparing Exhibits |

| | | | | | | |
|---|---|---|---|---|---|---|
| Angstadt, Brian | Managing Director | 9/27/2021 | 1 | $765.00 | $765.00 | Engagement - Fee applications and billing - Analyzing time and preparing Exhibits |
| Angstadt, Brian | Managing Director | 9/29/2021 | 0.5 | $765.00 | $382.50 | Engagement - Fee applications and billing - Analyzing time and preparing Exhibits |
| **TOTAL** | | | **14.9** | | **$8,862.50** | |

*Project Category: Valuation Services:  Fresh Start*

| Employee Name | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Sanders, Matthew | Manager | 9/15/2021 | 0.5 | $500.00 | $250.00 | Analyze Plan of Reorg and Disclosure Statement |
| Sanders, Matthew | Manager | 9/15/2021 | 1.6 | $500.00 | $800.00 | Prepare initial data request list |
| Kohnle, Ann-Katrin | Manager | 9/15/2021 | 0.8 | $500.00 | $400.00 | Internal discussion regarding preliminary valuation scope in preparation for client meetings with S. Cho, M. Sanders, and K. Scheltens |
| Sanders, Matthew | Manager | 9/15/2021 | 0.8 | $500.00 | $400.00 | Internal discussion regarding preliminary valuation scope in preparation for client meetings with S. Cho, K Scheltens, and A. Kohnle |
| Scheltens, Kelly | Senior Manager | 9/15/2021 | 0.8 | $590.00 | $472.00 | Internal discussion regarding preliminary valuation scope in preparation for client meetings with S. Cho, M. Sanders, and A. Kohnle |
| Scheltens, Kelly | Senior Manager | 9/15/2021 | 0.3 | $590.00 | $177.00 | Analyzed Plan of Reorg and Disclosure Statement |
| Sanders, Matthew | Manager | 9/16/2021 | 1.7 | $500.00 | $850.00 | Prepare initial data request list |
| Kohnle, Ann-Katrin | Manager | 9/20/2021 | 0.4 | $500.00 | $200.00 | Evaluated valuation analysis within Plan of Reorg and Disclosure Statement |
| Sanders, Matthew | Manager | 9/20/2021 | 2.4 | $500.00 | $1,200.00 | Prepare summary scoping and methodology document |
| Sanders, Matthew | Manager | 9/20/2021 | 0.7 | $500.00 | $350.00 | Discussion regarding engagement staffing and project management K. Scheltens and A. Kohnle |
| Scheltens, Kelly | Senior Manager | 9/20/2021 | 0.5 | $590.00 | $295.00 | Discussion with A. Kohnle and M. Sanders on project scope |
| Sanders, Matthew | Manager | 9/21/2021 | 2.8 | $500.00 | $1,400.00 | Read through plan of reorganization and valuation documents |

| Employee Name | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Kohnle, Ann-Katrin | Manager | 9/21/2021 | 0.9 | $500.00 | $450.00 | Discussion with M. Sanders, A. Miller, B. Kolbus to discuss delineation of analysis and next steps |
| Kolbus, Brianna | Senior Associate | 9/21/2021 | 0.9 | $400.00 | $360.00 | Discussion with A. Kohnle, M. Sanders, A. Miller to discuss delineation of analysis and next steps |
| Miller, Allison | Senior Associate | 9/21/2021 | 1.9 | $400.00 | $760.00 | Analyzed client provided data and updated data request list to reflect remaining outstanding items |
| Miller, Allison | Senior Associate | 9/21/2021 | 0.9 | $400.00 | $360.00 | Discussion with A. Kohnle, M. Sanders, B. Kolbus to discuss delineation of analysis and next steps |
| Sanders, Matthew | Manager | 9/21/2021 | 1.1 | $500.00 | $550.00 | Prepare scoping slides and materials for client kick off meetings |
| Sanders, Matthew | Manager | 9/21/2021 | 0.9 | $500.00 | $450.00 | Discussion with A. Kohnle, A. Miller, and B. Kolbus to discuss delineation of analysis and next steps |
| Scheltens, Kelly | Senior Manager | 9/21/2021 | 0.6 | $590.00 | $354.00 | Preparation of material for client meeting |
| Ogrodny, Jozef | Director | 9/22/2021 | 0.5 | $590.00 | $295.00 | Real Property research on Wilson, NC facility |
| Arnett, Allen | Managing Director | 9/23/2021 | 1.1 | $720.00 | $792.00 | Meeting with J. Lowne and E. Nowakowski to review overall project scope and overview of legal entities |
| Arnett, Allen | Managing Director | 9/23/2021 | 0.8 | $720.00 | $576.00 | Meeting with J. Lowne and E. Nowakowski to review the PPLP and Transdermal legal entities and identify assets in scope |
| Arnett, Allen | Managing Director | 9/23/2021 | 0.8 | $720.00 | $576.00 | Meeting with J. Lowne, E. Nowakowski and J. Tran to review the Avrio legal entity and identify assets in scope |

| Employee Name | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Arnett, Allen | Managing Director | 9/23/2021 | 0.7 | $720.00 | $504.00 | Meeting with J. Lowne, E. Nowakowski, D. Fogel and J. Carlisle to review the North Carolina manufacturing facility and identify assets in scope |
| Arnett, Allen | Managing Director | 9/23/2021 | 0.9 | $720.00 | $648.00 | Meeting with J. Lowne, E. Nowakowski, D. Fogel and R. Haberlin to review the Rhodes legal entity and identify assets in scope |
| Cho, Sylvia | Principal | 9/23/2021 | 0.9 | $720.00 | $648.00 | Analyzed Plan of Reorg and Disclosure Statement related to valuation ranges and developed observations related to potential assets within valuation scope, legal entity breakdowns, and key business drivers |
| Cho, Sylvia | Principal | 9/23/2021 | 1.1 | $720.00 | $792.00 | Meeting with J. Lowne and E. Nowakowski to review overall project scope, overview of legal entities, and discuss business operations and timing |
| Cho, Sylvia | Principal | 9/23/2021 | 0.8 | $720.00 | $576.00 | Meeting with J. Lowne and E. Nowakowski to review the PPLP and Transdermal legal entities, identify assets in scope and discuss underlying business drivers and forecasts |
| Cho, Sylvia | Principal | 9/23/2021 | 0.8 | $720.00 | $576.00 | Meeting with J. Lowne, E. Nowakowski and J. Tran to review the Avrio legal entity, identify assets in scope and discuss underlying business drivers and forecasts |

| Employee Name | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Cho, Sylvia | Principal | 9/23/2021 | 0.7 | $720.00 | $504.00 | Meeting with J. Lowne, E. Nowakowski, D. Fogel and J. Carlisle to review the North Carolina manufacturing facility, identify assets in scope and discuss underlying business drivers and forecasts |
| Cho, Sylvia | Principal | 9/23/2021 | 0.9 | $720.00 | $648.00 | Meeting with J. Lowne, E. Nowakowski, D. Fogel and R. Haberlin to review the Rhodes legal entity, identify assets in scope and discuss underlying business drivers and forecasts |
| Dorshow, Ryland | Senior Associate | 9/23/2021 | 1.1 | $400.00 | $440.00 | Meeting with J. Lowne and E. Nowakowski to review overall project scope, overview of legal entities, and discuss business operations and timing |
| Dorshow, Ryland | Senior Associate | 9/23/2021 | 0.9 | $400.00 | $360.00 | Meeting with J. Lowne, E. Nowakowski, D. Fogel and R. Haberlin to review the Rhodes legal entity, identify assets in scope and discuss underlying business drivers and forecasts |
| Dorshow, Ryland | Senior Associate | 9/23/2021 | 0.7 | $400.00 | $280.00 | Meeting with J. Lowne, E. Nowakowski, D. Fogel and J. Carlisle to review the North Carolina manufacturing facility, identify assets in scope and discuss underlying business drivers and forecasts |
| Dorshow, Ryland | Senior Associate | 9/23/2021 | 0.8 | $400.00 | $320.00 | Meeting with J. Lowne and E. Nowakowski to review the PPLP and Transdermal legal entities, identify assets in scope and discuss underlying business drivers and forecasts |

| Employee Name | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Gilmore, John | Director | 9/23/2021 | 0.9 | $590.00 | $531.00 | Meeting with J. Lowne, E. Nowakowski, D. Fogel and R. Haberlin to review the Rhodes legal entity and identify assets in scope |
| Gilmore, John | Director | 9/23/2021 | 1.1 | $590.00 | $649.00 | Meeting with J. Lowne and E. Nowakowski to review overall project scope and overview of legal entities. |
| Kohnle, Ann-Katrin | Manager | 9/23/2021 | 2.1 | $500.00 | $1,050.00 | Analyzed client data provided to understand the underlying business forecasts and products/assets in preparation for client meetings |
| Kohnle, Ann-Katrin | Manager | 9/23/2021 | 1.1 | $500.00 | $550.00 | Meeting with J. Lowne and E. Nowakowski to review overall project scope, overview of legal entities, and discuss business operations and timing |
| Kohnle, Ann-Katrin | Manager | 9/23/2021 | 0.9 | $500.00 | $450.00 | Meeting with J. Lowne, E. Nowakowski, D. Fogel and R. Haberlin to review the Rhodes legal entity, identify assets in scope and discuss underlying business drivers and forecasts |
| Kohnle, Ann-Katrin | Manager | 9/23/2021 | 0.7 | $500.00 | $350.00 | Meeting with J. Lowne, E. Nowakowski, D. Fogel and J. Carlisle to review the North Carolina manufacturing facility, identify assets in scope and discuss underlying business drivers and forecasts |
| Kohnle, Ann-Katrin | Manager | 9/23/2021 | 0.8 | $500.00 | $400.00 | Meeting with J. Lowne and E. Nowakowski to review the PPLP and Transdermal legal entities, identify assets in scope and discuss underlying business drivers and forecasts |

| Employee Name | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Kohnle, Ann-Katrin | Manager | 9/23/2021 | 0.8 | $500.00 | $400.00 | Meeting with J. Lowne, E. Nowakowski and J. Tran to review the Avrio legal entity, identify assets in scope and discuss underlying business drivers and forecasts |
| Kolbus, Brianna | Senior Associate | 9/23/2021 | 1.1 | $400.00 | $440.00 | Meeting with J. Lowne and E. Nowakowski to review overall project scope and overview of legal entities. |
| Kolbus, Brianna | Senior Associate | 9/23/2021 | 0.8 | $400.00 | $320.00 | Meeting with J. Lowne and E. Nowakowski to review the PPLP and Transdermal legal entities and identify assets in scope. |
| Kolbus, Brianna | Senior Associate | 9/23/2021 | 0.9 | $400.00 | $360.00 | Meeting with J. Lowne, E. Nowakowski, D. Fogel and R. Haberlin to review the Rhodes legal entity and identify assets in |
| Kolbus, Brianna | Senior Associate | 9/23/2021 | 0.8 | $400.00 | $320.00 | Meetings with J. Lowne, E. Nowakowski and J. Tran to review the Avrio legal entity and identify assets in scope. |
| Kolbus, Brianna | Senior Associate | 9/23/2021 | 0.7 | $400.00 | $280.00 | Meetings with J. Lowne, E. Nowakowski, D. Fogel and J. Carlisle to review the North Carolina manufacturing facility and |
| Magdziarz, Michael | Manager | 9/23/2021 | 1.1 | $500.00 | $550.00 | Meeting with J. Lowne and E. Nowakowski to review overall project scope and overview of legal entities. |
| Magdziarz, Michael | Manager | 9/23/2021 | 0.8 | $500.00 | $400.00 | Meeting with J. Lowne and E. Nowakowski to review the PPLP and Transdermal legal entities and identify assets in scope. |
| Magdziarz, Michael | Manager | 9/23/2021 | 0.9 | $500.00 | $450.00 | Meeting with J. Lowne, E. Nowakowski, D. Fogel and R. Haberlin to review the Rhodes legal entity and identify assets in |

| Employee Name | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Magdziarz, Michael | Manager | 9/23/2021 | 0.8 | $500.00 | $400.00 | Meetings with J. Lowne, E. Nowakowski and J. Tran to review the Avrio legal entity and identify assets in scope. |
| Magdziarz, Michael | Manager | 9/23/2021 | 0.7 | $500.00 | $350.00 | Meetings with J. Lowne, E. Nowakowski, D. Fogel and J. Carlisle to review the North Carolina manufacturing facility and |
| Miller, Allison | Senior Associate | 9/23/2021 | 1.7 | $400.00 | $680.00 | Reviewed client provided data and updated data request list |
| Miller, Allison | Senior Associate | 9/23/2021 | 1.1 | $400.00 | $440.00 | Meeting with J. Lowne and E. Nowakowski to review overall project scope and overview of legal entities |
| Miller, Allison | Senior Associate | 9/23/2021 | 0.8 | $400.00 | $320.00 | Meeting with J. Lowne and E. Nowakowski to review the PPLP and Transdermal legal entities and identify assets in scope |
| Miller, Allison | Senior Associate | 9/23/2021 | 0.8 | $400.00 | $320.00 | Meeting with J. Lowne, E. Nowakowski and J. Tran to review the Avrio legal entity and identify assets in scope |
| Miller, Allison | Senior Associate | 9/23/2021 | 0.7 | $400.00 | $280.00 | Meeting with J. Lowne, E. Nowakowski, D. Fogel and J. Carlisle to review the North Carolina manufacturing facility and identify assets in scope |
| Miller, Allison | Senior Associate | 9/23/2021 | 0.9 | $400.00 | $360.00 | Meeting with J. Lowne, E. Nowakowski, D. Fogel and R. Haberlin to review the Rhodes legal entity and identify assets in scope |
| Ogrodny, Jozef | Director | 9/23/2021 | 2.8 | $590.00 | $1,652.00 | Kick-off Meeting with Management (joined via video/teleconference) |
| Sanders, Matthew | Manager | 9/23/2021 | 0.8 | $500.00 | $400.00 | Meeting with J. Lowne, E. Nowakowski and J. Tran to review the Avrio legal entity and identify assets in scope. |

| Employee Name | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Sanders, Matthew | Manager | 9/23/2021 | 0.7 | $500.00 | $350.00 | Meeting with J. Lowne, E. Nowakowski, D. Fogel and J. Carlisle to review the North Carolina manufacturing facility and identify assets in scope |
| Sanders, Matthew | Manager | 9/23/2021 | 0.9 | $500.00 | $450.00 | Meeting with J. Lowne, E. Nowakowski, D. Fogel and R. Haberlin to review the Rhodes legal entity and identify assets in scope |
| Sanders, Matthew | Manager | 9/23/2021 | 1.1 | $500.00 | $550.00 | Meeting with J. Lowne and E. Nowakowski to review overall project scope and overview of legal entities |
| Sanders, Matthew | Manager | 9/23/2021 | 0.8 | $500.00 | $400.00 | Meeting with J. Lowne and E. Nowakowski to review the PPLP and Transdermal legal entities and identify assets in scope |
| Scheltens, Kelly | Senior Manager | 9/23/2021 | 1.1 | $590.00 | $649.00 | Review of client documents in preparation for client meetings. |
| Scheltens, Kelly | Senior Manager | 9/23/2021 | 1.1 | $590.00 | $649.00 | Meeting with J. Lowne and E. Nowakowski to review overall project scope and overview of legal entities. |
| Scheltens, Kelly | Senior Manager | 9/23/2021 | 0.8 | $590.00 | $472.00 | Meeting with J. Lowne and E. Nowakowski to review the PPLP and Transdermal legal entities and identify assets in scope. |
| Scheltens, Kelly | Senior Manager | 9/23/2021 | 0.8 | $590.00 | $472.00 | Meeting with J. Lowne, E. Nowakowski and J. Tran to review the Avrio legal entity and identify assets in scope |
| Scheltens, Kelly | Senior Manager | 9/23/2021 | 0.7 | $590.00 | $413.00 | Meeting with J. Lowne, E. Nowakowski, D. Fogel and J. Carlisle to review the North Carolina manufacturing facility and identify assets in scope |

| Employee Name | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Scheltens, Kelly | Senior Manager | 9/23/2021 | 0.9 | $590.00 | $531.00 | Meeting with J. Lowne, E. Nowakowski, D. Fogel and R. Haberlin to review the Rhodes legal entity and identify assets in scope |
| Arnett, Allen | Managing Director | 9/24/2021 | 0.3 | $720.00 | $216.00 | Meeting with J. Lowne and E. Nowakowski to review data received to date and identify outstanding data items. |
| Arnett, Allen | Managing Director | 9/24/2021 | 0.5 | $720.00 | $360.00 | Meeting with J. Lowne, E. Nowakowski and E. Ruiz to review investment assets and identify assets in scope |
| Arnett, Allen | Managing Director | 9/24/2021 | 0.8 | $720.00 | $576.00 | Meeting with J. Lowne, E. Nowakowski, T. Au and E. Ruiz to review pipeline assets and identify assets in scope |
| Arnett, Allen | Managing Director | 9/24/2021 | 0.3 | $720.00 | $216.00 | Internal discussion with S. Cho, K. Scheltens and M. Magdziarz to discuss takeaways from client meeting. |
| Cho, Sylvia | Principal | 9/24/2021 | 0.3 | $720.00 | $216.00 | Meeting with J. Lowne and E. Nowakowski to review data received to date, identify outstanding data items, and determine next steps |
| Cho, Sylvia | Principal | 9/24/2021 | 0.5 | $720.00 | $360.00 | Meeting with J. Lowne, E. Nowakowski and E. Ruiz to review equity investment assets and identify assets in scope |
| Cho, Sylvia | Principal | 9/24/2021 | 0.8 | $720.00 | $576.00 | Meeting with J. Lowne, E. Nowakowski, T. Au and E. Ruiz to review pipeline assets, identify assets in scope and discuss underlying business |

| Employee Name | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Dorshow, Ryland | Senior Associate | 9/24/2021 | 0.8 | $400.00 | $320.00 | Meeting with J. Lowne, E. Nowakowski and J. Tran to review the Avrio legal entity, identify assets in scope and discuss underlying business drivers and forecasts |
| Dorshow, Ryland | Senior Associate | 9/24/2021 | 0.5 | $400.00 | $200.00 | Meeting with J. Lowne, E. Nowakowski and E. Ruiz to review equity investment assets and identify assets in scope |
| Gruenes, Matthew | Senior Associate | 9/24/2021 | 2.9 | $400.00 | $1,160.00 | Reviewed client documents and triaged for information related to real estate analysis to determine additional outstanding data |
| Kohnle, Ann-Katrin | Manager | 9/24/2021 | 0.8 | $500.00 | $400.00 | Meeting with J. Lowne, E. Nowakowski, T. Au and E. Ruiz to review pipeline assets, identify assets in scope and discuss underlying business |
| Kohnle, Ann-Katrin | Manager | 9/24/2021 | 0.5 | $500.00 | $250.00 | Meeting with J. Lowne, E. Nowakowski and E. Ruiz to review equity investment assets and identify assets in scope |
| Kohnle, Ann-Katrin | Manager | 9/24/2021 | 0.3 | $500.00 | $150.00 | Meeting with J. Lowne and E. Nowakowski to review data received to date, identify outstanding data items, and determine next steps |
| Magdziarz, Michael | Manager | 9/24/2021 | 0.8 | $500.00 | $400.00 | Meeting with J. Lowne, E. Nowakowski, T. Au and E. Ruiz to review pipeline assets, identify assets in scope and discuss underlying business |
| Magdziarz, Michael | Manager | 9/24/2021 | 0.5 | $500.00 | $250.00 | Meeting with J. Lowne, E. Nowakowski and E. Ruiz to review equity investment |

| Employee Name | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| | | | | | | assets and identify assets in scope |
| Magdziarz, Michael | Manager | 9/24/2021 | 0.3 | $500.00 | $150.00 | Meeting with J. Lowne and E. Nowakowski to review data received to date, identify outstanding data items, and determine next steps |
| Miller, Allison | Senior Associate | 9/24/2021 | 1.3 | $400.00 | $520.00 | Reviewed client provided data and updated data request list |
| Miller, Allison | Senior Associate | 9/24/2021 | 0.3 | $400.00 | $120.00 | Meeting with J. Lowne and E. Nowakowski to review data received to date and identify outstanding data items |
| Miller, Allison | Senior Associate | 9/24/2021 | 0.5 | $400.00 | $200.00 | Meeting with J. Lowne, E. Nowakowski and E. Ruiz to review investment assets and identify assets in scope |
| Miller, Allison | Senior Associate | 9/24/2021 | 0.8 | $400.00 | $320.00 | Meeting with J. Lowne, E. Nowakowski, T. Au and E. Ruiz to review pipeline assets and identify assets in scope |
| Ogrodny, Jozef | Director | 9/24/2021 | 0.5 | $590.00 | $295.00 | Real Estate - Review documents posted to SharePoint, discuss follow-up items with real estate team |
| Sanders, Matthew | Manager | 9/24/2021 | 0.3 | $500.00 | $150.00 | Meeting with J. Lowne and E. Nowakowski to review data received to date and identify outstanding data items |
| Sanders, Matthew | Manager | 9/24/2021 | 0.5 | $500.00 | $250.00 | Meeting with J. Lowne, E. Nowakowski and E. Ruiz to review investment assets and identify assets in scope. |
| Sanders, Matthew | Manager | 9/24/2021 | 0.8 | $500.00 | $400.00 | Meeting with J. Lowne, E. Nowakowski, T. Au and E. Ruiz to review pipeline assets and identify assets in scope |

| Employee Name | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Scheltens, Kelly | Senior Manager | 9/24/2021 | 0.3 | $590.00 | $177.00 | Meeting with J. Lowne and E. Nowakowski to review data received to date and identify outstanding data items |
| Scheltens, Kelly | Senior Manager | 9/24/2021 | 0.5 | $590.00 | $295.00 | Meeting with J. Lowne, E. Nowakowski and E. Ruiz to review investment assets and identify assets in scope. |
| Scheltens, Kelly | Senior Manager | 9/24/2021 | 0.8 | $590.00 | $472.00 | Meeting with J. Lowne, E. Nowakowski, T. Au and E. Ruiz to review pipeline assets and identify assets in scope. |
| Scheltens, Kelly | Senior Manager | 9/24/2021 | 0.3 | $590.00 | $177.00 | Internal discussion with S. Cho, A. Arnett and M. Magdziarz to discuss takeaways from client meeting. |
| Gilmore, John | Director | 9/26/2021 | 0.7 | $590.00 | $413.00 | Meeting with J. Lowne, E. Nowakowski, D. Fogel and J. Carlisle to review the North Carolina manufacturing facility and identify assets in scope |
| Magdziarz, Michael | Manager | 9/27/2021 | 0.9 | $500.00 | $450.00 | Discussion regarding the scope of the analysis with K. Scheltens |
| Scheltens, Kelly | Senior Manager | 9/27/2021 | 0.9 | $590.00 | $531.00 | Meeting with M. Magdziarz to discuss valuation scope for auditor meeting |
| Magdziarz, Michael | Manager | 9/28/2021 | 0.6 | $500.00 | $300.00 | Edits of the scoping document |
| Ogrodny, Jozef | Director | 9/28/2021 | 0.8 | $590.00 | $472.00 | Reviewed real estate lease documents uploaded to SharePoint, and provided summary of leases to Mike Magdziarz |
| Triana Mayorga, Juan | Associate | 9/28/2021 | 0.9 | $270.00 | $243.00 | Branded Products model set-up |
| Kohnle, Ann-Katrin | Manager | 9/29/2021 | 0.5 | $500.00 | $250.00 | Discussion regarding revised scope of work with |

| Employee Name | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| | | | | | | K. Scheltens and M. Sanders |
| Kolbus, Brianna | Senior Associate | 9/29/2021 | 0.45 | $400.00 | $180.00 | Discussion regarding tradenames with J. Triana Mayorga |
| Sanders, Matthew | Manager | 9/29/2021 | 0.7 | $500.00 | $350.00 | Analyze Avrio forecast and customer data in preparation for client call |
| Sanders, Matthew | Manager | 9/29/2021 | 0.5 | $500.00 | $250.00 | Discussion regarding revised scope of work with K. Scheltens and A. Kohnle |
| Scheltens, Kelly | Senior Manager | 9/29/2021 | 0.5 | $590.00 | $295.00 | Discussion with M Sanders and A Kohnle on next steps |
| Triana Mayorga, Juan | Associate | 9/29/2021 | 0.9 | $270.00 | $243.00 | Branded Products model set-up |
| Triana Mayorga, Juan | Associate | 9/29/2021 | 0.45 | $270.00 | $121.50 | Discussion regarding tradenames with B. Kolbus |
| Cho, Sylvia | Principal | 9/30/2021 | 0.3 | $720.00 | $216.00 | Internal discussion with A. Arnett, K. Scheltens and M. Magdziarz to discuss takeaways from client meeting. |
| Cho, Sylvia | Principal | 9/30/2021 | 0.9 | $720.00 | $648.00 | Discussed the composition of the reorg value and considerations related to the pipeline segment with A. Arnett, K. Scheltens, A. Kohnle, M. Magdziarz |
| Cho, Sylvia | Principal | 9/30/2021 | 0.8 | $720.00 | $576.00 | Analyzed the valuation scope and methodology deck and reviewed the additional investments and licensing agreements |
| Kohnle, Ann-Katrin | Manager | 9/30/2021 | 0.9 | $500.00 | $450.00 | Discussed the reorg value with S. Cho, A. Arnett, K. Scheltens, M. Magdziarz |
| Magdziarz, Michael | Manager | 9/30/2021 | 0.3 | $500.00 | $150.00 | Edits of the scoping document |
| Magdziarz, Michael | Manager | 9/30/2021 | 0.25 | $500.00 | $125.00 | Edits of the scoping document based on Client's comments |

| Employee Name | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Magdziarz, Michael | Manager | 9/30/2021 | 0.9 | $500.00 | $450.00 | Reorg Value discussion with S. Cho, A. Arnett, K. Scheltens, and A. Kohnle |
| Sanders, Matthew | Manager | 9/30/2021 | 1.9 | $500.00 | $950.00 | Prepare revised scoping and methodology deck |
| Scheltens, Kelly | Senior Manager | 9/30/2021 | 1.7 | $590.00 | $1,003.00 | Preparation of discussion document for call with auditors |
| Scheltens, Kelly | Senior Manager | 9/30/2021 | 0.9 | $590.00 | $531.00 | Discussed the reorg value determination with S. Cho, A. Arnett, A. Kohnle, M. Magdziarz |
| **TOTAL** | | | **104.95** | | **$54,624.50** | |

*Valuation Services: Tax*

| Employee Name | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Arnett, Allen | Managing Director | 9/22/2021 | 0.6 | $720.00 | $432.00 | Review Board member briefing book |
| Arnett, Allen | Managing Director | 9/22/2021 | 0.8 | $720.00 | $576.00 | Review valuation analysis within Plan of Reorg and Disclosure Statement |
| Arnett, Allen | Managing Director | 9/30/2021 | 0.9 | $720.00 | $648.00 | Reorg Value discussion with S. Cho, K. Scheltens, M. Sanders, M. Magdziarz, A. Kohnle |
| Magdziarz, Michael | Manager | 9/23/2021 | 2.8 | $500.00 | $1,400.00 | Preparation for the meetings with the client on 9/23 and 9/24. |
| **TOTAL** | | | **5.1** | | **$3,056.00** | |

### *Employee Tax Services:  Payroll Tax Support (Hourly Fees)*

| Employee Name | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Bellovin, Hal | Managing Director | 9/1/2021 | 2 | $765.00 | $1,530.00 | External call with D Cabral, L Kusinski, S Lemack and Ceridian team |
| Bellovin, Hal | Managing Director | 9/2/2021 | 2 | $765.00 | $1,530.00 | External call with D Cabral, L Kusinski, S Lemack to review payroll tax registration forms, successorship memo and payroll matrix |
| Caiazzo, Mary Frances | Senior Associate | 9/3/2021 | 1.75 | $460.00 | $805.00 | Initial review of PPLP payroll information |
| Bellovin, Hal | Managing Director | 9/6/2021 | 2 | $765.00 | $1,530.00 | Detailed review of payroll tax information provided |
| Bellovin, Hal | Managing Director | 9/7/2021 | 2 | $765.00 | $1,530.00 | External call with D Cabral, L Kusinski, S Lemack to review payroll tax registration forms, successorship memo and payroll matrix |
| Bellovin, Hal | Managing Director | 9/8/2021 | 1 | $765.00 | $765.00 | External call with D Cabral, L Kusinski, S Lemack and Ceridian team |
| Bellovin, Hal | Managing Director | 9/13/2021 | 2 | $765.00 | $1,530.00 | Analysis of registration form matrix and review with Purdue payroll team. |
| Bellovin, Hal | Managing Director | 9/14/2021 | 1.75 | $765.00 | $1,338.75 | External call with D Cabral, L Kusinski, S Lemack and Ceridian team |
| Caiazzo, Mary Frances | Senior Associate | 9/15/2021 | 0.75 | $460.00 | $345.00 | Kickoff meeting with GT team to review workplan for PPLP transaction |
| Caiazzo, Mary Frances | Senior Associate | 9/16/2021 | 1 | $460.00 | $460.00 | Preparation of payroll tax registration questionnaire to be provided to Dee and Lynn |
| Bellovin, Hal | Managing Director | 9/17/2021 | 2 | $765.00 | $1,530.00 | External call with D Cabral, L Kusinski, S Lemack to review payroll tax registration forms, successorship memo and payroll matrix |

| Employee Name | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Caiazzo, Mary Frances | Senior Associate | 9/17/2021 | 1.5 | $460.00 | $690.00 | External call with D Cabral, L Kusinski, S Lemack to review payroll tax registration forms, successorship memo and payroll matrix |
| Bellovin, Hal | Managing Director | 9/20/2021 | 2 | $765.00 | $1,530.00 | External call with D Cabral, L Kusinski, S Lemack and Ceridian team |
| Cianciotta, Joseph J. | Senior Associate | 9/20/2021 | 1.5 | $460.00 | $690.00 | Review of quarterly returns provided by D Cabral |
| Cianciotta, Joseph J. | Senior Associate | 9/21/2021 | 1.5 | $460.00 | $690.00 | Review of quarterly returns provided by D Cabral |
| Bellovin, Hal | Managing Director | 9/22/2021 | 2.5 | $765.00 | $1,912.50 | External call with D Cabral, L Kusinski, S Lemack and Ceridian team. Analysis of current employees for potential compliance obligations. |
| Caiazzo, Mary Frances | Senior Associate | 9/22/2021 | 0.5 | $460.00 | $230.00 | Internal discussion regarding payroll tax registration forms, successorship memo and payroll matrix |
| Cianciotta, Joseph J. | Senior Associate | 9/23/2021 | 0.5 | $460.00 | $230.00 | External call with D Cabral, L Kusinski, S Lemack to review payroll tax registration forms, successorship memo and payroll matrix |
| Caiazzo, Mary Frances | Senior Associate | 9/23/2021 | 0.75 | $460.00 | $345.00 | External call with D Cabral, L Kusinski, S Lemack to review payroll tax registration forms, successorship memo and payroll matrix |
| Bellovin, Hal | Managing Director | 9/23/2021 | 1 | $765.00 | $765.00 | External call with D Cabral, L Kusinski, S Lemack to review payroll tax registration forms, successorship memo and payroll matrix |

| Employee Name | Title | Date of Service | Hours Charged | Hourly Rate | Total Compensation | Detailed Narrative |
|---|---|---|---|---|---|---|
| Caiazzo, Mary Frances | Senior Associate | 9/24/2021 | 0.5 | $460.00 | $230.00 | Internal discussion regarding payroll tax registration forms, successorship memo and payroll matrix |
| Cianciotta, Joseph J. | Senior Associate | 9/24/2021 | 1.5 | $460.00 | $690.00 | Internal discussion regarding payroll tax registration forms, successorship memo and payroll matrix |
| Cianciotta, Joseph J. | Senior Associate | 9/30/2021 | 3.5 | $460.00 | $1,610.00 | Preparation of Return Analysis File and external call with D Cabral, L Kusinski, S Lemack to review payroll tax registration forms, successorship memo and payroll matrix |
| Arazi, Albert | Senior Manager | 9/30/2021 | 0.5 | $650.00 | $325.00 | External call with D Cabral, L Kusinski, S Lemack to review payroll tax registration forms, successorship memo and payroll matrix |
| Caiazzo, Mary Frances | Senior Associate | 9/30/2021 | 0.5 | $460.00 | $230.00 | External call with D Cabral, L Kusinski, S Lemack to review payroll tax registration forms, successorship memo and payroll matrix |
| TOTAL | | | 36.5 | | $23,061.25 | |

***Employee Tax Services:  Preparation of Matrix and Successorship Memos (Fixed Fee)***

| Project Deliverable | Content | % of Completion | Cost per Jurisdiction | Total Cost | Current Amount Due |
|---|---|---|---|---|---|
| Payroll tax matrix | 50 states plus District of Columbia | 50% | $325.00 | $16,575.00 | $8,287.50 |
| Successorship memo | Federal guidance | 100% | $2,500.00 | $2,500.00 | $2,500.00 |
| Successorship memo | State guidance | 50% | $1,000.00 | $51,000.00 | $25,500.00 |
| | | | | **TOTAL** | **$36,287.50** |