## EXHIBIT G

## SUMMARY OF OUT OF POCKET EXPENSES AND SUPPORTING INVOICES

| CATEGORY | AMOUNT |
|---|---|
| Airfare | $1,020.13* |
| Auto Rental | $456.21 |
| Hotel | $1,869.71 |
| Meals | $130.34 |
| Taxis | $194.60 |
| External Legal Counsel (See Attached Supporting Invoices) | $31,032.50 |
| **TOTAL** | **$34,703.49** |

*This amount includes a voluntary reduction of $361.55.

# SKLAR KIRSH

Sklar Kirsh, LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 845-6416 MAIN
accounting@sklarkirsh.com
Tax I.D. 37-1711630

Grant Thornton, LLP
Attn: Chris Stathopoulos
171 N. Clark Street, Suite 200
Chicago, IL  60601
chris.stathopoulos@us.gt.com; Liz.Piechnik@us.gt.com

February 22, 2021

Invoice #39629

Due Upon Receipt

For Professional Services Rendered Through January 31, 2021

## Matter: Purdue Pharma - Legal Services

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/21/2021 | KKF | Reviewed and responded to emails from J. Anderson re: employment in Purdue Pharma for new statement of work engagement and drafted proposed language for inclusion in same re: bankruptcy court employment procedures. | 0.50 | $575.00 | $287.50 |
| 01/27/2021 | KKF | Reviewed email from J. Andersen and drafted email to Purdue Pharma in-house counsel re: employment process. | 0.20 | $575.00 | $115.00 |
| 01/29/2021 | ISL | Review and address issues relating to employment. | 0.40 | $675.00 | $270.00 |
|  | KKF | Telephone conference with C. Robertson re: employment issues (0.2).  Telephone conference with R. Daniels re: same (0.2). Reviewed and responded to emails from C. Robertson and R. Daniels re: same (0.4). | 0.80 | $575.00 | $460.00 |
| 01/30/2021 | KKF | Reviewed and responded to email from C. Robertson re: materials for employment application, and draft email to R. Daniels re: same. | 0.20 | $575.00 | $115.00 |
| 01/31/2021 | KKF | Reviewed materials sent by Davis Polk re: employment applications and research same.  Revised SOW for Grant Thornton review. | 1.40 | $575.00 | $805.00 |

|  |  |  |
|---|---|---|
| For professional services rendered | 3.5 hrs | $2,052.50 |
| SUBTOTAL |  | $2,052.50 |
| Total amount of this bill |  | $2,052.50 |

Summary of Out of Pocket Expenses and Supporting Invoices    Exhibit C

Grant Thornton LLP
February 22, 2021
Invoice # 39629

## Timekeeper Summary

| Name | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Ian S. Landsberg | ISL | Partner | 0.40 | $675.00 | $270.00 |
| Kelly K. Frazier | KKF | Of Counsel | 3.10 | $575.00 | $1,782.50 |

It is a pleasure working with you. We appreciate your business.

# SKLAR KIRSH

Sklar Kirsh, LLP  
1880 Century Park East, Suite 300  
Los Angeles, CA 90067  
(310) 845-6416 MAIN  
accounting@sklarkirsh.com  
Tax I.D. 37-1711630

Grant Thornton, LLP  
Attn: Chris Stathopoulos  
171 N. Clark Street, Suite 200  
Chicago, IL  60601  
chris.stathopoulos@us.gt.com; Liz.Piechnik@us.gt.com

March 11, 2021

Invoice #40293

Due Upon Receipt

For Professional Services Rendered Through February 28, 2021

Matter: Purdue Pharma - Legal Services

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/09/2021 | KKF | Researched and drafted employment application. | 1.70 | $575.00 | $977.50 |
| 02/10/2021 | KKF | Finalized draft of employment application and drafted declarations and exhibits accompanying motion (4.8); Drafted email to Grant Thornton team re: deadlines and open issues to finalize employment application (.6). | 5.40 | $575.00 | $3,105.00 |
| 02/23/2021 | KKF | Drafted emails to Grant Thornton team and counsel for Purdue Pharma re: status of employment application. | 0.20 | $575.00 | $115.00 |
| 02/28/2021 | KKF | Reviewed and responded to email from R. Werth re: additional employment by Purdue Pharma for state registrations. | 0.10 | $575.00 | $57.50 |
| | | For professional services rendered | 7.4 hrs | | $4,255.00 |
| SUBTOTAL | | | | | $4,255.00 |
| | Total amount of this bill | | | | $4,255.00 |
| | Previous balance | | | | $2,052.50 |
| | | | | | $6,307.50 |

## Timekeeper Summary

| Name | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Kelly K. Frazier | KKF | Of Counsel | 7.40 | $575.00 | $4,255.00 |

It is a pleasure working with you.  We appreciate your business.

Page 1

10

19-23649-shl Doc 3421-1 Filed 07/26/21 Entered 07/26/21 14:42:11 Main Document Pg 5 of 16

19-23649-shl Doc 3421-1 Filed 07/15/21 Entered 07/15/21 10:45:11 Exhibit G - Summary of Out of Pocket Expenses and Supporting Invoices Pg 11 of 21

# SKLAR KIRSH

Sklar Kirsh, LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 845-6416 MAIN
accounting@sklarkirsh.com
Tax I.D. 37-1711630

Grant Thornton, LLP
Attn: Chris Stathopoulos
171 N. Clark Street, Suite 200
Chicago, IL 60601
chris.stathopoulos@us.gt.com; Liz.Piechnik@us.gt.com

April 20, 2021

Invoice #41334

Due Upon Receipt

For Professional Services Rendered Through March 31, 2021

Matter: Purdue Pharma - Legal Services

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/2021 | KKF | Reviewed and responded to multiple emails from J. Anderson and B. Angstadt re: employment issues in Purdue. | 0.30 | $575.00 | $172.50 |
| 03/03/2021 | KKF | Telephone conference with J. Anderson re: preparation of employment application (0.2). Exchange email correspondence with J. Anderson and R. Werth re: employment application, open items to complete preparation and strategy for missing Exhibit A to MSA (0.3). | 0.50 | $575.00 | $287.50 |
| 03/09/2021 | ISL | Review and address employment application. | 0.30 | $675.00 | $202.50 |
| | KKF | Revised employment application based on collective comments (0.5). Exchanged emails with GT team and Davis Polk re: open issues and timing to file application (0.3). | 0.80 | $575.00 | $460.00 |
| 03/10/2021 | KKF | Reviewed and responded to B. Angstadt re: revisions to employment application re: prepetition payments. | 0.10 | $575.00 | $57.50 |
| 03/16/2021 | KKF | Reviewed email and edits fro Davis Polk on employment application and forwarded same with comments to GT team. | 0.30 | $575.00 | $172.50 |
| 03/21/2021 | KKF | Finalized employment application and sent to both David Polk team and Grant Thornton team for final review. | 1.40 | $575.00 | $805.00 |
| 03/23/2021 | KKF | Exchanged emails with A. Romero-Wagner and R. Werth re: final employment application and required signatures (0.3). Exchanged emails with C. Robertson and J. Anderson re: UST requirements for supplemental disclosures (0.4). | 0.70 | $575.00 | $402.50 |
| 03/25/2021 | KKF | Telephone conference with C. Robertson re: UST and Committee objections to employment application (0.3). Follow-up email exchange with C. Robertson re: same (0.2). | 0.50 | $575.00 | $287.50 |
| 03/26/2021 | ISL | Telephone conference with clients regarding extensive conflict check. | 1.00 | $675.00 | $675.00 |
| | KKF | Telephone conference with I. Landsberg, C. Stathopoulos and J. Anderson re: UST objection on scope of conflicts search (0.5). Telephone conference with S. Blasco re: revisions to disclosure schedule (0.2). | 0.70 | $575.00 | $402.50 |
| | SRB | Edited disclosure table. | 1.80 | $175.00 | $315.00 |

Page 1

Grant Thornton LLP
April 20, 2021
Invoice # 41334

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/29/2021 | KKF | Revised Werth Declaration to expand scope of conflicts disclosures and email to C. Robertson re: update on same. | 1.20 | $575.00 | $690.00 |
| 03/30/2021 | ISL | Review items relating to engagement agreement and employment application. | 0.30 | $675.00 | $202.50 |
|  | KKF | Finalized revised documents for filing to send to David Polk and drafted emails to J. Anderson and C. Robertson re: same. | 0.70 | $575.00 | $402.50 |

|  |  | Hours | Amount |
|---|---|---|---|
| For professional services rendered |  | 10.6 hrs | $5,535.00 |
| SUBTOTAL |  |  | $5,535.00 |
| Total amount of this bill |  |  | $5,535.00 |
|  |  |  | $6,307.50 |
| Balance due upon receipt |  |  | $11,842.50 |

### Timekeeper Summary

| Name | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Ian S. Landsberg | ISL | Partner | 1.60 | $675.00 | $1,080.00 |
| Kelly K. Frazier | KKF | Of Counsel | 7.20 | $575.00 | $4,140.00 |
| Sarah R. Blasco | SRB | Paralegal | 1.80 | $175.00 | $315.00 |

It is a pleasure working with you.  We appreciate your business.

# SKLAR KIRSH

Sklar Kirsh, LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 845-6416 MAIN
accounting@sklarkirsh.com
Tax I.D. 37-1711630

May 28, 2020

Grant Thornton, LLP
Attn: Chris Stathopoulos
171 N. Clark Street, Suite 200
Chicago, IL 60601
chris.stathopoulos@us.gt.com; Liz.Piechnik@us.gt.com

Invoice #42053

Due Upon Receipt

For Professional Services Rendered Through April 30, 2021

## Matter: Purdue Pharma - Legal Services

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/05/2021 | KKF | Drafted email to J. Anderson re Committee issues with disinterested parties list. | 0.10 | $575.00 | $57.50 |
| 04/07/2021 | KKF | Telephone conference with J. Anderson re Committee issues with disinterested parties list and drafted emails to I. Landsberg and C. Robertson re same. | 0.20 | $575.00 | $115.00 |
| | SRB | Reviewed previous employment applications in case for confirming changes to employment application. | 0.20 | $175.00 | $35.00 |
| 04/08/2021 | KKF | Telephone conference with J. Anderson re revisions to Disclosure Schedule, and email J. Anderson as follow-up re same (0.3). Researched Provident Financial connections in bankruptcy cases (0.2). Researched scope of disclosure for accountants (0.4). | 0.90 | $575.00 | $517.50 |
| 04/09/2021 | KKF | Revised Werth Declaration and Disclosure Schedule and exchange emails with J. Anderson and C. Robertson re same. | 1.60 | $575.00 | $920.00 |
| 04/12/2021 | ISL | Review employment application. | 0.30 | $675.00 | $202.50 |
| | KKF | Revised employment application, including with R. Werth signature to send to C. Robertson for filing. | 0.60 | $575.00 | $345.00 |
| 04/25/2021 | KKF | Exchanged correspondence with C. Robertson and B. Angstandt re status of employment order and submission of bills. | 0.20 | $575.00 | $115.00 |
| 04/29/2021 | ISL | Review and address status and filing of applications. | 0.30 | $675.00 | $202.50 |
| | KKF | Reviewed court revisions to employment application and forward same to Grant Thornton team with email explanation of changes (0.2). Researched fee application requirements and drafted emails to C. Robertson and B. Angstadt re same (1.4). | 1.60 | $575.00 | $920.00 |

Page 1

13

Grant Thornton LLP  
May 28, 2021  
Invoice # 42053

|  |  |  |
|---|---:|---:|
| For professional services rendered | 6.00 hrs | $3,430.00 |
| SUBTOTAL |  | $3,430.00 |
| Total amount of this bill |  | $3,430.00 |
| Previous balance |  | $11,842.50 |
| Balance due upon receipt |  | $15,272.50 |

## Timekeeper Summary

| Name | Initials | Title | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| Ian S. Landsberg | ISL | Partner | 0.60 | $675.00 | $405.00 |
| Kelly K. Frazier | KKF | Of Counsel | 5.20 | $575.00 | $2,990.00 |
| Sarah R. Blasco | SRB | Paralegal | 0.20 | $175.00 | $35.00 |

It is a pleasure working with you.  We appreciate your business.

**SKLAR KIRSH**

Sklar Kirsh, LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 845-6416 MAIN
accounting@sklarkirsh.com
Tax I.D. 37-1711630

Grant Thornton, LLP
Attn: Chris Stathopoulos
171 N. Clark Street, Suite 200
Chicago, IL  60601
chris.stathopoulos@us.gt.com; Liz.Piechnik@us.gt.com

June 29, 2021

Invoice #42475

Due Upon Receipt

For Professional Services Rendered Through May 31, 2021

Matter: Purdue Pharma - Legal Services

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/03/2021 | ISL | Review and address examiner inquiries, etc. | 0.20 | $675.00 | $135.00 |
|  | KKF | Followed-up on fee examiner contact and emailed J. Anderson and C. Robertson re: same. | 0.10 | $575.00 | $57.50 |
|  |  | For professional services rendered | 0.3 hrs |  | $192.50 |
| SUBTOTAL |  |  |  |  | $192.50 |

|  |  |
|---|---|
| Total amount of this bill | $192.50 |
| Previous balance | $15,272.50 |
| Balance due upon receipt | $15,465.00 |

Timekeeper Summary

| Name | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Ian S. Landsberg | ISL | Partner | 0.20 | $675.00 | $135.00 |
| Kelly K. Frazier | KKF | Of Counsel | 0.10 | $575.00 | $57.50 |

It is a pleasure working with you.  We appreciate your business.

Page 1

15

**SKLAR KIRSH**

Sklar Kirsh, LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 845-6416 MAIN
accounting@sklarkirsh.com
Tax I.D. 37-1711630

Grant Thornton, LLP
Attn: Chris Stathopoulos
171 N. Clark Street, Suite 200
Chicago, IL  60601
chris.stathopoulos@us.gt.com; Liz.Piechnik@us.gt.com

July 8, 2021

Invoice #43082

Due Upon Receipt

For Professional Services Rendered Through June 30, 2021

Matter: Purdue Pharma - Legal Services

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/2021 | KKF | Reviewed Plan and Disclosure Statement filings for post-confirmation retention requirements and draft email to R. Werth and J. Anderson re: same. | 1.00 | $575.00 | $575.00 |
| | | For professional services rendered | 1.0 hrs | | $575.00 |
| SUBTOTAL | | | | | $575.00 |

| | |
|---|---|
| Total amount of this bill | $575.00 |
| Previous balance | $15,465.00 |
| Balance due upon receipt | $16,040.00 |

**Timekeeper Summary**

| Name | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Kelly K. Frazier | KKF | Of Counsel | 1.00 | $575.00 | $575.00 |

It is a pleasure working with you.  We appreciate your business.

# SKLAR KIRSH

Sklar Kirsh, LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 845-6416 MAIN
accounting@sklarkirsh.com
Tax I.D. 37-1711630

Grant Thornton, LLP
Attn: Chris Stathopoulos
171 N. Clark Street, Suite 200
Chicago, IL  60601
chris.stathopoulos@us.gt.com; Liz.Piechnik@us.gt.com

August 17, 2021

Invoice #43683

Due Upon Receipt

For Professional Services Rendered Through July 31, 2021

Matter: Purdue Pharma - Legal Services

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/12/2021 | KKF | Telephone conference with B. Angstadt re: fee application and exchanged emails with I. Landsberg re: same. | 0.20 | $575.00 | $115.00 |
| 07/13/2021 | KKF | Reviewed information from B. Angstadt re: bills (0.2).  Telephone conference with J. Anderson re: timing and strategy for filing fee statements (0,1).  Telephone conference with B. Angstadt re: same (0.3).  Exchanged emails with C. Robertson re: filing procedures for fee apps in Purdue case (0.1). | 0.70 | $575.00 | $402.50 |
| 07/14/2021 | KKF | Researched interim and monthly fee requirements for case (1.0).  Telephone conference with J. Anderson re: timing and requirements for submitting monthly and interim applications (0,1).  Telephone conference with B. Angstadt re: strategy for bills and filing fee applications (0.2).  Reviewed information from B. Angstadt in support of monthly fee application (0.6).  Drafted email to B. Angstadt with comments and additional information requests for fee statement (0.4). | 2.30 | $575.00 | $1,322.50 |
| 07/21/2021 | KKF | Drafted first consolidated monthly fee statement (1.6).  Drafted email to B. Angstadt re: missing information to complete fee statement (0.2). | 1.80 | $575.00 | $1,035.00 |
| 07/23/2021 | KKF | Finalized first monthly fee statement for filing (0.2).  Drafted email to B. Angstandt re: requirements for final review and signature for filing fee statement (0.2).  Exchanged emails with M. Giddens re: review of fee statement by debtor and coordination for filing and serving same (0,2). | 0.60 | $575.00 | $345.00 |
| 07/27/2021 | KKF | Telephone conference with M. Giddens re: first monthly fee statement requirements and timing (0.2).  Exchanged emails with T. Nobis re: electronic format requirements for the fee examiner (0.2).  Exchanged emails with P. Schwartzberg re: same (0.2). | 0.60 | $575.00 | $345.00 |
| 07/28/2021 | KKF | Telephone conference with S. Blasco re: conversion of excel billing information to LEDES files (0.1).  Drafted emails to T. Nobis and P. Schwartzberg re: electronic LEDES files (0.2). | 0.30 | $575.00 | $172.50 |
|  | SRB | Correspondence and calls with K. Frazier and J. Iheonu re: LEDES file. | 0.80 | $175.00 | $140.00 |

Page 1

Grant Thornton LLP
August 17, 2021
Invoice # 43683

|  |  |  |
|---|---:|---:|
| For professional services rendered | 7.3 hrs | $3,877.50 |
| SUBTOTAL |  | $3,877.50 |
| Total amount of this bill |  | $3,877.50 |
| Previous balance |  | $767.50 |
| Total Payments and Adjustments |  | $0.00 |
| Balance due upon receipt |  | $4,645.00 |

## Timekeeper Summary

| Name | Initials | Title | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| Kelly K. Frazier | KKF | Of Counsel | 6.50 | $575.00 | $3,737.50 |
| Sarah R. Blasco | SRB | Paralegal | 0.80 | $175.00 | $140.00 |

It is a pleasure working with you.  We appreciate your business.

**SKLAR KIRSH**

Sklar Kirsh, LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 845-6416 MAIN
accounting@sklarkirsh.com
Tax I.D. 37-1711630

Grant Thornton, LLP
Attn: Chris Stathopoulos
171 N. Clark Street, Suite 200
Chicago, IL  60601
chris.stathopoulos@us.gt.com; Liz.Piechnik@us.gt.com

October 7, 2021

Invoice #45273

Due Upon Receipt

For Professional Services Rendered Through August 31, 2021

Matter: Purdue Pharma - Legal Services

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/03/2021 | ISL | Review status and objection deadline regarding fee statement. | 0.20 | $675.00 | $135.00 |
| 08/19/2021 | KKF | Exchanged email correspondence with B. Angstandt re: information for second monthly fee statement (0.1).  Reviewed information sent by B. Angstandt in support of second monthly fee statement (0.2).  Drafted emails to S. Blasco re: instructions for preparation of second monthly fee application (0.1). | 0.40 | $575.00 | $230.00 |
| 08/20/2021 | SRB | Call with K. Frazier re: preparing July fee statement (0.4).  Reviewed client documents and drafted fee statement and exhibits for July (2.1).  Correspondence with K. Frazier re: missing items in fee statement (0.5). | 3.00 | $175.00 | $525.00 |
| 08/23/2021 | ISL | Review detailed email on monthly fee application. | 0.20 | $675.00 | $135.00 |
| | KKF | Revised draft of second monthly fee statement (0.2).  Drafted email to B. Angstandt re: additional information needed to complete monthly fee statement (0.2). | 0.40 | $575.00 | $230.00 |
| 08/24/2021 | ISL | Review additional revisions to fee statement. | 0.30 | $675.00 | $202.50 |
| | KKF | Exchanged correspondence with B. Angstandt re: updated information for second monthly fee statement (0.2).  Reviewed revised second monthly fee statement (0.1).  Send final monthly fee statement to R. Werth for review and signature (0.1). | 0.40 | $575.00 | $230.00 |
| | SRB | Reviewed updated client excel sheet re: July fee statement (0.3). Updated draft fee statement and exhibits (1.1). Correspondence with K. Frazier re: updated draft fee statement and exhibits (0.1). | 1.50 | $175.00 | $262.50 |
| 08/25/2021 | ISL | Review and address getting Sklar Kirsh paid as part of Grant Thornton expenses. | 0.30 | $675.00 | $202.50 |
| | KKF | Reviewed and responded to emails from C. MacDonald and R. Werth re: payment of first monthly fee statement and court approval of ordinary course services invoices (0.4).  Drafted email to C. Robertson re: procedures for future payment of ordinary course business service payments (0.2).  Exchanged emails with R. Werth re: status of payment and court approval of expanded services (0.2). | 0.80 | $575.00 | $460.00 |

Grant Thornton LLP
October 7, 2021
Invoice # 45273

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/26/2021 | KKF | Telephone conference with C. Robertson and A. Romero-Wagner re: strategy for billing process for Grant Thornton services and court approval of expanded scope of services (0.3). Drafted email correspondence to R. Werth and J. Anderson re: recommended procedures for billing statements and approval of expanded scope of services (0.3). Reviewed two additional Statement of Works for expanded scope of services for Debtors (0.2). | 0.80 | $575.00 | $460.00 |
| 08/27/2021 | KKF | Researched precedent and rules for supplementing employment applications in the SDNY (0.5). Drafted supplemental employment application (1.2). | 1.70 | $575.00 | $977.50 |
| 08/30/2021 | KKF | Telephone conference with R. Werth and J. Anderson re: supplemental retention application and requirements for fee statements for ordinary course business services (0.4). Drafted supplemental retention application (3.6). Drafted email to R. Werth re: missing information for supplemental retention application (0.1), Drafted revised second consolidated monthly fee statement for inclusion of OCB Tax Services (1.3). | 5.40 | $575.00 | $3,105.00 |
| 08/31/2021 | ISL | Review additional information relating to the professional fee statement. | 0.30 | $675.00 | $202.50 |
|  | KKF | Reviewed invoices and statements of work sent by R. Werth to include in supplemental retention application and second consolidated fee application (0.8). Exchanged emails with R. Werth re: clarification on payments received and statements of work for sales and use compliance (0.2). Revised supplemental retention application (1.0). Revised second consolidated monthly fee statement for inclusion of OCB Tax Services (0.3). | 2.30 | $575.00 | $1,322.50 |
|  |  | For professional services rendered | 18.0 hrs |  | $8,680.00 |
| SUBTOTAL |  |  |  |  | $8,680.00 |
|  |  | Total amount of this bill |  |  | $8,680.00 |
|  |  | Previous balance |  |  | $4,645.00 |
| 08/31/2021 |  | Payment - Thank you, Check # 001080781 |  |  | ($192.50) |
|  |  | Total Payments and Adjustments |  |  | ($192.50) |
|  |  | Balance due upon receipt |  |  | $13,132.50 |

### Timekeeper Summary

| Name | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Ian S. Landsberg | ISL | Partner | 1.30 | $675.00 | $877.50 |
| Kelly K. Frazier | KKF | Of Counsel | 12.20 | $575.00 | $7,015.00 |
| Sarah R. Blasco | SRB | Paralegal | 4.50 | $175.00 | $787.50 |

**SKLAR KIRSH**

Sklar Kirsh, LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 845-6416 MAIN
accounting@sklarkirsh.com
Tax I.D. 37-1711630

Grant Thornton, LLP
Attn: Chris Stathopoulos
171 N. Clark Street, Suite 200
Chicago, IL  60601
chris.stathopoulos@us.gt.com; Liz.Piechnik@us.gt.com

October 7, 2021

Invoice #45274

Due Upon Receipt

For Professional Services Rendered Through September 30, 2021

Matter: Purdue Pharma - Legal Services

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/07/2021 | KKF | Finalized second consolidated fee statement for filing (0.1). Exchanged emails with M. Giddens and R. Werth re: same (0.1). | 0.20 | $575.00 | $115.00 |
| 09/08/2021 | KKF | Reviewed and responded to email from D. Consla re: comments to supplemental retention application from Purdue (0.1). Revised supplemental employment application per proposed comments from Purdue (0.1). | 0.20 | $575.00 | $115.00 |
| 09/09/2021 | KKF | Prepared draft of 1st Supplemental Declaration of Raymond Werth in support of supplemental employment application (1.3). Exchanged emails with R. Werth and J. Anderson re: additional information re: disclosures (0.2). | 1.50 | $575.00 | $862.50 |
| 09/10/2021 | ISL | Review declaration of Werth. | 0.20 | $675.00 | $135.00 |
|  | KKF | Revised Werth Declaration per comments from R. Werth (0.2). Updated final versions of supplemental retention application for Grant Thornton with all accompanying exhibits and forward same to D. Consla to coordinate filing and services of same (0.4). | 0.60 | $575.00 | $345.00 |
| 09/22/2021 | KKF | Exchanged correspondence with B. Angstadt re: status of and payments on second monthly fee statements (0.2).  Reviewed docket re: status of objection to supplemental employment application and drafted email to R. Werth re: same in repsonse to inquiry (0.1). | 0.30 | $575.00 | $172.50 |
| 09/27/2021 | KKF | Reviewed information for 3rd monthly fee statement (0.2). Drafted email to B. Angstadt and R. Werth re: additional information needed for preparation of 3rd monthly fee statement (0.1). | 0.30 | $575.00 | $172.50 |
| 09/28/2021 | KKF | Exchanged  emails with J. Anderson, R. Werth and B. Angstadt re: entry of order approving Supplemental Retention Application and additional information for monthly fee application. | 0.10 | $575.00 | $57.50 |

Grant Thornton LLP
October 7, 2021
Invoice # 45274

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/30/2021 | KKF | Exchanged emails with C. MacDonald re: objections to 2nd Monthly Fee Statement and additional information requested by Purdue for such statements (0.2).  Telephone conference with R. Werth re: OCB Services and related invoices for 3rd Monthly Fee Statement (0.1).  Reviewed excel spreadsheets from B. Angstandt with information for 3rd Monthly Fee Statement (0.1).  Drafted email to B. Angstandt and R. Werth re: additional information needed for 3rd Monthly Fee Statement (0.2).  Draft follow up email to B. Angstandt and R. Werth re: additional information needed per discussions with C. MacDonald (0.2). | 0.80 | $575.00 | $460.00 |
| | For professional services rendered | | 4.2 hrs | | $2,435.00 |
| SUBTOTAL | | | | | $2,435.00 |
| | Total amount of this bill | | | | $2,435.00 |
| | Previous balance | | | | $13,132.50 |
| | Total Payments and Adjustments | | | | $0.00 |
| | Balance due upon receipt | | | | $15,567.50 |

## Timekeeper Summary

| Name | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Ian S. Landsberg | ISL | Partner | 0.20 | $675.00 | $135.00 |
| Kelly K. Frazier | KKF | Of Counsel | 4.00 | $575.00 | $2,300.00 |

It is a pleasure working with you.  We appreciate your business.

Page 2

17