# EXHIBIT H

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES FOR THE FEE PERIOD[8]

| Tax Structuring Services and Employee Tax Services | | |
|---|---|---|
| **Category of Timekeeper** | **Standard Rates for Professionals at Grant Thornton LLP for the Fee Period[9]** | **Purdue Application** |
| Partner / Managing Director | $950 - $1,145 | $765 |
| Senior Manager / Director | $870 - $1,000 | $650 |
| Manager | $690 - $835 | $570 |
| Senior Associate | $455 - $675 | $460 |
| Associate | $310 - $415 | $280 |

| Valuation Services | | |
|---|---|---|
| **Category of Timekeeper** | **Standard Rates for Professionals at Grant Thornton LLP for the Fee Period[10]** | **Purdue Application** |
| Partner / Managing Director | $875 - $970 | $720 |
| Senior Manager / Director | $775 - $785 | $590 |
| Manager | $620 - $675 | $500 |
| Senior Associate | $450 - $515 | $400 |
| Associate | $330 - $365 | $270 |

---

[8] Grant Thornton provides Plan Services to Debtors that involve two (2) different types of distinct business units, *i.e.*, one that provides tax related services and another that provides valuation related services, each with different specialized skills and rates. As such, the information contained in this Exhibit H provides the applicable rates and rate comparisons for each such business unit.

[9] Rates differ within a level due to the relative experience of the staff and/or whether the applicable staff is part of Grant Thornton's national tax office. In addition, although Grant Thornton's standard hourly tax rates were increased in August in the normal operation of its business, the hourly rates charged by Grant Thornton for professionals working on matters in these cases were not increased, with the exception of one professional who was promoted to Managing Director effective September 1, 2021, and as such, the agreed to hourly rate charged was reflective of this new position.

[10] Rates differ within a level due to relative experience of the staff.

1