# EXHIBIT I

## SUMMARY AND SUPPORTING INVOICES FOR OCB TAX SERVICES

The following is a summary of the invoices relating to OCB Tax Services for which Grant Thornton was paid pursuant to the Monthly Fee Statements. Copies of the actual invoices also are attached. Prior to when the Initial Retention Order was entered and Grant Thornton was required to file Monthly Fee Statements with respect to compensation and reimbursement of expenses for the Plan Services, Grant Thornton was paid $201,948.90 in the ordinary course of business on account of the OCB Tax Services by Debtors.

| GT Invoice No. | Amount | Invoice Date | Service Period | Type of OCB Tax Services | Applicable MFS |
|---|---|---|---|---|---|
| 953708233 | $10,494.00 | 10/20/2020 | August 2020 Invoice Review Services and July through September 2020 Compliance Services | Sales and Use Tax Compliance Services | N/A (Pre-MFS) |
| 953708235 | $5,300.00 | 10/20/2020 | July 2020 | Sales and Use Tax Compliance Services | N/A (Pre-MFS) |
| 953766997 | $31,974.90 | 3/25/2021 | September 2020 through January 2021 Invoice Review Services and October 2020 through February 2021 Invoice Review Services | Sales and Use Tax Compliance Services | N/A (Pre-MFS) |
| 953807922 | $154,180.00 | 6/25/2021 | N/A (Progress Billing under SOW) | 2020 Tax Preparation Services | N/A (Pre-MFS) |
| 953806521 | $18,361.85 | 6/18/2021 | February through April 2021 Invoice Review Services and March through May 2021 Compliance Services | Sales and Use Tax Compliance Services | 2nd MFS |
| 953828847 | $18,205.90 | 7/31/2021 | March 1, 2021 to June 30th, 2021 | Global Mobility Services | 3rd MFS |
| 953853695 | $8,866.90 | 9/30/2021 | July 1, 2021 to August 31st, 2021 | Global Mobility Services | 3rd MFS |
| 953860759 | $8,222.42 | 10/20/2021 | September 1, 2021 to September 30, 2021 | Global Mobility Services | 3rd MFS |
| 953862186 | $11,514.00 | 10/25/2021 | May 2021 and June 2021 Invoice Review Services and June 2021 and July 2021 Compliance Services | Sales and Use Tax Compliance Services | 3rd MFS |
| 953862188 | $5,045.00 | 10/25/2021 | July 2021 Invoice Review Services and August 2021 Compliance Services | Sales and Use Tax Compliance Services | 3rd MFS |

1

| | | | | | |
|---|---|---|---|---|---|
| 953841573 | $3,710.00 | 8/31/2021 | August 1, 2021 to August 31, 2021 | 2020 Tax Preparation Services | 3rd MFS |
| 953861323 | $1,425.00 | 10/21/2021 | May 1, 2021 through June 30. 2021 | 2020 Tax Preparation Services | 3rd MFS |

**Grant Thornton**

**Grant Thornton LLP**
186 Wood Ave S # 4
Iselin, NJ 08830-2725

T 732.516.5500
F 732.516.5502
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*   Purdue Pharma L.P.
Attn: Dee Cabral
201 Tresser Boulevard
Stamford, CT 06901-3431

*Date:*   October 30, 2020

**Bill Number**: 953708233        **Client-Assignment Code:** 0200102-00002

Sales & Use Tax Parallel Testing, Compliance & Invoice Review

| | |
|---|---:|
| Parallel Testing of July 2020 Compliance: | $ 2,360.00 |
| August 2020 Compliance processed in September 2020: | 2,220.00 |
| September 2020 Compliance processed in October 2020: | 2,220.00 |
| Review of August Invoices (60 transactions) filled with September's return due in October 2020 (filed on a one-month lag): | 3,100.00 |
| SUBTOTAL: | 9,900.00 |
| Admin Fees (6%): | 594.00 |
| **Total Amount of Bill:** | **$ 10,494.00** |

*Terms:*   As agreed upon
Federal ID No. 36-6055558

# Grant Thornton

**Grant Thornton LLP**
186 Wood Ave S # 4
Iselin, NJ 08830-2725

T 732.516.5500
F 732.516.5502
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:* Purdue Pharma L.P.
Attn: Dee Cabral
201 Tresser Boulevard
Stamford, CT 06901-3431

*Date:* October 30, 2020

**Bill Number**: 953708235        **Client-Assignment Code:** 0200102-00003

Sales & Use Outsourcing Set-up Fees:

Set up all company and all state related information in Vertex
    Set up all rules relating to the data feeds we received into GTLink to properly upload into GTLink.
    Create standard reports to send to Purdue on a monthly basis
    Set up calendar for all return filings including account number, filing frequency and login and password information for efiling
    Testing each state's user name and password to make sure we can access the online filing.  $ 5,000.00

Admin Fees (6%):  300.00

**Total Amount of Bill:**  **$ 5,300.00**

*Terms:* As agreed upon
Federal ID No. 36-6055558

**Grant Thornton**

Grant Thornton LLP
186 Wood Ave S # 4
Iselin, NJ 08830-2725

T 732.516.5500
F 732.516.5502
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*   Purdue Pharma L.P.
Attn: Dee Cabral
201 Tresser Boulevard
Stamford, CT 06901-3431

*Date:*   March 25, 2021

**Bill Number**: 953766997    **Client-Assignment Code:** 0200102-00002

| | |
|---|---:|
| Sales & Use Tax Compliance & Invoice Review | |
| October 2020 Compliance processed in November 2020 | $ 2,220.00 |
| November 2020 Compliance processed in December 2020 | 2,220.00 |
| December 2020 Compliance processed in January 2021 | 2,220.00 |
| January 2021 Compliance processed in February 2021 | 2,220.00 |
| February 2021 Compliance processed in March 2021 | 2,220.00 |
| COMPLIANCE SUBTOTAL | 11,100.00 |
| Review of September's Invoices (60 transactions) filed with October's returns due in November 2020 (filed on a one-month lag) | 3,940.00 |
| Review of October's Invoices (60 transactions) filed with November's returns due in December 2020 (filed on a one-month lag) | 3,792.50 |
| Review of November's Invoices (60 transactions) filed with December's returns due in January 2021 (filed on a one-month lag) | 3,757.50 |
| Review of December's Invoices (60 transactions) filed with January's returns due in February 2021 (filed on a one-month lag) | 3,852.50 |
| Review of January's invoices (60 transactions) filed with February's returns due in March 2021 (filed on a one-month lag) | 3,722.50 |
| INVOICE REVIEW SUBTOTAL | 19,065.00 |

**Grant Thornton**

**Grant Thornton LLP**
186 Wood Ave S # 4
Iselin, NJ 08830-2725

T 732.516.5500
F 732.516.5502
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

| | |
|---|---:|
| Admin Fees (6%) | 1,809.90 |
| **Total Amount of Bill:** | **$ 31,974.90** |

*Terms:*  As agreed upon
Federal ID No. 36-6055558

**Grant Thornton**

**Grant Thornton LLP**
757 3rd Avenue #9
New York, NY 10017-2013

T 212.599.0100
F 212.370.4520
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*   Purdue Pharma L.P.
Attn: Dee Cabral
201 Tresser Boulevard
Stamford, CT 06901-3431

*Date:*   June 25, 2021

**Bill Number**: 953807922      **Client-Assignment Code:** 0200102-00005

| | |
|---|---:|
| Progress billing related to domestic tax compliance pursuant to the Statement of Work dated December 7, 2020 | $ 143,000.00 |
| Fee for matters specifically associated with the review, completion and delivery of your tax returns as per the Statement of Work | 2,600.00 |
| 6% administrative fee as per the Statement of Work | 8,580.00 |
| **Total Amount of Bill:** | **$ 154,180.00** |

*Terms:*   As agreed upon
Federal ID No. 36-6055558



**Grant Thornton LLP**
186 Wood Ave S # 4
Iselin, NJ 08830-2725

T 732.516.5500
F 732.516.5502
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

To: Purdue Pharma L.P.
Attn: Dee Cabral
201 Tresser Boulevard
Stamford, CT 06901-3431

Date: June 18, 2021

**Bill Number:** 953806521     **Client-Assignment Code:** 0200102-00002
                               **Client-Assignment Code:** 0200102-00003

Sales & Use Tax Compliance & Invoice Review

| | |
|---|---:|
| March 2021 Compliance processed in April 2021: | $ 2,220.00 |
| April 2021 Compliance processed in May 2021: | 1,820.00 |
| May 2021 Compliance processed in June 2021: | 1,820.00 |
| COMPLIANCE SUBTOTAL: | 5,860.00 |
| Review of February's Invoices (60 transactions) filed with March's returns due in April 2021 (filed on a one-month lag. This included our first semi-annual vendor analysis): | 4,430.00 |
| Review of March's Invoices (60 transactions) filed with April's returns due in May 2021 (filed on a one-month lag): | 3,275.00 |
| Review of April's Invoices (60 transactions) filed with May's returns due in June 2021 (filed on a one-month lag): | 3,757.50 |
| INVOICE REVIEW SUBTOTAL: | 11,462.50 |
| SUBTOTAL: | 17,322.50 |
| Admin Fees (6%): | 1,039.35 |
| **Total Amount of Bill:** | **$ 18,361.85** |

# Grant Thornton

**Grant Thornton LLP**
1100 Peachtree Street
Suite 1200
Atlanta, GA 30309

T 404.330.2000
F 404.475.0107
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*   Purdue Pharma L.P.
Attn: Dee Cabral
201 Tresser Boulevard
Stamford, CT 06901-3431

*Date:*   July 31, 2021

**Bill Number**: 953828847    **Client-Assignment Code:** 0200102-00001
**Client-Assignment Code:** 0200102-00009
**Client-Assignment Code:** 0200102-00008

For professional services rendered.  See attached billing detail.    $    18,205.50

**Total Amount of Bill:**    **$    18,205.50**

*Terms:*   As agreed upon
Federal ID No. 36-6055558

44

**Purdue Pharma L.P.**

Tax advisory, research, compliance and consulting services including:

| Description | Amount |
|---|---:|
| **US Tax Compliance** | |
| **US Tax Consulting** | |
| Call with Dee Cabral regarding CA reporting along with preparation of Purdue Canadian Employee and Employer taxes summary | $ 760.00 |
| **Lundie, David** | |
| **2020 US Tax Compliance** | |
| Federal Income Tax Return | $ 3,570.00 |
| U.S. State Income Tax Return- North Carolina | $ 525.00 |
| U.S. State Income Tax Return- Connecticut | $ 525.00 |
| U.S. State Income Tax Return- New York | $ 525.00 |
| U.S. State Income Tax Return- Rhode Island | $ 525.00 |
| FinCen 114 - Foreign Bank Account Reporting | $ 1,250.00 |
| Tax Equalization Calculation | $ 825.00 |
| **US Tax Consulting / Out of Scope Compliance** | |
| Federal Extension | $ 300.00 |
| Form 1065 including K-1 preparation | $ 1,825.00 |
| NC D-403 | $ 500.00 |
| (Reduction in fees to credit penalty for late partnership filing) | $ (420.00) |
| Misc. consulting and time incurred up until July 1, 2021 related to calls and assistance provided to David Lundie.  Time includes ACA refund review, North Carolina tax notice response for 2017 refund, calls with IRS agent regarding 2016 refund, update of tax reconciliation sheet, change of address request, review of IRS notices and 2021 tax planning | $ 5,865.00 |
| **Canada Tax Consulting** | |
| Call with Dee Cabral, Lynn Kusinski to discuss the Canadian payroll | $ 600.00 |
| **Subtotal** | $ 17,175.00 |
| **Expenses (using the expense factor of 6%)** | $ 1,030.50 |
| **Total** | $ 18,205.50 |

45

**Grant Thornton**

Grant Thornton LLP
1100 Peachtree Street
Suite 1200
Atlanta, GA 30309

T 404.330.2000
F 404.475.0107
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:* Purdue Pharma L.P.
201 Tresser Boulevard
Stamford, CT 06901-3431

*Date:* September 30, 2021

**Bill Number**: 953853695  **Client-Assignment Code:** 0200102-00001
**Client-Assignment Code:** 0200102-00009
**Client-Assignment Code:** 0200102-00008

Services per the detail attached:  $  8,866.90

**Total Amount of Bill:**  $  **8,866.90**

*Terms:* As agreed upon
Federal ID No. 36-6055558

46

**Purdue Pharma L.P.**

Tax advisory, research, compliance and consulting services including:

| Description | Amount |
|---|---|
| **US Tax Consulting** | |
| | |
| **Lundie, David** | |
| Review of 2020 Connecticut tax notice | $ 360.00 |
| Review of 2020 Rhode Island tax notice | $ 360.00 |
| Response to 2019 North Carolina tax notice regarding partnership filing including call to request penalty abatement | $ 650.00 |
| Consutling associated with David Lundie's 2015 Federal refund. Time includes review of notices, phone calls and email correspondence regarding repayment of refund and correspinding interest. | $ 1,715.00 |
| Consultation with David Lundie regarding personal income tax filing and ramifications of personal filing changes on repayment and aniticipated income to report to third parties | $ 2,180.00 |
| | |
| **UK Tax Services** | |
| | |
| **Lundie, David** | |
| 2019/20 UK tax return | $ 1,550.00 |
| 2020/21 UK tax return | $ 1,550.00 |
| | |
| **Subtotal** | $ 8,365.00 |
| **Expenses (using the expense factor of 6%)** | $ 501.90 |
| **Total** | $ 8,866.90 |

47

**Grant Thornton**

Grant Thornton LLP
1100 Peachtree Street
Suite 1200
Atlanta, GA 30309

T 404.330.2000
F 404.475.0107
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*   Purdue Pharma L.P.
        201 Tresser Boulevard
        Stamford, CT 06901-3431

*Date:*  October 20, 2021

**Bill Number**: 953860759     **Client-Assignment Code:** 0200102-00001
                               **Client-Assignment Code:** 0200102-00009
                               **Client-Assignment Code:** 0200102-00008

See page 2 for details:                                       $   8,222.42

**Total Amount of Bill:**                                     **$   8,222.42**

*Terms:*  As agreed upon
          Federal ID No. 36-6055558

**Purdue Pharma L.P.**

Tax advisory, research, compliance and consulting services including:

| Description | | Amount |
|---|---|---:|
| **US Tax Consulting** | | |
| Drafting Tax Equalization Repayment Agreement letter to explain to David's lawyers about the TEQ agreement in place in between David and the company | $ | 1,597.50 |
| Calls and emails with Jon Lowne in gathering feedback for the draft Tax Equalization Repayment Agreement letter, and simulate the Tax Equalization Repayment with an example | $ | 1,872.00 |
| Conference call on September 28th with John Lowne to discuss the draft letter | $ | 1,767.50 |
| **David Lundie** | | |
| Prepare 2021 and 2022 tax projection | $ | 1,260.00 |
| Calls an emails with David Lundie in preparing the calculations and explaining the results | $ | 720.00 |
| Update the calculations based on the call with David | $ | 540.00 |
| **Subtotal** | $ | 7,757.00 |
| **Expenses (using the expense factor of 6%)** | $ | 465.42 |
| **Total** | $ | 8,222.42 |

**Grant Thornton**

Grant Thornton LLP
186 Wood Ave S # 4
Iselin, NJ 08830-2725

T 732.516.5500
F 732.516.5502
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*  Purdue Pharma L.P.
201 Tresser Boulevard
Stamford, CT 06901-3431

*Date:*  October 25, 2021

**Bill Number**: 953862186        **Client-Assignment Code:** 0200102-00016

| | |
|---|---:|
| Sales & Use Tax Compliance & Invoice Review | |
| June 2021 Compliance processed in July 2021 | $ 1,820.00 |
| July 2021 Compliance processed in August 2021 | 1,820.00 |
| COMPLIANCE SUBTOTAL | 3,640.00 |
| Review of May's Invoices (60 transactions) filed with June's returns due in July 2021 (filed on a one-month lag | 3,899.00 |
| Review of June's Invoices (60 transactions) filed with July's returns due in August 2021 (filed on a one-month lag) | 3,975.00 |
| INVOICE REVIEW SUBTOTAL | 7,874.00 |
| **Total Amount of Bill:** | **$ 11,514.00** |

*Terms:*  As agreed upon
Federal ID No. 36-6055558

50

**Grant Thornton**

**Grant Thornton LLP**
186 Wood Ave S # 4
Iselin, NJ 08830-2725

T 732.516.5500
F 732.516.5502
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:* Purdue Pharma L.P.
201 Tresser Boulevard
Stamford, CT 06901-3431

*Date:* October 25, 2021

**Bill Number**: 953862188  **Client-Assignment Code:** 0200102-00016

Sales & Use Tax Compliance & Invoice Review

| | |
|---|---:|
| August 2021 Compliance processed in September 2021 | $ 1,910.00 |
| Review of July's Invoices (60 transactions) filed with August's returns due in September 2021 (filed on a one-month lag | 3,135.00 |
| **Total Amount of Bill:** | **$ 5,045.00** |

*Terms:* As agreed upon
Federal ID No. 36-6055558

**Grant Thornton**

**Grant Thornton LLP**
757 3rd Avenue #9
New York, NY 10017-2013

T 212.599.0100
F 212.370.4520
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:*       Purdue Pharma L.P.
            201 Tresser Boulevard
            Stamford, CT 06901-3431

*Date:*     August 31, 2021

**Bill Number**: 953841573         **Client-Assignment Code:** 0200102-00005

| | |
|---|---:|
| Out-of-scope tax compliance services related to the preparation and review of tax basis schedules required for the 2020 Schedule K-1s for SVC Pharma, LP and Purdue Neuroscience Company. | $ 3,500.00 |
| Expenses, including an administrative expense charge of 6%. | 210.00 |
| **Total Amount of Bill:** | **$ 3,710.00** |

*Terms:*    As agreed upon
            Federal ID No. 36-6055558

52

**Grant Thornton**

Grant Thornton LLP
1100 Peachtree Street
Suite 1200
Atlanta, GA 30309

T 404.330.2000
F 404.475.0107
www.GrantThornton.com

This address should be used for correspondence only
For all payments, kindly use remittance instructions below

*To:* Purdue Pharma L.P.
201 Tresser Boulevard
Stamford, CT 06901-3431

*Date:* October 21, 2021

**Bill Number**: 953861323     **Client-Assignment Code:** 0200102-00007

| | |
|---|---|
| Various research, review and preparation of email on Canadian tax obligations in respect of Canadian based individuals | $ 1,425.00 |
| **Total Amount of Bill:** | **$ 1,425.00** |

*Terms:* As agreed upon
Federal ID No. 36-6055558

53