## Exhibit C

**Professional and Paraprofessional Fees for Fee Period**

| Individual | Title | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Professional Fees** | | | | |
| Woodhouse, Sally | Senior Vice President | $875.00 | 27.70 | $ 24,237.50 |
| Haque, Rezwan | Senior Manager | $665.00 | 122.60 | $ 81,529.00 |
| Lee, James | Senior Manager | $665.00 | 0.20 | $ 133.00 |
| Abraham, Sarah M. | Manager | $625.00 | 139.20 | $ 87,000.00 |
| Guo, Fang | Manager | $625.00 | 34.20 | $ 21,375.00 |
| Yanguas, Maria Lucia | Associate | $560.00 | 132.20 | $ 74,032.00 |
| Popov, Anton | Associate | $510.00 | 56.4 | $ 28,764.00 |
| King, Kyla M. | Research Associate | $420.00 | 56.60 | $ 23,772.00 |
| Guo, Ruihan | Analyst | $355.00 | 23.80 | $ 8,449.00 |
| Miller, Robert M. | Analyst | $355.00 | 43.40 | $ 15,407.00 |
| Delsman, Benjamin P. | Analyst | $355.00 | 41.00 | $ 14,555.00 |
| Wang, Qian | Analyst | $355.00 | 106.90 | $ 37,949.50 |
| Nandwani, Gehna | Analyst | $330.00 | 58.00 | $ 19,140.00 |
| Lan, Yuehan | Analyst | $330.00 | 5.80 | $ 1,914.00 |
| **Paraprofessional Fees** | | | | |
| Chiappetta, Sarah | Senior Information Specialist | $395.00 | 2.50 | $ 987.50 |
| Moussa, Nadine | Senior Litigation Support Specialist | $160.00 | 16.90 | $ 2,704.00 |
| Pitcher, Sara | Senior Litigation Support Specialist | $160.00 | 3.30 | $ 528.00 |
| Sobhany, Tasneema N | Litigation Support Specialist | $160.00 | 4.00 | $ 640.00 |
| ***Total*** | | | ***874.70*** | ***$443,116.50*** |