**Exhibit D**

**Fees by Project Category for Fee Period**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Claims Valuation | 840.10 | $ 419,921.50 |
| Preparation of Fee Statements/Interim Application | 34.60 | $ 23,195.00 |
| **Total** | 874.70 | $ 443,116.50 |