## **Exhibit F**

**Expense Summary**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Document Acquisition | Journal Articles | $ 40.20 |
| **Total** | | $ 40.20 |