## Exhibit G

**Customary and Comparable Compensation Disclosures for the Fee Period**

| CATEGORY OF TIMEKEEPER | Standard Rates for Professionals and Paraprofessionals at Cornerstone Research for the Fee Period[1] | Purdue Application Blended Hourly Rate |
|---|---|---|
| Vice President/ Senior Vice President | $820-$1,290 | $875.00 |
| Manager/ Senior Manager | $625-$700 | $641.58 |
| Associate | $510-$590 | $545.05 |
| Research Associate | $420-$510 | $420.00 |
| Analyst | $330-$360 | $349.28 |
| **Paraprofessionals** | | |
| Information Resources | $205-$420 | $395.00 |
| Litigation Support | $160-$175 | $160.00 |

---

[1] Rates differ within a level due to the relative experience of the staff.