JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:   212.326.3939
Facsimile:    212.755.7306

Chané Buck (*pro hac vice*)
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone:    858.314.1158
Facsimile:    844.345.3178

*Special Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**SUMMARY OF JONES DAY'S SIXTH INTERIM APPLICATION
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSES INCURRED DURING RETENTION
<u>PERIOD FROM JUNE 1, 2021 THROUGH SEPTEMBER 30, 2021</u>**

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services as: | Special Counsel |
| Date of Appointment: | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2021 through and including September 30, 2021 |
| Amount of Compensation Requested for this Period: | $1,151,574.20 (after agreed upon discount) |
| Amount of Expense Reimbursement Requested for this Period: | $91,270.27 |
| Total Amount of Compensation and Expense Reimbursement Sought for this Period: | $1,242,844.47 |
| Total Amount of Compensation Sought for this Period Already Paid Pursuant to Monthly Fee Statements: | $173,667.30 |
| Blended Rate in This Application for all Partners, Of Counsel, and Associates: | $809.36 |
| Blended Rate in This Application for all Timekeepers: | $721.94 |
| Number of Timekeepers Included in this Application: | 29 |
| Number of Timekeepers Billing Fewer Than 15 Hours: | 14 |
| This is a | __ Monthly __X_ Interim ___ Final Fee Application |

## Fee Summary for the Period from June 1, 2021 through and including September 30, 2021

| NAME | YEAR OF ADMISSION | 2021 RATE[1] | EFFECTIVE 2021 RATE[2] | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Anthony C. Chen | 1991 | $1,000 | $870.00 | 37.2 | $37,200.00 |
| Guoping Da | 2009 | $775.00 | $674.25 | 22.2 | $17,205.00 |
| Christian B. Fulda | 2002 | $875.00 | $761.25 | 1.5 | $1,312.50 |
| Matthew W. Johnson | 2007 | $850.00 | $739.50 | 1.3 | $1,105.00 |
| Gasper J. LaRosa | 2002 | $1,125.00 | $978.75 | 86.7 | $97,537.50 |
| Christopher Morrison | 2001 | $1,025.00 | $891.75 | 24.8 | $25,420.00 |
| Dan T. Moss | 2007 | $1,075.00 | $935.25 | 0.2 | $215.00 |
| John J. Normile | 1989 | $1,250.00 | $1,087.50 | 242.9 | $303,625.00 |
| **TOTAL PARTNER:** | | | | **416.8** | **$483,620.00** |
| Kelsey I. Nix | 1988 | $1,180.00 | $1,026.60 | 247.1 | $291,578.00 |
| Sven Rihm | 2005 | $675.00 | $587.25 | 2.1 | $1,417.50 |
| **TOTAL OF COUNSEL:** | | | | **249.2** | **$292,995.50** |
| Chané Buck | 2017 | $575.00 | $500.25 | 15.4 | $8,855.00 |
| Kevin V. McCarthy | 2016 | $715.00 | $622.05 | 407.7 | $291,505.50 |
| Adam M. Nicolais | 2017 | $655.00 | $569.85 | 217 | $142,135.00 |
| Jennifer Wilson | 2021 | $550.00 | $478.50 | 1.4 | $770.00 |
| Shehla Wynne | 2015 | $725.00 | $630.75 | 17.1 | $12,397.50 |
| **TOTAL ASSOCIATE:** | | | | **658.6** | **$455,663.00** |
| Florian Beutel | N/A | $225.00 | $195.75 | 5.8 | $1,305.00 |
| Jason J. Darensbourg | N/A | $350.00 | $282.75 | 91.2 | $31,920.00 |
| Kristina Horn | N/A | $425.00 | $369.75 | 10.7 | $4,547.50 |
| Morris Jackson | N/A | $175.00 | $152.25 | 1.7 | $297.50 |
| Peiling Jian | N/A | $400.00 | $348.00 | 1.5 | $600.00 |
| Brendan Y. Keenan | N/A | $250.00 | $217.50 | 1.0 | $250.00 |
| Annika Klempke | N/A | $225.00 | $195.75 | 2.0 | $450.00 |
| Shuheng Li | N/A | $325.00 | $282.75 | 27.9 | $9,067.50 |
| Marguerite Melvin | N/A | $400.00 | $348.00 | 3.0 | $1,200.00 |
| Karin Ondertoller | N/A | $225.00 | $195.75 | 2.0 | $450.00 |
| Elizabeth Pratt | N/A | $325.00 | $282.75 | 30.7 | $9,977.50 |
| Alex J. Salemmo | N/A | $175.00 | $152.25 | 1.8 | $315.00 |
| Timothy E. Solomon | N/A | $400.00 | $348.00 | 36.3 | $14,520.00 |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 54.9 | $16,470.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **270.5** | **$91,370.00** |
| **TOTAL:** | | | | **1,595.1** | **$1,323,648.50** |
| **AFTER 13% DISCOUNT:** | | | | | **$1,151,574.20** |

---

[1]  This rate reflects the agreed upon discounted rate arrangement – Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2021, Jones Day used 2020 standard billable rates in calculating amounts due for legal services performed).

[2]  This rate reflects the effective 2021 billable rate after application of the thirteen percent (13%) discount.

**Summary of Disbursements and Expenses for the Period from**
**June 1, 2021 through and including September 30, 2021**

| Expenses | Amount |
|---|---|
| Overnight Courier | $600.00 |
| Consultant Fees | $87,188.86 |
| Mailing Charges | $116.88 |
| Court Costs | $730.70 |
| Publication Expenses | $715.00 |
| US Trademark Office | $1,900.00 |
| **Total:** | **$91,270.27** |

**Blended Rate of Professionals – Total (After 13% Discount)**

| Category of Timekeepers | Blended Rate | Total Hours | Total Compensation | Total Compensation (after discount) |
|---|---|---|---|---|
| Partners & Counsel | $1,014.50 | 666 | $776,615.50 | $675,655.49 |
| Associates | $601.92 | 658.6 | $455,663.00 | $396,426.81 |
| Legal Support | $293.87 | 270.5 | $91,370.00 | $79,491.90 |
| **TOTAL** | **$721.94** | **1,595.1** | **$1,323,648.50** | **$1,151,574.20** |

**Comparable and Customary Compensation Disclosure**

| Category of Timekeepers | Blended Rate[1] Comparable Non-Bankruptcy Invoices[2] | Blended Rate This Compensation Period[3] |
|---|---|---|
| Partners & Counsel | $1,051.00 | $1,014.50 |
| Associates | $591.00 | $601.92 |
| Legal Support | $344.00 | $293.87 |
| **TOTAL** | **$749.00** | **$721.94** |

---

[1]   Pursuant to ¶ C.3.a.i.b of the Guidelines, "Comparable Non-Bankruptcy Invoices" provides the blended hourly rate for the aggregate of "[a]ll timekeepers in each of [Jones Day's] domestic offices in which timekeepers collectively billed at least 10% of the hours to the bankruptcy case during the [Compensation Period]."  During the Compensation Period, no office other than the New York office billed at least 10% of the hours to the bankruptcy case.

[2]   Jones Day calculated the average hourly rate for Comparable Non-Bankruptcy Invoices by dividing the total dollar amount billed by each class of timekeepers during the applicable period by the total amount of hours billed by such timekeepers during the Compensation Period (excluding all data from timekeepers practicing primarily in a bankruptcy group or section).

[3]   Jones Day calculated the average hourly rate for timekeepers who billed the Debtors by dividing the total dollar amount billed by each class of timekeepers by the total number of hours billed by such timekeepers during the Compensation Period.

## Monthly Fee Statements/Interim Fee Applications (Filed)

| Date and ECF No. | Fee Period | Fees Incurred | Fees Requested | Expenses Requested | Allowed Fees | Allowed Expenses | Total Fees/ Expenses Paid | Balance Remaining |
|---|---|---|---|---|---|---|---|---|
| March 16, 2020 ECF No. 948 | September 15, 2019 – January 31, 2020 | $1,067,512.46 | $1,067,512.46 (100%) | $12,001.56 | $1,046,946.21 (reduced by $20,566.25) | $12,001.56 (100%) | $1,058,947.77 | $0.00 |
| July 15, 2020 ECF No. 1406 | February 1, 2020 – May 31, 2020 | $735,002.54 | $735,002.54 (100%) | $40,243.35 | $725,002.54 (reduced by $10,000) | $40,243.35 (100%) | $765,245.89 | $0.00 |
| November 16, 2020 ECF No. 1968 | June 1, 2020 – September 30, 2020 | $640,809.81 | $640,809.81 (100%) | $10,725.56 | $620,809.81 (reduced by $20,000) | $10,725.56 (100%) | $631,535.38 | $0.00 |
| March 17, 2021 ECF No. 2510 | October 1, 2020 – January 31, 2021 | $374,357.09 | $374,357.09 (100%) | $9,729.37 | $374,357.09 (100%) | $9,729.37 (100%) | $384,087.50 | $0.00 |
| July 15, 2021 ECF No. 3207 | February 1, 2021 – May 31, 2021 | $882,115.82 | $882,115.82 (100%) | $21,909.83 | $880,797.82 (reduced by $1,318) | $21,909.83 | $ 902,707.65 | $0.00 |
| August 25, 2021 ECF No. 3667 | June 1, 2021 – June 30, 2021 | $198,094.22 | $158,475.37 (80%) | $18,191.93 | $158,475.37 (80%) | $18,191.93 | $173,667.30 | $39,618.83 |
| October 21, 2021 ECF No. 3998 | July 1, 2021 – July 31, 2021 | $304,456.94 | $243,565.55 (80%) | $89.84 | $243,565.55 (80%) | $89.84 | $0.00 | $304,546.78 |
| October 29, 2021 ECF No. 4047 | August 1, 2021 – August 31, 2021 | $361,939.14 | $289,551.31 (80%) | $50,802.66 | $289,551.31 (80%) | $50,802.66 | $0.00 | $412,741.78 |
| November 10, 2021 ECF 4093 | September 1, 2021 – September 30, 2021 | $287,083.91 | $229,667.12 (80%) | $22,185.84 | $229,667.12 (80%) | $22,185.84 | $0.00 | $309,269.74 |
| **TOTAL** | | **$4,851,371.90** | **$4,621,057.05** | **$185,879.94** | **$4,569,172.82** | **$185,879.94** | **$3,916,191.49** | **$1,066,177.13** |

JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

Chané Buck (*pro hac vice*)
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone:    858.314.1158
Facsimile:    844.345.3178

*Special Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**JONES DAY'S SIXTH INTERIM APPLICATION FOR
ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSES INCURRED DURING RETENTION
PERIOD FROM JUNE 1, 2021 THROUGH SEPTEMBER 30, 2021**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Jones Day, special counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby files its sixth interim application (this "Application"), pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Bankruptcy Rules"), for (i) allowance of compensation in the amount of $1,151,574.20 (as discounted from $1,323,648.50) for professional services rendered for the Debtors and (ii) reimbursement of actual and necessary expenses incurred in the amount of $91,270.27, for the period from June 1, 2021 through and including September 30, 2021 (the "Compensation Period"). In support of this Application, Jones Day respectfully represents as follows:

## Background

### *General Background*

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to manage and operate their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee has been appointed in the Debtors' chapter 11 cases (the "Chapter 11 Cases") as of the date hereof.

2. Background information regarding the Debtors and these Chapter 11 Cases, including the Debtors' business operations, corporate structure, financial condition and the events leading up to these Chapter 11 Cases, is set forth in the *Debtors' Informational Brief* filed on September 16, 2019 [ECF No. 17].

3.      On December 5, 2019, the Debtors filed an *Application of the Debtors for an Order Authorizing them to Retain and Employ Jones Day as Special Counsel Nunc Pro Tunc to the Petition Date* [ECF No. 601].

4.      On December 20, 2019, this Court entered an *Order Authorizing the Debtors to Retain and Employ Jones Day as Special Counsel Nunc Pro Tunc to the Petition Date* [ECF No. 690].

5.      On April 8, 2020, the Court entered an order appointing an independent fee examiner (the "Fee Examiner") in these Chapter 11 Cases [ECF No. 1023].

6.      Jones Day has been representing the Debtors since 2004 in connection with intellectual property prosecution and litigation, including Hatch-Waxman patent litigation and related matters.  Additionally, over the years Jones Day has provided the Debtors with general intellectual property related counseling and opinion work.  Over the course of the engagement, Jones Day attorneys have worked closely with the Debtors' management and in-house counsel and, as a result, have acquired extensive knowledge of the Debtors' history, intellectual property portfolio, litigation needs and related matters.

7.      During the Compensation Period, Jones Day has continued providing the Debtors with targeted advice on discrete matters of patent and intellectual property law. Additionally, Jones Day continued representing the Debtors in connection with several active patent litigation matters.  Jones Day now seeks compensation for services rendered and reimbursement of expenses incurred in connection with the aforementioned representation.

**Statements by Jones Day**

8.      Jones Day makes the following statements consistent with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013* (the "U.S.

-3-

Trustee Guidelines") and the *General Order M-447, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases* (the "Local Guidelines").

**Statements by Jones Day Pursuant to Section C(5) of
the U.S. Trustee Guidelines – Certain Fee and Rate Matters**

9.      Consistent with the pre-petition practice, Jones Day agreed to charge the Debtors lower billing rates than the standard rates customarily billed by the firm.  For 2021, Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, Jones Day used 2020 billable rates for 2021 in calculating amounts due for legal services performed), and the current rates are also subject to a thirteen percent (13%) discount.

10.      None of the hourly rates of Jones Day's professionals and paralegals included in this Application have been varied based on the geographic location of these Chapter 11 Cases.

11.      This Application includes minimal time (0.6 hours) related to reviewing time records to ensure the protection of any privileged or other confidential information and revising invoices that are separate from the reasonable fees incurred for preparing the Monthly Fee Statements (as defined below) or this Application.

**Statements by Jones Day Pursuant to Section C(6) of the
U.S. Trustee Guidelines — Information About Budget and Staffing Plans**

12.      Jones Day and the Debtors agreed to a budget for each significant litigation matter being handled by Jones Day during the Compensation Period.  The fees sought in this Application are in line with the budget discussed with and approved by the Debtors.  For matters for which no budget was agreed upon, the work flow was not as predictable and hours expended were not as susceptible to estimation.

**Jurisdiction and Venue**

13.     The Court has subject matter jurisdiction to consider this matter pursuant to

28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Relief Requested and Reasons Therefore**

*Authority for Relief*

14.     Jones Day makes this Application (a) pursuant to sections 330(a) and 331

of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1; and

(b) consistent with (i) the U.S. Trustee Guidelines, (ii) Local Guidelines and (iii) the *Order*

*(I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for*

*Retained Professionals and (II) Granting Related Relief* [ECF No. 529] (the "Interim

Compensation Procedures Order" and, collectively with the U.S. Trustee Guidelines and the Local

Guidelines, the "Guidelines").

*Request for Interim Allowance of*
*Compensation and Reimbursement of Expenses*

15.     Jones Day hereby seeks interim (i) allowance of compensation in the

amount of $1,151,574.20 (as discounted from $1,323,648.50) for professional services rendered

for the Debtors and (ii) reimbursement of actual and necessary expenses incurred in the amount

of $91,270.27 for the Compensation Period.  This is the sixth interim application for

reimbursement of fees and expenses filed by Jones Day in connection with the Debtors' Chapter

11 Cases.

16.     Pursuant to Local Bankruptcy Rule 2016-1, section A(3) of the Local

Guidelines and Section C of the U.S. Trustee Guidelines, prefixed to this Application and

incorporated herein are the following:

(a)  a cover sheet summarizing the contents of this Application;

(b)  a schedule identifying all Jones Day professionals and legal support staff who performed services in these Chapter 11 Cases during the Compensation Period, including, with respect to each professional or paraprofessional, as applicable, his or her title or position, date of first admission, number of hours and fees billed, current and initial billing rate and the number of rate increases (if any) since the commencement of these Chapter 11 Cases;

(c)  a summary of actual and necessary expenses that Jones Day incurred during the Compensation Period in connection with the performance of professional services for the Debtors, and for which it seeks reimbursement herein;

(d)  computation of blended hourly rate for persons who billed time during the Compensation Period; and

(e)  a summary of total compensation and expenses previously awarded by the court.

17.  In addition, (a) the certification of John J. Normile with respect to the Application in accordance with the Local Guidelines is attached hereto as <u>Exhibit A</u>; (b) a table identifying the number of hours and amount of fees requested by each Jones Day timekeeper is attached hereto as <u>Exhibit B</u>; (c) a summary of the expenses incurred by Jones Day during the Compensation Period in performing professional services to the Debtors and the bankruptcy estate is attached hereto as <u>Exhibit C</u>; (d) a table identifying, by project category, the number of hours worked and amount of fees requested as compared to the agreed-upon budget is attached hereto as <u>Exhibit D</u>; and (e) detailed time records for the Compensation Period are attached hereto as <u>Exhibit E</u>.[2]

---

[2]  The time records included in <u>Exhibit E</u> have been redacted to protect privileged and sensitive information.

***Prior Payments to Jones Day***

18.    In accordance with the Interim Compensation Procedures Order, Jones Day filed the following first, second, third, fourth, and fifth interim fee applications (the "Interim Fee Applications") and monthly fee statements (the "Monthly Fee Statements"):

a.    On March 16, 2020, Jones Day filed the *First Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from September 15, 2019 to January 31, 2020* [ECF No. 948], seeking allowance of $1,067,512.46 (after application of agreed upon discount) in fees for services rendered and reimbursement of $12,001.56 in expenses incurred in connection with the services provided for the Debtors.  The Court approved this application subject to a $20,566.25 reduction agreed upon between Jones Day and the Fee Examiner.

b.    On July 15, 2020, Jones Day filed the *Second Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from February 1, 2020 to May 31, 2020* [ECF No. 1406], seeking allowance of $735,002.54 (after application of agreed upon discount) in fees for services rendered and reimbursement of $40,243.35 in expenses incurred in connection with the services provided for the Debtors.  The Court approved this application subject to a $10,000.00 reduction agreed upon between Jones Day and the Fee Examiner.

c.    On November 16, 2020, Jones Day filed the *Third Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from June 1, 2020 to September 30, 2020* [ECF No. 1968], seeking allowance of $640,809.81 (after application of agreed upon discount) in fees for services rendered and reimbursement of $10,725.56 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application subject to a $20,000.00 reduction agreed upon between Jones Day and the Fee Examiner.

d.    On March 17, 2021, Jones Day filed the *Fourth Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from October 1, 2020 to January 31, 2021* [ECF No. 2510], seeking allowance of $374,357.09 (after application of agreed upon discount) in fees for services rendered and

reimbursement of $9,729.37 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application.

e.  On July 15, 2020, Jones Day filed the *Fifth Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from February 1, 2021 to May 31, 2021* [ECF No. 3207], seeking allowance of $882,115.82 (after application of agreed upon discount) in fees for services rendered and reimbursement of $21,909.83 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application subject to a $1,318.00 reduction agreed upon between Jones Day and the Fee Examiner.

f.  On August 25, 2021, Jones Day filed and served the *Twentieth Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from June 1, 2021 through June 30, 2021* [ECF No. 3667], seeking allowance of $198,094.22 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $18,191.93 in expenses incurred in connection with the services provided for the Debtors.

g.  On October 21, 2021, Jones Day filed and served the *Twenty-First Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from July 1, 2021 through July 31, 2021* [ECF No. 3998], seeking allowance of $ 304,456.94 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $89.84 in expenses incurred in connection with the services provided for the Debtors.

h.  On October 29, 2021, Jones Day filed and served the *Twenty-Second Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from August 1, 2021 through August 31, 2021* [ECF No. 4047], seeking allowance of $361,939.14 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $50,802.66 in expenses incurred in connection with the services provided for the Debtors.

i.  On November 11, 2021, Jones Day filed and served the *Twenty-Third Monthly Fee Statement of Jones Day for Compensation for*

*Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from September 1, 2021 through September 30, 2021* [ECF No. 4093], seeking allowance of $287,083.91 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $22,185.84 in expenses incurred in connection with the services provided for the Debtors.

19.    To date, Jones Day has received $3,916,191.49 on account of the aforementioned Interim Fee Applications and Monthly Fee Statements.

**Services Provided by Jones Day by Project Category**

20.    The following is a brief description of the principal activities of Jones Day's professionals during the Compensation Period for each project category, consistent with the requirements of the Interim Compensation Procedures Order, section C(8)(c) of the U.S. Trustee Guidelines and section A(4)(iii) of the Local Guidelines.  For each project category, the narrative summary provides a description of the project, its necessity and benefit to the estate and its status, including any pending litigation for which compensation and reimbursement are requested. Exhibits D and E provide the remaining information required by the Interim Compensation Procedures Order, section C(8)(c) of the U.S. Trustee Guidelines and section A(4)(iii) of the Local Guidelines, including, for each project category, (a) the identity of each person providing services on the project, (b) a statement of the number of hours spent and the amount of compensation requested for each timekeeper on the project, and (c) a detailed description of each individual's activities.

(1)    ***Purdue Pharma L.P., et al. v Collegium Pharmaceuticals (1,220.9 hours)***

21.    During the Compensation Period, Jones Day professionals advised the Debtors with respect to this on-going litigation matter, including drafting and revising the lift stay motion and other submissions to the Court in support thereof; preparing for and attending

multiple status conferences before the Court; drafting and revising supplemental submissions to the Court concerning pending motions to stay and to strike; reviewing and analyzing documents produced by defendants and third parties; reviewing and analyzing Collegium's motion to dismiss, and drafting and revising the first amended complaint filed by the Debtors following such review and analysis; responding to Collegium's motion to dismiss the first amended complaint; preparing for claim construction proceedings before the Court; and performing legal research on various topics. Jones Day further advised the Debtors with respect to strategic decisions in connection with this litigation.

**(2)    *Collegium 961 PGR (13.2 hours)***

22.    During the Compensation Period, Jones Day professionals advised the Debtors with respect to this on-going litigation matter, including correspondence with Collegium and the Patent Trial and Appeal Board concerning the Debtor's pending motion to terminate and related review and analysis of case filings.

**(3)    *Strategic Corporate Advice (27.3)***

23.    During the Compensation Period, Jones Day professionals dedicated time to preparing for and participating in numerous meetings and telephonic conferences with the Debtors and their primary counsel and preparing various legal memoranda related to representation of the Debtors. Jones Day professionals also considered overall litigation strategy and other intellectual property issues in light of the bankruptcy proceedings.

**(4)    *Accord Healthcare Inc. (112.9 hours)***

24.    During the Compensation Period, Jones Day professionals advised the Debtors with respect to this on-going litigation matter, including reviewing and analyzing documents produced by defendants in said matter, reviewing and analyzing defendant Accord Healthcare's answer and counterclaims, drafting and revising the documents to be filed by the

Debtors following said review and analysis; drafting and revising discovery requests to Accord; drafting and revising initial infringement contentions; and reviewing and analyzing Accord's initial invalidity contentions.  Jones Day further advised the Debtors with respect to strategic decisions in connection with this litigation.

### (5) *Article 76 Patent Linkage Litigation (164.2 hours)*

25.     The work performed on this matter is highly confidential.

### (4) *Retention Matters (56.6 hours)*

26.     During the Compensation Period, Jones Day professionals prepared Jones Day's fifth interim fee application and one Monthly Fee Statement.  Jones Day professionals also spent time attending hearings and preparing budgets.

### (6)     *The Requested Fees Are Reasonable*

27.     The amount of fees sought by Jones Day is appropriate given the issues presented by the Debtors' Chapter 11 Cases.  In addition, these fees are commensurate with fees that other attorneys of comparable experience and expertise have charged and been awarded in similar chapter 11 cases.  Jones Day's work on the aforementioned active litigation matters, including advising the Debtors with respect to preservation of rights in pending litigation matters in light of the bankruptcy proceedings, is beneficial to the Debtors, the Debtors' estates and other parties in interest and furthers the Debtors' ultimate goal of maximizing the value of the estates for the benefit of all parties in interest.

### Expenses Incurred By Jones Day

28.     Section 330 of the Bankruptcy Code authorizes "reimbursement for actual, necessary expenses" incurred by professionals employed in a chapter 11 case.  11 U.S.C. § 330. Accordingly, Jones Day seeks interim allowance of reimbursement of expenses incurred during the Compensation Period, in the amount of $91,270.27.  During the Compensation Period, the bulk

of expenses was incurred in connection with consultant fees.  Incurrence of these expenses was essential to the preservation of the Debtors' assets during the bankruptcy proceedings.  The expenses for which Jones Day seeks reimbursement are reasonable, actual and necessary, and are of the kind customarily billed to non-bankruptcy clients.

29.    Consistent with section C(13) of the U.S. Trustee Guidelines and sections A(4)(vi) and A(5)(iii) of the Local Guidelines, the expense details attached as <u>Exhibits C</u> and <u>E</u> hereto identify the expenses sought to be reimbursed herein in chronological order, including for each expense (a) the amount, (b) a description and pertinent detail, (c) the date(s) incurred, (d) the Jones Day professional or paralegal that incurred the expense (if relevant) and (e) the reason for the expense.

30.    In accordance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Guidelines, Jones Day maintains the following policies with respect to expenses for which reimbursement is sought herein:

(a)    No amortization of the cost of any investment, equipment or capital outlay is included in the expenses.  In addition, for those items or services that Jones Day purchased or contracted from a third party (such as consultants), Jones Day seeks reimbursement only for the exact amount billed to Jones Day by the third party vendor and paid by Jones Day to the third party vendor.

(b)    Photocopying by Jones Day, to the extent charged, was charged at 10 cents per page.  To the extent practicable, Jones Day utilized less expensive outside copying services.

(c)    The time pressures associated with the services rendered by Jones Day frequently required Jones Day's professionals and paralegals to devote substantial amounts of time during the evenings and on weekends.  Jones Day has not charged the Debtors for secretarial and other staff overtime expense.

31.    Jones Day believes that this Application reflects all expenses incurred during the Compensation Period.  To the extent any such expenses have not yet been billed as of

the date of filing of this Application, however, due to, for example, delays in the applicable billing cycle, Jones Day reserves the right to supplement this Application to include such expenses at or prior to the hearing thereon or to seek reimbursement of such expenses in connection with the next interim compensation period.

## Adjustment to Fees and Expenses

32.    Consistent with its own internal policies and to comply with the "reasonableness" requirements of section 330 of the Bankruptcy Code, Jones Day has reviewed the service descriptions and expense detail associated with the Compensation Period and has determined that certain fees should not be charged to the Debtors.  Jones Day wrote off a total sum of $1,783.00 during the Compensation Period.  The adjustments made by Jones Day result from, among other things:  (a) the reduction (or elimination) of fees where the time charged for the particular services exceeded the amount of time that, in Jones Day's estimation, it should have taken the lawyer or the paraprofessional to render the services; (b) the deletion of charges for duplicative or nonproductive services; and (c) other adjustments considered appropriate by Jones Day or required by applicable rules.

## The Requested Compensation Should Be Allowed

33.    Section 330(a)(1) of the Bankruptcy Code provides that the Court may award a professional person employed under section 327 or 1103 of the Bankruptcy Code:

> (A)    reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
>
> (B)    reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).  Section 330(a)(3)(A) further provides the following standards for the Court's review of a fee application:

In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—

1.      the time spent on such services;

2.      the rates charged for such services;

3.      whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

4.      whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

5.      with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

6.      whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3)(A).

34.      Jones Day respectfully submits that it has satisfied the requirements for the allowance of the compensation and reimbursement of expenses sought herein.  The services described above were necessary to the administration of the Debtors' Chapter 11 Cases and were beneficial to the Debtors and parties in interest.  Jones Day's services were often performed in a minimum amount of time and commensurate with the complexity of the matters facing the Debtors.  Further, the compensation sought by Jones Day is reasonable because it is based on the customary compensation charged by comparably skilled practitioners outside of bankruptcy.

### **Review by the Debtors**

35.      The Debtors and the U.S. Trustee have received copies of the Monthly Fee Statements filed in these Chapter 11 Cases and had the opportunity to review the invoices for the Compensation Period.

## **Notice**

36.     Notice of this Application has been provided in accordance with procedures set forth in the Interim Compensation Procedures Order and the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* [ECF No. 498]. Jones Day respectfully submits that no other or further notice need be provided.

WHEREFORE, Jones Day respectfully requests that the Court enter an order: (i) approving this Application; (ii) allowing on an interim basis compensation in the amount of $1,151,574.20 for professional services rendered by Jones Day during the Compensation Period; (iii) allowing on an interim basis reimbursement of expenses of $91,270.27 incurred by Jones Day during the Compensation Period; (iv) authorizing and directing the Debtors to pay the approved fees and expenses to Jones Day; and (v) granting such other and further relief to Jones Day as is just and proper.

Dated:  November 15, 2021  
        New York, New York

Respectfully submitted,

/s/ *Anna Kordas*  
JONES DAY  
John J. Normile  
Anna Kordas  
JONES DAY  
250 Vesey Street  
New York, New York  10281  
Telephone: 212.326.3939  
Facsimile:  212.755.7306  
Email:      jnormile@jonesday.com  
            akordas@jonesday.com  
– and –

Chané Buck (*pro hac vice*)  
4655 Executive Drive, Suite 1500  
San Diego, CA 92121  
Telephone: (858) 314-1158  
Facsimile: (844) 345-3178  
Email: cbuck@jonesday.com

*Special Counsel to the Debtors*

## EXHIBIT A

**Certification of John J. Normile**

JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

Chané Buck (*pro hac vice*)
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone:    858.314.1158
Facsimile:    844.345.3178
*Special Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

### CERTIFICATION OF JOHN J. NORMILE

I, John J. Normile, hereby certify as follows:

1.    I am a partner in the law firm of Jones Day.  I submit this certification with respect

to *Jones Day's Sixth Interim Application for Allowance of Compensation for Services Rendered and*

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from June 1, 2021 through September 30, 2021* (the "<u>Application</u>").[2]

2.      I make this certification in accordance with the Local Guidelines and the U.S. Trustee Guidelines.

3.      In connection therewith, I hereby certify that:

(a)      I have read the Application;

(b)      To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the Local Guidelines and the U.S. Trustee Guidelines;

(c)      Except to the extent that fees or disbursements are prohibited by the Local Guidelines or the U.S. Trustee Guidelines, the disbursements sought are billed at rates customarily employed by Jones Day and generally accepted by Jones Day's clients;

(d)      The fees sought are billed at the rates lower than the rates customarily employed by Jones Day and generally accepted by Jones Day's clients as an accommodation to the Debtors and upon mutual agreement;

(e)      In providing a reimbursable service included in its expense reimbursement request, Jones Day does not make a profit on that service, whether the service is performed by Jones Day in-house or through a third party;

(f)      With respect to B.2 of the Local Guidelines, I certify that Jones Day has previously provided monthly statements of Jones Day's fees and disbursements in accordance with section B.2 of the Local Guidelines by filing and serving monthly statements in accordance with the Interim Compensation Procedures Order; and

---

[2]      All capitalized terms used but not defined herein have the meanings given to them in the Application.

(g)     With respect to section B.3 of the Local Guidelines, I certify that the Debtors and the U.S. Trustee have received copies of the Monthly Fee Statements filed in these Chapter 11 Cases.

<u>Statements by Jones Day Pursuant to Section C.5 of the U.S. Trustee Guidelines</u>

4.     The following statement is provided pursuant to section C.5 of the U.S. Trustee Guidelines:

(a)     **Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?

**Answer:** Prior to the Petition Date, the Debtors and Jones Day agreed to a discounted fee arrangement. Jones Day and the Debtors agreed to maintain this discounted fee arrangement following the Petition Date.

(b)     **Question:** If the fees sought in the fee application as compared to the fees budgeted for the time period covered by the fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

**Answer:** The fees sought in this Application do not exceed the budget contemplated for each significant litigation matter during the Compensation Period discussed with and approved by the Debtors. For matters for which no budget was agreed upon, the work flow was not as predictable and hours expended were not susceptible to estimation.

(c)     **Question:** Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**Answer:** No.

(d)     **Question:** Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices other than reasonable fees for preparing fee applications? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.

**Answer:** No.

(e)     **Question:** Does the fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

**Answer:** Yes, the application includes 0.6 hours spent on redacting privileged and confidential information from the time records.

(f)   **Question:**  If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

**Answer:**  This Application does not include any rate increases for Jones Day's professionals' fees implemented during this Compensation Period.

Dated:  November 15, 2021
        New York, New York

Respectfully submitted,

*/s/ John J. Normile*
John J. Normile
JONES DAY
250 Vesey Street
New York, New York  10281
Telephone: 212.326.3939
Facsimile: 212.755.7306
Email:    jnormile@jonesday.com

*Special Counsel to the Debtors*

# **EXHIBIT B**

**Summary of Professionals for Compensation Period**

## SUMMARY OF PROFESSIONALS/STAFF FOR COMPENSATION PERIOD

| NAME | YEAR OF ADMISSION | 2021 RATE[1] | EFFECTIVE 2021 RATE[2] | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Anthony C. Chen | 1991 | $1,000 | $870.00 | 37.2 | $37,200.00 |
| Guoping Da | 2009 | $775.00 | $674.25 | 22.2 | $17,205.00 |
| Christian B. Fulda | 2002 | $875.00 | $761.25 | 1.5 | $1,312.50 |
| Matthew W. Johnson | 2007 | $850.00 | $739.50 | 1.3 | $1,105.00 |
| Gasper J. LaRosa | 2002 | $1,125.00 | $978.75 | 86.7 | $97,537.50 |
| Christopher Morrison | 2001 | $1,025.00 | $891.75 | 24.8 | $25,420.00 |
| Dan T. Moss | 2007 | $1,075.00 | $935.25 | 0.2 | $215.00 |
| John J. Normile | 1989 | $1,250.00 | $1,087.50 | 242.9 | $303,625.00 |
| **TOTAL PARTNER:** | | | | **416.8** | **$483,620.00** |
| Kelsey I. Nix | 1988 | $1,180.00 | $1,026.60 | 247.1 | $291,578.00 |
| Sven Rihm | 2005 | $675.00 | $587.25 | 2.1 | $1,417.50 |
| **TOTAL OF COUNSEL:** | | | | **249.2** | **$292,995.50** |
| Chané Buck | 2017 | $575.00 | $500.25 | 15.4 | $8,855.00 |
| Kevin V. McCarthy | 2016 | $715.00 | $622.05 | 407.7 | $291,505.50 |
| Adam M. Nicolais | 2017 | $655.00 | $569.85 | 217 | $142,135.00 |
| Jennifer Wilson | 2021 | $550.00 | $478.50 | 1.4 | $770.00 |
| Shehla Wynne | 2015 | $725.00 | $630.75 | 17.1 | $12,397.50 |
| **TOTAL ASSOCIATE:** | | | | **658.6** | **$455,663.00** |
| Florian Beutel | N/A | $225.00 | $195.75 | 5.8 | $1,305.00 |
| Jason J. Darensbourg | N/A | $350.00 | $282.75 | 91.2 | $31,920.00 |
| Kristina Horn | N/A | $425.00 | $369.75 | 10.7 | $4,547.50 |
| Morris Jackson | N/A | $175.00 | $152.25 | 1.7 | $297.50 |
| Peiling Jian | N/A | $400.00 | $348.00 | 1.5 | $600.00 |
| Brendan Y. Keenan | N/A | $250.00 | $217.50 | 1.0 | $250.00 |
| Annika Klempke | N/A | $225.00 | $195.75 | 2.0 | $450.00 |
| Shuheng Li | N/A | $325.00 | $282.75 | 27.9 | $9,067.50 |
| Marguerite Melvin | N/A | $400.00 | $348.00 | 3.0 | $1,200.00 |
| Karin Ondertoller | N/A | $225.00 | $195.75 | 2.0 | $450.00 |
| Elizabeth Pratt | N/A | $325.00 | $282.75 | 30.7 | $9,977.50 |
| Alex J. Salemmo | N/A | $175.00 | $152.25 | 1.8 | $315.00 |
| Timothy E. Solomon | N/A | $400.00 | $348.00 | 36.3 | $14,520.00 |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 54.9 | $16,470.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **270.5** | **$91,370.00** |
| | | | **TOTAL:** | **1,595.1** | **$1,323,648.50** |
| | | | **AFTER 13% DISCOUNT:** | | **$1,151,574.20** |

---

[1]    This rate reflects the agreed upon discounted rate arrangement – Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2021, Jones Day used 2020 standard billable rates in calculating amounts due for legal services performed).

[2]    This rate reflects the effective 2021 billable rate after application of the thirteen percent (13%) discount.

## **EXHIBIT C**

**Summary of Disbursements and Expenses for Compensation Period**

## SUMMARY OF DISBURSEMENTS AND EXPENSES
## FOR COMPENSATION PERIOD

| Expenses | Amount |
|---|---|
| Overnight Courier | $600.00 |
| Consultant Fees | $87,188.86 |
| Mailing Charges | $116.88 |
| Court Costs | $730.70 |
| Publication Expenses | $715.00 |
| US Trademark Office | $1,900.00 |
| **Total:** | **$91,270.27** |

# **EXHIBIT D**

**Summary of Compensation Requested by Project Category**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND COMPLIANCE WITH THE BUDGET

| Matter | Hours Billed this Compensation Period | Fees Incurred this Compensation Period (after application of 13% discount) | Agreed Upon Budget for this Compensation Period |
|---|---|---|---|
| Collegium Pharmaceuticals | 1,220.9 | $914,547.92 | $925,000.00 |
| Collegium 961 PGR | 13.2 | $13,774.71 | $20,000.00 |
| Strategic Corporate Advice | 27.3 | $18,044.24 | N/A |
| Accord Healthcare Inc. | 112.9 | $80,351.46 | $335,000.00 |
| Retention Matters | 56.6 | $38,902.05 | N/A |
| Article 76 Patent Linkage Litigation | 164.2 | $85,953.83 | $310,000.00 |
| **Total:** | **1,595.1** | **$1,151,574.20** | **$1,590,000.00** |

**<u>EXHIBIT E</u>**

**Time Detail for June 1, 2021 through September 30, 2021**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

August 20, 2021

305158.610005
Invoice: 210901907

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through June 30, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 177,292.50 |
| Less 13% Discount | | (23,048.03) |
| Total Billed Fees | USD | 154,244.47 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Consultants and Agents Fees | 13,990.20 | | |
| Courier Services | 18.83 | | |
| Court Reporter Fees | 67.90 | | |
| Filing Fees and Related | 200.00 | | |
| | | USD | 14,276.93 |
| **TOTAL** | | **USD** | **168,521.40** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                      Citibank, N.A.
New York, NY                       New York, NY
Account Name:  Jones Day           Account Name:  Jones Day
Account No:  37026407              Account No:  37026407
ABA No:  021000089                 ABA No:  021000089
                                   Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610005/210901907 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| G J Larosa | 13.00 | 1,125.00 | 14,625.00 |
| C M Morrison | 6.90 | 1,025.00 | 7,072.50 |
| J J Normile | 44.70 | 1,250.00 | 55,875.00 |
| Of Counsel | | | |
| K I Nix | 33.60 | 1,180.00 | 39,648.00 |
| Associate | | | |
| K McCarthy | 7.50 | 715.00 | 5,362.50 |
| A M Nicolais | 67.90 | 655.00 | 44,474.50 |
| Paralegal | | | |
| J J Darensbourg | 16.10 | 350.00 | 5,635.00 |
| T E Solomon | 3.00 | 400.00 | 1,200.00 |
| Manager | | | |
| K Horn | 8.00 | 425.00 | 3,400.00 |
| **TOTAL** | **200.70** | **USD** | **177,292.50** |

# JONES DAY

305158.610005

Page: 3
August 20, 2021
Invoice: 210901907

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 06/01/21 | G J Larosa | 1.00 |

Communicate (with client) and in firm regarding ▮▮▮▮▮▮▮▮▮▮▮

| 06/01/21 | K I Nix | 1.90 |

Teleconference ▮▮▮▮▮▮▮ and preparation for same (1.0); studied ▮▮▮▮▮▮▮▮ and email to J. Normile summarizing same (.9).

| 06/01/21 | J J Normile | 1.50 |

Preparation for and participation in weekly team teleconference with B. Koch, R. Inz, R. Kreppel, P. Hendler and A. Nicolais and review of various background materials regarding same.

| 06/01/21 | T E Solomon | 3.00 |

Retrieve production documents, volume PCLG018 from vendor, TCDI, and review and prepare them for production.

| 06/02/21 | J J Darensbourg | 0.80 |

Manage/serve document production on opposing counsel.

| 06/02/21 | K I Nix | 0.40 |

Work regarding ▮▮▮▮▮▮▮ (.2) and reviewed J. Normile's comments regarding same (.2).

| 06/03/21 | K I Nix | 1.20 |

E-mails with B. Koch, R. Kreppel, J. Normile and ▮▮▮▮▮▮▮ (.5) worked on ▮▮▮▮▮▮▮ (.7).

| 06/03/21 | J J Normile | 0.30 |

Review of various correspondence regarding ▮▮▮▮▮▮▮

| 06/04/21 | C M Morrison | 0.40 |

File PHV motion for Gasper La Rosa (.2); confer with A. Nicolais regarding subpoenas (.2).

| 06/04/21 | A M Nicolais | 2.00 |

Edits/revisions to subpoenas to Pantheon and Collegium (1.2); drafting cover sheets, court form and notice of subpoenas (.5); communication in firm re same (.1); coordinating service re same (.2).

| 06/04/21 | K I Nix | 0.60 |

Reviewed Collegium's subpoenas to Noramco for documents and testimony.

| 06/04/21 | J J Normile | 1.50 |

((Review of Collegium's motion to dismiss plaintiff's first amended complaint and related correspondence (1.0); review of correspondence relating to ▮▮▮▮▮▮▮ (.50).))

# JONES DAY

305158.610005                                                                                                    Page: 4
August 20, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                           Invoice: 210901907

| 06/07/21 | G J Larosa | 2.00 |
|---|---|---|

Conferred in firm and with client regarding ███████████ (1.5) ((and attention to discovery and case management (.5))).

| 06/07/21 | C M Morrison | 0.40 |
|---|---|---|

Confer internally regarding third party subpoenas and strategy for discovery.

| 06/07/21 | A M Nicolais | 7.30 |
|---|---|---|

Meeting with J. Normile and G. LaRosa re Collegium case status (.3); ((meeting with Collegium case team re Collegium's motion to dismiss and 3rd party subpoenas (.3);)) review/analyze Collegium's motion to dismiss (1.0); begin drafting opposition to Collegium's motion to dismiss (3.0); legal research re same (2.0); edits/revisions to ███████████ ███████████████████ (.5); communication in firm re same (.2).

| 06/07/21 | K I Nix | 0.30 |
|---|---|---|

Reviewed e-mail ((from C. Pinahs regarding alleged deficiencies in infringement contentions.))

| 06/07/21 | J J Normile | 3.40 |
|---|---|---|

Preparation for and participation in teleconference with G. LaRosa and A. Nicolais regarding outstanding discovery matters (.50); preparation for and participation in weekly team teleconference including B. Koch, R. Silbert, R. Kreppel, R. Inz, P. Hendler, G. LaRosa and A. Nicolais (.80); preparation for and participation in teleconference with C. Morrison, P. Hendler, G. LaRosa and A. Nicolais regarding Collegium's motion to dismiss the 434 complaint (1.0); ((review of correspondence regarding ████████████████ ██████ (.30); review of correspondence from C. Pinahs regarding meet and confer on discovery matters including review of background materials (.80).))

| 06/08/21 | K Horn | 0.50 |
|---|---|---|

Attention to requests for deposition transcripts for P. Hendler (.30) and subpoena information J. Darensbourg (.20).

| 06/08/21 | A M Nicolais | 6.60 |
|---|---|---|

Continue drafting Opposition to Collegium's motion to dismiss (4.0); legal research re same (2.6).

| 06/08/21 | K I Nix | 0.60 |
|---|---|---|

((Reviewed ██████████████████████

| 06/09/21 | J J Darensbourg | 1.10 |
|---|---|---|

Manage shared database of attorneys of correspondence, discovery, and pleadings regarding request for meet and confer, LaRosa Pro Have Vice Motion, and document production.

| 06/09/21 | G J Larosa | 1.00 |
|---|---|---|

Communicate (in firm) and with other outside counsel regarding ████████████████████████ ██████ and prepared for same.

| 06/09/21 | C M Morrison | 0.50 |
|---|---|---|

Confer internally regarding upcoming meet & confer and hearing with J. Saylor.

# JONES DAY

| 06/09/21 | A M Nicolais | 2.80 |
|---|---|---|

Meeting with J. Normile, P. Hendler, G. LaRosa and C. Morrison re Collegium meet an confer re 434 infringement contentions (.3); continue drafting opposition to Collegium's motion to dismiss (1.7); incorporating edits/revisions from G. LaRosa re same (.8).

| 06/09/21 | J J Normile | 3.10 |
|---|---|---|

Preparation for and participation in teleconference with C. Morrison, G. LaRosa, A. Nicolais and P. Hendler ██████████████████████████ (1.0); review of draft opposition to Collegium's motion to dismiss (.80); ██████████████████ (1.3).))

| 06/10/21 | J J Darensbourg | 1.10 |
|---|---|---|

Manage/prepare document replacement production to be served on opposing counsel.

| 06/10/21 | C M Morrison | 0.80 |
|---|---|---|

Meet and confer call with Collegium regarding upcoming hearing.

| 06/10/21 | A M Nicolais | 1.10 |
|---|---|---|

Communication in firm re ████████████████ (.4)); meeting with B. Koch re ████████ (.7).))

| 06/10/21 | K I Nix | 2.20 |
|---|---|---|

Attention to ████████████████ and e-mails with J. Normile regarding same (.8); e-mails with K. McCarthy and J. Darensbourg regarding ████████ (.2); reviewed ████████████ (1.2).))

| 06/10/21 | J J Normile | 3.50 |
|---|---|---|

Preparation for and participation in meet and confer with counsel for Collegium regarding upcoming status conference before Judge Saylor ████████████ (2.0))); attention to preparation of opposition to Collegium's motion to dismiss the 434 complaint including ████████████████ ████ (1.5).))

| 06/11/21 | J J Darensbourg | 1.10 |
|---|---|---|

Serve replacement document production on opposing counsel.

| 06/11/21 | G J Larosa | 1.00 |
|---|---|---|

Review/analyze ████████████ and conferred in firm regarding same.

| 06/11/21 | C M Morrison | 0.80 |
|---|---|---|

Prepare for and participate in status conference with J. Saylor (.5); confer with J. Normile regarding outcomes (.3).

| 06/11/21 | A M Nicolais | 4.40 |
|---|---|---|

Draft/revise Opposition to Collegium's Motion to Dismiss (1.6); incorporating edits/revisions from P. Hendler re same (.8); continue legal research re same (1.2); ((communication in firm, ████ (.8).))

# JONES DAY

305158.610005

Page: 6
August 20, 2021
Invoice: 210901907

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| | | |
|---|---|---|
| 06/11/21 | K I Nix | 0.80 |

E-mail from B. Koch regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| | | |
|---|---|---|
| 06/11/21 | J J Normile | 2.50 |

Preparation for and participation in status conference before Judge Saylor (1.0); preparation for and participation in related teleconference with counsel for Collegium (.50) ▮▮▮▮▮▮▮▮▮▮▮▮▮ review of Judge Saylor's order denying Collegium's motion to stay proceedings relating to the 961 patent ((and related correspondence and teleconferences regarding same (.50).))

| | | |
|---|---|---|
| 06/12/21 | J J Normile | 0.80 |

Review of various correspondence regarding ▮▮▮▮▮▮▮▮▮▮ and related correspondence from C. Morrison and P. Hendler.))

| | | |
|---|---|---|
| 06/13/21 | C M Morrison | 1.20 |

Review and revise opposition to motion to dismiss (.9) and confer with A. Nicolais regarding same (.3).

| | | |
|---|---|---|
| 06/13/21 | J J Normile | 1.00 |

Review and revise draft opposition to Collegium's motion to dismiss the 434 complaint ▮▮▮▮▮▮▮ ▮▮▮▮▮▮

| | | |
|---|---|---|
| 06/14/21 | J J Darensbourg | 0.10 |

Manage shared database for attorneys of Electronic Order Denying Collegium's Motion to Stay Litigation.

| | | |
|---|---|---|
| 06/14/21 | K Horn | 1.80 |

Review files and databases for ▮▮▮▮ documents produced per K. Nix (1.0). Compile relevant documents and report findings (.8).

| | | |
|---|---|---|
| 06/14/21 | G J Larosa | 2.00 |

Draft/revise ((opposition to MTD)) and conferred in firm regarding same (1.6); and conferred with client ▮▮▮▮▮▮▮▮▮▮ (.4).

| | | |
|---|---|---|
| 06/14/21 | C M Morrison | 0.80 |

Confer with J. Normile, P. Hendler, A. Nicolais regarding opposition to motion to dismiss (.6); attention to K. Nix PHV (.2).

| | | |
|---|---|---|
| 06/14/21 | A M Nicolais | 5.60 |

Meeting with P. Hendler, J. Normile, C. Morrison and G. LaRosa re ▮▮▮▮▮▮▮▮▮▮▮ (1.0); ▮▮▮▮▮▮▮▮▮ (.7); communication in firm re same (3.4).))

| | | |
|---|---|---|
| 06/14/21 | K I Nix | 2.40 |

E-mail to B. Koch regarding ▮▮▮▮▮▮▮▮ (.4))); work regarding ▮▮▮▮▮▮▮▮▮ (2.0).))

| | | |
|---|---|---|
| 06/14/21 | J J Normile | 3.80 |

Preparation for and participation in weekly team teleconference including B. Koch, R. Inz, R. Silbert, R. Kreppel, P. Hendler and A. Nicolais (.80); ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

# JONES DAY

305158.610005

Page: 7
August 20, 2021
Invoice: 210901907

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

██████████████████████████ (1.5); review of ████████████
████████████ (1.5).))

| 06/15/21 | J J Darensbourg | 0.20 |
|---|---|---|

Prepare documents for review by P Hendler.

| 06/15/21 | K Horn | 1.10 |
|---|---|---|

Search Relativity Database for Transcripts and exhibits per P. Hendler.

| 06/15/21 | A M Nicolais | 2.50 |
|---|---|---|

Incorporating edits/revisions from B. Koch and R. Inz. re opposition to Collegium's MTD first amended complaint (1.0); reviewing Collegium production set re ████████████████ (1.1); communication in firm with P. Hendler re same (.2); communication re ((opposition brief cite check)) (.2).

| 06/15/21 | K I Nix | 0.80 |
|---|---|---|

Worked on written discovery for ████████████ (.5); studied prior discovery responses (.3).

| 06/16/21 | J J Darensbourg | 1.70 |
|---|---|---|

Manage shared database of attorneys of correspondence and pleadings regarding meet and confer with opposing counsel, Motion for Leave to Appear Pro Hac Vice Added Kelsey I Nix, replacement document production.

| 06/16/21 | K Horn | 1.20 |
|---|---|---|

Search Relativity Database for Transcripts and tag for production.

| 06/16/21 | A M Nicolais | 3.40 |
|---|---|---|

Review/analyze Collegium/Purdue interrogatories/supplements re ████████████████ (1.0))); drafting summary charts re same (2.0); communication in firm re ████████████████
██████ (.4).))

| 06/16/21 | K I Nix | 1.70 |
|---|---|---|

Worked on written discovery regarding ████████████ (.6); studied ████████████████
████████████████ (1.1).))

| 06/16/21 | J J Normile | 2.50 |
|---|---|---|

((Continued review and revision of ████████████████████████ (1.0); preparation for ████████████████████████████████ (1.5).))

| 06/17/21 | K Horn | 0.80 |
|---|---|---|

Search Relativity Database and production logs to confirm whether trial transcripts and exhibits were produced.

| 06/17/21 | G J Larosa | 2.00 |
|---|---|---|

Plan and prepare ((for written discovery)) (.7), reviewed drafts and conferred in firm and with client regarding same (1.3).

# JONES DAY

305158.610005

Page: 8
August 20, 2021
Invoice: 210901907

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| 06/17/21 | A M Nicolais | 4.60 |
|---|---|---|

Meeting with B. Koch, P. Hendler and J. Normile re ▮▮▮▮▮▮▮▮▮▮▮▮ (2.0))); plan/prepare re same (.5); final edits/revisions to ((Opp. to Collegium's MTD (1.5); communication in firm ▮▮▮▮▮ (.6).))

| 06/17/21 | J J Normile | 2.50 |
|---|---|---|

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| 06/18/21 | J J Darensbourg | 1.40 |
|---|---|---|

((Review documents for possible production to opposing counsel per P Hendler's instructions.))

| 06/18/21 | C M Morrison | 0.30 |
|---|---|---|

Finalize and file opposition to motion to dismiss (.1); confer internally regarding ▮▮▮▮▮▮▮▮ (.2).))

| 06/18/21 | K I Nix | 1.70 |
|---|---|---|

Teleconference with ▮▮▮▮▮▮▮▮▮▮ and preparation for same.

| 06/18/21 | J J Normile | 1.50 |
|---|---|---|

Review of ▮▮▮▮▮▮▮▮▮▮▮▮ and related teleconferences.

| 06/21/21 | J J Darensbourg | 1.90 |
|---|---|---|

Manage shared database for attorneys of correspondence and pleadings regarding Purdue's Opposition to Collegium's Motion to Dismiss Plaintiff's First Amended Complaint, Collegium's Preliminary Non-Infringement and Invalidity Conetntions and ((recap from meet and confer.)) Manage document production by Collegium.

| 06/21/21 | K Horn | 1.20 |
|---|---|---|

Compile documents for production, tag in Relativity and communications with vendor re: same.

| 06/21/21 | G J Larosa | 1.00 |
|---|---|---|

Communicate (with client) and in firm regarding ▮▮▮▮▮▮▮▮

| 06/21/21 | A M Nicolais | 1.00 |
|---|---|---|

((Edits/revisions to ▮▮▮▮▮▮▮▮▮▮ (.5); ▮▮▮▮▮▮ (.2); reviewing ▮▮▮▮▮▮ (.3).))

| 06/21/21 | K I Nix | 0.20 |
|---|---|---|

▮▮▮▮▮▮▮▮▮▮▮▮

| 06/21/21 | J J Normile | 3.00 |
|---|---|---|

Preparation for and participation in weekly team teleconference including B. Koch, R. Inz, R. Silbert, R. Kreppel, G. LaRosa, A. Nicolais and P. Hendler (.50); ((review ▮▮▮▮▮ (.50); review and revise ▮▮▮▮▮▮▮▮ (.50); review ▮▮▮▮▮

# JONES DAY

305158.610005

Page: 9
August 20, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 210901907

██████████████████████████████████████ (.50); review of
██████████ (1.0).))

| 06/22/21 | J J Darensbourg | 2.20 |

Manage Colleguim's Preliminary Non-Infringement and Invalidity Contentions and accompanying document production.

| 06/22/21 | G J Larosa | 1.00 |

Communicate (in firm) regarding ████████████████

| 06/22/21 | C M Morrison | 0.80 |

Confer with J. Normile and with client regarding ████████████████████

| 06/22/21 | A M Nicolais | 1.30 |

Meeting with P. Hendler, J. Normile, C. Morrison and G. LaRosa re ████████████ (.4); ████████████ (.2); drafting ████████████ (.2) communication in firm and review of ████████████████████ (.5)))

| 06/22/21 | J J Normile | 2.50 |

Preparation for and participation in teleconference with C. Morrison, A. Nicolais and P. Hendler regarding(( ████████████████ (1.0);)) preparation for and participation in teleconference with C. Morrison, A. Nicolais, P. Hendler and B. Koch regarding same (.50); continued review of ████████████ ██████████ (1.0).))

| 06/23/21 | A M Nicolais | 5.60 |

Drafting supplemental responses to Collegium's first set of interrogatories (4.5); ████████████ ██████████ (1.0).))

| 06/23/21 | K I Nix | 1.00 |

E-mails with J. Normile regarding legal research (.6); teleconference with Sarah Anwar regarding same (.2); work regarding ████████████████ (.2).))

| 06/23/21 | J J Normile | 1.60 |

Preparation for and participation in teleconference with J. Holdreith regarding protective order issues ████ ████████████ (.80); review of ████████████████ ██████ (.80).))

| 06/24/21 | J J Darensbourg | 0.60 |

Serve document production on opposing counsel.

| 06/24/21 | K Horn | 1.40 |

((Review public versions of Trial Transcripts (Days 2 -7) and compare with production set to ensure no redactions or omissions.))

| 06/24/21 | A M Nicolais | 1.40 |

████████████████████████████████████

# JONES DAY

305158.610005

Page: 10
August 20, 2021
Invoice: 210901907

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| 06/24/21 | K I Nix | 1.10 |
|---|---|---|

((Studied and worked on draft supplemental interrogatory responses.))

| 06/24/21 | J J Normile | 2.50 |
|---|---|---|

Review and revision of ████████████████████████████████████████████
████ (1.5); review of various ████████████████████████████████
████████████ 1.0).))

| 06/25/21 | A M Nicolais | 1.30 |
|---|---|---|

████████████████████████████████████ (.9))); communication in firm re same (.2); meet and confer with opposing counsel re PGR (.2).

| 06/25/21 | K I Nix | 2.10 |
|---|---|---|

Work re ████████████████████████████ (1.2)); reviewed ████████████████
(.9).))

| 06/25/21 | J J Normile | 1.50 |
|---|---|---|

████████████████████████████████████████████████

| 06/28/21 | G J Larosa | 1.00 |
|---|---|---|

Communicate (with client) and in firm regarding ████████████████████

| 06/28/21 | C M Morrison | 0.90 |
|---|---|---|

((Review/analyze Collegium's Reply (.4).))  ((Meet and confer with counsel for Patheon regarding subpoena (.5).))

| 06/28/21 | A M Nicolais | 3.40 |
|---|---|---|

((Call ████████████████████████ (.5); review/analyze ████████████████ (.8); reviewing ████████████████ (.8); call ████████████████ (.5); edits/revisions to ████████████████ (.3); communication in firm with K. Nix re ████████████████ (.4); communication in firm re ████████████████ (.1).))

| 06/28/21 | K I Nix | 4.70 |
|---|---|---|

Worked on ████████████████████████████ (3.5); e-mails ████████████
████████████████████ (.4); studied ████████████████████████
████ (.8).))

| 06/28/21 | J J Normile | 2.30 |
|---|---|---|

Preparation for and participation in weekly team teleconference with B. Koch, R. Inz, R. Silbert, R. Kreppel, A. Nicolais, G. LaRosa and P. Hendler (.50); ████████████████████████████████████
████████████████████ (.80); ████████████████████████████████████
████████████████ (1.0).))

| 06/29/21 | J J Darensbourg | 0.70 |
|---|---|---|

Manage shared database for attorneys of Collegium's Unopposed Motion for Leave to File Reply in Support of Motion to Dismiss Plaintiffs' First Amended Complaint, Electronic Order Granting the Motion, and the Reply.

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 11
August 20, 2021
Invoice: 210901907

| | | | |
|---|---|---|---|
| 06/29/21 | K McCarthy | | 3.50 |

Review/analyze ███████████████████████████████████ (2.0))); draft/revise
████████████████████████████████ (1.0))); attention to case
files and correspondence (0.5).

| | | | |
|---|---|---|---|
| 06/29/21 | A M Nicolais | | 6.30 |

((Call with Kevin McCarthy re ██████████████████ (.5): drafting ████████
████████ (3.8); reviewing ████████████ (1.0); drafting ████████████
████ (1.0).))

| | | | |
|---|---|---|---|
| 06/29/21 | K I Nix | | 4.10 |

Work regarding ████████████████████████████████ (3.2))); work regarding ████████
████████████████ (.9))).

| | | | |
|---|---|---|---|
| 06/29/21 | J J Normile | | 1.60 |

Attention to various discovery updates and supplements including review of P. Hendler correspondence
relating to the number of interrogatories (.80); review and revise supplemental discovery requests (.80).

| | | | |
|---|---|---|---|
| 06/30/21 | J J Darensbourg | | 3.20 |

████████████████████████████████████

| | | | |
|---|---|---|---|
| 06/30/21 | G J Larosa | | 1.00 |

Communicate (in firm) regarding ████████████ (.6); ████████████████ (.4))).

| | | | |
|---|---|---|---|
| 06/30/21 | K McCarthy | | 4.00 |

Prepare for and participate in teleconference with ████████████████
████████████ (0.6))); prepare for and participate in teleconference with ████████
████████████ (1.0))); prepare for and participate in
teleconference with ████████████████████████████ (0.5);
████████████████████████ (1.1); draft/revise
████████████████ (0.4)); attention to internal and
opposing counsel correspondence (0.4).

| | | | |
|---|---|---|---|
| 06/30/21 | A M Nicolais | | 7.30 |

████████████████████████████ (.6); meeting with K. McCarthy ████
████████████████ (.4); calls with K. McCarthy re ████████████ (.8); call with
K. Nix re ████████████████ (.6); call within firm re ████████████████
████████ (.6); call with K. McCarthy and paralegals re ████████
████ (.5); call with K. McCarthy and G. LaRosa re ████████████████ (.4); edits/revisions to
████████████████ (2.9); edits/revisions to ████████████ (.5))).

| | | | |
|---|---|---|---|
| 06/30/21 | K I Nix | | 5.80 |

Worked on damages issues, including teleconference with ████████████████
████████████ (2.8), ████████████ (.2), ████████████████ (1.5))), and
worked on supplemental interrogatory response regarding ████████████████ (1.3).

# JONES DAY

305158.610005                                                                    Page: 12
                                                                          August 20, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice: 210901907


06/30/21          J J Normile                                    1.80
         Review of correspondence regarding legal research ████████████████████ (.50);
         review of various correspondence relating to outstanding discovery requests (.50); review of various
         correspondence regarding Collegium's reply memorandum in support of its motion to dismiss the 434
         complaint (.80).

                                                         _____
         **TOTAL**                                              **200.70**

# JONES DAY

305158.610005                                                                                        Page: 13
                                                                                        August 20, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                        Invoice: 210901907

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 07/02/21 | K I Nix | NYC | 1,565.00 | |
| Vendor: INSIGHT ECONOMICS, LLC; Invoice#: 1242; Date: 7/2/2021 for professional services rendered - June 2021. | | | | |
| 07/16/21 | K I Nix | NYC | 556.00 | |
| Vendor: Berkeley Research Group, LLC; Invoice#: 116979; Date: 7/16/2021 - For professional Services rendered through June 30th. | | | | |
| 08/04/21 | J J Normile | NYC | 11,869.20 | |
| Vendor: Nalas Engineering Services; Invoice#: I21-198; Date: 7/15/2021 (June 2021) | | | | |
| **Consultants and Agents Fees Subtotal** | | | | **13,990.20** |
| **COURIER SERVICES** | | | | |
| 08/05/21 | NYC Accounting | NYC | 18.83 | |
| Vendor: Breakaway Courier Boston, Inc; Invoice#: 222755; Date: 5/31/2021 - 5/27/2021 (JD-Boston to 1 Courthouse Way, Boston, MA 02210) | | | | |
| **Courier Services Subtotal** | | | | **18.83** |
| **COURT REPORTER FEES** | | | | |
| 07/15/21 | K McCarthy | NYC | 67.90 | |
| Vendor: Valerie A. O'Hara; Invoice#: 00004488; Date: 4/5/2021 (telephone status conference transcript - case no. 15-10399-FDS 3/18/2021) | | | | |
| **Court Reporter Fees Subtotal** | | | | **67.90** |
| **FILING FEES AND RELATED** | | | | |
| 06/24/21 | C M Morrison | BOS | 100.00 | |
| Vendor: Christopher Morrison Invoice#: 4594902106241459 Date: 6/24/2021  - - Filing Fees and Related PHV Motion | | | | |
| 06/24/21 | C M Morrison | BOS | 100.00 | |
| Vendor: Christopher Morrison Invoice#: 4609341906241459 Date: 6/24/2021  - - Filing Fees and Related PHV Motion for Kelsey Nix | | | | |
| **Filing Fees and Related Subtotal** | | | | **200.00** |
| | | | | |
| **Total Disbursements and Charges** | | **USD** | | **14,276.93** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

August 20, 2021

305158.610013
Invoice: 210901908

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through June 30, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 0.00 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Hosting Charges | 3,000.00 | |
| | USD | 3,000.00 |
| **TOTAL** | **USD** | **3,000.00** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                              Citibank, N.A.
New York, NY                              New York, NY
Account Name:  Jones Day          Account Name:  Jones Day
Account No:  37026407               Account No:  37026407
ABA No:  021000089                  ABA No:  021000089
                                               Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610013/210901908 WITH YOUR PAYMENT

# JONES DAY

305158.610013

Page: 2
August 20, 2021
Invoice: 210901908

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

### Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **HOSTING CHARGES** | | | | |
| 05/28/21 | | NYC | 1,500.00 | |
| 06/28/21 | K McCarthy | NYC | 1,500.00 | |
| **Hosting Charges Subtotal** | | | | **3,000.00** |
| **Total Disbursements and Charges** | | | **USD** | **3,000.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

August 20, 2021

305158.610022
Invoice: 210901909

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through June 30, 2021:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 15,833.00 |
| Less 13% Discount | | (2,058.29) |
| Total Billed Fees | USD | 13,774.71 |
| **TOTAL** | **USD** | **13,774.71** |

Please remit payment to:

**ACH Transfer (preferred)**

Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089

**Wire Transfer**

Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089
Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610022/210901909 WITH YOUR PAYMENT

# JONES DAY

305158.610022

Page: 2
August 20, 2021
Invoice: 210901909

Collegium 961 PGR

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 5.00 | 1,125.00 | 5,625.00 |
| J J Normile | 7.60 | 1,250.00 | 9,500.00 |
| Of Counsel |  |  |  |
| K I Nix | 0.60 | 1,180.00 | 708.00 |
| **TOTAL** | **13.20** | **USD** | **15,833.00** |

# JONES DAY

305158.610022

Collegium 961 PGR

### Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 06/21/21 | G J Larosa | 1.00 |

Communicate with opposing counsel regarding case status and reviewed related materials.

| 06/21/21 | J J Normile | 1.00 |

Review of various correspondence and participation in various teleconferences relating to ▮▮▮▮▮▮▮

| 06/22/21 | G J Larosa | 1.00 |

Communicate with client and with opposing counsel regarding request for status conference and related strategy.

| 06/25/21 | G J Larosa | 1.00 |

Communicate with outside counsel regarding requested status conference (.8), ▮▮▮▮▮

| 06/25/21 | K I Nix | 0.20 |

▮▮▮▮▮

| 06/25/21 | J J Normile | 1.30 |

Review of correspondence from Collegium's counsel regarding request for a status conference with the PTAB (.50); preparation for and participating in meet-and-confer with counsel for Collegium (.80).

| 06/26/21 | J J Normile | 0.80 |

▮▮▮▮▮

| 06/27/21 | J J Normile | 1.00 |

▮▮▮▮▮

| 06/28/21 | G J Larosa | 2.00 |

▮▮▮▮▮

| 06/28/21 | K I Nix | 0.40 |

▮▮ studied Collegium's submission to the Board requesting a status conference (.2).

| 06/28/21 | J J Normile | 2.50 |

▮▮▮ (1.2) ▮▮▮ (1.3))).

| 06/29/21 | J J Normile | 1.00 |

# JONES DAY

305158.610022

Page: 4
August 20, 2021

Collegium 961 PGR

Invoice: 210901909

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| | ████████████████ | |
| | **TOTAL** | **13.20** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

August 20, 2021                                                            305158.610028
                                                                      Invoice: 210901910

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through June 30, 2021:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 26,514.50 |
| Less 13% Discount | | (3,446.89) |
| Total Billed Fees | USD | 23,067.61 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Publication Expenses | 715.00 | | |
| | | USD | 715.00 |
| **TOTAL** | | **USD** | **23,782.61** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                          Citibank, N.A.
New York, NY                            New York, NY
Account Name:  Jones Day                Account Name:  Jones Day
Account No:  37026407                   Account No:  37026407
ABA No:  021000089                      ABA No:  021000089
                                        Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610028/210901910 WITH YOUR PAYMENT

# JONES DAY

305158.610028

Page: 2
August 20, 2021
Invoice: 210901910

Accord Healthcare Inc.

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 1.00 | 1,125.00 | 1,125.00 |
| J J Normile | 6.30 | 1,250.00 | 7,875.00 |
| Of Counsel |  |  |  |
| K I Nix | 0.40 | 1,180.00 | 472.00 |
| Associate |  |  |  |
| K McCarthy | 2.00 | 715.00 | 1,430.00 |
| A M Nicolais | 18.00 | 655.00 | 11,790.00 |
| Paralegal |  |  |  |
| J J Darensbourg | 6.50 | 350.00 | 2,275.00 |
| T E Solomon | 1.00 | 400.00 | 400.00 |
| Manager |  |  |  |
| K Horn | 2.70 | 425.00 | 1,147.50 |
| **TOTAL** | **37.90** | **USD** | **26,514.50** |

# JONES DAY

305158.610028

Page: 3
August 20, 2021
Invoice: 210901910

Accord Healthcare Inc.

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|

**06/01/21**  A M Nicolais  3.80
Meeting with P. Hendler re ███████████████████████████
██████ (.5); edits/revisions re same (2.3)
███ (1.0))).

**06/01/21**  T E Solomon  1.00
Retrieve production documents, volume PAC003 from vendor, TCDI, and review and prepare them for
production.

**06/02/21**  J J Darensbourg  0.80
Manage/serve document production on opposing counsel.

**06/02/21**  A M Nicolais  3.50
Edits/revisions to ████████████████████████████████
(1.7); reviewing Accord ANDA production re supporting declaration for same (.7); communication in firm
with P. Hendler re same (.2); meeting with B. Koch re same (.3); review Accord patent prosecution history
documents and coordinating production (.6)

**06/02/21**  J J Normile  1.00
Preparation for and participation in teleconference with B. Koch, P. Hendler and A. Nicolais regarding ███
██████████████ and review of correspondence from B. Koch regarding same.

**06/03/21**  J J Darensbourg  2.30
Review/cite check Preliminary Infringement Contentions.

**06/03/21**  K Horn  2.40
Cite check of Exhibits 1-3 to Accord's Initial invalidity contentions per A. Nicolais.

**06/03/21**  A M Nicolais  1.60
Communication with P. Hendler re ████████████████ (.3); reviewing ████████████
████████████████████ (.7); meeting with B. Koch and P.
Hendler re same (.3); begin cite check of infringement contentions (.3).

**06/03/21**  J J Normile  1.00
Review various correspondence relating to ████████████████████████

**06/04/21**  J J Darensbourg  2.80
Review/cite check Preliminary Infringement Contentions.

**06/04/21**  K Horn  0.30
Complete Cite check of Exhibits 1-3 to Accord's Initial invalidity contentions per A. Nicolais.

**06/04/21**  A M Nicolais  3.70
Cite/check and edits/revisions to Accord Infringement contentions (3.1); coordinating service and final copies
re same (.6).

# JONES DAY

305158.610028

Page: 4
August 20, 2021
Invoice: 210901910

Accord Healthcare Inc.

| | | |
|---|---|---|
| 06/07/21 | J J Normile | 0.50 |
| | Review of correspondence from A. Barkoff regarding ███████████ and related teleconferences. | |
| 06/09/21 | J J Darensbourg | 0.60 |
| | Manage shared database for attorneys of correspondence regarding document production, proposed term sheet response and Plaintiffs' Initial Infringement Contentions. | |
| 06/16/21 | A M Nicolais | 1.20 |
| | ███████████████ | |
| 06/22/21 | A M Nicolais | 3.30 |
| | ████████████████ | |
| 06/24/21 | A M Nicolais | 0.90 |
| | ███████████ (.7))); communication with P. Hendler re same (.2), | |
| 06/24/21 | K I Nix | 0.40 |
| | ███████████ | |
| 06/24/21 | J J Normile | 2.00 |
| | ████████████████ | |
| 06/29/21 | G J Larosa | 1.00 |
| | ███████████ | |
| 06/29/21 | K McCarthy | 2.00 |
| | Attention to case files and correspondence (0.5); review/analyze Purdue's ████████ (1.5))). | |
| 06/30/21 | J J Normile | 1.80 |
| | Preparation of correspondence to A. Barkoff regarding ███████████ and related teleconferences regarding same (.80); ███████████ (1.0))). | |
| | **TOTAL** | **37.90** |

# JONES DAY

305158.610028                                                      Page: 5
                                                          August 20, 2021
Accord Healthcare Inc.                                Invoice: 210901910

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **PUBLICATION EXPENSES** | | | | |
| 06/24/21 | C R Fellbaum | LOS | 715.00 | |

Vendor: Minesoft LLC; Invoice#: 20837; Date: 6/1/2021 - Order #20837 - certified file histories for Jason J. Darensbourg (NY). Approved by Craig Fellbaum.

| | | | | |
|---|---|---|---|---|
| **Publication Expenses Subtotal** | | | | **715.00** |
| **Total Disbursements and Charges** | | | **USD** | **715.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

August 20, 2021                                                             305158.640002
                                                                     Invoice: 210901911

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through June 30, 2021:

| | | |
|---|---|---:|
| Strategic Corporate Advice | USD | 4,102.00 |
| Less 13% Discount | | (533.26) |
| Total Billed Fees | USD | 3,568.74 |
| **TOTAL** | **USD** | **3,568.74** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                        Citibank, N.A.
New York, NY                          New York, NY
Account Name:  Jones Day              Account Name:  Jones Day
Account No:  37026407                 Account No:  37026407
ABA No:  021000089                    ABA No:  021000089
                                      Swift Code:  CITIUS33

PLEASE REFERENCE 305158 640002/210901911 WITH YOUR PAYMENT

# JONES DAY

305158.640002

Strategic Corporate Advice

Page: 2
August 20, 2021
Invoice: 210901911

## Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 1.50 | 1,250.00 | 1,875.00 |
| Associate |  |  |  |
| A M Nicolais | 3.40 | 655.00 | 2,227.00 |
| **TOTAL** | **4.90** | **USD** | **4,102.00** |

# JONES DAY

305158.640002

Strategic Corporate Advice

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 06/04/21 | A M Nicolais | 0.50 |
| Updates to weekly update (.2); ████████████ (.3)). | | |
| 06/07/21 | A M Nicolais | 0.70 |
| Drafting weekly Purdue updates (.3); weekly Purdue team meeting (.4). | | |
| 06/14/21 | A M Nicolais | 0.60 |
| Drafting weekly Purdue updates (.3); weekly team meeting (.3). | | |
| 06/16/21 | J J Normile | 0.50 |
| Teleconference with R. Kreppel regarding (████████████████ | | |
| 06/17/21 | J J Normile | 1.00 |
| ████████████████████ | | |
| 06/21/21 | A M Nicolais | 0.80 |
| Weekly Purdue meeting (.5); drafting weekly Purdue updates (.3). | | |
| 06/28/21 | A M Nicolais | 0.80 |
| Drafting weekly updates (.4); weekly Purdue call (.4). | | |
| | **TOTAL** | **4.90** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

August 20, 2021

305158.999007
Invoice: 210901912

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through June 30, 2021:

| | | |
|---|---|---|
| Retention Matters | USD | 3,952.50 |
| Less 13% Discount | | (513.83) |
| Total Billed Fees | USD | 3,438.67 |

## Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Court Costs | 200.00 | | |
| | | USD | 200.00 |
| **TOTAL** | | **USD** | **3,638.67** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 999007/210901912 WITH YOUR PAYMENT

# JONES DAY

305158.999007

Retention Matters

### Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 1.00 | 1,250.00 | 1,250.00 |
| Associate |  |  |  |
| C Buck | 3.10 | 575.00 | 1,782.50 |
| Paralegal |  |  |  |
| P Jiang | 1.50 | 400.00 | 600.00 |
| M M Melvin | 0.80 | 400.00 | 320.00 |
| **TOTAL** | **6.40** | **USD** | **3,952.50** |

# JONES DAY

305158.999007

Page: 3
August 20, 2021

Retention Matters

Invoice: 210901912

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 06/14/21 | C Buck | 1.00 |

Review May bills for compliance with UST guidelines.

| 06/17/21 | M M Melvin | 0.30 |

Gather and submit C. Buck's proposed Order and proof of payment, to Chambers, regarding her pro hac vice application.

| 06/21/21 | J J Normile | 1.00 |

Attention to review and revision of draft May invoices.

| 06/22/21 | P Jiang | 1.50 |

Plan, prepare and file issue fee payment with US PTO and report the filing to client per George Phillips.

| 06/27/21 | C Buck | 1.10 |

Draft Nineteenth Fee Application.

| 06/28/21 | C Buck | 1.00 |

Finalize Nineteenth Fee Application for filing.

| 06/28/21 | M M Melvin | 0.50 |

Assemble exhibits with the 19th monthly fee statement (0.10); review and e-file the Nineteenth Monthly Fee Statement of Jones Day For Compensation For Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors For The Period From May 1, 2021 Through May 31, 2021 (0.20); serve the same by e-mail (0.20).

**TOTAL**      **6.40**

# JONES DAY

305158.999007

Page: 4

August 20, 2021

Retention Matters

Invoice: 210901912

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **COURT COSTS** | | | | |
| 05/27/21 | R T Westrom | NYC | 200.00 | |
| | Vendor: PNC Bank N.A.; Invoice#: NYC-BILL-05272K21; Date: 5/20/2021 (COURTS/USBC-NY-SECF) | | | |

**Court Costs Subtotal**                                                                 **200.00**

**Total Disbursements and Charges**                                        **USD**        **200.00**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 15, 2021                                                        305158.000003
                                                                   Invoice: 210903857

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through July 31, 2021:

| | | |
|---|---|---|
| Article 76 Patent Linkage Litigation | USD | 31,090.00 |
| Less 13% Fee Discount | | (4,041.70) |
| Total Billed Fees | USD | 27,048.30 |
| **TOTAL** | **USD** | **27,048.30** |

# JONES DAY

305158.000003

Page: 2
October 15, 2021
Invoice: 210903857

Article 76 Patent Linkage Litigation

### Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| A C Chen | 14.00 | 1,000.00 | 14,000.00 |
| Specialist |  |  |  |
| S Li | 21.20 | 325.00 | 6,890.00 |
| B Zhu | 34.00 | 300.00 | 10,200.00 |
| **Total** | **69.20** | **USD** | **31,090.00** |

# JONES DAY

305158.000003

Article 76 Patent Linkage Litigation

Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/23/21 | A C Chen | 2.50 |

Call ███████ (.5); review ███████ (.4); discuss with Shuheng Li (.6).

| 07/25/21 | A C Chen | 2.00 |

Review ███████ (1.3); discuss with Shuheng Li about ███████ (.7).

| 07/26/21 | A C Chen | 3.50 |

Call with Richard Inz and Shuheng Li about ███████ (1.1); review memo ███████ (1.7); discuss ███████ (.7).

| 07/26/21 | S Li | 5.50 |

Discuss with Tony Chen of Jones Day regarding ███████ (.7); review and analyze ███████ (.3); investigate ███████ (.2); discuss with Yan Zhu of Jones Day regarding ███████ (.2); prepare ███████ (.6); discuss ███████ (.4); prepare ███████ (.2); review and revise ███████ (.8); attend the meeting ███████ (1.1).

| 07/26/21 | B Zhu | 7.00 |

███████

| 07/27/21 | A C Chen | 1.50 |

Review ███████ (.5); communicate with Richard Inz about ███████ (.5); call ███████ (.5).

| 07/27/21 | S Li | 5.50 |

Review and analyze ███████ (3.0); discuss with Yan Zhu regarding ███████ (.8); conducting the analysis ███████ (.8); preparing ███████ (1.7).

| 07/28/21 | A C Chen | 1.00 |

Review ███████.

| 07/28/21 | S Li | 3.00 |

Attention to email from Richard Inz ███████ (.4); review and analyze ███████ (2.0); discuss with Tony Chen, Yan Zhu regarding ███████ (.6).

| 07/28/21 | B Zhu | 5.00 |

███████

# JONES DAY

305158.000003

Page: 4
October 15, 2021
Invoice: 210903857

Article 76 Patent Linkage Litigation

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/29/21 | A C Chen | 3.50 |

Review and revise █████████████████████████████████████████████████
██████ (2.2); WebEx call ████████████████████████
████████████████ (.8); discuss with Shuheng Li and Yan Zhu about ████████
████████ (.5).

| 07/29/21 | S Li | 4.20 |
|---|---|---|

Discuss with Tony Chen, Yan Zhu regarding █████████████████████████████
███████████████████████████████████████████████████ (.8);
██████ review ███████████████████████████████ (1.4);
██████████ (.6); discuss with Yan Zhu regarding ████████████
████████████████████████ (1.0); correspondence
with Tony Chen regarding the same (.4).

| 07/29/21 | B Zhu | 8.00 |
|---|---|---|

███████████████████████████████████████████████████████████████████
███████████████████████████████████████

| 07/30/21 | S Li | 3.00 |
|---|---|---|

Discuss with Yan Zhu and Tony Chen regarding ███████████████████████████
██████████ (1.0); review and revise ███████████ (2.0).

| 07/30/21 | B Zhu | 14.00 |
|---|---|---|

███████████████████████████████████████████████████████████████████
██████ (.8);
█████████ (6.0); prepare ████████████ (7.2).

**Total**          **69.20**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**
**Federal Identification Number: 34-0319085**

October 15, 2021        305158.610005
Invoice: 210903858

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through July 31, 2021:

| | | |
|---|---|---:|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 274,949.00 |
| Less 13% Discount | | (35,743.37) |
| Total Billed Fees | USD | 239,205.63 |

### Disbursement & Charges Summary

| | | |
|---|---:|---:|
| Federal Express Charges | 89.84 | |
| | USD | 89.84 |
| **TOTAL** | **USD** | **239,295.47** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158 610005/210903858 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Page: 2
October 15, 2021
Invoice: 210903858

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| M W Johnson | 0.30 | 850.00 | 255.00 |
| G J Larosa | 25.20 | 1,125.00 | 28,350.00 |
| C M Morrison | 2.70 | 1,025.00 | 2,767.50 |
| J J Normile | 41.30 | 1,250.00 | 51,625.00 |
| Of Counsel |  |  |  |
| K I Nix | 76.00 | 1,180.00 | 89,680.00 |
| Associate |  |  |  |
| K McCarthy | 90.90 | 715.00 | 64,993.50 |
| A M Nicolais | 45.10 | 655.00 | 29,540.50 |
| Paralegal |  |  |  |
| J J Darensbourg | 11.40 | 350.00 | 3,990.00 |
| T E Solomon | 8.00 | 400.00 | 3,200.00 |
| Librarian |  |  |  |
| M M Jackson | 1.70 | 175.00 | 297.50 |
| B Y Keenan | 1.00 | 250.00 | 250.00 |
| **Total** | **303.60** | **USD** | **274,949.00** |

# JONES DAY

305158.610005

Page: 3
October 15, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 210903858

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|

07/01/21     J J Darensbourg     1.20

Manage/prepare key case materials for review by J Normile and G LaRosa.

07/01/21     M W Johnson     0.30

Discuss ███████████████████████████████ with J. Normile.

07/01/21     G J Larosa     2.00

Communicate (in firm) regarding ███████████████████ 1.0); and reviewed related pleadings(1.0).

07/01/21     K McCarthy     4.00

Prepare for and participate in teleconference with A. Nicolais and paralegal team regarding document discovery and other case administrative tasks (0.7); coordinate preparation of key document binders (0.5); attention to internal, client, and opposing counsel correspondence regarding third-party document and sample productions (0.8); draft/revise third-party subpoenas and communicate with A. Nicolais regarding same (0.8); ████████████████████████████████ (0.8); review/analyze ██████████████ (0.4).

07/01/21     A M Nicolais     2.50

Edits/revisions to draft subpoena to Johnson Matthey (.5); call with K. McCarthy re Collegium action items (.5); call with paralegals and K. McCarthy re actions items (.5); communication in firm with P. Hendler re █████████████ (.4); reviewing opposing counsel letter re discovery (.4); communication with T. Solomon re Collegium action items (.2).

07/01/21     K I Nix     3.40

Work regarding ████████████████ (2.2); ██████████████████████████ (.5); ████████ (.7).

07/01/21     J J Normile     3.30

██████████████████ (.80); ████████████████████████ (1.0); various correspondence regarding ████████ (1.0); various correspondence and teleconferences regarding ██████ (.50).))

07/01/21     T E Solomon     5.00

Review case database, assemble key documents and draft index for binders for J. Normile and G. LaRosa per K. McCarthy's instructions.

07/02/21     G J Larosa     2.00

Plan and prepare for ███████████████████████

07/02/21     K McCarthy     4.00

Review/analyze opposing counsel correspondence regarding discovery issues (0.7); coordinate collection of cited documents (0.3); review/analyze cited documents and draft/revise internal summary regarding same (1.0); ███████████████████████████████ (2.0).

## JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 4
October 15, 2021
Invoice: 210903858

07/02/21          A M Nicolais                                          1.90
Meeting with K. Nix and D. Rosen regarding ████████████ (.7); plan/prepare re same (.3);
reviewing prior productions regarding ████████ (.7); communication in firm with K. Nix re same (.2).

07/02/21          K I Nix                                               3.70
Teleconference with D. Rosen and A. Nicolais regarding ████████ (.7), preparation
for and follow up regarding same (1.5); worked on ████████████ (1.5).

07/02/21          T E Solomon                                          3.00
Prepare and send Key Documents binders to J. Normile and G. LaRosa for their review (2.00); review
discovery materials on case database and forward requested documents to K. McCarthy for his review(1.00).

07/06/21          J J Darensbourg                                      1.10
Manage excel files concerning ████████████ for review by D Rosen.

07/06/21          G J Larosa                                           2.00
Communicate (in firm) regarding ████████████ and reviewed
materials in preparation for same.

07/06/21          K McCarthy                                           5.00
Prepare for and participate in teleconference with ████████████ (0.8); prepare
for and participate in teleconference with J. Normile and G. LaRosa regarding case strategy (0.9); prepare for
and participate in teleconference with B. Koch regarding ████ (0.7); draft/revise
████████ and communicate internally regarding same (0.6) review/analyze recent discovery
correspondence and draft internal summary of same (1.5); attention to opposing counsel and client
correspondence regarding 434 patent contentions (0.5).

07/06/21          A M Nicolais                                         4.10
Drafting Collegium joint status update re bankruptcy (.3): communication in firm re same (.1). reviewing
████████████ (.8); communication in firm and collection of
documents re ████████ (.7); edits/revisions to RFAs (.3); edits/revisions to supplement rog
responses re ████ (.4); communications with K. McCarthy re action items (.5); meeting with J. Normile
and G. LaRosa re Collegium action items (.5); meeting with B. Koch re ████████ (.5).

07/06/21          K I Nix                                               5.00
Worked on supplemental response to ████████ and e-mails with J. Normile and A. Nicolais
regarding same (.6); studied Collegium responses to interrogatories regarding ████████ and
work regarding same (1.4); studied C. Pinah letter regarding discovery issues
████████ (.8); work regarding proposals for supplemental ████ (.2);
considered issue of additional written discovery on ████ (.5); work regarding ████
████ (.4); e-mails and teleconference with D. McDuff regarding ████ (.5); e-mails with ████
████ (.6).

07/06/21          J J Normile                                          4.80
Preparation for and participation in team teleconference regarding various outstanding discovery issues (.80);
████████ (1.5); preparation of status update to the
SDNY including various correspondence with K. Barrett and O. Langer (1.5); ████████
████ (1.0).

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 5
October 15, 2021
Invoice: 210903858

07/07/21          J J Darensbourg                                              0.30
Manage new updated ▮▮▮▮▮▮▮▮▮▮▮▮ from D Rosen for attorney review.

07/07/21          K McCarthy                                                   3.00
Draft/revise supplemental discovery requests and responses and communicate with P. Hendler and A.
Nicolais regarding same (2.0); attention to ▮▮▮▮▮▮▮▮ and communicate internally
regarding same (0.5); attention to case files and correspondence regarding recent discovery letter (0.5).

07/07/21          A M Nicolais                                                 4.80
Updating ▮▮▮▮▮▮ (.5); edits/revisions to second set of RFAs (.5); review/analyze research
re ▮▮▮▮▮▮▮ (.5); meeting with D. Sloan re
▮▮▮▮▮ (.4); research re ▮▮▮▮▮▮ (1.2); drafting
summary re same (.7); communication in firm re supplemental rogs/rfps and reviewing prior requests re same
(.5); communication with K. McCarthy re same (.2); drafting agenda re discovery meeting (.3).

07/07/21          K I Nix                                                      5.20
Teleconference with ▮▮▮▮▮▮▮▮ (1.2); e-mails with J.
Normile and K. McCarthy regarding ▮▮▮▮▮▮ and response to C. Pinahs July 1, 2021
letter, including interrogatories regarding Collegium rebates (.8); worked on research regarding
▮▮▮▮▮▮▮ (2.5); studied ▮▮▮▮
▮▮▮▮ (.7).

07/07/21          J J Normile                                                 3.30
Continued review and revision of supplemental discovery requests and correspondence with A. Nicolais and
K. McCarthy regarding same (1.0); attention to preparation of response to Collegium's 7/1/21 discovery letter
and review of summary of proposed supplemental discovery (1.8); attention to various issues relating to
▮▮▮▮▮ (.50).

07/08/21          J J Darensbourg                                             1.90
Review trial transcript document production to Defendant for possible further production to clear up
discovery issues.

07/08/21          G J Larosa                                                  2.00
Communicate (in firm) and with client regarding ▮▮▮▮▮▮▮▮▮▮

07/08/21          K McCarthy                                                  7.00
Prepare for and participate in various teleconferences with client and co-counsel regarding ▮▮▮▮
▮▮▮▮▮▮▮ (2.2); draft/revise ▮▮▮▮
▮▮▮▮▮ ▮ and communicate internally, with co-counsel, and with client regarding same
(2.6); ▮▮▮▮▮▮▮▮ (1.2);
review/analyze legal research regarding certain discovery disputes (1.0).

07/08/21          A M Nicolais                                                4.00
Meeting with P. Hendler and K. McCarthy re discovery requests (.5); meeting with Collegium internal team re
discovery supplemental requests and letter (.5); ▮▮▮▮▮▮▮
▮▮▮▮ (.5); drafting additional RFPs/ROGs/RFA (1.9); communication in firm with. P. Hendler and K.
McCarthy re same (.6).

07/08/21          K I Nix                                                     4.20
Teleconference with S. Anwar regarding further legal research regarding ▮▮▮▮▮▮
▮▮▮▮ (.9); work regarding ▮▮▮▮▮▮ (.5); teleconference with

## JONES DAY



D. Rosen regarding ███████████████████████)(.6); studied summary of ███████
███████████████████████████ (2.2).

07/08/21          J J Normile                                    4.10

Preparation for and participation in teleconference with K. McCarthy, G. LaRosa, A. Nicolais and P. Hendler
regarding ██████████████████████ (.80); preparation for and participation in teleconference with
███████████████████████████████████████ (.80) ████████
████████████ (1.5); ███████████████████ (1.0).

07/09/21          B Y Keenan                                     1.00

Research case law on ████████████████████████████████████

07/09/21          G J Larosa                                     2.00

Review/analyze draft discovery requests and conferred in firm regarding same.

07/09/21          K McCarthy                                     6.50

Draft/revise supplemental discovery requests and finalize and serve (2.3), review/analyze Collegium discovery
letter and referenced prior discovery requests, correspondence, and disclosures, and communicate internally
and with co-counsel regarding same (3.1); draft/revise email response to Collegium regarding same (0.6);
review/analyze Collegium's supplemental discovery requests (0.5).

07/09/21          C M Morrison                                   0.60

Review and revise ███████████████████████████████

07/09/21          K I Nix                                        3.20

E-mails and teleconferences with ██████████████████ ((e-mails to J. Normile and K. McCarthy
regarding ██████████████████████ (2.5); final review of revised draft interrogatories to
Collegium (.7).

07/09/21          J J Normile                                    2.50

Review and revise ████████████████████████████ (1.5); ████████
███████████████████████████████ (1.0).

07/11/21          K I Nix                                        1.20

Studied Collegium's interrogatories, requests for admissions and document requests directed to ████████
████████████████████████████████ and began formulating responses and positions
regarding same.

07/12/21          J J Darensbourg                                0.80

Manage ████████████████████████████████████████████████
███████████████████████ for review by K McCarthy.

07/12/21          M M Jackson                                    0.20

Retrieve article using the web for A. Nicolais.

07/12/21          G J Larosa                                     1.00

Review/analyze discovery requests and conferred in firm and with client regarding case strategy.

## JONES DAY

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| 07/12/21 | K McCarthy | 3.50 |

Prepare for and participate in weekly client teleconference regarding███████████ (0.6); review/analyze Collegium's July 9, 2021 supplemental discovery requests (1.1); attention to internal correspondence regarding███████████ (0.6); draft/revise ███████████ and communicate internally regarding same (0.6); prepare for and participate in internal teleconference with K. Nix regarding███████████ issues and Collegium's supplemental discovery requests (0.6).

| 07/12/21 | A M Nicolais | 2.00 |

Communication in firm with P. Hendler re███████████ (.4); reviewing Collegium supplemental RFPs/ROGS/RFAs (.8); meeting with K. Nix and K. McCarthy re responses to███████████ (.8).

| 07/12/21 | K I Nix | 4.40 |

Studied███████████ )(.8); teleconferences with K. McCarthy and A. Nicolais regarding searching ███████████ (.6); work regarding███████████ (2.0); studied███████████ (1.0).

| 07/12/21 | J J Normile | 3.00 |

Preparation for and participation in weekly team teleconference including B. Koch, R. Silbert, R. Kreppel, R. Inz, P. Hendler and K. McCarthy (1.0); ((review███████████ and various emails regarding same)) (1.0); ((attention to███████████ )) (1.0).

| 07/13/21 | K McCarthy | 5.50 |

Prepare for and participate in teleconference with P. Hendler and A. Nicolais regarding discovery issues (1.1); ███████████ (1.7); attention to███████████ (0.8); review/analyze Collegium's produced documents regarding ███████████ and communicate with K. Nix and A. Nicolais regarding same (1.2); draft/███████████ and communicate with client regarding same (0.4); attention to case files and correspondence (0.3).

| 07/13/21 | A M Nicolais | 2.30 |

Meeting with P. Hendler and K. McCarthy re discovery requests (1.0); review/analyze Collegium document production re███████████ (.5); drafting correspondence with K. Nix re same (.4); ███████████ (.3); communication in firm with P. Hendler re same (.1).

| 07/13/21 | K I Nix | 3.80 |

Work regarding███████████ including studied summary of legal research and cases (1.1); and conferred with S. Anwar regarding preparation and outline of research memorandum for client summarizing research and conclusions (.7); work regarding analysis of███████████ including e-mails with K. McCarthy and A. Nicolais (1.2); studied███████████ (.8).

| 07/13/21 | J J Normile | 2.30 |

███████████ (1.5); attention to finalizing joint statement to the SDNY (.80).

| 07/14/21 | G J Larosa | 1.00 |

Communicate (in firm) regarding███████████ and discovery and reviewed related materials.

# JONES DAY

305158.610005

Page: 8
October 15, 2021
Invoice: 210903858

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| 07/14/21 | K McCarthy | 3.00 |
|---|---|---|

Draft/revise responses to Collegium's July 9 interrogatories (1.7); and attention to related case correspondence regarding Collegium's other discovery requests (0.4); draft/revise ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and address internal, co-counsel, and client edits to same (0.6); attention to ▮▮▮▮▮▮▮▮ and related materials (0.3).

| 07/14/21 | A M Nicolais | 0.30 |
|---|---|---|

Communication in firm with K. McCarthy re action items (.3).

| 07/14/21 | K I Nix | 1.60 |
|---|---|---|

Studied updated spreadsheets from D. Rosen (1.0); work regarding ▮▮▮▮▮▮▮▮ and legal research by S. Anwar (.6).

| 07/14/21 | J J Normile | 0.80 |
|---|---|---|

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and review of correspondence regarding same)).

| 07/15/21 | J J Darensbourg | 0.40 |
|---|---|---|

Manage shared database for attorneys of correspondence regarding ▮▮▮▮▮▮▮▮▮▮▮

| 07/15/21 | G J Larosa | 1.00 |
|---|---|---|

Communicate (in firm) regarding ▮▮▮▮▮▮▮ (.4); and reviewed related draft materials (.6).

| 07/15/21 | A M Nicolais | 2.00 |
|---|---|---|

Drafting RFP responses to Collegium's 4th set of RFPs (1.1); reviewing research re ▮▮▮▮▮▮▮▮ (.9).

| 07/15/21 | K I Nix | 1.70 |
|---|---|---|

Work regarding ▮▮▮▮▮ (.3);studied ▮▮▮▮▮▮▮▮▮ (.4); attention to search of Collegium production for ▮▮▮▮▮▮ )(1.0).

| 07/15/21 | J J Normile | 0.50 |
|---|---|---|

Attention to ▮▮▮▮▮▮▮

| 07/16/21 | A M Nicolais | 0.30 |
|---|---|---|

Final review and preparing final versions of claim terms for construction for service (.3).

| 07/16/21 | K I Nix | 3.50 |
|---|---|---|

Work regarding ▮▮▮▮▮▮▮▮▮▮▮▮

| 07/16/21 | J J Normile | 0.80 |
|---|---|---|

Attention to various ▮▮▮▮▮▮▮▮▮▮▮

| 07/18/21 | K I Nix | 1.40 |
|---|---|---|

Studied ▮▮▮▮▮▮▮▮▮▮▮

# JONES DAY

Page: 9
October 15, 2021
Invoice: 210903858

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



07/19/21          J J Darensbourg                                    0.20
    Manage█████████████████████ for review by K Nix.

07/19/21          G J Larosa                                         1.00
    Communicate (in firm) and with client regarding ████████████.

07/19/21          K McCarthy                                         3.40
    Prepare for and participate in client teleconference regarding█████
    ████████ (0.9); perform legal research ███████████████████████████ and
    communicate internally regarding same (1.7); draft/revise response to Collegium's discovery letter (0.5);
    attention to case file and correspondence (0.3).

07/19/21          K I Nix                                            3.30
    Teleconference with D. Rosen and preparation for same (.3); e-mails with K. McCarthy regarding response to
    Collegium's July 1 letter and regarding searching Collegium production for ████████████████
    ████████ (1.0); studied ████████████████████ (2.0).

07/19/21          J J Normile                                        2.10
    Preparation for and participation in teleconference with B. Koch, P. Hendler and K. McCarthy regarding
    ████████████ (.80); preparation for and participation in weekly team teleconference with B.
    Koch, R. Silbert, R. Inz, P. Hendler, A. Nicolais and K. McCarthy (.50); review of correspondence from O.
    Langer and P. Hendler regarding various claim construction issues (.80).

07/20/21          G J Larosa                                         1.50
    Plan and prepare for ██████████████████████████████████████████████████

07/20/21          K McCarthy                                         3.50
    Review/analyze certain ████████████████ (0.9) and communicate ████████
    ████████████████ (0.6); prepare for and participate in meet and confer with opposing counsel
    regarding claim construction issues (1.0); perform legal research ███████████████████
    ████ and prepare for and participate in teleconference with P. Hendler and A. Nicolais regarding same (1.0).

07/20/21          A M Nicolais                                       6.10
    ██████████████████████████ (.3); researching █████
    ████████ (1.6); drafting summary re same (.5); communication with K. McCarthy re Collegium action
    items (.3); meet and confer re claim construction (.4); researching ████████████
    ████████ (1.1); drafting summary re same (.5); researching ████████████████ (1.0);
    drafting summary re same (.4).

07/20/21          K I Nix                                            2.80
    Teleconference ████████████████████████████████████████████████████
    ████████ and preparation and follow-up regarding same (1.5); teleconference with S. Anwar regarding
    draft memorandum summarizing legal research on █████████████████ and work regarding same (1.3).

07/20/21          J J Normile                                        2.10
    Preparation for and participation in meet and confer with counsel for Collegium on claim construction issues
    (.30); review of ███████████████████████████████████████ (.80); █████████
    ████████████████████████████████ (1.0).

# JONES DAY

305158.610005

Page: 10
October 15, 2021
Invoice: 210903858

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

07/21/21          J J Darensbourg                                    0.30
        Manage shared database for attorneys of ████████████████████ and opposing counsel
        regarding ████████████████████████

07/21/21          G J Larosa                                        2.00
        Review/analyze ██████████████████████ and conferred in firm regarding same (.8); and attention to
        draft opening Markman brief and conferred with co-counsel regarding same (1.2).

07/21/21          K McCarthy                                        5.00
        Draft/revise ██████████████████████████ (1.4); perform legal research in support of same
        (1.7); review scheduling order and communicate internally regarding ████████████████████
        █████████ (0.8); attention to opposing counsel correspondence regarding updated proposed claim terms
        and constructions and expert declarations following meet and confer (0.5); attention to internal and expert
        correspondence regarding ████████████████ (0.6).

07/21/21          C M Morrison                                      0.50
        Review and revise ██████████████████

07/21/21          A M Nicolais                                      0.80
        Meeting with K. Nix ████████████████████████ (.8).

07/21/21          K I Nix                                           3.30
        Video meeting with D. Rosen, W. Shank, K. Christiansen and A. Nicolais regarding third-party proposals,
        rebates and negotiations, and follow-up regarding same (1.6); studied e-mails regarding proposed claim
        constructions (.4); work regarding ██████████ (.7); work regarding ██████████ (.6).

07/21/21          J J Normile                                       1.50
        ████████████████████████████████████████████████

07/22/21          J J Darensbourg                                   1.40
        Manage/prepare exhibits for ████████████████

07/22/21          G J Larosa                                        1.50
        Communicate (other outside counsel) with Opposing counsel regarding claim construction and attention to
        related briefing.

07/22/21          K McCarthy                                        4.50
        Draft/revise ██████████
        ██████ (2.5); perform legal and factual research in support of same (1.1); prepare for and participate in meet
        and confer with opposing counsel regarding claim construction issues (0.9).

07/22/21          C M Morrison                                      0.60
        Confer ████████████████████████ (.3); confer with Collegium regarding expert reports
        (.3).

07/22/21          A M Nicolais                                      0.80
        Communication in firm with K. McCarthy (.3); ████████████████████ (.5).

# JONES DAY

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| 07/22/21 | K I Nix | 3.30 |
|---|---|---|

Studied ████████████ (1.5); studied ████████████ from S. Anwar regarding ████████████ (1.2); work regarding ████████████ (.6).

| 07/22/21 | J J Normile | 0.80 |
|---|---|---|

Review and revise ████████████████████████████
██████

| 07/23/21 | G J Larosa | 1.20 |
|---|---|---|

Draft/revise ████████████████ and conferred in firm regarding same.

| 07/23/21 | K McCarthy | 3.50 |
|---|---|---|

Draft/revise ████████████████ (1.0); ████████████████ (.5); and finalize brief and exhibits for filing (1.0); review/analyze Collegium's opening claim construction brief (0.6); attention to case files and case correspondence (0.4).

| 07/23/21 | C M Morrison | 1.00 |
|---|---|---|

Review and file claim construction brief.

| 07/23/21 | A M Nicolais | 1.70 |
|---|---|---|

Edits/revisions to Collegium opening claim construction brief re 434 patent (.5); citation and caselaw check re same (1.1); preparing paper for filing (.1).

| 07/23/21 | K I Nix | 2.80 |
|---|---|---|

E-mails with D. Rosen and J. Darensbourg regarding ████████████ and work regarding same (.8); reviewed revised draft claim construction brief (1.0); work regarding ████████████ and revised draft memorandum (1.0).

| 07/23/21 | J J Normile | 1.80 |
|---|---|---|

Attention to ████████████████████████ (1.0); review Collegium claim construction brief(.80).

| 07/24/21 | K McCarthy | 0.50 |
|---|---|---|

Review/analyze parties opening claim construction briefs and communicate with client regarding ████████████ (0.5).

| 07/25/21 | K I Nix | 1.70 |
|---|---|---|

Studied ████████████████████████ studied Collegium claim construction brief.

| 07/26/21 | G J Larosa | 1.50 |
|---|---|---|

Review/analyze ████████████████████; and conferred in firm and with client regarding same.

| 07/26/21 | K McCarthy | 5.00 |
|---|---|---|

Prepare for and participate in teleconference ████████████ (0.5); review/analyze ████████████ (0.9); draft/revise ████████████ and communicate with client and co-counsel regarding same (0.6); review ████████████ (0.5); draft/revise ████████████████████

# JONES DAY

Page: 12
October 15, 2021
Invoice: 210903858

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

---

(0.5); draft/revise ███████████████ (1.5); attention to miscellaneous
internal correspondence regarding ███████████████████ (0.5).

| | | |
|---|---|---|
| 07/26/21 | K I Nix | 1.20 |

Work regarding ████████████████████ and reviewed emails and notes with D. Rosen.

| | | |
|---|---|---|
| 07/26/21 | J J Normile | 2.00 |

Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz and P.
Hendler (.50); attention to ███████████████ (.75); attention to various outstanding
discovery matters (0.75).

| | | |
|---|---|---|
| 07/27/21 | G J Larosa | 1.50 |

Plan and prepare for ████████████ (1.0); reviewed ████████████████████
████████████ (.5).

| | | |
|---|---|---|
| 07/27/21 | K McCarthy | 6.00 |

Draft/revise responses to Collegium's fourth set of interrogatories and review/analyze documents and
correspondence related to same (2.0); draft/revise discovery letter response (1.2); review/analyze Collegium's
prior discovery responses and the parties' prior discovery correspondence regarding outstanding discovery
deficiencies (1.3); attention to ███████████████████████████████████
(0.5); attention to ███████████████████████
███████████ (0.6); draft/revise responses to Collegium's fourth set of RFPs(0.4).

| | | |
|---|---|---|
| 07/27/21 | A M Nicolais | 4.30 |

Drafting responses to Collegium's 4th set of RFPs (3.2); communication ((in firm with K. McCarthy re
███████ (.2); reviewing Collegium 434 memo iso claim construction (.5) ███████████████
████████ (.4).

| | | |
|---|---|---|
| 07/27/21 | K I Nix | 3.30 |

Studied and revised draft memorandum ██████████████████████████████████ and
email to S. Anwar regarding same (1.3); e-mails to K. McCarthy and A. Nicolais regarding ████████████
██████████████████████ (.7); studied ████████████████████████████
████████ (1.3).

| | | |
|---|---|---|
| 07/27/21 | J J Normile | 0.80 |

Preparation for and participation in teleconference with B. Koch, G. LaRosa, A. Nicolais and P. Hendler
regarding ████████████████ (.80).

| | | |
|---|---|---|
| 07/28/21 | J J Darensbourg | 1.70 |

Manage shared database for attorneys of correspondence and pleadings regarding both parties' Preliminary
Claim Construction Briefs for the '434 patent and accompanying exhibits and Patheon's response to Purdue's
subpoena to produce documents.

| | | |
|---|---|---|
| 07/28/21 | K McCarthy | 2.50 |

Draft/revise response to Collegium discovery letter ██████████████████████████ (1.0);
draft/revise Purdue's August 9 discovery responses and review materials related to same (1.0) attention to
miscellaneous case correspondence (0.5).

| | | |
|---|---|---|
| 07/28/21 | A M Nicolais | 0.90 |

Edits/revisions to draft RFP responses to Collegium's fourth RFPs and incorporating P. Hendler edits re
same (.9).

# JONES DAY

| 07/28/21 | K I Nix | 3.20 |

Worked on ▮▮▮▮▮ and memorandum summarizing legal analysis (2.6); worked on draft responses to Collegium's RFAs (.4); work regarding ▮▮▮▮▮ (.2).

| 07/29/21 | M M Jackson | 1.50 |

Research to ▮▮▮▮▮ using the web for K. McCarthy.

| 07/29/21 | K McCarthy | 6.50 |

Draft/revise response to Collegium discovery letter and communicate internally regarding same (2.0); coordinate research ▮▮▮▮▮ and review/analyze obtained documents (1.0); perform legal research ▮▮▮▮▮ (2.0); attention to miscellaneous internal and client correspondence (0.6); review/analyze Patheon's subpoena response and communicate with team regarding review of same (0.4); communicate internally and with client regarding document discovery issues (0.5).

| 07/29/21 | A M Nicolais | 3.30 |

Communication in firm with K. McCarthy re Collegium action items (.3); research ▮▮▮▮▮ (2.0); drafting summary re same (.5); review/analyze Patheon response to Subpoena (.5).

| 07/29/21 | K I Nix | 4.60 |

Studied and revised draft letter to C. Pinahs (1.2); studied and revised  draft responses to Collegium RFPs nos. 90-115, and email to A. Nicolais and P. Hendler regarding same (2.0); attention to ▮▮▮▮▮ (.8); revised memorandum summarizing legal research regarding ▮▮▮▮▮ and e-mails with S. Anwar regarding same (.6).

| 07/29/21 | J J Normile | 3.30 |

Review and revise ▮▮▮▮▮ (1.5); review of ▮▮▮▮▮ (.50); review of Purdue's claim construction brief (.80).

| 07/30/21 | J J Darensbourg | 2.10 |

Manage files received by D Rosen for review by K Nix and document production received by Collegium.

| 07/30/21 | G J Larosa | 2.00 |

Draft/revise ▮▮▮▮▮ and conferred in firm regarding same.

| 07/30/21 | K McCarthy | 3.00 |

Attention to internal and opposing counsel correspondence regarding Collegium's document production (0.5); review ▮▮▮▮▮ (1.0); review ▮▮▮▮▮ (1.5).

| 07/30/21 | A M Nicolais | 3.00 |

Draft/revise reply claim construction brief (1.0); researching supporting caselaw re same (2.0).

# JONES DAY

305158.610005

Page: 14
October 15, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 210903858

| 07/30/21 | K I Nix | 4.20 |

Worked on and finalized memo summarizing legal research and analysis of ████████ (.5); studied new documents regarding ██████████████ (.7); work regarding ████████████ (1.3); reviewed and revised draft letter to C. Pinahs (.6); teleconference with D. Rosen regarding discovery issues, and follow up regarding same (1.1).

| 07/30/21 | J J Normile | 1.50 |

Attention to various discovery issues including preparation of responses to Collegium's outstanding discovery requests and supplementation of earlier discovery responses.

| 07/31/21 | K McCarthy | 6.00 |

Draft/revise response to Collegium discovery letter (0.8); review/analyze ████████ ██████ (0.8); draft/revise ████████ (1.2); draft/revise ████████ (2.2); attention to case files and case correspondence regarding claim construction and discovery issues (1.0).

---

**Total**                 **303.60**

# JONES DAY

305158.610005

Page: 15
October 15, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 210903858

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **FEDERAL EXPRESS CHARGES** | | | | |
| 07/02/21 | T E Solomon | NYC | 42.37 | |
| | Vendor: Federal Express Corporation Invoice#: 743238845 Date: 7/12/2021  -  - Ship To: Gasper LaROSA, Ship Dt: 07/02/21 Airbill: 281055511810 | | | |
| 07/02/21 | T E Solomon | NYC | 47.47 | |
| | Vendor: Federal Express Corporation Invoice#: 743238845 Date: 7/12/2021  -  - Ship To: JOHN NORMILE, Ship Dt: 07/02/21 Airbill: 281055354450 | | | |
| **Federal Express Charges Subtotal** | | | | **89.84** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **89.84** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 15, 2021                                              305158.610028
                                                             Invoice: 210903859

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through July 31, 2021:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 17,342.00 |
| Less 13% Discount | | (2,254.46) |
| Total Billed Fees | USD | 15,087.54 |
| **TOTAL** | **USD** | **15,087.54** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                        Citibank, N.A.
New York, NY                          New York, NY
Account Name:  Jones Day              Account Name:  Jones Day
Account No:  37026407                 Account No:  37026407
ABA No:  021000089                    ABA No:  021000089
                                      Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610028/210903859 WITH YOUR PAYMENT

# JONES DAY

305158.610028

Page: 2
October 15, 2021
Invoice: 210903859

Accord Healthcare Inc.

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 7.20 | 1,250.00 | 9,000.00 |
| Of Counsel |  |  |  |
| K I Nix | 0.30 | 1,180.00 | 354.00 |
| Associate |  |  |  |
| K McCarthy | 7.80 | 715.00 | 5,577.00 |
| A M Nicolais | 3.20 | 655.00 | 2,096.00 |
| Paralegal |  |  |  |
| J J Darensbourg | 0.90 | 350.00 | 315.00 |
| **Total** | **19.40** | **USD** | **17,342.00** |

**JONES DAY**

305158.610028

Accord Healthcare Inc.

Page: 3
October 15, 2021
Invoice: 210903859

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/01/21 | K McCarthy | 1.00 |

Draft/revise 1st set of RFPs and 1st set of Interrogatories to Accord (0.5); attention to case files and correspondence (0.5).

| 07/01/21 | A M Nicolais | 0.90 |
|---|---|---|

Final edits/revisions/review of initial Rogs and RFP requests to Accord (.9).

| 07/01/21 | J J Normile | 1.00 |
|---|---|---|

Review and revise initial discovery requests and various correspondence regarding same.

| 07/02/21 | K McCarthy | 0.50 |
|---|---|---|

Attention to case file and correspondence regarding, e.g., Purdue's recently-served discovery requests (0.5).

| 07/02/21 | J J Normile | 0.50 |
|---|---|---|

Review of ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

| 07/10/21 | J J Normile | 1.00 |
|---|---|---|

Preliminary review ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

| 07/12/21 | K McCarthy | 1.50 |
|---|---|---|

Review/analyze Accord's initial invalidity contentions (0.5); draft/revise ▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ (1.0)

| 07/12/21 | A M Nicolais | 0.60 |
|---|---|---|

Review/analyze Accord invalidity contentions (.6).

| 07/12/21 | J J Normile | 2.00 |
|---|---|---|

Continued review ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉ (1.0); attention to ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ (1.0).

| 07/13/21 | K McCarthy | 1.50 |
|---|---|---|

Review/analyze ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ (1.0);▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ (0.5).

| 07/14/21 | K McCarthy | 1.50 |
|---|---|---|

Draft/revise ▉▉▉▉▉ (0.6); attention to case files and correspondence regarding Accord's invalidity contentions (0.4); draft/revise third party subpoena (0.5).

| 07/14/21 | J J Normile | 1.10 |
|---|---|---|

Review ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ (.80);▉▉▉▉▉▉▉▉▉▉ (.30).

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 4
October 15, 2021
Invoice: 210903859

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/15/21 | J J Darensbourg | 0.60 |

Manage shared database for attorneys of both parties' discovery and Defendant's Initial Invalidity Contentions.

| 07/15/21 | J J Normile | 0.50 |
|---|---|---|

Attention to ████████████████

| 07/16/21 | A M Nicolais | 0.30 |
|---|---|---|

Final review and preparing/coordinating service of proposed terms for construction (.3).

| 07/16/21 | J J Normile | 0.80 |
|---|---|---|

Attention to ████████████████

| 07/19/21 | K McCarthy | 0.80 |
|---|---|---|

Prepare for and participate in weekly client call regarding litigation status updates (0.7), including reviewing and providing comments to draft Purdue litigation tracker (0.1).

| 07/19/21 | J J Normile | 0.30 |
|---|---|---|

Review of ████████████████████████████

| 07/21/21 | J J Darensbourg | 0.30 |
|---|---|---|

Manage shared database for attorneys of proposed claim terms and constructions.

| 07/26/21 | K McCarthy | 0.50 |
|---|---|---|

Draft/revise ████████████████ and communicate with A. Nicolais regarding same (0.5).

| 07/27/21 | K McCarthy | 0.50 |
|---|---|---|

Draft/revise ████████████████████ and communicate internally regarding same (0.5).

| 07/27/21 | A M Nicolais | 0.80 |
|---|---|---|

Drafting ████████████████ (.7); communication in firm re same (.1).

| 07/28/21 | A M Nicolais | 0.60 |
|---|---|---|

Edits/revisions to ████████████ incorporating edit/revisions from P. Hendler re same.

| 07/29/21 | K I Nix | 0.30 |
|---|---|---|

Reviewed ████████████████████

|  |  | ──────────── |
|---|---|---|
| **Total** | | **19.40** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 15, 2021

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

305158.640002
Invoice: 210903860

For legal services rendered for the period through July 31, 2021:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 11,944.50 |
| Less 13% Discount | | (1,552.79) |
| Total Billed Fees | USD | 10,391.71 |
| **TOTAL** | **USD** | **10,391.71** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                          Citibank, N.A.
New York, NY                           New York, NY
Account Name:  Jones Day          Account Name:  Jones Day
Account No:  37026407               Account No:  37026407
ABA No:  021000089                   ABA No:  021000089
                                             Swift Code:  CITIUS33

PLEASE REFERENCE 305158 640002/210903860 WITH YOUR PAYMENT

# JONES DAY

305158.640002

Page: 2
October 15, 2021
Invoice: 210903860

Strategic Corporate Advice

### Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| D T Moss | 0.20 | 1,075.00 | 215.00 |
| J J Normile | 1.50 | 1,250.00 | 1,875.00 |
| Associate | | | |
| K McCarthy | 12.50 | 715.00 | 8,937.50 |
| A M Nicolais | 1.40 | 655.00 | 917.00 |
| **Total** | **15.60** | **USD** | **11,944.50** |

# JONES DAY

305158.640002

Page: 3
October 15, 2021
Invoice: 210903860

Strategic Corporate Advice

### Fee Detail

| *Date of Service* | *Timekeeper/Fee Earner Name* | *Hours* |
|---|---|---|
| 07/06/21 | K McCarthy | 2.00 |

Draft/revise ████████████████████████████████████ (0.9); draft/revise
████████████████████████████████ (0.6); draft/revise
████████████████████ and communicate with C. Buck regarding same (0.5).

| 07/07/21 | K McCarthy | 1.00 |
|---|---|---|

Draft/revise ████████████████████ and ((communicate with C. Buck and J. Normile
regarding same)) (1.0).

| 07/09/21 | K McCarthy | 0.50 |
|---|---|---|

Draft/revise ████████████████████ and ((communicate with C. Buck regarding same)) (0.5).

| 07/12/21 | A M Nicolais | 0.80 |
|---|---|---|

Draft/revise weekly Purdue updates (.4); weekly Purdue meeting (.4).

| 07/14/21 | K McCarthy | 2.00 |
|---|---|---|

Draft/revise ████████████████████████████████ and
communicate internally regarding same (2.0).

| 07/14/21 | D T Moss | 0.20 |
|---|---|---|

Communicate with ((J. Normile regarding ██████████████

| 07/19/21 | K McCarthy | 0.70 |
|---|---|---|

Draft/revise ████████████████████████ and communicate internally regarding
same (0.7).

| 07/19/21 | A M Nicolais | 0.60 |
|---|---|---|

Preparing weekly Purdue litigation updates (.3); weekly Purdue meeting (.3).

| 07/20/21 | K McCarthy | 0.80 |
|---|---|---|

Draft/revise ████████████████████████ and communicate internally regarding
same (0.8).

| 07/25/21 | K McCarthy | 3.00 |
|---|---|---|

Draft/revise ██████████████████████ and communicate internally
regarding same (3.0).

| 07/26/21 | K McCarthy | 2.50 |
|---|---|---|

Draft/revise ████████████████████████████████████████
and communicate with J. Normile regarding same (2.5).

| 07/28/21 | J J Normile | 1.50 |
|---|---|---|

Preparation for and participation in teleconference with DPW and Purdue regarding ████████████
████████████████████ (1.5).

## JONES DAY

305158.640002

Strategic Corporate Advice

Page: 4
October 15, 2021
Invoice: 210903860

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| | | _____ |
| **Total** | | **15.60** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 15, 2021                                              305158.999007
                                                             Invoice: 210903861

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through July 31, 2021:

| | | |
|---|---|---|
| Retention Matters | USD | 14,625.00 |
| Less 13% Discount | | (1,901.25) |
| Total Billed Fees | USD | 12,723.75 |
| **TOTAL** | **USD** | **12,723.75** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                        Citibank, N.A.
New York, NY                          New York, NY
Account Name:  Jones Day              Account Name:  Jones Day
Account No:  37026407                 Account No:  37026407
ABA No:  021000089                    ABA No:  021000089
                                      Swift Code:  CITIUS33

PLEASE REFERENCE 305158 999007/210903861 WITH YOUR PAYMENT

# JONES DAY

305158.999007

Page: 2
October 15, 2021
Invoice: 210903861

Retention Matters

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** |  |  |  |
| J J Normile | 7.30 | 1,250.00 | 9,125.00 |
| **Associate** |  |  |  |
| C Buck | 8.80 | 575.00 | 5,060.00 |
| **Paralegal** |  |  |  |
| M M Melvin | 1.10 | 400.00 | 440.00 |
| **Total** | **17.20** | **USD** | **14,625.00** |

# JONES DAY

305158.999007

Retention Matters

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/05/21 | C Buck | 2.40 |

Revise excel for Fifth Interim Fee Application.

| 07/05/21 | C Buck | 2.30 |

Draft Fifth Interim Fee Application.

| 07/06/21 | J J Normile | 0.80 |

Attention to preparation of Jones Day fifth interim fee petition and review of relevant budgets regarding same.

| 07/07/21 | C Buck | 0.30 |

Prepare for and attend call to discuss Fifth Interim Fee Application with J. Normile and K. McCarthy.

| 07/07/21 | J J Normile | 1.00 |

Review and revise Jones Day's fifth interim fee application █████████████████████
███████████).

| 07/11/21 | C Buck | 0.20 |

Revise Fifth Interim Fee Application.

| 07/12/21 | C Buck | 0.50 |

Revise Fifth Interim Fee Application.

| 07/12/21 | J J Normile | 0.50 |

Attention to preparation of Jones Day's Fifth Interim Fee Application.

| 07/13/21 | C Buck | 0.40 |

Revise interim fee application ███████████

| 07/13/21 | J J Normile | 1.50 |

Attention to finalizing Jones Day's Fifth Interim Fee Application and ████████████████
████████████████.

| 07/14/21 | J J Normile | 0.80 |

Attention to preparation of Jones Day's Fifth Interim Fee Petition ██████████████
████████████

| 07/15/21 | C Buck | 1.60 |

Finalize Fifth Interim Fee application for filing.

| 07/15/21 | M M Melvin | 1.10 |

Gather the February through May fee statements and assemble to prepare an exhibit to Jones Day's fifth interim fee application (0.40); forward compiled exhibits to C. Buck to review (0.10); assemble exhibits with the fee application (0.10); send the same to C. Buck for review (0.10); review and e-file Jones Day's fifth interim fee application (0.30); forward a filed copy to C. Buck (0.10).

| 07/15/21 | J J Normile | 2.40 |

Various correspondence with K. McCarthy regarding ████████████████ and review of same (.80); finalizing Jones Day's Fifth Interim Fee Petition ████████████ (.80); review of ████████████████
████ (.80).

# JONES DAY

305158.999007

Retention Matters

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 07/19/21 | J J Normile | 0.30 |
| | Review of various correspondence relating to ██████████ | |
| 07/27/21 | C Buck | 1.10 |
| | Revise June invoices for compliance with UST guidelines. | |
| | **Total** | **17.20** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 21, 2021                                               305158.000003
                                                         Invoice: 210904119

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through August 31, 2021:

| | | |
|---|---|---|
| Article 76 Patent Linkage Litigation | USD | 12,427.50 |
| Less 13% Discount | | (1,615.58) |
| Total Billed Fees | USD | 10,811.92 |
| **TOTAL** | **USD** | **10,811.92** |

**JONES DAY**

305158.000003

Page: 2
October 21, 2021
Invoice: 210904119

Article 76 Patent Linkage Litigation

Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| A C Chen | 7.10 | 1,000.00 | 7,100.00 |
| Specialist |  |  |  |
| S Li | 6.70 | 325.00 | 2,177.50 |
| B Zhu | 10.50 | 300.00 | 3,150.00 |
| **Total** | **24.30** | **USD** | **12,427.50** |

# JONES DAY

305158.000003

Article 76 Patent Linkage Litigation

Page: 3
October 21, 2021
Invoice: 210904119

### Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 08/01/21 | A C Chen | 1.00 |

Review claim chart ████████████████ (.5); discuss with Shuheng Li (.3); ████████████
████ (.2).

| 08/01/21 | S Li | 0.50 |

Correspondence with ████████████████████████████
(.2); attention to questions ████████████████ █ ██████████ (.2); discuss with
Yan Zhu and Tony Chen regarding the same (.1).

| 08/02/21 | A C Chen | 4.50 |

Conference call ████████████████████████████████████████
█████████ (1.5); finalize ████ █ ████████████████
███ (3.0).

| 08/02/21 | S Li | 6.20 |

Discuss with ████ ██████████ (1.5); review and analyze ██████ (.5); revise the
██████████ (1.0); correspondence ████████
████ (.5); review and revise ██████ (.5); discuss with Tony
Chen and Zhu Yan of Jones Day regarding the same (1.0); discuss with Yan Zhu regarding
██████ (1.2).

| 08/02/21 | B Zhu | 8.30 |

Participate in the meeting to discuss ████████████ (1.5); update ████
██████████ (5.5); prepare ████████
████ (1.3).

| 08/03/21 | A C Chen | 1.30 |

Follow up ████████████████████ (.6); discuss with Yan Zhu (.4);
████████ (.3).

| 08/03/21 | B Zhu | 1.50 |

████████████████████████████

| 08/06/21 | A C Chen | 0.30 |

████████████████████.

| 08/06/21 | B Zhu | 0.70 |

Confirm ██████████████████████████████

| | **Total** | **24.30** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 21, 2021

305158.610005
Invoice: 210904120

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through August 31, 2021:

| | | |
|---|---|---:|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 354,519.50 |
| Less 13% Discount | | (46,087.54) |
| Total Billed Fees | USD | 308,431.96 |

### Disbursement & Charges Summary

| | | | |
|---|---:|---|---:|
| Consultants and Agents Fees | 47,402.66 | | |
| | | USD | 47,402.66 |
| **TOTAL** | | **USD** | **355,834.62** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089
Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610005/210904120 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Page: 2
October 21, 2021
Invoice: 210904120

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Timekeeper/Fee Earner Summary

| | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner | | | |
| G J Larosa | 21.50 | 1,125.00 | 24,187.50 |
| C M Morrison | 9.80 | 1,025.00 | 10,045.00 |
| J J Normile | 46.90 | 1,250.00 | 58,625.00 |
| Of Counsel | | | |
| K I Nix | 94.80 | 1,180.00 | 111,864.00 |
| Associate | | | |
| K McCarthy | 139.50 | 715.00 | 99,742.50 |
| A M Nicolais | 45.60 | 655.00 | 29,868.00 |
| Paralegal | | | |
| J J Darensbourg | 35.20 | 350.00 | 12,320.00 |
| T E Solomon | 12.30 | 400.00 | 4,920.00 |
| Assistant Manager | | | |
| A J Salemmo | 1.80 | 175.00 | 315.00 |
| Project Manager | | | |
| E Pratt | 8.10 | 325.00 | 2,632.50 |
| **Total** | **415.50** | **USD** | **354,519.50** |

# JONES DAY

305158.610005

Page: 3
October 21, 2021
Invoice: 210904120

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 08/01/21 | K I Nix | 0.80 |

Reviewed revised discovery letter from K. McCarthy (.6); ████████████████████
████████████████

| 08/01/21 | J J Normile | 1.00 |

████████████████████████████████████████████

| 08/02/21 | J J Darensbourg | 1.00 |

Manage shared database for attorneys of correspondence regarding pending discovery deadlines, deposition matters, and work with experts regarding oxycodone base samples.

| 08/02/21 | G J Larosa | 2.00 |

Draft/revise claim construction brief and conferred in firm regarding same (1.5) ████████████
████████████████

| 08/02/21 | K McCarthy | 7.00 |

Prepare for and participate in weekly client call regarding litigation status updates (0.5); draft/revise reply claim construction brief ████████████ (3.5); ████████████████████
████████ (1.5);)) communicate with outside vendor regarding document discovery (0.5).

| 08/02/21 | C M Morrison | 0.80 |

Review and revise reply claim construction brief.

| 08/02/21 | A M Nicolais | 2.40 |

Communication in firm with K. McCarthy re action items (.3); edits/revisions to draft responses to Collegium's 4th set of RFPs (2.1).

| 08/02/21 | K I Nix | 1.80 |

Reviewed and revised draft letter to C. Pinahs (.6); reviewed and revised draft responses to RFPs 90-115 (.2); reviewed draft claim construction reply brief and C. Morrison's edits to same (.5); ████████████
████████████ (.5).))

| 08/02/21 | J J Normile | 2.80 |

Preparation for and participation in weekly team teleconference with B. Koch, R. Inz, R. Kreppel, G. LaRosa, K. McCarthy, A. Nicolais and P. Hendler (.80); ████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████

| 08/03/21 | J J Darensbourg | 0.70 |

Manage document production by Defendant.

| 08/03/21 | G J Larosa | 1.00 |

Draft/revise correspondence regarding discovery and conferred in firm regarding same.

# JONES DAY

305158.610005

Page: 4
October 21, 2021
Invoice: 210904120

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

08/03/21        K McCarthy                                                9.00
Draft/revise supplemental interrogatory responses █████████████████████████
█████ (4.0);)) plan and prepare for client teleconference regarding ████████ (1.2);
████████████████████ (2.1);                                            (0.5);
████ (1.2).))

08/03/21        A M Nicolais                                             1.10
████████████████████████████████████

08/03/21        K I Nix                                                  1.80
Reviewed draft letter to C. Pinahs and email to K. McCarthy regarding same (.8); ████████
████████

08/03/21        J J Normile                                             3.00
████████████████████████████████████

08/04/21        J J Darensbourg                                         0.20
Manage shared database for attorneys of correspondence regarding draft discovery letter response and draft
response to request for production.

08/04/21        G J Larosa                                              1.50
Draft/revise █████████████ and conferred in firm regarding same.

08/04/21        K McCarthy                                             10.00
███████████████████████████ and communicate internally regarding same (2.4);
██████ (1.4); draft/revise ███████████████ and
communicate internally regarding ████ to same (1.0); prepare for and participate in client teleconference
regarding ███████████ (1.4); draft/revise ███████████████████ and communicate
internally regarding same (1.1); review/analyze ████████████████████████████
(1.7) and communicate internally regarding same (0.5); attention to █████████████ (0.5).))

08/04/21        A M Nicolais                                            4.90
((Reviewing ████████████████ (.2);                                       ████ (.8);
meetings with K. McCarthy re ██████████ (.9); edits/revisions to ████████ (.8);
█████████ (1.1); edits/revisions to ██████████ (.8); edits/revisions to ████████
(.8); reviewing ████████████ (.3).))

08/04/21        K I Nix                                                 4.30
((Worked on ████████████ and teleconference with K. McCarthy regarding same (2.5); studied
███████ (.6); studied ███████████ (.9); teleconference
with K. McCarthy regarding ████████████ (.3).))

08/04/21        J J Normile                                            4.00
((Preparation for and participation in teleconference ████████████████████████

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



(1.5); review and revise ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉ (1.0); attention to ▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉ (1.5).))

08/04/21    A J Salemmo                                    0.50
((Research to ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

08/05/21    G J Larosa                                    1.50
Draft/revise ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ and conferred in firm regarding same.

08/05/21    K McCarthy                                    8.50
((Prepare for and participate in client teleconference regarding ▉▉▉▉▉▉▉▉ (1.1);
review/analyze ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ (0.9);)) prepare for and
participate in ▉▉▉▉▉▉▉ (0.8); ((draft/revise
▉▉▉▉▉▉▉▉▉▉ (2.2); draft/revise ▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉ (1.6); review/analyze ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉ (1.4); attention to ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
(0.5).))

08/05/21    C M Morrison                                    2.00
▉▉▉▉▉▉▉▉▉▉▉▉▉ and teleconference with K. McCarthy regarding same (2.5); studied
▉▉▉▉▉▉▉▉ (.6); studied ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ (.9); teleconference
with K. McCarthy regarding ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ (.3).))

08/05/21    A M Nicolais                                    1.30
Communication in firm with K. McCarthy re ▉▉▉▉▉▉▉ (.4); ((edits/revisions to ▉▉▉▉▉▉
▉▉▉▉▉▉ (.9).))

08/05/21    K I Nix                                    3.80
Worked on draft ▉▉▉▉▉▉▉▉▉▉▉ and email to K. McCarthy regarding same (.8); ▉▉▉▉
▉▉▉▉▉▉ (1.0); work regarding ▉▉▉▉▉▉▉▉ (2.0).))

08/05/21    J J Normile                                    4.80
((Preparation for and participation in team teleconference regarding ▉▉▉▉▉
▉▉▉▉▉▉▉ (1.0); attention to ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉ (2.5); review and revise ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉ (.80); ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉ (.50).))

08/06/21    J J Darensbourg                                    2.60
Manage/cite check Reply Claim Construction Brief and prepare accompanying exhibit (1.9);  prepare
document production of 2012 sealed trial transcripts to Defendant (.7).

08/06/21    G J Larosa                                    3.00
Draft/revise ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ (1.5); ▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉ (1.5).))

08/06/21    K McCarthy                                    6.00
((Prepare for and participate in internal strategy teleconference regarding ▉▉▉▉▉▉▉

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 6
October 21, 2021
Invoice: 210904120



(1.5); draft/revise ████████████████████████
████████████ (3.0); prepare for and participate in client teleconference regarding
███████ (0.6); attention to █████████████ (0.3); ██████
████████ (0.6).))

08/06/21          C M Morrison                                    0.60
Finalize and file Reply claim construction brief.

08/06/21          A M Nicolais                                   2.50
((Reviewing ████████████ (.3); █████████████████████████
████████████ (2.0);)) preparing and coordinating filing (.2).

08/06/21          K I Nix                                         2.20
((Work regarding ██████████████████████████████ (.6); studied
████████ (.6); studied ███████████████████ (1.0).))

08/06/21          J J Normile                                     1.50
((Preparation for and participation in teleconference ████████████████
████████████ (.50); review and revise █████████████ (1.0).))

08/08/21          J J Normile                                     1.00
Preparation for upcoming status conference before Judge Saylor ████████████
████████████████████████████

08/09/21          K McCarthy                                      6.00
((Review/analyze ████████████████████████████████
████████ (1.2); draft/revise ████████████████████████ (1.8); coordinate
████████████████ (0.5); review/analyze ███████████
████████ (1.1); attention to internal and client correspondence regarding
████████ (1.1); ██████ (0.3).))

08/09/21          A M Nicolais                                    0.80
((Meeting with K. McCarthy re ████████████████████ (.2); reviewing ██████
████████ (.6).))

08/09/21          K I Nix                                         3.40
((Studied ██████████████████████████████████████
████████████████████████████████
████████████████████████████████
████ (.8).))

08/09/21          J J Normile                                     1.00
████████████████████████████████████████

08/09/21          T E Solomon                                     1.50
Review and update case databases with newly filed pleadings for access and review by team members (1.00);
confer with G. Asbill (TCDI) regarding preparation of production documents (0.50).

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| | | |
|---|---|---|
| 08/10/21 | G J Larosa | 1.50 |

| | | |
|---|---|---|
| 08/10/21 | K McCarthy | 10.00 |

((Prepare for and participate in weekly client call regarding ███████ (0.6); prepare for and participate in teleconference ███ (1.6);

| | | |
|---|---|---|
| 08/10/21 | C M Morrison | 0.50 |

| | | |
|---|---|---|
| 08/10/21 | A M Nicolais | 0.40 |

Weekly Purdue meeting.

| | | |
|---|---|---|
| 08/10/21 | K I Nix | 3.80 |

| | | |
|---|---|---|
| 08/10/21 | J J Normile | 2.00 |

| | | |
|---|---|---|
| 08/10/21 | T E Solomon | 3.00 |

Review and update case databases with newly exchanged correspondence and discovery responses for access and review by team members (1.00); ███████ review and serve production documents (VOL PCLG20) per instructions (1.50).

| | | |
|---|---|---|
| 08/11/21 | K McCarthy | 6.00 |

| | | |
|---|---|---|
| 08/11/21 | A M Nicolais | 1.10 |

| | | |
|---|---|---|
| 08/11/21 | K I Nix | 5.20 |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| 08/11/21 | J J Normile | 0.80 |

| 08/11/21 | T E Solomon | 1.00 |

| 08/12/21 | K McCarthy | 8.00 |

((Prepare for and participate in teleconference ███████ (1.1); review/analyze ███████ (2.6); attention to client correspondence regarding ███████ (0.9); attention to client and outside counsel correspondence regarding ███████ (2.4); ███████ (1.0).))

| 08/12/21 | A M Nicolais | 0.60 |

| 08/12/21 | K I Nix | 3.70 |

| 08/12/21 | J J Normile | 1.50 |

Preparation for upcoming status conference before Judge Saylo ███████

| 08/12/21 | T E Solomon | 4.00 |

Review and update case databases with newly exchanged correspondence for access and review by team members (0.50); ███████ confer with G. Asbill (TCDI) and team regarding preparation of documents for production (0.50); ███████

| 08/13/21 | G J Larosa | 1.00 |

| 08/13/21 | K McCarthy | 6.00 |

███████ prepare for and participate in Court status conference and follow up call regarding same (1.0); ((perform legal research regarding ███████ (1.6); prepare for and participate in teleconference ███████ (0.9); attention to case ███████ (0.5).))

| 08/13/21 | C M Morrison | 0.60 |

Status conference before J. Saylor ███████

## JONES DAY

305158.610005                                                                 Page: 9
                                                                      October 21, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals           Invoice: 210904120


08/13/21          K I Nix                                          2.10

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮


08/13/21          J J Normile                                     2.00
          Preparation for and participation in status teleconference before Judge Saylo ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

08/13/21          T E Solomon                                     0.80
          Review and update case databases with newly exchange correspondence for access and review by team
          members.

08/15/21          J J Normile                                     1.00

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮


08/16/21          J J Darensbourg                                 1.60

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮


08/16/21          G J Larosa                                      1.00

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮


08/16/21          K McCarthy                                      6.00

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮


08/16/21          A M Nicolais                                    4.90
          Meeting with K. McCarthy re Purdue action items (.2) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮


08/16/21          K I Nix                                         4.80

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮


08/16/21          J J Normile                                     3.30

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 10
October 21, 2021
Invoice: 210904120



| Date | Timekeeper | Hours |
|------|-----------|-------|
| 08/16/21 | T E Solomon | 1.00 |
| | Confer with J. Darensbourg regarding preparing documents for production | |
| 08/17/21 | J J Darensbourg | 4.80 |
| 08/17/21 | K McCarthy | 10.00 |
| 08/17/21 | A M Nicolais | 4.10 |
| 08/17/21 | K I Nix | 5.10 |
| 08/17/21 | J J Normile | 1.50 |
| 08/17/21 | T E Solomon | 0.50 |
| 08/18/21 | J J Darensbourg | 1.80 |
| | Manage collection of documents to be produced to Defendant Collegium (1.0) | |
| 08/18/21 | G J Larosa | 2.00 |
| 08/18/21 | K McCarthy | 8.00 |

**JONES DAY**



| 08/18/21 | K I Nix | 5.30 |
| 08/18/21 | J J Normile | 2.80 |
| 08/19/21 | G J Larosa | 2.50 |
| 08/19/21 | K McCarthy | 7.00 |
| 08/19/21 | A M Nicolais | 1.00 |
| 08/19/21 | K I Nix | 3.70 |
| 08/19/21 | J J Normile | 3.30 |

08/20/21    J J Darensbourg    4.20
Manage shared database for attorneys of correspondence with client, opposing counsel. experts, third party and vendor regarding supplemental document production.

| 08/20/21 | G J Larosa | 1.00 |
| 08/20/21 | K McCarthy | 6.50 |

**JONES DAY**

305158.610005

Page: 12
October 21, 2021
Invoice: 210904120

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| Date | Name | Hours |
|------|------|------|
| 08/20/21 | K I Nix | 3.20 |
| 08/20/21 | J J Normile | 0.50 |
| 08/20/21 | A J Salemmo | 0.30 |
| 08/21/21 | K I Nix | 2.80 |
| 08/23/21 | J J Darensbourg | 0.60 |
| 08/23/21 | G J Larosa | 0.50 |
| 08/23/21 | K McCarthy | 4.00 |
| 08/23/21 | C M Morrison | 0.30 |
| 08/23/21 | A M Nicolais | 1.90 |
| 08/23/21 | K I Nix | 4.70 |
| 08/23/21 | J J Normile | 2.60 |

# JONES DAY

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



08/23/21         A J Salemmo                                    1.00

08/24/21         J J Darensbourg                                3.00

08/24/21         K McCarthy                                     3.00
Prepare for and participate in weekly client call regarding ███████████ (0.6); review/analyze
Collegium responsive claim construction brief and perform legal research regarding same (1.6); review
correspondence from third party subpoena counsel and communicate internally regarding ██████████
(0.9); coordinate document collection and review collected documents (0.9).

08/24/21         A M Nicolais                                   3.80

08/24/21         K I Nix                                        4.80

08/24/21         E Pratt                                        1.20

08/24/21         T E Solomon                                    0.50
Participate in team call regarding upcoming supplemental production.

08/25/21         J J Darensbourg                                6.50
Manage documents cited by both parties in Preliminary Contentions documents and Interrogatory response
documents.

08/25/21         G J Larosa                                     1.00

08/25/21         K McCarthy                                     3.00
Prepare for and participate in meet and confer with third party subpoena counsel (0.8);

08/25/21         C M Morrison                                   1.10
Prepare for and participate in Meet & Confer with Patheon's counsel

08/25/21         A M Nicolais                                   0.90
Meet and confer with Patheon counsel (.9).

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 14
October 21, 2021
Invoice: 210904120



| Date | Name | Hours |
|------|------|-------|
| 08/25/21 | K I Nix | 5.60 |
| 08/25/21 | J J Normile | 2.00 |
| 08/25/21 | E Pratt | 1.20 |

Communicate with vendor regarding timing for submission of information and requests for production.

| 08/26/21 | J J Darensbourg | 0.40 |
|------|------|-------|

Manage documents cited by both parties in Interrogatory response documents.

| 08/26/21 | K McCarthy | 2.00 |
| 08/26/21 | C M Morrison | 2.20 |
| 08/26/21 | A M Nicolais | 0.80 |
| 08/26/21 | K I Nix | 5.40 |
| 08/26/21 | J J Normile | 1.50 |

| 08/27/21 | J J Darensbourg | 1.90 |
|------|------|-------|

Manage documents cited by both parties in Interrogatory response documents.

| 08/27/21 | G J Larosa | 1.00 |
| 08/27/21 | K McCarthy | 5.50 |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 15
October 21, 2021
Invoice: 210904120



| 08/27/21 | C M Morrison | 0.30 |
| | File amended brief with updated tables. | |

| 08/27/21 | A M Nicolais | 4.30 |

| 08/27/21 | K I Nix | 5.20 |

| 08/27/21 | J J Normile | 1.00 |

| 08/30/21 | J J Darensbourg | 1.50 |

| 08/30/21 | G J Larosa | 1.00 |

| 08/30/21 | K McCarthy | 3.50 |

| 08/30/21 | A M Nicolais | 5.10 |

| 08/30/21 | K I Nix | 5.80 |

| 08/30/21 | J J Normile | 1.00 |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 16
October 21, 2021
Invoice: 210904120



| 08/30/21 | E Pratt | 3.30 |
|---|---|---|
| 08/31/21 | J J Darensbourg | 4.40 |
| 08/31/21 | K McCarthy | 4.50 |
| 08/31/21 | C M Morrison | 1.40 |
| 08/31/21 | A M Nicolais | 3.70 |
| 08/31/21 | K I Nix | 5.50 |
| 08/31/21 | J J Normile | 1.00 |

08/31/21    E Pratt                                          2.40

Attention to documents eligible for production (1.3); communicate with K McCarthy and J Darensbourgh regarding same (.7); communicate with vendor requesting pretiffing of documents in advance of production (.4).

**Total**                                          **415.50**

# JONES DAY

305158.610005

Page: 17
October 21, 2021
Invoice: 210904120

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Disbursement Detail



| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|---|---|---|---|---|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 08/04/21 | K I Nix | NYC | 3,530.50 | |
| 08/12/21 | J J Normile | NYC | 16,140.66 | |
| 08/31/21 | K I Nix | NYC | 26,550.00 | |
| 08/31/21 | J J Normile | NYC | 1,181.50 | |
| **Consultants and Agents Fees Subtotal** | | | | 47,402.66 |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | 47,402.66 |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 21, 2021

305158.610013
Invoice: 210904121

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through August 31, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 0.00 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Consultants and Agents Fees | 1,500.00 | |
| | USD | 1,500.00 |
| **TOTAL** | **USD** | **1,500.00** |

Please remit payment to:

**ACH Transfer (preferred)**           **Wire Transfer**
Citibank, N.A.                          Citibank, N.A.
New York, NY                            New York, NY
Account Name:  Jones Day                Account Name:  Jones Day
Account No:  37026407                   Account No:  37026407
ABA No:  021000089                      ABA No:  021000089
                                        Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610013/210904121 WITH YOUR PAYMENT

# JONES DAY

305158.610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Page: 2
October 21, 2021
Invoice: 210904121

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 07/28/21 | J J Normile | NYC | 1,500.00 | |
| | Vendor: Pace Analytical Services, LLC; Invoice#: 25369; Date: 7/28/2021 for July Storage. | | | |
| **Consultants and Agents Fees Subtotal** | | | | **1,500.00** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **1,500.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 21, 2021

305158.610028
Invoice: 210904122

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through August 31, 2021:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 29,443.50 |
| Less 13% Fee Discount | | (3,827.66) |
| Total Billed Fees | USD | 25,615.84 |
| **TOTAL** | **USD** | **25,615.84** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610028/210904122 WITH YOUR PAYMENT

# JONES DAY

305158.610028

Page: 2
October 21, 2021
Invoice: 210904122

Accord Healthcare Inc.

### Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| G J Larosa | 1.00 | 1,125.00 | 1,125.00 |
| J J Normile | 11.70 | 1,250.00 | 14,625.00 |
| Of Counsel | | | |
| K I Nix | 0.50 | 1,180.00 | 590.00 |
| Associate | | | |
| K McCarthy | 13.00 | 715.00 | 9,295.00 |
| A M Nicolais | 3.70 | 655.00 | 2,423.50 |
| Paralegal | | | |
| J J Darensbourg | 1.10 | 350.00 | 385.00 |
| T E Solomon | 2.50 | 400.00 | 1,000.00 |
| **Total** | **33.50** | **USD** | **29,443.50** |

**JONES DAY**

305158.610028

Accord Healthcare Inc.

Page: 3
October 21, 2021
Invoice: 210904122

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 08/03/21 | J J Darensbourg | 0.30 |

Manage shared database for attorneys of discovery responses.

| 08/03/21 | J J Normile | 1.00 |
|---|---|---|

| 08/04/21 | J J Darensbourg | 0.10 |
|---|---|---|

Manage shared database for attorneys of Defendant's discovery responses.

| 08/05/21 | K McCarthy | 1.50 |
|---|---|---|

| 08/05/21 | K I Nix | 0.30 |
|---|---|---|

Reviewed written discovery.

| 08/06/21 | K McCarthy | 1.00 |
|---|---|---|

| 08/06/21 | J J Normile | 1.00 |
|---|---|---|

| 08/09/21 | K McCarthy | 1.00 |
|---|---|---|

Prepare for and participate in teleconferences with opposing counsel (0.6);

| 08/09/21 | K I Nix | 0.20 |
|---|---|---|

| 08/09/21 | J J Normile | 0.80 |
|---|---|---|

| 08/09/21 | T E Solomon | 1.00 |
|---|---|---|

Review and update case databases with newly exchanged correspondence for access and review by team members.

| 08/10/21 | J J Normile | 0.50 |
|---|---|---|

| 08/10/21 | T E Solomon | 1.00 |
|---|---|---|

Review and update case databases with new correspondence and pleadings for access and review by team members.

## JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 4
October 21, 2021
Invoice: 210904122

| 08/11/21 | A M Nicolais | 0.40 |
|---|---|---|

| 08/11/21 | J J Normile | 1.00 |
|---|---|---|

08/12/21      T E Solomon      0.50
Review and update case databases with newly filed pleadings for access and review by team members.

08/20/21      K McCarthy      0.50
Attention to case files and opposing counsel correspondence (0.5).

| 08/20/21 | J J Normile | 0.80 |
|---|---|---|

| 08/23/21 | K McCarthy | 1.00 |
|---|---|---|

08/23/21      A M Nicolais      0.30
Meet and confer with Accord counsel re claim construction (.3).

| 08/23/21 | J J Normile | 1.30 |
|---|---|---|

08/24/21      J J Darensbourg      0.30
Manage shared database for attorneys of correspondence and pleadings regarding Stipulation to extend time for filing Joint Claim Construction chart.

| 08/24/21 | K McCarthy | 2.00 |
|---|---|---|

| 08/24/21 | J J Normile | 0.80 |
|---|---|---|

| 08/26/21 | K McCarthy | 0.50 |
|---|---|---|

| 08/26/21 | J J Normile | 1.00 |
|---|---|---|

# JONES DAY

305158.610028

Page: 5
October 21, 2021
Invoice: 210904122

Accord Healthcare Inc.



| Date | Attorney | Hours |
|------|----------|-------|
| 08/27/21 | G J Larosa | 1.00 |
| 08/27/21 | K McCarthy | 2.50 |

...prepare for and participate in meet and confer with opposing counsel (0.8); draft/revise stipulation to extend deadline and communicate with opposing counsel and local counsel regarding same (0.2).

| 08/27/21 | A M Nicolais | 1.60 |

...meet and confer with Accord counsel re same (.4).

| 08/27/21 | J J Normile | 1.00 |
| 08/30/21 | J J Darensbourg | 0.40 |

Manage shared database for attorneys of correspondence regarding joint claim construction chart.

| 08/30/21 | K McCarthy | 2.50 |
| 08/30/21 | A M Nicolais | 0.60 |
| 08/30/21 | J J Normile | 1.50 |
| 08/31/21 | K McCarthy | 0.50 |
| 08/31/21 | A M Nicolais | 0.80 |
| 08/31/21 | J J Normile | 1.00 |

**Total**                          **33.50**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 21, 2021                                                    305158.640002
                                                                  Invoice: 210904123

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through August 31, 2021:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 4,694.00 |
| Less 13% Fee Discount | | (610.22) |
| Total Billed Fees | USD | 4,083.78 |
| **TOTAL** | **USD** | **4,083.78** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 640002/210904123 WITH YOUR PAYMENT

# JONES DAY

305158.640002

Strategic Corporate Advice

Page: 2
October 21, 2021
Invoice: 210904123

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Associate |  |  |  |
| K McCarthy | 4.00 | 715.00 | 2,860.00 |
| A M Nicolais | 2.80 | 655.00 | 1,834.00 |
| **Total** | **6.80** | **USD** | **4,694.00** |

# JONES DAY

305158.640002

Page: 3
October 21, 2021
Invoice: 210904123

Strategic Corporate Advice

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 08/02/21 | A M Nicolais | 0.30 |
| Drafting weekly Purdue updates (.3); weekly Purdue call (.3). | | |
| 08/09/21 | A M Nicolais | 0.30 |
| Drafting weekly Purdue updates. | | |
| 08/13/21 | A M Nicolais | 0.20 |
| Updates to weekly Purdue calendar/updates (.2). | | |
| 08/16/21 | A M Nicolais | 0.50 |
| Weekly Purdue updates (.2); weekly Purdue meeting (.3). | | |
| 08/19/21 | K McCarthy | 2.50 |
| ███████████████████████████ | | |
| 08/20/21 | K McCarthy | 1.50 |
| ███████████████████████████ | | |
| 08/23/21 | A M Nicolais | 0.70 |
| Drafting weekly Purdue updates (.3); weekly Purdue meeting (.4). | | |
| 08/30/21 | A M Nicolais | 0.80 |
| Drafting weekly updates (.4); weekly Purdue meeting (.4). | | |
| **Total** | | **6.80** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 21, 2021                                                                                      305158.999007
                                                                                                Invoice: 210904124

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through August 31, 2021:

| | | |
|---|---|---|
| Retention Matters | USD | 14,937.50 |
| Less 13% Fee Discount | | (1,941.88) |
| Total Billed Fees | USD | 12,995.62 |
| **TOTAL** | **USD** | **12,995.62** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 999007/210904124 WITH YOUR PAYMENT

# JONES DAY

305158.999007

Retention Matters

Page: 2
October 21, 2021
Invoice: 210904124

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| C Fulda | 1.50 | 875.00 | 1,312.50 |
| J J Normile | 7.00 | 1,250.00 | 8,750.00 |
| **Counsel** | | | |
| S Rihm | 2.10 | 675.00 | 1,417.50 |
| **Associate** | | | |
| C Buck | 1.90 | 575.00 | 1,092.50 |
| **Paralegal** | | | |
| F Beutel | 5.80 | 225.00 | 1,305.00 |
| A Klempke | 2.00 | 225.00 | 450.00 |
| M M Melvin | 0.40 | 400.00 | 160.00 |
| K Ondertoller | 2.00 | 225.00 | 450.00 |
| **Total** | **22.70** | **USD** | **14,937.50** |

**JONES DAY**

305158.999007

Retention Matters

Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 08/04/21 | C Fulda | 0.60 |



| 08/04/21 | J J Normile | 1.00 |

Review of correspondence from B. Koch regarding ███████████████ and various correspondence with Jones Day European partners regarding same.

| 08/05/21 | F Beutel | 5.80 |
| 08/05/21 | C Fulda | 0.90 |
| 08/05/21 | A Klempke | 2.00 |
| 08/05/21 | K Ondertoller | 2.00 |
| 08/05/21 | S Rihm | 2.10 |
| 08/15/21 | J J Normile | 1.00 |

Review and revise Purdue's June invoices and review Purdue's Fifth Interim Fee Petition.

| 08/16/21 | C Buck | 0.50 |

Prepare for and attend hearing on interim fee application.

| 08/18/21 | J J Normile | 1.50 |

Participation in confirmation hearing before Judge Drain.

| 08/19/21 | J J Normile | 1.00 |

███████████████████████ and various teleconferences with K. McCarthy regarding same (1.0).

| 08/20/21 | J J Normile | 1.00 |
| 08/23/21 | J J Normile | 1.00 |

Participation in bankruptcy trial proceedings.

| 08/24/21 | C Buck | 0.30 |

## JONES DAY

305158.999007

Retention Matters

Page: 4
October 21, 2021
Invoice: 210904124

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 08/24/21 | J J Normile | 0.50 |
| 08/25/21 | C Buck | 0.60 |
| 08/25/21 | C Buck | 0.50 |
| | Finalize Twentieth Monthly Fee Statement for filing. | |
| 08/25/21 | M M Melvin | 0.40 |

Review, assemble exhibits to and e-file Jones Day's Twentieth Monthly Fee Statement of Jones Day (0.30); serve the same by e-mail (0.10).

**Total**      **22.70**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

October 21, 2021

305158.999007
Invoice: 210904125

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through August 31, 2021:

| | | |
|---|---|---|
| MISCELLANEOUS | USD | 0.00 |

Disbursement & Charges Summary

| | | |
|---|---|---|
| US Patent Trademark Office | 1,900.00 | |
| | USD | 1,900.00 |
| **TOTAL** | **USD** | **1,900.00** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                                  Citibank, N.A.
New York, NY                                  New York, NY
Account Name:  Jones Day              Account Name:  Jones Day
Account No:  37026407                    Account No:  37026407
ABA No:  021000089                       ABA No:  021000089
                                                       Swift Code:  CITIUS33

PLEASE REFERENCE 305158 999007/210904125 WITH YOUR PAYMENT

# JONES DAY

305158.999007

MISCELLANEOUS

Page: 2
October 21, 2021
Invoice: 210904125

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **US PATENT TRADEMARK OFFICE** | | | | |
| 06/22/21 | NYC Accounting | NYC | 725.00 | |
| | Utility issue fee, re: Patent Application Serial No. 15/678,267, includes a professional service fee of $125. | | | |
| 08/02/21 | NYC Accounting | NYC | 1,175.00 | |
| | Petition for revival of an abandoned application for a patent (Patent Application Serial No. 15/678,267), for the delayed payment of the fee for issuing each patent, or for the delayed response, includes a professional service fee of $125. | | | |
| **US Patent Trademark Office Subtotal** | | | | **1,900.00** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **1,900.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

November 4, 2021                                                                          305158.000003
                                                                                              Invoice: 210904620

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through September 30, 2021:

| | | |
|---|---|---|
| Article 76 Patent Linkage Litigation | USD | 55,280.00 |
| Less 13% Discount | | (7,186.40) |
| Total Billed Fees | USD | 48,093.60 |
| **TOTAL** | **USD** | **48,093.60** |

**JONES DAY**

305158.000003

Page: 2
November 4, 2021
Invoice: 210904620

Article 76 Patent Linkage Litigation



**JONES DAY**

305158.000003                                                          Page: 3
                                                          November 4, 2021

Article 76 Patent Linkage Litigation                      Invoice: 210904620

**JONES DAY**

305158.000003

Article 76 Patent Linkage Litigation

Page: 4
November 4, 2021
Invoice: 210904620

**JONES DAY**

305158.000003                                                          Page: 5
                                                              November 4, 2021
Article 76 Patent Linkage Litigation                         Invoice: 210904620

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

November 4, 2021                                                   305158.610005
                                                          Invoice: 210904621

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through September 30, 2021:

| | | |
|---|---|---:|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 244,443.50 |
| Less 13% Discount | | (31,777.66) |
| Total Billed Fees | USD | 212,665.84 |

### Disbursement & Charges Summary

| | | |
|---|---:|---:|
| Consultants and Agents Fees | 19,796.00 | |
| Litigation Expenses | 600.00 | |
| United Parcel Service Charges | 27.04 | |
| | USD | 20,423.04 |

**TOTAL**                                        **USD**          **233,088.88**

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 610005/210904621 WITH YOUR PAYMENT

# JONES DAY

305158.610005                                                              Page: 2
                                                                    November 4, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice: 210904621

Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner | | | |
| M W Johnson | 1.00 | 850.00 | 850.00 |
| G J Larosa | 20.00 | 1,125.00 | 22,500.00 |
| C M Morrison | 5.40 | 1,025.00 | 5,535.00 |
| J J Normile | 37.90 | 1,250.00 | 47,375.00 |
| Of Counsel | | | |
| K I Nix | 40.90 | 1,180.00 | 48,262.00 |
| Associate | | | |
| K McCarthy | 121.00 | 715.00 | 86,515.00 |
| A M Nicolais | 20.80 | 655.00 | 13,624.00 |
| S Wynne | 2.50 | 725.00 | 1,812.50 |
| Paralegal | | | |
| J J Darensbourg | 19.50 | 350.00 | 6,825.00 |
| T E Solomon | 9.50 | 400.00 | 3,800.00 |
| Project Manager | | | |
| E Pratt | 22.60 | 325.00 | 7,345.00 |
| **Total** | **301.10** | **USD** | **244,443.50** |

# JONES DAY

305158.610005

Page: 3
November 4, 2021
Invoice: 210904621

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 09/01/21 | J J Darensbourg | 1.40 |

Manage/prepare Purdue Board presentations for production to Defendant Collegium.

| 09/01/21 | K McCarthy | 6.00 |

((Draft/revise ████████████████████████████████
████ (3.2);
████████████████████ (2.8).

| 09/01/21 | C M Morrison | 0.40 |

████████████████████████████████

| 09/01/21 | A M Nicolais | 3.30 |

████████████████████████████████████
████████████████████████████████

| 09/01/21 | K I Nix | 6.40 |

Worked on ████████████████████████████████
████████ (2.2);
████ (.5); ████████████ 1.0);
████ (.2).

| 09/01/21 | J J Normile | 1.00 |

████████████████████████████████

| 09/01/21 | E Pratt | 4.60 |

Attention to various aspects of finalization for production sets from Collegium and ORFII database.

| 09/02/21 | J J Darensbourg | 2.00 |

Manage/prepare documents for production to opposing counsel.

| 09/02/21 | G J Larosa | 2.00 |

Attention to preparation and review of written discovery and claim construction materials ████████
████████

| 09/02/21 | K McCarthy | 6.00 |

████████████████████████████████████
████████████████████████████████

| 09/02/21 | C M Morrison | 0.40 |

Review draft joint claim construction chart.

# JONES DAY

305158.610005

Page: 4
November 4, 2021
Invoice: 210904621

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| Date | Name | Hours |
|------|------|-------|
| 09/02/21 | A M Nicolais | 5.30 |
| 09/02/21 | K I Nix | 4.30 |
| 09/02/21 | J J Normile | 2.00 |
| 09/02/21 | E Pratt | 2.70 |

Attention to 2 production sets for service on 09.03.2021 to include download and review of production sets, creation of cross references (1.5), communication with vendor regarding timing of deliverables and responses to various questions from case team (1.2).

| 09/03/21 | K McCarthy | 5.00 |

| 09/03/21 | C M Morrison | 0.70 |

Review and file Claim Construction Brief.

| 09/03/21 | A M Nicolais | 4.80 |

| 09/03/21 | K I Nix | 3.30 |

E-mails with R. Kreppel and K. McCarthy (.2);

| 09/03/21 | J J Normile | 3.30 |

| 09/03/21 | E Pratt | 3.90 |

Prepare and finalize various aspects of productions for service.

# JONES DAY

305158.610005

Page: 5
November 4, 2021
Invoice: 210904621

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| | | |
|---|---|---|
| 09/03/21 | T E Solomon | 3.00 |

Serve productions VOL021 and VOL022 per K. McCarthy's instructions (0.50); update case databases with new discovery materials, pleadings, correspondence and productions for access and review by team members (2.50).

| | | |
|---|---|---|
| 09/06/21 | J J Normile | 1.50 |

| | | |
|---|---|---|
| 09/07/21 | G J Larosa | 0.50 |

| | | |
|---|---|---|
| 09/07/21 | K McCarthy | 7.00 |

| | | |
|---|---|---|
| 09/07/21 | A M Nicolais | 1.00 |

| | | |
|---|---|---|
| 09/07/21 | K I Nix | 1.00 |

| | | |
|---|---|---|
| 09/07/21 | J J Normile | 1.50 |

| | | |
|---|---|---|
| 09/07/21 | E Pratt | 2.40 |

Search for and isolate all document productions listed on production log to determine database location for each production (1.9); update production log to indicate database in which productions reside (.5).

| | | |
|---|---|---|
| 09/08/21 | J J Darensbourg | 1.10 |

Manage shared database for document productions.

| | | |
|---|---|---|
| 09/08/21 | M W Johnson | 0.50 |

| | | |
|---|---|---|
| 09/08/21 | K McCarthy | 6.50 |

# JONES DAY



| 09/08/21 | A M Nicolais | 1.10 |
|---|---|---|

| 09/08/21 | K I Nix | 3.20 |
|---|---|---|

| 09/08/21 | J J Normile | 3.10 |
|---|---|---|

| 09/08/21 | E Pratt | 4.20 |
|---|---|---|

Review of prior productions, production log, database and communications to update all sources for use by case team.

| 09/09/21 | J J Darensbourg | 1.90 |
|---|---|---|

Manage shared database for attorneys of correspondence, pleadings, and discovery regarding both parties' Responsive Claim Construction Briefs, Plaintiffs' corrected Reply to Preliminary Claim Construction Brief, Plaintiffs' Supplemental Responses and Objections to First Interrogatories, and draft Joint Claim Construction and Pre-Hearing Statement (.80).

| 09/09/21 | M W Johnson | 0.50 |
|---|---|---|

| 09/09/21 | G J Larosa | 1.00 |
|---|---|---|

| 09/09/21 | K McCarthy | 7.00 |
|---|---|---|

| 09/09/21 | C M Morrison | 1.80 |
|---|---|---|

## JONES DAY

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



09/09/21          K I Nix                                              0.60

09/09/21          J J Normile                                         2.80

09/09/21          E Pratt                                             3.20
Review of production log to isolate all documents produced in Collegium matter and include updated
information in production log to identify location of same.

09/10/21          J J Darensbourg                                    2.20
Manage shared database for attorneys of correspondence regarding Joint Claim Construction Statement (.7).

09/10/21          G J Larosa                                         1.00

09/10/21          K McCarthy                                         6.00

09/10/21          C M Morrison                                       0.50
Finalize and file Joint Claim Construction Chart.

09/10/21          K I Nix                                            1.70

09/10/21          J J Normile                                        0.80

09/13/21          J J Darensbourg                                    1.50
Manage shared database for attorneys of correspondence and pleadings regarding Joint Claim Construction
and Prehearing Statement (.4)

09/13/21          G J Larosa                                         1.00

09/13/21          K McCarthy                                         7.10

**JONES DAY**

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| 09/13/21 | A M Nicolais | 0.80 |
| 09/13/21 | J J Normile | 1.30 |
| 09/14/21 | G J Larosa | 2.50 |
| 09/14/21 | K McCarthy | 7.90 |
| 09/14/21 | C M Morrison | 0.30 |
| 09/14/21 | J J Normile | 1.00 |
| 09/15/21 | J J Darensbourg | 0.90 |
| 09/15/21 | K McCarthy | 4.20 |
| 09/15/21 | K I Nix | 0.80 |
| 09/15/21 | J J Normile | 0.80 |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| | | | |
|---|---|---|---|
| 09/15/21 | E Pratt | | 0.80 |

Prepare searches to isolate documents to transmit to expert (.6); communicate with vendor to request PDF versions of documents (.2).

| | | | |
|---|---|---|---|
| 09/16/21 | J J Darensbourg | | 2.00 |

Manage/review exhibits to Responsive Claim Construction Brief and Opposition Brief to Motion to Strike Supplemental Constantinides Declaration (1.0).

| | | | |
|---|---|---|---|
| 09/16/21 | K McCarthy | | 5.80 |

| | | | |
|---|---|---|---|
| 09/16/21 | J J Normile | | 1.50 |

| | | | |
|---|---|---|---|
| 09/17/21 | K McCarthy | | 1.50 |

| | | | |
|---|---|---|---|
| 09/17/21 | K I Nix | | 1.80 |

| | | | |
|---|---|---|---|
| 09/17/21 | E Pratt | | 0.80 |

Download documents requested from vendor to transmit to expert (.2); unzip and review of same (.5) communicate with J Darensbourgh regarding location and finalization of same (.1).

| | | | |
|---|---|---|---|
| 09/20/21 | G J Larosa | | 1.00 |

| | | | |
|---|---|---|---|
| 09/20/21 | K McCarthy | | 1.50 |

| | | | |
|---|---|---|---|
| 09/20/21 | A M Nicolais | | 0.90 |

| | | | |
|---|---|---|---|
| 09/20/21 | J J Normile | | 1.00 |

| | | | |
|---|---|---|---|
| 09/21/21 | K McCarthy | | 7.10 |

**JONES DAY**

305158.610005

Page: 10
November 4, 2021
Invoice: 210904621

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| Date | Name | Hours |
|------|------|-------|
| 09/22/21 | J J Darensbourg | 2.20 |
| 09/22/21 | K McCarthy | 7.90 |
| 09/22/21 | C M Morrison | 0.40 |
| 09/22/21 | K I Nix | 2.20 |
| 09/22/21 | J J Normile | 1.50 |
| 09/23/21 | J J Darensbourg | 0.50 |
| 09/23/21 | K McCarthy | 8.00 |
| 09/23/21 | K I Nix | 2.30 |
| 09/24/21 | G J Larosa | 2.50 |
| 09/24/21 | K McCarthy | 3.50 |
| 09/24/21 | K I Nix | 2.80 |

**JONES DAY**

Page: 11
November 4, 2021
Invoice: 210904621

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| 09/24/21 | J J Normile | 2.10 |
| 09/25/21 | K McCarthy | 3.00 |
| 09/25/21 | J J Normile | 1.60 |
| 09/26/21 | K McCarthy | 3.00 |
| 09/26/21 | J J Normile | 1.30 |
| 09/27/21 | J J Darensbourg | 0.90 |
| 09/27/21 | G J Larosa | 4.00 |
| 09/27/21 | K McCarthy | 2.50 |
| 09/27/21 | A M Nicolais | 0.80 |
| 09/27/21 | K I Nix | 2.40 |
| 09/27/21 | J J Normile | 2.00 |

09/28/21    J J Darensbourg    0.40
Manage shared database for attorneys of correspondence regarding Claim Construction Hearing and expert
discovery.

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 12
November 4, 2021
Invoice: 210904621



09/28/21          G J Larosa                                    1.50

09/28/21          K McCarthy                                    5.00

09/28/21          A M Nicolais                                  2.50

09/28/21          K I Nix                                       3.20

09/28/21          J J Normile                                   2.50

09/29/21          J J Darensbourg                               1.20
        Manage/prepare deposition transcript excerpts for review and filing by K McCarthy.

09/29/21          G J Larosa                                    2.00

09/29/21          K McCarthy                                    4.50

09/29/21          C M Morrison                                  0.60

09/29/21          A M Nicolais                                  0.30

09/29/21          K I Nix                                       2.60

09/29/21          J J Normile                                   2.30

                                              (1.0).  Prepare for and participate in

## JONES DAY

305158.610005

Page: 13
November 4, 2021
Invoice: 210904621

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



teleconference with J. Holdreith regarding upcoming status conference and Markman hearing before Judge Saylor (.50).

| | | |
|---|---|---|
| 09/29/21 | S Wynne | 1.00 |
| 09/30/21 | J J Darensbourg | 1.30 |
| 09/30/21 | G J Larosa | 1.00 |
| 09/30/21 | K McCarthy | 5.00 |
| 09/30/21 | C M Morrison | 0.30 |

Communicate with court regarding Markman Hearing.

| | | |
|---|---|---|
| 09/30/21 | K I Nix | 2.30 |
| 09/30/21 | J J Normile | 3.00 |

Review of various background materials provided by

| | | |
|---|---|---|
| 09/30/21 | T E Solomon | 6.50 |

Assemble Claim Construction briefing for '434 and '961 Patents and prepare binder sets organized with indices and tabs for upcoming hearing.

| | | |
|---|---|---|
| 09/30/21 | S Wynne | 1.50 |

| | | |
|---|---|---|
| | **Total** | **301.10** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 14
November 4, 2021
Invoice: 210904621

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 09/17/21 | J J Normile | NYC | 15,136.00 | |
| 09/28/21 | K McCarthy | NYC | 4,050.00 | |
| 09/30/21 | K I Nix | NYC | 610.00 | |
| **Consultants and Agents Fees Subtotal** | | | | **19,796.00** |
| **LITIGATION EXPENSES** | | | | |
| 09/28/21 | R T Westrom | NYC | 300.00 | |
| | Vendor: PM Legal, LLC; Invoice#: 10312208; Date: 6/22/2021 - 6/8/2021 (Exhibit 1 - subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action Schedule "A" on Noramco, Inc.) | | | | |
| 09/28/21 | R T Westrom | NYC | 300.00 | |
| | Vendor: PM Legal, LLC; Invoice#: 10312208; Date: 6/22/2021 - 6/8/2021 (Exhibit 1 - subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action Schedule "A" on Patheon Pharmaceuticals Inc.) | | | | |
| **Litigation Expenses Subtotal** | | | | **600.00** |
| **UNITED PARCEL SERVICE CHARGES** | | | | |
| 09/23/21 | K I Nix | NYC | 27.04 | |
| | Vendor: United Parcel Service, Inc. Invoice#: 21000010445E391 Date: 9/25/2021  -  -  Ship To: Kelsey Nix, Waive Signature Ship Dt: 09/23/21 Airbill: 1Z10445E0197061244 | | | | |
| **United Parcel Service Charges Subtotal** | | | | **27.04** |
| | **Total Disbursements and Charges** | | **USD** | **20,423.04** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

November 4, 2021                                                              305158.610013
                                                                        Invoice: 210904622

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through September 30, 2021:

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.            USD                 0.00

Disbursement & Charges Summary

| | | |
|---|---|---|
| ███████████ | 1,500.00 | |
| | USD | 1,500.00 |
| **TOTAL** | **USD** | **1,500.00** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                        Citibank, N.A.
New York, NY                          New York, NY
Account Name:  Jones Day              Account Name:  Jones Day
Account No:  37026407                 Account No:  37026407
ABA No:  021000089                    ABA No:  021000089
                                      Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610013/210904622 WITH YOUR PAYMENT

**JONES DAY**

305158.610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Invoice: 210904622

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
|      |                           |          |        |       |

**Total Disbursements and Charges**      **USD**      **1,500.00**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

November 4, 2021                                                305158.610028
                                                               Invoice: 210904623

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through September 30, 2021:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 19,058.00 |
| Less 13% Discount | | (2,477.54) |
| Total Billed Fees | USD | 16,580.46 |
| **TOTAL** | **USD** | **16,580.46** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                        Citibank, N.A.
New York, NY                         New York, NY
Account Name:  Jones Day             Account Name:  Jones Day
Account No:  37026407                Account No:  37026407
ABA No:  021000089                   ABA No:  021000089
                                     Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610028/210904623 WITH YOUR PAYMENT

# JONES DAY

305158.610028                                                          Page: 2
                                                                November 4, 2021

Accord Healthcare Inc.                                       Invoice: 210904623

### Timekeeper/Fee Earner Summary

|                   | Hours | Rate     | Amount    |
|-------------------|-------|----------|-----------|
| Partner           |       |          |           |
| J J Normile       | 7.00  | 1,250.00 | 8,750.00  |
| Associate         |       |          |           |
| K McCarthy        | 9.50  | 715.00   | 6,792.50  |
| A M Nicolais      | 5.10  | 655.00   | 3,340.50  |
| Paralegal         |       |          |           |
| J J Darensbourg   | 0.50  | 350.00   | 175.00    |
| **Total**         | **22.10** | **USD** | **19,058.00** |

## JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 3
November 4, 2021
Invoice: 210904623

Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 09/01/21 | J J Darensbourg | 0.50 |

Manage shared database for attorneys of correspondence, discovery and pleadings regarding Stipulation and Order Regarding Claim Construction and SEALED Notice of Noramco Document Subpoena.

| | | |
|---|---|---|
| 09/02/21 | K McCarthy | 0.60 |
| 09/07/21 | A M Nicolais | 0.10 |
| 09/07/21 | J J Normile | 1.10 |
| 09/08/21 | K McCarthy | 0.90 |
| 09/08/21 | A M Nicolais | 2.60 |
| 09/13/21 | J J Normile | 0.80 |
| 09/14/21 | J J Normile | 0.80 |
| 09/15/21 | K McCarthy | 1.60 |
| 09/15/21 | A M Nicolais | 1.40 |
| 09/15/21 | J J Normile | 0.50 |
| 09/20/21 | K McCarthy | 2.00 |

# JONES DAY

305158.610028

Accord Healthcare Inc.



| Date | Name | Hours |
|------|------|-------|
| 09/20/21 | J J Normile | 1.00 |
| 09/24/21 | K McCarthy | 1.50 |
| 09/24/21 | J J Normile | 1.00 |
| 09/27/21 | K McCarthy | 2.90 |
| 09/27/21 | A M Nicolais | 1.00 |
| 09/27/21 | J J Normile | 1.00 |
| 09/28/21 | J J Normile | 0.80 |
| **Total** | | **22.10** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

November 4, 2021

305158.999007
Invoice: 210904624

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through September 30, 2021:

| | | |
|---|---|---|
| Retention Matters | USD | 11,200.00 |
| Less 13% Discount | | (1,456.00) |
| Total Billed Fees | USD | 9,744.00 |

## Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Court Reporter Fees | 262.80 | | |
| | | USD | 262.80 |
| **TOTAL** | | **USD** | **10,006.80** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                         Citibank, N.A.
New York, NY                           New York, NY
Account Name:  Jones Day               Account Name:  Jones Day
Account No:  37026407                  Account No:  37026407
ABA No:  021000089                     ABA No:  021000089
                                       Swift Code:  CITIUS33

PLEASE REFERENCE 305158 999007/210904624 WITH YOUR PAYMENT

# JONES DAY

305158.999007

Retention Matters

Page: 2
November 4, 2021
Invoice: 210904624

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** |  |  |  |
| J J Normile | 8.00 | 1,250.00 | 10,000.00 |
| **Associate** |  |  |  |
| C Buck | 1.60 | 575.00 | 920.00 |
| **Paralegal** |  |  |  |
| M M Melvin | 0.70 | 400.00 | 280.00 |
| **Total** | **10.30** | **USD** | **11,200.00** |

# JONES DAY

305158.999007

Retention Matters

Page: 3
November 4, 2021
Invoice: 210904624

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 09/01/21 | C Buck | 1.00 |
| | Revise July invoices to comply with UST guidelines. | |
| 09/01/21 | J J Normile | 3.00 |
| | Participate in court hearing where Judge Drain issued his final ruling on the Purdue bankruptcy reorganization. | |
| 09/02/21 | M M Melvin | 0.30 |
| | Order the September 1, 2021 Purdue hearing transcript, per M. Dabney (0.20); save the transcript to the system and forward a copy to M. Dabney (0.10). | |
| 09/03/21 | M M Melvin | 0.30 |
| | Order the September 1, 2021 hearing transcript, per M. Dabney (0.10); save the transcript to the system (0.10); send the transcript to M. Dabney (0.10). | |
| 09/07/21 | M M Melvin | 0.10 |
| | Review, approve and forward to the Financial Department an invoice for the September 1, 2021 Purdue hearing transcript for processing and payment. | |
| 09/12/21 | J J Normile | 0.50 |
| | ███████████ | |
| 09/13/21 | J J Normile | 2.00 |
| | Participate in September Omnibus Hearing before Judge Drain. | |
| 09/15/21 | J J Normile | 1.00 |
| | ███████████ | |
| 09/27/21 | C Buck | 0.60 |
| | Review Plan and determine final fee application deadlines. | |
| 09/30/21 | J J Normile | 1.00 |
| | Participate in status teleconference before Judge Drain. | |
| 09/30/21 | J J Normile | 0.50 |
| | ███████████ | |
| **Total** | | **10.30** |

# JONES DAY

305158.999007

Retention Matters

Page: 4
November 4, 2021
Invoice: 210904624

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **COURT REPORTER FEES** | | | | |
| 09/14/21 | M M Melvin | NYC | 262.80 | |
| | Vendor: VERITEXT LLC; Invoice#: 5242019; Date: 9/3/2021 - 9/3/2021 (hearing transcript - case no. 19-23660 9/1/2021) | | | |
| **Court Reporter Fees Subtotal** | | | | **262.80** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **262.80** |