# APPENDIX B

**PJT Partners**

July 29, 2021

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | | |
|---|---|---|---|
| Monthly Fee for the period of June 1, 2021 through June 30, 2021: | | $ | 225,000.00 |
| Out-of-pocket expenses processed through July 8, 2021:[1] | | | |
| Ground Transportation | $        21.42 | | |
| Meals | 34.15 | | |
| Research | 1,317.72 | | 1,373.29 |
| **Total Amount Due** | | $ | **226,373.29** |

**Invoice No. 10018337**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Jul-21 | Total Expenses |
|---|---|---|
| Ground Transportation | $ 21.42 | $ 21.42 |
| Employee Meals | 34.15 | **34.15** |
| Research - Online Database | 1,317.72 | **1,317.72** |
| **Total Expenses** | $ **1,373.29** | $ **1,373.29** |
| | | |
| **Ground Transportation** | | $ 21.42 |
| **Meals** | | 34.15 |
| **Research** | | 1,317.72 |
| | | |
| **Total Expenses** | | $ **1,373.29** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through July 8, 2021**
**Invoice No. 10018337**

**Ground Transportation**

| | | | |
|---|---|---|---|
| Schwarzmann (weeknight taxi home from office) | 05/04/21 | 21.42 | |
| **Subtotal - Ground Transportation** | | **$** | **21.42** |

**Employee Meals**

| | | | |
|---|---|---|---|
| Schwarzmann (weeknight working dinner meal) | 03/15/21 | 34.15 | |
| **Subtotal - Employee Meals** | | | **34.15** |

**Research - Online Database**

| | | | |
|---|---|---|---|
| de Almeida (retrieved documents from Court docket via PACER) | 02/21/21 | 3.00 | |
| de Almeida (retrieved documents from Court docket via PACER) | 02/22/21 | 0.70 | |
| de Almeida (retrieved documents from Court docket via PACER) | 03/18/21 | 1.10 | |
| de Almeida (retrieved documents from Court docket via PACER) | 03/30/21 | 1.40 | |
| South (KLDiscovery electronic discovery and data recovery services) | 06/01/21 - 06/30/21 | 1,311.52 | |
| **Subtotal - Research - Online Database** | | | **1,317.72** |
| **Total Expenses** | | **$** | **1,373.29** |

**PJT Partners**

August 12, 2021

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---:|---:|
| Monthly Fee for the period of July 1, 2021 through July 31, 2021: | | $ 225,000.00 |
| Out-of-pocket expenses processed through July 28, 2021:[1] | | |
|     Ground Transportation | $ 31.98 | |
|     Meals | 440.00 | 471.98 |
| **Total Amount Due** | | **$ 225,471.98** |

**Invoice No. 10018398**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Jul-21 | Total Expenses |
|---|---:|---:|
| Ground Transportation | $ 31.98 | $ 31.98 |
| Employee Meals | 440.00 | 440.00 |
| **Total Expenses** | **$ 471.98** | **$ 471.98** |
|  |  |  |
| **Ground Transportation** |  | **$ 31.98** |
| **Meals** |  | **440.00** |
|  |  |  |
| **Total Expenses** |  | **$ 471.98** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through July 28, 2021**
**Invoice No. 10018398**

| | | | |
|---|---|---:|---:|
| **Communications** | | | |
| Melvin (wi-fi access while traveling) | 03/17/21 | 8.00 | |
| Melvin (wi-fi access while traveling) | 04/17/21 | 23.98 | |
| **Subtotal - Communications** | | | $ 31.98 |
| | | | |
| **Employee Meals** | | | |
| Melvin (weeknight working dinner meal) | 03/31/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 04/01/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 04/06/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 04/07/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 04/08/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 04/19/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 04/20/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 04/22/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 04/29/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 05/10/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 05/11/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 05/13/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 05/19/21 | 20.00 | |
| Schwarzmann (weeknight working dinner meal) | 03/29/21 | 20.00 | |
| Schwarzmann (weeknight working dinner meal) | 03/30/21 | 20.00 | |
| Schwarzmann (weeknight working dinner meal) | 04/05/21 | 20.00 | |
| Schwarzmann (weekend working dinner meal) | 04/18/21 | 20.00 | |
| Schwarzmann (weeknight working dinner meal) | 04/22/21 | 20.00 | |
| Schwarzmann (weekend working lunch meal) | 04/24/21 | 20.00 | |
| Schwarzmann (weeknight working dinner meal) | 05/10/21 | 20.00 | |
| Schwarzmann (weeknight working dinner meal) | 05/25/21 | 20.00 | |
| Wu (weeknight working dinner meal) | 03/29/21 | 20.00 | |
| **Subtotal - Employee Meals** | | | 440.00 |
| | | | |
| **Total Expenses** | | | $ 471.98 |

Page 3 of 3

**PJT Partners**

September 23, 2021

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | | |
|---|---|---|---:|
| Monthly Fee for the period of August 1, 2021 through August 31, 2021: | | $ | 225,000.00 |
| Out-of-pocket expenses processed through September 22, 2021:[1] | | | |
| Ground Transportation | $ 30.98 | | |
| Meals | 380.00 | | |
| Research | 1,311.52 | | 1,722.50 |
| **Total Amount Due** | | $ | **226,722.50** |

**Invoice No. 10018907**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Sep-21 | Total Expenses |
|---|---|---|
| Ground Transportation | $ 30.98 | $ 30.98 |
| Employee Meals | 380.00 | 380.00 |
| Research - Online Database | 1,311.52 | 1,311.52 |
| **Total Expenses** | **$ 1,722.50** | **$ 1,722.50** |
|  |  |  |
| **Ground Transportation** |  | **$ 30.98** |
| **Meals** |  | **380.00** |
| **Research** |  | **1,311.52** |
|  |  |  |
| **Total Expenses** |  | **$ 1,722.50** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through September 22, 2021**
**Invoice No. 10018907**

### Communications

| | | | |
|---|---|---|---|
| Melvin (wi-fi access while traveling) | 06/20/21 | 16.99 | |
| Melvin (wi-fi access while traveling) | 08/08/21 | 13.99 | |
| **Subtotal - Communications** | | | $ 30.98 |

### Employee Meals

| | | | |
|---|---|---|---|
| Melvin (weeknight working dinner meal) | 06/01/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 06/08/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 06/14/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 06/17/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 06/28/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 06/30/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 07/06/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 07/15/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 07/20/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 07/26/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 07/28/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 07/29/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 08/02/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 08/03/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 08/04/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 08/09/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 08/10/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 08/11/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 08/12/21 | 20.00 | |
| **Subtotal - Employee Meals** | | | 380.00 |

### Research - Online Database

| | | | |
|---|---|---|---|
| South (KLDiscovery electronic discovery and data recovery services) | 08/01/21 - 08/31/21 | 1,311.52 | |
| **Subtotal - Research - Online Database** | | | 1,311.52 |

| | | | |
|---|---|---|---|
| **Total Expenses** | | | $ 1,722.50 |

PJT Partners 

October 22, 2021

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---|
| Monthly Fee for the period of September 1, 2021 through September 30, 2021: | $ | 225,000.00 |
| **Total Amount Due**[1] | $ | **225,000.00** |

Invoice No. 10019233

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com