# APPENDIX C

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 14.5 |
| Joe Turner | Managing Director | 68.0 |
| Tom Melvin | Vice President | 103.5 |
| Jovana Arsic | Associate | 38.0 |
| Lukas Schwarzmann | Analyst | 40.5 |
| | **Total** | **264.5** |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 06/02/21 | 0.5 | Review correspondence regarding various matters |
| Jamie O'Connell | 06/02/21 | 0.5 | Call with J. Turner regarding plan matters |
| Jamie O'Connell | 06/02/21 | 0.5 | Dialed into court hearing (did not attend entire hearing) |
| Jamie O'Connell | 06/03/21 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 06/03/21 | 1.0 | Calls regarding expert reports |
| Jamie O'Connell | 06/03/21 | 0.5 | Call with counsel regarding plan matters |
| Jamie O'Connell | 06/06/21 | 0.5 | Calls regarding plan matters |
| Jamie O'Connell | 06/09/21 | 0.5 | Call with J. Turner regarding plan matters |
| Jamie O'Connell | 06/10/21 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 06/11/21 | 1.5 | Calls with counsel regarding plan matters |
| Jamie O'Connell | 06/14/21 | 1.0 | Dialed into Special Committee meeting |
| Jamie O'Connell | 06/14/21 | 0.5 | Call with J. Turner regarding plan matters and related emails |
| Jamie O'Connell | 06/17/21 | 3.0 | Dialed into board meeting (did not attend entire meeting) |
| Jamie O'Connell | 06/21/21 | 1.0 | Dialed into court hearing (did not attend entire hearing) |
| Jamie O'Connell | 06/21/21 | 0.5 | Internal team call regarding various matters |
| Jamie O'Connell | 06/22/21 | 0.5 | Weekly update call with advisors |
| Jamie O'Connell | 06/23/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 06/24/21 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 06/28/21 | 0.5 | Review and comment on May fee statement |
| | | **14.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 06/01/21 | 1.0 | Review correspondence regarding various matters |
| Joe Turner | 06/01/21 | 1.0 | Call with company and coordination of advisors re financial item |
| Joe Turner | 06/01/21 | 2.0 | Dialed into court hearing |
| Joe Turner | 06/02/21 | 1.0 | Review correspondence regarding various matters |
| Joe Turner | 06/02/21 | 1.0 | Review of various financial analyses |
| Joe Turner | 06/02/21 | 0.5 | Call with J. O'Connell regarding plan matters |
| Joe Turner | 06/02/21 | 1.5 | Dialed into court hearing |
| Joe Turner | 06/03/21 | 2.0 | Review of draft expert reports |
| Joe Turner | 06/03/21 | 0.5 | Weekly update call with management and advisors |
| Joe Turner | 06/03/21 | 1.0 | Calls regarding expert reports |
| Joe Turner | 06/03/21 | 1.0 | Review of draft expert reports |
| Joe Turner | 06/03/21 | 0.5 | Call with counsel regarding plan matters |
| Joe Turner | 06/04/21 | 1.0 | Review of draft expert reports |
| Joe Turner | 06/04/21 | 2.0 | Review of various financial analyses |
| Joe Turner | 06/05/21 | 3.0 | Review of various financial analyses |
| Joe Turner | 06/06/21 | 0.5 | Calls regarding plan matters |
| Joe Turner | 06/06/21 | 0.5 | Correspondence regarding various matters |
| Joe Turner | 06/06/21 | 2.0 | Review of various financial analyses relating to expert reports |
| Joe Turner | 06/07/21 | 1.0 | Calls regarding expert reports |
| Joe Turner | 06/07/21 | 2.0 | Review of draft expert reports and analyses |
| Joe Turner | 06/07/21 | 4.0 | Review of various financial analyses relating to expert reports |
| Joe Turner | 06/09/21 | 1.0 | Calls with counsel regarding plan matters |
| Joe Turner | 06/09/21 | 0.5 | Call with J. O'Connell regarding plan matters |
| Joe Turner | 06/09/21 | 0.5 | Review correspondence regarding various matters |
| Joe Turner | 06/10/21 | 0.5 | Weekly update call with management and advisors |
| Joe Turner | 06/11/21 | 1.5 | Calls with counsel regarding plan matters |
| Joe Turner | 06/11/21 | 2.0 | Review of various plan materials |
| Joe Turner | 06/13/21 | 1.0 | Review of various financial analyses |
| Joe Turner | 06/13/21 | 0.5 | Correspondence regarding various matters |
| Joe Turner | 06/14/21 | 2.0 | Dialed into Special Committee meeting (inc. prep time) |
| Joe Turner | 06/14/21 | 1.5 | Correspondence regarding various matters |
| Joe Turner | 06/14/21 | 0.5 | Call with J. O'Connell regarding plan matters and related emails |
| Joe Turner | 06/16/21 | 3.5 | Dialed into court hearing |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 06/17/21 | 6.0 | Dialed into board meeting (inc. prep time) |
| Joe Turner | 06/17/21 | 1.0 | Review of filed expert reports |
| Joe Turner | 06/20/21 | 3.5 | Review of filed expert reports, consolidation of comments |
| Joe Turner | 06/21/21 | 2.5 | Dialed into court hearing |
| Joe Turner | 06/21/21 | 0.5 | Internal team call regarding various matters |
| Joe Turner | 06/22/21 | 0.5 | Weekly update call with advisors |
| Joe Turner | 06/23/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 06/24/21 | 0.5 | Weekly update call with management and advisors |
| Joe Turner | 06/24/21 | 3.0 | Review of various Newco related documents |
| Joe Turner | 06/29/21 | 0.5 | Weekly update call with advisors |
| Joe Turner | 06/28/21 | 1.0 | Dialed into Special Committee meeting |
| Joe Turner | 06/29/21 | 1.0 | Correspondence regarding various matters |
| Joe Turner | 06/30/21 | 1.0 | Diligence call related to IAC companies |
| Joe Turner | 06/30/21 | 2.0 | Review of various financial analyses |
| Joe Turner | 06/30/21 | 0.5 | Call with Company regarding financial analysis |
| | | **68.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 06/01/21 | 2.0 | Attended telephonic court hearing |
| Thomas Melvin | 06/01/21 | 2.5 | Review Plan and Disclosure Statement updates |
| Thomas Melvin | 06/01/21 | 1.5 | Update and review Plan-related financial analysis |
| Thomas Melvin | 06/01/21 | 1.0 | E-mail correspondence with DPW regarding updates to Plan |
| Thomas Melvin | 06/02/21 | 2.0 | Attended telephonic court hearing |
| Thomas Melvin | 06/02/21 | 0.5 | Prepare and review agenda for weekly call |
| Thomas Melvin | 06/02/21 | 2.0 | Review Plan and Disclosure Statement exhibit updates |
| Thomas Melvin | 06/02/21 | 1.0 | E-mail correspondence with DPW and AlixPartners regarding updates to Plan and Disclosure Statement exhibits |
| Thomas Melvin | 06/03/21 | 1.0 | Weekly call with Company management and debtor advisors |
| Thomas Melvin | 06/03/21 | 0.5 | Call with Company management and AlixPartners to discuss various matters |
| Thomas Melvin | 06/03/21 | 0.5 | Call with DPW and AlixPartners to discuss Disclosure Statement matters |
| Thomas Melvin | 06/04/21 | 1.0 | Review DPW analysis related to confirmation schedule |
| Thomas Melvin | 06/04/21 | 2.5 | Review AlixPartners financial analysis |
| Thomas Melvin | 06/04/21 | 0.5 | E-mail correspondence with DPW and AlixPartners regarding various matters |
| Thomas Melvin | 06/05/21 | 1.0 | Review internal financial analysis |
| Thomas Melvin | 06/05/21 | 2.0 | Review internal and AlixPartners financial analysis |
| Thomas Melvin | 06/05/21 | 0.5 | E-mail correspondence with internal team and AlixPartners regarding various financial analysis |
| Thomas Melvin | 06/06/21 | 0.5 | E-mail correspondence with DPW regarding expert reports |
| Thomas Melvin | 06/07/21 | 0.5 | Call with internal team to discuss various matters |
| Thomas Melvin | 06/07/21 | 1.0 | Review diligence requests from creditor financial advisors |
| Thomas Melvin | 06/07/21 | 0.5 | Review e-mail correspondence with DPW and KPMG regarding tax-related matters |
| Thomas Melvin | 06/07/21 | 2.0 | Prepare and review various materials for DPW related to Plan and Disclosure Statement exhibits |
| Thomas Melvin | 06/08/21 | 2.0 | Review presentation prepared by management |
| Thomas Melvin | 06/08/21 | 0.5 | Review financial analysis prepared by AlixPartners |
| Thomas Melvin | 06/08/21 | 1.5 | E-mail correspondence with DPW and AlixPartners regarding various matters |
| Thomas Melvin | 06/09/21 | 0.5 | Call with internal team to discuss various matters |
| Thomas Melvin | 06/09/21 | 0.5 | Call with DPW to discuss various Plan-related matters |
| Thomas Melvin | 06/09/21 | 2.5 | Review internal materials related to Plan and Disclosure Statement exhibits |
| Thomas Melvin | 06/09/21 | 1.0 | Review docket filings related to expert witnesses |
| Thomas Melvin | 06/09/21 | 0.5 | E-mail correspondence with internal team related to various matters |
| Thomas Melvin | 06/10/21 | 1.0 | Weekly call with Company management and debtor advisors |
| Thomas Melvin | 06/10/21 | 2.0 | Review internal materials related to upcoming court hearing |
| Thomas Melvin | 06/10/21 | 1.0 | E-mail correspondence with DPW, AlixPartners and internal team regarding various matters |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 06/11/21 | 1.0 | Call with DPW to discuss Plan-related matters |
| Thomas Melvin | 06/11/21 | 0.5 | Call with AlixPartners to discuss various matters |
| Thomas Melvin | 06/11/21 | 0.5 | Call with internal team to discuss various financial analyses |
| Thomas Melvin | 06/12/21 | 1.0 | E-mail correspondence with internal team, AlixPartners and DPW regarding financial analysis |
| Thomas Melvin | 06/13/21 | 0.5 | Call with internal team to discuss financial analysis |
| Thomas Melvin | 06/13/21 | 0.5 | Call with internal team to discuss financial analysis |
| Thomas Melvin | 06/13/21 | 2.5 | Review analysis prepared by AlixPartners |
| Thomas Melvin | 06/13/21 | 1.0 | Review materials related to upcoming court hearings |
| Thomas Melvin | 06/14/21 | 0.5 | Call with Company management and AlixPartners to financial analysis |
| Thomas Melvin | 06/14/21 | 0.5 | Call with Company management to discuss financial analysis |
| Thomas Melvin | 06/14/21 | 1.0 | Attended telephonic Special Committee meeting |
| Thomas Melvin | 06/14/21 | 2.0 | Review analysis prepared by AlixPartners |
| Thomas Melvin | 06/14/21 | 1.0 | Review internal materials related to upcoming court hearing |
| Thomas Melvin | 06/14/21 | 1.5 | Review and respond to requests from DPW and Company management |
| Thomas Melvin | 06/15/21 | 1.0 | Weekly debtor advisors call |
| Thomas Melvin | 06/15/21 | 0.5 | Call with internal team to discuss various matters |
| Thomas Melvin | 06/15/21 | 1.0 | Review materials for upcoming Board meeting |
| Thomas Melvin | 06/15/21 | 1.0 | Review certain materials filed to docket |
| Thomas Melvin | 06/15/21 | 0.5 | E-mail correspondence with internal team regarding various matters |
| Thomas Melvin | 06/16/21 | 5.0 | Attended telephonic court hearing |
| Thomas Melvin | 06/16/21 | 1.0 | Update and review internal data tracker |
| Thomas Melvin | 06/16/21 | 2.5 | Review internal financial analyses |
| Thomas Melvin | 06/17/21 | 4.5 | Attended telephonic Board meeting |
| Thomas Melvin | 06/17/21 | 0.5 | Review filed expert reports |
| Thomas Melvin | 06/18/21 | 1.5 | Review diligence requests from creditor financial advisors |
| Thomas Melvin | 06/18/21 | 1.0 | E-mail correspondence with Company management and AlixPartners regarding various matters |
| Thomas Melvin | 06/19/21 | 2.0 | Review filed expert reports |
| Thomas Melvin | 06/20/21 | 2.0 | Review filed expert reports |
| Thomas Melvin | 06/21/21 | 3.0 | Attended telephonic court hearing |
| Thomas Melvin | 06/21/21 | 0.5 | Weekly internal team call |
| Thomas Melvin | 06/21/21 | 1.0 | Review internal analysis |
| Thomas Melvin | 06/22/21 | 1.0 | Weekly debtor advisors call |
| Thomas Melvin | 06/24/21 | 1.0 | Weekly call with Company management and debtor advisors |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 06/24/21 | 0.5 | Call with Company management and AlixPartners to discuss financial analysis |
| Thomas Melvin | 06/24/21 | 0.5 | Call with Company management and AlixPartners to discuss financial analysis |
| Thomas Melvin | 06/24/21 | 3.0 | Review and respond to requests from DPW and Company management |
| Thomas Melvin | 06/24/21 | 1.0 | Review and respond to questions from creditor financial advisors |
| Thomas Melvin | 06/24/21 | 1.0 | Review materials from creditor financial advisors related to new Board search |
| Thomas Melvin | 06/27/21 | 0.5 | Review e-mail correspondence with DPW and AlixPartners regarding various matters |
| Thomas Melvin | 06/28/21 | 1.5 | Identify and review files requested by AlixPartners |
| Thomas Melvin | 06/28/21 | 1.5 | Review materials prepared by Management |
| Thomas Melvin | 06/28/21 | 1.0 | Attended telephonic Special Committee meeting |
| Thomas Melvin | 06/29/21 | 1.0 | Weekly debtor advisors call |
| Thomas Melvin | 06/29/21 | 2.0 | Review analysis prepared by AlixPartners in response to Company management request |
| Thomas Melvin | 06/29/21 | 1.0 | E-mail correspondence with AlixPartners and Company management regarding financial analysis |
| Thomas Melvin | 06/30/21 | 0.5 | Call with Company management and AlixPartners to discuss financial analysis |
| Thomas Melvin | 06/30/21 | 1.0 | Call with DPW to discuss various matters |
| Thomas Melvin | 06/30/21 | 1.5 | Review analysis prepared by AlixPartners |
| Thomas Melvin | 06/30/21 | 2.0 | Review draft of NewCo operating agreement |
| | | **103.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 06/01/21 | 1.0 | Review correspondence regarding various matters |
| Jovana Arsic | 06/01/21 | 1.0 | Call with company and coordination of advisors re financial item |
| Jovana Arsic | 06/01/21 | 2.0 | Dialed into court hearing |
| Jovana Arsic | 06/02/21 | 1.0 | Review correspondence regarding various matters |
| Jovana Arsic | 06/02/21 | 1.0 | Review of various financial analyses |
| Jovana Arsic | 06/02/21 | 1.5 | Dialed into court hearing |
| Jovana Arsic | 06/03/21 | 2.0 | Review of draft expert reports |
| Jovana Arsic | 06/03/21 | 0.5 | Weekly update call with management and advisors |
| Jovana Arsic | 06/03/21 | 1.0 | Review of draft expert reports |
| Jovana Arsic | 06/03/21 | 0.5 | Call with counsel regarding plan matters |
| Jovana Arsic | 06/04/21 | 1.0 | Review of draft expert reports |
| Jovana Arsic | 06/04/21 | 2.0 | Review of various financial analyses |
| Jovana Arsic | 06/05/21 | 3.0 | Review of various financial analyses |
| Jovana Arsic | 06/06/21 | 0.5 | Calls regarding plan matters |
| Jovana Arsic | 06/06/21 | 0.5 | Correspondence regarding various matters |
| Jovana Arsic | 06/06/21 | 2.0 | Review of various financial analyses relating to expert reports |
| Jovana Arsic | 06/07/21 | 1.0 | Calls regarding expert reports |
| Jovana Arsic | 06/07/21 | 2.0 | Review of draft expert reports and analyses |
| Jovana Arsic | 06/09/21 | 1.0 | Calls with counsel regarding plan matters |
| Jovana Arsic | 06/10/21 | 0.5 | Weekly update call with management and advisors |
| Jovana Arsic | 06/11/21 | 2.0 | Review of various plan materials |
| Jovana Arsic | 06/13/21 | 1.0 | Review of various financial analyses |
| Jovana Arsic | 06/16/21 | 3.0 | Dialed into court hearing |
| Jovana Arsic | 06/21/21 | 2.0 | Dialed into court hearing |
| Jovana Arsic | 06/21/21 | 0.5 | Internal team call regarding various matters |
| Jovana Arsic | 06/22/21 | 0.5 | Weekly update call with advisors |
| Jovana Arsic | 06/24/21 | 0.5 | Weekly update call with management and advisors |
| Jovana Arsic | 06/29/21 | 0.5 | Weekly update call with advisors |
| Jovana Arsic | 06/30/21 | 1.0 | Diligence call related to IAC companies |
| Jovana Arsic | 06/30/21 | 2.0 | Review of various financial analyses |
| | | **38.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 06/01/21 | 1.0 | Weekly advisor call |
| Lukas Schwarzmann | 06/02/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 06/03/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 06/03/21 | 1.0 | Biweekly catch-up call |
| Lukas Schwarzmann | 06/04/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 06/06/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 06/07/21 | 1.0 | Prep session |
| Lukas Schwarzmann | 06/08/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 06/08/21 | 1.0 | Weekly advisor call |
| Lukas Schwarzmann | 06/09/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 06/10/21 | 1.5 | Biweekly catch-up call |
| Lukas Schwarzmann | 06/12/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 06/13/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 06/14/21 | 0.5 | Call with company regarding financial analysis |
| Lukas Schwarzmann | 06/15/21 | 1.0 | Financial analysis |
| Lukas Schwarzmann | 06/15/21 | 1.0 | Weekly advisor call |
| Lukas Schwarzmann | 06/16/21 | 1.0 | Financial analysis |
| Lukas Schwarzmann | 06/21/21 | 0.5 | Internal catch-up call |
| Lukas Schwarzmann | 06/22/21 | 1.0 | Weekly advisor call |
| Lukas Schwarzmann | 06/24/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 06/24/21 | 1.5 | Weekly advisor call |
| Lukas Schwarzmann | 06/25/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 06/29/21 | 1.0 | Weekly advisor call |
| Lukas Schwarzmann | 06/30/21 | 0.5 | Call with company regarding financial analysis |
| | | **40.5** | |

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 16.5 |
| Joe Turner | Managing Director | 58.0 |
| Tom Melvin | Vice President | 107.0 |
| Jovana Arsic | Associate | 24.0 |
| Lukas Schwarzmann | Analyst | 40.5 |
| | **Total** | **246.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 07/08/21 | 0.5 | Review mediator report |
| Jamie O'Connell | 07/08/21 | 1.0 | Weekly update call with management and advisors |
| Jamie O'Connell | 07/09/21 | 0.5 | Review and comment on interim fee application |
| Jamie O'Connell | 07/12/21 | 0.5 | Internal team meeting regarding various matters |
| Jamie O'Connell | 07/13/21 | 0.5 | Dialed into Special Committee meeting |
| Jamie O'Connell | 07/13/21 | 0.5 | Weekly update call with advisors |
| Jamie O'Connell | 07/14/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 07/15/21 | 1.0 | Weekly update call with management and advisors |
| Jamie O'Connell | 07/20/21 | 0.5 | Call with counsel regarding plan matters |
| Jamie O'Connell | 07/20/21 | 0.5 | Weekly update call with advisors |
| Jamie O'Connell | 07/22/21 | 1.0 | Weekly update call with management and advisors |
| Jamie O'Connell | 07/22/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 07/26/21 | 1.0 | Calls regarding plan matters |
| Jamie O'Connell | 07/26/21 | 0.5 | Internal team meeting regarding various matters |
| Jamie O'Connell | 07/27/21 | 1.0 | Dialed into Special Committee meeting |
| Jamie O'Connell | 07/27/21 | 0.5 | Weekly update call with advisors |
| Jamie O'Connell | 07/28/21 | 1.0 | Dialed into Board call (did not attend entire session) |
| Jamie O'Connell | 07/28/21 | 1.0 | Conference call with counsel regarding confirmation matters |
| Jamie O'Connell | 07/28/21 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 07/29/21 | 1.0 | Weekly update call with management and advisors |
| Jamie O'Connell | 07/29/21 | 1.0 | Dialed into court hearing |
| Jamie O'Connell | 07/30/21 | 1.0 | Review and comment on draft document |
| Jamie O'Connell | 07/30/21 | 0.5 | Internal team meeting regarding draft document |
| | | **16.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 07/01/21 | 1.0 | Call with company and counsel regarding NewCo documents |
| Joe Turner | 07/01/21 | 1.5 | Review of various Debtor and NewCo documents |
| Joe Turner | 07/06/21 | 0.5 | Weekly update call with advisors |
| Joe Turner | 07/06/21 | 1.0 | Call with company and counsel regarding NewCo documents |
| Joe Turner | 07/06/21 | 1.5 | Review of various Debtor and NewCo documents |
| Joe Turner | 07/06/21 | 1.0 | Various communications with company and counsel |
| Joe Turner | 07/08/21 | 0.5 | Review mediator report |
| Joe Turner | 07/08/21 | 1.0 | Weekly update call with management and advisors |
| Joe Turner | 07/08/21 | 1.0 | Review of various financial analyses |
| Joe Turner | 07/09/21 | 1.0 | Review of various financial analyses |
| Joe Turner | 07/09/21 | 0.5 | Discussion with company regarding various items |
| Joe Turner | 07/12/21 | 0.5 | Internal team meeting regarding various matters |
| Joe Turner | 07/12/21 | 0.5 | Call with company and counsel regarding NewCo documents |
| Joe Turner | 07/12/21 | 1.0 | Call with various stakeholders regarding NewCo documents |
| Joe Turner | 07/12/21 | 2.0 | Review of various Debtor and NewCo documents |
| Joe Turner | 07/13/21 | 1.0 | Dialed into Special Committee meeting |
| Joe Turner | 07/12/21 | 0.5 | Call with various stakeholders regarding financial analyses |
| Joe Turner | 07/12/21 | 0.5 | Various communications with company, counsel and Alix |
| Joe Turner | 07/13/21 | 0.5 | Weekly update call with advisors |
| Joe Turner | 07/14/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 07/14/21 | 2.0 | Dialed in to board meeting (including prep time) |
| Joe Turner | 07/14/21 | 1.0 | Review of various financial analyses |
| Joe Turner | 07/15/21 | 1.0 | Weekly update call with management and advisors |
| Joe Turner | 07/15/21 | 0.5 | Various communications with company, counsel and Alix |
| Joe Turner | 07/16/21 | 1.0 | Diligence call with creditor advisors regarding business plan (including prep time) |
| Joe Turner | 07/16/21 | 0.5 | Call with PJT and Alix personnel regarding financial item |
| Joe Turner | 07/20/21 | 0.5 | Call with counsel regarding plan matters |
| Joe Turner | 07/20/21 | 1.0 | Review of various financial analyses |
| Joe Turner | 07/20/21 | 0.5 | Weekly update call with advisors |
| Joe Turner | 07/22/21 | 1.0 | Weekly update call with management and advisors |
| Joe Turner | 07/22/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 07/23/21 | 1.5 | Review of financial analysis and call with company to discuss |
| Joe Turner | 07/26/21 | 2.0 | Calls regarding plan matters |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 07/26/21 | 1.0 | Review of various financial analyses |
| Joe Turner | 07/26/21 | 0.5 | Internal team meeting regarding various matters |
| Joe Turner | 07/26/21 | 0.5 | Call with potential third party stakeholder |
| Joe Turner | 07/26/21 | 1.0 | Review of and response to various emails related to financial analysis |
| Joe Turner | 07/27/21 | 1.0 | Dialed into Special Committee meeting |
| Joe Turner | 07/27/21 | 0.5 | Weekly update call with advisors |
| Joe Turner | 07/28/21 | 1.5 | Dialed into Board call |
| Joe Turner | 07/28/21 | 1.0 | Conference call with counsel regarding confirmation matters |
| Joe Turner | 07/28/21 | 3.0 | Review of prior and current financial analyses |
| Joe Turner | 07/28/21 | 1.0 | Review of and response to various emails related to financial analysis |
| Joe Turner | 07/28/21 | 1.0 | Call with counsel regarding declarations |
| Joe Turner | 07/29/21 | 1.0 | Weekly update call with management and advisors |
| Joe Turner | 07/29/21 | 3.0 | Dialed into court hearing |
| Joe Turner | 07/29/21 | 0.5 | Call with potential third party stakeholder |
| Joe Turner | 07/30/21 | 2.5 | Review and edit of draft document |
| Joe Turner | 07/30/21 | 3.0 | Review of prior and current financial analyses |
| Joe Turner | 07/30/21 | 1.0 | Review of and response to various emails related to financial analysis |
| Joe Turner | 07/30/21 | 0.5 | Internal team meeting regarding draft document |
| Joe Turner | 07/31/21 | 2.0 | Review and edit of draft document |
| Joe Turner | 07/31/21 | 2.0 | Review of prior and current financial analyses |
| | | **58.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 07/01/21 | 1.0 | Weekly call with debtor advisors and management |
| Thomas Melvin | 07/01/21 | 0.5 | Call with Company management to discuss financial analysis |
| Thomas Melvin | 07/01/21 | 1.0 | Call with Company management, DPW and AlixPartners to discuss NewCo formation |
| Thomas Melvin | 07/01/21 | 2.0 | Review various materials and analyses at request of DPW |
| Thomas Melvin | 07/02/21 | 1.0 | E-mail correspondence with AlixPartners and Company management regarding various matters |
| Thomas Melvin | 07/02/21 | 0.5 | Review materials at request of DPW and Company management |
| Thomas Melvin | 07/03/21 | 1.0 | Review AlixPartners analysis |
| Thomas Melvin | 07/03/21 | 1.0 | Review draft presentation provided by Company |
| Thomas Melvin | 07/03/21 | 0.5 | Review draft document from DPW |
| Thomas Melvin | 07/05/21 | 0.5 | Call with AlixPartners to discuss request from Company management |
| Thomas Melvin | 07/05/21 | 1.5 | Review Plan updates |
| Thomas Melvin | 07/05/21 | 3.0 | Prepare and review analysis at request of management |
| Thomas Melvin | 07/05/21 | 1.0 | Update and review various financial analyses |
| Thomas Melvin | 07/05/21 | 1.0 | E-mail correspondence with AlixPartners and internal team related to various matters |
| Thomas Melvin | 07/06/21 | 0.5 | Call with Company management and AlixPartners to discuss financial analysis |
| Thomas Melvin | 07/06/21 | 0.5 | Weekly debtor advisors call |
| Thomas Melvin | 07/06/21 | 0.5 | Call with Company management, DPW and AlixPartners to discuss NewCo formation |
| Thomas Melvin | 07/06/21 | 0.5 | Call with AlixPartners and creditor financial advisors to discuss Plan supplement materials |
| Thomas Melvin | 07/06/21 | 2.0 | Prepare and review analysis at request of management |
| Thomas Melvin | 07/06/21 | 1.0 | Review AlixPartners analyses |
| Thomas Melvin | 07/06/21 | 1.5 | Review Plan-related updates and materials |
| Thomas Melvin | 07/06/21 | 1.0 | E-mail correspondence with AlixPartners, DPW and internal team regarding various matters |
| Thomas Melvin | 07/07/21 | 3.0 | Review Plan-related updates |
| Thomas Melvin | 07/07/21 | 1.5 | Review AlixPartners analysis |
| Thomas Melvin | 07/07/21 | 1.5 | E-mail correspondence with AlixPartners, Company management and DPW regarding various matters |
| Thomas Melvin | 07/08/21 | 1.0 | Weekly call with debtor advisors and management |
| Thomas Melvin | 07/08/21 | 2.0 | Review Plan-related updates from DPW |
| Thomas Melvin | 07/08/21 | 1.5 | Review various analyses related to Plan |
| Thomas Melvin | 07/09/21 | 1.5 | Review Plan-related updates from DPW |
| Thomas Melvin | 07/09/21 | 1.0 | Review various analyses related to Plan |
| Thomas Melvin | 07/09/21 | 1.5 | Review AlixPartners analysis |
| Thomas Melvin | 07/09/21 | 0.5 | E-mail correspondence with AlixPartners related to Plan updates |
| Thomas Melvin | 07/12/21 | 0.5 | Weekly internal team meeting |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 07/12/21 | 0.5 | Call with Company management, DPW and AlixPartners to discuss governance-related matters |
| Thomas Melvin | 07/12/21 | 0.5 | Call with DPW, Company management and creditor advisors to discuss ongoing negotiations |
| Thomas Melvin | 07/12/21 | 2.0 | Review various analyses related to Plan |
| Thomas Melvin | 07/12/21 | 1.0 | Review questions and requests from creditor financial advisors |
| Thomas Melvin | 07/12/21 | 1.5 | Review Plan-related updates from DPW |
| Thomas Melvin | 07/12/21 | 1.0 | E-mail correspondence with AlixPartners and creditor financial advisors regarding various matters |
| Thomas Melvin | 07/13/21 | 1.0 | Attended Special Committee meeting |
| Thomas Melvin | 07/13/21 | 0.5 | Weekly debtor advisors call |
| Thomas Melvin | 07/13/21 | 1.5 | Prepare and review presentation at request of management |
| Thomas Melvin | 07/14/21 | 2.0 | Attended Board meeting |
| Thomas Melvin | 07/14/21 | 1.5 | Review Plan-related updates from DPW |
| Thomas Melvin | 07/14/21 | 0.5 | Prepare and review agenda for weekly call |
| Thomas Melvin | 07/15/21 | 1.0 | Weekly call with debtor advisors and management |
| Thomas Melvin | 07/15/21 | 2.0 | Review Plan-related updates from DPW |
| Thomas Melvin | 07/15/21 | 1.0 | E-mail correspondence with DPW, AlixPartners and Company management regarding upcoming meetings |
| Thomas Melvin | 07/16/21 | 0.5 | Call with DPW, AlixPartners and creditor financial advisors to discuss certain negotiations |
| Thomas Melvin | 07/16/21 | 1.5 | Review AlixPartners analysis |
| Thomas Melvin | 07/16/21 | 1.0 | Review Plan-related updates from DPW |
| Thomas Melvin | 07/16/21 | 1.0 | Review DPW edits to draft of presentation for management |
| Thomas Melvin | 07/19/21 | 0.5 | Call with AlixPartners and Company management to discuss financial analysis |
| Thomas Melvin | 07/20/21 | 1.0 | Call with DPW and AlixPartners to discuss various matters |
| Thomas Melvin | 07/20/21 | 0.5 | Weekly debtor advisors call |
| Thomas Melvin | 07/20/21 | 2.0 | Review confirmation-related materials provided by DPW |
| Thomas Melvin | 07/20/21 | 1.5 | Review Company presentation provided by management |
| Thomas Melvin | 07/20/21 | 2.0 | Review various financial analyses |
| Thomas Melvin | 07/20/21 | 0.5 | E-mail correspondence with DPW and internal team related to various analysis and Plan-related matters |
| Thomas Melvin | 07/21/21 | 0.5 | Call with DPW to discuss updated financial analysis |
| Thomas Melvin | 07/21/21 | 1.0 | Review Company presentation provided by management |
| Thomas Melvin | 07/22/21 | 1.0 | Weekly call with debtor advisors and management |
| Thomas Melvin | 07/22/21 | 1.5 | Review AlixPartners analysis |
| Thomas Melvin | 07/22/21 | 1.5 | Review updated Plan-related materials from DPW |
| Thomas Melvin | 07/23/21 | 0.5 | Call with AlixPartners and Company management to discuss financial analysis |
| Thomas Melvin | 07/23/21 | 1.0 | Review Company presentation provided by management |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 07/23/21 | 1.0 | Review AlixPartners analysis and files provided by Company to DPW |
| Thomas Melvin | 07/24/21 | 0.5 | Review files provided by Company management to DPW |
| Thomas Melvin | 07/25/21 | 1.0 | Review files provided by AlixPartners to DPW |
| Thomas Melvin | 07/26/21 | 0.5 | Call with AlixPartners to discuss financial analysis |
| Thomas Melvin | 07/26/21 | 0.5 | Weekly internal team meeting |
| Thomas Melvin | 07/26/21 | 1.0 | Review files provided by AlixPartners to DPW |
| Thomas Melvin | 07/26/21 | 1.5 | Review updated Plan-related materials from DPW |
| Thomas Melvin | 07/26/21 | 1.0 | Review AlixPartners analysis |
| Thomas Melvin | 07/26/21 | 1.5 | Prepare and format files in response to request from DPW |
| Thomas Melvin | 07/27/21 | 1.0 | Attended Special Committee meeting |
| Thomas Melvin | 07/27/21 | 0.5 | Weekly debtor advisors call |
| Thomas Melvin | 07/27/21 | 0.5 | Call with J. Turner to discuss various matters |
| Thomas Melvin | 07/27/21 | 1.5 | Review and format files in response to request from DPW |
| Thomas Melvin | 07/27/21 | 2.0 | Review confirmation-related materials provided by DPW |
| Thomas Melvin | 07/27/21 | 1.0 | E-mail correspondence with DPW, AlixPartners and internal team regarding various matters |
| Thomas Melvin | 07/28/21 | 2.5 | Attended Board meeting |
| Thomas Melvin | 07/28/21 | 1.0 | Call with DPW and AlixPartners to discuss confirmation-related matters |
| Thomas Melvin | 07/28/21 | 2.5 | Review updated confirmation-related materials provided by DPW |
| Thomas Melvin | 07/28/21 | 1.0 | Review AlixPartners analysis |
| Thomas Melvin | 07/28/21 | 0.5 | Prepare and review weekly agenda |
| Thomas Melvin | 07/29/21 | 1.0 | Weekly call with debtor advisors and management |
| Thomas Melvin | 07/29/21 | 2.0 | Dialed into court hearing |
| Thomas Melvin | 07/29/21 | 2.5 | Review updated confirmation-related materials provided by DPW |
| Thomas Melvin | 07/29/21 | 1.0 | E-mail correspondence with internal team and DPW regarding upcoming confirmation-related filings |
| Thomas Melvin | 07/30/21 | 0.5 | Call with internal team to discuss confirmation-related matters |
| Thomas Melvin | 07/30/21 | 1.0 | Review analysis requested by Company management |
| Thomas Melvin | 07/30/21 | 1.5 | Review updated confirmation-related materials provided by DPW |
| | | **107.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 07/01/21 | 1.0 | Call with company and counsel regarding model |
| Jovana Arsic | 07/01/21 | 0.5 | Weekly update call with management and advisors |
| Jovana Arsic | 07/06/21 | 0.5 | Weekly update call with advisors |
| Jovana Arsic | 07/06/21 | 1.0 | Call with company and counsel regarding model |
| Jovana Arsic | 07/08/21 | 1.0 | Weekly update call with management and advisors |
| Jovana Arsic | 07/08/21 | 1.0 | Review of various financial analyses |
| Jovana Arsic | 07/09/21 | 1.0 | Review of various financial analyses |
| Jovana Arsic | 07/12/21 | 0.5 | Internal team meeting regarding various matters |
| Jovana Arsic | 07/12/21 | 0.5 | Call with various stakeholders regarding financial analyses |
| Jovana Arsic | 07/13/21 | 0.5 | Weekly update call with advisors |
| Jovana Arsic | 07/14/21 | 1.0 | Review of various financial analyses |
| Jovana Arsic | 07/15/21 | 1.0 | Weekly update call with management and advisors |
| Jovana Arsic | 07/16/21 | 1.0 | Diligence call with creditor advisors |
| Jovana Arsic | 07/16/21 | 0.5 | Call with PJT and Alix personnel regarding financial item |
| Jovana Arsic | 07/20/21 | 1.0 | Review of various financial analyses |
| Jovana Arsic | 07/20/21 | 0.5 | Weekly update call with advisors |
| Jovana Arsic | 07/22/21 | 1.0 | Weekly update call with management and advisors |
| Jovana Arsic | 07/23/21 | 1.5 | Review of financial analysis and call with company to discuss |
| Jovana Arsic | 07/26/21 | 0.5 | Calls regarding plan matters |
| Jovana Arsic | 07/26/21 | 0.5 | Internal team meeting regarding various matters |
| Jovana Arsic | 07/26/21 | 1.0 | Review various financial analyses |
| Jovana Arsic | 07/27/21 | 0.5 | Weekly update call with advisors |
| Jovana Arsic | 07/28/21 | 2.0 | Review of prior and current financial analyses |
| Jovana Arsic | 07/29/21 | 1.0 | Weekly update call with management and advisors |
| Jovana Arsic | 07/29/21 | 3.0 | Dialed into court hearing |
| Jovana Arsic | 07/30/21 | 0.5 | Internal team meeting regarding draft document |
| | | **24.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2021 THROUGH JULY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 07/01/21 | 1.0 | Call with company and counsel regarding model |
| Lukas Schwarzmann | 07/01/21 | 0.5 | Weekly update call with management and advisors |
| Lukas Schwarzmann | 07/05/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 07/06/21 | 0.5 | Weekly update call with advisors |
| Lukas Schwarzmann | 07/06/21 | 1.0 | Call with company and counsel regarding model |
| Lukas Schwarzmann | 07/08/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 07/08/21 | 1.0 | Weekly update call with management and advisors |
| Lukas Schwarzmann | 07/09/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 07/12/21 | 0.5 | Internal team meeting regarding various matters |
| Lukas Schwarzmann | 07/12/21 | 0.5 | Call with various stakeholders regarding financial analyses |
| Lukas Schwarzmann | 07/12/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 07/13/21 | 0.5 | Weekly update call with advisors |
| Lukas Schwarzmann | 07/15/21 | 1.0 | Weekly update call with management and advisors |
| Lukas Schwarzmann | 07/16/21 | 1.0 | Diligence call with creditor advisors |
| Lukas Schwarzmann | 07/16/21 | 0.5 | Call with PJT and Alix personnel regarding financial item |
| Lukas Schwarzmann | 07/20/21 | 0.5 | Weekly update call with advisors |
| Lukas Schwarzmann | 07/20/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 07/22/21 | 1.0 | Weekly update call with management and advisors |
| Lukas Schwarzmann | 07/26/21 | 0.5 | Calls regarding plan matters |
| Lukas Schwarzmann | 07/26/21 | 0.5 | Internal team meeting regarding various matters |
| Lukas Schwarzmann | 07/26/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 07/27/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 07/27/21 | 0.5 | Weekly update call with advisors |
| Lukas Schwarzmann | 07/29/21 | 1.0 | Weekly update call with management and advisors |
| Lukas Schwarzmann | 07/29/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 07/30/21 | 0.5 | Internal team meeting regarding draft document |
| Lukas Schwarzmann | 07/30/21 | 2.0 | Financial analysis |
| | | **40.5** | |

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 22.5 |
| Joe Turner | Managing Director | 126.5 |
| Tom Melvin | Vice President | 115.5 |
| Jovana Arsic | Associate | 79.5 |
| Lukas Schwarzmann | Analyst | 46.0 |
| **Total** | | **390.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 08/01/21 | 1.0 | Review and comment on draft document |
| Jamie O'Connell | 08/02/21 | 1.0 | Internal team call regarding draft document |
| Jamie O'Connell | 08/03/21 | 0.5 | Review and comment on draft analysis |
| Jamie O'Connell | 08/04/21 | 0.5 | Internal team call regarding draft document |
| Jamie O'Connell | 08/07/21 | 1.0 | Call with J. Turner regarding preparation for confirmation hearings |
| Jamie O'Connell | 08/08/21 | 1.5 | Call with J. Turner regarding preparation for confirmation hearings |
| Jamie O'Connell | 08/09/21 | 1.0 | Internal team call regarding preparation for confirmation hearings |
| Jamie O'Connell | 08/09/21 | 0.5 | Follow-up call regarding preparation for confirmation hearings |
| Jamie O'Connell | 08/10/21 | 2.5 | Dialed into Special Committee meeting |
| Jamie O'Connell | 08/10/21 | 2.0 | Prep for confirmation hearings |
| Jamie O'Connell | 08/11/21 | 0.5 | Prep for confirmation hearings |
| Jamie O'Connell | 08/11/21 | 0.5 | Dialed into Special Committee meeting |
| Jamie O'Connell | 08/12/21 | 1.0 | Call with J. Turner regarding confirmation hearings |
| Jamie O'Connell | 08/12/21 | 1.0 | Dialed into confirmation hearings |
| Jamie O'Connell | 08/13/21 | 0.5 | Call with J. Turner regarding confirmation hearings |
| Jamie O'Connell | 08/17/21 | 0.5 | Dialed into confirmation hearings |
| Jamie O'Connell | 08/17/21 | 0.5 | Call with J. Turner regarding confirmation hearings |
| Jamie O'Connell | 08/18/21 | 0.5 | Call with J. Turner regarding confirmation hearings |
| Jamie O'Connell | 08/18/21 | 1.0 | Calls regarding confirmation hearings |
| Jamie O'Connell | 08/19/21 | 0.5 | Call with J. Turner regarding confirmation hearings |
| Jamie O'Connell | 08/23/21 | 0.5 | Prep for confirmation hearings |
| Jamie O'Connell | 08/23/21 | 1.5 | Dialed into confirmation hearings |
| Jamie O'Connell | 08/24/21 | 0.5 | Dialed into Special Committee meeting |
| Jamie O'Connell | 08/25/21 | 0.5 | Dialed into confirmation hearings |
| Jamie O'Connell | 08/26/21 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 08/28/21 | 0.5 | Review and comment on fee statement |
| Jamie O'Connell | 08/31/21 | 0.5 | Weekly update call with advisors |
|  |  | **22.5** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 08/01/21 | 1.0 | Review and comment on draft document |
| Joe Turner | 08/02/21 | 1.0 | Internal team call regarding draft document |
| Joe Turner | 08/02/21 | 4.0 | Review and comment on draft document |
| Joe Turner | 08/03/21 | 0.5 | Weekly advisor call |
| Joe Turner | 08/03/21 | 1.0 | Review and respond to various communications |
| Joe Turner | 08/03/21 | 1.5 | Review and comment on draft analysis |
| Joe Turner | 08/04/21 | 0.5 | Internal team call regarding draft document |
| Joe Turner | 08/04/21 | 6.0 | Prep for confirmation hearings |
| Joe Turner | 08/04/21 | 2.0 | Review and comment on draft document |
| Joe Turner | 08/05/21 | 2.0 | Review and comment on draft document |
| Joe Turner | 08/05/21 | 6.0 | Prep for confirmation hearings |
| Joe Turner | 08/06/21 | 3.5 | Prep for confirmation hearings |
| Joe Turner | 08/07/21 | 1.0 | Call with J. O'Connell regarding preparation for confirmation hearings |
| Joe Turner | 08/07/21 | 2.0 | Review of various court documents |
| Joe Turner | 08/07/21 | 5.5 | Prep for confirmation hearings |
| Joe Turner | 08/07/21 | 1.0 | Review and respond to various communications |
| Joe Turner | 08/08/21 | 1.5 | Call with J. O'Connell regarding preparation for confirmation hearings |
| Joe Turner | 08/08/21 | 6.5 | Prep for confirmation hearings |
| Joe Turner | 08/08/21 | 3.0 | Review of various court documents |
| Joe Turner | 08/09/21 | 1.0 | Prep calls for confirmation hearings with PJT team |
| Joe Turner | 08/09/21 | 4.0 | Prep for confirmation hearings |
| Joe Turner | 08/09/21 | 0.5 | Follow-up call regarding preparation for confirmation hearings |
| Joe Turner | 08/09/21 | 0.5 | Review and respond to various communications |
| Joe Turner | 08/10/21 | 0.5 | Dialed into Special Committee meeting |
| Joe Turner | 08/10/21 | 8.0 | Prep for confirmation hearings |
| Joe Turner | 08/10/21 | 2.0 | Prep calls for confirmation hearings with PJT team |
| Joe Turner | 08/11/21 | 2.0 | Prep for confirmation hearings |
| Joe Turner | 08/11/21 | 1.5 | Review of various court documents |
| Joe Turner | 08/12/21 | 9.0 | Prep for confirmation hearings |
| Joe Turner | 08/12/21 | 1.0 | Review and respond to various communications |
| Joe Turner | 08/13/21 | 0.5 | Review and respond to various communications |
| Joe Turner | 08/13/21 | 3.0 | Prep for confirmation hearings |
| Joe Turner | 08/13/21 | 0.5 | Dial in to testify at confirmation hearing (inc. Zoom testing) |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 08/17/21 | 0.5 | Call with J. O'Connell regarding confirmation hearings |
| Joe Turner | 08/17/21 | 4.5 | Prep for confirmation hearings |
| Joe Turner | 08/18/21 | 0.5 | Call with J. O'Connell regarding confirmation hearings |
| Joe Turner | 08/18/21 | 4.0 | Prep for confirmation hearings |
| Joe Turner | 08/18/21 | 1.0 | Calls regarding confirmation hearings |
| Joe Turner | 08/19/21 | 0.5 | Call with J. O'Connell regarding confirmation hearings |
| Joe Turner | 08/19/21 | 6.0 | Prep for confirmation hearings |
| Joe Turner | 08/19/21 | 0.5 | Correspondence relating to confirmation hearings |
| Joe Turner | 08/23/21 | 6.0 | Dialed into confirmation hearings |
| Joe Turner | 08/23/21 | 0.5 | Correspondence relating to confirmation hearings |
| Joe Turner | 08/23/21 | 1.0 | Financial analyses relating to confirmation hearings |
| Joe Turner | 08/24/21 | 1.5 | Dialed into Special Committee meeting (inc. prep) |
| Joe Turner | 08/25/21 | 6.0 | Dialed into confirmation hearings |
| Joe Turner | 08/25/21 | 0.5 | Correspondence relating to confirmation hearings |
| Joe Turner | 08/26/21 | 6.0 | Dialed into confirmation hearings |
| Joe Turner | 08/26/21 | 0.5 | Review and respond to various communications |
| Joe Turner | 08/26/21 | 0.5 | Weekly update call with management and advisors |
| Joe Turner | 08/25/21 | 2.5 | Dialed into confirmation hearings |
| Joe Turner | 08/31/21 | 0.5 | Weekly update call with advisors |
| | | **126.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 08/01/21 | 3.0 | Review and comment on materials related to confirmation hearings |
| Thomas Melvin | 08/02/21 | 0.5 | Call with J. Turner to discuss matters related to confirmation hearing |
| Thomas Melvin | 08/02/21 | 1.0 | Internal team call to discuss matters related to confirmation hearing |
| Thomas Melvin | 08/02/21 | 1.0 | Review financial analysis requested by Company management |
| Thomas Melvin | 08/02/21 | 3.0 | Review and comment on materials related to confirmation hearings |
| Thomas Melvin | 08/02/21 | 1.0 | E-mail correspondence with DPW and internal team regarding materials related to confirmation hearings |
| Thomas Melvin | 08/03/21 | 1.0 | Weekly call with debtor advisors |
| Thomas Melvin | 08/03/21 | 2.0 | Prepare and review research materials requested by Company management |
| Thomas Melvin | 08/03/21 | 2.5 | Review and comment on materials related to confirmation hearings |
| Thomas Melvin | 08/03/21 | 1.0 | Review AlixPartners analysis |
| Thomas Melvin | 08/03/21 | 2.0 | Prepare and review reference materials in advance of confirmation hearings |
| Thomas Melvin | 08/04/21 | 0.5 | Internal team call to discuss matters related to confirmation hearing |
| Thomas Melvin | 08/04/21 | 3.5 | Review and comment on materials related to confirmation hearings |
| Thomas Melvin | 08/04/21 | 2.0 | Prepare and review reference materials in advance of confirmation hearings |
| Thomas Melvin | 08/05/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Thomas Melvin | 08/05/21 | 2.0 | Review and comment on materials related to confirmation hearings |
| Thomas Melvin | 08/05/21 | 1.0 | Prepare and review reference materials in advance of confirmation hearings |
| Thomas Melvin | 08/05/21 | 0.5 | E-mail correspondence with DPW regarding various matters |
| Thomas Melvin | 08/06/21 | 1.0 | Review analysis requested by Company management |
| Thomas Melvin | 08/07/21 | 0.5 | E-mail correspondence with DPW regarding confirmation hearing matters |
| Thomas Melvin | 08/09/21 | 1.0 | Call with J. Turner to discuss matters related to confirmation hearing |
| Thomas Melvin | 08/09/21 | 2.0 | Preparation calls for confirmation hearings with PJT team |
| Thomas Melvin | 08/09/21 | 2.0 | Preparation calls for confirmation hearings with PJT team |
| Thomas Melvin | 08/09/21 | 0.5 | Review diligence requests from creditor financial advisors |
| Thomas Melvin | 08/09/21 | 2.0 | Review materials related to confirmation hearings |
| Thomas Melvin | 08/09/21 | 1.0 | Prepare and review research materials requested by Company management |
| Thomas Melvin | 08/10/21 | 2.5 | Attended telephonic Special Committee meeting |
| Thomas Melvin | 08/10/21 | 2.0 | Call with DPW to prepare for confirmation hearing |
| Thomas Melvin | 08/10/21 | 0.5 | Weekly call with debtor advisors |
| Thomas Melvin | 08/10/21 | 0.5 | Call with DPW to discuss matters related to confirmation hearing |
| Thomas Melvin | 08/10/21 | 1.0 | Prepare and review research materials requested by Company management |
| Thomas Melvin | 08/11/21 | 2.0 | Review materials related to confirmation hearings |
| Thomas Melvin | 08/11/21 | 2.0 | Call with DPW to prepare for confirmation hearing |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 08/11/21 | 0.5 | Attended telephonic Special Committee meeting |
| Thomas Melvin | 08/11/21 | 1.0 | E-mail correspondence with DPW to discuss various matters |
| Thomas Melvin | 08/11/21 | 1.0 | Review documents filed to docket |
| Thomas Melvin | 08/12/21 | 7.5 | Dialed into confirmation hearing |
| Thomas Melvin | 08/12/21 | 1.0 | Call with DPW to prepare for confirmation hearing |
| Thomas Melvin | 08/13/21 | 2.5 | Dialed into confirmation hearing |
| Thomas Melvin | 08/13/21 | 1.5 | Review documents filed to docket |
| Thomas Melvin | 08/14/21 | 1.5 | Review documents to be filed to docket |
| Thomas Melvin | 08/15/21 | 1.5 | Review documents to be filed to docket |
| Thomas Melvin | 08/16/21 | 3.5 | Dialed into confirmation hearing |
| Thomas Melvin | 08/16/21 | 0.5 | Attended telephonic Board meeting |
| Thomas Melvin | 08/17/21 | 2.0 | Dialed into confirmation hearing |
| Thomas Melvin | 08/17/21 | 3.0 | Review request from Company management and prepare and review response |
| Thomas Melvin | 08/17/21 | 1.0 | E-mail correspondence with Company management regarding requested analysis |
| Thomas Melvin | 08/18/21 | 3.5 | Dialed into confirmation hearing |
| Thomas Melvin | 08/18/21 | 2.0 | Review request from Company management and prepare and review response |
| Thomas Melvin | 08/19/21 | 1.0 | Internal team call to discuss matters related to confirmation hearing |
| Thomas Melvin | 08/19/21 | 6.0 | Dialed into confirmation hearing |
| Thomas Melvin | 08/19/21 | 0.5 | Prepare and review reference materials in advance of confirmation hearings |
| Thomas Melvin | 08/19/21 | 0.5 | E-mail correspondence with DPW regarding requested analysis |
| Thomas Melvin | 08/20/21 | 1.5 | Review financial analysis |
| Thomas Melvin | 08/23/21 | 1.0 | Call with AlixPartners to discuss financial analysis |
| Thomas Melvin | 08/23/21 | 5.0 | Dialed into confirmation hearing |
| Thomas Melvin | 08/23/21 | 1.5 | Review materials at request of DPW |
| Thomas Melvin | 08/23/21 | 1.5 | Review request received by AlixPartners |
| Thomas Melvin | 08/24/21 | 0.5 | Attended telephonic Special Committee meeting |
| Thomas Melvin | 08/24/21 | 1.0 | Weekly call with debtor advisors |
| Thomas Melvin | 08/25/21 | 5.0 | Dialed into confirmation hearing |
| Thomas Melvin | 08/26/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Thomas Melvin | 08/26/21 | 1.0 | Review research materials requested by Company management |
| Thomas Melvin | 08/27/21 | 5.0 | Dialed into confirmation hearing |
| Thomas Melvin | 08/31/21 | 0.5 | Call with Company management and AlixPartners to discuss business strategy matters |
| Thomas Melvin | 08/31/21 | 0.5 | Weekly call with debtor advisors and Company management |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| | | **115.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 08/01/21 | 3.0 | Review and prepare materials related to confirmation hearings |
| Jovana Arsic | 08/02/21 | 3.0 | Review and prepare materials related to confirmation hearings |
| Jovana Arsic | 08/03/21 | 1.0 | Weekly call with debtor advisors |
| Jovana Arsic | 08/03/21 | 4.0 | Review and prepare materials related to confirmation hearings |
| Jovana Arsic | 08/04/21 | 0.5 | Internal team call to discuss matters related to confirmation hearing |
| Jovana Arsic | 08/04/21 | 2.0 | Review and prepare materials related to confirmation hearings |
| Jovana Arsic | 08/05/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Jovana Arsic | 08/05/21 | 2.0 | Review and comment on materials related to confirmation hearings |
| Jovana Arsic | 08/05/21 | 1.0 | Prepare and review reference materials in advance of confirmation hearings |
| Jovana Arsic | 08/09/21 | 2.0 | Preparation calls for confirmation hearings with PJT team |
| Jovana Arsic | 08/09/21 | 2.0 | Review materials related to confirmation hearings |
| Jovana Arsic | 08/09/21 | 3.0 | Prepare and review research materials requested by Company management |
| Jovana Arsic | 08/09/21 | 1.0 | Preparation for confirmation hearings with PJT team |
| Jovana Arsic | 08/10/21 | 0.5 | Weekly call with debtor advisors |
| Jovana Arsic | 08/10/21 | 1.0 | Prepare and review research materials requested by Company management |
| Jovana Arsic | 08/10/21 | 2.0 | Call with DPW to prepare for confirmation hearing |
| Jovana Arsic | 08/11/21 | 2.0 | Review materials related to confirmation hearings |
| Jovana Arsic | 08/11/21 | 2.0 | Review documents filed to docket |
| Jovana Arsic | 08/11/21 | 2.0 | Call with DPW to prepare for confirmation hearing |
| Jovana Arsic | 08/12/21 | 7.5 | Dialed into confirmation hearing |
| Jovana Arsic | 08/13/21 | 2.5 | Dialed into confirmation hearing |
| Jovana Arsic | 08/16/21 | 3.5 | Dialed into confirmation hearing |
| Jovana Arsic | 08/17/21 | 2.0 | Dialed into confirmation hearing |
| Jovana Arsic | 08/18/21 | 3.5 | Dialed into confirmation hearing |
| Jovana Arsic | 08/19/21 | 1.0 | Internal team call to discuss matters related to confirmation hearing |
| Jovana Arsic | 08/19/21 | 6.0 | Dialed into confirmation hearing |
| Jovana Arsic | 08/23/21 | 5.0 | Dialed into confirmation hearing |
| Jovana Arsic | 08/24/21 | 1.0 | Weekly call with debtor advisors |
| Jovana Arsic | 08/25/21 | 5.0 | Dialed into confirmation hearing |
| Jovana Arsic | 08/26/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Jovana Arsic | 08/26/21 | 1.0 | Review research materials requested by Company management |
| Jovana Arsic | 08/27/21 | 5.0 | Dialed into confirmation hearing |
| Jovana Arsic | 08/31/21 | 0.5 | Weekly call with debtor advisors and Company management |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| | | **79.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 08/02/21 | 1.0 | Call with company regarding business developments |
| Lukas Schwarzmann | 08/02/21 | 2.0 | Financial Analysis |
| Lukas Schwarzmann | 08/03/21 | 1.0 | Weekly advisors call |
| Lukas Schwarzmann | 08/03/21 | 5.0 | Internal team preparation |
| Lukas Schwarzmann | 08/03/21 | 2.0 | Financial Analysis |
| Lukas Schwarzmann | 08/03/21 | 1.0 | Review declaration |
| Lukas Schwarzmann | 08/05/21 | 1.0 | Biweekly advisors call |
| Lukas Schwarzmann | 08/06/21 | 2.0 | Financial Analysis |
| Lukas Schwarzmann | 08/09/21 | 0.5 | Internal catch-up call |
| Lukas Schwarzmann | 08/09/21 | 3.0 | Financial Analysis |
| Lukas Schwarzmann | 08/10/21 | 1.0 | Weekly advisors call |
| Lukas Schwarzmann | 08/10/21 | 0.5 | Call with legal counsel |
| Lukas Schwarzmann | 08/11/21 | 3.0 | Financial Analysis |
| Lukas Schwarzmann | 08/12/21 | 3.0 | Financial Analysis |
| Lukas Schwarzmann | 08/13/21 | 4.0 | Financial Analysis |
| Lukas Schwarzmann | 08/16/21 | 2.0 | Financial Analysis |
| Lukas Schwarzmann | 08/17/21 | 4.0 | Financial Analysis |
| Lukas Schwarzmann | 08/18/21 | 3.0 | Financial Analysis |
| Lukas Schwarzmann | 08/19/21 | 1.0 | Financial Analysis |
| Lukas Schwarzmann | 08/23/21 | 0.5 | Call with operational consultants |
| Lukas Schwarzmann | 08/24/21 | 1.0 | Weekly advisors call |
| Lukas Schwarzmann | 08/26/21 | 1.0 | Biweekly advisors call |
| Lukas Schwarzmann | 08/26/21 | 2.0 | Dialed in confirmation hearings |
| Lukas Schwarzmann | 08/31/21 | 0.5 | Call with company regarding business developments |
| Lukas Schwarzmann | 08/31/21 | 1.0 | Weekly advisors call |
| | | **46.0** | |

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 7.0 |
| Joe Turner | Managing Director | 17.0 |
| Tom Melvin | Vice President | 49.5 |
| Jovana Arsic | Associate | 13.0 |
| Lukas Schwarzmann | Analyst | 13.0 |
| | **Total** | **99.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 09/01/21 | 1.5 | Listen to confirmation opinion hearing (did not dial into entire hearing) |
| Jamie O'Connell | 09/02/21 | 1.0 | Weekly update call |
| Jamie O'Connell | 09/02/21 | 1.0 | Dialed into board call |
| Jamie O'Connell | 09/09/21 | 1.0 | Weekly update call with management and advisors |
| Jamie O'Connell | 09/10/21 | 0.5 | Correspondences regarding business matter |
| Jamie O'Connell | 09/13/21 | 1.0 | Dialed into hearing |
| Jamie O'Connell | 09/16/21 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 09/23/21 | 0.5 | Weekly update call with management and advisors |
| | | **7.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 09/01/21 | 6.0 | Listen to confirmation opinion hearing |
| Joe Turner | 09/01/21 | 0.5 | Correspondences regarding business matter |
| Joe Turner | 09/02/21 | 1.0 | Weekly update call |
| Joe Turner | 09/02/21 | 1.0 | Dialed into board call |
| Joe Turner | 09/03/21 | 0.5 | Review of certain financial analyses |
| Joe Turner | 09/09/21 | 1.0 | Weekly update call with management and advisors |
| Joe Turner | 09/10/21 | 0.5 | Correspondences regarding business matter |
| Joe Turner | 09/10/21 | 0.5 | Review of certain financial analyses |
| Joe Turner | 09/13/21 | 1.0 | Dialed into hearing |
| Joe Turner | 09/16/21 | 0.5 | Weekly update call with management and advisors |
| Joe Turner | 09/16/21 | 1.0 | Review of company overview / finance presentation |
| Joe Turner | 09/22/21 | 0.5 | Review of correspondences regarding business matter |
| Joe Turner | 09/22/21 | 0.5 | Review of various financial presentations |
| Joe Turner | 09/23/21 | 0.5 | Weekly update call with management and advisors |
| Joe Turner | 09/25/21 | 1.0 | Re-review of certain filed court documents |
| Joe Turner | 09/30/21 | 1.0 | Weekly update call with management and advisors |
|  |  | **17.0** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 09/01/21 | 6.0 | Dialed into confirmation hearing |
| Thomas Melvin | 09/01/21 | 0.5 | E-mail correspondence with AlixPartners regarding financial analysis |
| Thomas Melvin | 09/02/21 | 1.0 | Weekly call with debtor advisors and management |
| Thomas Melvin | 09/02/21 | 1.0 | Dialed into telephonic board meeting |
| Thomas Melvin | 09/02/21 | 0.5 | E-mail correspondence with internal team regarding various matters |
| Thomas Melvin | 09/03/21 | 1.0 | Review of materials provided my management |
| Thomas Melvin | 09/08/21 | 1.0 | Prepare, edit and review weekly agenda |
| Thomas Melvin | 09/09/21 | 1.0 | Weekly call with debtor advisors and management |
| Thomas Melvin | 09/09/21 | 3.0 | Prepare and review draft presentation requested by management |
| Thomas Melvin | 09/09/21 | 0.5 | E-mail correspondence with AlixPartners and DPW regarding presentation requested by management |
| Thomas Melvin | 09/10/21 | 0.5 | Call with DPW to discuss management request |
| Thomas Melvin | 09/10/21 | 2.5 | Prepare and review draft presentation requested by management |
| Thomas Melvin | 09/10/21 | 1.0 | E-mail correspondence with internal team, AlixPartners and management regarding management request |
| Thomas Melvin | 09/13/21 | 1.5 | Dialed into court hearing |
| Thomas Melvin | 09/13/21 | 2.5 | Prepare and review draft presentation requested by management |
| Thomas Melvin | 09/14/21 | 2.0 | Prepare and review draft presentation requested by management |
| Thomas Melvin | 09/15/21 | 2.5 | Review and address management questions and comments related to draft presentation |
| Thomas Melvin | 09/15/21 | 0.5 | E-mail correspondence with AlixPartners and management regarding various matters |
| Thomas Melvin | 09/16/21 | 0.5 | Review materials prepared by AlixPartners |
| Thomas Melvin | 09/16/21 | 3.5 | Review and address management questions and comments related to draft presentation |
| Thomas Melvin | 09/17/21 | 1.0 | Review and address management questions and comments related to draft presentation |
| Thomas Melvin | 09/17/21 | 0.5 | E-mail correspondence with AlixPartners regarding various matters |
| Thomas Melvin | 09/21/21 | 0.5 | Review materials from DPW related to upcoming hearings |
| Thomas Melvin | 09/22/21 | 1.0 | Review materials from AlixPartners related to potential emergence |
| Thomas Melvin | 09/23/21 | 0.5 | Weekly call with debtor advisors and management |
| Thomas Melvin | 09/23/21 | 0.5 | Review of e-mail correspondence between internal team and management, AlixPartners and DPW |
| Thomas Melvin | 09/24/21 | 1.0 | Review of materials from management |
| Thomas Melvin | 09/24/21 | 0.5 | E-mail correspondence with management and AlixPartners regarding various matters |
| Thomas Melvin | 09/25/21 | 0.5 | Review of materials filed to court docket |
| Thomas Melvin | 09/27/21 | 2.0 | Prepare and review materials requested by management |
| Thomas Melvin | 09/27/21 | 1.0 | E-mail correspondence with internal team regarding various matters |
| Thomas Melvin | 09/28/21 | 2.0 | Prepare and review materials requested by management |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 09/29/21 | 2.0 | Prepare and review materials requested by management |
| Thomas Melvin | 09/30/21 | 1.0 | Weekly call with debtor advisors and management |
| Thomas Melvin | 09/30/21 | 1.5 | Dialed into court status and scheduling conference |
| Thomas Melvin | 09/30/21 | 1.0 | Review and respond to question from management |
| Thomas Melvin | 09/30/21 | 0.5 | E-mail correspondence with AlixPartners regarding management request |
| | | 49.5 | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 09/01/21 | 1.0 | Biweekly catch up call |
| Jovana Arsic | 09/09/21 | 1.0 | Biweekly catch up call |
| Jovana Arsic | 09/10/21 | 0.5 | Call with legal counsel |
| Jovana Arsic | 09/16/21 | 1.5 | Biweekly catch up call |
| Jovana Arsic | 09/15/21 | 2.0 | Review and Preparation of Board Materials |
| Jovana Arsic | 09/16/21 | 2.0 | Review and Preparation of Board Materials |
| Jovana Arsic | 09/17/21 | 3.0 | Review and Preparation of Board Materials |
| Jovana Arsic | 09/23/21 | 1.0 | Biweekly catch up call |
| Jovana Arsic | 09/30/21 | 1.0 | Biweekly catch up call |
| | | **13.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 09/01/21 | 1.5 | Biweekly catch up call |
| Lukas Schwarzmann | 09/09/21 | 1.0 | Biweekly catch up call |
| Lukas Schwarzmann | 09/10/21 | 0.5 | Call with legal counsel |
| Lukas Schwarzmann | 09/16/21 | 1.5 | Biweekly catch up call |
| Lukas Schwarzmann | 09/22/21 | 3.0 | Board presentation |
| Lukas Schwarzmann | 09/23/21 | 1.0 | Biweekly catch up call |
| Lukas Schwarzmann | 09/27/21 | 3.0 | Board presentation |
| Lukas Schwarzmann | 09/30/21 | 1.5 | Biweekly catch up call |
| | | **13.0** | |