DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

## AGENDA FOR NOVEMBER 18, 2021 HEARING

| | |
|---|---|
| Time and Date of Hearing: | November 18, 2021 at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 26346262731##. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Copies of Motions:    A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.

I. **UNCONTESTED MATTERS:**

1. ***NCSG, AHC and MSGE Payment or Reimbursement Motion.*** Debtors' Motion to Approve Payment or Reimbursement of Certain Fees and Expenses of the Non-Consenting States Group, the Ad Hoc Committee and the MSGE Group Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 6004 [ECF No. 3986]

    Objection Deadline: November 11, 2021 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Reply: None.

    Related Documents:

    A. The Official Committee of Unsecured Creditors' Statement in Respect of Debtors' Motion to Approve Payment or Reimbursement of Certain Fees and Expenses of the Non-Consenting States Group, the Ad Hoc Committee and the MSGE Group [ECF No. 4094]

    Status: This matter is going forward on an uncontested basis.

2. ***Binder & Schwartz Application for Interim Professional Compensation.*** Application for Approval of Payment of Compensation, Fees and Costs to Binder & Schwartz LLP, Special Counsel [ECF No. 3962]

    Objection Deadline: November 15, 2021 at 11:59 p.m. (prevailing Eastern Time).

    Responses Received: None

    Related Documents: None

    Status: This matter is going forward on an uncontested basis.

3. ***Jonathan Maae Late Claim Motion.*** Motion to File Claim after Claims Bar Date filed by Jonathan Maae [ECF No. 3894]

Objection Deadline: November 11, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

A. Notice of Hearing Regarding Late Claim Motions [ECF No. 3915]

B. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 4098]

Status: This matter is going forward on an uncontested basis.

4. ***Geoffrey Carpenter Late Claim Motion.*** Motion to File Claim after Claims Bar Date filed by Geoffrey Carpenter [ECF No. 3895]

Objection Deadline: November 11, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

A. Notice of Hearing Regarding Late Claim Motions [ECF No. 3915]

B. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 4098]

Status: This matter is going forward on an uncontested basis.

II. **CONTESTED MATTERS:**

5. ***LaMont Broussard Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date filed by Leonard Broussart [ECF No. 3893]

Objection Deadline: November 11, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. Debtors' Objection to Lamont Broussard's Motion to File Proof of Claim after Claims Bar Date [ECF No. 4100]

Related Documents:

A. Notice of Hearing Regarding Late Claim Motions [ECF No. 3915]

Status: This matter is going forward on a contested basis.

6. ***Don W. Hardin Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date filed by Don W. Hardin [ECF No. 3897]

> Objection Deadline: November 11, 2021 at 4:00 p.m. (prevailing Eastern Time).
>
> Responses Received:
>
>> A. Debtors' Objection to Don Hardin's Motion to File Proof of Claim after Claims Bar Date [ECF No. 4099]
>
> Related Documents:
>
>> A. Notice of Hearing Regarding Late Claim Motions [ECF No. 3915]
>
> Status: This matter is going forward on a contested basis.

7. ***Stephanie Lubinski Motion for Payment of Claim.*** Letter Requesting Payment Filed by Stephanie Lubinski [ECF No. 3723]

> Objection Deadline: November 11, 2021 at 4:00 p.m. (prevailing Eastern Time).
>
> Responses Received:
>
>> A. Debtors' Objection to Stephanie Lubinski's Motion for Payment of Claim [ECF No. 4102]
>
> Related Documents:
>
>> A. Motion to Authorize/ Requesting Payment (Administrative Entry) [ECF No. 3990]
>
> Status: This matter is going forward on a contested basis.

8. ***Ellen Isaacs Clarification Motion.*** Motion for Clarification of Court's Order of September 13, 2021 filed by Ellen Isaacs [ECF No. 3864]

> Objection Deadline: November 11, 2021 at 4:00 p.m. (prevailing Eastern Time).
>
> Responses Received:
>
>> A. Debtors' Objection to Ellen Isaacs' Motion for Clarification [ECF No. 4101]
>
> Related Documents:

A. Notice of Rescheduling Hearing from October 14, 2021 to November 18, 2021 [ECF No. 3896]

B. Notice of Rescheduling Hearing Regarding Motion for Clarification [ECF No. 3916]

Status: This matter is going forward on a contested basis.

Dated: November 16, 2021
       New York, New York

                      DAVIS POLK & WARDWELL LLP

                      By: */s/ Eli J. Vonnegut*
                           Eli J. Vonnegut

                      450 Lexington Avenue
                      New York, New York 10017
                      Telephone: (212) 450-4000
                      Facsimile: (212) 701-5800
                      Marshall S. Huebner
                      Benjamin S. Kaminetzky
                      Timothy Graulich
                      Eli J. Vonnegut
                      Christopher S. Robertson

                      *Counsel to the Debtors*
                      *and Debtors in Possession*