HONORABLE JUDGE DRAIN

From:  DON HARDIN (donhardin@yahoo.com)

To:    donhardin@yahoo.com

Date:  Friday, November 12, 2021, 12:13 PM EST

Dear Honorable Judge Drain,

My name is Don Hardin, to the best of my knowledge my hearing is on for the 18th of November. Please confirm.

I got a confusing email from the Pharma team in which they seem to misunderstand my comment about not caring for anything.  I was referring to that time during an active addiction  ALL  addicts simply do not care about anything other than more drugs.  This is not the case regarding the courts and their beneficial work. I care very much for the outcome of all persons suffering through this including myself. I could only estimate the damages that I got during the time of addiction, and the results of the drug for years afterward in my life,  my not being able to get a job for over a decade is a direct result of the addiction and its effects afterward. I have lost out on millions of dollars of income because of the drug and the damages caused.No employer even responded to my resumes and application. I have over forty years of experience in the graphic field, and I'm unable to get work because of my past, and the reputation left by the drug addiction. All this experience and I could not get a job sweeping floors. I provided 10 years of proof of addiction and this was only half of the evidence I was able to obtain.

I got this abrupt email after I was contacted by Pharma and asked to postpone my hearing date. When I declined to postpone, They very quickly came back with this letter and its accusation. I would not be the reason for more delays for myself and many others.  This would not be fair to me and all others.

I care very very much about the outcome of this case for the benefit of my wife. I put her through a very bad life. She is a Godly woman and deserves better than I can provide. Her security is number one in my concerns.

Sincerely in His service,

*[signature]*

Don W. Hardin    239-271-4558    5 Iguana Ct. Fort Myers Fl. 33912