LEVENFELD PEARLSTEIN, LLC
Harold D. Israel (admitted *pro hac vice*)
2 North LaSalle St., Suite 1300
Chicago, Illinois 60602
Telephone: 312-346-8380
Facsimile: 312-346-8434
hisrael@lplegal.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION OF THE AD HOC COMMITTEE OF NAS CHILDREN FOR COMPENSATION PURSUANT TO SECTION 5.8(g) OF THE TWELFTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF PURDUE PHARMA L.P., ET AL. AND SECTION 1129(a)(4) OF THE BANKRUPTCY CODE**

Pursuant to 28 U.S.C. § 1746, Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), and in accordance with the Court's case management procedures set forth in the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures*, entered on November 18, 2019 [Docket No. 498] (the "Case Management Order"), the undersigned hereby certifies as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors shall include their affiliates and other entities under their control. The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1. On October 18, 2021, the Ad Hoc Committee of NAS Children (the "NAS Committee") filed its *Application of the Ad Hoc Committee of NAS Children for Compensation Pursuant to Section 5.8(g) of the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P., et al. and Section 1129(a)(4) of the Bankruptcy Code* [Docket No. 3970].

2. The Case Management Order provides that, "after the objection deadline has passed and if no objection has been filed and served in accordance with these Case Management Procedures, counsel to the party who filed the Request for Relief may file a certification that no objection has been filed or served on them, and may request by email to Chambers that the Court grant the relief and enter an order without a hearing." Case Management Order at ¶ 21.

3. As of the filing of this certificate, more than forty-eight hours have passed after the Objection Deadline and, to the best of my knowledge, no responsive pleadings to the Application have been: (a) filed with the Court on the docket of the above-captioned chapter 11 cases; or (b) served on the NAS Committee or their counsel.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 17, 2021
New York, New York

          **LEVENFELD PEARLSTEIN, LLC**
          *Counsel for Ad Hoc Committee of NAS Children*

          By:     /s/ Harold D. Israel

          **LEVENFELD PEARLSTEIN, LLC**
          Harold D. Israel
          2 North LaSalle St., Suite 1300
          Chicago, Illinois 60602
          Telephone: 312-346-8380
          Facsimile: 312-346-8434
          hisrael@lplegal.com