**BINDER & SCHWARTZ LLP**
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299
Eric B. Fisher

*Attorneys for the Public School District Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING
APPLICATION FOR APPROVAL OF PAYMENT OF COMPENSATION,
FEES AND COSTS TO BINDER & SCHWARTZ LLP, COUNSEL TO
<u>PUBLIC SCHOOL DISTRICT CLAIMANTS</u>**

Pursuant to 28 U.S.C. § 1746, Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York, and in accordance with the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* [Dkt. No. 498] (the "**Case Management Order**"), the undersigned hereby certifies as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1.      On October 15, 2021, pursuant to Section 5.8(h) of the *Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors* [Dkt. No. 3726] (the "**Plan**") and Paragraph 6(b) of the *Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors* [Dkt. No. 3787] (the "**Confirmation Order**"), Binder & Schwartz LLP filed its *Application for Approval of Payment of Compensation, Fees and Costs to Binder & Schwartz LLP, Counsel to Public School District Claimants* [Dkt. No. 3962] (the "**Application**").

2.      Paragraph 6(b) of the Confirmation Order provides that if no objection is filed by the Debtors, the Official Committee of Unsecured Creditors (the "**Creditors' Committee**"), or the Office of the U.S. Trustee by the date that is three (3) days prior to the hearing, the United States Bankruptcy Court for the Southern District of New York "may enter an order approving such application without a hearing."

3.      Paragraph 21 of the Case Management Order provides that, "after the objection deadline has passed and if no objection has been filed and served in accordance with these Case Management Procedures, counsel to the party who filed the Request for Relief may file a certification that no objection has been filed or served on them, and may request by email to Chambers that the Court grant the relief and enter an order without a hearing."

4.      The Application was set for hearing on November 18, 2021. Accordingly, the deadline for the filing of objections to the Application by the Debtors, the Creditors' Committee, and/or the Office of the U.S. Trustee was November 15, 2021.

5.      As of the filing of this certificate, to the best of my knowledge, no objection to the Application, and no responsive pleading or request for a hearing with respect to the Application,

has been (a) filed with the Court on the docket of the above-captioned chapter 11 cases, or (b) served on the Public School District Claimants or their counsel.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 17, 2021
New York, New York

**BINDER & SCHWARTZ LLP**

By: _/s/ Eric B. Fisher_
Eric B. Fisher
366 Madison Avenue, 6th Floor
New York, New York 10017
Tel: (212) 510-7008
Facsimile: (212) 510-7299
E-mail: efisher@binderschwartz.com

*Attorneys for the Public School District Claimants*