Honorable Judge D. Drain

Brittany Nichole Johnson (Stavig) Creditor against Purdue Pharma Debtors

United States Bankruptcy Court Southern District of New York

Request for Declaration in support of motion for "Extension of Bardate" and clarity

I am writing this letter requesting you to please accept my claim against Purdue Pharma claim ID:_*J#NR27463. I understand this is late but, I had no idea I could file the claim without being personally prescribed Oxycontin. I have endured more tragedy and heartache then I care to think about as a direct result of the availability of this drug. My fiancé passed as direct result of his opiate addiction in 2017, while I was pregnant with our youngest son. My oldest son and myself found him in our home. I have been dealing with debilitating PTSD as a result, and shutdown any news or correspondence on anything Purdue or opiate related. I understand the date to submit has passed but, given the circumstances and the direct impact this drug, and this company has had on my life for the last 18 years I plead that you please consider my case, as anything would be hugely helpful for all I have endured. I attempted to add over 200 pages of medical documentation proving rehab, detox, both my sons being born on MAT, my oldest enduring heart surgery, infections, MVA's, and the loss of my fiancé but, I was not able to add that directly to the electronic claim, and will mail those proof of records in as well. I thank you for your time and consideration, and hope you can allow my claim against Purdue.

Thank you,

Brittany N. Johnson (Stavig)

11/15/2021

NOV.15ᵗʰ, 2021