**BINDER & SCHWARTZ LLP**
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299
Eric B. Fisher

*Attorneys for the Public School District Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.***,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

# CERTIFICATE OF SERVICE

I, Eric B. Fisher, hereby certify that on November 17, 2021, I caused true and correct copies of the following document:

*Certificate of No Objection regarding Application for Approval of Payment of Compensation, Fees and Costs to Binder & Schwartz LLP, Counsel to Public School District Claimants* (ECF No. 4155)

to be served (i) by the Court's Case Management / Electronic Case Files (CM/ECF) system;

(ii) by email upon counsel to the Debtors (marshall.huebner@davispolk.com,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

timothy.graulich@davispolk.com, eli.vonnegut@davispolk.com, kaminet@dpw.com, christopher.robertson@davispolk.com); (iii) by email upon counsel to the Creditors Committee (idizengoff@akingump.com, apreis@akingump.com, mhurley@akingump.com, sbrauner@akingump.com, elisovicz@akingump.com, jalberto@coleschotz.com); and (iv) by email upon the Office of the United States Trustee for the Southern District of New York, attn: Paul K. Schwartzberg (paul.schwartzberg@usdoj.gov).

I further hereby certify that on November 18, 2021, I caused a true and correct copy of the foregoing document to be served (i) by first class mail upon the Office of the United States Trustee for the Southern District of New York; and (ii) by Federal Express upon the chambers of the Honorable Judge Robert D. Drain.

Dated:  November 19, 2021

                                                                                        */s/ Eric B. Fisher*
                                                                                        Eric B. Fisher