UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## ORDER DENYING MOTION FOR CLARIFICATION

Upon the motion [Dkt. No. 3864] (the "**Motion**") of Ellen Isaacs ("**Ms. Isaacs**") requesting clarification regarding Ms. Isaacs' *Emergency Request for Immediate Injunction and Hearing for Due Process, Production for Evidentiary Documents & Other Relief* [Dkt. No. 3582] (the "**Emergency Motion**") and various forms of relief related to the continuation of these chapter 11 cases and against the debtors and debtors in possession herein (the "**Debtors**"); and the Court having jurisdiction to consider the matters raised in the Motion pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.), as a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the Debtors' objection to the Motion [Dkt. No. 4101]; and upon the record of the hearing held by the Court on the Motion on

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

November 18, 2021 (the "**Hearing**"); and, after due deliberation and for the reasons stated by the Court in its bench ruling at the Hearing, the Court having determined that (a) the record and order with respect to the Emergency Motion require no clarification, (b) relief with respect to a stay pending appeal of this Court's order confirming the Debtors' twelfth amended plan of reorganization [Dkt. No. 3787] was denied by this Court in its bench ruling on November 9, 2021, and to the extent that the Motion seeks the same relief, such request is denied for the same reasons and/or the Motion does not state a basis for relief under Fed. R. Bankr. P. 9023 or 9024, and (c) this Court has no jurisdiction with respect to the remaining requested relief regarding matters currently pending before the district court on appeal, in the light of such appeal; now, therefore, it is hereby

ORDERED that the Motion is denied.

Dated:  November 22, 2021  /s/Robert D. Drain
       White Plains, New York  THE HONORABLE ROBERT D. DRAIN
                                             UNITED STATES BANKRUPTCY JUDGE