UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## ORDER DENYING WITHOUT PREJUDICE LATE CLAIM MOTION

Upon the motion [Dkt. No. 3893] of LaMont Broussard ("**Mr. Broussard**") seeking leave to file a proof of claim after the extended general bar date for claims to be filed in these chapter 11 cases (the "**Late Claim Motion**"); and the Court having jurisdiction to consider the matters raised in the Late Claim Motion pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Late Claim Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the Debtors' objection [Dkt. No. 4100] to the Late Claim Motion; and upon the record of the hearing held by the Court on the Late Claim Motion on November 18, 2021 (the "**Hearing**"); and, after due deliberation and for the reasons stated by the Court in its

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

bench ruling at the Hearing, the Court having determined pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) that Mr. Broussard has not established sufficient cause for the relief requested in the Late Claim Motion based on the information provided in the Late Claim Motion or otherwise; now, therefore, it is hereby

ORDERED that the Late Claim Motion is denied without prejudice, subject to Mr. Broussard's right to prompt submitting evidence demonstrating that filing a timely claim was outside of his control during the relevant time period, including leading up to the July 30, 2020 general bar date.

Dated: November 22, 2021    /s/Robert D. Drain
       White Plains, New York    THE HONORABLE ROBERT D. DRAIN
                                                 UNITED STATES BANKRUPTCY JUDGE