UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

PURDUE PHARMA L.P., *et al.*,

Debtors.[1]

Chapter 11

Case No. 19-23649 (RDD)

(Jointly Administered)

### ORDER GRANTING APPLICATION FOR ALLOWANCE OF COMPENSATION, FEES AND COSTS TO BINDER & SCHWARTZ LLP, COUNSEL TO PUBLIC SCHOOL DISTRICT CLAIMANTS

Upon consideration of the application of Binder & Schwartz LLP [Dkt. No. 3962] (the "Application"), filed in accordance with Section 5.8(h) of the *Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors* [Dkt. No. 3726] (the "Plan") and Paragraph 6(b) of the *Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors* [Dkt. No. 3787] (the "Confirmation Order"), seeking approval under 11 U.S.C. § 1129(a)(4) of compensation for professional services rendered and expenses incurred from March 11, 2021 through August 11, 2021 as counsel to the Public School District Claimants (as defined in the Plan); and there being due and sufficient notice of the Application;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

and there being no objections to the requested relief; and upon the record of the hearing held by the Court on the Application on November 18, 2021; and sufficient cause having been shown therefor, it is hereby

ORDERED that the Application is granted to the extent set forth in the attached Schedule A, on the condition that the Effective Date of the Plan occurs.

Dated:   November 22, 2021
         White Plains, New York

*/s/Robert D. Drain*
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

Case No.:   19-23649 (RDD)          **FIRST AND FINAL FEE PERIOD**          Schedule A
Case Name: *In re Purdue Pharma L.P., et al.*      03/11/2021—08/11/2021

| Applicant | Date / Docket Number of Application | Interim Fees Requested | Interim Fees Approved | Interim Expenses Requested | Interim Expenses Approved |
|---|---|---|---|---|---|
| Binder & Schwartz LLP | Oct. 15, 2021 ECF No. 3962 | $272,325.97 | $272,325.97 | $367.05 | $367.05 |

Date Order Signed:  11/22/2021          Initials:  RDD  USBJ