UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

---

**ORDER GRANTING APPLICATION OF THE AD HOC COMMITTEE OF NAS
CHILDREN FOR COMPENSATION PURSUANT TO SECTION 5.8(g) OF THE
TWELFTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION
OF PURDUE PHARMA L.P., ET AL. AND SECTION 1129(a)(4)
OF THE BANKRUPTCY CODE**

Upon the application, by notice of presentment dated October 18, 2021 (the "**Application**") of the Ad Hoc Committee of NAS Children (the "**NAS Committee**") for allowance of compensation for professional services rendered in the amount of $500,000.00 (the "**NAS PI Trust Fees**") pursuant to the section 5.8 of the Plan[2] and section 1129(a)(4) of Bankruptcy Code; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Application and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors shall include their affiliates and other entities under their control. The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2]  Capitalized terms used but not defined herein shall have the meaning given to such term in the Application.

provided, and there being no objections to the requested relief; and no additional notice or a hearing being required; and upon the record of the hearing held by the Court on the Debtors' request for confirmation of the Plan; and after due deliberation the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED, as set forth herein.

2. The NAS PI Trust Fees are awarded and allowed pursuant to and in accordance with the NAS Fee Documents, in the following amounts:

| FIRM | AMOUNT |
|---|---|
| Levenfeld Pearlstein, LLC | $250,000.00 |
| Martzell, Bickford & Centola | $250,000.00 |
| **TOTAL** | **$500,000.00** |

3. The NAS PI Trust Fees, as awarded herein, may be paid in accordance with the NAS Fee Documents.

4. Edgar C. Gentle III, solely as trustee of the PI Trust, is authorized and directed to pay the NAS PI Trust Fees as set forth herein promptly after the Effective Date of the Plan.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: November 22, 2021
      White Plains, New York

/s/ Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE