UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| PURDUE PHARMA L.P., *et al.*, | : Case No. 19-23649 (RDD) |
| | : |
| Debtors.[1] | : (Jointly Administered) |
| | : |

------------------------------------------------------------ x

**STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES
OF PJT PARTNERS LP FOR THE PERIOD OF
OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of October 1, 2021 through October 31, 2021 (the "Twenty-Second Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

**I. Background**

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3. On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4. On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5. For the Twenty-Second Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $1,331.52, and (b) in accordance with the Procedures Order, seeks payment in the amount of $181,331.52 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Twenty-Second Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the

Twenty-Second Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Twenty-Second Compensation Period but not included herein.

6. An invoice detailing the monthly fees earned and out-of-pocket expenses incurred by PJT during the Twenty-Second Compensation Period is attached hereto as Appendix A. A summary of the compensation earned and out-of-pocket expenses incurred during the Twenty-Second Compensation Period is outlined below:

| Twenty-Second Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| October 1 - 31, 2021 | $225,000.00 | ($45,000.00) | $1,331.52 | **$181,331.52** |

7. The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context. PJT has never billed its clients based on the number of hours expended by its professionals. Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients. PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 107.5 hours expended by PJT professionals in providing investment banking services to the Debtors during the Twenty-Second Compensation Period are provided in Appendix B. A summary of the total amount of hours expended by PJT professionals is provided below:

| **Professional** | **October 2021** |
|---|---|
| Jamie O'Connell | 6.5 |
| Joe Turner | 28.0 |
| Tom Melvin | 41.0 |
| Jovana Arsic | 10.0 |
| Lukas Schwarzmann | 22.0 |
| **Total Hours** | **107.5** |

3

### III. Requested Relief

8. Pursuant to the Retention Order and the Procedures Order, with respect to PJT's (a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of $1,331.52, in each case earned or incurred during the Twenty-Second Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---:|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-Of-Pocket Expenses | 1,331.52 |
| **Total Amount Due** | **$181,331.52** |

Dated: November 29, 2021                     PJT PARTNERS LP

By: /s/ *John James O'Connell III*
  John James O'Connell III
  Partner
  280 Park Avenue
  New York, NY 10017
  (212) 364-7800

**APPENDIX A**

**PJT Partners**

November 20, 2021

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | | |
|---|---|---|---|
| Monthly Fee for the period of October 1, 2021 through October 31, 2021: | | $ | 225,000.00 |
| Less: Holdback @ 20% | | | (45,000.00) |
| Out-of-pocket expenses processed through October 25, 2021:[1] | | | |
| Meals | $ 20.00 | | |
| Research | 1,311.52 | | 1,331.52 |
| **Total Amount Due** | | **$** | **181,331.52** |

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Invoice No. 10019422**

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Oct-21 | Total Expenses |
|---|---:|---:|
| Employee Meals | $ 20.00 | $ 20.00 |
| Research - Online Database | 1,311.52 | 1,311.52 |
| **Total Expenses** | **$ 1,331.52** | **$ 1,331.52** |
|  |  |  |
| **Meals** |  | $ 20.00 |
| **Research** |  | 1,311.52 |
|  |  |  |
| **Total Expenses** |  | **$ 1,331.52** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through October 25, 2021**
**Invoice No. 10019422**

**Employee Meals**

| | | | | |
|---|---|---|---|---|
| Turner (weeknight working dinner meal) | 10/01/21 | 20.00 | | |
| | **Subtotal - Employee Meals** | | **$** | **20.00** |

**Research - Online Database**

| | | | | |
|---|---|---|---|---|
| South (KLDiscovery electronic discovery and data recovery services) | 07/01/21 - 07/31/21 | 1,311.52 | | |
| | **Subtotal - Research - Online Database** | | | **1,311.52** |
| | **Total Expenses** | | **$** | **1,331.52** |



Page 1 of 1

8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

|  |  |
|---|---|
| Invoice Number: | P0100197043 |
| Invoice Date: | 08/09/2021 |
| Service Dates: | 07/01/2021 - 07/31/2021 |
| Customer Number: | 8004780 |
| Job Number: | 7508999 |
| PO Number: |  |
| Matter Reference: | PURDUE PHARMA L.P., et al |
| Invoice Amount Due: | 1,311.52 USD |

**Bill To Customer:**
PJT Partners Inc
Attention: George South
280 Park Ave FL 15W
New York, NY 10017-1206
United States

Account Manager: Drury, Dale         Payment Terms: Net 30 Days         Due Date: 09/08/2021

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 66.28 | Units | 9.0000 | N | 596.52 | USD |
| User Access - Relativity | 11 | Units | 65.0000 | N | 715.00 | USD |
| **TOTAL HOSTING** |  |  |  |  | 1,311.52 |  |

|  |  |  |
|---|---|---|
| **Subtotal** | 1,311.52 |  |
| **Tax** (0.00%) | 0.00 |  |
| **Invoice Amount Due** | 1,311.52 | USD |

## Please Send Remittance to

**Electronic Payment Instructions:**
Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**
KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*

# APPENDIX B

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 6.5 |
| Joe Turner | Managing Director | 28.0 |
| Tom Melvin | Vice President | 41.0 |
| Jovana Arsic | Associate | 10.0 |
| Lukas Schwarzmann | Analyst | 22.0 |
| | **Total** | **107.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 10/05/21 | 0.5 | Dialed into Special Committee meeting |
| Jamie O'Connell | 10/06/21 | 3.0 | Dialed into Board of Directors meeting |
| Jamie O'Connell | 10/07/21 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 10/18/21 | 0.5 | Call with J. Turner regarding business matter |
| Jamie O'Connell | 10/19/21 | 1.0 | Dialed into Board of Directors meeting |
| Jamie O'Connell | 10/21/21 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 10/26/21 | 0.5 | Review and comment on draft fee statement |
| | | **6.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 10/04/21 | 0.5 | Review materials from Company management related to upcoming meetings |
| Joe Turner | 10/04/21 | 0.5 | Review request from AlixPartners |
| Joe Turner | 10/05/21 | 1.0 | Dialed into Special Committee meeting |
| Joe Turner | 10/06/21 | 5.0 | Dialed into Board meeting (inc. prep time) |
| Joe Turner | 10/07/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Joe Turner | 10/07/21 | 0.5 | Review draft materials from DPW |
| Joe Turner | 10/12/21 | 2.0 | Dialed into scheduling conference |
| Joe Turner | 10/14/21 | 3.0 | Dialed into court hearing |
| Joe Turner | 10/14/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Joe Turner | 10/18/21 | 0.5 | Review request from Company management |
| Joe Turner | 10/18/21 | 1.0 | Update call with Company regarding certain assets |
| Joe Turner | 10/18/21 | 1.0 | Review response to request from Company management |
| Joe Turner | 10/19/21 | 1.0 | Dialed into Board meeting |
| Joe Turner | 10/19/21 | 0.5 | Review response to request from Company management |
| Joe Turner | 10/21/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Joe Turner | 10/21/21 | 0.5 | Review request for data from Company Management |
| Joe Turner | 10/22/21 | 1.0 | E-mail and phone correspondence with internal team regarding certain diligence items |
| Joe Turner | 10/25/21 | 1.0 | Review of certain diligence responses |
| Joe Turner | 10/26/21 | 1.0 | Review request for data from DPW |
| Joe Turner | 10/28/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Joe Turner | 10/28/21 | 1.5 | Review of materials provided by DPW |
| Joe Turner | 10/28/21 | 0.5 | Update call with Company regarding certain assets |
| Joe Turner | 10/29/21 | 1.5 | Review of materials prepared by Company management in preparation for upcoming meetings |
| Joe Turner | 10/29/21 | 0.5 | E-mail correspondence with DPW and AlixPartners related to request from DPW |
| | | **28.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 10/04/21 | 1.0 | Review materials from Company management related to upcoming meetings |
| Thomas Melvin | 10/04/21 | 0.5 | Review request from AlixPartners |
| Thomas Melvin | 10/04/21 | 0.5 | E-mail correspondence with AlixPartners regarding requested analysis |
| Thomas Melvin | 10/05/21 | 1.0 | Dialed into Special Committee meeting |
| Thomas Melvin | 10/06/21 | 2.0 | Dialed into Board meeting |
| Thomas Melvin | 10/06/21 | 0.5 | Prepare and review agenda for weekly call |
| Thomas Melvin | 10/07/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Thomas Melvin | 10/07/21 | 0.5 | Review draft materials from DPW |
| Thomas Melvin | 10/12/21 | 2.0 | Dialed into scheduling conference |
| Thomas Melvin | 10/14/21 | 3.0 | Dialed into court hearing |
| Thomas Melvin | 10/14/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Thomas Melvin | 10/18/21 | 1.0 | Review request from Company management |
| Thomas Melvin | 10/18/21 | 1.5 | Review response to request from Company management |
| Thomas Melvin | 10/19/21 | 1.0 | Dialed into Board meeting |
| Thomas Melvin | 10/19/21 | 1.0 | Review request from Company management |
| Thomas Melvin | 10/19/21 | 1.0 | Review response to request from Company management |
| Thomas Melvin | 10/20/21 | 1.0 | Prepare and review agenda for weekly call |
| Thomas Melvin | 10/20/21 | 1.0 | E-mail and phone correspondence with internal team and AlixPartners regarding upcoming meeting |
| Thomas Melvin | 10/21/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Thomas Melvin | 10/21/21 | 0.5 | Review request for data from Company Management |
| Thomas Melvin | 10/21/21 | 1.5 | Identify, updated and provide details requested by Company management |
| Thomas Melvin | 10/22/21 | 1.0 | Internal discussions with team regarding data tracking analysis |
| Thomas Melvin | 10/22/21 | 1.0 | E-mail and phone correspondence with internal team regarding requested materials |
| Thomas Melvin | 10/25/21 | 2.5 | Preparation and review of requested documentation |
| Thomas Melvin | 10/26/21 | 1.0 | Review request for data from DPW |
| Thomas Melvin | 10/26/21 | 0.5 | E-mail correspondence with AlixPartners and DPW regarding DPW request |
| Thomas Melvin | 10/27/21 | 2.0 | Aggregation of filed details for process documentation |
| Thomas Melvin | 10/28/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Thomas Melvin | 10/28/21 | 0.5 | Review weekly agenda from AlixPartners |
| Thomas Melvin | 10/28/21 | 3.0 | E-mail correspondence with DPW and AlixPartners and research related to future emergence |
| Thomas Melvin | 10/28/21 | 1.5 | Review of materials provided by DPW |
| Thomas Melvin | 10/28/21 | 1.5 | Review of materials provided by Company management related to insurance |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 10/29/21 | 1.5 | Review of materials prepared by Company management in preparation for upcoming meetings |
| Thomas Melvin | 10/29/21 | 0.5 | E-mail correspondence with DPW and AlixPartners related to request from DPW |
|  |  | **41.0** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 10/07/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Jovana Arsic | 10/12/21 | 2.0 | Dialed into scheduling conference |
| Jovana Arsic | 10/14/21 | 2.0 | Dialed into court hearing |
| Jovana Arsic | 10/14/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Jovana Arsic | 10/18/21 | 1.0 | Review response to request from Company management |
| Jovana Arsic | 10/19/21 | 1.0 | Review response to request from Company management |
| Jovana Arsic | 10/21/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Jovana Arsic | 10/28/21 | 1.0 | Weekly call with debtor advisors and Company management |
| | | **10.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 10/07/21 | 1.0 | Biweekly call |
| Lukas Schwarzmann | 10/14/21 | 1.0 | Biweekly call |
| Lukas Schwarzmann | 10/18/21 | 4.0 | Financial Analysis |
| Lukas Schwarzmann | 10/19/21 | 4.0 | Financial Analysis |
| Lukas Schwarzmann | 10/20/21 | 3.0 | Financial Analysis |
| Lukas Schwarzmann | 10/21/21 | 1.0 | Biweekly call |
| Lukas Schwarzmann | 10/22/21 | 2.0 | Financial Analysis |
| Lukas Schwarzmann | 10/28/21 | 3.0 | Financial Analysis |
| Lukas Schwarzmann | 10/28/21 | 1.0 | Biweekly call |
| Lukas Schwarzmann | 10/29/21 | 2.0 | Financial Analysis |
| | | **22.0** | |