**SULLIVAN & WORCESTER LLP**
Jeffrey R. Gleit, Esq.
Allison H. Weiss, Esq.
1633 Broadway
New York, New York 10019
(212) 660-3000 (Telephone)
(212) 660-3001 (Facsimile)

*Special Conflicts Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT OF SULLIVAN & WORCESTER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL CONFLICTS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| Name of Applicant | Sullivan & Worcester LLP |
|---|---|
| **Applicant's Role in Case** | Special Conflicts Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | September 2, 2021 [Docket No. 3728] |
| **Period for which compensation and reimbursement is sought** | October 1, 2021 through October 31, 2021 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| **Summary of Total Fees and Expenses Requested** | |
|---|---|
| **Total compensation requested in this statement** | $9,991.20 (80% of $12,489.00) |
| **Total reimbursement requested in this statement** | $0.00 |
| **Total compensation and reimbursement requested in this statement** | $9,991.20 |
| **This is a(n):**   X  Monthly Application    __ Interim Application    __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Pursuant to 11 U.S.C. §§ 327(a) and 328 and Fed. R. Bankr. P. 2014(a) Authorizing the Employment and Retention of Sullivan & Worcester LLP as Special Conflicts Counsel to the Debtors and Debtors in Possession*, dated September 2, 2021 [Docket No. 3728] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Sullivan & Worcester LLP ("**Sullivan**"), special conflicts counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Third Monthly Statement of Services Rendered and Expenses Incurred for the Period from October 1, 2021 Through October 31, 2021* (this "**Fee Statement**").[2] By this Fee Statement, Sullivan seeks compensation in the amount of $9,991.20 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Sullivan incurred in connection with such services during the Fee Period (*i.e.*, $12,489.00).

---

[2] The period from October 1, 2021, through and including October 31, 2021, is referred to herein as the "**Fee Period**."

1

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Sullivan partners, counsel, associates and paraprofessionals during the Fee Period with respect to each of the project categories Sullivan established in accordance with its internal billing procedures. As reflected in Exhibit A, Sullivan incurred $12,489.00 in fees during the Fee Period. Pursuant to this Fee Statement, Sullivan seeks reimbursement for 80% of such fees, totaling $9,991.20.

2. Attached hereto as **Exhibit B** is a chart of Sullivan professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $482.20.[3]

3. Attached hereto as **Exhibit C** are the time records of Sullivan for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during Fee Period.

**Notice**

4. The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

---

[3] The blended hourly billing rate of $482.20 for attorneys is derived by dividing the total fees for attorneys of $12,489.00 by the total hours of 25.9.

WHEREFORE Sullivan, in connection with services rendered on behalf of the Debtors, respectfully requests compensation in the amount of $9,991.20 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Sullivan incurred in connection with such services during the Fee Period (*i.e.*, $12,489.00).

Dated:   November 30, 2021
        New York, New York

                              **SULLIVAN & WORCESTER LLP**

                              By:   */s/ Jeffrey R. Gleit*

                              Jeffrey R. Gleit, Esq.
                              Allison H. Weiss, Esq.
                              1633 Broadway
                              New York, New York 10019
                              (212) 660-3000 (Telephone)
                              (212) 660-3001 (Facsimile)
                              jgleit@sullivanlaw.com
                              aweiss@sullivanlaw.com

                              *Special Conflicts Counsel to the Debtors*
                              *and Debtors in Possession*

**Exhibit A**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fee/Employment Applications | 25.90 | $12,489.00 |
| **Total** | 25.90 | $12,489.00 |

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Individual | Position, Year Assumed Position Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Counsel** | | | | |
| Weiss, Allison | Counsel; joined Sullivan 2017; admitted New York 1995 | $750 | 1.6 | $1,200.00 |
| **Counsel Total:** | | | **1.6** | **$1,200.00** |
| **Associates and Paralegals** | | | | |
| Breckenridge, Luke M. | Associate; joined Sullivan 2019; admitted Massachusetts 2019 | $455 | 21.2 | $9,646.00 |
| Rosenblatt, Ryan M. | Associate; joined Sullivan 2017; admitted Massachusetts 2017 | $530 | 3.1 | $1,643.00 |
| **Associates and Paralegals Total:** | | | **24.3** | **$11,289.00** |
| **GRAND TOTAL** | | | **25.9** | **$12,489.00** |

## Exhibit C

**Detailed Time Records**

Exhibit C - 1

**Sullivan & Worcester LLP**

Page 2

Invoice Date: November 10, 2021
Invoice Number: 8282079

**Matter**

**028627.0001**     **RE: Chapter 11 Case**

**Time Detail**

**Task Code:**   B160 - Fee/Employment Applications.

| Date | Name | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 10/13/2021 | RXR | Revisions to September invoice for fee statement. | 0.20 | 530.00 | 106.00 |
| 10/13/2021 | AHW | Review revised pro forma. | 0.20 | 750.00 | 150.00 |
| 10/14/2021 | RXR | Revisions to September invoice. | 0.10 | 530.00 | 53.00 |
| 10/14/2021 | AHW | Review and revise invoice for September fee statement. | 0.20 | 750.00 | 150.00 |
| 10/15/2021 | RXR | Revisions to September invoice. | 0.20 | 530.00 | 106.00 |
| 10/15/2021 | AHW | Review and revise September fee statement (.3); provide confirmation to Purdue regarding August fee statement (.1). | 0.40 | 750.00 | 300.00 |
| 10/18/2021 | RXR | Revisions to September invoice and fee statement. | 0.30 | 530.00 | 159.00 |
| 10/18/2021 | AHW | Work regarding fee statements and conversion of invoice format for fee examiner (.2). | 0.20 | 750.00 | 150.00 |
| 10/18/2021 | LMB | Attention to composition of fee statement for month of September 2021. | 3.50 | 455.00 | 1,592.50 |
| 10/19/2021 | AHW | Follow-ups regarding fee statements and delivery to company (.2). | 0.20 | 750.00 | 150.00 |
| 10/19/2021 | LMB | Attention to research on fee application content and review of prior fee statements for inclusion in application. | 4.10 | 455.00 | 1,865.50 |
| 10/24/2021 | LMB | Attention to drafting of Sullivan's First Fee Application. | 5.60 | 455.00 | 2,548.00 |
| 10/26/2021 | LMB | Attention to composition of fee application and related correspondence with R. Rosenblatt. | 8.00 | 455.00 | 3,640.00 |
| 10/28/2021 | AHW | Follow-ups regarding fee statement . | 0.20 | 750.00 | 150.00 |
| 10/28/2021 | RXR | Attention to September fee statement (0.1); revisions to first interim fee application (1.4). | 1.50 | 530.00 | 795.00 |
| 10/29/2021 | RXR | Attention to finalization and filing of September fee statement (0.3); revisions to first interim fee application (0.5). | 0.80 | 530.00 | 424.00 |
| 10/29/2021 | AHW | Finalization of fee statement and coordinate filing (.2). | 0.20 | 750.00 | 150.00 |
| **Task Total** | | B160 - Fee/Employment Applications. | | | **$12,489.00** |

**Sullivan & Worcester LLP**

Page 3

Invoice Date: November 10, 2021
Invoice Number: 8282079

| Date | Name | Description | Hours | Rate | Value |
|---|---|---|---|---|---|

**Timekeeper Summary**

| Position | Name | Hours | Rate | Value |
|---|---|---|---|---|
| Counsel | Allison Weiss | 1.60 | 750.00 | 1,200.00 |
| Associate | Luke M. Breckenridge | 21.20 | 455.00 | 9,646.00 |
| Associate | Ryan M. Rosenblatt | 3.10 | 530.00 | 1,643.00 |
| **Total Matter Fees** | | **25.90** | | **$12,489.00** |
| **Matter Total** | | | | **$12,489.00** |