KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036-2601
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222
Scott Davidson

*Special Counsel to the Debtors and Debtors in Possessions*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, [1] | **Case No. 19-23649 (RDD)** |
| Debtors. | **(Jointly Administered)** |

**TWENTY-SIXTH MONTHLY FEE STATEMENT OF KING & SPALDING LLP**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE**
**DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM**
**OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| | |
|---|---|
| **Name of Applicant** | King & Spalding LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 543] |
| | August 18, 2021 [Docket No. 3596] |
| **Period for Which Compensation and Reimbursement is Sought** | October 1, 2021 through October 31, 2021 |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total Compensation Requested in this Statement** | $214,271.68<br>(80% of $267,839.60) |
| **Total Reimbursement Requested in this Statement** | $0.00 |
| **Total Compensation and Reimbursement Requested in this Statement** | $214,271.68 |
| **This is a(n):**   **X**  Monthly Application   __  Interim Application   __  Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of King & Spalding LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated November 25, 2019 [Docket No. 543] (the "**Initial Retention Order**"), the *Order Authorizing Application of Debtors for Authority to Supplement Retention and Employment of King & Spalding LLP as Special Counsel to the Debtors Nunc Pro Tunc To July 7, 2021*, dated August 18, 2021 [Docket No. 3596] (the "**Supplemental Retention Order**," and with the Initial Retention Order, the "**Retention Orders**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), King & Spalding LLP ("**K&S**"), special counsel to the above-captioned debtors and

debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from October 1, 2021 Through October 31, 2021* (this "**Fee Statement**").[2]  By this Fee Statement, and after taking into account certain voluntary discounts and reductions,[3] K&S seeks (i) compensation in the amount of $214,271.68, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that K&S incurred in connection with such services during the Fee Period (*i.e.*, $267,839.60) and (ii) payment of $0.00, for the actual, necessary expenses that K&S incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.    Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by K&S partners, counsel, associates, discovery counsel, privilege review attorneys, and paraprofessionals during the Fee Period with respect to each of the project categories K&S established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, K&S incurred $267,839.60 in fees during the Fee Period.  Pursuant to this Fee Statement, K&S seeks reimbursement for 80% of such fees, totaling $214,271.68.

2.    Attached hereto as **Exhibit B** is a chart of K&S professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended

---

[2]    The period from October 1, 2021 through and including October 31, 2021 is referred to herein as the "**Fee Period**."

[3]    K&S agreed as a courtesy to the Debtors to bill at approximately 90% of its hourly rates in effect when the services are rendered.  Additionally, K&S agreed to offer additional discounts, including on a sliding scale on fees exceeding certain amounts.

hourly billing rate of attorneys for all services provided during the Fee Period is $1,025.26.[4]  The

blended hourly billing rate of all paraprofessionals is $255.00.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that K&S incurred or disbursed

in the amount of $0.00 in connection with providing professional services to the Debtors during

the Fee Period.

4.      Attached hereto as **Exhibit D** are the time records of K&S for the Fee Period

organized by project category with a daily time log describing the time spent by each attorney and

other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.      K&S will provide notice of this Fee Statement in accordance with the Interim

Compensation Order.  K&S submits that no other or further notice be given.

WHEREFORE, K&S, in connection with services rendered on behalf of the Debtors during

the Fee Period, respectfully requests (i) compensation in the amount of $214,271.68, which is

equal to 80% of the total amount of reasonable compensation for actual, necessary legal services

that K&S incurred in connection with such services during the Fee Period (*i.e.*, $267,839.60) and

(ii) payment of $0.00 for the actual, necessary expenses that K&S incurred in connection with such

services during the Fee Period.

---

[4]    The blended hourly rate of $1,025.26 for attorneys is derived by dividing the total fees for attorneys of $266,258.60 by the total hours of 259.7.

[5]    The blended hourly rate of $255.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $1,581.00 by the total hours of 6.2.

Dated:   November 30, 2021
         New York, New York

**KING & SPALDING LLP**

/s/ Scott Davidson
Scott Davidson
1185 Avenue of the Americas
New York, New York  10036-2601
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222

*Special Counsel to the Debtors and Debtors in
Possession*

## Exhibit A

## Fees by Project Category[6]

---

[6]    The total fees listed in Exhibit A do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Analysis/Strategy | 251.4 | $297,785.40 |
| Document/File Management | 1.6 | $2,264.10 |
| Retention and Fee Applications | 12.9 | $7,499.00 |
| **TOTALS** | 265.9 | $307,548.50 |

**Exhibit B**

**Professional & Paraprofessional Fees**[7]

---

[7]    The hourly billing rate and total compensation listed in Exhibit B for each timekeeper do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey Bucholtz | Partner; joined K&S 2009; admitted to Washington, D.C. | $1,195.00 | 69.1 | $82,574.50 |
| Jeremy Bylund | Partner; joined K&S 2018; admitted to Virginia 2011, Washington, D.C. 2013 | $1,025.00 | 6.4 | $6,560.00 |
| Rose Jones | Partner; joined K&S 2003; admitted to Georgia 2002 | $500.00 | 4.6 | $2,300 |
| Hap Shashy | Partner; joined K&S 2012; admitted to Florida 1974, New York 1977, Texas 1984, Washington, D.C. | $1,475.00 | 104.3 | $153,842.50 |
| **Counsel** | | | | |
| Scott Davidson | Counsel; joined K&S 2009; admitted to New York 1996 | $1,290.00 | 1.7 | $2,193.00 |
| **Associate** | | | | |
| Leia Shermohammed | Associate; joined K&S 2017; admitted to Georgia 2015 | $745.00 | 5.0 | $3,725.00 |
| Andrew Todd | Associate; joined K&S 2020; admitted to Tennessee 2019, Washington, D.C. 2020, Virginia 2020 | $705.00 | 44.3 | $31,231.50 |
| Ariana Wallizada | Associate; joined K&S 2012; admitted to Florida 2010, Washington, D.C. 2012 | $1,190.00 | 17.9 | $21,301.00 |
| **Discovery Counsel** | | | | |
| Nicole Bass | Discovery counsel; joined K&S 2010; admitted to Georgia 2010 | $350.00 | 6.4 | $2,240 |
| **Paralegals** | | | | |
| Christon Cole | Paralegal; joined K&S 2018 | $255.00 | 6.2 | $1,581.00 |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| **TOTAL** | **$0.00** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10478107 |
| Invoice Date | 11/04/21 |
| Client No. | 08714 |
| Matter No. | 158001 |

RE: DOJ Opioid Marketing Investigations
Client Matter Reference: 20190002327

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 10/31/21:

| | | |
|---|---|---|
| Fees | $ | 75,392.00 |
| Less Courtesy Fee Discount (13.0%) | | -9,800.96 |
| **Total this Invoice** | **$** | **65,591.04** |

*Payment is Due Upon Receipt*

08714      Purdue Pharma LP                                              Invoice No. 10478107
158001     DOJ Opioid Marketing Investigations                                        Page 2
11/04/21

**PROFESSIONAL SERVICES**

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 10/01/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, M. Huebner, P. Fitzgerald, M. Florence, team regarding DOJ and bankruptcy issues | 1.3 |
| 10/02/21 | J Bucholtz | L120 | A105 | Confer with K. Benedict, E. Townes, team regarding DOJ and bankruptcy issues | 0.2 |
| 10/04/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, team regarding DOJ and bankruptcy issues | 0.6 |
| 10/05/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, P. Fitzgerald, J. Bragg, team regarding bankruptcy and DOJ issues | 1.7 |
| 10/06/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, M. Huebner, E. Vonnegut, Board, team regarding bankruptcy and DOJ issues (2.6); review materials regarding bankruptcy and DOJ issues (0.5) | 3.1 |
| 10/07/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, J. Bragg, J. Bylund, K. Benedict, M. Huebner, team regarding bankruptcy and DOJ issues (2.8); review materials regarding bankruptcy and DOJ issues (0.5) | 3.3 |
| 10/07/21 | J Bylund | L120 | A104 | Edit materials regarding bankruptcy and DOJ issues | 0.9 |
| 10/07/21 | J Bylund | L120 | A107 | Confer with J. Bucholtz, team regarding bankruptcy and DOJ issues | 0.6 |
| 10/08/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, M. Huebner, team regarding bankruptcy and DOJ issues | 1.2 |
| 10/10/21 | J Bucholtz | L120 | A107 | Confer with R. Aleali, M. Florence, K. Benedict, team regarding bankruptcy and DOJ issues | 0.3 |
| 10/11/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, R. Silbert, R. Aleali, J. Bragg, J. Bylund, team regarding DOJ and bankruptcy issues | 1.8 |
| 10/11/21 | J Bylund | L120 | A106 | Confer with R. Silbert, J. Bucholtz, P/ Fitzgerald, team regarding DOJ and bankruptcy issues | 1.3 |
| 10/11/21 | J Bylund | L120 | A104 | Review materials regarding DOJ and bankruptcy issues | 0.3 |

08714       Purdue Pharma LP                                           Invoice No. 10478107
158001      DOJ Opioid Marketing Investigations                                    Page 3
11/04/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 10/12/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, E. Vonnegut, P. Fitzgerald, K. Benedict, team regarding DOJ and bankruptcy issues (1.5); listen to district court hearing (1.8); review materials regarding DOJ and bankruptcy issues (0.5) | 3.8 |
| 10/13/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, M. Florence, J. Bragg, R. Silbert, B. Ridgway, team regarding DOJ and bankruptcy issues (0.8); review materials regarding DOJ and bankruptcy issues (0.5) | 1.3 |
| 10/14/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, J. Bragg, M. Florence, J. Bylund, R. Silbert, B. Weingarten, team regarding DOJ and bankruptcy issues (2.2); review materials regarding DOJ and bankruptcy issues (0.6); listen to bankruptcy court hearing (1.4) | 4.2 |
| 10/14/21 | J Bylund | L120 | A106 | Confer with M. Kesselman, J. Bucholtz, P. Fitzgerald, team to discuss DOJ and bankruptcy issues | 1.9 |
| 10/14/21 | J Bylund | L120 | A104 | Analyze DOJ and bankruptcy issues | 0.2 |
| 10/15/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, J. Bragg, M. Huebner, E. Vonnegut, K. Benedict, team regarding DOJ and bankruptcy issues (2.1); review materials regarding DOJ and bankruptcy issues (1.3) | 3.4 |
| 10/16/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, J. Bragg, team regarding DOJ and bankruptcy issues (0.8); review materials regarding DOJ and bankruptcy issues (0.4) | 1.2 |
| 10/17/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, J. Bragg, M. Florence, M. Huebner, S. Stefanik, team regarding DOJ and bankruptcy issues (1.8); review and edit materials regarding DOJ and bankruptcy issues (0.8) | 2.6 |
| 10/18/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, E. Vonnegut, P. Fitzgerald, J. Bragg, DOJ, team regarding DOJ and bankruptcy issues (2.6); review and edit materials regarding DOJ and bankruptcy issues (0.6) | 3.2 |
| 10/19/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, P. Fitzgerald, J. Bragg, M. | 3.8 |

08714      Purdue Pharma LP                                          Invoice No. 10478107
158001     DOJ Opioid Marketing Investigations                                   Page 4
11/04/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | Florence, team, Board regarding DOJ and bankruptcy issues (3.1); review materials regarding DOJ and bankruptcy issues (0.7) | |
| 10/20/21 | J Bucholtz | L120 | A106 | Confer with M. Huebner, P. Fitzgerald, B. Ridgway, team regarding DOJ and bankruptcy issues (1.0); review and edit materials regarding DOJ and bankruptcy issues (1.2) | 2.2 |
| 10/21/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, M. Florence, S. Stefanik, G. Cardillo, team regarding DOJ and bankruptcy issues (1.2); review and edit materials regarding bankruptcy and DOJ issues (2.6) | 3.8 |
| 10/22/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, S. Stefanik, G. Cardillo, P. Fitzgerald, team regarding bankruptcy and DOJ issues | 1.1 |
| 10/23/21 | J Bucholtz | L120 | A105 | Confer with K. Benedict, team regarding bankruptcy and DOJ issues | 0.2 |
| 10/24/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, M. Florence, team regarding DOJ and bankruptcy issues | 0.4 |
| 10/25/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, J. Bragg, M. Florence, DOJ regarding DOJ and bankruptcy issues (1.6); review materials regarding DOJ and bankruptcy issues (1.2) | 2.8 |
| 10/26/21 | J Bucholtz | L120 | A107 | Confer with M. Huebner, P. Fitzgerald, J. Bragg, M. Florence, J. Bylund, team regarding DOJ and bankruptcy issues (1.4); review materials regarding DOJ and bankruptcy issues (1.2) | 2.6 |
| 10/26/21 | J Bylund | L120 | A107 | Confer with J. Bucholtz, M. Huebner, P. Fitzgerald, team regarding DOJ and bankruptcy issues | 0.6 |
| 10/26/21 | J Bylund | L120 | A104 | Review and analyze materials regarding DOJ and bankruptcy issues | 0.6 |
| 10/27/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, M. Florence, M. Huebner, team regarding DOJ and bankruptcy issues | 2.2 |
| 10/28/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, P. Fitzgerald, J. Bragg, S. Stefanik, team regarding DOJ and bankruptcy issues (2.2); review and edit | 2.7 |

08714     Purdue Pharma LP                                          Invoice No. 10478107
158001    DOJ Opioid Marketing Investigations                                   Page 5
11/04/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | materials regarding DOJ and bankruptcy issues (0.5) | |
| 10/29/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, M. Huebner, J. Adams, M. Florence, E. Vonnegut, B. McConagha, team regarding DOJ and bankruptcy issues | 2.4 |
| 10/30/21 | J Bucholtz | L120 | A107 | Confer with M. Huebner, P. Fitzgerald, team regarding DOJ and bankruptcy issues | 0.2 |
| | | | | | 64.0 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Jeffrey Bucholtz | Partner | 57.6 | 1195.00 | 68,832.00 |
| Jeremy Bylund | Partner | 6.4 | 1025.00 | 6,560.00 |
| Total | | 64.0 | | $75,392.00 |

08714      Purdue Pharma LP                                                    Invoice No. 10478107
158001     DOJ Opioid Marketing Investigations                                            Page 6
11/04/21

**Task Summary - Fees**

| Task | | Hours | Value |
|------|--|-------|-------|
| L120 | Analysis/Strategy | 64.0 | 65,591.04 |
| | Total Fees | 64.0 | 65,591.04 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10478109 |
| Invoice Date | 11/04/21 |
| Client No. | 08714 |
| Matter No. | 090001 |

RE: Plan Transaction Tax Issues
Client Matter Reference: 20210003141

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 10/31/21:

| | | |
|---|---|---|
| Fees | $ | 220,117.50 |
| Less Courtesy Fee Discount (13.0%) | | -28,615.27 |
| **Total this Invoice** | **$** | **191,502.23** |

*Payment is Due Upon Receipt*

| 08714 | Purdue Pharma LP | | Invoice No. 10478109 |
|---|---|---|---|
| 090001 | Plan Transaction Tax Issues | | Page 2 |
| 11/04/21 | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 10/03/21 | H Shashy | L120 | A104 | Review of draft IRS guidance request | 1.8 |
| 10/04/21 | H Shashy | L120 | A104 | Review of authorities regarding tax issues | 2.1 |
| 10/04/21 | H Shashy | L120 | A108 | Telephone conference with DPW regarding IRS guidance request (0.8); telephone conference with DPW, Norton Rose, Milbank regarding draft IRS guidance request (1.8) | 2.6 |
| 10/04/21 | H Shashy | L120 | A103 | Revision of draft IRS request | 1.1 |
| 10/04/21 | A Todd | L120 | A105 | Telephone call regarding IRS guidance requests | 0.2 |
| 10/05/21 | H Shashy | L120 | A104 | Analyze IRS authorities regarding submission | 2.4 |
| 10/05/21 | H Shashy | L120 | A103 | Draft and revise IRS guidance submission | 4.7 |
| 10/05/21 | A Todd | L120 | A104 | Research tax issues | 5.3 |
| 10/05/21 | A Wallizada | L120 | A102 | Discuss research issues with A. Todd | 0.8 |
| 10/06/21 | H Shashy | L120 | A103 | Draft and revise IRS guidance submissions | 3.2 |
| 10/06/21 | H Shashy | L120 | A104 | Analysis of tax questions and issues | 1.4 |
| 10/06/21 | H Shashy | L120 | A108 | Communications with DPW regarding tax issues | 0.5 |
| 10/06/21 | A Todd | L120 | A104 | Research tax issues | 8.7 |
| 10/06/21 | A Wallizada | L120 | A102 | Discuss tax research with H. Shashy, A. Todd | 0.6 |
| 10/07/21 | H Shashy | L120 | A108 | Telephone conference with DPW regarding tax issues | 0.7 |
| 10/07/21 | H Shashy | L120 | A103 | Draft and revise IRS guidance submission | 4.6 |
| 10/07/21 | H Shashy | L120 | A104 | Analyze tax questions and issues | 2.1 |
| 10/07/21 | A Todd | L120 | A104 | Research tax issues | 3.0 |
| 10/08/21 | H Shashy | L120 | A103 | Draft IRS guidance submission | 4.8 |
| 10/08/21 | H Shashy | L120 | A104 | Analysis of authorities regarding tax questions | 2.3 |
| 10/08/21 | A Todd | L120 | A104 | Research tax issues | 3.2 |
| 10/08/21 | A Wallizada | L120 | A102 | Call with A. Todd to discuss tax issues | 1.0 |
| 10/09/21 | H Shashy | L120 | A103 | Draft IRS guidance submission | 3.7 |
| 10/09/21 | A Todd | L120 | A103 | Draft pre-submission memorandum | 1.3 |
| 10/10/21 | H Shashy | L120 | A103 | Draft IRS guidance submission | 2.1 |

08714      Purdue Pharma LP                                    Invoice No. 10478109
090001     Plan Transaction Tax Issues                                      Page 3
11/04/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 10/10/21 | H Shashy | L120 | A104 | Analysis of IRS authorities regarding tax issues | 2.6 |
| 10/11/21 | H Shashy | L120 | A108 | Telephone conference with David Polk regarding tax issues | 1.1 |
| 10/11/21 | H Shashy | L120 | A104 | Analysis of tax authorities | 2.5 |
| 10/11/21 | H Shashy | L120 | A103 | Draft pre-submission memorandum for IRS | 4.8 |
| 10/11/21 | A Todd | L120 | A103 | Review draft pre-submission memorandum | 1.1 |
| 10/12/21 | H Shashy | L120 | A103 | Revision of draft IRS submission | 1.7 |
| 10/12/21 | H Shashy | L120 | A108 | Telephone conference with Davis Polk regarding tax issues | 0.4 |
| 10/12/21 | A Wallizada | L120 | A104 | Review draft IRS submission | 3.0 |
| 10/13/21 | H Shashy | L120 | A103 | Revisions to draft IRS submission | 0.9 |
| 10/13/21 | A Todd | L120 | A103 | Review draft pre-submission memorandum | 4.9 |
| 10/13/21 | A Wallizada | L120 | A102 | Conduct research related to tax issues | 2.2 |
| 10/13/21 | A Wallizada | L120 | A104 | Review H. Shashy draft IRS submission | 1.7 |
| 10/13/21 | A Wallizada | L120 | A104 | Review and analyze tax authorities assembled by A. Todd | 1.4 |
| 10/14/21 | J Bucholtz | L120 | A105 | Review draft of IRS submission (1.8); confer with H. Shashy, team regarding same (0.4) | 2.2 |
| 10/14/21 | H Shashy | L120 | A103 | Draft IRS submission | 0.3 |
| 10/14/21 | H Shashy | L120 | A104 | Analysis of Norton Rose comments regarding draft IRS submission | 1.9 |
| 10/14/21 | A Wallizada | L120 | A103 | Prepare tax comments to H. Shashy draft IRS submission | 3.7 |
| 10/15/21 | H Shashy | L120 | A108 | Telephone conference with Norton Rose regarding draft IRS submission | 1.6 |
| 10/15/21 | H Shashy | L120 | A104 | Analysis of Norton Rose comments regarding draft IRS submission | 1.8 |
| 10/18/21 | J Bucholtz | L120 | A105 | Confer with H. Shashy, team regarding IRS issues | 0.2 |
| 10/18/21 | H Shashy | L120 | A108 | Telephone conference with DPW regarding IRS submission | 0.8 |
| 10/18/21 | H Shashy | L120 | A104 | Review DPW revisions to draft IRS submission | 2.8 |
| 10/19/21 | H Shashy | L140 | A111 | Preparation of tax documents and necessary forms | 0.9 |
| 10/19/21 | H Shashy | L120 | A104 | Review Davis Polk draft of IRS submission | 1.4 |
| 10/19/21 | H Shashy | L120 | A108 | Telephone conferences with Davis Polk | 2.4 |

08714      Purdue Pharma LP                                                    Invoice No. 10478109
090001     Plan Transaction Tax Issues                                                      Page 4
11/04/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | regarding draft IRS submission (0.8); telephone conference with Norton Rose and Davis Polk regarding draft IRS submission (1.6) | |
| 10/19/21 | A Todd | L120 | A103 | Prepare documents related to request for IRS guidance | 2.0 |
| 10/20/21 | J Bucholtz | L120 | A104 | Review draft of IRS submission | 0.8 |
| 10/20/21 | H Shashy | L140 | A111 | Preparation of IRS forms | 0.5 |
| 10/20/21 | H Shashy | L120 | A104 | Analysis regarding draft IRS memorandum | 1.8 |
| 10/20/21 | H Shashy | L120 | A108 | Telephone conference with Davis Polk regarding draft IRS memorandum (0.8); telephone conference with Norton Rose regarding draft IRS memorandum (0.6) | 1.4 |
| 10/20/21 | A Wallizada | L120 | A104 | Review DPW comments to IRS submission | 2.0 |
| 10/21/21 | J Bucholtz | L120 | A104 | Review draft of IRS submission | 1.2 |
| 10/21/21 | H Shashy | L120 | A104 | Analysis of tax authorities | 1.1 |
| 10/21/21 | H Shashy | L120 | A108 | Confer with Norton Rose regarding draft IRS memorandum (1.2); telephone conference with IRS (0.8) | 2.0 |
| 10/21/21 | H Shashy | L120 | A103 | Review and revision of Norton Rose draft | 5.1 |
| 10/21/21 | A Todd | L120 | A103 | Prepare documents regarding request for IRS guidance | 0.8 |
| 10/21/21 | A Wallizada | L120 | A104 | Review DPW comments to IRS submission | 1.0 |
| 10/22/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, H. Shashy regarding IRS submission (1.1); review and edit draft of same (2.4) | 3.5 |
| 10/22/21 | H Shashy | L120 | A103 | Revision of Norton Rose draft IRS submission | 2.8 |
| 10/22/21 | H Shashy | L120 | A108 | Confer with Davis Polk regarding draft IRS submission (1.1); confer with Norton Rose regarding draft (0.9) | 2.0 |
| 10/22/21 | A Todd | L120 | A103 | Prepare pre-submission memorandum | 3.8 |
| 10/22/21 | A Wallizada | L120 | A105 | Discuss revisions to draft submission | 0.3 |
| 10/23/21 | H Shashy | L120 | A104 | Review Norton Rose revisions to draft submission | 0.8 |
| 10/23/21 | H Shashy | L120 | A108 | Confer with Davis Polk and Norton Rose regarding tax issues (1.5); confer with Davis Polk regarding tax issues (0.4) | 1.9 |
| 10/23/21 | A Todd | L120 | A104 | Review pre-submission memorandum | 0.5 |

08714     Purdue Pharma LP                                          Invoice No. 10478109
090001    Plan Transaction Tax Issues                                              Page 5
11/04/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 10/24/21 | J Bucholtz | L120 | A106 | Confer with H. Shashy, M. Kesselman regarding IRS submission (0.2); review and edit new draft of same (1.2) | 1.4 |
| 10/24/21 | H Shashy | L120 | A104 | Review Davis Polk revisions to draft IRS memo (1.1); review of Jeff Bucholtz's comments on the draft IRS memorandum (0.8) | 1.9 |
| 10/25/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, H. Shashy regarding IRS submission (0.8); review and edit IRS submission (1.4) | 2.2 |
| 10/25/21 | H Shashy | L120 | A111 | Preparation and execution of IRS forms | 0.7 |
| 10/25/21 | H Shashy | L120 | A103 | Review and revision of draft IRS memorandum | 4.8 |
| 10/25/21 | H Shashy | L120 | A107 | Confer with Davis Polk and Norton Rose regarding draft IRS memorandum | 2.6 |
| 10/25/21 | A Todd | L120 | A108 | Conference call regarding pre-submission memorandum | 1.3 |
| 10/25/21 | A Todd | L120 | A103 | Review and prepare pre-submission memorandum | 6.2 |
| 10/25/21 | A Wallizada | L140 | A103 | Execute form and attend to correspondence related to same | 0.2 |
| 10/26/21 | H Shashy | L120 | A108 | Confer with IRS regarding memorandum | 0.9 |
| 10/26/21 | H Shashy | L120 | A107 | Confer with Norton Rose and Davis Polk regarding IRS memorandum | 1.8 |
| 10/26/21 | H Shashy | L120 | A103 | Finalization of pre-submission IRS memorandum | 3.9 |
| 10/26/21 | A Todd | L120 | A103 | Prepare pre-submission memorandum and related documents | 2.0 |
| 10/28/21 | H Shashy | L120 | A111 | IRS pre-submission filing | 0.3 |
| | | | | | 178.0 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Jeffrey Bucholtz | Partner | 11.5 | 1195.00 | 13,742.50 |
| Hap Shashy | Partner | 104.3 | 1475.00 | 153,842.50 |
| Andrew Todd | Associate | 44.3 | 705.00 | 31,231.50 |
| Ariana Wallizada | Associate | 17.9 | 1190.00 | 21,301.00 |
| Total | | 178.0 | | $220,117.50 |

08714      Purdue Pharma LP                                           Invoice No. 10478109
090001     Plan Transaction Tax Issues                                            Page 6
11/04/21

**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|-------|-------|
| L120 | Analysis/Strategy | 176.4 | 189,498.61 |
| L140 | Document/File Management | 1.6 | 2,003.62 |
| | Total Fees | 178.0 | 191,502.23 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10478108 |
| Invoice Date | 11/04/21 |
| Client No. | 08714 |
| Matter No. | 240001 |

RE: Retention And Fee Application
Client Matter Reference: 20190002705

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 10/31/21:

| | | |
|---|---|---|
| Fees | $ | 7,499.00 |
| Less Courtesy Fee Discount (13.0%) | | -974.87 |
| **Total this Invoice** | **$** | **6,524.13** |

*Payment is Due Upon Receipt*

08714     Purdue Pharma LP                                              Invoice No. 10478108
240001    Retention And Fee Application                                              Page 2
11/04/21

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 10/27/21 | C Cole | L210 | A110 | Prepare exhibits for monthly fee statement | 6.2 |
| 10/28/21 | L Shermohammed | L210 | A103 | Draft monthly fee statement | 2.3 |
| 10/29/21 | S Davidson | L120 | A104 | E-mails regarding monthly fee statement (.2); review invoices and e-mails about discount (.3); review draft of monthly fee statement and exhibits (.4); revisions to monthly fee statement (.3); coordinate filing and service of monthly fee statement (.3); e-mail to J. Bucholtz and R. Jones regarding upcoming interim fee application (.2) | 1.7 |
| 10/29/21 | L Shermohammed | L210 | A103 | Draft and finalize monthly fee statement | 2.7 |
| | | | | | 12.9 |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|------------|--------|-------|------|-------|
| Scott Davidson | Counsel | 1.7 | 1290.00 | 2,193.00 |
| Leia Shermohammed | Associate | 5.0 | 745.00 | 3,725.00 |
| Christon Cole | Paralegal | 6.2 | 255.00 | 1,581.00 |
| Total | | 12.9 | | $7,499.00 |

08714      Purdue Pharma LP                                              Invoice No. 10478108
240001     Retention And Fee Application                                           Page 3
11/04/21

**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|------:|------:|
| L120 | Analysis/Strategy | 1.7 | 1,907.91 |
| L210 | Pleadings | 11.2 | 4,616.22 |
| | Total Fees | 12.9 | 6,524.13 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10483822 |
| Invoice Date | 11/24/21 |
| Client No. | 44444 |
| Matter No. | 840001 |

RE: Public Document Depository (e-Billing Matter ID
20210003171)
Client Matter Reference: 20210003171

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 10/31/21:

| | | |
|---|---|---|
| Fees | $ | 4,540.00 |
| Less Tiered Discount | | -317.80 |
| **Total this Invoice** | **$** | **4,222.20** |

*Payment is Due Upon Receipt*

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10483822 | |
| 840001 | Public Document Depository (e-Billing Matter ID 20210003171) | | | | Page 2 | |
| 11/24/21 | | | | | | |

**PROFESSIONAL SERVICES**

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 10/01/21 | N Bass | L120 | A101 | Conference with TCDI and Cobra re: discovery strategy | 0.3 |
| 10/04/21 | N Bass | L120 | A101 | Conference with TCDI and Cobra re: discovery strategy | 0.3 |
| 10/06/21 | N Bass | L120 | A101 | Conference with TCDI and Cobra re: discovery strategy | 0.4 |
| 10/08/21 | N Bass | L120 | A101 | Conference with TCDI and Cobra re: discovery strategy | 0.4 |
| 10/13/21 | N Bass | L120 | A101 | Conference with TCDI and Cobra re: discovery strategy | 0.5 |
| 10/15/21 | N Bass | L120 | A101 | Conference with TCDI and Cobra re: discovery strategy | 0.3 |
| 10/18/21 | N Bass | L120 | A101 | Conference with TCDI and Cobra re: discovery strategy | 0.4 |
| 10/18/21 | R Jones | L120 | A110 | Prepare documents for production | 0.7 |
| 10/20/21 | R Jones | L120 | A110 | Prepare documents for production | 0.5 |
| 10/22/21 | N Bass | L120 | A101 | Conference with TCDI and Cobra re: discovery strategy | 1.3 |
| 10/22/21 | R Jones | L120 | A110 | Attend call with Purdue and Cobra regarding discovery strategy (.5); attend review and strategy session for WDVA review (.9) | 1.4 |
| 10/24/21 | N Bass | L120 | A101 | Conference with TCDI and Cobra re: discovery strategy | 0.3 |
| 10/25/21 | N Bass | L120 | A101 | Conference with TCDI and Cobra re: discovery strategy | 0.7 |
| 10/25/21 | R Jones | L120 | A110 | Advise on document review and production | 0.9 |
| 10/25/21 | R Jones | L120 | A110 | Participate in conference with TCDI, Purdue and Wiggins regarding discovery strategy | 0.5 |
| 10/27/21 | N Bass | L120 | A101 | Conference with TCDI and Cobra re: discovery strategy | 0.6 |
| 10/29/21 | N Bass | L120 | A101 | Conference with TCDI and Cobra re: discovery strategy | 0.9 |
| 10/29/21 | R Jones | L120 | A110 | Participate in call with TCDI, Purdue and Wiggins regarding discovery strategy | 0.6 |
| | | | | | 11.0 |

44444     Purdue Pharma, LP (Document Matters)        Invoice No. 10483822
840001     Public Document Depository (e-Billing Matter ID        Page 3
          20210003171)
11/24/21

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Rose Jones | Partner | 4.6 | 500.00 | 2,300.00 |
| Nicole Bass | Discovery Counsel | 6.4 | 350.00 | 2,240.00 |
| Total | | 11.0 | | 4,540.00 |