**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------X

IN RE: PURDUE PHARMA L.P.,
et al.,

Debtors.

Chapter 11

Case No. 19-23649 (RDD)

------------------------------X

## NOTICE OF PRESENTMENT

The attached Order granting the motion by Jonathan C. Lipson and Karen F. Neuwirth to withdraw as counsel to creditor Peter W. Jackson in the above-captioned chapter 11 case, e-filed at docket number 3865, shall be presented to Honorable Robert Drain on December 17, 2021 at 12:00 P.M. for signature.  Any objections shall be filed on or before December 15, 2021, at 5:00 P.M.  The Court will determine whether a hearing is necessary.

Dated:    December 1, 2021
          New York, New York

/s/ Jonathan C. Lipson
Jonathan C. Lipson
Temple University-
Beasley School of Law
1719 North Broad Street
Philadelphia, PA 19122
(215) 204-0608
Jonathan.lipson@temple.edu

/s/ Karen F. Neuwirth
Karen F. Neuwirth
Martin S. Rapaport, P.C.
18 East 48th Street, 6th FL
New York, N.Y.  10017
(917) 608-2715
Karenneuwirth@aol.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------X

| | |
|---|---|
| IN RE: PURDUE PHARMA L.P., et al., | Chapter 11 |
| | Case No. 19-23649 (RDD) |
| Debtors. | |

-------------------------------X

### ORDER GRANTING MOTION TO WITHDRAW APPEARANCES

Upon consideration of the Motion to Withdraw Appearance of Jonathan C. Lipson and Karen F. Neuwirth, dated April 6, 2021 (the "Motion"); and after due and sufficient notice, there being no objections to the Motion; and for good cause shown therein, it is hereby ORDERED that:

1. The motion is granted, and the appearances of Jonathan C. Lipson and Karen F. Neuwirth as counsel to creditor Peter W. Jackson is hereby withdrawn.

2. Jonathan C. Lipson and Karen F. Neuwirth shall no longer receive electronic notices from the Court's CM/ECF system.

3. Jonathan C. Lipson and Karen F. Neuwirth shall be removed from the Master Service List maintained by Prime the Clerk.

SO ORDERED.

Dated: White Plains, New York
December __, 2021

HON. ROBERT D. DRAIN
U.S. BANKRUPTCY JUDGE