UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**MONTHLY FEE STATEMENT OF CORNERSTONE
RESEARCH FOR COMPENSATION FOR SERVICES
RENDERED AS CONSULTANT TO THE DEBTORS FOR
THE PERIOD FROM
OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| Name of Applicant | Cornerstone Research |
|---|---|
| Applicant's Role in Case | Consultant to Purdue Pharma L.P., *et al.*, |
| Date Order of Employment Signed | June 11, 2020 |
| Period for which compensation and reimbursement is sought | October 1, 2021 through October 31, 2021 |

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $61,938.40 (80% of $77,423.00) |
| Total reimbursement requested in this statement | $57.00 |
| Total compensation and reimbursement requested in this statement | $61,995.40 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

> **This is a(n):**   X  Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Cornerstone Research as Consultants for the Debtors Nunc Pro Tunc to January 14, 2020* [ECF No. 1255] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Cornerstone Research, consultant for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Fee Statement of Cornerstone Research for Services Rendered as Consultant to the Debtor for the Period from October 1, 2021 Through October 31, 2021* (this "**Fee Statement**").[2] By this Fee Statement, Cornerstone Research seeks (i) compensation in the amount of **$61,938.40** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$77,423.00**) and ii) payment of **$57.00** for the actual, necessary expenses that Cornerstone Research incurred in connection with such services during the Fee Period.

---

[2] The period from October 1, 2021 through and including October 31, 2021, is referred to herein as the "**Fee Period**."

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Cornerstone Research consultants and litigation support staff during the Fee Period with respect to each project category. As reflected in **Exhibit A**, Cornerstone Research incurred **$77,423.00** in fees during the Fee Period. Pursuant to this Fee Statement, Cornerstone Research seeks reimbursement for 80% of such fees, totaling **$61,938.40.**

2. Attached hereto as **Exhibit B** is a chart of Cornerstone Research staff, including the standard hourly rate for each consultant and litigation support staff member who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each individual. The blended hourly billing rate of consultants for all services provided during the Fee Period is $610.94.[3] The blended hourly billing rate of litigation support staff members for all services provided during the Fee Period is $395.00.[4]

3. Attached hereto as **Exhibit C** is a chart of expenses that Cornerstone Research incurred or disbursed in the amount of $57.00 in connection with providing professional services to the Debtors during the Fee Period.

4. Attached hereto as **Exhibit D** are the time records of Cornerstone Research for the Fee Period organized by month and project category with a daily time log describing the time spent by each consultant and litigation support staff member during the Fee Period.

---

[3] The blended hourly rate of $610.94 for consultants is derived by dividing the total fees for consultants of $76,672.50 by the total hours of 125.50.
[4] The blended hourly rate of $395.00 for litigation support staff is derived by dividing the total fees for litigation staff of $750.50 by the total hours of 1.90.

3

**Notice**

5. The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

WHEREFORE, Cornerstone Research, in connection with services rendered on behalf of the Debtors, respectfully requests compensation in the amount of **$61,938.40** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$77,423.00**) and ii) payment of **$57.00** for the actual, necessary expenses that Cornerstone Research incurred in connection with such services during the Fee Period.

Dated:   December 2, 2021
         Boston, Massachusetts

                                      CORNERSTONE RESEARCH

                                      By:  /s/ Sally Woodhouse

                                      699 Boylston Street
                                      Boston, Massachusetts 02116
                                      Telephone: (617) 927-3000
                                      Facsimile: (617) 927-3100

## Exhibit A

### Fees By Project Category

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Preparation of Fee Statements | 1.60 | $ 1,117.50 |
| Claims Valuation | 125.80 | $ 76,305.50 |
| **Total** | 127.40 | $ 77,423.00 |

## Exhibit B

**Professional and Paraprofessional Fees**

| Individual | Title | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Professional Fees** | | | | |
| Kovacheva, Penka | Principal | $ 750.00 | 22.40 | $ 16,800 |
| Haque, Rezwan | Senior Manager | $ 695.00 | 1.50 | $ 1,042.50 |
| Abraham, Sarah M. | Manager | $ 645.00 | 43.70 | $ 28,186.50 |
| Guo, Fang | Manager | $ 645.00 | 24.70 | $ 15,931.50 |
| Popov, Anton | Associate | $ 535.00 | 8.00 | $ 4,280.00 |
| King, Kyla M. | Research Associate | $ 440.00 | 17.00 | $ 7,480.00 |
| Wang, Qian | Analyst | $ 360.00 | 8.20 | $ 2,952.00 |
| **Paraprofessional Fees** | | | | |
| Chiappetta, Sarah | Senior Information Specialist | $ 395.00 | 1.40 | $ 553.00 |
| Gamberg, Heather L. | Senior Information Specialist | $ 395.00 | 0.50 | $ 197.50 |
| | ***Total*** | | **127.40** | **$ 77,423.00** |

**Exhibit C**

**Expense Summary**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Document/Data Acquisition | Journal Article | $ 57.00 |
| **Total** | | $ 57.00 |

## Exhibit D

### Time Detail by Project Category and Month

**Project Category: Preparation of Fee Statements**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Haque, Rezwan | 10/10/2021 | 0.4 | Reviewed time narratives for monthly fee statement. |
| Kovacheva, Penka | 10/13/2021 | 0.1 | Corresponded with team member regarding interim fee application. |
| Haque, Rezwan | 10/15/2021 | 0.8 | Reviewed monthly fee statement. |
| Haque, Rezwan | 10/22/2021 | 0.3 | Prepared monthly fee statement. |

                           **Total**    <u>1.6</u>

**Project Category: Claims Valuation**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Abraham, Sarah M. | 10/1/2021 | 0.8 | Call with counsel regarding potential analyses related to motion to stay. |
| Abraham, Sarah M. | 10/1/2021 | 1.2 | Directed analyses related to motion to stay. |
| Guo, Fang | 10/1/2021 | 0.8 | Call with counsel regarding potential analyses related to motion to stay. |
| Guo, Fang | 10/1/2021 | 3.3 | Assisted expert with draft declaration. |
| Kovacheva, Penka | 10/1/2021 | 0.2 | Discussed literature review with team members regarding costs of stay. |
| Kovacheva, Penka | 10/1/2021 | 0.8 | Call with counsel regarding potential analyses related to motion to stay. |
| Abraham, Sarah M. | 10/3/2021 | 4.1 | Aided expert with draft declaration. |
| Kovacheva, Penka | 10/3/2021 | 0.7 | Reviewed outline regarding costs of stay. |
| Kovacheva, Penka | 10/3/2021 | 1.2 | Researched costs of stay. |
| Abraham, Sarah M. | 10/4/2021 | 5.5 | Aided expert in academic research related to costs of stay. |
| Guo, Fang | 10/4/2021 | 0.5 | Call with expert regarding costs of stay. |
| Guo, Fang | 10/4/2021 | 2.1 | Assisted expert with draft declaration. |
| Guo, Fang | 10/4/2021 | 3.6 | Reviewed expert reports regarding abatement programs. |

| | | | |
|---|---|---|---|
| King, Kyla M. | 10/4/2021 | 5.4 | Assisted expert with draft declaration. |
| Kovacheva, Penka | 10/4/2021 | 0.5 | Call with expert regarding costs of stay. |
| Kovacheva, Penka | 10/4/2021 | 1.5 | Researched literature regarding abatement programs. |
| Popov, Anton | 10/4/2021 | 6.7 | Assisted expert with draft declaration. |
| Abraham, Sarah M. | 10/5/2021 | 0.5 | Call with counsel regarding memorandum analyses related to motion to stay. |
| Abraham, Sarah M. | 10/5/2021 | 1.2 | Managed research regarding costs of stay. |
| Guo, Fang | 10/5/2021 | 0.5 | Call with counsel regarding analyses related to motion to stay. |
| Guo, Fang | 10/5/2021 | 0.6 | Reviewed academic literature regarding costs of abatement. |
| King, Kyla M. | 10/5/2021 | 1.2 | Assisted expert with draft declaration. |
| Kovacheva, Penka | 10/5/2021 | 1.6 | Reviewed memorandum regarding costs of stay. |
| Popov, Anton | 10/5/2021 | 1.3 | Reviewed claimant groups' proposals regarding abatement programs. |
| Abraham, Sarah M. | 10/6/2021 | 0.8 | Summarized research findings regarding addictive behaviors. |
| Kovacheva, Penka | 10/6/2021 | 0.3 | Corresponded with team members regarding analyses of costs of stay. |
| Gamberg, Heather L. | 10/7/2021 | 0.5 | Researched access to academic publications. |
| Guo, Fang | 10/7/2021 | 2.3 | Reviewed academic literature on addiction. |
| Guo, Fang | 10/8/2021 | 4.3 | Assisted expert with draft declaration. |
| Abraham, Sarah M. | 10/11/2021 | 6.3 | Aided expert with draft declaration. |
| Guo, Fang | 10/11/2021 | 3.3 | Reviewed academic literature on addiction. |
| Kovacheva, Penka | 10/11/2021 | 1.1 | Reviewed outline of expert declaration. |
| Abraham, Sarah M. | 10/12/2021 | 5.2 | Aided expert with draft declaration. |
| Guo, Fang | 10/12/2021 | 1.2 | Assisted expert with draft declaration. |
| Kovacheva, Penka | 10/12/2021 | 1.5 | Reviewed outline of expert declaration. |
| Abraham, Sarah M. | 10/13/2021 | 4.0 | Aided expert with draft declaration. |
| Guo, Fang | 10/13/2021 | 1.4 | Assisted expert with draft declaration. |
| King, Kyla M. | 10/13/2021 | 2.8 | Assisted expert with draft declaration. |
| Kovacheva, Penka | 10/13/2021 | 2.3 | Reviewed expert reports from opioid MDL regarding abatement modeling. |
| Abraham, Sarah M. | 10/14/2021 | 3.8 | Aided expert with draft declaration. |
| King, Kyla M. | 10/14/2021 | 3.1 | Assisted expert with draft declaration. |
| Kovacheva, Penka | 10/14/2021 | 2.6 | Assisted expert with draft declaration. |
| Abraham, Sarah M. | 10/15/2021 | 3.8 | Aided expert with draft declaration. |
| King, Kyla M. | 10/15/2021 | 3.4 | Assisted expert with draft declaration. |

| Kovacheva, Penka | 10/15/2021 | 3.3 | Assisted expert with draft declaration. |
| Abraham, Sarah M. | 10/18/2021 | 1.4 | Prepared summary of costs of stay. |
| Kovacheva, Penka | 10/18/2021 | 0.3 | Directed follow-up research regarding costs of stay. |
| Abraham, Sarah M. | 10/19/2021 | 0.8 | Call with counsel regarding analyses related to motion to stay. |
| Abraham, Sarah M. | 10/19/2021 | 3.9 | Prepared academic literature for counsel. |
| Guo, Fang | 10/19/2021 | 0.8 | Call with counsel regarding analyses related to motion to stay. |
| Kovacheva, Penka | 10/19/2021 | 0.8 | Call with counsel regarding analyses related to motion to stay. |
| Kovacheva, Penka | 10/19/2021 | 1.6 | Directed follow-up research regarding costs of stay. |
| Wang, Qian | 10/19/2021 | 4.7 | Researched academic references for draft expert declaration. |
| Chiappetta, Sarah | 10/20/2021 | 1.4 | Researched availability of prior expert reports regarding abatement programs. |
| Kovacheva, Penka | 10/20/2021 | 0.4 | Researched literature on impact of social networks on substance use. |
| Wang, Qian | 10/20/2021 | 3.5 | Researched academic references for draft expert declaration. |
| Abraham, Sarah M. | 10/21/2021 | 0.4 | Corresponded with counsel and team regarding analyses related to motion to stay. |
| King, Kyla M. | 10/21/2021 | 1.1 | Conducted academic literature review related to draft expert declaration. |
| Kovacheva, Penka | 10/21/2021 | 1.6 | Researched government reports regarding substance use interventions. |
| **Total** | | **125.8** | |
| **Grand Total** | | **127.4** | |