Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**EIGHTEENTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| Name of Applicant | Bielli & Klauder, LLC |
|---|---|
| Applicant's Role in Case | Counsel to Fee Examiner |
| Date Order of Employment Signed | May 26, 2020 [Docket No. 1182] |

| Period for which compensation and reimbursement is sought | October 1, 2021 through October 31, 2021 |
|---|---|
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **This is a(n):** | __X__ Monthly Application____ Interim Application____ Final Application |

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Eighteenth Monthly Statement of Services Rendered and Expenses Incurred for the Period from October 1, 2021 through October 31, 2021* (this "**Fee Statement**").[2] By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from October 1, 2021 through and including October 31, 2021, is referred to herein as the "**Fee Period**".

2

2. Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3. Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period. As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc. The specifics of the fees and costs are set forth on **Exhibit C**.

4. Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

**Notice**

5. The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

Dated: December 2, 2021            **BIELLI & KLAUDER LLC**

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (ID No. 5831474)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
tbielli@bk-legal.com

*Counsel to Fee Examiner*
*David M. Klauder, Esquire*

### Exhibit A

### Project Categories

| Project Category | Total Hours |
|---|---:|
| Case Administration | 11.60 |
| Fee/Employment Applications- Retained Professionals | 18.90 |
| BK/Fee Examiner- Retention and Fee Applications | 1.40 |
| **Total** | **31.90** |

## Exhibit B

### Professionals and Paraprofessionals

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 4.10 |
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 2.50 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $195.00 | 20.40 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $100.00 | 4.90 |

## Exhibit C

## Computation of Monthly Fee

| Fee Description | Amount |
|---|---|
| Monthly Fee for October 2021 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

Legal Decoder Inc

cmiller@legaldecoder.com



# INVOICE

**BILL TO**
Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1350
**DATE** 10/29/2021
**DUE DATE** 10/29/2021
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - October 2021 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE** **$24,250.00**

**<u>Exhibit D</u>**

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

November 27, 2021

Purdue Pharma, L.P.

Invoice Period: 10-01-2021 - 10-31-2021

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-01-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails re: Prime Clerk fee app | | | |
| 10-03-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Receipt of Brown Rudnick's 21st and 22nd month data; Receipt of Kramer Levin's Twenty-Second Monthly Fee Statement; Receipt of Jones Day's 20th month data; Receipt of Alix Partners' 22nd and 23rd month data; Receipt of Otterbourg's 21st and 22nd month data; Email correspondence with Legal Decoder re: published data and correspondence to I. Bielli re: same; Receipt of FTI's Twenty-Second Monthly Fee Statement and corresponding data | | | |
| 10-03-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt of King & Spalding's Amended Twenty-Third Monthly Fee Statement and corresponding data; Email correspondence to Legal Decoder re: next steps for updating King & Spalding's published data in light of the hourly rate change and subsequent amended fee statement; Receipt of June monthly fee statements and corresponding data for UCC professionals | | | |
| 10-03-2021 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |
| | | Receipt of Skadden's Twenty-First Monthly Fee Statement; Receipt of Davis Polk's Twenty-Fourth Monthly Fee Statement; Receipt of Dechert's Twenty-Third Monthly Fee Statement; Receipt of King & Spalding's Twenty-Fourth Monthly Fee Statement and corresponding data; Receipt of Cornerstone's Sixteenth Monthly Fee Statement; Receipt of Prime Clerk's Eighth Monthly Fee Statement; Receipt of Sullivan & Worcester's First Monthly Fee Statement; Email correspondence with Davis Polk re: contact information for new Conflicts Counsel; Receipt of Houlihan's Eighteenth Monthly Fee Statement; Receipt of Prime Clerk's 8th month data; Receipt of Cornerstone's 16th month data; Receipt of PJT's Nineteenth Monthly Fee Statement | | | |
| 10-03-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Review of Prime Clerk's 6th and 7th month data | | | |
| 10-03-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 195.00 | 78.00 |
| | | Review of Grant Thornton's 1st and 2nd month fee data | | | |
| 10-03-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained | 2.60 | 195.00 | 507.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Professionals | | | |
| | | Review of Davis Polk's 22nd and 23rd month fee data | | | |
| 10-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review correspondence to/from DPW and Fee Examiner team regarding SULLIVAN & WORCESTER LLP application | | | |
| 10-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review correspondence from Gilbert with respect to data through August | | | |
| 10-06-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 350.00 | 70.00 |
| | | Correspond with team regarding raw August and September data | | | |
| 10-08-2021 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.20 | 100.00 | 120.00 |
| | | Draft 16th and 17th monthly fee statements | | | |
| 10-13-2021 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Correspond with UST with respect to request for fee information | | | |
| 10-13-2021 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Correspond with Debtors' counsel regarding hearing on 6th Interim Fee Request | | | |
| 10-13-2021 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Correspond with Fee Examiner Team regarding 6th Interim Fee Hearing | | | |
| 10-13-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review UST information request on fees and discuss with T. Bielli | | | |
| 10-13-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with UST re: fee information requests | | | |
| 10-13-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails with debtor's counsel re: interim fee schedule | | | |
| 10-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review professionals WIP for UST | | | |
| 10-15-2021 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Review file and correspond with team with respect to UST request | | | |
| 10-15-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Discuss fee status and UST requests with T. Bielli | | | |
| 10-15-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 100.00 | 130.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Work on spreadsheet of professionals for the 6th interim | | | |
| 10-16-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt of Gilbert's 23rd monthly fee statement and corresponding data; Receipt of Otterbourg's Twenty-Third Monthly Fee Statement; Receipt of Brown Rudnick's 23rd Monthly Fee Statement; Receipt of Arnold & Porter's Twenty-Fourth Monthly Fee Statement and corresponding data; Receipt of Alix Partners' Twenty-Fourth Monthly Fee Statement; Receipt of E&Y's Combined Tenth Monthly Fee Statement; Receipt of FTI's Twenty-Third Monthly Fee Statement; Receipt of Kramer's Twenty-Third Monthly Fee Statement | | | |
| 10-16-2021 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Receipt of E&Y's Tenth Month data; receipt of FTI's 23rd month data; Receipt of Skadden's Twenty-Second Monthly Fee Statement; Correspondence requesting outstanding data to: Houlihan Lokey; Brown Rudnick; Kramer Levin; PJT Partners; and Skadden | | | |
| 10-16-2021 | Isabel Bielli | [ALL] Case Administration | 0.50 | 100.00 | 50.00 |
| | | Call with Tracey regarding draft spreadsheet for 6th interim | | | |
| 10-16-2021 | Isabel Bielli | [ALL] Case Administration | 0.60 | 100.00 | 60.00 |
| | | Work on draft of 6th interim excel spreadsheet | | | |
| 10-16-2021 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Review file and correspond with team with respect to UST request | | | |
| 10-16-2021 | Thomas Bielli | [ALL] Case Administration | 0.40 | 350.00 | 140.00 |
| | | Review Isaacs Objection/Motion and Notice related thereto; correspond with team regarding same | | | |
| 10-16-2021 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Correspondence with Legal Decoder re: issue with KCC's 19th month data; Correspondence with KCC re: same; Email correspondence with Davis Polk re: Sullivan & Worcester contacts; Correspondence with Sullivan re: data needed for First Monthly Fee Statement; Email correspondence with Fee Examiner re: UST request; Email correspondence with Legal Decoder re: published data | | | |
| 10-17-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Review of Arnold & Porter's 22nd and 23rd month data | | | |
| 10-17-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.90 | 195.00 | 370.50 |
| | | Review of Gilbert's 21st and 22nd month data | | | |
| 10-17-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 195.00 | 58.50 |
| | | Reviewed Cornerstone's 14th month data | | | |
| 10-17-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 195.00 | 234.00 |
| | | Review of King & Spalding's 22nd thru 24th month data | | | |
| 10-17-2021 | Tracey Nobis | B110 - Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt of Skadden's 21st and 22nd monthly fee data; Update Assignment log in light of published data and UST data request; Email correspondence to Legal Decoder re: interim fee review timeline and outstanding data | | | |
| 10-17-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review file regarding Binder Schwartz | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-17-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to fee review issues, discussions with T. Bielli and T. Nobis re: same | | | |
| 10-17-2021 | Isabel Bielli | [ALL] Case Administration | 1.30 | 100.00 | 130.00 |
| | | Update spreadsheet for total amount, double check all amounts, send to Tom and Dave | | | |
| 10-18-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review pro se objection to fees | | | |
| 10-18-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Attention to UST request for fee info and data and respond to email re: same | | | |
| 10-18-2021 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | | Attention to UST request with respect to Fees to date; correspond with team and UST regarding same | | | |
| 10-19-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Attention to fee review for certain non-retained professionals | | | |
| 10-20-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review UCC fee apps | | | |
| 10-23-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Email correspondence with Legal Decoder re: published data and status of outstanding; correspondence with I. Bielli re: published data; Receipt of PJT's 18th and 19th month data; Receipt of Brown Rudnick's 23rd month data; Receipt of KCC's corrected 19th month data file; email correspondence with Houlihan Lokey re: incorrectly formatted data files; Receipt of Sullivan's 1st monthly fee data; Receipt of KCC's Twentieth Monthly Fee Statement: Receipt of Province's Twenty-Second Monthly Fee Statement | | | |
| 10-23-2021 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |
| | | Receipt of Jefferies' Twenty-First Monthly Fee Statement; Receipt of Bedell's Fifteenth Monthly Fee Statement; Receipt of Cole Schotz's Seventeenth Monthly Fee Statement; Receipt of Akin Gump's Twenty-Second Monthly Fee Statement; Receipt of UCC professionals' data for July fee statements; Receipt of Skadden's August fee data; Receipt of Jones Day's Twenty-First Monthly Fee Statement; Receipt of KPMG's Sixth Interim Fee Application; Receipt of Cornerstone's Seventeenth Monthly Fee Statement | | | |
| 10-24-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 195.00 | 273.00 |
| | | Begin review of Alix Partners' 22nd & 23rd month data | | | |
| 10-25-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review of GT's Fee Data | | | |
| 10-26-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review of Cornerstone's Fee Data | | | |
| 10-29-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review filed fee apps | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-31-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 195.00 | 97.50 |
| | | Pull data from LSA to begin reviews for Cole Schotz, Skadden and Sullivan | | | |
| 10-31-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.60 | 195.00 | 507.00 |
| | | Finish review of Alix Partners' 22nd and 23rd monthly data | | | |
| 10-31-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | | Review of Jones Day's 20th month data | | | |
| 10-31-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 195.00 | 78.00 |
| | | Review of Otterbourg's 21st and 22nd month data | | | |
| 10-31-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Begin review of Davis Polk's 24th month data | | | |
| 10-31-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Email correspondence with Legal Decoder re: published data; Receipt of Grant Thornton's 3rd monthly fee statement and corresponding data; Receipt of Skadden Arps' 23rd Monthly Fee Statement; Receipt of Brown Rudnick's Twenty-Fourth Monthly Fee Statement; Receipt of Houlihan's 18th month corrected data; Receipt of Cornerstone's 17th month data; Receipt of Dechert's Twenty-Fourth Monthly Fee Statement; Receipt of Twenty-Fifth Monthly Fee Statement | | | |
| 10-31-2021 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |
| | | Receipt of PJT's 20th Monthly Fee Statement; Email correspondence with I. Bielli re: published data; Receipt of Jones Day's 22nd Monthly Fee Statement; Receipt of Sullivan's 2nd Monthly Fee Statement; Receipt of King & Spalding's 25th Monthly Fee Statement; Receipt of Prime Clerk's 9th Monthly Fee Statement; Email correspondence with Fee Examiner re: potential additional firm; Email correspondence to firms requesting data | | | |