DEC 0 3 2021

To Whom it may Concern:  Nov 27, 2021

My Full Name is Devin Abel Pratt, I am currently Incarcerated @ Northern State Correctional Facility. I filed an Injury claim against Purdue Pharma L.P.'s Chapter 11 case. My claim Against Purdue Pharma L.P. in reference to the chapter 11 case was recieved by Prime Clerk LLC on September 4th, 2021 and was Accepted. The Case Number In Question Is Case No. 19-23649 (RDD) and I was assigned to Claim Number 628187. I am seeking monetary Damages in the Amount of $250,000 US Dollars. I am writing this Honorable Court Asking for Any Available Information In reference to where I go from Here please get back to me ASAP at cncl by legal mail At Devin A. Pratt - ID#92579 NSCF. 2559 Glenn Rd. Newport VT, 05855 Thank you very much!

Respectfully Submitted,
Nov 27th, 2021
*[signature]*