**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF TWENTY-FOURTH MONTHLY FEE STATEMENT OF JONES DAY
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | October 1, 2021 through October 31, 2021 |
| **Amount of Compensation Requested (after 13% discount):** | $255,419.39 |
| **Less 20% Holdback** | $51,083.88 |
| **Net of Holdback**: | $204,335.51 |
| **Amount of Expense Reimbursement Requested:** | $6,168.39 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $210,503.90 |
| **This is a** | X__ Monthly _____Interim ___ Final Fee Statement |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this twenty-fourth monthly fee statement (the "Twenty-Fourth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from October 1, 2021 through October 31, 2021 (the "Twenty-Fourth Monthly Fee Period"). By this Twenty-Fourth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $210,503.90 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Twenty-Fourth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Twenty-Fourth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]      The total amount sought for fees reflects application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $38,166.11 for the Twenty-Fourth Monthly Fee Period). In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2021, Jones Day is using 2020 billable rates in calculating amounts due for legal services performed).

blended hourly billing rate of Jones Day timekeepers during the Twenty-Fourth Monthly Fee Period is approximately $737.78.[4]

2.    Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Twenty-Fourth Monthly Fee Period.

3.    Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Twenty-Fourth Monthly Fee Period

4.    Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Twenty-Fourth Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

5.    Notice of this Twenty-Fourth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]    The blended rate is comprised of all Jones Day timekeepers who provided services during the Twenty-Fourth Monthly Fee Period.

[5]    The time records included in **Exhibit C** have been redacted to protect privileged and sensitive information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq.,

Email: dklauder@bk-legal.com.

6.      Objections to this Twenty-Fourth Monthly Fee Statement, if any, must be served

via electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Anna Kordas

(akordas@jonesday.com) no later than December 20, 2021 at 12:00 p.m. (prevailing Eastern

Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific

amount of fees at issue.

7.      If no objections to this Twenty-Fourth Monthly Fee Statement are received by the

Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the

expenses identified in this Twenty-Fourth Monthly Fee Statement.

8.      To the extent that an objection to this Twenty-Fourth Monthly Fee Statement is

received on or before the Objection Deadline, the Debtors shall withhold payment of that portion

of this Twenty-Fourth Monthly Fee Statement to which the objection is directed and promptly pay

the remainder of the fees in the percentages set forth above.  To the extent such an objection is not

resolved, it shall be preserved and scheduled for consideration at the next interim fee application

hearing.


*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.    No prior request for the relief sought in this Twenty-Fourth Monthly Fee Statement

has been made to this or any other court.

Dated: December 6, 2021
     New York, NY

           _/s/ Anna Kordas_
           JONES DAY
           John J. Normile
           Anna Kordas
           250 Vesey Street
           New York, NY 10281
           Telephone:   (212) 326-3939
           Facsimile:   (212) 755-7306
           Email:       jjnormile@jonesday.com
                             akordas@jonesday.com

           – and –

           Chané Buck
           4655 Executive Drive, Suite 1500
           San Diego, CA 92121
           Telephone:   (858) 314-1158
           Facsimile:   (844) 345-3178
           Email:       cbuck@jonesday.com

           *Special Counsel to the Debtors and*
           *Debtors in Possession*

**<u>EXHIBIT A</u>**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**OCTOBER 1, 2021 – OCTOBER 31, 2021**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Anthony C. Chen | 1993 | $1,000.00 | $870.00 | 17.1 | $17,100.00 |
| Guoping Da | 2009 | $775.00 | $674.25 | 55.1 | $42,702.50 |
| Gasper J. LaRosa | 2002 | $1,125.00 | $978.75 | 13.0 | $14,625.00 |
| Christopher Morrison | 2001 | $1,025.00 | $891.75 | 5.3 | $5,432.50 |
| John J. Normile | 1989 | $1,250.00 | $1,109.25 | 78.3 | $97,875.00 |
| **TOTAL PARTNER:** | | | | **168.8** | **$177,735.00** |
| **COUNSEL** | | | | | |
| Kelsey I. Nix | 1988 | $1,225.00 | $1,065.75 | 21.4 | $25,252.00 |
| **TOTAL COUNSEL:** | | | | **21.4** | **$25,252.00** |
| **ASSOCIATE** | | | | | |
| Chané Buck | 2017 | $575.00 | $500.25 | 5.6 | $3,220.00 |
| Liya He | 2019 | $350.00 | $304.50 | 0.3 | $150.00 |
| Anna Kordas | 2014 | $800.00 | $696.00 | 1.5 | $1,200.00 |
| Kevin V. McCarthy | 2016 | $725.00 | $630.75 | 90.3 | $64,564.50 |
| Adam M. Nicolais | 2017 | $675.00 | $587.25 | 8.8 | $5,764.00 |
| Shehla Wynne | 2015 | $725.00 | $630.75 | 5.9 | $4,277.50 |
| **TOTAL ASSOCIATE:** | | | | **112.4** | **$79,131.00** |
| **LAW CLERK** | | | | | |
| Cheng Baoying | N/A | $300.00 | $261.00 | .4 | $120.00 |
| Guowei Ni | N/A | $150.00 | $130.50 | 5.8 | $870.00 |
| **TOTAL LAW CLERK:** | | | | **6.2** | **$990.00** |
| **PARALEGAL & STAFF** | | | | | |
| Riley Cheng | N/A | $50.00 | $43.50 | 2.5 | $125.00 |
| Jason J. Darensbourg | N/A | $350.00 | $304.50 | 15.1 | $5,285.00 |
| Karida Li | N/A | $50.00 | $43.50 | 4.0 | $200.00 |
| Marguerite Melvin | N/A | $400.00 | $348.00 | 1.1 | $440.00 |
| Elizabeth Pratt | N/A | $325.00 | $282.75 | 0.7 | $227.50 |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 14.0 | $4,200.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **37.4** | **$10,477.50** |
| **TOTAL:** | | | | **346.2** | **$293,585.50** |

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 1, 2021 – OCTOBER 31, 2021**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 212 | $193,213.00 |
| Intellipharmaceutics Corp. | 3.4 | $2,552.50 |
| Strategic Corporate Advice | 0.8 | $572.00 |
| Retention Matters | 16.2 | $14,860.00 |
| Accord Healthcare Inc. | 3.6 | $3,215.50 |
| Article 76 Patent Linkage Litigation | 110.2 | $79,172.50 |
| **TOTAL** | **346.2** | **$293,585.50** |
| **13% DISCOUNT** | | **$38,166.11** |
| **TOTAL FEES** | | **$255,419.39** |

## EXHIBIT C

**EXPENSE SUMMARY**
**OCTOBER 1, 2021 – OCTOBER 31, 2021**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $4,893.50 |
| Printing Charges | $205.90 |
| Travel – Taxi | $163.39 |
| Mailing Charges | $75.68 |
| Court Costs | $319.92 |
| Certified Document Charges | $510.00 |
| **TOTAL** | **$6,168.39** |

## **EXHIBIT D**

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

November 30, 2021                                      305158.000003
                                                       Invoice: 210905425

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through October 31, 2021:

| | | |
|---|---|---|
| Article 76 Patent Linkage Litigation | USD | 79,172.50 |
| Less 13% Discount | | (10,292.43) |
| Total Billed Fees | USD | 68,880.07 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Certified Document Charges | 510.00 | |
| United Parcel Service Charges | 52.60 | |
| | USD | 562.60 |
| **TOTAL** | **USD** | **69,442.67** |

# JONES DAY

305158.000003

Article 76 Patent Linkage Litigation

Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| A C Chen | 17.10 | 1,000.00 | 17,100.00 |
| G Da | 55.10 | 775.00 | 42,702.50 |
| J J Normile | 11.00 | 1,250.00 | 13,750.00 |
| Associate |  |  |  |
| LY He | 0.30 | 350.00 | 105.00 |
| Law Clerk |  |  |  |
| B Cheng | 0.40 | 300.00 | 120.00 |
| G Ni | 5.80 | 150.00 | 870.00 |
| Specialist |  |  |  |
| B Zhu | 14.00 | 300.00 | 4,200.00 |
| Translator |  |  |  |
| R Cheng | 2.50 | 50.00 | 125.00 |
| K Li | 4.00 | 50.00 | 200.00 |
| **Total** | **110.20** | **USD** | **79,172.50** |

**JONES DAY**

305158.000003

Article 76 Patent Linkage Litigation

Fee Detail

**JONES DAY**

305158.000003

Article 76 Patent Linkage Litigation

**JONES DAY**

305158.000003                                                                                           Page: 5
                                                                                           November 30, 2021
Article 76 Patent Linkage Litigation                                                       Invoice: 210905425

**JONES DAY**

305158.000003

Page: 6
November 30, 2021
Invoice: 210905425

Article 76 Patent Linkage Litigation

**JONES DAY**

305158.000003

Page: 7
November 30, 2021
Invoice: 210905425

Article 76 Patent Linkage Litigation

## JONES DAY

305158.000003                                                       Page: 8
                                                          November 30, 2021
Article 76 Patent Linkage Litigation                     Invoice: 210905425

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| | **Total** | **110.20** |

**JONES DAY**

305158.000003                                                            Page: 9
                                                                November 30, 2021
Article 76 Patent Linkage Litigation                          Invoice: 210905425

Disbursement Detail



# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

November 30, 2021
305158.999007
Invoice: 210905426

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through October 31, 2021:

| | | |
|---|---|---|
| Retention Matters | USD | 14,860.00 |
| Less 13% Discount | | (1,931.80) |
| Total Billed Fees | USD | 12,928.20 |
| **TOTAL** | **USD** | **12,928.20** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                                    Citibank, N.A.
New York, NY                                    New York, NY
Account Name:  Jones Day          Account Name:  Jones Day
Account No:  37026407                  Account No:  37026407
ABA No:  021000089                      ABA No:  021000089
                                                          Swift Code:  CITIUS33

PLEASE REFERENCE 305158 999007/210905426 WITH YOUR PAYMENT

**JONES DAY**

305158.999007                                                                            Page: 2
                                                                          November 30, 2021

Retention Matters                                                      Invoice: 210905426

Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner | | | |
| J J Normile | 8.00 | 1,250.00 | 10,000.00 |
| Associate | | | |
| C Buck | 5.60 | 575.00 | 3,220.00 |
| A Kordas | 1.50 | 800.00 | 1,200.00 |
| Paralegal | | | |
| M M Melvin | 1.10 | 400.00 | 440.00 |
| **Total** | **16.20** | **USD** | **14,860.00** |

# JONES DAY

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 10/11/21 | A Kordas | 0.50 |

Review docket regarding professionals retentions (.3); correspond with S. Wynne and K. McCarthy regarding same (.2).

| 10/12/21 | J J Normile | 1.50 |

Participate in hearing before Jude McMahon (SDNY) relating to various motions to stay confirmation order pending appeal (1.5).

| 10/12/21 | J J Normile | 0.50 |

Review and revise July and August invoices (.5).

| 10/14/21 | C Buck | 0.40 |

Finalize edits for July invoices.

| 10/14/21 | J J Normile | 3.00 |

Participate in October omnibus hearing before Judge Drain and various related emails and teleconferences.

| 10/18/21 | C Buck | 1.20 |

Draft Twenty-First Monthly Fee Statement (1.0) and discuss invoices with J. Normile (.2).

| 10/18/21 | J J Normile | 1.50 |

███████████████████████████████████████

| 10/20/21 | C Buck | 0.90 |

Revise August invoices.

| 10/20/21 | A Kordas | 0.50 |

Draft/revise 21st monthly fee statement (.3); confer with C. Buck regarding same (.2).

| 10/21/21 | C Buck | 0.70 |

Finalize fee statement for filing.

| 10/21/21 | M M Melvin | 0.60 |

Review Jones Day's 21st monthly fee statement (.1); assemble exibits with the fee statement (.1); e-file the fee statement (.2); serve the same by e-mail (.2).

| 10/25/21 | C Buck | 1.60 |

Draft twenty-second fee application.

| 10/27/21 | J J Normile | 0.50 |

███████████████████████████████████████

| 10/28/21 | A Kordas | 0.50 |

Draft/revise monthly fee statement (.3); confer with C Buck regarding same (.2).

| 10/29/21 | C Buck | 0.80 |

Finalize Fee statement for filing.

| 10/29/21 | M M Melvin | 0.50 |

Assemble invoices to the twenty-second monthly fee statement of Jones Day (.1); review and e-file the twenty-second monthly fee statement (.2); serve the same by e-mail (.2).

# JONES DAY

305158.999007

Retention Matters

Page: 4
November 30, 2021
Invoice: 210905426

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 10/30/21 | J J Normile | 1.00 |
| | **Total** | **16.20** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**


November 30, 2021                                                        305158.610005
                                                                                  Invoice: 210905427

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through October 31, 2021:

| | | |
|---|---|---:|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 193,213.00 |
| Less 13% Discount | | (25,117.69) |
| Total Billed Fees | USD | 168,095.31 |

### Disbursement & Charges Summary

| | | |
|---|---:|---:|
| Consultants and Agents Fees | 1,893.50 | |
| Court Reporter Fees | 319.92 | |
| Document Reproduction Charges | 205.90 | |
| Travel - Taxi Charges | 163.39 | |
| United Parcel Service Charges | 23.08 | |
| | USD | 2,605.79 |
| **TOTAL** | **USD** | **170,701.10** |

Please remit payment to:

**ACH Transfer (preferred)**            **Wire Transfer**
Citibank, N.A.                                   Citibank, N.A.
New York, NY                                   New York, NY
Account Name:  Jones Day               Account Name:  Jones Day
Account No:  37026407                     Account No:  37026407
ABA No:  021000089                        ABA No:  021000089
                                                          Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610005/210905427 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 13.00 | 1,125.00 | 14,625.00 |
| C M Morrison | 5.30 | 1,025.00 | 5,432.50 |
| J J Normile | 57.00 | 1,250.00 | 71,250.00 |
| Of Counsel |  |  |  |
| K I Nix | 21.40 | 1,180.00 | 25,252.00 |
| Associate |  |  |  |
| K McCarthy | 87.00 | 715.00 | 62,205.00 |
| A M Nicolais | 7.70 | 655.00 | 5,043.50 |
| S Wynne | 5.90 | 725.00 | 4,277.50 |
| Paralegal |  |  |  |
| J J Darensbourg | 14.00 | 350.00 | 4,900.00 |
| Project Manager |  |  |  |
| E Pratt | 0.70 | 325.00 | 227.50 |
| **Total** | **212.00** | **USD** | **193,213.00** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 10/01/21 | J J Darensbourg | 0.20 |
| Manage shared database for attorneys of Text Order Scheduling Hearing on Motion to Dismiss. | | |
| 10/01/21 | G J Larosa | 2.00 |
| 10/01/21 | K McCarthy | 7.00 |
| attention to claim construction hearing logistics and materials (1.2); attention to case files and opposing counsel correspondence (0.5). | | |
| 10/01/21 | C M Morrison | 0.50 |
| Appear for status conference before J. Saylor. | | |
| 10/01/21 | K I Nix | 1.00 |
| 10/01/21 | J J Normile | 4.30 |
| preparation and participation in status conference before Judge Saylor (1.5); related teleconference with Mr. Holdreith (.30). | | |
| 10/02/21 | K McCarthy | 4.00 |
| 10/02/21 | J J Normile | 1.00 |
| 10/03/21 | K McCarthy | 3.00 |
| 10/03/21 | J J Normile | 1.80 |
| 10/04/21 | J J Darensbourg | 1.70 |
| 10/04/21 | G J Larosa | 1.00 |

# JONES DAY



10/04/21          K McCarthy                                              6.00
                                              prepare for and participate in outside counsel
teleconference regarding ongoing tasks and upcoming deadlines (0.4);


10/04/21          C M Morrison                                           0.40
     Coordinate technical check in advance of Markman hearing.


10/04/21          A M Nicolais                                           0.80


10/04/21          J J Normile                                            7.00


10/05/21          J J Darensbourg                                        3.30


10/05/21          G J Larosa                                             4.00
     Appear for and attend markman hearing and conferred with team regarding same.


10/05/21          K McCarthy                                             4.50
     Plan and prepare for claim construction hearing argument (1.3); prepare for and participate in claim
construction hearing (2.5);


10/05/21          C M Morrison                                           2.20
     Claim Construction Hearing.


10/05/21          A M Nicolais                                           0.70


10/05/21          K I Nix                                                2.60


10/05/21          J J Normile                                            5.30
     Preparation for and participation in Markman hearing (4.0)

# JONES DAY

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| 10/05/21 | E Pratt | 0.70 |

Prepare PDF documents from various emails for review by team at the request of J Darensbourgh.

| 10/06/21 | J J Darensbourg | 1.20 |

Manage shared database for attorneys of correspondence regarding Markman Hearing, ▮▮▮▮▮▮▮

| 10/06/21 | K I Nix | 2.20 |

| 10/06/21 | J J Normile | 1.60 |

| 10/07/21 | J J Darensbourg | 3.40 |

| 10/07/21 | G J Larosa | 0.50 |

Communicate with Collegium's counsel ▮▮▮▮▮ regarding proposed status conference.

| 10/07/21 | K McCarthy | 2.00 |

| 10/07/21 | K I Nix | 1.80 |

| 10/07/21 | J J Normile | 1.00 |

| 10/08/21 | K McCarthy | 2.00 |

| 10/08/21 | K I Nix | 1.40 |

| 10/08/21 | J J Normile | 2.80 |

▮▮▮▮▮ various correspondence with J. Holdreith (counsel for Collegium) regarding scheduling matters (.50).

# JONES DAY

305158.610005

Page: 6
November 30, 2021
Invoice: 210905427

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| 10/10/21 | J J Normile | 3.50 |
| 10/11/21 | G J Larosa | 1.00 |
| 10/11/21 | K McCarthy | 5.50 |
| 10/11/21 | C M Morrison | 0.40 |
| 10/11/21 | A M Nicolais | 1.10 |
| 10/11/21 | J J Normile | 3.80 |

review various correspondence with K. Benedict and O. Langer regarding SDNY update and review and revise same (.80).

| 10/11/21 | S Wynne | 1.50 |
| 10/12/21 | K McCarthy | 4.00 |
| 10/12/21 | K I Nix | 2.30 |
| 10/12/21 | J J Normile | 0.80 |
| 10/12/21 | S Wynne | 1.00 |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| 10/13/21 | K McCarthy | 4.00 |

| 10/13/21 | C M Morrison | 1.80 |

Appear at Motion to Dismiss Hearing

| 10/13/21 | A M Nicolais | 1.40 |

Hearing regarding motion to dismiss first amended complaint.

| 10/13/21 | K I Nix | 2.20 |

| 10/13/21 | J J Normile | 4.50 |

Prepare for and participate in oral argument before Judge Saylor on Collegium's motion to dismiss the 434 patent complaint

| 10/13/21 | S Wynne | 0.30 |

| 10/14/21 | K McCarthy | 6.00 |

| 10/14/21 | J J Normile | 0.80 |

Review and revise SDNY update including correspondence from K. Benedict and O. Langer.

| 10/15/21 | K McCarthy | 7.00 |

| 10/15/21 | J J Normile | 3.00 |

# JONES DAY



| 10/18/21 | J J Darensbourg | 1.20 |
| --- | --- | --- |

Manage/investigate Collegium correspondence regarding responding to 30(b)(6) deposition notice (.30);

| 10/18/21 | G J Larosa | 1.50 |
| --- | --- | --- |

| 10/18/21 | K McCarthy | 5.50 |
| --- | --- | --- |

| 10/18/21 | A M Nicolais | 2.40 |
| --- | --- | --- |

| 10/18/21 | J J Normile | 4.80 |
| --- | --- | --- |

| 10/18/21 | S Wynne | 0.10 |
| --- | --- | --- |

| 10/19/21 | J J Darensbourg | 1.00 |
| --- | --- | --- |

Manage shared database for attorneys of correspondence regarding status update (.60). Manage shared database for attorneys of correspondence regarding demonstratives for Motion to Dismiss Hearing (.40).

| 10/19/21 | K McCarthy | 3.00 |
| --- | --- | --- |

| 10/19/21 | K I Nix | 0.80 |
| --- | --- | --- |

| 10/19/21 | J J Normile | 1.80 |
| --- | --- | --- |

attention to finalizing joint update regarding SDNY appeal (.50).

| 10/19/21 | S Wynne | 1.00 |
| --- | --- | --- |

**JONES DAY**

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| Date | Timekeeper | Hours |
|---|---|---|
| 10/20/21 | K McCarthy | 3.00 |
| 10/20/21 | K I Nix | 0.70 |
| 10/20/21 | J J Normile | 1.00 |
| 10/21/21 | J J Darensbourg | 1.40 |
| 10/21/21 | K McCarthy | 3.00 |
| 10/21/21 | K I Nix | 1.30 |
| 10/22/21 | G J Larosa | 2.00 |
| 10/22/21 | K McCarthy | 2.50 |
| 10/22/21 | K I Nix | 1.10 |
| 10/25/21 | G J Larosa | 1.00 |
| 10/25/21 | K McCarthy | 3.50 |
| 10/25/21 | A M Nicolais | 1.30 |

## JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 10
November 30, 2021
Invoice: 210905427



| 10/25/21 | K I Nix | 0.70 |
| 10/25/21 | J J Normile | 0.50 |
| 10/25/21 | S Wynne | 0.50 |
| 10/26/21 | K McCarthy | 3.00 |
| 10/26/21 | K I Nix | 1.40 |
| 10/26/21 | J J Normile | 2.40 |

Prepare for and participate in teleconference with J. Holdreith regarding modification of case management schedule (.30);

| 10/27/21 | J J Darensbourg | 0.60 |
| 10/27/21 | K McCarthy | 2.00 |
| 10/27/21 | J J Normile | 1.80 |
| 10/28/21 | K McCarthy | 3.50 |
| 10/28/21 | K I Nix | 1.10 |

# JONES DAY



| Date | Name | Hours |
|---|---|---|
| 10/28/21 | J J Normile | 2.00 |
| 10/28/21 | S Wynne | 0.50 |
| 10/29/21 | K McCarthy | 3.00 |
| 10/29/21 | K I Nix | 0.80 |
| 10/29/21 | J J Normile | 0.50 |
| 10/29/21 | S Wynne | 1.00 |
| 10/31/21 | J J Normile | 1.00 |
| | **Total** | **212.00** |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 12
November 30, 2021
Invoice: 210905427

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 10/18/21 | J J Normile | NYC | 1,893.50 | |
| | Vendor: ▮▮▮▮▮▮▮▮▮▮▮ Invoice#: 121851; Date: 10/18/2021 for professional services rendered through 9/30/2021. | | | |
| **Consultants and Agents Fees Subtotal** | | | | **1,893.50** |
| **COURT REPORTER FEES** | | | | |
| 10/26/21 | C M Morrison | NYC | 319.92 | |
| | Vendor: Valerie A. O'Hara; Invoice#: 00004545; Date: 10/18/2021 (motion hearing transcript - case no. 15-13099-FDS 10/13/2021; markman hearing 10/5/0221) | | | |
| **Court Reporter Fees Subtotal** | | | | **319.92** |
| **DOCUMENT REPRODUCTION CHARGES** | | | | |
| 10/05/21 | J J Darensbourg | NYC | 54.90 | |
| | Photocopying: Black & White (SDUP)-NY - 31 Duplicating - Xerox 4112 - 1,098 copies @$0.05 each - Oct  5 2021 3:38PM | | | |
| 10/11/21 | S Wynne | WAS | 61.00 | |
| | Photocopying: Black & White (SDUP)-WA - Duplication Center - Xerox WC Pro 265 (2)-dup request- 1,220 copies @$0.05 each - Oct 11 2021  5:07PM | | | |
| 10/31/21 | K McCarthy | NYC | 90.00 | |
| | Color duplication charges - October 2021- 10/13/21 - 180 Copies @$0.50 per page | | | |
| **Document Reproduction Charges Subtotal** | | | | **205.90** |
| **TRAVEL - TAXI CHARGES** | | | | |
| 10/21/21 | J J Normile | NYC | 24.80 | |
| | Vendor: John J. Normile Invoice#: 4791465310211216 Date: 10/21/2021  - - Taxi - Local Preparation for and participation in oral argument on Collegium's Motion to Dismiss | | | |
| 10/21/21 | J J Normile | NYC | 26.76 | |
| | Vendor: John J. Normile Invoice#: 4791465310211216 Date: 10/21/2021  - - Taxi - Local Preparation for and participation in oral argument on Collegium's Motion to Dismiss | | | |
| 10/21/21 | J J Normile | NYC | 31.55 | |
| | Vendor: John J. Normile Invoice#: 4791465310211216 Date: 10/21/2021  - - Taxi - Local Preparation for and participation in oral argument on Collegium's Motion to Dismiss | | | |
| 10/21/21 | J J Normile | NYC | 27.96 | |
| | Vendor: John J. Normile Invoice#: 4791465310211216 Date: 10/21/2021  - - Taxi - Local Preparation for and participation in oral argument on Collegium's Motion to Dismiss | | | |
| 10/21/21 | J J Normile | NYC | 24.96 | |
| | Vendor: John J. Normile Invoice#: 4791431610211216 Date: 10/21/2021  - - Taxi - Local Exps. in connection with Markman Hearing | | | |
| 10/21/21 | J J Normile | NYC | 27.36 | |
| | Vendor: John J. Normile Invoice#: 4791431610211216 Date: 10/21/2021  - - Taxi - Local Exps. in connection with Markman Hearing | | | |
| **Travel - Taxi Charges Subtotal** | | | | **163.39** |
| **UNITED PARCEL SERVICE CHARGES** | | | | |

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 210905427

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| 10/05/21 | W G Bailey | NYC | 23.08 | |
| | Vendor: United Parcel Service, Inc. Invoice#: 21000010445E411 Date: 10/9/2021  -  -  Ship To: , John J. Normile | | | |
| | Ship Dt: 10/05/21 Airbill: 1Z10445E0192195583 | | | |

**United Parcel Service Charges Subtotal**                                                 **23.08**

      **Total Disbursements and Charges**                                  **USD**      **2,605.79**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

November 30, 2021

305158.610013
Invoice: 210905428

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through October 31, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 2,552.50 |
| Less 13% Discount | | (331.83) |
| Total Billed Fees | USD | 2,220.67 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Hosting Charges | 3,000.00 | |
| | USD | 3,000.00 |
| **TOTAL** | **USD** | **5,220.67** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name:  Jones Day
Account No:  37026407
ABA No:  021000089
Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610013/210905428 WITH YOUR PAYMENT

# JONES DAY

305158.610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

## Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| J J Normile | 0.50 | 1,250.00 | 625.00 |
| Associate | | | |
| K McCarthy | 2.50 | 715.00 | 1,787.50 |
| Paralegal | | | |
| J J Darensbourg | 0.40 | 350.00 | 140.00 |
| **Total** | **3.40** | **USD** | **2,552.50** |

# JONES DAY

305158.610013

Page: 3
November 30, 2021
Invoice: 210905428

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 10/18/21 | K McCarthy | 1.00 |
| 10/25/21 | K McCarthy | 0.60 |
| 10/25/21 | J J Normile | 0.50 |
| 10/26/21 | K McCarthy | 0.90 |
| 10/27/21 | J J Darensbourg | 0.40 |
| | Manage shared database for attorneys of correspondence and pleadings regarding Stipulation and Order regarding document destruction. | |
| **Total** | | **3.40** |

# JONES DAY

305158.610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Page: 4
November 30, 2021
Invoice: 210905428

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **HOSTING CHARGES** | | | | |
| 10/12/21 | J J Normile | NYC | 1,500.00 | |
| 10/31/21 | J J Normile | NYC | 1,500.00 | |
| **Hosting Charges Subtotal** | | | | **3,000.00** |
| **Total Disbursements and Charges** | | | **USD** | **3,000.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**


November 30, 2021                                                        305158.640002
                                                                              Invoice: 210905429

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through October 31, 2021:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 572.00 |
| Less 13% Discount | | (74.36) |
| Total Billed Fees | USD | 497.64 |
| **TOTAL** | **USD** | **497.64** |

Please remit payment to:

**ACH Transfer (preferred)**            **Wire Transfer**
Citibank, N.A.                                    Citibank, N.A.
New York, NY                                    New York, NY
Account Name:  Jones Day                Account Name:  Jones Day
Account No:  37026407                      Account No:  37026407
ABA No:  021000089                         ABA No:  021000089
                                                        Swift Code:  CITIUS33

PLEASE REFERENCE 305158 640002/210905429 WITH YOUR PAYMENT

# JONES DAY

## Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Associate |  |  |  |
| K McCarthy | 0.80 | 715.00 | 572.00 |
| **Total** | **0.80** | **USD** | **572.00** |

# JONES DAY

305158.640002

Strategic Corporate Advice

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 10/11/21 | K McCarthy | 0.80 |
| | | |
| **Total** | | **0.80** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**
**Federal Identification Number: 34-0319085**

November 30, 2021

305158.610028
Invoice: 210905430

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2021:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 3,215.50 |
| Less 13% Discount | | (418.02) |
| Total Billed Fees | USD | 2,797.48 |
| **TOTAL** | **USD** | **2,797.48** |

Please remit payment to:

**ACH Transfer (preferred)**
Citibank, N.A.
New York, NY
Account Name: Jones Day
Account No: 37026407
ABA No: 021000089

**Wire Transfer**
Citibank, N.A.
New York, NY
Account Name: Jones Day
Account No: 37026407
ABA No: 021000089
Swift Code: CITIUS33

PLEASE REFERENCE 305158 610028/210905430 WITH YOUR PAYMENT

# JONES DAY

305158.610028

Accord Healthcare Inc.

Page: 2
November 30, 2021
Invoice: 210905430

### Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| J J Normile | 1.80 | 1,250.00 | 2,250.00 |
| Associate |  |  |  |
| A M Nicolais | 1.10 | 655.00 | 720.50 |
| Paralegal |  |  |  |
| J J Darensbourg | 0.70 | 350.00 | 245.00 |
| **Total** | **3.60** | **USD** | **3,215.50** |

# JONES DAY

305158.610028

Page: 3
November 30, 2021
Invoice: 210905430

Accord Healthcare Inc.

### Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 10/06/21 | J J Darensbourg | 0.50 |

Manage shared database for attorneys of discovery correspondence and Pro Hac Vice Motion for Appearance of B. Mahon for Accord.

| 10/11/21 | A M Nicolais | 0.30 |

█████████████████████████████████

| 10/19/21 | J J Darensbourg | 0.10 |

Manage shared database for attorneys of correspondence regarding █████████████

| 10/25/21 | J J Normile | 0.80 |

██████████████████████████████████████

| 10/27/21 | J J Darensbourg | 0.10 |

Manage shared database for attorneys of correspondence regarding ████████████

| 10/29/21 | A M Nicolais | 0.80 |

████████████████████████████████████████

| 10/30/21 | J J Normile | 1.00 |

█████████████████████████████

| | **Total** | **3.60** |