**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**NOTICE OF TWENTY-FIFTH MONTHLY FEE STATEMENT OF JONES DAY FOR**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS**
**FOR THE PERIOD FROM NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | November 1, 2021 through November 30, 2021 |
| **Amount of Compensation Requested (after 13% discount):** | $285,728.01 |
| **Less 20% Holdback** | $57,145.60 |
| **Net of Holdback**: | $228,582.41 |
| **Amount of Expense Reimbursement Requested:** | $8,288.51 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $236,870.92 |
| **This is a** | __X__ Monthly _____Interim ____ Final Fee Statement |

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this twenty-fifth monthly fee statement (the "Twenty-Fifth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from November 1, 2021 through November 30, 2021 (the "Twenty-Fifth Monthly Fee Period"). By this Twenty-Fifth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $236,870.92 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Twenty-Fifth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Twenty-Fifth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]      The total amount sought for fees reflects application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $42,694.99 for the Twenty-Fifth Monthly Fee Period). In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2021, Jones Day is using 2020 billable rates in calculating amounts due for legal services performed).

hourly billing rate of Jones Day timekeepers during the Twenty-Fifth Monthly Fee Period is approximately $653.84.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Twenty-Fifth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Twenty-Fifth Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Twenty-Fifth Monthly Fee Period.[5]

## NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Twenty-Fifth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Twenty-Fifth Monthly Fee Period.

[5]      The time records included in **Exhibit D** have been redacted to protect privileged and sensitive information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq., Email: dklauder@bk-legal.com.

6.      Objections to this Twenty-Fifth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, NY Attn: Anna Kordas (akordas@jonesday.com) no later than December 22, 2021 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

7.      If no objections to this Twenty-Fifth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Twenty-Fifth Monthly Fee Statement.

8.      To the extent that an objection to this Twenty-Fifth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Twenty-Fifth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

## NO PRIOR REQUEST

9.      No prior request for the relief sought in this Twenty-Fifth Monthly Fee Statement

has been made to this or any other court.

Dated: December 8, 2021          /s/ Anna Kordas
     New York, NY             JONES DAY
                                  John J. Normile

| | |
|---|---|
| John J. Normile | |
| Anna Kordas | |
| 250 Vesey Street | |
| New York, NY 10281 | |
| Telephone: | (212) 326-3939 |
| Facsimile: | (212) 755-7306 |
| Email: | jjnormile@jonesday.com |
| | akordas@jonesday.com |

    – and –

| | |
|---|---|
| Chané Buck | |
| 4655 Executive Drive, Suite 1500 | |
| San Diego, CA 92121 | |
| Telephone: | (858) 314-1158 |
| Facsimile: | (844) 345-3178 |
| Email: | cbuck@jonesday.com |

*Special Counsel to the Debtors and
Debtors in Possession*

## EXHIBIT A

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**NOVEMBER 1, 2021 – NOVEMBER 30, 2021**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|------|------|------|------|------|------|
| **PARTNER** | | | | | |
| Gregory A. Castanias | 1990 | $1,175.00 | $1,022.25 | 5.1 | $5,992.50 |
| Anthony C. Chen | 1993 | $1,000.00 | $870.00 | 36.2 | $36,200.00 |
| Guoping Da | 2009 | $775.00 | $674.25 | 65.0 | $50,375.00 |
| Matthew W. Johnson | 2007 | $850.00 | $739.50 | 2.8 | $2,380.00 |
| Gasper J. LaRosa | 2002 | $1,125.00 | $978.75 | 14.0 | $15,750.00 |
| John J. Normile | 1989 | $1,250.00 | $1,109.25 | 51.9 | $64,875.00 |
| Jennifer L. Swize | 2002 | $1,100.00 | $975.00 | 3.5 | $3,850.00 |
| **TOTAL PARTNER:** | | | | **178.5** | **$179,422.50** |
| **COUNSEL** | | | | | |
| Kelsey I. Nix | 1988 | $1,225.00 | $1,065.75 | 4.1 | $4,838.00 |
| **TOTAL COUNSEL:** | | | | **4.1** | **$4,838.00** |
| **ASSOCIATE** | | | | | |
| Chané Buck | 2017 | $575.00 | $500.25 | 8.8 | $5,060.00 |
| Anna Kordas | 2014 | $800.00 | $696.00 | 2.7 | $2,160.00 |
| Kevin V. McCarthy | 2016 | $725.00 | $630.75 | 122.3 | $87,444.50 |
| Adam M. Nicolais | 2017 | $675.00 | $587.25 | 15.6 | $10,218.00 |
| Shehla Wynne | 2015 | $725.00 | $630.75 | 13.2 | $9,570.00 |
| **TOTAL ASSOCIATE:** | | | | **162.6** | **$114,452.50** |
| **PARALEGAL & STAFF** | | | | | |
| Jason J. Darensbourg | N/A | $350.00 | $304.50 | 15.9 | $5,565.00 |
| Karida Li | N/A | $50.00 | $43.50 | 1.5 | $75.00 |
| Marguerite Melvin | N/A | $400.00 | $348.00 | 2.0 | $800.00 |
| Elizabeth Pratt | N/A | $325.00 | $282.75 | 6.0 | $1,950.00 |
| Timothy E. Solomon | N/A | $400.00 | $348.00 | 14.0 | $5,600.00 |
| Bonnie Zhu | N/A | $300.00 | $261.00 | 52.4 | $15,720.00 |
| **TOTAL PARALEGAL & STAFF:** | | | | **91.8** | **$29,710.00** |
| **TOTAL:** | | | | **437** | **$328,423.00** |

## EXHIBIT B

### COMPENSATION BY PROJECT CATEGORY
### NOVEMBER 1, 2021 – NOVEMBER 30, 2021

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 135.8 | $103,476.50 |
| Collegium 961 PGR | 37.4 | $38,090.00 |
| Strategic Corporate Advice | 3.1 | $2,030.50 |
| Retention Matters | 25.6 | $21,112.00 |
| Accord Healthcare Inc. | 56.4 | $37,996.50 |
| Article 76 Patent Linkage Litigation | 64.3 | $54,395.00 |
| Confidential Matter | 114.4 | $71,322.50 |
| **TOTAL** | **437** | **$328,423.00** |
| **13% DISCOUNT** | | **$42,694.99** |
| **TOTAL FEES** | | **$285,728.01** |

## EXHIBIT C

**EXPENSE SUMMARY**
**NOVEMBER 1, 2021 – NOVEMBER 30, 2021**

| Expense Category | Total Expenses |
|---|---|
| Courier | $3.64 |
| Consultant Fees | $7,600.92 |
| Mailing Charges | $39.38 |
| Court Costs | $14.24 |
| Certified Document Charges | $630.33 |
| **TOTAL** | **$8,288.51** |

# EXHIBIT D

**TIME DETAIL**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

December 7, 2021

305158.999007
Invoice: 210905780

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through November 30, 2021:

| | | |
|---|---|---|
| Retention Matters | USD | 21,112.00 |
| Less 13% Discount | | (2,744.56) |
| Total Billed Fees | USD | 18,367.44 |
| **TOTAL** | **USD** | **18,367.44** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158 999007/210905780 WITH YOUR PAYMENT

# JONES DAY

305158.999007

Retention Matters

### Timekeeper/Fee Earner Summary

| | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| J J Normile | 8.30 | 1,250.00 | 10,375.00 |
| **Associate** | | | |
| C Buck | 8.80 | 575.00 | 5,060.00 |
| A Kordas | 2.70 | 800.00 | 2,160.00 |
| K McCarthy | 3.80 | 715.00 | 2,717.00 |
| **Paralegal** | | | |
| M M Melvin | 2.00 | 400.00 | 800.00 |
| **Total** | **25.60** | **USD** | **21,112.00** |

# JONES DAY

305158.999007

Retention Matters

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/03/21 | C Buck | 1.00 |

Revise September invoices to comply with UST guidelines.

| 11/08/21 | C Buck | 1.00 |
|---|---|---|

Draft Twenty-Third Monthly Fee Statement.

| 11/08/21 | J J Normile | 1.00 |
|---|---|---|

███████████████████████████

| 11/09/21 | A Kordas | 0.50 |
|---|---|---|

Draft/revise fee statement (0.3); confer with C. Buck regarding same (0.2).

| 11/09/21 | J J Normile | 3.50 |
|---|---|---|

███████████████████████████

| 11/10/21 | C Buck | 3.50 |
|---|---|---|

Finalize Twenty-Third Monthly fee statement for filing (0.7);  redact invoices for Twenty-Third fee statement (0.4);  draft Sixth Interim Fee Application (2.4).

| 11/10/21 | K McCarthy | 2.00 |
|---|---|---|

Draft/revise Purdue's sixth interim fee application ███████████████

| 11/10/21 | M M Melvin | 0.40 |
|---|---|---|

Assemble exhibits to the twenty-third monthly fee statement (0.1); review and e-file the fee statement (0.2); serve the same by e-mail to the notice parties (0.1).

| 11/10/21 | J J Normile | 1.30 |
|---|---|---|

███████████████████████████

| 11/11/21 | C Buck | 1.10 |
|---|---|---|

Revise Sixth Interim Fee Application.

| 11/11/21 | K McCarthy | 1.80 |
|---|---|---|

███████████████████████████

| 11/12/21 | C Buck | 0.40 |
|---|---|---|

Revise Sixth Interim Fee Application.

| 11/12/21 | A Kordas | 1.70 |
|---|---|---|

Draft/revise fee application (1.0); ███████████████

# JONES DAY

305158.999007

Page: 4
December 7, 2021

Retention Matters

Invoice: 210905780

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/15/21 | C Buck | 0.50 |
| Finalize Sixth Interim Fee Application for filing. | | |
| 11/15/21 | A Kordas | 0.50 |
| Finalize fee application; coordinate filing of same. | | |
| 11/15/21 | M M Melvin | 0.60 |
| Attach exhibits to the sixth interim fee application (0.2); send the compiled fee application to C. Buck for review (0.1); e-file the sixth interim fee application (0.2); forward a filed copy to A. Kordas and C. Buck (0.1). | | |
| 11/15/21 | J J Normile | 0.50 |
| Attention to Jones Day's Sixth Interim Fee Application. | | |
| 11/24/21 | C Buck | 1.00 |
| Revise October invoices to comply with UST guidelines. | | |
| 11/29/21 | C Buck | 0.30 |
| Research regarding procedural rules for appearing at hearing regarding fee application. | | |
| 11/29/21 | M M Melvin | 0.90 |
| Serve Jones Day's Sixth Interim Fee Application by e-mail (0.3); draft an Affidavit of Service regarding the same (0.3); e-file the Affidavit of Service (0.1); have the Affidavit of Service notarized (0.2). | | |
| 11/30/21 | M M Melvin | 0.10 |
| Arrange for A. Kordas to attend the December 16, 2021 hearing through Zoom. | | |
| 11/30/21 | J J Normile | 2.00 |

**Total**                                                                        **25.60**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**
**Federal Identification Number: 34-0319085**

December 7, 2021
305158.000003
Invoice: 210905781

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2021:

| | | |
|---|---|---|
| Article 76 Patent Linkage Litigation | USD | 54,395.00 |
| Less 13% Discount | | (7,071.35) |
| Total Billed Fees | USD | 47,323.65 |

### Disbursement & Charges Summary

| | | |
|---|---|---|
| Consultants and Agents Fees | 108.18 | |
| Courier Services | 3.64 | |
| Filing Fees and Related | 14.24 | |
| Miscellaneous Expenses | 630.33 | |
| United Parcel Service Charges | 12.40 | |
| | USD | 768.79 |
| **TOTAL** | **USD** | **48,092.44** |

# JONES DAY

305158.000003

Article 76 Patent Linkage Litigation

Page: 2
December 7, 2021
Invoice: 210905781

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partner** |  |  |  |
| A C Chen | 36.20 | 1,000.00 | 36,200.00 |
| G Da | 11.30 | 775.00 | 8,757.50 |
| **Associate** |  |  |  |
| K McCarthy | 11.50 | 715.00 | 8,222.50 |
| **Specialist** |  |  |  |
| B Zhu | 3.80 | 300.00 | 1,140.00 |
| **Translator** |  |  |  |
| K Li | 1.50 | 50.00 | 75.00 |
| **Total** | **64.30** | **USD** | **54,395.00** |

**JONES DAY**

305158.000003

Page: 3
December 7, 2021
Invoice: 210905781

Article 76 Patent Linkage Litigation

**JONES DAY**

305158.000003

Article 76 Patent Linkage Litigation

Page: 4
December 7, 2021
Invoice: 210905781

**JONES DAY**

305158.000003                                                                Page: 5
                                                                December 7, 2021
Article 76 Patent Linkage Litigation                           Invoice: 210905781

**JONES DAY**

305158.000003

Article 76 Patent Linkage Litigation



**JONES DAY**

305158.000003

Page: 7
December 7, 2021

Article 76 Patent Linkage Litigation

Invoice: 210905781

Disbursement Detail



# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

December 7, 2021                                                     305158.610005
                                                                 Invoice: 210905782

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through November 30, 2021:

| | | | |
|---|---|---|---:|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | | USD | 103,476.50 |
| Less 13% Discount | | | (13,451.95) |
| Total Billed Fees | | USD | 90,024.55 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---:|
| Consultants and Agents Fees | 6,857.00 | | |
| | | USD | 6,857.00 |
| **TOTAL** | | **USD** | **96,881.55** |

Please remit payment to:

**ACH Transfer (preferred)**            **Wire Transfer**
Citibank, N.A.                         Citibank, N.A.
New York, NY                           New York, NY
Account Name:  Jones Day               Account Name:  Jones Day
Account No:  37026407                  Account No:  37026407
ABA No:  021000089                     ABA No:  021000089
                                       Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610005/210905782 WITH YOUR PAYMENT

# JONES DAY

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner |  |  |  |
| G J Larosa | 7.00 | 1,125.00 | 7,875.00 |
| J J Normile | 14.90 | 1,250.00 | 18,625.00 |
| Of Counsel |  |  |  |
| K I Nix | 4.10 | 1,180.00 | 4,838.00 |
| Associate |  |  |  |
| K McCarthy | 70.00 | 715.00 | 50,050.00 |
| A M Nicolais | 9.70 | 655.00 | 6,353.50 |
| S Wynne | 13.20 | 725.00 | 9,570.00 |
| Paralegal |  |  |  |
| J J Darensbourg | 2.90 | 350.00 | 1,015.00 |
| T E Solomon | 8.00 | 400.00 | 3,200.00 |
| Project Manager |  |  |  |
| E Pratt | 6.00 | 325.00 | 1,950.00 |
| **Total** | **135.80** | **USD** | **103,476.50** |

# JONES DAY

305158.610005

Page: 3
December 7, 2021
Invoice: 210905782

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/01/21 | G J Larosa | 1.00 |

Communicate with team and with client regarding ▮▮▮▮▮ and attention to same.

| 11/01/21 | K McCarthy | 3.00 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
attention to case correspondence and files (0.5).

| 11/01/21 | J J Normile | 0.80 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| 11/02/21 | K McCarthy | 2.50 |

▮▮▮▮▮▮▮▮ attention to case correspondence and files (0.5).

| 11/02/21 | J J Normile | 0.50 |

▮▮▮▮▮▮▮▮▮▮▮▮▮

| 11/02/21 | T E Solomon | 4.00 |

Review and update case databases with new materials for access and review by team members per K. McCarthy's instructions.

| 11/03/21 | K McCarthy | 2.00 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| 11/03/21 | T E Solomon | 3.50 |

Complete updating case databases with new materials for access and review by team members per K. McCarthy's instructions.

| 11/04/21 | J J Darensbourg | 0.50 |

Manage shared database for attorneys of correspondence regarding email searches, ▮▮▮▮▮▮ ▮▮▮▮ and draft Stipulation to Amend Scheduling Order.

| 11/04/21 | G J Larosa | 1.00 |

Communicate in firm regarding case status and strategy.

| 11/04/21 | K McCarthy | 4.00 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

# JONES DAY

305158.610005

Page: 4
December 7, 2021
Invoice: 210905782

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| |  | |
| 11/04/21 | K I Nix | 0.30 |
| 11/04/21 | J J Normile | 0.50 |
| 11/05/21 | K McCarthy | 4.50 |
| 11/05/21 | J J Normile | 2.80 |
| 11/08/21 | G J Larosa | 1.00 |
| 11/08/21 | K McCarthy | 4.00 |
| 11/08/21 | K I Nix | 0.40 |
| 11/08/21 | J J Normile | 1.80 |
| 11/09/21 | J J Darensbourg | 1.20 |
| 11/09/21 | K McCarthy | 2.00 |

review of correspondence from O. Langer regarding draft stipulatio

attention to case correspondence and files (0.7).

manage shared database for attorneys of correspondence

# JONES DAY

305158.610005

Page: 5
December 7, 2021
Invoice: 210905782

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| | ███████████ | |
| 11/09/21 | J J Normile | 0.50 |
| 11/10/21 | G J Larosa | 1.00 |
| 11/10/21 | K McCarthy | 1.00 |

attention to case files and correspondence (0.6).

| 11/11/21 | K McCarthy | 1.20 |
| 11/11/21 | J J Normile | 1.00 |

Correspondence with counsel for Collegium relating to denial of motion to stay (0.5);

| 11/12/21 | K McCarthy | 0.80 |
| 11/12/21 | J J Normile | 0.50 |

Prepare for and participate in teleconference with O. Langer regarding stipulation to amend case management order.

| 11/14/21 | S Wynne | 0.30 |
| 11/15/21 | G J Larosa | 1.00 |
| 11/15/21 | K McCarthy | 3.00 |

attention to case files and correspondence (0.5).

| 11/15/21 | A M Nicolais | 0.30 |
| 11/15/21 | J J Normile | 1.80 |

**JONES DAY**

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/15/21 | E Pratt | 2.60 |
| 11/15/21 | S Wynne | 1.00 |
| 11/16/21 | K McCarthy | 4.00 |

attention to case files and correspondence (0.6).

| 11/16/21 | A M Nicolais | 1.80 |
|---|---|---|
| 11/16/21 | K I Nix | 0.30 |
| 11/16/21 | J J Normile | 0.50 |
| 11/16/21 | E Pratt | 2.80 |

Attention to production files needed for hard drive and service to locate additional prior production sets (1.3); communicate with vendor regarding supplemental needs related to same (.7); communicate with J Darensbourgh and K McCarthy regarding same (.8)

| 11/16/21 | S Wynne | 2.50 |
|---|---|---|
| 11/17/21 | K McCarthy | 3.50 |
| 11/17/21 | A M Nicolais | 1.90 |
| 11/17/21 | J J Normile | 0.30 |

# JONES DAY

305158.610005

Page: 7
December 7, 2021
Invoice: 210905782

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/17/21 | S Wynne | 2.50 |
| 11/18/21 | K McCarthy | 4.00 |

attention to case files and expert correspondence (0.6).

| 11/18/21 | E Pratt | 0.60 |

Communicate with J Darensbourgh and K McCarthy regarding status of production hard drive and steps necessary for finalization of same.

| 11/19/21 | K McCarthy | 4.00 |

attention to case files and correspondence (0.5).

| 11/19/21 | A M Nicolais | 0.70 |

Review/analyze PTAB final written decision and motion to terminate.

| 11/19/21 | K I Nix | 0.60 |

Reviewed PTAB decisions regarding 961 patent in suit, final determination and order denying motion to dismiss.

| 11/19/21 | S Wynne | 2.10 |
| 11/20/21 | S Wynne | 1.80 |
| 11/22/21 | G J Larosa | 1.00 |
| 11/22/21 | K McCarthy | 1.00 |
| 11/22/21 | K I Nix | 0.80 |
| 11/22/21 | J J Normile | 2.90 |

# JONES DAY

305158.610005

Page: 8
December 7, 2021
Invoice: 210905782

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/22/21 | T E Solomon | 0.50 |

Update case database with new materials for access and review by team members.

| 11/23/21 | K McCarthy | 1.50 |
| 11/23/21 | K I Nix | 0.40 |
| 11/24/21 | K McCarthy | 5.00 |
| 11/25/21 | A M Nicolais | 3.00 |
| 11/26/21 | S Wynne | 1.50 |
| 11/27/21 | K McCarthy | 3.50 |
| 11/27/21 | S Wynne | 1.50 |
| 11/28/21 | K McCarthy | 3.50 |

attention to case files and correspondence (0.7).

| 11/29/21 | G J Larosa | 1.00 |
| 11/29/21 | K McCarthy | 5.00 |
| 11/29/21 | A M Nicolais | 2.00 |

# JONES DAY

305158.610005

Page: 9
December 7, 2021
Invoice: 210905782

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/29/21 | K I Nix | 1.00 |



| 11/30/21 | J J Darensbourg | 1.20 |

Manage shared database for attorneys of correspondence regarding Joint Stipulation and Order to modify Scheduling Order, discovery matters,

| 11/30/21 | K McCarthy | 7.00 |

| 11/30/21 | K I Nix | 0.30 |

| 11/30/21 | J J Normile | 1.00 |

**Total**                                                    **135.80**

**JONES DAY**

305158.610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page: 10
December 7, 2021
Invoice: 210905782

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 11/29/21 | J J Normile | NYC | 6,857.00 | |
| **Consultants and Agents Fees Subtotal** | | | | **6,857.00** |
| **Total Disbursements and Charges** | | | **USD** | **6,857.00** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**


December 7, 2021                                                     305158.610022
                                                                    Invoice: 210905783

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through November 30, 2021:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 38,090.00 |
| Less 13% Discount | | (4,951.70) |
| Total Billed Fees | USD | 33,138.30 |
| **TOTAL** | **USD** | **33,138.30** |

Please remit payment to:

**ACH Transfer (preferred)**                **Wire Transfer**
Citibank, N.A.                                   Citibank, N.A.
New York, NY                                    New York, NY
Account Name:  Jones Day                 Account Name:  Jones Day
Account No:  37026407                      Account No:  37026407
ABA No:  021000089                         ABA No:  021000089
                                                      Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610022/210905783 WITH YOUR PAYMENT

# JONES DAY

305158.610022

Page: 2
December 7, 2021
Invoice: 210905783

Collegium 961 PGR

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Partner |  |  |  |
| G A Castanias | 5.10 | 1,175.00 | 5,992.50 |
| M W Johnson | 2.80 | 850.00 | 2,380.00 |
| G J Larosa | 7.00 | 1,125.00 | 7,875.00 |
| J J Normile | 9.10 | 1,250.00 | 11,375.00 |
| J L Swize | 3.50 | 1,100.00 | 3,850.00 |
| Associate |  |  |  |
| K McCarthy | 8.50 | 715.00 | 6,077.50 |
| Paralegal |  |  |  |
| J J Darensbourg | 0.40 | 350.00 | 140.00 |
| T E Solomon | 1.00 | 400.00 | 400.00 |
| **Total** | **37.40** | **USD** | **38,090.00** |

# JONES DAY

305158.610022

Page: 3
December 7, 2021
Invoice: 210905783

Collegium 961 PGR

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/19/21 | J J Darensbourg | 0.10 |

Manage shared database for attorneys of Final Written Decision and Order Denying Patent Owner's Motion to Terminate.



| 11/19/21 | M W Johnson | 0.50 |
| 11/19/21 | G J Larosa | 3.00 |
| 11/19/21 | K McCarthy | 1.50 |
| 11/19/21 | J J Normile | 1.50 |
| 11/20/21 | J J Normile | 1.00 |
| 11/22/21 | G J Larosa | 2.00 |
| 11/22/21 | K McCarthy | 3.00 |
| 11/22/21 | J J Normile | 2.60 |
| 11/23/21 | G J Larosa | 1.00 |
| 11/23/21 | K McCarthy | 2.50 |
| 11/23/21 | J J Normile | 0.70 |

# JONES DAY



| Date | Name | Hours |
|---|---|---|
| 11/23/21 | J L Swize | 2.00 |
| 11/24/21 | G A Castanias | 2.80 |
| 11/24/21 | M W Johnson | 1.50 |
| 11/24/21 | G J Larosa | 1.00 |
| 11/24/21 | K McCarthy | 1.50 |
| 11/24/21 | J J Normile | 2.30 |
| 11/24/21 | T E Solomon | 1.00 |

Update Correspondence database with new materials for access and review by team members.

| Date | Name | Hours |
|---|---|---|
| 11/24/21 | J L Swize | 0.50 |
| 11/29/21 | G A Castanias | 2.30 |
| 11/29/21 | M W Johnson | 0.80 |
| 11/29/21 | J J Normile | 1.00 |
| 11/29/21 | J L Swize | 0.60 |

**JONES DAY**

305158.610022                                                                                   Page: 5
                                                                                    December 7, 2021

Collegium 961 PGR                                                          Invoice: 210905783

| | | | |
|---|---|---|---|
| 11/30/21 | J J Darensbourg | | 0.30 |
| | Manage shared database for attorneys of correspondence regarding Board decisions. | | |
| 11/30/21 | J L Swize | | 0.40 |

**Total**                                                                                       **37.40**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**
**Federal Identification Number: 34-0319085**

December 7, 2021                                                305158.640002
                                                               Invoice: 210905784

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2021:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 2,030.50 |
| Less 13% Discount | | (263.97) |
| Total Billed Fees | USD | 1,766.53 |
| **TOTAL** | **USD** | **1,766.53** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                        Citibank, N.A.
New York, NY                          New York, NY
Account Name: Jones Day               Account Name: Jones Day
Account No: 37026407                  Account No: 37026407
ABA No: 021000089                     ABA No: 021000089
                                      Swift Code: CITIUS33

PLEASE REFERENCE 305158 640002/210905784 WITH YOUR PAYMENT

# JONES DAY

305158.640002

Strategic Corporate Advice

Page: 2
December 7, 2021
Invoice: 210905784

### Timekeeper/Fee Earner Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| Associate | | | |
| A M Nicolais | 3.10 | 655.00 | 2,030.50 |
| **Total** | **3.10** | **USD** | **2,030.50** |

# JONES DAY

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/01/21 | A M Nicolais | 0.90 |
| 11/15/21 | A M Nicolais | 0.60 |
| 11/17/21 | A M Nicolais | 0.30 |
| 11/29/21 | A M Nicolais | 1.30 |
| **Total** | | **3.10** |

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

December 7, 2021                                     305158.610028
                                                     Invoice: 210905785

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through November 30, 2021:

| | | |
|---|---|---:|
| Accord Healthcare Inc. | USD | 37,996.50 |
| Less 13% Discount | | (4,939.55) |
| Total Billed Fees | USD | 33,056.95 |

### Disbursement & Charges Summary

| | | |
|---|---|---:|
| United Parcel Service Charges | 26.98 | |
| | USD | 26.98 |
| **TOTAL** | **USD** | **33,083.93** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                         Citibank, N.A.
New York, NY                           New York, NY
Account Name:  Jones Day               Account Name:  Jones Day
Account No:  37026407                  Account No:  37026407
ABA No:  021000089                     ABA No:  021000089
                                       Swift Code:  CITIUS33

PLEASE REFERENCE 305158 610028/210905785 WITH YOUR PAYMENT

# JONES DAY

305158.610028

Accord Healthcare Inc.

Timekeeper/Fee Earner Summary

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| Partner | | | |
| J J Normile | 7.50 | 1,250.00 | 9,375.00 |
| Associate | | | |
| K McCarthy | 28.50 | 715.00 | 20,377.50 |
| A M Nicolais | 2.80 | 655.00 | 1,834.00 |
| Paralegal | | | |
| J J Darensbourg | 12.60 | 350.00 | 4,410.00 |
| T E Solomon | 5.00 | 400.00 | 2,000.00 |
| **Total** | **56.40** | **USD** | **37,996.50** |

# JONES DAY

305158.610028

Accord Healthcare Inc.

## Fee Detail



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/01/21 | J J Normile | 1.10 |
| 11/02/21 | K McCarthy | 1.50 |
| 11/02/21 | T E Solomon | 2.00 |

Review and update case databases with new materials for access and review by team members per K. McCarthy's instructions.

| 11/03/21 | J J Darensbourg | 0.10 |

Manage shared database for attorneys of correspondence regarding discovery matters.

| 11/03/21 | K McCarthy | 1.00 |
| 11/03/21 | A M Nicolais | 2.40 |
| 11/03/21 | J J Normile | 1.00 |
| 11/03/21 | T E Solomon | 1.00 |

Review and update case databases with new materials for access and review by team members per K. McCarthy's instructions.

| 11/04/21 | A M Nicolais | 0.40 |
| 11/04/21 | J J Normile | 0.80 |
| 11/04/21 | T E Solomon | 1.00 |

Review and update case databases with new materials for access and review by team members per K. McCarthy's instructions.

| 11/05/21 | K McCarthy | 1.50 |

# JONES DAY

305158.610028

Page: 4
December 7, 2021

Accord Healthcare Inc.

Invoice: 210905785



| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/08/21 | K McCarthy | 2.00 |
| 11/08/21 | J J Normile | 1.50 |
| 11/09/21 | K McCarthy | 1.00 |
| 11/10/21 | K McCarthy | 2.50 |
| 11/11/21 | K McCarthy | 1.50 |
| 11/12/21 | J J Darensbourg | 0.40 |
| 11/12/21 | K McCarthy | 1.50 |
| 11/15/21 | J J Darensbourg | 4.20 |
| 11/15/21 | K McCarthy | 3.00 |
| 11/16/21 | J J Darensbourg | 2.10 |

Manage/prepare prior OxyContin litigation documents for production to Defendant.

| 11/16/21 | K McCarthy | 3.00 |
| 11/17/21 | K McCarthy | 2.00 |

# JONES DAY

305158.610028

Accord Healthcare Inc.

| Date of Service | Timekeeper/Fee Earner Name | Hours |
|---|---|---|
| 11/18/21 | J J Darensbourg | 1.80 |

Manage/prepare document production of Prior OxyContin litigation documents to Defendant Accord.

| 11/18/21 | K McCarthy | 2.00 |
|---|---|---|

| 11/18/21 | J J Normile | 1.00 |
|---|---|---|

| 11/19/21 | J J Darensbourg | 2.90 |
|---|---|---|

Manage/prepare document production of Prior OxyContin litigation documents to Defendant Accord (1.6); manage document production by Defendant Accord (1.3).

| 11/19/21 | K McCarthy | 1.50 |
|---|---|---|

| 11/22/21 | K McCarthy | 1.00 |
|---|---|---|

| 11/23/21 | K McCarthy | 1.50 |
|---|---|---|

| 11/24/21 | T E Solomon | 1.00 |
|---|---|---|

Update Pleadings database with new materials for access and review by team members.

| 11/26/21 | K McCarthy | 0.50 |
|---|---|---|

Attention to case files and correspondence (0.5).

| 11/29/21 | J J Darensbourg | 1.10 |
|---|---|---|

Manage shared database for attorneys of correspondence with ███████████ and discovery regarding Accord's First Supplemental Responses to First Interrogatories.

| 11/29/21 | K McCarthy | 1.50 |
|---|---|---|

| 11/29/21 | J J Normile | 2.10 |
|---|---|---|

# JONES DAY

305158.610028

Page: 6

December 7, 2021

Accord Healthcare Inc.

Invoice: 210905785

| *Date of Service* | *Timekeeper/Fee Earner Name* | *Hours* |
|---|---|---|
| | **Total** | **56.40** |

# JONES DAY

305158.610028

December 7, 2021

Accord Healthcare Inc.

Invoice: 210905785

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **UNITED PARCEL SERVICE CHARGES** | | | | |
| 11/19/21 | J J Darensbourg | NYC | 26.98 | |

Vendor: United Parcel Service, Inc. Invoice#: 21000010445E481 Date: 11/27/2021  -  -  Ship To: Ben  Mahon,  Esq., McAndrews, Held & Malloy, Ltd. Ship Dt: 11/19/21 Airbill: 1Z10445E0196047646

**United Parcel Service Charges Subtotal** **26.98**

**Total Disbursements and Charges** **USD** **26.98**

# JONES DAY

**New York Office**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**
**Federal Identification Number:  34-0319085**

December 7, 2021

305158.000002
Invoice: 210905786

Purdue Pharma L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT  06901

For legal services rendered for the period through November 30, 2021:

|  |  |  |
|---|---|---|
| ███████████████████████ | USD | 71,322.50 |
| Less 13% Fee Discount | | (9,271.93) |
| Total Billed Fees | USD | 62,050.57 |

### Disbursement & Charges Summary

| | | | |
|---|---|---|---|
| Consultants and Agents Fees | 635.74 | | |
| | | USD | 635.74 |
| **TOTAL** | | **USD** | **62,686.31** |

**JONES DAY**

305158.000002







# JONES DAY

███████████████████████████████

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 11/30/21 | SHA Accounting | SHA | 635.74 | |
| | Proofreading fee; Vendor: Zhang Bin; Invoice#: 21113001; Date: 11/30/2021 | | | |
| **Consultants and Agents Fees Subtotal** | | | | **635.74** |
| | | | | |
| **Total Disbursements and Charges** | | | **USD** | **635.74** |