KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036-2601
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222
Scott Davidson

*Special Counsel to the Debtors and Debtors in Possessions*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* [1] | **Case No. 19-23649 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**TWENTY-SEVENTH MONTHLY FEE STATEMENT OF KING & SPALDING LLP**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE**
**DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM**
**NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| | |
|---|---|
| **Name of Applicant** | King & Spalding LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 543] |
| | August 18, 2021 [Docket No. 3596] |
| **Period for Which Compensation and Reimbursement is Sought** | November 1, 2021 through November 30, 2021 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total Compensation Requested in this Statement** | $181,110.96<br>(80% of $226,388.70) |
| **Total Reimbursement Requested in this Statement** | $0.00 |
| **Total Compensation and Reimbursement Requested in this Statement** | $181,110.96 |
| **This is a(n):   X  Monthly Application   __  Interim Application   __  Final Application** | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of King & Spalding LLP as Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019 [Docket No. 543] (the "**Initial Retention Order**"), the *Order Authorizing Application of Debtors for Authority to Supplement Retention and Employment of King & Spalding LLP as Special Counsel to the Debtors Nunc Pro Tunc To July* 7, 2021, dated August 18, 2021 [Docket No. 3596] (the "**Supplemental Retention Order**," and with the Initial Retention Order, the "**Retention Orders**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), King & Spalding LLP ("**K&S**"), special counsel to the above-captioned debtors and

debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from November 1, 2021 Through November 30, 2021* (this "**Fee Statement**").[2]  By this Fee Statement, and after taking into account certain voluntary discounts and reductions,[3] K&S seeks (i) compensation in the amount of $181,110.96, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that K&S incurred in connection with such services during the Fee Period (*i.e.*, $226,388.70) and (ii) payment of $0.00, for the actual, necessary expenses that K&S incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by K&S partners, counsel, associates, discovery counsel, privilege review attorneys, and paraprofessionals during the Fee Period with respect to each of the project categories K&S established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, K&S incurred $226,388.70 in fees during the Fee Period.  Pursuant to this Fee Statement, K&S seeks reimbursement for 80% of such fees, totaling $181,110.96.

2.      Attached hereto as **Exhibit B** is a chart of K&S professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly

---

[2]    The period from November 1, 2021 through and including November 30, 2021 is referred to herein as the "**Fee Period**."

[3]    K&S agreed as a courtesy to the Debtors to bill at approximately 90% of its hourly rates in effect when the services are rendered.  Additionally, K&S agreed to offer additional discounts, including on a sliding scale on fees exceeding certain amounts.

rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $517.22.[4]

3.      Attached hereto as **<u>Exhibit C</u>** is a chart of expenses that K&S incurred or disbursed in the amount of $0.00 in connection with providing professional services to the Debtors during the Fee Period.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of K&S for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

<u>**Notice**</u>

5.      K&S will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  K&S submits that no other or further notice be given.

WHEREFORE, K&S, in connection with services rendered on behalf of the Debtors during the Fee Period, respectfully requests (i) compensation in the amount of $181,110.96, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that K&S incurred in connection with such services during the Fee Period (*i.e.*, $226,388.70) and (ii) payment of $0.00 for the actual, necessary expenses that K&S incurred in connection with such services during the Fee Period.

---

[4]    The blended hourly rate of $517.22 for attorneys is derived by dividing the total fees for attorneys of $226,388.70 by the total hours of 437.7.  There was no paraprofessional time incurred during the Fee Period.

Dated:   December 8, 2021
         New York, New York

**KING & SPALDING LLP**

*/s/ Scott Davidson*
_____
Scott Davidson
1185 Avenue of the Americas
New York, New York  10036-2601
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222

*Special Counsel to the Debtors and Debtors in Possession*

## Exhibit A

## Fees by Project Category[5]

---

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Analysis/Strategy | 164.2 | $145,560.22 |
| Document Production (Defense) | 244.2 | $57,605.13 |
| Retention and Fee Applications | 29.1 | $26,693.50 |
| **TOTALS** | 437.7 | $229,858.85 |

## **Exhibit B**

**Professional & Paraprofessional Fees**[6]

---

[6] The hourly billing rate and total compensation listed in Exhibit B for each timekeeper do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey Bucholtz | Partner; joined K&S 2009; admitted to Washington, D.C. | $1,195.00 | 60.5 | $72,297.50 |
| Rose Jones | Partner; joined K&S 2003; admitted to Georgia 2002 | $500.00 | 26.5 | $13,250.00 |
| Marisa Maleck | Partner; joined K&S 2016; admitted to Maryland 2012, Washington, D.C. 2013 | $965.00 | 10.8 | $10,422.00 |
| Paul Mezzina | Partner; joined K&S 2020; admitted to California 2009, Washington, D.C. 2011 | $1,015.00 | 22.4 | $22,736.00 |
| Hap Shashy | Partner; joined K&S 2012; admitted to Florida 1974, New York 1977, Texas 1984, Washington, D.C. | $1,475.00 | 28.3 | $41,742.50 |
| John Tucker | Partner; joined K&S 1999; admitted to Kentucky 1995, Georgia 2000 | $500.00 | 2.2 | $1,100.00 |
| **Counsel** | | | | |
| Scott Davidson | Counsel; joined K&S 2009; admitted to New York 1996 | $1,290.00 | 9.2 | $11,868.00 |
| **Associate** | | | | |
| Leia Shermohammed | Associate; joined K&S 2017; admitted to Georgia 2015 | $745.00 | 19.9 | $14,825.50 |
| **Discovery Counsel** | | | | |
| Nicole Bass | Discovery counsel; joined K&S 2010; admitted to Georgia 2010 | $350.00 | 15.9 | $5,565.00 |
| Kassi Burns | Discovery counsel; joined K&S 2021; admitted to Arkansas 2006 | $350.00 | 25.1 | $8,785.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Privilege Review Attorneys** | | | | |
| Michael Douglas | Privilege review attorney; joined K&S 2003; admitted to Georgia 1999 | $240.00 | 7.2 | $1,728.00 |
| Reilly Schreck | Privilege review attorney; joined K&S 2012; admitted to Georgia 2012 | $240.00 | 2.7 | $648.00 |
| Eric Smedley | Privilege review attorney; joined K&S 2000; admitted to Georgia 1999 | $240.00 | 9.2 | $2,208.00 |
| David Vandiver | Privilege review attorney; joined K&S 1999; admitted to Georgia 1990 | $240.00 | 23.4 | $5,616.00 |
| Hao Wang | Privilege review attorney; joined K&S 2016; admitted to Georgia 2017 | $240.00 | 5.3 | $1,272.00 |
| Austin Gibson | Privilege review attorney; joined K&S 2017; admitted to Georgia 2016 | $240.00 | 66.8 | $16,032.00 |
| Chris Harris | Privilege review attorney; joined K&S 2007; admitted to Georgia 2006 joined K&S 2007; admitted to Georgia 2006 | $240.00 | 18.7 | $4,488.00 |
| Kathleen Lynch | Privilege review attorney; joined K&S 2014; admitted to Georgia 2011 | $240.00 | 83.6 | $20,064.00 |

## **Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| **TOTAL** | **$0.00** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10486454 |
| Invoice Date | 12/07/21 |
| Client No. | 08714 |
| Matter No. | 158001 |

RE: DOJ Opioid Marketing Investigations
Client Matter Reference: 20190002327

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered from November 1, 2021 through November 30, 2021:

| | | |
|---|---|---:|
| Fees | $ | 105,455.50 |
| Less Courtesy Fee Discount (13.0%) | | -13,709.21 |
| **Total this Invoice** | **$** | **91,746.29** |

*Payment is Due Upon Receipt*

| | | | | | |
|---|---|---|---|---|---|
| 08714 | Purdue Pharma LP | | | | Invoice No. 10486454 |
| 158001 | DOJ Opioid Marketing Investigations | | | | Page 2 |
| 12/07/21 | | | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 11/01/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, M. Florence, team regarding DOJ and bankruptcy issues (0.4); review materials regarding DOJ and bankruptcy issues (0.4) | 0.8 |
| 11/02/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, P. Fitzgerald, M. Florence, J. Bragg, R. Aleali, E. Vonnegut, P. Mezzina, M. Maleck, team regarding DOJ and bankruptcy issues (3.2); review materials regarding DOJ and bankruptcy issues (0.6) | 3.8 |
| 11/03/21 | J Bucholtz | L120 | A105 | Confer with M. Florence, P. Mezzina, M. Maleck, team regarding DOJ and bankruptcy issues (2.1); review materials regarding DOJ and bankruptcy issues (0.7) | 2.8 |
| 11/03/21 | M Maleck | L120 | A105 | Conference with J. Bucholtz and P. Mezzina regarding DOJ and bankruptcy issues | 0.7 |
| 11/03/21 | P Mezzina | L120 | A105 | Conference with J. Bucholtz and M. Maleck regarding bankruptcy and DOJ issues | 0.7 |
| 11/03/21 | P Mezzina | L120 | A104 | Review and analyze materials regarding bankruptcy and DOJ issues | 2.7 |
| 11/04/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, J. Bragg, M. Florence, M. Huebner, S. Stefanik, DOJ, team regarding DOJ and bankruptcy issues (2.6); review and edit materials regarding DOJ and bankruptcy issues (0.8) | 3.4 |
| 11/04/21 | P Mezzina | L120 | A104 | Review and analyze materials regarding bankruptcy and DOJ issues | 3.2 |
| 11/05/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, J. Bragg, M. Florence, S. Stefanik, team regarding DOJ and bankruptcy issues (1.1); review materials regarding DOJ and bankruptcy issues (0.7) | 1.8 |
| 11/06/21 | J Bucholtz | L120 | A107 | Confer with M. Huebner, E. Vonnegut, M. Florence, team regarding DOJ and bankruptcy issues | 0.5 |
| 11/06/21 | M Maleck | L120 | A104 | Analyze materials regarding DOJ and bankruptcy issues | 1.1 |
| 11/06/21 | P Mezzina | L120 | A104 | Review and analyze materials regarding | 2.2 |

08714      Purdue Pharma LP                                                    Invoice No. 10486454
158001     DOJ Opioid Marketing Investigations                                               Page 3
12/07/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | bankruptcy and DOJ issues | |
| 11/08/21 | J Bucholtz | L120 | A107 | Confer with M. Huebner, B. Kaminetzky, P. Fitzgerald, M. Florence, team regarding DOJ and bankruptcy issues (0.9); confer with P. Mezzina, M. Maleck regarding DOJ and bankruptcy issues (0.2); review materials regarding DOJ and bankruptcy issues (0.3) | 1.4 |
| 11/09/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, B. Kaminetzky, M. Huebner, P. Fitzgerald, team regarding bankruptcy and DOJ issues (0.6); listen to stay hearing (1.7); review materials regarding bankruptcy and DOJ issues (0.4) | 2.7 |
| 11/09/21 | P Mezzina | L120 | A102 | Review and analysis concerning bankruptcy and DOJ issues | 1.6 |
| 11/09/21 | P Mezzina | L120 | A105 | Conference with J. Bucholtz and M. Maleck regarding bankruptcy and DOJ issues | 0.5 |
| 11/10/21 | J Bucholtz | L120 | A107 | Confer with P. Mezzina, M. Maleck regarding DOJ and bankruptcy issues (0.5); confer with R. Aleali, P. Fitzgerald, J. Bragg, M. Florence, B. Kaminetzky, team regarding DOJ and bankruptcy issues (0.8); review and edit materials regarding DOJ and bankruptcy issues (0.3) | 1.6 |
| 11/10/21 | M Maleck | L120 | A104 | Analyze DOJ and bankruptcy issues (0.8); meet with P. Mezzina and J. Bucholtz regarding same (0.5) | 1.3 |
| 11/10/21 | P Mezzina | L120 | A105 | Confer with J. Bucholtz and M. Maleck regarding bankruptcy and DOJ issues | 0.5 |
| 11/11/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, J. Bragg, M. Florence, R. Aleali, S. Stefanik regarding DOJ and bankruptcy issues (0.8); review and edit materials regarding DOJ and bankruptcy issues (0.8); confer with G. Cardillo, P. Mezzina, M. Maleck regarding DOJ and bankruptcy issues (0.2) | 1.8 |
| 11/12/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, M. Florence, team regarding DOJ and bankruptcy issues (0.6); review materials regarding DOJ and bankruptcy issues (0.6); confer with P. Mezzina, M. Maleck regarding DOJ and bankruptcy issues (0.2) | 1.4 |

08714      Purdue Pharma LP                                              Invoice No. 10486454
158001     DOJ Opioid Marketing Investigations                                       Page 4
12/07/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 11/12/21 | M Maleck | L120 | A104 | Review and analyze DOJ and bankruptcy issues | 1.5 |
| 11/12/21 | P Mezzina | L120 | A105 | Conference with J. Bucholtz and M. Maleck regarding bankruptcy and DOJ issues | 1.1 |
| 11/12/21 | P Mezzina | L120 | A104 | Review and analyze DOJ and bankruptcy issues | 3.9 |
| 11/13/21 | J Bucholtz | L120 | A106 | Review and edit materials regarding bankruptcy and DOJ issues (2.4); confer with M. Kesselman, G. Cardillo, H. Coleman, P. Mezzina, M. Maleck regarding bankruptcy and DOJ issues (0.7) | 3.1 |
| 11/13/21 | M Maleck | L120 | A104 | Review and analysis of DOJ and bankruptcy issues | 1.0 |
| 11/13/21 | P Mezzina | L120 | A105 | Conference with M. Maleck and J. Bucholtz regarding bankruptcy and DOJ issues | 0.8 |
| 11/14/21 | J Bucholtz | L120 | A107 | Confer with R. Aleali, P. Fitzgerald, M. Florence, J. Weiner, team regarding DOJ and bankruptcy issues | 0.3 |
| 11/15/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, R. Aleali, M. Huebner, B. Kaminetzky, J. Weiner, C. Robertson, P. Fitzgerald, M. Florence, team regarding DOJ and bankruptcy issues (1.8); review materials regarding DOJ and bankruptcy issues (0.4) | 2.2 |
| 11/15/21 | M Maleck | L120 | A105 | Review materials regarding DOJ and bankruptcy issues | 0.2 |
| 11/15/21 | P Mezzina | L120 | A105 | Conference with M. Maleck and S. Lima regarding bankruptcy and DOJ materials | 0.2 |
| 11/16/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, J. Bragg, M. Florence, R. Aleali, E. Vonnegut, C. Robertson, S. Birnbaum, team regarding DOJ and bankruptcy issues (2.2); review materials regarding DOJ and bankruptcy issues (0.4) | 2.6 |
| 11/17/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, M. Florence, team regarding DOJ and bankruptcy issues | 0.2 |
| 11/18/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, M. Florence, J. Bragg, B. Ridgway regarding DOJ and bankruptcy issues | 1.2 |

08714    Purdue Pharma LP                                           Invoice No. 10486454
158001   DOJ Opioid Marketing Investigations                              Page 5
12/07/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 11/19/21 | J Bucholtz | L120 | A107 | Confer with M. Florence, P. Fitzgerald, J. Simonelli, team regarding DOJ and bankruptcy issues | 0.4 |
| 11/21/21 | J Bucholtz | L120 | A107 | Confer with J. Bragg, team regarding DOJ and bankruptcy issues | 0.2 |
| 11/22/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, J. Bragg, team regarding DOJ and bankruptcy issues (0.5); review materials regarding DOJ and bankruptcy issues (0.2) | 0.7 |
| 11/23/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, P. Fitzgerald, S. Birnbaum, M. Florence, M. Maleck, team regarding bankruptcy and DOJ issues (1.4); review materials regarding bankruptcy and DOJ issues (0.8) | 2.2 |
| 11/23/21 | M Maleck | L120 | A104 | Review and analyze DOJ and bankruptcy issues | 1.5 |
| 11/23/21 | P Mezzina | L120 | A104 | Review and analyze bankruptcy and DOJ materials | 1.5 |
| 11/24/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, M. Florence, P. Mezzina, M. Maleck, K. Benedict, team regarding DOJ and bankruptcy issues | 0.6 |
| 11/24/21 | P Mezzina | L120 | A104 | Review and analyze bankruptcy and DOJ materials | 1.5 |
| 11/24/21 | P Mezzina | L120 | A105 | Conference with J. Bucholtz and M. Maleck regarding bankruptcy and DOJ issues | 1.5 |
| 11/25/21 | J Bucholtz | L120 | A104 | Review materials regarding DOJ and bankruptcy issues | 0.8 |
| 11/26/21 | J Bucholtz | L120 | A107 | Confer with G. Cardillo, P. Fitzgerald, team regarding bankruptcy and DOJ issues (0.3); review materials regarding bankruptcy and DOJ issues (3.4) | 3.7 |
| 11/26/21 | P Mezzina | L120 | A104 | Review DOJ and bankruptcy issues | 0.3 |
| 11/27/21 | J Bucholtz | L120 | A106 | Review materials regarding bankruptcy and DOJ issues (2.8); confer with M. Kesselman, B. Kaminetzky, M. Tobak, P. Fitzgerald, H. Coleman, M. Maleck, team regarding bankruptcy and DOJ issues (1.4) | 4.2 |
| 11/27/21 | M Maleck | L120 | A104 | Review and analyze DOJ and bankruptcy issues | 3.5 |
| 11/27/21 | P Mezzina | L120 | A105 | Review bankruptcy and DOJ materials | 0.2 |
| 11/28/21 | J Bucholtz | L120 | A104 | Confer with M. Kesselman, J. Adams, | 7.3 |

08714    Purdue Pharma LP                                                        Invoice No. 10486454
158001   DOJ Opioid Marketing Investigations                                               Page 6
12/07/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | P. Fitzgerald, M. Huebner, M. Tobak, team regarding bankruptcy and DOJ issues (4.2); review materials regarding bankruptcy and DOJ issues (2.8); confer with J. Bragg, M. Florence, B. McConagha regarding DOJ and bankruptcy issues (0.3) | |
| 11/29/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, M. Florence, DOJ, team regarding DOJ and bankruptcy issues (2.4); review materials regarding DOJ and bankruptcy issues (0.7) | 3.1 |
| 11/30/21 | J Bucholtz | L120 | A107 | Attend appellate oral argument, confer with J. Adams, P. Fitzgerald, M. Florence, team regarding same (4.5); review and edit materials regarding DOJ and bankruptcy issues (1.2) | 5.7 |
| | | | | | 93.7 |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Jeffrey Bucholtz | Partner | 60.5 | 1195.00 | 72,297.50 |
| Marisa Maleck | Partner | 10.8 | 965.00 | 10,422.00 |
| Paul Mezzina | Partner | 22.4 | 1015.00 | 22,736.00 |
| Total | | 93.7 | | $105,455.50 |

08714     Purdue Pharma LP                                       Invoice No. 10486454
158001    DOJ Opioid Marketing Investigations                               Page 7
12/07/21

**Task Summary - Fees**

| Task | | Hours | Value |
|------|--|-------|-------|
| L120 | Analysis/Strategy | 93.7 | 91,746.29 |
| | Total Fees | 93.7 | 91,746.29 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10486456 |
| Invoice Date | 12/07/21 |
| Client No. | 08714 |
| Matter No. | 090001 |

RE: Plan Transaction Tax Issues
Client Matter Reference: 20210003141

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered from November 01, 2021 through November 30, 2021:

| | | |
|---|---|---|
| Fees | $ | 41,742.50 |
| Less Courtesy Fee Discount (13.0%) | | -5,426.52 |
| **Total this Invoice** | **$** | **36,315.98** |

*Payment is Due Upon Receipt*

| 08714 | Purdue Pharma LP | | | | Invoice No. 10486456 | |
| 090001 | Plan Transaction Tax Issues | | | | Page 2 | |
| 12/07/21 | | | | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 11/01/21 | H Shashy | L120 | A108 | Confer with IRS regarding pre-submission memorandum | 0.4 |
| 11/02/21 | H Shashy | L120 | A104 | Analysis of tax questions | 1.3 |
| 11/02/21 | H Shashy | L120 | A108 | Telephone conference with IRS regarding pre-submission memorandum | 0.8 |
| 11/03/21 | H Shashy | L120 | A108 | Confer with IRS regarding pre-submission memorandum | 0.6 |
| 11/03/21 | H Shashy | L120 | A104 | Analysis of tax issues (1.3); review of IRS guidance request authorities (1.2) | 2.5 |
| 11/04/21 | H Shashy | L120 | A101 | Preparation for IRS conference | 1.4 |
| 11/04/21 | H Shashy | L120 | A108 | Confer with IRS regarding pre-submission memorandum and attachments | 0.9 |
| 11/04/21 | H Shashy | L120 | A103 | Revision of IRS submissions | 0.6 |
| 11/05/21 | H Shashy | L120 | A107 | Confer with Davis Polk regarding IRS submissions | 0.7 |
| 11/05/21 | H Shashy | L120 | A103 | Revision of IRS submissions | 0.7 |
| 11/05/21 | H Shashy | L120 | A101 | Preparation for IRS conference | 1.3 |
| 11/08/21 | H Shashy | L120 | A104 | Analysis of tax authorities relevant to IRS guidance request | 2.0 |
| 11/11/21 | H Shashy | L120 | A104 | Analysis of tax issues | 1.8 |
| 11/12/21 | H Shashy | L120 | A104 | Analysis of tax authorities | 1.8 |
| 11/12/21 | H Shashy | L120 | A107 | Confer with Davis Polk regarding IRS submission | 0.4 |
| 11/17/21 | H Shashy | L120 | A108 | Confer with IRS regarding pre-sub memorandum and related matters (0.9); conference with DPW and NRF regarding IRS pre-submissions matters (0.3) | 1.2 |
| 11/18/21 | H Shashy | L120 | A104 | Analysis of IRS guidance issues and potential presentation to IRS regarding same | 2.2 |
| 11/19/21 | H Shashy | L120 | A104 | Analysis of IRS guidance requirements and presentation approach to IRS regarding guidance submission | 2.3 |
| 11/22/21 | H Shashy | L120 | A108 | Telephone conference with IRS regarding guidance submission | 0.7 |
| 11/22/21 | H Shashy | L120 | A104 | Analysis of authorities regarding IRS guidance submission | 0.9 |
| 11/29/21 | H Shashy | L120 | A104 | Analysis regarding tax issues | 1.7 |

08714    Purdue Pharma LP                                              Invoice No. 10486456
090001   Plan Transaction Tax Issues                                              Page 3
12/07/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|------------|------|----------|-------------|-------|
| 11/30/21 | H Shashy | L120 | A107 | Confer with Davis Polk regarding IRS guidance submission | 0.8 |
| 11/30/21 | H Shashy | L120 | A104 | Initial review of Davis Polk analysis of tax issues | 1.3 |
| | | | | | 28.3 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|------------|--------|-------|------|-------|
| Hap Shashy | Partner | 28.3 | 1475.00 | 41,742.50 |
| Total | | 28.3 | | $41,742.50 |

08714      Purdue Pharma LP                                        Invoice No. 10486456
090001     Plan Transaction Tax Issues                                        Page 4
12/07/21

**Task Summary - Fees**

| Task | | Hours | Value |
|------|---|-------|-------|
| L120 | Analysis/Strategy | 28.3 | 36,315.98 |
| | Total Fees | 28.3 | 36,315.98 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10486455 |
| Invoice Date | 12/07/21 |
| Client No. | 08714 |
| Matter No. | 240001 |

RE: Retention And Fee Application
Client Matter Reference: 20190002705

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered from November 01, 2021 through November 30, 2021:

| | | |
|---|---|---|
| Fees | $ | 26,693.50 |
| Less Courtesy Fee Discount (13.0%) | | -3,470.15 |
| **Total this Invoice** | **$** | **23,223.35** |

*Payment is Due Upon Receipt*

08714      Purdue Pharma LP                                          Invoice No. 10486455
240001     Retention And Fee Application                                         Page 2
12/07/21


**PROFESSIONAL SERVICES**

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 11/01/21 | L Shermohammed | L210 | A103 | Draft interim fee application | 2.1 |
| 11/02/21 | L Shermohammed | L210 | A103 | Draft interim fee application | 1.7 |
| 11/04/21 | L Shermohammed | L210 | A103 | Draft interim fee application | 1.1 |
| 11/08/21 | S Davidson | L120 | A104 | E-mails to L. Shermohammed regarding upcoming interim fee application (0.4); review budget information (0.3); review relevant monthly fee statements and amounts requested (0.9) | 1.6 |
| 11/09/21 | S Davidson | L120 | A104 | Review information and e-mail to team regarding budget information (0.5); e-mails with R. Jones regarding budget information (0.3); e-mails with J. Bucholtz and H. Shashy regarding budget information (0.5) | 1.3 |
| 11/10/21 | S Davidson | L120 | A104 | E-mails with R. Jones regarding Budget matters | 0.5 |
| 11/10/21 | L Shermohammed | L210 | A103 | Draft sixth interim fee application | 0.7 |
| 11/11/21 | S Davidson | L120 | A104 | E-mails with H. Shashy and J. Bucholtz regarding budget matters | 0.4 |
| 11/11/21 | L Shermohammed | L210 | A103 | Draft sixth interim fee application | 1.9 |
| 11/12/21 | S Davidson | L120 | A106 | Review J. Bucholtz' e-mail with budget information (0.2); compose email to client regarding same (0.3); e-mails with L. Shermohammed regarding interim fee application (0.3). | 0.8 |
| 11/12/21 | L Shermohammed | L210 | A103 | Draft sixth interim fee application | 2.9 |
| 11/14/21 | L Shermohammed | L210 | A103 | Draft sixth interim fee application | 1.4 |
| 11/15/21 | S Davidson | L120 | A104 | Review draft of sixth interim fee application and provide comments (0.9); e-mails with L. Shermohammed, J. Bucholtz and R. Jones regarding additional information for interim fee application (0.5); review final version of interim fee application, make minor revisions and finalize (0.4); coordinate filing and service of sixth interim fee application (0.3); e-mail as filed interim fee application to Fee Examiner (0.1) | 2.2 |
| 11/15/21 | L Shermohammed | L210 | A103 | Draft and finalize sixth interim fee application | 3.2 |
| 11/29/21 | S Davidson | L120 | A104 | E-mails with L. Shermohammed regarding monthly fee statement and schedule for next week | 0.4 |

08714      Purdue Pharma LP                                          Invoice No. 10486455
240001     Retention And Fee Application                                        Page 3
12/07/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 11/29/21 | L Shermohammed | L210 | A103 | Draft monthly fee application | 2.1 |
| 11/30/21 | S Davidson | L120 | A104 | E-mails regarding status of monthly fee statement (0.2); review draft of October monthly fee statement (0.4); review exhibits (0.3); revisions to monthly fee statement and finalize for filing (0.5); coordinate filing and service of monthly fee statement (0.3); request LEDES data (0.1); e-mail regarding filing of monthly fee statement and timing of November monthly fee statement (0.2) | 2.0 |
| 11/30/21 | L Shermohammed | L210 | A103 | Draft and finalize monthly fee application | 2.8 |
| | | | | | 29.1 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Scott Davidson | Counsel | 9.2 | 1290.00 | 11,868.00 |
| Leia Shermohammed | Associate | 19.9 | 745.00 | 14,825.50 |
| Total | | 29.1 | | $26,693.50 |

08714     Purdue Pharma LP                                          Invoice No. 10486455
240001    Retention And Fee Application                                        Page 4
12/07/21

**Task Summary - Fees**

| Task |  | Hours | Value |
|------|------|------|------|
| L120 | Analysis/Strategy | 9.2 | 10,325.16 |
| L210 | Pleadings | 19.9 | 12,898.19 |
|  | Total Fees | 29.1 | 23,223.35 |

# KING & SPALDING

---

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

| | |
|---|---|
| Purdue Pharma, LP (Document Matters) | |
| Sent Electronically | |

| | |
|---|---|
| Invoice No. | 10486366 |
| Invoice Date | 12/03/21 |
| Client No. | 44444 |
| Matter No. | 795001 |

RE: 3rd Party Subpoena Response-Document/Discovery Services
Client Matter Reference: 20210003182

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 11/30/21:

| | | |
|---|---|---|
| Fees | $ | 80,756.00 |
| Less Tiered Discount | | -5,652.92 |
| **Total this Invoice** | **$** | **75,103.08** |

*Payment is Due Upon Receipt*

| 44444 | Purdue Pharma, LP (Document Matters) | Invoice No. 10486366 |
|---|---|---|
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | Page 2 |
| 12/03/21 | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 11/01/21 | N Bass | L120 | A101 | Manage privilege review | 1.5 |
| 11/01/21 | R Jones | L120 | A110 | Participate in conference call with TCDI, Purdue and Wiggins regarding discovery strategy | 0.5 |
| 11/02/21 | N Bass | L120 | A101 | Manage privilege review | 0.9 |
| 11/02/21 | R Jones | L120 | A110 | Advise client on database structure | 0.8 |
| 11/03/21 | N Bass | L120 | A101 | Manage privilege review | 1.8 |
| 11/04/21 | N Bass | L120 | A101 | Manage privilege review | 1.1 |
| 11/04/21 | J Tucker | L320 | A105 | Manage review in connection with documents relating to the WDVA investigation | 1.0 |
| 11/05/21 | N Bass | L120 | A101 | Manage privilege review | 0.4 |
| 11/05/21 | R Jones | L120 | A107 | Participate in conference with TCDI, Cobra and Purdue regarding discovery strategy | 0.5 |
| 11/05/21 | J Tucker | L320 | A105 | Manage review in connection with custodial documents relating to the WDVA investigation | 0.5 |
| 11/08/21 | N Bass | L120 | A101 | Manage privilege review | 1.6 |
| 11/08/21 | K Burns | L320 | A101 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.7 |
| 11/08/21 | R Jones | L120 | A110 | Participate in conference with TCDI, Cobra and Purdue regarding discovery strategy | 0.5 |
| 11/09/21 | K Burns | L320 | A101 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.2 |
| 11/09/21 | R Jones | L120 | A110 | Participate in conference with R. Hoff and TCDI regarding review strategy | 1.0 |
| 11/09/21 | J Tucker | L320 | A105 | Manage review in connection with documents relating to the WDVA matter | 0.4 |
| 11/10/21 | N Bass | L120 | A101 | Manage privilege review | 1.1 |
| 11/10/21 | R Jones | L120 | A110 | Participate in conference call with TCDI, Cobra, T. Morrissey and R. Hoff regarding discovery strategy | 0.4 |
| 11/10/21 | J Tucker | L320 | A104 | Manage review in connection with | 0.3 |

44444      Purdue Pharma, LP (Document Matters)                          Invoice No. 10486366
795001     3rd Party Subpoena Response-Document/Discovery                              Page 3
           Services

12/03/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | custodial documents relating to the WDVA investigation | |
| 11/12/21 | N Bass | L120 | A101 | Manage privilege review | 0.4 |
| 11/12/21 | R Jones | L120 | A110 | Participate in conference call with TCDI, Cobra, T. Morrissey and R. Hoff regarding discovery strategy | 0.4 |
| 11/14/21 | R Jones | L120 | A110 | Prepare documents for production | 0.4 |
| 11/15/21 | N Bass | L120 | A101 | Manage privilege review | 2.1 |
| 11/15/21 | A Gibson | L320 | A104 | Review materials in connection with quality control for privilege in connection with custodial documents relating to the WDVA investigation | 1.0 |
| 11/15/21 | K Lynch | L320 | A104 | Review materials in connection with quality control for privilege in connection with custodial documents relating to the WDVA investigation | 3.5 |
| 11/16/21 | N Bass | L120 | A101 | Manage privilege review | 0.9 |
| 11/16/21 | K Burns | L320 | A101 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.0 |
| 11/16/21 | A Gibson | L320 | A104 | Review materials in connection with quality control for privilege in connection with custodial documents relating to the WDVA investigation (1.9); quality control for privilege in connection with custodial documents relating to the WDVA investigation (5.9) | 7.8 |
| 11/16/21 | R Jones | L120 | A110 | Prepare documents for production | 2.3 |
| 11/16/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 4.4 |
| 11/17/21 | N Bass | L120 | A101 | Manage privilege review | 1.7 |
| 11/17/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.5 |
| 11/17/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 8.2 |
| 11/17/21 | R Jones | L120 | A110 | Prepare documents for production | 3.1 |
| 11/17/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents | 7.0 |

44444      Purdue Pharma, LP (Document Matters)                          Invoice No. 10486366
795001     3rd Party Subpoena Response-Document/Discovery                          Page 4
           Services

12/03/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | relating to the WDVA investigation | |
| 11/18/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.5 |
| 11/18/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 8.0 |
| 11/18/21 | R Jones | L120 | A110 | Prepare documents for production | 2.7 |
| 11/18/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 10.5 |
| 11/19/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.2 |
| 11/19/21 | M Douglas | L320 | A104 | Quality control for privilege in connection with the WDVA review | 5.1 |
| 11/19/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 9.4 |
| 11/19/21 | R Jones | L120 | A110 | Prepare documents for production | 3.4 |
| 11/19/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 5.2 |
| 11/19/21 | E Smedley | L320 | A104 | Review materials in connection with quality control for privilege in connection with custodial documents relating to the WDVA investigation | 1.1 |
| 11/19/21 | E Smedley | L320 | A104 | Review materials in connection with quality control for privilege in connection with custodial documents relating to the WDVA investigation | 0.7 |
| 11/19/21 | E Smedley | L320 | A104 | Quality control for privilege in connection with the WDVA review | 3.8 |
| 11/19/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with the WDVA review | 2.8 |
| 11/20/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |
| 11/20/21 | M Douglas | L320 | A104 | Quality control for privilege in connection with the WDVA review | 2.1 |
| 11/20/21 | C Harris | L320 | A104 | Review materials in connection with | 4.6 |

44444       Purdue Pharma, LP (Document Matters)                                    Invoice No. 10486366
795001      3rd Party Subpoena Response-Document/Discovery                          Page 5
            Services

12/03/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | quality control for privilege in connection with custodial documents relating to the WDVA investigation (1.9); quality control for privilege in connection with custodial documents relating to the WDVA investigation (2.7) | |
| 11/20/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 5.4 |
| 11/20/21 | E Smedley | L320 | A104 | Quality control for privilege in connection with the WDVA review | 3.6 |
| 11/20/21 | H Wang | L320 | A104 | Quality control for privilege in connection with the WDVA review | 4.5 |
| 11/21/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.0 |
| 11/21/21 | C Harris | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 3.4 |
| 11/21/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 2.3 |
| 11/21/21 | R Schreck | L320 | A104 | Review materials in connection with quality control for privilege in connection with custodial documents relating to the WDVA investigation (0.5); quality control for privilege in connection with the WDVA review (2.2) | 2.7 |
| 11/21/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with the WDVA review | 4.4 |
| 11/21/21 | H Wang | L320 | A104 | Quality control for privilege in connection with the WDVA review | 0.8 |
| 11/22/21 | N Bass | L120 | A101 | Manage privilege review | 1.1 |
| 11/22/21 | K Burns | L320 | A101 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.2 |
| 11/22/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 11/22/21 | R Jones | L120 | A110 | Prepare documents for production | 3.4 |

| | | | | | |
|---|---|---|---|---|---|
| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10486366 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 6 |
| 12/03/21 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 11/22/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with the WDVA review | 1.7 |
| 11/23/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.5 |
| 11/23/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.7 |
| 11/23/21 | A Gibson | L320 | A104 | Review materials in connection with quality control for privilege in connection with custodial documents relating to the WDVA investigation | 2.2 |
| 11/23/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 4.8 |
| 11/23/21 | R Jones | L120 | A110 | Prepare documents for production | 2.1 |
| 11/23/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 5.8 |
| 11/23/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation (3.3.); review materials in connection with quality control for privilege in connection with custodial documents relating to the WDVA investigation (2.2) | 5.5 |
| 11/23/21 | D Vandiver | L320 | A104 | Review materials in connection with quality control for privilege in connection with custodial documents relating to the WDVA investigation | 2.0 |
| 11/24/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 11/24/21 | K Burns | L320 | A101 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.0 |
| 11/24/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 9.1 |
| 11/24/21 | K Lynch | L320 | A104 | Quality control for privilege in | 4.0 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10486366 |
|---|---|---|---|---|---|
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 7 |
| 12/03/21 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | connection with custodial documents relating to the WDVA investigation | |
| 11/24/21 | D Vandiver | L320 | A104 | Review materials in connection with quality control for privilege in connection with custodial documents relating to the WDVA investigation | 1.5 |
| 11/25/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 1.2 |
| 11/26/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.5 |
| 11/28/21 | C Harris | L320 | A104 | Review materials in connection with quality control for privilege in connection with custodial documents relating to the WDVA investigation (2.4); quality control for privilege in connection with custodial documents relating to the WDVA investigation (4.8) | 7.2 |
| 11/28/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 10.8 |
| 11/29/21 | N Bass | L120 | A101 | Manage privilege review | 1.3 |
| 11/29/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.9 |
| 11/29/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 11/29/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 8.1 |
| 11/29/21 | C Harris | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 2.0 |
| 11/29/21 | R Jones | L120 | A110 | Prepare documents for production | 2.7 |
| 11/29/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 10.7 |
| 11/29/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents | 4.6 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10486366 |
|---|---|---|---|---|---|
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 8 |
| 12/03/21 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | relating to the WDVA investigation | |
| 11/30/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |
| 11/30/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |
| 11/30/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 8.2 |
| 11/30/21 | C Harris | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 1.5 |
| 11/30/21 | R Jones | L120 | A110 | Prepare documents for production | 2.3 |
| 11/30/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 8.5 |
| 11/30/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 5.2 |
| | | | | | 286.6 |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Rose Jones | Partner | 26.5 | 500.00 | 13,250.00 |
| John Tucker | Partner | 2.2 | 500.00 | 1,100.00 |
| Nicole Bass | Discovery Counsel | 15.9 | 350.00 | 5,565.00 |
| Kassi Burns | Discovery Counsel | 25.1 | 350.00 | 8,785.00 |
| Michael Douglas | Privilege Review Attorney | 7.2 | 240.00 | 1,728.00 |
| Reilly Schreck | Privilege Review Attorney | 2.7 | 240.00 | 648.00 |
| Eric Smedley | Privilege Review Attorney | 9.2 | 240.00 | 2,208.00 |
| David Vandiver | Privilege Review Attorney | 23.4 | 240.00 | 5,616.00 |
| Hao Wang | Privilege Review Attorney | 5.3 | 240.00 | 1,272.00 |
| Austin Gibson | Privilege Review Attorney | 66.8 | 240.00 | 16,032.00 |
| Chris Harris | Privilege Review Attorney | 18.7 | 240.00 | 4,488.00 |
| Kathleen Lynch | Privilege Review Attorney | 83.6 | 240.00 | 20,064.00 |
| Total | | 286.6 | | 80,756.00 |

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10486366
795001     3rd Party Subpoena Response-Document/Discovery                                      Page 9
           Services

12/03/21