ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 836-8000
Facsimile:   (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| **Debtors.** | **(Jointly Administered)** |

**TWENTY-SIXTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | October 1, 2021 through October 31, 2021 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $288,379.39[2] |
| Less 20% Holdback | $57,675.88 |
| Total Reimbursement Requested | $0.00 |
| Total Compensation and Reimbursement Requested in this Statement | $230,703.51 |

**This is a(n):**   <u>X</u> Monthly Application   __ Interim Application   __ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from October 1, 2021 Through October 31, 2021* (this "**Fee Statement**").[3]   By this Fee Statement, A&P seeks (i) compensation in the

---

[2]   This amount reflects a reduction in fees in the amount of $63,302.79 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]   The period from October 1, 2021, through and including October 31, 2021, is referred to herein as the "**Fee Period**."

amount of $230,703.51 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $288,379.39) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### **Itemization of Services Rendered and Disbursements Incurred**

1.    Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $288,379.39 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $230,703.51.

2.    Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $662.99.[4]  The blended hourly billing rate of all paraprofessionals is $309.50.[5]

3.    A&P did not incur or disburse any expenses during the Fee Period.

4.    Attached hereto as **Exhibit C** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

## **Notice**

5.      A&P will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A&P submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $230,703.51, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $288,379.39) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

December 8, 2021                                      Respectfully submitted,


By:  _/s/_ Rory Greiss
_____

**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

*Special Counsel to the Debtors*

## Exhibit A

## Fees by Project Category

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 23.60 | $19,041.63 |
| Regulatory Advice | 11.70 | $11,361.51 |
| Retention and Fee Applications | 21.00 | $9,808.02 |
| Project Montana | 3.70 | $3,428.01 |
| General Patent Settlement | 4.30 | $4,284.09 |
| Project Chione | 20.60 | $16,249.53 |
| Government Contracts | 52.10 | $28,351.09 |
| Project Falcon | 176.20 | $95,815.92 |
| Project Aurora | 66.00 | $53,202.01 |
| Project Solar | 47.90 | $34,738.89 |
| Project Beckham | 20.40 | $12,098.69 |
| **Total[6]** | **447.50** | **$288,379.39** |

---

[6] This amount reflects a reduction in fees in the amount of $63,302.79 on account of voluntary discounts as described in the Retention Application.

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,000.00 | 1.20 | $1,200.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,420.00 | 1.30 | $1,846.00 |
| Greiss, Rory | Partner | 1981 | 1,215.00 | 61.80 | $75,087.00 |
| Handwerker, Jeffrey L. | Partner | 1995 | 1,195.00 | 11.10 | $13,264.50 |
| Rothman, Eric | Partner | 2008 | 990.00 | 36.00 | $35,640.00 |
| Habtemariam, Abeba | Counsel | 2011 | 915.00 | 0.90 | $823.50 |
| Perkins, Nancy L. | Counsel | 1989 | 985.00 | 0.60 | $591.00 |
| Wootton, Barbara H. | Counsel | 1998 | 1,035.00 | 7.40 | $7,659.00 |
| Clements, Ginger | Associate | 2016 | 815.00 | 0.30 | $244.50 |
| Gwinn, Michael | Associate | 2019 | 595.00 | 36.70 | $21,836.50 |
| Henderson, Danielle | Associate | 2015 | 850.00 | 25.50 | $21,675.00 |
| Klees, Tracey | Associate | 2020 | 595.00 | 37.40 | $22,253.00 |
| Marra, Bryan | Associate | 2003 | 920.00 | 35.90 | $33,028.00 |
| Pettit, Thomas A. | Associate | 2017 | 815.00 | 13.20 | $10,758.00 |
| Sullivan, Sam | Associate | 2020 | 595.00 | 10.80 | $6,426.00 |
| Stup, Ira | Associate | 2019 | 675.00 | 5.40 | $3,645.00 |
| Tabriz, Sonia | Associate | 2013 | 900.00 | 2.20 | $1,980.00 |
| Young, Dylan | Associate | 2016 | 815.00 | 0.90 | $733.50 |
| Zausner, Ethan | Associate | 2017 | 815.00 | 21.60 | $17,604.00 |
| Eder, Bryan I. | Staff Attorney | 2001 | 610.00 | 14.30 | $8,723.00 |
| Marchand, L. Michel | Staff Attorney | 2001 | 610.00 | 70.50 | $43,005.00 |
| Ryan, Warlesha | Staff Attorney | 2009 | 510.00 | 29.00 | $14,790.00 |
| Reddix, Darrell | Legal Assistant | | 405.00 | 15.60 | $6,318.00 |
| Burger, Thomas M. | Project Manager | | 335.70 | 7.40 | $2,484.18 |
| Persaud, Melissa | Docket Clerk | | 135.00 | 0.50 | $67.50 |
| **Total** | | | | **447.50** | **351,682.18** |
| Less 18% Discount | | | | | ($63,302.79) |
| **Discounted Total** | | | | | **$288,379.39** |
| Less 20% Holdback | | | | | ($57,675.88) |
| **Total Amount Requested Herein** | | | | | **$230,703.51** |

## **Exhibit C**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**                                    December 8, 2021
**Attn: Maria Barton**                                   Invoice # 30136226
**General Counsel**                                       EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through October 31, 2021** | $ | 23,221.50 |
| Discount: | | -4,179.87 |
| **Fee Total** | | **19,041.63** |
| **Total Amount Due** | $ | **19,041.63** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**            Arnold & Porter Kaye Scholer LLP
                            P.O. Box 719451
                            Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 8, 2021                                                                                 Invoice # 30136226


**(1049218.00117)**
**Commercial Contracts Advice**


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 10/01/21 | 0.70 | Review correspondence from D. Feinstein re: antitrust review of term sheet (.4); correspondence with D. McGuire re: scheduling videoconference to review comments on supply agreement (.3). |
| Rory Greiss | 10/04/21 | 0.80 | Correspondence with K. McCarthy, E. Rothman re: videoconference to review term sheet revisions (.5); correspondence with R. Aleali re: OSU agreements (.3). |
| Rory Greiss | 10/05/21 | 1.50 | Videoconference with D. McGuire, K. McCarthy, E. Rothman, E. Zausner, M. Kroese and S. Cho re: comments received from customer on supply agreement and discuss revising agreement. |
| Eric Rothman | 10/05/21 | 1.10 | Teleconference with R. Greiss and Purdue team to discuss Supply Agreement. |
| Ethan Zausner | 10/05/21 | 2.50 | Call with R. Greiss, E. Rothman and client to discuss issues list (1.1); draft supply agreement (1.4). |
| Ethan Zausner | 10/06/21 | 2.20 | Further draft supply agreement. |
| Rory Greiss | 10/07/21 | 0.50 | Review, analyze comments from Purdue on provisions of supply agreement. |
| Ethan Zausner | 10/07/21 | 1.70 | Review, revise draft supply agreement. |
| Rory Greiss | 10/08/21 | 2.20 | Review, comment on revised draft of supply agreement (1.8); correspondence with E. Zausner re: revisions (.4). |
| Ethan Zausner | 10/08/21 | 1.20 | Review, revise draft supply agreement. |
| Rory Greiss | 10/11/21 | 0.40 | Correspondence with E. Zausner and E. Rothman re: comments on supply agreement. |
| Eric Rothman | 10/11/21 | 1.10 | Review, comment on Supply Agreement. |
| Ethan Zausner | 10/11/21 | 0.80 | Review, revise draft supply agreement. |
| Ethan Zausner | 10/12/21 | 0.20 | Review, revise draft supply agreement. |
| Rory Greiss | 10/15/21 | 1.20 | Video conference with Purdue team regarding open issues on Supply Agreement draft (.7); review, comment on revisions to agreement (.5). |
| Eric Rothman | 10/15/21 | 1.10 | Teleconference with client team to discuss draft of Supply Agreement. |
| Eric Rothman | 10/15/21 | 1.20 | Review, comment on draft of Supply Agreement. |
| Ethan Zausner | 10/15/21 | 2.50 | Call with Purdue (1.0); revise draft of supply agreement (1.5). |
| Rory Greiss | 10/25/21 | 0.70 | Review, analyze memo and spreadsheet for contract review. |

**Total Hours**            **23.60**

December 8, 2021                                                                                 Invoice # 30136226

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 8.00 | 1,215.00 | 9,720.00 |
| Eric Rothman | 4.50 | 990.00 | 4,455.00 |
| Ethan Zausner | 11.10 | 815.00 | 9,046.50 |
| **TOTAL** | **23.60** | | **23,221.50** |

**Total Current Amount Due**                                                        **$19,041.63**

# Arnold&Porter

**Purdue Pharma L.P.**                                           December 8, 2021
**Attn: Maria Barton**                                         Invoice # 30136227
**General Counsel**                                             EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00118**

Regulatory Advice
20170001134

20170001134

**For Legal Services Rendered through October 31, 2021**          $      13,855.50

Discount:                                                             -2,493.99

**Fee Total**                                                       11,361.51

**Total Amount Due**                                        $      <u>11,361.51</u>

**Wire Transfer Instructions:**

|                     |                                   |
|---------------------|-----------------------------------|
| Account Name:       | Arnold & Porter Kaye Scholer LLP  |
| Bank Info:          | Wells Fargo Bank NA               |
|                     | 420 Montgomery Street             |
|                     | San Francisco, CA  94104          |
| Account Number:     | 4127865475                        |
| ABA Number:         | 121000248 (ACH and wires)         |
| Swift Code:         | WFBIUS6S                          |

**Or Remit To:**            Arnold & Porter Kaye Scholer LLP
                            P.O. Box 719451
                            Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 8, 2021                                                                                   Invoice # 30136227


**(1049218.00118)**
**Regulatory Advice**


**Legal Services**:


| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Jeffrey L. Handwerker | 10/01/21 | 1.30 | Participate in call with Purdue team re: SAM certifications. |
| Jeffrey L. Handwerker | 10/04/21 | 0.50 | Call with Purdue team re: status of transition of contracts. |
| Jeffrey L. Handwerker | 10/05/21 | 0.30 | Review, comment on novation issues (.2); correspond with HHS re same (.1). |
| Jeffrey L. Handwerker | 10/08/21 | 1.80 | Review, comment on novation materials (.7); participate in call with Purdue team re: SAMS (1.1). |
| Jeffrey L. Handwerker | 10/11/21 | 0.30 | Review, comment on novation and stay order materials. |
| Jeffrey L. Handwerker | 10/13/21 | 1.00 | Call with Purdue team re: SAM certifications. |
| Jeffrey L. Handwerker | 10/14/21 | 0.30 | Review, comment on SAMS and TAA information. |
| Nancy L. Perkins | 10/15/21 | 0.60 | Confer with R. Aleali and K. McCarthy re CAN-SPAM Act requirements (.3); review statutory opt-out requirements (.2); correspond with R. Aleali and McCarthy re same (.1). |
| Jeffrey L. Handwerker | 10/18/21 | 0.50 | Participate in call with Purdue team re: status of novation agreements. |
| Jeffrey L. Handwerker | 10/21/21 | 1.00 | Finalize draft novation package (.4); review, comment on draft debarment slides for Skadden team (.6). |
| Jeffrey L. Handwerker | 10/25/21 | 0.80 | Review materials re: novation (.3); call with Purdue team re: same (.5). |
| Jeffrey L. Handwerker | 10/26/21 | 1.50 | Participate in call with Skadden team re: debarment issues (1.0); review, comment on flowdown chart (.5). |
| Jeffrey L. Handwerker | 10/28/21 | 1.80 | Participate in call with Purdue team re: novation package (1.1); call with R. Aleali and team re: emergence strategy (.7). |

**Total Hours**                                      **11.70**


**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Jeffrey L. Handwerker | 11.10 | 1,195.00 | 13,264.50 |
| Nancy L. Perkins | 0.60 | 985.00 | 591.00 |
| **TOTAL** | **11.70** | | **13,855.50** |


**Total Current Amount Due**                                          **$11,361.51**

# Arnold&Porter

**Purdue Pharma L.P.**                                      December 8, 2021
**Attn: Roxana Aleali**                                     Invoice # 30136228
**Associate General Counsel**                              EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through October 31, 2021** | $ | 11,961.00 |
| Discount: | | -2,152.98 |
| **Fee Total** | | 9,808.02 |
| **Total Amount Due** | $ | 9,808.02 |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 719451
                          Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 8, 2021

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 10/01/21 | 1.10 | Review, comment on revisions to August bills (.8); correspondence with D. Reddix and R. Evergreen re: revisions (.3). |
| Rosa J. Evergreen | 10/01/21 | 0.30 | Review August invoice (.2); correspond with R. Greiss and D. Reddix re same (.1). |
| Darrell B. Reddix | 10/01/21 | 3.40 | Prepare twenty-fourth monthly fee report including exhibits. |
| Rosa J. Evergreen | 10/04/21 | 0.10 | Correspond with R. Greiss re fee statement. |
| Rory Greiss | 10/06/21 | 0.40 | Correspondence with B. Buchholtz re: moving entries to correct matters in August invoices. |
| Darrell B. Reddix | 10/10/21 | 1.50 | Prepare twenty-fourth monthly fee report including exhibits. |
| Rory Greiss | 10/11/21 | 0.40 | Review, comment on final draft of monthly statement for August. |
| Ginger Clements | 10/11/21 | 0.30 | Review, analyze monthly fee statement. |
| Rosa J. Evergreen | 10/11/21 | 0.30 | Review fee statement (.2); correspond with D. Reddix re same (.1). |
| Melissa Persaud | 10/11/21 | 0.50 | E-filed Twenty-Fourth Monthly Fee Statement. |
| Darrell B. Reddix | 10/11/21 | 0.50 | Finalize twenty-fourth monthly fee report including exhibits for filing (.4); serve same (.1). |
| Rory Greiss | 10/12/21 | 1.50 | Review, analyze September invoice (1.0); correspond with A&P team re comments for revisions (.5). |
| Rosa J. Evergreen | 10/13/21 | 0.30 | Review, analyze interim fee application procedures (.1); email from M. Dekhtyar re same (.1); review R. Greiss email re same (.1). |
| Darrell B. Reddix | 10/17/21 | 1.00 | Prepare twenty-fifth monthly fee report including exhibits. |
| Darrell B. Reddix | 10/18/21 | 1.10 | Prepare twenty-fifth monthly fee report including exhibits. |
| Darrell B. Reddix | 10/19/21 | 1.80 | Prepare twenty-fifth monthly fee report including exhibits. |
| Darrell B. Reddix | 10/20/21 | 1.50 | Prepare twenty-fifth monthly fee report including exhibits. |
| Darrell B. Reddix | 10/21/21 | 4.30 | Prepare twenty-fifth monthly fee report including exhibits. |
| Darrell B. Reddix | 10/25/21 | 0.50 | Prepare twenty-fifth monthly fee report including exhibits. |
| Rosa J. Evergreen | 10/26/21 | 0.20 | Review monthly statement (.1); review D. Reddix correspondence re same (.1). |

**Total Hours**                          **21.00**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rosa J. Evergreen | 1.20 | 1,000.00 | 1,200.00 |
| Rory Greiss | 3.40 | 1,215.00 | 4,131.00 |
| Ginger Clements | 0.30 | 815.00 | 244.50 |
| Melissa Persaud | 0.50 | 135.00 | 67.50 |
| Darrell B. Reddix | 15.60 | 405.00 | 6,318.00 |
| **TOTAL** | **21.00** | | **11,961.00** |

**Total Current Amount Due**                                          **$9,808.02**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

December 8, 2021
Invoice # 30136229
EIN 53-0208605

**Client/Matter # 1049218.00152**

Project Montana

20210003079

| | |
|---|---:|
| **For Legal Services Rendered through October 31, 2021** | **4,180.50** |
| Discount: | -752.49 |
| **Fee Total** | **3,428.01** |
| **Total Amount Due**          $ | **3,428.01** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**        Arnold & Porter Kaye Scholer LLP
                             P.O. Box 719451
                             Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 8, 2021                                                                                      Invoice # 30136229

**(1049218.00152)**
**Project Montana**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 10/04/21 | 0.30 | Correspondence with R. Barber re: execution of confirmatory assignment. |
| Rory Greiss | 10/21/21 | 0.90 | Review, analyze closing transaction (.6); correspondence with K. McCarthy re: court approval (.3). |
| Rory Greiss | 10/22/21 | 0.60 | Correspondence with E. Rothman and K. McCarthy re: confirmatory assignment and closing process. |
| Eric Rothman | 10/22/21 | 1.40 | Correspond with A&P team re Project Montana. |
| Rory Greiss | 10/26/21 | 0.50 | Correspondence with E. Rothman and D. Henderson regarding confirming complete set of documents for closing transaction. |

**Total Hours** **3.70**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Rory Greiss | 2.30 | 1,215.00 | 2,794.50 |
| Eric Rothman | 1.40 | 990.00 | 1,386.00 |
| **Subtotal:** | **3.70** | | **4,180.50** |
| **TOTAL** | **3.70** | | **4,180.50** |

**Total Current Amount Due** **$3,428.01**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

December 8, 2021
Invoice # 30136230
EIN 53-0208605

**Client/Matter # 1049218.00153**

General Patent Settlement

20210003082

| | | |
|---|---|---|
| **For Legal Services Rendered through October 31, 2021** | **$** | **5,224.50** |
| Discount: | | -940.41 |
| **Fee Total** | | **4,284.09** |
| **Total Amount Due** | **$** | **4,284.09** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 8, 2021                                                            Invoice # 30136230

**(1049218.00153)**
**General Patent Settlement**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 10/12/21 | 2.30 | Call regarding distribution and supply agreement (.5); review, analyze distribution and supply agreement (1.8). |
| Rory Greiss | 10/13/21 | 0.70 | Review, analyze distribution and supply agreement (.4); prepare memo regarding principal provisions (.3). |
| Rory Greiss | 10/14/21 | 0.70 | Review, analyze patent license agreement (.4); summarize key terms (.3). |
| Rory Greiss | 10/26/21 | 0.60 | Correspond regarding description of agreements reviewed in response to inquiry. |

**Total Hours**                **4.30**

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|---|-------|------|-------|
| **Partner** | | | | |
| Rory Greiss | | 4.30 | 1,215.00 | 5,224.50 |
| | **Subtotal:** | **4.30** | | **5,224.50** |
| **TOTAL** | | **4.30** | | **5,224.50** |

**Total Current Amount Due**                                              **$4,284.09**

# Arnold&Porter

**Purdue Pharma L.P.**                                    December 8, 2021
**Attn: Roxana Aleali**                                  Invoice # 30136231
**Associate General Counsel**                              EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**


**Client/Matter # 1049218.00154**

Project Chione

20210003087


| | | |
|---|---|---|
| **For Legal Services Rendered through October 31, 2021** | $ | **19,816.50** |
| Discount: | | -3,566.97 |
| **Fee Total** | | **16,249.53** |
| **Total Amount Due** | $ | **16,249.53** |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                        Arnold & Porter Kaye Scholer LLP
                                        P.O. Box 719451
                                        Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 8, 2021

**(1049218.00154)**
**Project Chione**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 10/21/21 | 0.80 | Review correspondence from K. McCarthy re: preparing draft definitive agreement (.3); Discuss staffing and precedents with E. Rothman (.5). |
| Eric Rothman | 10/22/21 | 1.50 | Correspond with client re preparing initial draft license agreement (.8); prepare initial draft of license agreement (.7). |
| Ethan Zausner | 10/22/21 | 0.90 | Correspond with E. Rothman re preparing initial draft license agreement (.3); prepare initial draft of license agreement (.6). |
| Ethan Zausner | 10/25/21 | 1.10 | Draft license agreement. |
| Ethan Zausner | 10/27/21 | 1.80 | Further draft license agreement. |
| Rory Greiss | 10/28/21 | 2.40 | Review, comment on initial draft of license agreement. |
| Eric Rothman | 10/28/21 | 1.80 | Review, comment on initial draft of license agreement. |
| Ethan Zausner | 10/28/21 | 3.80 | Revise draft license agreement. |
| Rory Greiss | 10/29/21 | 2.40 | Review revised draft of license agreement (1.2); review E. Rothman comments (.5); correspondence with E. Zausner regarding revisions to be made (.7). |
| Eric Rothman | 10/29/21 | 1.20 | Review, comment on working draft of out-license. |
| Ethan Zausner | 10/29/21 | 2.90 | Revise draft license agreement. |

**Total Hours**                         **20.60**

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|--|-------|------|-------|
| **Partner** | | | | |
| Rory Greiss | | 5.60 | 1,215.00 | 6,804.00 |
| Eric Rothman | | 4.50 | 990.00 | 4,455.00 |
| | Subtotal: | **10.10** | | **11,259.00** |
| **Associate** | | | | |
| Ethan Zausner | | 10.50 | 815.00 | 8,557.50 |
| | Subtotal: | **10.50** | | **8,557.50** |
| | **TOTAL** | **20.60** | | **19,816.50** |

**Total Current Amount Due**                                      **$16,249.53**

# Arnold&Porter

**Purdue Pharma L.P.**                                         December 8, 2021
**Attn: Roxana Aleali**                                      Invoice # 30136232
**Associate General Counsel**                                EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00155**

Government Contracts

20210003110


**For Legal Services Rendered through October 31, 2021**              **34,574.50**


Discount:                                                        -6,223.41

**Fee Total**                                                        **28,351.09**


**Total Amount Due**                                        $       **28,351.09**


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                   P.O. Box 719451
                   Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 8, 2021                                                        Invoice # 30136232

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Michael T. Gwinn | 10/04/21 | 0.90 | Conference call with client re novations (.5); develop novation package (.4). |
| Michael T. Gwinn | 10/05/21 | 0.50 | Correspond with T. Pettit regarding novation packages. |
| Thomas A. Pettit | 10/06/21 | 0.30 | Correspond with M. Gwinn novations. |
| Thomas A. Pettit | 10/07/21 | 1.40 | Draft novation package (.9); review confirmation order (.5). |
| Michael T. Gwinn | 10/08/21 | 2.00 | Prepare novation packets (1.2); conference call with client re same (.8). |
| Thomas A. Pettit | 10/08/21 | 1.40 | Draft novation package (1.0); review confirmation order (.4). |
| Michael T. Gwinn | 10/11/21 | 1.00 | Review, revise compliance checklists. |
| Thomas A. Pettit | 10/11/21 | 0.50 | Attend teleconference regarding temporary restraining order. |
| Michael T. Gwinn | 10/12/21 | 1.60 | Draft FSS clause checklist. |
| Michael T. Gwinn | 10/13/21 | 2.00 | Draft SAM compliance checklist (1.2); call with client re same (.8). |
| Michael T. Gwinn | 10/15/21 | 2.70 | Analyze TAA issues regarding pharmaceutical manufacture. |
| Michael T. Gwinn | 10/18/21 | 0.80 | Call with client re novation packet (.5); correspond with same re same (.3). |
| Michael T. Gwinn | 10/19/21 | 1.30 | Develop novation packet. |
| Michael T. Gwinn | 10/20/21 | 0.30 | Review, comment on FAR flow-down worksheet. |
| Michael T. Gwinn | 10/21/21 | 5.90 | Draft novation packets(3.2); draft client slide updates (2.7). |
| Thomas A. Pettit | 10/21/21 | 2.60 | Draft suspension and debarment slides (.9); correspond with S. Tabriz re same (.3); review, revise novation package (1.4). |
| Sonia Tabriz | 10/21/21 | 2.20 | Review, revise presentation re: suspension and debarment risk (1.2); correspondence with J. Handwerker re same (.3); correspondence with M. Gwinn and T. Pettit re same (.7). |
| Michael T. Gwinn | 10/22/21 | 0.90 | Draft FAR flow down chart. |
| Michael T. Gwinn | 10/25/21 | 11.40 | Review, draft analysis of FAR flow down. |
| Thomas A. Pettit | 10/25/21 | 1.90 | Review, revise flow-down requirements chart (1.1); correspond with client re same (.1); correspond with M. Gwinn re flow-down requirements (.7). |
| Michael T. Gwinn | 10/26/21 | 5.20 | Teleconference with co-counsel regarding conviction impacts (1.4); draft FAR flow down chart (3.8). |
| Thomas A. Pettit | 10/26/21 | 3.80 | Teleconference with co-counsel regarding conviction impacts (1.4); review, revise FAR flow down requirements chart (2.3); correspond with client res same (.1). |
| Michael T. Gwinn | 10/27/21 | 0.20 | Manage client SAM documents. |
| Thomas A. Pettit | 10/28/21 | 1.30 | Conference with client and Arnold & Porter team re novation package. |

**Total Hours**          **52.10**

December 8, 2021                                                                   Invoice # 30136232

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Associate** | | | | |
| Michael T. Gwinn | | 36.70 | 595.00 | 21,836.50 |
| Thomas A. Pettit | | 13.20 | 815.00 | 10,758.00 |
| Sonia Tabriz | | 2.20 | 900.00 | 1,980.00 |
| | **Subtotal:** | **52.10** | | **34,574.50** |
| **TOTAL** | | **52.10** | | **34,574.50** |

**Total Current Amount Due**                                                         **$28,351.09**

# Arnold & Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

December 8, 2021
Invoice # 30136233
EIN 53-0208605

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | |
|---|---:|
| **For Legal Services Rendered through October 31, 2021** | **116,848.68** |
| Discount: | -21,032.76 |
| **Fee Total** | **95,815.92** |
| **Total Amount Due**                         $ | **95,815.92** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 8, 2021                                                                    Invoice # 30136233

**(1049218.00157)**
**Project Falcon**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Warlesha Ryan | 10/01/21 | 3.60 | Review, analyze documents for production to agency. |
| Barbara H. Wootton | 10/01/21 | 0.30 | Analyze, comment re privilege questions from Cobra team. |
| Bryan M. Marra | 10/01/21 | 1.50 | Correspond with A&P review team re: redactions for production (.3); correspond with A&P review team re: review questions (.4); correspond with A&P review team re: processing of litigation documents (.8). |
| L. Michel Marchand | 10/01/21 | 4.70 | Review, analyze draft production set for privilege. |
| Bryan I. Eder | 10/01/21 | 4.00 | Review, analyze draft production set for privilege. |
| Thomas M. Burger | 10/01/21 | 1.80 | Correspond with legal team re review (.7); prepare data for loading to Relativity workspace (1.1). |
| Warlesha Ryan | 10/04/21 | 4.30 | Review, analyze privilege documents. |
| Barbara H. Wootton | 10/04/21 | 0.20 | Correspond with B. Marra and B. Eder re document privilege and responsiveness questions. |
| Bryan M. Marra | 10/04/21 | 1.00 | Review, analyze documents re: review questions (.4); correspond with A&P review team re responses to review questions (.4); draft emails re: review questions (.2). |
| Bryan I. Eder | 10/04/21 | 6.90 | Review, analyze documents for privilege and redaction in connection with proposed production. |
| Thomas M. Burger | 10/04/21 | 2.30 | Correspond with legal team regarding documents for review (.8); prepare data for loading to Relativity workspace (1.1); configure Relativity workspace (.4). |
| Warlesha Ryan | 10/05/21 | 2.80 | Review, analyze settlement documents. |
| Barbara H. Wootton | 10/05/21 | 0.20 | Correspond with B. Marra, Cobra re review status. |
| Bryan M. Marra | 10/05/21 | 1.50 | Correspond with A&P review team re: doc review (.5); correspond with eData re: processing of litigation documents (.5); further correspond with A&P review team re: review questions (.5). |
| Thomas M. Burger | 10/05/21 | 2.60 | Correspond with legal team regarding documents for review (.7); configure Relativity workspace (1.3); prepare data for loading to Relativity workspace (.6). |
| Warlesha Ryan | 10/06/21 | 3.70 | Review, analyze draft production to agency. |
| Barbara H. Wootton | 10/06/21 | 0.20 | Telephone call with A. Zolan re: time lines and case theories. |
| Barbara H. Wootton | 10/06/21 | 0.50 | Review, analyze narrative response work product (.3); correspond with S. Sullivan and D. Young re substantive document review status and findings and narrative response preparation (.2). |
| Sam Sullivan | 10/06/21 | 1.00 | Review, analyze documents for relevant communications. |
| Sam Sullivan | 10/06/21 | 1.80 | Draft summary. |
| Dylan S. Young | 10/06/21 | 0.30 | Correspond with B. Wootton and S. Sullivan re narrative drafts. |
| Bryan M. Marra | 10/06/21 | 0.30 | Correspond with B. Wootton re document production. |
| Bryan M. Marra | 10/06/21 | 2.50 | Correspond with A&P review team re: review of litigation documents (.8); review litigation documents (.7); further correspond with review team re: doc review (.6); review, comment on reviewer question documents (.4). |
| L. Michel Marchand | 10/06/21 | 5.20 | Review, analyze draft production set for privilege. |
| Bryan I. Eder | 10/06/21 | 0.70 | Review, analyze documents for privilege in connection with proposed production. |

December 8, 2021                                                         Invoice # 30136233

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Thomas M. Burger | 10/06/21 | 0.50 | Correspond with B. Marra re documents for legal team review. |
| Barbara H. Wootton | 10/07/21 | 0.40 | Conference with S. Sullivan re substantive document review and preparation of narrative responses. |
| Barbara H. Wootton | 10/07/21 | 0.20 | Correspond with B. Marra re document review and production status. |
| Sam Sullivan | 10/07/21 | 0.40 | Teleconference with B. Wootton re ongoing tasks. |
| Bryan M. Marra | 10/07/21 | 2.50 | Correspond with A&P review team re: production (1.0); review, analyze document release set for production (1.0); draft responses to reviewer questions (.5). |
| L. Michel Marchand | 10/07/21 | 7.70 | Review, analyze draft production set for privilege. |
| Warlesha Ryan | 10/08/21 | 0.80 | Updating custodian metadata for Purdue Patent Litigation Files to be produced to agency (.2); review, analyze documents to be produced to agency (.6). |
| Barbara H. Wootton | 10/08/21 | 0.70 | Correspond with B. Marra re review status (.2); review, analysis of fact summary (.5). |
| Sam Sullivan | 10/08/21 | 1.50 | Draft summary. |
| Bryan M. Marra | 10/08/21 | 2.50 | Correspond with A&P review team re: production (1.5); review, analyze document release set for production (1.0). |
| Thomas M. Burger | 10/08/21 | 0.20 | Design issue and coding field attributes with legal team input. |
| Warlesha Ryan | 10/12/21 | 0.60 | Review, analyze production materials. |
| Barbara H. Wootton | 10/12/21 | 0.30 | Review, analyze work product summary (.2); correspond with S. Sullivan re same (.1). |
| Bryan M. Marra | 10/12/21 | 0.50 | Correspond with A&P review team re: production. |
| Warlesha Ryan | 10/13/21 | 3.30 | Review, analyze production files (.9); prepare production to agency (2.4). |
| Barbara H. Wootton | 10/13/21 | 0.30 | Correspond with Purdue team re data specification responses (.1); correspond with B. Marra, W. Ryan and Cobra team re document review, privilege questions, and production preparation and QC (.2). |
| Bryan M. Marra | 10/13/21 | 2.00 | Call with Warlesha Ryan re: production (.3); correspond with A&P team re: production (.7); review and draft responses to reviewer questions (1.0). |
| Warlesha Ryan | 10/14/21 | 0.60 | File production with agency. |
| Barbara H. Wootton | 10/14/21 | 0.40 | Review, revise production cover letter (.1); draft transmittal email to agency (.1); correspond with B. Marra and W. Ryan re document production (.1); correspond with Purdue team re document production (.1). |
| Bryan M. Marra | 10/14/21 | 2.50 | Draft emails re: production (1.00); draft production cover letter (0.50); review production index (0.20); draft emails re: doc review (0.80). |
| Bryan I. Eder | 10/14/21 | 2.30 | Review documents for privilege and redaction in connection with proposed production. |
| Dylan S. Young | 10/15/21 | 0.60 | Review data provided by client for agency inquiries (.5); discuss the same with B. Marra and B. Wootton (.1). |
| Bryan M. Marra | 10/15/21 | 0.30 | Correspond with A&P review team re: doc review. |
| L. Michel Marchand | 10/15/21 | 1.90 | Review, analyze draft production set for privilege. |
| L. Michel Marchand | 10/16/21 | 3.40 | Review, analyze draft production set for privilege. |
| Warlesha Ryan | 10/17/21 | 6.00 | Review, analyze documents in preparation for response to additional agency requests for document production. |
| Bryan M. Marra | 10/18/21 | 1.20 | Review analysis of litigation documents (.5); correspond with eData re litigation documents (.3); correspond with A&P review team re privilege review training (.4). |

December 8, 2021                                                                    Invoice # 30136233

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| L. Michel Marchand | 10/18/21 | 6.70 | Review, analyze draft production set for privilege. |
| Bryan M. Marra | 10/19/21 | 1.50 | Correspond with A&P review team re privilege review training (.5); draft privilege review training materials (1.0). |
| L. Michel Marchand | 10/19/21 | 6.80 | Review, analyze draft production set for privilege. |
| Bryan I. Eder | 10/19/21 | 0.40 | Review documents for privilege and redaction in connection with proposed production. |
| Bryan M. Marra | 10/20/21 | 2.00 | Correspond with A&P review team re privilege review training (.5); revise privilege review training materials (1.5). |
| L. Michel Marchand | 10/20/21 | 5.10 | Prepared materials outlining review procedures (2.3); draft memo on requirements for a privilege log (2.8). |
| Sam Sullivan | 10/21/21 | 0.20 | Review documents tagged by reviewers. |
| Bryan M. Marra | 10/21/21 | 1.50 | Attend privilege log training call (.8); correspond with A&P review team re privilege log training (.3); review, comment on privilege log coding layout (.4). |
| L. Michel Marchand | 10/21/21 | 3.50 | Draft privilege log review training materials (2.7); provided training on the preparation of a privilege log (.8). |
| Bryan M. Marra | 10/22/21 | 0.90 | Review, analyze privilege documents (.4); correspond with A&P review team re privilege question on document (.3); correspond with same responding to review question (.2). |
| L. Michel Marchand | 10/22/21 | 8.00 | Performed QC of draft production set for privilege (7.2); provided feedback on results (.8). |
| Bryan M. Marra | 10/23/21 | 0.60 | Review, analyze privilege documents (.3); correspond with A&P team re privilege question on documents (.3). |
| Bryan M. Marra | 10/24/21 | 1.50 | Review, analyze data from client (.7); correspond with A&P review team re data questions (.5); correspond with same re production plans (.3). |
| Sam Sullivan | 10/25/21 | 0.50 | Draft summary. |
| Bryan M. Marra | 10/25/21 | 2.00 | Review, analyze data from client (.3); correspond with client re data requests and follow up questions (.7); correspond with A&P review team re production request (.5); correspond with same re review production search (.5). |
| L. Michel Marchand | 10/25/21 | 5.90 | Review, analyze draft production set for privilege. |
| Warlesha Ryan | 10/26/21 | 0.90 | Organize materials for production of documents to agency. |
| Barbara H. Wootton | 10/26/21 | 1.30 | Telephone conference with counsel (.7); correspond with D. Feinstein, S. Sullivan and B. Marra re timelines and document analysis (.2); correspond with agency (.1); review, analyze outline of document analysis (.3). |
| Sam Sullivan | 10/26/21 | 0.70 | Teleconference with B. Wootton, D. Feinstein, and B. Marra. |
| Sam Sullivan | 10/26/21 | 3.80 | Draft summary. |
| Bryan M. Marra | 10/26/21 | 2.30 | Call with counsel (.5); call with B. Wootton re production plan (.5); review, analyze key documents summary (.6); correspond with A&P review team re key documents summary (.4); correspond with A&P review team re doc review and search terms (.3). |
| Warlesha Ryan | 10/27/21 | 0.50 | Prepping for production to agency. |
| Barbara H. Wootton | 10/27/21 | 1.40 | Conference with economists (.3); call with B. Marra re status and response to agency (.3); correspond with same re same (.4); conference with agency and email follow up (.4). |
| Sam Sullivan | 10/27/21 | 0.90 | Meet with Vendor team, B. Wootton, and D. Feinstein (.4); correspond with Vendor team re relevant documents (.1); correspond with agency re productions (.4). |

December 8, 2021

Invoice # 30136233

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Bryan M. Marra | 10/27/21 | 2.30 | Call with B. Wootton re preparation for agency call (.3); call with agency (.3); correspond with A&P review team re agency call (.4); correspond with same re doc review and production (1.3). |
| Warlesha Ryan | 10/28/21 | 1.10 | Review, analyze production to agency. |
| Barbara H. Wootton | 10/28/21 | 0.50 | Correspond with Purdue team re negotiations with agency and follow up. |
| Bryan M. Marra | 10/28/21 | 1.00 | Correspond with A&P review team re document review (.5); correspond with A&P review team and eData re production (.5). |
| L. Michel Marchand | 10/28/21 | 6.90 | Review, analyze draft production set for privilege. |
| Warlesha Ryan | 10/29/21 | 0.80 | File production with agency. |
| Barbara H. Wootton | 10/29/21 | 0.50 | Draft correspondence to agency (.4); correspond with B. Marra and W. Ryan re document production (.1). |
| Bryan M. Marra | 10/29/21 | 2.00 | Correspond with A&P review team and eData re production (.8); draft production cover letter (.2); review, analyze data from client (.5); review, analyze documents for privilege (.5). |
| L. Michel Marchand | 10/29/21 | 4.70 | Review, analyze documents for privilege. |
| **Total Hours** | | **176.20** | |

December 8, 2021                                                                                           Invoice # 30136233

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|------:|-----:|------:|
| **Counsel** | | | |
| Barbara H. Wootton | 7.40 | 1,035.00 | 7,659.00 |
| **Subtotal:** | **7.40** | | **7,659.00** |
| **Senior Attorney** | | | |
| Bryan M. Marra | 35.90 | 920.00 | 33,028.00 |
| **Subtotal:** | **35.90** | | **33,028.00** |
| **Associate** | | | |
| Sam Sullivan | 10.80 | 595.00 | 6,426.00 |
| Dylan S. Young | 0.90 | 815.00 | 733.50 |
| **Subtotal:** | **11.70** | | **7,159.50** |
| **Staff Attorney** | | | |
| Bryan I. Eder | 14.30 | 610.00 | 8,723.00 |
| L. Michel Marchand | 70.50 | 610.00 | 43,005.00 |
| Warlesha Ryan | 29.00 | 510.00 | 14,790.00 |
| **Subtotal:** | **113.80** | | **66,518.00** |
| **eData Services** | | | |
| Thomas M. Burger | 7.40 | 335.70 | 2,484.18 |
| **Subtotal:** | **7.40** | | **2,484.18** |
| **TOTAL** | **176.20** | | **116,848.68** |

**Total Current Amount Due**                                                      **$95,815.92**

# Arnold&Porter

**Purdue Pharma L.P.**                                December 8, 2021
**Attn: Roxana Aleali**                               Invoice # 30136234
**Associate General Counsel**                         EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00158**

Project Aurora

20210003172

**For Legal Services Rendered through October 31, 2021**                    **64,880.50**

Discount:                                                                   -11,678.49

**Fee Total**                                                               **53,202.01**

**Total Amount Due**                                          $             **53,202.01**

**Wire Transfer Instructions:**

|                    |                                    |
|--------------------|------------------------------------|
| Account Name:      | Arnold & Porter Kaye Scholer LLP   |
| Bank Info:         | Wells Fargo Bank NA                |
|                    | 420 Montgomery Street              |
|                    | San Francisco, CA  94104           |
| Account Number:    | 4127865475                         |
| ABA Number:        | 121000248 (ACH and wires)          |
| Swift Code:        | WFBIUS6S                           |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
                                     P.O. Box 719451
                                     Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 8, 2021                                                                                    Invoice # 30136234

**(1049218.00158)**
Project Aurora

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Deborah L. Feinstein | 10/02/21 | 0.20 | Review agreement. |
| Rory Greiss | 10/05/21 | 3.30 | Videoconference with D. Saussy, K. McCarthy, S. Cho, R. Aleali, T. Garvey and E. Rothman to discuss out-licensing arrangement for OTC products (1.1); call with E. Rothman re: staffing and precedent to use for agreement (.7); videoconference with D. Henderson to review basic terms of agreement to be drafted (.8); correspondence with Purdue team re: products and provisions of agreement (.7). |
| Eric Rothman | 10/05/21 | 1.10 | Teleconference with R. Greiss and Purdue team to discuss terms of Project Aurora. |
| Danielle A. Henderson | 10/05/21 | 1.50 | Review term sheet and deal documents (.7); call with R. Greiss to discuss project (.8). |
| Rory Greiss | 10/06/21 | 2.20 | Videoconference with E. Rothman and R. Pippins re: regulatory issues in connection with OTC products (.6); correspondence with Purdue team re: products to be included in out-license (.8); correspondence with D. Henderson re: product descriptions and re: provisions for draft agreement (.8). |
| Eric Rothman | 10/06/21 | 1.70 | Teleconference with R. Greiss and Purdue team to discuss terms of Project Aurora (.6); correspond with client re Project Aurora (1.1). |
| Rory Greiss | 10/07/21 | 0.90 | Correspondence with Purdue team and E. Rothman re: identification of products and other information to be included in out-licensing arrangement. |
| Eric Rothman | 10/07/21 | 1.20 | Emails to client re Project Aurora. |
| Rory Greiss | 10/11/21 | 1.10 | Review, analyze correspondence from S. Cho re: supply agreements (.3); review, analyze existing agreements (.8). |
| Danielle A. Henderson | 10/11/21 | 6.00 | Review background information (1.0); review precedent documents (2.0); prepare initial draft of license agreement (3.0). |
| Danielle A. Henderson | 10/13/21 | 5.00 | Prepare draft of license agreement. |
| Rory Greiss | 10/14/21 | 1.90 | Review, analyze draft license agreement for OTC products. |
| Danielle A. Henderson | 10/14/21 | 5.00 | Prepare initial draft of license agreement. |
| Rory Greiss | 10/15/21 | 3.10 | Review, comment on draft license agreement (2.0); review, analyze E. Rothman's comments (.4); call with E. Rothman and D. Henderson to discuss license grant and other issues (.7). |
| Eric Rothman | 10/15/21 | 1.40 | Review, comment on working draft of Project Aurora (.7); teleconference with R. Greiss and D. Henderson re same (.7). |
| Danielle A. Henderson | 10/15/21 | 0.50 | Teleconference with R. Greiss and E. Rothman re license agreement. |
| Eric Rothman | 10/18/21 | 1.70 | Review, comment on working draft of Project Aurora. |
| Rory Greiss | 10/19/21 | 1.20 | Correspond with E. Rothman, D. Henderson and R. Pippins to discuss issues re: monographs, etc. (.4); correspondence with E. Rothman and D. Henderson re: revising draft agreement (.3); correspondence with K. McCarthy re: timing, due diligence, etc. (.5). |

Page 1

December 8, 2021                                                                   Invoice # 30136234

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Eric Rothman | 10/19/21 | 2.10 | Review, comment on working draft of Project Aurora. |
| Danielle A. Henderson | 10/20/21 | 3.50 | Revise exclusive license agreement. |
| Ira Stup | 10/20/21 | 1.50 | Research monograph status of OTC products (.8); correspond with A&P team re same (.7). |
| Rory Greiss | 10/21/21 | 1.70 | Correspondence with E. Rothman, I. Stump, D. Henderson and D. Kracov re: defining markets for draft agreement (.8); videoconference with E. Rothman and D. Henderson to discuss definitions and other sections of draft (.9). |
| Eric Rothman | 10/21/21 | 2.40 | Teleconference with R. Greiss to discuss terms of Project Aurora (.9); review, comment on working draft of Project Aurora (1.5). |
| Deborah L. Feinstein | 10/21/21 | 0.30 | Call with B. Koch. |
| Abeba Habtemariam | 10/21/21 | 0.70 | Analyze NDC questions for Avrio matter (.5); draft emails re same (.2). |
| Ira Stup | 10/21/21 | 0.20 | Research regulatory status of expanded list of all subject products. |
| Rory Greiss | 10/22/21 | 3.10 | Review, analyze revised draft agreement and comments from E. Rothman (1.6); videoconference with E. Rothman and D. Henderson re same (.8); further correspondence with E. Rothman, D. Henderson, I. Stump and A. Habtemariam re: finalizing language for draft prior to distribution (.7). |
| Eric Rothman | 10/22/21 | 2.10 | Teleconference with R. Greiss and D. Henderson to discuss Project Aurora (.8) review, comment on working draft of Project Aurora (1.3). |
| Abeba Habtemariam | 10/22/21 | 0.20 | Correspond with A&P team re OTC monographs. |
| Danielle A. Henderson | 10/22/21 | 4.00 | Finalize initial draft of license agreement (3.2); teleconference with R. Greiss and E. Rothman re same (.8). |
| Ira Stup | 10/22/21 | 3.70 | Research, analyze regulatory status of all subject products (1.2); confirm status of OTC oral throat product (1.7); prepare update on same (.8). |
| Deborah L. Feinstein | 10/26/21 | 0.50 | Review materials. |
| Deborah L. Feinstein | 10/27/21 | 0.30 | Call with economists. |
| Rory Greiss | 10/29/21 | 0.70 | Review bankruptcy counsel comments to draft license agreement. |

**Total Hours**                          **66.00**

December 8, 2021                                                            Invoice # 30136234

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Deborah L. Feinstein | | 1.30 | 1,420.00 | 1,846.00 |
| Rory Greiss | | 19.20 | 1,215.00 | 23,328.00 |
| Eric Rothman | | 13.70 | 990.00 | 13,563.00 |
| | **Subtotal:** | **34.20** | | **38,737.00** |
| **Counsel** | | | | |
| Abeba Habtemariam | | 0.90 | 915.00 | 823.50 |
| | **Subtotal:** | **0.90** | | **823.50** |
| **Associate** | | | | |
| Danielle A. Henderson | | 25.50 | 850.00 | 21,675.00 |
| Ira Stup | | 5.40 | 675.00 | 3,645.00 |
| | **Subtotal:** | **30.90** | | **25,320.00** |
| **TOTAL** | | **66.00** | | **64,880.50** |

**Total Current Amount Due**                                      **$53,202.01**

# Arnold&Porter

**Purdue Pharma L.P.**                                       December 8, 2021
**Attn: Roxana Aleali**                                  Invoice # 30136235
**Associate General Counsel**                          EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00159**

Project Solar

20210003176

**For Legal Services Rendered through October 31, 2021**              **42,364.50**

Discount:                                                     -7,625.61

**Fee Total**                                                    **34,738.89**

**Total Amount Due**                                 $        **34,738.89**

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                          Arnold & Porter Kaye Scholer LLP
                                        P.O. Box 719451
                                        Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 8, 2021                                                                                         Invoice # 30136235

**(1049218.00159)**
Project Solar

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 10/06/21 | 2.90 | Review, analyze correspondence from Purdue Team (.4); review, revise drafts of term sheets for products to be in-licensed (1.8); correspondence with E. Rothman to discuss drafts (.7). |
| Eric Rothman | 10/06/21 | 1.20 | Review and comment on term sheet for Project Solar. |
| Rory Greiss | 10/07/21 | 2.20 | Correspondence with Purdue Team and E. Rothman re: in-license of products project (.5); call with E. Rothman to prepare for videoconference with Purdue regarding structure of transaction (.5); videoconference with Purdue and E. Rothman to discuss structure, timing for drafts, etc. (.7); review, analyze draft of master agreement (.5). |
| Eric Rothman | 10/07/21 | 1.10 | Teleconference with R. Greiss to discuss Project Solar (.5); teleconference with R. Greiss and client re same (.6). |
| Rory Greiss | 10/08/21 | 1.70 | Review, analyze correspondence from Purdue re: Solar's comments on term sheets (.3); review, analyze precedent agreement for in-license of products (.9); videoconference with E. Rothman and T. Klees re: preparation of draft agreement (.5). |
| Eric Rothman | 10/08/21 | 0.60 | Teleconference with R. Greiss to discuss Project Solar. |
| Tracey Klees | 10/08/21 | 2.60 | Video conference with R. Greiss and E. Rothman regarding term sheets (.7); review term sheets for Project Solar (1.0); draft Project Solar agreement (.9). |
| Tracey Klees | 10/11/21 | 1.30 | Prepare draft agreement for Project Solar. |
| Tracey Klees | 10/12/21 | 8.70 | Prepare draft Master Collaboration, Development, and Supply Agreement for Project Solar. |
| Rory Greiss | 10/13/21 | 2.40 | Review, comment on draft of master collaboration agreement (2.2); correspondence with T. Klees and E. Rothman regarding same (.2). |
| Eric Rothman | 10/13/21 | 1.30 | Review, revise draft of Project Solar distribution agreement. |
| Tracey Klees | 10/13/21 | 2.10 | Prepare updates to Master Collaboration, Development and Supply Agreement for Project Solar. |
| Rory Greiss | 10/14/21 | 1.50 | Review, comment on draft master collaboration agreement. |
| Eric Rothman | 10/14/21 | 1.20 | Review, revise draft of Project Solar distribution agreement. |
| Tracey Klees | 10/14/21 | 2.50 | Review, revise Project Solar Master Collaboration, Development and Supply Agreement. |
| Rory Greiss | 10/15/21 | 2.70 | Review, comment on revised agreement draft (1.7); correspondence with E. Rothman and T. Klees to finalize draft for distribution (1.0). |
| Eric Rothman | 10/15/21 | 1.30 | Review, revise initial draft of Project Solar distribution agreement. |
| Tracey Klees | 10/15/21 | 3.10 | Review, revise Project Solar Master Collaboration, Development and Supply Agreement. |
| Rory Greiss | 10/19/21 | 1.40 | Review, analyze comments from Purdue on draft master collaboration agreement (.6); correspondence with E. Rothman and T. Klees re: revising draft (.3); review, comment on revised draft (.5). |
| Eric Rothman | 10/19/21 | 1.20 | Review, comment on revised draft of Project Solar distribution agreement. |

Page 1

December 8, 2021                                                    Invoice # 30136235

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Tracey Klees | 10/19/21 | 1.40 | Review, analyze client comment regarding draft Collaboration Agreement (.6); review, revise draft Collaboration Agreement (.8). |
| Rory Greiss | 10/21/21 | 1.70 | Correspondence with E. Rothman and T. Klees re: revised draft of license agreement (.4); review, analyze further revisions to draft (.7); further correspondence with T. Klees re: finalizing agreement (.6). |
| Eric Rothman | 10/21/21 | 1.30 | Review, comment on revised draft of Project Solar distribution agreement. |
| Tracey Klees | 10/21/21 | 0.50 | Review, revise draft Collaboration Agreement. |
| **Total Hours** | | **47.90** | |

## Legal Services-Attorney Summary

| Timekeeper | | Hours | Rate | Value |
|------------|--|-------|------|-------|
| **Partner** | | | | |
| Rory Greiss | | 16.50 | 1,215.00 | 20,047.50 |
| Eric Rothman | | 9.20 | 990.00 | 9,108.00 |
| | **Subtotal:** | **25.70** | | **29,155.50** |
| **Associate** | | | | |
| Tracey Klees | | 22.20 | 595.00 | 13,209.00 |
| | **Subtotal:** | **22.20** | | **13,209.00** |
| | **TOTAL** | **47.90** | | **42,364.50** |

**Total Current Amount Due**                                      $34,738.89

# Arnold&Porter

**Purdue Pharma L.P.**                                   December 8, 2021
**Attn: Roxana Aleali**                              Invoice # 30136236
**Associate General Counsel**                          EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00160**

Project Beckham

20210003188


**For Legal Services Rendered through October 31, 2021**            **14,754.50**


 Discount:                                                   -2,655.81

**Fee Total**                                                  **12,098.69**


**Total Amount Due**                              $        **12,098.69**




**Wire Transfer Instructions:**

|                    |                                      |
|--------------------|--------------------------------------|
| Account Name:      | Arnold & Porter Kaye Scholer LLP     |
| Bank Info:         | Wells Fargo Bank NA                  |
|                    | 420 Montgomery Street                |
|                    | San Francisco, CA  94104             |
| Account Number:    | 4127865475                           |
| ABA Number:        | 121000248 (ACH and wires)            |
| Swift Code:        | WFBIUS6S                             |

**Or Remit To:**                Arnold & Porter Kaye Scholer LLP
                         P.O. Box 719451
                         Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 8, 2021                                                                                      Invoice # 30136236

**(1049218.00160)**
**Project Beckham**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Tracey Klees | 10/22/21 | 4.60 | Review, analyze contracts for termination provisions for project Beckham. |
| Tracey Klees | 10/23/21 | 1.20 | Review, analyze contracts for termination provisions for project Beckham. |
| Tracey Klees | 10/24/21 | 7.10 | Review, analyze contracts for termination provisions for project Beckham (2.2); prepare spreadsheet of analysis results (4.9). |
| Eric Rothman | 10/25/21 | 1.40 | Review, analyze summary due diligence review of CMO arrangements. |
| Tracey Klees | 10/25/21 | 0.60 | Prepare updates to spreadsheet analysis for Project Beckham. |
| Rory Greiss | 10/27/21 | 0.80 | Review, analyze correspondence from R. Aleali re APA (.2); review APA regarding continuing contractual obligations (.4); correspondence with T. Klees and E. Rothman regarding same (.2). |
| Rory Greiss | 10/28/21 | 0.80 | Review, revise summary of asset purchase agreement and continuing obligations. |
| Eric Rothman | 10/28/21 | 1.30 | Prepared analysis of APA termination/CRE provisions. |
| Rory Greiss | 10/29/21 | 0.40 | Correspondence with T. Klees and E. Rothman regarding contract termination notices. |
| Tracey Klees | 10/29/21 | 0.50 | Prepare draft termination letters for project Beckham. |
| Rory Greiss | 10/31/21 | 0.50 | Review and comment on draft termination notices prepared by T. Klees. |
| Tracey Klees | 10/31/21 | 1.20 | Prepare draft termination letters for project Beckham. |

**Total Hours**              **20.40**

December 8, 2021                                                                 Invoice # 30136236

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Rory Greiss | | 2.50 | 1,215.00 | 3,037.50 |
| Eric Rothman | | 2.70 | 990.00 | 2,673.00 |
| | **Subtotal:** | **5.20** | | **5,710.50** |
| **Associate** | | | | |
| Tracey Klees | | 15.20 | 595.00 | 9,044.00 |
| | **Subtotal:** | **15.20** | | **9,044.00** |
| **TOTAL** | | **20.40** | | **14,754.50** |

**Total Current Amount Due**                                          **$12,098.69**