REED SMITH LLP
  Paul E. Breene
  Ann Kramer
599 Lexington Avenue
New York, NY 10022-7650
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>                                  Debtors. | Chapter 11<br>Case No.: 19-23649 (RDD)<br>(Jointly Administered) |

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING THE APPLICATION OF REED SMITH LLP AS AN ORDINARY COURSE PROFESSIONAL FOR COMPENSATION FOR SERVICES RENDERED IN EXCESS OF THE TIER 1 OCP CAP FOR THE PERIOD FROM MAY 1, 2021 THROUGH AUGUST 31, 2021**

Pursuant to 28 U.S.C. § 1746, Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), and in accordance with this Court's case management procedures set forth in the Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures, entered on November 18, 2019 [ECF No. 498] (the "**Case Management Order**"), the undersigned hereby certifies as follows:

    1.    In accordance with the Case Management Order, responses to the *Application of Reed Smith LLP as an Ordinary Course Professional for Compensation for Services Rendered in Excess of the Tier 1 OCP Cap for the Period from May 1, 2021 through August 31, 2021* [ECF No. 4090] (the "**Application**") no later than December 9, 2021 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

    2.    The Case Management Order and Local Rule 9075-2 provide that pleadings may be granted without a hearing if (a) no objections or other responsive pleadings have been filed on

or before the applicable objection deadline and (b) the attorney for the entity that filed the pleading complies with the relevant procedural and notice requirements.

3. As of the filing of this certificate, more than forty-eight (48) hours have elapsed since the Objection Deadline and, to the best of my knowledge, no responsive pleadings to the Application have been (a) filed with the Court on the docket of the above-captioned chapter 11 cases or (b) served on the Debtors or their counsel.

4. I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: December 13, 2021
      New York, New York

Respectfully submitted,

REED SMITH LLP

/s/ *Paul E. Breene*
    Paul E. Breene
599 Lexington Avenue
New York, NY  10022-7650
Telephone:  (212) 521-5400
Facsimile:  (212) 521-5450
Email: pbreene@reedsmith.com

*Special Insurance Counsel to the Debtors and Debtor-in-Possession*