November 17, 2021

**Honorable Judge Robert Drain**
**United States Bankruptcy Court**
**Southern District of New York**
**300 Quarropas Street**
**White Plains, New York 10601**

RE:     **Pardue Pharma LP**
        **Case No 19-23649**
        **Claim: !V@N27465 Kyle Robert Brinton**

I am writing on behalf of the claim I have submitted on behalf of my son, Kyle Robert Brinton, who passed away on 10/7/2017 from an opioid overdose. I have attached my documentation to my claim packet.

I am requesting you excuse my neglect to submit this claim on by the deadline on your request.

Please approve my late request. I was not aware of this claim and have been under a lot of stress with the loss of my son and helping with his son Knox Brinton, who was born 6 months after Kyle's death.

Regards,

*Shannie Jenkins*

**Shannie Jenkins**
**3122 Hollywood Dr NE**
**Olympia, WA 98516**
**360-970-6228**