Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| In re | : | Chapter 11 |
|---|---|---|
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

------------------------------------------------------------ x

**TWENTY SIXTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF <u>NOVEMBER 1, 2021 THROUGH AND INCLUDING NOVEMBER 30, 2021</u>**

| Name of Applicant: | Otterbourg P.C. |
|---|---|
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

6781120.1

| Period for Which Compensation is Sought: | November 1, 2021 – November 30, 2021 |
|---|---|
| Total Amount of Fees Incurred: | $72,099.50 |
| Total Fees Requested (80%): | $57,679.60 |
| Total Reimbursement of Expenses Incurred: | $0.00 |
| Total Reimbursement of Expenses Requested (100%): | $0.00 |
| Total compensation and Reimbursement Requested in this Statement: | $57,679.60 |
| This is Applicant's: | Twenty Sixth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Twenty Sixth Monthly Fee Statement (the "Fee Statement") for the period of November 1, 2021 through and including November 30, 2021 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $72,099.50 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $57,679.60.

2

2. Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,182.18[2]. The Blended hourly rate of all paraprofessionals is $345.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3. Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors.

## Notice

4. Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $57,679.60, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $72,099.50).

---

[2] The blended hourly billing rate of $1,182.18 is derived by dividing the total fees for attorneys of $70,340.00 by the total hours of 59.5.

[3] The Blended hourly billing rate of $345.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $1,759.50 by the total hours of 5.1.

Dated: December 13, 2021
     New York, New York

                                               OTTERBOURG P.C.

                                  By:   */s/ Melanie L. Cyganowski*
                                                 Melanie L. Cyganowski, Esq.
                                                 Jennifer S. Feeney, Esq.
                                                 230 Park Avenue
                                                 New York, New York 10169
                                                 Telephone:   (212) 661-9100
                                                 Facsimile:    (212) 682-6104

                                                 Co-*Counsel to the Ad Hoc Committee of*
                                                 *Governmental and Other Contingent*
                                                 *Litigation Claimants*

# EXHIBIT A

**Fees By Project Category**

**SUMMARY OF COMPENSATION BY PROJECT CODE
FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU06 | Employment & Fee Applications | 11.9 | $9,501.50 |
| PU08 | Litigation: Contest Matters, Adversary | 5.9 | $6,324.00 |
| PU09 | Meetings and Communications w/ AHC | 2.0 | $2,449.50 |
| PU11 | Plan & Disclosure Statement | 44.8 | $53,824.50 |
| | **TOTALS:** | **64.6** | **$72,099.50** |

# **EXHIBIT B**

## **Professional and Paraprofessional Fees**

6781120.1

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1470.00 | 27.8 | $40,866.00 |
| Erik B. Weinick ("EBW") Partner | 2002 | $895.00 | 7.2 | $6,444.00 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $940.00 | 24.5 | $23,030.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $345.00 | 5.1 | $1,759.50 |
|  | **TOTAL** |  | **64.6** | **$72,099.50** |

# EXHIBIT C

**Time Detail**

19-23649-shl    Doc 4221    Filed 12/13/21    Entered 12/13/21 17:32:04    Main Document
Pg 9 of 17

6781120.1

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

```
                                                          December 8, 2021
Client/Matter No.:   20186/0002                           BILL NO. 220554
Matter Name:         CHAPTER 11
Billing Partner:     RL STEHL
```

For Services Rendered Through November 30, 2021:

Phase: PU06                                        EMPLOYMENT & FEE APPLICATIONS

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/08/21<br>JSF | Prepare Legal Papers<br>Prepare Interim Fee Application | 2.10 | 1,974.00 |
| 11/09/21<br>JSF | Prepare Legal Papers<br>Review September time detail | .90 | 846.00 |
| 11/09/21<br>MLC | Review Documents<br>Review of September fee monthly statement | .20 | 294.00 |
| 11/09/21<br>JKH | Prepare Papers<br>Prepare September monthly statement | .60 | 207.00 |
| 11/10/21<br>JSF | Prepare Legal Papers<br>Prepare Sixth Interim Fee Application | 2.30 | 2,162.00 |
| 11/10/21<br>JKH | Prepare Papers<br>Prepare fee application and exhibits | 1.40 | 483.00 |
| 11/11/21<br>JSF | Prepare Legal Papers<br>Review and Revise Interim Fee Application | 1.10 | 1,034.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                                                December 8, 2021
Page 2                                                                                      BILL NO. 220554

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/11/21<br>MLC | Review Documents<br>Review of Otterbourg's 6th Interim Fee Application and Exhibits | 1.00 | 1,470.00 |
| 11/11/21<br>JKH | Prepare Papers<br>Prepare fee application | .70 | 241.50 |
| 11/12/21<br>JSF | Examine Documents<br>Review of Interim Fee Application for Filing | .40 | 376.00 |
| 11/12/21<br>JKH | Prepare Papers<br>Prepare final September statement for filing | .20 | 69.00 |
| 11/15/21<br>JKH | Prepare Papers<br>Finalize fee application for filing | .20 | 69.00 |
| 11/30/21<br>JKH | Prepare Papers<br>Prepare October monthly statement | .80 | 276.00 |

TOTAL PHASE PU06                                                              11.90           $9,501.50

Phase: PU08                                          LITIGATION: CONTESTED MATTERS, ADVERSARY

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                         December 8, 2021
Page 3                                                              BILL NO. 220554

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/05/21<br>MLC | Review Documents<br>Review of draft responses for production served upon AD HOC in insurance AP | .50 | 735.00 |
| 11/05/21<br>MLC | Review Documents<br>Review of Court order denying chambers conference request | .20 | 294.00 |
| 11/07/21<br>JSF | Examine Documents<br>Review of Draft Responses of Committees to Document Requests in Insurance Litigation | .40 | 376.00 |
| 11/07/21<br>MLC | Review Documents<br>Review of UCC's edits to discovery responses | .30 | 441.00 |
| 11/09/21<br>MLC | Review Documents<br>Review and analysis of SDNY Order denying motion of insurers to withdraw reference of AP | 1.10 | 1,617.00 |
| 11/10/21<br>JKH | Review Documents<br>Review and calendar oral argument schedule | .20 | 69.00 |
| 11/11/21<br>JSF | Examine Documents<br>Review of Notices of Appearance for District Court Appeal | .20 | 188.00 |
| 11/11/21<br>MLC | Review Documents<br>Review of draft NOAs for SDNY | .50 | 735.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                                       December 8, 2021
Page 4                                                                            BILL NO. 220554

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/11/21<br>JKH | Prepare Papers<br>Prepare and file NOAs in SDNY action | .80 | 276.00 |
| 11/18/21<br>JSF | Examine Documents<br>Review of Summary of Court Hearing | .20 | 188.00 |
| 11/18/21<br>EBW | Attendance at Court (Conference)<br>Telephonic attendance at omnibus hearing. | 1.00 | 895.00 |
| 11/18/21<br>MLC | Review Documents<br>Review of summary at hearing before Judge Drain | .30 | 441.00 |
| 11/24/21<br>JKH | Prepare Papers<br>Prepare electronic device notice for SDNY district court hearing | .20 | 69.00 |

TOTAL PHASE PU08                                                                  5.90           $6,324.00

Phase: PU09                                                     MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/03/21<br>JSF | Telephone Call(s)<br>Attend Meeting of AHC - Status Update | .30 | 282.00 |
| 11/03/21<br>MLC | Attend Creditors Meeting<br>AD HOC meeting | .40 | 588.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter: 20186/0002 December 8, 2021
Page 5 BILL NO. 220554

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/17/21<br>JSF | Telephone Call(s)<br>Attend Weekly Update Call with AHC | .30 | 282.00 |
| 11/17/21<br>EBW | Telephone Call(s)<br>Attendance at weekly update call. | .30 | 268.50 |
| 11/17/21<br>MLC | Conference call(s)<br>Committee meeting of AD HOC | .40 | 588.00 |
| 11/18/21<br>MLC | Correspondence<br>Correspondence from KL re: Drain decision | .30 | 441.00 |

TOTAL PHASE PU09     2.00    $2,449.50

| Phase: PU11 | | PLAN & DISCLOSURE STATEMENT | |
|---|---|---|---|
| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
| 11/02/21<br>JSF | Examine Documents<br>Review of Updates on Stay Motions | .40 | 376.00 |
| 11/03/21<br>MLC | Review Documents<br>Review of draft outline of argument to<br>District Court | 1.20 | 1,764.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

| Client/Matter: 20186/0002 | | | December 8, 2021 |
|---|---|---|---|
| Page 6 | | | BILL NO. 220554 |

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/05/21<br>MLC | Correspondence<br>Correspondence with AD HOC counsel and State Subgroup re: station/mootness stipulation waver | 1.10 | 1,617.00 |
| 11/09/21<br>JSF | Telephone Call(s)<br>Attend Telephonic Court Hearing re: Stay Pending Appeal | 7.30 | 6,862.00 |
| 11/09/21<br>MLC | Correspondence<br>Correspondence summarizing Purdue hearing before Judge Drain | .80 | 1,176.00 |
| 11/10/21<br>JSF | Examine Documents<br>Review of Summary of Stay Hearing to AHC | .20 | 188.00 |
| 11/11/21<br>JSF | Examine Documents<br>Review of Draft Appellate Brief of AHC | 1.20 | 1,128.00 |
| 11/12/21<br>JSF | Examine Documents<br>Review of Revised Appellate Brief | .60 | 564.00 |
| 11/12/21<br>MLC | Correspondence<br>Correspondence re: TopCo | .20 | 294.00 |
| 11/15/21<br>JSF | Examine Documents<br>Review of Appellee Briefs | .60 | 564.00 |
| 11/15/21<br>MLC | Review Documents<br>Review of final draft of Appellate Brief | 1.30 | 1,911.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

| Client/Matter:  20186/0002 | | | December 8, 2021 |
| --- | --- | --- | --- |
| Page 7 | | | BILL NO. 220554 |

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- |
| 11/17/21<br>EBW | Analysis of Legal Papers<br>Analysis of appellate briefs. | 3.60 | 3,222.00 |
| 11/17/21<br>MLC | Telephone Call(s)<br>Telephone call with Marco Acerra re: TopCo | .40 | 588.00 |
| 11/17/21<br>MLC | Review Documents<br>Review and analysis of Appellate Briefs;<br>Review and analysis of Appellate Brief | 4.50 | 6,615.00 |
| 11/18/21<br>EBW | Analysis of Legal Papers<br>Analysis of appellate briefs | 1.20 | 1,074.00 |
| 11/19/21<br>MLC | Review Documents<br>Review of draft order re: NCSG and MSGE fees | .40 | 588.00 |
| 11/19/21<br>MLC | Correspondence<br>Correspondence with Co-Counsel re: lift<br>stay motion | .60 | 882.00 |
| 11/23/21<br>EBW | Analysis of Legal Papers<br>Review of appellate briefs. | 1.10 | 984.50 |
| 11/24/21<br>MLC | Correspondence<br>Correspondence with AD HOC re: SDNY Oral<br>Argument on Appeal | .20 | 294.00 |
| 11/26/21<br>MLC | Review Documents<br>Review and analysis of SDNY Docket Entry<br>with questions from J. McMahon re: Appeal | 1.70 | 2,499.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                                              December 8, 2021
Page 8                                                                                   BILL NO. 220554

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/27/21<br>MLC | Correspondence<br>Follow-up correspondence with AD HOC Counsel re: SDNY Appellate argument | .50 | 735.00 |
| 11/29/21<br>MLC | Telephone Call(s)<br>Conference call with AD HOC Counsel and State Subgroup preparing for oral argument before SDNY | 1.10 | 1,617.00 |
| 11/29/21<br>MLC | Review Documents<br>Review of Supplement Brief filed by certain States responding to Judge's questions | 1.50 | 2,205.00 |
| 11/30/21<br>JSF | Telephone Call(s)<br>Attend Telephonically District Court Oral Argument re: Appeals of Confirmation Order | 6.00 | 5,640.00 |
| 11/30/21<br>MLC | Attendance at Court (Conference)<br>General appearance on behalf of AHC before SDNY Court for hearing on appeals | 6.50 | 9,555.00 |
| 11/30/21<br>MLC | Conference out of Office<br>Conference with co-counsel for AHC during break re appellate issues raised during oral argument | .60 | 882.00 |

TOTAL PHASE PU11                                                            44.80             $53,824.50

                                                        TOTAL FOR SERVICES           $72,099.50