DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | **(Jointly Administered)** |

**AGENDA FOR DECEMBER 16, 2021 HEARING**

| | |
|---|---|
| Time and Date of Hearing: | December 16, 2021 at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 26343589050##. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**I.    CONTESTED MATTERS:**

1. ***Ellen Isaacs Objection Motion.*** Objection/Motion to Object to Payments for all Parties and Other Relief Filed by Ellen Isaacs [ECF No. 3963]

    Objection Deadline: December 9, 2021 at 4:00 p.m. (prevailing Eastern Time)

    Responses Received:

    A. Debtors' Objection to Ellen Isaacs' Motion to Object to Payment for all Parties and Other Relief [ECF No. 4212]

    Related Documents:

    A. Notice of Objection/Motion to Object to Payments [ECF No. 3964]

    B. Notice of Hearing Regarding Motion to Object to Payments for all Parties and Other Relief Filed by Ellen Isaacs [ECF No. 3968]

    Status: This matter is going forward on a contested basis

2. ***Robert P. Caulk Late Claim Motion.*** Motion to file Proof of Claim After Claims Bar Date Filed by Robert P. Caulk [ECF No. 4072]

    Objection Deadline: December 9, 2021 at 4:00 p.m. (prevailing Eastern Time)

    Responses Received:

    A. Debtor's Omnibus Objection to Motions to File Proofs of Claim After Claims Bar Date Filed by Robert Caulk and Lamere Wilmer-Williamson [ECF No. 4213]

    Related Documents: None.

    Status: This matter is going forward on a contested basis

3. ***Lamere Wilmer-Williamson Late Claim Motion***. Motion to File Proof of Claim After Claim Bar Date Filed by Lamere Wilmer-Williamson [ECF No. 4073]

    Objection Deadline: December 9, 2021 at 4:00 p.m. (prevailing Eastern Time)

Responses Received:

A. Debtor's Omnibus Objection to Motions to File Proofs of Claim After Claims Bar Date Filed by Robert Caulk and Lamere Wilmer-Williamson [ECF No. 4213]

Related Documents: None.

Status: This matter is going forward on a contested basis

## II. UNCONTESTED MATTERS:

4. *Interim Fee Applications.* Notice of Sixth Interim Fee Hearing [ECF No. 4150]

    Objection Deadline: December 9, 2021 at 4:00 p.m. (prevailing Eastern Time)

    Responses Received: None.

    Related Documents:

    Interim Fee Applications of the following applicants:

    **Debtors' Professionals**
    A. Dechert LLP [ECF No. 4117]
    B. Arnold & Porter Kaye Scholer LLP [ECF No. 4116]
    C. King & Spalding LLP [ECF No. 4125]
    D. Davis Polk & Wardwell LLP [ECF No. 4119]
    E. Jones Day [ECF No. 4123]
    F. KPMG LLP[2] [ECF No. 3995]
    G. Ernst & Young LLP [ECF No. 4114]
    H. AlixPartners, LLP [ECF No. 4120]
    I. Prime Clerk LLC [ECF No. 4115]
    J. Skadden, Arps, Slate, Meagher & Flom LLP [ECF No. 4141]
    K. PJT Partners LP [ECF No. 4124]
    L. Cornerstone Research [ECF No. 4122]
    M. Sullivan & Worcester [ECF No. 4113]
    N. Grant Thornton [ECF No. 4121]

---

[2] KPMG LLP has been jointly retained by the Debtors and the Official Committee of Unsecured Creditors.

**Official Committee of Unsecured Creditors' Professionals**

A. Jefferies LLC [ECF No. 4138]
B. Cole Schotz P.C. [ECF No. 4135]
C. Province, Inc. [ECF No. 4140]
D. Akin Gump Strauss Hauer & Feld LLP [ECF No. 4133]
E. Kurtzman Carson Consultants LLC [ECF No. 4139]
F. Bedell Cristin Jersey Partnership [ECF No. 4137]

**Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals**

A. Brown Rudnick LLP [ECF No. 4126]
B. FTI Consulting [ECF No. 4129]
C. Otterbourg, P.C. [ECF No. 4127]
D. Gilbert LLP [ECF No. 4128]
E. Kramer Levin Naftalis & Frankel LLP [ECF No. 4142]
F. Houlihan Lokey Capital, Inc. [ECF No. 4132]

**Multi-State Governmental Entities Group**

A. Caplin & Drysdale, Chartered [ECF No. 4145]

**Fee Examiner**

A. Bielli & Klauder, LLC [ECF No. 4118]

Status: This matter is going forward on an uncontested basis

5. ***Reed Smith LLP Application for Compensation***. Application for Interim Professional Compensation as Ordinary Course Professional for Compensation for Services Rendered in Excess of the Tier 1 OCP CAP for the Period from May 1, 2021 through August 31, 2021, Filed by Reed Smith [ECF No. 4090]

Objection Deadline: December 9, 2021 at 4:00 p.m. (prevailing Eastern Time)

Responses Received: None.

Related Documents:

A. Notice of Hearing on the Application of Reed Smith LLP as an Ordinary Course Professional for Compensation for Services Rendered in Excess of the Tier 1 OCP CAP for the Period from May 1, 2021 through August 31, 2021, filed by Reed Smith LLP [ECF No. 4091]

    B. Certificate of No Objection Under 28 U.S.C. § 1746 Regarding the Application of Reed Smith LLP as an Ordinary Course Professional for Compensation for Services Rendered in Excess of the Tier 1 OCP CAP for the Period from May 1, 2021 through August 31, 2021 [ECF No. 4218]

<u>Status</u>: This matter is going forward on an uncontested basis

December 14, 2021
New York, New York

                DAVIS POLK & WARDWELL LLP

By: */s/ Eli J. Vonnegut*
     Eli J. Vonnegut

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*