UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**TWENTY FIFTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | October 1, 2021 through October 31, 2021 |
| Monthly Fees Incurred: | $368,998.50 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred:                     $40.00

Total Fees and Expenses Due:                   $369,038.50

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747 Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.00 | $0.00 | $242,741.60 | $0.00 |

**PRIOR APPLICATIONS (cont.):**

|  |  | Requested | | Approved | |
| :---: | :---: | :---: | :---: | :---: | :---: |
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 3798 Filed on 9/21/2021 | 7/1/2021 – 7/31/2021 | $431,630.50 | $135.81 | $345,304.40 | $135.81 |
| Docket No. 3941 Filed on 10/14/2021 | 8/1/2021 – 8/31/2021 | $284,159.00 | $20.94 | $227,327.20 | $20.94 |
| Docket No. 4097 Filed on 11/11/2021 | 9/1/2021 – 9/30/2021 | $244,958.50 | $0.00 | $195,966.80 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, and $15,000 were allocated evenly across fees from the first, second, third, fourth, and fifth interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from October 1, 2021 through and including October 31, 2021 (the "**Fee Period**") amount to:

   | | |
   |---|---|
   | Professional Fees | $368,998.50 |
   | Expenses | 40.00 |
   | **TOTAL** | **$369,038.50** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---|
   | Professional Fees at 80% | $295,198.80 |
   | Expenses at 100% | 40.00 |
   | **TOTAL** | **$295,238.80** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A"**.

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B"**.

5

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C".**

6. A summary of expenses incurred during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "D".**

7. Detailed breakdown of the expenses incurred during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "E".**

8. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

9. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than December 28, 2021 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

10. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

11. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
December 14, 2021

        FTI CONSULTING, INC.
Financial Advisors to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P.

By:  */s/ Matthew Diaz*
     Matthew Diaz, Senior Managing Director
     Three Times Square, 10th Floor
     New York, New York 10036
     Telephone: (212) 499-3611
     Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Diaz, Matthew | Sr Managing Director | Restructuring | 1,120 | 98.8 | $ 110,656.00 |
| Simms, Steven | Sr Managing Director | Restructuring | 1,295 | 5.3 | 6,863.50 |
| Shafer, Patterson | Managing Dir | Healthcare | 600 | 21.0 | 12,600.00 |
| Bromberg, Brian | Sr Director | Restructuring | 850 | 150.6 | 128,010.00 |
| Ruiz, Ricardo | Sr Director | Healthcare | 550 | 3.0 | 1,650.00 |
| Whitman, Andrew | Sr Director | Insurance | 675 | 5.6 | 3,780.00 |
| Johnson, Ancy | Director | Healthcare | 475 | 22.0 | 10,450.00 |
| Baron, Genevieve | Sr Consultant | Healthcare | 375 | 32.0 | 12,000.00 |
| Knaak, Meredith | Sr Consultant | Healthcare | 375 | 42.2 | 15,825.00 |
| Kurtz, Emma | Sr Consultant | Restructuring | 580 | 103.3 | 59,914.00 |
| Turner, Ian | Sr Consultant | Restructuring | 580 | 12.0 | 6,960.00 |
| Hellmund-Mora, Marili | Associate | Restructuring | 290 | 1.0 | 290.00 |
| **GRAND TOTAL** | | | | **496.8** | **$ 368,998.50** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 7.9 | $ 4,798.00 |
| 2 | Cash & Liquidity Analysis | 0.9 | 1,008.00 |
| 7 | Analysis of Domestic Business Plan | 128.0 | 60,262.00 |
| 11 | Prepare for and Attend Court Hearings | 3.7 | 3,712.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 26.4 | 27,018.50 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 3.1 | 3,094.00 |
| 24 | Preparation of Fee Application | 8.3 | 5,118.00 |
| 26 | Analysis of Insurance Programs | 28.2 | 23,287.00 |
| 30 | Emergence Preparation | 290.3 | 240,701.00 |
| | **GRAND TOTAL** | **496.8** | **$ 368,998.50** |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 10/4/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/5/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/6/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/7/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/8/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/11/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/11/2021 | Kurtz, Emma | 0.3 | Review recent dataroom uploads re: monthly reports to share with team. |
| 1 | 10/12/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/13/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/14/2021 | Kurtz, Emma | 0.5 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/15/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/18/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/19/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/20/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/21/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/22/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/25/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/26/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/27/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/28/2021 | Diaz, Matthew | 0.4 | Review the Debtors' proposed surety bond. |
| 1 | 10/28/2021 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/29/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **7.9** | |
| 2 | 10/5/2021 | Diaz, Matthew | 0.9 | Review Debtors' latest cash flow report. |
| **2 Total** | | | **0.9** | |
| 7 | 10/1/2021 | Baron, Genevieve | 1.1 | Perform diligence of additional cost support files received. |
| 7 | 10/1/2021 | Johnson, Ancy | 0.5 | Attend call with AlixPartners to discuss outstanding cost savings diligence requests. |
| 7 | 10/1/2021 | Johnson, Ancy | 1.4 | Prepare draft slides for cost savings report. |
| 7 | 10/4/2021 | Bromberg, Brian | 0.6 | Discuss cost saving report with team. |
| 7 | 10/4/2021 | Diaz, Matthew | 0.7 | Review cost savings analysis and related next steps. |
| 7 | 10/4/2021 | Johnson, Ancy | 0.6 | Attend call with team to discuss status of cost savings report. |
| 7 | 10/4/2021 | Johnson, Ancy | 2.1 | Continue to prepare draft report outline and summary slides for internal review. |
| 7 | 10/4/2021 | Shafer, Patterson | 1.4 | Review current draft report to provide feedback to team. |
| 7 | 10/4/2021 | Shafer, Patterson | 0.6 | Attend call with internal team to discuss report status and outstanding tasks. |
| 7 | 19/5/2021 | Baron, Genevieve | 1.8 | Review contract list provided by Debtors to identify key contracts. |
| 7 | 10/5/2021 | Diaz, Matthew | 0.5 | Participate in a call with Alix to discuss open due diligence items. |
| 7 | 10/5/2021 | Knaak, Meredith | 0.3 | Review list of contracts and contract counterparties provided by Debtors. |
| 7 | 10/6/2021 | Shafer, Patterson | 2.1 | Review latest draft of report to evaluate next steps. |
| 7 | 10/6/2021 | Shafer, Patterson | 0.9 | Evaluate contracts list provided by the Debtors to provide guidance to team. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 10/7/2021 | Knaak, Meredith | 0.6 | Prepare list of contracts to request additional information on re: Adlon third party spend data. |
| 7 | 10/8/2021 | Baron, Genevieve | 2.1 | Continue to review contracts list provided by Debtors to identify key vendor contracts re: Purdue. |
| 7 | 10/8/2021 | Shafer, Patterson | 1.7 | Review draft report and certain summary slides. |
| 7 | 10/8/2021 | Shafer, Patterson | 0.8 | Draft agenda for call with management. |
| 7 | 10/11/2021 | Baron, Genevieve | 2.3 | Draft interview questions for call with management. |
| 7 | 10/11/2021 | Baron, Genevieve | 1.9 | Review cost data provided and analyses to prepare for call with management. |
| 7 | 10/11/2021 | Baron, Genevieve | 1.4 | Discuss with internal team re: management interviews and relevant questions. |
| 7 | 10/11/2021 | Bromberg, Brian | 0.8 | Review agenda for management call. |
| 7 | 10/11/2021 | Johnson, Ancy | 1.4 | Attend internal call to discuss preparation for management interviews. |
| 7 | 10/11/2021 | Knaak, Meredith | 1.4 | Attend internal call to prepare for management interviews. |
| 7 | 10/11/2021 | Shafer, Patterson | 1.9 | Review draft interview questions and feedback from team to prepare for management interview. |
| 7 | 10/12/2021 | Baron, Genevieve | 1.4 | Review outstanding research questions to prepare questions for CFO. |
| 7 | 10/12/2021 | Bromberg, Brian | 0.9 | Review revised agenda for management call. |
| 7 | 10/12/2021 | Johnson, Ancy | 1.6 | Review draft agenda for management meeting and employee interviews. |
| 7 | 10/12/2021 | Johnson, Ancy | 1.4 | Draft initial observations from cost savings analysis to include in CFO interview topics. |
| 7 | 10/12/2021 | Knaak, Meredith | 0.3 | Incorporate revisions to CFO interview questions. |
| 7 | 10/12/2021 | Shafer, Patterson | 0.6 | Review status of management call agenda and CFO interview questions to provide comments. |
| 7 | 10/13/2021 | Baron, Genevieve | 1.4 | Draft revisions to management interview questions per internal comments. |
| 7 | 10/13/2021 | Bromberg, Brian | 1.0 | Attend call to discuss cost savings with management. |
| 7 | 10/13/2021 | Diaz, Matthew | 1.0 | Participate in a call with the Company to discuss the cost savings project. |
| 7 | 10/13/2021 | Johnson, Ancy | 0.8 | Review latest question list to prepare for meeting with Company management. |
| 7 | 10/13/2021 | Johnson, Ancy | 1.0 | Attend call with management, including CFO, to discuss cost savings analysis. |
| 7 | 10/13/2021 | Knaak, Meredith | 1.0 | Attend interview with the CFO to discuss questions re: potential cost savings. |
| 7 | 10/13/2021 | Knaak, Meredith | 0.9 | Begin to draft summary notes of call with CFO. |
| 7 | 10/13/2021 | Shafer, Patterson | 1.0 | Attend call with Company management, including CFO, to discuss potential cost savings. |
| 7 | 10/14/2021 | Baron, Genevieve | 3.3 | Prepare further analysis of third party spend data per CFO request. |
| 7 | 10/14/2021 | Johnson, Ancy | 1.2 | Review consolidated summary notes of CFO interview to evaluate next steps. |
| 7 | 10/14/2021 | Knaak, Meredith | 2.6 | Prepare consolidated summary notes re: CFO interview to share with team. |
| 7 | 10/14/2021 | Shafer, Patterson | 1.6 | Review summary of CFO interview to identify key responses to include in analysis. |
| 7 | 10/18/2021 | Baron, Genevieve | 1.6 | Continue to prepare updates to analysis of third party spend data. |
| 7 | 10/18/2021 | Johnson, Ancy | 1.7 | Draft status report for team re: CFO interview, site visit, and report progress. |
| 7 | 10/18/2021 | Knaak, Meredith | 1.1 | Prepare revisions to spreadsheet to share with the CFO re: third party spend data. |
| 7 | 10/18/2021 | Shafer, Patterson | 1.2 | Review status report from team to provide comments on outline of site visit. |
| 7 | 10/18/2021 | Shafer, Patterson | 0.7 | Review draft spreadsheet to share with the CFO to provide comments to team. |
| 7 | 10/19/2021 | Baron, Genevieve | 1.7 | Incorporate key points from CFO interview into draft report. |
| 7 | 10/19/2021 | Johnson, Ancy | 1.6 | Prepare updates to draft cost savings report to incorporate CFO call. |
| 7 | 10/19/2021 | Johnson, Ancy | 0.7 | Review comments from team re: site visit to update status report. |
| 7 | 10/19/2021 | Knaak, Meredith | 0.3 | Prepare revisions to third party spend analysis to share with CFO per internal comments. |
| 7 | 10/19/2021 | Shafer, Patterson | 0.9 | Provide comments to team re: draft cost savings report. |
| 7 | 10/20/2021 | Baron, Genevieve | 1.2 | Prepare updates to latest draft cost savings report per internal comments. |
| 7 | 10/20/2021 | Bromberg, Brian | 0.4 | Review latest draft of the cost savings report. |
| 7 | 10/20/2021 | Diaz, Matthew | 1.2 | Review of the updated cost savings report. |
| 7 | 10/20/2021 | Johnson, Ancy | 1.1 | Finalize updated draft of the cost savings report to share with team. |
| 7 | 10/20/2021 | Knaak, Meredith | 2.2 | Draft revised CFO question list incorporating the answers provided on the call to identify any outstanding questions. |
| 7 | 10/20/2021 | Shafer, Patterson | 0.6 | Provide further comments to team re: draft cost savings report. |
| 7 | 10/21/2021 | Johnson, Ancy | 0.9 | Draft tour schedule for visit to manufacturing site. |
| 7 | 10/21/2021 | Knaak, Meredith | 1.3 | Review diligence received to draft summary of outstanding requests. |
| 7 | 10/21/2021 | Knaak, Meredith | 1.1 | Prepare revisions to the Purdue cost diligence deck re: org structure. |
| 7 | 10/21/2021 | Shafer, Patterson | 0.4 | Review summary of outstanding diligence requests and status of report to identify next steps. |
| 7 | 10/22/2021 | Baron, Genevieve | 0.8 | Prepare revisions to cost savings presentation to reflect latest analyses. |
| 7 | 10/22/2021 | Knaak, Meredith | 2.3 | Prepare revisions to cost savings analysis to include the latest information from the Debtors. |
| 7 | 10/22/2021 | Shafer, Patterson | 1.6 | Provide comments to team on draft of cost savings report. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
DETAIL OF TIME ENTRIES
FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 10/25/2021 | Baron, Genevieve | 1.2 | Prepare updates to cost savings analysis per internal comments. |
| 7 | 10/25/2021 | Knaak, Meredith | 2.2 | Prepare revisions to section of cost savings report re: organizational structure. |
| 7 | 10/25/2021 | Knaak, Meredith | 2.1 | Prepare updates to cost savings report re: analysis of spend data. |
| 7 | 10/25/2021 | Knaak, Meredith | 2.4 | Draft initial list of questions based upon the organization structure report in preparation for meeting with AlixPartners. |
| 7 | 10/25/2021 | Ruiz, Ricardo | 1.1 | Review draft of cost savings report to identify outstanding questions re: manufacturing process. |
| 7 | 10/25/2021 | Ruiz, Ricardo | 1.9 | Draft question list for manufacturing plant site visit. |
| 7 | 10/26/2021 | Baron, Genevieve | 0.8 | Review materials to prepare for call with AlixPartners. |
| 7 | 10/26/2021 | Baron, Genevieve | 1.0 | Attend call with Alix to discuss organizational structure and employee roster. |
| 7 | 10/26/2021 | Johnson, Ancy | 1.0 | Attend call with AlixPartners to review cost savings report re: org structure. |
| 7 | 10/26/2021 | Johnson, Ancy | 1.2 | Prepare updates to cost savings analysis to reflect input from Alix. |
| 7 | 10/26/2021 | Knaak, Meredith | 1.0 | Attend call with AlixPartners to discuss cost savings re: org chart and employee roster files. |
| 7 | 10/26/2021 | Knaak, Meredith | 1.7 | Prepare updates to analysis of org chart and employee roster per call with AlixPartners. |
| 7 | 10/26/2021 | Shafer, Patterson | 1.1 | Review latest draft of cost savings report to provide feedback. |
| 7 | 10/27/2021 | Diaz, Matthew | 0.7 | Review draft of the cost savings analysis. |
| 7 | 10/27/2021 | Johnson, Ancy | 0.8 | Incorporate internal feedback into cost savings report. |
| 7 | 10/27/2021 | Knaak, Meredith | 2.2 | Prepare analysis of manufacturing data and related spend re: Wilson plant. |
| 7 | 10/27/2021 | Knaak, Meredith | 1.9 | Incorporate draft analysis of manufacturing data into cost savings report. |
| 7 | 10/27/2021 | Shafer, Patterson | 0.6 | Review draft question list for Wilson plant tour to prepare revisions. |
| 7 | 10/28/2021 | Baron, Genevieve | 2.6 | Prepare revisions to cost savings report to reflect latest analyses of manufacturing spend. |
| 7 | 10/28/2021 | Baron, Genevieve | 1.4 | Prepare updated question list for Wilson plant tour per internal comments. |
| 7 | 10/28/2021 | Johnson, Ancy | 0.4 | Prepare revisions to question list for Wilson plant visit. |
| 7 | 10/28/2021 | Knaak, Meredith | 2.2 | Prepare updates to analysis of CRO spend to reflect latest data. |
| 7 | 10/28/2021 | Knaak, Meredith | 2.4 | Prepare updates to analysis of business plan, including third party spend, to reflect latest information. |
| 7 | 10/28/2021 | Knaak, Meredith | 2.6 | Conduct research into Wilson plant in preparation for site visit. |
| 7 | 10/28/2021 | Shafer, Patterson | 0.6 | Review latest draft cost savings report. |
| 7 | 10/29/2021 | Baron, Genevieve | 1.4 | Analyze vendor spend data to identify possible reductions to include in report. |
| 7 | 10/29/2021 | Baron, Genevieve | 1.6 | Prepare updates to cost savings report to reflect latest analyses. |
| 7 | 10/29/2021 | Johnson, Ancy | 0.6 | Review updated draft of cost savings report to provide guidance on next steps. |
| 7 | 10/29/2021 | Knaak, Meredith | 3.2 | Prepare analysis of CRO spend to include in cost savings report. |
| 7 | 10/29/2021 | Knaak, Meredith | 2.9 | Continue to evaluate spend by vendor and top vendors to identify potential cost savings. |
| 7 | 10/29/2021 | Shafer, Patterson | 0.7 | Review updated draft of cost savings report to provide feedback to team. |
| **7 Total** | | | **128.0** | |
| 11 | 10/12/2021 | Bromberg, Brian | 1.6 | Listen to district court hearing re: appeal. |
| 11 | 10/12/2021 | Diaz, Matthew | 2.1 | Attend the district court appeal hearing. |
| **11 Total** | | | **3.7** | |
| 16 | 8/22/2021 | Bromberg, Brian | 1.4 | Review updates to Sackler settlement agreement. |
| 16 | 10/4/2021 | Diaz, Matthew | 1.8 | Review updated shareholder settlement agreement. |
| 16 | 10/4/2021 | Simms, Steven | 0.4 | Review case status re: plan and appeals. |
| 16 | 10/5/2021 | Bromberg, Brian | 2.1 | Review plan and MDT agreement. |
| 16 | 10/6/2021 | Bromberg, Brian | 0.5 | Discuss appeal cash flow impacts with Counsel. |
| 16 | 10/6/2021 | Diaz, Matthew | 1.2 | Review the appeals process and summary of related next steps. |
| 16 | 10/6/2021 | Diaz, Matthew | 1.6 | Perform detailed review of the Sackler settlement agreement payment mechanics examples. |
| 16 | 10/6/2021 | Simms, Steven | 0.9 | Attend weekly AHC call to discuss plan issues. |
| 16 | 10/7/2021 | Simms, Steven | 0.6 | Review latest update on Plan appeal issues. |
| 16 | 10/8/2021 | Bromberg, Brian | 1.1 | Review Guard declaration. |
| 16 | 10/8/2021 | Diaz, Matthew | 1.1 | Review the updated NOAT distribution analysis and related analytics. |
| 16 | 10/9/2021 | Diaz, Matthew | 1.1 | Review the Guard declaration in opposition to the appeal. |
| 16 | 10/10/2021 | Bromberg, Brian | 2.2 | Review revised draft of Guard declaration. |
| 16 | 10/11/2021 | Bromberg, Brian | 1.1 | Review MDT agreement. |
| 16 | 10/11/2021 | Simms, Steven | 0.6 | Review status of plan appeals and other case issues. |
| 16 | 10/12/2021 | Diaz, Matthew | 2.1 | Review the latest shareholder agreement. |
| 16 | 10/12/2021 | Kurtz, Emma | 0.3 | Prepare revisions to summary chart re: total amounts to private and public creditors from emergence to 2024. |
| 16 | 10/12/2021 | Simms, Steven | 0.6 | Review update on court actions related to Plan. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 10/13/2021 | Bromberg, Brian | 1.0 | Participate in weekly Committee call to discuss case events, with a focus on plan confirmation appeals. |
| 16 | 10/13/2021 | Bromberg, Brian | 0.5 | Discuss NewCo transfer agreement with Counsel. |
| 16 | 10/19/2021 | Bromberg, Brian | 0.9 | Review Guard declaration. |
| 16 | 10/19/2021 | Diaz, Matthew | 0.6 | Review updated NewCo transfer agreement. |
| 16 | 10/21/2021 | Bromberg, Brian | 0.7 | Review Guard declaration and objection. |
| 16 | 10/25/2021 | Simms, Steven | 0.6 | Evaluate status of plan issues re: appeals. |
| 16 | 10/26/2021 | Diaz, Matthew | 0.7 | Review bridge of distributable value to NOAT. |
| 16 | 10/28/2021 | Simms, Steven | 0.4 | Review updates regarding plan and related issues. |
| 16 | 10/29/2021 | Diaz, Matthew | 0.3 | Review disclosure statement financial projections. |
| **16 Total** | | | **26.4** | |
| 21 | 10/6/2021 | Bromberg, Brian | 0.8 | Participate in weekly AHC meeting to discuss ongoing case issues. |
| 21 | 10/6/2021 | Diaz, Matthew | 0.7 | Participate in the AHC weekly call to discuss case updates. |
| 21 | 10/13/2021 | Diaz, Matthew | 0.5 | Participate in the AHC call to discuss the appeals hearing and other topics. |
| 21 | 10/22/2021 | Bromberg, Brian | 0.6 | Participate in weekly corporate call with Counsel. |
| 21 | 10/25/2021 | Diaz, Matthew | 0.5 | Participate in call with a committee member to discuss post emergence next steps. |
| **21 Total** | | | **3.1** | |
| 24 | 10/15/2021 | Hellmund-Mora, Marili | 0.6 | Update and finalize the August fee application. |
| 24 | 10/18/2021 | Hellmund-Mora, Marili | 0.4 | Generate proforma in connection with budget and billing. |
| 24 | 10/18/2021 | Kurtz, Emma | 3.1 | Begin to prepare September fee statement per local rules. |
| 24 | 10/22/2021 | Kurtz, Emma | 2.7 | Finish preparing draft September fee statement per fee examiner guidelines. |
| 24 | 10/26/2021 | Diaz, Matthew | 1.1 | Review draft of the September bill. |
| 24 | 10/27/2021 | Kurtz, Emma | 0.4 | Prepare revisions to September fee statement. |
| **24 Total** | | | **8.3** | |
| 26 | 8/22/2021 | Bromberg, Brian | 1.9 | Review proposal for post-emergence insurance. |
| 26 | 10/2/2021 | Bromberg, Brian | 0.6 | Review insurance information for NewCo. |
| 26 | 10/20/2021 | Whitman, Andrew | 0.3 | Prepare for D&O insurance update call. |
| 26 | 10/21/2021 | Bromberg, Brian | 1.0 | Attend call with the Debtors to discuss post-emergence insurance options. |
| 26 | 10/21/2021 | Diaz, Matthew | 0.8 | Participate in a call with the Debtors to discuss go forward insurance options. |
| 26 | 10/21/2021 | Whitman, Andrew | 1.0 | Attend call with the Debtors advisors re: post-emergence D&O insurance. |
| 26 | 10/25/2021 | Diaz, Matthew | 0.5 | Participate in call with Gilbert to discuss insurance issues. |
| 26 | 10/27/2021 | Diaz, Matthew | 0.8 | Review the Debtors' insurance presentation. |
| 26 | 10/27/2021 | Diaz, Matthew | 0.5 | Participate in call with Alix to discuss insurance and other open items. |
| 26 | 10/27/2021 | Kurtz, Emma | 1.2 | Prepare analysis of post-emergence balance sheet to include in D&O insurance presentation. |
| 26 | 10/28/2021 | Diaz, Matthew | 1.3 | Review draft insurance presentation to the NewCo Board. |
| 26 | 10/28/2021 | Kurtz, Emma | 2.7 | Prepare presentation on D&O insurance needs for NewCo board. |
| 26 | 10/28/2021 | Kurtz, Emma | 2.4 | Continue to prepare presentation analyzing post-emergence D&O needs. |
| 26 | 10/28/2021 | Kurtz, Emma | 0.6 | Attend call with Counsel to discuss outline of presentation to NewCo board re: D&O insurance recommendation. |
| 26 | 10/28/2021 | Whitman, Andrew | 0.6 | Attend call with Counsel re: proposed D&O insurance program. |
| 26 | 10/28/2021 | Whitman, Andrew | 1.3 | Prepare analysis regarding historical D&O insurance coverage. |
| 26 | 10/29/2021 | Diaz, Matthew | 2.1 | Perform detailed review of the insurance presentation to the NewCo board. |
| 26 | 10/29/2021 | Kurtz, Emma | 0.5 | Attend internal call to discuss draft insurance presentation and proposed updates. |
| 26 | 10/29/2021 | Kurtz, Emma | 1.6 | Prepare revisions to draft D&O insurance presentation for NewCo board per comments from Counsel. |
| 26 | 10/29/2021 | Whitman, Andrew | 0.5 | Attend internal call to review draft D&O insurance presentation |
| 26 | 10/29/2021 | Whitman, Andrew | 1.9 | Prepare revisions to draft D&O insurance program re: benchmarking and program overview. |
| 26 | 10/31/2021 | Diaz, Matthew | 0.6 | Participate in call with counsel to discuss the insurance presentation. |
| 26 | 10/31/2021 | Diaz, Matthew | 1.2 | Review and finalize the insurance presentation. |
| 26 | 10/31/2021 | Diaz, Matthew | 0.5 | Participate in call with Counsel to prepare for the insurance board call. |
| 26 | 10/31/2021 | Diaz, Matthew | 1.8 | Update and refine the insurance presentation. |
| **26 Total** | | | **28.2** | |
| 30 | 10/1/2021 | Bromberg, Brian | 0.6 | Review draft slides re: MDT board book. |
| 30 | 10/1/2021 | Diaz, Matthew | 3.1 | Conduct detailed review of the MDT report to the Board. |
| 30 | 10/1/2021 | Diaz, Matthew | 1.4 | Provide comments to team re: MDT report to the Board. |
| 30 | 10/4/2021 | Bromberg, Brian | 2.7 | Review comments on MDT deck to incorporate into next draft. |
| 30 | 10/4/2021 | Bromberg, Brian | 2.8 | Prepare revisions to updated draft of the MDT board book. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 30 | 10/4/2021 | Bromberg, Brian | 2.6 | Review draft of the MDT book. |
| 30 | 10/4/2021 | Bromberg, Brian | 0.6 | Discuss MDT board book with Counsel. |
| 30 | 10/4/2021 | Diaz, Matthew | 3.2 | Perform detailed review of the MDT board book to evaluate changes. |
| 30 | 10/4/2021 | Diaz, Matthew | 0.5 | Participate in a call with counsel on the MDT board book. |
| 30 | 10/4/2021 | Kurtz, Emma | 2.1 | Prepare revisions to draft MDT board book to reflect internal comments and input from counsel. |
| 30 | 10/4/2021 | Kurtz, Emma | 1.8 | Prepare revisions to MDT board book to incorporate latest A-Side and B-Side net asset balances into credit support analysis. |
| 30 | 10/4/2021 | Kurtz, Emma | 1.9 | Prepare slides for MDT board book re: settlement agreement payment mechanics. |
| 30 | 10/4/2021 | Kurtz, Emma | 0.8 | Prepare revisions to IAC overview section of MDT board book to reflect internal comments. |
| 30 | 10/4/2021 | Kurtz, Emma | 1.6 | Prepare example calculations for A-side and B-side settlement agreement coverage ratios to include in MDT board book. |
| 30 | 10/5/2021 | Bromberg, Brian | 1.1 | Review example calculations re: settlement agreement coverage ratios. |
| 30 | 10/5/2021 | Bromberg, Brian | 2.2 | Outline new slides for MDT board book. |
| 30 | 10/5/2021 | Bromberg, Brian | 2.8 | Review Sackler settlement agreement section of MDT deck. |
| 30 | 10/5/2021 | Bromberg, Brian | 2.9 | Review MDT overview section of MDT board book to prepare revisions. |
| 30 | 10/5/2021 | Bromberg, Brian | 1.4 | Provide further comments re: draft of the MDT board presentation. |
| 30 | 10/5/2021 | Diaz, Matthew | 3.4 | Review the plan and MDT source documents to validate information in MDT board book. |
| 30 | 10/5/2021 | Diaz, Matthew | 3.2 | Review Sackler settlement agreement section of the report to the Board. |
| 30 | 10/5/2021 | Kurtz, Emma | 2.2 | Prepare revisions to analysis of A-side and B-side settlement agreement obligations, net assets, and coverage ratios per internal comments. |
| 30 | 10/5/2021 | Kurtz, Emma | 1.2 | Prepare revisions to settlement agreement overview section of the MDT board book per internal comments. |
| 30 | 10/5/2021 | Kurtz, Emma | 2.8 | Prepare revisions to the covenants and reporting section of the MDT board book per internal comments. |
| 30 | 10/5/2021 | Kurtz, Emma | 0.9 | Prepare summary for MDT board book re: retained causes of action and excluded parties. |
| 30 | 10/5/2021 | Kurtz, Emma | 1.6 | Prepare further revisions to draft MDT board book to incorporate internal comments. |
| 30 | 10/6/2021 | Bromberg, Brian | 2.4 | Review updated draft of the MDT board book to provide further comments. |
| 30 | 10/6/2021 | Bromberg, Brian | 3.4 | Draft additional slides re: MDT structure and board duties. |
| 30 | 10/6/2021 | Bromberg, Brian | 0.7 | Discuss draft of MDT deck with Counsel. |
| 30 | 10/6/2021 | Bromberg, Brian | 2.6 | Review revised version of MDT deck to provide comments to team. |
| 30 | 10/6/2021 | Diaz, Matthew | 3.2 | Perform detailed review of the shareholder agreement summary of the obligors. |
| 30 | 10/6/2021 | Diaz, Matthew | 0.9 | Prepare revisions to the MDT duties section of the report. |
| 30 | 10/6/2021 | Diaz, Matthew | 0.5 | Participate in call with Counsel to discuss the settlement agreement section of briefing book. |
| 30 | 10/6/2021 | Kurtz, Emma | 1.1 | Prepare revisions to MDT board book presentation per internal comments. |
| 30 | 10/6/2021 | Kurtz, Emma | 1.7 | Prepare revisions to summary of A-side and B-side credit support in MDT board book per internal comments. |
| 30 | 10/6/2021 | Kurtz, Emma | 1.2 | Prepare revisions to IAC overview section of MDT board book per internal comments. |
| 30 | 10/6/2021 | Kurtz, Emma | 1.6 | Prepare revisions to example calculations included in MDT board book re: coverage of settlement obligations. |
| 30 | 10/6/2021 | Kurtz, Emma | 0.7 | Attend call with Counsel to discuss draft of MDT board book and next steps. |
| 30 | 10/6/2021 | Kurtz, Emma | 2.7 | Prepare revisions to MDT overview section of the MDT board book per internal comments. |
| 30 | 10/7/2021 | Bromberg, Brian | 2.2 | Review latest draft of MDT overview section of board book to prepare revisions. |
| 30 | 10/7/2021 | Bromberg, Brian | 1.9 | Review draft of Sackler settlement agreement section of MDT board book to prepare revisions. |
| 30 | 10/7/2021 | Bromberg, Brian | 1.4 | Review updated IAC overview section of MDT board book to provide comments. |
| 30 | 10/7/2021 | Bromberg, Brian | 2.7 | Draft additional slides for MDT board book re: overview of MDT agreement. |
| 30 | 10/7/2021 | Bromberg, Brian | 2.3 | Prepare additional slides for MDT overview section of presentation. |
| 30 | 10/7/2021 | Bromberg, Brian | 2.4 | Review updated draft of MDT deck to provide comments. |
| 30 | 10/7/2021 | Diaz, Matthew | 3.4 | Review updated draft of the MDT briefing book to provide comments. |
| 30 | 10/7/2021 | Diaz, Matthew | 3.2 | Review MDT overview section of briefing book and related source documents. |
| 30 | 10/7/2021 | Kurtz, Emma | 1.9 | Prepare revisions to MDT cash flow projections to include in MDT board book. |
| 30 | 10/7/2021 | Kurtz, Emma | 2.7 | Prepare revisions to analysis of illustrative cash flow from MDT to NOAT to include in MDT board book. |
| 30 | 10/7/2021 | Kurtz, Emma | 2.8 | Prepare further revisions to draft MDT board book presentation to reflect internal comments. |
| 30 | 10/8/2021 | Bromberg, Brian | 2.1 | Review latest draft of the MDT board book to evaluate updates. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 30 | 10/8/2021 | Bromberg, Brian | 1.6 | Prepare revisions to draft of the MDT board book. |
| 30 | 10/8/2021 | Diaz, Matthew | 1.7 | Review updated A-side analysis of obligor net assets and coverage of settlement obligations. |
| 30 | 10/8/2021 | Diaz, Matthew | 3.1 | Review updated draft of the MDT briefing book. |
| 30 | 10/8/2021 | Kurtz, Emma | 0.6 | Prepare revisions to MDT cash flow slides in draft board book presentation per internal comments. |
| 30 | 10/8/2021 | Kurtz, Emma | 1.7 | Prepare revisions to MDT overview section of the board book per internal comments. |
| 30 | 10/8/2021 | Kurtz, Emma | 1.9 | Prepare revisions to settlement agreement and payment mechanics sections of the MDT board book per internal comments. |
| 30 | 10/11/2021 | Bromberg, Brian | 1.8 | Review updated draft of the MDT board book. |
| 30 | 10/11/2021 | Bromberg, Brian | 2.4 | Review plan and disclosure statement for reference in MDT presentation. |
| 30 | 10/11/2021 | Turner, Ian | 0.6 | Prepare updates to draft MDT board book. |
| 30 | 10/12/2021 | Bromberg, Brian | 2.7 | Review cash distribution projections to MDT and NOAT to provide comments. |
| 30 | 10/12/2021 | Bromberg, Brian | 1.4 | Review revised draft MDT presentation. |
| 30 | 10/12/2021 | Diaz, Matthew | 2.9 | Review the revised MDT presentation. |
| 30 | 10/12/2021 | Turner, Ian | 0.2 | Review latest draft of MDT board book. |
| 30 | 10/13/2021 | Bromberg, Brian | 1.2 | Discuss MDT presentation and next steps with Counsel. |
| 30 | 10/13/2021 | Bromberg, Brian | 2.6 | Review comments to MDT presentation. |
| 30 | 10/13/2021 | Bromberg, Brian | 2.1 | Review updated draft of MDT presentation to evaluate updates. |
| 30 | 10/13/2021 | Bromberg, Brian | 1.2 | Prepare further revisions to MDT board book. |
| 30 | 10/13/2021 | Diaz, Matthew | 1.1 | Participate in call with Counsel to discuss their comments to the MDT board briefing book. |
| 30 | 10/13/2021 | Diaz, Matthew | 2.3 | Provide comments to team on latest draft of the MDT briefing book. |
| 30 | 10/13/2021 | Kurtz, Emma | 1.2 | Attend call with Counsel to discuss MDT board book deck and proposed updates. |
| 30 | 10/13/2021 | Kurtz, Emma | 3.1 | Prepare revisions to MDT board book presentation to incorporate comments from Counsel. |
| 30 | 10/13/2021 | Turner, Ian | 2.8 | Prepare revisions to MDT overview section of MDT presentation to reflect comments from Counsel. |
| 30 | 10/13/2021 | Turner, Ian | 1.2 | Attend call with Counsel to discuss MDT board book and next steps. |
| 30 | 10/14/2021 | Bromberg, Brian | 1.6 | Review revised draft of MDT deck per Counsel comments. |
| 30 | 10/14/2021 | Bromberg, Brian | 0.5 | Discuss revised MDT deck with Counsel. |
| 30 | 10/14/2021 | Bromberg, Brian | 2.1 | Prepare and send questions to Counsel and Houlihan on MDT presentation. |
| 30 | 10/14/2021 | Bromberg, Brian | 0.6 | Participate in weekly corporate call with Counsel to discuss emergence preparation. |
| 30 | 10/14/2021 | Bromberg, Brian | 1.3 | Provide comments to team re: MDT presentation. |
| 30 | 10/14/2021 | Bromberg, Brian | 1.2 | Review revised distributable value waterfall and cash flow to MDT and NOAT estimates. |
| 30 | 10/14/2021 | Bromberg, Brian | 1.6 | Review updated draft of MDT board book to provide further comments. |
| 30 | 10/14/2021 | Diaz, Matthew | 3.8 | Perform detailed review of the updated MDT briefing book. |
| 30 | 10/14/2021 | Kurtz, Emma | 1.2 | Prepare revisions to MDT board book presentation to reflect input from Counsel. |
| 30 | 10/14/2021 | Kurtz, Emma | 2.6 | Prepare revisions to MDT presentation to the board per internal comments. |
| 30 | 10/14/2021 | Kurtz, Emma | 1.1 | Update cash flow estimates for the MDT and NOAT per latest estimated operating costs to include in board book. |
| 30 | 10/14/2021 | Turner, Ian | 2.4 | Prepare draft of payments pending appeals section of MDT board presentation. |
| 30 | 10/14/2021 | Turner, Ian | 1.2 | Prepare revisions to payments pending appeals section of MDT presentation per internal comments. |
| 30 | 10/15/2021 | Bromberg, Brian | 1.7 | Review Plan and MDT agreement to ensure correctness of MDT presentation. |
| 30 | 10/15/2021 | Bromberg, Brian | 1.4 | Provide comments on draft of MDT board presentation. |
| 30 | 10/15/2021 | Bromberg, Brian | 0.9 | Review counsel responses to questions re: MDT board book. |
| 30 | 10/15/2021 | Diaz, Matthew | 1.9 | Review updated MDT briefing presentation. |
| 30 | 10/15/2021 | Diaz, Matthew | 0.3 | Participate call with Counsel on the MDT presentation. |
| 30 | 10/15/2021 | Kurtz, Emma | 1.2 | Reconcile distributable value waterfall from MDT and NewCo to NOAT with latest assumptions. |
| 30 | 10/17/2021 | Bromberg, Brian | 0.4 | Attend call with Counsel to discuss MDT meeting. |
| 30 | 10/18/2021 | Bromberg, Brian | 0.8 | Discuss with Counsel re: coordinating MDT meeting. |
| 30 | 10/18/2021 | Bromberg, Brian | 1.7 | Review updated draft of MDT overview section to provide comments. |
| 30 | 10/18/2021 | Bromberg, Brian | 1.6 | Review proposed MDT operating budget. |
| 30 | 10/18/2021 | Bromberg, Brian | 0.6 | Participate in MDT Trustee pre call. |
| 30 | 10/18/2021 | Bromberg, Brian | 1.5 | Participate in MDT Trustee call. |
| 30 | 10/18/2021 | Bromberg, Brian | 2.2 | Review and comment on MDT presentation. |
| 30 | 10/18/2021 | Bromberg, Brian | 1.9 | Finalize draft of presentation to send to AHC professionals. |
| 30 | 10/18/2021 | Diaz, Matthew | 1.5 | Participate in the MDT organizational meeting. |
| 30 | 10/18/2021 | Diaz, Matthew | 0.5 | Participate in the MDT prep call with AHC advisers. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 30 | 10/18/2021 | Diaz, Matthew | 2.7 | Review updated MDT section of the board briefing book. |
| 30 | 10/18/2021 | Diaz, Matthew | 2.8 | Review updated Sackler settlement agreement section of the MDT briefing book. |
| 30 | 10/18/2021 | Kurtz, Emma | 2.6 | Prepare revisions to cash flow analysis to include in MDT board book to reflect latest assumptions. |
| 30 | 10/18/2021 | Kurtz, Emma | 1.8 | Prepare revisions to MDT board book presentation to reflect internal comments. |
| 30 | 10/18/2021 | Simms, Steven | 0.4 | Review correspondence on MDT issues. |
| 30 | 10/19/2021 | Bromberg, Brian | 1.9 | Review comments from AHC professionals on MDT board book. |
| 30 | 10/19/2021 | Bromberg, Brian | 2.4 | Review MDT agreement to ensure correctness of MDT overview section. |
| 30 | 10/19/2021 | Bromberg, Brian | 2.2 | Review Plan and Disclosure Statement to ensure references to documents in board book are correct. |
| 30 | 10/19/2021 | Bromberg, Brian | 2.7 | Review Province summary presentation for the MDT board. |
| 30 | 10/19/2021 | Bromberg, Brian | 1.7 | Summarize MDT responsibilities. |
| 30 | 10/19/2021 | Diaz, Matthew | 2.7 | Prepare revisions to the MDT briefing book. |
| 30 | 10/19/2021 | Kurtz, Emma | 1.1 | Prepare revisions to MDT board book presentation re: MDT budget. |
| 30 | 10/19/2021 | Kurtz, Emma | 1.4 | Prepare further revisions to MDT board book to reflect comments from Counsel. |
| 30 | 10/19/2021 | Simms, Steven | 0.4 | Evaluate status of MDT board presentation. |
| 30 | 10/20/2021 | Bromberg, Brian | 0.7 | Discuss cash flow bridge with Houlihan. |
| 30 | 10/20/2021 | Bromberg, Brian | 3.4 | Draft cash flow bridge for differences in cash flow to NOAT in FTI and Province presentations. |
| 30 | 10/20/2021 | Bromberg, Brian | 1.2 | Review new slides in MDT board book re: payment and reporting timelines. |
| 30 | 10/20/2021 | Bromberg, Brian | 1.6 | Provide comments to team on revised draft of board book. |
| 30 | 10/20/2021 | Bromberg, Brian | 1.3 | Review Shareholder Settlement and Plan to validate payment and reporting timelines. |
| 30 | 10/20/2021 | Diaz, Matthew | 1.9 | Review updated draft MDT report to provide comments. |
| 30 | 10/20/2021 | Kurtz, Emma | 1.7 | Review Province presentation re: MDT to evaluate differences between FTI MDT board book. |
| 30 | 10/20/2021 | Kurtz, Emma | 2.6 | Prepare revisions to MDT board book to incorporate additional information re: payment and reporting timelines. |
| 30 | 10/20/2021 | Kurtz, Emma | 0.7 | Attend call with HL to discuss cash flow analysis to MDT and NOAT. |
| 30 | 10/20/2021 | Kurtz, Emma | 2.8 | Prepare revisions to MDT board book presentation per internal comments. |
| 30 | 10/20/2021 | Kurtz, Emma | 2.6 | Prepare additional slides for MDT board book re: conditions precedent and NewCo cash flows. |
| 30 | 10/20/2021 | Turner, Ian | 1.2 | Prepare revisions to MDT board presentation per comments from internal team. |
| 30 | 10/21/2021 | Bromberg, Brian | 0.9 | Review slides on conditions precedent in MDT board book. |
| 30 | 10/21/2021 | Bromberg, Brian | 0.9 | Review newly added slides on NewCo cash flows in MDT board book. |
| 30 | 10/21/2021 | Bromberg, Brian | 0.5 | Discuss MDT and NOAT cash flow bridge with Houlihan. |
| 30 | 10/21/2021 | Bromberg, Brian | 1.9 | Finalize cash flow bridge per discussion with HL. |
| 30 | 10/21/2021 | Bromberg, Brian | 1.2 | Review draft of MDT board book to provide further comments to team. |
| 30 | 10/21/2021 | Bromberg, Brian | 0.7 | Review Counsel additions to MDT presentation. |
| 30 | 10/21/2021 | Diaz, Matthew | 2.9 | Review revised version of the MDT briefing book. |
| 30 | 10/21/2021 | Kurtz, Emma | 1.7 | Draft revisions to MDT board book presentation per internal comments. |
| 30 | 10/21/2021 | Kurtz, Emma | 2.8 | Continue to prepare revisions to MDT board book presentation per internal comments. |
| 30 | 10/21/2021 | Kurtz, Emma | 0.5 | Attend call with HL to discuss analysis of MDT and NOAT cash flows and bridge to Province analysis. |
| 30 | 10/21/2021 | Kurtz, Emma | 2.8 | Prepare revisions to MDT board presentation per comments from Counsel re: breaches, remedies, and terminations. |
| 30 | 10/21/2021 | Turner, Ian | 1.6 | Prepare revisions to MDT board book to reflect internal review. |
| 30 | 10/22/2021 | Bromberg, Brian | 1.2 | Review Sackler settlement agreement and Plan to check MDT presentation. |
| 30 | 10/22/2021 | Bromberg, Brian | 1.3 | Review MDT presentation to prepare revisions. |
| 30 | 10/22/2021 | Diaz, Matthew | 2.7 | Provide further comments to team re: draft of the updated MDT book. |
| 30 | 10/22/2021 | Simms, Steven | 0.4 | Review status of MDT trustees and meeting. |
| 30 | 10/25/2021 | Bromberg, Brian | 1.4 | Review MDT agreement to identify key MDT trustee tasks. |
| 30 | 10/25/2021 | Bromberg, Brian | 2.3 | Prepare draft MDT task list. |
| 30 | 10/25/2021 | Bromberg, Brian | 1.7 | Prepare revisions to MDT and NOAT cash flow bridge. |
| 30 | 10/25/2021 | Bromberg, Brian | 1.9 | Provide comments to team re: MDT board book. |
| 30 | 10/25/2021 | Bromberg, Brian | 2.3 | Prepare revisions to MDT presentation to finalize before distribution. |
| 30 | 10/25/2021 | Diaz, Matthew | 1.7 | Review updated MDT book to evaluate changes. |
| 30 | 10/25/2021 | Kurtz, Emma | 2.1 | Prepare revisions to draft MDT board book per comments from Counsel. |
| 30 | 10/26/2021 | Bromberg, Brian | 2.7 | Review revised version of MDT deck incorporating comments from Counsel. |
| 30 | 10/26/2021 | Bromberg, Brian | 1.4 | Discuss MDT cash flows with team. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 30 | 10/26/2021 | Bromberg, Brian | 0.9 | Discuss with internal team re: cash flow bridge to Province analysis. |
| 30 | 10/26/2021 | Bromberg, Brian | 1.6 | Prepare revisions to cash flow bridge per internal discussion. |
| 30 | 10/26/2021 | Bromberg, Brian | 0.6 | Provide comments to team re: MDT board presentation. |
| 30 | 10/26/2021 | Diaz, Matthew | 2.1 | Review latest draft MDT presentation to provide comments. |
| 30 | 10/26/2021 | Diaz, Matthew | 0.5 | Participate in call with Counsel on the MDT briefing book. |
| 30 | 10/26/2021 | Diaz, Matthew | 0.5 | Participate in call with Counsel re: MDT formation issues. |
| 30 | 10/26/2021 | Diaz, Matthew | 0.5 | Participate in call with Counsel to discuss the MDT budget. |
| 30 | 10/26/2021 | Diaz, Matthew | 1.3 | Participate in Purdue NewCo board meeting. |
| 30 | 10/26/2021 | Kurtz, Emma | 0.9 | Discuss internally re: bridge to Province analysis of cash flow waterfall. |
| 30 | 10/26/2021 | Kurtz, Emma | 0.7 | Analyze bridge from FTI emergence cash balance to Province emergence cash estimate to evaluate differences. |
| 30 | 10/26/2021 | Kurtz, Emma | 2.1 | Prepare revisions to MDT board presentation to incorporate further comments from team and Counsel. |
| 30 | 10/26/2021 | Turner, Ian | 0.8 | Attend internal call to discuss MDT board book and bridge to Province cash flows. |
| 30 | 10/27/2021 | Kurtz, Emma | 0.9 | Prepare revisions to covenant breaches slides in MDT board book. |
| 30 | 10/28/2021 | Diaz, Matthew | 0.5 | Participate in call with the AHC advisors to discuss emergence preparation workstreams. |
| 30 | 10/29/2021 | Kurtz, Emma | 0.6 | Evaluate HL's distributable value waterfall to conform assumptions. |
| **30 Total** | | | **290.3** | |
| **Grand Total** | | | **496.8** | |

**EXHIBIT D**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021**

| **Expense Type** | **Amount** |
|---|---:|
| Working Meals [1] | 40.00 |
| **Grand Total** | **$ 40.00** |

1. Working Meals have been voluntarily reduced to the lesser of $20 per person or the actual amount charged.

**EXHIBIT E**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**EXPENSE DETAIL**
**FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 8/4/2021 | Bromberg, Brian | Working Meals | Dinner while working late on case. | 20.00 |
| 8/5/2021 | Bromberg, Brian | Working Meals | Dinner while working late on case. | 20.00 |
| | | **Working Meals Total** | | **$ 40.00** |
| | | **Grand Total** | | **$ 40.00** |