FOR LEGAL USE ONLY

Judge Robert D. Drain.

I'm writing this letter to you from jail asking you for EXCUSABLE neglect on the BAR Date of June 30th 2020, concerning my claim with the Purdue Pharma lawsuit. I have a claim number but I sent it home to my girlfriend and now see is no longer with me. I'm asking your Honor to consider my claim filed on time because when covid 19 hit the prisons. I have been locked down since April of 2020 thru Dec of 2020, my ability to access the law library or even the mail system and phone calls was taken away from us. We were not allowed to leave our cells for over 6 months, they gave us 5 min showers then back to our cells. I just found out about BAR Date June 30th 2020 thru another client. I was sent a claim number thru an email to my girlfriend and no one has contacted me since. Please excuse me the neglect of not filing on time and please explain to me whom I contact now? I have no ones address or phone number of whatever attorney is for the state of Washington. I can be contacted at address on envelope Eddie Ray Hall #826b4 W 1100 mallon spokane county jail, spokane WA 99260. I believe my ex-girlfriend misty Beck maddox is

FOR LEGAL USE ONLY

trying to fraud my account in this matter and I need to get in contact with whomever is dealing with my claim. I'm asking your Honor for Hearing By Skype or whatever website they use Here at Spokane county jail so I can show your Honor that I was locked-up during COVID 19th and had no access to filing on or before Deadline of June 30th 2020. Please excuse my neglect due to COVID 19.

Sincerely Eddie Hall

12-3-21.

For Legal Use Only



Eddie R[...] #[...]
W1100 mallon
spokane county jail
spokane WA - 99260

FILED
U.S. BANKRUPTCY COURT
2021 DEC 10 P 2:28
S.D. OF N.Y.

Honorable Robert D. Drain
Southern District of New York
300 Quarropas Street
White Plains NY 10601-4140

10601-414000



**INMATE MAIL**
Spokane County Detention Services
Jail Division
1100 West Mallon
Spokane, WA 99260-0320