12-5-2021

FILED
U.S. BANKRUPTCY COURT
2021 DEC 10 P 2:27
S.D. OF N.Y.

United States Bankruptcy Court
Southern District of New York

Creditor Pro Se Case No: 1923649 (ROO) V. Declaration in Support of Purdue Pharma L.P., et al, of Motion for Extension Debtors of Bar Date and Clarity.

1.) Comes now Creditor to clarify his living conditions and better explain for his delay in filing opiod claim and personal injury claim. I Larry Dale Evjene, make this declaration in support of extension of bar date and to better explain reasons for delay in filing. Creditor has been incarcerated since January 2nd 2019, this contributed to the delay March 2020 jails and prisons went on lock-down to prevent the spread of Covid-19 halting any ability I had to communicate with the out-side world which contributed to the delay also. As soon as Creditor was able to, he wrote to Purdue Pharma claims for claim forms via mail this contributed to my delay. Forms were received by the Prime Clerk at the same time of creditors attempt to file claims the United States Postal Service was slowed down due to the pandemic. This was out of my control and contributed to my delay.

COVID-19 HIT THE UNITED STATES AND THE COUNTRY WENT ON LOCK-DOWN HALTING THE MAIL AND PLACING ME INTO EVEN WORSE ISOLATION AND LOCK-DOWN. THIS STOPPED AND LIMITED ALL COMMUNICATIONS AND ALL INTERACTIONS WITH THOSE FROM THE OUT-SIDE WORLD. THIS WAS AN ACT OF GOD AND OUT OF MY CONTROL AND CONTRIBUTED GREATLY TO MY ABILITY TO FILE TIMELY. MY CLAIMS WERE FILED ONCE I BECAME AWARE OF POSSIBLE ERROR IN MY FILING. I DID NOT FIND OUT ABOUT BAR DATE UNTIL AFTER CLAIM WAS FILED CONTRIBUTED TO MY DELAY. THE CREDITOR WISHES TO BETTER CLARIFY FOR THIS GREAT COURT OF NEW YORK HIS INABILITY TO GATHER INFORMATION AND RELIES ON THIRD PARTIES FOR INFORMATION ABOUT THE ONGOINGS IN THE OUTSIDE WORLD AND SOCIETY IN GENERAL. CREDITOR ALSO WANTS TO MAKE SURE THE COURT HAS A GOOD UNDERSTANDING THAT THE JAILS/PRISONS IN WASHINGTON WILL NOT PROVIDE PRO SE CREDITORS WITH THE MEANS TO ATTEND THE TELEPHONIC HEARINGS. CREDITOR APOLOGIZES FOR THIS INCONVENIENCE AND REQUEST THIS COURT TO USE THIS DECLARATION TO MAKE AN INFORMATIVE DECISION IN REGARDS TO HIS REQUEST FOR ACCEPTANCE OF CLAIMS FILED AFTER BAR DATE/EXCUSABLE NEGLECT.

I LARRY DALE EVJENE, DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THE FOREGOING IS TRUE AND CORRECT.

RESPECTFULLY SUBMITTED:

LARRY DALE EVJENE,
*Larry Dale Evjene*

DATE: 12-5-2021,

CLAIM NUMBER: 628425.

LARRY D. EVTSNGH 731468 WA H3
WASHINGTON STATE PENITENTIARY
1313 N. 13TH AVE
WALLA WALLA, WA 99362

SPOKANE WA 990
6 DEC 2021 PM 3 L

THIS WAS MAILED BY AN INCARCERATED
INDIVIDUAL CONFINED AT A
WASHINGTON STATE DEPARTMENT OF
CORRECTIONS FACILITY. ITS CONTENTS
MAY BE UNCENSORED.

TO: HONORABLE JUDGE D. DRAIN
UNITED STATES BANKRUPTY COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, N.Y. 10601 (3.)

10601-414000