UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## ORDER DENYING MOTION TO FILE LATE CLAIM AND FOR OTHER RELIEF

Upon the motion [Dkt. No. 4072] of Robert Caulk ("**Mr. Caulk**") seeking leave to file a proof of claim after the extended general bar date for claims to be filed in these chapter 11 cases and for additional notice of these chapter 11 cases to be provided to incarcerated individuals (the "**Motion**"); and the Court having jurisdiction to consider the matters raised in the Motion pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the Debtors' objection [Dkt. No. 4213] to the Motion; and upon the record of the hearing held by the Court on the Motion on December 16, 2021 (the "**Hearing**"); and, after due deliberation and for the reasons stated by the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Court in its bench ruling at the Hearing, the Court having determined (a) pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) that Mr. Caulk has not established sufficient cause for the relief requested in the Motion based on the information provided in the Motion, and (b) in light of the extraordinary notice of the bar date provided in these cases pursuant to the Court's bar date order and the failure of the Motion to satisfy the requirements of Federal Rule of Civil Procedure 60(b) (as made applicable through Federal Rule of Bankruptcy Procedure 9024) for relief from the bar date order, no additional notice to incarcerated individuals is warranted; now, therefore, it is hereby

    ORDERED that the Motion is denied.

Dated:   December 20, 2021
           White Plains, New York

/s/ Robert D. Drain
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE