**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------X

| | |
|---|---|
| IN RE: PURDUE PHARMA L.P., et al., | Chapter 11 |
| | Case No. 19-23649 (RDD) |
| Debtors. | |

-------------------------------X

### ORDER GRANTING MOTION TO WITHDRAW APPEARANCES ON BEHALF OF PETER W. JACKSON

Upon the Motion to Withdraw Appearance of Jonathan C. Lipson and Karen F. Neuwirth, by notice of presentment dated December 1, 2021 (the "Motion"), seeking an order under Local Bankruptcy Rule 2090-1 authorizing Mr. Lipson and Ms. Neuwirth's withdrawal as counsel of record to Peter W. Jackson in these cases; and after due and sufficient notice, there being no objections to the Motion; and Mr. Jackson having expressly consented to counsel's withdrawal and acknowledged that until further notice he will be appearing *pro se* in these cases; and for good cause shown, it is hereby ORDERED that:

1. The Motion is granted, and the appearances of Jonathan C. Lipson and Karen F. Neuwirth as counsel in these cases to Peter W. Jackson is hereby withdrawn.

2. Jonathan C. Lipson and Karen F. Neuwirth shall no longer receive electronic notices from the Court's CM/ECF system.

1

3. Jonathan C. Lipson and Karen F. Neuwirth shall be removed from the Master Service List maintained by Prime the Clerk.

Dated:   White Plains, New York
         December 20, 2021

                                            /s/Robert D. Drain
                                            HON. ROBERT D. DRAIN
                                            U.S. BANKRUPTCY JUDGE