UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (RDD) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**SEVENTH SUPPLEMENTAL DECLARATION OF ARIK PREIS IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PURDUE PHARMA L.P.,** *ET AL.* **TO RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP,** *NUNC PRO TUNC***, TO SEPTEMBER 26, 2019**

Pursuant to 28 U.S.C. § 1746 and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), I, Arik Preis, hereby declare as follows:

1. I am an attorney admitted to practice in the State of New York and the United States District Court for the Southern District of New York. I am a partner at the firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"). Akin Gump maintains offices at, among other places, One Bryant Park, New York, New York 10036. There are no disciplinary proceedings pending against me.

2. I am familiar with the matters set forth herein and submit this seventh supplemental declaration pursuant to Bankruptcy Code sections 328(a), 330 and 1103 in connection with the *Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al. *to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel,* Nunc Pro Tunc *to*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

*September 29, 2019* [ECF No. 421] (the "Application")[2] filed on November 5, 2019, my initial declaration attached as Exhibit B to the Application (the "Initial Declaration"), the *Supplemental Declaration of Arik Preis in Support of the Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al. *to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel*, Nunc Pro Tunc, *to September 26, 2019* [ECF No. 1336], the *Second Supplemental Declaration of Arik Preis in Support of the Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al. *to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel*, Nunc Pro Tunc, *to September 26, 2019* [ECF No. 1564], the *Third Supplemental Declaration of Arik Preis in Support of the Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al. *to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel*, Nunc Pro Tunc, *to September 26, 2019* [ECF No. 1887], the *Fourth Supplemental Declaration of Arik Preis in Support of the Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Nunc Pro Tunc, to September 26, 2019* [ECF No. 2151] and the *Fifth Supplemental Declaration of Arik Preis in Support of the Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Nunc Pro Tunc, to September 26, 2019* [ECF No. 2704], the *Sixth Supplemental Declaration of Arik Preis in Support of the Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Nunc Pro Tunc, to September 26, 2019* [ECF No. 2869] and the *Order Authorizing the Official Committee of Unsecured Creditors of Purdue Pharma, L.P., et al. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Nunc Pro Tunc to*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

*September 26, 2019*, [ECF No. 522] (the "Retention Order").

3. My Initial Declaration states that Akin Gump will bill at its standard hourly rates, as set forth therein, and that such hourly rates are subject to periodic increase (typically in January of each year) in the normal course of Akin Gump's business. Initial Declaration ¶ 24. The Committee consented to such ordinary course rate increases. *See Declaration of Brendan Stuhan in Support of the Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel*, Nunc Pro Tunc, *to September 26, 2019* ¶ 5, Application, Ex. C.

4. Paragraph 4 of the Retention Order provides that Akin Gump will file a supplemental declaration with this Court and give not less than 10 business days' notice to the Debtors, the U.S. Trustee, and the Committee prior to implementing any increases in the rates set forth in my Initial Declaration.

5. In the ordinary course, Akin Gump has adjusted the hourly rates charged by its professionals and paraprofessionals. Effective as of January 1, 2022, the standard hourly rate ranges established by Akin Gump for professionals and paraprofessionals employed firm-wide are set forth below:

| **Billing Category** | **Range** |
| --- | --- |
| Partners | $1,145 – $1,995 |
| Senior Counsel and Counsel | $845 – $1,655 |
| Associates | $355 – $1,130 |
| Paraprofessionals | $215 – $575 |

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: December 21, 2021

/s/ Arik Preis
Name: Arik Preis