**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

In re: Purdue Pharma L.P.   Case No.: 19-23649-rdd

Chapter 11

Debtor

-------------------------------- x

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jeff Payne, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the State of Oregon, an interested party in the above-referenced case adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Oregon.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: December 28, 2021

/s/ Jeff Payne
JEFF J. PAYNE Oregon State Bar #050102
Senior Assistant Attorney General

*Mailing Address*:
Oregon Department of Justice – Appellate Division
1162 Court Street NE
Salem, OR 97301

*E-Mail address:* jeff.j.payne@doj.state.or.us

*Telephone number*: (503) 378-4402