**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x

In re: Purdue Pharma L.P.                                      Case No.: 19-23649-rdd

                                                               Chapter 11

                            Debtor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jeff Payne, to be admitted, ***pro hac vice***, to represent the State of Oregon, (the "Client") an interested party in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Oregon, it is hereby

**ORDERED,** that Jeff J. Payne, is admitted to practice, ***pro hac vice***, in the above referenced case proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, providing that the filing fee has been paid.

Dated: _____
_____, New York                    /s/_____
                                        UNITED STATES BANKRUPTCY JUDGE