**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **Jointly Administered** |

**SEVENTH SUPPLEMENTAL DECLARATION OF MARSHALL S. HUEBNER IN SUPPORT OF THE APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN DAVIS POLK & WARDWELL LLP AS ATTORNEYS FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

I, Marshall S. Huebner, being duly sworn, state the following under penalty of perjury:

1.      I am a partner of Davis Polk & Wardwell LLP ("**Davis Polk**"), a law firm with its principal office at 450 Lexington Avenue, New York, New York 10017 and other offices in Washington, D.C., Northern California, London, Paris, Madrid, São Paulo, Tokyo, Beijing and Hong Kong.

2.      On September 15, 2019 (the "**Petition Date**"), each of the above captioned debtors (collectively, the "**Debtors**") commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). On November 5, 2019, the Debtors filed an application to employ and retain Davis Polk as attorneys for the Debtors [D.I.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

419] (the "**Application**")[2] pursuant to sections 327(a) and 330 of the Bankruptcy Code, rules

2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and

rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of New York.

3.      My declaration in support of the Application (the "**Original Declaration**") was

attached to the Application as Exhibit A.  On November 25, 2019, the Court entered the *Order*

*Granting Debtors' Application for Authority to Employ and Retain Davis Polk & Wardwell LLP*

*as Attorneys for the Debtors* Nunc Pro Tunc *to the Petition Date* [D.I. 542] (the "**Retention**

**Order**").  I submitted supplemental declarations in support of the Application on December 26,

2019 [D.I. 703], May 28, 2020 [D.I. 1190], November 18, 2020 [D.I. 2011], January 5, 2021

[D.I. 2219], June 9, 2021 [D.I. 3013], and November 18, 2021 [D.I. 4159].

4.      In connection with the Application and the Retention Order, I submit this seventh

supplemental declaration (this "**Seventh Supplemental Declaration**") to provide additional

disclosures in accordance with rules 2014(a) and 2016(b) of the Bankruptcy Rules and as

required under the Retention Order.  Unless otherwise stated in this Seventh Supplemental

Declaration, I have personal knowledge of the facts set forth herein.

5.      In the Original Declaration, I disclosed Davis Polk's billing rates in effect at that

time for matters related to the Chapter 11 Cases.  I also disclosed that that the billing rates are

subject to periodic adjustments, generally on or around January 1 of each year.  Pursuant to the

Retention Order, Davis Polk must provide notice of changes to its billing rates during the

Chapter 11 Cases.  Davis Polk's billing rates that will take effect as of January 1, 2022 for

matters related to the Chapter 11 Cases, range as follows:

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the
Application.

| Billing Category | Range |
|---|---|
| Partners | $1,550 - $1,950 |
| Counsel | $1,465 |
| Associates | $645 - $1,315 |
| Paraprofessionals | $375 - $515 |

6.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on December 31, 2021.

[*Signature Page Follows*]

Dated: December 31, 2021

By:  */s/ Marshall S. Huebner*

Marshall S. Huebner
Partner
Davis Polk & Wardwell LLP