/SUNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## ORDER APPOINTING THE HONORABLE SHELLEY C. CHAPMAN AS MEDIATOR

Upon the reversal of this Court's order (the "**Confirmation Order**") confirming the Twelfth Amended Chapter 11 Plan (the "**Plan**") for the debtors and debtors in possession herein (the "**Debtors**"), the hearing held by the Court on December 29, 2021 on the Debtors' request for a 30-day extension of the preliminary injunction in place in these cases, and the chambers conference held with parties in interest, including representatives of the Nine and the Covered Parties, each as defined below, on December 31, 2021, the Court (a) has confirmed that the Nine and the Covered Parties each want to engage immediately in negotiations to resolve the Nine's objections to confirmation of the Plan and the appeal of the Confirmation Order and (b) after due deliberation has determined that entry of an order (this "**Order**") appointing a mediator (the "**Mediator**") in these chapter 11 cases and a companion order setting forth the parameters of the mediation (the "**Mediation Procedures Order**") is critical to facilitating such negotiations and therefore is in the estates' and parties' best interest. And the Court having jurisdiction to enter this

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Order under 28 U.S.C. §§ 157(a)–(b) and 1334(b) and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of this Order being a core proceeding under 28 U.S.C. § 157(b) that this Court may decide by a final order consistent with Article III of the United States Constitution; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and no other or further notice or a hearing being required, it is hereby

ORDERED that:

1. Effective immediately, the Court authorizes and appoints the Honorable Shelley C. Chapman to serve as Mediator in these chapter 11 cases to conduct a mediation between the nine states and the District of Columbia that appealed the Confirmation Order (the "**Nine**"), on the one hand, and the representatives of the "**Covered Parties**," consisting of the Initial Covered Sackler Persons and the Additional Covered Sackler Persons (each as defined in the *Amended and Restated Case Stipulation Among the Debtors, the Official Committee of Unsecured Creditors and Certain Related Parties* [D.I. 518]), on the other hand (the Nine and the Covered Parties being the "**Mediation Parties**") with respect to whether the Mediation Parties can agree on a modification of the Plan so that such modified Plan can promptly become effective (the "**Mediation Topic**").

2. The Mediation Procedures Order will set forth the terms and conditions of the foregoing mediation; provided that, subject to the terms of such Order, the Mediator shall have the discretion to add any party in interest in these cases as a Mediation Party, including, for example, as a consulting party, by filing notice thereof on the docket of these cases.

Dated:  January 3, 2022
        White Plains, New York

/s/ Robert D. Drain
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE