UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

CREDITOR PRO SE CASE NO: 1923649 (ROO) V.
DECLARATION IN SUPPORT OF PURDUE PHARMA LP,
ET AL, OF MOTION FOR EXTENSION DEBTORS OF
BAR DATE AND CLARITY.

(1.) COMES NOW CREDITOR TO CLARIFY HIS LIVING
CONDITIONS AND BETTER EXPLAIN FOR HIS DELAY IN
FILING OPIOD CLAIM AND PERSONAL INJURY CLAIM.
I, DAVID J. MULLEN MAKE THIS DECLARATION
IN SUPPORT OF "EXTENSION OF BAR DATE AND TO
BETTER EXPLAIN REASONS FOR DELAY IN FILING.

CREDITOR HAS BEEN INCARCERATED SINCE
MARCH 30, 2018, THIS CONTRIBUTED TO THE DELAY.
MARCH 2020, JAILS AND PRISONS WENT ON LOCKDOWN
TO PREVENT THE SPREAD OF COVID-19, HALTING ANY
ABILITY I HAD TO COMMUNICATE WITH THE OUT-SIDE
WORLD WHICH CONTRIBUTED TO THE DELAY ALSO. AS
SOON AS CREDITOR WAS ABLE TO, HE WROTE TO
PURDUE PHARMA CLAIMS FOR CLAIM FORMS VIA MAIL,
THIS ALSO CONTRIBUTED TO THE DELAY.

(1.)

FORMS WERE RECEIVED BY THE PRIME CLERK. AT THE SAME TIME OF CREDITORS ATTEMPT TO FILE CLAIMS, THE UNITED STATES POSTAL SERVICE WAS SLOWED DOWN DUE TO THE PANDEMIC. THIS WAS OUT OF MY CONTROL AND CONTRIBUTED TO THE DELAY.

COVID-19 HIT THE UNITED STATES, AND THE COUNTRY WENT ON LOCKDOWN, HALTING AND PLACING ME INTO EVEN WORSE ISOLATION AND LOCKDOWN. THIS STOPPED AND LIMITED ALL COMMUNICATIONS AND ALL INTERACTIONS WITH THOSE FROM THE OUTSIDE WORLD. THIS WAS AN ACT OF GOD AND OUT OF MY CONTROL, AND CONTRIBUTED GREATLY TO MY ABILITY TO FILE TIMELY. MY CLAIMS WERE FILED ONCE I BECAME AWARE OF POSSIBLE ERROR IN MY FILING. I WAS NOT AWARE OF BAR DATE UNTIL AFTER MY CLAIM WAS FILED, WHICH ALSO CONTRIBUTED TO MY DELAY.

THE CREDITOR WISHES TO BETTER CLARIFY FOR THIS GREAT COURT OF NEW YORK HIS INABILITY TO GATHER INFORMATION ABOUT THE GOINGS-ON IN THE WORLD OUTSIDE OF PRISON AND IN SOCIETY IN GENERAL.

(2.)

CREDITOR ALSO WANTS TO MAKE SURE THE COURT HAS A GOOD UNDERSTANDING THAT THE JAILS/PRISONS IN WASHINGTON STATE, WILL NOT PROVIDE PRO-SE CREDITORS WITH THE MEANS TO ATTEND THE TELEPHONIC HEARINGS. CREDITOR APOLOGIZES FOR THIS INCONVENIENCE AND REQUESTS THIS COURT TO USE THIS DECLARATION TO MAKE AN INFORMATIVE DECISION IN REGARDS TO HIS REQUEST FOR: "ACCEPTANCE OF CLAIMS FILED AFTER BAR DATE/EXCUSABLE NEGLECT"

I DAVID JAMES MULLEN, DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA, THE FOREGOING IS TRUE AND CORRECT.

RESPECTFULLY,

*signature* 730824
DAVID J. MULLEN
12/16/2021

DAVID MULLEN 730824
WASHINGTON STATE PENITENTIARY
1313 N. 13TH AVE
WALLA WALLA, WA 99362

(3.)