Case No. 628306 and 628329

December 24, 2021

Dear Mr. Li:

Good day. Perhaps you can help me. I possess no knowledge as to the status of my Purdue Pharma class action. Could you be so kind as to mail me a docket sheet and progress report on my case? I'm in prison and must communicate via mail mostly.

Thank you for your attention to this matter.

         Sincerely,

         Emanuel Thirkill

Emanuel Thirkill 25022-075
PO Box 33 (F-2)
Terre Haute, IN 47808

Emanuel Sherrill
PO Box 33
Terre Haute, IN 47808

Dorthy Li, clerk
Judge Drain
United States Bankruptcy Court - SDofNY
300 Quarropas Street - 2nd floor
White Plains, NY 10601



INMATE IDENTIFICATION CONFIRMED