Ellen Isaacs
ryansopc@gmail.com

January 6, 2022

RE:   Purdue Pharma, et al
      19-23649-RDD

Dear Judge Chapman,

Please be advised that I am a Pro Se litigant in the above-subject matter. Since Judge Drain appointed you as the mediator and facilitated his order on Monday, January 3, 2022, I have been attempting to work together with the debtors and they are not responding.

Pursuant to the Bankruptcy Rules of Procedure 9019.5 mediation includes <u>pro se</u> parties. It is extremely perplexing that Judge Drain only included the non-consenting States in his order.

I have asked them all for us to work together as Judge Drain ordered; to no avail. I have also requested a meeting with The Sackler's to which they refuse to arrange. It's way past the expiration date to put this matter to rest so the Nation can heal as a whole. However, the antiquated Bankruptcy Laws do not work when criminals are involved in a mega bankruptcy case. There is a way forward if they would look at the big picture, step back and listen.

I respectfully request to participate in the mediation proceedings as the Rule of Law requires. As we are under a major time constraint and the debtors choose not to effectively communicate as ordered, I look forward to your prompt response.

Respectfully requested,

Ellen Isaacs, Pro Se
561-860-0770

http://www.deb.uscourts.gov/content/rule-9019-5-mediation