**BROWN RUDNICK LLP**
David J. Molton, Esq.
Steven D. Pohl, Esq. (admitted *pro hac vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
                                                                  :
In re:                                                            :    Chapter 11
                                                                  :
PURDUE PHARMA L.P., *et al.*,                                     :    Case No. 19-23649 (RDD)
                                                                  :
                                  Debtors[1].                     :    (Jointly Administered)
                                                                  :
----------------------------------------------------------------- X

**TWENTY-SEVENTH MONTHLY FEE STATEMENT OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584) Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Brown Rudnick LLP |
| **Authorized to Provide Professional Services to:** | The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 [Docket No. 553] |
| **Period for which compensation and reimbursement are sought:** | December 1, 2021 through December 31, 2021 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $188,536.50 |
| **Current Fee Request** | $150,829.20 (80% of $188,536.50) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $678.91 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $151,508.11 |
| **Total Fees and Expenses Inclusive of Holdback** | $189,215.41 |
| **This is a(n):**   __X__ Monthly Application    ___Interim Application    ___Final Application | |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Brown Rudnick LLP ("Brown Rudnick") Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Twenty-Seventh Monthly Fee Statement (the "Fee Statement") for the period of December 1, 2021 through and including December 31, 2021 (the "Statement Period").

## Itemization of Services Rendered and Disbursements Incurred

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the project categories.  As reflected in Exhibit A, Brown Rudnick incurred $188,536.50 in fees during the Statement Period. Pursuant to this Fee Statement, Brown Rudnick seeks reimbursement for 80% of such fees, totaling $150,829.20.

Annexed hereto as **Exhibit B** is a chart of Brown Rudnick's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Statement Period is $962.77.  The blended hourly rate of all paraprofessionals is $415.00.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Brown Rudnick is attached hereto as **Exhibit D.**

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Brown Rudnick in the amount of $678.91 in connection with providing professional services during the Statement Period and a copy of the computer-generated list of expenses.

In accordance with the Fee Assumption Order, Brown Rudnick has separately recorded work performed relating to allocation of value among the Debtors' creditors (the "Allocation Fees").  To the best of its knowledge, Brown Rudnick has not included Allocation Fees in this Application.   Pursuant to the Fee Assumption Order, Brown Rudnick may request intercreditor allocation fees through a separate application at a later date.

## Notice

Brown Rudnick will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Brown Rudnick an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated:  January 7, 2022

Respectfully submitted,

BROWN RUDNICK LLP

/s/ *David J. Molton*
David J. Molton
Steven D. Pohl (admitted *pro hac vice*)
Seven Times Square
New York, New York 10019
Telephone:     (212) 209-4800
Facsimile:     (212) 209-4801
E-mail: dmolton@brownrudnick.com
              spohl@brownrudnick.com

*Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

## EXHIBIT A

### SERVICES RENDERED BY
### BROWN RUDNICK LLP

### COMMENCING DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021

**Summary of Fees Task Code**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 002 Asset Analysis and Recovery | 0.0 | $0.00 |
| 003 Assumption and Rejection of Leases and Contracts | 0.0 | $0.00 |
| 004 Business Operations | 0.0 | $0.00 |
| 005 Case Administration | 1.3 | $539.50 |
| 007 Claims Analysis | 0.0 | $0.00 |
| 008 Employment and Fee Applications | 4.5 | $2,253.50 |
| 009 Emergency Financing | 0.0 | $0.00 |
| 010 Litigation: Contested Matters and Adversary Proceedings | 10.9 | $14,431.50 |
| 011 Meetings and Communication with Ad Hoc Committee & Creditors | 20.1 | $23,022.50 |
| 014 Plan and Disclosure Statement | 162.1 | $148,289.50 |
| **Total** | **198.9** | **$188,536.50** |
| | | |
| 20% Fee Holdback | | **$37,707.30** |
| 80% of Fees | | **$150,829.20** |
| Plus Expenses | | **$678.91** |
| Requested Amount | | **$189,215.41** |

## EXHIBIT B

### SERVICES RENDERED BY BROWN RUDNICK LLP

### COMMENCING DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021

### Summary of Hours and Fees by Professional

| Name of Professional | Position/Year Admitted to Practice/Department | 2021 Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David J. Molton | Partner 1983<br>Bankruptcy & Corporate Restructuring | $1,545.00 | 17.8 | $27,501.00 |
| Steven D. Pohl | Partner 1989<br>Bankruptcy & Corporate Restructuring | $1,380.00 | 17.4 | $24,012.00 |
| Barbara J. Kelly | Counsel 1982<br>Corporate & Capital Markets | $1,115.00 | 32.8 | $36,572.00 |
| Andreas Andromalos | Partner 2001<br>Corporate & Capital Markets | $1,035.00 | 5.8 | $6,003.00 |
| Nicole M. Bouchard | Partner 2005<br>Corporate & Capital Markets | $950.00 | 21.6 | $20,520.00 |
| Gerard T. Cicero | Associate 2015<br>Bankruptcy & Corporate Restructuring | $885.00 | 10.2 | $9,027.00 |
| Lisa Okragly | Associate 2018<br>Corporate & Capital Markets | $885.00 | 4.4 | $3,894.00 |
| Jennifer I. Charles | Partner 2009<br>Corporate & Capital Markets | $855.00 | 15.3 | $13,081.50 |
| Adam Grandy | Associate 2009<br>Corporate & Capital Markets | $845.00 | 4.0 | $3,380.00 |
| Tia C. Wallach | Associate 2013<br>Corporate & Capital Markets | $820.00 | 36.8 | $30,176.00 |
| Uriel Pinelo | Associate 2019<br>Bankruptcy & Corporate Restructuring | $645.00 | 1.0 | $645.00 |
| Shirin Shahidi | Law Clerk 2021<br>Corporate & Capital Markets | $435.00 | 4.7 | $2,044.50 |
| Jane Motter | Law Clerk 2021<br>Corporate & Capital Markets | $435.00 | 21.7 | $9,439.50 |
| Alexandra M. Deering | Paralegal<br>Bankruptcy & Corporate Restructuring | $415.00 | 5.4 | $2,241.00 |
| **Total Fees Requested** | | | **198.9** | **$188,536.50** |

## EXHIBIT C

**ACTUAL AND NECESSARY COSTS INCURRED BY
BROWN RUDNICK LLP**

**COMMENCING DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| EXPENSE | AMOUNT |
|---|---|
|  |  |
| Copies | $24.00 |
| Lexis | $56.72 |
| Outside Copies | $91.89 |
| Pacer | $64.30 |
| Specialized Online Research Services | $178.00 |
| Westlaw | $264.00 |
| **Total Expenses** | **$678.91** |

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6932024 |
| ATTN: DAVID MOLTON | Date | Jan 7, 2022 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through December 31, 2021:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0001 | COSTS | 0.00 | 678.91 | 678.91 |
| | **Total** | **0.00** | **678.91** | **678.91** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $678.91 |
| **Total Invoice** | **$678.91** |

**\*\*\*\*NEW REMITTANCE INSTRUCTIONS\*\*\*\***

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance page of this invoice.
Please update your records to reflect this change.

**BR**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                Invoice 6932024
RE: COSTS                                                                                       Page 2
January 7, 2022

| | C O S T   D E T A I L | |
|---|---|---|

| Date | Description | Value |
|---|---|---|
| 12/01/21 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 12/01/21 | COPIES | 0.90 |
| 12/01/21 | COPIES | 1.10 |
| 12/01/21 | COPIES | 1.60 |
| 12/01/21 | COPIES | 3.50 |
| 12/01/21 | SPECIALIZED ONLINE RESEARCH SERVICES | 89.00 |
| 12/01/21 | SPECIALIZED ONLINE RESEARCH SERVICES | 89.00 |
| 12/01/21 | PACER | 3.10 |
| 12/01/21 | LEXIS | 56.72 |
| 12/01/21 | PACER | 61.20 |
| 12/02/21 | COPIES | 0.10 |
| 12/02/21 | COPIES | 0.40 |
| 12/02/21 | COPIES | 0.20 |
| 12/08/21 | COPIES | 0.40 |
| 12/08/21 | COPIES | 1.90 |
| 12/08/21 | COPIES | 4.70 |
| 12/08/21 | COPIES | 2.00 |
| 12/08/21 | COPIES | 1.10 |
| 12/08/21 | COPIES | 1.50 |
| 12/10/21 | OUTSIDE COPIES - PRINTING COSTS 12/10/21; VENDOR: ANDREAS ANDROMALOS; INVOICE#: 121021; DATE: 12/10/2021 | 20.18 |
| 12/14/21 | COPIES | 1.40 |
| 12/14/21 | COPIES | 2.30 |
| 12/17/21 | COPIES | 0.20 |
| 12/17/21 | COPIES | 0.70 |
| 12/20/21 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 12/20/21 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 158.00 |
| 12/20/21 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 12/22/21 | OUTSIDE COPIES - VENDOR: ANDREAS ANDROMALOS; INVOICE#: 122221; DATE: 12/22/2021 | 71.71 |
| | **Total Costs** | **678.91** |

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES         Invoice 6932024
RE: COSTS                                                                          Page 3
January 7, 2022

## C O S T  S U M M A R Y

| Description | Value |
|---|---|
| OUTSIDE COPIES | 91.89 |
| SPECIALIZED ONLINE RESEARCH SERVICES | 178.00 |
| LEXIS | 56.72 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 264.00 |
| PACER | 64.30 |
| COPIES | 24.00 |
| **Total Costs** | **678.91** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6932024 |
| ATTN: DAVID MOLTON | Date | Jan 7, 2022 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS



Remittance

---

**Balance Due: $678.91**

---

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number: 021000021
SWIFT Code: CHASUS33

****NEW REMITTANCE INSTRUCTIONS****

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 760367067

---

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**<u>EXHIBIT D</u>**

**Time Entries for Each Professional by Task Code (Invoice)**

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6932028 |
| ATTN: DAVID MOLTON | Date | Jan 7, 2022 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 31, 2021:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0005 | CASE ADMINISTRATION | 539.50 | 0.00 | 539.50 |
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 2,253.50 | 0.00 | 2,253.50 |
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 14,431.50 | 0.00 | 14,431.50 |
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 23,022.50 | 0.00 | 23,022.50 |
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 148,289.50 | 0.00 | 148,289.50 |
| | **Total** | **188,536.50** | **0.00** | **188,536.50** |

| | |
|---|---:|
| Total Current Fees | $188,536.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$188,536.50** |

**\*\*\*\*NEW REMITTANCE INSTRUCTIONS\*\*\*\***

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6932028 |
| Date | Jan 7, 2022 |
| Client | 035843 |

RE: CASE ADMINISTRATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 31, 2021:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 539.50 | 0.00 | 539.50 |
| | **Total** | **539.50** | **0.00** | **539.50** |

| | |
|---|---|
| Total Current Fees | $539.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$539.50** |



RE: CASE ADMINISTRATION

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 12/14/21 | DEERING | REVIEW AND CIRCULATE AGENDA FOR HEARING ON 12.16.21 | 0.40 | 166.00 |
| 12/14/21 | DEERING | UPDATE CASE CALENDAR | 0.30 | 124.50 |
| 12/15/21 | DEERING | REVIEW AND CIRCULATE TO L. BOGRAD AGENDA FOR 12.16.21 HEARING | 0.30 | 124.50 |
| 12/15/21 | DEERING | PREPARE TELEPHONIC APPEARANCE FOR S. POHL AND G. CICERO FOR HEARING ON 12.16.21 (.3) AND CIRCULATE AGENDA AND HEARING MATERIAL RE SAME (.3) | 0.30 | 124.50 |
| | **Total Hours and Fees** | | **1.30** | **539.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| ALEXANDRA M. DEERING | 1.30 | hours at | 415.00 | 539.50 |
| **Total Fees** | | | | **539.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6932028 |
| Date | Jan 7, 2022 |
| Client | 035843 |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 31, 2021:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 2,253.50 | 0.00 | 2,253.50 |
| | **Total** | **2,253.50** | **0.00** | **2,253.50** |

| | |
|---|---|
| Total Current Fees | $2,253.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$2,253.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
January 7, 2022

Invoice 6932028
Page 5

RE: EMPLOYMENT AND FEE APPLICATIONS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/01/21 | DEERING | FINALIZE AND FILE 25TH MONTHLY FEE STATEMENT (.7), SERVICE OF SAME (.2) AND UPDATE CASE CALENDAR RE OBJECTION DEADLINE (.1) | 1.00 | 415.00 |
| 12/14/21 | POHL | REVIEW FOR FEE HEARING | 0.20 | 276.00 |
| 12/15/21 | POHL | REVIEW MATERIAL FOR FEE HEARING | 0.20 | 276.00 |
| 12/16/21 | DEERING | REVIEW OMNIBUS ORDER APPROVING 6TH INTERIM FEE APPLICATION RE BR FEES AND EXPENSES | 0.20 | 83.00 |
| 12/16/21 | DEERING | DRAFT 26TH MONTHLY FEE APPLICATION (NOV 2021) | 1.30 | 539.50 |
| 12/17/21 | DEERING | FINALIZE BR 26TH MONTHLY FEE STATEMENT AND CIRCULATE TO KRAMER LEVIN FOR CLIENT REVIEW | 0.60 | 249.00 |
| 12/21/21 | DEERING | FINALIZE AND FILE NOV MONTHLY FEE STATEMENT (.6), SERVICE OF SAME (.2) AND UPDATE CASE CALENDAR RE SAME (.2) | 1.00 | 415.00 |
| | **Total Hours and Fees** | | **4.50** | **2,253.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 0.40 | hours at | 1,380.00 | 552.00 |
| ALEXANDRA M. DEERING | 4.10 | hours at | 415.00 | 1,701.50 |
| **Total Fees** | | | | **2,253.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6932028 |
| Date | Jan 7, 2022 |
| Client | 035843 |

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY
PROCEEDINGS, AND AUTOMATIC STAY

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 31, 2021:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 14,431.50 | 0.00 | 14,431.50 |
| | **Total** | **14,431.50** | **0.00** | **14,431.50** |

| | |
|---|---|
| Total Current Fees | $14,431.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$14,431.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
January 7, 2022

Invoice 6932028
Page 7

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/16/21 | POHL | ATTEND OMNIBUS HEARING, INCLUDING INTERIM FEE HEARING | 1.00 | 1,380.00 |
| 12/20/21 | POHL | REVIEW APPEAL RELATED MATTERS, UPDATES | 0.40 | 552.00 |
| 12/21/21 | POHL | REVIEW FILINGS RE: CONTINUATION OF INJUNCTION | 0.60 | 828.00 |
| 12/29/21 | CICERO | PARTICIPATE IN HEARING ON EXTENSION OF PRELIMINARY INJUNCTION DURING MONTH OF JANUARY | 2.50 | 2,212.50 |
| 12/29/21 | POHL | ATTEND INJUNCTION HEARING | 2.60 | 3,588.00 |
| 12/29/21 | MOLTON | ATTEND HEARING BEFORE DRAIN J RE RENEWAL OF MOTION FOR EXTENSION OF PI FOR SHORT TERM | 3.80 | 5,871.00 |
| | **Total Hours and Fees** | | **10.90** | **14,431.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| STEVEN POHL | 4.60 | hours at | 1,380.00 | 6,348.00 |
| DAVID J. MOLTON | 3.80 | hours at | 1,545.00 | 5,871.00 |
| GERARD T. CICERO | 2.50 | hours at | 885.00 | 2,212.50 |
| **Total Fees** | | | | **14,431.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6932028 |
| Date | Jan 7, 2022 |
| Client | 035843 |

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC
COMMITTEE & CREDITORS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 31, 2021:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 23,022.50 | 0.00 | 23,022.50 |
| | **Total** | **23,022.50** | **0.00** | **23,022.50** |

| | |
|---|---|
| Total Current Fees | $23,022.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$23,022.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
January 7, 2022

Invoice 6932028
Page 9

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 12/01/21 | MOLTON | NUMEROUS DISCUSSIONS WITH AHC COUNSEL RE ORAL ARGUMENT BEFORE JUDGE MCMAHON | 0.80 | 1,236.00 |
| 12/01/21 | POHL | ATTEND WEEKLY STRATEGY AND UPDATE CALL WITH CO-COUNSEL AND FULL COMMITTEE MEMBERS | 0.90 | 1,242.00 |
| 12/01/21 | CICERO | PREPARE FOR AND ATTEND COMMITTEE STRATEGY CALL RE: POST-APPEAL ORAL ARGUMENT | 1.30 | 1,150.50 |
| 12/16/21 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH COUNSEL RE RESPONSE TO DECISION AND ORDER OF JUDE MCMAHON VACATING CONFIRMATION ORDER | 1.10 | 1,699.50 |
| 12/16/21 | POHL | AD HOC COMMITTEE ADVISOR CALL RE: "DISTRICT COURT OPINION VACATING CONFIRMATION ORDER" | 1.20 | 1,656.00 |
| 12/16/21 | CHARLES | AHC CALL TO STRATEGIZE AFTER COURT RULING | 0.90 | 769.50 |
| 12/20/21 | CICERO | PARTICIPATE IN STRATEGY AND PLANNING CALL WITH FULL AHC CLIENT MEETING | 1.30 | 1,150.50 |
| 12/20/21 | WALLACH | PARTICIPATE IN WEEKLY GLOBAL STRATEGY AND UPDATE CALL WITH CO-COUNSEL AND FULL COMMITTEE MEMBER GROUP | 0.90 | 738.00 |
| 12/20/21 | POHL | CLIENT GROUP CALL RE: APPEAL DECISION AND NEXT CASE STEPS | 1.60 | 2,208.00 |
| 12/20/21 | MOLTON | PREPARE FOR AND PARTICIPATE IN AHC MEETING RE GOING FORWARD STRATEGIES RE MCMAHON DECISION AND ORDER VACATING CONFIRMATION ORDER | 1.30 | 2,008.50 |
| 12/20/21 | PINELO | CHANGE TO DRAFT UPDATE TO LOCAL GOVERNMENT CONSTITUENCIES RE: DISTRICT COURT RULING AND IMPACT | 1.00 | 645.00 |
| 12/21/21 | CICERO | DRAFT UPDATE OUTLINE TO INTERESTED GOVERNMENTS FOR CALL WITH ALABAMA AG'S OFFICE POST-VACCATEUR FROM DISTRICT COURT (1.0); PRESENT UPDATE TO ALABAMA AG'S OFFICE AND REPRESENTATIVES OF MDL MUNICIPALITIES RE: SAME (.8) | 1.80 | 1,593.00 |
| 12/22/21 | CHARLES | PARTICIPATE IN WEEKLY GLOBAL STRATEGY AND UPDATE CALL WITH CO-COUNSEL AND FULL COMMITTEE MEMBER GROUP | 1.10 | 940.50 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
January 7, 2022

Invoice 6932028
Page 10

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/22/21 | CICERO | PARTICIPATE IN FULL AHC CLIENT STRATEGY AND UPDATE CALL WITH CLIENTS AND CO-COUNSEL | 1.10 | 973.50 |
| 12/22/21 | MOLTON | PREPARE FOR AND PARTICIPATE IN ZOOM AHC STATUS MEETING RE APPEAL AND ISSUES PERTAINING THERETO AND RELATED ISSUES | 1.20 | 1,854.00 |
| 12/22/21 | POHL | PARTICIPATE IN WEEKLY GLOBAL STRATEGY AND UPDATE CALL WITH CO-COUNSEL AND FULL COMMITTEE MEMBER CLIENT GROUP | 1.10 | 1,518.00 |
| 12/22/21 | BOUCHARD | PARTICIPATE IN WEEKLY GLOBAL STRATEGY AND UPDATE CALL WITH CO-COUNSEL AND FULL COMMITTEE MEMBER CLIENT GROUP | 1.00 | 950.00 |
| 12/29/21 | POHL | PARTICIPATE IN WEEKLY GLOBAL STRATEGY AND UPDATE CALL WITH CO-COUNSEL AND FULL COMMITTEE MEMBER CLIENT GROUP | 0.50 | 690.00 |
| **Total Hours and Fees** | | | **20.10** | **23,022.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| STEVEN POHL | 5.30 | hours at | 1,380.00 | 7,314.00 |
| DAVID J. MOLTON | 4.40 | hours at | 1,545.00 | 6,798.00 |
| NICOLE M. BOUCHARD | 1.00 | hours at | 950.00 | 950.00 |
| JENNIFER I. CHARLES | 2.00 | hours at | 855.00 | 1,710.00 |
| TIA C. WALLACH | 0.90 | hours at | 820.00 | 738.00 |
| GERARD T. CICERO | 5.50 | hours at | 885.00 | 4,867.50 |
| URIEL PINELO | 1.00 | hours at | 645.00 | 645.00 |
| **Total Fees** | | | | **23,022.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brown**rudnick**

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6932028 |
| Date | Jan 7, 2022 |
| Client | 035843 |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter through December 31, 2021:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 148,289.50 | 0.00 | 148,289.50 |
| | **Total** | **148,289.50** | **0.00** | **148,289.50** |

| | |
|---|---|
| Total Current Fees | $148,289.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$148,289.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
January 7, 2022

Invoice 6932028
Page 12

RE: PLAN AND DISCLOSURE STATEMENT

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/01/21 | CICERO | ATTEND PORTION OF COLLATERAL DOCUMENTS CALL (.5); REVIEW RECITALS AND PROVISIONS IN CERTAIN POST-CONFIRMATION SETTLEMENT DOCUMENTS FOR ACCURACY AND COMPIANCE WITH PLAN DOCUMENTS(1.7) | 2.20 | 1,947.00 |
| 12/01/21 | CHARLES | IAC PLEDGE AGREEMENT CALL (0.9); CORRESPONDENCE REGARDING STATUS OF OPEN ITEMS AND DOCUMENTS (0.4); AHC CALL (0.8) | 2.10 | 1,795.50 |
| 12/01/21 | WALLACH | REVIEW IAC PLEDGE AGREEMENT ISSUES LIST WITH CREDITORS' COUNSEL (1.0); CONFERENCE WITH COUNSEL FOR THE DEBTORS AND SACKLERS ON IAC PLEDGE AGREEMENT ISSUES LIST (1.5); REVIEW SETTLEMENT AGREEMENT CHECKLIST (1.5); REVIEW COLLATERAL AGREEMENT CHECKLIST (2.0). | 6.00 | 4,920.00 |
| 12/01/21 | POHL | SACKLER DEAL PLEDGE AGREEEMNT CALL (1.5); REVIEW APPEAL RELATED ORDER FOR FURTHER BRIEFING AND RELATED CORRESPONDENCE (.5) | 2.00 | 2,760.00 |
| 12/01/21 | ANDROMALOS | ANALYSIS OF ISSUES LIST AND CORRESPONDENCE RE SAME (.4); REVIEW ISSUES RE LOCAL COUNSEL AND VARIOUS CORRESPONDENCE RE SAME (1.0); VARIOUS CORRESPONDENCE RE LOGISTICS AND REORG (.2) | 1.60 | 1,656.00 |
| 12/01/21 | KELLY | REVIEW INCOMING CORRESPONDENCE AND REPORTS FROM INDUSTRIAL ECONOMICS ON PROJECTS IN PROGRESS (1.2); REVIEW INCOMING CORRESPONDENCE FROM KL ON STATUS OF CASE (.2); REVIEW INCOMING CORRESPONDENCE ON SETTLEMENT CLOSING MATTERS (.2);  CALL WITH POTENTIAL FUTURE AUDITORS FOR POST-EFFECTIVE DATE GOVERNMENT TRUSTS (.4) | 2.00 | 2,230.00 |
| 12/01/21 | BOUCHARD | CONFERENCE WITH CREDITOR, DEBTOR, AND FAMILY COUNSEL RE: IAC PLEDGE TERMS (1.7); LEGAL RESEARCH AND ANALYSIS RE: TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE (1.6) | 3.30 | 3,135.00 |
| 12/01/21 | OKRAGLY | CONDUCT RESEARCH ON PRIORITY OF CLAIMS AT POST-EFFECTIVE DATE VEHICLES | 3.20 | 2,832.00 |
| 12/01/21 | GRANDY | CONFERENCE CALLS REGARDING THE IAC PLEDGE AGREEMENT | 2.40 | 2,028.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
January 7, 2022

Invoice 6932028
Page 13

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 12/02/21 | WALLACH | CHECKLIST CALL ON SETTLEMENT AGREEMENT CLOSING AND STATUS OF ANCILLARY DOCUMENTS (1.5); REVIEW AND REVISE COLLATERAL DOCUMENT CHECKLIST (2.0); REVISE BERMUDA SHARE CHARGE (2.0); REVIEW STATUS AND OPEN ISSUES ON ENGAGING LOCAL COUNSEL (0.4) | 5.90 | 4,838.00 |
| 12/02/21 | CHARLES | SETTLEMENT AND COLLATERAL CLOSING CHECKLIST CALL (1.1); LEAD WEEKLY CORPORATE CALL (0.5); REVIEW EMERGENCE CHECKLIST AND CALL WITH B. KELLY REGARDING SAME (0.6); | 2.20 | 1,881.00 |
| 12/02/21 | KELLY | TAX CALL WITH DPW RE WEEKLY STATUS UPDATE (1.0); CORRESPONDENCE WITH TROOP, GILBERT ON CURRENT TAX MATTERS (.2); CALL WITH J CHARLES RE CURRENT CORPORATE STATUS MATTERS RE NEWCO (.3); PREPARE FOR AND JOIN ZOOM MEETING WITH STATES' REPS RE ABATEMENT REPORTING DESIGN (2.0); CALL WITH AON RE CURRENT DEVELOPMENTS ON POST-EFFECTIVE DATE INSURANCE MATTERS (.6) | 4.10 | 4,571.50 |
| 12/02/21 | POHL | CLOSING CHECKLIST CALL (1.0); CORP CLOSING UPDATE CALL (.3) | 1.30 | 1,794.00 |
| 12/02/21 | ANDROMALOS | ALL HANDS CALL WITH SACKLER COUNSEL, DPW, KL AND AKIN RE DOC CHECKLIST (1.0); SEVERAL CORRESPONDENCE RE LOCAL COUNSEL ISSUES (.8);  RESEARCH BVI PLEDGE AGMT ISSUES (.2); CORRESPONDENCE RE ISSUES LIST (.2) | 2.20 | 2,277.00 |
| 12/02/21 | MOTTER | REVIEW DRAFT PAPER ON PROPOSED REPORTING PROCEDURES RELATED TO NOAT (.6); TELECONFERENCE WITH B. KELLY, INDUSTRIAL ECONOMICS CONSULTANTS, C. TRABUCCHI AND V. SPIRT, AND STATE AGS, RE: PROPOSED REPORTING PROCEDURES RELATED TO NOAT (1.5); DRAFT SUMMARY OF PROPOSED NOAT ABATEMENT REPORTING MODIFICATIONS (.6); DRAFT LETTERS, RE: TAFT TRUSTEES NOVEMBER COMPENSATION (.2). | 2.90 | 1,261.50 |
| 12/02/21 | GRANDY | REVIEW THE SETTLEMENT AND COLLATERAL DOCUMENT CHECKLIST (.1); CONFERENCE CALL WITH RESPECT TO THE SAME (1.5) | 1.60 | 1,352.00 |
| 12/03/21 | WALLACH | REVISE COLLATERAL CLOSING CHECKLIST (3.0); CONFERENCE WITH POTENTIAL PANAMA COUNSEL (0.5) | 3.50 | 2,870.00 |
| 12/03/21 | CHARLES | CORRESPONDENCE REGARDING OPEN ITEMS (0.3); TAFT TRUSTEES CALL (1.9). | 2.20 | 1,881.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
January 7, 2022

Invoice 6932028
Page 14

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/03/21 | SHAHIDI | CALL WITH INDUSTRIAL ECONOMICS RE TRUST AND REPORTING MATTERS (.7); CALL WITH TAFT TRUSTEES (1.9); REVIEW PLAN DOCUMENTS AND CORRESPOND WITH B. KELLY AND J. MOTTER RE REPORTING TIMELINES (.5) | 3.10 | 1,348.50 |
| 12/03/21 | POHL | REVIEW DRAFT APPEALS PLEADING | 0.40 | 552.00 |
| 12/03/21 | ANDROMALOS | REVIEW VARIOUS CORRESPONDENCE RE LOCAL COUNSEL, SECURITY DOCS AND LOGISTICS | 0.40 | 414.00 |
| 12/03/21 | MOTTER | TELECONFERENCE WITH B. KELLY, INDUSTRIAL ECONOMICS CONSULTANTS, C. TRABUCCHI AND V. SPIRT, AND S. SHAHIDI, RE: PROPOSED REPORTING PROCEDURES RELATED TO NOAT AND TAFT (.9); RESEARCH, RE: TAFT ABATEMENT REPORTING DETAILS (1.9); TELECONFERENCE WITH B. KELLY, INDUSTRIAL ECONOMICS CONSULTANTS, C. TRABUCCHI AND V. SPIRT, AND TAFT TRUSTEES, RE: PROPOSED REPORTING PROCEDURES RELATED TO TAFT (1.9); DRAFT SUMMARY OF PROPOSED TAFT REPORTING PROCEDURES (.8). | 5.50 | 2,392.50 |
| 12/03/21 | KELLY | MEETING WITH INDUSTRIAL ECONOMICS TO PREPARE FOR TAFT ABATEMENT PRESENTATION (1.0); TAFT ABATEMENT PRESENTATION WITH INDUSTRIAL ECONOMICS (2.0); REVIEW AND ADVISE ON SMALL TRIBE ALLOCATION ISSUES FOR DEVELOPMENT OF ABATEMENT REPORTING TEMPLATES (1.5); DRAFT NOAT MATTERS UPDATE FOR FUTURE NOAT TRUSTEES (.4); | 4.90 | 5,463.50 |
| 12/06/21 | WALLACH | CONFERENCE WITH BVI AND JERSEY COUNSEL REGARDING CREDIT SUPPORT DOCUMENTATION AND LOCAL COUNSEL ENGAGEMENT (0.9); REVIEW AND REVISE COLLATERAL CLOSING CHECKLIST (.3) | 1.20 | 984.00 |
| 12/06/21 | POHL | REVIEW APPEALS BRIEFS | 0.20 | 276.00 |
| 12/06/21 | KELLY | RESPOND TO INCOMING CORRESPONDENCE FROM HL ON BUDGET STRUCTURE QUESTIONS (.4); REVISE TAFT ANNUAL AND START UP BUDGET FOR TAFT BOARD BOOK DRAFT BY HL (.4); CORRESPOND TO ESCROW AGENT RE TAFT PRE-EFFECTIVE DATE ESCROW ACCOUNT (.2) | 1.00 | 1,115.00 |
| 12/07/21 | WALLACH | REVISE COLLATERAL CHECKLIST | 2.30 | 1,886.00 |
| 12/07/21 | POHL | REVIEW APPEALS FILINGS | 0.70 | 966.00 |
| 12/07/21 | ANDROMALOS | VARIOUS CORRESPONDENCE RE LOCAL COUNSEL | 0.20 | 207.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
January 7, 2022

Invoice 6932028
Page 15

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/07/21 | OKRAGLY | REVIEW AND EDIT PLR MEMO. | 1.20 | 1,062.00 |
| 12/07/21 | KELLY | REPLY TO INCOMING CORRESPONDENCE ON FUTURE TAFT SERVICES (.2); RESPOND TO INCOMING CORRESPONDENCE ON NOAT BOARD BOOK (.2) | 0.40 | 446.00 |
| 12/07/21 | BOUCHARD | REVIEW AND REVISE TAX MATTERS AGREEMENT (.9); LEGAL RESEARCH AND ANALYSIS RE: US TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE (2.0) | 2.90 | 2,755.00 |
| 12/08/21 | WALLACH | REVIEW REVISED A SIDE MATERIALS ON IAC RESTRUCTURING (1.2); REVIEW REVISED CHECKLIST AND ATTEND COLLATERAL CHECKLIST STATUS CALL (2.0); REVIEW REVISIONS TO SETTLEMENT AGREEMENT AND B SIDE CSA (1.0); REVIEW FAMILY GROUP 4 CSA REVISIONS (0.3) | 4.50 | 3,690.00 |
| 12/08/21 | ANDROMALOS | PREPARE REVISIONS TO CSA ANNEXES AND SETTLEMENT AGMT (.9); NUMEROUS CORRESPONDENCE RE SAME AND RE LOCAL COUNSEL (.3) | 1.20 | 1,242.00 |
| 12/08/21 | KELLY | RESPOND TO INCOMING CORRESPONDENCE ON ABATEMENT REPORTING TEMPLATES (.2); CORRESPOND WITH SERVICE PROVIDER ON FUTURE TAFT SERVICES (.2) | 0.40 | 446.00 |
| 12/08/21 | BOUCHARD | CORRESPONDENCE WITH DPW RE: TAX MATTERS AGREEMEENTS (.2); LEGAL ANALYSIS RE: TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE (2.1) | 2.30 | 2,185.00 |
| 12/09/21 | CHARLES | CLOSING CHECKLIST CALL WITH PURDUE COUNSEL, DAVIS POLK, KRAMER LEVIN AND BR TEAMS (1.0). | 1.00 | 855.00 |
| 12/09/21 | WALLACH | NUMEROUS CORRESPONDENCE WITH AKIN GUMP AND KRAMER LEVIN ON LOCAL COUNSEL ENGAGEMENT (1.0); REVIEW AND REVISE A SIDE MULTIPOD CREDIT SUPPORT ANNEX (1.5); CORRESPONDENCE FROM FTI REGARDING REVISIONS TO CREDIT SUPPORT ANNEXES (0.8) | 3.30 | 2,706.00 |
| 12/09/21 | ANDROMALOS | NUMEROUS CORRESPONDENCE RE FOR SETTLEMENT AGREEMENT JURISDICTIONS | 0.20 | 207.00 |
| 12/09/21 | KELLY | PREPARE FOR AND JOIN KL, DPW,, PURDUE CALL ON CORPORATE CHECKLIST FOR CLOSING TRANSACTION AND DISCUSS OPEN ITEMS AND ALLOCATION OF RESPONSIBILITIES FOR NEXT STEPS (1.4); SUMMARIZE OPEN ITEMS AND NEXT STEPS FOR AHC COUNSEL  ON ATTORNEYS FEE FUND ADMINISTRATION (.9); | 2.30 | 2,564.50 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
January 7, 2022

Invoice 6932028
Page 16

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/09/21 | BOUCHARD | CLOSING CHECKLIST MEETING WITH DEBTORS AND KRAMER LEVIN (.9); LEGAL RESEARCH AND ANALYSIS RE: TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE (2.3) | 3.20 | 3,040.00 |
| 12/10/21 | WALLACH | NUMEROUS CORRESPONDENCE ON LOCAL COUNSEL FOR SETTLEMENT AGREEMENT JURISDICTIONS | 0.20 | 164.00 |
| 12/10/21 | KELLY | CALL WITH CHIARA TRABUCCHI RE ABATEMENT REPORTING AND RFP MATTERS (.4); REVIEW MATERIALS AND CORRESPOND WITH FUTURE TAFT TRUSTEES ON ACCOUNTING AND ABATEMENT MATTERS (1.0); CORRESPOND WITH KL AND GILBERT ON FUTURE NOAT TRUSTEE REPORTS (.3) | 1.70 | 1,895.50 |
| 12/10/21 | MOTTER | TELECONFERENCE WITH B. KELLY AND INDUSTRIAL ECONOMICS CONSULTANTS, C. TRABUCCHI AND V. SPIRT, RE: PROPOSED REPORTING PROCEDURES RELATED TO NOAT AND TAFT (.3); DRAFT SUMMARY OF PROPOSED TAFT REPORTING PROCEDURES (.5). | 0.80 | 348.00 |
| 12/10/21 | BOUCHARD | LEGAL ANALYSIS RE: US TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE | 1.90 | 1,805.00 |
| 12/13/21 | CHARLES | BR TEAM MEETING TO DISCUSS AND STRATEGIZE OPEN ITEMS AND DOCUMENT ISSUES, INCLUDING WITH RESPECT TO TDPS AND TRUST AGREEMENTS (0.8); REVIEW TDP AND TRUST AGREEMENT PROVISIONS RELATING TO SAME (0.7). | 1.50 | 1,282.50 |
| 12/13/21 | WALLACH | INTERNAL STATUS CONFERENCE (0.8); NUMEROUS CORRESPONDENCE ON LOCAL COUNSEL ENGAGEMENT (0.3); CONFERENCE WITH NORTON ROSE ON IAC RESTRUCTURING (0.2) | 1.30 | 1,066.00 |
| 12/13/21 | MOTTER | TELECONFERENCE WITH BROWN RUDNICK CORPORATE AND BANKRUPTCY TEAM RE: STATUS OF OPEN MATTERS (.8); UPDATE PURDUE EMERGENCE TRANSFER WORKSTREAMS CHECKLIST (1.8); DRAFT EMAIL TO B. KELLY RE: SAME (.2). | 2.80 | 1,218.00 |
| 12/13/21 | SHAHIDI | CORRESPOND WITH J. MOTTER RE TASK LISTS (.1) AND B. KELLY RE OUTSTANDING MATTERS (.1) | 0.20 | 87.00 |

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6932028
January 7, 2022                                                           Page 17

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/13/21 | KELLY | PREPARE FOR AND JOIN CALL WITH INDUSTRIAL ECONOMICS TO WORK ON NOAT ABATEMENT REPORTING OPEN ISSUES (1.0); PREPARE FOR AND JOIN BR TEAM STATUS UPDATE CALL TO REVIEW OPEN PRIORITY ITEMS (1.0); LEGAL ANALYSIS OF POST-EFFECTIVE DATE FUNDS' STRUCTURE PER DPW REQUEST FOR INFORMATION (1.4); REVIEW AND REPLY TO CORRESPONDENCE FROM DPW RE OPEN ISSUES ON NOAT, AND OTHER POST-EFFECTIVE DATE ENTITIES (.2); | 3.60 | 4,014.00 |
| 12/13/21 | BOUCHARD | CONFERENCE WITH BR TEAM RE: STATUS OF OPEN MATTERS (1.0); LEGAL ANALYSIS RE: TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE (1.1) | 2.10 | 1,995.00 |
| 12/14/21 | SHAHIDI | INSTRUCT ON UPDATING OF TASK LISTS WITH J. MOTTER | 0.70 | 304.50 |
| 12/14/21 | WALLACH | REVIEW REVISED IAC PLEDGE AGREEMENT (1.9); CONFERENCE WITH DAVIS POLK ON STATUS OF CONSENT TO IAC RESTRUCTURING AND RELATED ITEMS (0.4) | 2.30 | 1,886.00 |
| 12/14/21 | CHARLES | CALL WITH N. BOUCHARD REGARDING TRUSTEE COMPENSATION ISSUES AND ALLOCATION (0.3); REVIEW EDITS TO TDPS AND TRUST AGREEMENTS RELATING TO OPEN ISSUES AND TRIBE REQUESTS (1.9) | 2.20 | 1,881.00 |
| 12/14/21 | SHAHIDI | REVIEW FILES FOR TRIBE TDP AND CORRESPOND WITH J. CHARLES RE SAME | 0.70 | 304.50 |
| 12/14/21 | MOTTER | LEGAL RESEARCH AND ANALYSIS RE: ATTORNEYS' FEE FUNDS (.8); TELECONFERENCE WITH B. KELLY AND REDW, RE: POTENTIAL ENGAGEMENT FOR ACCOUNTING SERVICES FOR TAFT (.6); DRAFT SUMMARY, RE: SAME (.6); TELECONFERENCE WITH B. KELLY, INDUSTRIAL ECONOMICS CONSULTANT, C. TRABUCCHI, AND STATE AGS, RE: PROPOSED NOAT ABATEMENT REPORTING PROCEDURES (1.1); DRAFT SUMMARY, RE: SAME (.8). | 3.90 | 1,696.50 |
| 12/14/21 | BOUCHARD | LEGAL RESEARCH AND ANALYSIS RE: TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE | 1.80 | 1,710.00 |
| 12/14/21 | KELLY | REVIEW AND COMMENT ON UPDATED NOAT REPORTING WORKFLOW MEMO (.5); PREPARE FOR AND ATTEND CLIENT ZOOM MEETING TO REVIEW NOAT ABATEMENT REPORTING WORKFLOW OPEN ISSUES (1.8); CALL WITH SERVICE PROVIDER FOR POST-EFFECTIVE DATE ACCOUNTING SERVICES FOR TAFT (.6); REVIEW TAFT TDP MATTERS FOR UPDATING (.2) | 3.10 | 3,456.50 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6932028
January 7, 2022                                                                    Page 18

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/15/21 | WALLACH | CONFERENCE WITH KRAMER LEVIN AND AKIN GUMP TO REVIEW THE REVISED IAC PLEDGE AGREEMENT (1.8); ATTEND CHECKLIST CALL WITH DEBTORS, SACKLER FAMILY AND CREDITOR CONSTITUENCIES (0.5) | 2.30 | 1,886.00 |
| 12/15/21 | MOTTER | LEGAL RESEARCH AND ANALYSIS RE: ATTORNEYS' FEE FUNDS | 3.00 | 1,305.00 |
| 12/15/21 | CHARLES | REVIEW COMMENTS TO TDPS AND REQUESTS FROM TRIBE COUNSEL (0.7); COLLATERAL CHECKLIST CALL (CREDITORS/DEBTORS/SACKLERS) (0.5). | 1.20 | 1,026.00 |
| 12/15/21 | BOUCHARD | COLLATERAL DOCUMENT CHECKLIST CALL (.4); REVIEW AND REVISE TAX MATTERS AGREEMENT (.9) | 1.30 | 1,235.00 |
| 12/15/21 | KELLY | CALL WITH DAN WOLF TO ADDRESS CURRENT POST-EFFECTIVE DATE PLANNING MATTERS (.4); CALL WITH CICERO TO ADDRESS POST-EFFECTIVE DATE FUNDING STRUCTURES (.4) | 0.80 | 892.00 |
| 12/16/21 | CHARLES | COORDINATE REGARDING POTENTIAL EDITS TO TRUST AGREEMENTS AND TPDS | 0.90 | 769.50 |
| 12/16/21 | WALLACH | REVISE IAC PLEDGE AGREEMENT (2.5); NUMEROUS CORRESPONDENCE WITH AKIN GUMP AND KRAMER LEVIN ON IAC RESTRUCTURING QUESTIONS, IAC PLEDGE AND SECURITY AGREEMENT AND RELATED ITEMS (0.6) | 3.10 | 2,542.00 |
| 12/16/21 | MOTTER | LEGAL RESEARCH AND ANALYSIS RE: ATTORNEYS' FEE FUNDS (2.5). | 2.50 | 1,087.50 |
| 12/16/21 | BOUCHARD | MEETING WITH AHC PROFESSIONALS RE: CASE UPDATES AND NEXT STEPS (1.2); LEGAL ANALYSIS RE: TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE (.6) | 1.80 | 1,710.00 |
| 12/16/21 | MOLTON | REVIEW DECISION AND ORDER OF JUDGE MCMAHON VACATING CONFIRMATION ORDER | 1.50 | 2,317.50 |
| 12/16/21 | KELLY | JOIN AHC PROFESSIONALS UPDATE CALL TO REVIEW CASE STATUS (1.2); RESPOND TO INCOMING CORRESPONDENCE FROM SERVICE PROVIDERS (INSURANCE/FINANCIAL/ ABATEMENT REPORTING RE CASE STATUS (.5) | 1.70 | 1,895.50 |
| 12/16/21 | POHL | REVIEW APPEAL DECISION | 1.90 | 2,622.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
January 7, 2022

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 12/17/21 | KELLY | CALL WITH CHIARA TRABUCCHI (CONSULTANT) REGARDING ABATEMENT REPORTING PROJECT AND COMMENTS FROM SELECT AG OFFICES (.5); ZOOM MEETING WITH TAFT TRUSTEES RE CURRENT CASE STATUS (.5); REVIEW INCOMING SUMMARIES REGARDING COURT OPINION AND CASE STATUS (1.2); RESPOND TO INCOMING CORRESPONDENCE FROM POST-EFFECTIVE DATE SERVICE PROVIDERS REGARDING COURT OPINION AND IMPACT ON FINANCIAL, ACCOUNTING, INSURANCE CURRENT WORK STREAMS (.6) | 2.80 | 3,122.00 |
| 12/17/21 | MOTTER | TELECONFERENCE WITH B. KELLY AND TAFT TRUSTEES, RE: NEXT STEPS FOR TAFT (.3). | 0.30 | 130.50 |
| 12/19/21 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH ROY E OF RR AND KEN ECKSTEIN RE APPEAL ISSUES FROM MCMAHON J'S DECISION AND ORDER VACATING CONFIRMATION ORDER | 1.30 | 2,008.50 |
| 12/20/21 | MOLTON | DETAILED REVIEW OF MCMAHON J DECISION VACATING CONFIRMATION ORDER | 4.80 | 7,416.00 |
| 12/20/21 | KELLY | STATUS UPDATE CALL WITH KL TO REVIEW COURT ORDER AND POSSIBLE NEXT STEPS IN CASE (1.0) | 1.00 | 1,115.00 |
| 12/21/21 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH ROBBINS RUSSELL AND KEN ECKSTEIN RE SECOND CIRCUIT APPEAL ISSUES FROM MCMAHON J'S DECISION AND ORDER VACATING THE CONFIRMATION ORDER | 0.80 | 1,236.00 |
| 12/22/21 | MOLTON | PREPARE FOR AND PARTICIPATE IN ZOOM CONFERENCE WITH DEBTORS AND AHC PROFESSIONALS RE APPEAL AND ISSUES PERTAINING THERETO | 1.20 | 1,854.00 |
| 12/22/21 | KELLY | JOIN STATUS UPDATE CALL WITH GILBERT, KL, CLIENTS TO DISCUSS ANALYSIS AND FURTHER STEPS (1.1); SUMMARIZE FOR BANKRUPTCY TEAM THE POTENTIAL TAX CONSIDERATIONS IN POSSIBLE FURTHER STEPS (.3) | 1.40 | 1,561.00 |
| 12/28/21 | POHL | REVIEW OBJECTING STATES OPPOSITION INJUNCTION | 0.60 | 828.00 |
| 12/29/21 | KELLY | ATTEND WEEKLY KL STATUS UPDATE CALL ON PURDUE CASE (.5) | 0.50 | 557.50 |
| 12/30/21 | KELLY | REVIEW AND RESPOND TO HL CORRESPONDENCE ON NEXT STEPS BUDGETING FOR POST-EFFECTIVE DATE VEHICLES (.6); ANALYZE POSSIBLE POST-EFFECTIVE DATE EMERGENCE STRUCTURE CHANGES (.5) | 1.10 | 1,226.50 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6932028
January 7, 2022                                                              Page 20

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| | **Total Hours and Fees** | | **162.10** | **148,289.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|-----|------|-------|
| STEVEN POHL | 7.10 | hours at | 1,380.00 | 9,798.00 |
| ANDREAS P. ANDROMALOS | 5.80 | hours at | 1,035.00 | 6,003.00 |
| DAVID J. MOLTON | 9.60 | hours at | 1,545.00 | 14,832.00 |
| NICOLE M. BOUCHARD | 20.60 | hours at | 950.00 | 19,570.00 |
| BARBARA J. KELLY | 32.80 | hours at | 1,115.00 | 36,572.00 |
| JENNIFER I. CHARLES | 13.30 | hours at | 855.00 | 11,371.50 |
| TIA C. WALLACH | 35.90 | hours at | 820.00 | 29,438.00 |
| GERARD T. CICERO | 2.20 | hours at | 885.00 | 1,947.00 |
| ADAM M. GRANDY | 4.00 | hours at | 845.00 | 3,380.00 |
| SHIRIN SHAHIDI | 4.70 | hours at | 435.00 | 2,044.50 |
| LISA OKRAGLY | 4.40 | hours at | 885.00 | 3,894.00 |
| JANE W. MOTTER | 21.70 | hours at | 435.00 | 9,439.50 |
| **Total Fees** | | | | **148,289.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brown**rudnick**

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6932028 |
| ATTN: DAVID MOLTON | Date | Jan 7, 2022 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES



Remittance

**Balance Due: $188,536.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number: 021000021
SWIFT Code: CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 760367067

**\*\*\*\*NEW REMITTANCE INSTRUCTIONS\*\*\*\***

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance page of this invoice.
Please update your records to reflect this change.