JAN 03 2022

Dear Judge McMahon                                12·25·2021
      To the Honorable U.S. District Court
for the Southern District of New York
I am an Incarcerated Individual being
housed at N.S.C.F in Newport Vermont
my full name is Devin A. Pratt I am
writing in reference to Purdue Pharma, L.P.,
Case No. 19-23649 (RDD) Claim # 62818<u>7</u>
I have been housed since June 10, 2020
and filed and mailed my claim on
July 15, 2020 well placed it in the
Facility MailBox. Prime Clerk LLC on 9-7-21
Recieved it, sent me Case No. and
Claim # listed Above. Davis Polk &
Wardwell LLP. (Law firm representing Purdue
Pharma L.P.) Sent me a letter on Dec. 6, 2021
Saying General Bar Date for Filing was
July 30, 2020 - April 23rd, ~~2020~~ 2021
and that claims filed on or after April 23, 2021
will be disallowed unless the claims
Administrator for the personal injury trust
determines good cause exist's to treat
late filed claim (in my case late recieved)
as if it were timely filed. Judge McMahon
because I'm Incarcerated and my claim
was filed timely, also under Vermont rule
3B of Civil Procedure I have zero control
as to when my mail is sent from this
Facility, being that Corrections Staff handles
that. I'm writing to ask that this
Honorable Court please Allow my late
recieved Claim to be treated as timely?
If allowed Could this Court please
Send documentation in writing that this

Claim be treated as timely? I have been through so much pain & Agony Due the Epidemic Caused by the Sackler Family and this is my only Avenue to seek Justice in this matter!!

Respectfully Submitted on this 25th Day of December 2021.

Devin Abel Pratt #92579
N.S.C.F. 2559 Glenn Rd.
Newport, Vermont 05855