UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re: :
: Chapter 11
: 
PURDUE PHARMA L.P., *et al.*,[1] :
: Case No. 19-23649 (RDD)
: 
Debtors. :
: 
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

    I, YunKyung Yu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Official Committee of Unsecured Creditors in the above-captioned case.

    On December 21, 2021, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

*(Continued on Next Page)*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield Bio Ventures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425) Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

- 2 -

- **Seventh Supplemental Declaration of Arik Preis in Support of the Application of The Official Committee of Unsecured Creditors of Purdue Pharma L.P.,** *et al.* **to Retain and Employ Akin Gump Strauss Hauer & Feld LLP,** *Nunc Pro Tunc*, **to September 26, 2019** [Docket No. 4245]

Dated: January 22, 2022

       */s/* YunKyung Yu
YunKyung Yu
KCC
222 N Pacific Coast
Highway, Suite 300
El Segundo, CA 90245

# Exhibit A

**Exhibit A**
**Affected Party Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Office of The United States Trustee | Office of The United States Trustee | Attn: Paul Schwartzberg | paul.schwartzberg@usdoj.gov |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 1 of 1

# Exhibit B

**Exhibit B**
**Affected Parties Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Office of The United States Trustee | Office of The United States Trustee | Attn: Paul Schwartzberg | U.S. Federal Office Building | 201 Varick Street, Suite 1006 | New York | NY | 10014 |
| Debtors | Purdue Pharma L.P. | Attn: President or General Counsel | One Stamford Forum, 201 Tresser Boulevard | | Stamford | CT | 06901 |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 1 of 1