DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## AGENDA FOR JANUARY 12, 2022 HEARING

Time and Date of Hearing:   January 12, 2022 at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:   In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 26326489816##.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Copies of Motions: A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.

I. **UNCONTESTED MATTERS:**

1. ***Brittany N. Johnson Late Claim Motion.*** Motion to File Proof of Claim After Claims Bar Date, filed by Brittany N. Johnson [ECF No. 4156]

    Objection Deadline: January 5, 2022 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 4268]

    Related Documents:

    A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4165]

    Status: This matter is going forward on an uncontested basis.

2. ***Shannie Jenkins Late Claim Motion.*** Motion to File Claim after Claims Bar Date, filed by Shannie Jenkins [ECF No. 4219]

    Objection Deadline: January 5, 2022 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 4268]

    Related Documents:

    A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4220]

    Status: This matter is going forward on an uncontested basis.

II. **CONTESTED MATTERS:**

3. ***Maria Ecke Claim Payment Motion.*** Motion for Original Claim Payment and for Rule 5004 of the Federal Rules of Bankruptcy Procedure Governed by 28 U.S.C. § 455—Dismissal of Judge Drain [ECF No. 4074]

   Objection Deadline: January 5, 2022 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:

   A. Debtors' Objection to Maria Ecke's Motion for Original Claim Payment and for Rule 5004 of the Federal Rules of Bankruptcy Procedure Governed by 28 U.S.C. 455—Dismissal of Judge Drain [ECF No. 4269]

   Reply: None.

   Related Documents:

   A. Notice of Hearing Regarding Motion for Original Claim Payment Filed by Maria Ecke [ECF No. 4086]

   Status: This matter is going forward on a contested basis.

4. ***Personal Injury Claimant Motion.*** Motion to Allow, filed by Personal Injury Claimant [ECF No. 4030]

   Objection Deadline: January 5, 2022 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:

   A. Debtors' Objection to Personal Injury Claimant's Motion to Allow [ECF No. 4270]

   Reply: None.

   Related Documents:

   A. Notice of Hearing Regarding Motion to Allow Filed by Personal Injury Claimant [ECF No. 4045]

   Status: This matter is going forward on a contested basis.

Dated: January 10, 2022
New York, New York

                                      DAVIS POLK & WARDWELL LLP

                                      By: */s/ Eli J. Vonnegut*
                                              Eli J. Vonnegut

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*