**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P., *et al.*,** | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

### ORDER EXTENDING TERMINATION DATE UNDER THE TERMS AND CONDITIONS OF MEDIATION BEFORE THE HONORABLE SHELLEY C. CHAPMAN

By order dated January 3, 2022 [ECF Doc. 4260] (the "Appointment Order"), the Court appointed the Honorable Shelley C. Chapman as Mediator with respect to the Mediation Topic, as such terms are defined in the Appointment Order, and by order also dated January 3, 2022 [ECF Doc. 4261] (the "Mediation Terms and Conditions Order") the Court set forth the terms and conditions of the mediation directed by the Appointment Order.  The Mediator has informed the Court that in the light of the mediation to date and her responsibilities as Mediator, the Termination Date of the mediation, as such term is defined in paragraph 2 of the Mediation Terms and Conditions Order, should be extended to and including February 1, 2022.   Having accorded considerable discretion to the Mediator with respect to the mediation of the Mediation Topic, the Court determines that there is good and sufficient cause to direct such extension.  Now, therefore, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**ORDERED**, that the definition of "Termination Date" in paragraph 2 of the Mediation Terms and Conditions Order is modified to be "February 1, 2022 at 11:59 p.m."; and it is further

**ORDERED**, that no other provision of the Mediation Terms and Conditions Order is modified and both it, as modified in the preceding decretal paragraph, and the Appointment Order remain in full force and effect.

Dated:  January 13, 2022
       White Plains, New York

*/s/Robert D. Drain*
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE