**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Amanda Morales

Claimant ID 619945

PLANTIFF

Case No. 19-23649

Purdue Pharma LLP

DEFENDANTS

**Request to participate in mediation**

    My name is Amanda Morales and as a claimant in the Purdue Pharma lawsuit I didn't vote on the confirmation plan and instead filed a motion for summary judgment based on the fact that my father's death was not due to addiction like this case has focused on. My father died from OxyContin amptripyline Citalopram and tremadol interactions. At the time of his death in 2010 OxyContin's warning label stated that serotonic medications could result in dangerous combination interactions but wasn't specific on which serotonic medications these were. In 2017 the FDA issued a safety announcement and changed the warning label and included amitriptyline, Citalopram and tremadol on the new warning label specifically. Purdue Pharma knew or should have known about the dangerous interactions but failed to warn physicians and patients to ensure safety. Antidepressants and OxyContin was very dangerous but Purdue Pharma mislead the public about training doctors and failed to warn about OxyContin interactions between amitriptyline, Citalopram and tremadol until 7 years after my father's death. In 2009 OxyContin sales were one of the highest and his death was before the reformulated OxyContin came out in 2010. The result of these interactions is serotin syndrome which was also explained and warned in the safety announcement in 2017. Serotin syndrome affects the brain and some people start hallucinating and before my father died he was confused, paranoid and because I didn't know this was something to be concerned about I sent him back to bed thinking he didn't get enough sleep. He was later found unconscious and he suffered from the serotin syndrome and his death wasn't immediate it was slow and painful I can only imagine much his body and mind were going through and I had no way of knowing and neither did he. My case is not about addiction because Purdue Pharma failed to warn and the interactions caused his death. The serotin syndrome was intense and traumatic for him and he just wanted it to stop and he wasn't in his right mind, he suffered a horrible death. I was left without a father at 16 years old and it has forever changed my life. I filed for summary judgment because there's the undisputed facts are that in 2010 Purdue Pharma didn't warn about the interactions between OxyContin and antidepressants resulting in my father's death.

    I filed for summary judgment and had a hearing on 08/16/2021 but was told that the merits of my case would have to be heard at another hearing. It didn't make sense because the undisputed facts supports that Purdue Pharma failure to warn about OxyContin and antidepressants was the cause of my death and the warning label was changed in 2017. I had a conference call with Purdue Pharma's lawyers the day after the confirmation hearing but it wasn't what I had thought it was going to be about and they just wanted to explain the process and said if everything was smooth and there was no appeals then it would take a few months but possibly by the end of next year claimants would be paid. They explained that in a few months more information would be sent in the mail. Purdue Pharma hasn't acted in good faith to resolve

anything with me and I was told there's nothing I can do because the plan had been confirmed. My summary judgment motion was before the confirmation plan and I was told I couldn't talk about the merits of my case and they kept telling me at a later date until it was too late.

If I got the chance to be recognized and acknowledged like if it was a normal court proceeding even just that would at least make me feel like win or lose I had a chance and my voice was heard because I do matter and my father mattered. I was confident in my case because there is no denying OxyContin's warning label was very vague in 2010 and merely warned about serotonic medications but was never specific until 2017. Then I was also confident in the evidence of the autopsy report that described my father's death and the symptoms he experienced before he died of being paranoid, confused, abnormal behavior, extremely anxious, sweating, and said he didn't feel good. This was very abnormal and without knowing what was going on or that he was experiencing something life threatening he suffered a horrible death and he was hallucinating and it was not immediate. I thought he had anxiety and was restless because he didn't get good sleep and sleep deprivation will make a person who needs rest confused and anxious. I didn't think or know he was going through what he was going through seeing and hearing who knows what because he was very uneasy, paranoid, hot, and I thought he was feeling sore from not getting good rest. He also experienced digestive symptoms but he had GI problems his whole life so that wasn't anything out of the ordinary.

Purdue Pharma's objection to my motion was because in the autopsy report it was used one time the word "overdose" so they basically asserted he was an addict and that all addiction overdose deaths were the same for all claimants and they accused me of being unfair. Amptripyline an antidepressant and he had 460ng/ml and normal ranges of amptripyline are 80-200ng/ml. Citalopram another antidepressant again no one willingly takes 810 ng/ml when typical ranges are 9-200ng/ml, anything over 600 ng/ml can cause acute overdose. This is what the autopsy states and is referring to when it says high amounts of Ezzard Morales medications and uses the word "overdose" but he did not knowingly or purposely cause his death. The Serotonin Syndrome effects and symptoms caused him so much confusion, paranoid behavior, he wasn't in his right state of mind.

The autopsy description of what happened before he died illustrated the symptoms of Serotonin syndrome and then describe putting him back into bed but later found him unconscious. My father's death and "overdose" was a result of the combination of OxyContin and antidepressants causing serotin syndrome symptoms of mental health torture of hallucinations and who knows what aweful things he saw or heard. It was so terrifying that he unknowingly took his antidepressants to make it stop. Nothing indicates he was being self destructive whatsoever. It just isn't plausible that my father was abusing his antidepressants in the high amounts that was in his system without there being something terribly wrong. The combination of OxyContin and antidepressants was tragic and caused his symptoms to get worse and caused his death. I know I can't ever get my chance in court and I know nothing will change Purdue Pharma's lack of consideration or care. I know that and I also know that my evidence doesn't matter to them and I see them choosing to fight and try to avoid accountability even if I were to have my chance in court. I still want to be involved because the way Purdue Pharma has continuously bullied me, belittled me, disrespectfully talked about my case by preventing me from due process to prove my case in not in the same group that others have all been labeled as.

This wasn't fair but at least the topic in court was relatable to their experience with OxyContin. I can't say I feel like anything related to my case was ever brought up and that's why it's extremely hard to have to go through the courts and be silenced, thrown into a different type of lawsuit that I truthfully sympathize for but has not been the same issue I have wanted to fight for. I matter and my father mattered and I will not allow PURDUE PHARMA to end this by asserting or downplaying who I am, what happened, their negligence and what the truth is. OxyContin wasn't safe for a long list of reasons and Purdue Pharma purposely inflicted pain and suffering for financial gain and failed to warn about OxyContin interactions and dangers and they alone are at fault and to blame.

I'm requesting to participate in mediation because I've been prevented from getting any justice and ethically it's wrong to deny me all legal rights. This is the only small legal right I have left as an option and I would like to

participate in mediation. I didn't support the plan and I can't just be treated like I deserved it or like I should just be quiet and take it. Ethically there isn't anything that Purdue Pharma does for anyone else but themselves, it's been a little too easy from the beginning of this horrible crime to the way it's ended and they walk away with the attitude like they are unstoppable, above everyone even the law. I'm not trying to make anything harder for any other claimants but I've just had such a hard time because nothing that my case was about was ever mentioned so it's harder for me to be silenced and pushed out the door. If failure to warn was touched on even a little it would be different because it was at least acknowledged but it wasn't This needs lawful fair resolution and Purdue needs to respect the claimants and their rights and act in good faith to meet people half way.

Amanda Morales

205 Calle Del Banco

Bernalillo, NM 87004

(505)318-2400

Moralesamanda912@gmail.com