**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**TWENTY-SEVENTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | November 1, 2021 through November 30, 2021 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $251,469.81[2] |
| Less 20% Holdback | $50,293.96 |
| Total Reimbursement Requested | $5,688.50 |
| Total Compensation and Reimbursement Requested in this Statement | $206,864.35 |

**This is a(n):**   X Monthly Application   __ Interim Application   __ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from November 1, 2021 Through November 30, 2021* (this "**Fee Statement**").[3]   By this Fee Statement, A&P seeks (i) compensation in the

---

[2]   This amount reflects a reduction in fees in the amount of $55,200.69 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]   The period from November 1, 2021, through and including November 30, 2021, is referred to herein as the "**Fee Period.**"

amount of $201,175.85 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $251,469.81) and (ii) payment of $5,688.50 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### **Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $251,469.81 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $201,175.85.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $690.52.[4]  The blended hourly billing rate of all paraprofessionals is $332.10.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that A&P incurred or disbursed in the amount of $5,688.50 in connection with providing professional services to the Debtors during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.    Attached hereto as **<u>Exhibit D</u>** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

### <u>Notice</u>

5.    A&P will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A&P submits that no other or further notice be given.


*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $201,175.85, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $251,469.81) and (ii) payment of $5,688.50 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

January 18, 2022                                       Respectfully submitted,


By:  _/s/_ Rory Greiss
**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

***Special Counsel to the Debtors***

## **Exhibit A**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 23.60 | $12,796.51 |
| Retention and Fee Applications | 35.70 | $20,316.73 |
| Project Montana | 1.20 | $1,195.56 |
| Project Chione | 26.00 | $20,987.90 |
| Government Contracts | 38.30 | $29,091.14 |
| Project Falcon | 160.20 | $88,611.66 |
| Project Aurora | 60.40 | $52,421.78 |
| Project Solar | 0.90 | $896.67 |
| Project Beckham | 26.30 | $24,569.66 |
| Project Hummingbird | 0.50 | $582.20 |
| **Total[6]** | **373.10** | **$251,469.81** |

---

[6] This amount reflects a reduction in fees in the amount of $55,200.69 on account of voluntary discounts as described in the Retention Application.

**Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,000.00 | 1.80 | $1,800.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,420.00 | 1.00 | $1,420.00 |
| Greiss, Rory | Partner | 1981 | 1,215.00 | 65.70 | $79,825.50 |
| Handwerker, Jeffrey L. | Partner | 1995 | 1,195.00 | 12.90 | $15,415.50 |
| Kracov, Daniel | Partner | 1989 | 1,255.00 | 0.60 | $753.00 |
| Rothman, Eric | Partner | 2008 | 990.00 | 21.30 | $21,087.00 |
| Danias, Peter | Counsel | 1983 | 1,050.00 | 1.00 | $1,050.00 |
| Wootton, Barbara H. | Counsel | 1998 | 1,035.00 | 14.20 | $14,697.00 |
| Clements, Ginger | Associate | 2016 | 815.00 | 10.70 | $8,720.50 |
| Gwinn, Michael | Associate | 2019 | 595.00 | 6.50 | $3,867.50 |
| Henderson, Danielle | Associate | 2015 | 850.00 | 21.50 | $18,275.00 |
| Kang, Tanny | Associate | 2021 | 520.00 | 13.00 | $6,760.00 |
| Klees, Tracey | Associate | 2020 | 595.00 | 0.20 | $119.00 |
| Marra, Bryan | Associate | 2003 | 920.00 | 19.00 | $17,480.00 |
| Miljevic, Mina | Associate | 2016 | 815.00 | 1.60 | $1,304.00 |
| Park, Sora | Associate | 2021 | 520.00 | 1.30 | $676.00 |
| Pettit, Thomas A. | Associate | 2017 | 815.00 | 9.60 | $7,824.00 |
| Sullivan, Sam | Associate | 2020 | 595.00 | 52.60 | $31,297.00 |
| Tabriz, Sonia | Associate | 2013 | 900.00 | 9.30 | $8,370.00 |
| Trentacost, Elizabeth | Associate | 2013 | 850.00 | 2.00 | $1,700.00 |
| Young, Dylan | Associate | 2016 | 815.00 | 0.20 | $163.00 |
| Zausner, Ethan | Associate | 2017 | 815.00 | 15.90 | $12,958.50 |
| Eder, Bryan I. | Staff Attorney | 2001 | 610.00 | 4.70 | $2,867.00 |
| Marchand, L. Michel | Staff Attorney | 2001 | 610.00 | 42.90 | $26,169.00 |
| Qu, Josephine | Staff Attorney | 2010 | 570.00 | 17.70 | $10,089.00 |
| Rabinowitz, Susan | Staff Attorney | 1997 | 610.00 | 5.80 | $3,538.00 |
| Ryan, Warlesha | Staff Attorney | 2009 | 510.00 | 2.90 | $1,479.00 |
| Reddix, Darrell | Legal Assistant | | 405.00 | 17.20 | $6,966.00 |
| **Total** | | | | **373.10** | **306,670.50** |
| Less 18% Discount | | | | | ($55,200.69) |
| **Discounted Total** | | | | | **$251,469.81** |
| Less 20% Holdback | | | | | ($50,293.96) |

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| **Total Amount Requested Herein** | | | | | **$201,175.85** |

## **Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| Consultants/Experts | $3,896.50 |
| eData: Relativity Services | $1,792.00 |
| **Total Expenses** | **$5,688.50** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Maria Barton**
**General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

January 14, 2022
Invoice # 30137683
EIN 53-0208605

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through November 30, 2021** | $ | 15,605.50 |
| Discount: | | -2,808.99 |
| **Fee Total** | | 12,796.51 |
| **Total Amount Due** | $ | **12,796.51** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 719451
                          Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 14, 2022                                                                        Invoice # 30137683

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Tanny Kang | 11/05/21 | 1.60 | Perform diligence review of various vendor contracts. |
| Tanny Kang | 11/06/21 | 1.20 | Perform diligence review of various vendor contracts. |
| Tanny Kang | 11/08/21 | 4.20 | Perform diligence review of vendor contracts. |
| Tanny Kang | 11/09/21 | 5.70 | Perform diligence review of various vendor contracts. |
| Tanny Kang | 11/10/21 | 0.30 | Draft contract diligence summary. |
| Sora Park | 11/10/21 | 1.30 | Meeting with client re: supply agreement. |
| Mina Miljevic | 11/10/21 | 1.60 | Review, analyze redline of API supply agreement (.3) discuss API supply agreement with client, E. Rothman and S. Park (1.3). |
| Ethan Zausner | 11/12/21 | 2.20 | Draft license agreement. |
| Rory Greiss | 11/30/21 | 1.30 | Review mark-up of supply agreement prepared by purchaser (1.1); Correspondence with E. Zausner re: preparation of issues list (.2). |
| Ethan Zausner | 11/30/21 | 2.20 | Draft issues list for supply agreement. |
| Elizabeth Trentacost | 11/30/21 | 2.00 | Review, revise MLSA. |

**Total Hours**                              **23.60**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 1.30 | 1,215.00 | 1,579.50 |
| Tanny Kang | 13.00 | 520.00 | 6,760.00 |
| Mina Miljevic | 1.60 | 815.00 | 1,304.00 |
| Sora Park | 1.30 | 520.00 | 676.00 |
| Elizabeth Trentacost | 2.00 | 850.00 | 1,700.00 |
| Ethan Zausner | 4.40 | 815.00 | 3,586.00 |
| **TOTAL** | **23.60** | | **15,605.50** |

**Total Current Amount Due**                                        **$12,796.51**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

January 14, 2022
Invoice # 30137684
EIN 53-0208605

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through November 30, 2021** | $ | 24,776.50 |
| Discount: | | -4,459.77 |
| **Fee Total** | | 20,316.73 |
| **Total Amount Due** | $ | 20,316.73 |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 14, 2022

Invoice # 30137684

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 11/01/21 | 0.40 | Review, analyze Purdue comments to monthly statement. |
| Ginger Clements | 11/01/21 | 0.50 | Correspond with D. Reddix re interim fee application (.2); review monthly fee statements re same (.3). |
| Rosa J. Evergreen | 11/01/21 | 0.30 | Review, comment on fee statement (.2); review correspondence from D. Reddix re finalizing same (.1). |
| Darrell B. Reddix | 11/01/21 | 3.30 | Prepare twenty-fifth monthly fee report including exhibits. |
| Rory Greiss | 11/02/21 | 0.50 | Review draft September Monthly Statement and clear for filing. |
| Ginger Clements | 11/02/21 | 0.20 | Review correspondence with D. Reddix, R. Greiss re monthly fee statement. |
| Rosa J. Evergreen | 11/02/21 | 0.20 | Review D. Reddix communication re monthly statement (.1); correspond with R. Greiss re interim application (.1). |
| Darrell B. Reddix | 11/02/21 | 1.10 | Finalize twenty-fifth monthly fee report including exhibits (.7); file and serve same (.4). |
| Ginger Clements | 11/03/21 | 3.70 | Draft sixth interim fee application. |
| Ginger Clements | 11/04/21 | 1.30 | Continue drafting sixth interim fee application. |
| Ginger Clements | 11/04/21 | 0.70 | Correspond with A&P team re sixth interim fee application. |
| Ginger Clements | 11/04/21 | 0.80 | Further correspond with A&P team re sixth interim fee application (.3); continue drafting same (.5). |
| Rosa J. Evergreen | 11/04/21 | 0.10 | Review G. Clements correspondence re fee statement. |
| Ginger Clements | 11/05/21 | 1.20 | Continue drafting sixth interim fee application (.9); correspond with A&P team re same (.3). |
| Rory Greiss | 11/08/21 | 2.10 | Review October prebills and narratives and revise as appropriate and send revised version to billing team. |
| Rory Greiss | 11/09/21 | 0.70 | Review, comment on draft of Sixth Interim Fee Application. |
| Ginger Clements | 11/09/21 | 0.70 | Review sixth interim fee application (.5); correspond with A&P team re same (.2). |
| Ginger Clements | 11/09/21 | 0.20 | Further correspond with A&P team re sixth interim fee application. |
| Rosa J. Evergreen | 11/09/21 | 0.50 | Review, analyze fee application (.4); correspond with R. Greiss and G. Clements on same (.1). |
| Darrell B. Reddix | 11/09/21 | 2.80 | Review, analyze draft Sixth Interim Fee Report (2.6); correspond with G. Clements re same (.2). |
| Ginger Clements | 11/10/21 | 0.30 | Correspond with D. Reddix re sixth interim fee application. |
| Rosa J. Evergreen | 11/12/21 | 0.10 | Correspond with D. Reddix re fee application. |
| Rory Greiss | 11/15/21 | 0.70 | Review and sign off on Sixth Interim Fee Application (.6); correspondence with D. Reddix re: filing same (.1). |
| Ginger Clements | 11/15/21 | 1.10 | Review revised sixth interim fee application (.5); correspond with A&P team re filing of same (.6). |
| Rosa J. Evergreen | 11/15/21 | 0.30 | Review, analyze fee application (.1); correspond with D. Reddix re same (.2). |
| Darrell B. Reddix | 11/15/21 | 2.10 | Finalize Sixth Interim Fee Report (1.8); file same (.3). |

January 14, 2022                                                                                    Invoice # 30137684

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 11/19/21 | 1.20 | Correspondence with Purdue re: September Monthly Statement (.3); correspondence with internal team re: 2022 fee proposal (.6); correspondence with Purdue re: proposal (.3). |
| Rosa J. Evergreen | 11/19/21 | 0.20 | Correspond with R. Greiss re interim application (.1); review correspondence from R. Greiss re October application (.1). |
| Darrell B. Reddix | 11/22/21 | 0.50 | Prepare twenty-sixth monthly fee report including exhibits. |
| Darrell B. Reddix | 11/23/21 | 1.80 | Prepare twenty-sixth monthly fee report including exhibits. |
| Darrell B. Reddix | 11/24/21 | 0.80 | Prepare twenty-sixth monthly fee report including exhibits. |
| Darrell B. Reddix | 11/29/21 | 2.60 | Prepare twenty-sixth monthly fee report including exhibits. |
| Rory Greiss | 11/30/21 | 0.40 | Review and comment on revisions to October entries. |
| Rosa J. Evergreen | 11/30/21 | 0.10 | Review D. Reddix correspondence re fee statement (.1). |
| Darrell B. Reddix | 11/30/21 | 2.20 | Prepare twenty-sixth monthly fee report including exhibits. |

**Total Hours**                          **35.70**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 1.80 | 1,000.00 | 1,800.00 |
| Rory Greiss | 6.00 | 1,215.00 | 7,290.00 |
| Ginger Clements | 10.70 | 815.00 | 8,720.50 |
| Darrell B. Reddix | 17.20 | 405.00 | 6,966.00 |
| **TOTAL** | **35.70** | | **24,776.50** |

**Total Current Amount Due**                                         **$20,316.73**

# Arnold&Porter

**Purdue Pharma L.P.**                                        January 14, 2022
**Attn: Roxana Aleali**                                      Invoice # 30137685
**Associate General Counsel**                                 EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00152**

Project Montana

20210003079

| | |
|---|---|
| **For Legal Services Rendered through November 30, 2021** | **1,458.00** |
| Discount: | -262.44 |
| **Fee Total** | **1,195.56** |
| **Total Amount Due** | $ **1,195.56** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                         Arnold & Porter Kaye Scholer LLP
                                          P.O. Box 719451
                                          Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 14, 2022

Invoice # 30137685

**(1049218.00152)**
**Project Montana**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 11/02/21 | 0.50 | Correspondence with Purdue team and D. Henderson re: sending final package of executed documents to co-seller. |
| Rory Greiss | 11/03/21 | 0.40 | Correspondence with Purdue team and co-seller re: exchange of final executed documents. |
| Rory Greiss | 11/08/21 | 0.30 | Review correspondence from Purdue team re: patent assignment letter. |
| **Total Hours** | | **1.20** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Rory Greiss | 1.20 | 1,215.00 | 1,458.00 |
| **Subtotal:** | **1.20** | | **1,458.00** |
| **TOTAL** | **1.20** | | **1,458.00** |

**Total Current Amount Due**                                           **$1,195.56**

# Arnold&Porter

**Purdue Pharma L.P.**                                    January 14, 2022
**Attn: Roxana Aleali**                              Invoice # 30137686
**Associate General Counsel**                         EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00154**

Project Chione

20210003087

| | | |
|---|---|---|
| **For Legal Services Rendered through November 30, 2021** | $ | **25,595.00** |
| Discount: | | -4,607.10 |
| **Fee Total** | | **20,987.90** |
| **Total Amount Due** | $ | **20,987.90** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**              Arnold & Porter Kaye Scholer LLP
                              P.O. Box 719451
                              Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 14, 2022

Invoice # 30137686

**(1049218.00154)**
**Project Chione**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ethan Zausner | 11/01/21 | 2.50 | Continue drafting license agreement. |
| Rory Greiss | 11/02/21 | 1.80 | Review revised draft of license agreement (1.1); correspondence with E. Zausner and E. Rothman re: final revisions and distribution to client (.7). |
| Eric Rothman | 11/02/21 | 1.30 | Review, comment on working draft of outlicense. |
| Ethan Zausner | 11/02/21 | 2.10 | Continue drafting license agreement (1.8); correspond with R. Greiss and E. Rothman re same (.3). |
| Rory Greiss | 11/08/21 | 0.30 | Correspondence with Purdue team re: schedule for review of draft agreement. |
| Rory Greiss | 11/11/21 | 2.30 | Review, analyze draft agreement (.4); videoconference with Purdue team, E. Rothman and E. Zausner to review comments to draft (1.1); correspond with E. Rothman re: open points and re: underlying license agreement provisions (.5); call with Purdue team and E. Rothman re: same (.3). |
| Eric Rothman | 11/11/21 | 2.40 | Teleconference with R. Greiss and client to discuss Chione License Agreement (1.1); draft Chione License Agreement (1.0); additional teleconference with client and R. Greiss re same (.3). |
| Ethan Zausner | 11/11/21 | 3.10 | Call with client, R. Greiss, and E. Rothman to discuss agreement (1.2); draft agreement (1.9). |
| Rory Greiss | 11/12/21 | 1.40 | Review, comment on latest draft of license agreement (.8); correspondence with E. Zausner and E. Rothman re: distribution of draft to Purdue (.3); correspondence with Purdue team re: research license for compound (.3). |
| Eric Rothman | 11/12/21 | 1.20 | Review, revise draft Chione License Agreement. |
| Ethan Zausner | 11/15/21 | 0.40 | Review, analyze comments to license agreement. |
| Rory Greiss | 11/16/21 | 0.70 | Review, analyze comments on latest draft from Purdue team (.5); correspondence with E. Rothman re: same (.2). |
| Ethan Zausner | 11/29/21 | 1.60 | Continue drafting license agreement (1.4); correspond with R. Greiss and E. Rothman re same (.2). |
| Rory Greiss | 11/30/21 | 1.80 | Review, comment on revised draft of license agreement. |
| Eric Rothman | 11/30/21 | 1.30 | Continue to draft Chione License Agreement. |
| Ethan Zausner | 11/30/21 | 1.80 | Continue drafting license agreement (1.5); correspond with R. Greiss re same (.3). |

January 14, 2022                                                            Invoice # 30137686

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| **Total Hours** |  | **26.00** |  |

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|---|-------|------|-------|
| **Partner** | | | | |
| Rory Greiss | | 8.30 | 1,215.00 | 10,084.50 |
| Eric Rothman | | 6.20 | 990.00 | 6,138.00 |
| | **Subtotal:** | **14.50** | | **16,222.50** |
| **Associate** | | | | |
| Ethan Zausner | | 11.50 | 815.00 | 9,372.50 |
| | **Subtotal:** | **11.50** | | **9,372.50** |
| | **TOTAL** | **26.00** | | **25,595.00** |

**Total Current Amount Due**                                              **$20,987.90**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

January 14, 2022
Invoice # 30137687
EIN 53-0208605

**Client/Matter # 1049218.00155**

Government Contracts

20210003110

| | |
|---|---:|
| **For Legal Services Rendered through November 30, 2021** | **35,477.00** |
| Discount: | <u>-6,385.86</u> |
| **Fee Total** | **29,091.14** |
| **Total Amount Due** | $     **<u>29,091.14</u>** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**    Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **<u>Invoice@arnoldporter.com</u>**

January 14, 2022

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Jeffrey L. Handwerker | 11/01/21 | 0.50 | Call with team re: novation strategy and next steps. |
| Michael T. Gwinn | 11/01/21 | 0.80 | Teleconference with client re novation strategy (.5); prepare for same (.3). |
| Jeffrey L. Handwerker | 11/02/21 | 1.30 | Call with client re: emergence questions (.6); review novation materials re: same (.7). |
| Michael T. Gwinn | 11/03/21 | 0.10 | Draft novation memo. |
| Thomas A. Pettit | 11/03/21 | 1.90 | Teleconference with S. Tabriz. re debarment risk mitigation (1.1); review, revise novation agreements (.4); correspond with M. Gwinn discuss re novation agreements (.4). |
| Sonia Tabriz | 11/03/21 | 1.00 | Conference call with T. Pettit re: certain contract risk. |
| Jeffrey L. Handwerker | 11/04/21 | 1.50 | Teleconference with T. Pettit an S. Tabriz re: novation issues (.5); call with co-counsel teams re: same (1.0). |
| Michael T. Gwinn | 11/04/21 | 1.50 | Draft transition memo. |
| Thomas A. Pettit | 11/04/21 | 2.30 | Review, analyze novation package (.2); correspond with J. Handwerker and M. Gwinn regarding same (.1); analysis re contract risk mitigation (.8); teleconference with J. Handwerker and S. Tabriz  re same (.5); review, analyze case law regarding certain contract risks (.4); review, revise novation agreements (.1); correspond with M. Gwinn re novation agreements (.1); correspond with J. Handwerker re updated novation agreements (.1). |
| Sonia Tabriz | 11/04/21 | 3.60 | Conference call with J. Handwerker and T. Pettit (.6); conference call with J. Handwerker and co-counsel re: strategies to mitigate certain contract risks (1.0); research and analyze case law re: HHS OIG mandatory exclusion timeline (1.6); conference call with T. Pettit (.4). |
| Jeffrey L. Handwerker | 11/05/21 | 1.00 | Call with Purdue team re: novation process and next steps. |
| Michael T. Gwinn | 11/05/21 | 3.20 | Draft novation agreements. |
| Thomas A. Pettit | 11/05/21 | 0.20 | Review, revise e-mail regarding debarment risk mitigation options. |
| Sonia Tabriz | 11/05/21 | 4.70 | Research and analyze strategies to mitigate certain contract risks (1.6); conference call with PPLP, co-counsel and J. Handwerker (1.1); research and analyze SAM representations (2.0). |
| Jeffrey L. Handwerker | 11/08/21 | 1.00 | Review revisions to novation packages (.7); call with team re: status of matters (.3). |
| Michael T. Gwinn | 11/08/21 | 0.90 | Teleconference with Purude team re novation (.4); prepare for same (.3); draft novation agreements (.2). |
| Jeffrey L. Handwerker | 11/11/21 | 1.30 | Teleconference with Purdue team re: novations (1.1); prepare for seame (.2). |
| Jeffrey L. Handwerker | 11/15/21 | 1.00 | Teleconference with Purdue team (.6); review novation package (.4). |
| Jeffrey L. Handwerker | 11/16/21 | 1.30 | Call with team re: bankruptcy matters (.5); review novation package edits (.8). |

January 14, 2022

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Jeffrey L. Handwerker | 11/17/21 | 0.80 | Draft summary of vaccine mandate issue (.5); call with T. Pettit re: novation issues (.3). |
| Thomas A. Pettit | 11/17/21 | 1.10 | Teleconference with J. Handwerker re novations (.3); review, analyze correspondence regarding novations (.2); review, analyze novation package comments and edits (.3); correspond with J. Handwerker re COVID-19 executive order applicability questions (.3). |
| Jeffrey L. Handwerker | 11/18/21 | 0.30 | Prepare for call re: vaccination policy. |
| Thomas A. Pettit | 11/18/21 | 0.30 | Revise novation package. |
| Jeffrey L. Handwerker | 11/19/21 | 1.30 | Call with Purdue team and internal team re: vaccine mandate and review template re: same (.8); call with T. Pettit re: novation package (.5). |
| Thomas A. Pettit | 11/19/21 | 1.80 | Teleconference with J .Handwerker re  novation package (.5); teleconference with client and J. Handwerker re COVID-19 executive order (.7); draft COVID-19 vaccination policy template (.6). |
| Thomas A. Pettit | 11/20/21 | 0.60 | Review, revise novation package (.3); review, analyze government contracts (.3). |
| Jeffrey L. Handwerker | 11/21/21 | 0.50 | Review, comment on revised novation package. |
| Jeffrey L. Handwerker | 11/22/21 | 0.30 | Finalize novation package draft for team. |
| Thomas A. Pettit | 11/22/21 | 0.60 | Review, revise novation agreement. |
| Jeffrey L. Handwerker | 11/29/21 | 0.80 | Call with Purdue team re: novation process (.3); review, comment on draft vaccine plan (.5). |
| Thomas A. Pettit | 11/29/21 | 0.80 | Revew, revise vaccine plan template (.3); teleconference with client regarding bankruptcy (.5). |

**Total Hours**                                          **38.30**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Jeffrey L. Handwerker | 12.90 | 1,195.00 | 15,415.50 |
| Subtotal: | **12.90** | | **15,415.50** |
| **Associate** | | | |
| Michael T. Gwinn | 6.50 | 595.00 | 3,867.50 |
| Thomas A. Pettit | 9.60 | 815.00 | 7,824.00 |
| Sonia Tabriz | 9.30 | 900.00 | 8,370.00 |
| Subtotal: | **25.40** | | **20,061.50** |
| **TOTAL** | **38.30** | | **35,477.00** |

**Total Current Amount Due**                                          **$29,091.14**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

January 14, 2022
Invoice # 30137688
EIN 53-0208605

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | |
|---|---|
| **For Legal Services Rendered through November 30, 2021** | **108,063.00** |
| Discount: | -19,451.34 |
| **Fee Total** | **88,611.66** |

**Disbursements Recorded through November 30, 2021**

| | | |
|---|---|---|
| Consultants/Experts | 3,896.50 | |
| eData: Relativity Services | 1,792.00 | |
| **Disbursements Total** | $ | **5,688.50** |
| **Total Amount Due** | $ | **94,300.16** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**    Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 14, 2022

Invoice # 30137688

**(1049218.00157)**
**Project Falcon**


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Sam Sullivan | 11/01/21 | 2.30 | Draft Summary. |
| L. Michel Marchand | 11/01/21 | 7.50 | Review, analyze draft production set for privilege. |
| Barbara H. Wootton | 11/02/21 | 0.50 | Conference with outside counsel, B. Marra, and S. Sullivan re compliance time lines and status. |
| Sam Sullivan | 11/02/21 | 1.60 | Draft summary (1.2); teleconference with outside counsel, B. Wootton, and B. Marra re same (.4). |
| Bryan M. Marra | 11/02/21 | 1.00 | Review, analyze summary and timeline of documents (.5); teleconference with counsel (.5) |
| L. Michel Marchand | 11/02/21 | 8.30 | Review, analyze draft production set for privilege. |
| Sam Sullivan | 11/03/21 | 0.80 | Review internal documents. |
| L. Michel Marchand | 11/03/21 | 7.80 | Review, analyze draft production set for privilege. |
| Sam Sullivan | 11/04/21 | 4.60 | Review internal documents. |
| L. Michel Marchand | 11/04/21 | 7.50 | Review, analyze draft production set for privilege. |
| Sam Sullivan | 11/05/21 | 3.60 | Review, analyze internal documents (1.8); review, analyze client correspondence (1.5); correspond with vendor re document set to be reviewed (.3). |
| Bryan M. Marra | 11/05/21 | 2.50 | Review, analyze documents to respond to reviewer questions (.6); correspond with reviewers re same (.4); correspond with A&P team re doc review and production plans (1.5). |
| L. Michel Marchand | 11/05/21 | 6.20 | Review, analyze draft production set for privilege. |
| Barbara H. Wootton | 11/08/21 | 0.10 | Confer with B. Marra re QC review. |
| Sam Sullivan | 11/08/21 | 2.00 | Review, analyze documents. |
| Bryan M. Marra | 11/08/21 | 1.00 | Correspond with A&P team re privilege QC status and search terms (.5); revise privilege QC terms (.5). |
| L. Michel Marchand | 11/08/21 | 5.60 | Review, analyze draft production set for privilege. |
| Sam Sullivan | 11/09/21 | 5.40 | Review, analyze documents (3.1); draft request of client materials needed (2.3). |
| Bryan M. Marra | 11/09/21 | 2.00 | Correspond with A&P team re productions (.6); review production search (.2); correspond with A&P team re document review issues (.7); review documents (.5). |
| Bryan I. Eder | 11/09/21 | 0.30 | Review, analyze documents for privilege and redaction in connection with proposed production. |
| Sam Sullivan | 11/10/21 | 1.60 | Draft summary of proceedings (1.2); draft request of client materials needed (.4). |

January 14, 2022                                                                      Invoice # 30137688

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Bryan I. Eder | 11/10/21 | 4.40 | Review documents for privilege and redaction in connection with proposed production. |
| Warlesha Ryan | 11/15/21 | 0.20 | Review materials to be produced to agency. |
| Bryan M. Marra | 11/15/21 | 1.00 | Correspond with A&P team re production planning (.3); review data files from client (.5); further correspondence with A&P team re production (.2). |
| Barbara H. Wootton | 11/16/21 | 3.50 | Conference with B. Marra re QC and privilege review, data specification responses and follow up, and narrative response preparation (.6); correspond with D. Young re materials re preparation of narrative responses (.2); review, analyze potential production materials (.5); review, analyze materials (1.2); review, comment on draft (1.0). |
| Sam Sullivan | 11/16/21 | 1.80 | Draft list of additional information needed from client (.5); review client documents (1.3). |
| Bryan M. Marra | 11/16/21 | 1.50 | Call with B. Wootton re production planning (.3); review case materials (.7); correspond with A&P team re data follow up questions  and production (.5). |
| Warlesha Ryan | 11/17/21 | 0.80 | Review materials to be produced to agency. |
| Barbara H. Wootton | 11/17/21 | 1.60 | Call with Purdue team re status, plan, time line for compliance (.4); conference with S. Sullivan and B. Marra re preparation of responses (.5); correspond with same (.1); review, analyze materials re same (.3); correspond with D. Feinstein re status and strategy for response to agency (.3). |
| Sam Sullivan | 11/17/21 | 2.00 | Review, analyze documents provided by client to identify additional information needed for responses to agency (1.2); review, analyze documents (.3); teleconference with B. Wootton and B. Marra to plan responses to Agency (.5). |
| Bryan M. Marra | 11/17/21 | 2.00 | Call with B. Wootton and S. Sullivan (.5); correspond with same re: follow ups from call (.7); review documents (.3); correspond with A&P team re production (.5). |
| Warlesha Ryan | 11/18/21 | 0.20 | Organize materials to be produced to agency. |
| Warlesha Ryan | 11/18/21 | 0.80 | Correspond with A&P team re training. |
| Barbara H. Wootton | 11/18/21 | 0.30 | Correpond with B. Marra and W. Ryan re transmittal letter and document production (.1); correspond with B. Marra re document review and production and data specifications (.2). |
| Sam Sullivan | 11/18/21 | 4.70 | Review documents for response to agency. |
| Bryan M. Marra | 11/18/21 | 1.50 | Draft cover letter for production (.5); correspond with A&P team re: production (1.0). |
| Sam Sullivan | 11/19/21 | 2.40 | Review, analyze documents for response to agency (1.3); draft summary for response to agency (1.1). |
| Bryan M. Marra | 11/19/21 | 0.50 | Correspond with A&P team re: privilege review for production. |
| Bryan M. Marra | 11/20/21 | 0.80 | Review materials and provide comments. |

January 14, 2022                                                                                          Invoice # 30137688

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Barbara H. Wootton | 11/22/21 | 0.50 | Conference with outside counsel and B. Marra re compliance (.3); correspond with B. Marra re narrative and data responses and privileged review (.2). |
| Sam Sullivan | 11/22/21 | 5.10 | Review and summarize documents for use in agency response. |
| Warlesha Ryan | 11/23/21 | 0.50 | Review materials to be produced to agency. |
| Barbara H. Wootton | 11/23/21 | 1.50 | Review, analyze summary outline and underlying documents (1.2); correspond with S. Sullivan and B. Marra providing direction for follow up preparation of interview outline and narrative responses re same (.3). |
| Sam Sullivan | 11/23/21 | 3.00 | Draft response to agency. |
| Bryan M. Marra | 11/23/21 | 1.50 | Correspond with A&P team re: file issue (.2); review data files (.5); draft cover letter for data production (.8). |
| Warlesha Ryan | 11/24/21 | 0.40 | Review materials to be produced to agency. |
| Barbara H. Wootton | 11/24/21 | 1.50 | Review, edit draft data submission letter to agency and draft transmittal email re same (.5); prepare data files for submission to agency (.5); correspond with B. Marra re submissions to agency (.1); Correspond with W. Ryan and B. Marra re updating document production load files for agency (.1); draft and transmit correspondence to agency re updated document production load files (.2); correspond with D. Feinstein re compliance status (.1). |
| Sam Sullivan | 11/24/21 | 3.00 | Draft response to agency. |
| Bryan M. Marra | 11/24/21 | 0.70 | Correspond with A&P team re: file issue (.2); review cover letter and data files for production (.5). |
| Susan Rabinowitz | 11/24/21 | 0.80 | Review case background material. |
| Josephine Qu | 11/27/21 | 2.20 | Review materials to be produced to agency. |
| Bryan M. Marra | 11/28/21 | 0.50 | Privilege review of documents. |
| Josephine Qu | 11/28/21 | 3.00 | Review materials to be produced to agency. |
| Barbara H. Wootton | 11/29/21 | 3.60 | Draft narrative responses to agency questions (2.6); correspond with B. Marra re narrative responses (.2); correspond with S. Sullivan re narrative responses to agency (.3); correspond with B. Marra re narrative responses to agency (.3); Correspond with D. Feinstein re status of narrative responses and fact interview preparation (.2). |
| Sam Sullivan | 11/29/21 | 1.10 | Draft outline for client interviews (.4); review, revise agency response (.7). |
| Dylan S. Young | 11/29/21 | 0.10 | Correspond with A&P team regarding narrative responses. |
| Bryan M. Marra | 11/29/21 | 1.50 | Review, comment on response (.8); draft email re: extension request (.2); correspond with A&P team re: privilege QC review (.5). |
| Josephine Qu | 11/29/21 | 6.50 | Review materials to be produced to agency. |
| Susan Rabinowitz | 11/29/21 | 1.00 | Perform quality control review for privilege. |
| Deborah L. Feinstein | 11/30/21 | 0.20 | Emails re next steps. |

January 14, 2022                                                                 Invoice # 30137688

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Barbara H. Wootton | 11/30/21 | 1.10 | Correspond with D. Feinstein re fact interview planning (.1); correspond with Purdue in-house team re fact development and interviews (.4); draft correspondence to agency re compliance time line (.3); correspond with S. Sullivan, D. Young and B. Marra re factual and interview outlines (.3). |
| Sam Sullivan | 11/30/21 | 7.60 | Revise agency response (6.5); draft outline for client interviews (1.1). |
| Dylan S. Young | 11/30/21 | 0.10 | Correspond with B. Marra and B. Wootton regarding subject matter expert interviews. |
| Bryan M. Marra | 11/30/21 | 1.00 | Correspond with A&P team re: extension request (.2); corespond with B. Wootton (.3); correspond with A&P team re: document review and production status (.5). |
| Josephine Qu | 11/30/21 | 6.00 | Review materials to be produced to agency. |
| Susan Rabinowitz | 11/30/21 | 4.00 | Perform quality control review for privilege. |
| **Total Hours** | | **160.20** | |

January 14, 2022                                                              Invoice # 30137688

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Deborah L. Feinstein | 0.20 | 1,420.00 | 284.00 |
| **Subtotal:** | **0.20** | | **284.00** |
| **Counsel** | | | |
| Barbara H. Wootton | 14.20 | 1,035.00 | 14,697.00 |
| **Subtotal:** | **14.20** | | **14,697.00** |
| **Senior Attorney** | | | |
| Bryan M. Marra | 19.00 | 920.00 | 17,480.00 |
| **Subtotal:** | **19.00** | | **17,480.00** |
| **Associate** | | | |
| Sam Sullivan | 52.60 | 595.00 | 31,297.00 |
| Dylan S. Young | 0.20 | 815.00 | 163.00 |
| **Subtotal:** | **52.80** | | **31,460.00** |
| **Staff Attorney** | | | |
| Bryan I. Eder | 4.70 | 610.00 | 2,867.00 |
| L. Michel Marchand | 42.90 | 610.00 | 26,169.00 |
| Josephine Qu | 17.70 | 570.00 | 10,089.00 |
| Susan Rabinowitz | 5.80 | 610.00 | 3,538.00 |
| Warlesha Ryan | 2.90 | 510.00 | 1,479.00 |
| **Subtotal:** | **74.00** | | **44,142.00** |
| **TOTAL** | **160.20** | | **108,063.00** |

**Total Current Amount Due**                                               **$94,300.16**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

January 14, 2022
Invoice # 30137689
EIN 53-0208605

**Client/Matter # 1049218.00158**

Project Aurora

20210003172

| | |
|---|---:|
| **For Legal Services Rendered through November 30, 2021** | **63,929.00** |
| Discount: | -11,507.22 |
| **Fee Total** | **52,421.78** |
| **Total Amount Due** | **$        52,421.78** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 14, 2022

**(1049218.00158)**
**Project Aurora**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Daniel Kracov | 10/19/21 | 0.30 | Correspond with E. Rothman regarding product issue. |
| Daniel Kracov | 10/21/21 | 0.30 | Correspond with client and E. Rothman re product questions. |
| Rory Greiss | 11/01/21 | 2.80 | Review draft license agreement and comments to draft in preparation for videoconference with Purdue team (.8); videoconference with Purdue team, E. Rothman and D. Henderson re: draft (2.0). |
| Eric Rothman | 11/01/21 | 1.60 | Teleconference with Purue team to discuss Project Aurora. |
| Danielle A. Henderson | 11/01/21 | 2.00 | Call with Purdue to discuss Project Aurora License Agreement. |
| Rory Greiss | 11/03/21 | 1.00 | Videoconference with E. Rothman and D. Henderson to discuss revisions to be made to draft based on videoconference with Purdue team (.7); correspondence with Purdue team re: compliance with corporate policies and indemnity provisions (.3). |
| Eric Rothman | 11/03/21 | 1.20 | Teleconference with R. Greiss and D. Henderson to discuss Project Aurora (1.0); correspond with same re same (.2). |
| Danielle A. Henderson | 11/03/21 | 1.00 | Teleconference with R. Greiss and E. Rothman re revisions to Project Aurora License Agreement. |
| Rory Greiss | 11/04/21 | 0.30 | Correspondence with Purdue team re: schedule for review of draft agreement. |
| Rory Greiss | 11/05/21 | 1.30 | Correspondence with Purdue team re: review of draft (.3); review of comments (1.0). |
| Rory Greiss | 11/09/21 | 1.90 | Review materials in preparation for videoconference with Purdue team (.5); videoconference with Purdue team, E. Rothman and D. Henderson re: draft license agreement (1.0); follow-up correspondence with E. Rothman and D. Henderson (.4). |
| Eric Rothman | 11/09/21 | 1.10 | Teleconference with Purdue team, R. Greiss and D. Henderson to discuss Project Aurora. |
| Danielle A. Henderson | 11/09/21 | 1.00 | Call with client, R. Greiss and E. Rothman to discuss license agreement. |
| Rory Greiss | 11/10/21 | 1.00 | Review internal comments from regulatory and other reviewers at Purdue on draft agreement. |
| Danielle A. Henderson | 11/11/21 | 2.00 | Review, revise license agreement. |
| Rory Greiss | 11/12/21 | 1.60 | Teleconference with E. Roth and D. Henderson re draft of license agreement. |
| Eric Rothman | 11/12/21 | 1.30 | Teelconference with R. Greiss and D. Henderson to discuss Project Aurora. |

January 14, 2022                                                          Invoice # 30137689

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Danielle A. Henderson | 11/12/21 | 3.00 | Teleconference with R. Greiss and E. Rothman re license agreement (1.6); review, revise license agreement (1.4). |
| Rory Greiss | 11/15/21 | 2.20 | Review and comment on revised draft of license agreement (1.8); Review E. Rothman's additional comments (.4). |
| Eric Rothman | 11/15/21 | 1.60 | Review and comment on revised draft of Project Aurora agreement. |
| Rory Greiss | 11/16/21 | 2.30 | Review and analyze distribution and supply agreements for otc products (1.8); correspondence with Purdue team and P. Danias re: HSR questions (.5). |
| Peter Danias | 11/17/21 | 1.00 | Teleconference with R. Greiss and D. Henderson re research HSR trademark interpretations (.7); review, analyze proposed email to the client (.3). |
| Rory Greiss | 11/17/21 | 4.20 | Correspond with Purdue team re: existing supply and distribution agreements (.8); videoconference with P. Danias and D. Henderson re: HSR analysis (.7); review, comment on revised draft of license agreement (1.2); review, revise draft email to Purdue team regarding HSR analysis and send to group (.8); correspond with Purdue team re: IP rights, valuation of transaction, etc. (.7). |
| Deborah L. Feinstein | 11/17/21 | 0.30 | Call with client. |
| Danielle A. Henderson | 11/17/21 | 4.00 | Teleconference with R. Greiss and P. Danais to discuss HSR filing requirements (.8); prepare draft response to HSR filing requirements (1.2); revise license agreement (2.0). |
| Rory Greiss | 11/18/21 | 0.50 | Correspondence with Purdue team re: reviewing latest draft of license agreement (.3); Review correspondence from Purdue team re: valuation of transaction (.2). |
| Rory Greiss | 11/19/21 | 2.00 | Prepare for videoconference to discuss revised draft of license agreement (.4); Videoconference with Purdue team and D. Henderson to review draft and discuss next steps (1.6). |
| Danielle A. Henderson | 11/19/21 | 2.50 | Call with Purdue team and R. Greiss to discuss finalization of license agreement (1.5); revise license agreement (1.0). |
| Rory Greiss | 11/20/21 | 2.60 | Review, revise license agreement. |
| Rory Greiss | 11/22/21 | 1.10 | Correspondence with Purdue team re: revised draft of license agreement (.7); Call with Purdue team re: "notice date" and other issues (.4). |
| Rory Greiss | 11/23/21 | 2.80 | Review Purdue team's comments to revised draft of license agreement (.6); correspond with Purdue team re: comments from team members regarding subjects for inclusion in revised draft (.5); correspond with Purdue team re responses to questions and comments (.6); correspondence with D. Henderson re: revising draft (.5); correspondence with D. Feinstein and J. Glecklen re: no challenge provisions in trademark license agreements (.6). |
| Danielle A. Henderson | 11/23/21 | 5.00 | Revise license agreement. |

January 14, 2022                                                                          Invoice # 30137689

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 11/24/21 | 2.60 | Review, comment on revised draft of license agreement (1.5); correspondence with D. Henderson re: revision comments and distribution of draft (1.1). |
| Danielle A. Henderson | 11/24/21 | 1.00 | Revise license agreement. |
| **Total Hours** | | **60.40** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Deborah L. Feinstein | 0.30 | 1,420.00 | 426.00 |
| Rory Greiss | 30.20 | 1,215.00 | 36,693.00 |
| Daniel Kracov | 0.60 | 1,255.00 | 753.00 |
| Eric Rothman | 6.80 | 990.00 | 6,732.00 |
| **Subtotal:** | **37.90** | | **44,604.00** |
| **Counsel** | | | |
| Peter Danias | 1.00 | 1,050.00 | 1,050.00 |
| **Subtotal:** | **1.00** | | **1,050.00** |
| **Associate** | | | |
| Danielle A. Henderson | 21.50 | 850.00 | 18,275.00 |
| **Subtotal:** | **21.50** | | **18,275.00** |
| **TOTAL** | **60.40** | | **63,929.00** |

**Total Current Amount Due**                                             **$52,421.78**

# Arnold&Porter

**Purdue Pharma L.P.**                                                    January 14, 2022
**Attn: Roxana Aleali**                                               Invoice # 30137690
**Associate General Counsel**                                          EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00159**

Project Solar

20210003176

| | |
|---|---:|
| **For Legal Services Rendered through November 30, 2021** | **1,093.50** |
| Discount: | -196.83 |
| **Fee Total** | **896.67** |
| **Total Amount Due** $ | **896.67** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                         Arnold & Porter Kaye Scholer LLP
                                          P.O. Box 719451
                                          Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 14, 2022

**(1049218.00159)**
**Project Solar**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 11/17/21 | 0.90 | Review, analyze comments re draft agreement (.4); videoconference with Purdue team re: issues arising from comments (.5). |

**Total Hours**                          **0.90**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Rory Greiss | 0.90 | 1,215.00 | 1,093.50 |
| **Subtotal:** | **0.90** | | **1,093.50** |
| **TOTAL** | **0.90** | | **1,093.50** |

**Total Current Amount Due**                                    **$896.67**

# Arnold&Porter

**Purdue Pharma L.P.**                                   January 14, 2022
**Attn: Roxana Aleali**                              Invoice # 30137691
**Associate General Counsel**                          EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00160**

Project Beckham

20210003188


**For Legal Services Rendered through November 30, 2021**            **29,963.00**

  Discount:                                                          -5,393.34

**Fee Total**                                                       **24,569.66**


**Total Amount Due**                                   $        **24,569.66**


**Wire Transfer Instructions:**

            Account Name:        Arnold & Porter Kaye Scholer LLP
            Bank Info:           Wells Fargo Bank NA
                                 420 Montgomery Street
                                 San Francisco, CA  94104
            Account Number:      4127865475
            ABA Number:          121000248 (ACH and wires)
            Swift Code:          WFBIUS6S

**Or Remit To:**                  Arnold & Porter Kaye Scholer LLP
                                 P.O. Box 719451
                                 Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 14, 2022

Invoice # 30137691

**(1049218.00160)**
**Project Beckham**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Tracey Klees | 11/01/21 | 0.20 | Correspond with client re draft termination letters for project Beckham. |
| Rory Greiss | 11/02/21 | 0.60 | Correspond with client re: purchase agreement. |
| Rory Greiss | 11/12/21 | 2.30 | Review, analyze correspondence re: review of term sheet for out-license (.4); review term sheet (.7); review E. Rothman's mark-up of term sheet and comment (.7); review exclusivity letter drafted by E. Rothman and comment (.5). |
| Eric Rothman | 11/12/21 | 1.70 | Review, comment on Project Beckham term sheet. |
| Rory Greiss | 11/15/21 | 1.80 | Review comments on term sheet draft (.4); videoconference with Purdue team and E. Rothman to review term sheet and exclusivity letter (.8); Revise term sheet with E. Rothman (.6). |
| Eric Rothman | 11/15/21 | 3.20 | Teleconference with client and R. Greiss to discuss Project Beckham term sheet (1.1); review, commented on Project Beckham term sheet (2.1). |
| Rory Greiss | 11/17/21 | 0.50 | Review correspondence from Purdue team and Beckham re: next steps on term sheet and exclusivity letter. |
| Rory Greiss | 11/18/21 | 2.20 | Review correspondence re: next steps and bankruptcy issues (.4); review correspondence re: Orange Book patents (.3); correspond with E. Rothman re: structuring transaction (.3); review existing supply agreements (1.0); correspond with Purdue team summarizing agreements and issues (.2). |
| Eric Rothman | 11/18/21 | 1.20 | Teleconference with Purdue team and R. Greiss to discuss Project Beckham structure (.6); additional teleconference with R. Greiss re same (.6). |
| Rory Greiss | 11/19/21 | 2.50 | Review, analyze prior agreements re structure (1.2); call with E. Rothman re: same (.5); videoconference with Purdue team and E. Rothman regarding structure and other issues (.5); correspondence with Purdue team re: discussion with Beckham counsel (.3). |
| Rory Greiss | 11/22/21 | 1.60 | Review revised term sheet prepared by Beckham's counsel (.5); correspond with Purdue team re: same (.4); correspond with E. Rothman to prepare for videoconference with Beckham's outside counsel (.3); videoconference with counsel re: structure and other issues (.4). |

January 14, 2022                                                                    Invoice # 30137691

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 11/23/21 | 2.40 | Correspondence with Purdue team re: outside counsel discussion on Monday (.7); review documents in preparation for call with Purdue team and discussion with E. Rothman re: same (.5); videoconference with Purdue team re: structure of transaction and earn-out payment obligations (.6); conference call with Purdue team regarding existing obligations (.6). |
| Eric Rothman | 11/23/21 | 1.10 | Teleconference with Purdue team and R. Greiss to discuss Project Beckham structure (.5); additional teleconference with same re same (.6). |
| Rory Greiss | 11/24/21 | 0.70 | Review, analyze correspondence from Beckham's counsel (.2);  review, anlayze revised term sheet (.5). |
| Rory Greiss | 11/28/21 | 0.80 | Correspondence with Purdue team and DPW re: structure of transaction and continuing obligations to seller of assets. |
| Rory Greiss | 11/29/21 | 1.00 | Continued correspondence with Purdue team and DPW re: continuing obligations to seller of assets. |
| Rory Greiss | 11/30/21 | 1.40 | Review correspondence from Purdue team re: call to discuss proposed outlicense or transfer of assets with DPW and then with Purdue team (.3); Call with A. Libby, E. Rothman, Purdue team re: modification underlying agreement (.5); Call with A. Libby, E. Rothman and Purdue team re: commercial negotiation of terms with seller of assets (.6). |
| Eric Rothman | 11/30/21 | 1.10 | Teleconference with Purdue team and R. Greiss to discuss Project Beckham structure (.5); additional teleconference with same re same (.6). |

**Total Hours**                                **26.30**

January 14, 2022                                                                Invoice # 30137691

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Rory Greiss | | 17.80 | 1,215.00 | 21,627.00 |
| Eric Rothman | | 8.30 | 990.00 | 8,217.00 |
| | **Subtotal:** | **26.10** | | **29,844.00** |
| **Associate** | | | | |
| Tracey Klees | | 0.20 | 595.00 | 119.00 |
| | **Subtotal:** | **0.20** | | **119.00** |
| **TOTAL** | | **26.30** | | **29,963.00** |

**Total Current Amount Due**                                        $24,569.66

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

January 14, 2022
Invoice # 30137692
EIN 53-0208605

**Client/Matter # 1049218.00161**

Project Hummingbird

20210003190

| | |
|---|---:|
| **For Legal Services Rendered through November 30, 2021** | **710.00** |
| Discount: | -127.80 |
| **Fee Total** | **582.20** |
| **Total Amount Due**                            $ | **582.20** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

| | |
|---|---|
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 719451 |
| | Philadelphia, PA  19171-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 14, 2022

Invoice # 30137692

**(1049218.00161)**
**Project Hummingbird**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Deborah L. Feinstein | 11/30/21 | 0.50 | Call with Counsel re: IP Issue. |
| **Total Hours** | | **0.50** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Deborah L. Feinstein | 0.50 | 1,420.00 | 710.00 |
| **Subtotal:** | **0.50** | | **710.00** |
| **TOTAL** | **0.50** | | **710.00** |

**Total Current Amount Due**                                                  **$582.20**

Page 1