January 19,2022

Maria Ecke

Estate of David Jonathan Ecke

Andrew Ecke

Richard Ecke

Peter Sottile

8 Glenbrook Drive

West Simsbury, CT 06092

860-658-7745

Pro Se Council


UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK


| | |
|---|---|
| In re: | Chapter 11 |
| Purdue Pharma L.P. et. all. | Case No. 19-23649 (RDD) |
| Debtors. | |

MOTION FOR RECONSIDERATION

Please reconsider adding the Estate of David Jonathan Ecke, claim number No. 628554 so that I may start a foundation for David Jonathan Ecke – "A Star for David" to benefit other mothers, dads, and families that have lost loved ones due to opioids. Also, I am requesting that a portion of the claim go to Hearts of Hope, a nonprofit mother's group that has tried to help me heal from this devastating loss.

/s/ Maria Ecke, Pro Se