November 17, 2021

Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092

860-658-7745


United States Bankruptcy Court

Southern District of New York


| | | | |
|---|---|---|---|
| In Re: Purdue Pharma, LP, et al, | ) | Chapter 11 | |
| | ) | Case No. 19-23649 (Bankr. | |
| Debtors | ) | (Jointly Administered) | |

_____)


**Motion to Accept the Personal Injury Claim No. 628554 for the Estate of David Jonathan Ecke**

Dear Judge Drain:

I did not know that I was required to file a proof of injury claim for my son David Jonathan Ecke prior to the bar date. Please accept this Claim on behalf of our deceased son. This will help to start a Foundation entitled "A Star for David" which will bring some warmth to the less fortunate and help the mothers of "Hearts of Hope" many of whom lost their children due to opioids.

Thank you,

s/Maria Ecke, Pro Se

Maria Ecke