January 20, 2022

Maria Ecke

Estate of David Jonathan Ecke

Andrew Ecke

Richard Ecke

Peter Sottile

8 Glenbrook Drive

West Simsbury, CT 06092

860-658-7745

Pro Se Council


UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK


| | |
|---|---|
| In re: | Chapter 11 |
| Purdue Pharma L.P. et. all. | Case No. 19-23649 (RDD) |
| Debtors | |


### EMERGENCY MOTION FOR IMMEDIATE HEARING TO AMMEND ORDERS OF JANUARY 3, 2022 – DOCKET NO. 4260 ORDER APPOINTING THE HONORABLE SHELLEY C. CHAPMAN AS MEDIATOR AND DOCKET NO. 4261

Please amend your January 3, 2022 Order Establishing the Terms and Conditions of Mediation before the Honorable Judge Shelley C. Chapman to include the Pro Se Litigants. The Court erroneously omitted the Pro Se Litigants pursuant to Bankruptcy Laws 9019-5(c1-2) Mediation.

a. **The Mediation Process**.
   i. **Time and Place of Mediation Conference. After consulting with all counsel and pro se parties, the mediator shall schedule a time and place for the mediation conference that is acceptable to the parties and the mediator. Failing agreement of the parties on the date and location for the mediation conference, the mediator shall establish the time and place of the mediation conference on no less than twenty one (21) days' written notice to all counsel and pro se parties.**
   ii. Submission Materials.  Unless otherwise instructed by the mediator, not less than seven (7) calendar days before the mediation conference, each party shall submit directly to the mediator and serve on all counsel and pro se parties such materials (the "Submission") as the mediator directs.  The mediator shall so direct not less than fourteen (14) days before the mediation conference.  Prior to the mediation

conference, the mediator may talk with the participants to determine what materials would be helpful.  The Submission shall not be filed with the Court and the Court shall not have access to the Submission.

<u>s/Maria Ecke</u>