# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
In re:                                                   :   Chapter 11
                                                         :
PURDUE PHARMA L.P., *et al.*,                            :   Bankruptcy Case No. 19-23649 (RDD)
                                                         :
                Debtors.                                 :   (Jointly Administered)
---------------------------------------------------------X
Purdue Pharma L.P., *et al.*,                            :
                                                         :
                Plaintiffs,                              :
                                                         :
v.                                                       :   Adv. Pro. No. 21-07005 (RDD)
                                                         :
AIG Specialty Insurance Co (f/k/a American               :
International Specialty Lines Insurance                  :
Company), *et al.*,                                      :
                                                         :
                Defendants.                              :
---------------------------------------------------------X

## NOTICE OF MAILING/ CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she served a copy of Defendant Navigators Specialty Insurance Company's Second Set of Requests to Produce to Plaintiffs on counsel of record via the manner indicated below on the 21st day of January, 2022:

| | |
|---|---|
| Paul E. Breene<br>Anthony Crawford<br>Ann Kramer<br>Lisa A Szymanski<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>pbreene@reedsmith.com<br>acrawford@reedsmith.com<br>akramer@reedsmith.com<br>lszymanski@reedsmith.com | Alison Gaske<br>Jenna A Hudson<br>Richard James Leveridge<br>Jason Rubinstein<br>Michael B. Rush<br>Richard Shore<br>Gilbert LLP<br>700 Pennsylvania Avenue, SE<br>Suite 400<br>Washington, DC 20003<br>gaskea@gilbertlegal.com<br>hudsonj@gilbertlegal.com |

| | |
|---|---|
| Counsel for Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies and Purdue Pharmaceuticals L.P.<br><br>*Served via electronic mail and First Class, United States Mail, postage prepaid* | leveridger@gilbertlegal.com<br>rubinsteinj@gilbertlegal.com<br>rushm@gotofirm.com<br>shorer@gilbertlegal.com<br><br><br>Counsel for Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants<br><br>*Served via electronic mail and First Class, United States Mail, postage prepaid* |
| Warren A. Usatine<br>Justin R. Alberto<br>Cole Schotz P.C.<br>1325 Avenue of the Americas<br>19th Floor<br>New York, NY 10019-6079<br>wusatine@coleschotz.com<br>jalberto@coleschotz.com<br><br>Counsel for Official Committee of Unsecured Creditors<br><br>*Served via electronic mail and First Class, United States Mail, postage prepaid* | Mitchell Jay Auslander<br>Genevieve M. DiSpirito<br>James Fitzmaurice<br>Joseph Davis<br>Christopher St. Jeanos,<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>maosbny@willkie.com<br>GDiSpirito@willkie.com<br>JFitzmaurice@willkie.com<br>JDavis@willkie.com<br>cstjeanos@willkie.com<br><br>Counsel for AIG Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company), American International Reinsurance Company (f/k/a Starr Excess Liability Insurance International Limited), National Union Fire Insurance Company of Pittsburgh, PA and New Hampshire Insurance Company<br><br>*Served via electronic mail* |
| Bryce L. Friedman<br>William T. Russell, Jr.<br>Conor Mercadante<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>bfriedman@stblaw.com<br>wrussell@stblaw.com | Barbara M. Almeida<br>Clyde & Co US LLP<br>200 Campus Drive, Suite 300<br>Florham Park, NJ 07932<br>barbara.almeida@clydeco.us<br><br>Tancred V. Schiavoni<br>O'Melveny & Myers LLP |

| | |
|---|---|
| Conor.Mercadante@stblaw.com<br><br>Counsel for Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company<br><br>*Served via electronic mail* | 7 Times Square<br>New York, NY 10036<br>tschiavoni@omm.com<br><br>Counsel for Chubb Bermuda Insurance Ltd. (f/k/a ACE Bermuda Insurance Ltd.)<br><br>*Served via electronic mail* |
| Adam M. Adler<br>Prime Clerk LLC<br>One Grand Central Place<br>60 East 42nd Street<br>Suite 1440<br>New York, NY 10165<br>aadler@primeclerk.com<br><br>Counsel for Prime Clerk LLC<br><br>*Served via electronic mail* | George Calhoun, IV<br>Ifrah Law<br>1717 Pennsylvania Avenue, NW, Suite 650<br>Washington, DC 20006<br>george@ifrahlaw.com<br><br>Counsel for Allied World Assurance Company, Ltd. And Ironshore Specialty Insurance Company (f/k/a TIG Specialty Insurance Company)<br><br>*Served via electronic mail* |
| Paul R Koepff<br>Harris Wiener<br>Clyde & Co LLP<br>405 Lexington Avenue<br>New York, NY 10174<br>paul.koepff@clydeco.us<br>harris.wiener@clydeco.us<br><br>Counsel for Arch Reinsurance Ltd and Chubb Bermuda Insurance Ltd. (f/k/a ACE Bermuda Insurance Ltd.)<br><br>*Served via electronic mail* | Michael Gorelick<br>Thomas Maeglin<br>Abrams, Gorelick, Friedman & Jacobson, LLP<br>One Battery Park Plaza<br>Ste 4th Floor<br>New York, NY 10004<br>mgorelick@agfjlaw.com<br>tmaeglin@agfjlaw.com<br><br>Counsel for Liberty Mutual Insurance Europe SE (f/k/a Liberty International Insurance Company)<br><br>*Served via electronic mail* |
| Ambria Mahomes<br>Lynn Hagman Murray<br>David Edward Schoenfeld<br>Riley C. Mendoza,<br>Shook, Hardy & Bacon L.L.P.<br>111 South Wacker Drive<br>Suite 4700<br>Chicago, IL 60606 | Adam H. Fleischer<br>Kristi S. Nolley<br>R. Patrick Bedell<br>BatesCarey LLP<br>191 N Upper Wacker Dr., #2400<br>Chicago, IL 60606<br>AFleischer@batescarey.com<br>rbedell@batescarey.com |

3

| | |
|---|---|
| amahomes@shb.com<br>lhmurray@shb.com<br>dschoenfeld@shb.com<br>RMENDOZA@shb.com<br><br>Mark Plevin<br>Crowell & Moring LLP<br>590 Madison Avenue<br>New York, NY 10022<br>MPlevin@crowell.com<br><br>Counsel for American Guarantee and Liability Insurance Company and Steadfast Insurance Company<br><br>*Served via electronic mail* | knolley@batescarey.com<br><br>Dan D Kohane<br>Lee Scott Siegel<br>Hurwitz & Fine, PC<br>424 Main Street<br>1300 Liberty Building<br>Buffalo, NY 14202<br>ddk@hurwitzfine.com<br>lss@hurwitzfine.com<br><br>Counsel for Aspen American Insurance Company, Chubb European Group SE (f/k/a ACE Insurance S.A.N.V., Darag Insurance UK Limited (f/k/a The Underwriter Insurance Company Limited), North American Elite Insurance Company, QBE UK Limited (f/k/a QBE International Insurance Company Limited), SR International Business Company SE (f/k/a SR International Business Insurance Company Limited) and Zurich Specialties London Limited (f/k/a Zurich Reinsurance (London) Limited)<br><br>*Served via electronic mail* |
| Katy Guinn<br>Keith Moskowitz<br>Patrick Maxcy<br>Dentons US LLP<br>233 S Wacker Dr Suite 5900<br>Chicago, IL 60606<br>Katy.Guinn@Dentons.com<br>Keith.Moskowitz@Dentons.com<br>patrick.maxcy@dentons.com<br><br><br>Lauren M. Macksoud<br>Dentons US LLP<br>1221 Avenue of the Americas<br>Ste 25th Floor<br>New York, NY 10020<br>lauren.macksoud@dentons.com<br><br>Counsel for XL Bermuda Ltd. and XL Insurance America, Inc. | Nicholas Cramb<br>Kim Marrkand<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>NCCramb@mintz.com<br>KVMarrkand@mintz.com<br><br>Frederick E. Schmidt<br>Cozen O'Connor<br>3 Wtc<br>175 Greenwich Street<br>55th Floor<br>New York, NY 10007<br>eschmidt@cozen.com<br><br>Counsel for Liberty Insurance Corporation, Liberty Mutual Fire Insurance Company and Liberty Mutual Insurance Company |

4

| | |
|---|---|
| *Served via electronic mail* | *Served via electronic mail* |
| Monica T. Sullivan<br>Nicolaides Fink Thorpe Michaelides Sullivan LLP<br>626 Wilshire Boulevard<br>Suite 1000<br>Los Angeles, CA 90017<br>msullivan@nicolaidesllp.com<br><br>Geoffrey T. Raicht<br>Geoffrey T Raicht, PC<br>1 Kittle Road<br>Chappaqua, NY 10514<br>graicht@raichtlawpc.com<br><br>Counsel for Evanston Insurance Company<br><br>*Served via electronic mail* | William J. Brennan<br>Kennedys CMK LLP<br>570 Lexington Avenue<br>8th Fl.<br>New York, NY 10022<br>william.brennan@kennedyslaw.com<br><br>Richard Joseph Geddes<br>Kennedys Chicago<br>100 N Riverside Plaza<br>Ste 2100<br>Chicago, IL 60606<br>richard.geddes@kennedyslaw.com<br><br>Counsel for XL Bermuda Ltd. (f/k/a XL Insurance Company, Ltd.) and XL Bermuda Ltd.<br><br>*Served via electronic mail* |
| Arthur J Liederman<br>Morrison Mahoney, LLP<br>Wall Street Plaza<br>88 Pine Street<br>Ste 1900<br>New York, NY 10005<br>aliederman@morrisonmahoney.com<br><br>Counsel for HDI Global SE (f/k/a Gerling-Konzern General Insurance Company)<br><br>*Served via electronic mail* | |

DATED this 24th day of January, 2022.

          Respectfully submitted,

By:   /s/ _Colleen P. Sorensen_____
      Joseph A. Hinkhouse
      Colleen P. Sorensen
      Hinkhouse Williams Walsh LLP
      180 N. Stetson Avenue, Suite 3400
      Chicago, Illinois 60601
      Telephone: (312) 784-5400

 Facsimile: (312) 784-5499
 jhinkhouse@hww-law.com
 csorensen@hww-law.com