Hrg 01/17/2022
@ 10

Honorable Judge Robert D Drain        1-12-22

19-23649

Your honor,

My name is Eddie Ray Hall I have a court date with you on Feb 17th 2022 at 10am for a late claim, I am still incarcerated and have been since Covid 19 hit in March of 2020. As I stated in my last letter I've had zero access to law library we were in our cells locked down from March 2020 - Dec 2020 and off and on thru year 2021. So this is reason for me begging the courts pardon on this late motion filing.

What I also need to know is, my original claim was accepted and I was assigned a claim #number and I'm "assuming" an attorneys office & associates?? My Ex-girlfriend had this information, I do not have my claim # or I "do not" know who my attorney contact is?? How do I find out this information?? How do I know if the attorneys on my behalf have all the information that they need from me? I don't know who that is.

Thank you for your time & consideration   Eddie Hall

Eddie Haug 26664 SW 39
1130 W mallon
Spokane WA - 99260

Honorable Judge Robect Drain
United States Bankruptcy Court
Souther District of newyork
300 Quaropas Street
white plains newyork, 10601

LEGAL MAIL



**INMATE MAIL**
Spokane County Detention Services
Jail Division
1100 West Mallon
Spokane, WA 99260-0320