UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**TWENTY SIXTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | November 1, 2021 through November 30, 2021 |
| Monthly Fees Incurred: | $255,094.50 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred:           $1,160.04

Total Fees and Expenses Due:         $256,254.54

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747 Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.50 | $0.00 | $299,677.50 | $0.00 |

**PRIOR APPLICATIONS (cont.):**

| Docked No./Filed | Compensation Period | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 3798 Filed on 9/21/2021 | 7/1/2021 – 7/31/2021 | $431,630.50 | $135.81 | $427,880.50 | $135.81 |
| Docket No. 3941 Filed on 10/14/2021 | 8/1/2021 – 8/31/2021 | $284,159.00 | $20.94 | $280,409.00 | $20.94 |
| Docket No. 4097 Filed on 11/11/2021 | 9/1/2021 – 9/30/2021 | $244,958.50 | $0.00 | $241,208.50 | $0.00 |
| Docket No. 4225 Filed on 12/15/2021 | 10/1/2021 – 10/31/2021 | $368,998.50 | $40.00 | $295,198.80 | $40.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, $15,000, and $15,000 were allocated evenly across fees from the first, second, third, fourth, fifth, and sixth interim period, respectively.

4

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from November 1, 2021 through and including November 30, 2021 (the "**Fee Period**") amount to:

    | | |
    |---|---|
    | Professional Fees | $255,094.50 |
    | Expenses | 1,160.04 |
    | **TOTAL** | **$256,254.54** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

    | | |
    |---|---|
    | Professional Fees at 80% | $204,075.60 |
    | Expenses at 100% | 1,160.04 |
    | **TOTAL** | **$205,235.64** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A"**.

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B"**.

5

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C".**

6. A summary of expenses incurred during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "D".**

7. Detailed breakdown of the expenses incurred during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "E".**

8. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

9. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than February 9, 2022 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

10. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

11. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
January 26, 2022

        FTI CONSULTING, INC.
Financial Advisors to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P.

By: */s/ Matthew Diaz*
Matthew Diaz, Senior Managing Director
Three Times Square, 10th Floor
New York, New York 10036
Telephone: (212) 499-3611
Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Sr Managing Director | Restructuring | $ 1,120 | 54.7 | $ 61,264.00 |
| Simms, Steven | Sr Managing Director | Restructuring | 1,295 | 5.4 | 6,993.00 |
| Shafer, Patterson | Managing Director | Healthcare | 600 | 16.5 | 9,900.00 |
| van der Vegte, Rick Hendrik | Managing Director | Healthcare | 625 | 10.0 | 6,250.00 |
| Bromberg, Brian | Sr Director | Restructuring | 850 | 80.4 | 68,340.00 |
| Langton, Philip | Sr Director | Healthcare | 875 | 9.0 | 7,875.00 |
| Ruiz, Ricardo | Sr Director | Healthcare | 550 | 12.0 | 6,600.00 |
| Whitman, Andrew | Sr Director | Insurance | 745 | 3.9 | 2,905.50 |
| Johnson, Ancy | Director | Healthcare | 475 | 50.0 | 23,750.00 |
| Baron, Genevieve | Sr Consultant | Healthcare | 375 | 57.0 | 21,375.00 |
| Knaak, Meredith | Sr Consultant | Healthcare | 375 | 25.2 | 9,450.00 |
| Kurtz, Emma | Sr Consultant | Restructuring | 580 | 52.0 | 30,160.00 |
| Turner, Ian | Sr Consultant | Restructuring | 580 | 0.4 | 232.00 |
| **GRAND TOTAL** | | | | **376.5** | **$ 255,094.50** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 9.1 | $ 6,358.00 |
| 2 | Cash & Liquidity Analysis | 0.7 | 784.00 |
| 7 | Analysis of Domestic Business Plan | 191.5 | 97,714.00 |
| 11 | Prepare for and Attend Court Hearings | 10.2 | 9,900.00 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 1.0 | 1,120.00 |
| 24 | Preparation of Fee Application | 12.9 | 7,914.00 |
| 26 | Analysis of Insurance Programs | 12.6 | 9,760.50 |
| 30 | Emergence Preparation | 138.5 | 121,544.00 |
| | **GRAND TOTAL** | **376.5** | **$ 255,094.50** |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 11/1/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/2/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/3/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/4/2021 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/5/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/8/2021 | Diaz, Matthew | 1.4 | Review Debtors' monthly operating results. |
| 1 | 11/8/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/8/2021 | Kurtz, Emma | 0.4 | Review recently uploaded dataroom documents to share with team. |
| 1 | 11/9/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/10/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/11/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/12/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/15/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/16/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/17/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/18/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/22/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/23/2021 | Diaz, Matthew | 0.6 | Review seventh monitor report. |
| 1 | 11/23/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/24/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/29/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 11/30/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **9.1** | |
| 2 | 11/10/2021 | Diaz, Matthew | 0.7 | Review Debtors' updated cash analysis. |
| **2 Total** | | | **0.7** | |
| 7 | 11/1/2021 | Baron, Genevieve | 1.8 | Continue to review cost spend data provided by the Debtors. |
| 7 | 11/1/2021 | Johnson, Ancy | 2.1 | Prepare revisions to draft report to incorporate latest analyses. |
| 7 | 11/1/2021 | Knaak, Meredith | 3.3 | Perform detailed review of the OEE data provided by the Debtors. |
| 7 | 11/1/2021 | Knaak, Meredith | 2.4 | Continue to analyze OEE data provided by the Debtors. |
| 7 | 11/1/2021 | Shafer, Patterson | 0.6 | Review draft cost materials provided by team to provide guidance. |
| 7 | 11/2/2021 | Baron, Genevieve | 2.2 | Prepare analysis of third party spend data to include in report. |
| 7 | 11/2/2021 | Johnson, Ancy | 1.9 | Review updated slides for report to prepare revisions. |
| 7 | 11/2/2021 | Knaak, Meredith | 2.9 | Prepare revisions to slides and graphs to reflect latest analysis of third party spend data. |
| 7 | 11/2/2021 | Shafer, Patterson | 0.4 | Review status of report analyzing costs. |
| 7 | 11/3/2021 | Baron, Genevieve | 1.1 | Discuss internally re: status of the report and review of the data. |
| 7 | 11/3/2021 | Baron, Genevieve | 1.9 | Review supporting data for Avrio costs to prepare analysis. |
| 7 | 11/3/2021 | Johnson, Ancy | 1.2 | Attend call with internal team to discuss status of report and next steps. |
| 7 | 11/3/2021 | Johnson, Ancy | 2.8 | Review analysis of Avrio data to incorporate into latest draft of report. |
| 7 | 11/3/2021 | Knaak, Meredith | 1.2 | Attend call with team to discuss status of report and remaining data analysis required. |
| 7 | 11/4/2021 | Baron, Genevieve | 0.7 | Review slides received from the Debtors re: SG&A. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 11/4/2021 | Baron, Genevieve | 1.8 | Continue to prepare analysis of third party spend data received from Debtors. |
| 7 | 11/4/2021 | Baron, Genevieve | 1.0 | Attend call with AlixPartners re: outstanding diligence requests. |
| 7 | 11/4/2021 | Bromberg, Brian | 0.6 | Review business plan numbers related to Adhansia spend. |
| 7 | 11/4/2021 | Diaz, Matthew | 0.9 | Participate in call with the Debtors to discuss the Adhansia update. |
| 7 | 11/4/2021 | Johnson, Ancy | 2.1 | Prepare revisions to draft report to reflect additional information received from the Debtors. |
| 7 | 11/4/2021 | Knaak, Meredith | 1.0 | Attend call with Alix to discuss the status of the report and outstanding diligence requests. |
| 7 | 11/4/2021 | Knaak, Meredith | 1.4 | Review SG&A information provided by the Debtors. |
| 7 | 11/4/2021 | Knaak, Meredith | 2.2 | Prepare analysis of OEE data for Purdue. |
| 7 | 11/5/2021 | Baron, Genevieve | 2.3 | Prepare revisions to analysis of third party spend data per discussion with Alix. |
| 7 | 11/5/2021 | Bromberg, Brian | 0.5 | Discuss business plan reporting per plan with team. |
| 7 | 11/5/2021 | Diaz, Matthew | 0.6 | Review the analysis of business plan costs. |
| 7 | 11/5/2021 | Johnson, Ancy | 1.9 | Prepare updates to report to reflect additional information from the Debtors. |
| 7 | 11/5/2021 | Knaak, Meredith | 0.5 | Attend internal team call to review report status. |
| 7 | 11/5/2021 | Knaak, Meredith | 2.7 | Prepare analysis of 2019 historical spend data to reflect feedback from Alix. |
| 7 | 11/5/2021 | Knaak, Meredith | 2.6 | Prepare revisions to report to reflect updated analysis of 2019 data. |
| 7 | 11/5/2021 | Shafer, Patterson | 0.9 | Review status update from team re: analysis of additional data to provide guidance. |
| 7 | 11/8/2021 | Baron, Genevieve | 2.4 | Continue to prepare updated analysis of third party spend data. |
| 7 | 11/8/2021 | Baron, Genevieve | 1.3 | Draft revised charts for report re: third party spend. |
| 7 | 11/8/2021 | Diaz, Matthew | 3.0 | Participate in the Board presentation by the Company on the business plan. |
| 7 | 11/8/2021 | Diaz, Matthew | 1.9 | Review Alix analysis of business plan. |
| 7 | 11/8/2021 | Johnson, Ancy | 1.7 | Prepare updates to report to incorporate feedback from Alix. |
| 7 | 11/8/2021 | Johnson, Ancy | 1.3 | Prepare draft topics and questions for manufacturing site visit. |
| 7 | 11/9/2021 | Baron, Genevieve | 3.2 | Continue to prepare analyses of cost data for report. |
| 7 | 11/9/2021 | Johnson, Ancy | 1.6 | Continue to draft topics and questions for site visit. |
| 7 | 11/9/2021 | Knaak, Meredith | 0.5 | Contribute to outline of Wilson manufacturing site visit. |
| 7 | 11/9/2021 | Shafer, Patterson | 1.1 | Provide comments to team re: preparation for site visit. |
| 7 | 11/10/2021 | Baron, Genevieve | 2.8 | Prepare revisions to report to reflect latest analyses of costs. |
| 7 | 11/10/2021 | Johnson, Ancy | 2.4 | Prepare revisions to questions and topics for site tour per internal comments. |
| 7 | 11/10/2021 | Ruiz, Ricardo | 2.3 | Review materials received from the Debtors and draft report to prepare for plant visit. |
| 7 | 11/10/2021 | Shafer, Patterson | 0.6 | Review latest draft of report to provide comments to team. |
| 7 | 11/11/2021 | Baron, Genevieve | 2.2 | Prepare analysis of historical spend data to include in report. |
| 7 | 11/11/2021 | Baron, Genevieve | 1.8 | Continue to prepare analysis of historical spend data to include in report. |
| 7 | 11/11/2021 | Johnson, Ancy | 3.4 | Attend Wilson manufacturing site tour. |
| 7 | 11/11/2021 | Johnson, Ancy | 2.6 | Continue to attend Wilson manufacturing site tour. |
| 7 | 11/11/2021 | Ruiz, Ricardo | 1.7 | Prepare questions and strategy for plant visit. |
| 7 | 11/11/2021 | Ruiz, Ricardo | 3.4 | Attend plant visit to evaluate Wilson operations. |
| 7 | 11/11/2021 | Ruiz, Ricardo | 2.6 | Continue to attend plant visit to evaluate Wilson operations. |
| 7 | 11/11/2021 | van der Vegte, Rick Hendrik | 1.9 | Review report and draft questions to prepare for Wilson manufacturing plant visit. |
| 7 | 11/11/2021 | van der Vegte, Rick Hendrik | 3.4 | Attend tour of Wilson manufacturing plant for analysis of Purdue business plan. |
| 7 | 11/11/2021 | van der Vegte, Rick Hendrik | 2.6 | Continue to attend tour of Wilson manufacturing plant for business plan analysis. |
| 7 | 11/12/2021 | Baron, Genevieve | 2.2 | Prepare revisions to report to incorporate internal comments. |
| 7 | 11/12/2021 | Johnson, Ancy | 2.3 | Prepare summary of site visit and evaluate key takeaways. |
| 7 | 11/12/2021 | Shafer, Patterson | 0.4 | Review updated draft of cost report to provide comments. |
| 7 | 11/14/2021 | Knaak, Meredith | 1.1 | Prepare revisions to draft presentation per internal feedback. |
| 7 | 11/15/2021 | Baron, Genevieve | 1.8 | Continue to prepare revisions to business plan analysis to reflect internal comments. |
| 7 | 11/15/2021 | Diaz, Matthew | 0.9 | Review of the business plan analysis. |
| 7 | 11/15/2021 | Johnson, Ancy | 2.7 | Prepare analysis of Wilson plant tour. |
| 7 | 11/16/2021 | Baron, Genevieve | 2.4 | Prepare revisions to summary slides included in the cost diligence report. |
| 7 | 11/16/2021 | Baron, Genevieve | 2.6 | Prepare slides re: summary of costs by entity. |
| 7 | 11/16/2021 | Johnson, Ancy | 2.8 | Incorporate key takeaways from Wilson tour into presentation. |
| 7 | 11/16/2021 | Knaak, Meredith | 0.8 | Review notes from Wilson plant tour to understand key opportunities. |
| 7 | 11/16/2021 | Shafer, Patterson | 1.1 | Review summary of Wilson plant tour to evaluate key takeaways. |
| 7 | 11/17/2021 | Baron, Genevieve | 2.7 | Prepare updates to report to finalize data analysis. |
| 7 | 11/17/2021 | Baron, Genevieve | 3.3 | Continue to prepare updates to report to finalize data analysis. |
| 7 | 11/17/2021 | Johnson, Ancy | 3.2 | Prepare revisions to report to reflect input from team re: Wilson manufacturing plant tour. |
| 7 | 11/17/2021 | Ruiz, Ricardo | 0.9 | Draft summary notes and key points from Wilson site visit to share with team. |
| 7 | 11/17/2021 | van der Vegte, Rick Hendrik | 2.1 | Draft summary of Wilson plant tour to include in report. |
| 7 | 11/18/2021 | Baron, Genevieve | 3.2 | Prepare revisions to analysis of historical cost detail files to finalize report. |
| 7 | 11/18/2021 | Baron, Genevieve | 2.8 | Continue to prepare revisions to analysis of historical cost detail files to finalize report. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
DETAIL OF TIME ENTRIES
FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 11/18/2021 | Johnson, Ancy | 3.2 | Continue to evaluate key takeaways from Wilson plant tour. |
| 7 | 11/18/2021 | Knaak, Meredith | 1.2 | Prepare revisions to business plan presentation per internal comments. |
| 7 | 11/18/2021 | Ruiz, Ricardo | 1.1 | Prepare analysis of Wilson plant following site visit. |
| 7 | 11/18/2021 | Shafer, Patterson | 0.8 | Review analysis of Wilson plant following site visit.. |
| 7 | 11/19/2021 | Baron, Genevieve | 0.9 | Attend internal call to discuss status of draft report. |
| 7 | 11/19/2021 | Baron, Genevieve | 3.1 | Prepare revisions to draft report per feedback from team. |
| 7 | 11/19/2021 | Bromberg, Brian | 0.9 | Discuss draft of reporting per plan with team. |
| 7 | 11/19/2021 | Diaz, Matthew | 1.1 | Review of the business plan analysis. |
| 7 | 11/19/2021 | Diaz, Matthew | 0.8 | Review of the Alix cost report. |
| 7 | 11/19/2021 | Johnson, Ancy | 2.8 | Review report to provide comments to team. |
| 7 | 11/19/2021 | Knaak, Meredith | 0.8 | Prepare revisions to presentation per comments from team. |
| 7 | 11/19/2021 | Shafer, Patterson | 0.9 | Attend call with team to discuss cost presentation. |
| 7 | 11/19/2021 | Shafer, Patterson | 3.1 | Commence detailed review of draft report to provide additional comments to team. |
| 7 | 11/22/2021 | Baron, Genevieve | 2.2 | Prepare revisions to cost analysis per internal comments |
| 7 | 11/22/2021 | Langton, Philip | 2.8 | Perform benchmarking analysis of employee salaries. |
| 7 | 11/23/2021 | Baron, Genevieve | 1.9 | Continue to prepare revisions to analysis of costs per internal comments |
| 7 | 11/23/2021 | Langton, Philip | 3.3 | Perform benchmarking analysis of employee long term incentive plans. |
| 7 | 11/23/2021 | Shafer, Patterson | 0.8 | Review revised draft of the report to provide additional comments. |
| 7 | 11/24/2021 | Langton, Philip | 2.9 | Evaluate benchmarking analysis of employee compensation and LTIPs. |
| 7 | 11/24/2021 | Shafer, Patterson | 1.9 | Continue to review revised draft of the report to provide additional comments. |
| 7 | 11/29/2021 | Johnson, Ancy | 2.2 | Prepare revisions to analysis of Wilson plant operations. |
| 7 | 11/29/2021 | Johnson, Ancy | 1.8 | Prepare updates to report to reflect internal comments. |
| 7 | 11/29/2021 | Shafer, Patterson | 1.9 | Provide comments to team on analysis of Wilson plant opportunities. |
| 7 | 11/30/2021 | Baron, Genevieve | 1.4 | Prepare updates to diligence report to reflect latest comments from team. |
| 7 | 11/30/2021 | Bromberg, Brian | 0.6 | Discuss status of draft report and Wilson plant tour with team. |
| 7 | 11/30/2021 | Johnson, Ancy | 0.6 | Attend call with team to review draft report. |
| 7 | 11/30/2021 | Johnson, Ancy | 3.4 | Prepare revisions to report to reflect further analysis of Wilson plant operations. |
| 7 | 11/30/2021 | Knaak, Meredith | 0.6 | Attend call with team to review latest draft of report. |
| 7 | 11/30/2021 | Shafer, Patterson | 0.6 | Attend internal call to discuss status of report. |
| 7 | 11/30/2021 | Shafer, Patterson | 1.4 | Review draft of report to prepare for internal call. |
| **7 Total** | | | **191.5** | |
| 11 | 11/22/2021 | Bromberg, Brian | 0.8 | Listen to judge's bench ruling. |
| 11 | 11/30/2021 | Bromberg, Brian | 3.6 | Attend telephonically appeal hearing. |
| 11 | 11/30/2021 | Diaz, Matthew | 2.0 | Attend (partial) Purdue district court hearing. |
| 11 | 11/30/2021 | Kurtz, Emma | 1.4 | Attend partial district court hearing re: appeal. |
| 11 | 11/30/2021 | Simms, Steven | 2.4 | Attend (partial) district court hearing re: Plan appeal. |
| **11 Total** | | | **10.2** | |
| 21 | 11/3/2021 | Diaz, Matthew | 0.5 | Participate in weekly AHC call to discuss the appeals process. |
| 21 | 11/17/2021 | Diaz, Matthew | 0.5 | Participate in the AHC weekly call to discuss the appeal process and other topics. |
| **21 Total** | | | **1.0** | |
| 24 | 11/2/2021 | Kurtz, Emma | 2.4 | Prepare sixth interim fee application exhibits. |
| 24 | 11/3/2021 | Kurtz, Emma | 2.3 | Continue to prepare sixth interim fee application, including task code descriptions. |
| 24 | 11/10/2021 | Diaz, Matthew | 0.8 | Review of the sixth interim fee application. |
| 24 | 11/10/2021 | Kurtz, Emma | 1.1 | Prepare revisions to draft sixth interim fee application. |
| 24 | 11/23/2021 | Kurtz, Emma | 2.8 | Prepare draft of October fee statement per local rules. |
| 24 | 11/24/2021 | Kurtz, Emma | 2.1 | Continue to prepare draft October fee application per fee examiner guidelines. |
| 24 | 11/29/2021 | Kurtz, Emma | 1.4 | Prepare revisions to draft October fee application. |
| **24 Total** | | | **12.9** | |
| 26 | 11/1/2021 | Kurtz, Emma | 2.2 | Prepare revisions to presentation re: post emergence D&O Insurance Program. |
| 26 | 11/1/2021 | Kurtz, Emma | 1.6 | Attend call with NewCo Board to discuss D&O insurance program. |
| 26 | 11/1/2021 | Whitman, Andrew | 0.4 | Review D&O insurance presentation to prepare for call with NewCo board. |
| 26 | 11/1/2021 | Whitman, Andrew | 1.6 | Attend call with NewCo board to review proposed D&O insurance. |
| 26 | 11/2/2021 | Whitman, Andrew | 0.7 | Review email correspondence and monitor reports from D&O insurance board presentation. |
| 26 | 11/10/2021 | Bromberg, Brian | 0.6 | Discuss D&O insurance with counsel. |
| 26 | 11/10/2021 | Bromberg, Brian | 1.9 | Research insurance questions from counsel. |
| 26 | 11/10/2021 | Diaz, Matthew | 0.5 | Participate in call with counsel on go forward insurance issues. |
| 26 | 11/17/2021 | Diaz, Matthew | 0.7 | Participate in call on MDT insurance. |
| 26 | 11/17/2021 | Diaz, Matthew | 0.3 | Review of the Aon MDT insurance materials. |
| 26 | 11/17/2021 | Whitman, Andrew | 0.4 | Review Aon insurance materials to prepare for call. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 26 | 11/17/2021 | Whitman, Andrew | 0.8 | Attend call to discuss MDT insurance. |
| 26 | 11/18/2021 | Diaz, Matthew | 0.3 | Review MDT insurance tech contract. |
| 26 | 11/23/2021 | Bromberg, Brian | 0.6 | Review D&O insurance response from Debtors. |
| **26 Total** | | | **12.6** | |
| 30 | 11/1/2021 | Diaz, Matthew | 0.7 | Attend (partial) call re: NOAT TDP. |
| 30 | 11/1/2021 | Diaz, Matthew | 1.6 | Participate in NewCo Board meeting. |
| 30 | 11/1/2021 | Diaz, Matthew | 0.6 | Review materials to prepare for the NewCo board meeting. |
| 30 | 11/1/2021 | Diaz, Matthew | 2.9 | Perform detailed review of the MDT briefing book. |
| 30 | 11/1/2021 | Diaz, Matthew | 2.2 | Conduct detailed review of the shareholder agreement. |
| 30 | 11/1/2021 | Kurtz, Emma | 0.4 | Compile monitor reports per request from NewCo board. |
| 30 | 11/2/2021 | Bromberg, Brian | 0.9 | Review revised contracts requests. |
| 30 | 11/2/2021 | Bromberg, Brian | 1.1 | Review latest draft of MDT board book. |
| 30 | 11/2/2021 | Bromberg, Brian | 1.2 | Evaluate MDT tasks and duties. |
| 30 | 11/2/2021 | Diaz, Matthew | 0.3 | Participate in call with Counsel to prepare for the call with Akin. |
| 30 | 11/2/2021 | Diaz, Matthew | 0.5 | Participate in call with Akin and the Committee to discuss the MDT. |
| 30 | 11/2/2021 | Diaz, Matthew | 3.2 | Review the MDT and shareholder agreements. |
| 30 | 11/2/2021 | Diaz, Matthew | 1.7 | Review monitor reports in response to a question from the NewCo Board. |
| 30 | 11/2/2021 | Kurtz, Emma | 1.8 | Review monitor reports to prepare summary of scope of work, methodology, and outside individuals and consultants hired. |
| 30 | 11/2/2021 | Simms, Steven | 0.3 | Review update on discussion with Akin re: MDT. |
| 30 | 11/3/2021 | Bromberg, Brian | 1.2 | Review MDT tasks and duties. |
| 30 | 11/3/2021 | Bromberg, Brian | 0.9 | Review latest version of Settlement Agreement. |
| 30 | 11/3/2021 | Bromberg, Brian | 0.5 | Prepare revisions to draft MDT board book. |
| 30 | 11/3/2021 | Bromberg, Brian | 0.6 | Participate in weekly Committee call to discuss emergence workstreams. |
| 30 | 11/3/2021 | Diaz, Matthew | 0.4 | Review of the MDT agenda and related next steps. |
| 30 | 11/3/2021 | Diaz, Matthew | 0.6 | Review of the updated contract analysis. |
| 30 | 11/3/2021 | Diaz, Matthew | 0.6 | Participate in call with Houlihan to discuss post emergence next steps. |
| 30 | 11/3/2021 | Diaz, Matthew | 1.2 | Finalize MDT briefing book draft and send to Province. |
| 30 | 11/3/2021 | Kurtz, Emma | 1.4 | Prepare table outlining MDT responsibilities and tasks post-emergence. |
| 30 | 11/3/2021 | Turner, Ian | 0.4 | Prepare revisions to latest draft of MDT book. |
| 30 | 11/4/2021 | Bromberg, Brian | 0.6 | Evaluate changes to Shareholder Settlement Agreement. |
| 30 | 11/4/2021 | Bromberg, Brian | 1.0 | Discuss business developments with Debtors. |
| 30 | 11/4/2021 | Bromberg, Brian | 0.5 | Participate in corporate call re: operating agreements. |
| 30 | 11/4/2021 | Diaz, Matthew | 0.6 | Review of open issues on Purdue contracts. |
| 30 | 11/5/2021 | Bromberg, Brian | 1.1 | Review projected emergence cash flows. |
| 30 | 11/5/2021 | Bromberg, Brian | 0.7 | Discuss updated emergence cash flows with Debtors. |
| 30 | 11/5/2021 | Bromberg, Brian | 1.7 | Review updated emergence sources and uses analysis. |
| 30 | 11/5/2021 | Bromberg, Brian | 1.4 | Review IAC restructuring proposal. |
| 30 | 11/5/2021 | Bromberg, Brian | 1.4 | Review IAC ownership to understand impact of restructuring proposal. |
| 30 | 11/5/2021 | Bromberg, Brian | 0.9 | Assist with counsel questions re: IAC restructuring proposal. |
| 30 | 11/5/2021 | Diaz, Matthew | 1.3 | Review slides re: proposed IAC restructuring. |
| 30 | 11/5/2021 | Diaz, Matthew | 2.4 | Review analysis of MDT tasks and duties. |
| 30 | 11/5/2021 | Kurtz, Emma | 0.7 | Attend call with Debtors advisors and HL to discuss updated sources and uses and emergence cash projections. |
| 30 | 11/5/2021 | Kurtz, Emma | 2.7 | Prepare initial updates to illustrative emergence cash analysis and distributable value waterfall to reflect Debtors' updated analyses. |
| 30 | 11/5/2021 | Kurtz, Emma | 1.4 | Prepare revisions to updated emergence cash and distributable value waterfall analysis per internal comments. |
| 30 | 11/7/2021 | Bromberg, Brian | 1.9 | Review IAC restructuring proposal. |
| 30 | 11/7/2021 | Bromberg, Brian | 1.2 | Discuss IAC restructuring proposal with counsel. |
| 30 | 11/7/2021 | Kurtz, Emma | 2.1 | Prepare analysis bridging prior emergence cash estimate to analysis prepared by the Debtors. |
| 30 | 11/8/2021 | Bromberg, Brian | 1.4 | Review bridge of emergence cash estimates. |
| 30 | 11/8/2021 | Bromberg, Brian | 1.2 | Evaluate impact of IAC restructuring proposal. |
| 30 | 11/8/2021 | Bromberg, Brian | 0.9 | Discuss impact of IAC restructuring proposal with counsel. |
| 30 | 11/8/2021 | Bromberg, Brian | 1.7 | Review IAC ownership to evaluate potential issues with IAC restructuring proposal. |
| 30 | 11/8/2021 | Bromberg, Brian | 3.0 | Participate in NewCo board meeting with Debtors. |
| 30 | 11/8/2021 | Bromberg, Brian | 0.4 | Review Purdue pension liability. |
| 30 | 11/8/2021 | Kurtz, Emma | 1.1 | Prepare revisions to analysis of emergence cash per internal comments. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 30 | 11/8/2021 | Simms, Steven | 0.4 | Review status of emergence workstreams. |
| 30 | 11/9/2021 | Bromberg, Brian | 2.1 | Review IAC restructuring draft language. |
| 30 | 11/9/2021 | Bromberg, Brian | 2.6 | Review IAC restructuring and ownership to evaluate impact. |
| 30 | 11/9/2021 | Bromberg, Brian | 1.6 | Review OxyContin IP materials. |
| 30 | 11/9/2021 | Bromberg, Brian | 0.7 | Discuss IAC restructuring proposal with counsel. |
| 30 | 11/9/2021 | Diaz, Matthew | 1.1 | Review updated IAC structuring analysis. |
| 30 | 11/9/2021 | Kurtz, Emma | 3.3 | Evaluate proposed IAC ownership restructuring and changes to pledged entities to evaluate impact on current pledged assets. |
| 30 | 11/10/2021 | Bromberg, Brian | 1.3 | Review impact of IAC restructuring on pledged assets per settlement agreement. |
| 30 | 11/10/2021 | Bromberg, Brian | 0.8 | Provide comments to team re: analysis of IAC restructuring. |
| 30 | 11/10/2021 | Diaz, Matthew | 0.4 | Review non debtor release proposed bankruptcy amendment. |
| 30 | 11/10/2021 | Diaz, Matthew | 0.4 | Review of the hearing summaries and related next steps. |
| 30 | 11/10/2021 | Kurtz, Emma | 0.6 | Compile support for analysis of compensation plans and benefits included in NewCo board book to provide to HL. |
| 30 | 11/10/2021 | Kurtz, Emma | 0.3 | Prepare updates to analysis of proposed IAC restructuring per internal questions. |
| 30 | 11/10/2021 | Simms, Steven | 0.6 | Review summary of IAC restructuring proposal. |
| 30 | 11/11/2021 | Bromberg, Brian | 0.9 | Prepare agenda for internal team call re: emergence workstreams. |
| 30 | 11/11/2021 | Bromberg, Brian | 1.1 | Discuss Purdue workstreams with team, including IAC restructuring proposal. |
| 30 | 11/11/2021 | Bromberg, Brian | 0.6 | Review status of Purdue contracts analysis. |
| 30 | 11/11/2021 | Bromberg, Brian | 0.8 | Review Purdue compensation materials. |
| 30 | 11/11/2021 | Bromberg, Brian | 1.1 | Review revised analysis of IAC restructuring and ownership. |
| 30 | 11/11/2021 | Bromberg, Brian | 0.6 | Participate in weekly Corporate counsel call. |
| 30 | 11/11/2021 | Diaz, Matthew | 0.8 | Review proposed IAC legal entity restructuring. |
| 30 | 11/11/2021 | Diaz, Matthew | 0.9 | Review emergence open items and related next steps. |
| 30 | 11/11/2021 | Diaz, Matthew | 0.7 | Review MDT open items and related next steps. |
| 30 | 11/11/2021 | Kurtz, Emma | 1.1 | Discuss emergence preparation case updates with team, with a focus on IAC restructuring proposals. |
| 30 | 11/12/2021 | Bromberg, Brian | 0.6 | Review potential severance obligations. |
| 30 | 11/12/2021 | Bromberg, Brian | 1.3 | Draft answers to questions on emergence cash flow. |
| 30 | 11/12/2021 | Bromberg, Brian | 0.4 | Provide responses to questions re: board composition. |
| 30 | 11/12/2021 | Diaz, Matthew | 0.5 | Review of MDT issues and related next steps. |
| 30 | 11/12/2021 | Diaz, Matthew | 0.7 | Review employee compensation materials included in the NewCo Board. |
| 30 | 11/12/2021 | Diaz, Matthew | 1.9 | Review updated MDT briefing book to provide comments. |
| 30 | 11/15/2021 | Bromberg, Brian | 1.9 | Review changes to MDT deck. |
| 30 | 11/15/2021 | Bromberg, Brian | 1.4 | Review Province MDT deck. |
| 30 | 11/15/2021 | Bromberg, Brian | 1.9 | Evaluate scope of MDT services. |
| 30 | 11/15/2021 | Diaz, Matthew | 0.7 | Review the hearing summaries re: stay of confirmation. |
| 30 | 11/15/2021 | Diaz, Matthew | 1.4 | Review updated MDT presentation to evaluate changes. |
| 30 | 11/15/2021 | Kurtz, Emma | 1.4 | Prepare revisions to distributable value model to reflect latest assumptions from HL. |
| 30 | 11/15/2021 | Kurtz, Emma | 2.3 | Reconcile differences between Province and FTI presentations on MDT. |
| 30 | 11/16/2021 | Bromberg, Brian | 1.8 | Review latest emergence cash flow estimates. |
| 30 | 11/16/2021 | Bromberg, Brian | 0.8 | Review changes to MDT deck to align with Province analysis. |
| 30 | 11/16/2021 | Bromberg, Brian | 0.6 | Review MDT agreement to ensure correctness of MDT board book. |
| 30 | 11/16/2021 | Bromberg, Brian | 0.9 | Review bridge to disclosure statement emergence cash to understand changes. |
| 30 | 11/16/2021 | Diaz, Matthew | 1.7 | Review latest draft of the MDT book. |
| 30 | 11/16/2021 | Kurtz, Emma | 0.8 | Prepare further refinements to distributable value waterfall to conform assumptions with HL. |
| 30 | 11/16/2021 | Kurtz, Emma | 1.8 | Prepare combined version of MDT board book to reflect FTI and Province analyses. |
| 30 | 11/17/2021 | Bromberg, Brian | 0.6 | Participate in weekly committee call to discuss emergence workstreams. |
| 30 | 11/17/2021 | Simms, Steven | 0.6 | Review latest update on case items re: emergence preparation. |
| 30 | 11/18/2021 | Bromberg, Brian | 0.6 | Discuss emergence issues with Counsel. |
| 30 | 11/18/2021 | Bromberg, Brian | 0.7 | Discuss emergence funding with Debtors. |
| 30 | 11/18/2021 | Bromberg, Brian | 1.3 | Review bridge to prior emergence cash estimate. |
| 30 | 11/18/2021 | Bromberg, Brian | 0.9 | Review presentation from the Debtors re: emergence cash and sources and uses. |
| 30 | 11/18/2021 | Diaz, Matthew | 0.7 | Review Debtors' projected sources and uses at emergence. |
| 30 | 11/18/2021 | Kurtz, Emma | 0.7 | Attend call with Debtors advisors re: emergence funds flow. |
| 30 | 11/18/2021 | Kurtz, Emma | 2.7 | Prepare analysis of emergence sources and uses and bridge to prior estimate. |
| 30 | 11/18/2021 | Simms, Steven | 0.6 | Review summary of emergence cash update. |
| 30 | 11/19/2021 | Bromberg, Brian | 0.5 | Review prior term sheets. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 30 | 11/19/2021 | Bromberg, Brian | 2.2 | Edit cash flow presentation re: emergence cash bridge. |
| 30 | 11/19/2021 | Bromberg, Brian | 1.1 | Review Debtor's cash flow presentation. |
| 30 | 11/22/2021 | Bromberg, Brian | 2.1 | Review sources and uses analysis to prepare revisions. |
| 30 | 11/22/2021 | Bromberg, Brian | 0.3 | Review summary of appeal briefings and replies. |
| 30 | 11/22/2021 | Diaz, Matthew | 0.6 | Review presentation re: sources and uses of cash. |
| 30 | 11/22/2021 | Diaz, Matthew | 0.3 | Evaluate MDT tax issues. |
| 30 | 11/22/2021 | Simms, Steven | 0.5 | Review case status, with a focus on emergence. |
| 30 | 11/23/2021 | Bromberg, Brian | 0.6 | Review MDT budget response. |
| 30 | 11/23/2021 | Bromberg, Brian | 0.4 | Discuss emergence with Debtors. |
| 30 | 11/23/2021 | Bromberg, Brian | 0.8 | Review Purdue severance obligations. |
| 30 | 11/23/2021 | Diaz, Matthew | 0.7 | Review projected MDT budget. |
| 30 | 11/23/2021 | Diaz, Matthew | 0.4 | Participate in call with the Debtors to discuss business updates. |
| 30 | 11/23/2021 | Diaz, Matthew | 0.6 | Review emergence cash sources and uses bridge. |
| 30 | 11/23/2021 | Diaz, Matthew | 0.7 | Review appeal briefing and replies. |
| 30 | 11/29/2021 | Bromberg, Brian | 1.1 | Review updates to emergence cash sources and uses analysis. |
| 30 | 11/29/2021 | Bromberg, Brian | 0.7 | Review 12th amended plan. |
| 30 | 11/29/2021 | Bromberg, Brian | 0.7 | Review organizational structure post emergence. |
| 30 | 11/30/2021 | Bromberg, Brian | 1.9 | Review transfer agreement issues. |
| 30 | 11/30/2021 | Bromberg, Brian | 0.6 | Discuss MDT advisory role. |
| 30 | 11/30/2021 | Diaz, Matthew | 1.2 | Review updated transfer agreement. |
| 30 | 11/30/2021 | Kurtz, Emma | 0.4 | Evaluate schedule of rejected contracts. |
| 30 | 11/30/2021 | Kurtz, Emma | 0.6 | Review docket filings and news report to research if trustee appointments have been publicized. |
| **30 Total** | | | **138.5** | |
| **Grand Total** | | | **376.5** | |

**EXHIBIT D**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

| Expense Type | Amount |
|---|---:|
| Airfare | $ 471.00 |
| Transportation | 574.23 |
| Working Meals [1] | 93.82 |
| Other | 20.99 |
| **Grand Total** | **$ 1,160.04** |

1. Working Meals have been voluntarily reduced to the lesser of $20 per person or the actual amount charged.

**EXHIBIT E**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**EXPENSE DETAIL**
**FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 10/28/2021 | Ruiz, Ricardo | Airfare | Airfare - Coach/Economy, Ricardo Ruiz, EWR - RDU, 11/10/2021 - 11/11/2021. Roundtrip flight for Purdue site visit to Wilson manufacturing plant. | $ 125.05 |
| 10/28/2021 | van der Vegte, Rick Hendrik | Airfare | Airfare - Coach/Economy, Rick Hendrik van der Vegte, LGA - RDU, 11/11/2021 - 11/11/2021. Roundtrip flight for Purdue site visit to Wilson manufacturing plant. | 193.64 |
| 11/15/2021 | Johnson, Ancy | Airfare | Airfare - Coach/Economy, Ancy Johnson, PHL - RDU, 11/11/2021 - 11/11/2021. Flight to Purdue site visit. | 97.33 |
| 11/15/2021 | Johnson, Ancy | Airfare | Airfare - Coach/Economy, Ancy Johnson, RDU - PHL, 11/11/2021 - 11/11/2021. Flight home from Purdue site visit. | 54.98 |
| | | **Airfare Total** | | **$ 471.00** |
| 11/10/2021 | Ruiz, Ricardo | Transportation | Mileage for Purdue plant visit. | 61.35 |
| 11/10/2021 | Ruiz, Ricardo | Transportation | Tolls for Purdue plant visit. | 3.15 |
| 11/11/2021 | Ruiz, Ricardo | Transportation | Parking fee for site visit to Purdue manufacturing site. | 88.00 |
| 11/11/2021 | van der Vegte, Rick Hendrik | Transportation | Taxi from home to LGA for visit to Purdue client site. | 116.26 |
| 11/11/2021 | van der Vegte, Rick Hendrik | Transportation | Taxi from LGA to home from visit to Purdue manufacturing plant. | 125.47 |
| 11/12/2021 | Johnson, Ancy | Transportation | Taxi from home to PHL for Purdue site visit. | 180.00 |
| | | **Transportation Total** | | **$ 574.23** |
| 11/11/2021 | van der Vegte, Rick Hendrik | Working Meals | Team working meal while traveling for Purdue site visit (Rick Hendrik van der Vegte, Ancy Johnson, Ricardo Ruiz). | 60.00 |
| 11/11/2021 | van der Vegte, Rick Hendrik | Working Meals | Team working meal while traveling for Purdue site visit (Rick Hendrik van der Vegte, Ancy Johnson). | 13.82 |
| 11/11/2021 | van der Vegte, Rick Hendrik | Working Meals | Working meal while traveling to Purdue manufacturing plant. | 20.00 |
| | | **Working Meals Total** | | **$ 93.82** |
| 11/1/2021 | Diaz, Matthew | Other | Flight internet charge to complete case work. | 8.99 |
| 11/22/2021 | Bromberg, Brian | Other | Software fee to create editable word document from PowerPoint at request of counsel. | 12.00 |
| | | **Other Total** | | **$ 20.99** |
| | | **Grand Total** | | **$ 1,160.04** |