UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**TWENTY SEVENTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | December 1, 2021 through December 31, 2021 |
| Monthly Fees Incurred: | $192,786.50 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred: $0.00

Total Fees and Expenses Due: $192,786.50

This is a: __X__ monthly _____ interim _____ final application

19-23649-shl    Doc 4312    Filed 01/26/22    Entered 01/26/22 11:30:29    Main Document
Pg 3 of 13

**PRIOR APPLICATIONS:**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503 Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504 Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848 Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849 Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017 Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225 Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747 Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.50 | $0.00 | $299,677.50 | $0.00 |

**PRIOR APPLICATIONS (cont.):**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 3798 Filed on 9/21/2021 | 7/1/2021 – 7/31/2021 | $431,630.50 | $135.81 | $427,880.50 | $135.81 |
| Docket No. 3941 Filed on 10/14/2021 | 8/1/2021 – 8/31/2021 | $284,159.00 | $20.94 | $280,409.00 | $20.94 |
| Docket No. 4097 Filed on 11/11/2021 | 9/1/2021 – 9/30/2021 | $244,958.50 | $0.00 | $241,208.50 | $0.00 |
| Docket No. 4225 Filed on 12/15/2021 | 10/1/2021 – 10/31/2021 | $368,998.50 | $40.00 | $295,198.80 | $40.00 |
| Docket No. 4311 Filed on 1/26/2022 | 11/1/2021 – 11/30/2021 | $255,094.50 | $1,160.04 | $0.00 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, $15,000, and $15,000 were allocated evenly across fees from the first, second, third, fourth, fifth, and sixth interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from December 1, 2021 through and including December 31, 2021 (the "**Fee Period**") amount to:

   | | |
   |---|---|
   | Professional Fees | $192,786.50 |
   | Expenses | 0.00 |
   | **TOTAL** | **$192,786.50** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---|
   | Professional Fees at 80% | $154,229.20 |
   | Expenses at 100% | 0.00 |
   | **TOTAL** | **$154,229.20** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A"**.

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B"**.

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C".**

6. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

7. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than February 9, 2022 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

8. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
January 26, 2022

FTI CONSULTING, INC.
Financial Advisors to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P.

By:   /s/ Matthew Diaz
Matthew Diaz, Senior Managing Director
Three Times Square, 10th Floor
New York, New York 10036
Telephone: (212) 499-3611
Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD DECEMBER 1, 2021 TO DECEMBER 31, 2021**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Diaz, Matthew | Sr Managing Director | Restructuring | $ 1,120 | 34.4 | $ 38,528.00 |
| Joffe, Steven | Sr Managing Director | Tax | 1,165 | 2.3 | 2,679.50 |
| Simms, Steven | Sr Managing Director | Restructuring | 1,295 | 5.4 | 6,993.00 |
| Shafer, Patterson | Managing Director | Healthcare | 600 | 19.0 | 11,400.00 |
| Bromberg, Brian | Sr Director | Restructuring | 850 | 93.3 | 79,305.00 |
| Johnson, Ancy | Director | Healthcare | 475 | 15.0 | 7,125.00 |
| Baron, Genevieve | Sr Consultant | Healthcare | 375 | 40.0 | 15,000.00 |
| Knaak, Meredith | Sr Consultant | Healthcare | 375 | 14.0 | 5,250.00 |
| Kurtz, Emma | Sr Consultant | Restructuring | 580 | 45.4 | 26,332.00 |
| Hellmund-Mora, Marili | Associate | Restructuring | 290 | 0.6 | 174.00 |
| **GRAND TOTAL** | | | | **269.4** | **$ 192,786.50** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD DECEMBER 1, 2021 TO DECEMBER 31, 2021**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 6.7 | $ 4,480.00 |
| 2 | Cash & Liquidity Analysis | 1.5 | 1,680.00 |
| 7 | Analysis of Domestic Business Plan | 119.3 | 66,784.00 |
| 10 | Analysis of Tax Issues | 2.3 | 2,679.50 |
| 11 | Prepare for and Attend Court Hearings | 4.3 | 3,358.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 93.3 | 78,815.50 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 7.1 | 7,037.50 |
| 24 | Preparation of Fee Application | 5.2 | 3,652.00 |
| 30 | Emergence Preparation | 29.7 | 24,300.00 |
| | **GRAND TOTAL** | **269.4** | **$ 192,786.50** |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2021 TO DECEMBER 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 12/1/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/2/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/3/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/6/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/7/2021 | Diaz, Matthew | 0.6 | Review October monthly operating report to evaluate performance. |
| 1 | 12/7/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/8/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/9/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/10/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/13/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/14/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/15/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/16/2021 | Kurtz, Emma | 0.3 | Draft summary of 12/16 hearing to provide updates to team. |
| 1 | 12/16/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/21/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/22/2021 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/23/2021 | Diaz, Matthew | 0.5 | Review of the Debtors' November monthly operating report. |
| 1 | 12/23/2021 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **6.7** | |
| 2 | 12/7/2021 | Diaz, Matthew | 0.6 | Review Debtors' latest 13 week cash flow. |
| 2 | 12/13/2021 | Diaz, Matthew | 0.9 | Review Debtors' cash flow reporting. |
| **2 Total** | | | **1.5** | |
| 7 | 12/1/2021 | Baron, Genevieve | 2.3 | Prepare revisions to presentation analyzing costs. |
| 7 | 12/1/2021 | Johnson, Ancy | 3.2 | Prepare revisions to analysis of Wilson manufacturing plant. |
| 7 | 12/1/2021 | Johnson, Ancy | 2.8 | Prepare updated slides for report re: manufacturing plant. |
| 7 | 12/1/2021 | Knaak, Meredith | 0.6 | Prepare updates to report per internal comments. |
| 7 | 12/1/2021 | Shafer, Patterson | 2.1 | Review draft report analyzing costs to provide comments to team. |
| 7 | 12/1/2021 | Shafer, Patterson | 1.9 | Continue to review draft report analyzing costs to provide comments to team. |
| 7 | 12/2/2021 | Baron, Genevieve | 3.4 | Prepare revisions to presentation per internal comments. |
| 7 | 12/2/2021 | Johnson, Ancy | 3.2 | Prepare revisions to analysis of historical costs per internal comments. |
| 7 | 12/2/2021 | Shafer, Patterson | 2.3 | Review updated report to provide further comments to team. |
| 7 | 12/2/2021 | Shafer, Patterson | 2.6 | Evaluate analysis of Debtors' historical costs to provide comments. |
| 7 | 12/3/2021 | Baron, Genevieve | 2.2 | Incorporate internal feedback into analysis of historical costs. |
| 7 | 12/3/2021 | Baron, Genevieve | 2.1 | Prepare updates to report to reflect revised analysis. |
| 7 | 12/3/2021 | Johnson, Ancy | 2.9 | Prepare revisions to draft report to incorporate internal comments. |
| 7 | 12/3/2021 | Shafer, Patterson | 2.1 | Review updated draft of the report to provide additional comments. |
| 7 | 12/6/2021 | Bromberg, Brian | 2.2 | Review report analyzing costs to provide feedback. |
| 7 | 12/6/2021 | Diaz, Matthew | 1.6 | Review draft report to evaluate next steps. |
| 7 | 12/7/2021 | Baron, Genevieve | 2.2 | Prepare revisions to draft report per feedback from team. |
| 7 | 12/7/2021 | Bromberg, Brian | 1.0 | Attend call with healthcare team to discuss draft report. |
| 7 | 12/7/2021 | Bromberg, Brian | 2.2 | Review in detail analysis in cost report to prepare for call. |
| 7 | 12/7/2021 | Diaz, Matthew | 2.9 | Review cost report in detail to prepare comments. |
| 7 | 12/7/2021 | Johnson, Ancy | 1.0 | Attend call with internal team to discuss comments on draft report. |
| 7 | 12/7/2021 | Kurtz, Emma | 2.6 | Review draft cost report to evaluate next steps. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD DECEMBER 1, 2021 TO DECEMBER 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 12/7/2021 | Shafer, Patterson | 1.0 | Attend call with team to discuss initial feedback on draft report. |
| 7 | 12/8/2021 | Baron, Genevieve | 2.2 | Review feedback from team on draft report to evaluate potential changes. |
| 7 | 12/8/2021 | Baron, Genevieve | 2.6 | Prepare revisions to cost presentation to address comments from team. |
| 7 | 12/8/2021 | Johnson, Ancy | 1.9 | Prepare updates to report to finalize analysis. |
| 7 | 12/8/2021 | Knaak, Meredith | 2.7 | Prepare revisions to cost report per internal comments. |
| 7 | 12/8/2021 | Shafer, Patterson | 1.3 | Review updated draft of the report to provide further comments. |
| 7 | 12/9/2021 | Baron, Genevieve | 2.3 | Prepare revisions to analysis of Debtors' historical business plan costs. |
| 7 | 12/9/2021 | Baron, Genevieve | 2.7 | Prepare updates to report to reflect latest analysis. |
| 7 | 12/9/2021 | Diaz, Matthew | 1.6 | Review updated draft of the report to evaluate changes. |
| 7 | 12/9/2021 | Diaz, Matthew | 0.7 | Participate in call with Alix re: analysis of business plan. |
| 7 | 12/9/2021 | Knaak, Meredith | 2.4 | Prepare status update of analysis and outstanding questions for Alix in preparation for call. |
| 7 | 12/9/2021 | Kurtz, Emma | 0.7 | Attend call with Alix to discuss analysis of business plan. |
| 7 | 12/9/2021 | Shafer, Patterson | 0.7 | Attend call with Alix to discuss business plan analysis re: projected costs. |
| 7 | 12/9/2021 | Shafer, Patterson | 1.1 | Review status update of report and questions for Alix to prepare for call. |
| 7 | 12/10/2021 | Baron, Genevieve | 2.2 | Prepare revisions to analysis of business plan cost projections per call with Alix. |
| 7 | 12/10/2021 | Shafer, Patterson | 0.9 | Review updated draft of report to provide comments. |
| 7 | 12/13/2021 | Baron, Genevieve | 1.8 | Prepare further revisions to report to reflect internal comments. |
| 7 | 12/13/2021 | Bromberg, Brian | 1.1 | Review outstanding issues re: cost report. |
| 7 | 12/14/2021 | Baron, Genevieve | 1.8 | Prepare summary of outstanding issues and potential next steps of report. |
| 7 | 12/14/2021 | Bromberg, Brian | 1.2 | Review Alix draft cost report. |
| 7 | 12/14/2021 | Diaz, Matthew | 1.7 | Review of the updated report to evaluate changes. |
| 7 | 12/15/2021 | Bromberg, Brian | 2.4 | Review cost report issues to provide comments. |
| 7 | 12/15/2021 | Bromberg, Brian | 1.2 | Continue to review cost report issues to provide comments. |
| 7 | 12/16/2021 | Baron, Genevieve | 3.2 | Prepare updates to report to resolve outstanding issues. |
| 7 | 12/16/2021 | Knaak, Meredith | 3.1 | Prepare revisions to presentation per internal comments. |
| 7 | 12/20/2021 | Baron, Genevieve | 1.4 | Continue to prepare edits to report to resolve outstanding issues. |
| 7 | 12/20/2021 | Bromberg, Brian | 0.7 | Review updated draft of cost report. |
| 7 | 12/21/2021 | Baron, Genevieve | 2.6 | Prepare revisions to analysis of business plan costs to include in report. |
| 7 | 12/21/2021 | Bromberg, Brian | 2.2 | Review revisions to draft report to evaluate changes. |
| 7 | 12/21/2021 | Knaak, Meredith | 2.6 | Prepare updates to slides per internal comments. |
| 7 | 12/21/2021 | Shafer, Patterson | 1.7 | Review updated presentation to provide feedback. |
| 7 | 12/22/2021 | Baron, Genevieve | 2.8 | Prepare revisions to report to incorporate internal comments. |
| 7 | 12/22/2021 | Knaak, Meredith | 2.6 | Prepare updates to analysis of cost data to include in report. |
| 7 | 12/22/2021 | Shafer, Patterson | 1.3 | Review updated report to identify next steps. |
| 7 | 12/23/2021 | Baron, Genevieve | 2.2 | Prepare additional changes to finalize report. |
| 7 | 12/23/2021 | Bromberg, Brian | 1.7 | Review finalized cost report. |
| 7 | 12/29/2021 | Bromberg, Brian | 1.4 | Review Rhodes proposed business development opportunity. |
| 7 | 12/29/2021 | Bromberg, Brian | 1.7 | Review March business plan to evaluate projections. |
| 7 | 12/29/2021 | Bromberg, Brian | 0.5 | Discuss Rhodes business development opportunity with Debtors advisors. |
| 7 Total | | | 119.3 | |
| 10 | 12/16/2021 | Joffe, Steven | 1.3 | Attend AHC call to discuss case updates with a focus on potential tax issues. |
| 10 | 12/22/2021 | Joffe, Steven | 1.0 | Attend weekly AHC call to discuss case updates, with a focus on tax issues. |
| 10 Total | | | 2.3 | |
| 11 | 12/16/2021 | Bromberg, Brian | 1.4 | Listen to hearing re: professional fees. |
| 11 | 12/16/2021 | Kurtz, Emma | 1.1 | Attend telephonically omnibus hearing to evaluate case updates. |
| 11 | 12/29/2021 | Bromberg, Brian | 1.8 | Listen to hearing on injunction. |
| 11 Total | | | 4.3 | |
| 16 | 12/1/2021 | Bromberg, Brian | 2.1 | Review analysis on appeal questions. |
| 16 | 12/1/2021 | Bromberg, Brian | 0.9 | Evaluate cash transfers questions from counsel. |
| 16 | 12/1/2021 | Bromberg, Brian | 1.3 | Review cash transfers report to evaluate historical transfers. |
| 16 | 12/1/2021 | Bromberg, Brian | 1.1 | Review UCC analysis re: historical cash transfers. |
| 16 | 12/1/2021 | Bromberg, Brian | 1.8 | Prepare analysis on appeal questions. |
| 16 | 12/1/2021 | Diaz, Matthew | 0.6 | Review district court hearing summaries. |
| 16 | 12/1/2021 | Diaz, Matthew | 1.4 | Review historical cash distributions in connection with the Judge's comments. |
| 16 | 12/1/2021 | Diaz, Matthew | 0.4 | Draft correspondence to counsel in connection with the historical cash distributions. |
| 16 | 12/1/2021 | Diaz, Matthew | 0.3 | Review of the district court scheduling briefing correspondence. |
| 16 | 12/1/2021 | Kurtz, Emma | 2.9 | Prepare analysis of Purdue historical cash flows and distributions per audited financial statements. |
| 16 | 12/1/2021 | Kurtz, Emma | 2.6 | Prepare analysis of impact on cash balance of sensitizing historical Purdue distributions. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD DECEMBER 1, 2021 TO DECEMBER 31, 2021

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 12/2/2021 | Bromberg, Brian | 1.4 | Prepare revisions to analysis on appeal questions. |
| 16 | 12/2/2021 | Diaz, Matthew | 1.4 | Review historical cash transfers presentation in connection with the Judge's comments. |
| 16 | 12/2/2021 | Kurtz, Emma | 2.2 | Prepare draft presentation re: Purdue historical distributions and cash balances. |
| 16 | 12/2/2021 | Kurtz, Emma | 1.9 | Prepare revisions to draft presentation re: cash transfers per internal comments. |
| 16 | 12/3/2021 | Simms, Steven | 0.8 | Review status of case re: appeal. |
| 16 | 12/7/2021 | Diaz, Matthew | 0.9 | Review summary of the appellate briefs. |
| 16 | 12/7/2021 | Simms, Steven | 1.2 | Review summary of appellate briefs. |
| 16 | 12/13/2021 | Simms, Steven | 0.7 | Review status of case, with a focus on the appeal. |
| 16 | 12/16/2021 | Bromberg, Brian | 2.4 | Review district court opinion. |
| 16 | 12/16/2021 | Diaz, Matthew | 1.4 | Review district court order. |
| 16 | 12/16/2021 | Diaz, Matthew | 1.1 | Participate in a call with the AHC professionals to discuss the district court judgment. |
| 16 | 12/17/2021 | Bromberg, Brian | 0.9 | Continue to review district court opinion. |
| 16 | 12/17/2021 | Diaz, Matthew | 0.9 | Review of the district court decision and related next steps. |
| 16 | 12/17/2021 | Simms, Steven | 0.9 | Review update on judge's ruling to evaluate next steps. |
| 16 | 12/20/2021 | Bromberg, Brian | 1.1 | Review potential plan alternatives in response to district court order. |
| 16 | 12/20/2021 | Bromberg, Brian | 3.2 | Research materials for claim summary slides. |
| 16 | 12/20/2021 | Bromberg, Brian | 1.4 | Prepare default interest calculation on historical cash transfers. |
| 16 | 12/20/2021 | Diaz, Matthew | 1.9 | Review causes of action against the Sacklers. |
| 16 | 12/20/2021 | Simms, Steven | 0.7 | Evaluate next steps following district court ruling. |
| 16 | 12/21/2021 | Bromberg, Brian | 1.7 | Continue to research materials for claim summary slides. |
| 16 | 12/21/2021 | Bromberg, Brian | 2.1 | Review draft of claim summary slides. |
| 16 | 12/21/2021 | Kurtz, Emma | 3.2 | Prepare draft presentation re: post appeal options. |
| 16 | 12/21/2021 | Kurtz, Emma | 1.2 | Prepare analysis of cost of continuing bankruptcy case re: post appeal options presentation. |
| 16 | 12/21/2021 | Kurtz, Emma | 2.3 | Prepare analysis of potential damages and estate claims from cash and non-cash transfers. |
| 16 | 12/22/2021 | Bromberg, Brian | 1.9 | Review latest draft of post appeal options slides to provide comments. |
| 16 | 12/22/2021 | Bromberg, Brian | 1.6 | Provide additional comments to team re: analysis of post appeal options. |
| 16 | 12/22/2021 | Bromberg, Brian | 1.2 | Review claim summary slides. |
| 16 | 12/22/2021 | Bromberg, Brian | 1.7 | Participate in call with Debtors re: appeal. |
| 16 | 12/22/2021 | Diaz, Matthew | 2.1 | Review of the post appeal options presentation. |
| 16 | 12/22/2021 | Kurtz, Emma | 2.6 | Prepare revisions to presentation evaluating post appeal options per internal comments. |
| 16 | 12/22/2021 | Kurtz, Emma | 1.9 | Prepare revised analysis of damages with interest related to cash and non-cash transfers from Purdue. |
| 16 | 12/23/2021 | Bromberg, Brian | 1.8 | Review updated analysis of post appeals option to provide further comments. |
| 16 | 12/23/2021 | Bromberg, Brian | 1.7 | Prepare revisions to historical transfers analysis. |
| 16 | 12/23/2021 | Bromberg, Brian | 1.9 | Research claim summary slides. |
| 16 | 12/23/2021 | Diaz, Matthew | 1.9 | Review presentation on the post-appeal options. |
| 16 | 12/23/2021 | Kurtz, Emma | 2.4 | Prepare revisions to presentation on post appeal options per internal comments. |
| 16 | 12/24/2021 | Bromberg, Brian | 0.4 | Review claim summary slides to evaluate changes. |
| 16 | 12/27/2021 | Bromberg, Brian | 2.4 | Review draft alternate plan cash flows. |
| 16 | 12/27/2021 | Bromberg, Brian | 0.7 | Discuss alternate plan with UCC, with a focus on cash flows. |
| 16 | 12/27/2021 | Bromberg, Brian | 2.4 | Review assumptions on alternate plan cash flows. |
| 16 | 12/27/2021 | Bromberg, Brian | 0.7 | Discuss alternate plan and cash flows with Houlihan. |
| 16 | 12/27/2021 | Bromberg, Brian | 1.2 | Summarize issues for team related to alternate plan. |
| 16 | 12/28/2021 | Bromberg, Brian | 0.9 | Discuss alternate plan assumptions with Houlihan. |
| 16 | 12/28/2021 | Bromberg, Brian | 1.1 | Review bridge to previously presented cash flows. |
| 16 | 12/28/2021 | Bromberg, Brian | 0.8 | Review prior cash flow presentation. |
| 16 | 12/28/2021 | Bromberg, Brian | 1.8 | Review alternate plan cash flows. |
| 16 | 12/28/2021 | Bromberg, Brian | 1.4 | Review MDT presentation to evaluate previously presented cash flows. |
| 16 | 12/30/2021 | Bromberg, Brian | 1.3 | Review alternate plan cash flows. |
| 16 | 12/30/2021 | Bromberg, Brian | 0.4 | Review trust cost estimates included in cash flows. |
| 16 | 12/30/2021 | Bromberg, Brian | 1.1 | Review Company operations agreement to incorporate into alternate cash flows. |
| 16 | 12/30/2021 | Bromberg, Brian | 1.3 | Review bridge of cash flows of prior plan to alternate plan. |
| 16 | 12/30/2021 | Bromberg, Brian | 0.4 | Review TopCo estimates for annual costs. |
| **16 Total** | | | **93.3** | |
| 21 | 12/1/2021 | Bromberg, Brian | 1.0 | Participate in weekly AHC call to discuss status of appeal. |
| 21 | 12/1/2021 | Diaz, Matthew | 0.7 | Participate in the AHC meeting to discuss the district court hearing. |
| 21 | 12/20/2021 | Bromberg, Brian | 1.2 | Participate in AHC call on appeal. |
| 21 | 12/20/2021 | Diaz, Matthew | 0.6 | Participate in a call with the AHC to discuss the ruling. |
| 21 | 12/22/2021 | Bromberg, Brian | 1.0 | Participate in AHC call to discuss updates, including status of appeal. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2021 TO DECEMBER 31, 2021**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 12/22/2021 | Diaz, Matthew | 0.6 | Participate in a call with the AHC to discuss the district court ruling among other things. |
| 21 | 12/22/2021 | Simms, Steven | 1.1 | Attend AHC call re: district court ruling. |
| 21 | 12/29/2021 | Bromberg, Brian | 0.9 | Participate in AHC call to discuss case updates. |
| **21 Total** | | | **7.1** | |
| 24 | 12/1/2021 | Diaz, Matthew | 1.1 | Review draft October fee application. |
| 24 | 12/3/2021 | Kurtz, Emma | 0.4 | Prepare revisions to October fee statement. |
| 24 | 12/15/2021 | Diaz, Matthew | 0.4 | Review interim fee order. |
| 24 | 12/15/2021 | Hellmund-Mora, Marili | 0.6 | Finalize the October fee application. |
| 24 | 12/15/2021 | Kurtz, Emma | 2.7 | Prepare November fee application per local rules. |
| **24 Total** | | | **5.2** | |
| 30 | 12/2/2021 | Bromberg, Brian | 0.5 | Review transfer agreement to prepare for call with counsel. |
| 30 | 12/2/2021 | Bromberg, Brian | 0.5 | Discuss transfer agreement with counsel. |
| 30 | 12/3/2021 | Bromberg, Brian | 2.4 | Review NOAT distribution procedures. |
| 30 | 12/3/2021 | Bromberg, Brian | 0.9 | Review analysis of default distributable value. |
| 30 | 12/3/2021 | Bromberg, Brian | 1.9 | Research distribution questions from creditor. |
| 30 | 12/3/2021 | Diaz, Matthew | 0.6 | Review NOAT TDP allocation to understand distribution procedures. |
| 30 | 12/3/2021 | Kurtz, Emma | 1.6 | Prepare analysis of default distributable value per the NOAT TDPs. |
| 30 | 12/6/2021 | Bromberg, Brian | 1.6 | Review NOAT distribution procedures to evaluate analysis. |
| 30 | 12/6/2021 | Bromberg, Brian | 0.4 | Discuss NOAT distribution procedures with counsel. |
| 30 | 12/6/2021 | Bromberg, Brian | 0.7 | Provide comments to team re: default distributions from NOAT. |
| 30 | 12/6/2021 | Diaz, Matthew | 0.6 | Review of the state and regional TDP allocations in connection with a question received by a creditor. |
| 30 | 12/6/2021 | Kurtz, Emma | 1.2 | Prepare revisions to analysis of illustrative distributable value to certain counties per internal comments. |
| 30 | 12/6/2021 | Kurtz, Emma | 0.3 | Attend call with Counsel to discuss illustrative analysis of distributable value to certain counties. |
| 30 | 12/8/2021 | Diaz, Matthew | 2.1 | Review updated settlement agreement to evaluate changes. |
| 30 | 12/8/2021 | Kurtz, Emma | 1.4 | Review revised A-Side credit support annexes shareholder settlement agreement to evaluate changes. |
| 30 | 12/8/2021 | Kurtz, Emma | 1.3 | Review updated draft B-side credit support annexes to the shareholder settlement agreement to evaluate changes. |
| 30 | 12/8/2021 | Kurtz, Emma | 1.9 | Review draft shareholder settlement agreement to identify updates. |
| 30 | 12/9/2021 | Kurtz, Emma | 1.4 | Prepare summary of changes to shareholder settlement agreement and credit support annexes to share with Counsel. |
| 30 | 12/11/2021 | Bromberg, Brian | 1.1 | Review changes in settlement agreement. |
| 30 | 12/15/2021 | Diaz, Matthew | 0.7 | Review transfer agreement re: contract assumptions. |
| 30 | 12/16/2021 | Diaz, Matthew | 1.6 | Review detailed contract summaries in connection with the contract assumptions set forth in the transfer agreement. |
| 30 | 12/17/2021 | Bromberg, Brian | 2.3 | Review contracts requests. |
| 30 | 12/21/2021 | Bromberg, Brian | 2.7 | Draft follow up questions for Debtors re: contracts. |
| **30 Total** | | | **29.7** | |
| **Grand Total** | | | **269.4** | |