**Presentment Date and Time: February 11, 2022, at 10:00 a.m. (prevailing Eastern Time)**
**Objection Date and Time: February 8, 2022, at 4:00 p.m. (prevailing Eastern Time)**

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF PRESENTMENT OF EIGHTH AMENDED ORDER EXTENDING**
**TIME TO OBJECT TO DISCHARGEABILITY OF CERTAIN DEBTS**

**PLEASE TAKE NOTICE** that on December 23, 2019, Purdue Pharma L.P. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Entry of an Order Extending Time to Object to Dischargeability of Certain Debts* [ECF No. 700] (the "**Motion**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE FURTHER NOTICE** that on January 7, 2020, the Court entered the *Order Extending Time to Object to Dischargeability of Certain Debts* [ECF No. 720] (the "**Order**").

**PLEASE TAKE FURTHER NOTICE** that on April 2, 2020, the Court entered the *First Amended Order Extending Time to Object to Dischargeability of Certain Debts* [ECF No. 1009] (the "**Amended Order**").

**PLEASE TAKE FURTHER NOTICE** that on June 18, 2020, the Court entered the *Second Amended Order Extending Time to Object to Dischargeability of Certain Debts* [ECF No. 1289] (the "**Second Amended Order**").

**PLEASE TAKE FURTHER NOTICE** that on July 27, 2020, the Court entered the *Third Amended Order Extending Time to Object to Dischargeability of Certain Debts* [ECF No. 1524] (the "**Third Amended Order**").

**PLEASE TAKE FURTHER NOTICE** that on October 21, 2020, the Court entered the *Fourth Amended Order Extending Time to Object to Dischargeability of Certain Debts* [ECF No. 1829] (the "**Fourth Amended Order**").

**PLEASE TAKE FURTHER NOTICE** that on January 20, 2021, the Court entered the *Fifth Amended Order Extending Time to Object to Dischargeability of Certain Debts* [ECF No. 2307] (the "**Fifth Amended Order**").

**PLEASE TAKE FURTHER NOTICE** that on April 22, 2021, the Court entered the *Sixth Amended Order Extending Time to Object to Dischargeability of Certain Debts* [ECF No. 2694] (the "**Sixth Amended Order**").

**PLEASE TAKE FURTHER NOTICE** that on October 1, 2021, the Court entered the *Seventh Amended Order Extending Time to Object to Dischargeability of Certain Debts* [ECF No. 3859] (the "**Seventh Amended Order**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the *Eighth Amended Order Extending Time to Object to Dischargeability of Certain Debts* (the "**Eighth Amended Order**") to the Honorable Robert D. Drain, United States Bankruptcy Judge, for approval and signature on **February 11, 2022 at 10:00 a.m. (prevailing Eastern Time)**. A copy of the Eighth Amended Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that a comparison between the Eighth Amended Order and the Seventh Amended Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that, unless a written objection to the Eighth Amended Order attached hereto is served and filed with proof of service with the Clerk of the Court, and a courtesy copy is delivered to the undersigned and to the chambers of the Honorable Robert D. Drain, so as to be received by **February 8, 2022 at 4:00 p.m. (prevailing Eastern Time)**, there will not be a hearing to consider such Eighth Amended Order, and such Eighth Amended Order may be signed and entered by the Court.

**PLEASE TAKE FURTHER NOTICE** that, if a written objection is timely filed and served with respect to the Eighth Amended Order, a hearing (the "**Hearing**") will be held to consider such Eighth Amended Order before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on a date to be announced.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and a failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that copies of the Eighth Amended Order may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:  January 28, 2022
        New York, New York

                              DAVIS POLK & WARDWELL LLP

                              By:  */s/ Eli J. Vonnegut*
                                    Eli J. Vonnegut

                              450 Lexington Avenue
                              New York, New York 10017
                              Telephone: (212) 450-4000
                              Facsimile:  (212) 701-5800
                              Marshall S. Huebner
                              Benjamin S. Kaminetzky
                              Timothy Graulich
                              Eli J. Vonnegut
                              Christopher S. Robertson

                              *Counsel to the Debtors*
                              *and Debtors in Possession*

**<u>Exhibit A</u>**

**Eighth Amended Order**

# Exhibit B

**Blackline Against Seventh Amended Order**