HUGHES SOCOL PIERS
RESNICK & DYM, LTD.
Matthew J. Piers
Charles D. Wysong
Emily R. Brown
Margaret E. Truesdale
70 W. Madison Street, Suite 4000
Chicago, IL 60602
Tel: (312) 580-0100
Fax: (312) 580-1994
mpiers@hsplegal.com
cwysong@hsplegal.com
ebrown@hsplegal.com
mtruesdale@hsplegal.com

*Counsel to Public School District Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## WITHDRAWAL OF APPEARANCES

To the Honorable Robert D. Drain, United States Bankruptcy Judge:

The undersigned attorneys, Matthew J. Piers, Charles D. Wysong, Emily R. Brown, and Margaret E. Truesdale of Hughes Socol Piers Resnick & Dym, Ltd., hereby withdraw their

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 0691.

appearances as attorneys of record for the Public School District Creditors[2] in the above-captioned chapter 11 cases.

Public School Districts will continue to be represented by Cyrus Mehri of Mehri & Skalet, PLLC; Neil L. Henrichsen of Henrichsen Law Group, PLLC; and Wayne Hogan of Terrell Hogan Yegelwel, P.A.; among others. Accordingly, the Court's approval of this Motion will not impact the representation of the Public School District Creditors or result in any delay in these proceedings.

---

[2] Public School District Creditors include: Board of Education of Miami-Dade County Public Schools, Baltimore City Board of School Commissioners, Board of Education of Rochester City School District, Board of Education of Minnetonka School District No. 276, Board of Education of East Aurora School District No. 131, Board of Education of Thornton Township High School District 205, Board of Education of Thornton Fractional Township High Schools District No. 215, Board of Education of Joliet Township High School District 204, Board of Education of the City of Chicago School District 299, Board of Education of Mason County Public School District, Board of Education of Putnam County Schools, Board of Education of Wyoming County Schools, Board of Education of Marion County Schools, Board of Education of Fayette County Public Schools, Board of Education of LaRue County Schools, Board of Education of Bullitt County School District, Board of Education of Breathitt County Schools, Board of Education of Estill County Schools, Board of Education of Harrison County Schools, Board of Education of Hart County Schools, Board of Education of Jefferson County Public Schools, Board of Education of Johnson County School District, Board of Education of Lawrence County Schools, Board of Education of Martin County Schools, Board of Education of Menifee County Schools, Board of Education of Owsley County Schools, Board of Education of Wolfe County Schools, Board of Education of Bangor School Department, Board of Education of Cape Elizabeth School Department, Board of Education of Maine Regional School Unit #10, Board of Education of Maine Regional School Unit #13, Board of Education of Maine Regional School Unit #25, Board of Education of Maine Regional School Unit #26, Board of Education of Maine Regional School Unit #29, Board of Education of Maine Regional School Unit #34, Board of Education of Maine Regional School Unit #40, Board of Education of Maine Regional School Unit #50, Board of Education of Maine Regional School Unit #57, Board of Education of Maine Regional School Unit #60, Board of Education of Maine Regional School Unit #71, Board of Education of Maine Regional School Unit #9, Board of Education of Maine School Administrative District #11, Board of Education of Maine School Administrative District #15, Board of Education of Maine School Administrative District #28, Board of Education of Maine School Administrative District #35, Board of Education of Maine School Administrative District #44, Board of Education of Maine School Administrative District #53, Board of Education of Maine School Administrative District #55, Board of Education of Maine School Administrative District #6, Board of Education of Maine School Administrative District #61, Board of Education of Maine School Administrative District #72, Board of Education of Portland School Department, Board of Education of Scarborough School Department, Board of Education of South Portland School Department, Board of Education of St. George Municipal School District, Board of Education of Waterville School Department, Board of Education of Ellsworth School Department, Board of Education of Goshen School District, Board of Education of Kearsarge Regional School District-SAU 65, Board of Education of Lebanon School District, Board of Education of Pittsfield School District, Board of Education of Tamworth School District, Board of Education of Eunice Public School District, and Board of Education of Gallup-McKinley County School District.

| | | |
|---|---|---|
| Dated: | February 1, 2022<br>New York, New York | Respectfully submitted,<br><br>HUGHES SOCOL PIERS RESNICK & DYM, LTD.<br><br>By: */s/ Matthew J. Piers*<br><br>Matthew J. Piers<br>Charles D. Wysong<br>Emily R. Brown<br>Margaret E. Truesdale<br>70 W. Madison Street, Suite 4000<br>Chicago, IL 60602<br>Tel: (312) 580-0100<br>Fax: (312) 580-1994<br>mpiers@hsplegal.com<br>cwysong@hsplegal.com<br>ebrown@hsplegal.com<br>mtruesdale@hsplegal.com<br><br>*Counsel to Public School District Creditors* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022, I caused a copy of the foregoing document to be served via the electronic case file system upon counsel of record for all parties.

/s/ Matthew J. Piers