KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Scott Davidson

*Special Counsel to the Debtors and Debtors in Possessions*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* [1] | **Case No. 19-23649 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**TWENTY-EIGHTH MONTHLY FEE STATEMENT OF KING & SPALDING LLP**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE**
**DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM**
**DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| | |
|---|---|
| **Name of Applicant** | King & Spalding LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 543] |
| | August 18, 2021 [Docket No. 3596] |
| **Period for Which Compensation and Reimbursement is Sought** | December 1, 2021 through December 31, 2021 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total Compensation Requested in this Statement** | $218,038.20<br>(80% of $272,547.75) |
| **Total Reimbursement Requested in this Statement** | $0.00 |
| **Total Compensation and Reimbursement Requested in this Statement** | $218,038.20 |
| **This is a(n):**  <u>**X**</u>  Monthly Application  __  Interim Application  __  Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of King & Spalding LLP as Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019 [Docket No. 543] (the "**Initial Retention Order**"), the *Order Authorizing Application of Debtors for Authority to Supplement Retention and Employment of King & Spalding LLP as Special Counsel to the Debtors Nunc Pro Tunc To July* 7, 2021, dated August 18, 2021 [Docket No. 3596] (the "**Supplemental Retention Order**," and with the Initial Retention Order, the "**Retention Orders**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), King & Spalding LLP ("**K&S**"), special counsel to the above-captioned debtors and

debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from December 1, 2021 Through December 31, 2021* (this "**Fee Statement**").[2]  By this Fee Statement, and after taking into account certain voluntary discounts and reductions,[3] K&S seeks (i) compensation in the amount of $218,038.20, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that K&S incurred in connection with such services during the Fee Period (*i.e.*, $272,547.75) and (ii) payment of $0.00, for the actual, necessary expenses that K&S incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by K&S partners, counsel, associates, discovery counsel, privilege review attorneys, and paraprofessionals during the Fee Period with respect to each of the project categories K&S established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, K&S incurred $272,547.75 in fees during the Fee Period.  Pursuant to this Fee Statement, K&S seeks reimbursement for 80% of such fees, totaling $218,038.20.

2.      Attached hereto as **Exhibit B** is a chart of K&S professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended

---

[2]     The period from December 1, 2021 through and including December 31, 2021 is referred to herein as the "**Fee Period**."

[3]     K&S agreed as a courtesy to the Debtors to bill at approximately 90% of its hourly rates in effect when the services are rendered.  Additionally, K&S agreed to offer additional discounts, including on a sliding scale on fees exceeding certain amounts.

hourly billing rate of attorneys for all services provided during the Fee Period is $392.55.[4]  The

blended hourly billing rate of all paraprofessionals is $0.00.[5]

3.      Attached hereto as **<u>Exhibit C</u>** is a chart of expenses that K&S incurred or disbursed

in the amount of $0.00 in connection with providing professional services to the Debtors during

the Fee Period.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of K&S for the Fee Period

organized by project category with a daily time log describing the time spent by each attorney and

other professional during the Fee Period as well as an itemization of expenses.

<u>**Notice**</u>

5.      K&S will provide notice of this Fee Statement in accordance with the Interim

Compensation Order.  K&S submits that no other or further notice be given.

WHEREFORE, K&S, in connection with services rendered on behalf of the Debtors during

the Fee Period, respectfully requests (i) compensation in the amount of $218,038.20, which is

equal to 80% of the total amount of reasonable compensation for actual, necessary legal services

that K&S incurred in connection with such services during the Fee Period (*i.e.*, $272,547.75) and

(ii) payment of $0.00 for the actual, necessary expenses that K&S incurred in connection with such

services during the Fee Period.

---

[4]     The blended hourly rate of $392.55 for attorneys is derived by dividing the total fees for attorneys of $272,547.75 by the total hours of 694.3.

[5]     No paraprofessional incurred time during the Fee Period.

Dated:   February 1, 2022
         New York, New York

**KING & SPALDING LLP**

*/s/ Scott Davidson*
_____

Scott Davidson
1185 Avenue of the Americas
New York, New York  10036-2601
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222

*Special Counsel to the Debtors and Debtors in*
*Possession*

**Exhibit A**

**Fees by Project Category[6]**

---

[6]    The total fees listed in Exhibit A do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Analysis/Strategy | 136.8 | $148,263.50 |
| Fact Investigation/Development | 4.3 | $1,204.00 |
| Document Production (Defense) | 537.8 | $137,542.00 |
| Retention and Fee Applications | 15.4 | $15,887.50 |
| **TOTALS** | 694.3 | $302,897.00 |

**<u>Exhibit B</u>**

**Professional & Paraprofessional Fees**[7]

---

[7]     The hourly billing rate and total compensation listed in Exhibit B for each timekeeper do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey Bucholtz | Partner; joined K&S 2009; admitted to Washington, D.C. | $1,195.00 | 30.3 | $36,208.50 |
| Rose Jones | Partner; joined K&S 2003; admitted to Georgia 2002 | $500.00 | 18.1 | $9,050.00 |
| Marisa Maleck | Partner; joined K&S 2016; admitted to Maryland 2012, Washington, D.C. 2013 | $965.00 | .8 | $772.00 |
| Paul Mezzina | Partner; joined K&S 2020; admitted to California 2009, Washington, D.C. 2011 | $1,015.00 | 5.6 | $5,684.00 |
| Hap Shashy | Partner; joined K&S 2012; admitted to Florida 1974, New York 1977, Texas 1984, Washington, D.C. | $1,475.00 | 45.5 | $67,112.50 |
| **Counsel** | | | | |
| Scott Davidson | Counsel; joined K&S 2009; admitted to New York 1996 | $1,290.00 | 8.1 | $10,449.00 |
| **Associate** | | | | |
| Leia Shermohammed | Associate; joined K&S 2017; admitted to Georgia 2015 | $745.00 | 7.3 | $5,438.50 |
| Andrew Todd | Associate; joined K&S 2020; admitted to Washington, D.C. 2020 | $705.00 | 15.7 | $11,068.50 |
| Ariana Wallizada | Associate;[8] joined K&S 2012; admitted to Washington, D.C. 2012 | $1,190.00 | 13.2 | $15,708.00 |
| **Discovery Counsel** | | | | |
| Nicole Bass | Discovery counsel; joined K&S 2010; admitted to Georgia 2010 | $350.00 | 7.6 | $2,660.00 |

---

[8] Ariana Wallizada was promoted to Partner effective January 1, 2022.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kassi Burns | Discovery counsel; joined K&S 2021; admitted to Arkansas 2006 | $350.00 | 77 | $26,950.00 |
| **Privilege Review Attorneys** | | | | |
| Austin Gibson | Privilege review attorney; joined K&S 2017; admitted to Georgia 2015 | $240.00 | 169.8 | $40,752.00 |
| Remy Jones | Privilege review attorney; joined K&S 2018; admitted to Georgia 2016 | $240.00 | 5.0 | $1,200.00 |
| Kathleen Lynch | Privilege review attorney; joined K&S 2014; admitted to Georgia 2011 | $240.00 | 241.10 | $57,864.00 |
| Alex Panos | Privilege review attorney; joined K&S 2002; admitted to Georgia 1997 | $240.00 | 40.9 | $9,816.00 |
| David Vandiver | Privilege review attorney; joined K&S 1999; admitted to Georgia 1990 | $240.00 | 4.0 | $960.00 |
| Katherine Webb | Privilege review attorney; joined K&S 2014; admitted to Georgia 2014 | $280.00 | 4.3 | $1,204.00 |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| **TOTAL** | **$0.00** |

## **Exhibit D**

**Detailed Time Records and Expenses**

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10497468 |
| Invoice Date | 01/21/22 |
| Client No. | 08714 |
| Matter No. | 158001 |

RE: DOJ Opioid Marketing Investigations
Client Matter Reference: 20190002327

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 12/31/21:

| | | |
|---|---|---|
| Fees | $ | 42,186.50 |
| Less Courtesy Fee Discount (13.0%) | | -5,484.25 |
| **Total this Invoice** | **$** | **36,702.25** |

*Payment is Due Upon Receipt*

08714      Purdue Pharma LP                                        Invoice No. 10497468
158001     DOJ Opioid Marketing Investigations                                  Page 2
01/21/22

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 12/01/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, P. Fitzgerald, K. Benedict, M. Florence, S. Birnbaum, team regarding bankruptcy and DOJ issues (2.2); review materials regarding bankruptcy and DOJ issues (1.2) | 3.4 |
| 12/02/21 | J Bucholtz | L120 | A104 | Review materials regarding DOJ and bankruptcy issues | 0.3 |
| 12/03/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, M. Florence, E. Vonnegut, team regarding bankruptcy and DOJ issues | 1.1 |
| 12/05/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, P. Fitzgerald, H. Coleman, team regarding bankruptcy and DOJ issues (0.9); review materials regarding bankruptcy and DOJ issues (0.7) | 1.6 |
| 12/06/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, M. Florence, team regarding DOJ and bankruptcy issues (0.3); review materials regarding bankruptcy and DOJ issues (0.3) | 0.6 |
| 12/07/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, S. Birnbaum, P. Fitzgerald, M. Florence, B. McConagha, team regarding bankruptcy and DOJ issues | 1.8 |
| 12/08/21 | J Bucholtz | L120 | A107 | Confer with M. Florence, K. Somers, team regarding bankruptcy and DOJ issues (0.2); review materials regarding same (0.5) | 0.7 |
| 12/09/21 | J Bucholtz | L120 | A107 | Confer with M. Florence, P. Fitzgerald, E. Vonnegut, team regarding DOJ and bankruptcy issues (0.8); review materials regarding DOJ and bankruptcy issues (0.5) | 1.3 |
| 12/10/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, J. Bragg, M. Florence, B. McConagha, E. Vonnegut, team regarding DOJ and bankruptcy issues | 1.4 |
| 12/12/21 | J Bucholtz | L120 | A107 | Confer with J. Bragg, M. Florence, team regarding DOJ and bankruptcy issues (0.2); review and edit materials regarding same (1.1) | 1.3 |
| 12/13/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, R. Aleali, P. Fitzgerald, M. Florence, J. Bragg, team regarding DOJ and bankruptcy | 1.2 |

08714      Purdue Pharma LP                                          Invoice No. 10497468
158001     DOJ Opioid Marketing Investigations                                       Page 3
01/21/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|------------|------|----------|-------------|-------|
| | | | | issues | |
| 12/14/21 | J Bucholtz | L120 | A106 | Confer with M Kesselman, J Adams, M Huebner, P Fitzgerald, M Florence, team regarding bankruptcy and DOJ issues | 1.7 |
| 12/14/21 | J Bucholtz | L120 | A104 | Review and edit materials regarding same | 0.5 |
| 12/15/21 | J Bucholtz | L120 | A106 | Confer with P Fitzgerald, M Florence, team regarding DOJ and bankruptcy issues | 0.2 |
| 12/16/21 | J Bucholtz | L120 | A105 | Confer with J Adams, P Fitzgerald, J Bragg, P Mezzina, M Maleck, team regarding bankruptcy and DOJ issues | 0.9 |
| 12/16/21 | J Bucholtz | L120 | A104 | Review materials regarding same | 1.7 |
| 12/17/21 | J Bucholtz | L120 | A106 | Confer with M Kesselman, M Huebner, S Birnbaum, P Fitzgerald, M Florence, P Mezzina, M Maleck, Board, team regarding bankruptcy and DOJ issues | 2.8 |
| 12/17/21 | M Maleck | L120 | A104 | Analyze district court decision, bankruptcy issues and draft analysis regarding same | 0.8 |
| 12/17/21 | P Mezzina | L120 | A104 | Review and analyze district court decision on appeal | 3.9 |
| 12/17/21 | P Mezzina | L120 | A105 | Confer with J. Bucholtz and M. Maleck regarding bankruptcy issues | 0.5 |
| 12/18/21 | J Bucholtz | L120 | A105 | Confer with M Kesselman, P Fitzgerald, P Mezzina, team regarding bankruptcy and DOJ issues | 0.5 |
| 12/18/21 | P Mezzina | L120 | A105 | Confer with J. Bucholtz and M. Maleck regarding bankruptcy issues | 1.2 |
| 12/20/21 | J Bucholtz | L120 | A106 | Confer with M Kesselman, M Huebner, S Birnbaum, P Fitzgerald, M Florence, team regarding bankruptcy and DOJ issues | 3.6 |
| 12/21/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, J. Bragg, M. Florence, team regarding DOJ and bankruptcy issues | 1.4 |
| 12/22/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, J. Bragg, team regarding bankruptcy and DOJ issues (0.2); review materials regarding same (0.2) | 0.4 |
| 12/23/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald regarding bankruptcy and DOJ issues | 0.6 |
| 12/27/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, team regarding DOJ and bankruptcy issues | 0.2 |

08714     Purdue Pharma LP                                          Invoice No. 10497468
158001    DOJ Opioid Marketing Investigations                                    Page 4
01/21/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 12/28/21 | J Bucholtz | L120 | A105 | Confer with G. McCarthy, team regarding bankruptcy and DOJ issues | 0.3 |
| 12/29/21 | J Bucholtz | L120 | A107 | Confer with J. Simonelli, M. Florence, team regarding bankruptcy and DOJ issues | 0.2 |
| 12/31/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, team regarding DOJ and bankruptcy issues | 0.2 |
| | | | | | 36.3 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Jeffrey Bucholtz | Partner | 29.9 | 1195.00 | 35,730.50 |
| Marisa Maleck | Partner | 0.8 | 965.00 | 772.00 |
| Paul Mezzina | Partner | 5.6 | 1015.00 | 5,684.00 |
| Total | | 36.3 | | $42,186.50 |

08714      Purdue Pharma LP                                          Invoice No. 10497468
158001     DOJ Opioid Marketing Investigations                                   Page 5
01/21/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|---|------:|------:|
| L120 | Analysis/Strategy | 36.3 | 36,702.25 |
| | Total Fees | 36.3 | 36,702.25 |

# KING & SPALDING

---

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10497467 |
| Invoice Date | 01/21/22 |
| Client No. | 08714 |
| Matter No. | 090001 |

RE: Plan Transaction Tax Issues
Client Matter Reference: 20210003141

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 12/31/21:

| | | |
|---|---|---|
| Fees | $ | 94,367.00 |
| Less Courtesy Fee Discount (13.0%) | | -12,267.71 |
| **Total this Invoice** | **$** | **82,099.29** |

*Payment is Due Upon Receipt*

08714     Purdue Pharma LP                                              Invoice No. 10497467
090001    Plan Transaction Tax Issues                                              Page 2
01/21/22

**PROFESSIONAL SERVICES**

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 12/01/21 | H Shashy | L120 | A107 | Confer with Davis Polk, Norton Rose, and Milbank regarding IRS pre-submission conference | 1.4 |
| 12/01/21 | H Shashy | L120 | A104 | Review of pre-submission memorandum | 0.5 |
| 12/01/21 | H Shashy | L120 | A108 | Confer with IRS regarding pre-submission conference | 0.8 |
| 12/01/21 | A Todd | L120 | A105 | Correspondence regarding ruling request | 0.3 |
| 12/01/21 | A Wallizada | L120 | A105 | Discuss IRS pre-submission conference with H. Shashy and A. Todd | 0.2 |
| 12/02/21 | H Shashy | L120 | A107 | Confer with Davis Polk regarding IRS conference (0.7); confer with Norton Rose regarding IRS conference (1.8) | 2.5 |
| 12/02/21 | H Shashy | L120 | A104 | Review of materials for IRS conference | 0.9 |
| 12/02/21 | A Todd | L120 | A105 | Correspondence regarding ruling request | 0.3 |
| 12/03/21 | H Shashy | L120 | A108 | Confer with IRS regarding pre-submission conference | 0.6 |
| 12/03/21 | H Shashy | L120 | A107 | Confer with Norton Rose regarding pre-submission conference | 1.4 |
| 12/03/21 | H Shashy | L120 | A101 | Preparation for IRS pre-submission conference | 2.3 |
| 12/03/21 | A Todd | L120 | A104 | Research IRS ruling requirements | 2.2 |
| 12/04/21 | J Bucholtz | L120 | A105 | Confer with H. Shashy regarding next steps with IRS | 0.2 |
| 12/04/21 | H Shashy | L120 | A101 | Preparation for IRS pre-submission conference | 1.2 |
| 12/04/21 | A Wallizada | L120 | A104 | Analyze tax issues (1.5); prepare summary of same for review by H. Shashy (0.7); prepare for IRS pre-submission conference (1.2) | 3.4 |
| 12/05/21 | H Shashy | L120 | A101 | Preparation for IRS pre-submission conference | 8.6 |
| 12/05/21 | A Todd | L120 | A104 | Research tax issues | 3.8 |
| 12/05/21 | A Wallizada | L120 | A104 | Analyze materials for IRS pre-submission conference (1.4); prepare tax analysis regarding same (0.9) | 2.3 |
| 12/06/21 | H Shashy | L120 | A101 | Preparation for IRS pre-submission conference | 6.8 |
| 12/06/21 | A Todd | L120 | A104 | Research tax issues | 3.0 |

08714      Purdue Pharma LP                                          Invoice No. 10497467
090001     Plan Transaction Tax Issues                                              Page 3
01/21/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 12/06/21 | A Wallizada | L120 | A104 | Review tax issues analysis (0.6); prepare summary of same for review by H. Shashy (1.3) | 1.9 |
| 12/07/21 | J Bucholtz | L120 | A105 | Confer with H. Shashy regarding IRS issues | 0.2 |
| 12/07/21 | H Shashy | L120 | A107 | Confer with Norton Rose regarding IRS pre-submission conference (1.2); confer with Davis Polk regarding IRS pre-submission conference (2.1) | 3.3 |
| 12/07/21 | H Shashy | L120 | A108 | Pre-submission conference with IRS | 1.2 |
| 12/07/21 | H Shashy | L120 | A101 | Preparation for pre-submission conference with the IRS | 2.6 |
| 12/07/21 | A Todd | L120 | A108 | Pre-submission conference with IRS | 1.1 |
| 12/07/21 | A Todd | L120 | A103 | Review and revise summary of pre-submission conference with IRS | 1.0 |
| 12/07/21 | A Wallizada | L120 | A104 | Prepare for pre-submission conference (0.9); attend same (1.2); prepare summary of conference for review by A. Todd and H. Shashy (1.7); review tax issue (0.9) | 4.7 |
| 12/09/21 | H Shashy | L120 | A104 | Analysis of tax issues | 1.3 |
| 12/12/21 | H Shashy | L120 | A101 | Preparation of materials for Special Committee meeting | 1.8 |
| 12/12/21 | H Shashy | L120 | A104 | Analysis of tax issues | 1.3 |
| 12/12/21 | A Todd | L120 | A103 | Prepare materials regarding IRS pre-submission conference | 1.7 |
| 12/12/21 | A Todd | L120 | A104 | Research tax issues | 2.3 |
| 12/12/21 | A Wallizada | L120 | A104 | Analyze materials and prepare tax comments to same | 0.7 |
| 12/13/21 | H Shashy | L120 | A101 | Preparation for special committee meeting | 1.7 |
| 12/13/21 | H Shashy | L120 | A107 | Confer with Davis Polk regarding special committee meeting | 0.6 |
| 12/14/21 | H Shashy | L120 | A101 | Preparation for Special Committee meeting | 1.7 |
| 12/14/21 | H Shashy | L120 | A109 | Special Committee meeting | 1.1 |
| 12/17/21 | H Shashy | L120 | A104 | Review of district court decision | 1.2 |
| 12/17/21 | H Shashy | L120 | A107 | Confer with Davis Polk on district court decision | 0.7 |

74.8

08714      Purdue Pharma LP                                          Invoice No. 10497467
090001     Plan Transaction Tax Issues                                          Page 4
01/21/22

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---:|---:|---:|
| Jeffrey Bucholtz | Partner | 0.4 | 1195.00 | 478.00 |
| Hap Shashy | Partner | 45.5 | 1475.00 | 67,112.50 |
| Ariana Wallizada | Partner | 13.2 | 1190.00 | 15,708.00 |
| Andrew Todd | Associate | 15.7 | 705.00 | 11,068.50 |
| Total | | 74.8 | | $94,367.00 |

08714     Purdue Pharma LP                                    Invoice No. 10497467
090001    Plan Transaction Tax Issues                                      Page 5
01/21/22

**Task Summary - Fees**

| Task | | Hours | Value |
|---|---|---:|---:|
| L120 | Analysis/Strategy | 74.8 | 82,099.29 |
| | Total Fees | 74.8 | 82,099.29 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10497466 |
| Invoice Date | 01/21/22 |
| Client No. | 08714 |
| Matter No. | 240001 |

RE: Retention And Fee Application
Client Matter Reference: 20190002705

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 12/31/21:

| | | |
|---|---|---|
| Fees | $ | 15,887.50 |
| Less Courtesy Fee Discount (13.0%) | | -2,065.37 |
| **Total this Invoice** | **$** | **13,822.13** |

*Payment is Due Upon Receipt*

| 08714 | Purdue Pharma LP | | | Invoice No. 10497466 |
| 240001 | Retention And Fee Application | | | Page 2 |
| 01/21/22 | | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 12/01/21 | S Davidson | L120 | A104 | E-mails regarding monthly fee statement and need to prepare amended version (0.2); review revised invoice and prepare amended October monthly fee statement (0.6); coordinate filing and service of monthly fee statement (0.3); request updated LEDES data and circulate to Fee Examiner (0.2); e-mail regarding filing of amended monthly fee statement (0.1) | 1.4 |
| 12/03/21 | S Davidson | L120 | A104 | Review e-mail and letter from Fee Examiner (0.2); e-mails with Fee Examiner regarding same (0.2); e-mails with team regarding Fee Examiner letter (0.3) | 0.7 |
| 12/07/21 | S Davidson | L120 | A105 | E-mails with L. Shermohammed regarding November Monthly Fee Statement | 0.3 |
| 12/07/21 | L Shermohammed | L210 | A103 | Draft November monthly fee statement | 3.6 |
| 12/08/21 | S Davidson | L120 | A104 | E-mails with L. Shermohammed regarding status of November Monthly Fee Statement (0.2); review draft of November Monthly Fee Statement and revise (0.5); finalize November Monthly Fee Statement (0.3); coordinate filing and service of November Monthly Fee Statement (0.3); e-mail to team regarding same (0.1); request LEDES data and e-mail same to Fee Examiner (0.2) | 1.6 |
| 12/08/21 | L Shermohammed | L210 | A103 | Draft and finalize November monthly fee statement | 3.7 |
| 12/16/21 | S Davidson | L120 | A104 | Review draft of proposed fee order (0.3); review current and prior amounts and e-mails with Davis Polk regarding same (0.4); prepare for hearing on interim fee application (0.6); attend interim fee hearing (1.9); e-mail to group regarding same (0.2) | 3.4 |
| 12/20/21 | S Davidson | L120 | A104 | Review docket for fee order (0.2); e-mails with Davis Polk regarding status of same (0.2); review fee order and e-mail to team regarding same (0.3) | 0.7 |
| | | | | | 15.4 |

08714      Purdue Pharma LP                                              Invoice No. 10497466
240001     Retention And Fee Application                                              Page 3
01/21/22

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Scott Davidson | Counsel | 8.1 | 1290.00 | 10,449.00 |
| Leia Shermohammed | Associate | 7.3 | 745.00 | 5,438.50 |
| Total | | 15.4 | | $15,887.50 |

08714      Purdue Pharma LP                                    Invoice No. 10497466
240001     Retention And Fee Application                                      Page 4
01/21/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|--------------|-------|-----------|
| L120 | Analysis/Strategy | 8.1 | 9,090.63 |
| L210 | Pleadings | 7.3 | 4,731.50 |
| | Total Fees | 15.4 | 13,822.13 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

| | |
|---|---|
| Purdue Pharma, LP (Document Matters) | Invoice No.   10498667 |
| Sent Electronically | Invoice Date   01/26/22 |
| | Client No.   44444 |
| | Matter No.   190003 |

RE: DOJ/NJ/ME
Client Matter Reference: 20190002258

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 12/31/21:

| | | |
|---|---|---|
| Fees | $ | 4,035.00 |
| Less Tiered Discount | | -282.45 |
| **Total this Invoice** | **$** | **3,752.55** |

*Payment is Due Upon Receipt*

| | | | | | |
|---|---|---|---|---|---|
| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10498667 |
| 190003 | DOJ/NJ/ME | | | | Page 2 |
| 01/26/22 | | | | | |

**PROFESSIONAL SERVICES**

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 12/01/21 | N Bass | L120 | A101 | Manage privilege review | 1.2 |
| 12/03/21 | N Bass | L120 | A101 | Manage privilege review | 0.9 |
| 12/08/21 | R Jones | L120 | A110 | Prepare documents for production | 1.1 |
| 12/09/21 | R Jones | L120 | A110 | Prepare documents for production | 2.3 |
| 12/10/21 | R Jones | L120 | A110 | Prepare documents for production | 1.6 |
| 12/15/21 | R Jones | L120 | A110 | Prepare documents for production | 1.6 |
| | | | | | 8.7 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Rose Jones | Partner | 6.6 | 500.00 | 3,300.00 |
| Nicole Bass | Discovery Counsel | 2.1 | 350.00 | 735.00 |
| Total | | 8.7 | | $4,035.00 |

44444       Purdue Pharma, LP (Document Matters)                          Invoice No. 10498667
190003      DOJ/NJ/ME                                                                   Page 3
01/26/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|---|-------|-------|
| L120 | Analysis/Strategy | 8.7 | 4,035.00 |
| | Total Fees | 8.7 | 4,035.00 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

| | |
|---|---|
| Purdue Pharma, LP (Document Matters) | |
| Sent Electronically | |

| | |
|---|---|
| Invoice No. | 10498669 |
| Invoice Date | 01/28/22 |
| Client No. | 44444 |
| Matter No. | 795002 |

RE: Bankruptcy Insurance Matter
Client Matter Reference: 20210003073

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 12/31/21:

| | | |
|---|---|---|
| Fees | $ | 88,390.00 |
| Less Tiered Discount | | -6,187.30 |
| **Total this Invoice** | **$** | **82,202.70** |

*Payment is Due Upon Receipt*

44444    Purdue Pharma, LP (Document Matters)       Invoice No. 10498669
795002    Bankruptcy Insurance Matter       Page 2
01/28/22

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 12/01/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.8 |
| 12/01/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.2 |
| 12/01/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 6.1 |
| 12/01/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 1.2 |
| 12/02/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.2 |
| 12/02/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.8 |
| 12/02/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.1 |
| 12/03/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 12/03/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.0 |
| 12/03/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.9 |
| 12/03/21 | K Webb | L110 | A104 | Manage QC for privilege in connection with custodial documents relating to the bankruptcy insurance investigation | 2.3 |

44444   Purdue Pharma, LP (Document Matters)                                    Invoice No. 10498669
795002   Bankruptcy Insurance Matter                                                         Page 3
01/28/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|------------|------|----------|-------------|-------|
| 12/04/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.1 |
| 12/04/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 5.7 |
| 12/05/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.3 |
| 12/05/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 5.4 |
| 12/06/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.7 |
| 12/06/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.2 |
| 12/06/21 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.5 |
| 12/06/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.4 |
| 12/06/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 2.8 |
| 12/06/21 | K Webb | L110 | A104 | Manage QC for privilege in connection with custodial documents relating to the bankruptcy insurance investigation | 0.9 |
| 12/07/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.0 |
| 12/07/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance | 8.1 |

| | | | | | |
|---|---|---|---|---|---|
| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10498669 |
| 795002 | Bankruptcy Insurance Matter | | | | Page 4 |
| 01/28/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | review | |
| 12/07/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 12/07/21 | K Webb | L110 | A104 | Manage QC for privilege in connection with custodial documents relating to the bankruptcy insurance investigation | 1.1 |
| 12/08/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.1 |
| 12/08/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.1 |
| 12/08/21 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.7 |
| 12/08/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.3 |
| 12/09/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.9 |
| 12/09/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.0 |
| 12/09/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 6.2 |
| 12/10/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.7 |
| 12/10/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 4.4 |
| 12/10/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents | 10.3 |

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10498669
795002     Bankruptcy Insurance Matter                                                            Page 5
01/28/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | relating to the bankruptcy insurance review | |
| 12/11/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 0.5 |
| 12/13/21 | N Bass | L120 | A101 | Manage privilege review | 3.7 |
| 12/13/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.3 |
| 12/13/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 5.3 |
| 12/13/21 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 12/13/21 | R Jones | L120 | A110 | Prepare documents for production | 2.9 |
| 12/13/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 4.9 |
| 12/14/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.1 |
| 12/14/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.7 |
| 12/15/21 | N Bass | L120 | A101 | Manage privilege review | 0.4 |
| 12/15/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.4 |
| 12/15/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.1 |
| 12/16/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.8 |
| 12/16/21 | A Gibson | L320 | A104 | Quality control for privilege in | 8.8 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10498669 |
| 795002 | Bankruptcy Insurance Matter | | | | Page 6 |
| 01/28/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | connection with custodial documents relating to the bankruptcy insurance review | |
| 12/17/21 | N Bass | L120 | A101 | Manage privilege review | 0.5 |
| 12/17/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.7 |
| 12/17/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.2 |
| 12/17/21 | R Jones | L120 | A110 | Prepare documents for production | 1.1 |
| 12/17/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.8 |
| 12/18/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.3 |
| 12/18/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.9 |
| 12/19/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.3 |
| 12/20/21 | N Bass | L120 | A101 | Manage privilege review | 0.9 |
| 12/20/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.7 |
| 12/20/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.0 |
| 12/20/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.8 |
| 12/21/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.6 |

44444      Purdue Pharma, LP (Document Matters)                                              Invoice No. 10498669
795002     Bankruptcy Insurance Matter                                                       Page 7
01/28/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 12/21/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.0 |
| 12/21/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 11.2 |
| 12/22/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.4 |
| 12/22/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.0 |
| 12/22/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 3.4 |
| 12/23/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.5 |
| 12/23/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 7.7 |
| 12/27/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.7 |
| 12/27/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.3 |
| 12/28/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 12/28/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 5.0 |
| 12/29/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to | 0.7 |

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10498669
795002     Bankruptcy Insurance Matter                                                            Page 8
01/28/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | ongoing case team and discovery requests | |
| 12/30/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.8 |
| | | | | | 341.7 |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Rose Jones | Partner | 4.0 | 500.00 | 2,000.00 |
| Kassi Burns | Discovery Counsel | 41.5 | 350.00 | 14,525.00 |
| Nicole Bass | Discovery Counsel | 5.5 | 350.00 | 1,925.00 |
| Remy Jones | Privilege Review Attorney | 3.5 | 240.00 | 840.00 |
| David Vandiver | Privilege Review Attorney | 4.0 | 240.00 | 960.00 |
| Katherine Webb | Privilege Review Attorney | 4.3 | 280.00 | 1,204.00 |
| Austin Gibson | Privilege Review Attorney | 143.9 | 240.00 | 34,536.00 |
| Kathleen Lynch | Privilege Review Attorney | 135.0 | 240.00 | 32,400.00 |
| Total | | 341.7 | | 88,390.00 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

| | | |
|---|---|---|
| Purdue Pharma, LP (Document Matters) | Invoice No. | 10498666 |
| Sent Electronically | Invoice Date | 01/28/22 |
| | Client No. | 44444 |
| | Matter No. | 795001 |

RE: 3rd Party Subpoena Response-Document/Discovery Services
Client Matter Reference: 20210003182

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 12/31/21:

| | | |
|---|---|---|
| Fees | $ | 58,031.00 |
| Less Tiered Discount | | -4,062.17 |
| **Total this Invoice** | **$** | **53,968.83** |

*Payment is Due Upon Receipt*

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10498666 |
|---|---|---|---|---|---|
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 2 |
| 01/28/22 | | | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 12/01/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 12/02/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 12/02/21 | R Jones | L120 | A110 | Prepare documents for production | 1.3 |
| 12/03/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.5 |
| 12/03/21 | R Jones | L120 | A110 | Prepare documents for production | 1.1 |
| 12/05/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 12/06/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.2 |
| 12/06/21 | R Jones | L120 | A110 | Prepare documents for production | 1.9 |
| 12/07/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.5 |
| 12/07/21 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.5 |
| 12/07/21 | R Jones | L120 | A110 | Prepare documents for production | 1.9 |
| 12/08/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.3 |
| 12/09/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.2 |
| 12/10/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to | 2.9 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10498666 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 3 |
| 01/28/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|-------|-----------|------|----------|-------------|-------|
| | | | | ongoing case team and discovery requests | |
| 12/10/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the WDVA investigation | 3.6 |
| 12/11/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.1 |
| 12/11/21 | K Lynch | L320 | A104 | Review background materials in connection with quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review (3.5); quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review (3.8) | 7.3 |
| 12/12/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 12.5 |
| 12/13/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.0 |
| 12/13/21 | A Gibson | L320 | A104 | Review background materials in connection with quality control for privilege in connection with custodial documents (1.8); quality control for privilege in connection with custodial documents (1.2) | 3.0 |
| 12/13/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 6.4 |
| 12/14/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.4 |
| 12/14/21 | R Jones | L120 | A110 | Prepare documents for production | 1.3 |
| 12/14/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 8.8 |
| 12/15/21 | K Burns | L320 | A104 | Coordinate document review and | 2.2 |

44444        Purdue Pharma, LP (Document Matters)                                    Invoice No. 10498666
795001       3rd Party Subpoena Response-Document/Discovery                                          Page 4
             Services

01/28/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | production workflows in response to ongoing case team and discovery requests | |
| 12/15/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.0 |
| 12/16/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 12/16/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 10.3 |
| 12/17/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.5 |
| 12/17/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 1.2 |
| 12/20/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.6 |
| 12/21/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.8 |
| 12/22/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.9 |
| 12/22/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review (3.8); Review background materials in connection with quality control for privilege in connection with custodial documents relating to the DOJ review (2.7) | 6.5 |
| 12/22/21 | A Panos | L320 | A104 | Review background materials in connection with quality control for privilege in connection with custodial | 3.2 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10498666 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 5 |

01/28/22

| Date | Timekeeper | Task | Activity | Description | Hours |
| --- | --- | --- | --- | --- | --- |
| | | | | documents relating to the DOJ review | |
| 12/23/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.8 |
| 12/23/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 2.3 |
| 12/23/21 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 5.3 |
| 12/26/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 5.2 |
| 12/27/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.4 |
| 12/27/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 9.9 |
| 12/27/21 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 8.3 |
| 12/28/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.5 |
| 12/28/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 2.8 |
| 12/28/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 10.5 |
| 12/28/21 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 7.2 |
| 12/29/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.5 |
| 12/29/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 8.3 |
| 12/29/21 | K Lynch | L320 | A104 | Quality control for privilege in | 7.9 |

44444      Purdue Pharma, LP (Document Matters)                    Invoice No. 10498666
795001     3rd Party Subpoena Response-Document/Discovery                      Page 6
           Services

01/28/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | connection with custodial documents relating to the DOJ review | |
| 12/29/21 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 8.2 |
| 12/30/21 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.0 |
| 12/30/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 8.2 |
| 12/30/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 6.2 |
| 12/30/21 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 6.8 |
| 12/31/21 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 1.1 |
| 12/31/21 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 1.9 |
| | | | | | 217.4 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Rose Jones | Partner | 7.5 | 500.00 | 3,750.00 |
| Kassi Burns | Discovery Counsel | 35.5 | 350.00 | 12,425.00 |
| Remy Jones | Privilege Review Attorney | 1.5 | 240.00 | 360.00 |
| Alex Panos | Privilege Review Attorney | 40.9 | 240.00 | 9,816.00 |
| Austin Gibson | Privilege Review Attorney | 25.9 | 240.00 | 6,216.00 |
| Kathleen Lynch | Privilege Review Attorney | 106.1 | 240.00 | 25,464.00 |
| Total | | 217.4 | | 58,031.00 |

| 44444 | Purdue Pharma, LP (Document Matters) | | Invoice No. 10498666 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | Page 7 |
| 01/28/22 | | | |

**Task Summary - Fees**

| Task | | Hours | Value |
| --- | --- | --- | --- |
| L120 | Analysis/Strategy | 7.5 | 3,750.00 |
| L320 | Document Production (Defense) | 209.9 | 54,281.00 |
| | Total Fees | 217.4 | 58,031.00 |