UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**ORDER FURTHER EXTENDING TERMINATION DATE UNDER THE TERMS AND CONDITIONS OF MEDIATION BEFORE THE HONORABLE SHELLEY C. CHAPMAN**

By order dated January 3, 2022 [ECF Doc. 4260] (the "Appointment Order") the Court appointed the Honorable Shelley C. Chapman as Mediator with respect to the Mediation Topic, as such terms are defined in the Appointment Order, and by order also dated January 3, 2022 [ECF Doc. 4261] (the "Mediation Terms and Conditions Order") the Court set forth the terms and conditions of the mediation directed by the Appointment Order. By order dated January 13, 2022 [ECF Doc. 4286] the Court extended the Termination Date of the mediation, as such term is defined in paragraph 2 of the Mediation Terms and Conditions Order, to and including February 1, 2022. On January 31, 2022, the Mediator filed a Mediator's Interim Report [ECF Doc. No. 4316], in which she stated that as of that date "the Mediation Parties are close to an agreement in principle that provides for substantial additional consideration incremental to the $4.325 billion provided for in the Plan – an incremental amount that would be used exclusively for abatement of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

the opioid crisis and related matters." The Interim Report further requests that the Court extend the Termination Date of the mediation to February 7, 2022 "to conclude the negotiations and address a number of remaining issues." Having accorded considerable discretion to the Mediator with respect to the mediation of the Mediation Topic, the Court determines that there is good and sufficient cause to direct such extension. Now, therefore, it is hereby

**ORDERED**, that the definition of "Termination Date" in paragraph 2 of the Mediation Terms and Conditions Order is modified to be "February 7, 2022 at 11:59 p.m."; and it is further

**ORDERED**, that no other provision of the Mediation Terms and Conditions Order is modified, and both it, as modified in the preceding decretal paragraph, and the Appointment Order remain in full force and effect.

Dated:  February 1, 2022         */s/Robert D. Drain*
       White Plains, New York         THE HONORABLE ROBERT D. DRAIN
                                               UNITED STATES BANKRUPTCY JUDGE