19-23649-shl    Doc 4320-1    Filed 02/01/22    Entered 02/01/22 14:56:14    Exhibit A - Ordinary Course Professionals Statement    Pg 1 of 6

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (RDD)

OCP Payment Report - Three Month Fee Average
Schedule 2

| Name | Tier | Rolling Cap | Case Cap | Case Total[1] | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 14,953,722 | 449,332 | 407,404 | 349,677 | 347,641 | 406,899 | 462,659 | 522,500 | 595,273 | 735,800 | 711,083 | 716,532 | 628,444 | 745,226 | 722,348 | 718,736 | 664,991 | 582,125 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 7,717,781 | 315,666 | 322,383 | 312,973 | 271,379 | 243,045 | 222,155 | 221,980 | 255,991 | 264,559 | 277,436 | 270,906 | 282,350 | 282,579 | 277,338 | 274,455 | 260,284 | 245,040 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 364,091 | 14,917 | 19,128 | 27,596 | 26,572 | 30,125 | 24,144 | 16,908 | 15,898 | 14,377 | 14,333 | 6,175 | 3,843 | 3,292 | 3,565 | 3,282 | 4,523 | 3,350 |
| OCP Total | Total | | 25,000,000 | 23,035,593 | | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 3 | 75,000 | 900,000 | 2,131 | 91 | 95 | 95 | 95 | | | | | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | | | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 2,169 | | | 432 | 432 | 432 | | | | | | | | | | 29 | 29 | 29 |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | | | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 3 | 75,000 | 900,000 | 3,749 | | | 350 | 350 | 350 | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 630,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 22,500 | 20,000 | 17,500 | 17,500 | 17,500 | 17,500 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 11,628 | 27 | 136 | 163 | 177 | 150 | 517 | 734 | 653 | 422 | 163 | 163 | 231 | 231 | 231 | | | |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 87,558 | 8,056 | 10,685 | 17,089 | 11,569 | 14,503 | 8,099 | 5,564 | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 48,775 | 408 | 963 | 1,048 | 707 | 948 | 2,807 | 2,937 | 8,851 | 9,328 | 9,635 | 3,011 | 792 | 614 | 576 | 758 | 1,560 | 1,512 |
| Clement Rivers LLP | OCP Tier 2 | 75,000 | 900,000 | 21,740 | | | | | | | | | 57 | 1,643 | 2,029 | 2,097 | 3,441 | 4,583 | 5,093 | 2,163 | 635 |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 11,241 | 620 | 413 | 500 | 577 | 511 | 522 | 512 | 545 | 459 | 382 | 175 | 174 | 87 | 87 | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 75,000 | 900,000 | 13,620 | | | | | | | | | | | | 607 | 2,144 | 3,183 | 3,933 | 2,396 | 1,357 |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 4,108 | 78 | 233 | 195 | 156 | 247 | 247 | 247 | | 100 | 100 | 100 | | | | | | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | 826 | 723 | | | | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 45,508 | 1,175 | 336 | 444 | 337 | 472 | 472 | 522 | 472 | 320 | 202 | 135 | 51 | 178 | 588 | 661 | 518 | 92 |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 178 | | | | | | | | | 43 | 43 | 43 | | | | | | |
| Dentons US LLP | OCP Tier 2 | 75,000 | 1,500,000 | 1,360,150 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | | | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 51,634 | 146 | 1,366 | 4,532 | 6,142 | 5,302 | 3,781 | 2,130 | 2,685 | 1,057 | 1,140 | 239 | 222 | 139 | 384 | 1,112 | 1,195 | 811 |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 234,470 | 2,803 | 4,253 | 7,398 | 9,338 | 8,718 | 5,717 | 7,135 | 8,753 | 10,188 | 15,680 | 22,327 | 24,860 | 18,104 | 11,302 | 7,078 | 6,679 | 4,732 |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 3,009 | | | | | | | | | | | | 112 | 130 | 130 | 17 | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 421 | | | | | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | | | | | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 42,896 | 2,119 | 1,814 | 1,624 | 4,896 | 6,396 | 6,278 | 2,919 | 1,132 | 1,145 | 801 | 840 | 705 | 618 | 517 | 320 | 136 | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 22,193 | 1,433 | 876 | 758 | 710 | 935 | 876 | 805 | 1,030 | 1,077 | 1,018 | 864 | 616 | 722 | 462 | 343 | 36 | |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 2,078 | | | 101 | 101 | 101 | | | | | | | 19 | 19 | 19 | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 8,318 | 176 | 804 | 785 | 805 | 283 | 423 | 376 | 220 | 41 | 64 | 42 | 48 | 198 | 178 | 178 | 7 | 7 |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 2,037 | 22 | 27 | 27 | 4 | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | 5,295 | | 19 | 19 | 19 | | | | 91 | 192 | 301 | 469 | 369 | 435 | 176 | 176 | 1,010 | 1,010 |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | | | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 130,357 | 7,738 | 6,821 | 4,239 | 4,063 | 4,498 | 4,241 | 3,307 | 4,652 | 4,828 | 7,175 | 6,813 | 6,399 | 6,778 | 6,376 | 6,917 | 6,605 | 5,144 |
| Karr Tuttle Campbell | OCP Tier 2 | 40,000 | 480,000 | 2,026 | | 184 | 184 | 184 | | | | | | | | 166 | 166 | 166 | | | |
| Kirkland & Ellis | OCP Tier 1 | 150,000 | 1,800,000 | 202,880 | | | | | 31,982 | 41,528 | 43,566 | 17,657 | 10,035 | 8,911 | 6,195 | 7,530 | 9,298 | 7,157 | 4,407 | 2,490 | 4,636 |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 3 | 150,000 | 1,800,000 | 917,939 | 65,684 | 62,052 | 48,803 | 23,312 | 12,037 | 13,410 | 14,477 | 12,938 | 12,626 | 15,062 | 15,896 | 16,759 | 19,079 | 17,868 | 17,079 | 11,941 | 18,236 |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 40,034 | 4,943 | 4,337 | | | | 350 | | 350 | 350 | | | | | 187 | 187 | 1,012 | 845 |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 597,089 | 22,251 | 18,021 | 17,840 | 13,878 | 12,378 | 11,200 | 11,960 | 13,310 | 17,315 | 16,036 | 22,187 | 24,352 | 27,387 | 20,817 | 15,594 | 11,710 | 10,338 |
| Lynch & Pine | OCP Tier 2 | 75,000 | 900,000 | 2,650 | | | | | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 31,785 | | | | | | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 1,044,520 | 59,703 | 48,525 | 42,574 | 27,849 | 29,423 | 35,254 | 37,027 | 32,457 | 31,373 | 26,592 | 31,401 | 29,105 | 25,347 | 20,948 | 18,383 | 30,962 | 32,523 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 101,437 | 1,459 | 759 | 2,216 | 3,035 | 3,020 | 1,544 | 740 | 2,936 | 2,604 | 2,541 | 2,214 | 3,056 | 5,048 | 4,549 | 6,243 | 7,751 | 9,832 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 225,000 | 4,500,000 | 3,969,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | | | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 103,341 | 1,351 | 1,336 | 2,207 | 2,180 | 1,726 | 775 | 931 | 1,087 | 2,559 | 2,937 | 3,368 | 2,079 | 2,381 | 2,287 | 3,165 | 10,468 | 9,830 |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | 383,415 | 20,447 | 20,411 | 10,594 | 7,350 | 4,157 | 2,791 | 5,903 | 27,454 | 28,913 | 28,163 | 17,407 | 16,925 | 25,072 | 25,098 | 29,730 | 21,396 | |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 13,271 | 576 | 441 | 138 | 95 | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 4,584 | 90 | | | | | 256 | 256 | 256 | | | | | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | | | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 10,818 | 43 | 43 | | | | | | | | | 295 | 295 | 329 | 34 | 998 | 1,782 | 2,241 |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 90,299 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 2,517 | 1,259 | 1,782 | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | | | | | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 2 | 75,000 | 900,000 | 31,365 | 5,413 | 5,703 | 8,008 | 3,612 | 4,615 | 2,309 | 1,344 | 137 | 137 | 86 | | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 2 | 75,000 | 900,000 | 594,399 | 248 | 6,339 | 19,241 | 28,238 | 28,865 | 21,125 | 24,427 | 29,892 | 40,499 | 36,080 | 36,469 | 36,562 | 47,321 | 55,112 | 57,433 | 48,550 | 41,457 |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 36,599 | 959 | 2,178 | 3,295 | 4,158 | 2,393 | 1,539 | 264 | 264 | | | | | | | 250 | 1,153 | 903 |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 458,388 | 21,168 | 15,975 | 17,078 | 20,784 | 22,629 | 20,710 | 14,749 | 13,817 | 12,022 | 10,795 | 8,085 | 9,859 | 10,782 | 11,645 | 12,752 | 10,581 | 7,892 |
| Reed Smith, LLP[2] | OCP Tier 1 | 200,000 | 4,900,000 | 4,236,691 | 52,048 | 58,639 | 54,112 | 69,257 | 95,541 | 131,002 | 163,115 | 248,515 | 384,078 | 388,117 | 360,689 | 248,633 | 335,831 | 293,603 | 259,005 | 150,000 | 150,000 |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | | | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |

19-23649-shl   Doc 4320-1   Filed 02/01/22   Entered 02/01/22 14:56:14   Exhibit A-
Ordinary Course Professionals Statement   Pg 2 of 6

In re: PURDUE PHARMA L.P., et al.   OCP Payment Report - Three Month Fee Average Statement   Case No.: 19-23649 (RDD)

| Name | Tier | Rolling Cap | Case Cap | Case Total[1] | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | | | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | 40,000 | 480,000 | 12,260 | 1,166 | 1,166 | | | | 145 | 145 | 145 | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,714,206 | 70,536 | 57,054 | 27,167 | 20,640 | 22,300 | 22,288 | 34,988 | 35,230 | 35,009 | 21,385 | 35,638 | 55,016 | 69,387 | 79,740 | 96,362 | 128,848 | 95,700 |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 708,914 | 25,903 | 27,140 | 23,698 | 19,892 | 15,676 | 14,522 | 13,780 | 15,285 | 16,650 | 17,831 | 16,166 | 14,609 | 14,062 | 14,046 | 14,842 | 14,438 | 16,344 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 108,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | | | | | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 94,285 | 33 | 54 | 74 | 67 | 67 | 79 | 74 | 2,335 | 2,332 | 2,339 | 96 | 81 | 66 | 51 | 59 | 44 | 22 |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 422,829 | 26,550 | 33,809 | 40,604 | 32,199 | 26,741 | 19,856 | 13,238 | 9,834 | 7,272 | 9,384 | 8,292 | 7,104 | 6,745 | 6,083 | 8,270 | 7,681 | 6,756 |
| Stikeman Elliott, LLP[3] | OCP Tier 1 | 150,000 | 2,200,000 | 2,072,562 | 25,839 | 19,186 | 15,843 | 26,261 | 33,045 | 49,301 | 60,199 | 68,474 | 68,608 | 56,723 | 78,587 | 88,475 | 104,229 | 119,590 | 136,265 | 149,932 | 102,473[3] |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | | | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 106,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 431,974 | 19,805 | 25,226 | 20,015 | 11,716 | 7,930 | 14,738 | 22,003 | 25,699 | 19,462 | 24,410 | 26,242 | 31,865 | 20,328 | 14,322 | 10,359 | 9,582 | 11,489 |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 7,338 | | | | | 171 | 192 | 192 | 291 | 405 | 519 | 259 | 305 | 191 | 722 | 541 | 551 | 10 |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,682,078 | 94,206 | 77,000 | 62,981 | 56,633 | 47,609 | 36,286 | 36,604 | 45,941 | 59,697 | 62,355 | 57,022 | 52,685 | 54,134 | 54,310 | 57,313 | 55,760 | 49,793 |

[1] Represents Fees since the Commencement Date
[2] Reed Smith: The total holdback amount for the September to December 2021 invoices is $250,085.68
[3] Stikeman Elliott: The total holdback amount for the December 2021 invoice is $127,896.30

19-23649-shl    Doc 4320-1    Filed 02/01/22    Entered 02/01/22 14:56:14    Exhibit A - Ordinary Course Professionals Statement    Pg 3 of 6

In re: PURDUE PHARMA L.P., et al.

OCP Payment Report - Monthly Fees

Case No.: 19-23649 (RDD)

| Name | Tier | Rolling Cap | Case Cap | Case Total | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 14,953,722 | 396,426 | 306,527 | 346,078 | 390,317 | 484,303 | 513,356 | 569,841 | 702,622 | 934,937 | 495,691 | 718,970 | 670,670 | 846,037 | 650,335 | 659,835 | 684,803 | 401,738 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 7,717,781 | 365,898 | 295,762 | 277,260 | 241,114 | 210,761 | 214,591 | 240,589 | 312,794 | 240,295 | 279,218 | 293,207 | 274,626 | 279,904 | 277,484 | 265,977 | 237,392 | 231,750 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 364,091 | 29,406 | 19,548 | 33,834 | 26,333 | 30,209 | 15,889 | 4,627 | 27,177 | 11,326 | 4,497 | 2,701 | 4,332 | 2,843 | 3,519 | 3,485 | 6,565 | |
| OCP Total | Total | | 25,000,000 | 23,035,593 | | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 3 | 75,000 | 900,000 | 2,131 | | 284 | | | | | | | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | | | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 2,169 | | | 1,296 | | | | | | | | | | | 86 | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | | | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 3 | 75,000 | 900,000 | 3,749 | | | 1,049 | | | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 630,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 11,628 | 82 | 326 | 82 | 122 | 245 | 1,183 | 775 | | 490 | | | | | 694 | | | |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 87,558 | 24,167 | 7,887 | 19,213 | 7,605 | 16,692 | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 48,775 | 1,095 | 1,665 | 385 | 70 | 2,390 | 5,962 | 460 | 20,131 | 7,392 | 1,382 | 259 | 734 | 850 | 144 | 1,282 | 3,255 | |
| Clement Rivers LLP | OCP Tier 2 | 75,000 | 900,000 | 21,740 | | | | | | | | | 170 | 4,760 | 1,156 | 374 | 8,792 | 4,584 | 1,904 | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 11,241 | | | | | | | | | | | | 261 | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 75,000 | 900,000 | 13,620 | 294 | 718 | 490 | 522 | 522 | 522 | 492 | 620 | 264 | 261 | | | 1,822 | 4,610 | 3,116 | 4,072 | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 4,108 | 117 | 467 | | | 741 | | | | 299 | | | | | | | | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | | | | | | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 45,508 | 624 | | 707 | 303 | 404 | 707 | 455 | 253 | 253 | 101 | 51 | | 485 | 1,280 | 220 | 55 | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 178 | | | | | | | | | 128 | | | | | | | | |
| Dentons US LLP | OCP Tier 3 | 75,000 | 1,500,000 | 1,360,150 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | | | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 51,634 | 125 | 3,972 | 9,499 | 4,954 | 1,454 | 4,936 | | 3,120 | 50 | 250 | 418 | | 1,152 | 2,184 | 250 | | |
| Dorsey & Whitney LLP | OCP Tier 3 | 75,000 | 900,000 | 234,470 | 819 | 6,531 | 14,845 | 6,639 | 4,669 | 5,844 | 10,894 | 9,523 | 10,147 | 27,371 | 29,464 | 17,744 | 7,104 | 9,059 | 5,073 | 5,907 | 3,218 |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 3,009 | | | | | | | | | | | | 337 | 52 | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 421 | | | | | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | | | | | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 42,896 | 2,107 | 1,451 | 1,314 | 11,922 | 5,952 | 961 | 1,845 | 591 | 998 | 813 | 710 | 591 | 554 | 407 | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 22,193 | 1,137 | | 1,137 | 995 | 675 | 959 | 781 | 1,350 | 1,101 | 604 | 888 | 355 | 924 | 107 | | | |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 2,078 | | | 303 | | | | | | | | | 58 | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 8,318 | 86 | 2,155 | 115 | 143 | 592 | 535 | | 124 | | 67 | 59 | 20 | 516 | | 20 | | |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 2,037 | 67 | 13 | | | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | 5,295 | | 57 | | | | | | 274 | 301 | 328 | 779 | | 527 | | | 3,030 | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | | | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 130,357 | 4,945 | 3,633 | 4,141 | 4,416 | 4,937 | 3,371 | 1,615 | 8,969 | 3,902 | 8,655 | 7,884 | 2,659 | 9,790 | 6,680 | 4,281 | 8,855 | 2,298 |
| Karr Tuttle Campbell | OCP Tier 2 | 40,000 | 480,000 | 2,026 | | 552 | | | | | | | | | | 497 | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 150,000 | 1,800,000 | 202,880 | | | | | 95,945 | 28,639 | 6,115 | 18,217 | 5,773 | 2,743 | 10,070 | 9,777 | 8,046 | 3,648 | 1,528 | 2,292 | 10,087 |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 3 | 150,000 | 1,800,000 | 917,939 | 84,782 | 53,001 | 8,627 | 8,307 | 19,177 | 12,747 | 11,507 | 14,560 | 11,811 | 18,814 | 17,063 | 14,399 | 25,775 | 13,431 | 12,032 | 10,361 | 32,314 |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 3 | 75,000 | 900,000 | 40,034 | | | | | | | 1,050 | | | | | | | 560 | 2,475 | | 60 |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 597,089 | 25,052 | 14,636 | 13,833 | 13,166 | 10,136 | 10,300 | 15,443 | 14,189 | 22,313 | 11,607 | 32,642 | 28,806 | 20,712 | 12,933 | 13,136 | 9,061 | 8,818 |
| Lynch & Pine | OCP Tier 2 | 75,000 | 900,000 | 2,650 | | | | | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 31,785 | | | | | | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 1,044,520 | 78,107 | 30,836 | 18,781 | 33,932 | 35,556 | 36,276 | 39,249 | 21,845 | 33,024 | 24,908 | 36,272 | 26,133 | 13,635 | 23,075 | 18,440 | 51,370 | 27,758 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 101,437 | 567 | 313 | 5,768 | 3,023 | 267 | 1,343 | 608 | 6,857 | 346 | 421 | 5,876 | 2,872 | 6,397 | 4,378 | 7,956 | 10,919 | 10,622 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 225,000 | 4,500,000 | 3,969,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | | | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 103,341 | 297 | 1,800 | 4,523 | 218 | 437 | 1,671 | 686 | 905 | 6,087 | 1,819 | 2,197 | 2,223 | 2,725 | 1,915 | 4,854 | 24,635 | |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | 383,415 | 15,431 | 9,577 | 6,773 | 5,700 | | 2,673 | 15,035 | 64,655 | 7,051 | 12,784 | 20,720 | 18,718 | 11,338 | 45,161 | 18,795 | 25,234 | 20,160 |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 13,271 | 132 | 284 | | | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 4,584 | | | | | | | 768 | | | | | | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | | | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 10,818 | | | | | | | | | | | 884 | | 102 | | 2,893 | 2,453 | 4,270 |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 90,299 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | | | | | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 2 | 75,000 | 900,000 | 31,365 | 16,238 | 869 | 6,917 | 3,049 | 3,879 | | 155 | 258 | | | | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 2 | 75,000 | 900,000 | 594,399 | 743 | 18,274 | 38,707 | 27,734 | 20,153 | 15,487 | 37,642 | 36,547 | 47,307 | 24,386 | 37,714 | 47,586 | 56,663 | 61,086 | 54,549 | 30,017 | 39,805 |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 36,599 | 1,238 | 5,296 | 3,352 | 3,827 | | 791 | | | | | | | | 750 | 2,708 | | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 458,388 | 17,635 | 15,827 | 17,772 | 28,752 | 21,364 | 12,015 | 10,868 | 18,570 | 6,627 | 7,187 | 10,440 | 11,949 | 9,957 | 13,029 | 15,271 | 3,444 | 4,960 |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 4,900,000 | 4,236,691 | 61,526 | 23,915 | 76,893 | 106,964 | 102,768 | 183,275 | 203,303 | 358,966 | 589,966 | 215,419 | 276,684 | 253,796 | 477,014 | 150,000 | 150,000 | 150,000 | 150,000 |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 2 | 75,000 | 900,000 | 1,289 | | | | | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |

In re: PURDUE PHARMA L.P., et al. | 19-23649-shl Doc 4320-1 Filed 02/01/22 Entered 02/01/22 14:56:14 Exhibit A- Ordinary Course Professionals Statement Pg 4 of 6 | Case No.: 19-23649 (RDD)

OCP Payment Report - Monthly Fees

| Name | Tier | Rolling Cap | Case Cap | Case Total | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | | | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | 40,000 | 480,000 | 12,260 | | | | | 434 | | | | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,714,206 | 44,773 | 19,920 | 16,809 | 25,192 | 24,899 | 16,772 | 63,294 | 25,625 | 16,109 | 22,423 | 68,382 | 74,242 | 65,536 | 99,441 | 124,108 | 162,993 | |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 708,914 | 26,717 | 27,806 | 16,572 | 15,298 | 15,158 | 13,109 | 13,073 | 19,673 | 17,206 | 16,615 | 14,678 | 12,533 | 14,976 | 14,630 | 14,918 | 13,766 | 20,347 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 108,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | | | | | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 94,285 | 100 | 60 | 60 | 80 | 60 | 97 | 66 | 6,841 | 88 | 88 | 110 | 44 | 44 | 66 | 66 | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 422,829 | 49,948 | 34,626 | 37,237 | 24,733 | 18,252 | 16,584 | 4,879 | 8,039 | 8,897 | 11,216 | 4,762 | 5,334 | 10,140 | 2,775 | 11,894 | 8,373 | |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 2,200,000 | 2,072,562 | 5,750 | 17,012 | 24,767 | 37,004 | 37,364 | 73,534 | 69,699 | 62,189 | 73,936 | 34,043 | 127,781 | 103,601 | 81,306 | 173,862 | 153,628 | 122,305 | 31,485 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | | | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 106,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 431,974 | 33,987 | 16,453 | 9,603 | 9,092 | 5,094 | 30,027 | 30,888 | 16,181 | 11,316 | 45,734 | 21,675 | 28,187 | 11,121 | 3,659 | 16,298 | 8,790 | 9,378 |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 7,338 | | | | | | 513 | 62 | | 812 | 403 | 342 | 31 | 543 | | 1,623 | | 31 |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,682,078 | 59,270 | 67,843 | 61,828 | 40,227 | 40,771 | 27,860 | 41,182 | 68,780 | 69,130 | 49,156 | 52,780 | 56,121 | 53,501 | 53,308 | 65,130 | 48,843 | 35,407 |

| Name | Tier | Case Total[1] | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | 1,120,940 | 40,623 | 46,728 | 15,228 | 33,710 | 16,600 | 34,363 | 45,889 | 20,090 | 27,971 | 25,972 | 25,518 | 27,687 | 28,070 | 30,122 | 16,025 | 23,473 | 23,636 |
| OCP Tier 2 Total | OCP Tier 2 | 922,813 | 14,936 | 36,751 | 27,911 | 42,102 | 13,542 | 15,079 | 18,525 | 15,930 | 35,867 | 11,305 | 38,368 | 11,329 | 45,549 | 13,406 | 57,146 | 40,053 | 133,935 |
| OCP Tier 3 Total | OCP Tier 3 | 3,843 | 82 | 208 | 391 | 38 | 40 | 569 | 1 | 92 | | 180 | 4 | 4 | 143 | | 1 | 66 | |
| OCP Total | Total | 2,047,596 | | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 165 | | 91 | | | | | | | | | | | | | | | |
| Angeli Ungar Law Group LLC | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 4,880 | | | 4,880 | | | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 42 | | | | | | | | | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 80 | 76 | | | | | | | | | | | | | | | | |
| Cipriani & Werner PC | OCP Tier 3 | 1,907 | | 59 | 358 | | | 532 | | 84 | | | | | 108 | | | 59 | |
| Clement Rivers LLP | OCP Tier 2 | 62 | | | | | | | | | | 0 | | | 57 | 1 | 3 | | |
| Cole Scott & Kissane | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 28 | | | | | | | | | | | | | 28 | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 90 | | | | | | | | | | | | | | | | | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 315 | | | | | | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 8,126 | | | 379 | | | | | | | | | | | | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 45 | | | | | | | | | | | | | | | | | |
| Dentons US LLP | OCP Tier 2 | 18,990 | | | | | | | | | | | | | | 1,006 | | | |
| Dinse, Knapp & McAndrew | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 570 | | 3 | 25 | 29 | | | | | | 175 | | | | | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | 63,008 | 125 | 1,125 | 3,402 | 1,768 | 1,125 | 125 | 4,028 | 1,500 | 1,578 | 1,900 | 20,510 | 5,353 | 1,155 | 3,504 | 5,746 | 1,900 | 1,300 |
| Duke Scanlan | OCP Tier 3 | 4 | | | | | | | | | | | | 2 | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 31 | | | | | | | | | | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 6 | | | | | | | 1 | | | | | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 83 | | | | | | | | | | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 554 | 6 | 146 | 8 | 10 | 40 | 36 | | 8 | | 5 | 4 | 1 | 35 | | 1 | | |
| Hepler Broom LLC | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 8 | | | | | | | | | | | | | | | | 8 | |
| Holland & Hart | OCP Tier 3 | 19 | | | | | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 55 | | | | | | | | | | | | | 55 | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 13 | | | | | | | | | | | | | | | | | |
| Kirkland & Ellis | OCP Tier 1 | 185 | | | | | | | 168 | 17 | | | | | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 1,665 | | | | | | | | | | 248 | | | | 87 | | | |
| Larson & O'Brien | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 4,240 | | | | | | | | | | | | | | | | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 260,329 | 11,758 | 5,144 | 1,458 | 5,560 | 3,169 | 2,705 | 12,593 | 1,690 | 9,390 | 2,362 | 4,193 | 1,981 | 4,136 | 1,200 | 13,617 | | 3,321 |
| Lynch & Pine | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 11,819 | | | | | | | | | | | | | | | | | |
| Maiwald | OCP Tier 1 | 921,198 | 40,547 | 46,663 | 15,187 | 33,689 | 16,519 | 34,008 | 39,525 | 19,641 | 26,756 | 20,434 | 25,288 | 27,434 | 25,210 | 29,309 | 8,814 | 16,743 | 23,449 |
| McCarter & English | OCP Tier 2 | 31,113 | | 1,000 | 1,680 | 2,200 | | 1,880 | | 640 | 1,480 | 13 | 3,640 | | 2,880 | | 1,760 | 3,360 | 2,720 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 33,673 | | | | | | | | | | | | | | | | | |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 38 | | | | | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 2,561 | | | 400 | | | | | | 125 | 11 | 11 | | 8 | | | 1,504 | |
| Morrison & Foerster LLP | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 3 | 179 | | | | | | | | | | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 60 | | | | | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 13 | | | | | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 2 | 209,844 | | | | | | | 63 | | 4,000 | | | 45 | 30,042 | 4,050 | 30,606 | 21,184 | 119,853 |
| Poyner Spruill LLP | OCP Tier 3 | 401 | | 94 | | | | | | | | | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 118,186 | 912 | 4,239 | 10,251 | 3,028 | 5,444 | 88 | 44 | 9,526 | 16,465 | 49 | 3,554 | 278 | 3,785 | 3,290 | 126 | 39 | 4,960 |
| Reed Smith, LLP | OCP Tier 1 | 30,834 | 61 | 40 | 40 | 21 | 82 | 350 | 6,159 | 431 | 1,155 | 5,340 | 206 | 253 | 2,786 | 82 | 6,551 | 6,538 | 122 |
| Reichard & Escalera LLC | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 68 | | | | | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | | | | | | | | | | | | | | | | | | |

In re: PURDUE PHARMA L.P., et al. | 19-23649-shl Doc 4320-1 Filed 02/01/22 Entered 02/01/22 14:56:14 Exhibit A- Ordinary Course Professionals Statement Pg 6 of 6 | Case No.: 19-23649 (RDD)

OCP Payment Report - Monthly Expenses

| Name | Tier | Case Total[1] | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 3,693 | | 25 | | | | 4 | 1 | 1 | | 0 | | 1 | | | | | |
| Skarzynski Black | OCP Tier 2 | 4,557 | | 6 | | | | 33 | | | | | | | | | 120 | | |
| Smith Anderson | OCP Tier 2 | 252 | | | | | | | | | | | | | | | | | |
| Snell & Wilmer | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 557 | | | | | | | | | | | | | | | | | |
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 67,918 | 1,540 | 1,020 | 5,460 | 6,034 | 3,065 | 2,040 | 1,250 | 17 | 114 | 1,619 | | 1,840 | 2,090 | | 5,870 | | |
| Stikeman Elliott, LLP | OCP Tier 1 | 9,462 | 4 | | 2 | | | | 1 | | 50 | 198 | | | | 731 | 550 | 55 | 8 |
| Stites & Harbison, PLLC | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 200 | | | | | | | | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | | | | | | | | | | | | | | | | | | |
| Troutman Sanders LLP | OCP Tier 2 | 125,383 | 601 | 24,030 | | 23,512 | 739 | 8,208 | 547 | 2,432 | 2,829 | 5,102 | 6,471 | 1,777 | 1,369 | 267 | 5,169 | 6,196 | 1,780 |
| Vogel Law Firm, Ltd. | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 11 | | | | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | | | | | | | | | | | | | | | | | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 110,076 | 12 | | | | | | 35 | | 10 | | 22 | | 74 | | 111 | 138 | 58 |

[1] Represents Fees since the Commencement Date