Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NINETEENTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| | |
|---|---|
| **Name of Applicant** | Bielli & Klauder, LLC |
| **Applicant's Role in Case** | Counsel to Fee Examiner |
| **Date Order of Employment Signed** | May 26, 2020 [Docket No. 1182] |

| | |
|---|---|
| **Period for which compensation and reimbursement is sought** | November 1, 2021 through November 30, 2021 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | $44,000.00 (80% of $55,000.00) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

| | |
|---|---|
| **This is a(n):** | _X_ Monthly Application ____ Interim Application ____ Final Application |

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Nineteenth Monthly Statement of Services Rendered and Expenses Incurred for the Period from November 1, 2021 through November 30, 2021* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from November 1, 2021 through and including November 30, 2021, is referred to herein as the "**Fee Period**".

2. Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3. Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period. As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc. The specifics of the fees and costs are set forth on **Exhibit C**.

4. Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

## Notice

5. The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

Dated: February 1, 2022                                    **BIELLI & KLAUDER LLC**

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (ID No. 5831474)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
tbielli@bk-legal.com

*Counsel to Fee Examiner*
*David M. Klauder, Esquire*

## Exhibit A

## Project Categories

| Project Category | Total Hours |
|---|---:|
| Case Administration | 17.9 |
| Fee/Employment Applications- Retained Professionals | 81.9 |
| BK/Fee Examiner- Retention and Fee Applications | 6.6 |
| **Total** | **106.4** |

**Exhibit B**

**Professionals and Paraprofessionals**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 6.00 |
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 12.20 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $195.00 | 61.70 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $100.00 | 26.50 |

## Exhibit C

### Computation of Monthly Fee

| Fee Description | Amount |
|---|---|
| Monthly Fee for November 2021 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

Legal Decoder Inc

cmiller@legaldecoder.com



# INVOICE

**BILL TO**
Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1359
**DATE** 11/30/2021
**DUE DATE** 11/30/2021
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - November 2021 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE** $24,250.00

## Exhibit D

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

Purdue Pharma, L.P.

**Invoice Number: 2497**
Invoice Period: 11-01-2021 - 11-30-2021

Payment Terms: Upon Receipt

**RE: Fee Examiner**

**Time Details**

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-01-2021 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Correspond with Debtors' counsel with respect to upcoming fee hearing and professionals to review | | | |
| 11-01-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss fee review with T. Bielli and email to DPW re: same | | | |
| 11-01-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.80 | 195.00 | 546.00 |
| | | Begin review of Skadden's 21-23 month fee data | | | |
| 11-07-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 195.00 | 97.50 |
| | | Finish review of Skadden's 21-23rd month fee data | | | |
| 11-07-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 195.00 | 156.00 |
| | | Review of Cole Schotz's 16-17 month fee data | | | |
| 11-07-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Review of Sullivan's 2nd month fee data | | | |
| 11-07-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 195.00 | 78.00 |
| | | Review of KPMG's 17th Monthly fee data | | | |
| 11-07-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 195.00 | 97.50 |
| | | Preparation of Review Report for KPMG's 6th Interim Fee Application | | | |
| 11-07-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Receipt of Prime Clerk's 9th Monthly Fee Data; Receipt of Dechert's 23rd and 24th month data; Receipt of Brown Rudnick's 24th month data; Receipt of Sullivan's 2nd month data; Receipt of King & Spalding's 25th month data; Receipt of Alix Partners' 24th month data; Receipt of Otterbourg's 23rd month data | | | |
| 11-07-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt of PJT's 20 month data; Receipt of Arnold & Porter's Twenty-Fifth Monthly Fee Statement and corresponding data files; Receipt of Jones Day's 21st month data; Receipt of Houlihan's Nineteenth Monthly Fee Statement; Receipt of Dechert's Twenty-Fifth Monthly Fee Statement | | | |
| 11-07-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt of Dechert's Corrected Twenty-Fifth Monthly Fee Statement and correspondence requesting final data set; Receipt of Kramer Levin's 21st - 23rd month data; Correspondence to Davis Polk requesting final interim data set; Correspondence to Houlihan requesting 19th month data; Review and update of Assignment Log; Correspondence to Legal Decoder with data upload information; correspondence to I. Bielli regarding outstanding assignments | | | |
| 11-07-2021 | Tracey Nobis | [ALL] Case Administration | 0.10 | 195.00 | 19.50 |
| | | Email correspondence with Fee Examiner re: KPMG's 6th Interim Review Report and update on interim review | | | |
| 11-07-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review KPMG analysis on interim fee app | | | |
| 11-10-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review email from Reed Smith and fee app above OCP cap | | | |
| 11-10-2021 | Isabel Bielli | [ALL] Case Administration | 0.50 | 100.00 | 50.00 |
| | | Review prime clerk for dates of next interim period | | | |
| 11-12-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Prepare August Monthly Fee Statement; electronically file and oversee service of same | | | |
| 11-12-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Prepare Sepember Monthly Fee Statement; electronically file and oversee service of same | | | |
| 11-12-2021 | David Klauder | [ALL] BK Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
| | | Attention to BK monthly fee apps | | | |
| 11-13-2021 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |
| | | Receipt of Davis Polk's 25th month data; Receipt of Skadden's 24th month data; Receipt of Houlihan Lokey's 19th month data; Receipt of UCC professionals' August statements and corresponding data | | | |
| 11-13-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt of Alix Partners' 25th monthly fee statement; Receipt of Skadden's 24th monthly fee statement; Receipt of Jones Day's August data; Receipt of Reed Smith's Application for Overage Compensation and corresponding data files; Receipt of Alix Partners' 25th month data; Receipt of Jones Day's 23rd monthly fee statement; Receipt of FTI's 24th monthly fee statement and corresponding data | | | |
| 11-13-2021 | Tracey Nobis | [ALL] Case Administration | 0.90 | 195.00 | 175.50 |
| | | Receipt of Gilbert's 24th monthly fee statement; Receipt of Kramer Levin's 24th monthly fee statement; Receipt of Jones Day's 23rd month data; correspondence with Legal Decoder re: published data; Correspondence requesting data to Kramer Levin and Dechert; Receipt of UCC professionals' September fee statements and correspondence to same requesting data | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-13-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 195.00 | 78.00 |
| | | Review of Sullivan's 2nd month fee data | | | |
| 11-13-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 195.00 | 214.50 |
| | | Review of Prime Clerk's 8th & 9th month data; consolidation of all data in preparation for completing interim review report | | | |
| 11-13-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 195.00 | 234.00 |
| | | Review of King & Spalding's 25th month data; consolidation of all data in preparation for completing interim review report | | | |
| 11-13-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 195.00 | 273.00 |
| | | Review of Arnold & Porter's 24th and 25th data; consolidation of all data in preparation for interim review report | | | |
| 11-13-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 195.00 | 78.00 |
| | | Review of Cornerstone's 15 - 17 month data; consolidation of all data in preparation for interim review report | | | |
| 11-13-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 195.00 | 351.00 |
| | | Review of Gilbert's 23rd month data | | | |
| 11-14-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 195.00 | 39.00 |
| | | Review of Grant Thornton's 3rd monthly fee data; correspondence with Sklar Kirsch re: issues with data | | | |
| 11-14-2021 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Receipt of UCC professionals data | | | |
| 11-14-2021 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.40 | 375.00 | 150.00 |
| | | Review BK interim fee app | | | |
| 11-14-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 2.00 | 350.00 | 700.00 |
| | | Prepare 5th Interim Fee Application | | | |
| 11-14-2021 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.30 | 100.00 | 130.00 |
| | | Draft fifth interim fee application | | | |
| 11-14-2021 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 100.00 | 50.00 |
| | | Download and Forward Tom as-filed monthly applications and | | | |
| 11-15-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 350.00 | 70.00 |
| | | Electronically file and serve Fee Application (BK 5th Interim) | | | |
| 11-17-2021 | Isabel Bielli | [ALL] Case Administration | 0.80 | 100.00 | 80.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Create 6th interim chart with fees requested and amount | | | |
| 11-19-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review various interim fee apps | | | |
| 11-20-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt of Cole Schotz's 19th month data; Receipt of Arnold Porter's 6th Interim Fee Application; Email correspondences with Grant Thornton and Legal Decoder re: incorrect data files sent; Receipt of Grant Thornton's 1st Interim Fee Application; Receipt of King & Spalding's 6th Interim Fee Application; Receipt of Kramer Levin's 6th Interim Fee Application | | | |
| 11-20-2021 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | | Receipt of Skadden's 6th Interim Fee Application and analysis of errors within application; Receipt of Province's 6th Interim Fee Application; Receipt of KCC's 6th Interim Fee Application | | | |
| 11-20-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt of Jefferies' 6th Interim Fee Application; Receipt of Bedell Cristin's 5th Interim Fee Application; Receipt of Cole Schotz's 5th Interim Fee Application; Receipt of Akin Gump's 6th Interim Fee Application; Receipt of Houlihan Lokey's 20th and 21st monthly fee statements and 5th Interim Fee Application; Receipt of FTI's 6th Interim Fee Application | | | |
| 11-20-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Receipt of Gilbert's 6th Interim Fee Application; Receipt of Otterbourg's 6th Interim Fee Application; Receipt of Brown Rudnick's 6th Interim Fee Application; Receipt of PJT Partners' 6th Interim Fee Application; Receipt of Jones Day's 6th Interim Fee Application; Receipt of Cornerstone's 5th Interim Fee Application; Receipt of Alix Partners' 6th Interim Fee Application; Receipt of Davis Polk's 6th Interim Fee Application; Receipt of Dechert's 6th Interim Fee Application; Receipt of Prime Clerk's 3rd Interim Fee Application | | | |
| 11-20-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Receipt of E&Y's 6th Interim Fee Application and analysis of incorrect application issues; Receipt of full data set from E&Y; Receipt of Caplin's 2nd Interim Fee Application and corresponding data; Correspondence to Caplin requesting timely turn-over of data and correspondence to Legal Decoder re: same; Receipt of Dechert's 25th month data; Correspondence with Sklar Kirscsh re: Grant Thornton's data files | | | |
| 11-20-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Email correspondence from Legal Decoder re: published data and status of outstanding data; email correspondence with I. Bielli re: review assignments; correspondence to Kramer Levin and Otterbourg requesting outstanding data | | | |
| 11-20-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Review of LSA for Skadden, Cole Schotz and Reed Smith's data in preparation for review | | | |
| 11-20-2021 | Tracey Nobis | [ALL] Case Administration | 1.00 | 195.00 | 195.00 |
| | | Preparation of Arnold & Porter's 6th Interim Review Report | | | |
| 11-20-2021 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Multiple email correspondences with Sklar Kirsh regarding hourly versus flat fee billing and data review requirements for both; correspondence to Fee Examiner re: same | | | |
| 11-20-2021 | Tracey Nobis | [ALL] Case Administration | 1.00 | 195.00 | 195.00 |
| | | Complete review of King & Spalding's data and preparation of 6th Interim Review Report | | | |
| 11-20-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Preparation of Cornerstone's 5th Interim Review Report | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-20-2021 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |
| | | Complete review of interim data and preparation of Cornerstone's Third Interim Review Report | | | |
| 11-21-2021 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Email exchanges with Sklar Kirsh re: Grant Thornton's interim data; email correspondence with Fee Examiner re: Grant Thornton data and interim review status; email exchanges with Legal Decoder re: published data for Jones Day | | | |
| 11-21-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 195.00 | 156.00 |
| | | Review of Bedell's interim data | | | |
| 11-21-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 195.00 | 78.00 |
| | | Preparation of Bedell Cristin's interim review report | | | |
| 11-21-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.20 | 195.00 | 429.00 |
| | | Review of Alix Partners' 24th and 25th month data and compilation with interim data | | | |
| 11-21-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Preparation of Alix Partners' interim review report | | | |
| 11-21-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 3.80 | 195.00 | 741.00 |
| | | Review of Reed Smith's interim data | | | |
| 11-21-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 195.00 | 234.00 |
| | | Review of Jefferies' interim fee data | | | |
| 11-21-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence from Grant Thorton with respect to time entries | | | |
| 11-21-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with T. Nobis re: Grant Thornton | | | |
| 11-21-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss status of fee review with BK team | | | |
| 11-21-2021 | Tracey Nobis | [ALL] Case Administration | 0.90 | 195.00 | 175.50 |
| | | Preparation of Jefferies' Sixth Interim Review Report | | | |
| 11-21-2021 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Review of Assignment log and preparation of schedule by which to complete review reports; correspondence to Fee Examiner re: same | | | |
| 11-21-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 100.00 | 140.00 |
| | | Review Brown Rudnick 6th Interim data | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-22-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Review Brown Rudnick 6th interim data | | | |
| 11-22-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 100.00 | 80.00 |
| | | Review PJT expenses for 6th interim | | | |
| 11-22-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Review Ernst & Young expenses for 6th interim | | | |
| 11-22-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.10 | 100.00 | 210.00 |
| | | Draft 6th Interim review report for Brown Rudnick | | | |
| 11-22-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 100.00 | 60.00 |
| | | Finish draft of Brown Rudnick 6th interim review report | | | |
| 11-22-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 100.00 | 120.00 |
| | | Draft review report for Province | | | |
| 11-22-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Preparation of Gilbert's Sixth Interim Review Report | | | |
| 11-22-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.60 | 100.00 | 260.00 |
| | | Review Province 6th interim data | | | |
| 11-22-2021 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Receipt of corrected data file from Davis Polk; Receipt of Otterbourg's September data; Receipt of Kramer Levin's 24th month data; Email correspondence to Houlihan requesting balance of interim data; email correspondence with Sklar Kirsh re: Grant Thornton's outstanding data files; Email correspondence with Legal Decoder re: Caplin and Cole Schotz's data and status of outstanding data | | | |
| 11-22-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review interim fee analysis (Alix Partners) | | | |
| 11-22-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Discussions with T. Bielli re: status of interim fee review and to do list | | | |
| 11-22-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Organize and distribute professionals applications for reviews | | | |
| 11-22-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 195.00 | 195.00 |
| 11-22-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 195.00 | 292.50 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Review of Skadden's interim fee data | | | |
| 11-23-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 375.00 | 562.50 |
| | | Fee review for interim fee apps of various professionals | | | |
| 11-23-2021 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Receipt of Houlihan's 20th and 21st month data; email correspondence to Fee Examiner with completed reports and status update for balance of interim reports | | | |
| 11-23-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Review of Houlihan's Fifth Interim data and preparation of interim review report | | | |
| 11-23-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 195.00 | 253.50 |
| | | Continued review of Cole Schotz's interim data | | | |
| 11-23-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 195.00 | 97.50 |
| | | Review and revision of Brown Rudnick's 6th Interim Review Report; correspondence to I. Bielli with notes on revisions made to report | | | |
| 11-23-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 195.00 | 39.00 |
| | | Review and revision of EY's Sixth Interim Review Report and correspondence to I. Bielli with notes on revisions made | | | |
| 11-23-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 195.00 | 78.00 |
| | | Review of PJT 6th interim review report; review and revision of Province's 6th interim review report; correspondence to I. Bielli with notes on revisions made | | | |
| 11-23-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Draft review report for E&Y 6th interim | | | |
| 11-23-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Draft review report for PJT 6th interim | | | |
| 11-23-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 100.00 | 130.00 |
| | | Review the 6th interim review reports for E&Y, PJT, Brown Rudnick, and Province. Send to Tracey to final review | | | |
| 11-24-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review interim fee app analysis of Province | | | |
| 11-24-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review interim fee app analysis of Gilbert | | | |
| 11-24-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Initial review of next round of interim fee app analysis by BK team | | | |
| 11-25-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 100.00 | 60.00 |
| | | Review FTI 6th interim data | | | |
| 11-25-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 100.00 | 110.00 |
| | | Review FTI interim data | | | |
| 11-26-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 100.00 | 80.00 |
| | | Review FTI 6th interim data | | | |
| 11-26-2021 | Isabel Bielli | [ALL] Case Administration | 1.30 | 100.00 | 130.00 |
| | | Draft final letters for 6th interim professionals | | | |
| 11-26-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discussions with BK team re: status of interim fee review | | | |
| 11-27-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 195.00 | 292.50 |
| | | Review of Jones Day's 21 - 23rd month data | | | |
| 11-27-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 195.00 | 312.00 |
| | | Preparation of Reed Smith interim review report | | | |
| 11-27-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 195.00 | 292.50 |
| | | Complete review of Reed Smith data | | | |
| 11-27-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 195.00 | 273.00 |
| | | Preparation of Cole Schotz's 5th Interim Review Report | | | |
| 11-27-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 100.00 | 130.00 |
| | | Review Dechert 6th interim data | | | |
| 11-27-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 100.00 | 80.00 |
| | | Finish Draft of purdue interim letters | | | |
| 11-27-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 100.00 | 140.00 |
| | | Finish review of Kurtzman and draft kurtzman review report | | | |
| 11-27-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Review Kurtzman data | | | |
| 11-27-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Review Kurtzman interim data | | | |
| 11-27-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 100.00 | 140.00 |
| | | Finish review FTI 6th interim data and draft review report | | | |
| 11-27-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 195.00 | 195.00 |
| | | Review of Grant Thornton's interim data | | | |
| 11-27-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Preparation of Grant Thornton's First Interim Review Report | | | |
| 11-28-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Complete review of Jones Day's 6th interim fee and expense data | | | |
| 11-28-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Preparation of Jones Day's 6th Interim Review Report | | | |
| 11-28-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 3.30 | 195.00 | 643.50 |
| | | Review of Caplin's Second Interim fee data | | | |
| 11-28-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 195.00 | 312.00 |
| | | Preparation of Caplin's Second Interim Review Report | | | |
| 11-28-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 100.00 | 130.00 |
| | | Finish draft of Dechert 6th interim review report | | | |
| 11-28-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Upload FTI, KCC, and Dechert to google drive, send to Tracey and point out specific issues | | | |
| 11-28-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.60 | 195.00 | 507.00 |
| | | Complete review of Skadden's Sixth interim data | | | |
| 11-28-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 195.00 | 390.00 |
| | | Preparation of Skadden's 6th Interim Review Report | | | |
| 11-28-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 195.00 | 156.00 |
| | | Review and revision of KCC's Sixth Interim review report; Review and revise FTI's Sixth Interim Review Report; Review and revise Dechert's 6th interim review report; email correspondence to I. Bielli | | | |
| 11-28-2021 | Tracey Nobis | B110 - Case Administration | 0.50 | 195.00 | 97.50 |
| | | Email correspondence with Sklar Kirsh regarding Grant Thornton data going forward; Receipt of Davis Polk's 26th monthly fee statement; email correspondence to Fee Examiner with completed reviews and status of remaining interim review reports | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-28-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 375.00 | 450.00 |
| | | Prepare interim report letters | | | |
| 11-29-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 375.00 | 450.00 |
| | | Interim fee app review for various professionals | | | |
| 11-29-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 375.00 | 750.00 |
| | | Draft various interim report letters | | | |
| 11-29-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Attention to October Monthly Fee Statement | | | |
| 11-30-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Prime Clerk interim fee analysis | | | |
| 11-30-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 375.00 | 487.50 |
| | | Review and prepare various interim reports letters for delivery to professionals | | | |
| 11-30-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss interim fee app review status with T. Bielli | | | |
| 11-30-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 100.00 | 100.00 |
| | | Create spreadsheets for final review letters | | | |