Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., *et al.*,** | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TWENTIETH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| | |
|---|---|
| **Name of Applicant** | Bielli & Klauder, LLC |
| **Applicant's Role in Case** | Counsel to Fee Examiner |
| **Date Order of Employment Signed** | May 26, 2020 [Docket No. 1182] |

| | |
|---|---|
| **Period for which compensation and reimbursement is sought** | December 1, 2021 through December 31, 2021 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**This is a(n):**   _X_ Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("B&K"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Twentieth Monthly Statement of Services Rendered and Expenses Incurred for the Period from December 1, 2021 through December 31, 2021* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from December 1, 2021 through and including December 31, 2021, is referred to herein as the "**Fee Period**".

2.    Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.    Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period.  As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.  The specifics of the fees and costs are set forth on **Exhibit C**.

4.    Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

### Notice

5.    The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

Dated: February 1, 2022

**BIELLI & KLAUDER LLC**

/s/ Thomas D. Bielli
Thomas D. Bielli, Esquire (ID No. 5831474)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
tbielli@bk-legal.com

*Counsel to Fee Examiner*
*David M. Klauder, Esquire*

## Exhibit A

**Project Categories**

| Project Category | Total Hours |
|---|---|
| Case Administration | 3.60 |
| Fee/Employment Applications- Retained Professionals | 89.20 |
| **Total** | **92.80** |

**Exhibit B**

**Professionals and Paraprofessionals**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 42.60 |
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 25.00 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $195.00 | 12.20 |
| Melissa Hartlipp | Associate; joined B&K in 2021 | $150.00 | 1.90 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $100.00 | 4.90 |

**Exhibit C**

**Computation of Monthly Fee**

| Fee Description | Amount |
|---|---|
| Monthly Fee for December 2021 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**

Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1364
**DATE** 12/27/2021
**DUE DATE** 12/27/2021
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - December 2021 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

BALANCE DUE

## $24,250.00

## Exhibit D

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
302-803-4600

Purdue Pharma, L.P.

**Invoice Number: 2498**
Invoice Period: 12-01-2021 - 12-31-2021

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 12-01-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Fee Examiner Report for KPMG; correspond with KPMG regarding same and update tracking software | | | |
| 12-01-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Fee Examiner Report for FTI; correspond with FTI regarding same and update tracking software | | | |
| 12-01-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Fee Examiner Report for Bedell; correspond with Bedell regarding same and update tracking software | | | |
| 12-01-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Fee Examiner Report for Dechert; correspond with Dechert regarding same and update tracking software | | | |
| 12-01-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Fee Examiner Report for Gilbert; correspond with Gilbert regarding same and update tracking software | | | |
| 12-01-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Fee Examiner Report for Cornerstone; correspond with Cornerstone regarding same and update tracking software | | | |
| 12-01-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Fee Examiner Report for Province; correspond with Province regarding same and update tracking software | | | |
| 12-01-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Fee Examiner Report for AlixPartners; correspond with AlixPartners regarding same and update | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | tracking software | | | |
| 12-01-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Fee Examiner Report for Caplin & Drysdale,; correspond with Caplin & Drysdale, regarding same and update tracking software | | | |
| 12-01-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Fee Examiner Report for Cole Shotz,; correspond with Cole Shotz, regarding same and update tracking software | | | |
| 12-01-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Correspond with FTI regarding review | | | |
| 12-01-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |
| | | Prepare various interim reports for submission and send out same | | | |
| 12-01-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Review King & Spalding interim fee analysis and draft letter report | | | |
| 12-01-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Review Jones Day interim fee analysis and draft letter report | | | |
| 12-01-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Follow up emails with various professionals re: interim reports | | | |
| 12-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review interim report analysis and draft interim report Prime Clerk | | | |
| 12-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review BK Oct fee app and discuss with T. Bielli | | | |
| 12-02-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Attention to interim reports for Jones Day and King & Spalding | | | |
| 12-02-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Format spreadsheets | | | |
| 12-02-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review, revise and edit BK October Monthly Fee Statement; electronically file and serve same | | | |
| 12-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with King & Spalding regarding Fee Examiner report/review | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 12-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review K&S Report and input same into tracking software | | | |
| 12-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review JonesDay Report and input same into tracking software | | | |
| 12-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Prime Clerk Report and input same into tracking software | | | |
| 12-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review Arnold & Porters Fee Application | | | |
| 12-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Review Arnold & Porters Fee Application Reduction anaylsis | | | |
| 12-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Prepare Arnold & Porters Fee Application Reduction correspondence; correspond with Fee Examiner regarding same | | | |
| 12-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review of King & Spalding Fee Report | | | |
| 12-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review of E&Y Fee Application and review of Review | | | |
| 12-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspondence with Fee Examiner regarding Fee Review for E&Y | | | |
| 12-03-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review of PJT Fee Application and review of Review | | | |
| 12-03-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Discussions with T. Bielli re: interim fee review and remaining to do items | | | |
| 12-03-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Discuss Arnold & Porter and PJT Partners  and E&Y reviews with T. Bielli | | | |
| 12-03-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Send out King & Spalding interim report and emails re: same | | | |
| 12-03-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained | 0.20 | 375.00 | 75.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Review and send out Jones Day interim report | | | |
| 12-03-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review and send out Prime Clerk interim report | | | |
| 12-04-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Arnold & Porter interim report | | | |
| 12-04-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 195.00 | 253.50 |
| | | Complete review of Sullivan data | | | |
| 12-04-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 195.00 | 273.00 |
| | | Preparation of Sullivan's interim review report | | | |
| 12-04-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | | Begin Davis Polk's 25th month data review | | | |
| 12-04-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review E&Y report and discuss with T. Bielli | | | |
| 12-04-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Discussions with T. Bielli re: various reports/interim fee review | | | |
| 12-05-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 375.00 | 450.00 |
| | | Review various interim reports and discuss with T. Bielli | | | |
| 12-05-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Prep interim reports to send out to professionals | | | |
| 12-05-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.10 | 100.00 | 210.00 |
| | | Review Kramer Levin data | | | |
| 12-05-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 100.00 | 120.00 |
| | | Reviewer kramer levin data | | | |
| 12-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | Review Brown Rudnick Fee Application; review report and prepare report; conference with Fee Examiner regarding same | | | |
| 12-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | Review Reed Smith Fee Application; review report and prepare report; conference with Fee Examiner | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | regarding same | | | |
| 12-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | Review Houlihan Lokey Fee Application; review report and prepare report; conference with Fee Examiner regarding same | | | |
| 12-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | Review Grant Thornton Fee Application; review report and prepare report; conference with Fee Examiner regarding same | | | |
| 12-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | Review Skadden Fee Application; review report and prepare report; conference with Fee Examiner regarding same | | | |
| 12-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Finalize Arnold & Porter Fee Examiner report | | | |
| 12-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Finalize E&Y Fee Examiner report | | | |
| 12-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Finalize PJT Fee Examiner report | | | |
| 12-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Finalize Jefferies Fee Examiner report | | | |
| 12-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Finalize Brown Rudnick Fee Examiner report | | | |
| 12-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Finalize Houlihan Lokey Fee Examiner report | | | |
| 12-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Finalize Reed Smith Fee Examiner report | | | |
| 12-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Finalize Skadden Fee Examiner report | | | |
| 12-05-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Finalize Grant Thornton Fee Examiner report | | | |
| 12-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review Brown Rudnick Fee Examiner's Report; input requested reduction into tracking software | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 12-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review Skadden Fee Examiner's Report; input requested reduction into tracking software | | | |
| 12-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review Reed Smith Fee Examiner's Report; input requested reduction into tracking software | | | |
| 12-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review Arnold & Porter Fee Examiner's Report; input requested reduction into tracking software | | | |
| 12-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review Grant Thornton Fee Examiner's Report; input requested reduction into tracking software | | | |
| 12-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review PJT Fee Examiner's Report; input requested reduction into tracking software | | | |
| 12-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review Houlihan Lokey Fee Examiner's Report; input requested reduction into tracking software | | | |
| 12-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review E&Y Fee Examiner's Report; input requested reduction into tracking software | | | |
| 12-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review Jefferies Fee Examiner's Report; input requested reduction into tracking software | | | |
| 12-06-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review Sullivan Worchester Fee Examiner's Report; input requested reduction into tracking software | | | |
| 12-06-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Draft final letter spreadsheets for Brown Rudnick | | | |
| 12-06-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Draft final letter spreadsheets for Reed Smith | | | |
| 12-06-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 100.00 | 80.00 |
| | | Draft final letter chart for Skadden, upload all drafts to GD and email to Dave and Tom | | | |
| 12-06-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 195.00 | 214.50 |
| | | Complete review of Davis Polk's 24th month data | | | |
| 12-06-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Complete review of Davis Polk's 25th month data | | | |
| 12-06-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 195.00 | 273.00 |
| | | Begin final review and compilation of Davis Polk's interim data | | | |
| 12-06-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 100.00 | 140.00 |
| | | Draft review report for Kramer levin 6th interim applications | | | |
| 12-06-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Download Akin data, start review | | | |
| 12-06-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 100.00 | 120.00 |
| | | Review Akin Gump data | | | |
| 12-06-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 100.00 | 10.00 |
| | | Create final spreadsheet for Sullivan | | | |
| 12-06-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 3.10 | 100.00 | 310.00 |
| | | Finish Akin Gump Review and draft review report | | | |
| 12-06-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Phone call/emails with FTI re: interim report issues | | | |
| 12-06-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with Skadden re: interim report issues | | | |
| 12-06-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with various professionals re: interim report issues | | | |
| 12-06-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Prepare interim report for Sullivan & Worcester | | | |
| 12-06-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Prep and send out various interim reports | | | |
| 12-07-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Send out Sullivan & Worcester interim report | | | |
| 12-07-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Phone call/emails with Sullivan & Worcester re: interim report | | | |
| 12-07-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained | 2.20 | 195.00 | 429.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Complete review of Davis Polk's Sixth interim data | | | |
| 12-07-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.10 | 195.00 | 409.50 |
| | | Preparation of Review Report for Davis Polk's Sixth Interim | | | |
| 12-07-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Review of Otterbourg's 23rd and 24th month data; preparation of report | | | |
| 12-07-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 195.00 | 39.00 |
| | | Brief review and revision of Akin Gump's review report; correspondence to fee examiner with last of interim review reports | | | |
| 12-07-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review Fee Examiner Report for Sullivan & Worcester; input information into tracking software | | | |
| 12-08-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 2.50 | 375.00 | 937.50 |
| | | Review Davis Polk fee analysis and draft interim report | | | |
| 12-08-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 375.00 | 675.00 |
| | | Review Akin Gump fee analysis and draft interim report | | | |
| 12-08-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Draft interim report for Kramer Levin | | | |
| 12-08-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with Houlihan Lokey re: interim report | | | |
| 12-09-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Attention to various professionals' responses to interim reports | | | |
| 12-09-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Final edits to Kramer Levin interim report and send out same | | | |
| 12-09-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Jones day response to interim report and respond | | | |
| 12-09-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review correspondence with Fee Examiner Report to Kramer Levin | | | |
| 12-09-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review correspondence with Fee Examiner Report to Otterbourg | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 12-09-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review Jones Day response to Fee Examiner report | | | |
| 12-10-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Team meeting regarding outstanding fee requests and reviews | | | |
| 12-10-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence to/from Province regarding resolution of fee examiner issues | | | |
| 12-10-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review correspondence to/from Otterbourg regarding resolution of fee examiner issues | | | |
| 12-10-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with Jones Day with respect to fee examiner's report | | | |
| 12-10-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Correspond with Akin re Fee Examiner Report; review response to same | | | |
| 12-10-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Attention to interim report responses | | | |
| 12-10-2021 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 150.00 | 15.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; phone call with TDB discussing voluntary discount assignment | | | |
| 12-10-2021 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 150.00 | 45.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; confirming 6th fee applications voluntary discount rates | | | |
| 12-11-2021 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 150.00 | 45.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; reviewing professionals voluntary reductions | | | |
| 12-12-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Alix Partners report, response | | | |
| 12-13-2021 | Melissa Hartlipp | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 150.00 | 180.00 |
| | | [ALL] Fee/Employment Applications - Retained Professionals; reviewing retained professions voluntary reductions | | | |
| 12-13-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review correspondence from Alix Partners regarding resolution of Fee Examiner issues | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 12-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Fee Examiner Report and Fee Application in advance of scheduled conference call | | | |
| 12-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Conference call with DPW regarding Fee Examiner Report | | | |
| 12-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with Alix Partners re Fee Examiner's report | | | |
| 12-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention Fee Examiner's summary with respect to interim hearing | | | |
| 12-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Correspond/review correspondence from Kramer Levin with respect to Fee Examiner's Report | | | |
| 12-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review resolution of Kramer Levin issues with respect to Fee Examiner Report | | | |
| 12-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review DPW written response and proposal regarding reductions in response to Fee Examiner's Report | | | |
| 12-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Akin Gump's written response and proposal regarding reductions in response to Fee Examiner's Report | | | |
| 12-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review correspondence and resolution of Sullivan Worcester reduction | | | |
| 12-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Status email to Fee Examiner regarding open professionals in advance of hearing | | | |
| 12-14-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review Agenda | | | |
| 12-14-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review responses from various professionals | | | |
| 12-14-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails with AlixPartners re: resolution of issues | | | |
| 12-14-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| | | Review Davis Polk report and phone call with them re: same | | | |
| 12-14-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Kramer Levin response to interim report and emails re: same | | | |
| 12-15-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with Reed Smith re: interim report issues | | | |
| 12-15-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Attention to Reed Smith interim report resolution including emails and phone call and review of various expense reports | | | |
| 12-15-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Caplin Drysdale interim report including calls and emails re: same | | | |
| 12-15-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review fee app quality control chart and discuss same with T. Bielli | | | |
| 12-15-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Gilbert response to interim report and follow up | | | |
| 12-15-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with Brown Rudnick re: interim report issues | | | |
| 12-15-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Akin Gum interim report including reviewing and addressing their response | | | |
| 12-15-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review status of interim fee review and follow up with various professionals | | | |
| 12-15-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Davis Polk response to interim report and emails re: same | | | |
| 12-15-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Prime Clerk response and follow-up | | | |
| 12-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review correspondence to/from Gilbert with respect to Fee Examiner Report and resolution of same | | | |
| 12-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review correspondence to/from Caplin Drysdale with respect to Fee Examiner Report and resolution of same | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 12-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review correspondence to/from Reed Smith with respect to Fee Examiner Report and resolution of same | | | |
| 12-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review correspondence to/from Prime Clerk with respect to Fee Examiner Report and resolution of same | | | |
| 12-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review correspondence to/from Brown Rudnick with respect to Fee Examiner Report and resolution of same | | | |
| 12-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review correspondence to/from Prime Clerk with respect to Fee Examiner Report and resolution of same | | | |
| 12-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review response from Prime Clerk with respect to Fee Examiner Report | | | |
| 12-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review file with respect to response and back up for Gilbert's position | | | |
| 12-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review file with respect to response and back up for Brown Rudnick's position | | | |
| 12-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence with respect to resolution of DPW Resolution | | | |
| 12-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence with respect to resolution of Akin Gump Resolution | | | |
| 12-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | QC of final numbers for fee order | | | |
| 12-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Conference and correspondence with Reed Smith re Fee Examiner Report and negotiations regarding same | | | |
| 12-15-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Conference and correspondence with Caplin Drysdale re Fee Examiner Report and negotiations regarding same | | | |
| 12-16-2021 | Thomas Bielli | [ALL] Case Administration | 0.70 | 350.00 | 245.00 |
| | | QC proposed form of order | | | |
| 12-16-2021 | Thomas Bielli | [ALL] Case Administration | 2.00 | 350.00 | 700.00 |
| | | Attend hearing with respect to interim fee applications | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 12-16-2021 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Prepare for hearing with respect to interim fee applications | | | |
| 12-16-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Prep for fee hearing | | | |
| 12-16-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.70 | 375.00 | 637.50 |
| | | Attend omnibus/fee hearing | | | |
| 12-16-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review fee order and discuss with T. Bielli | | | |
| 12-16-2021 | David Klauder | B110 - Case Administration | 0.20 | 375.00 | 75.00 |
| | | Review articles on District Court ruling on confirmation | | | |
| 12-17-2021 | David Klauder | B110 - Case Administration | 0.20 | 375.00 | 75.00 |
| | | Discuss case status and next steps with T. Bielli | | | |
| 12-27-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails re: Cornerstone Research invoices | | | |