KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                              :         Chapter 11
                                                    :
PURDUE PHARMA L.P., *et al.*                        :         Case No. 19-23649 (RDD)
                                                    :
          Debtors.[1]                               :         (Jointly Administered)
---------------------------------------------------------------x

**TWENTY-THIRD MONTHLY FEE STATEMENT OF KURTZMAN CARSON CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED AS INFORMATION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| *General Information* | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |
| *Summary of Fees and Expenses Sought in the Fee Application* | |
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | October 1, 2021 through October 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $12,829.02 (80% of $14,124.91) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $1,911.37 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $14,740.39 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its twenty-third monthly fee statement (the "Monthly Fee Statement") for the period beginning October 1, 2021 through and including October 31, 2021 (the "Fee Period"). During the Fee Period, the fees and expenses incurred by KCC were $16,036.28.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $12,829.02, which represents 80% of KCC's total fees for reasonable and necessary professional

services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**. A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**. A schedule of expenses incurred by category.

c. **Exhibit C**. KCC's invoice including detailed line item lists of time entries and expenses incurred.

### NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245,

Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on February 15, 2022** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: February 1, 2022
El Segundo, California

/s/ *Sarah Harbuck*
**KURTZMAN CARSON CONSULTANTS LLC**
Sarah Harbuck
Drake D. Foster
222 N. Pacific Coast Highway
3rd Floor
El Segundo, California 90403
Tel: (310) 823-9000

**CERTIFICATION**

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

    a)      I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

    b)      I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

    c)      I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated: February 1, 2022
       El Segundo, California

                                                /s/ *Sarah Harbuck*

                                                Sarah Harbuck

**Exhibit A**
**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| AKW | Alyssa Kim-Whittle | Consultant | 1.2 | $203.28 | $243.94 |
| AOP | Alfredo Pastor | Consultant | 0.1 | $200.86 | $20.09 |
| CET | Christopher Estes | Consultant | 22.9 | $203.28 | $4,655.11 |
| CHD | Christopher Do | Senior Managing Consultant | 0.6 | $231.53 | $138.92 |
| CHT | Cheryl Tracey | Consultant | 1.9 | $200.86 | $381.67 |
| CJC | Caitlin Corrie | Consultant | 0.2 | $125.24 | $25.04 |
| DAK | Dayna Kosinski | Consultant | 0.3 | $155.49 | $46.65 |
| EJG | Evan Gershbein | Senior Managing Consultant | 1.5 | $231.53 | $347.29 |
| FGZ | Francisco Gonzalez | Clerk | 0.4 | $53.85 | $21.54 |
| FTA | Frank Taylor | Clerk | 1 | $53.85 | $53.86 |
| ICO | Ignacio Corona | Clerk | 0.7 | $53.85 | $37.70 |
| IRJ | Ivan Rios Jimenez | Consultant | 0.3 | $143.39 | $43.02 |
| JBU | Joseph Bunning | Senior Consultant | 22.1 | $206.91 | $4,572.72 |
| JDG | Jennifer Grageda | Consultant | 0.1 | $149.44 | $14.94 |
| MAP | Manuel Pastor | Consultant | 2.8 | $200.86 | $562.41 |
| MDO | Matthew Orr | Consultant | 0.6 | $200.86 | $120.52 |
| MWC | Matthew Canty | Consultant | 4 | $200.86 | $803.45 |
| SEB | Senayt Berhe | Consultant | 0.3 | $149.44 | $44.83 |
| STP | Stephanie Paul | Consultant | 0.3 | $125.24 | $37.56 |
| SYU | Susan Yu | Consultant | 5.2 | $203.28 | $1,057.09 |
| TBM | Travis Buckingham | Consultant | 1.5 | $203.28 | $304.93 |
| VRQ | Vanessa Triana | Senior Managing Consultant | 0.9 | $209.40 | $188.46 |
| VTM | Vien Marquez | Consultant | 1.4 | $200.86 | $281.20 |
| YSL | Yun Lee | Consultant | 0.6 | $203.28 | $121.97 |
| | **TOTALS** | | **70.9** | | **$14,124.91** |

## Exhibit B

### Summary of Expenses by Category

| Category | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $344.56 |
| PACER – Public Access Service Fees | | | $67.50 |
| Printing and Mailing Expenses | | | $1,435.88 |
| Sales Tax | | | $63.43 |
| | | | |
| **TOTAL** | | | **$1,911.37** |

**Exhibit C**

**Invoice**



November 23, 2021

Purdue Pharma L.P. (Creditors' Committee)
Brendan Stuhan
Blue Cross and Blue Shield Association
1310 G Street NW
Washington DC 20005

      Re: Purdue Pharma L.P. (Creditors' Committee)
          USBC Case No. 19-23649

Dear Brendan Stuhan:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period October 1, 2021 to October 31, 2021 in the amount of $16,036.28 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC

Evan Gershbein
EVP Restructuring



Enclosures



November 23, 2021

Copy Parties

Ira S. Dizengoff, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Arik Preis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Mitchell Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Sara L. Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

# *Kurtzman Carson Consultants LLC*

| **Account Number** | 70789FA | **Invoice Date** | November 23, 2021 |
|---|---|---|---|
| **Invoice Number** | US_KCC2164895 | **Due Date** | Due upon receipt |

**Purdue Pharma L.P. (Creditors' Committee)**
*Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $14,124.91 |
| *Total of Hourly Fees* | $14,124.91 |
| **Expenses** | |
| Expenses | $1,847.94 |
| *Total Expenses* | $1,847.94 |
| *Invoice Subtotal* | $15,972.85 |
| Sales and Use Tax | 63.43 |
| *Total Invoice* | **$16,036.28** |

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| **Account Number** | 70789FA | **Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| **Invoice Number** | US_KCC2164895 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $16,036.28 | Dept CH 16639 | HSBC Bank, NA |
| **Amount Paid** | $ | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
|  |  |  | Account # 000183571 |
|  |  |  | FED ABA # 021001088 |
|  |  |  | ACH Routing # 022000020 |

## *Kurtzman Carson Consultants LLC*

10/01/2021 - 10/31/2021

*Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| AKW | Alyssa Kim-Whittle | CON | 1.20 | $203.28 | $243.94 |
| AOP | Alfredo Pastor | CON | 0.10 | $200.86 | $20.09 |
| CET | Christopher Estes | CON | 22.90 | $203.28 | $4,655.11 |
| CHD | Christopher Do | SMC | 0.60 | $231.53 | $138.92 |
| CHT | Cheryl Tracey | CON | 1.90 | $200.86 | $381.67 |
| CJC | Caitlin Corrie | CON | 0.20 | $125.24 | $25.04 |
| DAK | Dayna Kosinski | CON | 0.30 | $155.49 | $46.65 |
| EJG | Evan Gershbein | SMC | 1.50 | $231.53 | $347.29 |
| FGZ | Francisco Gonzalez | CL | 0.40 | $53.85 | $21.54 |
| FTA | Frank Taylor | CL | 1.00 | $53.85 | $53.86 |
| ICO | Ignacio Corona | CL | 0.70 | $53.85 | $37.70 |
| IRJ | Ivan Rios Jimenez | CON | 0.30 | $143.39 | $43.02 |
| JBU | Joseph Bunning | SC | 22.10 | $206.91 | $4,572.72 |
| JDG | Jennifer Grageda | CON | 0.10 | $149.44 | $14.94 |
| MAP | Manuel Pastor | CON | 2.80 | $200.86 | $562.41 |
| MDO | Matthew Orr | CON | 0.60 | $200.86 | $120.52 |
| MWC | Matthew Canty | CON | 4.00 | $200.86 | $803.45 |
| SEB | Senayt Berhe | CON | 0.30 | $149.44 | $44.83 |
| STP | Stephanie Paul | CON | 0.30 | $125.24 | $37.56 |
| SYU | Susan Yu | CON | 5.20 | $203.28 | $1,057.09 |
| TBM | Travis Buckingham | CON | 1.50 | $203.28 | $304.93 |
| VRQ | Vanessa Triana | SMC | 0.90 | $209.40 | $188.46 |
| VTM | Vien Marquez | CON | 1.40 | $200.86 | $281.20 |
| YSL | Yun Lee | CON | 0.60 | $203.28 | $121.97 |
| | | | | *Total* | *$14,124.91* |

## Kurtzman Carson Consultants LLC

### 10/01/2021 - 10/31/2021

*Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 10/1/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 10/1/2021 | TBM | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.30 |
| 10/1/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 10/1/2021 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.70 |
| | | | | **Total for 10/1/2021** | **2.20** |
| 10/4/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.80 |
| 10/4/2021 | TBM | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 10/4/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 10/4/2021 | CJC | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| | | | | **Total for 10/4/2021** | **1.20** |
| 10/5/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 0.80 |
| 10/5/2021 | TBM | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.10 |
| | | | | **Total for 10/5/2021** | **0.90** |
| 10/6/2021 | JDG | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 10/6/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.20 |
| 10/6/2021 | TBM | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 10/6/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 10/6/2021 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |
| 10/6/2021 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| | | | | **Total for 10/6/2021** | **2.40** |
| 10/7/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 0.90 |
| 10/7/2021 | TBM | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.30 |
| | | | | **Total for 10/7/2021** | **1.20** |
| 10/8/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 1.10 |
| 10/8/2021 | TBM | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.20 |
| 10/8/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 10/8/2021 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.70 |
| | | | | **Total for 10/8/2021** | **2.10** |

## Kurtzman Carson Consultants LLC

10/01/2021 - 10/31/2021

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 10/11/2021 | JBU | Respond to creditor and shareholder inquiries regarding the status of claims | SC | Communications / Call Center | 1.20 |
| 10/11/2021 | TBM | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.10 |
| 10/11/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 10/11/2021 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| | | | | **Total for 10/11/2021** | **1.70** |
| 10/12/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 0.90 |
| 10/12/2021 | TBM | Review docket for possible mailings and actionable pleadings | CON | Noticing | 0.10 |
| 10/12/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 10/12/2021 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| | | | | **Total for 10/12/2021** | **1.40** |
| 10/13/2021 | EJG | Attention to Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] mailing, including email communication with counsel re same | SMC | Noticing | 0.40 |
| 10/13/2021 | FTA | Assist with Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.30 |
| 10/13/2021 | VTM | Assist with Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 10/13/2021 | MDO | Assist with Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 10/13/2021 | DAK | Assist with Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 10/13/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.50 |
| 10/13/2021 | MAP | Assist with Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.30 |
| 10/13/2021 | FGZ | Assist with Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.40 |
| 10/13/2021 | SYU | Correspond with counsel re service of Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal | CON | Noticing | 0.10 |
| 10/13/2021 | SYU | Coordinate and generate Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.30 |
| 10/13/2021 | SYU | Update the Master Service List per recent correspondence | CON | Noticing | 0.20 |
| 10/13/2021 | SYU | Reach out to E Heredia re address update in the Master Service List | CON | Marketing/Business Development | 0.20 |
| 10/13/2021 | CET | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.80 |

## *Kurtzman Carson Consultants LLC*

10/01/2021 - 10/31/2021

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 10/13/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 10/13/2021 | VRQ | Coordinate and facilitate service of Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] including preparation of service lists, review documents and prepare related correspondence | SMC | Noticing | 0.90 |
| 10/13/2021 | CHD | Assist with Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| 10/13/2021 | MWC | Coordinate and generate Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 2.30 |
| 10/13/2021 | MWC | Prepare Affidavit of Service for Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] mailing | CON | Noticing | 1.60 |
| | | | | *Total for 10/13/2021* | *11.60* |
| 10/14/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 0.80 |
| 10/14/2021 | SYU | Review Certificate of Service re Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] mailing | CON | Noticing | 0.30 |
| 10/14/2021 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 10/14/2021 | SYU | Update the Master Service List per recent correspondence | CON | Noticing | 0.20 |
| 10/14/2021 | SEB | Manage and review tracking of undeliverable mail re Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] | CON | Undeliverable Mail Processing | 0.20 |
| 10/14/2021 | AKW | Review Certificate of Service for Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] mailing | CON | Noticing | 1.20 |
| 10/14/2021 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| | | | | *Total for 10/14/2021* | *3.20* |
| 10/15/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.10 |
| 10/15/2021 | SYU | Perform quality check on the Master Service List to ensure accuracy | CON | Noticing | 0.40 |
| 10/15/2021 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.90 |
| | | | | *Total for 10/15/2021* | *2.40* |
| 10/18/2021 | EJG | Attention to Fee Apps [DNs 3976-3981] mailing, including email communication with counsel re same | SMC | Noticing | 0.60 |
| 10/18/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.10 |
| 10/18/2021 | SYU | Correspond with counsel re service of Fee Apps | CON | KCC DealView Consulting | 0.10 |
| 10/18/2021 | SYU | Coordinate and generate Fee Apps [DNs 3976-3981] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.60 |
| 10/18/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 10/18/2021 | CET | Return creditor inquiries (7) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.60 |
| 10/18/2021 | YSL | Allocate Pacer charges for quarter ending 09/30/21 | CON | Document Processing | 0.60 |

## Kurtzman Carson Consultants LLC

10/01/2021 - 10/31/2021

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 10/18/2021 | MWC | Administrative quality control review of Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] including review of related case filings and certificates of service | CON | Noticing | 0.10 |
| | | | **Total for 10/18/2021** | | **4.80** |
| 10/19/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 0.80 |
| 10/19/2021 | SYU | Prepare Certificate of Service re Fee Apps [DNs 3976-3981] mailing | CON | Noticing | 0.60 |
| 10/19/2021 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 10/19/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 10/19/2021 | CET | Return creditor inquiries (6) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.40 |
| | | | **Total for 10/19/2021** | | **3.00** |
| 10/20/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 0.70 |
| 10/20/2021 | CET | Return creditor inquiries (7) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.60 |
| | | | **Total for 10/20/2021** | | **2.30** |
| 10/21/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 0.70 |
| 10/21/2021 | CET | Return creditor inquiries (6) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.20 |
| | | | **Total for 10/21/2021** | | **1.90** |
| 10/22/2021 | EJG | Attention to Opposition re Motions for Stay, Declarations of Juaire & Trainor [DNs 4006-4008] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 10/22/2021 | FTA | Assist with Opposition re Motions for Stay, Declarations of Juaire & Trainor [DNs 4006-4008] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.70 |
| 10/22/2021 | VTM | Assist with Opposition re Motions for Stay, Declarations of Juaire & Trainor [DNs 4006-4008] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 10/22/2021 | MDO | Assist with Opposition re Motions for Stay, Declarations of Juaire & Trainor [DNs 4006-4008] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 10/22/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 0.90 |
| 10/22/2021 | IRJ | Assist with Opposition re Motions for Stay, Declarations of Juaire & Trainor [DNs 4006-4008] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 10/22/2021 | MAP | Assist with Opposition re Motions for Stay, Declarations of Juaire & Trainor [DNs 4006-4008] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.20 |
| 10/22/2021 | ICO | Assist with Opposition re Motions for Stay, Declarations of Juaire & Trainor [DNs 4006-4008] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.70 |

## Kurtzman Carson Consultants LLC

10/01/2021 - 10/31/2021

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 10/22/2021 | SYU | Correspond with counsel re service of Opposition re Motions for Stay, Declarations of Juaire & Trainor | CON | Noticing | 0.10 |
| 10/22/2021 | SYU | Coordinate and generate Opposition re Motions for Stay, Declarations of Juaire & Trainor [DNs 4006-4008] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 10/22/2021 | SYU | Update the Master Service List per recent correspondence | CON | Noticing | 0.20 |
| 10/22/2021 | CET | Return creditor inquiries (6) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.20 |
| 10/22/2021 | AOP | Assist with Opposition re Motions for Stay, Declarations of Juaire & Trainor [DNs 4006-4008] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 10/22/2021 | CHD | Assist with Opposition re Motions for Stay, Declarations of Juaire & Trainor [DNs 4006-4008] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| | | | **Total for 10/22/2021** | | **7.90** |
| 10/23/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] | CON | Noticing | 0.20 |
| | | | **Total for 10/23/2021** | | **0.20** |
| 10/25/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 1.00 |
| 10/25/2021 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] | CON | Noticing | 0.30 |
| 10/25/2021 | SYU | Prepare Certificate of Service re Opposition re Motions for Stay, Declarations of Juaire & Trainor [DNs 4006-4008] mailing | CON | Noticing | 0.70 |
| 10/25/2021 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 10/25/2021 | SYU | Update the Master Service List per Notice of Appearance | CON | Noticing | 0.20 |
| 10/25/2021 | CET | Return creditor inquiries (7) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.40 |
| 10/25/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| 10/25/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| | | | **Total for 10/25/2021** | | **4.40** |
| 10/26/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 2.90 |
| 10/26/2021 | SEB | Manage and review tracking of undeliverable mail re Opposition re Motions for Stay, Declarations of Juaire & Trainor [DNs 4006-4008] | CON | Undeliverable Mail Processing | 0.10 |
| 10/26/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 10/26/2021 | CET | Return creditor inquiries (12) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 2.30 |
| 10/26/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.80 |
| 10/26/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |

## *Kurtzman Carson Consultants LLC*

10/01/2021 - 10/31/2021

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| | | | *Total for 10/26/2021* | | *6.50* |
| 10/27/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 0.80 |
| 10/27/2021 | CET | Return creditor inquiries (7) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.60 |
| 10/27/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| | | | *Total for 10/27/2021* | | *3.00* |
| 10/28/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 0.80 |
| 10/28/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 10/28/2021 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.10 |
| 10/28/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| | | | *Total for 10/28/2021* | | *2.60* |
| 10/29/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 1.20 |
| 10/29/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 10/29/2021 | CET | Return creditor inquiries (9) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.80 |
| 10/29/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.50 |
| | | | *Total for 10/29/2021* | | *3.80* |
| 10/30/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Opposition re Motions for Stay, Declarations of Juaire & Trainor [DNs 4006-4008] | CON | Noticing | 0.20 |
| | | | *Total for 10/30/2021* | | *0.20* |
| | | | ***Total Hours*** | | ***70.90*** |

## *Kurtzman Carson Consultants LLC*

10/01/2021 - 10/31/2021

### *Expenses*

| **Description** | **Units** | **Rate** | **Amount** |
|---|---|---|---|
| First Class Mail | | | $344.56 |
| PACER - Public Access Service Fees | | | $67.50 |
| Printing and Mailing Expenses (See Exhibit) | | | $1,435.88 |
| | | ***Total Expenses*** | ***$1,847.94*** |

# *Kurtzman Carson Consultants LLC*

10/01/2021 - 10/31/2021

### *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 10/13/2021 | Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] | 204 | Email Parties | $0.00 | $100.00 |
|  |  | 1 | Email Service Setup to 204 Email Parties | $250.00 | $250.00 |
|  |  | 55 | First Class Mail |  |  |
|  |  | 1,320 | Image notice printing for 1 document, including PPLP 3935 - UCC Direct Appeal Opposition | $0.11 | $145.20 |
|  |  | 55 | Non-Standard Envelopes | $0.36 | $19.80 |
| 10/18/2021 | Fee Apps [DNs 3976-3981] | 6 | Email Parties | $0.00 | $100.00 |
| 10/22/2021 | Opposition re Motions for Stay, Declarations of Juaire & Trainor [DNs 4006-4008] | 201 | Email Parties | $0.00 | $100.00 |
|  |  | 1 | Email Service Setup to 201 Email Parties | $250.00 | $250.00 |
|  |  | 54 | First Class Mail |  |  |
|  |  | 4,104 | Image notice printing for 3 documents, including Purdue DN 4006 Opposition re Motions for Stay, Purdue DN 4007 Declaration of Cheryl Juaire ISO of Opposition of Motions for Stay, Purdue DN 4008 Declaration of Kara Trainor ISO of Opposition of Motions for Stay | $0.11 | $451.44 |
|  |  | 54 | Non-Standard Envelopes | $0.36 | $19.44 |

### *Total Printing and Mailing Expenses* — *$1,435.88*