DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF INCREASE OF**
**ORDINARY COURSE PROFESSIONAL CAPS**

**PLEASE TAKE NOTICE** that on November 26, 2019, the United States Bankruptcy

Court for the Southern District of New York (the "**Court**") entered the *Order Authorizing*

*Debtors to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the*

*Petition Date* (ECF No. 548) (the "**Order**")[2] authorizing the above-captioned debtors and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Order.

debtors in possession (collectively, the "**Debtors**") to establish certain procedures to retain and compensate those professionals that the Debtors employ in the ordinary course of business (collectively, the "**Ordinary Course Professionals**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 2(vi) of the Order, the OCP Caps and Case Caps may be increased by agreement between the United States Trustee, the Official Committee of Unsecured Creditors and the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (collectively, the "**Reviewing Parties**") and the Debtors; *provided* that the Debtors are required to file a notice with the Court of any such agreed increase.

**PLEASE TAKE FURTHER NOTICE** that the Aggregate Overall Cap has been increased to $32,000,000 pursuant to paragraph 2(vi) of the Order.

**PLEASE TAKE FURTHER NOTICE** that (i) the Tier 1 Case Cap with respect to Sidley Austin LLP ("**Sidley Austin**") has been increased to $3,100,000 and (ii) the Tier 1 OCP Cap with respect to Sidley Austin has been increased to $200,000 for the months of January through April 2022. The fees of Sidley Austin incurred before January 1, 2022 shall be disregarded when calculating Sidley Austin's average monthly fees for the purposes described above and in the Order for January 2022 and any subsequent monthly period.

**PLEASE TAKE FURTHER NOTICE** that the Tier 1 Case Cap with respect to Stikeman Elliot LLP has been increased to $3,200,000 pursuant to paragraph 2(vi) of the Order.

**PLEASE TAKE FURTHER NOTICE** that the Tier 1 Case Cap with respect to Wiggin and Dana LLP has been increased to $2,300,000 pursuant to paragraph 2(vi) of the Order.

**PLEASE TAKE FURTHER NOTICE** that Potomac Law Group, PLLC has been redesignated as a Tier 1 OCP and the Tier 1 Case Cap with respect to Potomac Law Group, PLLC has been increased to $1,500,000 pursuant to paragraph 2(vi) of the Order.

**PLEASE TAKE FURTHER NOTICE** that the Tier 1 Case Cap with respect to Dentons US LLP has been increased to $2,000,000 pursuant to paragraph 2(vi) of the Order.

**PLEASE TAKE FURTHER NOTICE** that the Tier 1 Case Cap with respect to McGuireWoods LLP has been increased to $4,500,000 pursuant to paragraph 2(vi) of the Order.

Dated:   February 14, 2022
        New York, New York

                                DAVIS POLK & WARDWELL LLP

                                By:   /s/ *Eli J. Vonnegut*

                                450 Lexington Avenue
                                New York, New York 10017
                                Telephone: (212) 450-4000
                                Facsimile:  (212) 701-5800
                                Marshall S. Huebner
                                Benjamin S. Kaminetzky
                                Timothy Graulich
                                Eli J. Vonnegut
                                Christopher S. Robertson

                                *Counsel to the Debtors*
                                *and Debtors in Possession*