ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**TWENTY-EIGHTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| Applicant's Role in Case | Special Counsel to the Debtors |
| Date Order of Employment Signed | December 20, 2019 |
| Period for Which Compensation and Reimbursement is Sought | December 1, 2021 through December 31, 2021 |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $321,595.80[2] |
| Less 20% Holdback | $64,319.16 |
| Total Reimbursement Requested | $1,792.00 |
| Total Compensation and Reimbursement Requested in this Statement | $259,068.64 |

**This is a(n):** $\underline{X}$ Monthly Application  ___ Interim Application  ___ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from December 1, 2021 Through December 31, 2021* (this "**Fee Statement**").[3]  By this Fee Statement, A&P seeks (i) compensation in the

---

[2]  This amount reflects a reduction in fees in the amount of $70,594.20 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]  The period from December 1, 2021, through and including December 31, 2021, is referred to herein as the "**Fee Period.**"

amount of $257,276.64 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $321,595.80) and (ii) payment of $1,792.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $321,595.80 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $257,276.64.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $653.88.[4]  The blended hourly billing rate of all paraprofessionals is $332.10.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that A&P incurred or disbursed in the amount of $1,792.00 in connection with providing professional services to the Debtors during the Fee Period.

---

[4]     This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]     This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.    Attached hereto as **<u>Exhibit D</u>** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

### <u>Notice</u>

5.    A&P will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A&P submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $257,276.64, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $321,595.80) and (ii) payment of $1,792.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

February 15, 2022                                    Respectfully submitted,


By:  _/s/_ Rory Greiss
**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

***Special Counsel to the Debtors***

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 22.70 | $18,220.81 |
| Retention and Fee Applications | 7.40 | $5,054.89 |
| Project Chione | 9.30 | $7,592.79 |
| Government Contracts | 7.30 | $6,249.63 |
| Project Falcon | 350.10 | $202,517.45 |
| Project Aurora | 12.90 | $10,697.31 |
| Project Solar | 19.00 | $17,455.34 |
| Project Beckham | 25.90 | $19,930.51 |
| Project Hummingbird | 38.70 | $33,877.07 |
| **Total[6]** | **493.30** | **$321,595.80** |

---

[6]  This amount reflects a reduction in fees in the amount of $70,594.20 on account of voluntary discounts as described in the Retention Application.

## **Exhibit B**

### **Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,000.00 | 1.10 | $1,100.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,420.00 | 10.80 | $15,336.00 |
| Gleklen, Jonathan I. | Partner | 1993 | 1,285.00 | 0.40 | $514.00 |
| Greiss, Rory | Partner | 1981 | 1,215.00 | 74.40 | $90,396.00 |
| Handwerker, Jeffrey L. | Partner | 1995 | 1,195.00 | 4.40 | $5,258.00 |
| Kracov, Daniel | Partner | 1989 | 1,255.00 | 1.60 | $2,008.00 |
| Rothman, Eric | Partner | 2008 | 990.00 | 6.10 | $6,039.00 |
| Habtemariam, Abeba | Counsel | 2011 | 915.00 | 0.70 | $640.50 |
| Wootton, Barbara H. | Counsel | 1998 | 1,035.00 | 37.90 | $39,226.50 |
| Clements, Ginger | Associate | 2016 | 815.00 | 0.40 | $326.00 |
| Henderson, Danielle | Associate | 2015 | 850.00 | 7.20 | $6,120.00 |
| Klees, Tracey | Associate | 2020 | 595.00 | 13.80 | $8,211.00 |
| Krantz, Alexa D. | Associate | 2021 | 520.00 | 5.10 | $2,652.00 |
| Marra, Bryan | Associate | 2003 | 920.00 | 16.10 | $14,812.00 |
| Pettit, Thomas A. | Associate | 2017 | 815.00 | 2.90 | $2,363.50 |
| Shiu, Nathan | Associate | 2015 | 815.00 | 4.80 | $3,912.00 |
| Sullivan, Sam | Associate | 2020 | 595.00 | 118.10 | $70,269.50 |
| Young, Dylan | Associate | 2016 | 815.00 | 41.70 | $33,985.50 |
| Zausner, Ethan | Associate | 2017 | 815.00 | 16.70 | $13,610.50 |
| Eder, Bryan I. | Staff Attorney | 2001 | 610.00 | 10.40 | $6,344.00 |
| Marchand, L. Michel | Staff Attorney | 2001 | 610.00 | 4.50 | $2,745.00 |
| Qu, Josephine | Staff Attorney | 2010 | 570.00 | 53.90 | $30,723.00 |
| Rabinowitz, Susan | Staff Attorney | 1997 | 610.00 | 51.60 | $31,476.00 |
| Ryan, Warlesha | Staff Attorney | 2009 | 510.00 | 5.70 | $2,907.00 |
| Reddix, Darrell | Legal Assistant | | 405.00 | 3.00 | $1,215.00 |
| **Total** | | | | **493.30** | **392,190.00** |
| Less 18% Discount | | | | | ($70,594.20) |
| **Discounted Total** | | | | | **$321,595.80** |
| Less 20% Holdback | | | | | ($64,319.16) |
| **Total Amount Requested Herein** | | | | | **$257,276.64** |

## **Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| eData: Relativity Services | $1,792.00 |
| **Total Expenses** | **$1,792.00** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Maria Barton**
**General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

February 11, 2022
Invoice # 30138989
EIN 53-0208605

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2021** | $ | 22,220.50 |
| Discount: | | -3,999.69 |
| **Fee Total** | | 18,220.81 |
| **Total Amount Due** | $ | **18,220.81** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                               P.O. Box 719451
                               Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 11, 2022

Invoice # 30138989

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 12/01/21 | 1.20 | Review, comment on issues list for latest draft of supply agreement (.9); correspondence with E. Zausner re: same (.3). |
| Ethan Zausner | 12/01/21 | 1.50 | Draft issues list (1.2); correspond with R. Greiss re same (.3). |
| Rory Greiss | 12/03/21 | 2.30 | Review open issues in preparation for videoconference with Purdue team re: customer mark-up of supply agreement (.4); Videoconference with Purdue team and E. Zausner to discuss open issues (1.0); Correspond with E. Zausner re: preparing "outward facing" issues list to send to customer (.3); Review proposed revisions to agreement prepared by E. Zausner (.6). |
| Ethan Zausner | 12/03/21 | 2.50 | Call with client and R. Greiss to discuss issues list (1.2); revise draft of supply agreement including issues list (1.3). |
| Ethan Zausner | 12/06/21 | 1.50 | Review, revise issues list (1.1); correspond with R. Greiss re: next steps (.4). |
| Rory Greiss | 12/07/21 | 0.90 | Review and comment on "outward facing" issues list for supply agreement prepared by E. Zausner (.6); Correspondence with Purdue team re: issues list and schedule for reviewing draft with customer (.3). |
| Ethan Zausner | 12/07/21 | 0.70 | Review, revise issues list. |
| Rory Greiss | 12/08/21 | 0.50 | Correspondence with Purdue team regarding reexport letters and sending example to customer in connection with supply agreement. |
| Ethan Zausner | 12/08/21 | 0.60 | Review, revise issues list. |
| Eric Rothman | 12/09/21 | 2.10 | Teleconference with Purdue team and customer re Supply Agreement. |
| Ethan Zausner | 12/10/21 | 0.20 | Correspond with E. Rothman re: call with Purdue team. |
| Rory Greiss | 12/16/21 | 1.70 | Videoconference with Purdue team and customer re: open issues on supply agreement. |
| Eric Rothman | 12/16/21 | 1.10 | Teleconference with Purdue team and customer re Supply Agreement. |
| Ethan Zausner | 12/16/21 | 3.00 | Call with R. Greiss, Purdue team and customer on issues list (1.8); revise updated supply agreement (1.2). |
| Rory Greiss | 12/17/21 | 1.30 | Review and comment on revised supply agreement prepared by E. Zausner. |
| Ethan Zausner | 12/17/21 | 1.10 | Further revise updated supply agreement. |

Page 1

February 11, 2022                                                               Invoice # 30138989

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ethan Zausner | 12/18/21 | 0.30 | Correspond with Purdue team re: suply agreement. |
| Ethan Zausner | 12/19/21 | 0.20 | Correspond with Purdue team re: suply agreement. |

**Total Hours**                              **22.70**


**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 7.90 | 1,215.00 | 9,598.50 |
| Eric Rothman | 3.20 | 990.00 | 3,168.00 |
| Ethan Zausner | 11.60 | 815.00 | 9,454.00 |
| **TOTAL** | **22.70** | | **22,220.50** |


**Total Current Amount Due**                                          **$18,220.81**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

February 11, 2022
Invoice # 30138990
EIN 53-0208605

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2021** | $ | 6,164.50 |
| Discount: | | -1,109.61 |
| **Fee Total** | | 5,054.89 |
| **Total Amount Due** | $ | **5,054.89** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 719451
                          Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 11, 2022                                                                                    Invoice # 30138990

**(1049218.00148)**
**Retention and Fee Applications**


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 12/02/21 | 0.40 | Correspond with client re: October entries. |
| Rosa J. Evergreen | 12/06/21 | 0.10 | Review, analyze R. Greiss correspondence re interim order. |
| Rory Greiss | 12/08/21 | 0.40 | Review, analyze monthly statement for October (.3); correspondence with internal team re: same (.1). |
| Ginger Clements | 12/08/21 | 0.20 | Review correspondence with A&P team re monthly fee statement. |
| Rosa J. Evergreen | 12/08/21 | 0.30 | Correspond with R. Greiss re interim application (.1); review draft application (.2). |
| Darrell B. Reddix | 12/08/21 | 3.00 | Prepare twenty-sixth monthly fee report including exhibits (2.8); file and serve same (.2). |
| Rory Greiss | 12/13/21 | 1.70 | Review, revise November invoices (1.3); correspondence with internal team re: revisions (.4). |
| Rosa J. Evergreen | 12/13/21 | 0.10 | Review R. Greiss correspondence re Purdue statement. |
| Ginger Clements | 12/14/21 | 0.20 | Review correspondence with A&P team re November invoices. |
| Rosa J. Evergreen | 12/15/21 | 0.10 | Review proposed order. |
| Rory Greiss | 12/16/21 | 0.40 | Review proposed order approving interim fee applications. |
| Rosa J. Evergreen | 12/22/21 | 0.50 | Review order (.1); correspond with R. Greiss re same (.1); review docket re interim application (.2); correspond with R. Greiss re same (.1). |

**Total Hours**                          **7.40**

February 11, 2022                                                                    Invoice # 30138990

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rosa J. Evergreen | 1.10 | 1,000.00 | 1,100.00 |
| Rory Greiss | 2.90 | 1,215.00 | 3,523.50 |
| Ginger Clements | 0.40 | 815.00 | 326.00 |
| Darrell B. Reddix | 3.00 | 405.00 | 1,215.00 |
| **TOTAL** | **7.40** | | **6,164.50** |

**Total Current Amount Due**                                                        **$5,054.89**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

February 11, 2022
Invoice # 30138991
EIN 53-0208605

**Client/Matter # 1049218.00154**

Project Chione

20210003087

| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2021** | $ | **9,259.50** |
| Discount: | | <u>-1,666.71</u> |
| **Fee Total** | | **7,592.79** |
| **Total Amount Due** | $ | <u>**7,592.79**</u> |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**    Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 11, 2022                                                                                     Invoice # 30138991


**(1049218.00154)**
**Project Chione**


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 12/01/21 | 1.10 | Review, comment on revised draft of license agreement. |
| Ethan Zausner | 12/01/21 | 1.30 | Revise license agreement (1.2); correspond with R. Greiss re same (.1). |
| Rory Greiss | 12/03/21 | 0.30 | Review comments from Purdue internal insurance experts on draft license agreement. |
| Ethan Zausner | 12/13/21 | 0.70 | Revise updated license agreement. |
| Rory Greiss | 12/20/21 | 0.30 | Review correspondence from Purdue team re: status of discussion with Chione. |
| Ethan Zausner | 12/20/21 | 0.80 | Review, analyze updated deal docs. |
| Rory Greiss | 12/21/21 | 1.80 | Review equity documents prepared by Chione (1.2); Videoconference with E. Zausner re: equity documents (.6). |
| Ethan Zausner | 12/21/21 | 1.00 | Call with R. Greiss to discuss equity documents (.5); revise equity docs (.5). |
| Rory Greiss | 12/22/21 | 0.70 | Review, analyze comments to equity documents. |
| Ethan Zausner | 12/22/21 | 1.30 | Review, analyze equity documents. |


**Total Hours**                    **9.30**

February 11, 2022                                                                Invoice # 30138991

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Rory Greiss | | 4.20 | 1,215.00 | 5,103.00 |
| | **Subtotal:** | **4.20** | | **5,103.00** |
| **Associate** | | | | |
| Ethan Zausner | | 5.10 | 815.00 | 4,156.50 |
| | **Subtotal:** | **5.10** | | **4,156.50** |
| | **TOTAL** | **9.30** | | **9,259.50** |

**Total Current Amount Due**                                              $7,592.79

Page 2

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

February 11, 2022
Invoice # 30138992
EIN 53-0208605

**Client/Matter # 1049218.00155**

Government Contracts

20210003110

**For Legal Services Rendered through December 31, 2021**      **7,621.50**

Discount:      -1,371.87

**Fee Total**      **6,249.63**

**Total Amount Due**      $      **6,249.63**

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**      Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 11, 2022                                                                  Invoice # 30138992

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Jeffrey L. Handwerker | 12/02/21 | 1.00 | Call with T. Pettit and Purdue team re: novation package (.5); call with client re: hearing (.5). |
| Thomas A. Pettit | 12/02/21 | 0.50 | Call with Purdue team and J. Handwerker re: novation package. |
| Jeffrey L. Handwerker | 12/06/21 | 0.50 | Call with T. Pettit and Purdue team re: novation. |
| Thomas A. Pettit | 12/06/21 | 0.50 | Teleconference with client and J. Handwerker regarding bankruptcy and novations. |
| Jeffrey L. Handwerker | 12/08/21 | 0.50 | Finalize novation package. |
| Thomas A. Pettit | 12/08/21 | 0.20 | Revise novation packag (.1); correspond with J. Handwerker re same (.1). |
| Jeffrey L. Handwerker | 12/13/21 | 0.30 | Participate in weekly call with team. |
| Thomas A. Pettit | 12/13/21 | 0.60 | Attend weekly teleconference with client. |
| Jeffrey L. Handwerker | 12/17/21 | 0.80 | Call with Sidley re: GP matter (.5); call with client re: next steps (.3). |
| Jeffrey L. Handwerker | 12/20/21 | 0.80 | Calll with client and T. Pettit re: next steps (.5); draft communication to government re: court updates (.3). |
| Thomas A. Pettit | 12/20/21 | 0.80 | Teleconference with client and J. Handwerker to discuss bankruptcy and novations (.5); draft update to government customers regarding bankruptcy and novation status (.3). |
| Jeffrey L. Handwerker | 12/21/21 | 0.50 | Review, comment on draft correspondence with contracting officers. |
| Thomas A. Pettit | 12/21/21 | 0.30 | Draft update to contracting officers. |
| **Total Hours** | | **7.30** | |

February 11, 2022                                                                  Invoice # 30138992

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Jeffrey L. Handwerker | 4.40 | 1,195.00 | 5,258.00 |
| **Subtotal:** | **4.40** | | **5,258.00** |
| **Associate** | | | |
| Thomas A. Pettit | 2.90 | 815.00 | 2,363.50 |
| **Subtotal:** | **2.90** | | **2,363.50** |
| **TOTAL** | **7.30** | | **7,621.50** |

**Total Current Amount Due**                                                       **$6,249.63**

Page 2

# Arnold&Porter

**Purdue Pharma L.P.**                                    February 11, 2022
**Attn: Rachel Kreppel**                                  Invoice # 30138996
**Associate General Counsel**                             EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | |
|---|---:|
| **For Legal Services Rendered through December 31, 2021** | **246,972.50** |
| Discount: | -44,455.05 |
| **Fee Total** | **202,517.45** |
| **Disbursements Recorded through December 31, 2021** | |
| eData: Relativity Services | 1,792.00 |
| **Disbursements Total** | **$        1,792.00** |
| **Total Amount Due** | **$      204,309.45** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                        Arnold & Porter Kaye Scholer LLP
                                         P.O. Box 719451
                                         Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 11, 2022                                                                                  Invoice # 30138996


**(1049218.00157)**
**Project Falcon**


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Barbara H. Wootton | 12/01/21 | 1.00 | Conference with B. Marra, D. Young and S. Sullivan re developing case assessment and interview outlines (.6); correspond with Purdue team re subject matter interviews (.4). |
| Sam Sullivan | 12/01/21 | 5.90 | Draft outline for client interviews (2.6); teleconference with B. Wootton, B. Marra, and D. Young re interviews (.5); review, analyze relative documents (2.8). |
| Dylan S. Young | 12/01/21 | 3.40 | Videoconference on matter status and workflows with S. Sullivan, B. Wootton, B. Marra (.5); draft information (2.4); correspond with S. Sullivan re interview outlines (.5). |
| Bryan M. Marra | 12/01/21 | 1.20 | Call with team re: response (.5); correspond with Purdue team re: documents (.3); Draft emails to review team re: privilege review. (.4). |
| Josephine Qu | 12/01/21 | 4.50 | Review, analyze materials to be produced to agency. |
| Barbara H. Wootton | 12/02/21 | 0.20 | Correspond with B. Marra and Cobra team re document production (.1); correspond with D. Feinstein re interview planning and preparation (.1). |
| Sam Sullivan | 12/02/21 | 4.80 | Compile binder of documents for use in client interviews (.7); draft outline for client interviews (4.1). |
| Dylan S. Young | 12/02/21 | 6.30 | Videoconference with S. Sullivan on interview outline (.3); review and analyze documents to craft interview outline (4.1); draft interview outline module (1.9). |
| Bryan M. Marra | 12/02/21 | 1.00 | Corredpond with A&P team re: preparing production (.6); review, analyze production search (.4). |
| Josephine Qu | 12/02/21 | 2.30 | Review, analyze materials to be produced to agency. |
| Barbara H. Wootton | 12/03/21 | 4.20 | Correspond with outside counsel re compliance with agency request (.1); review, comment on outline re key personnel (.4); review, comment, revise draft summary and interview outline (1.4); review, edit, and comment to S. Sullivan re draft outline (1.2); review, comment on outline revisions (1.1). |
| Sam Sullivan | 12/03/21 | 5.30 | Revise outline for client interviews. |
| Dylan S. Young | 12/03/21 | 1.60 | Finalize key personnel chart (.5); finalize interview outlines (.9); correspond with A&P team re same (.2) |
| Bryan M. Marra | 12/03/21 | 0.20 | Draft emails re: privilege review questions. |
| L. Michel Marchand | 12/03/21 | 4.50 | Review, analyze draft production set for privilege. |
| Josephine Qu | 12/03/21 | 5.50 | Review, analyze materials to be produced to agency. |
| Susan Rabinowitz | 12/03/21 | 3.00 | Review, analyze draft production set for privilege. |
| Barbara H. Wootton | 12/04/21 | 1.80 | Review, revise daft summaries and interview outlines (.9); correspond with S. Sullivan providing direction re revising interview summary (.1); review, analyze documents re fact interviews (.8). |
| Deborah L. Feinstein | 12/05/21 | 0.30 | Review prep materials. |
| Sam Sullivan | 12/05/21 | 1.70 | Revise outline of client interviews. |
| Bryan M. Marra | 12/05/21 | 0.50 | Review materials for client interview (.4); correspond with A&P team re same (.1). |
| Deborah L. Feinstein | 12/06/21 | 1.00 | Conference call. |

February 11, 2022                                                                                    Invoice # 30138996

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Barbara H. Wootton | 12/06/21 | 3.20 | Interview Purdue subject matter expert re preparation of narrative responses to agency (1.0); teleconference with S. Sullivan re analysis of materials and preparation for Purdue employee interview (.3); teleconference with B. Marra re interview outline for employee interview (.2); revise outline for Purdue employee interviews (.4); correspond with Purdue in house team re subject matter expert interviews (.1); correspond with D. Young re document analyses and preparation for Purdue subject matter interviews (.2); preparing for interview of Purdue subject matter expert re narrative responses to agency (1.0). |
| Sam Sullivan | 12/06/21 | 5.20 | Draft chronology re communications (2.6); attend interview with Purdue employee (1.0); draft interview memo for interview with Purdue employee (1.2); teleconference with D. Young to plan review of documents (.4). |
| Dylan S. Young | 12/06/21 | 4.60 | Correspond with B. Wootton and S. Sullivan on interview outlines (.4); teleconference with S. Sullivan on the same (.5); develop searches for the same (2.5); review documents for the same (1.2). |
| Bryan M. Marra | 12/06/21 | 1.00 | Attend client interview (.8); correspond with A&P team re production (.2) |
| Susan Rabinowitz | 12/06/21 | 1.00 | Review, analyze draft production set for privilege. |
| Warlesha Ryan | 12/07/21 | 0.30 | Review materials to be produced to agency. |
| Barbara H. Wootton | 12/07/21 | 1.00 | Interview Purdue subject matter expert re preparing narrative responses to agency (.5); confer with B. Marra, D. Young and S. Sullivan re fact investigation analysis, additional document searches, and preparation for interviews (.5). |
| Sam Sullivan | 12/07/21 | 6.60 | Review, revise chronology (3.3); attend interview with Purdue employee (.5); draft memo summarizing tsame (.8); search Relativity database for documents identified by Purdue employee (.2); further revise chronology (1.5); meet with B. Wootton, B. Marra, and D. Young to plan review (.3). |
| Dylan S. Young | 12/07/21 | 6.70 | Participate in fact interview (.5); prepare for same (.2); review, analyze documents in preparation for fact witness interviews (2.3); draft outlines for the same (3.4); update memoranda following interviews (.3). |
| Bryan M. Marra | 12/07/21 | 1.50 | Review documents (.4); Correspond with A&P team re: same (.1); attend client interview (.5); team call re: search planning (.5). |
| Warlesha Ryan | 12/08/21 | 3.00 | Review materials to be produced to agency. |
| Barbara H. Wootton | 12/08/21 | 1.20 | Review, analyze documents and outline in preparation for additional Purdue employee interviews. |
| Sam Sullivan | 12/08/21 | 4.90 | Review, revise chronology (2.8); further revise chronology (2.1). |
| Dylan S. Young | 12/08/21 | 5.00 | Draft interview outline (3.0); review, analyze documents for the same (2.0). |
| Bryan M. Marra | 12/08/21 | 0.50 | Correspond with A&P team re: production. |
| Josephine Qu | 12/08/21 | 3.50 | Review, analyze materials to be produced to agency. |
| Susan Rabinowitz | 12/08/21 | 3.00 | Review, analyze draft production set for privilege. |
| Warlesha Ryan | 12/09/21 | 0.50 | Review materials to be produced to agency. |
| Deborah L. Feinstein | 12/09/21 | 1.00 | Conference call. |

February 11, 2022                                                                Invoice # 30138996

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Barbara H. Wootton | 12/09/21 | 3.10 | Interview Purdue expert re responses to agency (.9); review, revise materials in preparation for interview Purdue expert (1.6); correspond with Purdue team re expert interviews and documents re same (.2); correspond with S. Sullivan re document and outlines for additional interviews (.2); confer with B. Marra re document analyses and expert interviews (.2). |
| Sam Sullivan | 12/09/21 | 6.60 | Revise interview outline to incorporate new documents (.4); review, revise chronology (3.0); attend interview with Purdue employee (.9); further revise chronology (2.3). |
| Bryan M. Marra | 12/09/21 | 1.80 | Correspond with A&P review team re: production (.5); draft cover letter for production (.2); correspond with A&P review team re: document searches (.3); attend client interview (.8). |
| Josephine Qu | 12/09/21 | 2.00 | Review, analyze materials to be produced to agency. |
| Susan Rabinowitz | 12/09/21 | 3.00 | Review, analyze draft production set for privilege. |
| Deborah L. Feinstein | 12/10/21 | 1.00 | Conference call. |
| Barbara H. Wootton | 12/10/21 | 1.70 | Interview Purdue expert re responses to agency (.8); review materials in preparation for interview of Purdue employee (.8); correspond with agency re compliance schedule (.1). |
| Sam Sullivan | 12/10/21 | 7.40 | Attend interview with Purdue employee (.8); review, revise chronology (2.7); further revise chronology (3.9). |
| Bryan M. Marra | 12/10/21 | 0.50 | Attend client interview. |
| Josephine Qu | 12/10/21 | 3.00 | Review, analyze materials to be produced to agency. |
| Susan Rabinowitz | 12/10/21 | 1.50 | Review, analyze draft production set for privilege. |
| Sam Sullivan | 12/11/21 | 8.70 | Review, revise chronology (6.4); draft outline of client interviews (2.3). |
| Sam Sullivan | 12/12/21 | 5.60 | Draft outline of client interviews (4.4); prepare e-binder of documents cited in interview outline (1.2). |
| Deborah L. Feinstein | 12/13/21 | 0.80 | Conference call. |
| Barbara H. Wootton | 12/13/21 | 4.90 | Interview Purdue employee re responses to agency (.7); review, analyze document summaries and fact time lines (.6); draft interview questions for Purdue experts (1.4); revise same (.6); prepare for fact interviews with Purdue employees for responses to agency (1.6). |
| Sam Sullivan | 12/13/21 | 5.80 | Attend interview with Purdue employee (.8); meet with counsel to discuss responses to agency (.4); review, revise chronology (4.6). |
| Bryan M. Marra | 12/13/21 | 1.20 | Attend client interview (.5); call with counsel (.5); call with B. Wootton (.2). |
| Josephine Qu | 12/13/21 | 3.40 | Review, analyze materials to be produced to agency. |
| Susan Rabinowitz | 12/13/21 | 6.80 | Review, analyze draft production set for privilege. |
| Deborah L. Feinstein | 12/14/21 | 1.30 | Conference call (1.0); review materials for call with Purdue employee (.3). |
| Barbara H. Wootton | 12/14/21 | 2.70 | Interview Purdue employee re information for responses to agencies (.8); correspondence re analysis of materials and preparation for Purdue employee interview (.1); teleconference with D. Feinstein, S. Sullivan, B. Marra and D. Young re analysis and preparation of narrative responses to agency (.8); review, revise and analyze materials re preparation of draft response to agency (1.0). |

February 11, 2022                                                                    Invoice # 30138996

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Sam Sullivan | 12/14/21 | 7.90 | Attend interview with Purdue employee (.8); review, analyze documents to discuss in the interview (.4); Draft interview summaries (1.9); Teleconference with B. Wootton, B. Marra, and D. Young to discuss responses to agency (.8); draft response to agency (4.0). |
| Dylan S. Young | 12/14/21 | 4.70 | Draft narrative responses to agency requests for information (1.2); review documents for the same (1.5); correspond with S. Sullivan on the same (.8); videoconference with B. Wootton, B. Marra, and S. Sullivan on the same (1.2). |
| Bryan M. Marra | 12/14/21 | 1.00 | Participate in team call (.6); review documents (.4). |
| Josephine Qu | 12/14/21 | 6.00 | Review, analyze materials to be produced to agency. |
| Susan Rabinowitz | 12/14/21 | 5.50 | Review, analyze draft production set for privilege. |
| Deborah L. Feinstein | 12/15/21 | 2.00 | Call with client. |
| Barbara H. Wootton | 12/15/21 | 4.30 | Interview Purdue expert to prepare responses to agency (2.0); correspond with B. Marra re draft response to agency (.6); review, revise draft response to agency(1.4); correspond with S. Sullivan, D. Young and B. Marra re same (.3). |
| Sam Sullivan | 12/15/21 | 7.80 | Revise response to agency (4.9); attend interview with Purdue employee (2.0); draft summary memo re same (.9). |
| Dylan S. Young | 12/15/21 | 5.60 | Draft and revise narrative responses to agency inquiries (1.8); review documents for the same (1.6); discuss the same with S. Sullivan (1.2); correspond on the same with B. Wootton and B. Marra (1.0). |
| Bryan M. Marra | 12/15/21 | 3.00 | Call with client (2.0); review, revise Spec response (1.0). |
| Susan Rabinowitz | 12/15/21 | 6.50 | Review, analyze draft production set for privilege. |
| Deborah L. Feinstein | 12/16/21 | 1.00 | Edit Spec responses. |
| Barbara H. Wootton | 12/16/21 | 1.10 | Correspond with team narrative response drafts (.1); revise narrative response drafts (.8); correspond with D. Feinstein, D. Young and S. Sullivan re Spec drafts and documentary support (.2). |
| Sam Sullivan | 12/16/21 | 2.80 | Draft memos summarizing client interviews (1.2); revise response to agency (1.6). |
| Dylan S. Young | 12/16/21 | 0.90 | Finalize narrative responses to agency inquiry. |
| Bryan M. Marra | 12/16/21 | 0.30 | Correspond with A&P team re: production. |
| Barbara H. Wootton | 12/17/21 | 0.10 | Correspond with D. Young providing guidance re preparation of Specification response. |
| Sam Sullivan | 12/17/21 | 3.10 | Draft chronology of documents to support agency responses (2.3); draft memos summarizing client interviews (.8). |
| Dylan S. Young | 12/17/21 | 0.20 | Revise narrative responses to agency inquiries. |
| Bryan M. Marra | 12/17/21 | 0.40 | Review and conduct QC of production search. |
| Susan Rabinowitz | 12/17/21 | 2.50 | Review, analyze draft production set for privilege. |
| Barbara H. Wootton | 12/18/21 | 0.30 | Correspond with D. Young, S. Sullivan and D. Feinstein re Specification narrative follow ups (.1); review, analyze comments on Specification responses (.2). |
| Dylan S. Young | 12/18/21 | 0.30 | Revise narrative responses. |
| Barbara H. Wootton | 12/19/21 | 1.50 | Review, analyze additional documents, data re specifications responses (.3); correspond with D. Young, S. Sullivan and D. Feinstein re Specification responses (.2); revise Specification responses (.7); correspond with D. Young re narrative response to agency (.3). |
| Dylan S. Young | 12/19/21 | 2.40 | Revise draft narrative responses for agency. |
| Deborah L. Feinstein | 12/20/21 | 0.20 | Review agency responses. |

February 11, 2022                                                                 Invoice # 30138996

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Barbara H. Wootton | 12/20/21 | 1.30 | Correspond with Purdue team re draft narrative responses and data requests (.3); revise draft narrative responses to agency (.4); correspond with Cornerstone re narrative and data responses (.1); correspond with D. Feinstein re same (.1); review, analyze comments and documents re draft narrative responses (.4). |
| Sam Sullivan | 12/20/21 | 5.00 | Draft chronology of documents to support agency responses. |
| Josephine Qu | 12/20/21 | 3.00 | Review, analyze materials to be produced to agency. |
| Barbara H. Wootton | 12/21/21 | 1.10 | Confer with B. Marra re data for Specification response and correspondence re document production (.2); review, analyze correspondence re data and specification response (.2); correspond with Purdue team re Specification response including data transfer (.4); review, analyze data for Specification response (.3). |
| Sam Sullivan | 12/21/21 | 3.10 | Draft chronology of documents to support agency responses. |
| Josephine Qu | 12/21/21 | 3.40 | Review, analyze materials to be produced to agency. |
| Susan Rabinowitz | 12/21/21 | 4.80 | Review, analyze draft production set for privilege. |
| Bryan I. Eder | 12/21/21 | 2.60 | Review documents for privilege and redaction in connection with proposed production. |
| Warlesha Ryan | 12/22/21 | 1.00 | Review materials to be produced to agency. |
| Deborah L. Feinstein | 12/22/21 | 1.60 | Interview. |
| Barbara H. Wootton | 12/22/21 | 2.60 | Interview to inform responses to agency (1.4); review, analyze materials to prepare for interview (.3); correspond re data for Specification response (.2);  review, revise narratives for specifications per Purdue team comments (.4); correspond with Purdue employees re data and narrative responses to agency (.2); correspond with A&P team re preparation of responses to narrative and data specifications (.1). |
| Sam Sullivan | 12/22/21 | 5.40 | Draft chronology of documents to support agency responses (2.3); attend interview of Purdue employee (1.3); revise agency responses (1.8). |
| Bryan M. Marra | 12/22/21 | 0.50 | Correspond with A&P team re: production. |
| Josephine Qu | 12/22/21 | 2.50 | Review, analyze materials to be produced to agency. |
| Warlesha Ryan | 12/23/21 | 0.90 | Filing production with agency. |
| Barbara H. Wootton | 12/23/21 | 0.60 | Correspond with agency re status of compliance (.1); correspond A&P team re data pull parameters (.2); correspond with D. Feinstein and B. Marra re compliance status (.1); correspond with Purdue team re data follow up questions and production status and strategy (.2). |
| Sam Sullivan | 12/23/21 | 3.00 | Draft memo summarizing the interview of Purdue employee (1.6); draft chronology of documents to support agency responses (1.4). |
| Bryan M. Marra | 12/23/21 | 1.00 | Correspond with A&P team re: production (.6); draft production cover letter (.2); review, analyze index (.2). |
| Josephine Qu | 12/23/21 | 3.00 | Review, analyze materials to be produced to agency. |
| Bryan I. Eder | 12/23/21 | 3.50 | Review documents for privilege and redaction in connection with proposed production. |
| Sam Sullivan | 12/27/21 | 1.40 | Draft chronology of documents to support agency responses. |
| Bryan M. Marra | 12/27/21 | 0.50 | Correspond with A&P team re: doc review and privilege question. |

February 11, 2022                                                                    Invoice # 30138996

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Josephine Qu | 12/27/21 | 3.80 | Review, analyze materials to be produced to agency. |
| Sam Sullivan | 12/28/21 | 3.90 | Draft chronology of documents to support agency responses. |
| Josephine Qu | 12/28/21 | 3.50 | Review, analyze materials to be produced to agency. |
| Susan Rabinowitz | 12/28/21 | 4.20 | Review, analyze draft production set for privilege. |
| Sam Sullivan | 12/29/21 | 3.40 | Draft chronology of documents to support agency responses. |
| Josephine Qu | 12/29/21 | 2.50 | Review, analyze materials to be produced to agency. |
| Susan Rabinowitz | 12/29/21 | 4.00 | Review, analyze draft production set for privilege. |
| Bryan I. Eder | 12/29/21 | 1.80 | Review documents for privilege and redaction in connection with proposed production. |
| Sam Sullivan | 12/30/21 | 2.80 | Draft chronology of documents to support agency responses. |
| Josephine Qu | 12/30/21 | 2.00 | Review, analyze materials to be produced to agency. |
| Susan Rabinowitz | 12/30/21 | 5.80 | Review, analyze draft production set for privilege. |
| Bryan I. Eder | 12/30/21 | 2.50 | Review documents for privilege and redaction in connection with proposed production. |

**Total Hours**                                    **350.10**

Page 6

February 11, 2022                                                                                    Invoice # 30138996

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Deborah L. Feinstein | 10.20 | 1,420.00 | 14,484.00 |
| **Subtotal:** | **10.20** | | **14,484.00** |
| **Counsel** | | | |
| Barbara H. Wootton | 37.90 | 1,035.00 | 39,226.50 |
| **Subtotal:** | **37.90** | | **39,226.50** |
| **Senior Attorney** | | | |
| Bryan M. Marra | 16.10 | 920.00 | 14,812.00 |
| **Subtotal:** | **16.10** | | **14,812.00** |
| **Associate** | | | |
| Sam Sullivan | 118.10 | 595.00 | 70,269.50 |
| Dylan S. Young | 41.70 | 815.00 | 33,985.50 |
| **Subtotal:** | **159.80** | | **104,255.00** |
| **Staff Attorney** | | | |
| Bryan I. Eder | 10.40 | 610.00 | 6,344.00 |
| L. Michel Marchand | 4.50 | 610.00 | 2,745.00 |
| Josephine Qu | 53.90 | 570.00 | 30,723.00 |
| Susan Rabinowitz | 51.60 | 610.00 | 31,476.00 |
| Warlesha Ryan | 5.70 | 510.00 | 2,907.00 |
| **Subtotal:** | **126.10** | | **74,195.00** |
| **TOTAL** | **350.10** | | **246,972.50** |

**Total Current Amount Due**                                                          **$204,309.45**

# Arnold&Porter

**Purdue Pharma L.P.**                                           February 11, 2022
**Attn: Roxana Aleali**                                        Invoice # 30138993
**Associate General Counsel**                                     EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00158**

Project Aurora

20210003172


**For Legal Services Rendered through December 31, 2021**                    **13,045.50**

 Discount:                                                               -2,348.19

**Fee Total**                                                           **10,697.31**


**Total Amount Due**                                          $          **10,697.31**



**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                              Arnold & Porter Kaye Scholer LLP
                                              P.O. Box 719451
                                              Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 11, 2022                                                                  Invoice # 30138993


**(1049218.00158)**
**Project Aurora**


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 12/01/21 | 0.50 | Review DPW tax comments on license agreement. |
| Rory Greiss | 12/13/21 | 0.90 | Begin review of Aurora mark-up of license agreement. |
| Danielle A. Henderson | 12/14/21 | 3.00 | Prepare issues list to exclusive license agreement. |
| Rory Greiss | 12/15/21 | 1.20 | Review and comment on issues list prepared by D. Henderson. |
| Danielle A. Henderson | 12/15/21 | 1.00 | Revise exclusive license agreement issues list. |
| Rory Greiss | 12/17/21 | 3.10 | Call with Aurora and Purdue team (1.0); Follow-up call with Purdue team and D. Henderson to go through issues list and Aurora mark-up (1.7); Follow-up call with D. Henderson re: preparation of revised draft of agreement (.4). |
| Danielle A. Henderson | 12/17/21 | 3.20 | Call with licensee counsel to discuss license agreement markup (1.0); internal client call to discuss license agreement issues list (1.7); internal call to discuss revisions to license agreement (.5). |

**Total Hours**                              **12.90**




**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Rory Greiss | 5.70 | 1,215.00 | 6,925.50 |
| Subtotal: | **5.70** | | **6,925.50** |
| **Associate** | | | |
| Danielle A. Henderson | 7.20 | 850.00 | 6,120.00 |
| Subtotal: | **7.20** | | **6,120.00** |
| **TOTAL** | **12.90** | | **13,045.50** |


**Total Current Amount Due**                                           $10,697.31

# Arnold&Porter

**Purdue Pharma L.P.**                                      February 11, 2022
**Attn: Roxana Aleali**                                     Invoice # 30138994
**Associate General Counsel**                               EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**


**Client/Matter # 1049218.00159**

Project Solar

20210003176


**For Legal Services Rendered through December 31, 2021**            **21,287.00**


 Discount:                                                            -3,831.66


**Fee Total**                                                         **17,455.34**


**Total Amount Due**                                        $         **17,455.34**


**Wire Transfer Instructions:**

|                        |                                   |
|------------------------|-----------------------------------|
| Account Name:          | Arnold & Porter Kaye Scholer LLP  |
| Bank Info:             | Wells Fargo Bank NA               |
|                        | 420 Montgomery Street             |
|                        | San Francisco, CA  94104          |
| Account Number:        | 4127865475                        |
| ABA Number:            | 121000248 (ACH and wires)         |
| Swift Code:            | WFBIUS6S                          |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
                                     P.O. Box 719451
                                     Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 11, 2022

Invoice # 30138994

**(1049218.00159)**
Project Solar

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 12/09/21 | 3.20 | Review, comment on latest draft of Collaboration, Development and License Agreement (1.5); review, comment on slide presentation for BOD (.6); correspondence with Purdue team regarding bankruptcy issues and timing (.6); correspondence with T. Klees re: including comments and sending documents with comments to Purdue team (.5). |
| Tracey Klees | 12/09/21 | 2.90 | Review, comment on project Solar Agreement and summary slide deck. |
| Rory Greiss | 12/10/21 | 2.80 | Videoconferences with Purdue team, bankruptcy counsel and financial advisers re: provisions of agreement, status of discussions with Solar and approval process for agreement (1.8); Correspondence with Purdue team on next steps (1.0). |
| Rory Greiss | 12/12/21 | 1.20 | Review and comment on revised agreement provisions circulated by Purdue team (.7); Review and respond to correspondence re: revisions (.5). |
| Rory Greiss | 12/13/21 | 1.20 | Review and comment on revised license agreement to be finalized with Solar. |
| Rory Greiss | 12/17/21 | 0.40 | Correspondence with Purdue team re: "effective date" and other provisions of agreement. |
| Rory Greiss | 12/21/21 | 1.60 | Correspondence with Purdue team re: Solar requested changes (.4); Videoconference with Purdue team and DPW re: requests made at board meeting for additional provisions in agreement with Solar (.5); draft provisions to agreement (.7). |
| Rory Greiss | 12/22/21 | 1.30 | Draft new language for agreement (.8); correspondence with Purdue team re: revisions (.5). |
| Rory Greiss | 12/23/21 | 1.20 | Review revised draft of agreement received from Solar (.7); Correspondence with Purdue team re: revisions (.5). |
| Rory Greiss | 12/24/21 | 0.30 | Correspondence with Purdue team re: execution of agreement. |
| Rory Greiss | 12/28/21 | 0.50 | Review correspondence from Purdue team and advisors re: preparation and filing of motion to approve agreement. |
| Rory Greiss | 12/30/21 | 1.50 | Review, comment on draft motion to approve agreement, draft declaration and form of redacted agreement to be filed with bankruptcy court (1.2) correspondence with Purdue team and DPW regarding same (.3). |
| Rory Greiss | 12/31/21 | 0.90 | Conference call with Purdue team and advisors regarding declaration for motion to approve agreement (.5); review revised drafts of motion and declaration (.4). |

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| **Total Hours** | | **19.00** | |

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|---|-------|------|-------|
| **Partner** | | | | |
| Rory Greiss | | 16.10 | 1,215.00 | 19,561.50 |
| | **Subtotal:** | **16.10** | | **19,561.50** |
| **Associate** | | | | |
| Tracey Klees | | 2.90 | 595.00 | 1,725.50 |
| | **Subtotal:** | **2.90** | | **1,725.50** |
| | **TOTAL** | **19.00** | | **21,287.00** |

**Total Current Amount Due**                                                    **$17,455.34**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

February 11, 2022
Invoice # 30138995
EIN 53-0208605

**Client/Matter # 1049218.00160**

Project Beckham

20210003188

| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2021** | | **24,305.50** |
| Discount: | | <u>-4,374.99</u> |
| **Fee Total** | | **19,930.51** |
| **Total Amount Due** | $ | <u>**19,930.51**</u> |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**      Arnold & Porter Kaye Scholer LLP
                               P.O. Box 719451
                               Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 11, 2022                                                            Invoice # 30138995

**(1049218.00160)**
**Project Beckham**


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 12/02/21 | 2.60 | Correspondence with Purdue team regarding terms to be included in revised term sheet (1.7); revise term sheet in accordance with correspondence and discussions (.9). |
| Eric Rothman | 12/02/21 | 1.20 | Review and comment on Project Beckham term sheet. |
| Rory Greiss | 12/03/21 | 3.50 | Correspond with E. Rothman re staffing and precedents for drafting license agreement and supply agreement (1.1); videoconference with E. Rothman and T. Klees to discuss drafting assignment and background of transaction (.5); Review revised term sheet prepared by Beckham's counsel and correspondence with Purdue team re: same (.8); Correspondence with Beckham counsel to sign off on revisions to term sheet and discuss timing of drafts (.5); Review questions and comments from Purdue team to be included in drafts of agreements (.6). |
| Eric Rothman | 12/03/21 | 0.60 | Teleconference to discuss Project Beckham term sheet. |
| Tracey Klees | 12/03/21 | 0.40 | Video conference with R .Greiss and E. Rothman regarding term sheet. |
| Tracey Klees | 12/06/21 | 1.10 | Review Licensing Agreement term sheet for project Beckham. |
| Rory Greiss | 12/09/21 | 0.30 | Review correspondence from Purdue team re: status of discussions. |
| Tracey Klees | 12/10/21 | 3.30 | Prepare draft Licensing Agreement for project Beckham. |
| Tracey Klees | 12/13/21 | 4.50 | Prepare draft Licensing Agreement for project Beckham. |
| Rory Greiss | 12/14/21 | 6.30 | Review and comment on draft license agreement prepared by T. Klees (4.5); Correspondence with E. Rothman and T. Klees re: comments and revising agreement (.5); Review and give final comments on draft license prior to distribution to Purdue team (1.3). |
| Tracey Klees | 12/14/21 | 1.60 | Prepare updates to draft License Agreement. |
| Rory Greiss | 12/15/21 | 0.50 | Draft bullet points describing major issues in transaction as requested by Purdue team. |

**Total Hours**                        **25.90**

February 11, 2022                                                    Invoice # 30138995

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Rory Greiss | | 13.20 | 1,215.00 | 16,038.00 |
| Eric Rothman | | 1.80 | 990.00 | 1,782.00 |
| | **Subtotal:** | **15.00** | | **17,820.00** |
| **Associate** | | | | |
| Tracey Klees | | 10.90 | 595.00 | 6,485.50 |
| | **Subtotal:** | **10.90** | | **6,485.50** |
| **TOTAL** | | **25.90** | | **24,305.50** |

**Total Current Amount Due**                                        **$19,930.51**

# Arnold&Porter

**Purdue Pharma L.P.**                                              February 11, 2022
**Attn: Roxana Aleali**                                        Invoice # 30138997
**Associate General Counsel**                                    EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00161**

Project Hummingbird

20210003190


**For Legal Services Rendered through December 31, 2021**                 **41,313.50**


Discount:                                                          -7,436.43

**Fee Total**                                                          **33,877.07**


**Total Amount Due**                                     $     **33,877.07**


**Wire Transfer Instructions:**

|                     |                                      |
|---------------------|--------------------------------------|
| Account Name:       | Arnold & Porter Kaye Scholer LLP     |
| Bank Info:          | Wells Fargo Bank NA                  |
|                     | 420 Montgomery Street                |
|                     | San Francisco, CA  94104             |
| Account Number:     | 4127865475                           |
| ABA Number:         | 121000248 (ACH and wires)            |
| Swift Code:         | WFBIUS6S                             |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
                                  P.O. Box 719451
                                  Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 11, 2022                                                                Invoice # 30138997

**(1049218.00161)**
**Project Hummingbird**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 12/07/21 | 1.20 | Review correspondence from Purdue team re: terms of existing agreement to be modified (.8); correspond with E. Rothman re terms and scheduled call with Purdue team (.4). |
| Deborah L. Feinstein | 12/07/21 | 0.10 | Review re: Hummingbird. |
| Rory Greiss | 12/08/21 | 0.80 | Review regulatory issues (.7); correspondence with E. Rothman and D. Kracov re: same (.1). |
| Daniel Kracov | 12/08/21 | 0.50 | Correspond with R. Greiss relating ANDA issues. |
| Rory Greiss | 12/09/21 | 2.70 | Review existing agreement in preparation for call with Purdue team (.7); Call with Purdue team, E. Rothman and D. Feinstein to discuss proposed terms and legal issues (.5); Call with E. Rothman and A. Krantz re: documentation necessary for transaction (.6); Correspondence with D. Kracov and A. Habtermariam re: sales of product by two distributors under ANDA (.9). |
| Deborah L. Feinstein | 12/09/21 | 0.50 | Call re: revised agreement with Purdue team. |
| Daniel Kracov | 12/09/21 | 0.50 | Correspond with R. Greiss re questions relating to ANDA issues. |
| Abeba Habtemariam | 12/09/21 | 0.40 | Analyze NDC and labeling questions (.3); draft email re: same (.1). |
| Alexa D. Krantz | 12/09/21 | 0.50 | E-mail with R. Greiss re: Project Hummingbird background (.1); call with R. Greiss and E. Rothman to discuss background on Project Hummingbird and plan of action (.4);. |
| Rory Greiss | 12/10/21 | 0.90 | Correspondence with D. Kracov and A. Habtermariam re: regulatory issues. |
| Daniel Kracov | 12/10/21 | 0.30 | Correspond with R. Gress regarding various issues relating to ANDA. |
| Abeba Habtemariam | 12/10/21 | 0.30 | Correspond with R. Greiss re. ANDA distributor regulatory questions. |
| Nathan Shiu | 12/10/21 | 4.80 | Research agency inquiry on marketing (4.2); draft response (.6). |
| Alexa D. Krantz | 12/10/21 | 0.10 | Review e-mails between A&P FDA attorneys and R.Greiss re: issues that may arise in draft distribution agreement. |
| Rory Greiss | 12/11/21 | 0.60 | Draft email to Purdue team re: regulatory issues. |
| Rory Greiss | 12/13/21 | 0.70 | Correspondence with Purdue team regarding drafting amended and restated exclusive supply agreement and authorization agreement (.4); Correspondence with A. Krantz and E. Rothman re: same (.3). |
| Alexa D. Krantz | 12/13/21 | 0.70 | Draft Amended and Restated Supply and Distribution Agreement (.4); draft Distribution Agreement (.3). |
| Rory Greiss | 12/14/21 | 1.50 | Videoconference with Purdue team and C. Robertson re: background of transaction and approvals necessary (.5); Review correspondence between Rhodes and Hummingbird (.3); Correspondence with A. Krantz re: additional terms to be included in amended and restated agreement and authorization agreement (.7). |

February 11, 2022                                                                 Invoice # 30138997

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 12/15/21 | 3.30 | Review and comment on draft amended and restated exclusive supply agreement (2.5); Conference with A. Krantz re: revisions (.4); Review further revised draft prior to distribution to Purdue team (.4). |
| Eric Rothman | 12/15/21 | 1.10 | Review and comment on draft agreement for Project Hummingbird. |
| Alexa D. Krantz | 12/15/21 | 2.50 | Review, revise A&R Supply Agreement (.2); correspond with R. Greiss and E. Rothman re: items to be included in the A&R Supply Agreement (.1); revise Authorization Agreement (2.1); correspond with client re: A&R Supply Agreement preliminary draft (.1). |
| Rory Greiss | 12/16/21 | 4.20 | Review and revise draft Authorization Agreement prepared by A. Krantz (2.2); teleconference with A. Krantz re: revisions (.4); Review revised draft prior to distribution to regulatory counsel for review (.9); Review and comment on revised amended and restated supply agreement prior to distribution to Purdue team (.7). |
| Alexa D. Krantz | 12/16/21 | 0.70 | Call with R. Greiss to discuss Purdue team comments to A&R Supply Agreement and next steps in revising (.3); correspond with Purdue team re: revisions to A&R Supply Agreement (.1); review, revise A&R Supply Agreement (.3). |
| Rory Greiss | 12/17/21 | 2.10 | Review, comment on revised Authorization Agreement (1.1); correspondence with Purdue team and D. Kracov re: regulatory issues (1.0). |
| Alexa D. Krantz | 12/17/21 | 0.40 | Review e-mail on A&R Supply Agreement (.1); review, analyze comments from D. Kracov on Authorization Agreement (.1); revise Authorization Agreement (.2). |
| Daniel Kracov | 12/18/21 | 0.30 | Correspond with R. Greiss regarding Hummingbird matter issues. |
| Rory Greiss | 12/20/21 | 2.20 | Review,analyze business comments on amended and restated supply and distribution agreement (.7); revise agreement (1.4) correspond with Purdue team re same (.1). |
| Rory Greiss | 12/21/21 | 2.20 | Review draft addendum prepared by Hummingbird (.9); correspondence with Purdue team re same (.2); videoconference with Purdue team and DPW re: addendum (.5); draft letter agreement (.6). |
| Jonathan I. Gleklen | 12/21/21 | 0.40 | Email with D. Feinstein re transaction risks |
| Rory Greiss | 12/22/21 | 1.50 | Complete draft of letter agreement containing non-binding provisions (.9); revise draft (.5); correspond with Purdue team re same (.1). |
| Rory Greiss | 12/27/21 | 0.50 | Correspondence with internal team re: status of transaction. |
| Alexa D. Krantz | 12/27/21 | 0.20 | Review e-mails between client and A&P in order to gain clarity re status. |

**Total Hours**                        **38.70**

February 11, 2022

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Deborah L. Feinstein | | 0.60 | 1,420.00 | 852.00 |
| Jonathan I. Gleklen | | 0.40 | 1,285.00 | 514.00 |
| Rory Greiss | | 24.40 | 1,215.00 | 29,646.00 |
| Daniel Kracov | | 1.60 | 1,255.00 | 2,008.00 |
| Eric Rothman | | 1.10 | 990.00 | 1,089.00 |
| | **Subtotal:** | **28.10** | | **34,109.00** |
| **Counsel** | | | | |
| Abeba Habtemariam | | 0.70 | 915.00 | 640.50 |
| | **Subtotal:** | **0.70** | | **640.50** |
| **Associate** | | | | |
| Alexa D. Krantz | | 5.10 | 520.00 | 2,652.00 |
| Nathan Shiu | | 4.80 | 815.00 | 3,912.00 |
| | **Subtotal:** | **9.90** | | **6,564.00** |
| **TOTAL** | | **38.70** | | **41,313.50** |

**Total Current Amount Due**                                      **$33,877.07**