DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |
| **PURDUE PHARMA L.P.**, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>**COMMONWEALTH OF MASSACHUSETTS**, *et al.*,<br><br>Defendants. | Adv. Pro. No. 19-08289 (RDD) |

**AGENDA FOR FEBRUARY 17, 2022 HEARING**

Time and Date of Hearing:     February 17, 2022 at 10:00 a.m. (prevailing Eastern Time)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted via Zoom® videoconference. Any parties wishing to **participate in** the Hearing are required to register their appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 26304665027##. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. |

## I.  UNCONTESTED MATTERS:

1. ***Eddie Ray Hall Late Claim Motion.*** Motion to File Proof of Claim After Claims Bar Date, filed by Eddie Ray Hall [ECF No. 4230]

    <u>Objection Deadline</u>: February 10, 2022 at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>: None.

    <u>Related Documents</u>:

    A. Letter Regarding Claim, filed by Eddie Ray Hall [ECF No. 4310]

    B. Notice of Hearing Regarding Late Claim Motion [ECF No. 4232]

    C. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 4343]

    <u>Status</u>: This matter is going forward on an uncontested basis.

2. ***Larry Dale Evjene Late Claim Motion.*** Motion to File Proof of Claim After Claims Bar Date, filed by Larry Dale Evjene [ECF No. 4231]

    <u>Objection Deadline</u>: February 10, 2022 at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>: None.

Related Documents:

   A. Amended Motion to File Claim after Claims Bar Date, filed by Larry Dale Evjene [ECF No. 4295]

   B. Notice of Hearing Regarding Late Claim Motion [ECF No. 4232]

   C. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 4343]

   Status: This matter is going forward on an uncontested basis.

3. ***David Mullen Late Claim Motion.*** Motion to File Claim after Claims Bar Date, filed by David Mullen [ECF No. 4262]

   Objection Deadline: February 10, 2022 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received: None.

   Related Documents:

   A. Notice of Hearing Regarding Late Claim Motion [ECF No. 4272]

   B. Notice of Filing of Proposed Order Granting Late Claim Motions [ECF No. 4343]

   Status: This matter is going forward on an uncontested basis.

II. **MATTERS IN ADVERSARY PROCEEDING CASE NO. 19-08289:**

4. ***Motion to Extend Preliminary Injunction.*** Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 324]

   Objection Deadline: February 10, 2022 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:

   A. Plaintiffs' Executive Committee's Statement in Response to Debtors' Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 329]

   Related Documents:

   A. Memorandum of Law in Support of Motion to Extend the Preliminary Injunction Adv. Pro. No. 19-08289 [ECF No. 325]

   Status: This matter is going forward on an uncontested basis.

### III. CONTESTED MATTER:

5. ***Ad Hoc Committee of NAS Babies Challenge Letter.*** Notice of Hearing Regarding Challenge Letter, filed by Donald Creadore on behalf of Ad Hoc Committee of NAS Babies [ECF No. 4335]

    <u>Objection Deadline</u>: February 10, 2022 at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>:

    A. Debtors' Response to Challenge Letter [ECF No. 4335-B]

    <u>Related Documents</u>:

    A. Challenge Letter [ECF No. 4211]

    B. Notice of Withdrawal of Docket Number 4211 [ECF No. 4215]

    C. Challenge Letter [ECF No. 4335-A]

    <u>Status</u>: This matter is going forward on a contested basis.

Dated: February 15, 2022
      New York, New York

                DAVIS POLK & WARDWELL LLP

                By:   */s/ Eli J. Vonnegut*
                       Eli J. Vonnegut

                450 Lexington Avenue
                New York, New York 10017
                Telephone: (212) 450-4000
                Facsimile:  (212) 701-5800
                Marshall S. Huebner
                Benjamin S. Kaminetzky
                Timothy Graulich
                Eli J. Vonnegut
                Christopher S. Robertson

                *Counsel to the Debtors*
                *and Debtors in Possession*