Vitaly Pinkusov
3338 Richlieu Road
Apt T285
Bensalem, PA 19020-1586

February 10, 2022

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

Re: **Purdue PHARMA L.P.** *et al*
**Chapter 11**
**Case No. 19-23649 (RDD)**
**(Jointly Administered)**

Dear Judge Drain:

I am writing you this Letter in reference to your Order Establishing The Terms And Conditions Of Mediation Before The Honorable Shelley C. Chapman (the **"Appointment Order"**) of January 3rd, 2022.

Numerous Parties, such as those that are represented by Attorneys, certain Canadian Municipalities and First Nations that are represented by Attorneys, and certain Parties that are appearing *Pro Se* before this Court, have objected to the complete, deliberate, and mind-boggling Exclusion of these Parties from any Participation in this Mediation. Direct Requests to Participate and Requests to Observe the Mediation in a supposedly silent "observer" status have all been denied on the basis of having no standing as Mediation Parties authorized by the Procedures Order. I strongly believe that all of these Parties have inherent and self-evident interests in this process, and that this issue will be appealed and returned back to this Court.

In your Response to Mr. Underwood you have noted "... nothing precludes non-mediated negotiations between your clients on the other hand and any party in interest on the other". This statement implies that the other "Parties in interest". So far these "Parties in Interest" have shown as much desire for negotiations as a cat who has caught a mouse.

The infamous Sackler Family has not been charged criminally in any relevant U.S. Court. The U.S. Department of Justice has not announced any investigations into the activities of the Sackler Famiy. The U.S. Department of Health and Human Services, FDA, and CDC have not requested any investigations in order to find out and prosecute any responsible parties that are culpable for organizing and fulfilling the Great Opioid Pandemic. The U.S. Department of

Justice has not announced any separate investigations into the activities of the Sackler Family. The chances that the Sackler Family will be summoned to any other Court within the jurisdiction of the United States of America are virtually zero.

This leads us to the ultimate questions. Where will the victims and the victims' families get Justice??? Do they have any Forum to address their grievances??? The answers are as plain as they could be: no, the victims and their families shall not get any Justice, and no, the only Forum to address their grievances is the United States Bankruptcy Court for the Southern District of New York.

We will not get any Justice. We are not allowed to participate in any meaningful mediation and negotiations. But we still have our voices. And we have the strength. And, most certainly, I am capable and willing to stand up and say what the Court will not recognize and allow to be heard.

I voice my support in memory of my late wife, Elina Goldovsky.
I voice my support in memory of the late David Jonathan Ecke, the son of Maria Ecke.
I voice my support in memory of the late Patrick Ryan Wroblewski, the son of Ellen Isaacs.
I voice my support in memory of all of the victims of the Great Opioid Pandemic that took away the lives of over 500,000 innocent Americans.

Sincerely,

*Vitaly Pinkusov* (signature)
Vitaly Pinkusov