# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: admin | Date Created: 2/16/2022 |
| Case: 19–23649–rdd | Form ID: 143 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     Marshall Scott Huebner     marshall.huebner@davispolk.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Purdue Pharma L.P.     One Stamford Forum     201 Tresser Boulevard     Stamford, CT 06901
cr     Maria Ecke     8 Glenbrook Dr.     West Simsbury, CT 06092

TOTAL: 2