# Notice Recipients

District/Off: 0208−7     User: admin     Date Created: 2/16/2022
Case: 19−23649−rdd     Form ID: pdf001     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr     Maria Ecke     8 Glenbrook Dr.     West Simsbury, CT 06092

TOTAL: 1