# Notice Recipients

District/Off: 0208−7              User: admin                    Date Created: 2/17/2022

Case: 19−23649−rdd              Form ID: pdf001               Total: 5


**Recipients of Notice of Electronic Filing:**

aty          Marshall Scott Huebner         marshall.huebner@davispolk.com

                                                                    TOTAL: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db           Purdue Pharma L.P.         One Stamford Forum          201 Tresser Boulevard          Stamford, CT 06901

7905883      David Mullen         # 730826          Washington State Penitentiary          1313 N. 13th Avenue          Walla Walla, WA 99362

7905884      Eddie Ray Hall         #82664          1100 W Mallon Avenue          Spokane County Jail          Spokane, WA 99260

7905882      Larry Dale Evjene         # 731468−W−A−113          Washington State Penitentiary          1313 N. 13th Avenue          Walla Walla, WA 99362

                                                                    TOTAL: 4