# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Purdue Pharma L.P. | CASE NO.: 19–23649–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>06–1307484 | CHAPTER:  11 |

---

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be heard by the Honorable Robert D. Drain on 4/27/2022 at 10:00 AM to consider and act upon the following:

Motion for Reconsideration, re: Estate of David Jonathan Ecke, claim number No. 628554 filed by Maria Ecke, with hearing to be held on 4/27/2022 at 10:00 AM at Videoconference (ZoomGov) (RDD). (Entered: 01/20/2022)

Motion to Allow/Motion for Leave to File Late Claim Under Rule 9006 (Motion to Accept the Personal Injury Claim No. 628554 for the Estate of David Jonathan Ecke) filed by Maria Ecke, with hearing to be held on 4/27/2022 at 10:00 AM at Videoconference (ZoomGov) (RDD). (Entered: 01/20/2022)

Hearings before the Honorable Robert D. Drain shall take place virtually using Zoom for Government. You must register your appearance utilizing the electronic appearance portal (https://ecf.nysb.uscourts.gov/cgi–bin/nysbAppearances.pl) located on the Courts website. Appearances must be entered no later than 4 pm on the day prior to the hearing date.

If you are unable to participate virtually by Zoom, then you may participate by telephone. To participate by telephone, you must contact the Chambers of the Honorable Robert D. Drain or the Clerk's Office at least 24 hours in advance of the hearing and provide the following:

Name
Case Number
Email Address
Telephone contact number
Your role in the matter scheduled

The Court will send an email with an invitation to participate by Zoom containing a hyperlink, meeting ID, passcode and teleconferencing number the day prior to the hearing. If you are only joining by telephone, the teleconferencing phone number will be provided in the invitation.

Instructions on using Zoom are located on the Courts website (https://www.nysb.uscourts.gov/zoom–video–hearing–guide

Hearing participants are also advised of the following:

(a) Any such appearance is an appearance in federal court, subject to sanction for improper or inappropriate conduct, including, without limitation, being disconnected,

(b) Those who appear on an active Zoom connection are limited to those who are parties to the matter at issue with the right to address the court about it,

(c) Parties who otherwise require listen−only access must select "Listen−only" when registering an appearance through the electronic appearance portal (https://ecf.nysb.uscourts.gov/cgi−bin/nysbAppearances.pl).


Dated: February 16, 2022

Vito Genna
Clerk of the Court

United States Bankruptcy Court

Southern District of New York

In re:                                                                    Case No. 19-23649-rdd

Purdue Pharma L.P.                                                        Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0208-7 | User: admin | Page 1 of 38 |
|---|---|---|
| Date Rcvd: Feb 16, 2022 | Form ID: 143 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Purdue Pharma L.P., One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901-3432 |
| cr | + Maria Ecke, 8 Glenbrook Dr., West Simsbury, CT 06092-2505 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2022                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron H. Stulman | on behalf of Interested Party Walmart  Inc. astulman@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com |
| Aaron R. Cahn | on behalf of Defendant State of West Virginia  ex rel. Patrick Morrisey, Attorney General cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Unknown The State of West Virginia  ex el. Patrick Morrisey, Attorney General cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor State of West Virginia  ex. rel. Patrick Morrisey, Attorney General cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com |

District/off: 0208-7

Date Rcvd: Feb 16, 2022

User: admin

Form ID: 143

Page 2 of 38

Total Noticed: 2

Adam P. Haberkorn

on behalf of Interested Party Johnson & Johnson ahaberkorn@omm.com

Adam P. Haberkorn

on behalf of Interested Party Janssen Pharmaceuticals  Inc. ahaberkorn@omm.com

Adam P. Haberkorn

on behalf of Interested Party Janssen Ortho LLC ahaberkorn@omm.com

Adam P. Haberkorn

on behalf of Interested Party Alza Corporation ahaberkorn@omm.com

Adam P. Haberkorn

on behalf of Interested Party Ortho-McNeil-Janssen Pharmaceuticals  Inc. n/k/a Janssen Pharmaceuticals, Inc.
ahaberkorn@omm.com

Adam P. Haberkorn

on behalf of Interested Party Janssen Pharmaceutica  Inc. n/k/a Janssen Pharmaceuticals, Inc. ahaberkorn@omm.com

Aisha Rich

on behalf of Creditor Board of Chicago School District No. 299 arich@findjustice.com

Alexander Berk

on behalf of Interested Party Sanis Health Inc. aberk@mayerbrown.com  courtnotification@mayerbrown.com

Alexander Berk

on behalf of Interested Party Shopper's Drug Mart  Inc. aberk@mayerbrown.com, courtnotification@mayerbrown.com

Alexander Berk

on behalf of Interested Party Loblaw Companies Ltd. aberk@mayerbrown.com  courtnotification@mayerbrown.com

Alexander Lees

on behalf of Interested Party Raymond Sackler Family alees@milbank.com
alexander-lees-2212@ecf.pacerpro.com;AutoDocketECF@milbank.com

Alexander Gary Rheaume

on behalf of Creditor Silicon Valley Bank arheaume@mofo.com

Alexander M Gormley

on behalf of Attorney Alexander Michael Gormley agormley@williamsmullen.com  ssavitsky@slevinhart.com

Alison Archer

on behalf of Creditor Ohio Attorney General alison.archer@ohioattorneygeneral.gov

Alison Gaske

on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
gaskea@gilbertlegal.com

Alison Gaske

on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants gaskea@gilbertlegal.com

Alissa K. Piccione

on behalf of Interested Party Ranbaxy Pharmaceuticals Canada Inc. alissa.piccione@troutman.com
Brett.Goodman@troutman.com

Alissa K. Piccione

on behalf of Interested Party Sun Pharmaceuticals Canada Inc. alissa.piccione@troutman.com  Brett.Goodman@troutman.com

Alissa K. Piccione

on behalf of Interested Party Sun Pharmaceutical Industries  Inc. alissa.piccione@troutman.com, Brett.Goodman@troutman.com

Alissa M. Nann

on behalf of Creditor CaremarkPCS Health  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Albany  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor NeighborCare Pharmacy Services  Inc. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Arkansas CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Caremark  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Home Care Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Ohio CVS Stores  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

Alissa M. Nann

on behalf of Creditor Puerto Rico CVS Pharmacy L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS PA Distribution L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Health Welfare Benefit Plan anann@foley.com alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Holiday CVS L.L.C. anann@foley.com alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Highland Park CVS L.L.C. anann@foley.com alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS TN Distribution L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Omnicare Pharmacy of the Midwest L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Missouri CVS Pharmacy L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Health Solutions LLC anann@foley.com alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Caremark Repack L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor South Carolina CVS Pharmacy L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Omnicare of New York L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Orlando FL Distribution, L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Caremark Rx L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Indiana L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Alabama CVS Pharmacy L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Coram Healthcare Corporation of Greater New York anann@foley.com
alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Omnicare Distribution Center L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Louisiana CVS Pharmacy L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CaremarkPCS L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Maryland CVS Pharmacy L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Pharmacy Inc. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Caremark Texas Mail Pharmacy L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Longs Drug Stores California L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor New Jersey CVS Pharmacy LLC anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Pennsylvania CVS Pharmacy L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor Montana CVS Pharmacy LLC anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann

on behalf of Creditor CVS Caremark Part D Services L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
on behalf of Creditor CVS Rx Services  Inc. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
on behalf of Creditor Arizona CVS Stores  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
on behalf of Creditor German Dobson CVS  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
on behalf of Creditor Woodward Detroit CVS  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
on behalf of Creditor Kentucky CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
on behalf of Creditor West Virginia CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
on behalf of Creditor Mississippi CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
on behalf of Creditor Interlock Pharmacy Systems  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
on behalf of Creditor Omnicare  Inc. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
on behalf of Creditor Georgia CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
on behalf of Creditor CVS RS Arizona  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
on behalf of Creditor Virginia CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
on behalf of Creditor Oklahoma CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
on behalf of Creditor CVS Health  Corporation anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
on behalf of Creditor Tennessee CVS Pharmacy  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Alissa M. Nann
on behalf of Creditor CVS Vero Florida Distribution  L.L.C. anann@foley.com, alissa-nann-1605@ecf.pacerpro.com

Allen Joseph Underwood, II
on behalf of Unknown Guardian Law Group LLP on behalf of certain Canadian Creditors aunderwood@litedepalma.com
grodriguez@litedepalma.com

Allen Joseph Underwood, II
on behalf of Creditor Certain Canadian First Nation and Metis People aunderwood@litedepalma.com
grodriguez@litedepalma.com

Allen Joseph Underwood, II
on behalf of Creditor Certain Canadian Municipalities aunderwood@litedepalma.com  grodriguez@litedepalma.com

Allen Joseph Underwood, II
on behalf of Creditor Certain Canadian Municipality Creditors and Canadian First Nation Creditors
aunderwood@litedepalma.com  grodriguez@litedepalma.com

Allen Joseph Underwood, II
on behalf of Unknown Certain Canadian Municipality Creditors and Canadian First Nation Creditors
aunderwood@litedepalma.com  grodriguez@litedepalma.com

Amanda Peterson
on behalf of Creditor Barbour County apeterson@lawpartnersllp.com

Amanda Quick
on behalf of Defendant State of Indiana Amanda.Quick@atg.in.gov  marie.baker@atg.in.gov

Amanda Quick
on behalf of Creditor State of Indiana Amanda.Quick@atg.in.gov  marie.baker@atg.in.gov

Ambria Mahomes
on behalf of Defendant Steadfast Insurance Company amahomes@shb.com

Ambria Mahomes
on behalf of Defendant American Guarantee and Liability Insurance Company amahomes@shb.com

Andrea Law

on behalf of Unknown State of Illinois alaw@atg.state.il.us

Andrew Owen
on behalf of Creditor Impax Laboratories  Inc. aowen@ulmer.com

Andrew Owen
on behalf of Creditor Amneal Pharmaceuticals LLC aowen@ulmer.com

Andrew Owen
on behalf of Creditor Amneal Pharmaceuticals of New York  LLC aowen@ulmer.com

Andrew Owen
on behalf of Creditor Impax Laboratories  LLC aowen@ulmer.com

Andrew M. Troop
on behalf of Creditor Ad Hoc Group of Non-Consenting States andrew.troop@pillsburylaw.com

Andrew Vincent Alfano
on behalf of Creditor Ad Hoc Group of Non-Consenting States andrew.alfano@pillsburylaw.com

Angela K. Herring
on behalf of Interested Party Cardinal Health  Inc. akherring@wlrk.com, calert@wlrk.com

Ann Kramer
on behalf of Plaintiff Purdue Pharma L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Rhodes Pharmaceuticals L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Avrio Health L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Purdue Pharmaceuticals L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Purdue Pharmaceutical Products L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Rhodes Technologies akramer@reedsmith.com

Ann Kramer
on behalf of Debtor Purdue Pharma L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Purdue Pharma Manufacturing L.P. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Purdue Pharma of Puerto Rico akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Purdue Pharma Inc. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Purdue Transdermal Technologies L.P. akramer@reedsmith.com

Anna Kordas
on behalf of Debtor Purdue Pharma L.P. akordas@jonesday.com  cbuck@jonesday.com

Anne Andrews
on behalf of Creditor Ryan Hampton aandrews@andrewsthornton.com

Anne Gilbert Wallice
on behalf of Interested Party Noramco Coventry LLC anne.wallice@kirkland.com

Annemarie Belanger Mathews
on behalf of Creditor State of South Carolina  by and through Attorney General Alan Wilson abm@columbia13.com

Anthony Crawford
on behalf of Plaintiff Avrio Health L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Rhodes Pharmaceuticals L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Rhodes Technologies acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharmaceutical Products L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharma of Puerto Rico acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharma Inc. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharma L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharma Manufacturing L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Transdermal Technologies L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharmaceuticals L.P. acrawford@reedsmith.com

Anthony D. Boccanfuso
on behalf of Spec. Counsel Arnold & Porter Kaye Scholer LLP Anthony.Boccanfuso@apks.com
ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
on behalf of Debtor Purdue Pharma L.P. Anthony.Boccanfuso@apks.com  ecf-b9841d808f73@ecf.pacerpro.com

Arthur J Liederman
on behalf of Defendant HDI Global SE (f/k/a Gerling-Konzern General Insurance Company) aliederman@morrisonmahoney.com

Ashley Crawford
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
avcrawford@akingump.com

Ashley Keller
on behalf of Defendant State of Arizona  ex rel. Mark Brnovich, Attorney General ack@kellerlenkner.com

Barbara M. Almeida
on behalf of Defendant Chubb Bermuda Insurance Ltd. (f/k/a ACE Bermuda Insurance Ltd.) barbara.almeida@clydeco.us
shane.calendar@clydeco.us

Barry Z. Bazian
on behalf of Creditor Teva Pharmaceuticals USA  Inc. bbazian@goodwinlaw.com, acunningham@goodwinlaw.com

Ben Harrington
on behalf of Creditor City of Seattle benh@hbsslaw.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Purdue Pharmaceutical Products L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Purdue Pharma Manufacturing L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Purdue Transdermal Technologies L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Purdue Pharma Inc. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Purdue Pharma of Puerto Rico kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Rhodes Pharmaceuticals L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Purdue Pharma L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Debtor Purdue Pharma L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Rhodes Technologies kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Avrio Health L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Purdue Pharmaceuticals L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Bernard Ardavan Eskandari
on behalf of Creditor People of the State of California bernard.eskandari@doj.ca.gov

Bernard Ardavan Eskandari
on behalf of Creditor The People of the State of California bernard.eskandari@doj.ca.gov

Bernard Ardavan Eskandari
on behalf of Defendant The People of the State of California bernard.eskandari@doj.ca.gov

Beth Kaswan

on behalf of Creditor City of Chicopee bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Enfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Springfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor Town of Natick bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Cambridge bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor Town of Canton bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Haverhill bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Worcester bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Norwich bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Worcester bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Springfield  Mass. bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Wakefield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Lynnfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Middletown bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Framingham bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Chicopee bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor Town of Wakefield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Salem bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Haverhill bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Trenton bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor Town of Lynnfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City Of Paterson  New Jersey bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Wethersfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Framingham bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Salem bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Canton bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Randolph bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Portsmouth bkaswan@scott-scott.com

Beth Kaswan
on behalf of Defendant Town of Natick bkaswan@scott-scott.com

Beth Kaswan
on behalf of Creditor City of Gloucester bkaswan@scott-scott.com

Beth Kaswan
on behalf of Creditor City of Cambridge bkaswan@scott-scott.com

Beth Kaswan
on behalf of Creditor Town of Randolph bkaswan@scott-scott.com

Beth Kaswan
on behalf of Defendant City of Gloucester bkaswan@scott-scott.com

Brady C. Williamson
on behalf of Creditor Tennessee Plaintiffs bwilliamson@gklaw.com

Brady C. Williamson
on behalf of Creditor Arkansas Plaintiffs bwilliamson@gklaw.com

Brandan Montminy
on behalf of Creditor Henry Schein  Inc. brandan.montminy@lockelord.com

Brandan Montminy
on behalf of Creditor General Injectables & Vaccines  Inc. brandan.montminy@lockelord.com

Brandan Montminy
on behalf of Creditor Insource  Inc. brandan.montminy@lockelord.com

Brandan Montminy
on behalf of Creditor Henry Schein Medical Systems  Inc. brandan.montminy@lockelord.com

Brendan O'Neil
on behalf of Creditor State of Maine brendan.oneil@maine.gov

Brett T DeLange
on behalf of Defendant State of Idaho  Through Attorney General Lawrence G. Wasden brett.delange@ag.idaho.gov

Brett T DeLange
on behalf of Creditor State of Idaho  Through Attorney General Lawrence G. Wasden brett.delange@ag.idaho.gov

Brian Edmunds
on behalf of Creditor State Of Maryland bedmunds@oag.state.md.us

Brian S. Masumoto
on behalf of U.S. Trustee United States Trustee nysbnotice@gmail.com

Bryce L. Friedman
on behalf of Defendant Gulf Underwriters Insurance Company bfriedman@stblaw.com  5962535420@filings.docketbird.com

Bryce L. Friedman
on behalf of Defendant St. Paul Fire and Marine Insurance Company bfriedman@stblaw.com
5962535420@filings.docketbird.com

Bryce L. Friedman
on behalf of Creditor St. Paul Fire and Marine Insurance Company bfriedman@stblaw.com  5962535420@filings.docketbird.com

Bryce L. Friedman
on behalf of Creditor Gulf Underwriters Insurance Company bfriedman@stblaw.com  5962535420@filings.docketbird.com

CRG Financial LLC
on behalf of Creditor CRG Financial LLC notices@CRGfinancial.com

CRG Financial LLC
on behalf of Creditor CRG Financial  LLC as Assignee of Fike Corporation notices@CRGfinancial.com

Carol E. Momjian
on behalf of Creditor Commonwealth of Pennsylvania cmomjian@attorneygeneral.gov

Catherine Steege
on behalf of Creditor McKesson Corporation csteege@jenner.com  jeffrey_cross@discovery.com

Celeste Brustowicz
on behalf of Unknown Kara Trainor Brucato cbrustowicz@sch-llc.com  lrichardson@clfnola.com

Chane Buck
on behalf of Debtor Purdue Pharma L.P. cbuck@jonesday.com

Charles Wysong
on behalf of Creditor Board of Chicago School District No. 299 cwysong@hsplegal.com

Chiung-Hui Huang

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 chuang@hslawyers.com

Chiung-Hui Huang

on behalf of Creditor The Board of Education of Thornton Fractional Township High School District 215 chuang@hslawyers.com

Chiung-Hui Huang

on behalf of Creditor The Board of Education of East Aurora School District 131 chuang@hslawyers.com

Chiung-Hui Huang

on behalf of Creditor Board of Chicago School District No. 299 chuang@hslawyers.com

Chiung-Hui Huang

on behalf of Creditor The Board of Education of Thornton Township High School District 205 chuang@hslawyers.com

Chiung-Hui Huang

on behalf of Creditor Board of Education of East Aurora School District 131 chuang@hslawyers.com

Chiung-Hui Huang

on behalf of Creditor Board of Education of Thornton Township High School District 205 chuang@hslawyers.com

Christopher Graver

on behalf of Creditor Kittitas County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Tacoma cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Mesa County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Chelan County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Kingman cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Pierce County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Island County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Humboldt County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Skagit County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Whatcom County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Arapahoe County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Navajo County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor La Conner School District cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Kent cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Clark County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Maricopa County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Lummi Tribe of the Lummi Reservation cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Yuma County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Teller County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor San Juan County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Larimer County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City and County of Denver cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Tulalip Tribes cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Cochise County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Saint Regis Mohawk Tribe cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Burlington cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Brighton cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Black Hawk cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Lincoln County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Bainbridge cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Vancouver cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Mount Vernon cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Aurora cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Ada County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor The Makah Indian Tribe cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Olympia cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor King County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Adams County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Northwest Arizona Employee Benefit Trust cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Boulder County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Fremont County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Franklin County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Sheridan cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Sedro-Woolley cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Greeley cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Mohave County cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Hopi Tribe cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor City of Westminster cgraver@kellerrohrback.com

Christopher Graver

on behalf of Creditor Missoula County cgraver@kellerrohrback.com

District/off: 0208-7
Date Rcvd: Feb 16, 2022

User: admin
Form ID: 143

Page 11 of 38
Total Noticed: 2

Christopher Graver
on behalf of Creditor City of Kirkland cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Jefferson County cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Thurston County cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor City of Eureka cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Spokane County cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Mount Vernon School District cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Kitsap County cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Whitman County cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor City of Spokane cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Arizona Municipal Risk Retention Pool cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor City of Commerce City cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Sedro-Woolley School District cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor City of Lakewood cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Clallam County cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor City of Anacortes cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Town of Hudson cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor City and County of Broomfield cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Santa Barbara County cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Tri-County Health Department cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Arizona School Alliance for Workers' Compensation cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Walla Walla County cgraver@kellerrohrback.com

Christopher Graver
on behalf of Unknown City of Federal Heights cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor City of Northglenn cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor City of Thornton cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Arizona Counties Insurance Pool cgraver@kellerrohrback.com

Christopher Graver
on behalf of Creditor Nez Perce Tribe cgraver@kellerrohrback.com

Christopher A. Lynch
on behalf of Creditor AmerisourceBergen Drug Corporation clynch@reedsmith.com  chris-lynch-7800@ecf.pacerpro.com

Christopher B Spuches
on behalf of Creditor Attorney General  State of Florida cbs@ecclegal.com,

District/off: 0208-7                                   User: admin                                      Page 12 of 38
Date Rcvd: Feb 16, 2022                               Form ID: 143                                   Total Noticed: 2

| | |
|---|---|
| | bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Christopher B Spuches | |
| | on behalf of Defendant State of Florida  Office of the Attorney General, Department of Legal Affairs cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com |
| Clayton Matheson, I | |
| | on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al. cmatheson@akingump.com |
| Colleen P Sorensen | |
| | on behalf of Unknown Navigators Specialty Insurance Company csorensen@hww-law.com  jhansen@hww-law.com |
| Colleen P Sorensen | |
| | on behalf of Defendant Navigators Specialty Insurance Company csorensen@hww-law.com  jhansen@hww-law.com |
| Constantine Dean Pourakis | |
| | on behalf of Creditor Eric Hestrup  et al. cp@stevenslee.com |
| Corey Moll | |
| | on behalf of Creditor Northwestern Band of the Shoshone Nation cmoll@phjlaw.com |
| Corey Moll | |
| | on behalf of Creditor Carpenter Health Network cmoll@phjlaw.com |
| Corey Moll | |
| | on behalf of Creditor Bridge House Corporation cmoll@phjlaw.com |
| Corey Moll | |
| | on behalf of Creditor Parish of DeSoto cmoll@phjlaw.com |
| Corey Moll | |
| | on behalf of Creditor City of Covington  Louisiana cmoll@phjlaw.com |
| Corey Moll | |
| | on behalf of Creditor Dr. Gregory Fernandez in his Official Capacity as the Coroner of St. Bernard Parish cmoll@phjlaw.com |
| Corey Moll | |
| | on behalf of Creditor Four Winds Tribe Louisiana Cherokee cmoll@phjlaw.com |
| Corey Moll | |
| | on behalf of Creditor City of Chillicothe  Ohio cmoll@phjlaw.com |
| Corey William Roush | |
| | on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al. croush@akingump.com |
| Cyrus Mehri | |
| | on behalf of Creditor Bullitt County School District  Kentucky cmehri@findjustice.com |
| Cyrus Mehri | |
| | on behalf of Creditor Board of Education of East Aurora School District 131 cmehri@findjustice.com |
| Cyrus Mehri | |
| | on behalf of Creditor Board of Education of Thornton Township High School District 205 cmehri@findjustice.com |
| Cyrus Mehri | |
| | on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 cmehri@findjustice.com |
| Cyrus Mehri | |
| | on behalf of Creditor Board of Chicago School District No. 299 cmehri@findjustice.com |
| Cyrus Mehri | |
| | on behalf of Creditor La Rue County School District  Kentucky cmehri@findjustice.com |
| Dan D Kohane | |
| | on behalf of Defendant Zurich Specialties London Limited (f/k/a Zurich Reinsurance (London) Limited) ddk@hurwitzfine.com donnab@hurwitzfine.com;kathik@hurwitzfine.com |
| Dan D Kohane | |
| | on behalf of Interested Party North American Elite Insurance Company ddk@hurwitzfine.com donnab@hurwitzfine.com;kathik@hurwitzfine.com |
| Dan D Kohane | |
| | on behalf of Defendant QBE UK Limited (f/k/a QBE International Insurance Company Limited) ddk@hurwitzfine.com donnab@hurwitzfine.com;kathik@hurwitzfine.com |
| Dan D Kohane | |
| | on behalf of Defendant Aspen American Insurance Company ddk@hurwitzfine.com donnab@hurwitzfine.com;kathik@hurwitzfine.com |
| Dan D Kohane | |
| | on behalf of Interested Party Aspen American Insurance Company ddk@hurwitzfine.com |

District/off: 0208-7                          User: admin                                    Page 13 of 38
Date Rcvd: Feb 16, 2022                      Form ID: 143                                    Total Noticed: 2

donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane
on behalf of Defendant SR International Business Company SE (f/k/a SR International Business Insurance Company Limited)
ddk@hurwitzfine.com  donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane
on behalf of Defendant North American Elite Insurance Company ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane
on behalf of Defendant Darag Insurance UK Limited (f/k/a The Underwriter Insurance Company Limited) ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane
on behalf of Defendant Chubb European Group SE (f/k/a ACE Insurance S.A.N.V.) ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Daniel Walfish
on behalf of Unknown Bankruptcy Professors as Amici Curiae dwalfish@walfishfissell.com

Daniel Ari Horowitz
on behalf of Unknown United Food and Commercial Workers Local 152 Health and Welfare Plan dhorowitz@obbblaw.com
jfitzgerald@obbblaw.com;sbushinsky@obbblaw.com;bcollins@obbblaw.com

Daniel H. Slate
on behalf of Creditor McKesson Corporation dslate@buchalter.com

Daniel Joseph Saval
on behalf of Creditor Express Scripts Holding Company daniel.saval@kobrekim.com

Daniel Joseph Saval
on behalf of Creditor Express Scripts Pharmacy  Inc. daniel.saval@kobrekim.com

Daniel Joseph Saval
on behalf of Creditor Express Scripts  Inc. daniel.saval@kobrekim.com

Daniel Joseph Saval
on behalf of Creditor ESI Mail Pharmacy Services  Inc. daniel.saval@kobrekim.com

Daniel Joseph Saval
on behalf of Creditor CuraScript  Inc. daniel.saval@kobrekim.com

Daniel R Brice
on behalf of Creditor Plumbers & Steamfitters Local 267 Insurance Fund drbrice@bklawyers.com

Daniel S. Connolly
on behalf of Unknown Richard Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly
on behalf of Unknown Jonathan Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly
on behalf of Unknown Beverly Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly
on behalf of Unknown David Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Darlene M. Nowak
on behalf of Creditor Giant Eagle  Inc. nowak@marcus-shapira.com

David Zwally
on behalf of Interested Party Purdue Healthcare Technologies Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party One Stamford Realty L.P. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Pharmaceutical Research Associates  Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party The Terramar Foundation  Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Pharmaceutical Research Associates L.P. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Vitamerican Chemicals  Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party IAF Corporation dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Nappwood Land Corporation dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Rhodes Pharmaceuticals Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Coventry Technologies L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party The Purdue Frederick Company Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party BR Holdings Associates Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party RSJ Company L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party The Seven Hundred Realty Corporation dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Purdue Biopharma L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Pharma Technologies Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Hospice Provident LLC dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Pharma Associates L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Connecticut Avenue Realty Co.  Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Avrio Health Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Purdue Biopharma Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party PLP Associates Holding Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Sawwood Land Corporation dzwally@haugpartners.com

David Zwally

on behalf of Interested Party PLP Associates Holdings L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Vitamerican Corporation dzwally@haugpartners.com

David Zwally

on behalf of Interested Party TXP Services  Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Essential Raw Materials dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Purdue Pharma Technologies Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Rhodes Technologies Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Pharma Associates Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party BR Holdings Associates L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party The P.F. Laboratories  Inc dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Caas Leasing  Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Midvale Chemical Company dzwally@haugpartners.com

David Zwally

on behalf of Interested Party E.R.G. Realty  Inc. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party PRA Holdings  Inc. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party New Suffolk Holdings LLP dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party Purdue Healthcare Technologies L.P. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party One Stamford Land Inc. dzwally@haugpartners.com

David Zylberberg
    on behalf of Defendant Gulf Underwriters Insurance Company david.zylberberg@stblaw.com

David Zylberberg
    on behalf of Creditor St. Paul Fire and Marine Insurance Company david.zylberberg@stblaw.com

David Zylberberg
    on behalf of Creditor Gulf Underwriters Insurance Company david.zylberberg@stblaw.com

David Zylberberg
    on behalf of Defendant St. Paul Fire and Marine Insurance Company david.zylberberg@stblaw.com

David Edward Schoenfeld
    on behalf of Defendant American Guarantee and Liability Insurance Company dschoenfeld@shb.com

David Edward Schoenfeld
    on behalf of Defendant Steadfast Insurance Company dschoenfeld@shb.com

David Eli Nachman
    on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York
david.nachman@ag.ny.gov

David Eli Nachman
    on behalf of Creditor People of the State of New York david.nachman@ag.ny.gov

Dawn Stewart
    on behalf of Creditor Board of Chicago School District No. 299 dstewart@thestewartlawfirm.com

Denise Mondell
    on behalf of Creditor State of Connecticut denise.mondell@ct.gov

Dennis Windscheffel
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
dwindscheffel@akingump.com

Dina L. Yunker Frank
    on behalf of Interested Party Washington State Department of Revenue bcuyunker@atg.wa.gov

Donald Creadore
    on behalf of Creditor Ad Hoc Committee of NAS Babies donald@creadorelawfirm.com

Donald K. Ludman
    on behalf of Unknown SAP America  Inc. dludman@browncconery.com

Dorothy White-Coleman
    on behalf of Unknown City of Bellefontaine Neighbors  Missouri whitecoleman@whitecoleman.net

Douglas Wolfe
    on behalf of Creditor ASM Capital X ASM Capital X LLC asm@asmcapital.com

Douglas Kirk Mayer
    on behalf of Interested Party Cardinal Health  Inc. dkmayer@wlrk.com, calert@wlrk.com

Edward E. Neiger
    on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. eneiger@askllp.com
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Eleanor M. Mullen
    on behalf of Creditor State of Connecticut eleanor.mullen@ct.gov

Eli J. Vonnegut
    on behalf of Debtor Purdue Pharmaceuticals L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
    on behalf of Debtor Imbrium Therapeutics L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
    on behalf of Plaintiff Rhodes Pharmaceuticals L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharmaceuticals L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Nayatt Cove Lifescience Inc. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Pharma of Puerto Rico eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Quidnick Land L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Rhodes Pharmaceuticals L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Neuroscience Company eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Pharma L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharma Manufacturing L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Avrio Health L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Rhodes Technologies eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharma Inc. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Interested Party PJT Partners LP eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Rhodes Associates L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Pharma Manufacturing L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharmaceutical Products L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Greenfield BioVentures L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Button Land L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Transdermal Technologies L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Adlon Therapeutics L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor SVC Pharma Inc. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Seven Seas Hill Corp. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor SVC Pharma LP eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Paul Land Inc. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Pharma Inc. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Avrio Health L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Rhodes Technologies eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Ophir Green Corp. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Transdermal Technologies L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharma of Puerto Rico eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharma L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor UDF LP eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Pharmaceutical Products L.P. eli.vonnegut@davispolk.com
ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com

Elisha D. Graff
on behalf of Interested Party PJT Partners LP egraff@stblaw.com

Elizabeth Scott
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
edscott@akingump.com

Elizabeth A Citrin
on behalf of Creditor Buffalow  et al. elizabeth@elizabethcitrin.com

Emily Brown
on behalf of Creditor Board of Chicago School District No. 299 ebrown@hsplegal.com

Eric Fisher
on behalf of Creditor Board of Education of Thornton Township High School District 205 efisher@binderschwartz.com
docket@binderschwartz.com

Eric Fisher
on behalf of Creditor Baltimore City Board of School Commissioners efisher@binderschwartz.com  docket@binderschwartz.com

Eric Fisher
on behalf of Creditor Board of Education of Miami-Dade County Public Schools efisher@binderschwartz.com
docket@binderschwartz.com

Eric Fisher
on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 efisher@binderschwartz.com
docket@binderschwartz.com

Eric Fisher
on behalf of Creditor Board of Chicago School District No. 299 efisher@binderschwartz.com  docket@binderschwartz.com

Eric Fisher
on behalf of Creditor Board of Education of East Aurora School District 131 efisher@binderschwartz.com
docket@binderschwartz.com

Eric Goldstein
on behalf of Interested Party United HealthCare Services  Inc. egoldstein@goodwin.com,
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric J. Snyder
    on behalf of Creditor State of Alabama esnyder@wilkauslander.com  jstauder@wilkauslander.com

Eric John Maloney
    on behalf of Defendant State of Minnesota by its Attorney General  Keith Ellison eric.maloney@ag.state.mn.us

Eric John Maloney
    on behalf of Creditor State of Minnesota eric.maloney@ag.state.mn.us

Eric M. Gold
    on behalf of Defendant Commonwealth of Massachusetts eric.gold@state.ma.us

Eric M. Gold
    on behalf of Creditor Commonwealth of Massachusetts eric.gold@state.ma.us

Erin West
    on behalf of Creditor Tennessee Plaintiffs ewest@gklaw.com  kboucher@gklaw.com;elewerenz@gklaw.com

Erin West
    on behalf of Creditor Arkansas Plaintiffs ewest@gklaw.com  kboucher@gklaw.com;elewerenz@gklaw.com

Evan Romanoff
    on behalf of Creditor State of Minnesota evan.romanoff@ag.state.mn.us

Evan M. Jones
    on behalf of Interested Party Janssen Pharmaceuticals  Inc. ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

Evan M. Jones
    on behalf of Interested Party Ortho-McNeil-Janssen Pharmaceuticals  Inc. n/k/a Janssen Pharmaceuticals, Inc. ejones@omm.com,
    evan-jones-5677@ecf.pacerpro.com

Evan M. Jones
    on behalf of Interested Party Janssen Pharmaceutica  Inc. n/k/a Janssen Pharmaceuticals, Inc. ejones@omm.com,
    evan-jones-5677@ecf.pacerpro.com

Evan M. Jones
    on behalf of Interested Party Johnson & Johnson ejones@omm.com  evan-jones-5677@ecf.pacerpro.com

Frederick E. Schmidt
    on behalf of Defendant Liberty Mutual Fire Insurance Company eschmidt@cozen.com
    frederick-schmidt-4035@ecf.pacerpro.com

Frederick E. Schmidt
    on behalf of Defendant Liberty Mutual Insurance Company eschmidt@cozen.com  frederick-schmidt-4035@ecf.pacerpro.com

Frederick E. Schmidt
    on behalf of Defendant Liberty Insurance Corporation eschmidt@cozen.com  frederick-schmidt-4035@ecf.pacerpro.com

Garrett S. Ledgerwood
    on behalf of Creditor AndersonBrecon  Inc d/b/a PCI Pharma Service garrett.ledgerwood@millernash.com

Gary A. Gotto
    on behalf of Creditor Island County ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Kent ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Lincoln County ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Kittitas County ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Nez Perce Tribe ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Thurston County ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Humboldt County ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Thornton ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Brighton ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Saint Regis Mohawk Tribe ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Pierce County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Burlington ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Mount Vernon ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor San Juan County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Mohave County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor The Makah Indian Tribe ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City and County of Denver ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Clark County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Lakewood ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Westminster ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Yuma County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Mesa County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Maricopa County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Eureka ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Cochise County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Skagit County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Hopi Tribe ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Arizona Counties Insurance Pool ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Whatcom County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Mount Vernon School District ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Northglenn ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Arizona School Alliance for Workers' Compensation ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Boulder County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Arapahoe County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City and County of Broomfield ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Santa Barbara County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Unknown City of Federal Heights ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Franklin County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Lummi Tribe of the Lummi Reservation ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Town of Hudson ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Adams County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Chelan County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Fremont County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Ada County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Missoula County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Spokane County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Teller County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Commerce City ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Clallam County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Walla Walla County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Navajo County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Sedro-Woolley School District ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Greeley ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Olympia ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Northwest Arizona Employee Benefit Trust ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Bainbridge ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Arizona Municipal Risk Retention Pool ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Tri-County Health Department ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Jefferson County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Larimer County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Kingman ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Spokane ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Kitsap County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Black Hawk ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Kirkland ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Tacoma ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Vancouver ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Aurora ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor La Conner School District ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Anacortes ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Sedro-Woolley ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Tulalip Tribes ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor King County ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Whitman County ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Sheridan ggotto@kellerrohrback.com

Gary D. Bressler
    on behalf of Creditor Westchester Fire Insurance Company gbressler@mdmc-law.com
scarney@mdmc-law.com;nleonard@mdmc-law.com

Geoffrey T. Raicht
    on behalf of Defendant Evanston Insurance Company graicht@raichtlawpc.com
jgreen@nicolaidesllp.com;msullivan@nicolaidesllp.com

George Calhoun
    on behalf of Defendant Ironshore Specialty Insurance Company (f/k/a TIG Specialty Insurance Company) george@ifrahlaw.com

George Calhoun
    on behalf of Unknown Ironshore Specialty Insurance Company george@ifrahlaw.com

George Calhoun
    on behalf of Defendant Allied World Assurance Company  Ltd. george@ifrahlaw.com

George Robert Gage, Jr
    on behalf of Unknown Allergan Finance LLC grgage@gagespencer.com

George W. Shuster, Jr.
    on behalf of Debtor Purdue Pharma L.P. george.shuster@wilmerhale.com
WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Gerard Uzzi
    on behalf of Interested Party Raymond Sackler Family guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com

Gerard Uzzi
    on behalf of Unknown Richard Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com

Gerard Uzzi
    on behalf of Unknown Jonathan Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com

Gerard Uzzi
    on behalf of Unknown Jonathan Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com

Gerard Uzzi
    on behalf of Unknown Dr. Richard Sackler  Jonathan Sackler, David Sackler, and Beverly Sackler guzzi@milbank.com,
jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com

Gerard Uzzi
    on behalf of Unknown David Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com

Gerard Uzzi
    on behalf of Interested Party The Raymond Sackler Family guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com

Gerard Uzzi
on behalf of Unknown Beverly Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com

Gillian Feiner
on behalf of Defendant Commonwealth of Massachusetts gillian.feiner@mass.gov

Gillian Feiner
on behalf of Creditor Commonwealth of Massachusetts gillian.feiner@mass.gov

Gregory Dale Willard
on behalf of Creditor State of Missouri  by its Attorney General Eric S. Schmitt gwillard@dubllc.com

Gregory P. Joseph
on behalf of Unknown Jonathan Sackler gjoseph@jhany.com

Gregory P. Joseph
on behalf of Unknown Beverly Sackler gjoseph@jhany.com

Gregory P. Joseph
on behalf of Unknown Richard Sackler gjoseph@jhany.com

Gregory P. Joseph
on behalf of Unknown David Sackler gjoseph@jhany.com

Harold D. Israel
on behalf of Interested Party Walter Lee Simmons hisrael@lplegal.com
ikropiewnicka@lplegal.com;bdroca@lplegal.com;nbailey@lplegal.com

Harold D. Israel
on behalf of Creditor Ad Hoc Committee of NAS Babies hisrael@lplegal.com
ikropiewnicka@lplegal.com;bdroca@lplegal.com;nbailey@lplegal.com

Harris Wiener
on behalf of Defendant Arch Reinsurance Ltd. harris.wiener@clydeco.us

Harris Wiener
on behalf of Defendant Chubb Bermuda Insurance Ltd. (f/k/a ACE Bermuda Insurance Ltd.) harris.wiener@clydeco.us

Heather M Crockett
on behalf of Defendant State of Indiana heather.crockett@atg.in.gov  marie.baker@atg.in.gov

Heather M Crockett
on behalf of Creditor State of Indiana heather.crockett@atg.in.gov  marie.baker@atg.in.gov

Henry Jaffe
on behalf of Interested Party Sun Pharmaceuticals Canada Inc. Henry.Jaffe@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com

Henry Jaffe
on behalf of Interested Party Sun Pharmaceutical Industries  Inc. Henry.Jaffe@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com

Henry Jaffe
on behalf of Interested Party Ranbaxy Pharmaceuticals Canada Inc. Henry.Jaffe@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com

Hunter J. Shkolnik
on behalf of Creditor Uphur County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
on behalf of Creditor Lewis County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
on behalf of Creditor Ohio County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
on behalf of Creditor Marshall County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
on behalf of Creditor Brooke County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
on behalf of Creditor Marion County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
on behalf of Creditor Randolph County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
on behalf of Creditor Monongalia County Commission hunter@nsprlaw.com

Hunter J. Shkolnik

on behalf of Creditor Tyler County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
                          on behalf of Creditor Wetzel County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
                          on behalf of Creditor Hancock County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
                          on behalf of Creditor Doddridge County Commission hunter@nsprlaw.com

Ilan D. Scharf
                          on behalf of Creditor RDC Liquidating Trust as Successor-in-Interest to Rochester Drug Co-Operative  Inc. ischarf@pszjlaw.com,
                          lcanty@pszjlaw.com

Ilana Volkov
                          on behalf of Creditor Ad Hoc Group of Hospitals ivolkov@mcgrailbensinger.com  ivolkov@mcgrailbensinger.com

Ira Burnim
                          on behalf of Unknown Kennedy Forum and other national organizations irabster@gmail.com

Ira S. Dizengoff
                          on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
                          idizengoff@akingump.com,
                          apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingu
                          mp.com;pdublin@akingump.com

Irve J. Goldman
                          on behalf of Defendant State of Washington igoldman@pullcom.com  jshearin@pullcom.com;rmccoy@pullcom.com

Irve J. Goldman
                          on behalf of Creditor State of Connecticut igoldman@pullcom.com  jshearin@pullcom.com;rmccoy@pullcom.com

Irve J. Goldman
                          on behalf of Defendant State of Connecticut igoldman@pullcom.com  jshearin@pullcom.com;rmccoy@pullcom.com

Isley Markman Gostin
                          on behalf of Unknown American Guarantee and Liability Insurance Company isley.gostin@wilmerhale.com

Isley Markman Gostin
                          on behalf of Defendant Navigators Specialty Insurance Company isley.gostin@wilmerhale.com

Isley Markman Gostin
                          on behalf of Unknown Steadfast Insurance Company isley.gostin@wilmerhale.com

Isley Markman Gostin
                          on behalf of Unknown Navigators Specialty Insurance Company isley.gostin@wilmerhale.com

J. Christopher Shore
                          on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. cshore@whitecase.com
                          jdisanti@whitecase.com;mcosbny@whitecase.com

Jake Holdreith
                          on behalf of Unknown Collegium Pharmaceutical  Inc. jholdreith@robinskaplan.com,
                          bmiller@robinskaplan.com;tbarrett@robinskaplan.com;cmay@robinskaplan.com;olanger@robinskaplan.com;cpinahs@robinskap
                          lan.com

James Franklin Ozment, I
                          on behalf of Plaintiff Charles Fitch frankozmentlaw@gmail.com

James Franklin Ozment, I
                          on behalf of Unknown Charles Fitch frankozmentlaw@gmail.com

James Franklin Ozment, I
                          on behalf of Plaintiff Stacey Bridges frankozmentlaw@gmail.com

James Franklin Ozment, I
                          on behalf of Creditor Stacey Bridges frankozmentlaw@gmail.com

James Franklin Ozment, I
                          on behalf of Plaintiff Creighton Bloyd frankozmentlaw@gmail.com

James Franklin Ozment, I
                          on behalf of Unknown Creighton Bloyd frankozmentlaw@gmail.com

James I. McClammy
                          on behalf of Debtor Purdue Pharma L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
                          on behalf of Plaintiff Avrio Health L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
                          on behalf of Plaintiff Purdue Pharma L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

District/off: 0208-7                    User: admin                              Page 24 of 38
Date Rcvd: Feb 16, 2022                 Form ID: 143                          Total Noticed: 2

James I. McClammy
             on behalf of Plaintiff Rhodes Technologies james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
             on behalf of Plaintiff Purdue Pharma Inc. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
             on behalf of Plaintiff Purdue Transdermal Technologies L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
             on behalf of Plaintiff Purdue Pharma of Puerto Rico james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
             on behalf of Plaintiff Purdue Pharma Manufacturing L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
             on behalf of Plaintiff Purdue Pharmaceutical Products L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
             on behalf of Plaintiff Rhodes Pharmaceuticals L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
             on behalf of Plaintiff Purdue Pharmaceuticals L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James P. Wehner, Jr.
             on behalf of Unknown Multi-State Governmental Entities Group jwehner@capdale.com
             cecilia-guerrero-caplin-6140@ecf.pacerpro.com

James T. Boffetti
             on behalf of Creditor State of New Hampshire james.boffetti@doj.nh.gov  janet.demers@doj.nh.gov

Jamie Fell
             on behalf of Interested Party PJT Partners LP jamie.fell@stblaw.com

Jasmine Ball
             on behalf of Unknown Beacon Company jball@debevoise.com  cponeal@debevoise.com

Jason Rubinstein
             on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
             rubinsteinj@gilbertlegal.com

Jason Rubinstein
             on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
             rubinsteinj@gilbertlegal.com

Jay Teitelbaum
             on behalf of Unknown Community Health Systems  Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al
             jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

Jay Teitelbaum
             on behalf of Creditor Community Health Systems  Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al
             jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

Jeff Payne
             on behalf of Interested Party State of Oregon jeff.j.payne@doj.state.or.us

Jeffrey Garfinkle
             on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com  dcyrankowski@buchalter.com;docket@buchalter.com

Jeffrey Garfinkle
             on behalf of Creditor McKesson Corporation  on behalf of itself and certain corporate affiliates jgarfinkle@buchalter.com,
             dcyrankowski@buchalter.com;docket@buchalter.com

Jeffrey R. Gleit
             on behalf of Debtor Purdue Pharma L.P. jgleit@sullivanlaw.com
             bcooley@sullivanlaw.com,rrosenblatt@sullivanlaw.com,aweiss@sullivanlaw.com,nkoslof@sullivanlaw.com,

Jeffrey S. Swyers
             on behalf of Unknown MM&P Health & Benefit Plan jswyers@slevinhart.com  courtalerts@slevinhart.com

Jenna A Hudson
             on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
             hudsonj@gilbertlegal.com  johnsonka@gilbertlegal.com;colcocks@gilbertlegal.com

Jenna A Hudson
             on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants hudsonj@gilbertlegal.com
             johnsonka@gilbertlegal.com;colcocks@gilbertlegal.com

Jennifer B Lyday
             on behalf of Creditor State of North Carolina notice@waldrepwall.com  8836221420@filings.docketbird.com

Jeremy Pearlman
             on behalf of Creditor State of Connecticut jeremy.pearlman@ct.gov

Jeremy C. Kleinman
    on behalf of Interested Party Walgreen Co. and certain corporate affiliates and subsidiaries jkleinman@fgllp.com

Jessica Ortiz
    on behalf of Creditor The Cherokee Nation jortiz@mololamken.com

Jill Abrams
    on behalf of Unknown State of Vermont jill.abrams@vermont.gov

Jill Abrams
    on behalf of Creditor The State of Vermont  by and through Attorney General Thomas J. Donovan Jr. jill.abrams@vermont.gov

Jill L. Nicholson
    on behalf of Interested Party Aveva Drug Delivery Systems  Inc. jnicholson@foley.com, mstockl@foley.com

Jill L. Nicholson
    on behalf of Interested Party Apotex Corp. jnicholson@foley.com  mstockl@foley.com

Jillian Lazar
    on behalf of Creditor State of Delaware jillian.lazar@delaware.gov

Joanna Lydgate
    on behalf of Creditor Commonwealth of Massachusetts joanna.lydgate@mass.gov

Joel Shafferman
    on behalf of Creditor Casey David Nadolski shaffermanjoel@gmail.com

John A. Boyle
    on behalf of Creditor John H. Stewart jboyle@khmarino.com  docketing@khmarino.com

John Michael Connolly
    on behalf of Creditor Attorney General  State of Arizona mike@consovoymccarthy.com

John P McDonald
    on behalf of Creditor Insource  Inc. jpmcdonald@lockelord.com

John P McDonald
    on behalf of Creditor General Injectables & Vaccines  Inc. jpmcdonald@lockelord.com

John P McDonald
    on behalf of Creditor Henry Schein  Inc. jpmcdonald@lockelord.com

John P McDonald
    on behalf of Creditor Henry Schein Medical Systems  Inc. jpmcdonald@lockelord.com

John R. Knapp, Jr.
    on behalf of Creditor AndersonBrecon  Inc d/b/a PCI Pharma Service john.knapp@millernash.com,
    edgar.rosales@millernash.com

John Wayne Hogan
    on behalf of Creditor Board of Chicago School District No. 299 hogan@terrellhogan.com

Jonathan Watson Cuneo
    on behalf of Creditor Community Health Systems  Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al
    jonc@cuneolaw.com

Jordan S. Blask
    on behalf of Creditor Thermo Fisher Scientific jblask@fbtlaw.com  agilbert@tuckerlaw.com

Joseph D. Frank
    on behalf of Interested Party Walgreen Co. and certain corporate affiliates and subsidiaries jfrank@fgllp.com
    csucic@fgllp.com;csmith@fgllp.com

Joseph G. Davis
    on behalf of Defendant National Union Fire Insurance Company of Pittsburgh  PA jdavis@willkie.com, maodc1@willkie.com

Joseph G. Davis
    on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh  PA jdavis@willkie.com,
    maodc1@willkie.com

Joseph L Mulvey
    on behalf of Creditor Lou Ann Marocco Trustee for the Bankruptcy Estate of Kevin D. Sullivan joseph@mulveylawllc.com

Joshua Karsh
    on behalf of Creditor Board of Chicago School District No. 299 pleadings@findjustice.com

Joshua Karsh
    on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 pleadings@findjustice.com

Joshua Karsh
    on behalf of Creditor Board of Education of Thornton Township High School District 205 pleadings@findjustice.com

Joshua Karsh

|  |  |
|---|---|
|  | on behalf of Creditor Independent Public School Districts pleadings@findjustice.com |
| Joshua Karsh | |
|  | on behalf of Creditor Board of Education of East Aurora School District 131 pleadings@findjustice.com |
| Joshua Polster | |
|  | on behalf of Defendant St. Paul Fire and Marine Insurance Company joshua.polster@stblaw.com |
| Joshua Polster | |
|  | on behalf of Defendant Gulf Underwriters Insurance Company joshua.polster@stblaw.com |
| Judith Aurora Yosepha Fiorentini | |
|  | on behalf of Creditor The People of the State of California judith.fiorentini@doj.ca.gov |
| Julie Elizabeth Cohen | |
|  | on behalf of Debtor Purdue Pharma L.P. julie.cohen@skadden.com |
| Justin M Ellis | |
|  | on behalf of Creditor The Cherokee Nation jellis@mololamken.com |
| Justino D Petrarca | |
|  | on behalf of Creditor Board of Education of Thornton Township High School District 205 jpetrarca@edlawyer.com emcnulty@edlawyer.com |
| Justino D Petrarca | |
|  | on behalf of Creditor Board of Education of East Aurora School District 131 jpetrarca@edlawyer.com  emcnulty@edlawyer.com |
| Justino D Petrarca | |
|  | on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 jpetrarca@edlawyer.com emcnulty@edlawyer.com |
| Katherine Galle | |
|  | on behalf of Interested Party PRA  LP (and other two-way entities) kngalle@mintz.com |
| Katherine McCraw | |
|  | on behalf of Creditor NC Dept. of Health and Human Services kmccraw@ncdoj.gov kchadwick@ncdoj.gov;etant@ncdoj.gov;lbulls@ncdoj.gov |
| Katherine Stadler | |
|  | on behalf of Creditor Tennessee Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com |
| Katherine Stadler | |
|  | on behalf of Creditor Arkansas Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com |
| Katherine Stadler | |
|  | on behalf of Defendant Tennessee Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com |
| Katherine Stadler | |
|  | on behalf of Defendant Arkansas Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com |
| Kathryn Blake | |
|  | on behalf of Creditor People of the State of New York kathryn.blake@ag.ny.gov |
| Kathryn Blake | |
|  | on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York kathryn.blake@ag.ny.gov |
| KatieLynn B Townsend | |
|  | on behalf of Intervenor Dow Jones & Company  Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. ktownsend@rcfp.org |
| Kelly Tsai | |
|  | on behalf of Unknown American Guarantee and Liability Insurance Company ktsai@crowell.com |
| Kelly Tsai | |
|  | on behalf of Defendant American Guarantee and Liability Insurance Company ktsai@crowell.com |
| Kelly Tsai | |
|  | on behalf of Defendant Steadfast Insurance Company ktsai@crowell.com |
| Kelly Tsai | |
|  | on behalf of Unknown Steadfast Insurance Company ktsai@crowell.com |
| Kenneth H. Eckstein | |
|  | on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants keckstein@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com |
| Kenneth H. Eckstein | |
|  | on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants keckstein@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com |
| Kevin C. Maclay | |
|  | on behalf of Unknown Multi-State Governmental Entities Group cecilia-guerrero-caplin-6140@ecf.pacerpro.com |

jgiglio@capdale.com

Kevin H. Marino
    on behalf of Creditor John H. Stewart kmarino@khmarino.com

Kimberly P. Massicotte
    on behalf of Creditor State of Connecticut kimberly.massicotte@ct.gov

L Kenneth Chotiner
    on behalf of Creditor Paul Hartman lkc@thechotinerfirm.com

Lara J Fogel
    on behalf of Defendant State of New Jersey lfogel@levinelee.com

Lara J Fogel
    on behalf of Creditor State of New Jersey lfogel@levinelee.com

Laura Femino
    on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. laura.femino@whitecase.com

Laura McFarlane
    on behalf of Interested Party State of Wisconsin mcfarlanele@doj.state.wi.us

Laurel D. Roglen
    on behalf of Creditor DuPont de Nemours  Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com

Lauren Guth Barnes
    on behalf of Creditor Blue Cross Blue Shield Association lauren@hbsslaw.com  purduebankruptcy@hbsslaw.com

Lauren M. Macksoud
    on behalf of Defendant XL Bermuda Ltd. lauren.macksoud@dentons.com

Lauren M. Macksoud
    on behalf of Defendant XL Insurance America  Inc. lauren.macksoud@dentons.com

Laurie Rubinow
    on behalf of Unknown Ad Hoc Group of Self-Funded Health Plans lrubinow@millershah.com  pleadings@millershah.com

Lawrence Fogelman
    on behalf of Unknown United States of America lawrence.fogelman@usdoj.gov

Lawrence J. Kotler
    on behalf of Creditor Chubb Insurance USA ljkotler@duanemorris.com

Lawrence L. Tong
    on behalf of Creditor State of Hawaii ex rel. Clare E. Connors  Attorney General lawrence.l.tong@hawaii.gov,
    mana.moriarty@hawaii.gov;aaron.s.joyce@hawaii.gov

Lawrence R. Reich
    on behalf of Creditor Jane Redwood reichlaw@reichpc.com

Leah M. Eisenberg
    on behalf of Creditor CVS Caremark Part D Services  L.L.C. leisenberg@mayerbrown.com

Leah M. Eisenberg
    on behalf of Creditor CaremarkPCS Health  L.L.C. leisenberg@mayerbrown.com

Leah M. Eisenberg
    on behalf of Creditor CVS Pharmacy  Inc. leisenberg@mayerbrown.com

Lee Scott Siegel
    on behalf of Defendant Zurich Specialties London Limited (f/k/a Zurich Reinsurance (London) Limited) lss@hurwitzfine.com
    kathik@hurwitzfine.com

Lee Scott Siegel
    on behalf of Defendant Chubb European Group SE (f/k/a ACE Insurance S.A.N.V.) lss@hurwitzfine.com
    kathik@hurwitzfine.com

Lee Scott Siegel
    on behalf of Defendant North American Elite Insurance Company lss@hurwitzfine.com  kathik@hurwitzfine.com

Lee Scott Siegel
    on behalf of Defendant Aspen American Insurance Company lss@hurwitzfine.com  kathik@hurwitzfine.com

Lee Scott Siegel
    on behalf of Defendant SR International Business Company SE (f/k/a SR International Business Insurance Company Limited)
    lss@hurwitzfine.com  kathik@hurwitzfine.com

Lee Scott Siegel
    on behalf of Defendant QBE UK Limited (f/k/a QBE International Insurance Company Limited) lss@hurwitzfine.com
    kathik@hurwitzfine.com

Lee Scott Siegel

on behalf of Defendant Darag Insurance UK Limited (f/k/a The Underwriter Insurance Company Limited) lss@hurwitzfine.com
kathik@hurwitzfine.com

Leslie A. Eaton

on behalf of Creditor Colorado Attorney General leslie.eaton@coag.gov

Leslie A. Eaton

on behalf of Creditor Colorado Department of Law leslie.eaton@coag.gov

Leslie A. Goller

on behalf of Creditor Board of Chicago School District No. 299 lgoller@terrellhogan.com

Linda Riffkin

on behalf of U.S. Trustee United States Trustee linda.riffkin@usdoj.gov

Linda Singer

on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants lsinger@motleyrice.com

Linda Singer

on behalf of Unknown State of Utah lsinger@motleyrice.com

Linda J Conti

on behalf of Creditor State of Maine linda.conti@maine.gov

Lisa A Szymanski

on behalf of Plaintiff Purdue Pharmaceuticals L.P. lszymanski@reedsmith.com

Lisa A Szymanski

on behalf of Plaintiff Purdue Pharma Manufacturing L.P. lszymanski@reedsmith.com

Lisa A Szymanski

on behalf of Plaintiff Purdue Pharma of Puerto Rico lszymanski@reedsmith.com

Lisa A Szymanski

on behalf of Plaintiff Rhodes Pharmaceuticals L.P. lszymanski@reedsmith.com

Lisa A Szymanski

on behalf of Plaintiff Purdue Pharmaceutical Products L.P. lszymanski@reedsmith.com

Lisa A Szymanski

on behalf of Plaintiff Purdue Transdermal Technologies L.P. lszymanski@reedsmith.com

Lisa A Szymanski

on behalf of Plaintiff Rhodes Technologies lszymanski@reedsmith.com

Lisa A Szymanski

on behalf of Plaintiff Purdue Pharma Inc. lszymanski@reedsmith.com

Lisa A Szymanski

on behalf of Plaintiff Purdue Pharma L.P. lszymanski@reedsmith.com

Lisa A Szymanski

on behalf of Plaintiff Avrio Health L.P. lszymanski@reedsmith.com

Lori A. Butler

on behalf of Creditor Pension Benefit Guaranty Corporation butler.lori@pbgc.gov  efile@pbgc.gov

Louis J. Testa

on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York
louis.testa@ag.ny.gov

Louis J. Testa

on behalf of Creditor People of the State of New York louis.testa@ag.ny.gov

Lowell W. Finson

on behalf of Creditor Anne Alexander  et al. lowellwfinson@gmail.com

Lucian Murley

on behalf of Creditor Cigna Health and Life Insurance Company luke.murley@saul.com  robyn.warren@saul.com

Lynn Hagman Murray

on behalf of Defendant Steadfast Insurance Company lhmurray@shb.com  docket@shb.com

Lynn Hagman Murray

on behalf of Defendant American Guarantee and Liability Insurance Company lhmurray@shb.com  docket@shb.com

Mai Lan G. Rodgers

on behalf of Creditor Pension Benefit Guaranty Corporation rodgers.mailan@pbgc.gov  efile@pbgc.gov

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharma of Puerto Rico mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

District/off: 0208-7
Date Rcvd: Feb 16, 2022
User: admin
Form ID: 143
Page 29 of 38
Total Noticed: 2

on behalf of Plaintiff Avrio Health L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Transdermal Technologies L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharmaceuticals L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Rhodes Pharmaceuticals L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

on behalf of Debtor Purdue Pharma L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharma Manufacturing L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharmaceutical Products L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharma Inc. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharma L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Rhodes Technologies mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc Joseph Tobak

on behalf of Defendant Purdue Pharma L.P. mtobak@dpw.com  purdue.bloyd.service@davispolk.com

Marc P Gertz

on behalf of Creditor Northeast Ohio School Board Group mpgertz@gertzrosen.com

Margaret Truesdale

on behalf of Creditor Board of Chicago School District No. 299 mtruesdale@hsplegal.com

Marion Quirk

on behalf of Creditor State of Delaware marion.quirk@delaware.gov

Mark Krueger

on behalf of Creditor State of Nevada mkrueger@ag.nv.gov  dpotnar@ag.nv.gov,jwhitson@ag.nv.gov,lmtucker@ag.nv.gov

Mark Stein

on behalf of Creditor Bridge House Corporation mstein@lowestein.com

Mark Tate

on behalf of Attorney Village of Amityville  NY, et al. wkell@tatelawgroup.com

Mark D. Plevin

on behalf of Unknown American Guarantee and Liability Insurance Company mplevin@crowell.com

Marshall C. Turner

on behalf of Creditor Ascent Health Services marshall.turner@husch.com  marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner

on behalf of Creditor Express Scripts  Inc. marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner

on behalf of Creditor Express Scripts Senior Care Holdings  Inc. marshall.turner@husch.com,
marshall-turner-8668@ecf.pacerpro.com

Martin S. Rapaport

on behalf of Creditor Peter Jackson manhatoffice@yahoo.com

Marvin E. Clements, Jr.

on behalf of Creditor Tennessee Attorney General's Office agbanknewyork@ag.tn.gov

Marvin E. Clements, Jr.

on behalf of Creditor TN Dept of Revenue agbanknewyork@ag.tn.gov

Matthew J. Gold

on behalf of Interested Party District of Columbia mgold@kkwc.com  jremi@kkwc.com

Matthew J. Gold

on behalf of Unknown STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS mgold@kkwc.com
jremi@kkwc.com

Matthew J. Gold

on behalf of Defendant State of Washington mgold@kkwc.com  jremi@kkwc.com

Matthew J. Gold

on behalf of Interested Party State of Washington mgold@kkwc.com  jremi@kkwc.com

Matthew J. Gold
                on behalf of Interested Party State of Oregon mgold@kkwc.com  jremi@kkwc.com

Matthew J. Piers
                on behalf of Creditor Board of Education of Thornton Township High School District 205 mpiers@hsplegal.com
                rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
                on behalf of Creditor The Board of Education of Thornton Township High School District 205 mpiers@hsplegal.com
                rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
                on behalf of Creditor The Board of Education of East Aurora School District 131 mpiers@hsplegal.com
                rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
                on behalf of Creditor La Rue County School District  Kentucky mpiers@hsplegal.com,
                rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
                on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 mpiers@hsplegal.com
                rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
                on behalf of Creditor Board of Education of Miami-Dade County Public Schools mpiers@hsplegal.com
                rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
                on behalf of Creditor Baltimore City Board of School Commissioners mpiers@hsplegal.com
                rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
                on behalf of Creditor The Board of Education of Thornton Fractional Township High School District 215 mpiers@hsplegal.com
                rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
                on behalf of Creditor Board of Chicago School District No. 299 mpiers@hsplegal.com
                rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
                on behalf of Creditor Board of Education of East Aurora School District 131 mpiers@hsplegal.com
                rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
                on behalf of Creditor Bullitt County School District  Kentucky mpiers@hsplegal.com,
                rortiz@hsplegal.com;docketing@hsplegal.com

Mawerdi Hamid
                on behalf of Creditor State of Minnesota mawerdi.hamid@ag.state.mn.us

Megan Paris Rundlet
                on behalf of Creditor Colorado Attorney General megan.rundlet@coag.gov

Megan Paris Rundlet
                on behalf of Defendant State of Colorado megan.rundlet@coag.gov

Melanie L. Cyganowski
                on behalf of Creditor The State of Texas  acting by and through the Attorney General of Texas, Ken Paxton
                mcyganowski@oshr.com,
                awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
                randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melanie L. Cyganowski
                on behalf of Creditor State of Texas  acting by and through the Attorney General of Texas, Ken Paxton mcyganowski@oshr.com,
                awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
                randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melanie L. Cyganowski
                on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants mcyganowski@oshr.com
                awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
                randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melissa L. Van Eck
                on behalf of Creditor Commonwealth of Pennsylvania mvaneck@attorneygeneral.gov

Melissa L. Van Eck
                on behalf of Defendant Commonwealth of Pennsylvania mvaneck@attorneygeneral.gov

Merrida Coxwell
                on behalf of Attorney Merrida P Coxwell lenah@coxwelllaw.com

District/off: 0208-7                      User: admin                                 Page 31 of 38
Date Rcvd: Feb 16, 2022                   Form ID: 143                                 Total Noticed: 2

Michael Goldstein
                    on behalf of Creditor Teva Canada Limited mgoldstein@goodwinlaw.com

Michael Goldstein
                    on behalf of Creditor Anda  Inc. mgoldstein@goodwinlaw.com

Michael Goldstein
                    on behalf of Creditor Teva Pharmaceuticals USA  Inc. mgoldstein@goodwinlaw.com

Michael Gorelick
                    on behalf of Defendant Liberty Mutual Insurance Europe SE (f/k/a Liberty International Insurance Company)
                    mgorelick@agfjlaw.com

Michael Luskin
                    on behalf of Interested Party Old Republic Insurance Company luskin@lsellp.com

Michael Luskin
                    on behalf of Creditor Gulf Underwriters Insurance Company luskin@lsellp.com

Michael Luskin
                    on behalf of Creditor St. Paul Fire and Marine Insurance Company luskin@lsellp.com

Michael B. Rush
                    on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
                    rushm@gotofirm.com

Michael B. Rush
                    on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants rushm@gotofirm.com

Michael D McMahan
                    on behalf of Creditor Council of Athabascan Tribal Governments mmcmahan@hobbsstraus.com
                    cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
                    on behalf of Creditor Kodiak Area Native Association mmcmahan@hobbsstraus.com
                    cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
                    on behalf of Creditor Alaska Native Tribal Health Consortium mmcmahan@hobbsstraus.com
                    cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
                    on behalf of Creditor Indian Health Council  Inc. mmcmahan@hobbsstraus.com,
                    cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
                    on behalf of Creditor Aleutian Pribilof Islands Association  Inc. mmcmahan@hobbsstraus.com,
                    cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
                    on behalf of Creditor Norton Sound Health Corporation mmcmahan@hobbsstraus.com
                    cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
                    on behalf of Creditor Seldovia Village Tribe mmcmahan@hobbsstraus.com
                    cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
                    on behalf of Creditor Cheesh'na Tribe mmcmahan@hobbsstraus.com  cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
                    on behalf of Creditor Bristol Bay Area Health Corporation mmcmahan@hobbsstraus.com
                    cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
                    on behalf of Creditor Jamestown S'Klallam Tribe mmcmahan@hobbsstraus.com
                    cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
                    on behalf of Creditor Southeast Alaska Regional Health Consortium mmcmahan@hobbsstraus.com
                    cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
                    on behalf of Creditor Port Gamble S'Klallam Tribe mmcmahan@hobbsstraus.com
                    cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
                    on behalf of Creditor Pala Band of Mission Indians mmcmahan@hobbsstraus.com
                    cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

Michael D McMahan
                    on behalf of Creditor Suquamish Tribe mmcmahan@hobbsstraus.com  cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com

District/off: 0208-7                    User: admin                         Page 32 of 38
Date Rcvd: Feb 16, 2022                 Form ID: 143                        Total Noticed: 2

Michael G Louis
on behalf of Unknown Joan E. Vasko mlouis@macelree.com

Michael Geoffrey Abelow
on behalf of Creditor Certain Hospital Creditors mabelow@sherrardroe.com  neads@sherrardroe.com

Michael I. Baird
on behalf of Creditor Pension Benefit Guaranty Corporation baird.michael@pbgc.gov  efile@pbgc.gov

Michael J Kasen
on behalf of Creditor Fredrick Hill mkasen@kasenlaw.com

Michael Morris Buchman
on behalf of Creditor Tucson Medical Center mbuchman@motleyrice.com

Michael Patrick O'Neil
on behalf of Creditor Ad Hoc Group of Hospitals moneil@taftlaw.com

Michael S. Kimm
on behalf of Creditor Jung U. Kim msk@kimmlaw.com  law@kimmlaw.com;proh@kimmlaw.com

Michele Puiggari
on behalf of Attorney michele Ann puiggari michele@mpuiggari.com

Michiyo Michelle Burkart
on behalf of Defendant The People of the State of California michelle.burkart@doj.ca.gov

Michiyo Michelle Burkart
on behalf of Creditor The People of the State of California michelle.burkart@doj.ca.gov

Mimi Liu
on behalf of Unknown State of Utah mliu@motleyrice.com

Mimi Liu
on behalf of Creditor Ad Hoc Group of Non-Consenting States mliu@motleyrice.com

Mitchell Jay Auslander
on behalf of Defendant American International Reinsurance Company (f/k/a Starr Excess Liability Insurance International Limited) maosbny@willkie.com  mauslander@willkie.com

Mitchell Jay Auslander
on behalf of Defendant New Hampshire Insurance Company maosbny@willkie.com  mauslander@willkie.com

Mitchell Jay Auslander
on behalf of Defendant National Union Fire Insurance Company of Pittsburgh  PA maosbny@willkie.com, mauslander@willkie.com

Mitchell Jay Auslander
on behalf of Defendant AIG Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company) maosbny@willkie.com  mauslander@willkie.com

Morgan R Bentley
on behalf of Attorney Sarasota County Public Hospital District mbentley@bentleyandbruning.com

Morton R. Branzburg
on behalf of Creditor AmerisourceBergen Drug Corporation mbranzburg@klehr.com  jtaylor@klehr.com

Muhammad Umair Khan
on behalf of Creditor People of the State of New York umair.khan@ag.ny.gov

Nathan Quinn Rugg
on behalf of Creditor Altergon Italia s.r.l. nathan.rugg@bfkn.com  jean.montgomery@bfkn.com

Neil Francis Xavier Kelly
on behalf of Unknown STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS nkelly@riag.ri.gov mdifonzo@riag.ri.gov

Neil L Henrichsen
on behalf of Unknown Board of Chicago School District No. 299 nhenrichsen@hslawyers.com

Nicholas F. Kajon
on behalf of Creditor Glenn Golden nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Attorney General  State of Arizona nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Lou Sardella nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor F. Kirk Hopkins nfk@stevenslee.com

Nicholas F. Kajon

District/off: 0208-7                          User: admin                                    Page 33 of 38
Date Rcvd: Feb 16, 2022                     Form ID: 143                                  Total Noticed: 2

on behalf of Creditor Barbara Rivers nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Debra Dawsey nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Zachary R. Schneider nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Dora Lawrence nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor W. Andrew Fox nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Michael Klodzinski nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Amel Eiland nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor MSI Corporation nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Marketing Services of Indiana  Inc. nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Heather Enders nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Michael Konig nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Kevin Wilk nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor William Taylor nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Kimberly Brand nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Eli Medina nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Al Marino  Inc. nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Edward Grace nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Michael Christy nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Jordan Chu nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Michael Lopez nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Jason Reynolds nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Deborah Green-Kuchta nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Nadja Streiter nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Eric Hestrup  et al. nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor William Stock nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Ronald D. Stracener nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Gretta Golden nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Darcy Sherman nfk@stevenslee.com

District/off: 0208-7                          User: admin                                    Page 34 of 38
Date Rcvd: Feb 16, 2022                        Form ID: 143                                Total Noticed: 2

Nicklas Arnold Akers
                        on behalf of Creditor The People of the State of California nicklas.akers@doj.ca.gov

Nicklas Arnold Akers
                        on behalf of Defendant The People of the State of California nicklas.akers@doj.ca.gov

Nickolas Karavolas
                        on behalf of Interested Party Her Majesty in Right of the Province of British Columbia nkaravolas@phillipslytle.com
                        ddrons@phillipslytle.com

Nicolas G. Keller
                        on behalf of Unknown New York State Department of Financial Services nicolas.keller@dfs.ny.gov

Nicole A Leonard
                        on behalf of Creditor Westchester Fire Insurance Company nleonard@mdmc-law.com  sshidner@mdmc-law.com

Norma E. Ortiz
                        on behalf of Unknown The National Association for the Advancement of Colored People email@ortizandortiz.com
                        bkcourt@gmail.com;ortiznoticeme@gmail.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestcase.com

Paris Gyparakis
                        on behalf of Creditor Jeffrey Bryan Pierce pgyparakis@rosenpc.com  gyparakispr81087@notify.bestcase.com

Patrick Morrisey
                        on behalf of Creditor State of West Virginia  ex. rel. Patrick Morrisey, Attorney General patrick.j.morrisey@wvago.gov

Patrick Francis McTernan
                        on behalf of Defendant State of Hawaii  ex rel. Clare E. Connors, Attorney General pmcternan@croninfried.com,
                        cfskf@croninfried.com

Patrick Francis McTernan
                        on behalf of Creditor State of Hawaii ex rel. Clare E. Connors  Attorney General pmcternan@croninfried.com,
                        cfskf@croninfried.com

Paul A. Rachmuth
                        on behalf of Creditor Ad Hoc Committee on Accountability paul@paresq.com

Paul E. Breene
                        on behalf of Plaintiff Purdue Pharma of Puerto Rico pbreene@reedsmith.com

Paul E. Breene
                        on behalf of Plaintiff Purdue Transdermal Technologies L.P. pbreene@reedsmith.com

Paul E. Breene
                        on behalf of Plaintiff Purdue Pharma Manufacturing L.P. pbreene@reedsmith.com

Paul E. Breene
                        on behalf of Plaintiff Purdue Pharmaceuticals L.P. pbreene@reedsmith.com

Paul E. Breene
                        on behalf of Plaintiff Purdue Pharmaceutical Products L.P. pbreene@reedsmith.com

Paul E. Breene
                        on behalf of Other Prof. Reed Smith LLP pbreene@reedsmith.com

Paul E. Breene
                        on behalf of Plaintiff Rhodes Pharmaceuticals L.P. pbreene@reedsmith.com

Paul E. Breene
                        on behalf of Plaintiff Avrio Health L.P. pbreene@reedsmith.com

Paul E. Breene
                        on behalf of Debtor Purdue Pharma L.P. pbreene@reedsmith.com

Paul E. Breene
                        on behalf of Plaintiff Rhodes Technologies pbreene@reedsmith.com

Paul E. Breene
                        on behalf of Plaintiff Purdue Pharma L.P. pbreene@reedsmith.com

Paul E. Breene
                        on behalf of Plaintiff Purdue Pharma Inc. pbreene@reedsmith.com

Paul M. Singer
                        on behalf of Debtor Purdue Pharma L.P. psinger@reedsmith.com
                        gwieland@reedsmith.com;SLucas@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Paul R Koepff
                        on behalf of Defendant Arch Reinsurance Ltd. paul.koepff@clydeco.us  meisee.hon@clydeco.us

Paul S Rothstein
                        on behalf of Unknown Paul S Rothstein psr@rothsteinforjustice.com

Paul S Rothstein
    on behalf of Attorney Paul S Rothstein psr@rothsteinforjustice.com

Pearl Shah
    on behalf of Creditor Ad Hoc Group of Hospitals pshah@mcgrailbensinger.com

Pearl Shah
    on behalf of Creditor Hospital Claimants pshah@mcgrailbensinger.com

Peter D'Apice
    on behalf of Creditor Tiffany Dunford dapice@sbep-law.com

Peter D'Apice
    on behalf of Creditor Certain Native American Tribes and Others dapice@sbep-law.com

Peter Francis O'Neill
    on behalf of Defendant Steadfast Insurance Company pfoneill@shb.com  docket@shb.com

Peter Francis O'Neill
    on behalf of Defendant American Guarantee and Liability Insurance Company pfoneill@shb.com  docket@shb.com

Peter H Weinberger
    on behalf of Unknown Plaintiffs' Co-Leads and Plaintiffs' Executive Committee in MDL 2804 sschebek@spanglaw.com

Peter J. Roberts
    on behalf of Interested Party Liberty Mutual Fire Insurance Company proberts@cozen.com
    peter-roberts-1301@ecf.pacerpro.com,cknez@cozen.com

Peter J. Roberts
    on behalf of Interested Party Liberty Insurance Corporation proberts@cozen.com
    peter-roberts-1301@ecf.pacerpro.com,cknez@cozen.com

Peter J. Roberts
    on behalf of Interested Party Liberty Mutual Insurance Company proberts@cozen.com
    peter-roberts-1301@ecf.pacerpro.com,cknez@cozen.com

Philip D. Anker
    on behalf of Defendant Navigators Specialty Insurance Company philip.anker@wilmerhale.com
    yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Philip D. Anker
    on behalf of Unknown Navigators Specialty Insurance Company philip.anker@wilmerhale.com
    yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com

Reuel D. Ash
    on behalf of Creditor Impax Laboratories  LLC rash@ulmer.com, sbenoit@ulmer.com

Reuel D. Ash
    on behalf of Creditor Amneal Pharmaceuticals LLC rash@ulmer.com  sbenoit@ulmer.com

Reuel D. Ash
    on behalf of Creditor Amneal Pharmaceuticals of New York  LLC rash@ulmer.com, sbenoit@ulmer.com

Reuel D. Ash
    on behalf of Creditor Impax Laboratories  Inc. rash@ulmer.com, sbenoit@ulmer.com

Richard B. Levin
    on behalf of Creditor McKesson Corporation rlevin@jenner.com

Richard Daniel Shore
    on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
    shorer@gilbertlegal.com

Richard Daniel Shore
    on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants shorer@gilbertlegal.com

Richard James Leveridge
    on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
    leveridger@gilbertlegal.com

Richard Joseph Geddes
    on behalf of Defendant XL Bermuda Ltd. richard.geddes@kennedyslaw.com

Richard R Gan
    on behalf of Attorney Richard R Gan richlaw1@comcast.net

Riley Caroline Mendoza
    on behalf of Defendant Steadfast Insurance Company rmendoza@shb.com

Riley Caroline Mendoza
    on behalf of Defendant American Guarantee and Liability Insurance Company rmendoza@shb.com

Robert Padjen

District/off: 0208-7                                    User: admin                                    Page 36 of 38
Date Rcvd: Feb 16, 2022                            Form ID: 143                                    Total Noticed: 2

on behalf of Creditor Colorado Department of Law robert.padjen@coag.gov

Robert Padjen

on behalf of Defendant State of Colorado robert.padjen@coag.gov

Robert P. Charbonneau

on behalf of Creditor Attorney General State of Florida rpc@agentislaw.com,
bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Samuel Mitchell

on behalf of Creditor Tucson Medical Center sam@mitchellspeights.com

Sara Tonnesen

on behalf of Creditor State Of Maryland stonnesen@oag.state.md.us

Sara Tonnesen

on behalf of Defendant Consumer Protection Division Office of the Attorney General (Md.) stonnesen@oag.state.md.us

Sarah Sraders

on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
sraderss@gilbertlegal.com

Sarah Sraders

on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants sraderss@gilbertlegal.com

Scott F. Gautier

on behalf of Unknown Collegium Pharmaceutical Inc. scott.gautier@faegredrinker.com,
kmeek@robinskaplan.com;mdelaney@robinskaplan.com

Scott I. Davidson

on behalf of Debtor Purdue Pharma L.P. sdavidson@kslaw.com jcmccullough@kslaw.com

Scott I. Davidson

on behalf of Spec. Counsel KING & SPALDING LLP sdavidson@kslaw.com jcmccullough@kslaw.com

Scott S. Markowitz

on behalf of Creditor Ad Hoc Committee of NAS Babies smarkowitz@tarterkrinsky.com
snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com;mtorres@tarterkrinsky.com

Sean A. O'Neal

on behalf of Interested Party Norton Rose Fulbright US LLP soneal@cgsh.com maofiling@cgsh.com

Seth Adam Meyer

on behalf of Defendant State of Arizona ex rel. Mark Brnovich, Attorney General sam@kellerlenkner.com,
docket@kellerlenkner.com

Seth Adam Meyer

on behalf of Creditor State of Arizona sam@kellerlenkner.com docket@kellerlenkner.com

Seth Adam Meyer

on behalf of Creditor Attorney General State of Arizona sam@kellerlenkner.com, docket@kellerlenkner.com

Shannon M McNulty

on behalf of Creditor Ad Hoc Group of Hospitals smm@cliffordlaw.com jmreasor@cliffordlaw.com

Shawn M. Christianson

on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shmuel Vasser

on behalf of Attorney Dechert LLP shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com

Stephen D. Lerner

on behalf of Examiner The Examiner stephen.lerner@squirepb.com
sarah.conley@squirepb.com;stephen-lerner-2073@ecf.pacerpro.com

Steven A Skalet

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 sskalet@findjustice.com

Steven A Skalet

on behalf of Creditor Board of Chicago School District No. 299 sskalet@findjustice.com

Steven A Skalet

on behalf of Creditor Board of Education of East Aurora School District 131 sskalet@findjustice.com

Steven A Skalet

on behalf of Creditor Board of Education of Thornton Township High School District 205 sskalet@findjustice.com

Steven A. Ginther

on behalf of Creditor Missouri Department of Revenue sdnyecf@dor.mo.gov

Steven Francis Molo

on behalf of Creditor The Cherokee Nation smolo@mololamken.com

District/off: 0208-7                                    User: admin                                    Page 37 of 38
Date Rcvd: Feb 16, 2022                                 Form ID: 143                              Total Noticed: 2

Steven P Ordaz

on behalf of Unknown BMC Group  Inc sordaz@bmcgroup.com

Susan Ellis

on behalf of Unknown State of Illinois sellis@atg.state.il.us

Sydenham B. Alexander, III

on behalf of Defendant Commonwealth of Massachusetts sandy.alexander@mass.gov

Sydenham B. Alexander, III

on behalf of Creditor Commonwealth of Massachusetts sandy.alexander@mass.gov

Tancred V. Schiavoni

on behalf of Defendant Chubb Bermuda Insurance Ltd. (f/k/a ACE Bermuda Insurance Ltd.) tschiavoni@omm.com
jmcdonald@omm.com;tancred-schiavoni-9326@ecf.pacerpro.com

Thomas Lauria

on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. tlauria@whitecase.com

Thomas Maeglin

on behalf of Defendant Liberty Mutual Insurance Europe SE (f/k/a Liberty International Insurance Company)
tmaeglin@agfjlaw.com

Thomas D. Bielli

on behalf of Attorney Bielli & Klauder  LLC tbielli@bk-legal.com, dklauder@bk-legal.com;tnobis@bk-legal.com

Thomas D. Bielli

on behalf of Examiner David M. Klauder tbielli@bk-legal.com  dklauder@bk-legal.com;tnobis@bk-legal.com

Thomas Moultrie Beshere, III

on behalf of Creditor Commonwealth of Virginia  ex rel. Mark R. Herring, Attorney General tbeshere@oag.state.va.us

Thomas S. Kiriakos

on behalf of Interested Party Shopper's Drug Mart  Inc. tkiriakos@mayerbrown.com, cnotification@mayerbrown.com

Thomas S. Kiriakos

on behalf of Interested Party Sanis Health Inc. tkiriakos@mayerbrown.com  cnotification@mayerbrown.com

Thomas S. Kiriakos

on behalf of Interested Party Loblaw Companies Ltd. tkiriakos@mayerbrown.com  cnotification@mayerbrown.com

Timothy Lundgren

on behalf of Creditor The People of the State of California timothy.lundgren@doj.ca.gov

Timothy E. Graulich

on behalf of Debtor Purdue Pharma L.P.
ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com;ecf.inform@davispolk.com

Todd E. Phillips

on behalf of Unknown Multi-State Governmental Entities Group tphillips@capdale.com
cecilia-guerrero-caplin-6140@ecf.pacerpro.com

Trish Lazich

on behalf of Creditor Ohio Attorney General trish.lazich@ohioattorneygeneral.gov

United States Trustee

USTPRegion02.NYECF@USDOJ.GOV

Vadim J. Rubinstein

on behalf of Creditor Nevada Counties and Municipalities vrubinstein@loeb.com
vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com

Vadim J. Rubinstein

on behalf of Defendant Nevada Counties and Municipalities vrubinstein@loeb.com
vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com

Valerie A. Hamilton

on behalf of Creditor State of New Jersey Valerie.Hamilton@law.njoag.gov

Warren A. Usatine

on behalf of Creditor Committee Official Committee of Unsecured Creditors wusatine@coleschotz.com  fpisano@coleschotz.com

Wendy Tien

on behalf of Defendant State of Minnesota by its Attorney General  Keith Ellison wendy.tien@ag.state.mn.us

Wendy M. Simkulak

on behalf of Creditor Chubb Insurance USA wmsimkulak@duanemorris.com

William Hao

on behalf of Creditor OptumRX  Inc. william.hao@alston.com, leslie.salcedo@alston.com

William J. Brennan

on behalf of Defendant XL Bermuda Ltd. william.brennan@kennedyslaw.com

District/off: 0208-7                        User: admin                                Page 38 of 38
Date Rcvd: Feb 16, 2022                     Form ID: 143                               Total Noticed: 2

William J. Brennan
    on behalf of Defendant XL Bermuda Ltd. (f/k/a XL Insurance Company  Ltd.) william.brennan@kennedyslaw.com

William P. Weintraub
    on behalf of Creditor Anda  Inc. wweintraub@goodwinlaw.com, gfox@goodwinprocter.com

William P. Weintraub
    on behalf of Creditor Teva Pharmaceuticals USA  Inc. wweintraub@goodwinlaw.com, gfox@goodwinprocter.com

William P. Weintraub
    on behalf of Creditor Teva Canada Limited wweintraub@goodwinlaw.com  gfox@goodwinprocter.com

William R Pearson
    on behalf of Defendant State of Iowa  Thomas J. Miller, Attorney General of Iowa william.pearson@ag.iowa.gov

William R Pearson
    on behalf of Creditor State of Iowa  Ex Rel william.pearson@ag.iowa.gov

William S Consovoy
    on behalf of Creditor Attorney General  State of Arizona will@consovoymccarthy.com

William T. Russell, Jr.
    on behalf of Defendant St. Paul Fire and Marine Insurance Company wrussell@stblaw.com

William T. Russell, Jr.
    on behalf of Defendant Gulf Underwriters Insurance Company wrussell@stblaw.com

William T. Russell, Jr.
    on behalf of Creditor Gulf Underwriters Insurance Company wrussell@stblaw.com

William T. Russell, Jr.
    on behalf of Creditor St. Paul Fire and Marine Insurance Company wrussell@stblaw.com

TOTAL: 950