Sylvia McAlpino
Purdue Pharma
Claim # Sylvia McAlpino 119724
Hon. Judge Robert D. Drain

FILED
2022 FEB 18 PM 12:2
U.S. BANKRUPTCY COURT
S.D. OF N.Y.

My personal injury from opioid:

Taking prescribed tramadol, hydrocodone, Gabapentin compounded, made me unable to function, I could not move, I was completely drained. I was short of breath, could not do anything.

I was eventually taken off tramadol because of effect on my heart. Hydrocodone was reduced from 10.5 mg, down to 7.25 mg. Gabapentin was reduced from 600 mg, three times a day, down to 100 mgs daily as needed. The compound of tramadol, the high dosage of hydrocodone, and the eighteen hundreds daily dosage of Gabapentin, made me virtually unable to function at all. I could not work, cook, clean, etc.

I had a minority owned business of buying, rehabing, and selling or renting properties. We used four realtors; Don Mitchell Realty, Edmond Realty, Weller Realty, and Keyes Realty. They supplied us with a list of potential properties to acquire; Hud repos, VA repos, foreclosures, tax liens, estate sells, and short sales. Weller Realty provided mortgage financing. We hired small jobs workers to assist in rehabing work. We amassed some twenty-six properties. My business was valued at 3.9 million dollars.

Because of my injury from opioid, my business was closed. I loss wages and future earnings. I pray the court will grant me some relief from my financial loss.

~~Notwith~~
Not withstanding, there is ample assets on hand to grant relief. Purdue Pharma has provided 4.38 billion dollars. Malenckrodt has provided 1.6 Billion dollars. Purdue Pharma has a 3.3 Billion liability insurance policy.

In reference to the 3.3 Billion dollar liability insurance policy for Purdue Pharma, I pray the court will grant me comparable relief as we have seen from other court.

Cases in point: The Abuse Victims, vs., Boy Scouts of America. The insurance Company, Hartford insurance, provided coverage for the settlement amount, some 800 million dollars plus.

The case of U.S.A. Gymnastic Victims vs, the U.S. Olympic Committee. The insurance company provided funding for the settlement, 380 million dollars.

Finally, the case of Abused Victims vs, the University of Michigan and Dr. Robert Anderson for 490 million dollars. Insurance provided for that settlement.

Let the court be aware, these cases are contemporary to the Purdue Pharma opioid case. I pray the court will grant me equal relief relative to the other courts.

My fervent prayer to the court,

P.S.:

I observed on a news segment on Spectrum News 1, Ohio, November 5, 2021, that the state of Ohio planned to use some of the opioid settlement fund to fund a marine fish project in Ohio. I didn't know the fish life had an opioid problem. I didn't know the fish life filed a timely dated claim against Purdue Pharma. It seems like the state of Ohio plans to use the settlement fund in other ways.

Again, I pray the court will give me equal consideration for my financial loss, and that the flesh and bone, not be forgotten.

Prayfully,

Sylvia McAlpine

Case # 19-23649

Purdue Pharma L.P.