KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                                   :          Chapter 11
:
PURDUE PHARMA L.P., *et al.*                             :          Case No. 19-23649 (RDD)
:
            Debtors.[1]                                  :          (Jointly Administered)
---------------------------------------------------------------x

**TWENTY-FOURTH MONTHLY FEE STATEMENT OF KURTZMAN CARSON**
**CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED**
**AND EXPENSES INCURRED AS INFORMATION AGENT FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| *General Information* | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |
| *Summary of Fees and Expenses Sought in the Fee Application* | |
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | November 1, 2021 through November 30, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $9,959.36 (80% of $12,449.20) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $3,130.32 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $13,089.68 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its twenty-third monthly fee statement (the "Monthly Fee Statement") for the period beginning November 1, 2021 through and including November 30, 2021 (the "Fee Period"). During the Fee Period, the fees and expenses incurred by KCC were $15,579.52.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $9,959.36, which represents 80% of KCC's total fees for reasonable and necessary professional

services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**. A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**. A schedule of expenses incurred by category.

c. **Exhibit C**. KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245,

Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on March 8, 2022** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated:  February 22, 2022
        El Segundo, California

                                        /s/ *Sarah Harbuck*
                                        **KURTZMAN CARSON CONSULTANTS LLC**
                                        Sarah Harbuck
                                        Drake D. Foster
                                        222 N. Pacific Coast Highway
                                        3rd Floor
                                        El Segundo, California 90403
                                        Tel: (310) 823-9000

**<u>CERTIFICATION</u>**

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

      a)      I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

      b)      I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

      c)      I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.


Dated:  February 22, 2022
       El Segundo, California

                          /s/ *Sarah Harbuck*

                          Sarah Harbuck

**Exhibit A**
**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| AOP | Alfredo Pastor | Consultant | 1.3 | $200.86 | $261.12 |
| CCE | Cerene Credo | Consultant | 0.1 | $149.44 | $14.94 |
| CET | Christopher Estes | Consultant | 25 | $203.28 | $5,081.96 |
| CHD | Christopher Do | Senior Managing Consultant | 1.4 | $231.53 | $324.14 |
| CHT | Cheryl Tracey | Consultant | 1.2 | $200.86 | $241.07 |
| CJC | Caitlin Corrie | Consultant | 0.6 | $125.24 | $75.12 |
| EGA | Ellis Gatlin | Clerk | 0.1 | $53.85 | $5.38 |
| EJG | Evan Gershbein | Senior Managing Consultant | 1.9 | $231.53 | $439.89 |
| FGZ | Francisco Gonzalez | Clerk | 0.1 | $53.85 | $5.38 |
| HEF | Heather Fellows | Consultant | 0.3 | $149.44 | $44.82 |
| IRJ | Ivan Rios Jimenez | Consultant | 0.3 | $143.39 | $43.02 |
| JBU | Joseph Bunning | Senior Consultant | 13.8 | $206.91 | $2,855.37 |
| JDG | Jennifer Grageda | Consultant | 0.1 | $149.44 | $14.94 |
| JTN | Jonathan Thomson | Consultant | 1.2 | $203.28 | $243.93 |
| JUY | Justin Uy | Consultant | 0.3 | $125.24 | $37.57 |
| MAP | Manuel Pastor | Consultant | 0.3 | $200.86 | $60.26 |
| MDO | Matthew Orr | Consultant | 1.8 | $200.86 | $361.54 |
| MVZ | Michael Valadez | Consultant | 1.8 | $200.86 | $361.55 |
| MWC | Matthew Canty | Consultant | 0.1 | $200.86 | $20.09 |
| SEB | Senayt Berhe | Consultant | 0.2 | $149.44 | $29.88 |
| SEW | Scott Ewing | Senior Consultant | 0.2 | $206.91 | $41.38 |
| STP | Stephanie Paul | Consultant | 0.6 | $125.24 | $75.12 |
| SYU | Susan Yu | Consultant | 7.4 | $203.28 | $1,504.32 |
| VRQ | Vanessa Triana | Senior Managing Consultant | 0.6 | $209.40 | $125.64 |
| VTM | Vien Marquez | Consultant | 0.9 | $200.86 | $180.77 |
| | | | | | |
| | **TOTALS** | | **61.6** | | **$12,449.20** |

**Exhibit B**

**Summary of Expenses by Category**

| Category | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $617.32 |
| Printing and Mailing Expenses | | | $2,412.80 |
| Sales Tax | | | $100.20 |
| | | | |
| **TOTAL** | | | **$3,130.32** |

## Exhibit C

## Invoice



December 20, 2021


Purdue Pharma L.P. (Creditors' Committee)
Brendan Stuhan
Blue Cross and Blue Shield Association
1310 G Street NW
Washington DC 20005


       Re: Purdue Pharma L.P. (Creditors' Committee)
         USBC Case No. 19-23649

Dear Brendan Stuhan:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period November 1, 2021 to
November 30, 2021 in the amount of $15,579.52 for the above referenced matter. Pursuant to our services
agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC



Evan Gershbein
EVP Restructuring




Enclosures



December 20, 2021

<u>Copy Parties</u>

Ira S. Dizengoff, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Arik Preis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Mitchell Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Sara L. Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

## *Kurtzman Carson Consultants LLC*

| Account Number | 70789FA | Invoice Date | December 20, 2021 |
|---|---|---|---|
| Invoice Number | US_KCC2182678 | Due Date | Due upon receipt |

### Purdue Pharma L.P. (Creditors' Committee)
### *Summary*

| <u>Description</u> | <u>Amount</u> |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $12,449.20 |
| *Total of Hourly Fees* | $12,449.20 |
| | |
| **Expenses** | |
| Expenses | $3,030.12 |
| *Total Expenses* | $3,030.12 |
| | |
| *Invoice Subtotal* | **$15,479.32** |
| Sales and Use Tax | 100.20 |
| *Total Invoice* | **$15,579.52** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 70789FA | **Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| Invoice Number | US_KCC2182678 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Total Amount Due | $15,579.52 | Dept CH 16639 | HSBC Bank, NA |
| | | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| Amount Paid | $ | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

# *Kurtzman Carson Consultants LLC*

11/01/2021 - 11/30/2021

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| AOP | Alfredo Pastor | CON | 1.30 | $200.86 | $261.12 |
| CCE | Cerene Credo | CON | 0.10 | $149.44 | $14.94 |
| CET | Christopher Estes | CON | 25.00 | $203.28 | $5,081.96 |
| CHD | Christopher Do | SMC | 1.40 | $231.53 | $324.14 |
| CHT | Cheryl Tracey | CON | 1.20 | $200.86 | $241.07 |
| CJC | Caitlin Corrie | CON | 0.60 | $125.24 | $75.12 |
| EGA | Ellis Gatlin | CL | 0.10 | $53.85 | $5.38 |
| EJG | Evan Gershbein | SMC | 1.90 | $231.53 | $439.89 |
| FGZ | Francisco Gonzalez | CL | 0.10 | $53.85 | $5.38 |
| HEF | Heather Fellows | CON | 0.30 | $149.44 | $44.82 |
| IRJ | Ivan Rios Jimenez | CON | 0.30 | $143.39 | $43.02 |
| JBU | Joseph Bunning | SC | 13.80 | $206.91 | $2,855.37 |
| JDG | Jennifer Grageda | CON | 0.10 | $149.44 | $14.94 |
| JTN | Jonathan Thomson | CON | 1.20 | $203.28 | $243.93 |
| JUY | Justin Uy | CON | 0.30 | $125.24 | $37.57 |
| MAP | Manuel Pastor | CON | 0.30 | $200.86 | $60.26 |
| MDO | Matthew Orr | CON | 1.80 | $200.86 | $361.54 |
| MVZ | Michael Valadez | CON | 1.80 | $200.86 | $361.55 |
| MWC | Matthew Canty | CON | 0.10 | $200.86 | $20.09 |
| SEB | Senayt Berhe | CON | 0.20 | $149.44 | $29.88 |
| SEW | Scott Ewing | SC | 0.20 | $206.91 | $41.38 |
| STP | Stephanie Paul | CON | 0.60 | $125.24 | $75.12 |
| SYU | Susan Yu | CON | 7.40 | $203.28 | $1,504.32 |
| VRQ | Vanessa Triana | SMC | 0.60 | $209.40 | $125.64 |
| VTM | Vien Marquez | CON | 0.90 | $200.86 | $180.77 |

*Total* **$12,449.20**

# *Kurtzman Carson Consultants LLC*

### 11/01/2021 - 11/30/2021

## *Time Detail*

| <u>Date</u> | <u>Employee</u> | <u>Description</u> | <u>Position Type</u> | <u>Category</u> | <u>Hours</u> |
|---|---|---|---|---|---|
| 11/1/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] | CON | Noticing | 0.20 |
| 11/1/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 11/1/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| | | | **Total for 11/1/2021** | | **1.20** |
| 11/2/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 0.90 |
| 11/2/2021 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Opposition re Motions for Stay, Declarations of Juaire & Trainor [DNs 4006-4008] | CON | Noticing | 0.30 |
| 11/2/2021 | SEB | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 11/2/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 11/2/2021 | MWC | Review mail report for Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] | CON | Noticing | 0.10 |
| | | | **Total for 11/2/2021** | | **1.50** |
| 11/3/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 0.90 |
| 11/3/2021 | CET | Return creditor inquiries (6) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.20 |
| 11/3/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.50 |
| 11/3/2021 | CJC | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 11/3/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Opposition re Motions for Stay, Declarations of Juaire & Trainor [DNs 4006-4008] | SMC | Noticing | 0.40 |
| 11/3/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Opposition of Official Committee of Unsecured Creditors to Certify Direct Appeal [DN 3935] | SMC | Noticing | 0.40 |
| | | | **Total for 11/3/2021** | | **3.50** |
| 11/4/2021 | JDG | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 11/4/2021 | CET | Return creditor inquiries (9) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.80 |
| 11/4/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| | | | **Total for 11/4/2021** | | **2.50** |
| 11/5/2021 | JBU | Respond to creditor inquiries regarding the status of claims; procedures for voting | SC | Communications / Call Center | 1.10 |
| 11/5/2021 | SYU | Correspond with counsel re service of Lowenstein Admin Claim Settlement Motion & Omnibus Hearing Date Order | CON | Noticing | 0.10 |
| 11/5/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |

# *Kurtzman Carson Consultants LLC*

### 11/01/2021 - 11/30/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/5/2021 | CET | Return creditor inquiries (7) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.40 |
| 11/5/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| | | | | *Total for 11/5/2021* | *3.10* |
| 11/6/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Opposition re Motions for Stay, Declarations of Juaire & Trainor [DNs 4006-4008] | CON | Noticing | 0.20 |
| | | | | *Total for 11/6/2021* | *0.20* |
| 11/8/2021 | EJG | Attention to Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 4076-4081] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 11/8/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 0.90 |
| 11/8/2021 | SYU | Correspond with counsel re service of Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements | CON | Noticing | 0.10 |
| 11/8/2021 | SYU | Coordinate and generate Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 4076-4081] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.60 |
| 11/8/2021 | SYU | Review mail report for Opposition re Motions for Stay, Declarations of Juaire & Trainor [DNs 4006-4008] | CON | Noticing | 0.10 |
| 11/8/2021 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.70 |
| | | | | *Total for 11/8/2021* | *2.90* |
| 11/9/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 1.10 |
| 11/9/2021 | SYU | Prepare Certificate of Service re Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 4076-4081] mailing | CON | Noticing | 0.60 |
| 11/9/2021 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 11/9/2021 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.70 |
| | | | | *Total for 11/9/2021* | *2.50* |
| 11/10/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 0.70 |
| 11/10/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 11/10/2021 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.10 |
| 11/10/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| | | | | *Total for 11/10/2021* | *2.30* |
| 11/11/2021 | SYU | Correspond with counsel re service of Statement ISO Debtors' Motion for Reimbursement of Fees | CON | Noticing | 0.10 |

# *Kurtzman Carson Consultants LLC*

### 11/01/2021 - 11/30/2021

## *Time Detail*

| <u>Date</u> | <u>Employee</u> | <u>Description</u> | <u>Position Type</u> | <u>Category</u> | <u>Hours</u> |
|---|---|---|---|---|---|
| 11/11/2021 | SYU | Coordinate and generate Statement ISO Debtors' Motion for Reimbursement of Fees [DN 4094] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 11/11/2021 | SYU | Update the Master Service List | CON | Noticing | 0.20 |
| 11/11/2021 | SYU | Correspond with creditor re undeliverable email service | CON | Noticing | 0.10 |
| 11/11/2021 | HEF | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 11/11/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 11/11/2021 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.90 |
| 11/11/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| | | | | ***Total for 11/11/2021*** | ***2.50*** |
| 11/12/2021 | EJG | Attention to Fee Apps [DNs 4104-4109] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 11/12/2021 | EJG | Attention to Statement ISO Debtors' Motion for Reimbursement of Fees [DN 4094] mailing, including email communication with counsel re same | SMC | Noticing | 0.40 |
| 11/12/2021 | VTM | Assist with Statement ISO Debtors' Motion for Reimbursement of Fees [DN 4094] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 11/12/2021 | MDO | Assist with Statement ISO Debtors' Motion for Reimbursement of Fees [DN 4094] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 11/12/2021 | IRJ | Assist with Statement ISO Debtors' Motion for Reimbursement of Fees [DN 4094] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 11/12/2021 | EGA | Assist with Statement ISO Debtors' Motion for Reimbursement of Fees [DN 4094] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 11/12/2021 | FGZ | Assist with Statement ISO Debtors' Motion for Reimbursement of Fees [DN 4094] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 11/12/2021 | SYU | Correspond with counsel re service of Fee Apps | CON | Noticing | 0.10 |
| 11/12/2021 | SYU | Coordinate and generate Fee Apps [DNs 4104-4109] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.50 |
| 11/12/2021 | SYU | Correspond with creditor re removal from the Master Service List | CON | Noticing | 0.10 |
| 11/12/2021 | SYU | Update the Master Service List | CON | Noticing | 0.20 |
| 11/12/2021 | SYU | Prepare Certificate of Service re Statement ISO Debtors' Motion for Reimbursement of Fees [DN 4094] mailing | CON | Noticing | 0.70 |
| 11/12/2021 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 11/12/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 11/12/2021 | CET | Return creditor inquiries (7) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.50 |
| 11/12/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.60 |
| 11/12/2021 | AOP | Assist with Statement ISO Debtors' Motion for Reimbursement of Fees [DN 4094] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.00 |

# *Kurtzman Carson Consultants LLC*

### 11/01/2021 - 11/30/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/12/2021 | CHD | Assist with Statement ISO Debtors' Motion for Reimbursement of Fees [DN 4094] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| | | | *Total for 11/12/2021* | | *7.60* |
| 11/14/2021 | SYU | Upload the case calendar to the public access website and update the relevant important dates | CON | Maintenance of Public Access Website | 0.50 |
| | | | *Total for 11/14/2021* | | *0.50* |
| 11/15/2021 | EJG | Attention to Interim Fee Applications [DNs 4133, 4135, 4137-4140] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 11/15/2021 | MDO | Assist with Interim Fee Applications [DNs 4133, 4135, 4137-4140] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 11/15/2021 | SYU | Correspond with counsel re service of Interim Fee Applications | CON | Noticing | 0.10 |
| 11/15/2021 | SYU | Coordinate and generate Interim Fee Applications [DNs 4133, 4135, 4137-4140] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.80 |
| 11/15/2021 | HEF | Manage and review tracking of undeliverable mail re Statement ISO Debtors' Motion for Reimbursement of Fees [DN 4094] | CON | Undeliverable Mail Processing | 0.10 |
| 11/15/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 11/15/2021 | CET | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.90 |
| 11/15/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 11/15/2021 | MVZ | Assist with Interim Fee Applications [DNs 4133, 4135, 4137-4140] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.70 |
| 11/15/2021 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Interim Fee Applications [DNs 4133, 4135, 4137-4140] | CON | Noticing | 0.10 |
| 11/15/2021 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 11/15/2021 | CJC | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 11/15/2021 | STP | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 11/15/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.20 |
| 11/15/2021 | CHD | Assist with Interim Fee Applications [DNs 4133, 4135, 4137-4140] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| | | | *Total for 11/15/2021* | | *6.10* |
| 11/16/2021 | HEF | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 11/16/2021 | SEB | Manage and review tracking of undeliverable mail re Interim Fee Applications [DNs 4133, 4135, 4137-4140] | CON | Undeliverable Mail Processing | 0.10 |
| 11/16/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |

# *Kurtzman Carson Consultants LLC*

### 11/01/2021 - 11/30/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/16/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 11/16/2021 | CET | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.80 |
| 11/16/2021 | CJC | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 11/16/2021 | STP | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 11/16/2021 | JTN | Prepare Affidavit of Service for Fee Apps [DNs 4104-4109] mailing | CON | Noticing | 0.90 |
| | | | | ***Total for 11/16/2021*** | ***2.60*** |
| 11/17/2021 | SYU | Review Certificate of Service re Fee Apps [DNs 4104-4109] mailing | CON | Noticing | 0.30 |
| 11/17/2021 | SYU | Prepare Certificate of Service re Interim Fee Applications [DNs 4133, 4135, 4137-4140] mailing | CON | Noticing | 0.70 |
| 11/17/2021 | SYU | Electronically file 2 Certificates of Service with the court | CON | Noticing | 0.20 |
| 11/17/2021 | CET | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.90 |
| 11/17/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 11/17/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.40 |
| 11/17/2021 | JTN | Prepare Affidavit of Service for Fee Apps [DNs 4104-4109] mailing | CON | Noticing | 0.30 |
| | | | | ***Total for 11/17/2021*** | ***3.10*** |
| 11/18/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement ISO Debtors' Motion for Reimbursement of Fees [DN 4094] | CON | Noticing | 0.20 |
| 11/18/2021 | JBU | Respond to creditor inquiries regarding the status of claims | SC | Communications / Call Center | 1.10 |
| 11/18/2021 | JUY | Sort and manage incoming case mail received for processing | CON | Document Processing | 0.10 |
| 11/18/2021 | JUY | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.20 |
| 11/18/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 11/18/2021 | CET | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.90 |
| 11/18/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 11/18/2021 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement ISO Debtors' Motion for Reimbursement of Fees [DN 4094] | CON | Noticing | 0.30 |
| 11/18/2021 | STP | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.10 |
| | | | | ***Total for 11/18/2021*** | ***3.30*** |
| 11/19/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 0.80 |
| | | | | ***Total for 11/19/2021*** | ***0.80*** |

# *Kurtzman Carson Consultants LLC*

### 11/01/2021 - 11/30/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/22/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Interim Fee Applications [DNs 4133, 4135, 4137-4140] | CON | Noticing | 0.20 |
| 11/22/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement ISO Debtors' Motion for Reimbursement of Fees [DN 4094] | CON | Noticing | 0.20 |
| 11/22/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 0.70 |
| 11/22/2021 | SYU | Review mail report for Statement ISO Debtors' Motion for Reimbursement of Fees [DN 4094] | CON | Noticing | 0.10 |
| 11/22/2021 | SYU | Upload the case calendar to the public access website | CON | Maintenance of Public Access Website | 0.20 |
| 11/22/2021 | CET | Return creditor inquiries (4) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.80 |
| 11/22/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.50 |
| | | | | **Total for 11/22/2021** | **2.70** |
| 11/23/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 1.00 |
| 11/23/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 11/23/2021 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.90 |
| 11/23/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 11/23/2021 | CJC | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 11/23/2021 | CJC | Track undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 11/23/2021 | STP | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| 11/23/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| | | | | **Total for 11/23/2021** | **2.80** |
| 11/24/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 0.90 |
| 11/24/2021 | CET | Return creditor inquiries (8) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.60 |
| 11/24/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| | | | | **Total for 11/24/2021** | **2.80** |
| 11/26/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 1.10 |
| 11/26/2021 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |
| 11/26/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |

# *Kurtzman Carson Consultants LLC*

### 11/01/2021 - 11/30/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | *Total for 11/26/2021* | | *2.00* |
| 11/27/2021 | SEW | Review email and respond to A. Carillo @ Akin re case calendar; Update website | SC | Maintenance of Public Access Website | 0.20 |
| | | | *Total for 11/27/2021* | | *0.20* |
| 11/29/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 0.80 |
| 11/29/2021 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.90 |
| 11/29/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.40 |
| | | | *Total for 11/29/2021* | | *2.10* |
| 11/30/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Interim Fee Applications [DNs 4133, 4135, 4137-4140] | CON | Noticing | 0.20 |
| 11/30/2021 | JBU | Respond to creditor inquiries regarding the status of claims; expectations for recovery | SC | Communications / Call Center | 0.90 |
| 11/30/2021 | CCE | Track undeliverable mail from Statement ISO Debtors' Motion for Reimbursement of Fees [DN 4094] | CON | Undeliverable Mail Processing | 0.10 |
| 11/30/2021 | SYU | Review mail report for Interim Fee Applications [DNs 4133, 4135, 4137-4140] | CON | Noticing | 0.10 |
| 11/30/2021 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 1.10 |
| 11/30/2021 | CET | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 11/30/2021 | STP | Sort and manage undeliverable mail from various notices | CON | Undeliverable Mail Processing | 0.10 |
| | | | *Total for 11/30/2021* | | *2.80* |
| | | | ***Total Hours*** | | ***61.60*** |

# *Kurtzman Carson Consultants LLC*

11/01/2021 - 11/30/2021

## *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $617.32 |
| Printing and Mailing Expenses (See Exhibit) | | | $2,412.80 |
| | | *Total Expenses* | *$3,030.12* |

# *Kurtzman Carson Consultants LLC*

### 11/01/2021 - 11/30/2021

## *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 11/8/2021 | Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 4076-4081] | 6 | Email Parties | $0.00 | $100.00 |
| 11/12/2021 | Statement ISO Debtors' Motion for Reimbursement of Fees [DN 4094] | 202 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 202 Email Parties | $250.00 | $250.00 |
| | | 55 | First Class Mail | | |
| | | 330 | Image notice printing for 1 document, including Purdue DN 4094 Committees Statement ISO Debtors Motion for Reimbursement of Fees | $0.11 | $36.30 |
| | | 55 | Standard Envelopes | $0.14 | $7.70 |
| 11/12/2021 | Fee Apps [DNs 4104-4109] | 6 | Email Parties | $0.00 | $100.00 |
| 11/15/2021 | Interim Fee Applications [DNs 4133, 4135, 4137-4140] | 201 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 201 Email Parties | $250.00 | $250.00 |
| | | 54 | First Class Mail | | |
| | | 13,176 | Image notice printing for Interim Fee Applications [DNs 4133, 4135, 4137-4140] | $0.11 | $1,449.36 |
| | | 54 | Non-Standard Envelopes | $0.36 | $19.44 |

## *Total Printing and Mailing Expenses*                 *$2,412.80*