**BROWN RUDNICK LLP**
David J. Molton, Esq.
Steven D. Pohl, Esq. (admitted *pro hac vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
: 
In re:                                                                  :        Chapter 11
                                                                            :
PURDUE PHARMA L.P., *et al.*,                       :        Case No. 19-23649 (RDD)
                                                                            :
                                      Debtors[1].         :        (Jointly Administered)
                                                                            :
------------------------------------------------------------------ X

**TWENTY-EIGHTH MONTHLY FEE STATEMENT OF BROWN RUDNICK LLP**
**AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584) Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | Brown Rudnick LLP |
| **Authorized to Provide Professional Services to:** | The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | December 2, 2019 [Docket No. 553] |
| **Period for which compensation and reimbursement are sought:** | January 1, 2022 through January 31, 2022 |
| **Amount of Compensation sought as actual, reasonable, and necessary:** | $86,021.00 |
| **Current Fee Request** | $68,816.80 (80% of $86,021.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | $370.68 |
| **Amount of Compensation and Expenses sought as allowed under the Interim Compensation Order** | $69,187.48 |
| **Total Fees and Expenses Inclusive of Holdback** | $86,391.68 |
| **This is a(n):** __X__ Monthly Application     ___Interim Application     ___Final Application | |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [Docket No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"), Brown Rudnick LLP ("Brown Rudnick") Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Twenty-Eighth Monthly Fee Statement (the "Fee Statement") for the period of January 1, 2022 through and including January 31, 2022 (the "Statement Period").

## Itemization of Services Rendered and Disbursements Incurred

Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period, with respect to each of the project categories.  As reflected in Exhibit A, Brown Rudnick incurred $86,021.00 in fees during the Statement Period. Pursuant to this Fee Statement, Brown Rudnick seeks reimbursement for 80% of such fees, totaling $68,816.80.

Annexed hereto as **Exhibit B** is a chart of Brown Rudnick's professionals and paraprofessionals, including standard hourly rate for each attorney and paraprofessional who rendered services to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,235.75.  The blended hourly rate of all paraprofessionals is $415.00.  A copy of the computer-generated time entries reflecting all time recorded, organized in project billing categories by Brown Rudnick is attached hereto as **Exhibit D.**

Annexed hereto as **Exhibit C** is a chart of necessary and out-of-pocket expenses incurred by Brown Rudnick in the amount of $370.68 in connection with providing professional services during the Statement Period and a copy of the computer-generated list of expenses.

In accordance with the Fee Assumption Order, Brown Rudnick has separately recorded work performed relating to allocation of value among the Debtors' creditors (the "Allocation Fees").  To the best of its knowledge, Brown Rudnick has not included Allocation Fees in this Application.   Pursuant to the Fee Assumption Order, Brown Rudnick may request intercreditor allocation fees through a separate application at a later date.

## <u>Notice</u>

Brown Rudnick will provide notice of the Fee Statement in accordance with the Interim Compensation Order.

Pursuant to the Interim Compensation Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Fee Statement, serve via email, to the Notice Parties (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue.

If an objection is timely served pursuant to the Interim Compensation Order, the Debtors shall be authorized and directed to pay Brown Rudnick an amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue; it shall not be sufficient to simply object to all fees and expenses.

Dated:  February 24, 2022

Respectfully submitted,

BROWN RUDNICK LLP

/s/ *David J. Molton*
David J. Molton
Steven D. Pohl (admitted *pro hac vice*)
Seven Times Square
New York, New York 10019
Telephone:    (212) 209-4800
Facsimile:    (212) 209-4801
E-mail: dmolton@brownrudnick.com
          spohl@brownrudnick.com

*Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

**EXHIBIT A**

**SERVICES RENDERED BY**
**BROWN RUDNICK LLP**

**COMMENCING JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

**Summary of Fees Task Code**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 002 Asset Analysis and Recovery | 0.0 | $0.00 |
| 003 Assumption and Rejection of Leases and Contracts | 0.0 | $0.00 |
| 004 Business Operations | 0.0 | $0.00 |
| 005 Case Administration | 1.4 | $581.00 |
| 007 Claims Analysis | 0.0 | $0.00 |
| 008 Employment and Fee Applications | 2.8 | $1,162.00 |
| 009 Emergency Financing | 0.0 | $0.00 |
| 010 Litigation: Contested Matters and Adversary Proceedings | 3.9 | $3,847.50 |
| 011 Meetings and Communication with Ad Hoc Committee & Creditors | 20.1 | $21,443.50 |
| 014 Plan and Disclosure Statement | 44.2 | $58,987.00 |
| **Total** | **72.4** | **$86,021.00** |
| | | |
| 20% Fee Holdback | | **$17,204.20** |
| 80% of Fees | | **$68,816.80** |
| Plus Expenses | | **$370.68** |
| Requested Amount | | **$86,391.68** |

## EXHIBIT B

### SERVICES RENDERED BY BROWN RUDNICK LLP

### COMMENCING JANUARY 1, 2022 THROUGH JANUARY 31, 2022

### Summary of Hours and Fees by Professional

| Name of Professional | Position/Year Admitted to Practice/Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David J. Molton | Partner 1983 Bankruptcy & Corporate Restructuring | $1,545.00 | 19.3 | $29,818.50 |
| Steven D. Pohl | Partner 1989 Bankruptcy & Corporate Restructuring | $1,380.00 | 17.9 | $24,702.00 |
| Barbara J. Kelly | Counsel 1982 Corporate & Capital Markets | $1,115.00 | 9.8 | $10,927.00 |
| Nicole M. Bouchard | Partner 2005 Corporate & Capital Markets | $950.00 | 4.5 | $4,275.00 |
| Gerard T. Cicero | Associate 2015 Bankruptcy & Corporate Restructuring | $885.00 | 6.8 | $6,018.00 |
| Lisa Okragly | Associate 2018 Corporate & Capital Markets | $885.00 | 2.9 | $2,566.50 |
| Jennifer I. Charles | Partner 2009 Corporate & Capital Markets | $855.00 | 6.6 | $5,643.00 |
| Tia C. Wallach | Partner 2013 Corporate & Capital Markets | $820.00 | 0.4 | $328.00 |
| Alexandra M. Deering | Paralegal Bankruptcy & Corporate Restructuring | $415.00 | 4.2 | $1,743.00 |
| **Total Fees Requested** | | | **72.4** | **$86,021.00** |

## <u>EXHIBIT C</u>

**ACTUAL AND NECESSARY COSTS INCURRED BY**
**BROWN RUDNICK LLP**

**<u>COMMENCING JANUARY 1, 2022 THROUGH JANUARY 31, 2022</u>**

| EXPENSE | AMOUNT |
|---|---|
| | |
| Lexis | $14.28 |
| Pacer | $0.40 |
| Specialized Online Research Services | $356.00 |
| **Total Expenses** | **$370.68** |

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6933727 |
| Date | Feb 10, 2022 |
| Client | 035843 |

RE: COSTS

<div align="center" style="background:black;color:white">I N V O I C E</div>

For professional services rendered in connection with the above captioned matter through January 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0001 | COSTS | 0.00 | 370.68 | 370.68 |
| | **Total** | **0.00** | **370.68** | **370.68** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $370.68 |
| **Total Invoice** | **$370.68** |

**\*\*\*\*NEW REMITTANCE INSTRUCTIONS\*\*\*\***

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance page of this invoice.
Please update your records to reflect this change.

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES     Invoice 6933727
RE: COSTS     Page 2
February 10, 2022

## COST DETAIL

| Date | Description | Value |
|------|-------------|------:|
| 01/01/22 | SPECIALIZED ONLINE RESEARCH SERVICES | 89.00 |
| 01/01/22 | PACER | 0.40 |
| 01/10/22 | SPECIALIZED ONLINE RESEARCH SERVICES | 89.00 |
| 01/11/22 | SPECIALIZED ONLINE RESEARCH SERVICES | 89.00 |
| 01/11/22 | LEXIS | 7.14 |
| 01/11/22 | LEXIS | 7.14 |
| 01/12/22 | SPECIALIZED ONLINE RESEARCH SERVICES | 89.00 |
| | **Total Costs** | **370.68** |

## COST SUMMARY

| Description | Value |
|-------------|------:|
| SPECIALIZED ONLINE RESEARCH SERVICES | 356.00 |
| LEXIS | 14.28 |
| PACER | 0.40 |
| **Total Costs** | **370.68** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice | 6933727 |
| ATTN: DAVID MOLTON | Date | Feb 10, 2022 |
| BROWN RUDNICK | Client | 035843 |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: COSTS



---

**Balance Due:  $370.68**

---

To ensure proper credit to your account, please include this page with your payment.

******NEW REMITTANCE INSTRUCTIONS******

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:  021000021
SWIFT Code:  CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  760367067

---

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# EXHIBIT D

**Time Entries for Each Professional by Task Code (Invoice)**

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL    Invoice          6933728
ENTITES                                                                            Date       Feb 10, 2022
ATTN: DAVID MOLTON                                                        Client              035843
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES

# I N V O I C E

For professional services rendered in connection with the above captioned matter
through January 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 035843.0005 | CASE ADMINISTRATION | 581.00 | 0.00 | 581.00 |
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 1,162.00 | 0.00 | 1,162.00 |
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 3,847.50 | 0.00 | 3,847.50 |
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 21,443.50 | 0.00 | 21,443.50 |
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 58,987.00 | 0.00 | 58,987.00 |
| | **Total** | **86,021.00** | **0.00** | **86,021.00** |

Total Current Fees                                                        $86,021.00

Total Current Costs                                                             $0.00

**Total Invoice**                                                      **$86,021.00**

****NEW REMITTANCE INSTRUCTIONS****

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.

# brown rudnick

| | | |
|---|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL | Invoice | 6933728 |
| ENTITES | Date | Feb 10, 2022 |
| ATTN: DAVID MOLTON | Client | 035843 |
| BROWN RUDNICK | | |
| 7 TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: CASE ADMINISTRATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through January 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0005 | CASE ADMINISTRATION | 581.00 | 0.00 | 581.00 |
| | **Total** | **581.00** | **0.00** | **581.00** |

| | |
|---|---|
| Total Current Fees | $581.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$581.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
February 10, 2022

Invoice 6933728
Page 3

RE: CASE ADMINISTRATION

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/10/22 | DEERING | REVIEW DOCKET AND UPDATE CASE CALENDAR | 0.50 | 207.50 |
| 01/11/22 | DEERING | REVIEW AND CIRCULATE AGENDA FOR HEARING ON 1.12.22 | 0.40 | 166.00 |
| 01/26/22 | DEERING | UPDATE CASE CALENDAR | 0.50 | 207.50 |
| | **Total Hours and Fees** | | **1.40** | **581.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|------|-------|---|------|-------|
| ALEXANDRA M. DEERING | 1.40 | hours at | 415.00 | 581.00 |
| **Total Fees** | | | | **581.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| Invoice | 6933728 |
|---|---|
| Date | Feb 10, 2022 |
| Client | 035843 |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through January 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0008 | EMPLOYMENT AND FEE APPLICATIONS | 1,162.00 | 0.00 | 1,162.00 |
| | **Total** | **1,162.00** | **0.00** | **1,162.00** |

| | |
|---|---|
| Total Current Fees | $1,162.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$1,162.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
February 10, 2022

Invoice 6933728
Page 5

RE: EMPLOYMENT AND FEE APPLICATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/05/22 | DEERING | REVIEW DOCKET RE ORDER APPROVING INTERIM FEE APPLICATION | 0.20 | 83.00 |
| 01/07/22 | DEERING | DRAFT DEC MONTHLY FEE STATEMENT | 1.30 | 539.50 |
| 01/07/22 | DEERING | FINALIZE AND FILE DECEMBER MONTHLY FEE STATEMENT (.4); SERVICE OF SAME (.2); EMAILS WITH G. CICERO RE SAME (.2) | 0.80 | 332.00 |
| 01/12/22 | DEERING | EMAILS WITH G. CIERO AND S. POHL RE DECEMBER FEES | 0.50 | 207.50 |
| | **Total Hours and Fees** | | **2.80** | **1,162.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|------|------|-------|
| ALEXANDRA M. DEERING | 2.80 | hours at | 415.00 | 1,162.00 |
| **Total Fees** | | | | **1,162.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6933728 |
| Date | Feb 10, 2022 |
| Client | 035843 |

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY
PROCEEDINGS, AND AUTOMATIC STAY

# I N V O I C E

For professional services rendered in connection with the above captioned matter
through January 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0010 | LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY | 3,847.50 | 0.00 | 3,847.50 |
| | **Total** | **3,847.50** | **0.00** | **3,847.50** |

| | |
|---|---|
| Total Current Fees | $3,847.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$3,847.50** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
February 10, 2022

Invoice 6933728
Page 7

RE: LITIGATION: CONTESTED MATTERS, ADVERSARY PROCEEDINGS, AND AUTOMATIC STAY

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/12/22 | POHL | ATTEND OMNIBUS HEARING | 0.60 | 828.00 |
| 01/19/22 | CICERO | REVIEW DRAFT FILINGS, LETTERS AND PLEADINGS RE: APPEAL AND NEGOTIATIONS TO BE SENT TO DEBTORS AND SACKLERS | 1.30 | 1,150.50 |
| 01/19/22 | POHL | REVIEW DEBTORS INJUNCTION FILINGS | 0.20 | 276.00 |
| 01/24/22 | CICERO | REVIEW PLAN ALTERNATIVES MEMO AND DRAFT PLEADINGS AND PROVIDE INTERNAL COMMENTS TO SAME | 1.80 | 1,593.00 |
| **Total Hours and Fees** | | | **3.90** | **3,847.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| STEVEN POHL | 0.80 | hours at | 1,380.00 | 1,104.00 |
| GERARD T. CICERO | 3.10 | hours at | 885.00 | 2,743.50 |
| **Total Fees** | | | | **3,847.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6933728 |
| Date | Feb 10, 2022 |
| Client | 035843 |

RE: MEETINGS AND COMMUNICATIONS WITH AD HOC
COMMITTEE & CREDITORS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through January 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0011 | MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS | 21,443.50 | 0.00 | 21,443.50 |
| | **Total** | **21,443.50** | **0.00** | **21,443.50** |

| | |
|---|---|
| Total Current Fees | $21,443.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$21,443.50** |



RE: MEETINGS AND COMMUNICATIONS WITH AD HOC COMMITTEE & CREDITORS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/05/22 | CICERO | PARTICIPATE IN FULL AHC STRATEGY AND UPDATE CALL WITH CO-COUNSEL, APPELLATE COUNSEL, AND COMMITTEE MEMBERS | 1.40 | 1,239.00 |
| 01/05/22 | BOUCHARD | PARTICIPATE IN FULL AHC STRATEGY AND UPDATE CALL WITH CO-COUNSEL, APPELLATE COUNSEL, AND COMMITTEE MEMBERS | 1.40 | 1,330.00 |
| 01/05/22 | POHL | PARTICIPATE IN FULL AHC STRATEGY AND UPDATE ALL WITH CO-COUNSEL, APPELLATE COUNSEL, AND COMMITTEE MEMBERS | 1.40 | 1,932.00 |
| 01/12/22 | POHL | PARTICIPATE IN FULL AHC STRATEGY AND UPDATE CALL WITH CO-COUNSEL, APPELLATE COUNSEL, AND COMMITTEE MEMBERS | 1.10 | 1,518.00 |
| 01/12/22 | CHARLES | PARTICIPATE IN FULL AHC STRATEGY AND UPDATE CALL WITH CO-COUNSEL, APPELLATE COUNSEL, AND COMMITTEE MEMBERS | 1.10 | 940.50 |
| 01/12/22 | KELLY | PREPARE FOR AND JOIN WEEKLY STATUS UPDATE ON CASE MATTERS AND FINANCIAL PRESENTATIONS FROM HL AND FTI | 1.20 | 1,338.00 |
| 01/12/22 | BOUCHARD | PARTICIPATE IN FULL AHC STRATEGY AND UPDATE CALL WITH CO-COUNSEL, APPELLATE COUNSEL, AND COMMITTEE MEMBERS | 1.40 | 1,330.00 |
| 01/17/22 | CHARLES | PARTICIPATE IN FULL AHC STRATEGY AND UPDATE CALL WITH CO-COUNSEL, APPELLATE COUNSEL, AND COMMITTEE MEMBERS | 1.30 | 1,111.50 |
| 01/19/22 | CICERO | PARTICIPATE IN FULL AHC COMMITTEE MEMBER UPDATE CALL AND STRATEGY CALL RE: APPEAL AND GO-FORWARD STRATEGY | 1.30 | 1,150.50 |
| 01/19/22 | CHARLES | PARTICIPATE IN FULL AHC STRATEGY AND UPDATE CALL WITH CO-COUNSEL, APPELLATE COUNSEL, AND COMMITTEE MEMBERS | 1.30 | 1,111.50 |
| 01/19/22 | POHL | PARTICIPATE IN FULL AHC STRATEGY AND UPDATE CALL WITH CO-COUNSEL, APPELLATE COUNSEL, AND COMMITTEE MEMBERS | 1.30 | 1,794.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES   Invoice 6933728
February 10, 2022                                                          Page 10

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 01/19/22 | MOLTON | PARTICIPATE IN FULL AHC STRATEGY AND UPDATE CALL WITH CO-COUNSEL, APPELLATE COUNSEL, AND COMMITTEE MEMBERS | 1.30 | 2,008.50 |
| 01/19/22 | BOUCHARD | PARTICIPATE IN FULL AHC STRATEGY AND UPDATE CALL WITH CO-COUNSEL, APPELLATE COUNSEL, AND COMMITTEE MEMBERS | 1.00 | 950.00 |
| 01/26/22 | CICERO | ATTEND FULL AHC MEETING WITH MEMBERS RE: CASE STRATEGY AND APPELLATE STRATEGY | 1.00 | 885.00 |
| 01/26/22 | CHARLES | PARTICIPATE IN FULL AHC STRATEGY AND UPDATE CALL WITH CO-COUNSEL, APPELLATE COUNSEL, AND COMMITTEE MEMBERS | 1.00 | 855.00 |
| 01/26/22 | BOUCHARD | ATTEND FULL AHC MEETING WITH MEMBERS RE: CASE STRATEGY AND APPELLATE STRATEGY | 0.60 | 570.00 |
| 01/26/22 | POHL | WEEKLY AD HOC COMMITTEE STRATEGY (RE CURRENT CASE MATTERS INCLUDING APPEAL, INJUNCTION, MEDIATION) CALL | 1.00 | 1,380.00 |
| | **Total Hours and Fees** | | **20.10** | **21,443.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| STEVEN POHL | 4.80 | hours at | 1,380.00 | 6,624.00 |
| DAVID J. MOLTON | 1.30 | hours at | 1,545.00 | 2,008.50 |
| NICOLE M. BOUCHARD | 4.40 | hours at | 950.00 | 4,180.00 |
| BARBARA J. KELLY | 1.20 | hours at | 1,115.00 | 1,338.00 |
| JENNIFER I. CHARLES | 4.70 | hours at | 855.00 | 4,018.50 |
| GERARD T. CICERO | 3.70 | hours at | 885.00 | 3,274.50 |
| **Total Fees** | | | | **21,443.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

| | |
|---|---|
| PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES | Invoice   6933728 |
| ATTN: DAVID MOLTON | Date   Feb 10, 2022 |
| BROWN RUDNICK | Client   035843 |
| 7 TIMES SQUARE | |
| NEW YORK, NY 10036 | |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter through January 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 035843.0014 | PLAN AND DISCLOSURE STATEMENT | 58,987.00 | 0.00 | 58,987.00 |
| | **Total** | **58,987.00** | **0.00** | **58,987.00** |

| | |
|---|---|
| Total Current Fees | $58,987.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$58,987.00** |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES                    Invoice 6933728
February 10, 2022                                                                       Page 12

RE: PLAN AND DISCLOSURE STATEMENT

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 01/02/22 | MOLTON | FOLLOW UP RE STATUS OF GOING FORWARD STRATEGY IN LIGHT OF MCMAHON J'S DECISION AND ORDER VACATING THE CONFIRMATION ORDER | 0.50 | 772.50 |
| 01/03/22 | POHL | REVIEW APPEALS FILINGS | 0.20 | 276.00 |
| 01/04/22 | BOUCHARD | CONFERENCE WITH B. KELLY, J. CHARLES, AND J. MOTTER RE: STATUS OF PLAN AND STRUCTURE | 0.10 | 95.00 |
| 01/04/22 | CHARLES | CALL WITH B. KELLY TO DISCUSS ANALYSIS OF ALTERNATIVE PLAN | 0.20 | 171.00 |
| 01/05/22 | WALLACH | CONFERENCE WITH AKIN GUMP AND KRAMER LEVIN ON CASE STATUS | 0.40 | 328.00 |
| 01/05/22 | KELLY | STATUS UPDATE CALL WITH KL, PROFESSIONALS AND AHC TEAM, INCLUDING APPELLATE COUNSEL PRESENTATION | 1.40 | 1,561.00 |
| 01/07/22 | POHL | REVIEW DISTRICT COURT CERTIFICATION DECISION (.3); VLP WORK ON CORPORATE GOVERNANCE WITH SAMANTHA (.5) | 0.80 | 1,104.00 |
| 01/10/22 | CHARLES | REVIEW ALTERNATIVE STRUCTURES PRESENTATION CIRCULATED BY KRAMER LEVIN AND COMMENT ON SAME | 0.70 | 598.50 |
| 01/10/22 | POHL | REVIEW STRATEGY MEMO RE ALTERNATE PLAN STRUCTURES | 0.90 | 1,242.00 |
| 01/10/22 | KELLY | REVIEW AND ANALYSIS OF PURDUE ALTERNATIVE PLAN DECK (1.0); DRAFT SUMMARY COMMENTS TO KL REGARDING TAX CONSIDERATIONS IN ALTERNATIVE PLANS (.6) | 1.60 | 1,784.00 |
| 01/11/22 | POHL | CALL RE TAX/EXIT STRUCTURE ISSUES RE IACS (.8); REVIEW EXIT TERM SHEETS (.5); CALL WITH COUNSEL TO AHC, UCC, NSSG RE PLAN/EXIT OPTIONS (1.1) | 2.40 | 3,312.00 |
| 01/11/22 | MOLTON | REVIEW PLAN B OPTIONS; DISCUSS SAME WITH TEAM | 2.10 | 3,244.50 |
| 01/11/22 | MOLTON | REVIEW MCMAHON ORDER GRANTING CERTIFICATION TO APPEAL TO SECOND CIRCUIT | 0.20 | 309.00 |
| 01/11/22 | OKRAGLY | LEGAL RESEARCH AND ANALYSIS RE: TAX IMPLICATIONS OF POST-EFFECTIVE DATE STRUCTURE (2.2); DRAFTED MEMO RE: SAME (.7) | 2.90 | 2,566.50 |
| 01/13/22 | POHL | REVIEW MEDIATION UPDATE (.1); REVIEW CASE OPTION STRATEGY (.4) | 0.50 | 690.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
February 10, 2022

Invoice 6933728
Page 13

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/13/22 | CHARLES | REVIEW UPDATED ALTERNATIVE PLAN STRUCTURE | 0.70 | 598.50 |
| 01/13/22 | KELLY | DRAFT EMAIL WITH FINANCIAL REPORT ON PRE-EFFECTIVE DATE FUNDING AND ADDRESS EXPENSE MATTERS | 0.80 | 892.00 |
| 01/14/22 | MOLTON | REVIEW POTENTIAL ALTERNATIVE SETTLEMENT OPTIONS | 1.50 | 2,317.50 |
| 01/14/22 | MOLTON | REVIEW AND COMMENTS TO PETITION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL | 1.60 | 2,472.00 |
| 01/15/22 | MOLTON | REVIEW AND COMMENTS TO PETITION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL | 2.40 | 3,708.00 |
| 01/15/22 | MOLTON | REVIEW AND COMMENTS TO PETITION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL | 2.10 | 3,244.50 |
| 01/16/22 | MOLTON | REVIEW AND COMMENTS TO PETITION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL; REVIEW DEBTORS' PETITION FOR CERTIFICATION OF INTERLOCUTORY APPEAL | 2.80 | 4,326.00 |
| 01/17/22 | KELLY | JOIN CLIENT AND COUNSEL CALL FOR STATS UPDATE AND YO REVIEW APPEAL MATTER (1.3); REVIEW PLEADINGS FOR SECOND CIRCUIT RE APPLICABLE STRUCTURING ISSUES (1.3) | 2.60 | 2,899.00 |
| 01/17/22 | MOLTON | FOLLOW-UP ON APPEAL ISSUES | 0.80 | 1,236.00 |
| 01/17/22 | MOLTON | REVIEW MOST RECENT ITERATION OF PLAN B | 2.30 | 3,553.50 |
| 01/18/22 | POHL | REVIEW APPEALS CERTIFICATION FILINGS BY ALL PARTIES (2.2); REVIEW MOST RECENT INJUNCTION FILING (.4) | 2.60 | 3,588.00 |
| 01/19/22 | POHL | REVIEW DRAFT OF PLAN/APPEALS STRATEGY MEMOS | 1.80 | 2,484.00 |
| 01/20/22 | CHARLES | CORRESPONDENCE REGARDING NEXT STEPS | 0.30 | 256.50 |
| 01/20/22 | POHL | REVIEW DRAFT APPEALS RELATED FILING | 0.20 | 276.00 |
| 01/20/22 | KELLY | REVIEW INCOMING CORRESPONDENCE RE PRE-EFFECTIVE DATE ACCOUNT BALANCES | 0.20 | 223.00 |
| 01/21/22 | MOLTON | REVIEW  AHC POSITION AND PLEADINGS RE EXTENSION OF PI | 1.70 | 2,626.50 |
| 01/21/22 | POHL | REVIEW APPEALS FILINGS UPDATE AND DRAFTS | 0.50 | 690.00 |
| 01/25/22 | KELLY | REVIEW MEMORANDUM AND MOTION DRAFT FROM R RINGER RE NEXT STEPS FOR AHC | 0.50 | 557.50 |
| 01/25/22 | POHL | REVIEW APPEALS AND INJUNCTION STRATEGY MEMO AND PLEADING DRAFTS | 0.50 | 690.00 |



PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL ENTITES
February 10, 2022

Invoice 6933728
Page 14

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 01/27/22 | KELLY | REVIEW INCOMING CORRESPONDENCE FROM GILBERT AND AKIN RE CASE STATUS | 0.50 | 557.50 |
| 01/27/22 | POHL | REVIEW APPEALS AND INJUNCTION RELATED PLEADINGS | 0.70 | 966.00 |
| 01/28/22 | POHL | REVIEW MATERIAL AND CALLS RE: APPEAL AND INJUNCTION RELATED DRAFT FILINGS | 0.50 | 690.00 |
| 01/28/22 | KELLY | CALL WITH SCOTT GILBERT REGARDING PENDING CASE STATUS AND NOAT MATTERS | 0.60 | 669.00 |
| 01/31/22 | KELLY | CALL WITH ELI VONNEGUT DPW REGARDING CERTAIN OPEN PURDUE MATTERS (.2); EMAILS TO/FROM WITH AHC ADVISOR RE CERTAIN OPEN PURDUE MATTERS (.2) | 0.40 | 446.00 |
| 01/31/22 | POHL | REVIEW MEDIATION STATUS AND INJUNCTION RELATED FILINGS | 0.70 | 966.00 |
| | **Total Hours and Fees** | | **44.20** | **58,987.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| STEVEN POHL | 12.30 | hours at | 1,380.00 | 16,974.00 |
| DAVID J. MOLTON | 18.00 | hours at | 1,545.00 | 27,810.00 |
| NICOLE M. BOUCHARD | 0.10 | hours at | 950.00 | 95.00 |
| BARBARA J. KELLY | 8.60 | hours at | 1,115.00 | 9,589.00 |
| JENNIFER I. CHARLES | 1.90 | hours at | 855.00 | 1,624.50 |
| TIA C. WALLACH | 0.40 | hours at | 820.00 | 328.00 |
| LISA OKRAGLY | 2.90 | hours at | 885.00 | 2,566.50 |
| **Total Fees** | | | | **58,987.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brown rudnick

PURDUE PHARMA AD HOC COMMITTEE OF GOVERNMENTAL
ENTITES
ATTN: DAVID MOLTON
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6933728 |
| Date | Feb 10, 2022 |
| Client | 035843 |

RE: PURDUE PHARMA AD HOC COMMITTEE OF
GOVERNMENTAL ENTITES



Remittance

**Balance Due: $86,021.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number: 021000021
SWIFT Code: CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 760367067

**\*\*\*\*NEW REMITTANCE INSTRUCTIONS\*\*\*\***

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance
page of this invoice.
Please update your records to reflect this change.

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200