UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**TWENTY EIGHTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | January 1, 2022 through January 31, 2022 |
| Monthly Fees Incurred: | $314,564.00 |

---

[1]. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred:                    $0.00

Total Fees and Expenses Due:                  $314,564.00

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635<br>Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741<br>Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852<br>Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916<br>Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090<br>Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171<br>Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251<br>Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379<br>Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651<br>Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725<br>Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850<br>Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950<br>Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031<br>Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $41,462.60 | $0.00 |
| Docket No. 2154<br>Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $353,078.50 | $0.00 |
| Docket No. 2308<br>Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $447,827.00 | $0.00 |
| Docket No. 2503<br>Filed on 3/17/2021 | 12/1/2020 – 12/31/2020 | $308,146.00 | $0.00 | $305,146.00 | $0.00 |
| Docket No. 2504<br>Filed on 3/17/2021 | 1/1/2021 – 1/31/2021 | $493,773.50 | $0.00 | $490,773.50 | $0.00 |
| Docket No. 2848<br>Filed on 5/12/2021 | 2/1/2021 – 2/28/2021 | $381,199.00 | $9.99 | $377,458.99 | $9.99 |
| Docket No. 2849<br>Filed on 5/12/2021 | 3/1/2021 – 3/31/2021 | $513,645.00 | $0.00 | $509,895.00 | $0.00 |
| Docket No. 3017<br>Filed on 6/11/2021 | 4/1/2021 – 4/30/2021 | $415,904.00 | $0.00 | $412,154.00 | $0.00 |
| Docket No. 3225<br>Filed on 7/15/2021 | 5/1/2021 – 5/31/2021 | $363,711.00 | $40.00 | $360,001.00 | $40.00 |
| Docket No. 3747<br>Filed on 9/9/2021 | 6/1/2021 – 6/30/2021 | $303,427.50 | $0.00 | $299,677.50 | $0.00 |

**PRIOR APPLICATIONS (cont.):**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 3798 Filed on 9/21/2021 | 7/1/2021 – 7/31/2021 | $431,630.50 | $135.81 | $427,880.50 | $135.81 |
| Docket No. 3941 Filed on 10/14/2021 | 8/1/2021 – 8/31/2021 | $284,159.00 | $20.94 | $280,409.00 | $20.94 |
| Docket No. 4097 Filed on 11/11/2021 | 9/1/2021 – 9/30/2021 | $244,958.50 | $0.00 | $241,208.50 | $0.00 |
| Docket No. 4225 Filed on 12/15/2021 | 10/1/2021 – 10/31/2021 | $368,998.50 | $40.00 | $295,198.80 | $40.00 |
| Docket No. 4311 Filed on 1/26/2022 | 11/1/2021 – 11/30/2021 | $255,094.50 | $1,160.04 | $204,075.60 | $1,160.04 |
| Docket No. 4312 Filed on 1/26/2022 | 12/1/2021 – 12/31/2021 | $192,786.50 | $0.00 | $154,229.20 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, $10,000, $15,000, $15,000, and $15,000 were allocated evenly across fees from the first, second, third, fourth, fifth, and sixth interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from January 1, 2022 through and including January 31, 2022 (the "**Fee Period**") amount to:

   | | |
   |---|---|
   | Professional Fees | $314,564.00 |
   | Expenses | 0.00 |
   | **TOTAL** | **$314,564.00** |

2. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---|
   | Professional Fees at 80% | $251,651.20 |
   | Expenses at 100% | 0.00 |
   | **TOTAL** | **$251,651.20** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A"**.

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B"**.

5.  Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C".**

6.  FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

7.  Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than March 11, 2022 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

8.  If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9.  If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated:  New York, New York
        February 25, 2022

                FTI CONSULTING, INC.
                Financial Advisors to the Ad Hoc Committee of
                Governmental and Other Contingent Litigation
                Claimants of Purdue Pharma L.P.

By:    */s/ Matthew Diaz*
        Matthew Diaz, Senior Managing Director
        1166 Avenue of the Americas, 15th Floor
        New York, New York 10036
        Telephone: (212) 499-3611
        Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JANUARY 1, 2022 TO JANUARY 31, 2022**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Diaz, Matthew | Sr Managing Director | Restructuring | $ 1,200 | 46.1 | $ 55,320.00 |
| Joffe, Steven | Sr Managing Director | Tax | 1,200 | 11.6 | 13,920.00 |
| Simms, Steven | Sr Managing Director | Restructuring | 1,325 | 6.4 | 8,480.00 |
| Shafer, Patterson | Managing Director | Healthcare | 600 | 0.5 | 300.00 |
| Bromberg, Brian | Sr Director | Restructuring | 890 | 149.3 | 132,877.00 |
| Suric, Emil | Sr Director | Restructuring | 890 | 13.7 | 12,193.00 |
| Johnson, Ancy | Director | Healthcare | 475 | 15.0 | 7,125.00 |
| Baron, Genevieve | Sr Consultant | Healthcare | 375 | 12.0 | 4,500.00 |
| Kurtz, Emma | Sr Consultant | Restructuring | 655 | 111.4 | 72,967.00 |
| Aas, Calvin | Consultant | Restructuring | 440 | 8.0 | 3,520.00 |
| Balzac Delgado, Jean | Consultant | Restructuring | 440 | 7.3 | 3,212.00 |
| Hellmund-Mora, Marili | Associate | Restructuring | 300 | 0.5 | 150.00 |
| **GRAND TOTAL** | | | | **381.8** | **$ 314,564.00** |

**EXHIBIT B**

**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JANUARY 1, 2022 TO JANUARY 31, 2022**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 9.7 | $ 7,062.00 |
| 2 | Cash & Liquidity Analysis | 0.5 | 600.00 |
| 7 | Analysis of Domestic Business Plan | 192.2 | 155,852.00 |
| 10 | Analysis of Tax Issues | 5.6 | 6,720.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 91.3 | 81,990.00 |
| 19 | Case Management | 0.9 | 801.00 |
| 21 | General Mtgs with Counsel and/or Ad Hoc Committee | 13.1 | 14,219.00 |
| 24 | Preparation of Fee Application | 10.3 | 7,495.50 |
| 30 | Emergence Preparation | 58.2 | 39,824.50 |
| | **GRAND TOTAL** | **381.8** | **$ 314,564.00** |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2022 TO JANUARY 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 1/3/2022 | Diaz, Matthew | 0.6 | Review the Debtors' November MOR. |
| 1 | 1/3/2022 | Kurtz, Emma | 0.4 | Review recently uploaded dataroom documents to share with team. |
| 1 | 1/3/2022 | Kurtz, Emma | 0.5 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/4/2022 | Diaz, Matthew | 0.7 | Continue to review the November MOR. |
| 1 | 1/4/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/5/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/6/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/7/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/7/2022 | Kurtz, Emma | 0.4 | Review documents added to the dataroom to share update with team. |
| 1 | 1/10/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/11/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/12/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/13/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/14/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/18/2022 | Kurtz, Emma | 0.3 | Review recently uploaded dataroom documents to share with team. |
| 1 | 1/18/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/19/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/20/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/21/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/24/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/25/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/26/2022 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/27/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/28/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 1/31/2022 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **9.7** | |
| 2 | 1/19/2022 | Diaz, Matthew | 0.5 | Review Debtors' latest cash flow reporting. |
| **2 Total** | | | **0.5** | |
| 7 | 1/3/2022 | Bromberg, Brian | 0.6 | Review proposed Rhodes business development opportunity. |
| 7 | 1/3/2022 | Bromberg, Brian | 0.6 | Discuss Rhodes opportunity with Debtors. |
| 7 | 1/3/2022 | Bromberg, Brian | 0.8 | Review Debtors' updated business plan. |
| 7 | 1/3/2022 | Diaz, Matthew | 0.7 | Review the Debtors' updated business plan and related next steps. |
| 7 | 1/3/2022 | Diaz, Matthew | 0.6 | Review summary of Rhodes development opportunity. |
| 7 | 1/3/2022 | Diaz, Matthew | 0.7 | Participate in call with the Debtors to discuss the proposed Rhodes transaction and the business plan. |
| 7 | 1/3/2022 | Diaz, Matthew | 0.5 | Review terms of the proposed Rhodes transaction. |
| 7 | 1/3/2022 | Kurtz, Emma | 0.7 | Prepare summary slides re: October YTD performance in preparation for receiving new business plan. |
| 7 | 1/3/2022 | Kurtz, Emma | 0.6 | Attend call with Debtors' advisors to discuss potential business development opportunity. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD JANUARY 1, 2022 TO JANUARY 31, 2022

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 1/4/2022 | Bromberg, Brian | 0.4 | Review outstanding requests to Debtors re: business plan. |
| 7 | 1/4/2022 | Bromberg, Brian | 0.9 | Review business plan YTD performance as of October. |
| 7 | 1/4/2022 | Bromberg, Brian | 1.2 | Draft follow up questions for the Debtors re: Rhodes proposed transaction. |
| 7 | 1/4/2022 | Bromberg, Brian | 0.5 | Review economics of Rhodes proposed transaction from the Debtors. |
| 7 | 1/4/2022 | Diaz, Matthew | 0.6 | Review draft of the business plan due diligence list. |
| 7 | 1/4/2022 | Kurtz, Emma | 1.4 | Prepare slides re: October YTD performance and Adhansia update for business plan presentation. |
| 7 | 1/5/2022 | Bromberg, Brian | 2.8 | Review Debtors updated business plan presentation. |
| 7 | 1/5/2022 | Bromberg, Brian | 2.4 | Draft outline of presentation analyzing updated business plan. |
| 7 | 1/5/2022 | Bromberg, Brian | 1.1 | Compare new projections to prior business plan. |
| 7 | 1/5/2022 | Kurtz, Emma | 0.7 | Prepare revisions to slides re: October YTD performance and Adhansia update per internal comments. |
| 7 | 1/5/2022 | Kurtz, Emma | 2.4 | Prepare template for variance analysis of revised business plan to prior business plan in advance of receiving Debtors' updated plan. |
| 7 | 1/5/2022 | Kurtz, Emma | 2.8 | Review business plan presentation provided by Debtors to evaluate changes from prior plan. |
| 7 | 1/6/2022 | Bromberg, Brian | 0.7 | Review draft of business plan presentation to provide comments. |
| 7 | 1/6/2022 | Bromberg, Brian | 1.6 | Prepare additional diligence requests for the Debtors re: business plan. |
| 7 | 1/6/2022 | Bromberg, Brian | 2.7 | Review business plan slides to prepare revisions. |
| 7 | 1/6/2022 | Bromberg, Brian | 2.6 | Continue to prepare revisions to draft business plan presentation. |
| 7 | 1/6/2022 | Bromberg, Brian | 1.2 | Review updated draft of the business plan presentation to provide additional comments. |
| 7 | 1/6/2022 | Diaz, Matthew | 0.5 | Review proposed Rhodes growth initiative. |
| 7 | 1/6/2022 | Kurtz, Emma | 2.7 | Prepare draft presentation summarizing changes from prior plan to revised business plan. |
| 7 | 1/6/2022 | Kurtz, Emma | 1.8 | Prepare slides re: overview of business plan and branded opioid projections to include in business plan review. |
| 7 | 1/6/2022 | Kurtz, Emma | 2.8 | Begin to prepare detailed analysis of business segment projections in revised business plan. |
| 7 | 1/7/2022 | Bromberg, Brian | 1.7 | Review Debtors business plan presentation. |
| 7 | 1/7/2022 | Bromberg, Brian | 2.2 | Prepare updates to analysis of Debtors' updated business plan. |
| 7 | 1/7/2022 | Bromberg, Brian | 1.6 | Participate in call with Debtors to discuss the business plan. |
| 7 | 1/7/2022 | Bromberg, Brian | 0.5 | Discuss Rhodes business development opportunity with UCC. |
| 7 | 1/7/2022 | Bromberg, Brian | 0.5 | Discuss initial reactions to the revised business plan with the Debtors advisors. |
| 7 | 1/7/2022 | Bromberg, Brian | 1.4 | Continue to prepare revisions to the business plan slides. |
| 7 | 1/7/2022 | Bromberg, Brian | 1.3 | Review updated draft of the business plan slides. |
| 7 | 1/7/2022 | Diaz, Matthew | 2.1 | Review Debtors' updated business plan. |
| 7 | 1/7/2022 | Diaz, Matthew | 1.5 | Participate in call with the Debtors' advisors to discuss the updated business plan. |
| 7 | 1/7/2022 | Kurtz, Emma | 3.2 | Prepare slides re: analysis of segment level projections in Debtors revised business plan. |
| 7 | 1/7/2022 | Kurtz, Emma | 1.6 | Attend call with the Debtors and the Debtors' advisors to discuss the November business plan. |
| 7 | 1/7/2022 | Kurtz, Emma | 3.4 | Prepare revisions to draft business plan analysis presentation per internal comments. |
| 7 | 1/7/2022 | Simms, Steven | 0.4 | Review update from team re: Debtors' business plan. |
| 7 | 1/8/2022 | Bromberg, Brian | 2.2 | Review comments on business plan presentation to provide guidance to team. |
| 7 | 1/8/2022 | Diaz, Matthew | 2.1 | Review business plan presentation to the Committee to provide comments. |
| 7 | 1/8/2022 | Kurtz, Emma | 3.3 | Prepare additional analysis of Debtors updated business plan to include in presentation. |
| 7 | 1/8/2022 | Kurtz, Emma | 3.2 | Prepare revisions to business plan analysis presentation to reflect internal feedback. |
| 7 | 1/9/2022 | Bromberg, Brian | 1.6 | Review latest turn of business plan slides. |
| 7 | 1/9/2022 | Bromberg, Brian | 0.9 | Review updated draft of business plan slides to provide comments. |
| 7 | 1/9/2022 | Kurtz, Emma | 2.7 | Prepare further revisions to business plan analysis presentation to incorporate additional comments from team. |
| 7 | 1/10/2022 | Bromberg, Brian | 1.3 | Provide comments to team on latest draft of business plan slides. |
| 7 | 1/10/2022 | Bromberg, Brian | 0.9 | Review business plan model provided by the Debtors. |
| 7 | 1/10/2022 | Bromberg, Brian | 0.7 | Review draft business plan presentation for PEO information. |
| 7 | 1/10/2022 | Diaz, Matthew | 1.3 | Review updated business plan presentation to provide comments to team. |
| 7 | 1/10/2022 | Kurtz, Emma | 2.6 | Prepare revisions to business plan analysis and presentation to align with internal comments. |
| 7 | 1/10/2022 | Kurtz, Emma | 1.8 | Prepare further revisions to business plan presentation per internal comments. |
| 7 | 1/11/2022 | Bromberg, Brian | 0.6 | Finalize and send PEO request to the Debtors re: business plan presentation. |
| 7 | 1/11/2022 | Bromberg, Brian | 1.9 | Review latest slide deck on business plan. |
| 7 | 1/11/2022 | Diaz, Matthew | 1.7 | Review the updated business plan presentation. |
| 7 | 1/11/2022 | Diaz, Matthew | 1.0 | Participate in call with Counsel to discuss the updated business plan. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2022 TO JANUARY 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 1/11/2022 | Kurtz, Emma | 2.2 | Prepare revisions to presentation re: business plan and plan b cash flows. |
| 7 | 1/11/2022 | Suric, Emil | 3.2 | Review revised business plan provided by the Debtors to evaluate changes. |
| 7 | 1/11/2022 | Suric, Emil | 1.9 | Review updated IMS data and OxyContin trend analysis sensitivity. |
| 7 | 1/12/2022 | Bromberg, Brian | 1.2 | Review latest version of presentation re: business plan analysis. |
| 7 | 1/12/2022 | Bromberg, Brian | 0.9 | Review business plan presentation in response to company response on PEO information. |
| 7 | 1/12/2022 | Bromberg, Brian | 0.9 | Review updated draft of presentation on business plan. |
| 7 | 1/12/2022 | Bromberg, Brian | 2.3 | Prepare to present on client call re: Debtors' business plan. |
| 7 | 1/12/2022 | Bromberg, Brian | 1.2 | Participate in AHC call re: business plan. |
| 7 | 1/12/2022 | Bromberg, Brian | 2.1 | Review Oxycontin trend line analysis. |
| 7 | 1/12/2022 | Bromberg, Brian | 0.7 | Evaluate Oxycontin forecast analysis prepared by pharma team. |
| 7 | 1/12/2022 | Diaz, Matthew | 1.4 | Review latest draft of the updated business plan presentation to the Committee. |
| 7 | 1/12/2022 | Diaz, Matthew | 1.1 | Participate in weekly AHC call to discuss the latest plan alternatives and the business plan. |
| 7 | 1/12/2022 | Kurtz, Emma | 1.7 | Prepare revisions to business plan analysis presentation per request from Debtors. |
| 7 | 1/12/2022 | Kurtz, Emma | 1.4 | Prepare final review of business plan analysis deck to ensure correctness. |
| 7 | 1/12/2022 | Suric, Emil | 2.9 | Prepare OxyContin trend analysis related to the Debtors' updated business plan. |
| 7 | 1/12/2022 | Suric, Emil | 1.6 | Evaluate Rhodes business development opportunity. |
| 7 | 1/12/2022 | Suric, Emil | 2.8 | Conduct commercial due diligence to prepare business case re: Rhodes business development opportunity. |
| 7 | 1/13/2022 | Bromberg, Brian | 1.6 | Review analysis of Rhodes business development opportunity. |
| 7 | 1/13/2022 | Bromberg, Brian | 0.9 | Provide comments on latest draft of business plan presentation. |
| 7 | 1/14/2022 | Diaz, Matthew | 0.9 | Review updated draft of the cost analysis. |
| 7 | 1/14/2022 | Simms, Steven | 0.6 | Review status of business plan analysis. |
| 7 | 1/18/2022 | Bromberg, Brian | 0.6 | Discuss Debtors' business plan with UCC advisors. |
| 7 | 1/18/2022 | Bromberg, Brian | 0.4 | Review draft business plan presentation to provide comments. |
| 7 | 1/18/2022 | Bromberg, Brian | 0.4 | Review client questions related to the business plan presentation. |
| 7 | 1/18/2022 | Bromberg, Brian | 0.6 | Review cost report to provide further comments. |
| 7 | 1/18/2022 | Diaz, Matthew | 0.5 | Participate in call with the UCC professionals to discuss business plan costs and related next steps. |
| 7 | 1/19/2022 | Baron, Genevieve | 1.3 | Prepare revisions to draft cost report per internal comments. |
| 7 | 1/19/2022 | Bromberg, Brian | 0.6 | Discuss status of cost analysis with FTI team. |
| 7 | 1/19/2022 | Bromberg, Brian | 1.4 | Review Alix report on business plan costs. |
| 7 | 1/19/2022 | Bromberg, Brian | 0.6 | Discuss cost report with Alix. |
| 7 | 1/19/2022 | Bromberg, Brian | 1.2 | Review draft cost analysis to prepare for call with Alix. |
| 7 | 1/19/2022 | Diaz, Matthew | 0.7 | Review status of the cost analysis. |
| 7 | 1/19/2022 | Johnson, Ancy | 0.6 | Attend call with team to discuss status of report and next steps. |
| 7 | 1/19/2022 | Johnson, Ancy | 1.6 | Prepare revisions to report per internal call. |
| 7 | 1/20/2022 | Baron, Genevieve | 1.8 | Prepare updates to cost report per internal comments. |
| 7 | 1/20/2022 | Bromberg, Brian | 0.7 | Review latest draft of business plan analysis presentation. |
| 7 | 1/20/2022 | Johnson, Ancy | 1.8 | Conduct additional diligence related to manufacturing plant operations. |
| 7 | 1/21/2022 | Baron, Genevieve | 1.9 | Continue to prepare revisions to cost report per comments from team. |
| 7 | 1/21/2022 | Bromberg, Brian | 1.4 | Prepare updates to draft business plan analysis. |
| 7 | 1/21/2022 | Bromberg, Brian | 0.6 | Review updates to cost report to evaluate changes. |
| 7 | 1/21/2022 | Bromberg, Brian | 0.3 | Review latest business plan slides. |
| 7 | 1/21/2022 | Diaz, Matthew | 0.7 | Review of the updated business plan report. |
| 7 | 1/21/2022 | Johnson, Ancy | 2.4 | Prepare further updates to presentation re: manufacturing plant operations. |
| 7 | 1/22/2022 | Bromberg, Brian | 1.2 | Prepare updates to latest business plan slides. |
| 7 | 1/23/2022 | Bromberg, Brian | 1.4 | Review latest business plan slides to prepare for presentation to newly consenting states. |
| 7 | 1/24/2022 | Baron, Genevieve | 1.2 | Prepare updates to report to finalize draft analysis of business plan costs. |
| 7 | 1/24/2022 | Bromberg, Brian | 0.9 | Review updated draft cost report to provide comments. |
| 7 | 1/24/2022 | Bromberg, Brian | 2.3 | Review final draft business plan presentation to prepare for presentation to newly consenting states. |
| 7 | 1/24/2022 | Bromberg, Brian | 1.0 | Participate in call with newly consenting states on business plan. |
| 7 | 1/24/2022 | Bromberg, Brian | 0.9 | Review remaining open items needed from the Debtors to finalize cost analysis. |
| 7 | 1/24/2022 | Bromberg, Brian | 1.7 | Review OTC Naloxone research to understand impact of generic product launches. |
| 7 | 1/24/2022 | Diaz, Matthew | 1.1 | Prepare for the business plan call with the consenting states. |
| 7 | 1/24/2022 | Diaz, Matthew | 1.3 | Participate in call with the consenting states to discuss Debtors' actual results, the business plan and other topics. |
| 7 | 1/24/2022 | Johnson, Ancy | 2.6 | Prepare additional analysis of manufacturing plant operations. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD JANUARY 1, 2022 TO JANUARY 31, 2022

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 1/24/2022 | Kurtz, Emma | 1.3 | Attend call with newly consenting states and MSGE to discuss business plan and plan b cash flows. |
| 7 | 1/24/2022 | Shafer, Patterson | 0.5 | Provide guidance to team re: analysis of manufacturing plant operations. |
| 7 | 1/24/2022 | Suric, Emil | 0.5 | Review analysis of manufacturing facility operations. |
| 7 | 1/25/2022 | Baron, Genevieve | 0.8 | Prepare updates to cost report to reflect internal comments. |
| 7 | 1/25/2022 | Bromberg, Brian | 0.8 | Review draft cost report and business plan outstanding questions to prepare for call with Debtors advisors. |
| 7 | 1/25/2022 | Bromberg, Brian | 0.9 | Review draft Alix cost report to prepare for call with Debtors advisors. |
| 7 | 1/25/2022 | Bromberg, Brian | 1.4 | Review business plan actions. |
| 7 | 1/25/2022 | Bromberg, Brian | 1.0 | Participate in call with Alix to discuss cost analysis and business plan requests. |
| 7 | 1/25/2022 | Diaz, Matthew | 0.7 | Review latest draft of the cost analysis to prepare for call with Alix. |
| 7 | 1/25/2022 | Diaz, Matthew | 1.0 | Participate in call on the cost report and business plan with Alix. |
| 7 | 1/25/2022 | Johnson, Ancy | 3.2 | Continue to prepare summary of manufacturing operations to include in presentation. |
| 7 | 1/25/2022 | Kurtz, Emma | 1.0 | Attend call with Alix to discuss cost analysis and other client requests related to updated business plan. |
| 7 | 1/25/2022 | Kurtz, Emma | 0.7 | Prepare summary table of cost analysis following call with Alix. |
| 7 | 1/26/2022 | Baron, Genevieve | 2.4 | Prepare updates to cost report to reflect additional information from Alix. |
| 7 | 1/26/2022 | Bromberg, Brian | 0.8 | Review additional OTC Naloxone research. |
| 7 | 1/26/2022 | Bromberg, Brian | 1.7 | Provide additional comments to draft on cost report. |
| 7 | 1/26/2022 | Johnson, Ancy | 2.8 | Prepare slides for report re: manufacturing operations. |
| 7 | 1/26/2022 | Suric, Emil | 0.8 | Analyze impact of generic Narcan. |
| 7 | 1/27/2022 | Baron, Genevieve | 2.6 | Prepare updates to presentation to finalize draft cost report. |
| 7 | 1/27/2022 | Bromberg, Brian | 1.9 | Provide additional comments to team re: updated draft of cost analysis. |
| 7 | 1/27/2022 | Diaz, Matthew | 1.1 | Review updated cost analysis to provide comments. |
| 7 | 1/28/2022 | Diaz, Matthew | 1.1 | Review revised draft of the cost analysis. |
| 7 | 1/31/2022 | Bromberg, Brian | 1.2 | Finalize cost report draft to share with counsel. |
| 7 Total | | | 192.2 | |
| 10 | 1/11/2022 | Joffe, Steven | 1.1 | Review presentation re: post appeal options to evaluate tax implications. |
| 10 | 1/12/2022 | Joffe, Steven | 1.2 | Attend weekly AHC call to discuss case updates, with a focus on potential tax issues. |
| 10 | 1/17/2022 | Joffe, Steven | 1.0 | Attend call with the AHC to discuss case status, with a focus on tax issues. |
| 10 | 1/19/2022 | Joffe, Steven | 1.3 | Attend weekly AHC call to discuss case status, with a focus on potential tax issues. |
| 10 | 1/26/2022 | Joffe, Steven | 1.0 | Attend weekly AHC call to discuss status of case, focusing on potential tax implications. |
| 10 Total | | | 5.6 | |
| 16 | 1/2/2022 | Diaz, Matthew | 0.5 | Review summaries of the injunction hearing. |
| 16 | 1/3/2022 | Bromberg, Brian | 2.7 | Review bridge of plan-b cash flows to prior analysis. |
| 16 | 1/3/2022 | Bromberg, Brian | 0.8 | Attend call with internal team to discuss case status, with a focus on cash flow update. |
| 16 | 1/3/2022 | Bromberg, Brian | 1.2 | Draft diligence requests for business plan. |
| 16 | 1/3/2022 | Diaz, Matthew | 0.4 | Review summaries of the appeal filings. |
| 16 | 1/3/2022 | Diaz, Matthew | 0.3 | Review mediation order. |
| 16 | 1/3/2022 | Diaz, Matthew | 1.9 | Review the Debtors' response to the motion to dismiss. |
| 16 | 1/3/2022 | Kurtz, Emma | 0.6 | Attend call with internal team to discuss case updates re: alternate options. |
| 16 | 1/3/2022 | Simms, Steven | 0.6 | Review status of case re: plan b options. |
| 16 | 1/4/2022 | Bromberg, Brian | 2.2 | Review diminution facts. |
| 16 | 1/4/2022 | Bromberg, Brian | 1.7 | Respond to UCC questions on plan-b cash flow analysis. |
| 16 | 1/4/2022 | Diaz, Matthew | 0.6 | Review of cash flow analysis requested by the Committee. |
| 16 | 1/5/2022 | Bromberg, Brian | 0.7 | Discuss case next steps with Houlihan re: plan b forecast and business plan. |
| 16 | 1/5/2022 | Bromberg, Brian | 0.6 | Discuss diminution factors with counsel. |
| 16 | 1/5/2022 | Bromberg, Brian | 1.1 | Provide input on response to UCC re: revised cash flow projections. |
| 16 | 1/5/2022 | Diaz, Matthew | 0.9 | Review certain of the Debtors' disclosure statement exhibits. |
| 16 | 1/5/2022 | Diaz, Matthew | 0.4 | Participate in call with counsel to discuss restructuring alternatives. |
| 16 | 1/5/2022 | Kurtz, Emma | 0.2 | Attend call with counsel to discuss post appeal options. |
| 16 | 1/5/2022 | Kurtz, Emma | 0.7 | Attend call with HL to discuss Plan B cash flows and Rhodes business development opportunity. |
| 16 | 1/8/2022 | Bromberg, Brian | 2.4 | Review alternate plan cash flows. |
| 16 | 1/9/2022 | Bromberg, Brian | 1.2 | Review UCC alternate plan cash flow analysis. |
| 16 | 1/10/2022 | Bromberg, Brian | 1.7 | Review estate and direct claims analysis. |
| 16 | 1/10/2022 | Bromberg, Brian | 1.4 | Participate in call re: estate and direct claims. |
| 16 | 1/10/2022 | Bromberg, Brian | 0.6 | Review non cash transfers report to evaluate potential estate and direct claims. |
| 16 | 1/10/2022 | Bromberg, Brian | 0.6 | Review cash transfers report to evaluate estate and direct claims. |

EXHIBIT C
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2022 TO JANUARY 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 1/10/2022 | Bromberg, Brian | 1.1 | Review cash flow presentation re: alternate plan cash flows. |
| 16 | 1/10/2022 | Diaz, Matthew | 0.8 | Review the potential causes of action report. |
| 16 | 1/10/2022 | Kurtz, Emma | 1.1 | Review HL alternate plan cash flows and accompanying slides to conform FTI slides. |
| 16 | 1/10/2022 | Simms, Steven | 0.4 | Review status of case re: alternate plan. |
| 16 | 1/11/2022 | Bromberg, Brian | 1.2 | Review UCC alternate plan cash flow analysis to identify differences. |
| 16 | 1/11/2022 | Bromberg, Brian | 1.7 | Review backup to alternate cash flow projections. |
| 16 | 1/11/2022 | Bromberg, Brian | 1.4 | Discuss alternate plan cash flows with counsel and HL. |
| 16 | 1/11/2022 | Bromberg, Brian | 1.1 | Review OxyContin forecast materials to understand potential upside to cash flows. |
| 16 | 1/11/2022 | Kurtz, Emma | 0.4 | Review potential upside to cash flows to understand assumptions. |
| 16 | 1/11/2022 | Kurtz, Emma | 1.3 | Attend call with HL and counsel to review business plan and plan b cash flows presentation. |
| 16 | 1/12/2022 | Kurtz, Emma | 1.1 | Review draft presentation re: plan b cash flows and business plan review. |
| 16 | 1/12/2022 | Simms, Steven | 0.4 | Review case update from AHC call re: business plan and plan alternatives. |
| 16 | 1/13/2022 | Bromberg, Brian | 0.8 | Review OxyContin forecast vs actuals for prior years. |
| 16 | 1/13/2022 | Bromberg, Brian | 1.2 | Review Plan B memo. |
| 16 | 1/14/2022 | Diaz, Matthew | 1.2 | Review counsel's plan alternatives presentation. |
| 16 | 1/17/2022 | Bromberg, Brian | 1.2 | Review client questions re: appeal options. |
| 16 | 1/17/2022 | Bromberg, Brian | 1.4 | Respond to client questions re: appeal options. |
| 16 | 1/17/2022 | Bromberg, Brian | 1.5 | Participate in call with clients re: appeal options. |
| 16 | 1/17/2022 | Diaz, Matthew | 0.5 | Review draft appeal briefing. |
| 16 | 1/17/2022 | Diaz, Matthew | 1.4 | Participate in AHC call to discuss the appeal. |
| 16 | 1/17/2022 | Diaz, Matthew | 0.5 | Review letter from the AHC to the Debtors in connection with the appeal. |
| 16 | 1/17/2022 | Kurtz, Emma | 2.8 | Prepare analysis of case professional fee run rate through December 2021 per request from Counsel. |
| 16 | 1/17/2022 | Kurtz, Emma | 0.9 | Prepare revisions to analysis of continuing cost of case per internal comments. |
| 16 | 1/18/2022 | Bromberg, Brian | 1.3 | Research counsel questions on fees and cost of continuing case. |
| 16 | 1/18/2022 | Bromberg, Brian | 0.9 | Research information for letter to Debtors. |
| 16 | 1/18/2022 | Bromberg, Brian | 0.7 | Review updated draft of potential letter to Debtors re: go-forward business operations. |
| 16 | 1/18/2022 | Joffe, Steven | 2.3 | Review filings in support of plan appeal. |
| 16 | 1/18/2022 | Kurtz, Emma | 1.3 | Prepare analysis of Purdue historical cost of case for February to May of 2021 to evaluate go forward cost. |
| 16 | 1/18/2022 | Kurtz, Emma | 1.4 | Prepare comparison of AHC and UCC professional fee run rate for 2021 per request from Counsel. |
| 16 | 1/19/2022 | Bromberg, Brian | 0.5 | Discuss updated alternate plan cash flows with Houlihan. |
| 16 | 1/19/2022 | Bromberg, Brian | 0.7 | Review alternate plan cash flow presentation. |
| 16 | 1/19/2022 | Joffe, Steven | 1.9 | Review UCC petition and exhibits/AHC filings in appeal. |
| 16 | 1/19/2022 | Kurtz, Emma | 1.6 | Prepare updates to analysis of go forward cost of case re: professional fees. |
| 16 | 1/19/2022 | Simms, Steven | 0.6 | Review update on status of appeal. |
| 16 | 1/20/2022 | Bromberg, Brian | 1.3 | Review revised alternate plan cash flow presentation to evaluate changes. |
| 16 | 1/20/2022 | Bromberg, Brian | 1.6 | Review latest alternative plan cash flow estimates to understand updated assumptions. |
| 16 | 1/20/2022 | Bromberg, Brian | 0.9 | Review notes for presentation to the AHC re: cash flows. |
| 16 | 1/20/2022 | Diaz, Matthew | 0.9 | Review of counsel plan alternative materials. |
| 16 | 1/20/2022 | Kurtz, Emma | 1.6 | Review latest draft of analysis of plan b cash flows to prepare updates. |
| 16 | 1/21/2022 | Joffe, Steven | 0.6 | Review of California objection. |
| 16 | 1/21/2022 | Kurtz, Emma | 1.1 | Review draft slides re: business plan and plan b cash flows to prepare updates. |
| 16 | 1/24/2022 | Simms, Steven | 0.6 | Review latest alternative plan cash flows. |
| 16 | 1/28/2022 | Bromberg, Brian | 1.7 | Review UCC presentation on plan b cash flows and distributions. |
| 16 | 1/31/2022 | Bromberg, Brian | 1.1 | Review UCC presentation on proposed plan b distributions. |
| 16 | 1/31/2022 | Bromberg, Brian | 0.5 | Discuss alternative distribution structures with Houlihan. |
| 16 | 1/31/2022 | Bromberg, Brian | 2.1 | Review alternate cash flow split analysis to understand assumptions. |
| 16 | 1/31/2022 | Bromberg, Brian | 1.6 | Review various scenarios for plan b cash flows split analysis. |
| 16 | 1/31/2022 | Bromberg, Brian | 1.2 | Review UCC plan b cash flow analysis. |
| 16 | 1/31/2022 | Diaz, Matthew | 1.4 | Conduct detailed review of the UCC's plan b cash flow analysis. |
| 16 | 1/31/2022 | Kurtz, Emma | 1.1 | Review cash flow split proposed by UCC to evaluate methodology. |
| 16 | 1/31/2022 | Kurtz, Emma | 2.8 | Prepare waterfall to evaluate cash flow split to public and private opioid creditors per UCC initial proposal. |
| 16 | 1/31/2022 | Kurtz, Emma | 2.4 | Prepare analysis of distributions of plan b illustrative cash flows using risk sharing methodology. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD JANUARY 1, 2022 TO JANUARY 31, 2022

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 1/31/2022 | Kurtz, Emma | 1.8 | Prepare revisions to analysis of potential cash flow distribution structures between public and private creditors per internal comments. |
| 16 | 1/31/2022 | Simms, Steven | 0.4 | Review case status, with a focus on plan alternatives. |
| **16 Total** | | | **91.3** | |
| 19 | 1/13/2022 | Bromberg, Brian | 0.6 | Review fee estimates for AHC. |
| 19 | 1/19/2022 | Bromberg, Brian | 0.3 | Gather fee estimates through December 2021 as requested by the Debtors. |
| **19 Total** | | | **0.9** | |
| 21 | 1/5/2022 | Bromberg, Brian | 1.5 | Participate in weekly AHC call to discuss status of case and next steps. |
| 21 | 1/5/2022 | Diaz, Matthew | 1.0 | Participate in weekly AHC call to discuss the mediation process and the appeal. |
| 21 | 1/5/2022 | Joffe, Steven | 1.2 | Attend call with appellate counsel to discuss appeals process. |
| 21 | 1/5/2022 | Simms, Steven | 0.7 | Attend call with AHC to discuss appeal process and mediation. |
| 21 | 1/10/2022 | Diaz, Matthew | 0.5 | Participate in call with the working group re: alternative options. |
| 21 | 1/10/2022 | Kurtz, Emma | 1.2 | Attend call with AHC working group re: appeal process and alternative options. |
| 21 | 1/12/2022 | Diaz, Matthew | 0.6 | Review materials to prepare for the Committee call. |
| 21 | 1/17/2022 | Simms, Steven | 0.9 | Attend AHC call to understand status of case. |
| 21 | 1/19/2022 | Bromberg, Brian | 1.2 | Participate in weekly AHC call to discuss case status. |
| 21 | 1/19/2022 | Diaz, Matthew | 1.5 | Participate in the Purdue AHC call to discuss case status. |
| 21 | 1/26/2022 | Bromberg, Brian | 1.0 | Participate in weekly AHC call to discuss case updates. |
| 21 | 1/26/2022 | Diaz, Matthew | 1.0 | Participate in the AHC call to discuss the plan process and related appeal. |
| 21 | 1/26/2022 | Simms, Steven | 0.8 | Participate in AHC call to discuss plan alternatives and appeal status. |
| **21 Total** | | | **13.1** | |
| 24 | 1/3/2022 | Kurtz, Emma | 1.1 | Finalize draft of November fee application per local rules. |
| 24 | 1/4/2022 | Diaz, Matthew | 0.9 | Review draft November fee application. |
| 24 | 1/4/2022 | Kurtz, Emma | 0.6 | Prepare revisions to November fee application. |
| 24 | 1/12/2022 | Kurtz, Emma | 0.2 | Prepare fee estimate for the Debtors through December 31, 2021. |
| 24 | 1/13/2022 | Kurtz, Emma | 3.1 | Prepare draft December fee application per local rules. |
| 24 | 1/18/2022 | Kurtz, Emma | 2.8 | Continue to prepare December fee application. |
| 24 | 1/19/2022 | Diaz, Matthew | 0.8 | Review draft December fee application. |
| 24 | 1/26/2022 | Kurtz, Emma | 0.3 | Finalize November and December fee applications to be filed. |
| 24 | 1/27/2022 | Hellmund-Mora, Marili | 0.5 | Update and finalize the December fee application. |
| **24 Total** | | | **10.3** | |
| 30 | 1/25/2022 | Aas, Calvin | 2.2 | Review filed fee applications for certain firms to evaluate case historical professional fees. |
| 30 | 1/25/2022 | Balzac Delgado, Jean | 0.5 | Participate on call with FTI team re: professional fee analysis. |
| 30 | 1/25/2022 | Balzac Delgado, Jean | 3.4 | Begin to prepare analysis of filed fee applications for analysis of cost of case. |
| 30 | 1/25/2022 | Bromberg, Brian | 1.4 | Review fee history in case to evaluate ongoing cost. |
| 30 | 1/25/2022 | Bromberg, Brian | 0.8 | Provide comments on draft template for fee history analysis. |
| 30 | 1/25/2022 | Bromberg, Brian | 1.2 | Provide comments to team on fee history analysis. |
| 30 | 1/25/2022 | Bromberg, Brian | 0.5 | Discuss historical professional fee analysis with team. |
| 30 | 1/25/2022 | Bromberg, Brian | 0.9 | Review updated template for fee analysis to provide further comments. |
| 30 | 1/25/2022 | Bromberg, Brian | 3.4 | Prepare analysis of historical fee applications. |
| 30 | 1/25/2022 | Kurtz, Emma | 1.9 | Prepare template for analysis of case professional fees per request from Counsel. |
| 30 | 1/25/2022 | Kurtz, Emma | 1.3 | Prepare revisions to template for analysis of cost of case per internal comments. |
| 30 | 1/25/2022 | Kurtz, Emma | 2.3 | Begin to prepare analysis of historical professional fees throughout case for certain firms. |
| 30 | 1/25/2022 | Kurtz, Emma | 2.1 | Continue to prepare analysis of cost of case and main tasks throughout case for various professional firms. |
| 30 | 1/26/2022 | Aas, Calvin | 3.1 | Continue to review filed fee applications for certain firms to evaluate case historical professional fees. |
| 30 | 1/26/2022 | Aas, Calvin | 2.7 | Prepare breakdown of historical professional fees by workstream for certain firms. |
| 30 | 1/26/2022 | Balzac Delgado, Jean | 3.4 | Continue to prepare analysis of historical professional fees and key workstreams for certain firms. |
| 30 | 1/26/2022 | Bromberg, Brian | 2.4 | Review historical fee analysis to provide comments to team. |
| 30 | 1/26/2022 | Kurtz, Emma | 1.4 | Continue to prepare analysis of professional fees across various workstreams per request from Counsel. |
| 30 | 1/26/2022 | Kurtz, Emma | 3.1 | Review draft analysis of historical case cost across workstreams to prepare revisions. |
| 30 | 1/26/2022 | Kurtz, Emma | 2.4 | Continue to review draft analysis of historical case cost across workstreams to prepare revisions. |
| 30 | 1/26/2022 | Kurtz, Emma | 0.9 | Prepare updates to analysis of historical cost of case to reflect internal comments. |
| 30 | 1/27/2022 | Bromberg, Brian | 1.8 | Provide comments to team re: historical fee analysis. |
| 30 | 1/27/2022 | Bromberg, Brian | 0.9 | Review list of requested business actions to provide comments. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2022 TO JANUARY 31, 2022**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 30 | 1/27/2022 | Bromberg, Brian | 1.4 | Finalize historical fee analysis and cover letter. |
| 30 | 1/27/2022 | Diaz, Matthew | 0.9 | Review historical professional fee analysis. |
| 30 | 1/27/2022 | Kurtz, Emma | 3.1 | Prepare summary analysis of historical professional fees and key workstreams to present to Counsel. |
| 30 | 1/27/2022 | Kurtz, Emma | 2.9 | Prepare revisions to summary analysis of historical cost of case per internal comments. |
| 30 | 1/28/2022 | Bromberg, Brian | 1.6 | Finalize draft cover letter for historical fees analysis, with a focus on key conclusions. |
| 30 | 1/28/2022 | Bromberg, Brian | 0.8 | Attend call with counsel to discuss proposed business actions. |
| 30 | 1/28/2022 | Bromberg, Brian | 0.9 | Review draft list of proposed business actions and professional fees analysis to prepare for call with counsel. |
| 30 | 1/28/2022 | Diaz, Matthew | 0.5 | Participate in call with counsel on proposed business actions and professional fees analysis. |
| 30 | 1/28/2022 | Kurtz, Emma | 1.1 | Prepare revisions to summary slides re: historical professional fees and cost of key workstreams. |
| 30 | 1/28/2022 | Kurtz, Emma | 1.0 | Attend call with HL and Counsel to discuss business plan items and professional fees analysis. |
| **30 Total** | | | **58.2** | |
| **Grand Total** | | | **381.8** | |