UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re:                              :        Chapter 11
                                    :
PURDUE PHARMA L.P., *et al.*,       :        Case No. 19-23649 (RDD)
                                    :
                    Debtors.[1]     :        (Jointly Administered)
                                    :

------------------------------------------------------------ x

## STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES
## OF PJT PARTNERS LP FOR THE PERIOD OF
## JANUARY 1, 2022 THROUGH JANUARY 31, 2022

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of January 1, 2022 through January 31, 2022 (the "Twenty-Fifth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined).  In support of this Monthly Fee Statement, PJT states as follows:

### I. Background

1.    On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2.    On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.    On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.    On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5.    For the Twenty-Fifth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,000.00 (representing 80% of the total amount of monthly fees earned by PJT during the Twenty-Fifth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Twenty-Fifth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in

connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Twenty-Fifth Compensation Period but not included herein.

6.  An invoice detailing the monthly fees earned by PJT during the Twenty-Fifth Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned and out-of-pocket expenses incurred during the Twenty-Fifth Compensation Period is outlined below:

| Twenty-Fifth Compensation Period | Monthly Fee | Holdback @ 20% | Amount Due |
|---|---|---|---|
| January 1 - 31, 2022 | $225,000.00 | ($45,000.00) | **$180,000.00** |

7.  The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.  PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 199.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Twenty-Fifth Compensation Period are provided in <u>Appendix B</u>. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | January 2022 |
|---|---|
| Jamie O'Connell | 17.0 |
| Joe Turner | 33.5 |
| Tom Melvin | 91.5 |
| Jovana Arsic | 18.0 |
| Lukas Schwarzmann | 39.0 |
| **Total Hours** | **199.0** |

### III. <u>Requested Relief</u>

8.    Pursuant to the Retention Order and the Procedures Order, with respect to PJT's monthly fees in the amount of $225,000.00 earned during the Twenty-Fifth Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| **Total Amount Due** | **$180,000.00** |

Dated: February 28, 2022                PJT PARTNERS LP

By: */s/ John James O'Connell III*
                    John James O'Connell III
                    Partner
                    280 Park Avenue
                    New York, NY 10017
                    (212) 364-7800

**APPENDIX A**

## PJT Partners

PJT

February 23, 2022

Terrence Ronan
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---|
| Monthly Fee for the period of January 1, 2022 through January 31, 2022: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |
| **Total Amount Due**[1] | $ | **180,000.00** |

**Invoice No. 10020089**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 17.0 |
| Joe Turner | Managing Director | 33.5 |
| Tom Melvin | Vice President | 91.5 |
| Jovana Arsic | Vice President | 18.0 |
| Lukas Schwarzmann | Analyst | 39.0 |
| | **Total** | **199.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 01/03/22 | 0.5 | Internal team call regarding various matters |
| Jamie O'Connell | 01/06/22 | 1.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 01/07/22 | 0.5 | Call with management regarding various matters |
| Jamie O'Connell | 01/10/22 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 01/10/22 | 1.0 | Call with management regarding various matters |
| Jamie O'Connell | 01/11/22 | 1.0 | Special Committee call |
| Jamie O'Connell | 01/13/22 | 1.0 | Weekly update call with management and advisors |
| Jamie O'Connell | 01/18/22 | 0.5 | Call regarding various matters |
| Jamie O'Connell | 01/18/22 | 1.0 | Internal team call regarding financial analyses |
| Jamie O'Connell | 01/19/22 | 0.5 | Internal team call regarding financial analyses |
| Jamie O'Connell | 01/20/22 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 01/21/22 | 4.0 | Board call |
| Jamie O'Connell | 01/24/22 | 0.5 | Call regarding financial analysis |
| Jamie O'Connell | 01/25/22 | 0.5 | Call regarding financial analysis |
| Jamie O'Connell | 01/25/22 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 01/27/22 | 0.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 01/27/22 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 01/29/22 | 0.5 | Call regarding financial analysis |
| Jamie O'Connell | 01/31/22 | 0.5 | Internal team call regarding various matters |
| Jamie O'Connell | 01/31/22 | 1.0 | Special Committee call |
| | | **17.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 01/03/22 | 0.5 | Internal team call regarding various matters |
| Joe Turner | 01/05/22 | 0.5 | Emails and communications on various items |
| Joe Turner | 01/05/22 | 2.0 | Review of various financial analyses |
| Joe Turner | 01/06/22 | 1.5 | Weekly update call with management and advisors |
| Joe Turner | 01/07/22 | 0.5 | Call with management regarding various matters |
| Joe Turner | 01/10/22 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 01/10/22 | 1.0 | Call with management regarding various matters |
| Joe Turner | 01/11/22 | 1.0 | Special Committee call |
| Joe Turner | 01/13/22 | 1.0 | Weekly update call with management and advisors |
| Joe Turner | 01/18/22 | 0.5 | Call regarding various matters |
| Joe Turner | 01/18/22 | 2.5 | Review of various financial analyses |
| Joe Turner | 01/18/22 | 2.5 | Board presentation preparation |
| Joe Turner | 01/18/22 | 1.0 | Internal team call regarding financial analyses |
| Joe Turner | 01/19/22 | 0.5 | Internal team call regarding financial analyses |
| Joe Turner | 01/19/22 | 3.0 | Review of various financial analyses |
| Joe Turner | 01/20/22 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 01/20/22 | 1.5 | Prep for Board call |
| Joe Turner | 01/20/22 | 0.5 | Review of various financial analyses |
| Joe Turner | 01/20/22 | 1.0 | Weekly update call with management and advisors |
| Joe Turner | 01/21/22 | 6.0 | Board call (inc. prep) |
| Joe Turner | 01/24/22 | 0.5 | Call regarding financial analysis |
| Joe Turner | 01/25/22 | 0.5 | Call regarding financial analysis |
| Joe Turner | 01/25/22 | 0.5 | Emails and communications on various items |
| Joe Turner | 01/25/22 | 0.5 | Review and comment on draft fee statement |
| Joe Turner | 01/26/22 | 0.5 | Emails and communications on various items |
| Joe Turner | 01/27/22 | 0.5 | Weekly update call with management and advisors |
| Joe Turner | 01/27/22 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 01/29/22 | 0.5 | Call regarding financial analysis |
| Joe Turner | 01/31/22 | 0.5 | Internal team call regarding various matters |
| Joe Turner | 01/31/22 | 1.0 | Special Committee call |
| | | **33.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 01/02/22 | 1.0 | Review of creditor advisor diligence requests |
| Thomas Melvin | 01/02/22 | 1.0 | E-mail correspondence with AlixPartners and internal team regarding upcoming meeting |
| Thomas Melvin | 01/03/22 | 0.5 | Call with AlixPartners and creditor advisors regarding business development opportunity |
| Thomas Melvin | 01/03/22 | 2.5 | Review of creditor advisor diligence requests and draft responses |
| Thomas Melvin | 01/03/22 | 1.0 | E-mail correspondence with creditor advisors and Company management regarding upcoming meeting |
| Thomas Melvin | 01/03/22 | 1.0 | Review of requests from Company management |
| Thomas Melvin | 01/04/22 | 1.0 | Call with Company management and AlixPartners regarding creditor advisor diligence requests |
| Thomas Melvin | 01/04/22 | 2.5 | Coordination related to upcoming Management meeting with creditor financial advisors |
| Thomas Melvin | 01/04/22 | 1.5 | Review of creditor advisor diligence requests and draft responses |
| Thomas Melvin | 01/05/22 | 0.5 | Call with AlixPartners and DPW regarding upcoming meetings |
| Thomas Melvin | 01/05/22 | 0.5 | Call with Company management to discuss creditor advisor diligence requests |
| Thomas Melvin | 01/05/22 | 1.0 | Coordination related to upcoming Management meeting with creditor financial advisors |
| Thomas Melvin | 01/05/22 | 2.0 | Review of creditor advisor diligence requests and draft responses |
| Thomas Melvin | 01/05/22 | 2.0 | Preparation and review of analysis related to questions from directors |
| Thomas Melvin | 01/06/22 | 1.0 | Weekly call with Company management and debtor advisors |
| Thomas Melvin | 01/06/22 | 2.5 | Review of creditor advisor diligence requests and draft responses |
| Thomas Melvin | 01/06/22 | 1.0 | E-mail correspondence with Company management and creditor financial advisors related to diligence requests |
| Thomas Melvin | 01/07/22 | 1.0 | Coordination related to upcoming Management meeting with creditor financial advisors |
| Thomas Melvin | 01/07/22 | 1.5 | Call with Company management and creditor financial advisors to walk through presentation |
| Thomas Melvin | 01/07/22 | 0.5 | Call with creditor financial advisors to discuss management meeting and diligence requests |
| Thomas Melvin | 01/07/22 | 1.0 | Review of creditor advisor diligence requests and draft responses |
| Thomas Melvin | 01/08/22 | 1.0 | Review of creditor advisor diligence requests and draft responses |
| Thomas Melvin | 01/10/22 | 1.5 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/10/22 | 0.5 | E-mail correspondence with Company management related to diligence requests |
| Thomas Melvin | 01/11/22 | 1.0 | Attended Special Committee meeting |
| Thomas Melvin | 01/11/22 | 1.0 | Call with Company management to discuss creditor advisor diligence requests |
| Thomas Melvin | 01/11/22 | 2.5 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/11/22 | 1.0 | Preparation and review of analysis related to questions from directors |
| Thomas Melvin | 01/11/22 | 0.5 | E-mail correspondence with Company management and creditor advisors related to diligence requests |
| Thomas Melvin | 01/12/22 | 1.0 | Call with internal team regarding financial analysis |
| Thomas Melvin | 01/12/22 | 0.5 | Call with internal team regarding creditor advisor diligence requests |
| Thomas Melvin | 01/12/22 | 0.5 | Call with creditor financial advisor to discuss diligence requests and responses |
| Thomas Melvin | 01/12/22 | 1.0 | Review of creditor advisor diligence requests and draft responses |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 01/12/22 | 1.0 | Preparation and review of analysis related to questions from directors |
| Thomas Melvin | 01/12/22 | 0.5 | Prepare and review agenda for weekly call |
| Thomas Melvin | 01/13/22 | 1.0 | Weekly call with Company management and debtor advisors |
| Thomas Melvin | 01/13/22 | 0.5 | Call with AlixPartners to discuss financial analysis |
| Thomas Melvin | 01/13/22 | 1.5 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/13/22 | 0.5 | Call with AlixPartners related to diligence requests |
| Thomas Melvin | 01/14/22 | 1.5 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/15/22 | 1.0 | Review of AlixPartners analysis |
| Thomas Melvin | 01/16/22 | 0.5 | Call with internal team regarding various analyses |
| Thomas Melvin | 01/17/22 | 0.5 | Call with AlixPartners and Company management related to financial analyses |
| Thomas Melvin | 01/17/22 | 1.5 | Review of DPW and AlixPartners analyses |
| Thomas Melvin | 01/17/22 | 1.5 | Preparation and review of analysis related to questions from directors |
| Thomas Melvin | 01/18/22 | 1.0 | Call with internal team regarding various analyses and upcoming meetings |
| Thomas Melvin | 01/18/22 | 2.5 | Preparation and review of analysis related to questions from directors |
| Thomas Melvin | 01/18/22 | 1.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/19/22 | 1.0 | Call with internal team regarding various analyses and upcoming meetings |
| Thomas Melvin | 01/19/22 | 1.5 | Call with AlixPartners, DPW and Company management regarding various matters |
| Thomas Melvin | 01/19/22 | 2.0 | Review analyses form AlixPartners and DPW |
| Thomas Melvin | 01/19/22 | 1.5 | Preparation and review of analysis related to questions from directors |
| Thomas Melvin | 01/19/22 | 1.0 | E-mail correspondence with internal team, AlixPartners and DPW related to presentation drafts |
| Thomas Melvin | 01/19/22 | 1.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/20/22 | 2.5 | Preparation and review of analysis related to questions from directors |
| Thomas Melvin | 01/21/22 | 4.0 | Attended Board meeting |
| Thomas Melvin | 01/21/22 | 1.0 | Preparation and review of analysis related to questions from directors |
| Thomas Melvin | 01/22/22 | 0.5 | Call with internal team regarding financial analysis |
| Thomas Melvin | 01/23/22 | 1.0 | E-mail correspondence with creditor advisors and Company management regarding diligence request |
| Thomas Melvin | 01/24/22 | 0.5 | Call with internal team regarding creditor advisor diligence requests |
| Thomas Melvin | 01/25/22 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/25/22 | 0.5 | E-mail correspondence with AlixPartners regarding creditor diligence requests |
| Thomas Melvin | 01/26/22 | 1.0 | Prepare and review analysis responsive to DPW request |
| Thomas Melvin | 01/26/22 | 1.0 | Review AlixPartners analysis |
| Thomas Melvin | 01/26/22 | 1.0 | Preparation and review of analysis related to questions from directors |
| Thomas Melvin | 01/26/22 | 2.5 | Prepare and review responses to creditor financial advisor diligence requests |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 01/26/22 | 1.5 | E-mail correspondence with DPW and Company management related to various matters |
| Thomas Melvin | 01/26/22 | 0.5 | Prepare and review agenda for weekly call |
| Thomas Melvin | 01/27/22 | 1.0 | Weekly call with Company management and debtor advisors |
| Thomas Melvin | 01/27/22 | 1.5 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/28/22 | 1.0 | Preparation and review of analysis related to questions from directors |
| Thomas Melvin | 01/28/22 | 1.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/31/22 | 0.5 | Call with internal team regarding various matters |
| Thomas Melvin | 01/31/22 | 1.0 | Attended Special Committee meeting |
| Thomas Melvin | 01/31/22 | 1.5 | Review of business development opportunity |
| Thomas Melvin | 01/31/22 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| | | **91.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 01/03/22 | 0.5 | Call with management regarding various matters |
| Jovana Arsic | 01/04/22 | 0.5 | Call with management regarding various matters |
| Jovana Arsic | 01/06/22 | 1.0 | Weekly call with management and other advisors |
| Jovana Arsic | 01/07/22 | 1.0 | Call with management regarding various matters |
| Jovana Arsic | 01/12/22 | 1.0 | Dialed in to court hearing |
| Jovana Arsic | 01/13/22 | 1.0 | Weekly call with management and other advisors |
| Jovana Arsic | 01/17/22 | 3.0 | Preparation and review  of materials |
| Jovana Arsic | 01/18/22 | 3.0 | Preparation and review  of materials |
| Jovana Arsic | 01/19/22 | 2.0 | Preparation and review  of materials |
| Jovana Arsic | 01/19/22 | 2.0 | Call with management and other advisors |
| Jovana Arsic | 01/20/22 | 1.0 | Preparation and review  of materials |
| Jovana Arsic | 01/24/22 | 1.0 | Preparation and review  of materials |
| Jovana Arsic | 01/27/22 | 0.5 | Weekly call with management and other advisors |
| Jovana Arsic | 01/30/22 | 0.5 | Internal team call regarding various matters |
| | | **18.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 01/04/22 | 0.5 | Call with management regarding various matters |
| Lukas Schwarzmann | 01/06/22 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 01/06/22 | 1.5 | Biweekly call |
| Lukas Schwarzmann | 01/07/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 01/07/22 | 1.0 | Call with management regarding various matters |
| Lukas Schwarzmann | 01/10/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 01/11/22 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 01/11/22 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 01/12/22 | 0.5 | Internal discussion |
| Lukas Schwarzmann | 01/12/22 | 0.5 | Call with management regarding various matters |
| Lukas Schwarzmann | 01/12/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 01/13/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 01/13/22 | 1.0 | Biweekly call |
| Lukas Schwarzmann | 01/14/22 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 01/15/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 01/16/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 01/17/22 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 01/17/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 01/18/22 | 1.0 | Financial analysis |
| Lukas Schwarzmann | 01/19/22 | 0.5 | Call with management regarding various matters |
| Lukas Schwarzmann | 01/19/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 01/20/22 | 1.0 | Biweekly call |
| Lukas Schwarzmann | 01/20/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 01/24/22 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 01/27/22 | 1.0 | Biweekly call |
| Lukas Schwarzmann | 01/31/22 | 0.5 | Internal discussion |
| | | **39.0** | |