**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. [1] | (Jointly Administered) |

## COMBINED MONTHLY FEE STATEMENT OF PRIME CLERK LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM NOVEMBER 1, 2021 THROUGH JANUARY 31, 2022

By this combined monthly fee statement (the "**Statement**"), pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**"), Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to the above captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby seeks compensation and reimbursement for reasonable and necessary fees and expenses incurred for the period from November 1, 2021 through January 31, 2022[2] (the "**Statement Period**"). In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Compensation**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Prime Clerk did not incur any fees or expenses in its capacity as administrative advisor to the Debtors during the month of December 2021.

**Order**"), Prime Clerk seeks (i) allowance of reasonable and necessary fees incurred during the Statement Period in an amount equal to $20,002.51 and payment of $16,002.01, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in an amount equal to $0.00.  In support of the Statement, Prime Clerk respectfully represents as follows:

| | |
|---|---|
| Name of Professional: | Prime Clerk LLC |
| Authorized to Provide Administrative Advisor Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 21, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for which compensation and reimbursement is sought: | November 1, 2021 through January 31, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | $20,002.51[3] |
| 80% of compensation sought as actual, reasonable and necessary: | $16,002.01 |
| Amount of expense reimbursement sought as actual, reasonable and necessary | $0.00 |
| **Total amount to be paid at this time:** | **$16,002.01** |

---

[3] In accordance with the Compensation Order, at the expiration of the Objection Deadline (as defined in the Compensation Order), the Debtors are authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Statement to which no Objection (as defined in the Compensation Order) has been served.

### Prior Monthly Fee Statements

| Date Filed; ECF No. | Period Covered | Fees | Expenses | Fees | Expenses | Holdback (20%) |
|---|---|---|---|---|---|---|
| 3/1/21; ECF No. 2431 | 2/1/20 – 2/29/20; 8/1/20 – 8/31/20; 12/1/20 – 1/31/21 | $16,432.25 | $0.00 | $16,432.25 | $0.00 | N/A |
| 3/30/21; ECF No. 2575 | 2/1/21 – 2/28/21 | $31,671.25 | $0.00 | $31,671.25 | $0.00 | N/A |
| 4/30/21; ECF No. 2785 | 3/1/21 – 3/31/21 | $50,324.80 | $0.00 | $50,324.80 | $0.00 | N/A |
| 5/28/21; ECF No. 2955 | 4/1/21 – 4/30/21 | $63,523.24 | $0.00 | $63,523.24 | $0.00 | N/A |
| 6/30/21; ECF No. 3089 | 5/1/21 – 5/31/21 | $27,708.68 | $70.00 | $27,708.68 | $70.00 | N/A |
| 7/30/21; ECF No. 3345 | 6/1/21 – 6/30/21 | $88,028.69 | $70.00 | $86,528.69 | $70.00 | N/A |
| 8/27/21; ECF No. 3687 | 7/1/21 – 7/31/21 | $491,220.63 | $203.50 | $491,220.63 | $203.50 | N/A |
| 9/30/21; ECF No. 3850 | 8/1/21 – 8/31/21 | $41,738.33 | $0.00 | $41,738.33 | $0.00 | N/A |
| 10/29/21; ECF No. 4041 | 9/1/21- 9/30/21 | $2,385.28 | $0.00 | $2,385.28 | $0.00 | N/A |
| 11/30/21; ECF No. 4184 | 10/1/21- 10/30/21 | $1,590.29 (payment of 80% or $1,272.23) | $0.00 | $1,272.23 (80% of $1,590.29) | $0.00 | $318.06 |

### Prior Interim Fee Application

| Date Filed; ECF No. | Period Covered | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| 3/15/21; ECF No. 2482 | 2/1/20 – 1/31/21 | $16,432.25 | $0.00 | $16,432.25 | $0.00 |
| 7/15/21; ECF No. 3196 | 2/1/21 – 5/31/21 | $173,227.97 | $70.00 | $173,227.97 | $70.00 |
| 11/15/21; ECF No. 4115 | 6/1/21 – 9/30/21 | $623,372.93 | $273.50 | $621,872.93 | $273.50 |

### Summary of Hours Billed by Prime Clerk Employees During the Statement Period

| Employee Name | Title | Total Hours | Rate[4] | Total |
|---|---|---|---|---|
| Orchowski, Alex T | Director of Solicitation | 5.40 | $243.00 | $1,312.20 |
| Usitalo, Eric | Director | 2.90 | $225.60 | $654.24 |
| Brunswick, Gabriel | Director | 2.80 | $214.90 | $601.72 |
| Vyskocil, Ryan J | Solicitation Consultant | 16.50 | $219.80 | $3,626.70 |
| Ashley, Jeanette | Senior Consultant | 2.40 | $190.80 | $457.92 |
| Davis, Candace L | Senior Consultant | 2.00 | $190.80 | $381.60 |
| Ingenito, Eleni | Senior Consultant | 0.70 | $190.80 | $133.56 |
| Nikelsberg, Ira | Senior Consultant | 23.00 | $190.80 | $4,388.40 |
| Breines, Lauren N | Senior Consultant | 0.80 | $179.30 | $143.44 |
| Ahuja, Prashant | Consultant | 7.00 | $173.50 | $1,214.50 |
| Schudro, Aleksey | Consultant | 1.80 | $173.50 | $312.30 |
| Kail, John C | Consultant | 10.70 | $167.70 | $1,794.39 |
| Chan, Andrew Q | Consultant | 0.20 | $165.30 | $33.06 |
| Gabriel, Ben | Consultant | 1.00 | $159.80 | $159.80 |
| Ahmad, Nabeela | Consultant | 6.70 | $150.40 | $1,007.68 |
| Dasan, Anisha | Consultant | 8.20 | $150.40 | $1,233.28 |
| Doshi, Vatsal | Consultant | 6.00 | $150.40 | $902.40 |
| Gauniyal, Paroksha | Consultant | 5.00 | $150.40 | $752.00 |
| Khan, Samreen | Consultant | 8.20 | $150.40 | $1,233.28 |
| King, Nicolette | Consultant | 9.40 | $150.40 | $1,413.76 |
| Sugarman, Jason | Consultant | 3.70 | $126.70 | $468.79 |
| | **TOTAL** | **124.40** | | **$22,225.02**[5] |
| | **BLENDED RATE** | | **$178.66** | |

### Summary of Fees Billed by Subject Matter During the Statement Period

| Matter Description | Total Hours | Total |
|---|---|---|
| Ballots | 3.90 | $501.85 |
| Call Center / Credit Inquiry | 0.60 | $145.80 |
| Retention / Fee Application | 3.80 | $761.52 |
| Solicitation | 116.10 | $20,815.85 |
| **TOTAL** | **124.40** | **$22,225.02**[6] |

---

[4] Prime Clerk's hourly rates increased effective January 1, 2022 in accordance with the terms of Prime Clerk's engagement. Accordingly, certain Prime Clerk employees appear in this chart under both their current and former hourly rates, as applicable.

[5, 5] This amount has been discounted to $20,002.51 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $160.79.

**Summary of Expenses Incurred by Prime Clerk Employee During the Statement Period**

| Description | Total |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

*[Remainder of page intentionally left blank]*

## Jurisdiction

1.      The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference of the United States District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.).  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.  The predicates for the relief requested herein are sections 327, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and the Local Bankruptcy Rules.

## Background

2.      On September 15 and September 16, 2019 (together, the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.  The Debtors continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code.  Joint administration of the Debtors' cases was authorized by the Court by entry of an order on September 18, 2019.  On September 27, 2019, the Office of the United States Trustee for the Southern District of New York appointed an Official Committee of Unsecured Creditors to serve in these chapter 11 cases.

## Retention of Prime Clerk

3.      On November 21, 2019, the Court entered the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 531] (the "**Administrative Advisor Order**"), which authorized the Debtors to employ and retain Prime Clerk as administrative advisor *nunc pro tunc* to the Petition Date.

**Relief Requested**

4.      Prime Clerk submits this combined Statement in accordance with the Compensation Order.  All services for which Prime Clerk requests compensation were performed for, or on behalf of, the Debtors.

5.      Prime Clerk seeks (a) allowance of reasonable and necessary fees incurred during the Statement Period in the total amount of $20,002.51 and payment of $16,002.01, which represents 80% of the total amount, and (b) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $0.00.

6.      Prime Clerk maintains computerized records of the time spent by employees of Prime Clerk in connection with its role as administrative agent to the Debtors.  In that regard, **Exhibit A**: (a) identifies the employee that rendered services in each task category; (b) describes each service such employee performed; (c) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing services; and (d) as applicable, sets forth the type of expenses incurred.  **Exhibit B** hereto sets forth the type of expenses incurred by each Prime Clerk employee during the Statement Period, if any.  In addition, Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its employees and cover routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned and are subject to periodic adjustments to reflect economic and other conditions.

7.      In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the rates charged for such services, (d) the nature and extent of the services rendered, (e) the value of such services and (f) the costs of comparable services other than in a case under this title.

**Notice**

8.      Pursuant to the Compensation Order, this Statement will be served upon the Notice Parties (as defined in the Compensation Order).   Prime Clerk submits, in light of the relief requested, no other or further notice is necessary.

**Conclusion**

9.      WHEREFORE, pursuant to the Compensation Order, Prime Clerk respectfully requests (i) allowance of reasonable and necessary fees for the Statement Period in the total amount of $20,002.51 and payment of $16,002.01, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $0.00.

Dated:  February 28, 2022
        New York, New York                    Prime Clerk LLC


                                              */s/ Shira D. Weiner*
                                              Shira D. Weiner
                                              General Counsel
                                              850 Third Avenue
                                              Suite 412
                                              Brooklyn, NY 11232
                                              Telephone: (212) 257-5450
                                              Email: sweiner@primeclerk.com

                                              *Administrative Advisor to the Debtors*

**<u>Exhibit A</u>**

**Fee Detail**



**Hourly Fees by Employee through November  2021**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---:|---:|---:|
| JSU | Sugarman, Jason | CO - Consultant | 3.70 | $126.70 | $468.79 |
| BG | Gabriel, Ben | CO - Consultant | 1.00 | $159.80 | $159.80 |
| AQC | Chan, Andrew Q | CO - Consultant | 0.20 | $165.30 | $33.06 |
| GB | Brunswick, Gabriel | DI  - Director | 2.80 | $214.90 | $601.72 |
| | | **TOTAL:** | **7.70** | | **$1,263.37** |

**Hourly Fees by Task Code through November  2021**

| Task Code | Task Code Description | Hours | Total |
|---|---|---:|---:|
| BALL | Ballots | 3.90 | $501.85 |
| RETN | Retention / Fee Application | 3.80 | $761.52 |
| | **TOTAL:** | **7.70** | **$1,263.37** |

Purdue Pharma                                                                                            Page 2
                                                                                          Invoice #: 17031

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 11/02/21 | GB | DI | Draft interim fee application | Retention / Fee Application | 1.20 |
| 11/03/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 11/05/21 | GB | DI | Draft interim fee application | Retention / Fee Application | 1.10 |
| 11/05/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 11/08/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 11/09/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 11/10/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 11/11/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 11/15/21 | BG | CO | Review and file interim fee application | Retention / Fee Application | 1.00 |
| 11/15/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 11/18/21 | AQC | CO | Input incoming late ballot information into voting database | Ballots | 0.20 |
| 11/18/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 11/19/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.20 |
| 11/22/21 | GB | DI | Draft monthly fee statement | Retention / Fee Application | 0.50 |
| 11/22/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.20 |
| 11/23/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 11/26/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |
| 11/29/21 | JSU | CO | Input incoming late ballot information into voting database | Ballots | 0.30 |

**Total Hours**     **7.70**



**Hourly Fees by Employee through January  2022**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| NA | Ahmad, Nabeela | CO - Consultant | 6.70 | $150.40 | $1,007.68 |
| ANDA | Dasan, Anisha | CO - Consultant | 8.20 | $150.40 | $1,233.28 |
| VDO | Doshi, Vatsal | CO - Consultant | 6.00 | $150.40 | $902.40 |
| PGA | Gauniyal, Paroksha | CO - Consultant | 5.00 | $150.40 | $752.00 |
| SAKH | Khan, Samreen | CO - Consultant | 8.20 | $150.40 | $1,233.28 |
| NK | King, Nicolette | CO - Consultant | 9.40 | $150.40 | $1,413.76 |
| JCK | Kail, John C | CO - Consultant | 10.70 | $167.70 | $1,794.39 |
| PAH | Ahuja, Prashant | CO - Consultant | 7.00 | $173.50 | $1,214.50 |
| AS | Schudro, Aleksey | CO - Consultant | 1.80 | $173.50 | $312.30 |
| LNB | Breines, Lauren N | SC - Senior Consultant | 0.80 | $179.30 | $143.44 |
| JEA | Ashley, Jeanette | SC - Senior Consultant | 2.40 | $190.80 | $457.92 |
| CLD | Davis, Candace L | SC - Senior Consultant | 2.00 | $190.80 | $381.60 |
| EIN | Ingenito, Eleni | SC - Senior Consultant | 0.70 | $190.80 | $133.56 |
| IN | Nikelsberg, Ira | SC - Senior Consultant | 23.00 | $190.80 | $4,388.40 |
| RJV | Vyskocil, Ryan J | SA - Solicitation Consultant | 16.50 | $219.80 | $3,626.70 |
| EU | Usitalo, Eric | DI - Director | 2.90 | $225.60 | $654.24 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 5.40 | $243.00 | $1,312.20 |
| | | **TOTAL:** | **116.70** | | **$20,961.65** |

**Hourly Fees by Task Code through January  2022**

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| INQR | Call Center / Credit Inquiry | 0.60 | $145.80 |
| SOLI | Solicitation | 116.10 | $20,815.85 |
| | **TOTAL:** | **116.70** | **$20,961.65** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 01/05/22 | ATO | DS | Review responses to inquiries from J. Knudson (Davis Polk) related to solicitation | Solicitation | 0.50 |
| 01/05/22 | RJV | SA | Review and respond to inquiries from D. Consla (DPW) related to re-solicitation | Solicitation | 1.30 |
| 01/06/22 | ATO | DS | Confer with R. Vyskocil (Prime Clerk) regarding solicitation and voting results | Solicitation | 0.40 |
| 01/06/22 | ATO | DS | Telephone conference with C. Johnson and R. Vyskocil (Prime Clerk) related to re-solicitation | Solicitation | 0.30 |
| 01/06/22 | ATO | DS | Review responses to inquiries from J. Knudson (Davis Polk) related to solicitation | Solicitation | 0.50 |
| 01/06/22 | ATO | DS | Respond to inquiries from J. Knudson (Davis Polk) related to solicitation | Solicitation | 0.50 |
| 01/06/22 | EU | DI | Manage and coordinate preparation of analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.50 |
| 01/06/22 | IN | SC | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 1.40 |
| 01/06/22 | RJV | SA | Review and respond to inquiries from D. Consla (DPW) related to re-solicitation | Solicitation | 1.00 |
| 01/06/22 | RJV | SA | Review and respond to inquiries from J. Knudson (DPW) related to Class 4 voting results | Solicitation | 1.80 |
| 01/07/22 | ATO | DS | Telephone conference with D. Consla (Davis Polk) related to solicitation | Solicitation | 0.50 |
| 01/07/22 | CLD | SC | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 1.50 |
| 01/07/22 | EIN | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, J. Kail and  E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/07/22 | EU | DI | Meet and confer with A. Orchowski, M. Dubin, G. Brunswick, H. Baer, I. Nikelsberg, R. Yyskocil (Prime Clerk), J. Swanner (Davis Polk) and J. McClammy (Davis Polk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.50 |
| 01/07/22 | EU | DI | Meet and confer with J. Ashley, C. Davis A. Jaffar, T. Floyd, C. Pagan (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.10 |
| 01/07/22 | EU | DI | Meet and confer with I. Nikelsberg, J. Ashley, L. Breines, J. Kail, C. Davis and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.30 |
| 01/07/22 | IN | SC | Meet and confer with E. Usitalo, L. Breines, A. Schudro, J. Kail and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.30 |
| 01/07/22 | IN | SC | Prepare analysis of Class 4 voting results for circulation to | Solicitation | 6.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | | case professionals | | |
| 01/07/22 | JCK | CO | Analyze Class 4 voting results for circulation to case professionals | Solicitation | 4.00 |
| 01/07/22 | JEA | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, J. Kail, E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals; cooridinate analysis of Class 4 voting results for circulation to case professionals | Solicitation | 1.30 |
| 01/07/22 | LNB | SC | Meet and confer with E. Usitalo, I. Nikelsberg, A. Schudro, J. Kail and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.30 |
| 01/07/22 | NA | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 2.80 |
| 01/07/22 | NK | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 3.00 |
| 01/07/22 | RJV | SA | Review and respond to inquiries from J. Knudson (DPW) related to Class 4 votes received | Solicitation | 2.10 |
| 01/07/22 | RJV | SA | Prepare for and participate in telephone conference with H. Baer, E. Usitalo, R. Nikelsberg, A. Orchowski (Prime Clerk), D. Consla and J. Knudson (DPW) re class 4 state by state vote analysis | Solicitation | 0.50 |
| 01/07/22 | RJV | SA | Review and respond to inquiries from D. Consla (DPW) related to re-solicitaiton cost estimates | Solicitation | 1.50 |
| 01/08/22 | JCK | CO | Analyze Class 4 voting results for circulation to case professionals | Solicitation | 4.00 |
| 01/08/22 | NK | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 2.00 |
| 01/09/22 | JEA | SC | Coordinate analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.50 |
| 01/09/22 | NA | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 2.00 |
| 01/10/22 | ANDA | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 3.60 |
| 01/10/22 | AS | CO | Meet and confer with E. Usitalo,  I. Nikelsberg, L. Ashley, L. Breines, E. Ingenito and J. Kail (Prime Clerk) re analysis of Class 4 voting results for circulation to case | Solicitation | 0.20 |
| 01/10/22 | ATO | DS | Review responses to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 0.90 |
| 01/10/22 | ATO | DS | Review responses to inquiries from J. Swanner (Davis Polk) related to solicitation | Solicitation | 0.40 |
| 01/10/22 | CLD | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, J. Kail, E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/10/22 | EIN | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, J. Kail and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/10/22 | EU | DI | Meet and confer with I. Nikelsberg, J. Ashley, L. Breines, J. | Solicitation | 0.20 |

Purdue Pharma

| | | | | | |
|---|---|---|---|---|---|
| | | | Kail, C. Davis and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | | |
| 01/10/22 | EU | DI | Manage and coordinate preparation of analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.60 |
| 01/10/22 | IN | SC | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 6.10 |
| 01/10/22 | IN | SC | Meet and confer with E. Usitalo, L. Breines, A. Schudro, J. Kail and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/10/22 | JCK | CO | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, C. Davis and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/10/22 | JCK | CO | Analyze Class 4 voting results for circulation to case professionals | Solicitation | 1.00 |
| 01/10/22 | JEA | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, J. Kail and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals; coordinate analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.30 |
| 01/10/22 | LNB | SC | Confer and coordinate with E. Usitalo, I. Nikelsberg, J. Ashley and others (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/10/22 | NA | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 1.90 |
| 01/10/22 | PAH | CO | Prepare Analysis of Class 4 voting results for circulation to case professionals | Solicitation | 2.00 |
| 01/10/22 | RJV | SA | Review and respond to inquiries from J. Knudson (DPW) related to Class 4 Ballots received | Solicitation | 1.00 |
| 01/10/22 | SAKH | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 3.60 |
| 01/11/22 | ANDA | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 4.60 |
| 01/11/22 | AS | CO | Meet and confer with E. Usitalo, I. Nikelsberg, L. Ashley, L. Breines, E. Ingenito and J. Kail re analysis of Class 4 voting results for circulation to case | Solicitation | 0.20 |
| 01/11/22 | AS | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 1.20 |
| 01/11/22 | CLD | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, J. Kail, E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/11/22 | EIN | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, J. Kail and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/11/22 | EU | DI | Meet and confer with I. Nikelsberg, J. Ashley, L. Breines, J. Kail, C. Davis and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/11/22 | IN | SC | Meet and confer with E. Usitalo, L. Breines, A. Schudro, J. Kail and E. Ingenito (Prime Clerk) re analysis of Class 4 | Solicitation | 0.20 |

Purdue Pharma

| | | | voting results for circulation to case professionals | | |
|---|---|---|---|---|---|
| 01/11/22 | IN | SC | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 5.30 |
| 01/11/22 | JCK | CO | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, C. Davis and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.10 |
| 01/11/22 | JCK | CO | Analyze Class 4 voting results for circulation to case professionals | Solicitation | 1.00 |
| 01/11/22 | JEA | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, J. Kail and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/11/22 | LNB | SC | Confer and coordinate with E. Usitalo, I. Nikelsberg, J. Ashley and others (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.20 |
| 01/11/22 | NK | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 4.40 |
| 01/11/22 | PAH | CO | Prepare Analysis of Class 4 voting results for circulation to case professionals | Solicitation | 5.00 |
| 01/11/22 | PGA | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 5.00 |
| 01/11/22 | RJV | SA | Review and respond to inquiries from D. Consla (DPW) related to Class 4 ballots received | Solicitation | 0.50 |
| 01/11/22 | SAKH | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 4.60 |
| 01/11/22 | VDO | CO | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 6.00 |
| 01/12/22 | AS | CO | Meet and confer with E. Usitalo,  I. Nikelsberg, L. Ashley, L. Breines, E. Ingenito and J. Kail (Prime Clerk) re analysis of Class 4 voting results for circulation to case | Solicitation | 0.20 |
| 01/12/22 | ATO | DS | Review responses to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 0.40 |
| 01/12/22 | CLD | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, J. Kail, E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.10 |
| 01/12/22 | EIN | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro and J. Kail (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.10 |
| 01/12/22 | EU | DI | Manage and coordinate preparation of analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.40 |
| 01/12/22 | EU | DI | Meet and confer with I. Nikelsberg, J. Ashley, L. Breines, J. Kail, C. Davis and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.10 |
| 01/12/22 | IN | SC | Meet and confer with E. Usitalo, L. Breines, A. Schudro, J. Kail and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.10 |
| 01/12/22 | IN | SC | Prepare analysis of Class 4 voting results for circulation to case professionals | Solicitation | 2.90 |

Purdue Pharma

Page 6

Invoice #: 17492

| Date | Initials | Code | Description | Category | Hours |
|------|----------|------|-------------|----------|-------|
| 01/12/22 | JCK | CO | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, C. Davis and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.40 |
| 01/12/22 | JEA | SC | Meet and confer with E. Usitalo, I. Nikelsberg, L. Breines, A. Schudro, J. Kail and E. Ingenito (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.10 |
| 01/12/22 | LNB | SC | Confer and coordinate with E. Usitalo, I. Nikelsberg, J. Ashley and others (Prime Clerk) re analysis of Class 4 voting results for circulation to case professionals | Solicitation | 0.10 |
| 01/12/22 | RJV | SA | Review and respond to inquiries from D. Consla (DPW) related to Class 4 ballots | Solicitation | 1.50 |
| 01/13/22 | RJV | SA | Review and respond to inquiry from S. Massman (DPW) related to master ballot votes received | Solicitation | 0.80 |
| 01/16/22 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.10 |
| 01/18/22 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.50 |
| 01/25/22 | ATO | DS | Respond to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 0.40 |
| 01/25/22 | RJV | SA | Review and respond to inquiry from D. Consla (DPW) related to votes received in solicitaiton | Solicitation | 0.50 |
| 01/26/22 | RJV | SA | Review and respond to inquiries from D. Consla (DPW) related to votes received in solicitation | Solicitation | 0.50 |
| 01/27/22 | RJV | SA | Review and respond to inquiry from D. Consla (DPW) related to votes received in solicitation | Solicitation | 1.00 |
| 01/28/22 | RJV | SA | Review and respond to inquiry from D. Consla (DPW) related to votes received through solicitaiton | Solicitation | 0.50 |
| 01/31/22 | RJV | SA | Review and respond to inquiries from D. Consla (DPW) related to votes received through solicitation | Solicitation | 2.00 |

**Total Hours**    **116.70**

## **Exhibit B**

## **Detail of Expenses Incurred by Prime Clerk Employees During the Statement Period**

| Description | Total |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |