UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**MEDIATOR'S NOTICE OF EXTENSION OF MEDIATION *SINE DIE***

PLEASE TAKE NOTICE that, pursuant to paragraph 1 of the *Order Appointing the Honorable Shelley C. Chapman as Mediator*, dated January 3, 2022 [ECF No. 4260] (the "Appointment Order"), the Court appointed the Honorable Shelley C. Chapman as mediator (the "Mediator") to conduct a mediation (the "Mediation") between the Nine,[1] on the one hand, and the representatives of the Covered Parties, on the other hand (the Nine and the Covered Parties being the "Mediation Parties"), with respect to modifications of the *Twelfth Amended Chapter 11 Plan*, dated September 2, 2022 [ECF No. 3726]. On January 3, 2022, the Court entered the *Order Establishing the Terms and Conditions of Mediation Before the Honorable Shelley C. Chapman*, dated January 3, 2022 [ECF No. 4261] (the "Mediation Terms and Conditions Order"). The Mediator filed Interim Reports on January 31, 2022 [ECF No. 4316], February 8, 2022 [ECF No. 4338], and February 18, 2022 [ECF No. 4369], each requesting an extension of the Termination Date of the Mediation. By orders dated January 13, 2022 [ECF No. 4286], February 1, 2022 [ECF No. 4319], February 8, 2022 [ECF No. 4339], and February 18, 2022 [ECF No. 4370], the Court extended the Termination Date of the Mediation.

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the *Mediation Terms and Conditions Order*.

1

PLEASE TAKE FURTHER NOTICE that, pursuant to Paragraph 2 of the Mediation Terms and Conditions Order, the Mediator has determined to extend and has extended the Termination Date *sine die*.

PLEASE TAKE FURTHER NOTICE that the Mediator will file a further mediation report at the appropriate time.

Dated:   New York, New York
         March 2, 2022

/s/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN

#95489052v2