March 2, 2022

DAVIS POLK & WARDWELL LLP
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000

RE: Purdue Pharma LLP,
Case #19-23649

To Whom it May Concern,

I am writing to express my deep regret at having used somewhat inflammatory language in my previous correspondence. My "trauma self-talk" was excessive and I do not want my damaged impulse control to hinder God's purpose so I am apologizing because it is the right thing to do and the only thing for a child of God to do. I am a weakened and damaged vessel but I am a willing one who humbly asks forgiveness.

I can only pray mercy as drug overdoses leave a lasting mark. God healed my dependence to opiates but it will take the rest of my life to Recover from the damage left behind. My damaged working memory and harsh words are my shame but God can use them anyway, of that, I have no doubt. My desire is that the entirety of my life will speak Life to others, not heap fuel onto someone's else' sin.

After decades of conditioning the public to fear pain, it is cruel to leave them with few options, especially now. That is why I have previously mentioned the importance of non-pharmaceutical alternatives to be made more available for people suffering from pain, especially chronic pain, to prevent future victims of addiction to opiates or other drugs.  Improving Behavioral Health Services in my community is what I hope to help improve.  People need much more than just a prescription to overcome the types of trauma I've been through, which make them vulnerable to drug dependence. Counseling should not become a paper-pushing process for people to get their MAT drugs, like the Pain Management process became.  I saw the evolution of it myself.

Okay, so I will try not to ramble on but I would appreciate the opportunity to better share what the Lord has laid on my heart for how I would hope to use the remaining 60% of whatever you decide my sacrifice of over 15 years is worth to the Administrations of Justice. I have already determined in my heart to use 40% for my community's Recovery/RSAT program operated through our county jail and churches. Helping others escape addiction is helpful to my own recovery.

The following is part of the vision as I can see it. Again, please have Mercy. I am a damaged person just trying to be obedient to God in all my weakness.  I know there are people in my community who could do amazing things with the gifts God is giving them if they had the resources.

Background…

- Dr. Zachary Lewis and Maria Louisa Adelaide Mylliotte Ste de Croix Gernon Clopton were my 3X great grandparents. I bring them up because they established the CROTON FEMALE SEMINARY in Virginia during their time in history. The school closed during the Civil War but the spirit of their vision lives within me, for this time. I knew very little of my extended family or ancestral heritage, but I received their written genealogy as the only inheritance from my father due to suicide and divorce.  It is a legacy of Patriotism going back to the founding of this country and beyond. It is a filled with Judges, Doctors, lawyers, preachers, and people who did notable things with the gifts God gave them throughout the generations. My potential was limited by dysfunction, so I have little to offer the world but I am willing to allow God to use whatever remains to be used for His purpose because I am living on His Good Grace and I would not be here without Him.

Vision…

- I would use another 30% to help establish a facility in their honor, hopefully with help from my siblings, none of which have ever had a drug problem but they have experiences as family members.  I'd like to give long-term help to young women and their children while they recover from addiction or depression and learn proper nurturing skills and child development.
    - This can only really happen with a lot of help and collaboration but it is a vision, and I am sharing it so you will know where I am coming from and where I want to go.
- I would also like to begin a program through my church called, GRACE SPACE in honor of my grandfather, who committed suicide when my father was a child.  I know what it feels like to contemplate suicide and we have had an epidemic of it in my community and I would hope to alleviate the low self-esteem that drives people to destruction.  While I can only really share Jesus, I would hope to begin a group for the young girls within my community to gather, learn about Jesus, life skills and etiquette.  To give them the LOVE that was missing from my own life for so long so they don't have low self-esteem and become vulnerable to addiction.
- I already began a ministry over a year ago through my church to help me continue recovering by sharing and learning from others. I call it DEVOTION WITH MOTION. It is just a small group of women, using materials/training from our county extension agent's Get Fit* program. We meet twice a week and spend about 20 minutes sharing Scripture, testimonies, and prayer. We then practice relaxation breathing before and after we do 30 minutes of modifiable chair exercises. It has helped me to practice better listening skills in addition to helping me have less fear in moving as I learn Grace from the other ladies. I hope to one day have occasional visitors from the health community, such as those with exercise expertise or treating pain/stress, to come and guide us every so often if I can compensate their time. I encourage churches to start their

  - own similar groups to give isolated people in pain what they need, which is contact, movement and Jesus.  Fear is alleviated by demystification of pain, which can only be done if medical professionals get involved and actually help patients rather than fill them with chemicals.
    - I also hope to help my church to get internet service in our fellowship hall so that we can offer to facilitate a live stream ZOOM class of "Tai Chi for Arthritis and Fall Prevention."  I cannot teach anything like that but I could facilitate a group because I have been taking a zoom class for over a year through the UAMS Institute of Aging and it has helped me immensely. While I wholeheartedly support this type of thing, it really takes personal contact to help people suffering from chronic pain, depression or just isolation. County Extension offices are already in every county so they would be a great, existing structure to enhance to get help directly to rural communities, if they had more people, funding, and outreach.  I just hope that UAMS doesn't suck all of the opiate funding out of Arkansas just to build another wing in Little Rock for Behavioral Health, but rather get the help to people where they live.

- I also started a ministry whereby I make little "heirloom angels" for local funeral homes to give to families and also as little, random "Messengers of Hope."   Making and gifting them has had a tremendous impact on my recovery. I can Focus on others rather than myself and my pain. They are just little ribbon angels with a cedar head made using a bandana, shop towel or ribbon. I do not sell them; I give them away and any donations received go to my church to help purchase gift boxes for graduates of our local drug rehab program, RSAT. They include a Scripture to share HOPE. I hope to continue this effort and share it with others.

These are just my personal missions and goals to help me continue in my own recovery.  I am truly wanting to help others and I always have.  That is why I always been an outspoken advocate for children and other causes.  Drugs halted my efforts for years to help my community. I am just doing what I feel led to do under the umbrella of my church to help myself and others.

Despite my damaged mind and flawed presentation, I persevere because I have the determined will of God urging me on. I pray that Justice will truly prevail for all those affected by this crisis. But, no matter what; God is in control and I am His humbled servant.

I appreciate your consideration and again, I apologize for the previous inflammatory rhetoric.

Sincerely,


Carrie L. McGaha
Cc: Judge Drain