-----Original Message-----
From: Terri < >
Sent: Wednesday, March 02, 2022 9:41 PM
To: NYSBml_Drain's_Chambers < >
Subject: Purdue Pharma case

CAUTION - EXTERNAL:


Dear Judge Drain,

I am sorry to trouble you, your honor, but I have a concern over the current negotiations with Purdue
Pharma, and I don't know who else to express this to. It's my understanding that Purdue, the Sacklers,
have agreed to discuss the possibility of increasing the settlement amount. But it's also my
understanding that any increase that should be agreed upon would go to the states, municipalities, etc,
and would not mean anything to those of us that have lost a loved one or have suffered directly from
addiction. Which, I don't understand why any increase in the settlement would only benefit them. I
realize the importance of having programs in place for those suffering from addiction. I only wish that
there had been good rehab facilities for my son, my only child, to have been able to turn to.
Unfortunately although he had been in and out of various facilities, we found none of them were able to
do the job that was needed. I too had been on opiates for my health problems but I did get off of them
with the help of good pain management doctors that knew the way to do it, and that was a slow
process. They basically weaned me down on the fentanyl patches that I was on then switched me to a
different opiate in a low dose and kept dropping it down until I was off. I'm not saying it was easy, but
compared to what my son went through, the withdrawals, it was nothing. In addition, being around
other addicts made it that much more difficult for him. If one person in the group fell, the chances of
another falling would be greater. They tend to make friends with people in the same predicament as
them. In fact, some find ways to have the drugs brought in. My son even told me of an incident where
someone had drugs thrown over the fence to them. The rehab facilities ten years ago, were in my
opinion, in it to make money.  Period. My son had been to probably about 5 different ones, some of
them more than once or twice. Each costing a substantial amount of money out of pocket, after
insurance.  And when you did find one that was affordable, they made checking in a nightmare. I can't
tell you the hours and hours we waited at some for him to be admitted, even being the only patient
there at the time.  And the fact that he was treated so badly after check in only discouraged him
more.  That would be enough to discourage my son or any addict from seeking help.  In fact, his
insurance, which was a Medicare plan, only allowed so many days. That in itself was an obstacle when
you know deep down, it would need to be longer.   Basically what I'm saying is unless the system
changes, it will be a lost cause. Unfortunately for the people that need the help, they will continue to
suffer, along with their families, praying for a miracle. I know you don't have the ability or authority to
oversee the payouts, but between the rehab being government funded, which is basically what will
happen, and the usual routine for rehab, these future programs will fail.  By the time the money gets to
where it's suppose to be or meant to be, how much will be left for those that need it?  I don't know
what the plans are for oversight of the money that the states, etc., will receive, but it would be nice to
know that the majority of the money will go to where it's needed. In my opinion, the governments that

are seeking the money are partially to blame for this drug problem. In S. Florida, where we are from, the pill mills were on every street corner, and the lines were incredibly long outside the buildings. You would see nothing but license plates from all over the country, including Florida. And the customers would go from one pill mill to another.  Where were the officials then?  What took so long to close them down?  Unfortunately it's the ones that got addicted and their families that suffer.  And now back to my original concern….why aren't the ones that got addicted and/or their surviving families receiving any additional funds if an agreement is reached?  I don't understand that.

I want to thank you your honor, for your time to read my email. I know you're very busy and I want you to know that I truly appreciate how much you've put into this long, difficult case.  I'm sure you're looking forward to your retirement after this one.

Sincerely,

Teresa vomSaal