FOR LEGAL USE ONLY

United States Bankruptcy Court
Southern District of New York

# CHAPTE 11

| | |
|---|---|
| Creditor, Pro SE<br>v.<br>Purdue Pharma L.P. et. al,<br>debtors | CASE NO: 19-23649<br>MOTION: Extension of<br>Time "Bar Date" request |

## I
## Jurisdiction and VENUE

1. This is a chapter 11 Bankruptcy case claim in wich the creditor TrisTan K. MarTinez begs this court for his claim to be recognized as being filed timely. This court Has the authority under the federal rule of Bankruptcy Procedure 9006 (b)(1). This creditor is Requesting for what constitutes as "excusable neglect" to be aplied to his claim. This creditors Personal InJury claimant Proof of claim form (claim no: 628762) where filed by the Purdue Pharma claims Processing center (days/mo 18mos 24 da) after the July 30, 2020 Bar Date

The creditor,
Tristan K. Martinez request for the following
facts to be applied to the reasoning in
wich this Great court will be able to
make an informative and Knowledgable
decision.

## II. Facts

a. The global Pandemic has slowed and
even Halted my Life Due to the nation
wide lockdown and my ability to
communicate and correspond has become
Hindered and also come to a stand still
at times this was out of my control.

b. At the time this creditor, tried to acquir
the required claim documents, the United
States Postal Service was Lacking in funds
and due to that, the affected states
where informed mail would be Late for
outgoing and incoming, this delay transpired
at the same time and Several months Prior
to and after the courts new "Bar Date".
this was out of my control.

FOR LEGAL USE ONLY

C. I am currently Incarcerated and
have been in the Washington State Penitentiary
Since ( 5 years   ) in Washington State.
Here at the Prison, we only recieve Limited
out time a day and "no" Publications are
allowed except for U.S.A. Today etc.
and that has to be Purchased from an outside
Vender. I am an Indegent inmate So I
am unable to Purchase the Papers. So I am
ignorant to what all is transpiring in the
outside world and its ongoings. As soon
as I could I sent a request for forms to
the Purdue Pharma claims center c/o Prime
clerk. on or about the month of ( 12-10-21  )
I recieved an acknowledgevent on ( 2-02-22  )
my claim was recieved and Processed.

d. I, Tristan K. Martinez  did Attempt
to file my claim forms in the fastest
time frame Possible with reguards to
my current incarcerations and constant
State lock downs, due to the Global
Pandemic wich is completely out of my
Control.

## III  Legal claims

The Creditor, Tristan K. Martinez

FOR LEGAL USE ONLY

alleges he attempted to follow the courts
requirments and rules as best as he was
physically capable of doing in, respect to
his current incarceration.
This creditor "Acted in good faith"
(Fed rules bankr. Proc. rule 9006 (b) (I) 11
U.S.C.A. C VI 6VF (Lux) master S. a. r. l. v,
Lehman Bros. Holdings Inc. 445 B. R.
137 (S.D. N.Y. 2011).
This Creditor is the movant requesting for
the acceptance of this claims extension
of Bar Date. So this creditors claim
may be recognized as timely.
" Excusable neglect Standard that governs
a creditor's ability to file a Proof of claim
after the expiration of the claim bar date
is a Flexible one, and excusable neglect may
Include Inadvertence, mistake or careless miss,
as well as intervening circumstances beyond
the creditors control. (Fed. R. Bankr. P. 9006 (b) (I).
In re motors. Liquidation company, 576 B. R. 761
Bankr. S.D. N.Y. 2017) under the excusable neglect
Standard governing the filing of Late Proofs of claim,

Congress Plainely contemplated that courts
would be Permitted, when appropriate,

FOR LEGAL USE ONLY

To accept late filings caused by inadvertence, mistake, or carelessness, as well as by intervening circumstances beyond a party's control, (Fed. R. Bankr. P. 9006 (b). In re Energy future Holdings corp.) 619 B.R. 99 (Bankr. D. Del. 2020).

## IV  Prayer for Relief

Wherefore, crediter respectfully prays that this court enter Judgment granting the recognization of a.) Personal Injury claimant Proof of claim Form.

Dated, Respectfully submitted

## — Verification —

I Have read the foregoing and Hereby verify that the matters alleged therein are true, except as to the matters alleged on information and belief, and, as to those, I believe them to be true. I Certify under the Penalty of Perjury that the foregoing is true and correct.

Executated at

City, walla walla State, washington

date,

Signature:

Print: Tristan Martinez

FOR LEGAL USE ONLY

Tristan Martinez #349911
Williams-205
Washington State Penitentiary
1313 N 13th Ave
Walla Walla, Wa 99362

SPOKANE WA 990

28 FEB 2022  PM 1  L

USA ★ FOREVER

THIS WAS MAILED BY AN INCARCERATED
INDIVIDUAL CONFINED AT A
WASHINGTON STATE DEPARTMENT OF
CORRECTIONS FACILITY.  ITS CONTENTS
MAY BE UNCENSORED.

To:   Judge D. Drain
      United States Bankruptcy Court
      Southern District of New York
      300 Quarropas Street
      White Plains, N.Y. 10601 (3)

10601-414000