**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**TWENTY-NINTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| Applicant's Role in Case | Special Counsel to the Debtors |
| Date Order of Employment Signed | December 20, 2019 |
| Period for Which Compensation and Reimbursement is Sought | January 1, 2022 through January 31, 2022 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $232,984.13[2] |
| Less 20% Holdback | $46,596.83 |
| Total Reimbursement Requested | $36,762.50 |
| Total Compensation and Reimbursement Requested in this Statement | $223,149.80 |

**This is a(n):**   <u>X</u> Monthly Application   __ Interim Application   __ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from January 1, 2022 Through January 31, 2022* (this "**Fee Statement**").[3]   By this Fee Statement, A&P seeks (i) compensation in the

---

[2]   This amount reflects a reduction in fees in the amount of $41,114.87 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]   The period from January 1, 2022, through and including January 31, 2022, is referred to herein as the "**Fee Period.**"

amount of $186,387.30 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $232,984.13) and (ii) payment of $36,762.50 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $232,984.13 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $186,387.30.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $719.24.[4]  The blended hourly billing rate of all paraprofessionals is $358.81.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that A&P incurred or disbursed in the amount of $36,762.50 in connection with providing professional services to the Debtors during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

**<u>Notice</u>**

5.      A&P will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A&P submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $186,387.30, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $232,984.13) and (ii) payment of $36,762.50 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

March 4, 2022                                    Respectfully submitted,


By:  _/s/ Rory Greiss_
**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

***Special Counsel to the Debtors***

**Exhibit A**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Project Category | Total Hours | Fee Total |
| Commercial Contracts Advice | 25.20 | $20,511.77 |
| Regulatory Advice | 4.60 | $4,770.20 |
| Retention and Fee Applications | 21.70 | $11,039.80 |
| General Patent Settlement | 8.50 | $9,031.25 |
| Project Chione | 16.70 | $15,453.00 |
| Government Contracts | 6.70 | $4,578.95 |
| Project Falcon | 206.80 | $125,367.35 |
| Project Aurora | 23.90 | $23,273.42 |
| Project Solar | 0.40 | $425.00 |
| Project Beckham | 5.60 | $5,616.37 |
| Project Hummingbird | 6.50 | $6,754.52 |
| Project Amelia | 5.80 | $6,162.50 |
| **Total[1]** | **332.40** | **$232,984.13** |

---

[1]  This amount reflects a reduction in fees in the amount of $41,114.87 on account of voluntary discounts as described in the Retention Application.

**<u>Exhibit B</u>**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,150.00 | 0.70 | $805.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,460.00 | 2.10 | $3,066.00 |
| Fornataro, Matthew | Partner | 2009 | 1,025.00 | 0.70 | $717.50 |
| Gleklen, Jonathan I. | Partner | 1993 | 1,315.00 | 0.70 | $920.50 |
| Greiss, Rory | Partner | 1981 | 1,250.00 | 53.70 | $67,125.00 |
| Handwerker, Jeffrey L. | Partner | 1995 | 1,255.00 | 5.20 | $6,526.00 |
| Rothman, Eric | Partner | 2008 | 1,040.00 | 17.70 | $18,408.00 |
| Wootton, Barbara H. | Counsel | 1998 | 1,085.00 | 11.40 | $12,369.00 |
| Clements, Ginger | Associate | 2016 | 885.00 | 0.40 | $354.00 |
| Gwinn, Michael | Associate | 2019 | 710.00 | 3.10 | $2,201.00 |
| Henderson, Danielle | Associate | 2015 | 905.00 | 6.50 | $5,882.50 |
| Krantz, Alexa D. | Associate | 2021 | 630.00 | 7.10 | $4,473.00 |
| Marra, Bryan | Associate | 2003 | 960.00 | 17.10 | $16,416.00 |
| Pettit, Thomas A. | Associate | 2017 | 885.00 | 3.60 | $3,186.00 |
| Sullivan, Sam | Associate | 2020 | 710.00 | 78.10 | $55,451.00 |
| Young, Dylan | Associate | 2016 | 885.00 | 2.90 | $2,566.50 |
| Zausner, Ethan | Associate | 2017 | 885.00 | 8.30 | $7,345.50 |
| Eder, Bryan I. | Staff Attorney | 2001 | 620.00 | 29.40 | $18,228.00 |
| Marchand, L. Michel | Staff Attorney | 2001 | 620.00 | 9.90 | $6,138.00 |
| Qu, Josephine | Staff Attorney | 2010 | 610.00 | 24.30 | $14,823.00 |
| Rabinowitz, Susan | Staff Attorney | 1997 | 620.00 | 27.70 | $17,174.00 |
| Ryan, Warlesha | Staff Attorney | 2009 | 555.00 | 4.90 | $2,719.50 |
| Reddix, Darrell | Legal Assistant | | 435.00 | 16.40 | $7,134.00 |
| Champagne, Louis | Docket Clerk | | 140.00 | 0.50 | $70.00 |
| **Total** | | | | **332.40** | **274,099.00** |
| Less 15% Discount | | | | | ($41,114.87) |
| **Discounted Total** | | | | | **$232,984.13** |
| Less 20% Holdback | | | | | ($46,596.83) |
| **Total Amount Requested Herein** | | | | | **$186,387.30** |

## **Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| Consultants/Experts | $34,970.50 |
| eData: Relativity Services | $1,792.00 |
| **Total Expenses** | **$36,762.50** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**                                             March 4, 2022
**Attn: Maria Barton**                                      Invoice # 30139598
**General Counsel**                                           EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through January 31, 2022** | $ | 24,131.50 |
| Discount: | | -3,619.73 |
| **Fee Total** | | 20,511.77 |
| **Total Amount Due** | $ | **20,511.77** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**        Arnold & Porter Kaye Scholer LLP
                        P.O. Box 719451
                        Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 4, 2022

Invoice # 30139598

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 01/04/22 | 0.40 | Correspondence with Purdue team re: outstanding issues on supply agreement. |
| Rory Greiss | 01/06/22 | 0.30 | Review comments from insurance experts on supply agreement insurance provision. |
| Ethan Zausner | 01/06/22 | 0.60 | Revise supply agreement. |
| Alexa D. Krantz | 01/07/22 | 0.70 | Review, revise supply agreement (.6); review, analyze correspondence with Purdue team to discuss scheduling a meeting to review current supply agreement (.1). |
| Eric Rothman | 01/12/22 | 4.50 | Telephone conference with Purdue team re Supply Agreement (1.6); additional teleconference with Purdue team re Supply Agreement (1.6); prepared revised draft of Supply Agreement (1.3). |
| Alexa D. Krantz | 01/12/22 | 1.60 | Call with Purdue team and E. Rothman regarding edits to supply agreement (1.0); call with client and E. Rothman to continue discussion on supply agreement (.6). |
| Rory Greiss | 01/13/22 | 1.30 | Prepare for videoconference with Purdue team, customer and E. Zausner regarding insurance provision of supply agreement (.3); participate in videoconference regarding insurance provision (.7); follow-up correspondence with Purdue and E. Zausner regarding revisions to be made (.3). |
| Eric Rothman | 01/13/22 | 1.80 | Telephone conference with A. Krantz (.6) prepared revised draft of Supply Agreement (1.2). |
| Ethan Zausner | 01/13/22 | 0.50 | Call re insurance provisions. |
| Alexa D. Krantz | 01/13/22 | 0.80 | Revise supply agreement to reflect comments from call with client on 1/12/22 (.2); call with E. Rothman to discuss edits to purchase price in supply agreement (.5); call with E. Rothman to discuss supply agreement (.1). |
| Rory Greiss | 01/19/22 | 1.30 | Review revisions to supply agreement prepared by E. Zausner and comment (.9); correspondence with Purdue team re next steps (.4). |
| Eric Rothman | 01/19/22 | 1.30 | Prepared revised draft of Supply Agreement. |
| Ethan Zausner | 01/19/22 | 1.20 | Draft supply agreement. |
| Alexa D. Krantz | 01/19/22 | 0.60 | Call with E. Rothman to discuss Product Schedule (.1); edit Product Schedule for supply agreement in accordance with client comments (.2); edit supply agreement in accordance with client comments on yield spread definition (.2); review e-mails from client and E. Rothman on supply agreement (.1). |
| Rory Greiss | 01/20/22 | 0.80 | Review final changes to supply agreement before distribution. |
| Eric Rothman | 01/20/22 | 1.40 | Revise draft of Supply Agreement. |
| Ethan Zausner | 01/20/22 | 0.40 | Finalized draft of supply agreement. |

March 4, 2022                                                                    Invoice # 30139598

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Alexa D. Krantz | 01/20/22 | 0.80 | Review, analyze prior versions of supply agreement. |
| Rory Greiss | 01/21/22 | 0.50 | Correspondence with E. Zausner re: revised draft of supply agreement. |
| Eric Rothman | 01/25/22 | 1.10 | Revise draft of Supply Agreement. |
| Eric Rothman | 01/26/22 | 1.40 | Review, revise Supply Agreement. |
| Alexa D. Krantz | 01/26/22 | 1.70 | Review e-mails from Purdue team re supply agreement (.3); revise supply agreement (1.4) |
| Alexa D. Krantz | 01/27/22 | 0.20 | E-mail with Purdue team re supply agreement (.1); revise supply agreement (.1). |
| **Total Hours** | | **25.20** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 4.60 | 1,250.00 | 5,750.00 |
| Eric Rothman | 11.50 | 1,040.00 | 11,960.00 |
| Alexa D. Krantz | 6.40 | 630.00 | 4,032.00 |
| Ethan Zausner | 2.70 | 885.00 | 2,389.50 |
| **TOTAL** | **25.20** | | **24,131.50** |

**Total Current Amount Due**                                                    **$20,511.77**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Maria Barton**
**General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

March 4, 2022
Invoice # 30139599
EIN 53-0208605

**Client/Matter # 1049218.00118**

Regulatory Advice
20170001134

20170001134

| | | |
|---|---|---|
| **For Legal Services Rendered through January 31, 2022** | $ | 5,612.00 |
| Discount: | | -841.80 |
| **Fee Total** | | 4,770.20 |
| **Total Amount Due** | $ | 4,770.20 |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

| | |
|---|---|
| Or Remit To: | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 719451 |
| | Philadelphia, PA  19171-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 4, 2022                                                                                          Invoice # 30139599

**(1049218.00118)**
**Regulatory Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Jeffrey L. Handwerker | 01/10/22 | 0.50 | Call with team re: novation process and next steps. |
| Jeffrey L. Handwerker | 01/13/22 | 0.80 | Prepare for and participate in call re: donation (.5); review, analyze materials in preparation for same (.3). |
| Matthew T. Fornataro | 01/13/22 | 0.50 | Meeting with the client to discuss product donation arrangement. |
| Matthew T. Fornataro | 01/14/22 | 0.20 | Correspond with J. Handwerker regarding preparation of memorandum regarding donation program. |
| Jeffrey L. Handwerker | 01/21/22 | 0.80 | Review FAR flowdown chart (.3); call with client team re: same (.5). |
| Jeffrey L. Handwerker | 01/28/22 | 0.50 | Review, comment on FSS issues. |
| Jeffrey L. Handwerker | 01/31/22 | 1.30 | Review, analyze draft FSS responses (.5) call with team re: same (.3); participate in weekly call with Purdue team (.5). |

**Total Hours**                               **4.60**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Matthew T. Fornataro | 0.70 | 1,025.00 | 717.50 |
| Jeffrey L. Handwerker | 3.90 | 1,255.00 | 4,894.50 |
| **TOTAL** | **4.60** | | **5,612.00** |

**Total Current Amount Due**                                                              **$4,770.20**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

March 4, 2022
Invoice # 30139600
EIN 53-0208605

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through January 31, 2022** | $ | 12,988.00 |
| Discount: | | -1,948.20 |
| **Fee Total** | | **11,039.80** |
| **Total Amount Due** | $ | **11,039.80** |

**Wire Transfer Instructions:**

|  | | |
|---|---|---|
| | Account Name: | Arnold & Porter Kaye Scholer LLP |
| | Bank Info: | Wells Fargo Bank NA |
| | | 420 Montgomery Street |
| | | San Francisco, CA  94104 |
| | Account Number: | 4127865475 |
| | ABA Number: | 121000248 (ACH and wires) |
| | Swift Code: | WFBIUS6S |
| **Or Remit To:** | | Arnold & Porter Kaye Scholer LLP |
| | | P.O. Box 719451 |
| | | Philadelphia, PA  19171-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 4, 2022

Invoice # 30139600

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Darrell B. Reddix | 01/04/22 | 2.20 | Prepare twenty-seventh monthly fee report including exhibits. |
| Rosa J. Evergreen | 01/05/22 | 0.10 | Review R. Greiss correspondence re fee statement. |
| Darrell B. Reddix | 01/05/22 | 2.60 | Prepare twenty-seventh monthly fee report including exhibits. |
| Darrell B. Reddix | 01/06/22 | 0.90 | Prepare twenty-seventh monthly fee report including exhibits. |
| Rory Greiss | 01/07/22 | 2.40 | Review, revise December invoices (1.8); review edits and questions re: November invoices (.5); correspondence with D. Reddix re: same (.1). |
| Ginger Clements | 01/07/22 | 0.10 | Review correspondence with D. Reddix re preparation of monthly fee statement. |
| Rosa J. Evergreen | 01/07/22 | 0.20 | Correspond with R. Greiss re Fee application (.1); review statements (.1). |
| Darrell B. Reddix | 01/07/22 | 1.80 | Prepare twenty-seventh monthly fee report including exhibits. |
| Rory Greiss | 01/12/22 | 0.70 | Finalize fee arrangements for 2022 with Purdue team. |
| Ginger Clements | 01/18/22 | 0.20 | Review correspondence with A&P team re monthly fee statement. |
| Rosa J. Evergreen | 01/18/22 | 0.30 | Review, analyze fee application (.2); correspond with D. Reddix re same (.1). |
| Darrell B. Reddix | 01/18/22 | 2.90 | Prepare twenty-seventh monthly fee report including exhibits. |
| Louis Champagne | 01/18/22 | 0.50 | Review and file documents electronically with the USBC - SDNY Court. |
| Rory Greiss | 01/21/22 | 0.60 | Correspondence with A&P team re: December invoices. |
| Ginger Clements | 01/21/22 | 0.10 | Review correspondence with D. Reddix re monthly fee statement. |
| Rosa J. Evergreen | 01/21/22 | 0.10 | Review R. Greiss correspondence re fee application. |
| Darrell B. Reddix | 01/25/22 | 0.80 | Prepare twenty-eighth monthly fee report including exhibits. |
| Darrell B. Reddix | 01/26/22 | 1.20 | Prepare twenty-eighth monthly fee report including exhibits. |
| Darrell B. Reddix | 01/27/22 | 1.30 | Prepare twenty-eighth monthly fee report including exhibits. |
| Darrell B. Reddix | 01/30/22 | 2.70 | Prepare twenty-seventh monthly fee report including exhibits. |

**Total Hours**         **21.70**

March 4, 2022                                                                    Invoice # 30139600

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rosa J. Evergreen | 0.70 | 1,150.00 | 805.00 |
| Rory Greiss | 3.70 | 1,250.00 | 4,625.00 |
| Ginger Clements | 0.40 | 885.00 | 354.00 |
| Louis Champagne | 0.50 | 140.00 | 70.00 |
| Darrell B. Reddix | 16.40 | 435.00 | 7,134.00 |
| **TOTAL** | **21.70** | | **12,988.00** |

**Total Current Amount Due**                                        **$11,039.80**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

March 4, 2022
Invoice # 30139601
EIN 53-0208605

**Client/Matter # 1049218.00153**

General Patent Settlement

20210003082

| | | |
|---|---|---|
| **For Legal Services Rendered through January 31, 2022** | $ | **10,625.00** |
| Discount: | | -1,593.75 |
| **Fee Total** | | **9,031.25** |
| **Total Amount Due** | $ | **9,031.25** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:** Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 4, 2022                                                                                        Invoice # 30139601

**(1049218.00153)**
**General Patent Settlement**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 01/10/22 | 2.40 | Call with Purdue team regarding distribution and supply agreement issues (.5); review, analyze agreement for draft letter re same (1.9). |
| Rory Greiss | 01/18/22 | 2.80 | Review response letter re: distribution and supply agreement (.5); call with Purdue team to discuss letter and proposed response (.8); prepare proposed response (1.5). |
| Rory Greiss | 01/19/22 | 0.30 | Correspondence with Purdue team re: proposed response letter. |
| Rory Greiss | 01/20/22 | 0.60 | Call with Purdue team and outside counsel re: response letter and strategy. |
| Rory Greiss | 01/26/22 | 1.20 | Correspond with Purdue team re: potential dispute with party. |
| Rory Greiss | 01/27/22 | 0.80 | Review, revise response letter to party. |
| Rory Greiss | 01/28/22 | 0.40 | Review, analyze correspondence re: oral response from party re: dispute. |

**Total Hours**                             **8.50**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Rory Greiss | 8.50 | 1,250.00 | 10,625.00 |
| **Subtotal:** | **8.50** | | **10,625.00** |
| **TOTAL** | **8.50** | | **10,625.00** |

**Total Current Amount Due**                                 **$9,031.25**

# Arnold&Porter

**Purdue Pharma L.P.**                                                     March 4, 2022
**Attn: Roxana Aleali**                                            Invoice # 30139602
**Associate General Counsel**                                     EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**


**Client/Matter # 1049218.00154**

Project Chione

20210003087


| | | |
|---|---|---|
| **For Legal Services Rendered through January 31, 2022** | $ | **18,180.00** |
| Discount: | | <u>-2,727.00</u> |
| **Fee Total** | | **15,453.00** |
| **Total Amount Due** | $ | <u>**15,453.00**</u> |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 719451
                          Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 4, 2022                                                             Invoice # 30139602


**(1049218.00154)**
**Project Chione**


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 01/04/22 | 1.20 | Review mark-up of license agreement prepared by Chione. |
| Eric Rothman | 01/04/22 | 1.40 | Review and comment on Chione License Agreement. |
| Ethan Zausner | 01/04/22 | 0.80 | Review of updated license agreement. |
| Rory Greiss | 01/05/22 | 3.10 | Prepare for conference with Purdue team, including review of E. Zausner comments to license agreement mark-up and revisions thereto (1.5); Videoconference with Purdue team, E. Zausner and E. Rothman re: equity documents and license agreement (1.6). |
| Ethan Zausner | 01/05/22 | 3.00 | Call with client re license agreement (1.5); draft license agreement (1.5). |
| Rory Greiss | 01/07/22 | 1.60 | Review revised license agreement (1.2) and correspondence with E. Zausner and E. Rothman re: comments on draft (.4). |
| Ethan Zausner | 01/07/22 | 1.80 | Revise license agreement. |
| Rory Greiss | 01/14/22 | 1.50 | Review provisions of underlying license agreement (.7); Call with E. Rothman re: same and re: net sales definitions in license agreements (.8). |
| Eric Rothman | 01/14/22 | 1.10 | Telephone conference with R. Greiss to discussion certain background issues relating to Chione License Agreement. |
| Rory Greiss | 01/18/22 | 0.60 | Videoconference with Purdue team and DPW re: tax questions on Chione agreement. |
| Eric Rothman | 01/18/22 | 0.60 | Telephone conference to discuss certain background issues relating to Chione License Agreement. |

**Total Hours**                   **16.70**

March 4, 2022                                                            Invoice # 30139602

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Rory Greiss | | 8.00 | 1,250.00 | 10,000.00 |
| Eric Rothman | | 3.10 | 1,040.00 | 3,224.00 |
| | **Subtotal:** | **11.10** | | **13,224.00** |
| **Associate** | | | | |
| Ethan Zausner | | 5.60 | 885.00 | 4,956.00 |
| | **Subtotal:** | **5.60** | | **4,956.00** |
| **TOTAL** | | **16.70** | | **18,180.00** |

**Total Current Amount Due**                                              **$15,453.00**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

March 4, 2022
Invoice # 30139603
EIN 53-0208605

**Client/Matter # 1049218.00155**

Government Contracts

20210003110

| | |
|---|---:|
| **For Legal Services Rendered through January 31, 2022** | **5,387.00** |
| Discount: | -808.05 |
| **Fee Total** | **4,578.95** |
| **Total Amount Due**                                   $ | **4,578.95** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 4, 2022

**(1049218.00155)**
**Government Contracts**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Michael T. Gwinn | 01/10/22 | 0.60 | Telephone conference with client. |
| Thomas A. Pettit | 01/10/22 | 0.50 | Telephone conference with client and Arnold & Porter team re: government contracts. |
| Thomas A. Pettit | 01/18/22 | 0.40 | Pull Federal Acquisition Regulation clauses in subcontract. |
| Thomas A. Pettit | 01/20/22 | 0.60 | Prepare federal acquisition flow-down overview chart. |
| Thomas A. Pettit | 01/21/22 | 1.30 | Correspond with client and J. Handwerker re subcontract (.4); review distribution agreement (.9). |
| Michael T. Gwinn | 01/24/22 | 0.80 | Attend client conference call (.5); prepare for same (.3). |
| Thomas A. Pettit | 01/24/22 | 0.50 | Teleconference with client and Arnold & Porter team to discuss government contracting matters. |
| Michael T. Gwinn | 01/26/22 | 0.50 | Draft SAM spreadsheet. |
| Thomas A. Pettit | 01/28/22 | 0.30 | Prepare Avrio System for Award Management registration materials. |
| Michael T. Gwinn | 01/31/22 | 1.20 | Conduct client call re: SAM filing (.7); call with consultants re same (.5). |

**Total Hours**        **6.70**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Associate** | | | |
| Michael T. Gwinn | 3.10 | 710.00 | 2,201.00 |
| Thomas A. Pettit | 3.60 | 885.00 | 3,186.00 |
| **Subtotal:** | **6.70** | | **5,387.00** |
| **TOTAL** | **6.70** | | **5,387.00** |

**Total Current Amount Due**        **$4,578.95**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

March 4, 2022
Invoice # 30139604
EIN 53-0208605

**Client/Matter # 1049218.00157**

Project Falcon

20210003133

| | |
|---|---|
| **For Legal Services Rendered through January 31, 2022** | **147,491.00** |
| Discount: | -22,123.65 |
| **Fee Total** | **125,367.35** |

**Disbursements Recorded through January 31, 2022**

| | | |
|---|---|---|
| Consultants/Experts | 34,970.50 | |
| eData: Relativity Services | 1,792.00 | |
| **Disbursements Total** | $ | **36,762.50** |
| | | |
| **Total Amount Due** | $ | **162,129.85** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**   Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 4, 2022

Invoice # 30139604

**(1049218.00157)**
**Project Falcon**


**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Sam Sullivan | 01/03/22 | 5.30 | Draft outline of responses to agency (4.2); draft chronology of documents to support agency responses (1.1). |
| Barbara H. Wootton | 01/04/22 | 1.50 | Review, analyze materials re preparation of narrative responses (.6); email correspondence with S. Sullivan re same (.2); correspond re data for agency (.2); correspondence with B. Marra and Cobra team re preparation of document production (.1); correspond with Purdue team re data for agency (.4). |
| Sam Sullivan | 01/04/22 | 6.50 | Design targeted supplemental searches to support agency responses (1.2); review documents related to support agency responses (2.5); revise chronology of documents to support agency responses (2.4); draft outline of responses to agency (.4). |
| Bryan M. Marra | 01/04/22 | 1.00 | Correspond with A&P team re: production (.5); review priv mod letters (.3); correspond with A&P team re same (.2). |
| Bryan I. Eder | 01/04/22 | 3.00 | Review documents for privilege and redaction in connection with proposed production. |
| Warlesha Ryan | 01/05/22 | 0.10 | Review materials to be produced to agency. |
| Barbara H. Wootton | 01/05/22 | 1.90 | Conference with S. Sullivan re response research and preparation (.7); correspond with B. Marra, M. Marchand and B. Eder re privilege review screens (.1); review, analyzed revised data for response preparation (.4); analysis of materials for response preparation (.6); correspond with B. Marra re status and preparation of narrative and data responses to agency (.1). |
| Sam Sullivan | 01/05/22 | 5.30 | Conference with B. Wootton to discuss responses to agency (.7); review documents to support agency responses (2.3); revise outlines of agency responses (1.5); further review documents to support agency responses (.8). |
| Bryan M. Marra | 01/05/22 | 0.30 | Correspond with A&P team re production. |
| L. Michel Marchand | 01/05/22 | 3.80 | Drafted letter requesting modification of requirements related to the privilege log. |
| Bryan I. Eder | 01/05/22 | 2.80 | Review documents for privilege and redaction in connection with proposed production. |
| Warlesha Ryan | 01/06/22 | 1.40 | Review materials to be produced to agency. |
| Barbara H. Wootton | 01/06/22 | 0.70 | Correspond with D. Young re preparation of narrative and data submissions to agency (.2); review, analyze comments re agency responses (.1); review, revise draft letter to agency re narrative responses, and data submissions (.4). |
| Sam Sullivan | 01/06/22 | 5.00 | Review documents to support agency responses (3.4); revise outlines of agency responses (1.6). |

March 4, 2022                                                                 Invoice # 30139604

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Dylan S. Young | 01/06/22 | 1.40 | Finalize narrative responses and related materials for production to agency. |
| Bryan M. Marra | 01/06/22 | 1.30 | Correspond with A&P team re: production and review status (1.0); revise privilege mod letter (.3). |
| Josephine Qu | 01/06/22 | 5.00 | Review, analyze materials to be produced to agency. |
| Warlesha Ryan | 01/07/22 | 0.30 | Review materials to be produced to agency. |
| Barbara H. Wootton | 01/07/22 | 0.90 | Review, revise draft letter to agency requesting privilege logging modifications (.3); correspond with agency re production (.3); correspond with B. Marra re productions and privilege logging (.2); correspond with D. Young and B. Marra re productions to agency (.1). |
| Sam Sullivan | 01/07/22 | 7.20 | Review documents related to support agency responses (2.0); summarize document coding issues identified in supplemental searches supporting agency responses (1.8); revise outlines of agency responses (3.4). |
| Dylan S. Young | 01/07/22 | 1.30 | Finalize and serve responses to agency inquiries. |
| Bryan M. Marra | 01/07/22 | 1.80 | Correspond with A&P team re: production (.6); draft production cover letter & review index (.4); correspond with A&P team re: doc review (.5);  correspond with A&P team re: priv review question (.3). |
| Josephine Qu | 01/07/22 | 4.50 | Review, analyze materials to be produced to agency. |
| Susan Rabinowitz | 01/07/22 | 2.80 | Review, analyze draft production set for privilege. |
| Barbara H. Wootton | 01/10/22 | 2.20 | Call with S. Sullivan and B. Marra re compliance time lines, modifications, and narrative responses (.5); review, analyze outline and documents re fact investigation (1.4); correspond with S. Sullivan and B. Marra re potentially responsive documents and search process (.3). |
| Sam Sullivan | 01/10/22 | 5.70 | Meet with B. Wootton and co-counsel regarding agency responses (.7); summarize aggregate production quotas in support of agency responses (1.2); draft agency responses (3.8). |
| Bryan M. Marra | 01/10/22 | 0.50 | Call with joint defense counsel. |
| L. Michel Marchand | 01/10/22 | 1.60 | Prepared outline of draft privilege requirements for vendor. |
| Susan Rabinowitz | 01/10/22 | 3.00 | Review, analyze draft production set for privilege. |
| Sam Sullivan | 01/11/22 | 6.70 | Draft agency responses. |
| Dylan S. Young | 01/11/22 | 0.20 | Review and analyze draft responses to agency inquiries. |
| Bryan M. Marra | 01/11/22 | 0.40 | Correspond with A&P team re document review. |
| Susan Rabinowitz | 01/11/22 | 4.00 | Review, analyze draft production set for privilege. |
| Sam Sullivan | 01/12/22 | 5.60 | Draft agency responses (5.1); correspond with vendor re question on responsiveness review (.5). |
| Bryan M. Marra | 01/12/22 | 1.00 | Correspond with A&P team re: review question (.5); review documents re: privilege (.3); correspond with A&P team re: privilege question (.2). |

March 4, 2022                                                                                    Invoice # 30139604

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Susan Rabinowitz | 01/12/22 | 2.00 | Review, analyze draft production set for privilege. |
| Barbara H. Wootton | 01/13/22 | 0.20 | Correspond with D. Feinstein and B. Marra re privilege logging, compliance time line modifications and draft request to agency. |
| Sam Sullivan | 01/13/22 | 4.80 | Draft agency responses. |
| Bryan M. Marra | 01/13/22 | 1.20 | Correspond with A&P team re: production (.3); correspond with A&P team : review question (.4); draft extension request for response (.5). |
| Sam Sullivan | 01/14/22 | 2.30 | Draft agency responses. |
| Susan Rabinowitz | 01/14/22 | 2.00 | Review, analyze draft production set for privilege. |
| Sam Sullivan | 01/16/22 | 0.30 | Draft agency responses. |
| Sam Sullivan | 01/17/22 | 6.40 | Draft agency responses. |
| Sam Sullivan | 01/18/22 | 2.50 | Draft agency responses. |
| Bryan M. Marra | 01/18/22 | 1.30 | Review production search (.5); correspond with A&P team re: production (.3); review BOD documents (.5). |
| Josephine Qu | 01/18/22 | 6.00 | Review, analyze materials to be produced to agency. |
| Susan Rabinowitz | 01/18/22 | 4.80 | Review, analyze draft production set for privilege. |
| Bryan I. Eder | 01/18/22 | 6.70 | Review documents for privilege and redaction in connection with proposed production. |
| Sam Sullivan | 01/19/22 | 3.20 | Draft agency responses. |
| Bryan M. Marra | 01/19/22 | 0.80 | Correspond with A&P team re: privilege review (.3); call with vendor re: privilege log and names index (.5). |
| L. Michel Marchand | 01/19/22 | 0.60 | Participated in a meeting to discuss the requirements for the creation of a privilege log. |
| Bryan I. Eder | 01/19/22 | 2.70 | Review documents for privilege and redaction in connection with proposed production. |
| Deborah L. Feinstein | 01/20/22 | 0.50 | Call with agency. |
| Sam Sullivan | 01/20/22 | 1.60 | Draft agency responses. |
| Bryan M. Marra | 01/20/22 | 1.30 | Prepare for call with agency (.3); call with agency (.4); correspond with A&P team re: privilege log (.3); draft update email to client (.3). |
| Josephine Qu | 01/20/22 | 1.50 | Review, analyze materials to be produced to agency. |
| Bryan I. Eder | 01/20/22 | 5.20 | Review documents for privilege and redaction in connection with proposed production. |
| Warlesha Ryan | 01/21/22 | 0.80 | Review materials to be produced to agency. |
| Sam Sullivan | 01/21/22 | 3.00 | Draft agency responses. |
| Bryan M. Marra | 01/21/22 | 1.50 | Correspond with A&P team re: privilege log (.5); call re: privilege log (.3); review draft privilege log (.3); correspond with A&P team re: production (.4). |
| L. Michel Marchand | 01/21/22 | 2.00 | Reviewed documents for privilege to ensure standard of consistency. |
| Susan Rabinowitz | 01/21/22 | 2.50 | Review, analyze draft production set for privilege. |

March 4, 2022

Invoice # 30139604

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Bryan I. Eder | 01/21/22 | 4.50 | Review documents for privilege and redaction in connection with proposed production. |
| Bryan M. Marra | 01/23/22 | 0.50 | Review, comment on draft interrogatory responses. |
| Warlesha Ryan | 01/24/22 | 0.30 | Review materials to be produced to agency. |
| Barbara H. Wootton | 01/24/22 | 0.60 | Correspond with Purdue team re narrative responses (.1); Telephone call with Purdue team re same (.2); correspond with S. Sullivan and B. Marra re preparation of narrative responses and meetings with Purdue team re same (.2); correspond with B. Marra re document production status and transmittal letter to agency (.1). |
| Sam Sullivan | 01/24/22 | 2.10 | Revise agency responses to requests (.8); research (.7); update summaries and chronology in advance of meeting (6). |
| Bryan M. Marra | 01/24/22 | 1.20 | Correspond with A&P team re: production (.3); draft production cover letter (.2); draft response to agency (.7). |
| Josephine Qu | 01/24/22 | 2.80 | Review, analyze materials to be produced to agency. |
| Susan Rabinowitz | 01/24/22 | 3.30 | Review, analyze draft production set for privilege. |
| Deborah L. Feinstein | 01/25/22 | 0.30 | Call with co-counsel. |
| Barbara H. Wootton | 01/25/22 | 1.50 | Conference with Purdue team, D. Feinstein, B. Marra and S. Sullivan re preparation of narrative responses to agency (.4); review, analyze time lines and draft narrative responses (1.0); correspond with D. Feinstein and S. Sullivan re preparation for meeting with Purdue team (.1). |
| Sam Sullivan | 01/25/22 | 2.60 | Meet with D. Feinstein, B. Wootton, B. Marra, and Purdue team to discuss agency responses, (.4); update summaries and chronology in advance of meeting (.8); summarize agency responses (1.4). |
| Bryan M. Marra | 01/25/22 | 0.70 | Draft response to agency re: privilege log modifications (.3); review production search (.4). |
| Bryan M. Marra | 01/25/22 | 0.50 | Call with co-counsel. |
| Josephine Qu | 01/25/22 | 4.50 | Review, analyze materials to be produced to agency. |
| Susan Rabinowitz | 01/25/22 | 3.30 | Review, analyze draft production set for privilege. |
| Deborah L. Feinstein | 01/26/22 | 0.30 | Call with co-counsel. |
| Barbara H. Wootton | 01/26/22 | 1.70 | Conference with Purdue team, D. Feinstein and S. Sullivan re analysis re preparation of interrogatory responses (.5); conference with Purdue team and S. Sullivan re analysis re preparation of interrogatory responses (.9); analysis of materials re agency response (.3). |
| Sam Sullivan | 01/26/22 | 1.90 | Meet with B. Wootton and Purdue team to further discuss agency responses (.9); participate in meeting with B. Wootton and Purdue team to discuss agency responses (.5); prepare for same (.5). |
| L. Michel Marchand | 01/26/22 | 1.90 | Reviewed documents for privilege to ensure standard of consistency. |
| Bryan I. Eder | 01/26/22 | 3.40 | Review documents for privilege and redaction in connection with proposed production. |

March 4, 2022                                                                 Invoice # 30139604

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Warlesha Ryan | 01/27/22 | 1.10 | Filing production with agency. |
| Sam Sullivan | 01/27/22 | 0.10 | Revise agency responses. |
| Bryan M. Marra | 01/27/22 | 0.50 | Correspond with A&P team re: privilege log modifications. |
| Bryan I. Eder | 01/27/22 | 1.10 | Review documents for privilege and redaction in connection with proposed production. |
| Warlesha Ryan | 01/28/22 | 0.50 | Review materials to be produced to agency. |
| Bryan M. Marra | 01/28/22 | 0.30 | Correspond with A&P team re: production. |
| Warlesha Ryan | 01/31/22 | 0.40 | Filing production with agency. |
| Barbara H. Wootton | 01/31/22 | 0.20 | Correspondence with B. Marra re document production (.1); correspondence with agency re privilege logging (.1). |
| Bryan M. Marra | 01/31/22 | 1.00 | Correspond with A&P team re: production (.4); drafting cover letter for production (.3); correspond with A&P team re: doc review (.3). |

**Total Hours**                          **206.80**

March 4, 2022                                                                    Invoice # 30139604

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Deborah L. Feinstein | 1.10 | 1,460.00 | 1,606.00 |
| **Subtotal:** | **1.10** | | **1,606.00** |
| **Counsel** | | | |
| Barbara H. Wootton | 11.40 | 1,085.00 | 12,369.00 |
| **Subtotal:** | **11.40** | | **12,369.00** |
| **Senior Attorney** | | | |
| Bryan M. Marra | 17.10 | 960.00 | 16,416.00 |
| **Subtotal:** | **17.10** | | **16,416.00** |
| **Associate** | | | |
| Sam Sullivan | 78.10 | 710.00 | 55,451.00 |
| Dylan S. Young | 2.90 | 885.00 | 2,566.50 |
| **Subtotal:** | **81.00** | | **58,017.50** |
| **Staff Attorney** | | | |
| Bryan I. Eder | 29.40 | 620.00 | 18,228.00 |
| L. Michel Marchand | 9.90 | 620.00 | 6,138.00 |
| Josephine Qu | 24.30 | 610.00 | 14,823.00 |
| Susan Rabinowitz | 27.70 | 620.00 | 17,174.00 |
| Warlesha Ryan | 4.90 | 555.00 | 2,719.50 |
| **Subtotal:** | **96.20** | | **59,082.50** |
| **TOTAL** | **206.80** | | **147,491.00** |

**Total Current Amount Due**                                        **$162,129.85**

# Arnold&Porter

**Purdue Pharma L.P.**                                            March 4, 2022
**Attn: Roxana Aleali**                                   Invoice # 30139605
**Associate General Counsel**                             EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00158**

Project Aurora

20210003172

| | |
|---|---:|
| **For Legal Services Rendered through January 31, 2022** | 27,380.50 |
| Discount: | -4,107.08 |
| **Fee Total** | **23,273.42** |
| **Total Amount Due** | $ **23,273.42** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                  Arnold & Porter Kaye Scholer LLP
                               P.O. Box 719451
                               Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 4, 2022                                                                                Invoice # 30139605


**(1049218.00158)**
**Project Aurora**


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Danielle A. Henderson | 01/04/22 | 2.00 | Revise license agreement. |
| Danielle A. Henderson | 01/05/22 | 1.00 | Revise license agreement. |
| Rory Greiss | 01/06/22 | 3.20 | Review, comment on revised version of license agreement (2.5); review of further revised version (.5); correspondence with D. Henderson re: sending agreement to Purdue team for review (.2). |
| Danielle A. Henderson | 01/06/22 | 1.00 | Revise license agreement. |
| Rory Greiss | 01/07/22 | 0.40 | Review Purdue team comments to revised draft of license agreement. |
| Danielle A. Henderson | 01/09/22 | 0.50 | Revise license agreement. |
| Rory Greiss | 01/11/22 | 1.20 | Review comments from Purdue team regarding revised license agreement draft (.7); correspondence regarding comments (.5). |
| Rory Greiss | 01/12/22 | 0.50 | Correspondence with Purdue team regarding additional changes for revised version of license agreement. |
| Rory Greiss | 01/13/22 | 2.30 | Correspondence with D. Henderson regarding revising draft agreement (.5); review, comment on revised draft (1.4); correspondence with Purdue team (.4). |
| Danielle A. Henderson | 01/13/22 | 1.50 | Revise license agreement. |
| Rory Greiss | 01/14/22 | 2.20 | Review revised provisions of license agreement (1.2); Correspondence with Purdue team and D. Henderson re: open issues and questions (1.0). |
| Danielle A. Henderson | 01/14/22 | 0.50 | Revise license agreement. |
| Rory Greiss | 01/21/22 | 1.20 | Correspondence with D. Henderson re: latest draft of agreement. |
| Rory Greiss | 01/24/22 | 1.60 | Correspondence with Purdue team regarding transaction and re: discussion on Tuesday (1.1); Conference with E. Rothman and J. Handwerker re: regulatory issues and other matters (.5). |
| Rory Greiss | 01/25/22 | 2.10 | Videoconference with Purdue team, J. Handwerker and E. Rothman re: transaction (.5); review transaction (1.6). |
| Rory Greiss | 01/28/22 | 0.80 | Correspond with E. Rothman and J. Handwerker re list of questions from Purdue team. |
| Eric Rothman | 01/28/22 | 1.20 | Research re pricing question report related to Project Aurora. |
| Rory Greiss | 01/31/22 | 0.70 | Review, analyze Aurora comments to draft agreement (.5); correspondence with Purdue team re: scheduling session to review comments (.2). |

**Total Hours**              **23.90**

March 4, 2022                                                                                    Invoice # 30139605

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Rory Greiss | 16.20 | 1,250.00 | 20,250.00 |
| Eric Rothman | 1.20 | 1,040.00 | 1,248.00 |
| **Subtotal:** | **17.40** | | **21,498.00** |
| **Associate** | | | |
| Danielle A. Henderson | 6.50 | 905.00 | 5,882.50 |
| **Subtotal:** | **6.50** | | **5,882.50** |
| **TOTAL** | **23.90** | | **27,380.50** |

**Total Current Amount Due**                                                           **$23,273.42**

# Arnold&Porter

**Purdue Pharma L.P.**                                     March 4, 2022
**Attn: Roxana Aleali**                                   Invoice # 30139606
**Associate General Counsel**                              EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00159**

Project Solar

20210003176

**For Legal Services Rendered through January 31, 2022**                    **500.00**

 Discount:                                                                   -75.00

**Fee Total**                                                               **425.00**

**Total Amount Due**                                  $                     **425.00**

**Wire Transfer Instructions:**

|                      |                                      |
|----------------------|--------------------------------------|
| Account Name:        | Arnold & Porter Kaye Scholer LLP     |
| Bank Info:           | Wells Fargo Bank NA                  |
|                      | 420 Montgomery Street                |
|                      | San Francisco, CA  94104             |
| Account Number:      | 4127865475                           |
| ABA Number:          | 121000248 (ACH and wires)            |
| Swift Code:          | WFBIUS6S                             |

**Or Remit To:**            Arnold & Porter Kaye Scholer LLP
                            P.O. Box 719451
                            Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 4, 2022

**(1049218.00159)**
**Project Solar**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 01/04/22 | 0.40 | Correspondence with C. Robertson re: provisions of Solar agreement and questions from creditor group. |
| **Total Hours** | | **0.40** | |

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|--|-------|------|-------|
| **Partner** | | | | |
| Rory Greiss | | 0.40 | 1,250.00 | 500.00 |
| | **Subtotal:** | **0.40** | | **500.00** |
| **TOTAL** | | **0.40** | | **500.00** |

**Total Current Amount Due**                                                           **$425.00**

# Arnold&Porter

| | |
|---|---|
| **Purdue Pharma L.P.** | March 4, 2022 |
| **Attn: Roxana Aleali** | Invoice # 30139607 |
| **Associate General Counsel** | EIN 53-0208605 |
| **One Stamford Forum** | |
| **Dept. VN: 1008442** | |
| **Stamford, CT  06901-3431** | |

**Client/Matter # 1049218.00160**

Project Beckham

20210003188

| | |
|---|---|
| **For Legal Services Rendered through January 31, 2022** | **6,607.50** |
| Discount: | -991.13 |
| **Fee Total** | **5,616.37** |
| **Total Amount Due**   $ | **5,616.37** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

| | |
|---|---|
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 719451 |
| | Philadelphia, PA  19171-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 4, 2022                                                                                    Invoice # 30139607

**(1049218.00160)**
**Project Beckham**


**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Eric Rothman | 01/24/22 | 0.60 | Telephone conference with J. Handwerker to discuss Beckham government contracting issue. |
| Jeffrey L. Handwerker | 01/24/22 | 0.80 | Call with Purdue team re: novation (.2); call with E. Rothman and team re: license issues (.6). |
| Jeffrey L. Handwerker | 01/25/22 | 0.50 | Call with Purdue team re: transaction (.2); review documents re: same (.3). |
| Rory Greiss | 01/28/22 | 1.90 | Review comments from Purdue team on draft agreement (.9); Revise agreement for distribution to Purdue with E. Rothman (.7)  Review correspondence re: need for new or amended SDEA (.3). |
| Eric Rothman | 01/28/22 | 1.30 | Prepared revised draft of Beckham license agreement based on Purdue feedback. |
| Rory Greiss | 01/31/22 | 0.50 | Review comments from Purdue regulatory team on draft agreement. |

**Total Hours**                              **5.60**


**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Rory Greiss | 2.40 | 1,250.00 | 3,000.00 |
| Jeffrey L. Handwerker | 1.30 | 1,255.00 | 1,631.50 |
| Eric Rothman | 1.90 | 1,040.00 | 1,976.00 |
| **Subtotal:** | **5.60** | | **6,607.50** |
| **TOTAL** | **5.60** | | **6,607.50** |

**Total Current Amount Due**                                                              **$5,616.37**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

March 4, 2022
Invoice # 30139608
EIN 53-0208605

**Client/Matter # 1049218.00161**

Project Hummingbird

20210003190

| | |
|---|---:|
| **For Legal Services Rendered through January 31, 2022** | **7,946.50** |
| Discount: | <u>-1,191.98</u> |
| **Fee Total** | **6,754.52** |
| **Total Amount Due**              $ | <u>**6,754.52**</u> |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**              Arnold & Porter Kaye Scholer LLP
P.O. Box 719451
Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 4, 2022                                                        Invoice # 30139608

**(1049218.00161)**
**Project Hummingbird**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 01/10/22 | 0.90 | Review correspondence from Purdue team re letter agreement. |
| Deborah L. Feinstein | 01/10/22 | 0.80 | Conference call with Purdue team re supply agreement/license issues. |
| Jonathan I. Gleklen | 01/10/22 | 0.70 | Prepare for and call with client and D. Feinstein re supply agreement and ANDA license issues. |
| Rory Greiss | 01/11/22 | 0.90 | Correspondence with Purdue team regarding conference to discuss procedure for approval of agreements and other matters (.4); video conference with Purdue team, outside advisers and A. Krantz (.5). |
| Alexa D. Krantz | 01/11/22 | 0.70 | Review client e-mail and Letter Agreement for discussion with client (.2); call with client to discuss Authorization Agreement and Amended and Restated Supply Agreement (5). |
| Rory Greiss | 01/20/22 | 1.10 | Review, analyze changes to letter agreement (.8); correspondence with Purdue team re: changes (.3). |
| Deborah L. Feinstein | 01/20/22 | 0.20 | Call re: supply agreement. |
| Rory Greiss | 01/21/22 | 1.20 | Correspondence with Purdue team regarding letter agreement. |

**Total Hours**                          **6.50**

March 4, 2022                                                                Invoice # 30139608

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Deborah L. Feinstein | 1.00 | 1,460.00 | 1,460.00 |
| Jonathan I. Gleklen | 0.70 | 1,315.00 | 920.50 |
| Rory Greiss | 4.10 | 1,250.00 | 5,125.00 |
| **Subtotal:** | **5.80** | | **7,505.50** |
| **Associate** | | | |
| Alexa D. Krantz | 0.70 | 630.00 | 441.00 |
| **Subtotal:** | **0.70** | | **441.00** |
| **TOTAL** | **6.50** | | **7,946.50** |

**Total Current Amount Due**                                                 $6,754.52

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

March 4, 2022
Invoice # 30139609
EIN 53-0208605

**Client/Matter # 1049218.00162**

Project Amelia

20220003207

| | |
|---|---:|
| **For Legal Services Rendered through January 31, 2022** | **7,250.00** |
| Discount: | -1,087.50 |
| **Fee Total** | **6,162.50** |
| **Total Amount Due** | **$        6,162.50** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**            Arnold & Porter Kaye Scholer LLP
                                    P.O. Box 719451
                                    Philadelphia, PA  19171-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 4, 2022

Invoice # 30139609

**(1049218.00162)**
**Project Amelia**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 01/18/22 | 2.50 | Call with Purdue team re: potential settlement (.5); Begin to draft term sheet for potential settlement (2.0). |
| Rory Greiss | 01/19/22 | 2.80 | Complete initial draft of term sheet for potential settlement. |
| Rory Greiss | 01/21/22 | 0.50 | Correspondence with Purdue team re: potential settlement. |
| **Total Hours** | | **5.80** | |

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|---|-------|------|-------|
| **Partner** | | | | |
| Rory Greiss | | 5.80 | 1,250.00 | 7,250.00 |
| | **Subtotal:** | **5.80** | | **7,250.00** |
| **TOTAL** | | **5.80** | | **7,250.00** |

| **Total Current Amount Due** | **$6,162.50** |
|------------------------------|---------------|