BEDELL CRISTIN JERSEY PARTNERSHIP
Edward Drummond
26 New Street
Saint Helier, Jersey JE2 3RA
Tel: +44 (0)1534 814814
edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*, | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**TWENTIETH MONTHLY FEE STATEMENT OF
BEDELL CRISTIN JERSEY PARTNERSHIP
FOR PROFESSIONAL SERVICES RENDERED AS SPECIAL FOREIGN COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD OF DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---|
| Name of Applicant: | Bedell Cristin Jersey Partnership |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | June 29, 2020 *nunc pro tunc* to February 27, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | December 1, 2021 through December 31, 2021 |
| Fees Incurred: | $2,902.50 |
| 20% Holdback: | $580.50 |
| Total Compensation Less 20% Holdback: | $2,322.00 |
| Monthly Expenses Incurred: | $0.00 |
| Total Fees and Expenses Requested: | **$2,902.50** |

This is a __x__ monthly ____ interim ____ final application

Bedell Cristin Jersey Partnership ("Bedell Cristin"), special foreign counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Twentieth Monthly Fee Statement") covering the period from December 1, 2021 through and including December 31, 2021 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023].

2

By this Twentieth Monthly Fee Statement, Bedell Cristin requests (a) interim allowance and payment of compensation in the amount of $2,322.00 (80% of $2,902.50) for fees on account of reasonable and necessary professional services rendered to the Committee by Bedell Cristin during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, hourly billing rates and aggregate hours spent by each Bedell Cristin professional and paraprofessional who provided services to the Committee during the Compensation Period. The rates charged by Bedell, Cristin for services rendered to the Committee are the same rates that Bedell Cristin charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Bedell Cristin professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Bedell Cristin professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

Bedell Cristin confirms that no disbursements or expenses were incurred by it during the Compensation Period.

**NOTICE AND OBJECTION PROCEDURES**

Notice of this Twentieth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Twentieth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on March 18, 2022** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If no objections to this Twentieth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees identified herein.

If an objection to this Twentieth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Twentieth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not

4

resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: St Helier, Jersey
March 4, 2022

Bedell Cristin Jersey Partnership

By: /s/ Edward Drummond
26 New Street, St Helier, Jersey, JE2 3RA
Telephone: +44 (0) 1534 814621
Edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured Creditors Purdue Pharma L.P.,* et al.

## Exhibit A

**Timekeeper Summary**

| Partners | Department | Rate | Hours | Amount ($) |
|---|---|---|---|---|
| Advocate E. Drummond | Litigation | $770.00 | 0.8 | $616.00 |
| Advocate A. Hunter | Litigation | $770.00 | 0.8 | $616.00 |
| **Partner Total** | | | **1.6** | **$1,232.00** |
| Associates | Department | Rate | Hours | Amount ($) |
| Mrs E. Shaw | Private Wealth | $665.00 | 0.2 | $133.00 |
| **Senior Associate Total** | | | **0.2** | **$133.00** |
| Associates | Department | Rate | Hours | Amount ($) |
| Mrs C. C. Young | Litigation | $445.00 | 3.5 | $1,557.50 |
| **Associate Total** | | | **3.5** | **$1,557.50** |
| | | | | |
| **Staff Attorneys Total** | | | **5.3** | **$2,902.50** |
| **Total Hours / Fees Requested** | | | **5.3** | **$2,902.50** |

## TOTAL FEES FOR THE COMPENSATION PERIOD

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---:|---:|---:|
| Partners | $770 | 1.6 | $1,232.00 |
| Senior Associates | $665 | .2 | $113.00 |
| Associates | $445 | 3.5 | $1,557.50 |
| **Blended Attorney Rate** | **$547.64** | **5.3** | **$2,902.50** |
| **Blended Rate for All Timekeepers** | **$547.64** | **5.3** | **$2,902.50** |
| **Total Hours / Fees Requested:** | | **5.3** | **$2,902.50** |

**Exhibit B**

**Task Code Summary**

| Task Code | Matter | Hours | Value($) |
|---|---|---|---|
| 3 | Bedell Cristin Fees | 2.9 | $1,388.00 |
| 13 | Analysis of Pre-Petition Transactions | 2.4 | $1,966.50 |
| | **TOTAL:** | **5.3** | **$2,902.50** |

**Exhibit C**

**Itemized Fees**

19-23649-shl Doc 4422 Filed 03/04/22 Entered 03/04/22 19:31:28 Main Document Pg 9 of 11

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York  
NY 10036

**Our ref** EBD/CCY/136744.0001  
**Invoice No** 368943  
**Tax date** 17 January 2022  
**GST No.** 0009162  
**Tel:** +44 (0) 1534 814814

**INVOICE**

Advice re: Purdue Pharma LP

|  | Charge | GST Rate |
|---|---|---|
| **Professional Fees** | | |
| To professional services rendered from 01/12/2021 to 31/12/2021 | 2,902.50 | 0.0% |
| **Expenses** | | |
|  | 0.00 | |
| **Third Party Charges** | | |
|  | 0.00 | |
| Total excluding GST | US$ 2,902.50 | |
| Total GST | US$ 0.00 | |
| **INVOICE TOTAL** | **US$ 2,902.50** | |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE  
Account Name:  Bedell Group Services Offices  USD  
Swift Code: BARCGB22

Sort Code: 20-45-05  
Account Number:  62384922  
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,  
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**  
A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/30500072-1

**BEDELL CRISTIN**

LEGAL SERVICES

| | |
|---|---|
| Mitchell Hurley | **Our ref** KLB/CCY/136744.0001 |
| Akin Gump Strauss Hauer & Feld LLP | **Invoice No** 368943 |
| One Bryant Park | **Tax date** 17 January 2022 |
| Bank of America Tower | **GST No.** 0009162 |
| New York | **Tel:** +44 (0) 1534 814814 |
| NY 10036 | |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate E. Drummond** | | |
| 01/12/21 | 0013: Claim - review report re: US appeal. | 0:12 | 154.00 |
| | 0003: Fees - letter from fee examiner; email reply; update Akin Gump (0.1). | 0:06 | 77.00 |
| 14/12/21 | 0003 Fees - review October and November draft invoices. | 0:06 | 77.00 |
| 15/12/21 | 0003: Fees - review fee statements for Oct and Nov (0.1). | 0:06 | 77.00 |
| 16/12/21 | 0013: Claim - email exchange with Akin re: next steps (0.2); email exchange with CY re: appeal timing (0.1). | 0:18 | 231.00 |
| | **Advocate A. Hunter** | | |
| 16/12/21 | 0013: Claim - Emails with Akin Gump re collateral (0.2) and internal discussions (0.2) | 0:24 | 308.00 |
| 20/12/21 | 0013: Claim - Background reading re appeal judgment (0.3) and internal emails (0.1) | 0:24 | 308.00 |
| | **Mrs E. Shaw** | | |
| 20/12/21 | 0013: Jersey Trust Issues - internal exchanges re updates | 0:12 | 113.00 |
| | **Mrs C. C. Young** | | |
| 01/12/21 | 0003: Fees - Review costs order (.3), internal correspondence (.1) | 0:24 | 178.00 |
| 14/12/21 | 0003: Fees - billing | 0:18 | 133.50 |
| 15/12/21 | 0003: Fees - monthly Fee Statements October (.6), November (.5), data fee statements (.8). | 1:54 | 845.50 |
| 16/12/21 | 0013: Claim - attending court hearing (.8), email to Akin Gump (.1) | 0:54 | 400.50 |
| | Total:- | 5:18 | 2,902.50 |
| | Advocate E. Drummond | 0:48 | 616.00 |
| | Advocate A Hunter | 0:48 | 616.00 |
| | Mrs E. Shaw | 0:12 | 113.00 |
| | Mrs C. C. Young | 3:30 | 1,557.50 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE  Sort Code: 20-45-05
Account Name: Bedell Group Services Offices  USD   Account Number: 62384922
Swift Code: BARCGB22   IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,   **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA   A list of Partners is available for inspection at the principal office

bedellcristin.com   BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/30500072-1