**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |
| | **Objection deadline: March 18, 2022 at 12:00pm (ET)** |

**COVER SHEET OF TWENTY-SIXTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | December 1, 2021 through December 31, 2021 |
| Amount of Compensation Requested: | $112,500.00[2] |
| Amount of Compensation Requested Immediately: | $90,000.00 (80% of $112,500.00) |
| Amount of Compensation Held Back: | $22,500.00 (20% of $112,500.00) |
| Amount of Expense Reimbursement Requested: | $5,665.50 |

This is a(n):    monthly  x    interim  __    final application  __

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Pursuant to the terms of the Retention Order (as defined below), Jefferies' Court-approved Monthly Fee is $225,000.00. However, under the particular circumstances of these cases during the month of December, the amount requested herein reflects a voluntary reduction of 50% of the Monthly Fee.

**TWENTY-SIXTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
December 1, 2021 through December 31, 2021

**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 4.0 |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 27.0 |
| 4 | Debtor Communication | - |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | 43.0 |
| 8 | Travel | - |
| 9 | Due Diligence | 16.5 |
| 10 | Business Plan | 18.5 |
| 11 | Case Strategy | - |
| | | **109.0** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-Head/Managing Director, Debt Advisory & Restructuring | 30.0 |
| Jaspinder Kanwal | Senior Vice President, Debt Advisory & Restructuring | 26.0 |
| Kamil Abdullah | Analyst, Debt Advisory & Restructuring | 33.0 |
| Kevin Sheridan | Co-Head/Managing Director, Global Healthcare Investment Banking | 7.0 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 3.5 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 3.0 |
| Connor Hattersley | Associate, Global Healthcare Investment Banking | 6.5 |
| | | **109.0** |

**TWENTY-SIXTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**December 1, 2021 through December 31, 2021**

| **Category** | **December 2021** |
|---|---|
| Meals | $ - |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | 5,665.50 |
| General | - |
| **Total Expenses** | **$5,665.50** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**TWENTY-SIXTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

Jefferies LLC ("Jefferies"),[2] the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from December 1, 2021 through December 31, 2021 (the "Compensation Period") in the amount of $112,500.00;[3] (b) payment in the amount of $90,000.00,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Retention Application (as defined below).

[3] Pursuant to the terms of the Retention Order (as defined below), Jefferies' Court-approved Monthly Fee is $225,000.00. However, under the particular circumstances of these cases during the month of December, the amount requested reflects a voluntary reduction of 50% of the Monthly Fee. As set forth in Jefferies' October monthly fee statement [Docket No. 4328] and November monthly fee statement [Docket No. 4386], Jefferies voluntarily reduced its Monthly Fee by 50% for the months of October and November. Hereafter, Jefferies will address any additional voluntary reductions to its Monthly Fees depending upon the circumstances of these

which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $5,665.50. In support of this Fee Statement, Jefferies respectfully represents as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3. On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131]. Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4. On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019

---

cases. Pursuant to the terms of Jefferies' Engagement Letter, if a Transaction is consummated, Jefferies has agreed to credit 50% of the Monthly Fees paid to Jefferies in excess of twelve Monthly Fees against the Transaction Fee due to Jefferies. Thus, if the allowed December Monthly Fee is $112,500.00, any applicable crediting of the December 2021 Monthly Fee will be $56,250.00 (50% of the $112,500.00).

2

[Docket No. 425] (the "Retention Application"). A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5. On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6. On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

**Relief Requested**

7. By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the

amount of $112,500.00, representing the Monthly Fee for the period from December 1, 2021 through December 31, 2021; (b) payment in the amount of $90,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $5,665.50.

8. All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order. Such time records are attached hereto as Exhibit A.

9. The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

**Actual and Necessary Expenses**

10. Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order. As set forth in greater detail in the summary attached hereto as Exhibit B, Jefferies' total expenses incurred during the Compensation Period are $5,665.50, including outside counsel fees as permitted under the Retention Order.

4

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $112,500.00, representing the Monthly Fee for the period from December 1, 2021 through December 31, 2021; (b) payment in the amount of $90,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $5,665.50.

Dated:  March 4, 2022  
        New York, New York

Respectfully submitted,

*/s/ Leon Szlezinger*  
Leon Szlezinger  
Managing Director and Joint Global Head of  
Debt Advisory & Restructuring  
JEFFERIES LLC

# Exhibit A

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| | **December 1, 2021 - December 31, 2021 Hours for Case Administration / General** | | **4.0** | |
| 12/08/21 | Jaspinder Kanwal | *Review monthly fee app* | 0.5 | 1 |
| 12/08/21 | Kamil Abdullah | *Prepare Monthly Fee App* | 1.0 | 1 |
| 12/12/21 | Leon Szlezinger | *Review monthly fee app* | 0.5 | 1 |
| 12/13/21 | Leon Szlezinger | *Update monthly fee app* | 0.5 | 1 |
| 12/13/21 | Kamil Abdullah | *Update Monthly Fee App* | 0.5 | 1 |
| 12/19/21 | Leon Szlezinger | *Update monthly fee app* | 0.5 | 1 |
| 12/19/21 | Kamil Abdullah | *Update Monthly Fee App* | 0.5 | 1 |
| | **December 1, 2021 - December 31, 2021 Hours for Creditor Communication** | | **27.0** | |
| 12/02/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 12/02/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 12/02/21 | Kamil Abdullah | *Attend UCC Update Call* | 1.0 | 3 |
| 12/09/21 | Leon Szlezinger | *Review of various UCC memos / summaries* | 1.0 | 3 |
| 12/16/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 12/16/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 12/16/21 | Kamil Abdullah | *Attend UCC Update Call* | 1.0 | 3 |
| 12/16/21 | Kevin Sheridan | *Attend UCC call* | 1.0 | 3 |
| 12/16/21 | James Wiltshire | *Attend UCC call* | 1.0 | 3 |
| 12/16/21 | William Maselli | *Attend UCC call* | 1.0 | 3 |
| 12/16/21 | Connor Hattersley | *Attend UCC call* | 1.0 | 3 |
| 12/20/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 12/20/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 12/20/21 | Kamil Abdullah | *Attend UCC Update Call* | 1.0 | 3 |
| 12/20/21 | Kevin Sheridan | *Attend UCC call* | 1.0 | 3 |
| 12/20/21 | James Wiltshire | *Attend UCC call* | 1.0 | 3 |
| 12/23/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 12/23/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 12/23/21 | Kamil Abdullah | *Attend UCC Update Call* | 1.0 | 3 |
| 12/27/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 12/27/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 12/27/21 | Kamil Abdullah | *Attend UCC Update Call* | 1.0 | 3 |
| 12/27/21 | Kevin Sheridan | *Attend UCC call* | 1.0 | 3 |
| 12/27/21 | Connor Hattersley | *Attend UCC call* | 1.0 | 3 |
| 12/30/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 12/30/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 12/30/21 | Kamil Abdullah | *Attend UCC Update Call* | 1.0 | 3 |
| | **December 1, 2021 - December 31, 2021 Hours for Plan of Reorganization** | | **43.0** | |
| 12/05/21 | Leon Szlezinger | *Review Judge McMahon response* | 1.0 | 7 |
| 12/05/21 | Kamil Abdullah | *Review of UCC Response to Judge McMahon* | 1.0 | 7 |
| 12/06/21 | Leon Szlezinger | *Review of various appellee briefs* | 1.5 | 7 |
| 12/06/21 | Jaspinder Kanwal | *Review of Judge McMahon UCC response* | 1.5 | 7 |
| 12/06/21 | Jaspinder Kanwal | *Review of various appellee briefs* | 1.5 | 7 |
| 12/06/21 | Kamil Abdullah | *Review of Various Supplemental Appellee Briefs* | 1.0 | 7 |
| 12/07/21 | Kamil Abdullah | *Review of Various Supplemental Appellee Briefs* | 1.0 | 7 |
| 12/08/21 | Jaspinder Kanwal | *Review of various appellee briefs* | 0.5 | 7 |
| 12/16/21 | Leon Szlezinger | *Telephonic attendance of Omnibus court hearing* | 1.0 | 7 |
| 12/16/21 | Leon Szlezinger | *Review of court decision & order* | 2.0 | 7 |
| 12/16/21 | Jaspinder Kanwal | *Attend Omnibus court hearing* | 1.0 | 7 |
| 12/16/21 | Jaspinder Kanwal | *Review of court order* | 1.0 | 7 |
| 12/16/21 | Kamil Abdullah | *Attend Omnibus Court Hearing* | 1.0 | 7 |
| 12/16/21 | Kamil Abdullah | *Review of Court Decision & Order* | 1.5 | 7 |
| 12/17/21 | Leon Szlezinger | *Review of court decision & order* | 1.0 | 7 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/17/21 | Jaspinder Kanwal | *Review of court order* | 2.0 | 7 |
| 12/17/21 | Kamil Abdullah | *Review of Court Decision & Order* | 1.0 | 7 |
| 12/17/21 | Kevin Sheridan | *Review new court order* | 1.5 | 7 |
| 12/17/21 | James Wiltshire | *Review new court order* | 1.0 | 7 |
| 12/19/21 | Leon Szlezinger | *Review of various UCC memos* | 1.5 | 7 |
| 12/19/21 | Kamil Abdullah | *Review of Various UCC Memos* | 1.5 | 7 |
| 12/20/21 | Jaspinder Kanwal | *Review of various UCC memos* | 1.5 | 7 |
| 12/20/21 | Kamil Abdullah | *Review of Preliminary Injunction* | 0.5 | 7 |
| 12/21/21 | Leon Szlezinger | *Review of various court filings* | 1.0 | 7 |
| 12/21/21 | Jaspinder Kanwal | *Review of various court filings* | 2.0 | 7 |
| 12/21/21 | Kamil Abdullah | *Review of Various Court Filings* | 1.0 | 7 |
| 12/27/21 | Leon Szlezinger | *Review of UCC plan alternatives* | 1.0 | 7 |
| 12/27/21 | Jaspinder Kanwal | *Review of UCC plan alternatives* | 1.0 | 7 |
| 12/27/21 | Kamil Abdullah | *Review of UCC Plan Alternatives* | 1.0 | 7 |
| 12/27/21 | Kevin Sheridan | *Review plan alternatives* | 0.5 | 7 |
| 12/28/21 | Leon Szlezinger | *Review of UCC plan alternatives* | 0.5 | 7 |
| 12/29/21 | Leon Szlezinger | *Telephonic attendance of court hearing* | 1.0 | 7 |
| 12/29/21 | Jaspinder Kanwal | *Attend court hearing* | 1.0 | 7 |
| 12/29/21 | Kamil Abdullah | *Attend Court Hearing* | 1.0 | 7 |
| 12/30/21 | Leon Szlezinger | *Review of various court filings* | 1.0 | 7 |
| 12/30/21 | Jaspinder Kanwal | *Review of various court filings* | 1.5 | 7 |
| 12/30/21 | Kamil Abdullah | *Review of Various Court Filings* | 1.5 | 7 |
| | | **December 1, 2021 - December 31, 2021 Hours for Due Diligence** | **16.5** | |
| 12/07/21 | Kamil Abdullah | *Review PPLP Data Room Uploads* | 1.5 | 9 |
| 12/08/21 | Kamil Abdullah | *Review PPLP Data Room Uploads* | 1.0 | 9 |
| 12/08/21 | Connor Hattersley | *Review of data room uploads* | 1.0 | 9 |
| 12/10/21 | William Maselli | *Review of data room uploads* | 1.0 | 9 |
| 12/12/21 | Kamil Abdullah | *Review PPLP Data Room Uploads* | 1.0 | 9 |
| 12/16/21 | Leon Szlezinger | *Review of Purdue financial update* | 0.5 | 9 |
| 12/16/21 | Kamil Abdullah | *Review of Purdue Financial Update* | 0.5 | 9 |
| 12/16/21 | Kevin Sheridan | *Review financial update* | 0.5 | 9 |
| 12/16/21 | James Wiltshire | *Review financial update* | 0.5 | 9 |
| 12/16/21 | William Maselli | *Review financial update* | 0.5 | 9 |
| 12/16/21 | Connor Hattersley | *Review financial update* | 0.5 | 9 |
| 12/16/21 | Connor Hattersley | *Review of data room uploads* | 1.5 | 9 |
| 12/17/21 | Jaspinder Kanwal | *Review Purdue financial update* | 1.0 | 9 |
| 12/20/21 | William Maselli | *Review of data room uploads* | 0.5 | 9 |
| 12/29/21 | Kamil Abdullah | *Review PPLP Data Room Uploads* | 2.0 | 9 |
| 12/30/21 | Kamil Abdullah | *Review PPLP Data Room Uploads* | 1.5 | 9 |
| 12/30/21 | Connor Hattersley | *Review of data room uploads* | 1.5 | 9 |
| | | **December 1, 2021 - December 31, 2021 Hours for Business Plan** | **18.5** | |
| 12/29/21 | Leon Szlezinger | *Discussion with Province re alternative plan structure* | 0.5 | 10 |
| 12/29/21 | Leon Szlezinger | *Review potential go forward assumptions* | 1.0 | 10 |
| 12/29/21 | Leon Szlezinger | *Review documents related to proposed go forward Purdue* | 1.0 | 10 |
| 12/29/21 | Leon Szlezinger | *Review of Adhansia projections* | 1.0 | 10 |
| 12/29/21 | Leon Szlezinger | *Internal discussion re: Rhodes Licensing* | 0.5 | 10 |
| 12/29/21 | Leon Szlezinger | *Review of Adhansia projections* | 1.0 | 10 |
| 12/29/21 | Jaspinder Kanwal | *Review of Adhansia projections / business plan* | 1.5 | 10 |
| 12/29/21 | Kamil Abdullah | *Review of Adhansia documents* | 2.0 | 10 |
| 12/29/21 | Kevin Sheridan | *Review Adhansia documents* | 0.5 | 10 |
| 12/29/21 | Kevin Sheridan | *Internal discussion re: Rhodes Licensing* | 0.5 | 10 |
| 12/30/21 | Leon Szlezinger | *Review projections for alternative plan structure* | 1.0 | 10 |
| 12/31/21 | Leon Szlezinger | *Review diligence request list and related emails* | 1.5 | 10 |
| 12/31/21 | Leon Szlezinger | *Review of latest distributable value analysis* | 1.0 | 10 |
| 12/31/21 | Jaspinder Kanwal | *Review of financial models* | 1.5 | 10 |
| 12/31/21 | Jaspinder Kanwal | *Review projections for alternative plan structure* | 1.0 | 10 |
| 12/31/21 | Kamil Abdullah | *Review projections for Plan B structure* | 1.0 | 10 |
| 12/31/21 | Kamil Abdullah | *Review of Financial Model Projections* | 1.5 | 10 |
| 12/31/21 | Kevin Sheridan | *Review of financial model projections* | 0.5 | 10 |
| | | **December 1, 2021 - December 31, 2021 Total Hours** | **109.0** | |

**Exhibit B**

**Expenses**

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|
| Baker Botts | $5,665.50 | 12/31/21 | Legal | Legal invoice from counsel |

**BAKER BOTTS L.L.P.**

| | |
|---|---|
| Austin | Moscow |
| Brussels | **New York** |
| Dallas | Palo Alto |
| Dubai | Riyadh |
| Houston | San Francisco |
| London | Washington |

TAX ID 74-1195457

Jefferies LLC
520 Madison Avenue
Attn: Leon Szlezinger
New York, NY 10022

Invoice Number: 40007362
Invoice Date: January 12, 2022
Attorney: R L Spigel

Total fees for services and expenses for the matter shown below through December 31, 2021

**082383.0108**
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/06/21 | K Chiu | 0.1 | Email with K. Abdullah (Jefferies) regarding October monthly fee application. |
| 12/06/21 | R L Spigel | 0.1 | Review fee examiner report; email to D. Klauder and to K. Chiu re same |
| 12/09/21 | K Chiu | 0.1 | Email with K. Abdullah regarding October monthly application |
| 12/12/21 | K Chiu | 0.1 | Email with K. Abdullah regarding October monthly application. |
| 12/13/21 | K Chiu | 0.2 | Email with E. Lisovicz (Akin Gump) regarding October monthly fee application and excel reports for hours/expenses. |
| 12/13/21 | K Chiu | 0.5 | Review October monthly fee application (0.4); email with K. Abdullah regarding same (0.1). |
| 12/13/21 | R L Spigel | 0.1 | Review October monthly fee statement; email to K. Chiu re same |
| 12/14/21 | K Chiu | 0.2 | Emails with R. Spigel regarding hearing on sixth interim fee applications. |
| 12/16/21 | R L Spigel | 1.9 | Prepare for (.4) and attend Sixth Interim Fee Application hearing (1.2); follow up call to L. Szlezinger re same (.1); follow up email to S. Brauner and A. Preis re same (.1); communication with L. Szlezinger re status of case (.1) |

Page 1

**BAKER BOTTS** LLP

| | Invoice No: | 40007362 |
|---|---|---|
| | Invoice Date: | January 12, 2022 |
| Jefferies LLC | Matter: | 082383.0108 |
| Purdue Retention | | |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 12/19/21 | R L Spigel | 1.7 | T/c with L. Szlezinger re status of case, follow up from fee hearing (.5); consideration of same (.2); email to A. Preis, S. Brauner, E. Lidocivz re same (.1); review and revise drafts of October fee statement (.7); review comments (.1); emails with L. Szlezinger re same (.1); |
| 12/20/21 | R L Spigel | 0.1 | T/c with L. Szlezinger re October fee statement, open matters |

| **Matter Hours** | **5.1** |
|---|---|
| **Matter Fees** | **$5,665.50** |

Page 2

**BAKER BOTTS** L.L.P.

| | Invoice No: | 40007362 |
|---|---|---|
| | Invoice Date: | January 12, 2022 |
| Jefferies LLC | Matter: | 082383.0108 |
| Purdue Retention | | |

**2021 Lawyer Summary**

| Timekeeper | HOURS | RATE | AMOUNT |
|---|---|---|---|
| K Chiu | 1.2 | 740.00 | 888.00 |
| R L Spigel | 3.9 | 1,225.00 | 4,777.50 |
| | **5.1** | | **$5,665.50** |

Page 3

# BAKER BOTTS L.L.P.

Austin     Moscow
Brussels   **New York**
Dallas     Palo Alto
Dubai      Riyadh
Houston    San Francisco
London     Washington

TAX ID 74-1195457

Jefferies LLC  
520 Madison Avenue  
Attn: Leon Szlezinger  
New York, NY, 10022

**Due Upon Receipt**

Invoice Number:   40007362  
Invoice Date:     January 12, 2022  
Matter Number:    082383.0108

## REMITTANCE STATEMENT

**Matter Number:**     082383.0108  
**Client:**            Jefferies LLC  
**Matter:**            Purdue Retention  
**Invoice Number:**    40007362  
**Billing Attorney:**  R L Spigel  
**Office:**            New York

| | |
|---|---:|
| **Total Fees** | $5,665.50 |
| **Total Expenses** | $0.00 |
| **Total Invoice Amount** | $5,665.50 |

TO ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

| *Please Remit to:* | *Wiring Instructions* | *ACH Information:* | *To Pay by Check, send to:* |
|---|---|---|---|
| | Baker Botts L.L.P. | Baker Botts L.L.P. | Baker Botts L.L.P. |
| | Bank: JP Morgan Chase Bank | Bank: JP Morgan Chase Bank | P.O. Box 301251 |
| | Address: 712 Main Street, Houston, TX 77002 | Address: 712 Main Street, Houston, TX 77002 | Dallas, TX 75303-1251 |
| | ABA Number: 021 000 021 | Routing Number: 111 000 614 | (Reference Invoice Number) |
| | Swift Code: CHASUS33 | Primary Account: 001 0000 2006 | |
| | Primary Account: 001 0000 2006 | (Reference Invoice Number) | |
| | (Reference Invoice Number) | | |