**Objection Deadline: March 18, 2022 at 12:00 p.m. (Prevailing Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 |
| Debtors. [1] | (Jointly Administered) |

**NOTICE OF TWENTY-SEVENTH MONTHLY STATEMENT OF**
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS**
**FOR THE PERIOD FROM DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

| | |
|---|---|
| Name of Applicant: | Skadden, Arps, Slate, Meagher & Flom LLP |
| Authorized to Provide Services to: | Purdue Pharma L.P., *et al*. |
| Date of Retention: | November 25, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Expense Reimbursement is Sought: | December 1, 2021 through December 31, 2021 |
| Amount of Compensation Requested: | $355,994.76 |
| Less 20% Holdback: | $ 71,198.95 |
| Net of Holdback: | $284,795.81 |
| Amount of Expense Reimbursement Requested: | $ 30,000.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $314,795.81 |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"),[2] Skadden, Arps, Slate, Meagher & Flom LLP ("**Skadden**") hereby submits this Twenty-Seventh monthly statement (the "**Twenty-Seventh Monthly Statement**"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from December 1, 2021 through December 31, 2021 (the "**Twenty-Seventh Monthly Period**"). By this Twenty-Seventh Monthly Statement, and after taking into account certain voluntary discounts and reductions,[3] Skadden seeks payment in the amount of $314,795.81 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Twenty-Seventh Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.     Attached hereto as **Exhibit A** is a summary of Skadden professionals by individual, setting forth the (a) name and title of each individual who provided services for the Twenty-Seventh Monthly Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Skadden's then-current billing rates, (d) amount of fees earned by each Skadden professional, and (e) year of bar admission for each attorney. The blended hourly

---

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]     In addition to the volume discount, the total amount sought for fees and expenses ($385,994.76) reflects voluntary reductions for this period of $0.00 in fees and $279.83 in expenses, for an overall voluntary reduction of 0.06%.  Skadden reserves the right to request these amounts.

*(cont'd)*

billing rate of Skadden timekeepers during the Twenty-Seventh Monthly Period is approximately

$1,256.33[4]

    2.      Attached hereto as **Exhibit B** is a summary of the services rendered and

compensation sought, by project category, for the Twenty-Seventh Monthly Period.

    3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and

reimbursement sought, by expense type, for the Twenty-Seventh Monthly Period.

    4.      Attached hereto as **Exhibit D** is itemized time records of Skadden professionals

for the Twenty-Seventh Monthly Period and summary materials related thereto.

### NOTICE AND OBJECTION PROCEDURES

    5.      Notice of this Twenty-Seventh Monthly Statement shall be given by hand or

overnight delivery upon the following parties (the "**Application Recipients**"): (i) Purdue Pharma

L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn.: Jon Lowne, Email:

Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450

Lexington Avenue, New York, New York 10017, Attn.: Christopher Robertson and Dylan

Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com; (iii)

counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of

America Tower, New York, New York 10036-6745, Attn.: Arik Preis and Sara L. Brauner,

Email: apreis@akingump.com and sbrauner@akingump.com; and (b) Bayard, P.A., 600 N. King

Street, Suite 400, Wilmington, DE 19801, Attn.: Justin R. Alberto and Daniel N. Brogan, Email:

jalberto@bayardlaw.com and dbrogan@bayardlaw.com; and (iv) the Office of the United States

Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York

---

[4]    The blended rate is comprised of all Skadden timekeepers who provided services during the Twenty-Seventh
Monthly Period.

10014, Attn.: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov. (collectively, the

"**Notice Parties**").

6.      Objections to this Twenty-Seventh Monthly Statement, if any, must be served

upon the Notice Parties, and by email, hand, or overnight delivery upon Skadden, Arps, Slate,

Meagher & Flom LLP, 1440 New York Avenue NW, Washington, D.C. 20005, Attn.: Jennifer

Bragg, Email: Jennifer.Bragg@skadden.com, 155 North Wacker Drive, Chicago, Illinois 60606,

Attn.: Patrick Fitzgerald, Email: Patrick.Fitzgerald@skadden.com, One Rodney Square, 920 N.

King Street, Wilmington, Delaware 19801, Attn.: Carl T. Tullson, Email:

Carl.Tullson@skadden.com, and 525 University Avenue, Palo Alto, California, 94301, Attn.:

Jennifer Madden, Email: Jennifer.Madden@skadden.com no later than March 18, 2022 at 12:00

p.m. (Prevailing Eastern Time) (the "**Objection Deadline**"), setting forth the nature of the

objection and the specific amount of fees or expenses at issue.

7.      If no objections to this Twenty-Seventh Monthly Statement are received by the

Objection Deadline, the Debtors shall promptly pay Skadden 80% of the fees and 100% of the

expenses identified in this Twenty-Seventh Monthly Statement.

8.      To the extent that an objection to this Twenty-Seventh Monthly Statement is

received on or before the Objection Deadline, the Debtors shall withhold payment of that portion

of this Twenty-Seventh Monthly Statement to which the objection is directed and promptly pay

the remainder of the fees and expenses in the percentages set forth above. To the extent such

objection is not resolved, it shall be preserved and scheduled for consideration at the next interim

fee application hearing.

Dated:  March 4, 2022

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/  *Julie E. Cohen*
Julie E. Cohen
One Manhattan West
New York, New York 10001
Telephone:  (212) 735-3000
Fax:  (212) 735-2000

– and –

Patrick Fitzgerald
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

– and –

Jennifer L. Bragg
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Fax: (202) 393-5760

*Special Counsel to Debtors
and Debtors-in-Possession*

## EXHIBIT A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**PROFESSIONAL PERSON SUMMARY**
**DECEMBER 1, 2021 – DECEMBER 31, 2021**

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|------|------|------|------|------|
| **PARTNER** | | | | |
| Jennifer L. Bragg | 1996 | 1,565.00 | 58.70 | $ 91,865.50 |
| Anthony W. Clark | 1979 | 1,565.00 | 4.60 | 7,199.00 |
| Patrick Fitzgerald | 1986 | 1,775.00 | 28.00 | 49,700.00 |
| Maya P. Florence | 2004 | 1,425.00 | 71.00 | 101,175.00 |
| William (Bill) McConagha | 1993 | 1,275.00 | 20.10 | 25,627.50 |
| William Ridgway | 2006 | 1,425.00 | 12.10 | 17,242.50 |
| Carl T. Tullson | | 1,260.00 | 0.50 | 630.00 |
| | | | | |
| | **TOTAL PARTNER** | | **195.00** | **$293,439.50** |
| | | | | |
| **COUNSEL** | | | | |
| John Boyle | 1996 | 1,260.00 | 6.90 | $   8,694.00 |
| Avia M. Dunn | 2008 | 1,260.00 | 23.80 | 29,988.00 |
| | | | | |
| | **TOTAL COUNSEL** | | **30.70** | **$ 38,682.00** |
| | | | | |
| **ASSOCIATE** | | | | |
| William A. Bejan | 2018 | 825.00 | 23.10 | $ 19,057.50 |
| Elizabeth L. Berry | 2016 | 995.00 | 18.60 | 18,507.00 |
| Amanda H. Chan | 2019 | 825.00 | 13.30 | 10,972.50 |
| Barri Dean | 2019 | 825.00 | 8.60 | 7,095.00 |
| Lucy Dicks-Mireaux | 2020 | 575.00 | 9.60 | 5,520.00 |
| Jennifer Madden | 2010 | 1,120.00 | 0.60 | 672.00 |
| William S. O'Hare | 2013 | 1,120.00 | 0.70 | 784.00 |
| | | | | |
| | **TOTAL ASSOCIATE** | | **74.50** | **$ 62,608.00** |
| | | | | |
| | | | | |
| **PARAPROFESSIONALS** | | | | |
| Mark D. Campana | N/A | 450.00 | 0.60 | $     270.00 |
| Michael J. Hohmann | N/A | 450.00 | 1.20 | 540.00 |
| Rachel Redman | N/A | 450.00 | 20.00 | 9,000.00 |
| | | | | |
| **TOTAL PARAPROFESSIONALS** | | | **21.80** | **$   9,810.00** |
| | | | | |
| **TOTAL** | | | **322.00** | **$404,539.50** |
| **VOLUME DISCOUNT** | | | | **$ 48,544.74** |

| TOTAL FEES | | | $355,994.76 |
|---|---|---|---|
| | | | |
| | | | |

**BLENDED HOURLY RATE**       $1,256.33

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**
**(DECEMBER 1, 2021 – DECEMBER 31, 2021)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Bankruptcy Emergence Process | 44.10 | $   59,652.50 |
| Bankruptcy Related Litigation and Regulation | 2.50 | 3,814.50 |
| Corporate/Transactional Matter | 35.70 | 33,052.50 |
| DOJ | 142.80 | 199,600.00 |
| General Advice | 17.90 | 26,879.50 |
| General Compliance | 38.30 | 48,681.50 |
| Retention/Fee Matter | 13.80 | 15,165.00 |
| Various Texas Actions | 26.90 | 17,694.00 |
| **TOTAL** | **322.00** | **404,539.50** |
| **VOLUME DISCOUNT** | | **$  48,544.74** |
| **TOTAL FEES** | | **$355,994.76** |

**EXHIBIT C**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**EXPENSE SUMMARY**
**(DECEMBER 1, 2021 – DECEMBER 31, 2021)**

| Expense Category | Total Expenses |
|---|---|
| Secondment of Skadden Attorney | $ 30,000.00 |
| **TOTAL** | **$  30,000.00** |

## **EXHIBIT D**

**TIME DETAIL**

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                                    **Bill Date: 02/23/22**
**General Advice**                                                        **Bill Number: 1885033**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 12/10/21 | 0.90 | CONFER WITH CLIENT RE: LAUNCH ISSUES (0.5); CALL WITH CLIENT RE: COMPLIANCE (0.4). |
| BRAGG JL | 12/14/21 | 1.90 | PREPARE FOR MEETING RE: COMPLIANCE (1.1); CONFER WITH CLIENT RE: COMPLIANCE MEETING (0.8). |
| BRAGG JL | 12/16/21 | 7.00 | LAUNCH STRATEGY MEETING (7.0). |
| | | **9.80** | |
| FLORENCE MP | 12/15/21 | 1.10 | REVIEW MATERIALS RE: CLIENT STRATEGY SESSION (1.1). |
| FLORENCE MP | 12/16/21 | 7.00 | ATTEND STRATEGY PLANNING MEETING WITH CLIENT AND CO-COUNSEL (7.0). |
| | | **8.10** | |
| **Total Partner** | | **17.90** | |
| **MATTER TOTAL** | | **17.90** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

Purdue Pharma L.P.                                          Bill Date: 02/23/22
DOJ                                                        Bill Number: 1885034

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 12/01/21 | 1.90 | MEETING WITH CO-COUNSEL RE: MEETING MATERIALS (1.1); PRINCIPALS CALL (0.8). |
| BRAGG JL | 12/02/21 | 1.40 | CONFER WITH CO-COUNSEL RE: DOJ ISSUES (0.6); REVIEW AND EDIT MATERIALS FOR MEETING (0.8). |
| BRAGG JL | 12/03/21 | 2.20 | REVIEW AND EDIT MEETING MATERIALS (2.2). |
| BRAGG JL | 12/05/21 | 1.40 | REVIEW AND EDIT MATERIALS (1.4). |
| BRAGG JL | 12/06/21 | 2.70 | CONFER WITH CLIENT RE: MEETING MATERIALS (0.5); CONFER WITH CO-COUNSEL RE: MATERIALS FOR MEETING (1.3); REVIEW SUBMISSIONS PERTAINING TO DOJ ISSUES (0.9). |
| BRAGG JL | 12/07/21 | 2.40 | PRINCIPALS CALL (0.8); CONFER WITH CO-COUNSEL RE: DOCUMENT ISSUE (0.5); CONFER WITH CO-COUNSEL RE: MEETING MATERIALS (1.1). |
| BRAGG JL | 12/09/21 | 3.30 | CONFER WITH CO-COUNSEL RE: MEETING MATERIALS (0.5); REVIEW AND EDIT MATERIALS (2.3); CALL WITH CO-COUNSEL RE: DOJ STRATEGY (0.5). |
| BRAGG JL | 12/10/21 | 2.10 | CONFER WITH CO-COUNSEL RE: DEA ISSUES (0.5); REVIEW AND EDIT MEETING MATERIALS (1.6). |
| BRAGG JL | 12/11/21 | 1.20 | CONFER WITH CO-COUNSEL RE: REPRESENTATION ISSUES (0.8); CONFER WITH CLIENT RE: REPRESENTATION ISSUES (0.4). |
| BRAGG JL | 12/13/21 | 3.40 | ANALYZE MEETING MATERIALS (2.2); CALL WITH CO-COUNSEL RE: STRATEGY (0.7); CALL WITH CO-COUNSEL RE: UNDERTAKINGS (0.5). |
| BRAGG JL | 12/14/21 | 1.60 | PRINCIPALS CALL (1.0); REVIEW AND EDIT UNDERTAKING MATERIALS (0.6). |
| BRAGG JL | 12/15/21 | 0.90 | CONFER WITH CO-COUNSEL RE: ACTIVITY (0.5); CONFER WITH CLIENT RE: UNDERTAKINGS (0.4). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BRAGG JL | 12/16/21 | 3.10 | READ DECISION (1.5); STRATEGY DISCUSSION WITH CLIENT (0.5); STRATEGY DISCUSSION WITH CO-COUNSEL (0.6); CONFER WITH CO-COUNSEL RE: UNDERTAKING ISSUES (0.5). |
| BRAGG JL | 12/17/21 | 2.90 | CONFER WITH CO-COUNSEL RE: DOJ ISSUES (0.4); ATTEND BOARD MEETING (1.7); WEEKLY MEETING (0.8). |
| BRAGG JL | 12/20/21 | 2.40 | TEAM MEETING TO DISCUSS DOJ STRATEGY (1.0); PRINCIPALS CALL (1.4). |
| BRAGG JL | 12/21/21 | 1.70 | DOJ STRATEGY CALL (1.0); REVIEW AND ANALYZE DOJ STRATEGY ISSUES (0.7). |
| | | **34.60** | |
| FITZGERALD P | 12/01/21 | 1.70 | UPDATE WITH M. FLORENCE (0.2); WEEKLY LITIGATION UPDATE CALL (0.8); UPDATE CALL WITH J. BRAGG AND M. FLORENCE (0.4); EDIT TO DRAFT PRESENTATION (0.3). |
| FITZGERALD P | 12/02/21 | 1.40 | REVIEW AND EDIT DRAFT PRESENTATION (0.4); ATTENTION TO COORDINATION REGARDING SENTENCING AND EMERGENCE (1.0). |
| FITZGERALD P | 12/03/21 | 0.20 | ATTENTION TO DRAFT PRESENTATION (0.2). |
| FITZGERALD P | 12/04/21 | 0.20 | REVIEW AND EDIT DRAFT PRESENTATION (0.2). |
| FITZGERALD P | 12/05/21 | 1.20 | ATTENTION TO EDITS TO DRAFT PRESENTATION (0.1); REVIEW AND EDIT DRAFT FILING (1.1). |
| FITZGERALD P | 12/06/21 | 1.20 | REVIEW COURT BRIEFS (1.2). |
| FITZGERALD P | 12/07/21 | 0.80 | REVIEW DRAFT OUTLINE (0.2); WEEKLY LITIGATION UPDATE CALL (0.6). |
| FITZGERALD P | 12/09/21 | 0.30 | SKADDEN UPDATE CALL (0.3). |
| FITZGERALD P | 12/10/21 | 0.40 | REVIEW AND EDIT DRAFT PRESENTATIONS (0.4). |
| FITZGERALD P | 12/12/21 | 0.10 | REVIEW REVISED PRESENTATION (0.1). |
| FITZGERALD P | 12/13/21 | 1.30 | REVISE DECK (0.1); CALL TO REVIEW AND DISCUSS EDITS TO DECK (0.5); UPDATE CALL (0.7). |
| FITZGERALD P | 12/14/21 | 2.00 | UPDATE CALL WITH CO-COUNSEL (0.2); EDIT DRAFT CORRESPONDENCE WITH REGULATORS (0.6); WEEKLY LITIGATION UPDATE CALL (1.2). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FITZGERALD P | 12/16/21 | 2.70 | ATTENTION TO JUDGE MCMAHON'S RULING AND FOLLOW UP (2.7). |
| FITZGERALD P | 12/17/21 | 2.40 | PARTICIPATE IN BOARD CALL (1.5); UPDATE WITH J. BRAGG (0.3); UPDATE WITH CO-COUNSEL (0.1); WEEKLY SKADDEN UPDATE CALL (0.5). |
| FITZGERALD P | 12/20/21 | 5.60 | REVIEW STRATEGY MATERIALS (0.8); STRATEGY CALL WITH CO-COUNSEL AND SKADDEN (1.0); REVIEW AND EDIT DRAFT DOCUMENT (1.2); WEEKLY LITIGATION UPDATE (1.8); UPDATE WITH M. FLORENCE (0.4); DRAFT EMAIL RE: DEVELOPMENTS (0.4). |
| FITZGERALD P | 12/21/21 | 3.20 | ATTENTION TO STRATEGY PLAN (1.4); UPDATE CALL WITH COUNSEL (0.4); SKADDEN UPDATE CALL (0.5); SKADDEN UPDATE CALL (0.9). |
| FITZGERALD P | 12/22/21 | 0.20 | REVIEW ANALYSIS (0.2). |
| FITZGERALD P | 12/23/21 | 0.70 | UPDATE WITH CO-COUNSEL (0.7). |
| FITZGERALD P | 12/27/21 | 0.50 | UPDATE CALL WITH COUNSEL (0.2); DRAFT AND CIRCULATE UPDATE REPORT (0.3). |
| FITZGERALD P | 12/28/21 | 0.20 | REVIEW COURT FILING (0.2). |
| FITZGERALD P | 12/29/21 | 1.00 | ATTEND PART OF VIRTUAL COURT CONFERENCE (1.0). |
| | | **27.30** | |
| FLORENCE MP | 12/01/21 | 2.00 | CONFER WITH SKADDEN TEAM RE: DRAFT PRESENTATION (0.5); REVIEW BANKRUPTCY ORDER (0.3); PREPARE FOR WEEKLY STRATEGY CALL WITH CLIENT AND CO-COUNSEL (0.4); PARTICIPATE IN CALL RE: SAME (0.5); FOLLOW UP WITH J. BRAGG AND P. FITZGERALD RE: SAME (0.3). |
| FLORENCE MP | 12/02/21 | 1.70 | REVISE DRAFT PRESENTATION (1.2); CONFER WITH SKADDEN TEAM RE: SAME (0.5). |
| FLORENCE MP | 12/03/21 | 0.50 | REVISE DRAFT PRESENTATION (0.5). |
| FLORENCE MP | 12/05/21 | 0.50 | REVIEW DRAFT BRIEF (0.5). |
| FLORENCE MP | 12/05/21 | 0.30 | REVIEW EDITS TO DRAFT PRESENTATION (0.3). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 12/06/21 | 2.80 | CORRESPOND WITH SKADDEN TEAM RE: DRAFT PRESENTATION (0.6); PARTICIPATE IN CALL WITH SKADDEN TEAM RE: SAME (0.8); PARTICIPATE IN CALL WITH CLIENT RE: SAME (0.5); CORRESPOND WITH SKADDEN TEAM AND CO-COUNSEL RE: SENTENCING ISSUES (0.9). |
| FLORENCE MP | 12/06/21 | 0.20 | REVIEW BRIEFS (0.2). |
| FLORENCE MP | 12/07/21 | 5.00 | REVIEW AND EDIT DRAFT PRESENTATION AND TALKING POINTS (4.0); CONFER WITH J. BRAGG RE: SAME (0.3); PARTICIPATE IN WEEKLY PRINCIPALS CALL (0.7). |
| FLORENCE MP | 12/08/21 | 0.90 | REVIEW AND EDIT DRAFT PRESENTATION (0.9). |
| FLORENCE MP | 12/08/21 | 1.90 | REVIEW BRIEFS (1.9). |
| FLORENCE MP | 12/09/21 | 0.30 | REVIEW BRIEFS (0.3). |
| FLORENCE MP | 12/09/21 | 0.70 | CONFER WITH SKADDEN TEAM RE: QUESTION FROM INDIVIDUAL COUNSEL (0.7). |
| FLORENCE MP | 12/10/21 | 1.80 | REVIEW AND EDIT DRAFT TALKING POINTS (0.6); PARTICIPATE IN STRATEGY CALL WITH CO-COUNSEL (0.8); CORRESPOND WITH CLIENT RE: SAME (0.2); CONFER WITH CONSULTANT RE: DOJ PRODUCTION (0.2). |
| FLORENCE MP | 12/13/21 | 1.70 | CONFER WITH CO-COUNSEL RE: SENTENCING ISSUES (0.5); CONFER WITH SKADDEN TEAM RE: DRAFT PRESENTATION (0.5); REVIEW AND EDIT SAME (0.3); PARTICIPATE IN CALL WITH CO-COUNSEL RE: UNDERTAKINGS (0.4). |
| FLORENCE MP | 12/14/21 | 1.10 | ATTEND WEEKLY PRINCIPALS STRATEGY CALL WITH CLIENT AND CO-COUNSEL (1.1). |
| FLORENCE MP | 12/14/21 | 0.30 | REVIEW BANKRUPTCY DISCOVERY RESPONSE (0.3). |
| FLORENCE MP | 12/16/21 | 3.00 | REVIEW BANKRUPTCY APPEAL OPINION (2.0) AND CONFER WITH CO-COUNSEL AND CLIENT RE: SAME (1.0). |
| FLORENCE MP | 12/17/21 | 2.80 | PREPARE FOR BOARD MEETING (0.5); PARTICIPATE IN BOARD MEETING (1.8); CONFER WITH SKADDEN TEAM RE: DOJ STRATEGY (0.5). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 12/19/21 | 0.30 | CORRESPOND WITH CLIENT AND CO-COUNSEL RE: STRATEGY (0.3). |
| FLORENCE MP | 12/20/21 | 4.60 | PARTICIPATE IN STRATEGY CALL WITH CO-COUNSEL (0.1); REVIEW AND COMMENT ON DRAFT OP-ED (0.9); CORRESPOND WITH CO-COUNSEL RE: DOJ STRATEGY (0.6); PARTICIPATE IN WEEKLY PRINCIPALS STRATEGY CALL WITH CLIENT AND CO-COUNSEL (1.8); CONFER WITH P. FITZGERALD RE: SAME (0.3). |
| FLORENCE MP | 12/21/21 | 2.60 | CORRESPOND WITH CLIENT AND CO-COUNSEL RE: STRATEGY (0.4); CONFERENCE CALL WITH P. FITZGERALD, J. BRAGG AND CO-COUNSEL RE: DOJ STRATEGY (1.4); CONFER WITH J. BRAGG RE: SAME (0.2); CORRESPOND WITH SKADDEN TEAM AND CO-COUNSEL RE: SAME (0.3); CORRESPOND WITH CO-COUNSEL RE: DOCUMENT REQUESTS (0.3). |
| FLORENCE MP | 12/30/21 | 0.40 | CONFER WITH J. BRAGG RE: DOCUMENT REQUEST AND FOLLOW UP WITH CONSULTANT RE: SAME (0.4). |
| | | **35.40** | |
| RIDGWAY W | 12/01/21 | 0.80 | CONFER WITH SKADDEN TEAM RE: DOJ STRATEGY (0.4); CONFER WITH OUTSIDE COUNSEL RE: SENTENCING (0.4). |
| RIDGWAY W | 12/02/21 | 0.50 | REVIEW MATERIALS RE: DOJ MATTERS (0.5). |
| RIDGWAY W | 12/06/21 | 0.90 | REVIEW MATERIALS RE: DOJ STRATEGY (0.5); CONFER WITH SKADDEN TEAM AND CO-COUNSEL RE: DOJ STRATEGY (0.4). |
| RIDGWAY W | 12/07/21 | 1.10 | PARTICIPATE IN PRINCIPALS MEETING (0.7); FOLLOW UP WITH SKADDEN TEAM RE: DOJ MATTERS (0.4). |
| RIDGWAY W | 12/08/21 | 0.30 | FOLLOW UP RE: CORRESPONDENCE WITH DEA (0.3). |
| RIDGWAY W | 12/09/21 | 0.80 | CONFER WITH SKADDEN TEAM AND CO-COUNSEL RE: STRATEGY (0.8). |
| RIDGWAY W | 12/13/21 | 0.60 | CONFER WITH CLIENT RE: DOJ MATTERS (0.6). |
| RIDGWAY W | 12/14/21 | 1.00 | PARTICIPATE IN PRINCIPALS MEETING (0.5); CONFER WITH COUNSEL FOR OTHER INDIVIDUAL RE: DOJ (0.5). |
| RIDGWAY W | 12/16/21 | 1.30 | ANALYZE BANKRUPTCY DECISION AND DOJ MATTERS (1.3). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| RIDGWAY W | 12/17/21 | 1.10 | CONFER WITH SKADDEN TEAM RE: DOJ STRATEGY (0.5); ANALYZE RULING (0.6). |
| RIDGWAY W | 12/19/21 | 0.40 | CONFER WITH COUNSEL FOR PURDUE EMPLOYEE RE: DOJ AND PRIVILEGE ISSUES (0.4). |
| RIDGWAY W | 12/20/21 | 1.70 | CONFER WITH SKADDEN TEAM AND CO-COUNSEL RE: DOJ STRATEGY (0.9); PARTICIPATE IN PRINCIPALS MEETING RE: STRATEGY (0.8). |
| RIDGWAY W | 12/21/21 | 1.30 | CONFER WITH SKADDEN TEAM RE: DOJ STRATEGY (1.3). |
| RIDGWAY W | 12/28/21 | 0.30 | REVIEW MATERIALS RE: DOJ STRATEGY (0.3). |
| | | **12.10** | |
| **Total Partner** | | **109.40** | |
| BEJAN WA | 12/01/21 | 1.00 | CALL WITH SKADDEN TEAM RE: DRAFT PRESENTATION (1.0). |
| BEJAN WA | 12/01/21 | 2.90 | DRAFT TALKING POINTS RE: PRESENTATION (2.9). |
| BEJAN WA | 12/01/21 | 1.60 | DRAFT PRESENTATION (1.6). |
| BEJAN WA | 12/02/21 | 0.50 | DRAFT PRESENTATION (0.5). |
| BEJAN WA | 12/02/21 | 0.90 | DRAFT TALKING POINTS RE: PRESENTATION (0.9). |
| BEJAN WA | 12/02/21 | 0.50 | CALL WITH SKADDEN TEAM RE: DRAFT PRESENTATION (0.5). |
| BEJAN WA | 12/03/21 | 1.40 | DRAFT PRESENTATION (1.4). |
| BEJAN WA | 12/06/21 | 0.90 | CALL WITH SKADDEN TEAM RE: DRAFT PRESENTATION (0.9). |
| BEJAN WA | 12/06/21 | 2.00 | DRAFT TALKING POINTS RE: PRESENTATION (2.0). |
| BEJAN WA | 12/06/21 | 0.50 | CALL WITH SKADDEN TEAM AND CLIENT RE: DRAFT PRESENTATION (0.5). |
| BEJAN WA | 12/06/21 | 1.10 | DRAFT PRESENTATION (1.1). |
| BEJAN WA | 12/07/21 | 0.40 | DRAFT PRESENTATION (0.4). |
| BEJAN WA | 12/08/21 | 1.60 | DRAFT PRESENTATION (1.6). |
| BEJAN WA | 12/08/21 | 0.40 | DRAFT TALKING POINTS RE: PRESENTATION (0.4). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| BEJAN WA | 12/10/21 | 0.10 | CALL WITH SKADDEN TEAM RE: DRAFT PRESENTATION (0.1). |
| BEJAN WA | 12/10/21 | 4.00 | DRAFT TALKING POINTS RE: PRESENTATION (4.0). |
| BEJAN WA | 12/13/21 | 1.80 | DRAFT TALKING POINTS RE: PRESENTATION (1.8). |
| BEJAN WA | 12/13/21 | 1.00 | DRAFT PRESENTATION (1.0). |
| BEJAN WA | 12/13/21 | 0.50 | CALL WITH SKADDEN TEAM RE: DRAFT PRESENTATION (0.5). |
| | | **23.10** | |
| BERRY EL | 12/01/21 | 4.40 | CALL WITH M. FLORENCE, J. BRAGG, AND W. BEJAN RE: DOJ ISSUES (0.6); REVISE SLIDE DECK AND TALKING POINTS RE: SAME (3.8). |
| BERRY EL | 12/02/21 | 1.30 | REVISE SLIDE DECK RE: DOJ ISSUES (0.8); CALL WITH M. FLORENCE AND W. BEJAN RE: SAME (0.5). |
| BERRY EL | 12/03/21 | 1.20 | REVISE SLIDE DECK RE: DOJ ISSUES (1.2). |
| BERRY EL | 12/06/21 | 1.70 | REVIEW AND REVISE SLIDE DECK RE: DOJ ISSUES (0.8); CALL WITH SKADDEN TEAM RE: SAME (0.9). |
| BERRY EL | 12/10/21 | 0.50 | REVIEW AND REVISE TALKING POINTS AND SLIDE DECK RE: DOJ ISSUES (0.5). |
| BERRY EL | 12/13/21 | 1.20 | REVIEW AND REVISE SLIDE DECK AND TALKING POINTS RE: DOJ ISSUES (0.7); CALL WITH SKADDEN TEAM RE: DOJ ISSUES (0.5). |
| | | **10.30** | |
| **Total Associate** | | **33.40** | |
| **MATTER TOTAL** | | **142.80** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                           Bill Date: 02/23/22
**Various Texas Actions**                                        Bill Number: 1885035

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BOYLE J | 12/06/21 | 0.80 | REVIEW AND ANALYZE TEXAS FILINGS AND CORRESPONDENCE FOR RELEVANCE TO PURDUE (0.8). |
| BOYLE J | 12/08/21 | 0.50 | REVIEW AND ANALYZE TEXAS FILINGS AND CORRESPONDENCE FOR RELEVANCE TO PURDUE (0.5). |
| BOYLE J | 12/16/21 | 2.80 | REVIEW AND ANALYZE TEXAS FILINGS AND CORRESPONDENCE FOR RELEVANCE TO PURDUE (2.8). |
| BOYLE J | 12/20/21 | 1.20 | REVIEW AND ANALYZE TEXAS FILINGS AND CORRESPONDENCE FOR RELEVANCE TO PURDUE (1.2). |
| BOYLE J | 12/23/21 | 1.60 | REVIEW AND ANALYZE TEXAS FILINGS AND CORRESPONDENCE FOR RELEVANCE TO PURDUE (1.6). |
| | | **6.90** | |
| **Total Counsel** | | **6.90** | |
| REDMAN R | 12/01/21 | 1.50 | ANALYZE INCOMING FILINGS (0.5); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (1.0). |
| REDMAN R | 12/02/21 | 1.20 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS (0.9). |
| REDMAN R | 12/03/21 | 1.50 | ANALYZE AND DISTRIBUTE INCOMING FILINGS (0.7); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.8). |
| REDMAN R | 12/06/21 | 1.40 | ANALYZE INCOMING FILINGS (0.4); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (1.0). |
| REDMAN R | 12/07/21 | 1.00 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.7). |
| REDMAN R | 12/08/21 | 1.20 | UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (1.2). |
| REDMAN R | 12/09/21 | 0.80 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.5). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| REDMAN R | 12/10/21 | 0.30 | ANALYZE AND DISTRIBUTE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE PLEADINGS (0.1). |
| REDMAN R | 12/13/21 | 1.30 | ANALYZE INCOMING FILINGS (0.4); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.9). |
| REDMAN R | 12/14/21 | 0.90 | ANALYZE INCOMING FILINGS 0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.6). |
| REDMAN R | 12/15/21 | 1.20 | ANALYZE INCOMING FILINGS (0.4); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.8). |
| REDMAN R | 12/16/21 | 1.00 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.7). |
| REDMAN R | 12/17/21 | 0.80 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.6). |
| REDMAN R | 12/20/21 | 1.00 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.7). |
| REDMAN R | 12/21/21 | 0.80 | ANALYZE INCOMING FILINGS (0.2); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY  (0.6). |
| REDMAN R | 12/22/21 | 0.90 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.6). |
| REDMAN R | 12/23/21 | 1.50 | ANALYZE AND DISTRIBUTE INCOMING FILINGS (0.8); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY FOR PURDUE LITIGATIONS (0.7). |
| REDMAN R | 12/27/21 | 0.80 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS AND DISCOVERY (0.5). |
| REDMAN R | 12/28/21 | 0.90 | ANALYZE INCOMING FILINGS (0.3); UPDATE AND ORGANIZE PLEADINGS (0.6). |
| | | **20.00** | |
| **Total Legal Assistant** | | **20.00** | |
| **MATTER TOTAL** | | **26.90** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                              **Bill Date: 02/23/22**
**Retention/Fee Matter**                                           **Bill Number: 1885036**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| CLARK AW | 12/06/21 | 1.10 | REVIEW FEE EXAMINER REPORT (0.2) AND RELATED CORRESPONDENCE WITH SKADDEN TEAM (0.1); REVIEW OCTOBER FEE STATEMENT (0.4) AND RELATED CORRESPONDENCE WITH SKADDEN TEAM (0.4). |
| CLARK AW | 12/15/21 | 1.30 | PREPARE FOR INTERIM FEE APPLICATION HEARING (0.9); REVIEW RELATED CORRESPONDENCE WITH SKADDEN TEAM (0.4). |
| CLARK AW | 12/16/21 | 2.20 | PREPARE FOR HEARING RE: INTERIM FEE APPLICATIONS (0.6); PARTICIPATE IN ZOOM HEARING RE: INTERIM FEE APPLICATIONS (1.0); REVIEW RELATED CORRESPONDENCE WITH SKADDEN TEAM (0.6). |
| | | **4.60** | |
| TULLSON CT | 12/06/21 | 0.50 | CONFERENCE WITH WORKING GROUP RE: PURDUE FEE APPLICATIONS (0.1); REVIEW SAME (0.4). |
| | | **0.50** | |
| **Total Partner** | | **5.10** | |
| DEAN B | 12/03/21 | 0.10 | CORRESPOND WITH TEAM RE: OCTOBER FEE STATEMENT (0.1). |
| DEAN B | 12/06/21 | 1.60 | CONFER WITH SKADDEN TEAM RE: FEE APPLICATION (1.2); REVIEW FEE APPLICATION MATERIALS IN PREPARATION FOR FILING (0.4). |
| DEAN B | 12/07/21 | 1.10 | ANALYZE FEE APPLICATION MATERIALS (1.1). |
| DEAN B | 12/10/21 | 4.00 | REVISE FEE RETENTION MATERIALS (3.9); CORRESPOND WITH ACCOUNTING RE: SAME (0.1). |
| | | **6.80** | |
| MADDEN J | 12/06/21 | 0.60 | CORRESPONDENCE RE: FEE EXAMINER REPORT AND ANALYSIS RE: SAME (0.6). |
| | | **0.60** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| O'HARE WS | 12/21/21 | 0.50 | PREPARE FEE APPLICATION MATERIALS (0.5). |
| O'HARE WS | 12/22/21 | 0.20 | PREPARE FEE APPLICATION MATERIALS (0.2). |
| | | **0.70** | |
| **Total Associate** | | **8.10** | |
| CAMPANA MD | 12/06/21 | 0.60 | ASSIST WITH FILING OF THE OCTOBER FEE STATEMENT WITH THE U.S. BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK, CASE NUMBER 19-23649( (0.6). |
| | | **0.60** | |
| **Total Legal Assistant** | | **0.60** | |
| **MATTER TOTAL** | | **13.80** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                         Bill Date: 02/23/22
**Corporate/Transactional Advice**                            Bill Number: 1885037

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FLORENCE MP | 12/01/21 | 0.30 | CONFER WITH W. MCCONAGHA AND A. CHAN RE: CLINICAL TRIAL (0.3). |
| FLORENCE MP | 12/05/21 | 0.30 | REVIEW AND COMMENT ON DRAFT OUTLINE RE: CLINICAL TRIAL (0.3). |
| FLORENCE MP | 12/08/21 | 0.70 | CONFER WITH W. MCCONAGHA AND A. DUNN RE: CLINICAL TRIAL (0.7). |
| FLORENCE MP | 12/09/21 | 0.30 | CORRESPOND WITH W. MCCONAGHA AND A. DUNN RE: CLINICAL TRIAL (0.3). |
| | | **1.60** | |
| MCCONAGHA W | 12/01/21 | 0.50 | CALL WITH A. CHAN ON CLINICAL TRIAL ISSUE (0.3); WORK ON SAME (0.2). |
| MCCONAGHA W | 12/03/21 | 2.50 | REVIEW CLINICAL TRIAL CONTRACTS AND RELEVANT FDA REGULATIONS (2.5). |
| MCCONAGHA W | 12/04/21 | 2.00 | DRAFT OUTLINE ON LEGAL ISSUES ASSOCIATED WITH CLINICAL TRIAL (1.5); REVISE BASED ON FEEDBACK FROM CO-COUNSEL (0.5). |
| MCCONAGHA W | 12/05/21 | 2.00 | FINALIZE OUTLINE ON CLINICAL TRIAL ISSUES (1.0); DRAFT SUMMARY ANALYSIS FOR COUNSEL (1.0). |
| MCCONAGHA W | 12/06/21 | 1.30 | PREPARE FOR CALL ON CLINICAL TRIAL ISSUES (0.3); PARTICIPATE IN CALL RE: SAME (1.0). |
| MCCONAGHA W | 12/06/21 | 0.30 | UPDATE CLINICAL TRIAL ISSUES OUTLINE BASED ON FEEDBACK FROM CO-COUNSEL (0.3). |
| MCCONAGHA W | 12/07/21 | 0.80 | CONFER WITH COUNSEL RE: CLINICAL TRIAL (0.8). |
| MCCONAGHA W | 12/08/21 | 1.80 | CONFER WITH COUNSEL RE: CLINICAL TRIAL ISSUE (1.8). |
| | | **11.20** | |
| **Total Partner** | | **12.80** | |
| CHAN AH | 12/01/21 | 0.30 | CONFER ON SCOPE OF RESEARCH (0.3). |
| CHAN AH | 12/01/21 | 0.10 | REVIEW TRANSACTIONAL MATERIALS (0.1). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| CHAN AH | 12/02/21 | 2.40 | CONDUCT REGULATORY RESEARCH (2.4). |
| CHAN AH | 12/02/21 | 0.20 | CONFER ON SCOPE OF RESEARCH (0.2). |
| CHAN AH | 12/03/21 | 3.00 | CONDUCT REGULATORY RESEARCH (3.0). |
| CHAN AH | 12/04/21 | 3.40 | CONDUCT REGULATORY RESEARCH (3.4). |
| CHAN AH | 12/06/21 | 1.00 | PARTICIPATE IN CALL RE: REGULATORY FINDINGS (1.0). |
| CHAN AH | 12/06/21 | 0.20 | CONFER ON NEXT STEPS (0.2). |
| CHAN AH | 12/06/21 | 0.40 | REVISE OUTLINE (0.4). |
| CHAN AH | 12/13/21 | 0.20 | REVIEW TRANSACTIONAL MATERIAL (0.2). |
| CHAN AH | 12/14/21 | 2.10 | REVIEW TRANSACTIONAL MATERIAL (2.1). |
| | | **13.30** | |
| DICKS-MIREAUX L | 12/02/21 | 0.30 | BEGIN TO CONDUCT REGULATORY RESEARCH (0.3). |
| DICKS-MIREAUX L | 12/03/21 | 1.00 | CONTINUE TO CONDUCT REGULATORY RESEARCH (1.0). |
| DICKS-MIREAUX L | 12/04/21 | 4.20 | FINISH CONDUCTING REGULATORY RESEARCH (4.2). |
| DICKS-MIREAUX L | 12/06/21 | 1.10 | PARTICIPATE IN CLIENT CALL RE: REGULATORY FINDINGS (1.1). |
| DICKS-MIREAUX L | 12/06/21 | 0.20 | CONFER WITH INTERNAL TEAM RE: NEXT STAGES OF REGULATORY RESEARCH (0.2). |
| DICKS-MIREAUX L | 12/08/21 | 2.80 | CONDUCT REGULATORY RESEARCH (2.8). |
| | | **9.60** | |
| **Total Associate** | | **22.90** | |
| **MATTER TOTAL** | | **35.70** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                    **Bill Date: 02/23/22**
**General Compliance**                                    **Bill Number: 1885038**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 12/02/21 | 1.70 | PREPARE FOR AUDIT COMMITTEE MEETING (1.0); ATTEND AUDIT COMMITTEE MEETING (0.7). |
| BRAGG JL | 12/03/21 | 0.70 | REVIEW COMPLIANCE MATERIALS (0.7). |
| BRAGG JL | 12/07/21 | 0.90 | CONFER WITH CO-COUNSEL RE: COMPLIANCE DOCUMENTS (0.4); CONFER WITH CLIENT RE: COMPLIANCE DOCUMENTS (0.5). |
| BRAGG JL | 12/10/21 | 1.30 | CALL WITH CONSULTANT RE: REVIEW (1.0); CALL WITH CO-COUNSEL RE: REVIEW (0.3). |
| BRAGG JL | 12/14/21 | 1.80 | PREPARE FOR MEETING WITH CONSULTANT AND CLIENT (0.5); ATTEND MEETING (1.0); FOLLOW-UP WITH CO-COUNSEL RE: NEXT STEPS IN REVIEW (0.3). |
| BRAGG JL | 12/15/21 | 1.70 | CONFER WITH CLIENT RE: REVIEW (1.0); CONFER WITH CO-COUNSEL RE: COMPLIANCE REVIEW (0.7). |
| BRAGG JL | 12/21/21 | 0.50 | CONFER WITH CLIENT RE: DOVETAIL ISSUES (0.5). |
| | | **8.60** | |
| **Total Partner** | | **8.60** | |
| DUNN AM | 12/01/21 | 1.80 | RESPOND TO CORRESPONDENCE RE: COMPLIANCE REVIEW (1.8). |
| DUNN AM | 12/02/21 | 0.80 | PARTICIPATE ON CALL RE: COMPLIANCE REVIEW (0.8). |
| DUNN AM | 12/02/21 | 1.80 | PREPARE FOR COMPLIANCE CALLS (1.8). |
| DUNN AM | 12/02/21 | 0.60 | PARTICIPATE ON CALL WITH CONSULTANT (0.6). |
| DUNN AM | 12/03/21 | 1.30 | REVIEW AND RESPOND TO CORRESPONDENCE RE: COMPLIANCE REVIEW (1.3). |
| DUNN AM | 12/06/21 | 2.90 | REVIEW AND RESPOND TO CORRESPONDENCE RE: COMPLIANCE REVIEW (2.9). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| DUNN AM | 12/07/21 | 1.30 | REVIEW AND RESPOND TO CORRESPONDENCE RE: COMPLIANCE REVIEW (1.3). |
|---------|----------|------|-----------|
| DUNN AM | 12/08/21 | 0.40 | CORRESPOND WITH CO-COUNSEL RE: COMPLIANCE QUESTION (0.4). |
| DUNN AM | 12/09/21 | 3.60 | REVIEW COMPLIANCE ASSESSMENT MATERIALS (3.6). |
| DUNN AM | 12/10/21 | 2.90 | PARTICIPATE IN CLIENT MEETING (1.6); RESPOND TO CORRESPONDENCE RE: SAME (1.3). |
| DUNN AM | 12/15/21 | 2.30 | REVIEW COMPLIANCE REVIEW MATERIALS (1.9); PARTICIPATE ON CALL WITH CLIENT RE: SAME (0.4). |
| DUNN AM | 12/16/21 | 0.60 | REVIEW COMPLIANCE ASSESSMENT MATERIALS (0.6). |
| DUNN AM | 12/16/21 | 0.50 | PARTICIPATE ON CALL WITH CONSULTANT (0.5). |
| DUNN AM | 12/16/21 | 0.60 | DRAFT CORRESPONDENCE RE: COMPLIANCE ASSESSMENT (0.6). |
|  |  | **21.40** |  |
| **Total Counsel** |  | **21.40** |  |
| BERRY EL | 12/01/21 | 1.10 | EMAILS RE: COMPLIANCE REVIEW (0.4); PREPARE FOR AND CONDUCT DISCUSSION WITH CONSULTANT AND EMPLOYEE (0.7). |
| BERRY EL | 12/02/21 | 1.30 | CALL WITH A. DUNN AND CONSULTANT (0.4); DISCUSSION WITH CONSULTANT, EMPLOYEE, AND A. DUNN (0.8); EMAILS RE: COMPLIANCE REVIEW (0.1). |
| BERRY EL | 12/06/21 | 0.90 | PREPARE FOR AND CONDUCT DISCUSSION WITH CONSULTANT AND EMPLOYEE (0.9). |
| BERRY EL | 12/10/21 | 1.00 | CALL WITH CONSULTANT RE: COMPLIANCE REVIEW (1.0). |
| BERRY EL | 12/13/21 | 0.20 | UPDATE MATERIALS (0.2). |
| BERRY EL | 12/14/21 | 1.10 | CALL WITH CONSULTANT AND CLIENT (1.1). |
| BERRY EL | 12/15/21 | 1.00 | EMAILS RE: COMPLIANCE REVIEW (0.1); CALL WITH CONSULTANT, A. DUNN AND J. BRAGG RE: COMPLIANCE REVIEW (0.6); CALL WITH J. BRAGG AND A. DUNN RE: COMPLIANCE REVIEW (0.3). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| BERRY EL | 12/16/21 | 0.80 | DRAFT MATERIALS FOR CALL RE: COMPLIANCE REVIEW (0.5); DRAFT EMAIL RE: COMPLIANCE ASSESSMENT (0.3). |
| BERRY EL | 12/16/21 | 0.80 | CALL WITH A. DUNN AND CONSULTANT RE: COMPLIANCE REVIEW (0.4); DRAFT SUMMARY OF CALL AND EMAILS RE: SAME (0.4). |
| BERRY EL | 12/20/21 | 0.10 | UPDATE MATERIALS (0.1). |
| | | 8.30 | |
| **Total Associate** | | **8.30** | |
| **MATTER TOTAL** | | **38.30** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**
**Bankruptcy Emergence Process**

**Bill Date: 02/23/22**
**Bill Number: 1885039**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 12/02/21 | 1.20 | MEETING WITH CLIENT TO DISCUSS CHANGE OF CONTROL ISSUES (1.2). |
| BRAGG JL | 12/07/21 | 0.50 | CONFER WITH CO-COUNSEL RE: CHANGE OF CONTROL ISSUES (0.5). |
| BRAGG JL | 12/09/21 | 0.60 | CONFER WITH CO-COUNSEL RE: CHANGE OF CONTROL  ISSUES (0.6). |
| BRAGG JL | 12/13/21 | 1.00 | CONFER WITH CLIENT AND CO-COUNSEL RE: LICENSING ISSUES (1.0). |
| BRAGG JL | 12/14/21 | 0.60 | CONFER WITH CO-COUNSEL RE: LICENSING ISSUES (0.6). |
| | | **3.90** | |
| FITZGERALD P | 12/10/21 | 0.70 | CONFERENCE CALL WITH SKADDEN AND CO-COUNSEL REGARDING EMERGENCE ISSUES (0.7). |
| | | **0.70** | |
| FLORENCE MP | 12/01/21 | 0.50 | PARTICIPATE IN WEEKLY STATE LICENSING CALL (0.5). |
| FLORENCE MP | 12/02/21 | 2.30 | CORRESPOND WITH CLIENT RE: REGISTRATIONS (0.2); PARTICIPATE IN CALL WITH CLIENT RE: SAME (1.1); PARTICIPATE IN CALL WITH CLIENT RE: GOVERNMENT CONTRACTS (1.0). |
| FLORENCE MP | 12/06/21 | 2.80 | PARTICIPATE IN WEEKLY CALL RE: GOVERNMENT CONTRACTS (0.5); CONFER WITH CLIENT RE: STATE LICENSING REQUEST (0.5); DRAFT CORRESPONDENCE RE: REGISTRATIONS (1.8). |
| FLORENCE MP | 12/07/21 | 0.70 | CORRESPOND WITH CO-COUNSEL RE: REGISTRATIONS (0.7). |
| FLORENCE MP | 12/08/21 | 2.30 | CORRESPOND WITH CLIENT AND CO-COUNSEL RE: REGISTRATIONS (1.0); PARTICIPATE IN WEEKLY CALL RE: STATE LICENSES (0.9); CORRESPOND WITH CLIENT RE: FOLLOW UP FROM SAME (0.4). |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| FLORENCE MP | 12/09/21 | 1.60 | CORRESPOND WITH CLIENT AND CO-COUNSEL RE: REGISTRATIONS (0.9); CONFER WITH CLIENT RE: SAME (0.3); CONFER WITH CLIENT RE: STATE REGISTRATIONS (0.4). |
| FLORENCE MP | 12/10/21 | 2.00 | CONFER WITH CONSULTANT AND CLIENT RE: STATE LICENSES (0.7); CONFER WITH CO-COUNSEL RE: REGISTRATIONS (0.9); REVISE EMAIL RE: SAME (0.4). |
| FLORENCE MP | 12/10/21 | 0.30 | CONFER WITH CO-COUNSEL RE: DOCUMENT REPOSITORY (0.3). |
| FLORENCE MP | 12/12/21 | 0.20 | CORRESPOND WITH CO-COUNSEL RE: REGISTRATIONS (0.2). |
| FLORENCE MP | 12/13/21 | 2.90 | ATTEND WEEKLY CALL RE: GOVERNMENT CONTRACTS (0.5); PREPARE FOR CALL WITH CLIENT RE: REGISTRATIONS (1.0); PARTICIPATE IN CALL RE: SAME (1.0); CORRESPOND WITH CLIENT RE: STATE LICENSES (0.4). |
| FLORENCE MP | 12/14/21 | 3.40 | PREPARE FOR CALL RE: REGISTRATIONS (0.3); PARTICIPATE IN SAME (0.4); CONFER WITH CO-COUNSEL RE: SAME (0.3); CORRESPOND WITH CLIENT AND CO-COUNSEL RE: REGISTRATIONS (1.1); PARTICIPATE IN CALL WITH CLIENT RE: SAME (1.0); CONFER WITH CO-COUNSEL CLIENT RE: STATE LICENSES (0.3). |
| FLORENCE MP | 12/15/21 | 3.00 | PARTICIPATE IN WEEKLY CALL WITH CLIENT AND CO-COUNSEL RE: STATE LICENSES (0.7); FOLLOW UP WITH CLIENT AND A. DUNN RE: SAME (0.9); CORRESPOND WITH CLIENT RE: DEA REGISTRATIONS (0.2); PARTICIPATE IN CALL WITH CLIENT RE: STATE LICENSING APPLICATIONS (1.0); FOLLOW UP RE: SAME (0.2). |
| FLORENCE MP | 12/17/21 | 1.40 | CORRESPOND WITH CLIENT AND CO-COUNSEL RE: BANKRUPTCY ORDER (0.3); CONFER WITH CLIENT RE: SAME (0.4); CONFER WITH CO-COUNSEL RE: SAME (0.2); REVISE DRAFT MATERIALS FOR LICENSE APPLICATIONS (0.5). |
| FLORENCE MP | 12/20/21 | 0.40 | CORRESPOND WITH CLIENT RE: STATE LICENSES (0.4). |
| FLORENCE MP | 12/21/21 | 1.40 | CORRESPOND WITH CLIENT AND CO-COUNSEL RE: GOVERNMENT CONTRACTS (0.4); PARTICIPATE IN CALL RE: STATE LICENSES (1.0). |

**25.20**

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| MCCONAGHA W | 12/02/21 | 1.00 | CALL RE: EMERGENCE REGISTRATION ISSUES (1.0). |
| MCCONAGHA W | 12/07/21 | 0.50 | EMAILS ON REGISTRATION ISSUE (0.5). |
| MCCONAGHA W | 12/08/21 | 0.50 | REVIEWS MATERIALS RE: REGISTRATION ISSUE (0.5). |
| MCCONAGHA W | 12/09/21 | 0.30 | EMAILS WITH CLIENT RE: REGISTRATION ISSUES (0.3). |
| MCCONAGHA W | 12/09/21 | 0.50 | REVISE UPDATED CORRESPONDENCE ON EMERGENCE ISSUES (0.3); AND DISCUSS DEVELOPMENTS ON SAME (0.2). |
| MCCONAGHA W | 12/10/21 | 0.50 | REVIEW OF DOCUMENTS FROM CO-COUNSEL RELATED TO REGISTRATION ISSUES FOLLOWING EMERGENCE (0.5). |
| MCCONAGHA W | 12/10/21 | 0.50 | CALL WITH CO-COUNSEL ON REGISTRATION ISSUES RELATED TO EMERGENCE (0.5). |
| MCCONAGHA W | 12/10/21 | 1.00 | CALL WITH LEGAL TEAM RE: REGISTRATION FOLLOWING EMERGENCE (1.0). |
| MCCONAGHA W | 12/13/21 | 1.00 | PREPARE FOR CALL WITH LEGAL TEAM ON REGISTRATION ISSUES (0.5); PARTICIPATE IN CALL RE: SAME (0.5). |
| MCCONAGHA W | 12/13/21 | 0.30 | CALL WITH CO-COUNSEL ON LEGAL QUESTIONS RE: EMERGENCE (0.3). |
| MCCONAGHA W | 12/14/21 | 1.50 | CALLS WITH COUNSEL ON REGISTRATION ISSUES RELATED TO EMERGENCE (1.5). |
| MCCONAGHA W | 12/15/21 | 1.30 | REVIEW AND REVISE AGREEMENT RELATED TO EMERGENCE ISSUES (1.3). |
| | | **8.90** | |
| **Total Partner** | | **38.70** | |
| DUNN AM | 12/01/21 | 0.80 | PARTICIPATE ON STATE LICENSING CALL (0.8). |
| DUNN AM | 12/08/21 | 0.80 | PARTICIPATE ON CALL WITH CLIENT RE: STATE LICENSES (0.8). |
| DUNN AM | 12/17/21 | 0.30 | REVISE STATE LICENSING DOCUMENTS; RESPOND TO CORRESPONDENCE RE: SAME (0.3). |
| DUNN AM | 12/21/21 | 0.50 | PARTICIPATE ON CALL RE: STATE LICENSING (0.5). |
| | | **2.40** | |

3

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| **Total Counsel** | | **2.40** | |
| DEAN B | 12/01/21 | 0.50 | ATTEND WEEKLY LICENSING UPDATE CALL (0.5). |
| DEAN B | 12/08/21 | 0.50 | PARTICIPATE ON WEEKLY LICENSING UPDATE CALL (0.5). |
| DEAN B | 12/21/21 | 0.80 | PARTICIPATE ON WEEKLY LICENSING CALL (0.8). |
| | | **1.80** | |
| **Total Associate** | | **1.80** | |
| HOHMANN MJ | 12/14/21 | 0.10 | COMM. WITH ATTORNEY RE: STATE LICENSING ISSUES AND CASE POSTURE (0.1). |
| HOHMANN MJ | 12/15/21 | 1.10 | CONFERENCE WITH TEAM RE: LICENSING STATUS UPDATE (1.1). |
| | | **1.20** | |
| **Total Legal Assistant** | | **1.20** | |
| **MATTER TOTAL** | | **44.10** | |

D02

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

**Purdue Pharma L.P.**                                    **Bill Date: 02/23/22**
**Bankruptcy Related Litigation and Regulatory Issues      Bill Number: 1885040**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRAGG JL | 12/13/21 | 0.90 | CONFER WITH CO-COUNSEL RE: DOCUMENT DEPOSITORY ISSUES (0.9). |
| BRAGG JL | 12/14/21 | 0.40 | CONFER WITH CO-COUNSEL RE: LITIGATION STRATEGY (0.4). |
| BRAGG JL | 12/28/21 | 0.50 | CONFER WITH CO-COUNSEL RE: FORMER EMPLOYEE ISSUES (0.5). |
|  |  | **1.80** |  |
| FLORENCE MP | 12/07/21 | 0.30 | CORRESPOND WITH CO-COUNSEL RE: DOCUMENT REPOSITORY (0.3). |
| FLORENCE MP | 12/08/21 | 0.40 | CORRESPOND WITH CO-COUNSEL RE: NEW YORK LITIGATION (0.4). |
|  |  | **0.70** |  |
| **Total Partner** |  | **2.50** |  |
| **MATTER TOTAL** |  | **2.50** |  |

D02