UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                              :     Chapter 11
                                                    :
PURDUE PHARMA L.P., *et al.*,                       :     Case No. 19-23649 (RDD)
                                                    :
                           Debtors.¹                :     (Jointly Administered)
                                                    :
------------------------------------------------------------ x

**STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES
OF PJT PARTNERS LP FOR THE PERIOD OF
NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of November 1, 2021 through November 30, 2021 (the "Twenty-Third Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

**I. Background**

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, as amended (the "Bankruptcy Code").

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3. On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4. On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5. For the Twenty-Third Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $293.96, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,293.96 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Twenty-Third Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the

2

Twenty-Third Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Twenty-Third Compensation Period but not included herein.

6. An invoice detailing the monthly fees earned and out-of-pocket expenses incurred by PJT during the Twenty-Third Compensation Period is attached hereto as Appendix A. A summary of the compensation earned and out-of-pocket expenses incurred during the Twenty-Third Compensation Period is outlined below:

| Twenty-Third Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| November 1 - 30, 2021 | $225,000.00 | ($45,000.00) | $293.96 | **$180,293.96** |

7. The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context. PJT has never billed its clients based on the number of hours expended by its professionals. Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients. PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 145.5 hours expended by PJT professionals in providing investment banking services to the Debtors during the Twenty-Third Compensation Period are provided in Appendix B. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | November 2021 |
|---|---|
| Jamie O'Connell | 13.0 |
| Joe Turner | 17.5 |
| Tom Melvin | 75.5 |
| Jovana Arsic | 10.0 |
| Lukas Schwarzmann | 29.5 |
| **Total Hours** | **145.5** |

3

### III. Requested Relief

8. Pursuant to the Retention Order and the Procedures Order, with respect to PJT's (a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of $293.96, in each case earned or incurred during the Twenty-Third Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---:|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-Of-Pocket Expenses | 293.96 |
| **Total Amount Due** | **$180,293.96** |

Dated: December 22, 2021            PJT PARTNERS LP

By: */s/ John James O'Connell III*
John James O'Connell III
Partner
280 Park Avenue
New York, NY 10017
(212) 364-7800

4

# APPENDIX A

**PJT Partners**

December 21, 2021

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---:|---:|
| Monthly Fee for the period of November 1, 2021 through November 30, 2021: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |
| Out-of-pocket expenses processed through November 24, 2021:[1] | | |
|     Communications $ 73.96 | | |
|     Meals 220.00 | | 293.96 |
| **Total Amount Due** | **$** | **180,293.96** |

**Invoice No. 10019774**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Nov-21 | Total Expenses |
|---|---:|---:|
| Communications | $ 73.96 | $ 73.96 |
| Employee Meals | 220.00 | **220.00** |
| **Total Expenses** | **$ 293.96** | **$ 293.96** |
|  |  |  |
| **Communications** |  | **$ 73.96** |
| **Meals** |  | **220.00** |
|  |  |  |
| **Total Expenses** |  | **$ 293.96** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through November 24, 2021**
**Invoice No.**

**Communications**

| | | | |
|---|---|---|---|
| Melvin (wi-fi access while traveling) | 09/16/21 | 23.98 | |
| Melvin (wi-fi access while traveling) | 11/01/21 | 49.98 | |
| **Subtotal - Communications** | | **$** | **73.96** |

**Employee Meals**

| | | | |
|---|---|---|---|
| Melvin (weeknight working dinner meal) | 08/16/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 08/17/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 08/18/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 08/19/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 08/23/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 08/25/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 09/13/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 11/02/21 | 20.00 | |
| Melvin (weeknight working dinner meal) | 11/03/21 | 20.00 | |
| Turner (weeknight working dinner meal) | 08/09/21 | 20.00 | |
| Turner (weeknight working dinner meal) | 08/10/21 | 20.00 | |
| **Subtotal - Employee Meals** | | | **220.00** |
| **Total Expenses** | | **$** | **293.96** |

# APPENDIX B

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 13.0 |
| Joe Turner | Managing Director | 17.5 |
| Tom Melvin | Vice President | 75.5 |
| Jovana Arsic | Associate | 10.0 |
| Lukas Schwarzmann | Analyst | 29.5 |
| | **Total** | **145.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 11/01/21 | 0.5 | Dialed into Board call |
| Jamie O'Connell | 11/02/21 | 0.5 | Dialed into Special Committee call |
| Jamie O'Connell | 11/08/21 | 3.0 | Participated in informational session for new board members |
| Jamie O'Connell | 11/09/21 | 2.0 | Dialed into hearing regarding stay pending appeal motions |
| Jamie O'Connell | 11/11/21 | 0.5 | Status call with team regarding plan process |
| Jamie O'Connell | 11/12/21 | 0.5 | Conference call with advisors regarding plan process |
| Jamie O'Connell | 11/15/21 | 0.5 | Review and comment on draft fee application |
| Jamie O'Connell | 11/15/21 | 0.5 | Call with J. Turner regarding draft presentation |
| Jamie O'Connell | 11/17/21 | 2.5 | Dialed into Board call |
| Jamie O'Connell | 11/18/21 | 0.5 | Weekly update call |
| Jamie O'Connell | 11/18/21 | 0.5 | Dialed into omnibus hearing |
| Jamie O'Connell | 11/29/21 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 11/30/21 | 1.0 | Dialed into District Court hearing |
|  |  | **13.0** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 11/01/21 | 0.5 | Various communications relating to financial analyses |
| Joe Turner | 11/01/21 | 1.5 | Dialed into Board call, inc. prep time |
| Joe Turner | 11/02/21 | 0.5 | Dialed into Special Committee call |
| Joe Turner | 11/02/21 | 2.0 | Review of various business plan materials |
| Joe Turner | 11/05/21 | 1.5 | Prep for session with new board members |
| Joe Turner | 11/09/21 | 2.0 | Dialed into hearing regarding stay pending appeal motions |
| Joe Turner | 11/09/21 | 0.5 | Various communications relating to financial analyses |
| Joe Turner | 11/11/21 | 0.5 | Status call with team regarding plan process |
| Joe Turner | 11/12/21 | 0.5 | Conference call with advisors regarding plan process |
| Joe Turner | 11/14/21 | 2.0 | Review and comment on draft financial presentation |
| Joe Turner | 11/15/21 | 1.5 | Review and comment on draft financial presentation |
| Joe Turner | 11/15/21 | 0.5 | Call with J. O'Connell regarding draft presentation |
| Joe Turner | 11/16/21 | 1.0 | Review and comment on draft financial presentation |
| Joe Turner | 11/18/21 | 1.0 | Various communications relating to financial analyses |
| Joe Turner | 11/19/21 | 0.5 | Various communications relating to financial analyses |
| Joe Turner | 11/28/21 | 0.5 | Review of draft fee statement |
| Joe Turner | 11/30/21 | 1.0 | Dialed into District Court hearing |
| | | **17.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 11/01/21 | 1.5 | Research related to upcoming Board meeting |
| Thomas Melvin | 11/01/21 | 1.0 | Dialed into Board meeting |
| Thomas Melvin | 11/01/21 | 1.0 | E-mail correspondence with AlixPartners and Company management regarding various matters |
| Thomas Melvin | 11/01/21 | 1.0 | Research related to presentation slides |
| Thomas Melvin | 11/01/21 | 1.0 | Review of AlixPartners analysis |
| Thomas Melvin | 11/02/21 | 1.0 | Dialed into Special Committee meeting |
| Thomas Melvin | 11/02/21 | 1.0 | Research and review related to presentation slides |
| Thomas Melvin | 11/02/21 | 0.5 | Review of e-mail correspondence related to IACs |
| Thomas Melvin | 11/02/21 | 1.0 | Review of draft business plan slides from Company management |
| Thomas Melvin | 11/03/21 | 1.0 | Research and review related to presentation slides |
| Thomas Melvin | 11/03/21 | 1.5 | Update and review presentation slide requests from Company management |
| Thomas Melvin | 11/03/21 | 0.5 | Preparation and review of weekly call agenda |
| Thomas Melvin | 11/03/21 | 1.5 | Review of draft business plan presentation from Company management |
| Thomas Melvin | 11/04/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Thomas Melvin | 11/04/21 | 1.0 | Call with Company management, AlixPartners and creditor financial advisors regarding various matters |
| Thomas Melvin | 11/04/21 | 1.0 | Review of creditor financial advisor diligence request |
| Thomas Melvin | 11/04/21 | 1.5 | E-mail correspondence with Company management regarding creditor advisor diligence requests |
| Thomas Melvin | 11/05/21 | 0.5 | Call with AlixPartners and creditor financial advisors regarding various matters |
| Thomas Melvin | 11/05/21 | 1.0 | Calls with internal team regarding financial analyses |
| Thomas Melvin | 11/07/21 | 0.5 | Review request from Company management |
| Thomas Melvin | 11/08/21 | 0.5 | Calls with internal team regarding financial analyses |
| Thomas Melvin | 11/08/21 | 3.0 | Attended Company presentation to prospective Board members |
| Thomas Melvin | 11/08/21 | 1.0 | Review request from Company management |
| Thomas Melvin | 11/08/21 | 1.0 | E-mail Correspondence with Company management regarding financial analysis requests |
| Thomas Melvin | 11/08/21 | 1.5 | Review of draft business plan slides from Company management |
| Thomas Melvin | 11/09/21 | 3.5 | Dialed into court hearing |
| Thomas Melvin | 11/09/21 | 1.5 | Prepare and review slide update requests from Company management |
| Thomas Melvin | 11/09/21 | 2.5 | Review of draft business plan slides from Company management |
| Thomas Melvin | 11/10/21 | 0.5 | Call with Company management regarding budget presentation |
| Thomas Melvin | 11/10/21 | 1.0 | Prepare and review slide update requests from Company management |
| Thomas Melvin | 11/10/21 | 1.5 | Review of draft business plan slides from Company management |
| Thomas Melvin | 11/10/21 | 0.5 | E-mail correspondence with internal team regarding various matters |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 11/10/21 | 0.5 | E-mail correspondence with Company management regarding various analyses |
| Thomas Melvin | 11/10/21 | 0.5 | Review AlixPartners analysis |
| Thomas Melvin | 11/10/21 | 0.5 | E-mail correspondence with DPW regarding court hearing timeline and process |
| Thomas Melvin | 11/10/21 | 0.5 | Review materials from Company management related to business development |
| Thomas Melvin | 11/11/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Thomas Melvin | 11/11/21 | 0.5 | Call with Company management regarding business development |
| Thomas Melvin | 11/11/21 | 1.5 | Calls with internal team regarding financial analysis and other matters |
| Thomas Melvin | 11/11/21 | 1.0 | Review analysis requested by Company management |
| Thomas Melvin | 11/11/21 | 1.5 | Review draft budget presentation slides |
| Thomas Melvin | 11/11/21 | 1.0 | E-mail correspondence with Company management and internal team regarding various analyses |
| Thomas Melvin | 11/11/21 | 0.5 | Review AlixPartners analysis |
| Thomas Melvin | 11/12/21 | 1.0 | Call with AlixPartners and DPW regarding various matters |
| Thomas Melvin | 11/12/21 | 1.0 | Review materials from Company management related to upcoming meetings |
| Thomas Melvin | 11/12/21 | 2.0 | Prepare and review presentation for upcoming meeting |
| Thomas Melvin | 11/13/21 | 1.5 | Prepare and review presentation for upcoming meeting |
| Thomas Melvin | 11/14/21 | 1.0 | Prepare and review presentation for upcoming meeting |
| Thomas Melvin | 11/15/21 | 0.5 | Call with AlixPartners and DPW regarding various matters |
| Thomas Melvin | 11/15/21 | 0.5 | Call with Company management regarding business development |
| Thomas Melvin | 11/15/21 | 1.5 | Research related to various matters |
| Thomas Melvin | 11/15/21 | 1.5 | Prepare and review presentation for upcoming meeting |
| Thomas Melvin | 11/16/21 | 1.0 | Call with AlixPartners, DPW and Company management regarding various matters |
| Thomas Melvin | 11/16/21 | 0.5 | Call with internal team member regarding financial analysis and upcoming meetings |
| Thomas Melvin | 11/16/21 | 1.5 | Prepare and review presentation for upcoming meeting |
| Thomas Melvin | 11/16/21 | 1.0 | E-mail correspondence with internal team and DPW related to draft presentation |
| Thomas Melvin | 11/16/21 | 1.5 | Review of draft business plan slides from Company management |
| Thomas Melvin | 11/17/21 | 2.5 | Attended Board meeting |
| Thomas Melvin | 11/17/21 | 1.0 | Review of draft business plan slides from Company management |
| Thomas Melvin | 11/17/21 | 2.0 | Prepare and review presentation for upcoming meeting |
| Thomas Melvin | 11/18/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Thomas Melvin | 11/18/21 | 1.0 | Call with AlixPartners, DPW, Company management and creditor advisors regarding various matters |
| Thomas Melvin | 11/19/21 | 0.5 | Call with internal team member regarding various work streams |
| Thomas Melvin | 11/19/21 | 1.0 | Review AlixPartners analysis |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 11/24/21 | 0.5 | Review of materials requested by Company management |
| Thomas Melvin | 11/24/21 | 1.0 | Review of materials prepared by AlixPartners for upcoming meetings |
| Thomas Melvin | 11/24/21 | 0.5 | E-mail correspondence with AlixPartners and internal team regarding various matters |
| Thomas Melvin | 11/29/21 | 0.5 | Call with internal team member regarding financial analysis and upcoming meetings |
| Thomas Melvin | 11/30/21 | 1.0 | Dialed into court hearing |
| | | **75.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 11/04/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Jovana Arsic | 11/09/21 | 2.0 | Dialed into hearing regarding stay pending appeal motions |
| Jovana Arsic | 11/11/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Jovana Arsic | 11/14/21 | 2.0 | Work on draft financial presentation |
| Jovana Arsic | 11/16/21 | 1.0 | Call with AlixPartners, DPW and Company management regarding various matters |
| Jovana Arsic | 11/16/21 | 1.0 | Review and comment on draft financial presentation |
| Jovana Arsic | 11/18/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Jovana Arsic | 11/30/21 | 1.0 | Dialed into court hearing |
| | | **10.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 11/03/21 | 2.0 | Financial Analysis |
| Lukas Schwarzmann | 11/04/21 | 1.0 | Biweekly call |
| Lukas Schwarzmann | 11/04/21 | 3.0 | Financial Analysis |
| Lukas Schwarzmann | 11/08/21 | 4.0 | Financial Analysis |
| Lukas Schwarzmann | 11/09/21 | 5.0 | Financial Analysis |
| Lukas Schwarzmann | 11/10/21 | 5.0 | Financial Analysis |
| Lukas Schwarzmann | 11/11/21 | 1.5 | Biweekly call |
| Lukas Schwarzmann | 11/11/21 | 0.5 | Call with company finance team |
| Lukas Schwarzmann | 11/11/21 | 4.0 | Financial Analysis |
| Lukas Schwarzmann | 11/12/21 | 0.5 | Catch up call among advisors |
| Lukas Schwarzmann | 11/15/21 | 0.5 | Call with company finance team |
| Lukas Schwarzmann | 11/16/21 | 1.0 | Catch up call |
| Lukas Schwarzmann | 11/17/21 | 0.5 | Call with operational advisors |
| Lukas Schwarzmann | 11/18/21 | 1.0 | Biweekly call |
| | | **29.5** | |