UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF HEARING REGARDING MOTION OF DEBTORS PURSUANT TO 11 U.S.C. § 105(a) AND 363(b) FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING SETTLEMENT TERM SHEET, INCLUDING PORTION OF HEARING SPECIFICALLY ALLOCATED FOR VICTIM STATEMENTS

**PLEASE TAKE NOTICE** that a hearing with regard to the *Motion of Debtors Pursuant to 11 U.S.C. § 105 and 363(B) for Entry of an Order Authorizing and Approving Settlement Term Sheet* [ECF No. 4410] (the "**Motion**") has been scheduled for **March 9, 2022, at 1:00 p.m. (prevailing Eastern Time)** (the "**Settlement Hearing**") before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"), *provided* that, pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**"), such Settlement Hearing shall be conducted **via Zoom for Government**® so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court.[2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] A copy of General Order M-543 can be obtained by visiting http://www.nysb.uscourts.gov/news/court-operations-

**PLEASE TAKE FURTHER NOTICE** that as part of the Settlement Hearing, the Bankruptcy Court will allocate two hours for individuals (which includes personal injury victims, individuals who have lost loved ones, and parents/guardians of children born with Neonatal Abstinence Syndrome) to present victim statements (such two hour allocation, the "**Victim Statement Portion of the Settlement Hearing**"), and that such Victim Statement Portion of the Settlement Hearing shall commence on **March 10, 2022, at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the status hearing held on March 4, 2022, (1) the Official Committee of Unsecured Creditors will be selecting the individuals who will be speaking at the Victim Statement Portion of the Settlement Hearing (such individuals, the "**Victim Speakers**"); and (2) at least one member of Side A of the Sackler Family and at least one member of Side B of the Sackler Family shall be required to appear on Zoom and listen to the Victim Statement Portion of the Settlement Hearing.

**PLEASE TAKE FURTHER NOTICE** that if any individual would like the opportunity to make a victim statement, please contact counsel to the Official Committee of Unsecured Creditors (Arik Preis at apreis@akingump.com) as soon as possible, and please include your contact information; please note that due to the time limit allocated for the Victim Statement Portion of the Settlement Hearing, it will not be possible to accommodate every request.

**PLEASE TAKE FURTHER NOTICE** that the Victim Speakers will be required to register their appearance by **4:00 p.m. (prevailing Eastern Time) the day before the Victim Statement Portion of the Settlement Hearing** at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

---

under-exigent-circumstances-created-covid-19.

**PLEASE TAKE FURTHER NOTICE** that the Settlement Hearing or Victim Statement Portion of the Settlement Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the applicable hearing.

Dated:  March 7, 2022
        New York, New York

| | |
|---|---|
| /s/ Eli J. Vonnegut | /s/ Arik Preis |
| DAVIS POLK & WARDWELL | AKIN GUMP STRAUSS HAUER & FELD LLP |
| Marshall S. Huebner<br>Benjamin S. Kaminetzky<br>Eli J. Vonnegut<br>Christopher S. Robertson<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000 | Arik Preis<br>Mitchell Hurley<br>Sara L. Brauner<br>One Bryant Part<br>New York, NY 10036<br>Telephone: (212) 872-1000 |
| *Counsel to the Debtors and Debtors in Possession* | *Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al* |