AGENTIS PLLC
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
T. 305.722.2002
F. 305.489.2698
Christopher B. Spuches

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA, INC., *et al.*,**[1] | Case No. 19-23649(RDD) |
| **Debtors.** | (Jointly Administered) |

### THE STATE OF ARKANSAS'S JOINDER TO
### THE STATE OF FLORIDA'S OBJECTION TO MOTION
### OF DEBTORS PURSUANT TO 11 U.S.C. § 105(A) AND 363(B) FOR ENTRY
### OF AN ORDER AUTHORIZING AND APPROVING SETTLEMENT TERM SHEET

Through its Attorney General, the State of Arkansas, a creditor and party-in-interest in this action, joins *The State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet* [ECF No. 4413] (the "Objection")[2] filed on March 4, 2022, and states as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Objection.

**JOINDER AND STATEMENT**

1.     The State of Arkansas joins in the Objection to the *Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet* [ECF No. 4410] (the "Motion"), by which the Debtors seek approval of a settlement term sheet among the Debtors, the Sackler Mediation Parties, and eight States and the District of Columbia. The State of Arkansas does not object to settlement insofar as it seeks to provide States with additional value to be dedicated to desperately needed opioid abatement efforts. However, the State of Arkansas objects to any aspect of the settlement that provides disproportionately favorable treatment to the eight States and the District of Columbia over other States not party to the settlement. For the reasons set forth in the Objection, any funds to be distributed to the States under the settlement for abatement efforts must be distributed to all States in accordance with the previously agreed upon allocations approved by this Court.

**WHEREFORE**, the State of Arkansas, through its Attorney General, respectfully requests that the Court deny the Motion insofar as it seeks to provide the eight States and the District of Columbia with disproportionately favorable distributions in contravention of the allocation previously established in these cases.

Dated: March 7, 2022

                                        Respectfully submitted,

                                        LESLIE RUTLEDGE
                                        Attorney General

                        By:    */s/ Kate Donoven*
                              Kate Donoven
                              Ark Bar No. 98189

Senior Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
PH: (501) 682-8114
Fax: (501) 682-2591
Email: kate.donoven@arkansasag.gov

—

**Dated: March 7, 2022**   Respectfully submitted:

AGENTIS PLLC
*Attorneys for the State of Arkansas*
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

By: __/s/ Christopher B. Spuches, Esq._____
    Christopher B. Spuches, Esq.
    Florida Bar No:
    cbs@agentislaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 7, 2022, a true and correct copy of *The State of Arkansas's Joinder to The State of Florida's Objection to Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet* was filed electronically with the Clerk of the Court using CM/ECF system which in turn sent notifications of such filing to all interested parties of record.

AGENTIS PLLC
*Attorneys for the State of Arkansas*
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

By: __/s/ Christopher B. Spuches, Esq._____
    Christopher B. Spuches, Esq.
    New York Bar No: 2848653
    cbs@agentislaw.com

