KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Scott Davidson

*Special Counsel to the Debtors and Debtors in Possessions*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, [1] | **Case No. 19-23649 (RDD)** |
| Debtors. | **(Jointly Administered)** |

AMENDED[2] TWENTY-NINTH MONTHLY FEE STATEMENT OF KING &
SPALDING LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
JANUARY 1, 2022 THROUGH JANUARY 31, 2022

| | |
|---|---|
| **Name of Applicant** | King & Spalding LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 543] |
| | August 18, 2021 [Docket No. 3596] |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2]   This amended fee statement amends and supersedes King & Spalding's Twenty-Ninth Monthly Fee Statement [Docket No. 4404] to correct the billing rates of five of King & Spalding's timekeepers (Jeffrey Bucholtz, Marisa Maleck, Paul Mezzina, Hap Shashy, and Scott Davidson) because their billing rates in the original fee statement were incorrect. The billing rates have been corrected in this amended fee statement. These changes affect the amount of compensation being sought by King & Spalding for fees incurred in January 2022.

| Name of Applicant | King & Spalding LLP |
|---|---|
| **Period for Which Compensation and Reimbursement is Sought** | January 1, 2022 through January 31, 2022 |

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total Compensation Requested in this Statement** | $281,252.16 (80% of $351,565.20) |
| **Total Reimbursement Requested in this Statement** | $0.00 |
| **Total Compensation and Reimbursement Requested in this Statement** | $281,252.16 |
| **This is a(n):**  **X**  Monthly Application  __  Interim Application  __  Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of King & Spalding LLP as Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019 [Docket No. 543] (the "**Initial Retention Order**"), the *Order Authorizing Application of Debtors for Authority to Supplement Retention and Employment of King & Spalding LLP as Special Counsel to the Debtors Nunc Pro Tunc To July 7, 2021*, dated August 18, 2021 [Docket No. 3596] (the "**Supplemental Retention Order**," and with the Initial Retention Order, the "**Retention Orders**") and the *Order*

*Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), King & Spalding LLP ("**K&S**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Amended Monthly Statement of Services Rendered and Expenses Incurred for the Period from January 1, 2022 Through January 31, 2022* (this "**Amended Fee Statement**").[3] By this Amended Fee Statement, and after taking into account certain voluntary discounts and reductions,[4] K&S seeks (i) compensation in the amount of $281,252.16, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that K&S incurred in connection with such services during the Fee Period (*i.e.*, $351,565.20) and (ii) payment of $0.00, for the actual, necessary expenses that K&S incurred in connection with such services during the Fee Period.

**<u>Itemization of Services Rendered and Disbursements Incurred</u>**

1.      Attached hereto as **<u>Exhibit A</u>** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by K&S partners, counsel, associates, discovery counsel, privilege review attorneys, and paraprofessionals during the Fee Period with respect to each of the project categories K&S established in accordance with its internal billing procedures. As reflected in **<u>Exhibit A</u>**, K&S incurred $351,565.20 in fees during the Fee Period. Pursuant to this Amended Fee Statement, K&S seeks reimbursement for 80% of such fees, totaling $281,252.16.

2.      Attached hereto as **<u>Exhibit B</u>** is a chart of K&S professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to

---

[3]     The period from January 1, 2022 through and including January 31, 2022 is referred to herein as the "**Fee Period**."

[4]     K&S agreed as a courtesy to the Debtors to bill at approximately 90% of its hourly rates in effect when the services are rendered. Additionally, K&S agreed to offer additional discounts, including on a sliding scale on fees exceeding certain amounts.

the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $284.05.[5] The blended hourly billing rate of all paraprofessionals is $225.00.[6]

3.      Attached hereto as **Exhibit C** is a chart of expenses that K&S incurred or disbursed in the amount of $0.00 in connection with providing professional services to the Debtors during the Fee Period.

4.      Attached hereto as **Exhibit D** are the time records of K&S for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.      K&S will provide notice of this Amended Fee Statement in accordance with the Interim Compensation Order.  K&S submits that no other or further notice be given.

WHEREFORE, K&S, in connection with services rendered on behalf of the Debtors during the Fee Period, respectfully requests (i) compensation in the amount of $281,252.16, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that K&S incurred in connection with such services during the Fee Period (*i.e.*, $351,565.20) and (ii) payment of $0.00 for the actual, necessary expenses that K&S incurred in connection with such services during the Fee Period.

---

[5]    The blended hourly rate of $284.05 for attorneys is derived by dividing the total fees for attorneys of $364,355.80 by the total hours of 1,282.7.

[6]    The blended hourly rate of $225.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $2,745.00 by the total hours of 12.2.

Dated:   March 7, 2022
         New York, New York

                              **KING & SPALDING LLP**

                              */s/ Scott Davidson*
                              Scott Davidson
                              1185 Avenue of the Americas
                              New York, New York  10036-2601
                              Telephone: (212) 556-2100
                              Facsimile:  (212) 556-2222

                              *Special Counsel to the Debtors and Debtors in
                              Possession*

**Exhibit A**

**Fees by Project Category**[7]

---

[7] The total fees listed in Exhibit A do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Analysis/Strategy | 67.3 | $57,535.00 |
| Document/File Management | 11.6 | $5,644.00 |
| Appellate Motions and Submissions | .1 | $101.50 |
| Document Production (Defense) | 1,210.8 | $300,181.00 |
| Retention and Fee Applications | 5.1 | $3,639.30 |
| **TOTALS** | 1,294.9 | $367,100.80 |

## Exhibit B

**Professional & Paraprofessional Fees**[8]

---

[8]    The hourly billing rate and total compensation listed in Exhibit B for each timekeeper do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey Bucholtz | Partner; joined K&S 2009; admitted to Washington, D.C. | $1,195.00 | 31.4 | $37,523.00 |
| Rose Jones | Partner; joined K&S 2003; admitted to Georgia 2002 | $500.00 | 43.1 | $21,550.00 |
| Marisa Maleck | Partner; joined K&S 2016; admitted to Maryland 2012, Washington, D.C. 2013 | $965.00 | 2.5 | $2,412.50 |
| Paul Mezzina | Partner; joined K&S 2020; admitted to California 2009, Washington, D.C. 2011 | $1,015.00 | .9 | $913.50 |
| Hap Shashy | Partner; joined K&S 2012; admitted to Florida 1974, New York 1977, Texas 1984, Washington, D.C. | $1,475.00 | .5 | $737.50 |
| John Tucker | Partner; joined K&S 1999; admitted to Kentucky 1995, Georgia 2000 | $500.00 | 3.4 | $1,700.00 |
| **Counsel** | | | | |
| Scott Davidson | Counsel; joined K&S 2009; admitted to New York 1996 | $1,290.00 | 1.0 | $1,290.00 |
| **Associate** | | | | |
| Britney Baker | Associate; joined K&S 2018; admitted to Georgia 2018 | $573.00 | 4.1 | $2,349.30 |
| **Discovery Counsel** | | | | |
| Kassi Burns | Discovery counsel; joined K&S 2021; admitted to Arkansas 2006 | $350.00 | 80.8 | $28,280.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Privilege Review Attorneys** | | | | |
| Michael Douglas | Privilege review attorney; joined K&S 2003; admitted to Georgia 1999 | $240.00 | .6 | $144.00 |
| Remy Jones | Privilege review attorney; joined K&S 2018; admitted to Georgia 2016 | $240.00 | 120.3 | $28,872.00 |
| Alex Panos | Privilege review attorney; joined K&S 2002; admitted to Georgia 1997 | $240.00 | 117.3 | $28,152.00 |
| Jack Bunker | Privilege review attorney; joined K&S 2021; admitted to Georgia 2000 | $240.00 | 56.3 | $13,512.00 |
| Janine Burke | Privilege review attorney; joined K&S 2021; admitted to Maryland 2012 | $240.00 | 68.5 | $16,440.00 |
| Robert Casey | Privilege review attorney; joined K&S 2021; admitted to New York 2002 | $240.00 | 80.0 | $19,200.00 |
| Dominic Gallucci | Privilege review attorney; joined K&S 2021; admitted to Washington 2019 | $240.00 | 78.0 | $18,720.00 |
| Austin Gibson | Privilege review attorney; joined K&S 2017; admitted to Georgia 2016 | $240.00 | 333.0 | $80,064.00 |
| Kathleen Lynch | Privilege review attorney; joined K&S 2014; admitted to Georgia 2011 | $240.00 | 185.0 | $44,400.00 |
| Rebekah Spotts | Privilege review attorney; joined K&S 2021; admitted to New York 2011 | $240.00 | 76.0 | $18,240.00 |
| **Paralegals** | | | | |
| Dan Handley | Paralegal; joined K&S 1993 | $225.00 | 12.2 | $2,745.00 |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| **TOTAL** | **$0.00** |

## **Exhibit D**

**Detailed Time Records and Expenses**

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10507903 |
| Invoice Date | 02/25/22 |
| Client No. | 08714 |
| Matter No. | 158001 |

RE: DOJ Opioid Marketing Investigations
Client Matter Reference: 20190002327

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 01/31/22:

| | | |
|---|---|---:|
| Fees | $ | 40,849.00 |
| Less Courtesy Fee Discount (13.0%) | | -5,310.37 |
| **Total this Invoice** | **$** | **35,538.63** |

*Payment is Due Upon Receipt*

08714      Purdue Pharma LP                                                                          Invoice No. 10507903
158001     DOJ Opioid Marketing Investigations                                                                  Page 2
02/25/22

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 01/03/22 | J Bucholtz | L120 | A106 | Confer with P. Fitzgerald, J. Bragg, M. Florence, B. Ridgway regarding DOJ and bankruptcy issues | 1.3 |
| 01/04/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, M. Huebner, P. Fitzgerald, M. Florence, team regarding bankruptcy and DOJ issues | 1.2 |
| 01/06/22 | J Bucholtz | L120 | A108 | Confer with P. Fitzgerald, M. Florence, J. Bragg regarding DOJ and bankruptcy issues (0.4); review materials regarding bankruptcy and DOJ issues (0.2) | 0.6 |
| 01/07/22 | J Bucholtz | L120 | A106 | Confer with J. Adams, M. Florence, team regarding DOJ and bankruptcy issues (0.2); review materials regarding DOJ and bankruptcy issues (0.5) | 0.7 |
| 01/11/22 | J Bucholtz | L120 | A104 | Confer with M. Kesselman, M. Huebner, P. Fitzgerald, M. Florence, team regarding bankruptcy and DOJ issues (1.3); review materials regarding bankruptcy and DOJ issues (0.4) | 1.7 |
| 01/12/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, E. Vonnegut, P. Fitzgerald, J. Bragg, team regarding bankruptcy and DOJ issues (2.8); edit materials regarding bankruptcy issues (2.5) | 5.3 |
| 01/13/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, R. Silbert, P. Fitzgerald, H. Coleman, S. Birnbaum, M. Tobak, M. Maleck, team regarding bankruptcy and DOJ issues (3.6); review and edit materials regarding same (1.8) | 5.4 |
| 01/14/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, R. Silbert, C. Ricarte, P. Fitzgerald, M. Maleck, team regarding bankruptcy and DOJ issues (1.1); review and edit materials re bankruptcy and DOJ issues (3.1) | 4.2 |
| 01/14/22 | M Maleck | L120 | A104 | Analyze DOJ and bankruptcy issues (1.8); draft analysis regarding same (0.7) | 2.5 |
| 01/15/22 | J Bucholtz | L120 | A107 | Confer with R. Silbert, C. Ricarte, P. Fitzgerald, S. Birnbaum, team regarding bankruptcy and DOJ issues | 0.4 |
| 01/16/22 | J Bucholtz | L120 | A104 | Review materials regarding bankruptcy issues | 0.5 |

08714      Purdue Pharma LP                                                    Invoice No. 10507903
158001     DOJ Opioid Marketing Investigations                                              Page 3
02/25/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 01/17/22 | J Bucholtz | L120 | A104 | Review materials regarding bankruptcy issues | 0.4 |
| 01/20/22 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, team regarding bankruptcy and DOJ issues (0.5); review materials regarding same (0.9) | 1.4 |
| 01/21/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, Board, E. Vonnegut, K. Benedict, P. Fitzgerald, M. Florence, S. Birnbaum, team regarding bankruptcy and DOJ issues (2.2); review materials regarding same (0.4) | 2.6 |
| 01/24/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, B. Kaminetzky, K. Benedict, team regarding bankruptcy issues | 0.3 |
| 01/25/22 | J Bucholtz | L120 | A105 | Confer with P. Mezzina, K. Benedict, team regarding DOJ and bankruptcy issues | 0.9 |
| 01/26/22 | J Bucholtz | L120 | A107 | Confer with R. Aleali, P. Mezzina, team regarding bankruptcy and DOJ issues (1.1); review materials regarding same (0.3) | 1.4 |
| 01/26/22 | P Mezzina | L120 | A105 | Confer with J. Bucholtz bankruptcy and DOJ issues | 0.8 |
| 01/27/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, M. Tobak, team regarding bankruptcy and DOJ issues | 0.6 |
| 01/27/22 | P Mezzina | L510 | A104 | Review Second Circuit order granting permission to appeal | 0.1 |
| 01/28/22 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, R. Silbert, K. Benedict, P. Fitzgerald, team regarding bankruptcy and DOJ issues (1.1); edit materials regarding bankruptcy issues (0.5) | 1.6 |
| 01/31/22 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, H. Coleman, K. Benedict, G. Garre, team regarding bankruptcy and DOJ issues (0.7); review materials regarding same (0.2) | 0.9 |
| | | | | | 34.8 |

| | | |
|---|---|---|
| 08714    Purdue Pharma LP | | Invoice No. 10507903 |
| 158001    DOJ Opioid Marketing Investigations | | Page 4 |
| 02/25/22 | | |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---:|---:|---:|
| Jeffrey Bucholtz | Partner | 31.4 | 1195.00 | 37,523.00 |
| Marisa Maleck | Partner | 2.5 | 965.00 | 2,412.50 |
| Paul Mezzina | Partner | 0.9 | 1015.00 | 913.50 |
| Total | | 34.8 | | $40,849.00 |

08714     Purdue Pharma LP                                      Invoice No. 10507903
158001    DOJ Opioid Marketing Investigations                              Page 5
02/25/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|--|-------|-------|
| L120 | Analysis/Strategy | 34.7 | 35,450.33 |
| L510 | Appellate Motions and Submissions | 0.1 | 88.30 |
| | Total Fees | 34.8 | 35,538.63 |

# KING & SPALDING

---

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10507902 |
| Invoice Date | 02/25/22 |
| Client No. | 08714 |
| Matter No. | 090001 |

RE: Plan Transaction Tax Issues
Client Matter Reference: 20210003141

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 01/31/22:

| | | |
|---|---|---|
| Fees | $ | 737.50 |
| Less Courtesy Fee Discount (13.0%) | | -95.87 |
| **Total this Invoice** | **$** | **641.63** |

*Payment is Due Upon Receipt*

08714     Purdue Pharma LP                                              Invoice No. 10507902
090001    Plan Transaction Tax Issues                                                  Page 2
02/25/22

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 01/11/22 | H Shashy | L120 | A108 | Confer with DPW regarding status of tax matters | 0.5 |
| | | | | | 0.5 |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Hap Shashy | Partner | 0.5 | 1475.00 | 737.50 |
| Total | | 0.5 | | $737.50 |

08714    Purdue Pharma LP                                         Invoice No. 10507902
090001   Plan Transaction Tax Issues                                          Page 3
02/25/22

**Task Summary - Fees**

| Task |  | Hours | Value |
|------|--------------|------:|------:|
| L120 | Analysis/Strategy | 0.5 | 641.63 |
|      | Total Fees | 0.5 | 641.63 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10507904 |
| Invoice Date | 02/25/22 |
| Client No. | 08714 |
| Matter No. | 240001 |

RE: Retention And Fee Application
Client Matter Reference: 20190002705

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 01/31/22:

| | | |
|---|---|---|
| Fees | $ | 3,639.30 |
| Less Courtesy Fee Discount (13.0%) | | -473.11 |
| **Total this Invoice** | **$** | **3,166.19** |

*Payment is Due Upon Receipt*

| 08714 | Purdue Pharma LP | Invoice No. 10507904 |
|---|---|---|
| 240001 | Retention And Fee Application | Page 2 |
| 02/25/22 | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 01/24/22 | B Baker | L210 | A105 | Correspondence regarding fee application preparation | 0.6 |
| 01/27/22 | S Davidson | L120 | A104 | Draft rate increase notice (0.5); circulate to J. Bucholtz and R. Jones (0.2); e-mails regarding same (0.3) | 1.0 |
| 01/31/22 | B Baker | L210 | A103 | Draft and review fee application (2.3); review invoices for fee application (0.7); correspondence with S. Davidson, C. Cole, and  M. Britt regarding same (0.5) | 3.5 |
| | | | | | 5.1 |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Scott Davidson | Counsel | 1.0 | 1290.00 | 1,290.00 |
| Britney Baker | Associate | 4.1 | 573.00 | 2,349.30 |
| Total | | 5.1 | | $3,639.30 |

| 08714 | Purdue Pharma LP | | Invoice No. 10507904 |
|---|---|---|---|
| 240001 | Retention And Fee Application | | Page 3 |
| 02/25/22 | | | |

**Task Summary - Fees**

| Task | | Hours | Value |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.0 | 1,122.30 |
| L210 | Pleadings | 4.1 | 2,043.89 |
| | Total Fees | 5.1 | 3,166.19 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10504832 |
| Invoice Date | 02/28/22 |
| Client No. | 44444 |
| Matter No. | 190003 |

RE: DOJ/NJ/ME
Client Matter Reference: 20190002258

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 01/31/22:

| | | |
|---|---|---|
| Fees | $ | 11,745.00 |
| Less Tiered Discount | | -352.35 |
| **Total this Invoice** | **$** | **11,392.65** |

*Payment is Due Upon Receipt*

44444    Purdue Pharma, LP (Document Matters)                     Invoice No. 10504832
190003   DOJ/NJ/ME                                                              Page 2
02/28/22

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 01/03/22 | R Jones | L120 | A110 | Prepare documents for production | 1.7 |
| 01/04/22 | R Jones | L120 | A110 | Prepare documents for production | 0.9 |
| 01/05/22 | R Jones | L120 | A110 | Prepare documents for production | 2.2 |
| 01/07/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.9 |
| 01/07/22 | J Tucker | L320 | A105 | Manage review in connection with documents relating to the DOJ investigation | 0.5 |
| 01/10/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.4 |
| 01/10/22 | R Jones | L120 | A110 | Prepare documents for production | 1.8 |
| 01/11/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.4 |
| 01/11/22 | R Jones | L120 | A110 | Prepare documents for production | 2.1 |
| 01/11/22 | J Tucker | L320 | A105 | Manage review in connection with documents relating to the DOJ matter | 1.0 |
| 01/12/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.4 |
| 01/12/22 | J Tucker | L320 | A105 | Manage review in connection with documents relating to the DOJ matter | 0.5 |
| 01/13/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.4 |
| 01/13/22 | R Jones | L120 | A110 | Prepare documents for production | 1.6 |
| 01/14/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.4 |
| 01/14/22 | R Jones | L120 | A110 | Prepare documents for production | 1.3 |
| 01/18/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.9 |
| 01/19/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 01/19/22 | R Jones | L120 | A110 | Prepare documents for production | 2.1 |
| 01/19/22 | J Tucker | L320 | A105 | Manage review in connection with custodial documents relating to the DOJ | 0.5 |

44444      Purdue Pharma, LP (Document Matters)                                          Invoice No. 10504832
190003     DOJ/NJ/ME                                                                                    Page 3
02/28/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | investigation | |
| 01/20/22 | J Tucker | L320 | A105 | Manage review in connection with custodial documents relating to the DOJ investigation | 0.4 |
| 01/21/22 | R Jones | L120 | A110 | Prepare documents for production | 0.9 |
| 01/21/22 | J Tucker | L320 | A105 | Manage review in connection with custodial documents relating to the DOJ investigation | 0.5 |
| 01/24/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.4 |
| 01/25/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.7 |
| 01/26/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 3.7 |
| 01/27/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.4 |
| 01/28/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 0.6 |
| 01/29/22 | D Handley | L320 | A104 | Manage QC for privilege in connection with documents relating to the DOJ investigation | 1.0 |
| | | | | | 30.2 |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Rose Jones | Partner | 14.6 | 500.00 | 7,300.00 |
| John Tucker | Partner | 3.4 | 500.00 | 1,700.00 |
| Dan Handley | Paralegal | 12.2 | 225.00 | 2,745.00 |
| Total | | 30.2 | | $11,745.00 |

44444      Purdue Pharma, LP (Document Matters)                    Invoice No. 10504832
190003     DOJ/NJ/ME                                                            Page 4
02/28/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|------:|------:|
| L120 | Analysis/Strategy | 14.6 | 7,300.00 |
| L320 | Document Production (Defense) | 15.6 | 4,445.00 |
| | Total Fees | 30.2 | 11,745.00 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10504827 |
| Invoice Date | 02/28/22 |
| Client No. | 44444 |
| Matter No. | 795002 |

RE: Bankruptcy Insurance Matter
Client Matter Reference: 20210003073

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 01/31/22:

| | | |
|---|---|---|
| Fees | $ | 200,050.00 |
| Less Tiered Discount | | -6,001.50 |
| **Total this Invoice** | **$** | **194,048.50** |

*Payment is Due Upon Receipt*

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10504827 |
| 795002 | Bankruptcy Insurance Matter | | | | Page 2 |
| 02/28/22 | | | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 01/03/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.5 |
| 01/03/22 | R Jones | L120 | A110 | Prepare documents for production | 1.3 |
| 01/04/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.4 |
| 01/04/22 | R Jones | L120 | A110 | Prepare documents for production | 1.1 |
| 01/05/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.1 |
| 01/05/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.8 |
| 01/06/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.5 |
| 01/06/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 3.1 |
| 01/07/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.1 |
| 01/07/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 5.1 |
| 01/07/22 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.7 |
| 01/07/22 | R Jones | L120 | A110 | Prepare documents for production | 2.7 |
| 01/10/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.4 |

44444    Purdue Pharma, LP (Document Matters)    Invoice No. 10504827
795002    Bankruptcy Insurance Matter    Page 3
02/28/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 01/10/22 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.1 |
| 01/11/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.2 |
| 01/11/22 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.5 |
| 01/12/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.3 |
| 01/13/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.3 |
| 01/14/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.9 |
| 01/14/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 5.6 |
| 01/14/22 | R Jones | L320 | A104 | Review background materials in connection with quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review (1.6); coordinate document review and production workflows in response to ongoing case team and discovery requests (1.1); quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review (4.3) | 7.0 |
| 01/14/22 | A Panos | L320 | A104 | Review background materials in connection with quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review (1.9); quality control for privilege in connection with custodial documents relating to the | 3.6 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10504827 |
|---|---|---|---|---|---|
| 795002 | Bankruptcy Insurance Matter | | | | Page 4 |
| 02/28/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | bankruptcy insurance review (1.7) | |
| 01/15/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 11.8 |
| 01/15/22 | R Jones | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 3.1 |
| 01/16/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 11.7 |
| 01/17/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 01/17/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 11.9 |
| 01/17/22 | R Jones | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 6.1 |
| 01/17/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 2.5 |
| 01/18/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.8 |
| 01/18/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 12.1 |
| 01/18/22 | R Jones | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 3.9 |
| 01/18/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 3.1 |
| 01/19/22 | K Burns | L320 | A104 | Coordinate document review and | 5.6 |

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10504827
795002     Bankruptcy Insurance Matter                                                        Page 5
02/28/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | production workflows in response to ongoing case team and discovery requests | |
| 01/19/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 11.9 |
| 01/20/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.2 |
| 01/20/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 12.2 |
| 01/21/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 4.1 |
| 01/21/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 11.8 |
| 01/21/22 | R Jones | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review (3.8); coordinate document review and production workflows in response to ongoing case team and discovery requests (3.6) | 7.4 |
| 01/22/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 12.2 |
| 01/23/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.3 |
| 01/23/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 11.8 |
| 01/24/22 | J Bunker | L320 | A104 | Review background materials in connection with quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 3.6 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10504827 |
|---|---|---|---|---|---|
| 795002 | Bankruptcy Insurance Matter | | | | Page 6 |
| 02/28/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 01/24/22 | J Burke | L320 | A104 | Review background materials in connection with quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.3 |
| 01/24/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.6 |
| 01/24/22 | R Casey | L320 | A104 | Review document protocol | 0.6 |
| 01/24/22 | R Casey | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 8.7 |
| 01/24/22 | R Casey | L320 | A104 | Meet with K. Burns and R. Jones regarding document review protocol and discovery requests | 0.9 |
| 01/24/22 | D Gallucci | L320 | A104 | Review background materials in connection with quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 9.5 |
| 01/24/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 12.7 |
| 01/24/22 | R Jones | L320 | A104 | Teleconference with review team regarding review protocol and discovery requests | 1.1 |
| 01/24/22 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 8.7 |
| 01/24/22 | R Spotts | L320 | A104 | Review background materials in connection with quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 6.1 |
| 01/25/22 | J Bunker | L320 | A104 | Review background materials in connection with quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 5.3 |
| 01/25/22 | J Burke | L320 | A104 | Review background materials in connection with quality control for privilege in connection with custodial | 10.0 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10504827 |
| 795002 | Bankruptcy Insurance Matter | | | | Page 7 |
| 02/28/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | documents relating to the bankruptcy insurance review | |
| 01/25/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.2 |
| 01/25/22 | R Casey | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 9.9 |
| 01/25/22 | D Gallucci | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 9.8 |
| 01/25/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 11.3 |
| 01/25/22 | R Jones | L320 | A104 | Call with review team to go over initial review feedback (.8); coordinate document review and production workflows in response to ongoing case team and discovery requests (9.1) | 9.9 |
| 01/25/22 | R Jones | L140 | A101 | Prepare documents for production | 2.7 |
| 01/25/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 2.1 |
| 01/25/22 | R Spotts | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 9.9 |
| 01/26/22 | J Bunker | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 8.8 |
| 01/26/22 | J Burke | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 7.6 |
| 01/26/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 3.7 |
| 01/26/22 | R Casey | L320 | A104 | Review documents to determine | 9.8 |

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10504827
795002     Bankruptcy Insurance Matter                                                                Page 8
02/28/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | responsiveness, privilege, confidentiality, and significance in connection with discovery requests | |
| 01/26/22 | D Gallucci | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 10.1 |
| 01/26/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 13.6 |
| 01/26/22 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 9.4 |
| 01/26/22 | R Jones | L140 | A101 | Prepare documents for production | 3.1 |
| 01/26/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 2.1 |
| 01/26/22 | R Spotts | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 9.7 |
| 01/27/22 | J Bunker | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 9.3 |
| 01/27/22 | J Burke | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 9.9 |
| 01/27/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.9 |
| 01/27/22 | R Casey | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 10.2 |
| 01/27/22 | D Gallucci | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 9.7 |
| 01/27/22 | A Gibson | L320 | A104 | Quality control for privilege in | 14.4 |

44444        Purdue Pharma, LP (Document Matters)                                    Invoice No. 10504827
795002       Bankruptcy Insurance Matter                                                        Page 9
02/28/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | connection with custodial documents relating to the bankruptcy insurance review | |
| 01/27/22 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 9.9 |
| 01/27/22 | R Jones | L140 | A101 | Prepare documents for production | 2.8 |
| 01/27/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 4.3 |
| 01/27/22 | R Spotts | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 10.3 |
| 01/28/22 | J Bunker | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 8.7 |
| 01/28/22 | J Burke | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 8.4 |
| 01/28/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.1 |
| 01/28/22 | R Casey | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 9.9 |
| 01/28/22 | D Gallucci | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 10.0 |
| 01/28/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 13.8 |
| 01/28/22 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 9.8 |
| 01/28/22 | R Jones | L140 | A101 | Prepare documents for production | 2.4 |

44444     Purdue Pharma, LP (Document Matters)                     Invoice No. 10504827
795002    Bankruptcy Insurance Matter                                              Page 10
02/28/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 01/28/22 | K Lynch | L320 | A104 | Review background materials in connection with quality control for privilege in connection with documents relating to the bankruptcy insurance review | 1.5 |
| 01/28/22 | R Spotts | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 9.9 |
| 01/29/22 | J Bunker | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 6.4 |
| 01/29/22 | J Burke | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 7.4 |
| 01/29/22 | R Casey | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 10.1 |
| 01/29/22 | D Gallucci | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 9.8 |
| 01/29/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 12.2 |
| 01/29/22 | R Spotts | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 10.1 |
| 01/30/22 | J Bunker | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 5.1 |
| 01/30/22 | J Burke | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 7.8 |
| 01/30/22 | R Casey | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 9.9 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10504827 |
|---|---|---|---|---|---|
| 795002 | Bankruptcy Insurance Matter | | | | Page 11 |
| 02/28/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 01/30/22 | D Gallucci | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 9.9 |
| 01/30/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 12.9 |
| 01/30/22 | R Spotts | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 10.0 |
| 01/31/22 | J Bunker | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 9.1 |
| 01/31/22 | J Burke | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 8.1 |
| 01/31/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 5.1 |
| 01/31/22 | R Casey | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 10.0 |
| 01/31/22 | D Gallucci | L320 | A104 | Review documents to determine responsiveness, privilege, confidentiality, and significance in connection with discovery requests | 9.2 |
| 01/31/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the bankruptcy insurance review | 12.1 |
| 01/31/22 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 9.9 |
| 01/31/22 | R Jones | L120 | A110 | Prepare documents for production | 2.4 |
| 01/31/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with documents relating to the bankruptcy insurance review | 6.5 |
| 01/31/22 | R Spotts | L320 | A104 | Review documents to determine | 10.0 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10504827 |
|---|---|---|---|---|---|
| 795002 | Bankruptcy Insurance Matter | | | | Page 12 |
| 02/28/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | responsiveness, privilege, confidentiality, and significance in connection with discovery requests | |
| | | | | | 787.1 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Rose Jones | Partner | 18.5 | 500.00 | 9,250.00 |
| Kassi Burns | Discovery Counsel | 57.6 | 350.00 | 20,160.00 |
| Remy Jones | Privilege Review Attorney | 92.5 | 240.00 | 22,200.00 |
| Alex Panos | Privilege Review Attorney | 17.7 | 240.00 | 4,248.00 |
| Jack Bunker | Privilege Review Attorney | 56.3 | 240.00 | 13,512.00 |
| Janine Burke | Privilege Review Attorney | 68.5 | 240.00 | 16,440.00 |
| Robert Casey | Privilege Review Attorney | 80.0 | 240.00 | 19,200.00 |
| Dominic Gallucci | Privilege Review Attorney | 78.0 | 240.00 | 18,720.00 |
| Austin Gibson | Privilege Review Attorney | 234.0 | 240.00 | 56,160.00 |
| Kathleen Lynch | Privilege Review Attorney | 8.0 | 240.00 | 1,920.00 |
| Rebekah Spotts | Privilege Review Attorney | 76.0 | 240.00 | 18,240.00 |
| Total | | 787.1 | | 200,050.00 |

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10504827
795002     Bankruptcy Insurance Matter                                                          Page 13
02/28/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|--|-------|-------|
| L120 | Analysis/Strategy | 7.5 | 3,750.00 |
| L140 | Document/File Management | 11.0 | 5,500.00 |
| L320 | Document Production (Defense) | 768.6 | 190,800.00 |
| | Total Fees | 787.1 | 200,050.00 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10504833 |
| Invoice Date | 02/28/22 |
| Client No. | 44444 |
| Matter No. | 795001 |

RE: 3rd Party Subpoena Response-Document/Discovery Services
Client Matter Reference: 20210003182

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 01/31/22:

| | | |
|---|---|---|
| Fees | $ | 110,080.00 |
| Less Tiered Discount | | -3,302.40 |
| **Total this Invoice** | **$** | **106,777.60** |

*Payment is Due Upon Receipt*

| 44444 | Purdue Pharma, LP (Document Matters) | Invoice No. 10504833 |
|---|---|---|
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | Page 2 |
| 02/28/22 | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 01/02/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 01/03/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.4 |
| 01/03/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 9.8 |
| 01/03/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 8.4 |
| 01/03/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 8.4 |
| 01/04/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.7 |
| 01/04/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 10.2 |
| 01/04/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 8.2 |
| 01/04/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 7.6 |
| 01/05/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.4 |
| 01/05/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 7.4 |
| 01/05/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 7.6 |
| 01/06/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to | 2.1 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10504833 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 3 |
| 02/28/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | ongoing case team and discovery requests | |
| 01/06/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 7.1 |
| 01/06/22 | R Jones | L120 | A110 | Prepare documents for production | 2.1 |
| 01/06/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 8.1 |
| 01/06/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 8.1 |
| 01/07/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.9 |
| 01/07/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 4.9 |
| 01/07/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 7.9 |
| 01/07/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 5.7 |
| 01/08/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 9.8 |
| 01/09/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 9.7 |
| 01/09/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 5.3 |
| 01/10/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.2 |
| 01/10/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 10.1 |
| 01/10/22 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.1 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10504833 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 4 |
| 02/28/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|-------|------------|------|----------|-------------|-------|
| 01/10/22 | R Jones | L120 | A110 | Prepare documents for production | 0.6 |
| 01/10/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 9.6 |
| 01/11/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 01/11/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 10.3 |
| 01/11/22 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.7 |
| 01/11/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 8.8 |
| 01/12/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.3 |
| 01/12/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 10.1 |
| 01/12/22 | R Jones | L120 | A110 | Prepare documents for production | 1.1 |
| 01/12/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 9.2 |
| 01/12/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 10.1 |
| 01/13/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.1 |
| 01/13/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 9.6 |
| 01/13/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 6.2 |
| 01/13/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents | 8.2 |

44444    Purdue Pharma, LP (Document Matters)        Invoice No. 10504833

795001    3rd Party Subpoena Response-Document/Discovery        Page 5
          Services

02/28/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | relating to the DOJ review | |
| 01/14/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 01/14/22 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 7.4 |
| 01/14/22 | R Jones | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.9 |
| 01/14/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 8.1 |
| 01/14/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 3.1 |
| 01/16/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 3.1 |
| 01/17/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 01/18/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 01/18/22 | R Jones | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 2.4 |
| 01/18/22 | R Jones | L120 | A110 | Prepare documents for production | 2.2 |
| 01/18/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 8.2 |
| 01/18/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 2.7 |
| 01/19/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.6 |
| 01/19/22 | R Jones | L320 | A104 | Quality control for privilege in connection with custodial documents | 9.9 |

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10504833
795001     3rd Party Subpoena Response-Document/Discovery                                      Page 6
           Services

02/28/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | relating to the DOJ review | |
| 01/19/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 10.4 |
| 01/19/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 7.1 |
| 01/20/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 1.9 |
| 01/20/22 | R Jones | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 9.8 |
| 01/20/22 | R Jones | L120 | A110 | Prepare documents for production | 1.9 |
| 01/20/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 5.5 |
| 01/20/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 5.1 |
| 01/21/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 2.1 |
| 01/21/22 | M Douglas | L140 | A105 | Conference with K. Burns and R. Jones regarding document review and production workflow matters | 0.4 |
| 01/21/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 12.4 |
| 01/21/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 5.6 |
| 01/22/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 3.5 |
| 01/23/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 2.4 |
| 01/24/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |

44444     Purdue Pharma, LP (Document Matters)     Invoice No. 10504833

795001     3rd Party Subpoena Response-Document/Discovery     Page 7
Services

02/28/22

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 01/24/22 | R Jones | L120 | A110 | Prepare documents for production | 2.1 |
| 01/24/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 9.9 |
| 01/25/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 01/25/22 | M Douglas | L140 | A105 | Conference with K. Burns and R. Jones regarding document review and production workflow matters | 0.2 |
| 01/25/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 9.7 |
| 01/25/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 1.6 |
| 01/26/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.4 |
| 01/26/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 8.1 |
| 01/26/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 1.6 |
| 01/27/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.3 |
| 01/27/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 9.4 |
| 01/27/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 3.8 |
| 01/28/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.2 |
| 01/28/22 | K Lynch | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 7.2 |
| 01/28/22 | A Panos | L320 | A104 | Quality control for privilege in | 5.2 |

| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10504833 |
| 795001 | 3rd Party Subpoena Response-Document/Discovery Services | | | | Page 8 |
| 02/28/22 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | connection with custodial documents relating to the DOJ review | |
| 01/31/22 | K Burns | L320 | A104 | Coordinate document review and production workflows in response to ongoing case team and discovery requests | 0.7 |
| 01/31/22 | A Panos | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ review | 8.1 |
| | | | | | 437.2 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Rose Jones | Partner | 10.0 | 500.00 | 5,000.00 |
| Kassi Burns | Discovery Counsel | 23.2 | 350.00 | 8,120.00 |
| Michael Douglas | Privilege Review Attorney | 0.6 | 240.00 | 144.00 |
| Remy Jones | Privilege Review Attorney | 27.8 | 240.00 | 6,672.00 |
| Alex Panos | Privilege Review Attorney | 99.6 | 240.00 | 23,904.00 |
| Austin Gibson | Privilege Review Attorney | 99.0 | 240.00 | 23,760.00 |
| Kathleen Lynch | Privilege Review Attorney | 177.0 | 240.00 | 42,480.00 |
| Total | | 437.2 | | 110,080.00 |

44444       Purdue Pharma, LP (Document Matters)                              Invoice No. 10504833
795001      3rd Party Subpoena Response-Document/Discovery                              Page 9
            Services
02/28/22

**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|------|------|
| L120 | Analysis/Strategy | 10.0 | 5,000.00 |
| L140 | Document/File Management | 0.6 | 144.00 |
| L320 | Document Production (Defense) | 426.6 | 104,936.00 |
| | Total Fees | 437.2 | 110,080.00 |