October 31, 2021

Dear Clerk of the Court:

May I ask you to docket my Motion request along with attachemnts to this Chapter 11 Case #19-23649 (RDD) jointly administered, so that it may be considered? If it is possible, would you mail a certified timed stamp copy to me? I've included a postage paid envelope for your conveience.

Thank you,
Marcia Helms

159 Southdown Road
Edgewater, Maryland 21037

United States Bankruptcy Court
Southern District of New York
Honorable Judge Robert D. Drain

In re
Purdue Pharma L.P. -et al.,
and 23 affiliated Debtors

Chapter 11
Case No. 19-23649 (RDD)
(Jointly Administered)

## Motion for Tolling of Filing Deadline

Comes now Marcia Helms "Movant" respectfully requests the court, the attorneys for the debtors and the Debtors-Sackler family to toll the filing deadline of July 30, 2020 5:00 p.m. of the above
action and accept the filing of the enclosed "Personal Injury Claimant Proof of Claim Form".

I am a 53 year old disabled female and struggle physically and cognitively. During the Covid19 pandemic I was scared for our lives and Maryland was on lock down. Our home was hit by a tornado on September 4, 2020 which caused $30,000 of damage and was featured on the national news. So I hadn't heard about a lawsuit to benefit victims. About 6 weeks ago I heard that one of the opioid makers had filed for bankruptcy and I decided to serch for informtion. It was then I learned Purdue Pharma was the maker of the opioids and that the bankruptcy court was also where people who were harmed could make a claim.

I have read as much as I can from the Court's website, found the Claim Form and am asking if the court grants this Motion please answer my questions as to how much proof you need. For instnce do you need every single penny the rx cost me from the first rx in 2007 until today? It must be near $70,000 out of pocket for the medication alone for the portions not covered by insurance. Do you need tax returnss to show loss wages? Do you need property apprasials to see the value of the real estate I lost, etc?. I am diligently working to gather information as all of it will be in my medical records. In the mean time I am including a lot of random receipts over the 15 year period including some copies of the perscription purchases and my losses that will prove what I am submitting on the claim form is accurate and that my loss and suffering as a result of perscribed opioid use is real. A single trip to the ER with a herniated disc at age 38 sent me down a road of "pain management" and "physical dependence on opioiods" which has left me in a recliner essentially void of any past interests, hobbies, health or posessions.

I was a self-made millionaire and I am incdluding my W2 earnings history from SSA up to 2007. I am a Mom of 2 ages 34 and 14 and a Grandmother of 2 with 1 just born. Every holiday especially Christmas I say to myself this is bad, I don't think Ill make it another year. But I do, and I want to. I need physical rehabilitation, counselling for the depression, surgery and pt and possible solutions other than Methadone to turn this around now, like a long term facility. I don't want opioids, I dont want to feel the extreme physical pain of withdrawal that is worse than death. I want my life back, a way to earn money or to start a new venture so that I'll have a roof over my head and just maybe a quality of life for years to come. I didnt ask for this. I had no idea waht these meds could do. No warning from the doctor or pharmacy or the leaflet that comes with the medicine.

Page 1 of Motion for Tolling of Filing Deadline

I was a self-made millionaire and I am incdluding my W2 earnings history from SSA up to 2007. I am a Mom of 2 boys, ages 34 and 14 and a Grandmother of 2 with 1 just born. Every holiday especially Christmas I say to myself this is bad, I don't think Ill make it another year. But I do, and I want to. I need physical rehabilitation, counselling for the grief and depression, surgery and pt and solutions other than Methadone to turn this around now, like a long term facility. I don't want opioids, I dont want to feel the extreme physical pain of withdrawal that is worse than death.  I don't want to wake up at night on fire waiting for the appropriate time to take this medicine. I want my life back, a way to earn money or to start a new venture so that I'll have a roof over my head and just maybe a quality of life for years to come. I didn't ask for this. I had no idea waht these meds could do. No warning from the doctor or pharmacy or the leaflet that comes with the medicine.

Enclosed is a photograph of my Rx bottles including a sampling of types of opioids I was perscribed and a sampling of as many rx receipts form my tax records 2013-2021. I found some from 2008-2012 but thye are receipts that were misfiled. Once I locate my tax returns from 2007-2012 I expect to find the medical portion of my expenses. I have had many losses both financial which led to moving frequently, and natural disasters such that many files may have been  destroyed.  Again, Social Security has all of them but it takes time for them to help as they are not record keepers.

The amounts and types of medications that were prescribed to me are unfathomable. I didn't know that then. How did this happen? There is so much more to what happened over 15 years on these meds and you will be appalled when and if you need to know how I was treated or mistreated after the medication was found to be harming people.

I might have found out about this case or any relevant deadlines had there been a posting at the doctor's office or pharmacies. In fact, these are the very places where the opioids were authorized and distributed. I gracioulsy thank the attorney's debtors, the debtors, the other victims and the court for taking the time and consideeration to consider my request.

I declare under the penalty of perjury that my statements are true and correct.

Marcia Helms

*Marcia Helms*

Dated this day of  9  of  November , 2021