

RECEIVED

NOV 15 2021

PRIME CLERK

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☒ No Copy Provided

# Personal Injury Claimant Proof of Claim Form
## (Including Parents and Guardians)

**You may file your claim electronically at** <u>PurduePharmaClaims.com</u> **via the link entitled "Submit a Claim."**

**For questions regarding this Proof of Claim Form, please call Prime Clerk at (844) 217-0912 or visit** <u>PurduePharmaClaims.com</u>**.**

Read the instructions at the end of this document before filling out this form. This form is for individuals to assert an unsecured claim against the Debtors seeking damages based on actual or potential future personal injury to the claimant or another (for example, deceased, incapacitated, or minor family member) related to the taking of a Purdue Opioid and/or the taking of another opioid for which You believe Purdue is responsible for Your damages.

<u>Do not</u> use this form to assert only a non-personal injury claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids. File such claims on a General Opioid Claimant Proof of Claim Form. However, if You have a claim against the Debtors based on or involving the production, marketing and sale of opioids, in addition to Your claim based on personal injury, You may include information related to that claim on the Personal Injury Claimant Proof of Claim Form by completing Part 5 of this form.

<u>Do not</u> use this form to assert any other pre-petition claims, including secured claims or claims entitled to priority under 11 U.S.C. § 507(a). Secured claims, claims entitled to priority under 11 U.S.C. § 507(a) and non-opioid related claims should be filed on a Non-Opioid Claimant Proof of Claim Form (Form 410).

Creditor (also referred to as "You" throughout) shall provide information responsive to the questions set forth below. Creditors may include parents, foster parents, and guardians submitting claims on behalf of minors with Neonatal Abstinence Syndrome ("NAS"). Instructions and definitions are provided at the end of this document. You shall provide information reasonably available to You and are not excused from providing the requested information for failure to appropriately investigate Your claim. You shall supplement Your responses if You learn that they are incomplete or incorrect in any material respect.

Personal Injury Claimant Proof of Claim Forms and any supporting documentation submitted with the form shall remain <u>highly confidential</u> and shall not be made available to the public. For the avoidance of doubt, <u>all pages</u> of the Personal Injury Claimant Proof of Claim Form and supporting documentation shall be treated as <u>highly confidential</u> and made available only to Prime Clerk, the Court and to those that agree to be bound by the Protective Order.

Fill in all the information about the claim as of September 15, 2019, the Petition Date. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form. This form should be completed to the best of Your ability with the information available to You. If You are unable to answer certain questions at this time, the absence of an answer, by itself, will not result in the denial of Your claim, though You may be asked or required to provide additional information at a later date. You may also amend or supplement Your claim after it is filed.

Please note that supporting documentation is requested in certain portions of the form. Please provide the requested information to the best of Your ability. At Your discretion, You may also provide additional information to supplement Your claim in any manner available to You.

<u>Do not</u> send original documents, as they will not be returned, and they may be destroyed after scanning.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the creditor?**

MARCIA HELMS

Name of the individual to be paid for this claim. If the creditor is a minor (under 18), please provide only the minor's initials.

Other names the creditor used with the debtor, including maiden or other names used:

MARCIA ADAMS, MARCIA WILHIDE-HELMS

If Your claim is based on personal injury to another (for example, a deceased, incapacitated, or minor family member), please provide the name of that other person (that is, the injured person). If the injured person is a minor (under 18), please provide only the minor's initials:

_____

If You are submitting a claim on behalf of another person, please provide Your name and relationship to that person:

_____

If you are submitting a claim on behalf of a minor, are You the Legal Guardian?

☐ No    ☐ Yes

**Claim Number: 628524**

| 2. | What is the year of birth, gender, and last 4 digits of the social security number of the creditor (or injured person, if the claim is based on the personal injury of another)? | Year of Birth: _1968_ <br><br> Gender: ☐ Male  ☑ Female <br><br> Last 4 Digits of Social Security Number (if available): XXX-XX-_1 0 1 4_ |

| 3. | Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> MARCIA HELMS <br> Name <br> 159 SOUTHDOWN RD <br> Number  Street <br> EDGEWATER, MD 21037 <br> City  State  ZIP Code <br> Contact phone 443-603-5168 <br> Contact email marcialee1968@gmail.com | **Where should payments to the creditor be sent?** (if different) <br><br> MARCIA HELMS <br> Name <br> 159 SOUTHDOWN RD <br> Number  Street <br> EDGEWATER, MD 21037 <br> City  State  ZIP Code <br> Contact phone 443-603-5168 <br> Contact email |

| 4. | Does this claim amend one already filed? | ☑ No. <br> ☐ Yes. Claim number on court claims registry (if known)_____ Filed on ___/___/___ <br> MM / DD / YYYY |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No. <br> ☐ Yes. Who made the earlier filing? _____ |

## Part 2:  Attorney Information (Optional)

| 6. | Are You represented by an attorney in this matter? <br><br> You do not need an attorney to file this form. | ☑ No. <br> ☐ Yes. If yes, please provide the following information: <br><br> Law Firm Name _____ <br><br> Attorney Name _____ <br><br> Address _____ <br><br> City  State  ZIP Code <br><br> Contact phone _____ Contact email _____ |

## Part 3:  Information as of September 15, 2019, the Petition Date, About Your Claim

| 7. | How much is the claim? | $ _____ or <br> ☐ Unknown. |

| 8. | Select all that apply to You. | ☑ Creditor has been injured by use of an opioid. <br><br> ☐ Although Creditor is not currently aware of any injury, Creditor wants to file now to keep the ability to seek payment if Creditor has a future injury or harm due to use of an opioid. <br><br> ☐ Creditor has a claim arising out of another person's use of an opioid. *Please answer all questions in Part 4 as if that person (the injured person) is filling out the form.* <br><br> ☐ Creditor is submitting a claim on behalf of a minor with NAS. *Please answer all questions in Part 4 as if the birth mother of the minor is filling out the form (to the extent such information is available to You).* |

9. **Briefly describe the type of injury alleged from Your use or another person's use of an opioid. Select all that apply.**

Attach additional sheets if necessary.

- ☐ Death
- ☐ Overdose
- ☑ Addiction/Dependence/Substance Use Disorder
- ☑ Lost Wages/Earning Capacity
- ☑ Loss of Consortium
- ☐ NAS-related
  - ☐ Learning Disability
  - ☐ Spina Bifida
  - ☐ Developmental Disability
  - ☐ Heart Defects
  - ☐ Congenital Defects or Malformations
- ☑ Expenses for Treatment
- ☑ Other (describe): MEDICAL AND COSTS OF OPIOIDS "ACTUAL MEDICATION" FROM 7/23/07 – 9/15/19, LOSS OF BUSINESS AND PROPERTY

10. **Describe the basis for Your claim, including all alleged causes of action, sources of damages, etc., You are asserting against the Debtors.**

*(circled)* Attach additional sheets if necessary.

ON 7/23/07 I VISITED THE ER FOR EXTREME PAIN IN MY APPENDIX. I WAS GIVEN 20 PILLS OF DILAUDID WHICH I NOW KNOW IS THE STRONGEST RX YOU CAN USE. I WAS TO FOLLOW UP IN 5 DAYS WITH DR. THAM. THEY TREATED ME WITH MASSIVE AMOUNTS OF OPIODS. I HAD NEVER HAD THEM. AFTER 1 YEAR OF MONTHLY VISITS THEY HAD ME ON 30 MG OF OXYCODONE AND FENTNAYL PATCHES. I BECAME SO ADDICTED DESPITE TRYING DETOX I CAN NOT STOP TAKING THEM AS THEY HAVE DESTROYED MY ABLITY TO REGULATE PAIN. I CAN NO LONGER USE MY COGNITIVE ABILITY AND I

SEE EXTRA PAGES   LOST EVERYTHING I OWNED.   7/07 - 9/19  13 years

11. **Please identify and quantify each category of damages or monetary relief that You allege, including all injunctive relief that You seek. Check as many boxes as applicable.**

- ☑ Compensatory: $ 9,632,200 million → $2,600,000 lost wages  1,800,000 lost business/homes  182,000 medical bills  50,000 pain & suffer / loss of consort.

  (for example, lost wages, pain and suffering, expenses not reimbursed, loss of consortium, etc.)

- ☑ Punitive: $ 25,000,000 or ☐ Unknown   TO DONATE TO THE ORPHANS WHO HAD NO ONE LEFT TO HELP THEM
- ☑ Other (describe): TO REBUILD MYSELF AND CREATE A PURPOSEFUL LIFE AND FUTURE $2500

(two thousand five hundred)

| 12. Have You ever filed a lawsuit against any of the Debtors at any time? | ☑ No |
|---|---|

☐ Yes. If yes, please provide the following information and attach supporting documentation:

Case Caption: _____

Court and Case/Docket Number: _____

Attorney Information:

_____
Law Firm Name

_____
Attorney Name

_____
Address

_____
City                                    State                      ZIP Code

Contact phone _____ Contact email _____

---

**Part 4:** **Information About Opioid Use**

If You have a claim arising out of another person's use of an opioid, please answer these questions as if the injured person is filling out the form. If You are submitting a claim on behalf of a minor with NAS, please answer these questions as if the birth mother of the minor is filling out the form (to the extent such information is available to You).

**13. Were You prescribed or administered a Purdue brand name opioid by a healthcare professional?**

☐ Unknown (select if You were prescribed a prescription opioid but do not know the specific medication).

☐ No.

☑ Yes. If yes, please provide the following information to the extent reasonably available:

**Please identify the Purdue brand name opioid(s) that You were prescribed or administered by a healthcare professional. Check as many medications as applicable.**

☑ Butrans®                              ☑ OxyContin®

☐ DHC Plus®                            ☐ OxyFast®

☑ Dilaudid®  *FIRST MEDICINE GIVEN     ☑ OxyIR®

☐ Hysingla ER®                         ☐ Palladone®

☑ MS Contin®                           ☐ Ryzolt®

☐ MSIR®

**14. Were You ever prescribed or administered any opioid (other than a Purdue brand name opioid) by a healthcare professional?**

☐ Unknown (select if You were prescribed a prescription opioid but do not know the specific medication).

☐ No.

☑ Yes. If yes, please provide the following information to the extent reasonably available:

Non-Purdue Brand Name Opioid, if known: _____

**Please identify the generic opioid(s) that You were prescribed or administered by a healthcare professional. Check as many medications as applicable.**

☐ Buprenorphine transdermal system         ☑ Oxycodone extended-release tablets

☑ Hydrocodone and acetaminophen tablets (generic to Vicodin® or Norco®)     ☑ Oxycodone immediate-release tablets

☐ Hydromorphone immediate-release tablets [7]     ☑ Oxycodone and acetaminophen tablets (generic to Percocet®)

☑ Hydromorphone oral solution              ☐ Tramadol extended-release tablets [7]

☑ Morphine extended-release tablets

☐ Other Generic: _____

**Part 5:** **Other (Non-Personal Injury) Opioid-Related Claims**

15. **Do You believe You have any other claims against the Debtors based on or involving the Debtors' production, marketing and sale of Purdue Opioids that are not based on a personal injury?**

☐ No.

☒ Yes. If yes, please describe the nature of the claim(s) (Attach additional sheets if necessary).

PURDUE COULD HAVE DONE A BETTER JOB OF WARNING ME HOW SICK I COULD HAVE GOTTEN AND THERE IS SO LITTLE INFO ON LONG TERM HARM OR BENEFIT.

16. **How much is the claim?**

$ _____ or

☒ Unknown.

**Part 6:** **Supporting Documentation**

17. **Please provide the following supporting documentation if You would like (but You are not required to) to supplement this proof of claim.**

■ Provide any documents supporting Your claim, including but not limited to: any complaint that You have filed against the Debtor(s), prescriptions, pharmacy records or statements showing prescriptions, or any records supporting Your claims of damages.

**Part 7:** **Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized agent.

☐ Other (describe): _____

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  11 / 8 / 2021 (mm/dd/yyyy)

*Signature* Marcia W Helms

Print the name of the person who is completing and signing this claim:

Name  MARCIA    WILHIDE    HELMS
      First name    Middle name    Last name

Title  _____

Company  _____

Address  159 SOUTH DOWN ROAD
         Number    Street
         EDGEWATER    MD    21037
         City    State    ZIP Code

Contact phone  443 603 5168

Email  marcia lee 1968 @ gmail.com

# Instructions for Personal Injury Claimant Proof of Claim Form

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all of the information about the claim as of the date the bankruptcy case was filed, September 15, 2019. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any available supporting documents to this form. Attach copies of any documents that show that the debt exists, a lien secures the debt, or both.

  Also attach copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because they will not be returned and may be destroyed after scanning.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- A parent, foster parent, or guardian may complete this form on behalf of a minor child if there is reason to believe that the birth mother may have taken opioid products.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

- Each question in this proof of claim form should be construed independently, unless otherwise noted. No question should be construed by reference to any other question if the result is a limitation of the scope of the answer to such question.

- The questions herein do not seek the discovery of information protected by the attorney-client privilege.

- The words "and" and "or" should be construed as necessary to bring within the scope of the request all responses and information that might otherwise be construed to be outside its scope.

- After reviewing this form and any supporting documentation submitted with this form, additional information and documentation may be requested.

- Purdue Pharma (Canada) is not a debtor in this case. If Your claim is against only Purdue Pharma (Canada), You do not have a claim in this case and should not file and submit this form.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may also call Prime Clerk at (844) 217-0912, send an inquiry to purduepharmainfo@primeclerk.com, or submit an inquiry or live chat with Prime Clerk through the case website at PurduePharmaClaims.com.

## Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth.

QUESTION #10 CONTINUED-PAGE 1

10. OPIODS MADE MY BRAIN THINK EVERYTHING WOULD BE OK. MY MOM WOULD NOT PASS FROM CANCER. MY BUSINESS COULD RUN ITSELF. I BEGAN TO LOSE INTEREST IN HOBBIES, FAMILY AND JUST THOUGHT I COULD FIX ANYTHING. LIKE ROSE COLORED GLASSES.

THE OPIODS MADE ME SEDENTARY. I JUST WANTED TO SIT AND WATCH TV.

SHORTLY BEFORE TOO LONG MY HUSBAND AND I WERE DIVORCING. HE TOOK TOTAL ADVANTAGE AND SO DID HIS ATTORNEYS.

IM HAVING A HARD TIME ARTICULATING THIS BUT FOR ALMOST 15 YEARS I HAVE PHYSICALLY AND MENTALLY DECLINED. THE 85 POUNDS IVE PUT ON AND THE SITTING HAS CAUSED SO MUCH PAIN THAT I DO NOT DO ANYTHING REALLY.

I AM A SELF STARTER, WAS A SINGLE MOM AT AGE 18. I STARTED AT A PRINTING CO. AT $5/HOUR IN 1986. I LEFT THERE TO START MY OWN PRINT CO/AD AGENCY EVEN

THOUGH I WAS MAKING MORE THAN $198,000
A YEAR AS THE SALES MANAGER. IN
1999 I BUILT MY COMPANY FROM MY
LIVING ROOM AND A FEW CREDIT CARDS.
I HAD 20 FT/PT EMPLOYESS AND WAS
MAKING $204,000 WITH BENEFITS. MY
DEBT WAS LOW AND THE COMPANY
WAS #2 IN FASTEST GROWING WOMAN
OWNED BUSINESSES IN BALTIMORE. I WAS
ABOUT 35.

NOW I AM 53 AND DESPITE GAINING
SOCIAL SECURITY DISABILITY TO JUST GET
BY, I HAVE A 14 YEAR OLD SON WHO
NEEDS A HEALTHY MOM.

EXCESSIVE OPIODS GIVEN BY DOCTORS
ARE KILLING ME. I NEED A FACILITY
AND DOCTORS TO FIX THIS. MY SKIN
BURNS LIKE FIRE IF I DONT TAKE THIS
STUFF.

MY EXPERIENCES ARE LONG & I HAVE

THOUSANDS OF PAGES OF MEDICAL RECORDS
AND Rx RECORDS. SHOULD I SEND
THEM? MAY I HAVE MORE TIME TO GET
COPIES. GOING BACK ALL 15 YEARS?
BECAUSE I AM SO LATE IN FINDING
OUT ABOUT THIS SETTLEMENT I FEEL
LIKE IT DESERVES A BINDER WHERE
I SHARE ALL THE HORRORS THIS
MEDICINE HAS CAUSED LIKE TRYING
TO KEEP MY TERMINAL MOTHER
COMFORTED WHEN SHE SAW ME GO
THROUGH WITHDRAWAL.

YOU SEE I WASNT ABLE TO GET MY
Rx FILLED BECAUSE OF A MISTAKE
MADE BY A PHARMACIST. THEY HAD
WRITTEN ON IT AND NO ONE WOULD FILL
IT UNTIL A NEW RX WAS WRITTEN AND
WE WERE IN ANOTHER STATE WHERE MOM LIVED.

NO PERSON SHOULD ^PHYSICALLY NEED A MEDICATION
SO BADLY THAT IF NOT HAD THEY CAN
DIE. I ALSO HAD MY SON ALMOST DIE AS
HE WAS BORN 3 MONTHS PREMATURE AT
2 LBS 8 OZ. THEY KEPT ME IN THE HOSPITAL

QUES

ON BED REST.

I'M INCLUDING THE ER REPORT
WITH THE DILLAUDID #20 COUNT 2 MG
FROM 7/23/07, I'M ALSO INCLUDING
AS MANY RECEIPTS AS I CAN
FIND FROM 2008 - 2020 AND A
CURRENT REPORT WHICH ONLY
GOES BACK 1 YEAR.

PHARMACIES DO NOT KEEP
RECORDS FOR LONG PERIODS DUE
TO NEGLIGENCE CASES.

I ALSO AM INCLUDING
(SEE PAGE 5)

MY SOCIAL SECURITY STATEMENT DATED TO 2006
SHOWING EARNINGS FROM W2's ONLY.

DO YOU NEED TAX RETURNS?

I BROKE DOWN MY FINANCIAL LOSSES
BUT DO YOU NEED APPRAISALS?

AS FOR THE SUFFERING HOW DO I
CALCULATE THE LOSS OF
   HEALTH?
   BANKRUPTCY?
   FORECLOSURES 1 HOME AT A TIME?
   PAIN?
   TIME?
   A TRIAL OF USING METHADONE?
WHAT DOCUMENTS ARE NEEDED TO
PROVE ALL OF THIS BECAUSE
GOING THROUGH RECORDS, BOXES, MY
MEMORY AND RELIVING ALL OF
THIS IS SO HARD.

October 31, 2021

Dear Clerk of the Court:

May I ask you to docket my Motion request along with attachemnts to this Chapter 11 Case #19-23649 (RDD) jointly administered,  so that it may be considered? If it is possible, would you mail a certified timed stamp copy to me? I've included a postage paid envelope for your conveience.

Thank you,
Marcia Helms

159 Southdown Road
Edgewater, Maryland 21037

United States Bankruptcy Court
Southern District of New York
Honorable Judge Robert D. Drain

In re
Purdue Pharma L.P. -et al.,                          Chapter 11
and 23 affiliated Debtors                            Case No. 19-23649 (RDD)
                                                     (Jointly Administered)

Motion for Tolling of Filing Deadline

Comes now Marcia Helms "Movant" respectfully requests the court, the attorneys for the debtors and the Debtors-Sackler family to toll the filing deadline of July 30, 2020 5:00 p.m. of the above
action and accept the filing of the enclosed "Personal Injury Claimant Proof of Claim Form".


I am a 53 year old disabled female and struggle physically and cognitively. During the Covid19 pandemic I was scared for our lives and Maryland was on lock down. Our home was hit by a tornado on September 4, 2020 which caused $30,000 of damage and was featured on the national news. So I hadn't heard about a lawsuit to benefit victims. About 6 weeks ago I heard that one of the opioid makers had filed for bankruptcy and I decided to serch for informtion. It was then I learned Purdue Pharma was the maker of the opioids and that the bankruptcy court was also where people who were harmed could make a claim.


I have read as much as I can from the Court's website, found the Claim Form and am asking if the court grants this Motion please answer my questions as to how much proof you need. For instnce do you need every single penny the rx cost me from the first rx in 2007 until today? It must be near $70,000 out of pocket for the medication alone for the portions not covered by insurance.  Do you need tax returnss to show loss wages? Do you need property apprasials to see the value of the real estate I lost, etc?. I am diligently working to gather information as all of it will be in my medical records. In the mean time I am including a lot of random receipts over the 15 year period including some copies of the perscription purchases and my losses that will prove what I am submitting on the claim form is accurate and that my loss and suffering as a result of perscribed opioid use is real. A single trip to the ER with a herniated disc at age 38 sent me down a road of "pain management" and "physical dependence on opioiods" which has left me in a recliner essentially void of any past interests, hobbies, health or posessions.


I was a self-made millionaire and I am incdluding my W2 earnings history from SSA up to 2007. I am a Mom of 2 ages 34 and 14 and a Grandmother of 2 with 1 just born. Every holiday especially Christmas I say to myself this is bad, I don't think Ill make it another year. But I do, and I want to. I need physical rehabilitation, counselling for the depression, surgery and pt and possible solutions other than Methadone to turn this around now, like a long term facility. I don't want opioids, I dont want to feel the extreme physical pain of withdrawal that is worse than death.  I want my life back, a way to earn money or to start a new venture so that I'll have a roof over my head and just maybe a quality of life for years to come. I didnt ask for this. I had no idea waht these meds could do. No warning from the doctor or pharmacy or the leaflet that comes with the medicine.

I was a self-made millionaire and I am incdluding my W2 earnings history from SSA up to 2007. I am a Mom of 2 boys, ages 34 and 14 and a Grandmother of 2 with 1 just born. Every holiday especially Christmas I say to myself this is bad, I don't think Ill make it another year. But I do, and I want to. I need physical rehabilitation, counselling for the grief and depression, surgery and pt and solutions other than Methadone to turn this around now, like a long term facility. I don't want opioids, I dont want to feel the extreme physical pain of withdrawal that is worse than death. I don't want to wake up at night on fire waiting for the appropriate time to take this medicine. I want my life back, a way to earn money or to start a new venture so that I'll have a roof over my head and just maybe a quality of life for years to come. I didn't ask for this. I had no idea waht these meds could do. No warning from the doctor or pharmacy or the leaflet that comes with the medicine.

Enclosed is a photograph of my Rx bottles including a sampling of types of opioids I was perscribed and a sampling of as many rx receipts form my tax records 2013-2021. I found some from 2008-2012 but thye are receipts that were misfiled. Once I locate my tax returns from 2007-2012 I expect to find the medical portion of my expenses. I have had many losses both financial which led to moving frequently, and natural disasters such that many files may have been  destroyed.  Again, Social Security has all of them but it takes time for them to help as they are not record keepers.

The amounts and types of medications that were prescribed to me are unfathomable. I didn't know that then. How did this happen? There is so much more to what happened over 15 years on these meds and you will be appalled when and if you need to know how I was treated or mistreated after the medication was found to be harming people.

I might have found out about this case or any relevant deadlines had there been a posting at the doctor's office or pharmacies. In fact, these are the very places where the opioids were authorized and distributed. I gracioulsy thank the attorney's debtors, the debtors, the other victims and the court for taking the time and consideeration to consider my request.

I declare under the penalty of perjury that my statements are true and correct.



Marcia Helms

_Marcia Helms_

Dated this day of ___9___ of __November__, 2021

# Your Earnings Record

19-28649-shl   Doc 4481-1   Filed 11/15/21   Entered 03/08/22 16:08:45   Exhibit
Claim 6285241 - Personal Injury Claimant Proof of Claim Form   Pg 15 of 50

| Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings |
|---|---|---|
| 1984 | $ 1,641 | $ 1,641 |
| 1985 | 4,876 | 4,876 |
| 1986 | 7,407 | 7,407 |
| 1987 | 13,807 | 13,807 |
| 1988 | 24,252 | 24,252 |
| 1989 | 32,444 | 32,444 |
| 1990 | 24,847 | 24,847 |
| 1991 | 31,118 | 31,118 |
| 1992 | 40,163 | 40,163 |
| 1993 | 54,213 | 54,213 |
| 1994 | 55,147 | 55,147 |
| 1995 | 61,200 | 90,676 |
| 1996 | 62,700 | 117,109 |
| 1997 | 65,400 | 173,168 |
| 1998 | 68,400 | 204,497 |
| 1999 | 72,600 | 116,361 |
| 2000 | 71,207 | 71,207 |
| 2001 | 80,400 | 101,698 |
| 2002 | 84,259 | 84,259 |
| 2003 | 87,000 | 120,543 |
| 2004 | 87,900 | 177,026 |
| 2005 | 90,000 | 165,926 |
| 2006 | 30,461 | 30,461 |
| 2007 | Not yet recorded | |

You and your family may be eligible for valuable benefits:

When you die, your family may be eligible to receive survivors benefits.

Social Security may help you if you become disabled—even at a young age.

A young person who has worked and paid Social Security taxes in as few as two years can be eligible for disability benefits.

Social Security credits you earn move with you from job to job throughout your career.

---

**Total Social Security and Medicare taxes paid over your working career through the last year reported on the chart above:**

| Estimated taxes paid for Social Security: | | Estimated taxes paid for Medicare: | |
|---|---|---|---|
| You paid: | $71,156 | You paid: | $25,252 |
| Your employers paid: | $72,370 | Your employers paid: | $25,252 |

**Note: You currently pay 6.2 percent of your salary, up to $102,000, in Social Security taxes and 1.45 percent in Medicare taxes on your entire salary. Your employer also pays 6.2 percent in Social Security taxes and 1.45 percent in Medicare taxes for you. If you are self-employed, you pay the combined employee and employer amount of 12.4 percent in Social Security taxes and 2.9 percent in Medicare taxes on your net earnings.**

---

# Help Us Keep Your Earnings Record Accurate

You, your employer and Social Security share responsibility for the accuracy of your earnings record. Since you began working, we recorded your reported earnings under your name and Social Security number. We have updated your record each time your employer (or you, if you're self-employed) reported your earnings.

Remember, it's your earnings, not the amount of taxes you paid or the number of credits you've earned, that determine your benefit amount. When we figure that amount, we base it on your average earnings over your lifetime. If our records are wrong, you may not receive all the benefits to which you're entitled.

**Review this chart carefully** using your own records to make sure our information is correct and that we've recorded each year you worked. You're the only person who can look at the earnings chart and know whether it is complete and correct.

Some or all of your earnings from **last year** may not be shown on your *Statement*. It could be that we still were processing last year's earnings reports when your *Statement* was prepared. Your complete earnings for last year will be shown on next year's *Statement*. **Note:** If you worked for more than one employer during any year, or if you had both earnings and self-employment income, we combined your earnings for the year.

**There's a limit on the amount of earnings on which you pay Social Security taxes each year.** The limit increases yearly. Earnings above the limit will not appear on your earnings chart as Social Security earnings. (For Medicare taxes, the maximum earnings amount began rising in 1991. Since 1994, **all** of your earnings are taxed for Medicare.)

**Call us right away** at **1-800-772-1213** (7 a.m.–7 p.m. your local time) if any earnings for years **before last year** are shown incorrectly. Please have your W-2 or tax return for those years available. (If you live outside the U.S., follow the directions at the bottom of page 4.)

010808R 06Ia 39559**B**



ANNE ARUNDEL MEDICAL CENTER
DEPARTMENT OF RADIOLOGICAL SCIENCES
ANNAPOLIS, MD 21401
443-481-4901

Donald M. Klein P.A.
Doctors Emergency Service PA
2001 Medical Parkway
Annapolis, MD 21401

Patient: ADAMS,MARCIA                      DOB: 04/29/1968  Age: 38
Exam Date: 03/23/2007               Med Rec #: 888574346
Requesting: Klein,Donald M., P.A.     Account: 40325474
Attending: Kent,Michael,A., M.D.     Location: ER

REASON FOR EXAM? BACK PAIN
RE: 002413045 CT/CT L-SPINE W/O CONT         72131

CT LUMBAR SPINE, MARCH 23, 2007
The study was done with the helical sections followed by reformatted
sagittal image. At the L4-5 level, there is a prominent central disk
herniation present. There are degenerative facet and sacroiliac (SI)
joint changes also present, however.

IMPRESSION: Acute symptomatology apparently related to an L4 central
disk herniation.

Thank you for referring your patient to our center.


** REPORT SIGNATURE ON FILE 03/25/2007 **
Reported By: VERNON R. CROFT, M.D.
Signed By: CROFT,VERNON R



ADAMS,M
ANNAPOLIS, MD 21401-2777

F             C             38
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

40325474

ER

**Notice**
Additional information for this account may be stored
Electronically. (eg. Lab, Xray, Nursing, Transcription)

| Registration Type | FC | Patient Account # | Medical Record # |
|---|---|---|---|
| REG ER | SP | 40325474 | 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 |

### Emergency Service

| Triage Date/Time | Registration Date/Time | Brought By | Emergency Service Physician |
|---|---|---|---|
| 03/23/07   1102 | 03/23/07   / 1125 | SELF | Kent,Michael,A., M.D. |

Reason for Visit
SEVERE LOWER BACK PAIN (APPENDIX)

### Inpatient and Outpatient Services

| Date Admit | Time Admit | Hosp. Service | Room/Bed | Discharge Date |
|---|---|---|---|---|
| | | ER | / | |

Admitting Diagnosis 1
SEVERE LOWER BACK PAIN (APPEND          Attending Physician

Admitting Diagnosis 2                                 Primary Care Physician

                                                     Other Physician
Previous Visit / Type

| Patients Advance Directive | Brochure Given or Sent | Need Assistance w/Development of AD |
|---|---|---|
| NONE | 03/23/07 | NO |

**PATIENT**

ADAMS,MARCIA          Phone (H): 410-956-6818          Marital: X

3164 ROLLING RD          Phone (W):          Religion: NON

EDGEWATER,MD 21037          Race: C          DOB: 04/29/68

ANNE ARUNDEL CO          Sex: F          Age: 38

                                         SSN: 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

**GUARANTOR**

ADAMS,MARCIA
Phone:   410-956-6818
3164 ROLLING RD
SSN:   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
Rel:   SELF
EDGEWATER   MD 21037

**GUARANTOR EMPLOYER**   SELF EMPLOYED

**INSURANCE 1**

SELF PAY

Policy #
Group #   X
Authorization #

Phone #
Subscriber Name: ADAMS,MARCIA
Relation to Patient: SELF

**INSURANCE 2**

Policy #
Group #
Authorization #

Phone #
Subscriber Name:
Relation to Patient:

### Emergency Contact

| Name | Address | Relation to Patient | Phone (H)   410-956-6818 |
|---|---|---|---|
| HELMS,FREDERICK | 3164 ROLLING RD EDGEWATER,MD 21037 | FRIEND | Phone (W) |



Rev. 7/01
Form 501

108 Script 108



**Anne Arundel Medical Center**
Annapolis, MD 21401

## Emergency Department
## Physician Record



PATIENT ID LABEL

MDM: _____ DDx: _____

Labs: CBC: ☐ WNL $\bar{x}$          Chem 7: ☐ WNL $\bar{x}$

Treatments / Fluids / Meds:
Dilaudid 1mg IM
Phenergan 6.25mg IM
Valium 10mg IV
Dilaudid 1mg IM
Phenergan 6.25mg IM

_____ B _ S _ L _ M          Ca _____

LFTs: ☐ WNL $\bar{x}$ AST ____ ALT ____ ALP ____ Tbili ___ Pro ___ Alb ____
Amylase ____ Lipase _____ CPK ____ MB ____ Trop ____
ICON ⊖ Quant HCG ____ PT ____ INR ___ PTT ____
Urine tox: _____ BNP ____ D-dimer ____
Serum tox: ☐ WNL $\bar{x}$ ACET _____ ETOH _____ ASA ____
ABG ($O_2$ ___ ):pH ____ $pCO_2$ ___ $pO_2$ _ $HCO_3$ _ BE _ $O_2$% ___
UA: ☐ WNL $\bar{x}$ pH ___ Pro ___ Gl ___ Ket ___ BR ___ Bld ___ Nit ___
Leuk ___ Uro ___ SG _____ RBC ___ WBC ___ Sq ___ Bact ____
Other:

EKG: _____ Old EKG: _____ Monitor rhythm: _____
Rad: CXR: _____ ☐ Films reviewed by myself
     CT: _____ ☐ Compared to old studies
     Other: CT L spine: L4 Disc

Procedure: _____  Anesthesia: ☐ None ☐ Procedural sedation _____
MD/NP/PA: _____  Central line terminates in the _____
Consent: ☐ Verbal ☐ Written ☐ Unable ☐ Sterile prep  Post-procedure Dx: _____
Findings: ☐ None       EBL: ☐ None _____  Note: _____
Complications: ☐ None _____

ED Course/Consults/Re-evaluations:   ☐ Old Records/PCl reviewed: _____
Time: _____
_____
_____
_____
_____
_____
_____

Diagnoses:
1. back pain                          3. _____
2. Herniated L4-5                     4. _____

Disposition: (Home) Consult Admit Expired   D/C Instructions: _____
   Left AMA   LWCT   Transfer to _____
Condition: Good Fair (Stable) Guarded Critical   Rx: Dilaudid 2mg (#30) - Valium 5mg (#?)
Critical Care Time: _____ mins excluding procedures   Medrol dose pak
Consultant: _____   RTER: _____
Time Consultant Called: _____   F/U MD: Dr. Tham/Lee next wk
ED Sign-out: _____ Time: _____   Work/School Note: _____

Attending/Supervising Physician              Supervised NP/PA                    Scribe
Michael Kent, M.D.

                              Don Klein, PA

13262          (Page 2 of 2)                              REV. 1/26/07



**ADAMS,MARCIA**

## Anne Arundel Medical Center
Annapolis, MD 21401



F         38
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      03/23/07
40325474
                                          ER

### Emergency Department
### Physician Record

PATIENT ID LABEL

Date: 3/23/07  Time: 1210  Hist. Sources: ✓ Patient __ Family __ EMS __ Records __ PMD: __
CC: Back Pain                                                          ✓ Triage note reviewed
HPI: 38 y/o ♀ c̄ pain ® lower back since yesterday _____
Pain into ® hip / thigh    No bowel / bladder changes _____
_____
_____
_____
_____

CC PE: _____
                                         (location, quality, severity, duration, timing, context, modifier, assoc sx)

ROS: ❏ Limited/Unable to obtain due to: __ Family knowledge __ Acuity __ AMS __Age __ Other: _____
❏ Constitutional: Fever, Chills, Wt loss, Wt gain, Diaphoresis, Fatigue, Anorexia _____
❏ Eyes: Visual change, Discharge, Photophobia, Pain _____
❏ ENT: Ear pain, Hearing change, HOH, Congestion, S/T, Rhinorrhea, Epistaxis, Dental/jaw/facial pain _____
❏ CV: CP, Angina, Discomfort, Palpitations, Edema _____
❏ Resp: SOB, Cough, Wheezing, Sputum, Hemoptysis, DOE _____
☑ GI: Abd pain, N/V, Diarrhea, Constipation, Incontinence, Melena, Hematochezia, Hematemesis _____
☑ GU/GYN: Frequency, Urgency, Dysuria, Hematuria, Incontinence, UO nl, D/C, Bleeding, LMP 3/1/07, G   P  . _____
☑ Musc/Skel: Myalgia, Arthralgia, Deformity, Back pain, Neck pain _____
☑ Skin: Rash, Hives, Lesions, Laceration, Abrasion, Contusion, Erythema _____
❏ Neuro: Dizziness, SZ, H/A, LOC, AMS, Speech problem, Weakness/Numbness L R Face UE LE, _____
❏ Psych: Depression, Anxiety, Insomnia, Hallucinations, Suicidal ideation, Threat to Others, Substance abuse _____
❏ Hem/Lymph: Bleeding, Anemia, Clotting problems, Anticoagulation, Bruising, Lymph nodes _____
❏ Endocrine: Polyuria, Polydipsia, Thyroid problems, Hypoglycemia, Hyperglycemia _____
❏ Imm: Childhood UTD, Pneumonia, Influenza, Tetanus _____

PMH: Rheumatoid arthritis _____
_____
Meds: ∅ _____
_____
Social HX: Tobacco _____ ETOH _____ Drugs _____ Other: _____
Family HX: _____
Allergies: None _____

PE: Wt 92kg  T 98.6  P 72  R 18  BP 126 / 73  O₂ Sat 99  on RA
☑ General: WD/WN, NAD, Obese, Cachectic, C-collar/Backboard _____
❏ Eyes: Lids/Conj nl, PERRL, EOMI, Fundus nl, Vision 20/ ___ L, 20/ ___ R _____
❏ ENT/Head: NC/AT, MMM, OP Clear, TMs nl, HOH, Nose nl, Lips/teeth/gums nl _____
❏ Neck: Supple, FROM, Symmetric, Masses, Thyroid nl, JVD, C-spine nl _____
❏ Resp: Effort nl, CTA, Equal, Rales, Wheezes, Rhonchi _____
❏ CV: RRR, M/R/G, Pulses: ___ Fem, ___ Radial, ___ Pedal, C/C/E _____
❏ Abd: Soft, ND, NT, NABS, Guarding/Rebound, HSM, Masses, Hernia, Rectal nl, Heme +/– _____
☑ Musc/Skel: FROM, T/L-spine nl, Deformity, Swelling (Pain) lumbar area ® SI J R _____
❏ GU: Female: Ext gen nl, D/C, Adnexa nl, CMT, Lesions;  Male: Penis/Testes nl; CVAT _____
❏ Neuro: CN 2-12 intact, DTRs hypo, Babinski ⊖ L ⊖ R, Gait nl, GCS ___, Sensation nl, Motor ⑤ / 5, _____
☑ Skin: Warm/dry, Rash, Lesions, Erythema, Induration, Laceration _____
❏ Lymph: Axilla nl, Cervical nl, Inguinal nl _____
☑ Psych: A&O x3, Age appropriate, Euthymic, Good judgment _____

_____                    _____
Attending/Supervising Physician            Supervised NP/PA
**Michael Kent, M.D.**                     **Don Klein, PA**   (*Circle - Present; Slash - Not present)

```
RUN DATE: 05/26/09                    AAHS NPR LABORATORY                        PAGE 1
RUN TIME: 1043                       Summary Discharge Report
RUN USER: RS.AO            PCI User: RS.AO    Lab Database: LAB.AAG
```

<u>LOCATION</u>

---

| PATIENT: **ADADMS,MARCIA** | ACCT #: 40325474 | LOC: ER | U #: 888574346 |
| | AGE/SX: 38/F | ROOM: | REG: 03/23/07 |
| REG DR: Kent,Michael A., M.D. | STATUS: DEP ER | BED: | DIS: |

| Test | Day | Date | Time | Result | Reference | Units |
|------|-----|------|------|--------|-----------|-------|
| => HCG-URINE | 1 | MAR 23 | 1410 | NEGATIVE | (NEGATIVE) | |

---

Patient: ADAMS,MARCIA                    Age/Sex: 38/F        Acct#40325474        Unit#888574346

**Physical Medicine and Pain Management Associates, P.C.**
**William Tham, M.D., Susan Zimmerman, M.D., Thomas Lee, M.D., Mauricio Acebey, M.D.**
**James DiCanio, P.A.-C., Sophia Leonard-Burns, P.A.-C., Karen Scott, P.A.-C.**
2002 Medical Parkway, #430, Annapolis, MD 21401  (410) 266-2700
331 Oak Manor Drive, #102, Glen Burnie, MD 21061  (410) 761-0030

MARCIA ADAMS, #111381
March 28, 2007

Ms. Adams was seen today for a consultation at the request of Dr. Donald Kline.  She is a 38-year-old female with a chief complaint of lower back pain, more so on the right than left.  She has had a long history of back pain but it has never been very severe.  She has always been able to work through it and has not required any specific treatments, medications or diagnostic testing.  About one week ago, without any obvious reason, she developed very severe lower back pain radiating down the right hip, hamstring and into the knee.  She does not recall any specific injuries that resulted in the onset of this pain.

DIAGNOSTIC/TREATMENT HISTORY:  She went to the emergency room and was given a Medrol DosePak, Valium and hydrocodone.  A CT scan of the lumbar spine revealed an L4-5 predominant central disc herniation.  It does seem to lateralize slightly to the right side.

The patient's pain right now is 7 to 9 out of 10.  It is a burning, stabbing, throbbing sensation.  Sitting definitely makes her worse.  Lying down flat helps.  There is no weakness, however, there is some numbness radiating toward the knee.

The patient's review of system is notable for severe nighttime pain and difficulty walking.  Her family history, past medical and surgical history, list of her present medications and medication to allergies as well as her social history are documented in the patient's medical file available in my office.

PHYSICAL EXAMINATION:  This is a pleasant, well developed, well nourished female.  She stands at 5-foot, 8-inch and weighs 205 pounds.  The patient has a fair amount of pain just moving about, going from sitting to standing.  There is palpable tenderness noted over the right buttock region.  Bending is very limited.  Strength appears to be intact.  Straight leg raise caused right leg pain in a supine position.  Right knee reflexes were decreased compared to the left.  Bilateral ankle reflexes are decreased.  The most intense area on palpation is the right buttock region.

ASSESSMENT:  This patient's CAT scan shows a central L4-5 herniation.  She has a clinical presentation consistent with a right L5 radiculopathy.

PLAN:  The patient was placed on Dilaudid, Valium and a Medrol DosePak.  I am going to start her on a prednisone taper for 18 days.  She did show some improvement, apparently, on the Medrol DosePak.  The next step is to have her come back to see us in about two weeks, and we will set her up for an epidural cortisone injection.  We discussed surgical options, however, we will cross that bridge only if needed.

William Tham, M.D.

WT/ky

DICTATED BUT NOT READ UNLESS SIGNED

Name: _Marcia Adams_   Chart# _11381_   Date of Visit _3/28/07_

**William Tham, M.D., Susan Zimmerman, M.D., Thomas Lee, M.D., Mauricio Acebey, M.D., James V. DiCanio, P.A.-C, Sophia Leonard-Burns, P.A.-C, Karen J. Scott, P.A.-C**

2002 Medical Parkway, Suite 430, Annapolis, MD 21401 (410) 266-2700
331 Oak Manor Drive, Suite 102, Glen Burnie, MD 21061  (410) 761-0030

Who referred you? _Ion Klein AA Hospital_ Family Doctor _N/A_

*Where is your pain?*   Age _38_
_lower back - more on right side then left_

*When did your problem start?* _2 years & progressed_

*Is this from a car accident?*   ☐ yes  ☑ no   If yes, give date of accident ___/___/___
*Is this a work injury?*   ☐ yes  ☑ no   If yes, give date of accident ___/___/___

*How bad is your pain right now?*   No pain 0—2—3—4—5—6—⑦—8—9—10 severe pain
*How about when it flares up?*   No pain 0—2—3—4—5—6—7—8—⑨—10 severe pain

*How often do you get flare ups?* _Just started last Thursday_
_could not walk_

*How would you describe your pain?*

☑ Burning      ☐ Aching      ☑ Constant
☑ Stabbing     ☐ Pins & Needles   ☐ Intermittent
☑ Throbbing    ☐ Cramping     ☐ Other _____

*What makes it worse?*

☑ Sitting      ☐ Bending      ☐ Coughing and Sneezing
☐ Standing     ☐ Lifting- _____ lbs   ☐ Driving
☐ Walking      ☐ Push/pulling    ☐ Squatting
☐ Climbing     ☐ Laying down    ☐ Other _____

*What makes it better?*
_laying down flat_

*Do you have any weakness?*   ☐ yes  ☑ no   where?
*numbness?*   ☑ yes  ☐ no   where? _hip down towards right knee_

**Please fill out other side**   Physician initials/date _____

*History—Page 1 (4/06)*   1   **(CONTINUED ON BACK)**

Name: _____   Chart# _____

**Leave this box blank**

CC Low back pain

HPI - Ongoing problem for several years. It wasn't
until last week that she ended up in the ER
with severe LBP radiating down to the
(R) thigh and into the (R) knee. Doesn't
recall any specific injury that resulted in
the onset

## What kinds of doctors have you seen for this problem?

- ☐ Orthopedics
- ☐ Neurosurgery
- ☐ Neurology
- ☐ Family Doctor
- ☐ Chiropractor
- ☐ Pain management
- ☐ Physiatry
- ☑ _NONE_
- ☐ _____

## What treatments have you had?

Metropak, Valium & Hydro perscriptions given
at hospital emergency room

## What diagnostic testing have you had?

| | When was it done? | | | When was it done? |
|---|---|---|---|---|
| ☐ Discogram | _____ | ☐ MRI | | _____ |
| ☐ EMG | _____ | ☑ CT Scan | | 3/23/07 |
| ☐ Blood Tests | _____ | ☐ Myelogram | | _____ |
| ☐ X-rays | _____ | ☐ Bone Scan | | _____ |
| ☐ Other: | _____ | | | |

**Leave Blank (test results)**

☒ **PROGRESS NOTE**    ☐ H&P

**William Tham, M.D., Susan Zimmerman, M.D., Thomas Lee, M.D., Mauricio Acebey, M.D**
**James V. DiCanio, PA-C, Sophia Leonard-Burns, PA-C, Karen J. Scott, PA-C**
Physical Medicine & Pain Management Associates, P.C.
2002 Medical Parkway, Suite 430, Annapolis, MD 21401 (410) 266-2700
331 Oak Manor Drive, Suite 102, Glen Burnie, MD 21061 (410) 761-0030

Dictated    yes    (no)

CC-_____

Name: **Marcia Adams**    Chart# 111381    Date: 4/12/07

How bad is your pain ?    No pain 0—1—2—3—4—5—(6)—7—8—9—10 severe pain

Are you any better compared to when you started treatment ?
☑ yes    ☐ no    ☐ unchanged

Where is your pain ?
lower back, more towards right

Have you had any of the following symptoms since your last visit?    ☐ no    ☑ yes    MORPHINE ??

- ☐ Fevers, chills, sweats
- ☑ Severe night time pain
- ☐ Weight loss
- ☐ Chest pain
- ☐ Shortness of breath

- ☐ Headaches
- ☐ Dizziness
- ☐ Rashes
- ☑ Difficulty walking
- ☐ Drowsiness

- ☑ Nausea, vomiting, diarrhea
- ☐ Abdominal pain
- ☐ Coughing up blood
- ☐ Swelling

Since your last visit, has there been any change in your- **Medical History ?**    ☐ yes    ☑ no
**Surgical History ?**    ☐ yes    ☑ no

| Clinical notes: | Do not write in this box |
|---|---|

S/P Prednisone taper ē ⊕ relief
Most comfortable position is seated & wearing forward
Numbness in ® thigh
Unsure of benefit of MS Contin
Percocet ⊕ relief ⊕

The patient was seen for 25 minutes with more than 50% of the time spent counseling him regarding his/her medical condition as noted in the above clinical notes. risks, benefits, alternatives, anatomy, prognosis

Test results: ∅

Meds: MS Contin 30mg tid
Percocet 7.5/325 mg tid

Co-existing risk factors/allergies    NKDA

Mentally Competent ? ☑ yes    ☐ no (explain)_____    Psychosocial limitatons    ☐ yes (explain)_____    ☑ no
Motor Abilities ☑ Independent    ☐ Other (explain)_____    Caregiver needed ? ☐ yes (explain)_____    ☐ no

ss Nt, Side A (12/05)

**Musculoskeletal Exam:**

BP:_____  HR_____  WT_____  HT_____

*Inspection:*
- ❑ **Gait is normal**
- ❑ There is **no abnormal posturing** of the head, neck or lower back
- ❑ **Normal stance** with no kyphosis or scoliosis. Normal lumbar and cervical lordosis.
- ❑ **Leg lengths** are **equal** on gross exam.
- ❑ **Station is normal** without shoulder/ pelvic obliquity.

*Palpation:*
- ❑ **No** palpable **trigger points** or of muscle tenderness in the **lumbar paraspinals, gluteals, hips, SI jt**
- ❑ No palpable tenderness/trigger pts. **Cervical, thoracic, shoulder muscles**

*Range of Motion:*
- ❑ Normal ROM of the **cervical spine**
- ❑ Normal ROM of the **lumbar spine**
- ❑ Normal ROM of the **hips, knees, and ankles**
- ❑ Normal ROM of the **shoulder, elbow, and wrist**

*Motor Exam:*
- ❑ Normal **tone** in all four extremities, no **clonus**
- ❑ strength 5/5 in the **upper limb**
- ❑ strength 5/5 in the **lower limb**

*Sensory Exam:*
- ❑ Normal **touch, pinprick** sensation upper/lower ext.
- ❑ Normal **SLR.**
- ❑ Normal **spurling's**
- ❑ 2+ symmetrical **reflexes** in the upper/lower limbs

*Cardio-pulmonary Exam:*
- ❑ lungs_____
- ❑ heart_____

**Findings**

MC

**Assessment:**
1. L4-5 HNP (R)
2. ___
3. ___
4. ___
5. ___

**Plan:**
1. cmixnt L4-5 (R) ILES
2. P.T. (R) FF
3. d/c MScontin & trial of Avinza
   Pt leaves for vacation Tues 4/17 X 2 wks.

**Prescriptions:**
Percocet 7.5/325 #90 tid  Tu 4/16 or later
Avinza 60g #30 iqd (Pt will flu This RX

**Tests:**

**Therapies:**

**Follow up visit:**

**Treatment note:**
S/P return of
MSO4 (MS contin)

needles in _____  needles out _____

Signed_____



CHANGE YOUR DOSE OR SUDDENLY STOP taking this medicine
without first checking with your doctor. Exceeding the recommended
dose may be habit-forming. BEFORE YOU HAVE ANY MEDICAL OR
DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the
doctor or dentist that you are using this medicine. AVOID ALCOHOL
while you are using this medicine. This medicine will add to the
effects of alcohol and other depressants (such as sleep aids,
tranquilizers, and certain antihistamines). Ask your pharmacist if
you have questions about which medicines are depressants. This
medicine may cause drowsiness or dizziness. DO NOT DRIVE,
OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE
DANGEROUS until you know how you react to this medicine. Using
this medicine alone, with other medicines, or with alcohol may lessen

WIC# 957918

**KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.**

---

**MARCIA HELMS**
1775 Inlet Drive, North Fort Myers, FL  33903
(305)872-4266
**RX # 2203109-03831**          DATE: 08/01/11

OXYCODONE 30MG IMM REL TABLETS
QTY:180    NO REFILLS
New       NDC:00228-2879-11
Retail Price: $221.99   Your Insurance Saved You: $87.61      $ 134.38

DR K. GALANG          PLAN: UNARX
MFG:ACTAVIS           GROUP# UNA4205
JLU/JLU/JLU/          CLAIM REF# 00009869470501

*Walgreens*  13601 N CLEVELAND NORTH FORT MYERS, FL  33903
PH:(239)997-4332          Customer Receipt

**MARCIA HELMS**
1775 Inlet Drive, North Fort Myers, FL  33903
(305)872-4266
**RX # 2203109-03831**          DATE: 08/01/11

OXYCODONE 30MG IMM REL TABLETS
QTY:180    NO REFILLS
New       NDC:00228-2879-11
Retail Price: $221.99   Your Insurance Saved You: $87.61      $ 134.38

DR K. GALANG          PLAN: UNARX
MFG:ACTAVIS           GROUP# UNA4205
JLU/JLU/JLU/          CLAIM REF# 00009869470501

*Walgreens*  13601 N CLEVELAND NORTH FORT MYERS, FL  33903
PH:(239)997-4332          Duplicate Receipt

---

Pharmacy use only

**WAITING**                OXYCODONE 30MG IMM REL TABLETS    QTY 180        BLUE
MON  5:17PM           00228-**2879**-11                                FRONT: A 215
New                  SAFE

                                                        JLU/JLU/JLU/

# YOUR PERSONAL PRESCRIPTION INFORMATION

### Your Walgreens Pharmacy Location
13501 N Cleveland
North Fort Myers, FL  33903
(239)997-4332

**PATIENT**      MARCIA HELMS
**BIRTH DATE**   04/29/68
**MEDICATION**   OXYCODONE 30MG IMM REL TABLETS
**QUANTITY**     120

**DIRECTIONS**   TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR BREAKTHROUGH PAIN

**DOCTOR**    DR K. GALANG

**PATIENT ALLERGIES**

**DRUG DESCRIPTION**



BLUE

FRONT: A 215

---

**INGREDIENT NAME:** OXYCODONE (ox-i-KOE-done)

**COMMON USES:** This medicine is a narcotic analgesic used to treat or prevent moderate to severe pain. It may also be used to treat other conditions as determined by your doctor.

**BEFORE USING THIS MEDICINE:** Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking sodium oxybate or if you have taken a monoamine oxidase inhibitor (MAOI) (such as phenelzine) within the past 14 days. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you take barbiturates (such as phenobarbital), cimetidine, mixed agonist/antagonist pain medicines (such as pentazocine), naltrexone, phenothiazines (such as chlorpromazine), or rifampin. DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions including liver or kidney problems; gallbladder, pancreas, stomach or bowel problems (such as inflammation); recent surgery; allergies; pregnancy; or breast-feeding. TELL YOUR DOCTOR IF YOU HAVE a history of lung or breathing problems (such as asthma, emphysema, bronchitis), adrenal gland problems (such as Addison disease), heart problems, low blood pressure, dehydration, low blood volume, certain blood problems (such as porphyria), prostate problems, bladder blockage, underactive thyroid, or seizures. Inform your doctor if you have a history of curvature of the spine, severe drowsiness, head injury, growths in the brain, or increased pressure in the brain. INFORM YOUR DOCTOR if you have a personal or family history of mental or mood problems, regular alcohol use, alcohol or other substance abuse, or suicidal thoughts or actions. Tell your doctor if you have symptoms of alcohol withdrawal, are in poor health, or will be having surgery. DO NOT TAKE THIS MEDICINE if you are having an asthma attack. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have severe asthma, severe lung or breathing problems (such as slow or difficult breathing, or chronic obstructive pulmonary disease), certain heart problems (such as cor pulmonale), alcohol intoxication, delirium caused by alcohol withdrawal, severe drowsiness, current brain injury, growths in the brain, increased pressure in the brain, or severe diarrhea or other bowel problems caused by antibiotic use or food poisoning. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

**HOW TO USE THIS MEDICINE:** Follow the directions for using this medicine provided by your doctor. This medicine may be taken on an empty stomach or with food. STORE THIS MEDICINE at room temperature, at 77 degrees F (25 degrees C), away from heat and light. Brief storage between 59 and 86 degrees F (15 and 30 degrees C) is permitted. IF YOU ARE TAKING THIS MEDICINE FOR PERSISTENT PAIN, take it on a regular schedule to help control the pain more effectively. IF YOU MISS A DOSE OF THIS MEDICINE and you are using it regularly, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once. If you miss more than 2 doses in a row, contact your doctor before taking this medicine again.

**CAUTIONS:** DO NOT TAKE THIS MEDICINE IF YOU HAVE HAD A SEVERE ALLERGIC REACTION to oxycodone, or to any codeine or morphine related medicine (such as hydrocodone, hydromorphone) without first talking with your doctor. A severe allergic reaction includes a severe rash, hives, breathing difficulties, or dizziness. If you have a question about whether you are allergic to this medicine or if a certain product contains any morphine or codeine related medicine, contact your doctor or pharmacist. IF YOU EXPERIENCE difficulty breathing; tightness of chest; swelling of eyelids, face, or lips; or if you develop a rash or hives, tell your doctor immediately. Do not take any more of this medicine unless your doctor tells you to do so. When used for an extended period of time, this medicine may not work as well and may require different dosing. Talk with your doctor if this medicine stops working well. DO NOT CHANGE YOUR DOSE OR SUDDENLY STOP taking this medicine without first checking with your doctor. Exceeding the recommended dose may be habit-forming. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are using this medicine. AVOID ALCOHOL while you are using this medicine. This medicine will add to the effects of alcohol and other depressants (such as sleep aids, tranquilizers, and certain antihistamines). Ask your pharmacist if you have questions about which medicines are depressants. This medicine may cause drowsiness or dizziness. DO NOT DRIVE, OPERATE MACHINERY, or DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen

your ability to drive or to perform other potentially dangerous tasks. THIS MEDICINE MAY CAUSE DIZZINESS, lightheadedness, or fainting. Alcohol, hot weather, exercise, and fever can increase these effects. To prevent them, sit up or stand slowly, especially in the morning. Also, sit or lie down at the first sign of dizziness, lightheadedness, or weakness. Constipation is a common side effect of this medicine. TALK WITH YOUR DOCTOR ABOUT USING LAXATIVES or stool softeners while you take this medicine. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to the effects of the medicine especially drowsiness and breathing problems. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS that may occur while using this medicine include drowsiness, dizziness, flushing, lightheadedness, sweating, weakness, dry mouth, nausea, vomiting, or constipation. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience blurred vision or other visual disturbances, difficulty urinating, or mental or mood changes. CONTACT YOUR DOCTOR IMMEDIATELY if you experience confusion; hallucinations; fainting; fast, slow, or irregular heartbeat; seizures; severe or persistent dizziness or drowsiness; severe or persistent headache or vomiting; or shallow, slowed, or difficult breathing. An allergic reaction to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, severe dizziness, or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**OVERDOSE:** If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include cold and clammy skin; coma; slow, shallow, or difficult breathing; severe dizziness, drowsiness, or lightheadedness; muscle weakness; pinpoint pupils; and slow heartbeat.

**ADDITIONAL INFORMATION:** DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children and pets. IF USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before your supply runs out.

*Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.*

*Do not flush unused medications or pour down a sink or drain.*

WIC# 957918

**KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.**

**WAITING**
MON  3:55PM
$115.34

*2195612 0201 1 0011534 5*

MARCIA HELMS
1775 Inlet Drive
North Fort Myers, FL  33903
(305)872-4266

• Your Insurance Saved You: $32.65

05/09/11
New

# flu?

## ren't

eria,

l infections,

rep and

ke the

el better

ler's

ibiotics,

# When you're sick, antibiotics aren't always the answer.

To avoid antibiotic-resistant infections and adverse drug events, avoid seeking an antibiotic prescription for colds, coughs and sniffles.

- Taking antibiotics when they are not needed causes some bacteria to become resistant to the antibiotic.

- Resistant bacteria are stronger and make future bacterial illnesses harder to treat.

To learn more, talk with your Walgreens pharmacist today.

OPT: 4377 677 129 104495Z

INFO: 0918 52152021502



**Personal Prescription Information**

## LOOK INSIDE FOR IMPORTANT INFORMATION ABOUT YOUR MEDICATION.

Take advantage of these convenient services:

- **ExpressPay**
  Save time by keeping your credit card info on file so you can just pick up your prescription and go!

- **Touch Tone Refills**
  Save time by using our automated system for a refill. Just dial the number on your prescription label.



The Pharmacy America Trusts • Since 1901™

Visit us online at Walgreens.com

*Thank you for choosing Walgreens!*

Smart Summary Rx    Humana Prescription Drug Plan (PDP)

Your personal prescription benefits statement

## SECTION 2: Your prescriptions during the past month

Humana negotiates a reduced price with the pharmacy for its members, which is reflected in Prescription cost with plan" column. The prescription cost can vary by pharmacy, location, quantity, strength and dosage of the medication. Adjusted claims may not be reflected in the table below; or if displayed, the amount paid may not be accurate because of the amount of the adjustment.

### THIS IS NOT A BILL. Keep this notice for your records.

## Chart 1 – Your prescriptions for covered Part D drugs (for July 2013)

Chart 1 shows your prescriptions for covered Part D drugs for the past month. **Please look over this information about your prescriptions to be sure it is correct.** If you have any questions or think there is mistake, see Section 5 (page 5) for more details.

| Drug name | Prescription cost with plan | You paid | Amount Paid by Secondary Coverage/ Other Sources | Humana Paid |
|---|---|---|---|---|
| Jul 3, 2013, Walgreens #9490<br>Claim number: 335848352281<br>**GABAPENTIN 300 MG CAPSULE**<br>28 day supply<br>Drug Category: Non-Preferred Generic | $9.45 | $9.45 | $0.00 | $0.00 |
| Jul 19, 2013, Med Park Pharmacy<br>Claim number: 136004467011<br>**OXYCODONE HCL 15 MG TABLET**<br>0 day supply<br>Drug Category: Preferred Brand | $20.27 | $5.07 | $0.00 | $15.20 |
| Jul 20, 2013, Walgreens #9490<br>Claim number: 136015752911<br>**ALPRAZOLAM 1 MG TABLET**<br>0 day supply<br>Drug Category: Non-Preferred Generic | $7.15 | $7.15 | $0.00 | $0.00 |
| Jul 27, 2013, CVS Pharmacy<br>Claim number: 136085577531<br>**HYDROCHLOROTHIAZIDE 25 MG TAB**<br>0 day supply<br>Drug Category: Preferred Generic | $6.50 | $6.50 | $0.00 | $0.00 |
| Total for the month of July 2013 | $43.37 | $28.17 | $0.00 | $15.20 |
| Total for 2013 | $2,908.96 | $1,286.70 | $0.00 | $1,622.26 |

Smart**Summary Rx**℠

Your personal prescription benefits statement

# ECTION 2: Your prescriptions during the past month

umana negotiates a reduced price with the pharmacy for its members, which is reflected in
'rescription cost with plan" column. The prescription cost can vary by pharmacy, location,
uantity, strength and dosage of the medication. Adjusted claims may not be reflected in the table
:low; or if displayed, the amount paid may not be accurate because of the amount of the
ljustment.

**THIS IS NOT A BILL. Keep this notice for your records.**

*hart 1 – Your prescriptions for covered Part D drugs (for December 2013)*

hart 1 shows your prescriptions for covered Part D drugs for the past month. **Please look**
**ver this information about your prescriptions to be sure it is correct.** If you have any
iestions or think there is mistake, see Section 5 (page 5) for more details.

| rug name | Prescription cost with plan | You paid | Amount Paid by Secondary Coverage/ Other Sources | Humana Paid |
|---|---|---|---|---|
| ec 2, 2013, Med Park Pharmacy laim number: 337368504361 | | | | |
| ABAPENTIN 600 MG TABLET | $34.13 | $26.96 | $0.00 | $7.17 |
| ) day supply | | | | |
| rug Category: Non-Preferred Generic | | | | |
| ec 13, 2013, Med Park Pharmacy laim number: 137473349871 | | | | |
| LPRAZOLAM 1 MG TABLET | $5.00 | $3.95 | $0.00 | $1.05 |
| ) day supply | | | | |
| rug Category: Non-Preferred Generic | | | | |
| ec 16, 2013, Neighborcare Southgate laim number: 337507098751 | | | | |
| XYCODONE HCL 15 MG ABLET | $32.85 | $25.95 | $0.00 | $6.90 |
| ) day supply | | | | |
| rug Category: Preferred Brand | | | | |
| otal for the month of December 013 | $71.98 | $56.86 | $0.00 | $15.12 |
| otal for 2013 | $3,464.12 | $1,651.60 | $113.47 | $1,812.52 |

Smart**SummaryRx**

Your personal prescription benefits statement

---

## 2 — Section 2:
### Your prescriptions during the past month

Humana negotiates a reduced price with the pharmacy for its members, which is reflected in "Prescription cost with plan" column. The prescription cost can vary by pharmacy, location, quantity, strength and dosage of the medication. Adjusted claims may not be reflected in the table below; or if displayed, the amount paid may not be accurate because of the amount of the adjustment. **THIS IS NOT A BILL. Keep this notice for your records.**

## Chart 1 - Your prescriptions for covered Part D drugs for February 2015

Chart 1 shows your prescriptions for covered Part D drugs for the past month. **Please look over this information about your prescriptions to be sure it is correct.** If you have any questions or think there is mistake, see Section 5 (page 6), it tells you what to do.

| Drug Name | Prescription cost with plan | Amount You paid | Amount Paid by Secondary Coverage/ Other Sources | Amount Humana Paid |
|---|---|---|---|---|
| Feb 11, 2015 \| Rite Aid Pharmacy 04248 \| Claim number# 154420553171 | | | | |
| **OXYCODONE HCL 15 MG TABLET**<br>13 day supply<br>Drug Category: Preferred Brand drugs | $22.16 | $19.50 | $0.00 | $2.66 |
| Feb 11, 2015 \| Rite Aid Pharmacy 04248 \| Claim number# 154425493701 | | | | |
| **Opana ER 20 mg tablet, crush r**<br>26 day supply<br>Drug Category: Preferred Brand drugs | $413.80 | $39.00 | $0.00 | $374.80 |
| Feb 13, 2015 \| Rite Aid Pharmacy 04248 \| Claim number# 154443210051 | | | | |
| **CLONAZEPAM 0.5 MG TABLET**<br>30 day supply<br>Drug Category: Preferred Brand drugs | $6.50 | $6.50 | $0.00 | $0.00 |
| Feb 13, 2015 \| Rite Aid Pharmacy 04248 \| Claim number# 154444861811 | | | | |
| **AMITRIPTYLINE HCL 25 MG TAB**<br>30 day supply<br>Drug Category: Non-Preferred Generic drugs | $7.40 | $7.00 | $0.00 | $0.40 |

*Section 2 Prescription claims continued on next page* 



# Smart SummaryRx

Your personal prescription benefits statement

Page 4 of 10
Marcia W. Helms

| Drug Name | Prescription cost with plan | Amount You paid | Amount Paid by Secondary Coverage/ Other Sources | Amount Humana Paid |
|---|---|---|---|---|
| Feb 13, 2015 \| Rite Aid Pharmacy 04248 \| Claim number# 154448159541 | | | | |
| SERTRALINE HCL 100 MG TABLET | | | | |
| 30 day supply | $6.50 | $6.50 | $0.00 | $0.00 |
| Drug Category: Non-Preferred Generic drugs | | | | |
| Feb 19, 2015 \| Rite Aid Pharmacy 03000 \| Claim number# 354504149341 | | | | |
| Opana ER 40 mg tablet, crush r | | | | |
| 30 day supply | $895.72 | $45.00 | $0.00 | $850.72 |
| Drug Category: Preferred Brand drugs | | | | |
| Feb 21, 2015 \| Rite Aid Pharmacy 03000 \| Claim number# 154523882611 | | | | |
| OXYCODONE HCL 15 MG TABLET | | | | |
| 30 day supply | $49.70 | $45.00 | $0.00 | $4.70 |
| Drug Category: Preferred Brand drugs | | | | |
| **TOTALS for the month of February 2015:** | **$1,401.78** | **$168.50** | **$0.00** | **$1,233.28** |
| **Total for 2015:** | **$2,436.66** | **$265.00** | **$0.00** | **$2,171.66** |

## Your monthly totals for February 1 to February 28, 2015

**Total drug costs**
This is the total for the month of all payments made for your drugs by the plan $1,233.28 and you $168.50.

**Out-of-Pocket Costs**
This is the amount you paid this month. $168.50

## Your year-to-date totals for January 1, 2015 to February 28, 2015

Your year-to-date amount for "out-of-pocket costs" is $265.00. Your year-to-date amount for "total drug costs" is $2,436.66. For more about "out-of-pocket cost" and "total drug costs," see section 3 (page 5).

 Just for you! **Personalized plan and health information**

▶ Has your phone number changed? To make sure Humana is able to contact you about valuable plan information, it's important to let us know if you have changed your phone number, even if it's just a temporary change. Please call the Customer Service number on the back of your Humana member identification card with any changes to your contact information.

PDP10    424868-005-002-000000-000000-000120164

## Humana.




 SmartSummaryRx

Your personal prescription benefits statement

## 2  Section 2:
### Your prescriptions during the past month

umana negotiates a reduced price with the pharmacy for its members, which is reflected in "Prescription cost with ion" column. The prescription cost can vary by pharmacy, location, quantity, strength and dosage of the medication. ljusted claims may not be reflected in the table below; or if displayed, the amount paid may not be accurate cause of the amount of the adjustment. **THIS IS NOT A BILL. Keep this notice for your records.**

### nart 1 - Your prescriptions for covered Part D drugs for January 2015

art 1 shows your prescriptions for covered Part D drugs for the past month. **Please look over this information about ur prescriptions to be sure it is correct. If you have any questions or think there is mistake, see Section 5 (page 6), ells you what to do.**

| ug Name | Prescription cost with plan | Amount You paid | Amount Paid by Secondary Coverage/ Other Sources | Amount Humana Paid |
|---|---|---|---|---|
| n 12, 2015 \| Rite Aid Pharmacy 04248 \| Claim number# 354122531381 | | | | |
| >ana ER 20 mg tablet, crush r<br>day supply<br>ug Category: Preferred Brand drugs | $953.48 | $45.00 | $0.00 | $908.48 |
| n 12, 2015 \| Rite Aid Pharmacy 04248 \| Claim number# 354129126301 | | | | |
| KYCODONE HCL 15 MG TABLET<br>day supply<br>ug Category: Preferred Brand drugs | $74.90 | $45.00 | $0.00 | $29.90 |
| n 29, 2015 \| CVS Pharmacy \| Claim number# 354295974711 | | | | |
| :RTRALINE HCL 50 MG TABLET<br>day supply<br>ug Category: | $6.50 | $6.50 | $0.00 | $0.00 |
| **TOTALS for the month of January 2015:** | **$1,034.88** | **$96.50** | **$0.00** | **$938.38** |
| **Total for 2015:** | **$1,034.88** | **$96.50** | **$0.00** | **$938.38** |

umana.

 smartSummaryRx

Your personal prescription benefits statement

## 2 Section 2:
### Your prescriptions during the past **month**

...umana negotiates a reduced price with the pharmacy for its members, which is reflected in "Prescription cost with ...n" column. The prescription cost can vary by pharmacy, location, quantity, strength and dosage of the medication. ...ljusted claims may not be reflected in the table below; or if displayed, the amount paid may not be accurate ...cause of the amount of the adjustment. **THIS IS NOT A BILL. Keep this notice for your records.**

...art 1 - Your prescriptions for covered Part D drugs for July 2016

...art 1 shows your prescriptions for covered Part D drugs for the past month. Please look over this information about ...ur prescriptions to be sure it is correct. If you have any questions or think there is a mistake, see Section 5 (page 7), ...tells you what to do.

| Drug Name | Prescription cost with plan | Amount You paid | Amount Paid by Secondary Coverage/ Other Sources | Amount Humana Paid |
|---|---|---|---|---|
| ...l 1, 2016 | Rite Aid Pharmacy 04248 | Claim number# 365838459281 | | | | |
| ...XYCODONE HCL 15 MG TABLET<br>...3 day supply<br>...rug Category: Preferred Brand drugs | $22.97 | $20.28 | $0.00 | $2.69 |
| ...l 12, 2016 | Rite Aid Pharmacy 04248 | Claim number# 365944070321 | | | | |
| ...XYCODONE HCL 15 MG TABLET<br>...5 day supply<br>...rug Category: Preferred Brand drugs | $27.83 | $24.96 | $0.00 | $2.87 |
| ...l 12, 2016 | Rite Aid Pharmacy 04248 | Claim number# 365949203001 | | | | |
| ...ERTRALINE HCL 100 MG TABLET<br>...0 day supply<br>...rug Category: Preferred Generic drugs | $10.10 | $10.10 | $0.00 | $0.00 |
| ...l 26, 2016 | Rite Aid Pharmacy 04248 | Claim number# 366080893471 | | | | |
| ...pana ER 40 mg tablet, crush resistant,<br>...xtended release<br>...0 day supply<br>...rug Category: Preferred Brand drugs | $949.39 | $47.00 | $0.00 | $902.39 |

*Section 2 Prescription claims continued on next page* 

PDP10 -004404-005-002-000000-000000-000072107

**Humana.**



smartSummaryRX

15-13591-KMS Doc 148 Filed 11/15/21    Entered 03/08/22 16:08:45    Exhibit
Claim 6285241 - Personal Injury Claimant Proof of Claim Form    Pg 36 of 50

Page 5 of 10
Marcia W. Helms

Your personal prescription benefits statement

| Drug Name | Prescription cost with plan | Amount You paid | Amount Paid by Secondary Coverage/ Other Sources | Amount Humana Paid |
|---|---|---|---|---|
| 27, 2016 | Rite Aid Pharmacy 04248 | Claim number# 166091421951 | | | |
| XYCODONE HCL 10 MG TABLET 0 day supply rug Category: Preferred Brand drugs | $23.90 | $23.90 | $0.00 | $0.00 |
| **TOTALS for the month of July 2016:** | **$1,034.19** | **$126.24** | **$0.00** | **$907.95** |
| **Total for 2016:** | **$2,408.59** | **$784.14** | **$0.00** | **$1,624.45** |

## our monthly totals for July 1 to July 31, 2016

**otal drug costs**
his is the total for the month of all payments made for your drugs by the plan $907.95 and you
126.24.

**ut-of-Pocket Costs**
his is the amount you paid this month $126.24.

## our year-to-date totals for January 1, 2016 to July 31, 2016

our year-to-date amount for "out-of-pocket costs" is $784.14. Your year-to-date amount for
otal drug costs" is $2,408.59. For more about "out-of-pocket cost" and "total drug costs," see
ection 3 (page 6).



## Just for you!  Personalized plan and health information

▶ Before a doctor appointment, there are some things you can do to be prepared.
  • Make sure that your doctor is still in the Humana network
  • Confirm your day and time of appointment
  • Write down any questions you have about your health, drugs, or fitness routine
  • Take your most current SmartSummary with you so that the doctor is aware of your overall health and drugs
    you have taken.

▶ You are receiving this personalized SmartSummary because you had prescription claim(s) last month. Your
personalized SmartSummary provides you with health and budgeting information to help you plan for future
healthcare decisions.

▶ Protect your eyes with sunglasses that shield your eyes from the sun's harmful ultraviolet (UV) rays. UV rays can
injure the skin on your eyelids. They also could cause certain kinds of cataracts to develop. Choose sunglasses that
block 99-100% of UVB and UVA rays to help keep your eyes healthy.

Humana.



RECEIPT

DATE 10-12-10   No. 540552

$125.00

FROM Marcia Helms

One Hundred Twenty Five and 00/100 DOLLARS

PHYSICAL MEDICINE & PAIN MGMT ASSOC.

○ FOR RENT
○ FOR

| ACCT. | | ○ CASH | FROM | TO |
| PAID | 125.00 | ○ MONEY ORDER | | |
| DUE | | ○ CHECK | BY | |
| | | ○ CREDIT CARD | | |

1152

---

**MedPark Pharmacy**
2002 Medical Parkway
Suite 170
Annapolis, MD 21401
410.573.6600

| Description | Qty | Total |
| --- | --- | --- |
| (F) RX: 400020486 | 1 | 528.44 |

(F) = ELIGIBLE FLEXIBLE SPENDING ACCOUNT ITEM (FSA)

| | |
| --- | --- |
| Discounts | 0.00 |
| SubTotal | 528.44 |
| Tax | 0.00 |
| Total | 528.44 |
| FSA Amount | 528.44 |
| CASH | 600.00 |

**Change Due** $71.56
Items 1

Receipt # 53799
Register #
Date/Time: 10/12/2010  3:07:16PM

| | |
|---|---|
| PHARMACY | PHARMACY |
| Feeling well. Living better.® | Feeling well. Living better.® |
| NCPDP# 1087584 | NCPDP# 1087584 |
| Phone# (239) 997-0008 | Phone# (239) 997-0008 |

**HELMS, MARCIA L**
1775 INLET DRIVE  N FT MYERS, FL 33903
(443) 949-6970  DOB: 04/29/1968

**HELMS, MARCIA L**
1775 INLET DRIVE  N FT MYERS, FL 33903
(443) 949-6970  DOB: 04/29/1968

Rx 2014293    New    **AMOUNT DUE: $115.34**
Filled 03/10/11
Primary Ins. CAREMARK DISCOUNT CARD
Primary Ref. # 11069622322907099

**OXYCODONE  30MG TAB**
NDC#: 52152-0215-02  Mfg  ACTAVIS TOTOWA
**Qty 120.00  Days 30**
Dispensed  By: GB
**No Refills Left**    Your plan has saved you 33.61
KENNETH  GALANG

Rx 2014293    New    **AMOUNT DUE: $115.34**
Filled 03/10/11
Primary Ins. CAREMARK DISCOUNT CARD
Primary Ref. # 11069622322907099

**OXYCODONE  30MG TAB**
NDC#: 52152-0215-02  Mfg  ACTAVIS TOTOWA
**Qty 120.00  Days 30**
Dispensed  By: GB
**No Refills Left**    Your plan has saved you 33.61
KENNETH  GALANG

---

**Your Safety Check**          **Your Allergies**          **Your Medication**

NDC# 52152-0215-02          NO KNOWN ALLERGIES
Side 1 - A 215
Side 2 -
Form: Tablet
Shape: round
Color: blue

**PRESCRIPTION FACTS FOR:** HELMS, MARCIA L          Rx# 2014293          **FILLED ON:** 03/10/11

**DRUG NAME:** OXYCODONE  30MG TAB ACTAVIS TOTOWA
**GENERIC NAME:** OXYCODONE  HCL 30 mg ACTAVIS TOTOWA

**USES:** This medication is used to help relieve moderate to severe pain. Oxycodone belongs to a class of drugs known as narcotic (opiate) analgesics. It works in the brain to change how your body feels and responds to pain.
**PRECAUTIONS:** Before taking oxycodone, tell your doctor or pharmacist if you are allergic to it; or if you have any other allergies. This product may contain inactive ingredients, which can cause allergic reactions or other problems. Talk to your pharmacist for more details. Before using this medication, tell your doctor or pharmacist your medical history, especially of: brain disorders (such as head injury, tumor, seizures), breathing problems (such as asthma, sleep apnea, chronic obstructive pulmonary disease-COPD),  kidney disease, liver disease, mental/mood disorders (such as confusion, depression),  personal or family history of regular use/abuse of drugs/alcohol, stomach/intestinal problems (such as blockage, constipation, diarrhea due to infection, paralytic ileus), difficulty urinating (such as due to enlarged prostate). This drug may make you dizzy or drowsy. Do not drive, use machinery, or do any activity that requires alertness until you are sure you can perform such activities safely. Avoid alcoholic beverages. Before having surgery, tell your doctor or dentist about all the products you use (including prescription drugs, nonprescription drugs, and herbal products). Liquid products may contain sugar, aspartame, and/or alcohol. Caution is advised if you have diabetes, alcohol dependence,  liver disease, phenylketonuria (PKU), or any other condition that requires you to limit/avoid these substances in your diet. Ask your doctor or pharmacist about using this product safely. Older adults may be more sensitive to the effects of this drug, especially dizziness, drowsiness, or urinary problems. During pregnancy, this medication should be used only when clearly needed.  Using it for long periods or in high doses near the expected delivery date is not recommended because of the potential for harm to the unborn baby. Discuss the risks and benefits with your doctor. Babies born to mothers who have used this medication for an extended time may have withdrawal symptoms such as irritability, abnormal/persistent crying, vomiting, or diarrhea. If you notice any of these symptoms in your newborn, tell the doctor promptly. This drug passes into breast milk and may rarely have undesirable effects on a nursing infant. Tell the doctor immediately if your baby develops unusual sleepiness, difficulty feeding, or trouble breathing. Consult your doctor before breast-feeding.
**HOW TO USE:** Take this medication by mouth as directed by your doctor. You may take this drug with or without food. If you have nausea, it may help to take this drug with food. Ask your doctor or pharmacist about other ways to decrease  nausea (such as lying down for 1 to 2 hours with as little head movement as possible). If you are using the liquid form of this medication, carefully measure the dose using a special measuring device/spoon.  Do not use a household spoon because you may not get the correct dose. Ask your doctor or pharmacist if you are not sure how to check or measure the dose. The dosage is based on your medical condition and response to treatment. Do not increase your dose, take the medication more frequently, or take it for a longer time than prescribed. Properly stop the medication when so directed. Pain medications work best if they are used when the first signs of pain occur. If you wait until the pain has worsened, the medication may not work as well. If you have ongoing pain (such as due to cancer), your doctor may direct you to also take long-acting narcotic medications.  In that case, this medication might be used for sudden (breakthrough) pain only as needed. Other non-narcotic pain relievers (such as acetaminophen,  ibuprofen) may also be prescribed with this medication. Ask your doctor or pharmacist if you have any questions about using oxycodone safely with other drugs. This medication may cause withdrawal reactions, especially if it has been used regularly for a long time or in high doses. In such cases, withdrawal symptoms (such as restlessness, watering eyes, runny nose, nausea, sweating, muscle aches) may occur if you suddenly stop using this medication. To prevent withdrawal reactions, your doctor may reduce your dose gradually. Ask your doctor or pharmacist for more details, and report any withdrawal reactions immediately. When this medication is used for a long time, it may not work as well. Talk with your doctor if this medication stops working well. Along with its benefits, this medication may rarely cause abnormal drug-seeking behavior (addiction).  This risk may be increased if you have abused alcohol or drugs in the past. Take this medication exactly as prescribed to lessen the risk of addiction. Tell your doctor if your pain persists or worsens.
**OVERDOSE:** If overdose is suspected, contact a poison control center or emergency room immediately. US residents can call the US National Poison Hotline at 1-800-222-1222. Canada residents can call a provincial poison control center. Symptoms of overdose may include: slow breathing, slow heartbeat, loss of consciousness.
**SIDE EFFECTS:** Nausea, vomiting, constipation, lightheadedness,  dizziness, or drowsiness may occur. Some of these side effects may decrease after you have been using this medication for a while. If any of these effects persist or worsen, tell your doctor or pharmacist promptly. To prevent constipation, eat a diet adequate in fiber, drink plenty of water, and exercise. Ask your pharmacist for help in selecting a laxative (such as a stimulant type with stool softener). To reduce the risk of dizziness and lightheadedness,  get up slowly when rising from a sitting or lying position. Remember  that your doctor has prescribed this medication because he or she has judged that the benefit to you is greater than the risk of side effects. Many people

**HE  WAITING**

PROMISED: 07:45p
08-10-2010
# Scripts: 01

08/10/2010

**CVS/pharmacy** #2033   Ph: 410.798-8715    CUSTOMER RECEIPT

3025 SOLOMONS ISLAND RD.
EDGEWATER, MD
21037

27 0328822 000 000 000 0005060

**HELMS,MARCIA**
29662 W CAHILL CT, BIG PINE KEY, FL 33043
Ph: 305.872-4266    DOB: 04-29-

Date: 08/10/2010   DAW: 0
**Rx: N 0328822  00**

METHADONE HCL 10 MG TABLET
ROXANE LABS
TAKE 3 TABLETS EVERY 8 HOURS AS NEEDED FOR SEVERE
PAIN

NDC:00054-4571-25   Days Supply: 40   Refills: 0   Qty:360 EA
Prscbr: MAJOR,PATRICIA T
TP: 2619                        GR: RXMONFL
AUTH#: 10222685331306999                   ADVANCE PCS BIN#004336

PAY:  $50.60

Caps: Y

001489

*Your CVS Pharmacist can
answer questions about
your medications*

• Knowledgeable    • Caring
• Committed        • Confidential

**CVS/pharmacy**

001538

**CVS
RapidRefill**

Avoid waiting for your prescription refills
Order your refills 24 hours per day/7 days per week

1. Call your CVS/pharmacy.

2. Enter your CVS prescription number.

3. Enter the time you'd like to pick up
   your prescription.

Or online at www.CVS.com/pharmacy

**Don't Wait, Order a Day Ahead**



**FENTANYL 50MCG/HR PATCH**

RX #  1509521-02777                    DATE: 09/02/10

QTY: 10       NO REFILLS
New           NDC: 00591-3212-72
Retail Price: $253.99   Your Insurance Saved You: $77.08      $  176.91

DR P. MAJOR          PLAN: APM
MFG: WATSON          GROUP# RXMONFL
CML/LMF/STK/CJB      CLAIM REF# 102456698293090999

*Walgreens*  2805 N ROOSEVELT BLVD KEY WEST, FL 33040    Duplicate Receipt
            PH: (305)292-9833

QTY 10

CML/LMF/STK/CJB          Med Guide

PROMISED
# Scripts: 01
07/07/2012

**CVS/pharmacy** #2033   Ph: 410.798-8715
3025 SOLOMONS ISLAND RD.
EDGEWATER, MD
21037

CUSTOMER RECEIPT

27 0469253 000 001 00 0000110

**HELMS,MARCIA**
1775 INLET DRIVE, NORTH FORT MYERS, FL 33903
Ph: 443.949-6970          DOB:     04-29
FENTANYL 50 MCG/HR PATCH
MYLAN
APPLY 1 PATCH TO THE SKIN EVERY 72 HOURS

Date: 07/07/2012   DAW: 0
**Rx: N 0469253 00**

INS: $97.45

NDC:00378-9122-98   Days Supply: 30   Refills: 0   **Qty:10 EA**
Prscbr: DAVID ABEL
AUTH#: A8125895793351              GR: P5407

PAY:   $1.10

TF:22825
PDP 8N015581 PN03200000

Caps: **Y**

002375

002374

## Get your required back-to-school vaccinations here.

### Meningitis. Pertussis.

**+ minute clinic**
the medical clinic in CVS/pharmacy·

01742@MCX_Instore_Core

## Visit the new, personalized

# CVS.com®

• View and refill your prescriptions
• Sign up for text alerts
• Save with ExtraCare®

**Experience** *your* **CVS.com today.**

PATIENT PRESCRIPTION INFORMATION
IF YOU HAVE ANY QUESTIONS ABOUT YOUR MEDICATION,
PLEASE CONTACT YOUR PHARMACIST:
Tien Ha,RPh.

#2033
www.cvs.com
Ph: 412.798-8715

**HELMS,MARCIA**
1775 INLET DRIVE
NORTH FORT MYERS, FL 33903
Ph: 443.949-6970

07/07/2012
Prscbr: DAVID ABEL
Refills: 0

**FENTANYL 50 MCG/HR PATCH**
MYLAN

APPLY 1 PATCH TO THE SKIN EVERY 72 HOURS

WAITING
MON 5:17PM

$439.40

UNARX  *2203107 0201 1 0043940 3*

MARCIA HELMS

1775 Inlet Dr
North Fort Myers, FL 33903

(305)872-4266

08/01/11
New
MED GUIDE

• Your Insurance Saved You: $43.59

Med Guide

---

**KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.**

MARCIA HELMS
1775 Inlet Drive, North Fort Myers, FL 33903
(305)872-4266

RX # 2203107-03831                    DATE: 08/01/11

FENTANYL 75MCG/HR PATCH
QTY: 15       NO REFILLS
New      NDC:00591-3213-72
Retail Price: $482.99    Your Insurance Saved You: $43.59

DR. K. GATANG
MFG: WATSON
JLU/JLU/JLU/

PLAN: UNARX
GROUP# UNXA4205
CLAIM REF# 000098869465301

1360 N CLEVELAND NORTH FT MYERS, FL 33903
PH:(239)997-4332

$ 439.40

Duplicate
Receipt

---

Walgreens

Pharmacy use only

MARCIA HELMS
1775 Inlet Drive, North Fort Myers, FL 33903
(305)872-4266

RX # 2203107-03831                    DATE: 08/01/11

FENTANYL 75MCG/HR PATCH
QTY: 15       NO REFILLS
New      NDC:00591-3213-72
Retail Price: $482.99    Your Insurance Saved You: $43.59

DR. K. GATANG
MFG: WATSON
JLU/JLU/JLU/

PLAN: UNARX
GROUP# UNXA4205
CLAIM REF# 000098869465301

1360 N CLEVELAND NORTH FT MYERS, FL 33903
PH:(239)997-4332

$ 439.40

Customer
Receipt

WAITING
MON 5:17PM
New

FENTANYL 75MCG/HR PATCH
00591-3213-72
SAFE

QTY 15

JLU/JLU/JLU/

---



# Personal Prescription Information

## LOOK INSIDE FOR IMPORTANT INFORMATION
## ABOUT YOUR MEDICATION.

### Take advantage of these convenient services:

• **ExpressPay**
Save time by keeping your credit card info on file
so you can just pick up your prescription and go!

• **Touch Tone Refills**
Save time by using our automated system for a refill.
Just dial the number on your prescription label.

# Walgreens
The Pharmacy America Trusts • Since 1901™

Visit us online at Walgreens.com

### Thank you for choosing Walgreens!

# YOUR PERSONAL PRESCRIPTION INFORMATION

### Your Walgreens Pharmacy Location
13501 N Cleveland
North Fort Myers, FL  33903
(239)997-4332

| | |
|---|---|
| **PATIENT** MARCIA HELMS | **DOCTOR** DR K. GALANG      **DRUG DESCRIPTION** |
| **BIRTH DATE** 04/29/68 | |
| **MEDICATION** FENTANYL 75MCG/HR PATCH | **PATIENT** |
| **QUANTITY** 15 | **ALLERGIES** |

**DIRECTIONS** UNWRAP AND APPLY 1 PATCH TO SKIN EVERY 48 HOURS AS DIRECTED

**INGREDIENT NAME:** FENTANYL (FEN-ta-nil)

**COMMON USES:** This medicine is a narcotic analgesic used to treat persistent moderate to severe chronic pain that requires around the clock administration and can not be relieved by non-steroidal analgesics (such as ibuprofen or naproxen), narcotic combinations analgesics (such as oxycodone or propoxyphene) or immediate-release opioids (such as morphine sulfate immediate release).

**BEFORE USING THIS MEDICINE:** WARNING: This medicine should be used only for long-term or chronic pain requiring continuous, around-the-clock narcotic pain relief that is not helped by other less powerful pain medicines or less frequent dosing. DO NOT USE THIS MEDICINE if you have not already been taking other prescription narcotic pain medicines (such as morphine or codeine) on a regular schedule. DO NOT USE THIS MEDICINE for short-term pain, mild pain, pain occurring after surgery, or pain that does not require medicine on a regular schedule. Because serious, sometimes life-threatening, breathing problems can occur (especially in patients who have not been given narcotic medicines previously), seek immediate medical attention in the unlikely event that very slow, shallow breathing occurs. WHEN USED FOR LONG PERIODS OF TIME or at high doses, some people develop a need to continue taking this medicine. This is known as DEPENDENCE or "addiction". Do not use more of this medicine than prescribed by your doctor. DO NOT APPLY the patch to skin that is broken or damaged. Do not cut the patch. Using a cut or damaged patch may lead to a rapid release of medicine and serious, even fatal, side effects. Do not expose the patch to direct sources of heat, such as heating pads, electric blankets, heat lamps, saunas, hot tubs, or heated waterbeds. Avoid sunbathing, long hot baths, or other sources of heat to the body. Tell your doctor if you develop a fever. The heat may cause more medicine to be released into your skin and could cause serious, even fatal, side effects. Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT USE THIS MEDICINE if you are also taking sodium oxybate, disulfiram, sibutramine, or monoamine oxidase inhibitors (such as furazolidone, linezolid, moclobemide, phenelzine, procarbazine, selegiline, isocarboxazid, or tranylcypromine) within the last 14 days. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking amiodarone, aprepivir, aprepitant, certain calcium channel blockers (such as diltiazem or verapamil), certain cephalosporin antibiotics (such as cefamandole or cefotetan), cimetidine, HIV medicines (such as fosamprenavir, ritonavir, or nelfinavir), macrolide antibiotics (such as clarithromycin, erythromycin or troleandomycin), medicines to treat fungal infections (such as fluconazole, itraconazole, or ketoconazole), medicines to treat mental or mood problems (such as chlorpromazine), metronidazole, muscle relaxants (such as metaxalone), narcotic pain medicine (such as codeine), medicines for anxiety (such as midazolam or diazepam), medicines for sleep (such as zolpidem), naloxone, or nefazodone. DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions including a history of coma, increased pressure in the brain (such as from a brain tumor or head injury), breathing problems (such as asthma), stomach problems (such as inflammatory bowel disease), pancreas problems (such as pancreatitis), mood or mental problems (such as depression), addiction to alcohol or other substances, slow or irregular heartbeat, allergies, pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED during an asthma attack or if you have a history of alcohol or substance abuse, severe stomach problems (such as paralytic ileus or pseudomembranous colitis), severe liver problems, severe kidney problems, or severe breathing problems (such as respiratory depression). Use of this medicine in children under age 2 is not recommended. Discuss with your doctor the risks and benefits of using this medicine to your child. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

**HOW TO USE THIS MEDICINE:** Follow the directions for using this medicine provided by your doctor. This medicine comes with a MEDICATION GUIDE approved by the U.S. Food and Drug Administration. Read it carefully each time you refill this medicine. Ask your doctor, nurse, or pharmacist any questions that you may have about this medicine. BEFORE USING THIS MEDICINE, clip (do not shave) any hair at the application site. Clean the area with clear water and allow the skin to dry completely. Do not use soaps, oils, lotions, alcohol, or any other liquid that could irritate or otherwise affect the skin. Do not apply the patch to skin that is broken or damaged. Do not use a patch if the package is not sealed. Do not cut or damage the patch in any way before applying the patch. Remove the patch from the package, and peel off the protective strip. Immediately apply the patch to the intact skin (areas that would be the best place for any patch would be the chest, back, upper arm or on the side of the stomach). Press firmly for 30 seconds to make sure the patch stays in place. Check to see that the edges of the patch are stuck to the skin. Wash your hands after applying the patch. IF THE PATCH DOES NOT STICK, you may tape only the edges with first aid tape or cover the patch with a special type of clear adhesive film dressing (such as Bioclusive or Tegaderm). Do not cover the patch with any other bandage or tape. Ask your doctor if you are unsure of what type of dressing you can use. DO NOT WEAR MORE THAN ONE PATCH AT A TIME, unless otherwise directed by your doctor. EACH PATCH MAY BE WORN for up to 72 hours. AFTER REMOVING THE PATCH, fold with sticky sides together. The patch should be properly disposed of immediately upon removal. Ask your doctor or pharmacist how to dispose of this medicine properly. APPLY A NEW PATCH TO A DIFFERENT SKIN AREA to avoid irritation. If the patch falls off before 72 hours has passed, apply a new patch to a different skin site. CHECK WITH YOUR DOCTOR BEFORE EATING GRAPEFRUIT OR DRINKING GRAPEFRUIT JUICE while taking this medicine. The risk of this medicine's side effects may be increased. STORE THIS MEDICINE at room temperature 77 degrees F (25 degrees C), away from heat and light. IF YOU FORGET TO CHANGE YOUR PATCH on the day it is due, change the patch as soon

your doctor's approval. When used for an extended period of time, this medicine may not work as well and may require different dosing. Some conditions may become worse when this medicine is suddenly stopped. Your dose may need to be slowly lowered to avoid side effects. DO NOT EXCEED THE RECOMMENDED DOSE, change the patch more often than directed, or use this medicine for longer than prescribed. Exceeding the recommended dose or taking this medicine for longer than prescribed may be habit-forming. KEEP ALL DOCTOR appointments while you are using this medicine. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are using this medicine. SOME PATCHES MAY CAUSE burns if left on the skin during certain medical procedures (eg, magnetic resonance imaging [MRI]). You may need to remove your patch before having such tests. AVOID ALCOHOL while you are using this medicine. This medicine will add to the effects of alcohol and other depressants. DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. If the patch comes off your skin and accidentally sticks to the skin of another person, remove the patch immediately from their skin, wash the exposed area of skin with water and call your doctor, emergency room, or local poison control center immediately. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN CHILDREN because they may be more sensitive to the effects of the medicine. CAUTION SHOULD BE USED IN THE ELDERLY, they may be more sensitive to the effects of this drug especially respiratory depression. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS FOUND IN BREAST MILK. DO NOT BREAST-FEED while taking this medicine.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS that may occur while using this medicine include drowsiness, stomach pain or discomfort, fatigue, nausea, vomiting, constipation, diarrhea, dry mouth, sweating, weakness or tiredness, headache, muscle ache, fever or dizziness. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience loss of appetite, mental or mood changes, unusual muscle movements, loss of memory, difficulty breathing, vision problems, seizures, or difficulty urinating. CONTACT YOUR DOCTOR IMMEDIATELY if you experience chest pain, coughing up blood, irregular heartbeat, fainting, unusual sensation felt through the body (such as burning, tingling, tickling or pricking), or high fever. Accidental overdose may occur in the presence of a high fever. AN ALLERGIC REACTION TO THIS MEDICINE is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, severe dizziness, or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**OVERDOSE:** If overdose is suspected, remove the patch. Contact your local poison control center or emergency room immediately. Symptoms of overdose may include slow, shallow breathing; drowsiness; deep sleep or loss of consciousness; cold, clammy skin; and slow heart rate.

**ADDITIONAL INFORMATION:** DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. IF YOU WILL BE USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, be sure to obtain a new prescription before your supply runs out. PROPERLY DISPOSE OF ANY UNUSED PATCHES remaining from a prescription as soon as they are no longer needed. KEEP THIS MEDICINE out of the reach of children and pets.

*Call your doctor for medical advice about side effects.*
*You may report side effects to FDA at 1-800-FDA-1088.*

*Do not flush unused medications or pour down a sink or drain.*



2013 Perscriptions
totaling $5,379.41 paid
out of pocket - there may be
more

There are so many receipts
& staples I am happy to
provide if you require proof
beyond my written statement.



20B Side view of perscriptions with receipts about 2" thick — I am happy to provide copies if you want them.

# PATIENT PROFILE

**November 10, 2021**

**HELMS, MARCIA**
159 SOUTHDOWN RD
EDGEWATER,MD 21037
Phone: (443) 603-5168
SS#: --

**GLOBAL HEALTH PHARMACY**
7500 MONTPELIER RD STE 10
LAUREL, MD 20723
Phone: (240) 786-6045
NCPDP: 2134687

8/1/2020 through 11/10/2021

| RX# | R# | RA | Dispensed | Auth Number | Qty | Drug Name | NDC Number | Doctor | Price | AG | IN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0150097 | 02 | 00 | 02/22/2021 | A7214537721241 | 30 | SERTRALINE 100MG TAB | 68180-0353-02 | SHKULLAKU, RITA | $3.50 Copay: $3.50 | AEP | PTM |
| 0151464 | 00 | 00 | 08/17/2020 | A0206309209471 | 90 | MORPHINE SUL ER 60MG TAB | 42858-0803-01 | GAO, CATHY | $95.12 Copay: $47.00 | AEP | PTM |
| 0151465 | 00 | 00 | 08/17/2020 | A9206309137271 | 90 | OXYCODONE 15MG TAB | 43386-0430-01 | GAO, CATHY | $15.89 Copay: $15.89 | AEP | PTM |
| 0151704 | 00 | 00 | 09/14/2020 | A8206584242761 | 90 | MORPHINE SUL ER 60MG TAB | 42858-0803-01 | GAO, CATHY | $95.12 Copay: $47.00 | AEP | PTM |
| 0151705 | 00 | 00 | 09/14/2020 | A5206584312281 | 90 | OXYCODONE 15MG TAB | 42858-0003-01 | GAO, CATHY | $19.70 Copay: $19.70 | AEP | PTM |
| 0151949 | 00 | 00 | 10/07/2020 | A3206814328371 | 90 | OXYCODONE 15MG TAB | 42858-0003-01 | GAO, CATHY | $19.70 Copay: $19.70 | AEP | PTM |
| 0151950 | 00 | 00 | 10/07/2020 | A6206814340501 | 90 | MORPHINE SUL ER 60MG TAB | 42858-0803-01 | GAO, CATHY | $95.12 Copay: $47.00 | AEP | PTM |
| 0152206 | 00 | 00 | 11/04/2020 | A6207097411471 | 90 | MORPHINE SUL ER 60MG TAB | 42858-0803-01 | GAO, CATHY | $95.12 Copay: $47.00 | AEP | PTM |
| 0152207 | 00 | 00 | 11/04/2020 | | 90 | OXYCODONE 15MG TAB | 42858-0003-01 | GAO, CATHY | $30.00 | | PTM |
| 0152461 | 00 | 00 | 11/30/2020 | | 90 | OXYCODONE 15MG TAB | 42858-0003-01 | GAO, CATHY | $30.00 | | PTM |
| 0152462 | 00 | 00 | 11/30/2020 | A0207359780311 | 90 | MORPHINE SUL ER 60MG TAB | 42858-0803-01 | GAO, CATHY | $95.12 Copay: $47.00 | AEP | PTM |
| 0152703 | 00 | 00 | 12/28/2020 | A5207636838471 | 90 | MORPHINE SUL ER 60MG TAB | 42858-0803-01 | GAO, CATHY | $95.12 Copay: $47.00 | AEP | PTM |
| 0152704 | 00 | 00 | 12/28/2020 | | 90 | OXYCODONE 15MG TAB | 42858-0003-01 | GAO, CATHY | $30.00 | | PTM |
| 0152984 | 00 | 00 | 01/25/2021 | | 90 | OXYCODONE 15MG TAB | 57664-0187-88 | GAO, CATHY | $30.00 | | PTM |
| 0152985 | 00 | 00 | 01/25/2021 | A9214258588391 | 90 | MORPHINE SUL ER 60MG TAB | 42858-0803-01 | GAO, CATHY | $95.12 Copay: $95.12 | AEP | PTM |
| 0153221 | 00 | 00 | 02/22/2021 | A4414530218151 | 180 | GABAPENTIN 400MG CAP LT#19123549 | 67877-0224-05 | SHKULLAKU, RITA | $10.63 Copay: $10.63 | AEP | PTM |
| 0153222 | 00 | 01 | 02/22/2021 | | 60 | CLONAZEPAM 0.5MG TAB LOT#P2001238 | 16729-0136-16 | SHKULLAKU, RITA | $10.00 | | PTM |
| | 01 | 01 | 05/17/2021 | | 60 | CLONAZEPAM 0.5MG TAB LOT#P2001238 | 16729-0136-16 | SHKULLAKU, RITA | $0.00 | | PTM |
| 0153224 | 00 | 00 | 02/22/2021 | A3414530586351 | 90 | MORPHINE SUL ER 60MG TAB | 42858-0803-01 | GAO, CATHY | $95.12 Copay: $95.12 | AEP | PTM |
| 0153225 | 00 | 00 | 02/22/2021 | | 90 | OXYCODONE 15MG TAB | 57664-0187-88 | GAO, CATHY | $30.00 | | PTM |

# PATIENT PROFILE

**November 10, 2021**

**HELMS, MARCIA**
159 SOUTHDOWN RD
EDGEWATER,MD 21037
Phone: (443) 603-5168
SS#: --

**GLOBAL HEALTH PHARMACY**
7500 MONTPELIER RD STE 10
LAUREL, MD 20723
Phone: (240) 786-6045
NCPDP: 2134687

8/1/2020 through 11/10/2021

| RX # | R# | RA | Dispensed | Auth Number | Qty | Drug Name | NDC Number | Doctor | Price | AG | IN |
|------|----|----|-----------|-------------|-----|-----------|------------|--------|-------|----|----|
| 0153481 | 00 | 00 | 03/22/2021 | | 90 | OXYCODONE 15MG TAB | 42858-0003-01 | GAO, CATHY | $30.00 | | PTM |
| 0153482 | 00 | 00 | 03/22/2021 | A3414810397221 | 90 | MORPHINE SUL ER 60MG TAB | 42858-0803-01 | GAO, CATHY | $95.12 | AEP | PTM |
| | | | | | | | | | Copay: $95.12 | | |
| 0600908 | 00 | 00 | 04/19/2021 | | 90 | OXYCODONE 15MG TAB | 42858-0003-01 | GAO, CATHY | $30.00 | | PTM |
| 0600909 | 00 | 00 | 04/19/2021 | A9215099171711 | 90 | MORPHINE SUL ER 60MG TAB | 42858-0803-01 | GAO, CATHY | $95.12 | AEP | PTM |
| | | | | | | | | | Copay: $95.12 | | |
| 0601193 | 00 | 00 | 05/17/2021 | A6415370235811 | 90 | MORPHINE SUL ER 60MG TAB | 42858-0803-01 | GAO, CATHY | $95.12 | AEP | SMM |
| | | | | | | | | | Copay: $95.12 | | |
| 0601194 | 00 | 00 | 05/17/2021 | | 90 | OXYCODONE 15MG TAB | 42858-0003-01 | GAO, CATHY | $30.00 | | SMM |
| 0601474 | 00 | 00 | 06/14/2021 | A2215657454941 | 90 | MORPHINE SUL ER 60MG TAB | 42858-0803-01 | GAO, CATHY | $95.12 | AEP | SMM |
| | | | | | | | | | Copay: $47.00 | | |
| 0601475 | 00 | 00 | 06/14/2021 | | 60 | OXYCODONE 15MG TAB | 43386-0430-01 | GAO, CATHY | $18.12 | | SMM |
| 0601692 | 00 | 00 | 07/06/2021 | A4215876894241 | 9 | DEXAMETHASON 6MG TAB | 00054-4186-25 | BEZAREDE, ABINET | $12.54 | AEP | SMM |
| | | | | | | | | | Copay: $2.97 | | |
| 0601807 | 00 | 03 | 07/15/2021 | A5215969369161 | 270 | GABAPENTIN  TAB 600MG | 67877-0428-05 | SHKULLAKU, RITA | $30.20 | AEP | SMM |
| | | | | | | | | | Copay: $30.00 | | |
| 0601808 | 00 | 00 | 07/15/2021 | A5215969421291 | 90 | SERTRALINE 100MG TAB LT#SERSC20017A | 65862-0013-05 | SHKULLAKU, RITA | $7.43 | AEP | SMM |
| | | | | | | | | | Copay: $7.43 | | |
| 0601809 | 00 | 01 | 07/15/2021 | A8215969669081 | 60 | CLONAZEPAM 0.5MG TAB LOT#P2001238 | 16729-0136-16 | SHKULLAKU, RITA | $2.44 | AEP | SMM |
| | | | | | | | | | Copay: $2.44 | | |
| 0601830 | 00 | 00 | 07/16/2021 | A3415977474591 | 90 | MORPHINE SUL ER 60MG TAB | 42858-0803-01 | GAO, CATHY | $95.12 | AEP | SMM |
| | | | | | | | | | Copay: $47.00 | | |
| 0601831 | 00 | 00 | 07/16/2021 | | 60 | OXYCODONE 15MG TAB | 42858-0003-01 | GAO, CATHY | $18.12 | | SMM |
| 0602179 | 00 | 00 | 08/12/2021 | A1216244512381 | 90 | MORPHINE SUL ER 60MG TAB | 42858-0803-01 | GAO, CATHY | $95.12 | AEP | PTM |
| | | | | | | | | | Copay: $47.00 | | |
| 0602180 | 00 | 00 | 08/12/2021 | | 60 | OXYCODONE 15MG TAB | 42858-0003-01 | GAO, CATHY | $25.00 | | PTM |
| 0602436 | 00 | 00 | 09/08/2021 | A9216516352831 | 90 | MORPHINE SUL ER 60MG TAB | 42858-0803-01 | GAO, CATHY | $95.12 | AEP | SMM |
| | | | | | | | | | Copay: $47.00 | | |
| 0602437 | 00 | 00 | 09/08/2021 | | 60 | OXYCODONE 15MG TAB | 42858-0003-01 | GAO, CATHY | $25.00 | | SMM |
| 0602797 | 00 | 00 | 10/11/2021 | A1216848313631 | 90 | MORPHINE SUL ER 60MG TAB | 42858-0803-01 | GAO, CATHY | $95.12 | AEP | SMM |
| | | | | | | | | | Copay: $47.00 | | |
| 0602798 | 00 | 00 | 10/11/2021 | | 60 | OXYCODONE 15MG TAB | 42858-0003-01 | GAO, CATHY | $18.12 | | SMM |

# PATIENT PROFILE
November 10, 2021

**HELMS, MARCIA**
159 SOUTHDOWN RD
EDGEWATER,MD 21037
Phone: (443) 603-5168
SS#: --

**GLOBAL HEALTH PHARMACY**
7500 MONTPELIER RD STE 10
LAUREL, MD 20723
Phone: (240) 786-6045
NCPDP: 2134687

8/1/2020 through 11/10/2021

| RX # | R# | RA | Dispensed | Auth Number | Qty | Drug Name | NDC Number | Doctor | Price | AG | IN |
|------|----|----|-----------|-------------|-----|-----------|------------|--------|-------|----|----|
| 0603214 | 00 | 00 | 11/10/2021 | A9217148246581 | 90 | MORPHINE SUL ER 60MG TAB | 42858-0803-01 | GAO, CATHY | $95.12<br>Copay: $47.00 | AEP | SM/M |
| 0603215 | 00 | 00 | 11/10/2021 | | 60 | OXYCODONE 15MG TAB | 42858-0003-01 | GAO, CATHY | $25.00 | | SM/M |

| Prescriptions Agency: $587.21 | Copay: $1531.22 | Private Pay: $379.36 |
|---|---|---|

I have receipts for
perscriptions as well
for

2014
2015
2016
2017
2018
2019
2020

in my possession but
need time to make
copies.

For
2008, 2009, 2010, 2011, 2012
I have included random
examples but can get
additional proof with additional
time or from my medical
records or perhaps Humana.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL




# PRIORITY
## MAIL
# EXPRESS®

## FLAT RATE
## ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006    EP13F May 2020



**USPS TRACKING #**

9470 1036 9930 0062 0977 53

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL