Salvatore C. Badala
Napoli Shkolnik PLLC
360 Lexington Ave., 11th floor
New York, NY 10017
(212) 397-1000
(646) 843-7603

Paul J. Napoli
Hunter J. Shkolnik
Napoli Shkolnik
270 Munoz Rivera Avenue, Suite 201
Hato Rey, Puerto Rico 00918
(347) 379-1688
pnapoli@napolilaw.com
hunter@napolilaw.com

*Attorneys for Nassau County, New York*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | **Case No. 19-23649 (RDD)** |
| | ) | |
| **PURDUE PHARMA L.P, et al.** | ) | |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

---------------------------------------------------------------------X

### NASSAU COUNTY'S LIMITED OBJECTION TO DEBTORS' MOTION TO APPROVE SETTLEMENT TERM SHEET

Plaintiff Nassau County, New York, through its counsel, fully adopts the Ad Hoc Committee's Limited Objections to Debtors' Motion to Approve Settlement Term Sheet (Doc. No. 4471) and joins the Ad Hoc Committee's arguments in its objections against Purdue Pharma L.P, et. al.

WHEREFORE, Nassau County, New York respectfully requests that the Ad Hoc Committee's Limited Objections to Debtors be incorporated to this motion and relief be granted if the modifications proposed therein are implemented.

Dated: March 8, 2022

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Salvatore C. Badala*
360 Lexington Ave., 11th floor
New York, NY 10017
(212) 397-1000
(646) 843-7603
sbadala@napolilaw.com

Paul J. Napoli
Hunter J. Shkolnik
Napoli Shkolnik
270 Munoz Rivera Avenue, Suite 201
Hato Rey, Puerto Rico 00918
(347) 379-1688
pnapoli@napolilaw.com
hunter@napolilaw.com

*Attorneys for Plaintiff*