Salvatore C. Badala
Napoli Shkolnik PLLC
360 Lexington Ave., 11th floor
New York, NY 10017
(212) 397-1000
(646) 843-7603

Paul J. Napoli
Hunter J. Shkolnik
Napoli Shkolnik
270 Munoz Rivera Avenue, Suite 201
Hato Rey, Puerto Rico 00918
(347) 379-1688
pnapoli@napolilaw.com
hunter@napolilaw.com

Frank L. Gallucci
PLEVIN & GALLUCCI CO., L.P.A.
55 Public Square, Suite 222
Cleveland, OH 44113 (216) 861-0804
(216) 861-5322 (Fax) FGallucci@pglawyer.com

*Attorneys for Trumbull County, Ohio and Lake County, Ohio*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | **Case No. 19-23649 (RDD)** |
| | ) | |
| **PURDUE PHARMA L.P, et al.** | ) | |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

---------------------------------------------------------------------X

**TRUMBULL AND LAKE COUNTIES' LIMITED OBJECTION TO DEBTORS'**
**MOTION TO APPROVE SETTLEMENT TERM SHEET**

    Plaintiffs Trumbull County, Ohio and Lake County, Ohio, through their counsel, fully adopt

the Ad Hoc Committee's Limited Objections to Debtors' Motion to Approve Settlement Term

Pg 2 of 2

Sheet (Doc. No. 4471) and joins the Ad Hoc Committee's arguments in its objections against Purdue Pharma L.P, et. al.

WHEREFORE, Trumbull County, Ohio and Lake County, Ohio respectfully request that the Ad Hoc Committee's Limited Objections to Debtors be incorporated to this motion and relief be granted if the modifications proposed therein are implemented.

Dated: March 8, 2022

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Salvatore C. Badala*
360 Lexington Ave., 11th floor
New York, NY 10017
(212) 397-1000
(646) 843-7603
sbadala@napolilaw.com

Paul J. Napoli
Hunter J. Shkolnik
Napoli Shkolnik
270 Munoz Rivera Avenue, Suite 201
Hato Rey, Puerto Rico 00918
(347) 379-1688
pnapoli@napolilaw.com
hunter@napolilaw.com

Frank L. Gallucci
PLEVIN & GALLUCCI CO., L.P.A.
55 Public Square, Suite 222
Cleveland, OH 44113 (216) 861-0804
(216) 861-5322 (Fax)
FGallucci@pglawyer.com

*Attorneys for Plaintiffs Trumbull and Lake Counties, Ohio*