March 8, 2022

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK                     Chapter 11;

                                                  Case No 19-23649

PURDUE PHARMA L. P., et al.,
Debtors

### OBJECTION TO THE MOTION TO APPROVE THE SETTLEMENT TERM SHEET

I, CARRIE L MCGAHA, pro se claimant, object to the TERM SHEET that carves out special considerations for the "NINE" rather than the needs of injured victims. The PLAN, the TERM SHEET seeks to modify, prioritizes input and compensation of non-injured claims over the claims of actual victims.

Furthermore, the plan reorganizes the company to create a system to make money off of the backs of people suffering from pain by continuing to prescribe long-acting opiates and long-term opiate therapy in order to fund abatement programs. This is tantamount to creating a funded cycle of dependence on drugs. I am sadly inclined to believe that is the motive here. To create a huge bureaucratic organization through which Recovery/Abatement funding will have to flow. It will be like a funding funnel and very little assistance will actually get to the victims if history is any guide. The plan seems to prioritize just putting people on "other" drugs without addressing the fundamental causes of needing opiates in the first place, PAIN.

Furthermore, the SUPPORT ACT already funded MAT services by providing massive amounts of money into the states, rather than provide accessible long-term NON-PHARMACEUTICAL services to prevent the need for pain medication in the first place

The TERM SHEET ignores the damage of injured victims and prioritizes governmental agencies and their agents, which will create more bureaucracy and siphon off funding to grow itself. There are not that many personal injury victims who actually filed a claim in this case and probably even fewer with RECEIPTS for opiates. You could compensate each injured victim millions of dollars and it would still be less than the CARVE OUT for the "NINE". But there are no agents putting the injured victim's needs first. The "groups" assigned to look out for them clearly are not from the evidence in the PLAN. Victims should have the primary voice but that is never how these types of cases play out. I'm not suggesting that illegal drug addicts be given millions of dollars but for those of us who were prescribed all the drugs we took, it is a different case. We have RECEIPTs.

The plan put a CAP on what PERSONAL INJURY victims can receive in compensation for their damages and future needs while the TERM SHEET compensates lawyers and government holdouts. It ignores damaged victims who took prescribed drugs, manufactured by the DEBTORS. Being allowed to give a symbolic victim statement is one thing but ignoring the content of what survivors have said is another.

The evidence is clear, a system of perpetual profit for those making money off of the "Recovery community" is being created and will be maintained by those who continue to prescribe opiates for long-term use rather than open up better access to alternative options.

Yes, governments must be involved so that the illegal drug use problem in this country can be alleviated but to do it on the backs of injured victims is wrong.  Especially when the PLAN primarily seeks to profit off of the sale of opiates and partial opiates to fund abatement programs already funded through the SUPPORT ACT.

The HEALTHCARE system, along with Big Pharma and even government created this crisis because they created the conditions so that it could thrive.  Just because less opiates are now being prescribed doesn't mean that people will stop having pain.  People are only human and they will seek relief one way or another.  Government is actually fueling the drug crisis rather than helping to stop it by providing ease for illegal drugs to enter our country.  It seems to be all about profiting off of suffering.  That's just the reality of what is happening from my lived experience.

The TERM SHEET AND PLAN allow the debtors to pay legal fees while damaged victims can't even find a lawyer to help them!  Three lawyers advised me to do it myself so that is what I've done in hopes that I could help my local community.  Lawyers know that these types of cases only really benefit the lawyers involved in representing the corporate interests, not the victims.  Very little EVER ends up helping the actual victims so any contingency fees are not worth their time.  Again, the system is set up to reward the purveyors of profit while ignoring damaged victims.

I respectfully request that the court seriously consider significantly increasing the compensation of injured victims, who have RECEIPTS and desire to assist Recovery efforts within their own communities rather than approve a CARVE out to those who will profit off of maintaining a perpetual system of drug use, legal or otherwise.

These are some additional sources to support my lived experience:

[Rationale for cannabis-based interventions in the opioid overdose crisis - PubMed (nih.gov)](#) - much evidence is ignored by government leaders and those in the Recovery community because they primarily work with illegal drug addicts.  It is not a panacea and it doesn't help acute pain, which opiates are perfect for, SHORT-TERM.

[Medication for Opioid Use Disorder (Moud) Overview - National Harm Reduction Coalition](#) - they actually recommend prescription heroine as a possible solution, which is absurd.

[126021750233-rep-1308040909 (4).pdf](#) – Drugs or Shrugs

[126021781569-rep-0709101207.pdf](#) – supplemental letter

[126022037473-rep-2502095505 (4).pdf](#) – 8th Monitor report letter

I sincerely hope to TRUST our healthcare system and government again but that will only happen when they begin to learn the lessons of the opiate crisis.  Unfortunately, COVID19 has demonstrated that they have not.  They pushed a dangerous drug, using fear, upon the public for profit.  There will now be plenty of sick people to keep the behemoth Medical Industrial Complex funded while people struggle with their vaccine injuries.  Likewise, this plan along with the TERM Sheet will, in my opinion, create a continuous supply of addicts needing Recovery services.