**LEVENFELD PEARLSTEIN, LLC**
Harold D. Israel
2 North LaSalle St., Suite 1300
Chicago, Illinois 60602
Telephone: 312-346-8380
Facsimile: 312-346-8434
hisrael@lplegal.com

*Counsel for Ad Hoc Committee of NAS Children*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | |
| | Case No. 19-23649 (RDD) |
| Debtors. [1] | |
| | (Jointly Administered) |

---

**THE AD HOC COMMITTEE OF NAS CHILDREN'S JOINDER TO STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING SETTLEMENT TERM SHEET**

The Ad Hoc Committee of NAS Children (the "NAS Committee"), by and through their undersigned counsel, respectfully joins the statement (the "Statement") [Docket No. 4492] filed by The Official Committee of Unsecured Creditors (the "Official Committee") of Purdue Pharma L.P., *et al.* (collectively, the "Debtors") in support of the *Motion of Debtors Pursuant to 11 U.S.C.*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140),
Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*§§ 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet*
[Docket No. 4410] (the "Supplemental Settlement Motion").[2]

## JOINDER

1.      The NAS Committee hereby joins the Statement and its arguments as if fully set forth herein.  The NAS Committee agrees with the Official Committee, especially given that the proposed settlement will hopefully facilitate a streamlined appellate proceeding that will result in reversal of the District Court order overturning this Court's order confirming the Plan.  The NAS Committee continues to support the Plan confirmed by this Court, as enhanced by the Supplemental Settlement, because it will (i) provide compensation to victims of the opioid epidemic in a far more expedient fashion then if their claims were litigated in the tort system; and (ii) with respect to abatement, fund desperately needed NAS research through the funding of the NAS Monitoring Trust (as defined in the Plan) and, through the Settlement, fund even more dollars for abatement and increase the volume of documents to be contributed to the Document Repository.

2.      Nothing contained herein shall constitute a waiver of any rights or remedies of the NAS Committee under title 11 of the United States Code or applicable law, including, without limitation, the right to: (i) amend, modify, or supplement this Joinder, or (ii) raise any other additional arguments at a later date.

## CONCLUSION

3.      The NAS Committee respectfully requests that the Court: (i) approve the Supplemental Settlement Motion; and (ii) grant such other and further relief as this Court deems just and proper.

---

[2]      Capitalized terms used and not otherwise defined in this Joinder shall have the meanings ascribed to such terms in the Supplemental Settlement Motion.

Dated: March 9, 2022
New York, New York

**LEVENFELD PEARLSTEIN, LLC**
*Counsel for NAS Ad Hoc Committee*

By:  /s/ Harold D. Israel

Harold D. Israel
2 North LaSalle St., Suite 1300
Chicago, Illinois 60602
Telephone: 312-346-8380
Facsimile: 312-346-8434
hisrael@lplegal.com

**TARTER KRINSKY & DROGIN**
*Counsel for Ad Hoc Committee of NAS Children*
1350 Broadway, 11th Floor
New York, NY 10018
Tel: (212) 216-8000
Scott S. Markowitz, Esq.
Rocco A. Cavaliere, Esq.
Michael Z. Brownstein, Esq.
Email: smarkowitz@tarterkrinsky.com
Email: rcavaliere@tarterkrinsky.com
Email: mbrownstein@tarterkrinsky.com

**MARTZELL, BICKFORD & CENTOLA**
Scott R. Bickford (LA 1165)
338 Lafayette Street
New Orleans, LA 70130
Telephone: 504-581-9065
Facsimile: 504-581-7635
sbickford@mbfirm.com
srd@mbfirm.com
usdcndoh@mbfirm.com

**CREADORE LAW FIRM PC**
450 Seventh Avenue, 14th Floor
New York, NY 10123
Telephone: 212.355.7200
Donald Creadore, Esq. (NY 2090702)
donald@creadorelawfirm.com

**LAW OFFICES OF KENT HARRISON
ROBBINS, P.A**.
242 Northeast 27th Street
Miami, Florida 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Email: khr@khrlawoffices.com