TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Telephone:   (317) 713-3500
Facsimile:   (317) 713-3699

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P., *et al.*,** | **Case No. 19-23649 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**JOINDER OF THE AD HOC GROUP OF HOSPITALS TO THE
STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS IN SUPPORT OF MOTION OF DEBTORS PURSUANT TO
11 U.S.C. § 105(a) AND 363(b) FOR ENTRY OF AN ORDER
AUTHORIZING AND APPROVING SETTLEMENT TERM SHEET AND JOINDER IN
<u>THE DEBTORS' REPLY IN SUPPORT THEREOF</u>**

The Ad Hoc Group of Hospitals (the "**Hospitals**"), by and through its undersigned counsel, joins with, and adopts all of the arguments set forth in, the *Statement of the Official Committee of Unsecured Creditors in Support of Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and 363(b) for Entry of an Order Authorizing and Approving Settlement Term Sheet and Joinder in the Debtors' Reply in Support thereof* [Dkt No.4492].

WHEREFORE, the Hospitals respectfully request that the Court overrule the several objections to the Settlement Motion and grant such other and further relief as the Court deems proper.

Dated: March 9, 2022

Respectfully submitted,

TAFT STETTINIUS & HOLLISTER LLP

By: /s/ *Michael P. O'Neil*
Michael P. O'Neil Admitted *Pro Hac Vice*
Counsel for Ad Hoc Group of Hospitals

### CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2022 I caused a copy of the foregoing JOINDER OF THE AD HOC GROUP OF HOSPITALS TO THE STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF MOTION OF DEBTORS PURSUANT TO 11 U.S.C. § 105(a) AND 363(b) FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING SETTLEMENT TERM SHEET AND JOINDER IN THE DEBTORS' REPLY IN SUPPORT THEREOF to be electronically filed and served via the United States Bankruptcy Court for the Southern District of New York's CM/ECF system upon the following parties in this case:

(See attached list)

/s/ *Michael P. O'Neil*
Michael P. O'Neil

TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Telephone: (317) 713-3500
Facsimile: (317) 713-3699

2

**Electronic Mail Notice List – 3/09/2022**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael Geoffrey Abelow**    mabelow@sherrardroe.com, neads@sherrardroe.com
- **Jill Abrams**    jill.abrams@vermont.gov
- **Nicklas Arnold Akers**    nicklas.akers@doj.ca.gov
- **Sydenham B. Alexander**    sandy.alexander@mass.gov
- **Andrew Vincent Alfano**    andrew.alfano@pillsburylaw.com
- **Barbara M. Almeida**    barbara.almeida@clydeco.us, shane.calendar@clydeco.us
- **Anne Andrews**    aandrews@andrewsthornton.com
- **Philip D. Anker**    philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com;Joel.Millar@wilmerhale.com
- **Alison Archer**    alison.archer@ohioattorneygeneral.gov
- **Reuel D. Ash**    rash@ulmer.com, sbenoit@ulmer.com
- **Mitchell Jay Auslander**    maosbny@willkie.com, mauslander@willkie.com
- **Michael I. Baird**    baird.michael@pbgc.gov, efile@pbgc.gov
- **Jasmine Ball**    jball@debevoise.com, cponeal@debevoise.com
- **Lauren Guth Barnes**    lauren@hbsslaw.com, purduebankruptcy@hbsslaw.com
- **Barry Z. Bazian**    bbazian@goodwinlaw.com, acunningham@goodwinlaw.com
- **Morgan R Bentley**    mbentley@bentleyandbruning.com
- **Alexander Berk**    aberk@mayerbrown.com, courtnotification@mayerbrown.com
- **Thomas Moultrie Beshere**    tbeshere@oag.state.va.us
- **Thomas D. Bielli**    tbielli@bk-legal.com, dklauder@bk-legal.com;tnobis@bk-legal.com
- **Kathryn Blake**    kathryn.blake@ag.ny.gov
- **Jordan S. Blask**    jblask@fbtlaw.com, agilbert@tuckerlaw.com
- **Anthony D. Boccanfuso**    Anthony.Boccanfuso@apks.com, ecf-b9841d808f73@ecf.pacerpro.com
- **James T. Boffetti**    james.boffetti@doj.nh.gov, janet.demers@doj.nh.gov
- **John A. Boyle**    jboyle@khmarino.com, docketing@khmarino.com
- **Morton R. Branzburg**    mbranzburg@klehr.com, jtaylor@klehr.com
- **Paul E. Breene**    pbreene@reedsmith.com
- **William J. Brennan**    william.brennan@kennedyslaw.com
- **Gary D. Bressler**    gbressler@mdmc-law.com, scarney@mdmc-law.com;nleonard@mdmc-law.com
- **Daniel R Brice**    drbrice@bklawyers.com
- **Emily Brown**    ebrown@hsplegal.com
- **Celeste Brustowicz**    cbrustowicz@sch-llc.com, lrichardson@clfnola.com

- **Michael Morris Buchman**    mbuchman@motleyrice.com
- **Chane Buck**    cbuck@jonesday.com
- **Michiyo Michelle Burkart**    michelle.burkart@doj.ca.gov
- **Ira Burnim**    irabster@gmail.com
- **Lori A. Butler**    butler.lori@pbgc.gov, efile@pbgc.gov
- **CRG Financial LLC**    notices@CRGfinancial.com
- **Aaron R. Cahn**    cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com
- **George Calhoun**    george@ifrahlaw.com
- **Robert P. Charbonneau**    rpc@agentislaw.com, bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **L Kenneth Chotiner**    lkc@thechotinerfirm.com
- **Shawn M. Christianson**    schristianson@buchalter.com, cmcintire@buchalter.com
- **Elizabeth A Citrin**    elizabeth@elizabethcitrin.com
- **Marvin E. Clements**    agbanknewyork@ag.tn.gov
- **Julie Elizabeth Cohen**    julie.cohen@skadden.com
- **Daniel S. Connolly**    daniel.connolly@bracewell.com, mco@bracewell.com;joseph.lasher@bracewell.com
- **John Michael Connolly**    mike@consovoymccarthy.com
- **William S Consovoy**    will@consovoymccarthy.com
- **Linda J Conti**    linda.conti@maine.gov
- **Merrida Coxwell**    lenah@coxwelllaw.com
- **Anthony Crawford**    acrawford@reedsmith.com
- **Ashley Crawford**    avcrawford@akingump.com
- **Donald Creadore**    donald@creadorelawfirm.com
- **Heather M Crockett**    heather.crockett@atg.in.gov, marie.baker@atg.in.gov
- **Jonathan Watson Cuneo**    jonc@cuneolaw.com
- **Melanie L. Cyganowski**    mcyganowski@oshr.com, awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildebrandtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com
- **Peter D'Apice**    dapice@sbep-law.com
- **Scott I. Davidson**    sdavidson@kslaw.com, jcmccullough@kslaw.com
- **Joseph G. Davis**    jdavis@willkie.com, maodc1@willkie.com
- **Brett T DeLange**    brett.delange@ag.idaho.gov

4

- **Ira S. Dizengoff**     idizengoff@akingump.com, apreis@akingump.com;dkrasaberstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com;pdublin@akingump.com
- **Leslie A. Eaton**     leslie.eaton@coag.gov
- **Kenneth H. Eckstein**     keckstein@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
- **Brian Edmunds**     bedmunds@oag.state.md.us
- **Leah M. Eisenberg**     leisenberg@mayerbrown.com
- **Justin M Ellis**     jellis@mololamken.com
- **Susan Ellis**     sellis@atg.state.il.us
- **Bernard Ardavan Eskandari**     bernard.eskandari@doj.ca.gov
- **Gillian Feiner**     gillian.feiner@mass.gov
- **Jamie Fell**     jamie.fell@stblaw.com
- **Laura Femino**     laura.femino@whitecase.com
- **Lowell W. Finson**     lowellwfinson@gmail.com
- **Judith Aurora Yosepha Fiorentini**     judith.fiorentini@doj.ca.gov
- **Eric Fisher**     efisher@binderschwartz.com, docket@binderschwartz.com
- **Lara J Fogel**     lfogel@levinelee.com
- **Lawrence Fogelman**     lawrence.fogelman@usdoj.gov
- **Joseph D. Frank**     jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com
- **Bryce L. Friedman**     bfriedman@stblaw.com, 5962535420@filings.docketbird.com
- **George Robert Gage**     grgage@gagespencer.com
- **Katherine Galle**     kngalle@mintz.com
- **Richard R Gan**     richlaw1@comcast.net
- **Jeffrey Garfinkle**     jgarfinkle@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **Alison Gaske**     gaskea@gilbertlegal.com
- **Scott F. Gautier**     scott.gautier@faegredrinker.com, kmeek@robinskaplan.com;mdelaney@robinskaplan.com
- **Richard Joseph Geddes**     richard.geddes@kennedyslaw.com
- **Marc P Gertz**     mpgertz@gertzrosen.com
- **Steven A. Ginther**     sdnyecf@dor.mo.gov
- **Jeffrey R. Gleit**     jgleit@sullivanlaw.com, bcooley@sullivanlaw.com,rrosenblatt@sullivanlaw.com,aweiss@sullivanlaw.com,nkoslof@sullivanlaw.com,
- **Eric M. Gold**     eric.gold@state.ma.us
- **Matthew J. Gold**     mgold@kkwc.com, jremi@kkwc.com

5

- **Irve J. Goldman**   igoldman@pullcom.com, jshearin@pullcom.com;rmccoy@pullcom.com
- **Eric Goldstein**   egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- **Michael Goldstein**   mgoldstein@goodwinlaw.com
- **Leslie A. Goller**   lgoller@terrellhogan.com
- **Michael Gorelick**   mgorelick@agfjlaw.com
- **Alexander M Gormley**   agormley@williamsmullen.com, ssavitsky@slevinhart.com
- **Isley Markman Gostin**   isley.gostin@wilmerhale.com
- **Gary A. Gotto**   ggotto@kellerrohrback.com
- **Elisha D. Graff**   egraff@stblaw.com
- **Timothy E. Graulich**   ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com;ecf.inform@davispolk.com
- **Christopher Graver**   cgraver@kellerrohrback.com
- **Paris Gyparakis**   pgyparakis@rosenpc.com, gyparakispr81087@notify.bestcase.com
- **Adam P. Haberkorn**   ahaberkorn@omm.com
- **Mawerdi Hamid**   mawerdi.hamid@ag.state.mn.us
- **Valerie A. Hamilton**   Valerie.Hamilton@law.njoag.gov
- **William Hao**   william.hao@alston.com, leslie.salcedo@alston.com
- **Ben Harrington**   benh@hbsslaw.com
- **Neil L Henrichsen**   nhenrichsen@hslawyers.com
- **Angela K. Herring**   akherring@wlrk.com, calert@wlrk.com
- **John Wayne Hogan**   hogan@terrellhogan.com
- **Jake Holdreith**   jholdreith@robinskaplan.com, bmiller@robinskaplan.com;tbarrett@robinskaplan.com;cmay@robinskaplan.com;olanger@robinskaplan.com;cpinahs@robinskaplan.com
- **Daniel Ari Horowitz**   dhorowitz@obbblaw.com, jfitzgerald@obbblaw.com;sbushinsky@obbblaw.com;bcollins@obbblaw.com
- **Chiung-Hui Huang**   chuang@hslawyers.com
- **Jenna A Hudson**   hudsonj@gilbertlegal.com, johnsonka@gilbertlegal.com;colcocks@gilbertlegal.com
- **Harold D. Israel**   hisrael@lplegal.com, ikropiewnicka@lplegal.com;bdroca@lplegal.com;nbailey@lplegal.com
- **Henry Jaffe**   Henry.Jaffe@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com
- **Evan M. Jones**   ejones@omm.com, evan-jones-5677@ecf.pacerpro.com
- **Gregory P. Joseph**   gjoseph@jhany.com
- **Nicholas F. Kajon**   nfk@stevenslee.com
- **Benjamin S. Kaminetzky**   kaminet@dpw.com, ecf.ct.papers@davispolk.com

- **Nickolas Karavolas**   nkaravolas@phillipslytle.com, ddrons@phillipslytle.com
- **Joshua Karsh**   pleadings@findjustice.com
- **Michael J Kasen**   mkasen@kasenlaw.com
- **Beth Kaswan**   bkaswan@scott-scott.com
- **Ashley Keller**   ack@kellerlenkner.com
- **Nicolas G. Keller**   nicolas.keller@dfs.ny.gov
- **Neil Francis Xavier Kelly**   nkelly@riag.ri.gov, mdifonzo@riag.ri.gov
- **Muhammad Umair Khan**   umair.khan@ag.ny.gov
- **Michael S. Kimm**   msk@kimmlaw.com, law@kimmlaw.com;proh@kimmlaw.com
- **Thomas S. Kiriakos**   tkiriakos@mayerbrown.com, cnotification@mayerbrown.com
- **Jeremy C. Kleinman**   jkleinman@fgllp.com
- **John R. Knapp**   john.knapp@millernash.com, edgar.rosales@millernash.com
- **Paul R Koepff**   paul.koepff@clydeco.us, meisee.hon@clydeco.us
- **Dan D Kohane**   ddk@hurwitzfine.com, donnab@hurwitzfine.com;kathik@hurwitzfine.com
- **Anna Kordas**   akordas@jonesday.com, cbuck@jonesday.com
- **Lawrence J. Kotler**   ljkotler@duanemorris.com
- **Ann Kramer**   akramer@reedsmith.com
- **Mark Krueger**   mkrueger@ag.nv.gov, dpotnar@ag.nv.gov,jwhitson@ag.nv.gov,lmtucker@ag.nv.gov
- **Thomas Lauria**   tlauria@whitecase.com
- **Andrea Law**   alaw@atg.state.il.us
- **Jillian Lazar**   jillian.lazar@delaware.gov
- **Trish Lazich**   trish.lazich@ohioattorneygeneral.gov
- **Garrett S. Ledgerwood**   garrett.ledgerwood@millernash.com
- **Alexander Lees**   alees@milbank.com, alexander-lees-2212@ecf.pacerpro.com;AutoDocketECF@milbank.com
- **Nicole A Leonard**   nleonard@mdmc-law.com, sshidner@mdmc-law.com
- **Stephen D. Lerner**   stephen.lerner@squirepb.com, sarah.conley@squirepb.com;stephen-lerner-2073@ecf.pacerpro.com
- **Richard James Leveridge**   leveridger@gilbertlegal.com
- **Richard B. Levin**   rlevin@jenner.com
- **Arthur J Liederman**   aliederman@morrisonmahoney.com
- **Mimi Liu**   mliu@motleyrice.com
- **Michael G Louis**   mlouis@macelree.com
- **Donald K. Ludman**   dludman@brownconnery.com

- **Timothy Lundgren**    timothy.lundgren@doj.ca.gov
- **Michael Luskin**    luskin@lsellp.com
- **Jennifer B Lyday**    notice@waldrepwall.com, 8836221420@filings.docketbird.com
- **Joanna Lydgate**    joanna.lydgate@mass.gov
- **Christopher A. Lynch**    clynch@reedsmith.com, chris-lynch-7800@ecf.pacerpro.com
- **Kevin C. Maclay**    cecilia-guerrero-caplin-6140@ecf.pacerpro.com,jgiglio@capdale.com
- **Thomas Maeglin**    tmaeglin@agfjlaw.com
- **Ambria Mahomes**    amahomes@shb.com
- **Eric John Maloney**    eric.maloney@ag.state.mn.us
- **Kevin H. Marino**    kmarino@khmarino.com
- **Scott S. Markowitz**    smarkowitz@tarterkrinsky.com, snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com;mtorres@tarterkrinsky.com
- **Kimberly P. Massicotte**    kimberly.massicotte@ct.gov
- **Brian S. Masumoto**    nysbnotice@gmail.com
- **Clayton Matheson**    cmatheson@akingump.com
- **Annemarie Belanger Mathews**    abm@columbia13.com
- **Douglas Kirk Mayer**    dkmayer@wlrk.com, calert@wlrk.com
- **James I. McClammy**    james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com
- **Katherine McCraw**    kmccraw@ncdoj.gov, kchadwick@ncdoj.gov;etant@ncdoj.gov;lbulls@ncdoj.gov
- **John P McDonald**    jpmcdonald@lockelord.com
- **Laura McFarlane**    mcfarlanele@doj.state.wi.us
- **Michael D McMahan**    mmcmahan@hobbsstraus.com, cbonewitz@hobbsstraus.com;HClapp@hobbsstraus.com
- **Shannon M McNulty**    smm@cliffordlaw.com, jmreasor@cliffordlaw.com
- **Patrick Francis McTernan**    pmcternan@croninfried.com, cfskf@croninfried.com
- **Cyrus Mehri**    cmehri@findjustice.com
- **Riley Caroline Mendoza**    rmendoza@shb.com
- **Seth Adam Meyer**    sam@kellerlenkner.com, docket@kellerlenkner.com
- **Samuel Mitchell**    sam@mitchellspeights.com
- **Corey Moll**    cmoll@phjlaw.com
- **Steven Francis Molo**    smolo@mololamken.com
- **Carol E. Momjian**    cmomjian@attorneygeneral.gov
- **Denise Mondell**    denise.mondell@ct.gov
- **Brandan Montminy**    brandan.montminy@lockelord.com

- **Patrick Morrisey**   patrick.j.morrisey@wvago.gov
- **Eleanor M. Mullen**   eleanor.mullen@ct.gov
- **Joseph L Mulvey**   joseph@mulveylawllc.com
- **Lucian Murley**   luke.murley@saul.com, robyn.warren@saul.com
- **Lynn Hagman Murray**   lhmurray@shb.com, docket@shb.com
- **David Eli Nachman**   david.nachman@ag.ny.gov
- **Alissa M. Nann**   anann@foley.com, alissa-nann-1605@ecf.pacerpro.com
- **Edward E. Neiger**   eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com
- **Jill L. Nicholson**   jnicholson@foley.com, mstockl@foley.com
- **Darlene M. Nowak**   nowak@marcus-shapira.com
- **Sean A. O'Neal**   soneal@cgsh.com, maofiling@cgsh.com
- **Brendan O'Neil**   brendan.oneil@maine.gov
- **Michael Patrick O'Neil**   moneil@taftlaw.com
- **Peter Francis O'Neill**   pfoneill@shb.com, docket@shb.com
- **Rachel R Obaldo**   bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Steven P Ordaz**   sordaz@bmcgroup.com
- **Jessica Ortiz**   jortiz@mololamken.com
- **Norma E. Ortiz**   email@ortizandortiz.com, bkcourt@gmail.com;ortiznoticeme@gmail.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestcase.com
- **Andrew Owen**   aowen@ulmer.com
- **James Franklin Ozment**   frankozmentlaw@gmail.com
- **Robert Padjen**   robert.padjen@coag.gov
- **Jeff Payne**   jeff.j.payne@doj.state.or.us
- **Jeremy Pearlman**   jeremy.pearlman@ct.gov
- **William R Pearson**   william.pearson@ag.iowa.gov
- **Amanda Peterson**   apeterson@lawpartnersllp.com
- **Justino D Petrarca**   jpetrarca@edlawyer.com, emcnulty@edlawyer.com
- **Todd E. Phillips**   tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com
- **Alissa K. Piccione**   alissa.piccione@troutman.com, Brett.Goodman@troutman.com
- **Matthew J. Piers**   mpiers@hsplegal.com, rortiz@hsplegal.com;docketing@hsplegal.com
- **Mark D. Plevin**   mplevin@crowell.com
- **Joshua Polster**   joshua.polster@stblaw.com
- **Constantine Dean Pourakis**   cp@stevenslee.com

- **Michele Puiggari**   michele@mpuiggari.com
- **Amanda Quick**   Amanda.Quick@atg.in.gov, marie.baker@atg.in.gov
- **Marion Quirk**   marion.quirk@delaware.gov
- **Paul A. Rachmuth**   paul@paresq.com
- **Geoffrey T. Raicht**   graicht@raichtlawpc.com, jgreen@nicolaidesllp.com;msullivan@nicolaidesllp.com
- **Martin S. Rapaport**   manhatoffice@yahoo.com
- **Lawrence R. Reich**   reichlaw@reichpc.com
- **Alexander Gary Rheaume**   arheaume@mofo.com
- **Aisha Rich**   arich@findjustice.com
- **Linda Riffkin**   linda.riffkin@usdoj.gov
- **Peter J. Roberts**   proberts@cozen.com, peter-roberts-1301@ecf.pacerpro.com,cknez@cozen.com
- **Mai Lan G. Rodgers**   rodgers.mailan@pbgc.gov, efile@pbgc.gov
- **Laurel D. Roglen**   roglenl@ballardspahr.com, carbonej@ballardspahr.com
- **Evan Romanoff**   evan.romanoff@ag.state.mn.us
- **Paul S Rothstein**   psr@rothsteinforjustice.com
- **Corey William Roush**   croush@akingump.com
- **Laurie Rubinow**   lrubinow@millershah.com, pleadings@millershah.com
- **Jason Rubinstein**   rubinsteinj@gilbertlegal.com
- **Vadim J. Rubinstein**   vrubinstein@loeb.com, vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com
- **Nathan Quinn Rugg**   nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Megan Paris Rundlet**   megan.rundlet@coag.gov
- **Michael B. Rush**   rushm@gotofirm.com
- **William T. Russell**   wrussell@stblaw.com
- **Daniel Joseph Saval**   daniel.saval@kobrekim.com
- **Ilan D. Scharf**   ischarf@pszjlaw.com, lcanty@pszjlaw.com
- **Tancred V. Schiavoni**   tschiavoni@omm.com, jmcdonald@omm.com;tancred-schiavoni-9326@ecf.pacerpro.com
- **Frederick E. Schmidt**   eschmidt@cozen.com, frederick-schmidt-4035@ecf.pacerpro.com
- **David Edward Schoenfeld**   dschoenfeld@shb.com
- **Elizabeth Scott**   edscott@akingump.com
- **Joel Shafferman**   shaffermanjoel@gmail.com
- **Pearl Shah**   pshah@mcgrailbensinger.com
- **Hunter J. Shkolnik**   hunter@nsprlaw.com
- **J. Christopher Shore**   cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com

- **Richard Daniel Shore**     shorer@gilbertlegal.com
- **George W. Shuster**     george.shuster@wilmerhale.com, WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com
- **Lee Scott Siegel**     lss@hurwitzfine.com, kathik@hurwitzfine.com
- **Wendy M. Simkulak**     wmsimkulak@duanemorris.com
- **Linda Singer**     lsinger@motleyrice.com
- **Paul M. Singer**     psinger@reedsmith.com, gwieland@reedsmith.com;SLucas@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com
- **Steven A Skalet**     sskalet@findjustice.com
- **Daniel H. Slate**     dslate@buchalter.com
- **Eric J. Snyder**     esnyder@wilkauslander.com, jstauder@wilkauslander.com
- **Colleen P Sorensen**     csorensen@hww-law.com, jhansen@hww-law.com
- **Christopher B Spuches**     cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com
- **Sarah Sraders**     sraderss@gilbertlegal.com
- **Katherine Stadler**     kstadler@gklaw.com, kboucher@gklaw.com
- **Catherine Steege**     csteege@jenner.com, jeffrey_cross@discovery.com
- **Mark Stein**     mstein@lowestein.com
- **Dawn Stewart**     dstewart@thestewartlawfirm.com
- **Aaron H. Stulman**     astulman@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com
- **Jeffrey S. Swyers**     jswyers@slevinhart.com, courtalerts@slevinhart.com
- **Lisa A Szymanski**     lszymanski@reedsmith.com
- **Mark Tate**     tlgservice@tatelawgroup.com
- **Jay Teitelbaum**     jteitelbaum@tblawllp.com, dcampagne@tblawllp.com
- **Louis J. Testa**     louis.testa@ag.ny.gov
- **Wendy Tien**     wendy.tien@ag.state.mn.us
- **Marc Joseph Tobak**     mtobak@dpw.com, purdue.bloyd.service@davispolk.com
- **Lawrence L. Tong**     lawrence.l.tong@hawaii.gov, mana.moriarty@hawaii.gov;aaron.s.joyce@hawaii.gov
- **Sara Tonnesen**     stonnesen@oag.state.md.us
- **KatieLynn B Townsend**     ktownsend@rcfp.org
- **Andrew M. Troop**     andrew.troop@pillsburylaw.com
- **Margaret Truesdale**     mtruesdale@hsplegal.com
- **Kelly Tsai**     ktsai@crowell.com
- **Marshall C. Turner**     marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

- **Allen Joseph Underwood**     aunderwood@litedepalma.com, grodriguez@litedepalma.com
- **United States Trustee**     USTPRegion02.NYECF@USDOJ.GOV
- **Warren A. Usatine**     wusatine@coleschotz.com, fpisano@coleschotz.com
- **Gerard Uzzi**     guzzi@milbank.com, jackie-brewster-1417@ecf.pacerpro.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com
- **Melissa L. Van Eck**     mvaneck@attorneygeneral.gov
- **Shmuel Vasser**     shmuel.vasser@dechert.com, nycmanagingclerks@dechert.com,brett.stone@dechert.com
- **Ilana Volkov**     ivolkov@mcgrailbensinger.com, ivolkov@mcgrailbensinger.com
- **Eli J. Vonnegut**     eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com;Jacob.Weiner@davispolk.com;ecf.inform@davispolk.com
- **Daniel Walfish**     dwalfish@walfishfissell.com
- **Anne Gilbert Wallice**     anne.wallice@kirkland.com
- **James P. Wehner**     jwehner@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com
- **Peter H Weinberger**     sschebek@spanglaw.com
- **William P. Weintraub**     wweintraub@goodwinlaw.com, gfox@goodwinprocter.com
- **Erin West**     ewest@gklaw.com, kboucher@gklaw.com;elewerenz@gklaw.com
- **Dorothy White-Coleman**     whitecoleman@whitecoleman.net
- **Harris Wiener**     harris.wiener@clydeco.us
- **Gregory Dale Willard**     gwillard@dubllc.com
- **Brady C. Williamson**     bwilliamson@gklaw.com
- **Dennis Windscheffel**     dwindscheffel@akingump.com
- **Douglas Wolfe**     asm@asmcapital.com
- **Charles Wysong**     cwysong@hsplegal.com
- **Dina L. Yunker Frank**     bcuyunker@atg.wa.gov
- **David Zwally**     dzwally@haugpartners.com
- **David Zylberberg**     david.zylberberg@stblaw.com

71428796v3